UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION* <br><br><br> This Document Relates to: <br><br> All Actions | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE SHUSHAN |

### APPLICATION OF JAMES R. DUGAN, II FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT comes James R. Dugan, II of the Dugan Law Firm, APLC who respectfully moves that this Honorable Court for an appointment to the Plaintiffs' Steering Committee ("PSC") in the above-referenced action.

### INTRODUCTION

Mr. Dugan currently serves as Lead Counsel in six *Xarelto* actions pending before this Honorable Court.[1]  Similar cases were also filed in other districts, and counsel in one of those other cases moved for transfer and consolidation of all cases for pretrial proceedings under 28 U.S.C. § 1407.  *See* Transfer Order, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592, ECF No. 122. Plaintiffs universally supported consolidation and transfer of these related actions and proposed several transferee courts; however, Mr. Dugan was the only counsel who moved for and argued in favor of the Eastern District of Louisiana.

---

[1] *Heffker v. Janssen Research & Development LLC et al.*, No. 2:14-cv-02593 (E.D. La.); *Hogan v. Janssen Research & Development LLC et al.*, No. 2:14-cv-02660 (E.D. La.); *Manale, Jr. v. Janssen Research & Development LLC et al.*, No. 2:14-cv-02661 (E.D. La.); *Ducote et al. v. Janssen Research & Development LLC et al.*, No. 2:14-cv-02886 (E.D. La.); *Head et al. v. Janssen Research & Development LLC et al.*, No. 2:14-cv-02887 (E.D. La); *Delatte v. Janssen Research & Development LLC et al.*, No. 2:14-cv-02889 (E.D. La.).

Mr. Dugan has been involved in this case since its inception, and has played an integral role in organizing and pursuing the litigation on behalf of injured victims and their counsel. Mr. Dugan currently represents over 100 personal injury victims and anticipates that his firm will represent over 300 in the next several months. Mr. Dugan has also been working with other law firms investigating and developing the claims related to this litigation and has worked with, and will continue to work with other counsel in this litigation. Mr. Dugan also has experience in working with this class of drugs through his appointment to the PSC in *In Re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL No. 2385.

If appointed to a leadership position, Mr. Dugan and The Dugan Law Firm will commit the necessary time and resources to pursue the matter to its conclusion, will coordinate and cooperate with co-counsel to prosecute the case efficiently, effectively, and in a manner that minimizes costs, and will at all times act in the best interest of the plaintiffs. As demonstrated herein, Mr. Dugan is fully capable of serving in a leadership position on the PSC and will devote the necessary time, resources and cooperative spirit this case requires.

## QUALIFICATIONS OF COUNSEL

Mr. James R. Dugan, II, is the founding partner of The Dugan Law Firm, APLC. Mr. Dugan began his career working with the late Wendell H. Gauthier and the Law Firm of Gauthier, Downing, LaBarre, Beiser & Dean in the areas of class action, mass tort, and complex litigation, beginning with the seminal class action lawsuit filed against the tobacco industry on the basis of nicotine addiction, *Castano v. American Tobacco, et al.* which resulted in a multi-billion dollar settlement. After Mr. Gauthier's untimely death in December of 2001, Mr. Dugan formed the Dugan & Browne Law Firm, the predecessor to The Dugan Law Firm and he continues to specialize in class action and complex litigation.

Over the years, Mr. Dugan has specialized in the area of complex pharmaceutical litigation representing numerous consumers and third party-payors. As a result of his demonstrated skill and experience in class action and mass tort practice, Mr. Dugan has been appointed by the court to serve in key leadership positions in a number of large national federal court mass tort products liability cases including but not limited to:

1.      **In Re: Synthroid Marketing Litigation, (MDL No. 1182)** (1997-2004) USDC for the Northern District of Illinois, Eastern Division, Judge Elaine E. Bucklo. Co-Lead Counsel for a class of third party-payors. Settlement: $45,000,000.00

2.      **In Re: Diet Drugs Litigation, (MDL No. 1203)** (1997-2002) USDC for the Eastern District of Pennsylvania, Judge Lewis C. Bechtle. Co-Lead Counsel for a large group of individually represented third-party payors. Settlement: $35,000,000.00

