UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This applies to: *ALL CASES* | DISTRICT JUDGE FALLON |
| | MAGISTRATE JUDGE SHUSHAN |

## RECUSAL ORDER

Because the undersigned magistrate judge or the law clerk for the section owns stock in JOHNSON AND JOHNSON, in accordance with Title 28, Section 455, I hereby disqualify myself from further proceedings in the above-captioned matter and direct the Clerk of Court to re-allot the case to another magistrate judge section.

New Orleans, Louisiana, this 22nd day of December, 2014.

_____
SALLY SHUSHAN
United States Magistrate Judge

12/22/14
REALLOTTED TO
**MAG 5**