**UNITED STATES DISTRICT COURT OF THE**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA CASE 3:14-cv-04972-KAW | MAG. JUDGE SHUSHAN |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly enter my appearance as counsel for the Plaintiff Sara Jean Jonas in the above-captioned matter.


DATED: December 23, 2014        BARON & BUDD, P.C.

                                              By: /s/ Thomas Sims
                                              Thomas Sims
                                              3102 Oak Lawn Ave, Ste. 1100
                                              Dallas, Texas 75219
                                              Tel: (214) 521-3605/Fax: (214) 520-1181

                                              Attorney for Plaintiff