**UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: UNITED STATES DISTRICT COURT OF THE CENTRAL DISTRICT OF CALIFORNIA CASE 2:14-cv-09056-PSG-JEM | JUDGE ELDON E. FALLON |
| | MAG. JUDGE SHUSHAN |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

    Kindly enter my appearance as counsel for the Plaintiff Iris Crawford in the above-captioned matter.

DATED: December 23, 2014        BARON & BUDD, P.C.

        By: /s/ Thomas Sims
        Thomas Sims
        3102 Oak Lawn Ave, Ste. 1100
        Dallas, Texas 75219
        Tel: (214) 521-3605/Fax: (214) 520-1181

        Attorney for Plaintiff