AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Louisiana

| | |
|---|---|
| ALVIN DRAGG | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 14-CV-00719-JWD-RLB |
| | ) |
| JANSSEN RESEARCH & DEVELOPMENT, LLC | ) |
| f/k/a JOHNSON AND JOHNSON | ) |
| PHARMACEUTICAL RESEARCH AND | ) |
| DEVELOPMENT, LLC, ET AL. | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Janssen Research & Development, LLC, f/k/a Johnson and Johnson Pharmaceutical
> Research and  Development, LLC
> Through agent for service CT Corporation
> 116 Pine St., Ste. 320
> Harrisburg, PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mekel Alvarez, Morris Bart, Daniel B. Snellings, (T.A.),
> Morris Bart, LLC 909 Poydras Street, 20th Floor New Orleans, LA 70112
> Telephone: 504-599-3385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Michael L. McConnell

*CLERK OF COURT*

Date:   12/3/2014



*Samantha M. Gluzzardo*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  14-CV-00719

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janssen R&D

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Terri McEntee , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* 12.5.14 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Via certified mail

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  1/2/2015

Judith Rhoden
_____
Server's signature

JUDITH R. HODEN, PARALEGAL
_____
Printed name and title

MORRIS, BART, LLC, 606 Poydras St.
NOLA 70112
_____
Server's address

Additional information regarding attempted service, etc:

Alvin Dragg
14-00719 – Jans R&D

# ALVIN DRAGG
# 14-00719

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _____ ☐ Agent ☐ Addressee <br> B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to: <br><br> **JANSSEN R&D, LLC** <br> **116 PINE ST., STE. 320** <br> **HARRISBURG, PA 17101** | D. Is delivery address different from item 1?  ☐ Yes <br> If YES, enter delivery address below:   ☐ No |
| | 3. Service Type <br> ☒ Certified Mail®   ☐ Priority Mail Express™ <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ Collect on Delivery <br> 4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) | 7006 2150 0005 6290 3062 |
| PS Form 3811, July 2013 | Domestic Return Receipt |