UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE SUSHAN |

* * * * * * * * * * * * * * * * * * * * * * *

**APPLICATION FOR APPOINTMENT OF LEONARD A. DAVIS AS PLAINTIFFS' LIAISON COUNSEL OR PLAINTIFFS' LEAD COUNSEL**

On December 12, 2014, the Judicial Panel on Multidistrict Litigation issued a Transfer Order, pursuant to 28 U.S.C. § 1407, transferring and assigning *In re: Xarelto (Rivaroxaban) Productions Liability Litigation,* MDL 2592, to the Eastern District of Louisiana.

The appointment of Leonard A. Davis, Herman, Herman & Katz, LLC as Plaintiffs' Liaison Counsel or Plaintiffs' Lead Counsel[1] will further the goals of efficiency and fairness, which are crucial to consolidated multidistrict litigations. Mr. Davis is committed to the leadership roles and other management structures of the MDL, as may be requested by the Court.

The experience and ability to manage and administer large complex litigation from inception to end game has been repeatedly displayed in other litigation handled by Mr. Davis and Herman, Herman & Katz, LLC. For a review of the law firm and its members, please visit the Martindale-Hubbell website at www.martindale.com, and the firm's website at www.hhklawfirm.com. The curriculum vitae of Mr. Davis and other members of the Herman, Herman & Katz, LLC law firm can be found on the firm's website.

---

[1] Application is also made for the position as a member of the Plaintiffs' Steering Committee.

1

Mr. Davis currently serves as a member of the Plaintiffs' Steering Committee in the *In re: Depuy Orthopaedics, Inc., ASR<sup>TM</sup> Hip Implant Products Liability Litigation,* MDL 2197, United States District Court, Northern District of Ohio; *In re: Fosamax (Alendronate Sodium) Products Liability Litigation,* MDL 2243, United States District Court, District of New Jersey; and *In re: Tylenol (Acetaminophen) Marketing, Sales Practices and Products Liability Litigation,* MDL 2436, United States District Court, Northern District of Pennsylvania. In addition, Mr. Davis has been responsible for the fulfillment of numerous appointment and duties, including assisting Plaintiffs' Liaison Counsel, in the *Chinese-Manufactured Drywall Products Liability Litigation,* MDL 1657, United States District Court for the Eastern District of Louisiana; in the *In re: Vioxx Products Liability Litigation*, MDL No. 1657, United States District Court for the Eastern District of Louisiana, and previously in the *In re: Propulsid Products Liability Litigation*, MDL No. 1355, United States District Court, Eastern District of Louisiana. On October 1, 2014, an Order was issued, in *In re: Pool Products Distribution Market Antitrust Litigation*, MDL 2328, United States District Court for the Eastern District of Louisiana, directing Leonard A. Davis to assist in the duties of Plaintiffs' Liaison Counsel for the Direct Purchaser Plaintiffs.[2]

The *Vioxx* and *Chinese Drywall* matters resulted in settlement programs that were novel and innovative, and which have served as model programs for for the resolution of mass tort litigation. Mr. Davis directly participated in these settlement negotiations, and was heavily involved in their implementation.[3]

---

[2] See Rec. Doc. 486.
[3] Mr. Davis was separately appointed as the Assistant Secretary to the Fee Committee in the *Chinese Drywall* matter pursuant to Pre-Trial Order No. 28(D) [Rec. Doc. 17832].

Mr. Davis has been peer reviewed by his colleagues, resulting in an AV rating by Martindale-Hubbell, and references in "Legal 500," "Law Dragon" and other publications.

For several years, Mr. Davis has served an adjunct professor teaching the complex litigation course at Tulane Law School.

Herman, Herman & Katz, LLC, has the resources and the commitment to handle the responsibilities of an appointment as Plaintiffs' Liaison Counsel or Plaintiffs' Lead Counsel. The firm has filed and appears as counsel in a Complaint filed in the United States District Court, Middle District of Florida, Ft. Myers Division, entitled *Babcock v. Janssen Research and Development, LLC, et al*, Case No. 2:14:-cv-00738, and a Complaint filed in the United States District Court, Eastern District of Louisiana, entitled *Estate of Ezekial Stuart and Donna Stuart v. Janssen Research and Development, LLC, et al,* Case No. 2:14-cv-02764, and is currently representing numerous additional clients who are prepared to file suit and be claimants in the *Xarelto* litigation.  The firm was originally established in 1942 and has since earned a reputation for promoting and protecting the rights of all citizens and achieving significant victories on behalf of their clients.  Most recently, the firm was recognized by the *National Law Journal* as one of the top 50 elite plaintiff law firms in the United States.

Partners in the law firm of Herman, Herman & Katz, LLC have worked closely with lead counsel, liaison counsel, and members of plaintiffs' steering committees in other large complex matters, in a wide number of various roles. Partners and associates of HHK are likewise committed to handling this litigation.[4]

---

[4] Some of the partners who may also assist in this litigation include Russ Herman, Maury Herman, Stephen Herman, James Klick and Soren Gisleson, all of whom have extensive experience in complex litigation. Furthermore, of counsel to the firm is Joseph Kott, M.D., J.D., who also may assist in the litigation.  Other members of the firm will assist as requested.

WHEREFORE, it is respectfully requested that Leonard A. Davis be appointed as Plaintiffs' Liaison Counsel or Plaintiffs' Lead Counsel in this litigation.

Respectfully submitted,

/s/ Leonard A. Davis
**Leonard A. Davis (La. Bar #14190)**
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone:	(504) 581-4892
Fax:	(504) 561-6024
ldavis@hhklawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Application of Leonard A. Davis for Appointment as Plaintiffs' Liaison Counsel or Plaintiffs' Lead Counsel was served via email or U.S. Mail on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically on the below date and is available for viewing and downloading from the ECF System of United States District Court for the Eastern District of Louisiana this the 5th day of January, 2015.

/s/ Leonard A. Davis
**Leonard A. Davis**