UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                         SECTION: L
                         JUDGE FALLON
                         MAG. JUDGE SHUSHAN

This Documents Relates to:
All Actions

## NOTICE OF FILING OF APPLICATION
## FOR APPOINTMENT OF GERALD E. MEUNIER
## AS PLAINTIFFS' LIASON COUNSEL

NOW INTO COURT comes Gerald E. Meunier of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, who, pursuant to ¶15 of this Court's Pretrial Order No.1 (Rec. Doc. 2), respectfully files the attached application for appointment as Plaintiffs' Liaison Counsel in the above-captioned matter.

         Respectfully Submitted,

         **GAINSBURGH BENJAMIN DAVID**
         **MEUNIER & WARSHAUER, LLC**

         By: *s/Gerald E. Meunier*_____
         GERALD E. MEUNIER (La. Bar #9471)
         Gainsburgh Benjamin David Meunier & Warshauer, LLC
         2800 Energy Centre
         1100 Poydras Street
         New Orleans, Louisiana 70163-2800
         Phone: 504-522-2304
         Facsimile: 504-2528-9973
         gmeunier@gainsben.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 5, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        *s/Gerald E. Meunier*_____
                                        GERALD E. MEUNIER, #9471