LAW OFFICES

**GAINSBURGH, BENJAMIN,**

**DAVID, MEUNIER & WARSHAUER, L.L.C.**

2800 ENERGY CENTRE

1100 POYDRAS

NEW ORLEANS 70163-2800

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
MICHAEL J. ECUYER
WALTER C. MORRISON IV*
M. PALMER LAMBERT
RACHEL A. STERNLIEB

OF COUNSEL
JACK C. BENJAMIN

*ALSO ADMITTED IN MISSISSIPPI

SAMUEL C. GAINSBURGH
(1926-2003)

NEW ROADS OFFICE:
143 MAIN STREET
SUITE 3
NEW ROADS, LA 70760
TELEPHONE: (225) 638-8511
TELECOPIER: (225) 638-8319

JACKSON OFFICE:
240 TRACE COLONY PARK DR.
SUITE 100
RIDGELAND, MS 39157
TELEPHONE: (601) 933-2054

*REPLY TO NEW ORLEANS OFFICE*

January 5, 2015

Honorable Eldon E. Fallon
500 Poydras Street, Room C456
New Orleans, Louisiana 70130

      Re:    *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*
            MDL No.: 2592, Section: L

Dear Judge Fallon:

      Our firm is co-counsel for plaintiff in *Betty Stroud, individually and as executor of the estate of Larry Stroud v. Janessen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al.,* case no. 14-14798 (E.D. Mich), a matter which will be transferring into this MDL . We are also Plaintiffs' co-counsel in roughly 100 other cases which are not yet filed, but which will be either directly filed in, or transferred into, this MDL.

      Please consider this to be my application for appointment as Plaintiffs' Liaison Counsel herein, pursuant to ¶15 of the Court's Pretrial Order No. 1 entered on December 17, 2014 (Rec. Doc. 2).

      I submit this application based on the following criteria and considerations:

### (A) A WILLINGNESS AND AVAILABILITY TO SERVE WITH COMMITMENT

      Being aware of the nature and the scope of this litigation, I know that the designation of Liaison Counsel entails a significant commitment. The Court may be assured, however, that I have the energy and availability, as well as my firm's unconditional support, to take on such a responsibility. My partners Irving Warshauer, Stevan Dittman, Michael Ecuyer and William Morrison, my associates Palmer Lambert and Rachel Sternlieb, our nurse-paralegal Beth Brown, and our legal assistants Denise Martin and Mary Rubio, all are prepared to actively participate in providing this support, should I be given the opportunity to serve as Plaintiffs' Liaison Counsel.

### (B) EXPERIENCE IN MASS TORT AND COMPLEX LITIGATION

      The following matters (both pending and resolved) reflect my most recent experience in mass tort and multi-district litigation in this Court (E.D. of La.), specifically in cases where I've

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.

had a leadership or principal role as Court-appointed counsel for the common benefit of plaintiffs:

(1) PSC Member (including Trial Committee and Fee Allocation Committee responsibilities) in the *Chinese Drywayll Product Liability Litigation*, MDL No. 2047 (E.D. La.);

(2) Plaintiffs' Co-Liaison Counsel in the *FEMA Trailer Formaldehyde Litigation*, MDL No. 1873 (E.D. La.);

(3) Plaintiffs' Levee Liaison Counsel in the *Katrina Canal Braches* consolidated proceedings, case no. 05-4181 (E.D. La.);

(4) PSC Member (including Trial Committee responsibilities) in the *Vioxx Product Liability Litigation*, MDL No. 1657 (E.D. La.);

(5) Common Benefit Co-Counsel for Indirect Purchaser Plaintiffs in the *Pool Products Distribution Market Antitrust Litigation*, MDL No. 2328 (E.D. La.);

(6) Plaintiffs' Co-Liaison Counsel in *Industrial Life Insurance Litigation* (national class action), MDL No. 1371 (E.D. La.); and

(7) PSC Member in *Turner v. Murphy Oil USA, Inc.*, (class action certified), case no. 05-4206 (E.D. La.).

## (C) RECORD OF PROFESSIONALISM AND ABILITY TO WORK COOPERATIVELY WITH OTHER COUNSEL

I'm proud of my demonstrated ability to foster, and maintain, a cooperative working relationship among large, diverse, and at times competing, groups of plaintiffs' counsel in complex litigation.

As co-lead counsel in the *Chemical Release at Bogalusa* class action (22nd JDC for the Parish of Washington), I helped resolve numerous conflicts and issues among plaintiffs' counsel, after a large opt-out of claims resulted in a parallel and competing action in another forum. In the *Vioxx* MDL I helped negotiate several case management orders with opposing counsel, and developed a cooperative relationship with numerous firms representing approximately 50,000 plaintiffs. As a Liaison Counsel in the *Katrina* litigation, I helped finalize a (pending) limited-fund class settlement, while also facilitating the reimbursement of plaintiffs' litigation costs among numerous firms, some with competing interests. In the post-Katrina class action case of *Murphy Oil*, I was active in facilitating a class settlement within approximately thirteen (13) months of the case being filed, and took a lead role in resolving significant fee allocation differences among plaintiffs' counsel. In the *FEMA Trailer* MDL, I led the effort to amicably resolve over 68,000 claims against over 40 different defendants, as well as the post-settlement effort to resolve fee allocation differences among plaintiffs' counsel.[1] In the *Chinese Drywall*

---

[1] In that matter, presiding Judge Kurt Engelhardt noted in the record that:

It would be difficult to exaggerate the personal importance of Gerald E. Meunier to the successful resolution of this litigation. Mr. Meunier did not seek the office of Plaintiffs' Liaison Counsel, but he accepted the Court's call to duty when appointed to that position. His steady hand and unflappable demeanor helped to bring order

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.

MDL, I am appointed to a Fee Allocation Committee which is responsible for common benefit fee recommendations involving a large and diverse group of counsel for plaintiffs.

### (D) PROFESSIONAL STANDING

I am past President of both the New Orleans Chapter of the American Board of Trial Advocates (ABOTA) and the New Orleans Chapter of the Federal Bar Association; and in 2010, I was honored to receive the latter's annual award for professionalism (the "Jack Martzell Professionalism Award").

I have enjoyed an a.v. rating in Martindale-Hubbell during my thirty-seven (37) years of trial practice, and have been listed in both the current and numerous previous publications of "The Best Lawyers in America" and "Louisiana Super Lawyers." In both 2011 and 2014, I was named by Best Lawyers as the New Orleans "Lawyer of the Year" in mass tort litigation/class actions. In 2003, I became one of the relatively small number of plaintiffs' counsel to have been invited and inducted as a Fellow in the America College of Trial Lawyers.

The Court's attention to and consideration of this application are appreciated.

Sincerely,

Gerald E. Meunier

GEM/mer

---

to an enormously large and complex litigation. Any court would be well-served with Gerald Meunier as liaison counsel, special master, or mediator. That the plaintiffs were able to secure a resolution that was successful by any measure is largely a credit to the great professionalism, skill, dedication, diplomacy, and hard work of Gerald Meunier.
See In Re: Fema Trailer Formaldehyde Products Liability Litigation, MDL No. 07-1873 (Rec. Doc. 26047, p.8).