# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** : : : : ****************************************** : : **THIS DOCUMENT RELATES TO:** : : SHARON RUCKER v. JANSSEN, *et al.* : 3:14-cv-1026 (S.D. Ill.); : MARY LEMP v. JANSSEN, *et al.* : 3:14-cv-00987 (S.D. Ill.); : RUTH MCGOWAN v. JANSSEN, *et al.* : 2:14-cv-159 (D. Vt.); : RONALD DALRYMPLE v. JANSSEN, *et al.* : 5:15-cv-25893 (S.D. W. Va.); : JEANNETTA BOLTON v. JANSSEN, *et al.* : 0:14-cv-00146 (E.D. Ky.); : MARILYNNE COX v. JANSSEN, *et al.* : 3:14-cv-00579 (W.D. Ky.); : WILLIAM HANEY v. JANSSEN, *et al.* : 3:14-cv-00988 (S.D. Ill.); : | **MDL NO. 2592**<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE SHUSHAN |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

      Please take notice that Brian H. Barr hereby enters his appearance as counsel for the following Plaintiffs:

1. Sharon Rucker; 3:14-cv-1026 Southern District of Illinois

2. Mary Lemp; 3:14-cv-00987 Southern District Of Illinois

3. Ruth McGowan; 2:14-cv-159 Federal District of Vermont

4. Ronald Dalrymple; 5:15-cv-25893 Southern District of West Virginia

5. Jeannetta Bolton; 0:14-cv-00146 Eastern District of Kentucky

6. Marilynne Cox; 3:14-cv-00579 Western District of Kentucky

7. William Haney; 3:14-cv-00988 Southern District of Illinois

Please serve a copy of all notices, correspondence or orders for these cases to Brian H. Barr, Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., 316 S. Baylen Street, Suite 600, Pensacola, FL 32502, bbarr@levinlaw.com.

DATED: January 8, 2015

                LEVIN, PAPANTONIO, THOMAS,
                MITCHELL, RAFFERTY & PROCTOR, P.A.

By: s/Brian H. Barr
    Brian H. Barr (FL Bar 493041)
    316 South Baylen Street, Suite 600
    Pensacola, Florida 32502
    (850) 435-7059
    (850) 435-7020 (Fax)
    bbarr@levinlaw.com

Attorney for the Plaintiffs