UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### APPLICATION FOR APPOINTMENT OF STEPHEN B. MURRAY, SR. AS PLAINTIFFS' LIASION COUNSEL

Stephen B. Murray, Sr. hereby submits his application for appointment as Plaintiffs' Liaison Counsel[1] in *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*. Mr. Murray's (1) extensive experience handling all aspects of complex litigation, (2) well-established history of leading and working cooperatively with others, (3) significant number of Xarelto clients who will bring claims in varying jurisdictions, and (4) time already invested in this litigation make him an ideal candidate for this position. If selected as Liaison Counsel, Mr. Murray, with the assistance of his partners and associates at the Murray Law Firm, will be fully dedicated to performing his duties in a manner that will ensure the fair and efficient administration of the MDL.

Mr. Murray has been firmly committed to pursuing product liability claims against Xarelto's developers, manufacturers, and distributors for a significant amount of time. His firm began working on Xarelto litigation and accepting clients in early 2014, well before this matter was consolidated. Mr. Murray has been in contact with other attorneys handling these cases for many months and has worked to coordinate with all of them. Indeed, Murray Law Firm was in attendance at the December 4, 2014 JPML hearing that led to the MDL being assigned to this Honorable Court and participated in the numerous Xarelto meetings that preceded that hearing. Mr. Murray and the members of his firm, are, therefore, fully apprised of the factual and legal issues that will be involved in this MDL, have already invested a considerable amount of research, work, and resources in this matter, and have demonstrated a consistent interest in working cooperatively and in coordination with others.

Mr. Murray is plaintiff's counsel in *Ann Ciolino v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al.*, 2:14-cv-02908 (E.D. La.), and currently maintains an

---

[1] Mr. Murray, alternatively, applies to serve as a member of the Plaintiffs' Steering Committee.

1

inventory of 68 other cases that have not yet been filed. His firm continues to accept new clients, from across the country, who have been harmed by Xarelto and anticipates that the total number of cases to be filed will well exceed 100. Based on experience with similar litigation, this number of clients will likely represent a significant percentage of the total claimants nationwide.

Due to varying requests of referral counsel, Mr. Murray will be pursuing claims in both state court and federal court. This should not be seen as problematic; rather, it should be seen as an advantage. Mr. Murray has observed a recent (and disturbing) trend in which state court attorneys and federal court attorneys are cooperating either minimally or not at all. This appears to derive from the perception that the two groups do not share a common interest or, worse, are in direct competition. Of course, neither is true. Mr. Murray believes his participation in both state and federal court cases will make him uniquely positioned to bridge this gap and foster cooperation between the two groups. Mr. Murray is aware that this Honorable Court has previously created a State Court Liaison position and asks that, should one be created (separate and apart from the Liaison Counsel position currently being applied for), he be considered to serve in that capacity.

Long involvement with this litigation and a large (and growing) number of clients are only part of the equation, of course. It is critical that any Liaison Counsel have experience managing complex litigation in both federal and state courts. While Mr. Murray's *curriculum vitae* demonstrates that he amply satisfies this requirement, a few items should be highlighted. This Honorable Court appointed Mr. Murray to the Plaintiffs' Steering Committee in *In Re: Propulsid Products Liability Litigation*, MDL No. 1355, where he capably assisted in managing the course of the litigation. Mr. Murray also served as Liaison Counsel in *In Re: Ford Motor Company Vehicle Paint*, MDL No. 1063 (E.D. La.). A non-exclusive list, the following are additional federal multi-district cases in which Mr. Murray has exercised a leadership role[2]:

