UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE SHUSHAN |
| This Document Relates to:<br><br>All Actions | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that David B. Franco hereby enters his appearance as counsel for the following Plaintiffs *Heffker v. Janssen Research & Development LLC et al.,* No. 2:14-cv-02593 (E.D. La.) and *Delatte v. Janssen Research & Development LLC et al.,* No. 2:14-cv-02889 (E.D. La.) in the above-captioned action.

It is respectfully requested that copies of all pleadings, notices, orders, correspondence and other materials in this matter may be served on the undersigned.

Dated: January 9, 2015                  Respectfully submitted,

*s/ David B. Franco*
David B. Franco (TXSBA# 24072097)
THE DUGAN LAW FIRM, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Tel: (504) 648-0180
Fax: (504) 648-0181
Email: dfranco@dugan-lawfirm.com

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 9, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. Additionally, a copy of the foregoing document was served via email on all counsel listed on Schedule B attached to Pre-Trial Order No. 1.

                *s/ David B. Franco*
                David B. Franco