UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### REQUEST TO BE ADDED TO PANEL ATTORNEY SERVICE LIST

NOW INTO COURT comes Stephen B. Murray, Sr., who pursuant to Pre-Trial Order No. 1, respectfully requests that his and the following attorneys' names be added to the Panel Attorney Service List attached as Schedule B to the Pre-Trial Order:

Stephen B. Murray, Sr.
Arthur M. Murray
Jessica W. Hayes
Amanda K. Klevorn
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:  (504) 525-8100
Facsimile:  (504) 584-5249
E-mail:  smurray@murray-lawfirm.com
E-mail:  amurray@murray-lawfirm.com
E-mail:  jhayes@murray-lawfirm.com
E-mail:  aklevorn@murray-lawfirm.com

Respectfully submitted,

**/s/ Stephen B. Murray**
Stephen B. Murray, Sr. (#9858)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:  (504) 525-8100
Facsimile:  (504) 584-5249
E-mail:  smurray@murray-lawfirm.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Request to be Added to Panel Attorney Service List was served via electronic mail or U.S. Mail on all counsel included in Schedule B attached to the Court's Pre-Trial Order #1, and filed electronically on the date below on the ECF System of the United States District Court for the Eastern District of Louisiana on this the 9th day of January, 2015.

                                         **/s/ Stephen B. Murray**
                                         Stephen B. Murray, Sr. (#9858)