UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION:  L |
| ) | |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | MAG. JUDGE SHUSHAN |
| ALL ACTIONS ) | |
| ) | |

**APPLICATION FOR APPOINTMENT OF BRIAN H. BARR
TO THE PLAINTIFFS' STEERING COMMITTEE**

On December 12, 2014, the Judicial Panel on Multidistrict Litigation issued a Transfer Order, pursuant to 28 U.S.C. § 1407, transferring and assigning *In re:  Xarelto (Rivaroxaban) Products Liability Litigation*, MDL 2592, to the Eastern District of Louisiana.

Pursuant to Paragraph 16 of Pretrial Order No. 1, Brian H. Barr of Levin Papantonio Thomas Mitchell Rafferty & Proctor, P.A., hereby requests appointment to the Plaintiffs' Steering Committee and also consideration for appointment as Plaintiffs' Lead Counsel.  Mr. Barr has experience in complex litigation and a full understanding of the commitments required in large MDL cases such as this one.  Further, Mr. Barr and his law firm have extensive knowledge of the class of new oral anticoagulant drugs, like Xarelto, through the work performed in *In re:  Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL 2385. Mr. Barr presently represents hundreds of personal injury plaintiffs harmed by Xarelto and has been working on their behalf since the beginning of this litigation.  Mr. Barr is committed to the pursuit of this litigation.

The appointment of Brian H. Barr to the Plaintiffs Steering Committee and as Plaintiffs' Lead Counsel will further the goals of efficiency and fairness, which are crucial to consolidated

multidistrict litigations.  Mr. Barr is committed to the leadership roles and other management structures of the MDL, as may be requested by the Court.

Mr. Barr is counsel of record in the following cases pending in this MDL:  *Sharon Rucker v. Janssen, et al.*, 3:14-cv-1026 (S.D. Ill.); *Mary Lemp v. Janssen, et al.*, 3:14-cv-00987 (S.D. Ill.); *Ruth McGowan v. Janssen, et al.*, 2:14-cv-159 (D. Vt.); *Ronald Dalrymple v. Janssen, et al.*, 5:15 cv-25893 (S.D. W.Va.); *Jeannetta Bolton v. Janssen, et al.*, 0:14-cv-00146 (E.D. Ky.); *Marilynne Cox v. Janssen, et al.*, 3:14-cv-00579 (W.D. Ky.); *William Haney v. Janssen, et al.*, 3:14-cv-00988 (S.D. Ill.).

Mr. Barr is a shareholder with the firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.  Mr. Barr and Levin Papantonio have been leaders in the area of mass torts, and specifically pharmaceutical mass torts for many years.  For a review of the law firm and its members, please visit the firm's website at www.levinlaw.com.  Mr. Barr's biography along with the biographies of the other lawyers of the firm can also be viewed on the firm's website.

Mr. Barr is presently serving in a leadership role as a member of the Plaintiffs' Executive Committee in the *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, MDL 2179, United States District Court, Eastern District of Louisiana.  Mr. Barr also serves on the Plaintiffs' Steering Committee in the *In re: Trasylol Products Liability Litigation*, MDL 1928, Southern District of Florida.  In addition to the above plaintiffs' steering committee appointments, Mr. Barr has also worked significant common benefit hours, including trials, in other pharmaceutical and products liability cases and MDLs through various working groups and subcommittees.

The *Deepwater Horizon* matter was a particularly complex litigation involving multiple parties and required a high level of cooperative effort from not just all counsel for plaintiffs but

also between plaintiffs' and defense counsel.  Mr. Barr committed his complete time, essentially moving to the City of New Orleans, for a period of approximately three years.  It was only due to the cooperative effort and time commitments of all members of the Plaintiffs' Steering Committee that allowed the *Deepwater Horizon* matter to result in two multi-billion dollar class action settlements and a currently proposed $1 billion class settlement.  Mr. Barr was involved in all aspects of this litigation including administration, discovery, trial, settlement discussions and settlement implementation.  Through this work, the lessons of inclusiveness, professionalism, and cooperation with all counsel were learned and reinforced on a nearly daily basis.  While Mr. Barr still has responsibilities that stem from the *Deepwater Horizon* litigation, including roles as class counsel in the class settlements, the *Deepwater Horizon* litigation has reached a point that allow him to dedicate the time that will be required in MDL 2592.

  Mr. Barr is willing and has the availability to commit all of the time needed for this time-consuming litigation.  He has also shown an ability to work cooperatively with others in extraordinarily stressful environments.  In addition to these abilities, Mr. Barr has shown an ability to serve in a leadership role with large groups of highly qualified colleagues.  Finally, Mr. Barr and Levin Papantonio are willing to commit all resources necessary to pursue the matters that will present themselves during the course of this litigation.

  Levin Papantonio has a long history of committing substantial time and resources both as and with lead counsel, liaison counsel and other members of plaintiffs steering committees in other large, complex matters.  Recent Levin Papantonio MDL appointments, include, but are not limited to:  *In re: Testosterone Replacement Therapy Products Liability Litigation*, MDL 2545 (N.D. Ill.); *In re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation*, MDL 2428 (D. Ma.); *In re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL 2385

(S.D. Ill.); *In re: Ethicon, Inc., Pelvic Repair Systems Products Liability Litigation*, MDL 2327 (S.D. WV.); *In re: Boston Scientific, Inc. Pelvic Repair Systems Products Liability Litigation,* MDL 2326 (S.D. WV.); *In re: American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation* (S.D. W.Va.); *In re: Actos (Pioglitazone) Products Liability Litigation*, MDL 2299 (W.D. La.); and *In re: DePuy Orthopaedics, Inc. ASR Hip Implant Products Liability Litigation*, MDL 2197 (N.D. Ohio); *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL 2047 (E.D. La.); and *In re: Vioxx Products Liability Litigation*, MDL 1657 (E.D. La.).  Levin Papantonio has a reputation for committing substantial resources and working cooperatively to achieve the best possible result.  It is because of this reputation that Levin Papantonio is frequently involved in leadership roles in MDL litigation.

 WHEREFORE, it is respectfully requested that Brian H. Barr be appointed to the Plaintiffs' Steering Committee and is considered for appointment as Plaintiffs' Lead Counsel in this litigation.

                 Respectfully submitted,

                 /s/ Brian H. Barr
                 Brian H. Barr (FL Bar #043190)
                 Levin Papantonio Thomas Mitchell
                 Rafferty & Proctor P.A.
                 316 S. Baylen Street, Suite 600
                 Pensacola, FL  32502
                 Phone:  (850) 435-7045
                 Fax:  (850) 436-6044
                 bbarr@levinlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Application of Brian H. Barr for Appointment as Plaintiffs' Lead Counsel or to the Plaintiffs' Steering Committee as served via email or U.S. Mail on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically on the below date and is available for viewing and downloading from the ECF System of the United States District Court for the Eastern District of Louisiana this the 9th day of January, 2015.

          /s/ Brian H. Barr
          **Brian H. Barr**