UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :    MDL No. 2592
                                       :
                                       :    SECTION L
                                       :
                                       :    JUDGE ELDON E. FALLON
                                       :
: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :    MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
ALL CASES

## APPLICATION FOR APPOINTMENT OF FREDERICK S. LONGER TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, Frederick S. Longer makes this application for appointment to serve in a leadership position on the proposed Plaintiff's Steering Committee.

Mr. Longer is a member of the firm of Levin, Fishbein, Sedran & Berman. He is a graduate of Carnegie-Mellon University (B.S. 1982) and the University of Pittsburgh School of Law (J.D. 1986). He was a Notes and Comments Editor for the University of Pittsburgh Law Review. He is admitted to practice before the Supreme Court of Pennsylvania and the Supreme Court of New Jersey; the United States Supreme Court; the United States Court of Appeals for the Second, Third, Fourth, Fifth, Seventh and Ninth Circuits; and the United States District Courts for the Western and Eastern Districts of Pennsylvania, and others. He is a member of the American, Pennsylvania and Philadelphia County Bar Associations, as well as the American and Philadelphia Association for Justice. He regularly lectures at various educational seminars, including *Plaintiff Only Consumer Warranty Class Action Litigation Seminar*, American Association for Justice Education and the National Association of Consumer Advocate (June 3-4,

1

2014)*; "No Injury" and "Overbroad" Class Actions After Comcast, Glazer and Butler: Implications for Certification-Navigating Complex Issues of Overbreadth and Damages in Consumer Product Cases*, Strafford Webinar (April 1, 2014); *Service of Process in China*, ABA Annual Conference (April 18-20, 2012); *Chinese Drywall Litigation Conference*, Harris Martin (October 20-21, 2011); *Current Issues in Multi-district Litigation Practice*, Harris Martin (September 26, 2011); *FDA Preemption: Is this the end?*, Mass Torts Made Perfect (May 2008).

Mr. Longer holds an "av" rating from Martindale Hubbell. For the past two years, he has been consistently recommended by the LEGAL 500 in the area of Plaintiffs' Mass Torts (2013, 2014), and his peers have routinely recognized him as a SuperLawyer since 2008. In addition, US News and World Report Best Law Firms ranks Levin, Fishbein, Sedran & Berman National First Tier for mass tort law firms. It also ranked Levin, Fishbein, Sedran & Berman First Tier in Philadelphia for personal injury and mass tort law firms. Levin, Fishbein, Sedran & Berman was also named to THE NATIONAL LAW JOURNAL's inaugural list of *America's Elite Trial Lawyers* in 2014. Partners in his firm are listed in LEGAL 500, LAW DRAGON 500, Martindale Hubbell's *Directory of Preeminent Attorneys*, as well as in "Best Lawyers in America."

With his firm, Mr. Longer has participated in many class actions including the following: *In re Asbestos School Litigation*, No. 83-0268 (E.D. Pa.)(Lead Trial Counsel); *Kelly v. County of Allegheny*, No. 6D 84-17962 (C.P. Allegheny County, PA)(Lead Class Counsel); *In re Orthopedic Bone Screw Products Liability Litigation*, MDL No. 1014 (E.D. Pa.)(Lead & Liaison Counsel); *In re Diet Drug Litigation*, MDL No. 1203 (E.D. Pa.)(Co-Lead & Liaison Counsel). He was also lead counsel in the class action of *Estate of Albert, et al. v. Wade Communications, Inc.*, No. 1801, Oct. Term, 1999 ( C.P. Philadelphia County, PA). Most recently, in *In re*

*Chinese Manufactured Drywall Products Liability Litigation*, MDL 2047 (E.D.La), Mr. Longer directly participated in the negotiation of the several inter-related national settlements, and was integrally involved in their implementation.

Along with his law firm's partners, associates and staff, Mr. Longer is ready, willing and more than able to commit his time and his firm's financial and other resources to this vital multidistrict litigation. Mr. Longer and his firm have extensive trial experience and are recognized for cooperating well with others on Plaintiffs Steering Committees (and defense counsel) in the above litigations, as well as *In re Propulsid Products Liability Litigation*, MDL No. 1355 (E.D.La.)(Executive Committee Member); *In re Rezulin Products Liability Litigation*, MDL No. 1348 (S.D.N.Y.)(Executive Committee Member); and *In re Vioxx Products Liability Litigation*, MDL No. 1657 (E.D.La.)(PSC, Negotiating Plaintiffs Counsel & Fee Allocation Committee Member). He has extensive experience in federal litigation, particularly in the realm of complex and mass tort pharmaceutical products liability litigation, as well as interfacing with the District Clerk's offices in the management of prolix MDL dockets. Mr. Longer is currently a member of the Plaintiffs' Steering Committee in *In re Mirena Products Liability Litigation*, MDL No. 2434 (S.D.N.Y.). He has served in the Administrative Committees in *In re Vioxx* , *In re Rezulin, In re Propulsid* and *In re Chinese Drywall*. In many of these litigations his mentoring partner, Arnold Levin, with his assistance, served on the Plaintiffs' Steering Committee or Executive Committee or as Lead counsel. Mr. Longer is currently the Chairman of the Law and Briefing Committee for the PSC in *In re: Chinese Drywall Litigation* and played an integral position on the law and briefing committees in both the *Propulsid, Rezulin* and *Vioxx* Litigation. He prides himself on his ability to work collegiately with other counsel to produce the finest

3

work product for his clients in order to achieve the best results for the litigation.

Mr. Longer and his firm are counsel of record in a Xarelto action filed in the Eastern District of Pennsylvania, *Diaz v. Janssen Research & Development, LLC, et al.*, 2:14-cv-7044 (E.D.Pa.), which is now the subject of a Tag-along Notice.  Mr. Longer's firm is also litigating Xarelto cases in the Philadelphia County Court of Common Pleas, which will enable him to interface and coordinate between the MDL and the Philadelphia County Mass Tort Program, in the event a Mass Tort is approved there.  His firm is presently reviewing approximately 20 individual Xarelto claims referred to the firm by various attorneys throughout the United States, and will shortly file those claims that are appropriate for litigation.

Given Mr. Longer's and his firm's experience in complex litigation of this nature, proven abilities to perform complicated administrative tasks, ability to work well with other counsel and commitment to this litigation, he respectfully requests appointment to the Plaintiffs Steering Committee.  Mr. Longer dedicates his resources, as well as that of his firm, to working with and serving Your Honor in any capacity that the Court deems appropriate.

Respectfully submitted,

Dated: January 13, 2015

  */s/ Frederick S. Longer*
Frederick S. Longer, Esquire (PA Bar No. 46653)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
flonger@lfsblaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 13, 2015 a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of the foregoing document was served on all counsel listed on Schedule B attached to Pretrial Order No. 1.

*/s/ Frederick S. Longer*
Frederick S. Longer