UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**REQUEST TO BE ADDED TO PANEL ATTORNEY SERVICE LIST**

NOW INTO COURT comes Frederick S. Longer of Levin, Fishbein, Sedran & Berman who, pursuant to Pre-Trial Order No. 1, respectfully requests that his name be added to the Panel Attorney Service List attached as Schedule B the Pre-Trial Order.

Respectfully submitted,

 /s/ Frederick S. Longer
Frederick S. Longer, Esquire (PA Bar No. 46653)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
flonger@lfsblaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Request to Be Added to Panel Attorney Service List was served via email or U.S. Mail on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically on the below date and is available for viewing and downloading from the ECF System of United States District Court for the Eastern District of Louisiana this the 13th day of January, 2015.

/s/ Frederick S. Longer
**Frederick S. Longer**