UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROSABAN) PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2592 <br> ) <br> ) SECTION L <br> ) <br> ) JUDGE ELDON E. FALLON <br> ) |

### DANIEL E. BECNEL, JR.'s APPLICATION FOR APPOINTMENT AS LEAD COUNSEL, EXECUTIVE COMMITTEE MEMBER AND/OR TO THE PLAINTIFFS' STEERING COMMITTEE

Daniel E. Becnel, Jr. submits this application to be appointed Lead Counsel, Executive Committee member and/or as a member of the Plaintiffs' Steering Committee based on the following qualifications:

My office has been one of the leaders throughout the country in MDL litigation having been involved in this type of litigation since one of the first civil MDLs in the country MDL No. 330 *Swine Flu Immunization Products Liability Litigation*. I participated in and represented the largest number of death cases in the Luling Ferry Disaster, the largest maritime disaster in the history of the United States which involved the death of 78 people. This case was tried and/or settled before U.S. District Judge Alvin Rubin (deceased).

I have worked very closely my entire career with lawyers around the country and, for example, in reference to MDL 926 *In re Breast Implant Products Liability Litigation*, my office supplied and supervised thirty-five attorneys, full-time, for over two years at the document depository in Cincinnati, Ohio. I personally took numerous depositions in this litigation, including the CEO of Dow Corning Corporation and Dr. Georgiade, the inventor of the MEC breast implant devices (a Bristol-Myers defendant) all of which led to a multibillion dollar settlement.

I have been one of the leaders in mass torts, products liability, plant explosions, train derailments, air crashes, ship collisions and anti-trust litigation across the country. Specifically, in reference to mass torts, the following are a few of the cases in which my office has served as

either Lead Counsel, Trial Attorney or as a member of the Executive Committee. I also initiated many of the below-listed as a mass tort before the MDL Panel.

I was a founding member of *Dianne Castano, et al v. The American Tobacco Company, et al* representing Governor Gray Davis and the State of California in the states' settlement with the tobacco industry; I served on the Plaintiffs' Steering Committee in the following MDLs: MDL 1038 *Norplant Contraceptive Products Liability Litigation*; MDL 1057 *Telectronics Pacing Systems,Inc., Accufix "J" Leads Products Liability Litigation*; MDL 1148 *In re Latex Gloves Products Liability Litigation*; MDL 1355 *Propulsid Products Liability Litigation*; MDL 1431 *In Re Baycol Products Liability Litigation*; MDL 1477 *In Re Serzone Products Liability Litigation*; MDL 1535 *In Re Welding Rod Products Liability Litigation*; MDL No. 1626, *In Re Accutane Products Liability Litigation*; MDL No. 1629 *In Re Neurontin Marketing and Sales Practices Litigation;* MDL No. 1691 *In Re Bextra and Celebrex Litigation;* MDL No. 1708 *In Re Guidant Corp. Implantable Defibrillators Products Liability Litigation*; MDL No. 1726 *In Re Medtronics, Inc. Implantable Defibrillators Products Liability Litigation; Murphy Oil Litigation* (case was settled for $330 million); MDL No. 1742 *In Re Ortho Evra Products Liability Litigation;* MDL1763 *In Re Human Tissue Products Liability Litigation*; MDL No. 1845 *In Re ConAgra Peanut Butter Products Liability Litigation*; MDL No. *1785 In Re Bausch & Lomb Inc. Contact Lens Solution*; MDL No. 1953, *In Re Heparin Products Liability Litigation*; MDL 1401 *Sulzer Inter-Op Hip Prosthesis Products Liability Litigation*; MDL No. 1785, *In Re Bausch & Lomb Inc. Contact Lens Solution*; MDL No. 2034, *In Re Comcast Set Top Television Box Antitrust Litigation;* MDL No. 2047 *In Re Chinese-Manufactured Drywall Products Liability Litigation*; MDL No. 2100 *In Re Yasmin and Yaz (Drospirenone) Marketing, Sales, Practices and Products Liability Litigation;* MDL No. 2220, *In Re Kaba Simplex Locks Marketing and Sales Practices Litigation;* MDL No. 2223, *In Re Ford Navistar Diesel Engine Products Liability Litigation;* MDL No. 2226, *In Re Darvocet, Darvon and Propoxyphene Products Liability Litigation.*

I was appointed Liaison Counsel in reference to MDL No. 1632 *In re High Sulfur*

*Content Gasoline Products Liability Litigation* (Settled for $100 million); and MDL No. 2263, *In Re Dial Complete Marketing and Sales Practices Litigation* and as State/Federal Liaison in MDL 1203 *In re Diet Drug (Phentermine/Fenfluramine/Dexfenfluramine) Product Liability Litigation.*

I was appointed Lead Counsel/Co-Lead Counsel in MDL No. 1724 *In Re Viagra Products Liability Litigation* and MDL No. 1960, *In Re Puerto Rican Cabotage Antitrust Litigation.*

Additionally, our office was one of three law firms, which handled the DPC Festus, Missouri case which was the largest release of chlorine in the United States which injured approximately 345 people, and caused extensive property damage and the the Minot North Dakota Train Derailment case, the largest anhydrous ammonia release in the country.

My office is involved in the Caribbean Petroleum Oil and Fire Litigation. This case arises from the explosion and subsequent fire, which took place on October 23, 2009 at the fuel storage facility owned by Caribbean Petroleum Corp., located in Bayamon, Puerto Rico.

I also negotiated a settlement in *Evans, et al v. TIN, Inc.,* a chemical release into the Pearl River, for $13.5 million.

I also mediated the Intuitive Surgical Robot Litigation. Our firm, working with 35 plaintiff firms around the country, settled approximately 750 cases for injured women without the necessity of filing lawsuits.

In reference to my leukemia and the problems I have had over the last ten months, this has completely resolved as a result of changing the experimental medication I was taking, Ibrutinib. Once I was taken off of the medication, my blood levels have returned to normal and my clotting levels have also returned to normal. In fact, I was able to travel over the Christmas and New Years Holiday to my home in Aspen, CO and to Vienna, Austria where my wife and I attended the New Year's Eve concert. I am back working my usual sixty plus hours per week. In this litigation I will receive referral cases from approximately sixty to seventy law firms from around the country.

Because I have dealt with blood issues (Leukemia) and clotting because of platelets, I have expertise in this field from a personal perspective.

My firm has eleven lawyers, all who have extensive experience in MDL's, as well as trying cases in every field from domestic, criminal, civil, juvenile, etc.

These are a representative selection of cases in which I have been involved during the course of my career. I ask the Court to allow me to serve Lead Counsel, Executive Committee member, and/or as a member of the Plaintiffs' Steering Committee. I can devote the time necessary to this case as my entire career has been devoted to representing people around the country, and my office is often relied upon to organize, finance, and litigate major complex cases. I can assure the Court I will commit whatever resources are necessary to make this Court proud of my work ethic and commitment to make this MDL a success.

Respectfully submitted,
/s/ Daniel E. Becnel, Jr.
DANIEL E. BECNEL, JR. (La. Bar No. 2926)
BECNEL LAW FIRM, LLC
P. O. Drawer H
Reserve, Louisiana 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
E-mail: dbecnel@becnellaw.com