UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION: L
JUDGE FALLON
MAG. JUDGE SHUSHAN

This Documents Relates to:
All Actions

### NOTICE OF FILING OF AMENDED APPLICATION FOR APPOINTMENT OF GERALD E. MEUNIER AS PLAINTIFFS' LIASON COUNSEL

NOW INTO COURT comes Gerald E. Meunier of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC, who respectfully files the attached amended application for appointment as Plaintiffs' Liaison Counsel in the above-captioned matter.

Respectfully Submitted,

**GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC**

By: *s/Gerald E. Meunier*
GERALD E. MEUNIER (La. Bar #9471)
Gainsburgh Benjamin David Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone: 504-522-2304
Facsimile: 504-2528-9973
gmeunier@gainsben.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

*s/Gerald E. Meunier*_____
GERALD E. MEUNIER, #9471