ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
MICHAEL J. ECUYER
WALTER C. MORRISON IV*
M. PALMER LAMBERT
RACHEL A. STERNLIEB

OF COUNSEL
JACK C. BENJAMIN

*ALSO ADMITTED IN MISSISSIPPI

LAW OFFICES
**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.**
2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

SAMUEL C. GAINSBURGH
(1926-2003)

NEW ROADS OFFICE:
143 MAIN STREET
SUITE 3
NEW ROADS, LA 70760
TELEPHONE: (225) 638-8511
TELECOPIER: (225) 638-8319

JACKSON OFFICE:
240 TRACE COLONY PARK DR.
SUITE 100
RIDGELAND, MS 39157
TELEPHONE: (601) 933-2054

*REPLY TO NEW ORLEANS OFFICE*

January 15, 2015

Honorable Eldon E. Fallon
500 Poydras Street, Room C456
New Orleans, Louisiana 70130

    Re:    *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*
             MDL No.: 2592, Section: L

Dear Judge Fallon:

In order to more accurately represent our firm's current status as counsel in this matter, I respectfully ask that the following be substituted as the initial paragraph of my January 5, 2015 Letter Application for Appointment as Plaintiffs' Liaison Counsel (R. Doc. 15-1):

> "Our Firm is co-counsel for plaintiffs in the following filed matters, which are in the process of being transferred into this MDL:
>
> 1. *Betty Stroud, et al. v. Janssen Research & Development, LLC, et al*, E.D. Mich. No. 2:14-cv-14798-SEC-MJH;
> 2. *Donald K. Turner, et al. v. Janssen Research & Development, LLC, et al*, W.D. La. No. 6:15-cv-00062-RFD-PJH; and
> 3. *Katherine Sandt v. Janssen Research & Development, LLC, et al*, W.D. Okla. No. 5:15-cv-00041-C.
>
> In addition, we are asked to serve as co-counsel for plaintiffs in a number of cases under review and not yet filed, but which may be directly filed in or transferred into this MDL."

I otherwise reiterate the content of my January 5, 2015 Letter Application.

                                            Sincerely,

                                            Gerald E. Meunier

GEM/mer