**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)             MDL NO. 2592
PRODUCTS LIABILITY LITIGATION
                                         SECTION L

THIS DOCUMENT RELATES TO ALL CASES

                                         JUDGE ELDON E FALLON

                                         MAG. JUDGE SHUSHAN

<u>**DEFENDANTS' NOMINATION FOR DEFENDANTS' LIAISON COUNSEL**</u>

In accordance with Paragraph 15 of PRETRIAL ORDER #1 (Rec. Doc. No. 2),

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen

Ortho LLC (collectively, "Janssen"), Johnson & Johnson ("J&J"), Bayer Corporation, Bayer

HealthCare LLC, and Bayer HealthCare Pharmaceuticals Inc. (collectively, "Bayer")

("Defendants") respectfully nominate James B. Irwin of the firm of Irwin Fritchie Urquhart &

Moore LLC as Defendants' Liaison Counsel. The Court is familiar with Mr. Irwin's service as

Defendants' Liaison Counsel in the Propulsid MDL.  Mr. Irwin's resume' may be found at

www.irwinllc.com.  Mr. Irwin will be assisted by Kim E. Moore of Irwin Fritchie Urquhart &

Moore LLC as local counsel for the Janssen defendants, and John F. Olinde of the firm of Chaffe

McCall LLP as local counsel for the Bayer defendants.

00276912

Dated:       January 15, 2015          DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
     Susan M. Sharko
     DRINKER BIDDLE & REATH LLP
     600 Campus Drive
     Florham Park, NJ 07932-1047
     Telephone: (973) 549-7000
     Facsimile:  (973) 360-9831
     susan.sharko@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

     James B. Irwin (LA. Bar. 7172)
     Kim E. Moore (La. Bar 18653)
     IRWIN FRITCHIE URQUHART &
     MOORE LLC
     400 Poydras Street, Suite 2700
     New Orleans, LA 70130
     Telephone: (504)310-2100
     Facsimile: (504)310-2120
     *jirwin@irwinllc.com*
     *kmoore@irwinllc.com*

     *Attorneys for Defendants*
     *Janssen Pharmaceuticals, Inc.,*
     *Janssen Research & Development,*
     *LLC Janssen Ortho LLC and*
     *Johnson & Johnson*

BRADLEY ARANT BOULT CUMMINGS LLP

By: /s/ *F.M. (Tripp) Haston, III*

    F.M. (Tripp) Haston, III
    BRADLEY ARANT BOULT CUMMINGS LLP
    One Federal Place
    1819 Fifth Avenue North
    Birmingham, Alabama 35203
    thaston@babc.com

CHAFFE MCCALL LLP

    John F. Olinde (LA. Bar. 1515)
    CHAFFE McCALL LLP
    1100 Poydras Street
    New Orleans, LA 70163
    Telephone: (504) 585-7500
    Facsimile:  (504)585-7075
    olinde@chaffe.com
    *Attorneys for Defendants*
    *Bayer Corporation, Bayer HealthCare LLC and*
    *Bayer HealthCare Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy of same to all counsel of record.

*/s/ James B. Irwin*