UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)          MDL 2592
PRODUCTS LIABILITY LITIGATION
                                       SECTION L

THIS DOCUMENT RELATES TO:
ALL CASES                              JUDGE ELDON E. FALLON

                                       MAG. JUDGE NORTH

**NOTICE OF FILING OF LETTERS IN SUPPORT OF STEPHEN B. MURRAY, SR.'S
APPLICATION FOR APPOINTMENT AS PLAINTIFFS' LIAISON COUNSEL**

NOW INTO COURT comes Stephen B. Murray, Sr., who respectfully files the attached

letters in support of his application for appointment as Plaintiffs' Liaison Counsel (Rec. Doc. 20)

in the above-captioned matter.


Respectfully submitted,

**/s/ Stephen B. Murray**
Stephen B. Murray, Sr. (#9858)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone:  (504) 525-8100
Facsimile:  (504) 584-5249
E-mail:  smurray@murray-lawfirm.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the foregoing Notice and attachment were served via electronic mail or U.S. Mail on all counsel included in Schedule B attached to the Court's Pre-Trial Order #1, and filed electronically on the date below on the ECF System of the United States District Court for the Eastern District of Louisiana on this the 15th day of January, 2015.

**/s/ Stephen B. Murray**
Stephen B. Murray, Sr. (#9858)