## SCHLICHTER, BOGARD & DENTON, LLP
ATTORNEYS AT LAW

ROGER C. DENTON

rdenton@uselaws.com

100 SOUTH FOURTH STREET, SUITE 900
ST. LOUIS, MISSOURI 63102
(314) 621-6115
FAX (314) 621-7151
www.uselaws.com

BELLEVILLE, ILLINOIS

January 14, 2015

The Honorable Eldon E. Fallon
United States District Court for the Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130

Re: *Xarelto (Rivaroxaban) Products Liability Litigation* - MDL No. 2592

Dear Judge Fallon:

I write in support of the application of Stephen B. Murray Sr. for the position of liaison counsel. I have worked with Mr. Murray and members of the Murray Law Firm on the *Xarelto* litigation for many months including the briefing and arguments before the JPML. Mr. Murray is well experienced and his firm has been actively engaged in this litigation from the inception.

I have served as co-lead counsel in the *Pradaxa* MDL, liaison counsel in the *Yasmin* MDL and lead counsel and liaison counsel in the *NuvaRing* MDL. With this experience I have a basis to understand the duties and responsibilities of liaison counsel for a litigation of this magnitude and have confidence that Mr. Murray and his firm would be an excellent choice for liaison counsel.

My firm filed some of the earliest *Xarelto* cases and filed the motion with the JPML that created this MDL. My firm has eight cases currently on file and over 400 retained clients. My clients, as well as all of the plaintiffs in this MDL, would be well served by his appointment to the position of liaison counsel.

Thank you for your consideration.

Sincerely,

Roger C. Denton

RCD/emc





**Reply to:**
**1528 WALNUT STREET, 4th FLOOR**
**PHILADELPHIA, PA 19102**

(215) 790-7300 • (800) 883-2299

FAX (215) 546-0942
WEBSITE: WWW.SHELLER.COM

210 LAKE DRIVE EAST, SUITE 101
CHERRY HILL, NJ 08002

(609) 941-2596

January 12, 2015

The Honorable Eldon E. Fallon
United States District Court for the Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130

    Re:    Xarelto (Rivaroxaban) Products Liability Litigation
            MDL No. 2592

Dear Judge Fallon:

    I had the honor of practicing before this Honorable Court in *In Re: Propulsid Products Liability Litigation*, MDL No. 1355, as liaison counsel for the New Jersey plaintiffs. I currently represent Xarelto claimants who anticipate filing cases in state court in Pennsylvania in the near future. Although my clients will file cases in state court, I recognize the importance of cooperation between MDL counsel and state court counsel in complex, multi-jurisdictional cases such as Xarelto. I understand that Stephen B. Murray has applied for appointment as liaison counsel in the MDL. I strongly support Stephen Murray's application because I believe he has the temperament and experience required to fill this important position.

    As a result of my own experience with MDL work, I especially appreciate the need to have an attorney with experience, resources, and a cooperative spirit as liaison counsel. It is my full understanding that not only is Mr. Murray capable of handling this sensitive litigation, he is aware of the nuances involved in the liaison counsel position. Mr. Murray understands the demands on time and resources that are required of this position, and he is ready and able to meet the challenge.

    The interests of state federal cooperation would be well served by Mr. Murray's appointment to the position of liaison counsel.

    Thank you for your consideration.

Respectfully yours,

David Jacoby



January 13, 2015

**CHARLES S. ZIMMERMAN**
Admitted in Minnesota & Arizona
Charles.Zimmerman@zimmreed.com

REPLY TO MINNEAPOLIS

The Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

   RE: Xarelto (Rivaroxaban) Products Liability Litigation
      MDL No. 2592

Dear Judge Fallon:

I represent numerous Xarelto claimants who have filed/will likely file cases. I note with great interest that Stephen B. Murray, Sr. has, in the alternative, applied for the role of Liaison to the State Courts in this MDL (should such a position be created by the Court). I strongly support Stephen Murray's application for such a position, and believe, for the reasons outlined in his application, that he is particularly well suited for that role. The fact that Mr. Murray plans to pursue claims in both state court and federal court puts him in a particularly advantageous position, one that will help him foster mutual cooperation between state court attorneys and federal attorneys. Based on my experience, the ability to foster such cooperation will be critical to ensuring the fair and efficient administration of this important litigation.

The interests of state-federal cooperation would be well served by Mr. Murray's appointment to the position of Liaison to the State Courts, should such a position be created. I strongly support his application for this role.

Thank you for your consideration.

Very truly yours,

ZIMMERMAN REED, P.L.L.P.

