UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION* | MDL No. 2592 |
| This Document Relates to: <br><br> All Actions | SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE SHUSHAN |

## APPLICATION OF DENNIS C. REICH FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT comes Dennis C. Reich, of the law firm of Reich & Binstock, LLP, who respectfully moves this Honorable Court for an appointment to the Plaintiffs' Steering Committee ("PSC") in the above-referenced action.

### INTRODUCTION

Mr. Reich currently serves as counsel in **Case No. CIV-15-41-C, *Katherine Sandt v. Janssen Research & Development, LLC, et al. (W.D. OK)*** that will ultimately be transferred to this Honorable Court. Mr. Reich anticipates becoming counsel for other Xarelto cases that will be filed and transferred for pretrial proceedings under 28 USC § 1407. *See Transfer Order, In Re: Xarelto (Rivaroxaban) Products Liability Litigation, MDL No. 2592, ECF No. 122.* Mr. Reich has substantial experience in MDL and other cases of national significance. As set forth below, he has served on PSCs and has held a leadership role in other mass litigation in the Eastern District of Louisiana. If appointed to a leadership role, Mr. Reich and his law firm Reich & Binstock, LLP will commit the necessary time and resources to pursue this case to a conclusion and will work cooperatively with co-counsel to efficiently prosecute this case in a way that minimizes costs and will serve the best interests of

Mr. Reich has the background, credentials and experience and would be honored to serve on the PSC for this important litigation.

## **QUALIFICATIONS OF COUNSEL**

Mr. Reich is a founding partner of Reich & Binstock, LLP. Mr. Reich first became involved in mass litigation in the early 1980s when working with the late Wendall H. Gauthier in the MGM fire litigation in Las Vegas, Nevada. Later, Mr. Reich had the pleasure to work again with Mr. Gauthier in a tragic fire which burned down a chicken processing plant in Hamlet, North Carolina that killed and injured numerous workers. Over the years, Mr. Reich has taken on numerous cases where he served on PSCs, performed common benefit work, or as class counsel involving diverse issues such as groundwater contamination from the gasoline additive MTBE, ineffective smoke detectors used in residential properties, stimulant laxatives that were being improperly promoted for weight loss/control in young women, inadequately monitored petroleum-carrying pipelines, inadequate emissions controls for dangerous pollutants such as benzene and hexavalent chrome at petroleum refineries, levee breaches, oil pollution resulting in economic and physical injuries, and defectively designed and marketed pharmaceutical products.

As demonstrated in a partial listing of cases below, Mr. Reich has worked cooperatively and collaboratively with many lawyers in the Eastern District of Louisiana. He travels to New Orleans regularly and frequently from Houston, Texas where his office is located. Because of his long history of working large and complex cases of national significance, Mr. Reich recognizes and understands the importance of adhering to the highest standards of professionalism while at the same time serving as a zealous advocate on behalf of his clients. Mr. Reich is well recognized in his profession in working with a wide array of experts in addressing the scientific and

technical issues that often drive and become the focal point of the litigation. He is also mindful of the skyrocketing costs of litigation and will endeavor to eliminate duplication and waste in the discovery process if appointed to a leadership role for the Xarelto MDL.

As outlined below, Mr. Reich has been appointed by courts throughout the United States to serve in key leadership positions as class counsel, PSC or executive committee member and/or common benefit committee member in cases listed below.

### REPRESENTATIVE LITIGATION

- PSC Member, **MDL 1873, In re: FEMA Trailer Formaldehyde Products Liability Litigation**, U.S. District Court, Eastern District of Louisiana; served as lead counsel and co-lead counsel in two FEMA trials in the Eastern District before the Honorable Kurt Englehardt (case resolved);
- PSC Member, **JCCP 4775, In re: Risperdal and Invega Product Liability Cases**, Los Angeles Superior Court before the Honorable William F. Highberger;
- *Economic Loss and Damage Committee Member, common benefit work in* **MDL 2179, BP Oil Spill Litigation**;
- PSC Member and member of Plaintiffs' Executive Committee in **MDL 1358**, **MTBE Product Liability Litigation**, U.S. District Court, Southern District of New York before the Honorable Shira Scheindlin (case resolved);
- Chairman of Damage Committee for Medical Providers, **MDL 2406, In re: Blue Cross Blue Shield Antitrust Litigation**, U.S. District Court, Northern District of Alabama, Southern Division;
- Co-Lead Counsel, **Cause No. 00-221-H, Lydia S. Perez, et al vs. Schering-Plough Corp., et al**, 347th Judicial District Court of Nueces County, Texas, class action suit against the **stimulant laxative industry** (case resolved);
- Lead counsel, **C.A. No. H-92-1054, Hayden v. Atochem North America, et al**, U.S. District Court, Southern District of Texas, Houston Division (case resolved);
- Special Counsel for State of New Jersey in **New Jersey Natural Resource Damage Litigation, Docket Nos. CAM-L-3337-07, NRN-L-295-07 and BUR-L-1744-07**, Superior Court of New Jersey, Law Division-Essex County (case resolved);
- Common Benefit Work in **Katrina Canal Breaches** consolidated proceedings, **No. 05-4181**, U.S. District Court, Eastern District of Louisiana.

### SPECIAL QUALIFICATIONS OF COUNSEL

- BA Degree, Magna Cum Laude, 1972, University of Connecticut
- JD Degree, Order of the Barons, University of Houston Law Center
- Admitted State Bar of Texas 1975

- Admitted State Bar of California 1976
- Admitted State Bar of New York 2008
- Admitted U.S. District Court, Southern, Eastern and Western Districts of Texas
- Admitted U.S. Court of Appeals, Fifth, Tenth and Eleventh Circuits
- Admitted U.S. District Court, Arizona
- Certification – Texas Board of Legal Specialization in Personal Injury
- Martindale Hubble AV Rated (Highest Rating)

WHEREFORE, Dennis C. Reich of the law firm of Reich & Binstock, LLP, respectfully requests this Honorable Court issue an Order appointing him to the Plaintiffs' Steering Committee.

Dated: January 15, 2015

Respectfully submitted,

_____
Dennis C. Reich (TBN 16739600)
REICH & BINSTOCK, LLP
4265 San Felipe, Suite 1000
Houston, Texas  77027
Telephone: (713) 622-2771
Fax: (713) 623-8724
Email: DReich@ReichandBinstock.com
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of the foregoing document was served on all counsel listed on the Panel Attorney Service List attached to PTO 1 and designated as Schedule B.

_____
Dennis C. Reich