**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592** |
| | **SECTION L** |
| THIS DOCUMENT RELATES TO ALL CASES | |
| | **JUDGE ELDON E FALLON** |
| | **MAG. JUDGE NORTH** |

### REQUEST TO BE ADDED TO PANEL ATTORNEY SERVICE LIST

NOW INTO COURT come James B. Irwin and Kim E. Moore of Irwin Fritchie Urquhart & Moore LLC who, pursuant to Pre-Trial Order No. 1, respectfully request that their names be added to the Panel Attorney Service List attached as Schedule B to Pre-Trial Order No. 1.

Respectfully submitted,

00276943

Dated: January 15, 2015

DRINKER BIDDLE & REATH LLP

    Susan M. Sharko
    DRINKER BIDDLE & REATH LLP
    600 Campus Drive
    Florham Park, NJ 07932-1047
    Telephone: (973) 549-7000
    Facsimile:  (973) 360-9831
    susan.sharko@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
    James B. Irwin (LA. Bar. 7172)
    Kim E. Moore (La. Bar 18653)
    IRWIN FRITCHIE URQUHART & MOORE LLC
    400 Poydras Street, Suite 2700
    New Orleans, LA 70130
    Telephone: (504)310-2100
    Facsimile: (504)310-2120
    jirwin@irwinllc.com
    kmoore@irwinllc.com

*Attorneys for Defendants*
*Janssen Pharmaceuticals, Inc.,*
*Janssen Research & Development,*
*LLC Janssen Ortho LLC and*
*Johnson & Johnson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2015, I electronically filed the foregoing Request To Be Added To Panel Attorney Service List with the Clerk of the Court using the CM/ECF system and a served a copy via U.S. Mail on all counsel of record listed on Schedule B attached to Pre-Trial Order No. 1.

                /s/ *James B. Irwin*