UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

### REQUEST TO BE ADDED TO PANEL ATTORNEY SERVICE LIST

**NOW INTO COURT** comes John F. Olinde of Chaffe McCall, LLP who, pursuant to Pre-Trial Order No. 1, respectfully requests that his name be added to the Panel Attorney Service List attached as Schedule B to Pre-Trial Order No. 1.

Respectfully submitted,

Fred M. Haston, III, Esquire
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL  35203-2119
Phone (205) 521-8303
Fax: (205) 488-6303
Email:  thaston@babc.com


By: */s/ John F. Olinde*
    John F. Olinde (LA Bar #1515)
    CHAFFE MCCALL, L.L.P.
    1100 Poydras Street
    New Orleans, LA  70163
    Phone (504) 585-7000
    Fax:  (504) 585-7075
    Email: olinde@chaffe.com

  *Attorneys for Bayer HealthCare Pharmaceuticals Inc., Bayer Corporation, and Bayer HealthCare LLC*

1

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 16th day of January, 2015, I electronically filed the foregoing Request To Be Added To Panel Attorney Service List with the Clerk of the Court using the CM/ECF system and served via email or U.S. Mail on all counsel of record listed on Schedule B attached to Pre-Trial Order No. 1.

                                          */s/ John F. Olinde*