UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION L <br> * <br> * JUDGE ELDON E. FALLON <br> * <br> * MAG. JUDGE SHUSHAN |
| ************************************************ | |
| THIS DOCUMENT RELATES TO: <br><br> JAMES J. BRIEN, SR. and <br> DOLLY S. BRIEN <br><br> Vs. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC <br> f/k/a JOHNSON & JOHNSON PHARMACEUTICAL <br> RESEARCH AND DEVELOPMENT, LLC, *et al* | * <br> * <br> * Case No. 14-cv-2014 <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| ************************************************ | |

## *EX PARTE* MOTION FOR FIRST EXTENSION OF TIME TO EFFECTUATE SERVICE ON FOREIGN BAYER DEFENDANTS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, James J. Brien, Sr. and Dolly S. Brien, who respectfully moves this Court, for an *ex parte* Order regarding Plaintiff's first extension of time to serve the three German Bayer entities in this case, Bayer AG, Bayer HealthCare AG, and Bayer Pharma AG, and as reasons therefore, respectfully represent:

I.

Pursuant to Federal Rules of Civil Procedure 4(m), a court may extend the time for service on a defendant past 120 days for good cause shown. And significantly, F.R.C.P. 4(m) expressly provides that the 120-day time limitation does not apply to service in a foreign country.

1

II.

Plaintiffs have effected timely service on all domestic Defendants, and all domestic Defendants have filed Answers. However, Plaintiffs have not yet effected service on the three foreign Defendants, Bayer AG, Bayer Healthcare AG, and Bayer Pharma AG.

III.

Plaintiffs aver that good cause exists for an extension of time in the instant case due to the recent establishment of Xarelto as MDL 2592 on December 17, 2014, and the initial status conference set for January 29, 2015, where it is anticipated that the foreign service issue will be on the Plaintiffs' agenda. Plaintiffs anticipate that during this initial conference to be held in two weeks, a discussion about a procedure for the service on the three Bayer foreign defendants will begin and once a Plaintiff Steering Committee has been established, it will be their task to set up a procedure for serving these three foreign Bayer entities.

IV.

Plaintiffs respectfully request an extension of time to serve the three foreign Bayer entities until thirty (30) days after the time that a procedure has been set up in the MDL, or in the alternative, Plaintiffs request an additional one hundred twenty (120) days to begin service through the Hague on these three German Bayer entities.

V.

Plaintiffs aver that this is the first such extension that has been requested.

VI.

Plaintiffs further aver that this matter is not yet set for trial or hearing, and thus the requested extension should not affect this Honorable Court's docket.

**WHEREFORE,** Plaintiffs, James J. Brien, Sr. and Dolly S. Brien, pray that they be granted an extension of time to serve the three foreign Bayer entities until thirty (30) days after the time

that a procedure has been set up in the MDL, or in the alternative, Plaintiffs request an additional one hundred twenty (120) days to begin service through the Hague on these three German Bayer entities.

    A supporting memorandum and a proposed order are attached.

Date:   January 16, 2015                     Respectfully submitted,

                                               /s/  Mekel Alvarez
                                               Morris Bart (LA Bar #02788)
                                               Mekel Alvarez (LA Bar #22157)
                                               Morris Bart, LLC
                                               909 Poydras Street, 20th Floor
                                               New Orleans, LA 70112
                                               Telephone: 504-525-8000
                                               Facsimile: 504-599-3392
                                               morrisbart@morrisbart.com
                                               malvarez@morrisbart.com
                                               dsnellings@morrisbart.com
                                               **COUNSEL FOR PLAINTIFFS**