UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION L <br> * JUDGE ELDON E. FALLON <br> * MAG. JUDGE SHUSHAN |

*********************************************

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| JAMES J. BRIEN, SR. and | * | Case No. 14-cv-2014 |
| DOLLY S. BRIEN | * | |
| | * | |
| Vs. | * | |
| | * | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC | * | |
| f/k/a JOHNSON & JOHNSON PHARMACEUTICAL | * | |
| RESEARCH AND DEVELOPMENT, LLC, *et al* | * | |

*********************************************

## ORDER

Considering the Ex Parte Motion and Memorandum for their First Extension of Time To Effectuate Service on Foreign Bayer Defendants filed by Plaintiffs, James J. Brien, Sr. and Dolly S. Brien;

**IT IS ORDERED** that Plaintiffs, James J. Brien, Sr. and Dolly S. Brien, be granted an extension of time to serve the three foreign Bayer entities, namely Bayer AG, Bayer Healthcare AG, and Bayer Pharma AG until thirty (30) days after the time that a procedure has been set up in the MDL to effectuate service on the foreign defendants.

**ALTERNATIVELY,**

**IT IS ORDERED** that Plaintiffs, James J. Brien, Sr. and Dolly S. Brien, be granted an additional one hundred twenty (120) days to effectuate service on such foreign Defendants, Bayer AG, Bayer Healthcare AG, and Bayer Pharma AG.

**NEW ORLEANS, LOUISIANA,** this ____ day of _____, 2015.

_____
DISTRICT COURT JUDGE ELDON E. FALLON