UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | |
| | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

### REQUEST TO BE ADDED TO PANEL ATTORNEY SERVICE LIST

NOW INTO COURT comes Deirdre R. Kole of Drinker Biddle & Reath LLP who, pursuant to Pre-Trial Order No. 1, respectfully requests that her name be added to the Panel Attorney Service List attached as Schedule B to Pre-Trial Order No. 1.

Dated:   January 16, 2015          DRINKER BIDDLE & REATH LLP

By: /s/ *Deirdre R. Kole*
   Deirdre R. Kole
   DRINKER BIDDLE & REATH LLP
   600 Campus Drive
   Florham Park, NJ 07932-1047
   Telephone: (973) 549-7000
   Facsimile:  (973) 360-9831
   deirdre.kole@dbr.com

   *Attorneys for Defendants*
   *Janssen Pharmaceuticals, Inc.,*
   *Janssen Research & Development,*
   *LLC Janssen Ortho LLC and*
   *Johnson & Johnson*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 16th day of January, 2015, I electronically filed the foregoing Request To Be Added To Panel Attorney Service List with the Clerk of the Court using the CM/ECF system and served via email or U.S. Mail on all counsel of record listed on Schedule B attached to Pre-Trial Order No. 1.

      /s/ *Deirdre R. Kole*