UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## APPLICATION FOR APPOINTMENT OF STEPHEN B. MURRAY, SR. TO EXECUTIVE COMMITTEE AND/OR AS PLAINTIFFS' LIAISON COUNSEL TO THE STATE COURTS

Stephen B. Murray, Sr. hereby submits his application for appointment as a member of the Executive Committee, and/or as Plaintiffs' Liaison Counsel to the State Courts, should such a position be created, in *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*. In support of this application, and to avoid submitting duplicative material to this Honorable Court, Mr. Murray reiterates by reference all information that was presented in his application for appointment as Plaintiffs' Liaison Counsel (Rec. Doc. 20), as well as the letters that were submitted in support of that application (Rec. Doc. 31). Mr. Murray's previous application and support letters establish that he is more than qualified for a position on the Executive Committee given his significant experience handling all aspects of complex litigation and his ability to lead and work cooperatively with others.

Mr. Murray is particularly well-suited for the role of Plaintiffs' Liaison Counsel to the State Courts, should such a position be created, because he intends to pursue a large client base in both state court and federal court. Mr. Murray will be well positioned to foster cooperation between lawyers in both jurisdictions. Indeed, this conclusion is supported by the fact that lawyers with significant inventories in state court (and a great deal of experience in similar

1

litigation) have submitted letters in support of Mr. Murray serving in a liaison capacity. Therefore, Mr. Murray respectfully asks that this Honorable Court strongly consider him for the role of Liaison Counsel to the State Courts if such a position is created.

For the foregoing reasons, and for the many reasons detailed in his previous application (Rec. Doc. 20) and support letters (Rec. Doc. 31), Mr. Stephen B. Murray, Sr. respectfully requests that he be appointed to the Executive Committee for this MDL and/or as Plaintiffs' Liaison Counsel to the State Courts, should that position be created.

Respectfully submitted,

**/s/ Stephen B. Murray**
Stephen B. Murray, Sr. (#9858)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249
E-mail: smurray@murray-lawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Application for Appointment of Stephen B. Murray, Sr. to Executive Committee and/or as Plaintiffs' Liaison Counsel to the State Courts was served via electronic mail or U.S. Mail on all counsel included in Schedule B attached to the Court's Pre-Trial Order #1, and filed electronically on the date below on the ECF System of the United States District Court for the Eastern District of Louisiana on this the 20th day of January, 2015.

**/s/ Stephen B. Murray**
Stephen B. Murray, Sr. (#9858)