UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE SHUSHAN |
| ****************************** | * | |

APPLICATION FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE
ANDY D. BIRCHFIELD, JR.

Andy Birchfield seeks appointment to the Plaintiffs' Steering Committee and requests the Court to consider appointing him as either Plaintiffs' Lead or Co-Lead Counsel and as a member of the Executive Committee. In support of his application, Birchfield submits the following:

Andy Birchfield is a graduate of Samford University and Jones School of Law and has been licensed to practice law since 1992. Birchfield is admitted to practice in the United States Supreme Court, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Eleventh Circuit and various United States District Courts around the country, as well as the Supreme Court of Alabama. Birchfield is a national leader in mass torts who has consistently demonstrated excellence in all aspects of litigation, integrity, and an indefatigable commitment to protect the interests of those who have been harmed by a drug or medical device.

Birchfield is the Mass Torts Section Head for Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., a national law firm headquartered in Montgomery, Alabama. Beasley Allen's Mass Torts Section is comprised of 28 attorneys and 79 staff members. The Mass Torts Section focuses on pharmaceutical and medical device product liability litigation. Overall, Beasley Allen employs 74 attorneys and 249 staff members. Birchfield, individually, and Beasley Allen law firm are willing and able to devote significant time and other resources to the Plaintiffs' Steering Committee in this litigation.

Currently, Birchfield serves on the Plaintiffs' Steering Committee in *In re¨ Actos (Pioglitazone) Products Liability Litigation,* MDL No. 2299, and *In re: Zoloft (Sertaline Hydrochloride) Products*

*Liability Litigation,* MDL No. 2342.  In April 2005, Birchfield was appointed to serve as co-lead counsel in *In re: Vioxx Products Liability Litigation,* MDL No. 1657.  In the Vioxx MDL, Birchfield served as chair, co-chair or a member of numerous committees, including the Executive Committee, Trial Committee (serving as trial counsel in five bellwether cases), Negotiating Committee, Fee Allocation Committee, Administrative Committee, Discovery Committee and Science Committee.  In addition, Birchfield supervises lawyers in the Beasley Allen Mass Section who are presently serving on the Plaintiffs' Steering Committee in the following MDLs:  *In re: Fosamax Products Liability Litigation,* MDL No. 1789; *In re: Fosamax (Alendronate Sodium) Products Liability Litigation* (No. II), MDL No. 2243; *In re: DePuy Orthopaedics, Inc., ASR Hip Implants Products,* MDL No. 2197; *In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation,* MDL No. 2244; *In re: Mirena IUD Products Liability Litigation,* MDL No. 2434; *In re: Granuflo Products Liability Litigation,* MDL No. 2428; *In re: Testosterone Replacement Therapy Products Liability Litgation,* MDL 2545; *In re: C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2187*; In re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2325; *In re: Boston Scientific Corp., Pelvic Repair System Products Liability Litigation*, MDL No. 2326; *In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327; *Coloplast Corp. Pelvic Repair System Products Liability Litigation*, MDL No. 2387; *Cook Medical, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2440; and *In re: Prempro Products Liability Litigation,* MDL No. 1507.

Further, Birchfield has extensive mass tort experience, including handling litigation involving Fen-phen, Rezulin, Baycol, Meridia, Lotronex, Hormone Replacement Therapy, Bextra, PPA, Serzone and Sulzer hip implants.

Throughout his MDL and mass torts experience, Birchfield has demonstrated the ability to facilitate cooperation among lawyers with divergent and competing interests in order to achieve common goals.  Over the course of numerous difficult litigations, he has displayed the determination necessary to see litigation through to ultimate resolution.  Most notably, in the Vioxx litigation, plaintiff lawyers filed cases in various state court venues as well as in the MDL Court.  Birchfield worked to establish

communication and cooperation among various groups of lawyers, and he maintained a steadfast commitment to the successful resolution of the litigation even when the defendant was winning trials and consistently expressing a commitment to try each case. Birchfield worked tirelessly to protect the rights of all persons injured as a result of taking Vioxx, not only during the discovery of the case and trials, but also throughout the negotiation and administration of the settlement.

Presently, Beasley Allen represents a large number of individuals who have suffered injuries as a result of taking Xarelto. Birchfield is counsel of record in *Victoria Gulsby v. Xarelto*, *Eastern District of Louisiana*, Case No. 3:14CV1242.

Dated: January 16, 2015

                                        Respectfully submitted,

/s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr. (ASB-3625-C48A)
**BEASLEY, ALLEN, CROW,**
  **METHVIN, PORTIS & MILES, P.C.**
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555
Andy.Birchfield@BeasleyAllen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr. (ASB-3625-C48A)