UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| MARY JO HEAD, Plaintiff, | |
| v. | CASE NO.: 15-cv-00137 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, Defendants. | JUDGE: Judge Eldon E. Fallon

MAG. JUDGE: Judge Shusan |

## ENTRY OF APPEARANCE

Please take notice that the undersigned counsel, Robert L. Salim of Salim-Beasley, LLC, hereby appears on behalf of Plaintiff, Mary Jo Head (Case No. 15-cv-00137), and in the above referenced MDL proceeding 2:14-md-02592-EEF-SS.

DATED: January 22, 2015

Respectfully Submitted,

By: /s/ Robert L. Salim
Robert L. Salim
Lisa Causey-Streete
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
lcausey@salim-beasley.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was served on all parties listed below electronically via ECF or via regular mail on January 22, 2015.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Plaintiff's Liaison Counsel*

Gerald E. Meunier
2800 Energy Centre
110 Poydras Street
New Orleans, LA 70163


Leonard A. Davis
820 O'Keefe Avenue
New Orleans, LA 70113

*Defense Counsel and Defendants*

James B. Irwin
400 Poydras Street, Suite 2700
New Orleas, LA 70130

*Defendants' Liaison Counsel*


F.M. (Tripp) Haston, III
BRADLEY ARANT BOULT CUMMINGS, LLP
1819 Fifth Avenue North
Birmingham, AL 35203
PHONE: 205-521-8303
FAX: 205-488-6303
EMAIL: thaston@babc.com

*Counsel for Defendants:*
Bayer HeathCare Pharmaceuticals, Inc.
Heayer Healthcare, LLC
Bayer Corporation


Susan M. Sharko
DRINKER BIDDLE & REATH, LLP

600 Campus Drive
Florham Park, NJ 07932-1047
PHONE: 973-549-700
FAX: 973-360-9831
EMAIL: susan.sharko@dbr.com

*Counsel for Defendants:*
*Janssen Pharmaceuticals, Inc.*
*Janssen Research & Development, LLC*
*Janssen Ortho, LLC*
*Johnson & Johnson*

Bayer Pharma, AG
Mullerstrasse 178
D-13353 Berlin
Germany

Bayer Healthcare AG
CHEMPARK Leverkusen
Zentraler Besucherempfang
Kaiser-Wikeml-Allee
D-51368 Leverkusen

Bayer AG[1]
Leverkusen
North Rhise-Westphalia, Germany

DATED:  January 22, 2015                    Respectfully Submitted,

                                            By: /s/ Robert L. Salim
                                            Robert L. Salim
                                            Lisa Causey-Streete
                                            SALIM-BEASLEY, LLC
                                            1901 Texas Street
                                            Natchitoches, LA 71457
                                            Phone: (800) 491-1817
                                            Fax: (318) 354-1227
                                            lcausey@salim-beasley.com

---

[1] The specific mailing address in German is unknown for this foreign defendant.