# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THEODORE VAN DORN, JR, | |
| Plaintiff, | **Civil Action No.:** |
| v. | 2:14-cv-02933-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al. | |
| Defendants. | |

## ENTRY OF APPEARANCE

COMES NOW, Steven D. Davis of the Law Firm of TorHoerman Law LLC and enters his appearance on behalf of the above named Plaintiff. Furthermore, counsel seeks to be entered into this Court's Electronic Case Filing System, and receive all notices, pleadings and papers filed in this matter, as well as those filed IN RE Case No. 2:14-MD-02592-EEF-SS.

Dated: January 22, 2015

Respectfully submitted,

**TorHoerman Law LLC,**

By: /s/ Steven D. Davis
Steven D. Davis IL #6281263
101 West Vandalia Street, Suite 350
Edwardsville IL 62025
(618) 656-4400
(618) 656-4401(Facsimile)
sdavis@torhoermanlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

     This is to certify that a true copy of the foregoing Entry of Appearance was served via the Court's Electronic Case Filing System this 22nd day of January, 2014:

/s/Steven D. Davis

William V. Essig
Drinker, Biddle & Reath, LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606
Telephone: (312) 977-1510
Email: William.Essig@dbr.com
*Attorneys for Bayer Corporation, Bayer Healthcare LLC*
*Bayer Healthcare Pharmaceuticals Inc., Janssen Ortho LLC,*
*Janssen Pharmaceuticals, Inc. and Janssen Research & Development LLC*


Fred M. Haston, III
Bradley, Arant, Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8303
Email: thaston@babc.com
*Attorneys for Bayer Corporation, Bayer Healthcare LLC*
*and Bayer Healthcare Pharmaceuticals Inc.*