UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David Vicknair hereby enters his appearance as counsel for Plaintiffs in *Estate of Cornelius McLain Goodwin, III, et al. v. Janssen Research & Development, LLC, et al.*, No. 2:14-cv-01877 (E.D. La.) in the above captioned action.

It is respectfully requested that copies of all pleadings, notices, orders, correspondence and other materials in this matter may be served on the undersigned.

Dated: January 22, 2015

FAVRET & LEA, L.L.C.

/s/ David Vicknair
CLARENCE F. FAVRET, III, #5480
DAVID VICKNAIR, #34135
JAMES C. CRONVICH, #35727
228 St. Charles Avenue, Suite 1310
New Orleans, LA 70130
(504) 383-8978-Telephone
(866) 471-1471-Facsimile
ret@favretlea.com
david@favretlea.com
jimmy@favretlea.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ David Vicknair
DAVID VICKNAIR