## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXBAN)    ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION    ( | |
| ( | SECTION: L |
| ( | JUDGE FALLON |
| ( | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO 15-CV-137

### ENTRY OF APPEARANCE

Please take notice that the undersigned counsel, Robert L. Salim of Salim-Beasley, LLC, hereby appears on behalf of Plaintiff, Mary Jo Head (Case No. 15-cv-00137), and in the above referenced MDL proceeding 2:14-md-02592-EEF-SS.

DATED: January 22, 2015                        Respectfully Submitted,

                                                     By: /s/ Robert L. Salim
                                                     Robert L. Salim
                                                     Lisa Causey-Streete
                                                     SALIM-BEASLEY, LLC
                                                     1901 Texas Street
                                                     Natchitoches, LA 71457
                                                     Phone: (800) 491-1817
                                                     Fax: (318) 354-1227
                                                     lcausey@salim-beasley.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance was served on all parties listed below electronically via ECF or via regular mail on January 22, 2015.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Plaintiff's Liaison Counsel*

Gerald E. Meunier
2800 Energy Centre
110 Poydras Street
New Orleans, LA 70163


Leonard A. Davis
820 O'Keefe Avenue
New Orleans, LA 70113

*Defense Counsel and Defendants*

James B. Irwin
400 Poydras Street, Suite 2700
New Orleas, LA 70130

*Defendants' Liaison Counsel*


F.M. (Tripp) Haston, III
BRADLEY ARANT BOULT CUMMINGS, LLP
1819 Fifth Avenue North
Birmingham, AL 35203
PHONE: 205-521-8303
FAX: 205-488-6303
EMAIL: thaston@babc.com

*Counsel for Defendants:*
Bayer HeathCare Pharmaceuticals, Inc.
Heayer Healthcare, LLC
Bayer Corporation


Susan M. Sharko

DRINKER BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ 07932-1047
PHONE: 973-549-700
FAX: 973-360-9831
EMAIL: susan.sharko@dbr.com

*Counsel for Defendants:*
*Janssen Pharmaceuticals, Inc.*
*Janssen Research & Development, LLC*
*Janssen Ortho, LLC*
*Johnson & Johnson*

Bayer Pharma, AG
Mullerstrasse 178
D-13353 Berlin
Germany

Bayer Healthcare AG
CHEMPARK Leverkusen
Zentraler Besucherempfang
Kaiser-Wikeml-Allee
D-51368 Leverkusen

Bayer AG[1]
Leverkusen
North Rhise-Westphalia, Germany

|  |  |
|---|---|
| DATED:  January 22, 2015 | Respectfully Submitted, |
|  | By: /s/ Robert L. Salim |
|  | Robert L. Salim |
|  | Lisa Causey-Streete |
|  | SALIM-BEASLEY, LLC |
|  | 1901 Texas Street |
|  | Natchitoches, LA 71457 |
|  | Phone: (800) 491-1817 |
|  | Fax: (318) 354-1227 |
|  | lcausey@salim-beasley.com |

---

[1] The specific mailing address in German is unknown for this foreign defendant.