UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL No.  2592 <br> * <br> * SECTION  (_) <br> * <br> * JUDGE:  ELDON E. FALLON <br> * <br> * MAGISTRATE: <br> * <br> * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**APPLICATION OF HUGH P. LAMBERT FOR MEMBERSHIP TO PLAINTIFFS' STEERING COMMITTEE, OR IN THE ALTERNATIVE, APPLICATION HUGH P. LAMBERT AND EMILY C. JEFFCOTT FOR CO-MEMBERSHIP**

Hugh P. Lambert respectfully submits this application and requests this Court appoint him as a member to the Plaintiffs' Steering Committee ("PSC") for MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*.  In the alternative, Mr. Lambert respectfully requests that he and his partner, Emily C. Jeffcott, be appointed as co-members to the PSC.[1]  Mr. Lambert and Ms. Jeffcott understand and agree to the responsibilities attending the PSC as set forth in Pretrial Order No. 1, and both are counsel of record in cases pending MDL transfer.[2]

**I.     Background**

Mr. Lambert has been practicing law for over thirty years at The Lambert Firm, PLC and its predecessors, focusing on maritime, products liability, and mass/class actions.  A graduate of Loyola University School of Law, Mr. Lambert was an editor of the Loyola Law Review and a member of the Blue Key Honor Society.  Following law school, Mr. Lambert

---

[1] In requesting co-membership, Mr. Lambert and Ms. Jeffcott pledge to follow the Court's guidelines regarding the submission of time in order to address any concerns of double-billing.

[2] *Betty Stroud v. Janssen Research & Development LLC,* No. 2:14-CV-14798 (E.D. Mich. Dec. 12, 2014); *Katherine Sandt v. Janssen Research & Development LLC,* No. 5:15-CV-00041 (W.D. Okla. Jan. 13, 2015).

1

clerked for the Honorable Judge R. Blake West of the Eastern District of Louisiana.

Ms. Jeffcott joined The Lambert Firm, PLC in 2013 and was made partner in 2014. At present, Ms. Jeffcott's practice primarily consists of complex commercial and fraud cases. Prior to joining The Lambert Firm, PLC, Ms. Jeffcott was an associate at Watts Guerra, LLP in its Austin, Texas office. A graduate of St. Mary's University School of Law, Ms. Jeffcott received numerous accolades for her oral advocacy skills and brief writing, including being named the top advocate of her law school class and ABA's third best advocate in the United States. An avid reader and writer, Ms. Jeffcott publishes regularly in legal journals and magazines distributed worldwide.

## II. Willingness and Availability

Mr. Lambert and Ms. Jeffcott are willing and available to devote the time required for this litigation.

## III. Ability to Work Cooperatively with Others

Throughout their careers, Mr. Lambert and Ms. Jeffcott have demonstrated their respective abilities to work cooperatively with others.

Mr. Lambert has successfully resolved complex litigations involving multiple law firms by working well with opposing and co-counsel. For example, Mr. Lambert was instrumental in the settlement and disbursement of the matter entitled *Kent Acosta, et al v. Georgia Gulf Corporation, et al*. in the United States District Court, Middle District of Louisiana, which was resolved for an amount in excess of $150,000,000.00. In addition, Mr. Lambert was one of five class counsel in the matter entitled *Gracie S. Atkins, et al. v. Harcros Chemicals, Inc*. The claim involved a New Orleans area pesticide plant and included approximately 3,800 claimants. It was resolved for an amount in excess of $51,000,000.00.

Ms. Jeffcott prides herself on her ability to work well with others.  Ms. Jeffcott's practice involves frequent interaction and coordination without outside counsel, including the United States Department of Justice.  Ms. Jeffcott likewise oversees a team of lawyers that assist her in developing and proactively managing her cases.  More publicly, Ms. Jeffcott recently demonstrated her ability to work well with others in co-chairing Women in the Profession, a new committee of LAJ's Women's Caucus focused on uniting women plaintiff attorneys, and in serving in leadership positions in other legal and non-legal organizations.

### IV.  Professional Experience in this Type of Litigation

Mr. Lambert has extensive experience with class actions and mass torts.  Mr. Lambert participated as co-counsel with a leadership role in *Anthony Talalai, et al v. Cooper Tire & Rubber Co.* in Superior Court, Middlesex County, New Jersey.  Mr. Lambert served as Chair of the Science and Expert Committee in the matter entitled *Patrick Turner, et al v. Murphy Oil USA, Inc.*, United States District Court for the Eastern District of Louisiana, Case No. 05-4206.  Mr. Lambert has been appointed to other leadership positions in complex litigations before the Eastern District of Louisiana.  Mr. Lambert served as liaison counsel in the M/V Brightfield/ Riverwalk disaster having been appointed by Chief Judge Morey L. Sear to that position.  Mr. Lambert and The Lambert Firm, PLC was one of the seven firms on the Plaintiffs' Master Committee appointed in *In re: Katrina Canal Breaches Consolidated Litigation* before the Honorable Judge Stanwood Duval.  Mr. Lambert also served as co-lead counsel in multi-district litigation involving cases filed in nine states in connection with actions involving Push-In Electrical Receptacles, which were alleged to be a public health hazard to consumers throughout the United States.

Ms. Jeffcott also possesses professional experience in multi-district litigations.  Prior to

3

joining The Lambert Firm, PLC, Ms. Jeffcott worked on MDL No. 1873, *In re: FEMA Trailer Formaldehyde Products Liability Litigation*, providing trial support, motion practice, and appellate briefing.  Ms. Jeffcott was similarly involved in a limited capacity on MDL No. 2179, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*.  Ms. Jeffcott is also accustomed to managing and working larger, complex cases involving damages in excess of $100 million.  Further, prior to becoming a lawyer, Ms. Jeffcott was involved on the client side of other major pharmaceutical litigations, such as MDLs related to FenPhen, Zyprexa, and Celebrex.  In this capacity, she learned the intricacies of each MDL's Plaintiff Fact Sheet, including efficient ways to collect client information.

## V. Resources

Mr. Lambert and Ms. Jeffcott retain and are willing to provide the resources necessary to pursue this litigation.

For the foregoing reasons, Mr. Lambert requests that he be appointed to the PSC for MDL No. 2592, or in the alternative, Mr. Lambert requests that he and his partner, Emily C. Jeffcott, be appointed as co-members to the PSC.

Respectfully submitted;

> /s/ *Hugh P. Lambert* & *Emily C. Jeffcott*
> Hugh P. Lambert (#7933)
> Emily C. Jeffcott (#33204)
> THE LAMBERT FIRM, PLC
> 701 Magazine Street
> New Orleans, LA 70130
> Telephone: 504-581-1750
> Facsimile: 504-529-2931

## CERTIFICATE OF SERVICE

I hereby certify that I have on this January 26, 2015 served a copy of the foregoing via the Court's CM/ECF electronic filing system.

                                        /s/Hugh P. Lambert
                                        Hugh P. Lambert