UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY*<br><br>This Document Relates to:<br><br>All Actions | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

APPLICATION OF KRISTIAN RASMUSSEN FOR
APPOINTMENT TO PLAINTIFF'S STEERING COMMITTEE

NOW INTO COURT, comes attorney Kristian Rasmussen, pursuant to Pretrial Order No. 1, and submits this application for consideration by this Honorable Court in selecting members of the Plaintiff's steering Committee ("PSC").

The undersigned respectfully requests this Court appoint Kristian Rasmussen to serve with others in leading this litigation as a member of the PSC.

**INTRODUCTION**

To date Mr. Rasmussen has been contacted by more than 300 individuals to investigate their potential claims for injuries and damages caused by Xarelto. Currently, after initial investigation, Mr. Rasmussen represents 86 individuals and he expects the number to increase as his firm is continually contacted by injured individuals. Mr. Rasmussen is counsel of record for the plaintiff in *Banks v. Janssen Research & Development LLC et al.*, No. 2:14-cv-0294, transferred to his Honorable Court on January 12, 2015 pursuant to 28 U.S.C. § 1407. *See* Transfer Order, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592, ECF No. 122.

Pursuant to PTO No. 1 ¶16 Mr. Rasmussen certifies the following: (1) Mr. Rasmussen is willing and available to commit the time and resources necessary to prosecute this case in an efficient manner. Mr. Rasmussen will not only commit his personal and professional time, effort

and resources but also that of Cory Watson, P.C.  (2) Mr. Rasmussen has considerable experience in various complex litigation including leading mass tort cases.  (3) Mr. Rasmussen has developed a consistent reputation for working diligently, efficiently and cooperatively with both co-counsel and defense counsel.

Highlighted below are some of Mr. Rasmussen's relevant appointments and experience for the Court's consideration.  Thank you in advance for your time and consideration.

## QUALIFICATIONS OF COUNSEL

Kristian Rasmussen is a shareholder with the law firm of Cory Watson, P.C.  In his role at Cory Watson, P.C., Mr. Rasmussen is the lead partner of the firm's mass tort department and specializes in the area of complex pharmaceutical litigation.  Mr. Rasmussen is recognized as a leader in mass torts and complex litigation by his peers as well as the judiciary as demonstrated by his court appointed leadership positions in the following mass tort products liability cases:

*In Re Fresenius GranuFlo/NaturaLyte Dialysate Products Liability Litigation* (MDL No. 2428) USDC for the District of Massachusetts, Judge Douglas P. Woodlock.  Mr. Rasmussen serves on the Plaintiff Steering Committee for this MDL.

*In Re Chantix (varenicline) Products Liability Litigation (MDL No. 2092)* USDC for the Northern District of Alabama, Southern Division, Judge Inge P. Johnson.  Cory Watson, P.C. was appointed lead counsel and Mr. Rasmussen received a personal appointment to serve on the Plaintiffs Steering Committee.

*In Re Bextra and Celebrex Unfair Sales Practices and Product Liability Litigation* (MDL No. 1699) USDC for the Northern District of California, Judge Charles R. Breyer.  Mr. Rasmussen served on the Plaintiff Steering Committee in this MDL and also served as co-chair of the discovery committee.

*In Re High Sulfur Content Gasoline Products Liability Litigation* (MDL NO. 1632) USDC for the Eastern District of Louisiana, Judge Ivan L.R. Lemelle.  Mr. Rasmussen was appointed as Co-Lead Trial Counsel in this MDL.

Mr. Rasmussen's reputation for working cooperatively with other attorneys and his organizational efforts are evidenced by his multiple appointments to serve on the Plaintiff's Steering Committee for several MDL panels.

Mr. Rasmussen is a graduate of The Citadel, The Military College of South Carolina, Mississippi College School of Law, and The United States Naval War College.  Prior to entering into private practice, Mr. Rasmussen prosecuted cases as a Special Assistant United States Attorney in the Northern District of Florida and served the United States Navy as an officer in the Judge Advocate General's Corps.

Mr. Rasmussen stands ready to assume a leadership role in the Xarelto Litigation and will devote his time, considerable talent and personal and professional resources to seeing this project through to a successful conclusion.  Mr. Rasmussen's unique combination of unparalleled trial skills and professional experience in the field of complex litigation, with extensive involvement in pharmaceutical litigation, will prove invaluable in advancing the Xarelto litigation to resolution as it did in his involvement in the Chantix litigation.

## CONCLUSION

WHEREFORE, Kristian Rasmussen of Cory Watson P.C. respectfully requests this Court issue an Order appointing him to the Plaintiff's Steering Committee.

Dated: January 27, 2015                                   Respectfully submitted,

/s/ Kristian Rasmussen
KRISTIAN RASMUSSEN
Alabama Bar No.: ASB-1068-R64R
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL  35205
Telephone: (205) 328-2200
Fax: (205) 324-7896
Email: krasmussen@cwcd.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of the foregoing document was served on all counsel listed on the Panel Attorney Service List attached to PTO 1 and designated as Schedule B.

/s/ Kristian Rasmussen
Kristian Rasmussen