IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT APPLIES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE NORTH |

### APPLICATION OF DAWN M. BARRIOS TO THE PLAINTIFFS' STEERING COMMITTEE AND AS FEDERAL-STATE LIAISON COUNSEL

I, Dawn M. Barrios, founding partner of the New Orleans firm Barrios, Kingsdorf & Casteix (hereinafter "BKC"), apply for membership on the Plaintiffs' Steering Committee (hereinafter "PSC") and for appointment as the Federal-State Liaison Counsel.

After graduating from Tulane Law School in 1976, I clerked for the Chief Justice of the Louisiana Supreme Court, and then began practicing with Bruce S. Kingsdorf and Barbara Treuting Casteix. In 2010, Zachary L. Wool joined the firm and became a partner in January 2014. My career and our firm are anchored on our reputation for integrity, credibility, dedication to our clients and cases, hard work and professionalism.

BKC is counsel of record in *Braswell v. Janssen Research, et al.*, Case No. 2:14-cv-2258, the first Xarelto case in the Eastern District of Louisiana. Additionally, we are counsel of record in *Walker v. Janssen Research, et al.*, PAED Case No. 2:14-cv-7137 and in *Kissel v. Janssen Research, et al.*, EDLA Case No. 2:15-cv-00165. We plan to file more Xarelto cases in the MDL.

### WILLINGNESS AND AVAILABILITY

BKC has always been willing and available for any task requested by the Court, Lead or Liaison Counsel in every MDL in which we have participated, and I am ready to work and to finance MDL-2592. I will be an active, productive and cooperative PSC member. Two of my law partners, Bruce Kingsdorf and Zachary Wool, will assist me, as well as our senior paralegal, Dena White, who has handled vast amounts of information for numerous MDLs, particularly for the federal-state work. BKC is well equipped to handle and process information on all state cases, which facilitates maximum coordination of discovery and pre-trial proceedings. More important than a mere declaration of willingness and availability to pledge time, expenses and resources to a new project is proof of an attorney's long-term commitment to a case. At inception of an MDL all attorneys declare their willingness and availability; but

the true test is a regular, consistent and sustained commitment which exists over the life of the case, ceasing only when the MDL is complete. When I begin a case, I follow it through to completion.

My long-term commitment to cases is best evident in MDL-2047, *In re: Chinese Manufactured Drywall Products Liability Litigation*, and in MDL- 1657, *In re: Vioxx Products Liability Litigation.* I still work in both of these MDLs.

## ABILITY TO WORK COOPERATIVELY WITH OTHERS

It is my humble opinion that virtually every attorney I have ever worked with in individual cases or in MDLs will attest that I work well with others, always with the goal of furthering the interests of the case. I have effective working relationships with countless attorneys, both plaintiff and defense**,** across the country. All matters in any case require professionalism, but in an MDL, professionalism must be exercised at the highest level. Most adversarial issues can be resolved by reaching out to opposing and/or aligned counsel and by working together to craft a solution acceptable to all. I have played that role in several MDLs.

In 2014 the New Orleans Bar Association honored me with the Arceneaux Professionalism Award. This is a distinct honor of which I am very proud.

## PROFESSIONAL EXPERIENCE IN COMPLEX LITIGATION

Complex litigation has been my practice's focus since 1992 when. Wendell Gauthier invited me to be on the Louisiana breast implant PSC.

Your Honor has seen my work in the *Propulsid* MDL*,* the *Vioxx* MDL, and the *Chinese Drywall* MDL. I believe I have "had my hands" in almost each aspect of the Chinese Drywall litigation with the exception of negotiating settlements. As Federal-State Liaison Counsel, I coordinated discovery with the myriad of Florida and Virginia cases. I was on the trial team for all cases litigated in the MDL and before Judge Hall in Virginia. I vetted and selected the plaintiffs nominated for trial, assisted with class pleadings, prepared all discovery responses for plaintiffs, defended the depositions of the plaintiffs and other fact witnesses associated with their cases, assembled and branded all deposition and trial exhibits for plaintiffs, and prepared the plaintiffs for trial testimony. Leadership also tasked me with vetting and hiring a forensic CPA, and ultimately working with the CPA to determine the broad range of damages caused by Chinese Drywall outside the scope of remediation. I drafted Findings of Fact and Conclusions of Law for each plaintiff in *Germano* and *Hernandez* and sent approximately 100 mass email announcements of MDL activities and reminders of MDL deadlines over the past several years to all counsel in state courts and the MDL. I assist Brown Greer and Garretson Resolution Group with claims processing and to achieve as much consistency in claims administration as possible. I am also a member of the Fee Allocation Committee, which still has much work to do.

My partners were requested to handle several research and discovery issues, vet experts, and assist with witnesses, documents and evidence in the *Germano*, *Hernandez* and *North River* CDW trials.

And, in the *Vioxx* MDL, as Liaison Counsel for cases of the Attorneys General, I remained active with the AGs until this Court issued Suggestions of Remand on the last three cases in 2014. I remain heavily involved with the consumer class settlement having drafted pleadings, assisted in notice language, worked with notice experts, appeals, objectors, and claims administration. During the main Vioxx litigation, I was Chair of the Federal-State Committee.