3.      **In Re: Propulsid Litigation, (MDL No. 1355)** (2000-Present) USDC for the Eastern District of Louisiana, Judge Eldon Fallon. Member: Plaintiffs' Steering Committee.  Settlement: $90,000,000.00

4.      **In Re: Inter-Op Hip Prosthesis Product Liability Litigation, (MDL No. 1401)** (2001-2008) USDC for the Northern District of Ohio, Eastern Division, Judge Kathleen O'Malley.  Member: Plaintiffs' Steering Committee.  Settlement: $1,200,000,000.00

5.      **In Re: Baycol Products Liability Litigation, (MDL No. 1431)** (2001-2007) USDC for the District of Minnesota, Judge Michael Davis.  Member: Plaintiffs' Steering Committee. Settlement: 1,000,000,000.00

6.      **In Re: Serzone Products Liability Litigation, (MDL No. 1477)** (2002-2007) USDC for the Southern District of West Virginia, Judge Joseph R. Goodwin. Member: Plaintiffs' Steering Committee.  Settlement: $90,000,000.00

7.      **In Re: Neurontin Marketing & Sales Practices Litigation, (MDL No. 1629)** (2004-Present) USDC for the District of Massachusetts, Judge Patti B. Saris. Member: Plaintiffs' Steering Committee. Settlement: $325,000,000.00

8.      **In Re: Vioxx Products Liability Litigation, (MDL No. 1657)** (2005-Present) USDC for the Eastern District of Louisiana, Judge Fallon, Magistrate Judge Knowles. Member:  Co-Chair Purchase Claims Committee.  Settlement: $80,000,000.00

9.      **In Re: Fosamax Product Liability Litigation, (MDL No. 1789)** (2006-Present) USDC for the Southern District of New York, Judge Keenan.  Member:  Plaintiffs' Steering Committee.

10.     **In Re: Vytorin Marketing, Sales Practice, and Products Liability, (MDL No. 1938)** (2008-2010) USDC for the District of New Jersey, Judge Dennis M. Cavanaugh. Member: Plaintiffs' Steering Committee.  Settlement: $45,000,000.00

11.     **In Re: Fosamax Femur Litigation, (MDL No. 2243)**  (2011–Present) USDC for the District of New Jersey, Judge Joel A. Pisano. Member: Plaintiffs' Steering Committee.

12.     **In Re: National Football Players' Concussion Injury, (MDL No. 2323)** (2012–Present), USDC for the Eastern District of Pennsylvania, Judge Anita Brody. Member: Plaintiffs' Steering Committee. Settlement: Uncapped class action settlement pending court approval.

13.     **In Re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation. (MDL No. 2385)** (2012-Present), USDC for Southern District of Illinois, Judge David R. Herndon. Member: Plaintiffs' Steering Committee. Settlement: $650,000,000.00

14.     **In Re:  Fresenius Granuflo/Naturallte Dialysate Products Liability Litigation, (MDL No. 2428** (2013-Present) USDC for the District of Massachusetts, Judge Douglas P. Woodlock. Member: Plaintiffs' Steering Committee.

15.     **In Re: National Collegiate Athletic Association Student-Athlete Concussion Litigation, (MDL No. 2492)** (2014–Present), USDC for the Northern District of Illinois, Judge John Z. Lee. Member: Plaintiffs' Steering Committee.

For the reasons stated herein, Mr. Dugan's leadership and prior experience in these types of cases, his skill, his willingness to commit his firm's resources, and his credentials amply demonstrate that he should be appointed to leadership position on the PSC.

### CONCLUSION

WHEREFORE, James R. Dugan, II of the Dugan Law Firm, APLC respectfully requests this Court issue an Order appointing him to the Plaintiffs' Steering Committee.

Dated: December 19, 2014                                  Respectfully submitted,

/s/ *James R. Dugan, II*
James R. Dugan, II (LSBA No. 24785)
THE DUGAN LAW FIRM, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
Email: jdugan@dugan-lawfirm.com
***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certified that on the 19th day of December 2014, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Additionally, a copy of the foregoing document was served on all counsel listed on the Panel Attorney Service List attached to PTO 1 and designated as Schedule B.

*/s/ James R. Dugan, II*
James R. Dugan, II