---

[2] Mr. Murray is regularly appointed by state courts to leadership positions in complex litigation cases as well. While, again, a non-exclusive list, the following highlights that experience: Plaintiffs' Liaison Committee and Executive Committee in *Sharon Hollaway v. Gaylord Chemical Corporation, et al.*, No. 73,341 in the 22nd Judicial District Court, Parish of Washington, Louisiana; Class Counsel in the Agriculture Street Landfill Class Action (Orleans Parish, Louisiana, Civ. Action No. 93-1433, c/w 95-1050); Class Counsel in *Terri Davis v. American Home Products*, Nos. 94-11684, 94-12699 c/w 95-3139; Class Counsel in *Guidry v. American Public Life Insurance Company, et al.*, No. 2008-3465 (14th Judicial District Court, Calcasieu); Class Counsel in *Goudeau, et al. v. The Administrators of the Tulane Educational Fund*, No. 2004-4758 (CDC, Orleans Parish); and Class Counsel in *Clark A. Gunderson, M.D., et al. v. F.A. Richard & Associates, Inc., et al.*, No. 2004-002417 "D" (14th Judicial District Court, Calcasieu).

1) *In Re: Actos (Pioglitazone) Products Liability Litigation*, MDL No. 2399, (W.D. La.);
   Member of Plaintiffs' Steering Committee

2) *In Re: Apple iPhone 3G and 3G-S "MMS,"* MDL No. 2116, (E.D. La.);
   Member of Plaintiffs' Steering Committee

3) *In Re: Zyprexa Drug Litigation*, MDL No. 1596, (E.D. N.Y.);
   Class Counsel for Third Party Payors

4) *In Re: Vulcan Chemicals Litigation*, 01-MD-1-A-M2, (M.D. La.);
   Member of Plaintiffs' Steering Committee

5) *In Re: Industrial Life Insurance Litigation*, MDL No. 1371, c/w 1382, 1390, 1391 and 1395, (E.D. La.);
   Member of Plaintiffs' Steering Committee

6) *In Re: Shell Norco Explosion*, No. 88-1935 (E.D. La.);
   Member of Plaintiffs' Legal Committee

7) *In Re: Ocean Ranger*, MDL No. 508, (E.D. La.);
   lead counsel

The fact that Mr. Murray, for decades, has continually and regularly been appointed by federal and state courts to serve in these crucial positions demonstrates his proven ability to perform the duties required. Perhaps equally important, through his long experience handling such cases, Mr. Murray has come to know and admire many of the excellent attorneys who will be participating in this litigation. This history, one that Mr. Murray believes has fostered a great deal of mutual respect, makes him particularly well suited to serve in a leadership capacity.[3]

For the foregoing reasons, Mr. Stephen B. Murray, Sr. respectfully requests that he be appointed Liaison Counsel for this MDL. Truly, he would be honored to participate in the guidance and management of this important litigation.

Respectfully submitted,

**/s/ Stephen B. Murray**
Stephen B. Murray, Sr. (#9858)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130

---

[3] Evidence of Mr. Murray's high standing and respect within the legal community is further supported with reference to his many professional involvements and appointments, as well as the honors and awards he has received over the course of his career. He previously served as President of the Louisiana Association for Justice, *formerly* the Louisiana Trial Lawyers Association, is certified as a Trial Advocate by the National Board of Trial Advocacy, is a Fellow of the International Society of Barristers, and has been appointed to serve on numerous boards and committees over the years, including the Committee on Complex Litigation by appointment of the Louisiana Supreme Court in 1995. In addition to his extensive litigation practice and professional involvements, Mr. Murray is frequently requested as a guest speaker and lecturer on the topics of ethics and class action litigation because of his widely acknowledged expertise in those areas.

Telephone: (504) 525-8100
Facsimile: (504) 584-5249
E-mail: smurray@murray-lawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Application of Stephen B. Murray for Appointment as Plaintiffs' Liaison Counsel was served via electronic mail or U.S. Mail on all counsel included in Schedule B attached to the Court's Pre-Trial Order #1, and filed electronically on the date below on the ECF System of the United States District Court for the Eastern District of Louisiana on this the 9th day of January, 2015.

**/s/ Stephen B. Murray**
Stephen B. Murray, Sr. (#9858)