Charles S. Zimmerman
CSZ:sab

MINNEAPOLIS 1100 IDS Center, 80 South 8th Street Minneapolis, Minnesota 55402 T 612.341.0400 F 612.341.0844
SCOTTSDALE 14646 North Kierland Blvd, Suite 145 Scottsdale, Arizona 85254 T 480.348.6400 F 480.348.6415

ZIMMREED.COM

| | | |
|---|---|---|
| 2905 SACKETT STREET<br>HOUSTON, TEXAS 77098<br>713-522-5250<br>888-520-5202<br>713-535-7184 FAX | **MATTHEWS & ASSOCIATES**<br>ATTORNEYS & COUNSELORS AT LAW<br><br>www.dmlawfirm.com | 244 FIFTH AVENUE # 2882<br>NEW YORK, NEW YORK 10001<br>212-726-1435<br>888-520-5202<br>FAX 212-726-3435 |

January 13, 2015

The Honorable Eldon E. Fallon
United States District Court for the Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130

      ***Re:   Xarelto (Rivaroxaban) Products Liability Litigation***
             ***MDL No.  2592***

Dear Judge Fallon:

     I represent over 100 Xarelto claimants and have filed several in state court.  I may also be filing some in the MDL.  I certainly recognize the importance of coordination between the federal and state courts.  I understand Steve Murray has recently applied as liaison counsel.  I completely support him in this endeavor.

     I've worked closely with Steve Murray for several years and I believe he would be an excellent liaison for this court.  I've been working in mass tort for over 15 years and have filed in many state courts as well as MDL's in Vioxx, Accutane, Celebrex, PPA, Rezulin and many others.  In fact, I was in charge of the Vioxx Texas statewide consolidation and was heavily involved in the federal litigation in your court.  There is no one more capable of handling the complicated relationships and communications than Steve.

      The interests of state and federal cooperation would be well served by Mr. Murray's appointment to the position of liaison counsel.

     Thank you for your consideration.

                                                     Sincerely,

                                                   David P. Matthews

*Cc:  Steve Murray*



# SMITH STAG, LLC

One Canal Place | 365 Canal Street | Suite 2850 | New Orleans, Louisiana 70130
Phone 504 593 9600 | Fax 504 593 9601 | www.smithstag.com | mail@smithstag.com

**Attorneys and Counselors at Law:**
Stuart H. Smith†
Michael G. Stag†

Sean S. Cassidy±
Merritt E. Cunningham°
Ashley M. Liuzza
Bonnie A. Kendrick
Kevin D. Micale
Stephen H. Wussow

January 14, 2015

Of Counsel:
Barry J. Cooper, Jr.‡
Catherine B. Cummins

† Limited Liability Company
‡ Also Admitted in Texas
± Also Admitted in New Jersey
° Also Admitted in Mississippi

The Honorable Eldon E. Fallon
United States District Court for the Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130

      Re:    Xarelto (Rivaroxaban) Products Liability Litigation
                MDL No. 2592

Dear Judge Fallon:

    I represent Xarelto claimants who anticipate filing cases in the MDL. I understand that Stephen B. Murray has applied for appointment as liaison counsel. I strongly support Stephen Murray's application.

    Mr. Murray's reputation as a skillful litigator and consummate professional precedes him. I have worked with Steve on complex litigation over many years, and have found that he is cooperative with counsel for all parties and that his ultimate goal is the just and efficient resolution of all disputes. Further, his extensive experience serving on plaintiffs' steering committees in various multi-district litigations involving pharmaceuticals will benefit all counsel involved in the Xarelto Litigation.

    I and my clients would be well served by his appointment to the position of liaison counsel. I respectfully request that you consider our recommendation. I remain,

Respectfully yours,

SMITH STAG, L.L.C.

Michael G. Stag

# SANDERS LAW FIRM, LLC

**Perry R. Sanders, Jr.**
**Richard White**
**Justin T. Bailey**

31 N Tejon Street
Suite 400
Colorado Springs, CO 80903

Admitted in LA
Admitted in LA
Admitted in NY, MA and CO

Phone:       (719) 630-1556
Fax:          (719) 630-7004
Toll Free:   (877) 630-1556
justin@perrysanderslaw.com

January 15, 2015

The Honorable Eldon E. Fallon
United States District Court for the Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130

Re:   Xarelto (Rivaroxaban) Products Liability Litigation
       MDL No. 2592

Dear Judge Fallon:

I represent seventy (70) Xarelto claimants who will be filing cases in state court or in the instant MDL. Although my clients may file cases in state court, I recognize the importance of cooperation between MDL counsel and state court counsel in complex, multi-jurisdictional cases such as Xarelto. I understand that Stephen B. Murray has applied for appointment as liaison counsel in the MDL. I strongly support Stephen Murray's application. I have worked with Stephen Murray in the past, and he has shown the temperament and experience required to fill this important position. From my extensive experience with mass tort cases, I understand that communication and cooperation is vital to the effective management of case dockets in both state courts and in the MDL. I have had the opportunity to experience both sides of the coin when it comes to liaison counsel, both the good and the bad, and I am confident Stephen B. Murray exemplifies the characteristics and skills which make for a competent, qualified, and effective team member, but more importantly his skills exemplify those which one hopes to find embodied in liaison counsel.

The interests of state federal cooperation would be well served by Mr. Murray's appointment to the position of liaison counsel.

Thank you for your consideration.

Perry R. Sanders Jr.
Sanders Law Firm

Offices also located at 400 Broad Street, Lake Charles, LA 70601