MDLs, other than the three Eastern District of Louisiana ones listed above in which I have labored, include the following: MDL-2543, *In Re: General Motors LLC Ignition Switch Litigation*, United States District Court, Southern District of New York, Federal/ State Liaison Counsel (2014); MDL-2545, *In Re: Testosterone Replacement Therapy Products Liability Litigation*, United States District Court, Northern District of Illinois, Plaintiffs' Steering Committee; member of the Federal-State Liaison Committee (2014); MDL-2299, *In Re: Actos (Pioglitazone) Products Liability Litigation*, United States District Court, Western District of Louisiana, Plaintiffs' Executive Committee, Plaintiffs' Steering Committee and Liaison Counsel to State Courts (2012 to present);   MDL- 2151, *In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, United States District Court, Central District of California, Plaintiffs' Liaison Committee for Personal Injury/ Wrongful Death Cases (2013 to present); Plaintiffs' Liaison Counsel to State and Other Types of Federal Cases (2010 to present); MDL-1643, *In re: Educational Testing Service Praxis Principles of Learning and Teaching: Grades 7-12 Litigation,* Lead Counsel (2005); MDL-1632, *In Re: High Sulfur Content Gasoline Products Liability Litigation*, United States District Court, Eastern District of Louisiana, Class Counsel (2004); and MDL-1431, *In Re: Baycol Products Litigation*, United States District Court, District of Minnesota, Liaison Advisory Committee (2002).

More than a decade of doing federal-state liaison work brings my name to the forefront for lecturing on complex litigation and particularly on federal-state coordination issues.   I often speak and prepare written materials on complex litigation issues for the American Bar Association, Louisiana Bar Association, Louisiana Association for Justice, and for other private seminars.  In addition, my partner Zachary Wool is the editor for the Louisiana chapter of the American Bar Association's Annual 50 State Class Action Survey.

### WILLINGNESS TO COMMIT THE NECESSARY RESOURCES

In each of the cases listed above and since the mid-1990s, BKC has devoted each attorney and paralegal to toil in the MDLs when necessary.  We have the financial ability to fund the litigation and are willing to commit any and all of BKC's resources to make this a successful MDL.

### APPOINTMENT SOUGHT

I seek membership on the PSC, and judicial appointment as Federal-State Liaison Counsel, but will serve in any capacity Your Honor wishes.  I hold these positions in the *Chinese Drywall* MDL.

I have been appointed by transferee Judges in 8 MDLs as federal-state liaison counsel. Executing my responsibilities has taught me a great deal about how to approach and work  with state court counsel,

-3-

to assist in coordinating discovery and pre-trial matters between the various jurisdictions, the effect of a common benefit order on coordination, how to respectfully communicate with state court judges, and how to craft a discovery protocol order that meets everyone's needs. This MDL will have numerous state court jurisdictions and my experience in this field will serve the *Xarelto* MDL well. Some MDLs, particularly the earlier ones, named a State-Federal Committee, but in more recent MDLs (*Chinese Drywall*, *GM Ignition Switch*, and *Actos*) the best practice seems to be appointing one member of the PSC as federal-state liaison counsel rather than having a committee structure.

Most recently, the Honorable Jesse Furman has named me Federal/State Liaison Counsel in MDL-2543, *In Re: General Motors LLC Ignition Switch Litigation* in the United States District Court, Southern District of New York. In that capacity I have worked closely with lead counsel for both sides to contact state court counsel and obtain their support to coordinate discovery and pre-trial matters in the MDL, and have appeared at state court status conferences as a representative of the PSC to urge coordination and cooperation. Considering my experience in federal-state matters, Lead Counsel tasked me with drafting of orders integral to coordination, such as the Joint Coordination Order, the Deposition Protocol Order and the Common Benefit Order. My staff and I ensure that the Court has all relevant information it requests, such as state court hearings, trial dates, and state court judges' contact information.

To maximize coordination with the state court cases, I believe that one of the early orders a transferee Court may consider entering is one which requires the defense to provide Lead/Liaison Counsel and Federal-State Liaison with copies of each complaint filed outside the MDL. Federal-State Liaison Counsel is then able to extract information (judges and contact information) from the complaints and share that with the Court and parties. More importantly, it will allow the Federal-State Liaison Counsel to reach out early to state court counsel to accomplish coordination, and, at the very least, cooperation.

Ever since my initiation into MDL-926(breast implants) in the early 1990s, I have endeavored to be a consensus builder, a good listener, an effective leader, a hard, loyal, dedicated worker and, oftentimes, a "mediator" when working with other attorneys. I believe I have the ability to meld attorneys, staff, experts and witnesses together to work for the common good of the clients, and to organize and manage attorneys and projects.

My appointment will also allow my young partner, Zachary Wool, to be more familiar with MDLs and more experienced to be prepared to serve in a MDL leadership position in the future.

Dated: January 27, 2015         BARRIOS, KINGSDORF & CASTEIX, LLP

                                By: /s/ Dawn M. Barrios
                                Dawn M. Barrios (LA Bar Roll #2821)
                                701 Poydras Street, Suite 3650
                                New Orleans, Louisiana 70139
                                Tel: (504) 524-3300
                                Fax: (504) 524-3313
                                Email: barrios@bkc-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was served via email or U.S. Mail on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically using the ECF system of the United States District Court for the Eastern District of Louisiana this 27th day of January, 2015.

/s/ Dawn M. Barrios