UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT REPORT NO. 1 OF PLAINTIFFS' AND DEFENDANTS' LIAISON COUNSEL

Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC") submit this Joint Report No. 1.

1.  PRE-TRIAL ORDERS

The Court has issued the following Pre-Trial Orders:

Pre-Trial Order No. 1 entered December 17, 2014 – Setting Initial Conference

Pre-Trial Order No. 2 entered January 16, 2015 – Appointing Plaintiffs' Liaison Counsel

Pre-Trial Order No. 3 entered January 16, 2015 – Appointing Defendants' Liaison Counsel

2.  COUNSEL CONTACT INFORMATION FORM/FILE & SERVE XPRESS

The Court has discussed with Liaison Counsel the entry of a Pre-Trial Order which will include as an attachment the MDL 2592 Counsel Contact Information Form.  All counsel in the MDL will be expected to complete the Counsel Contact Information Form and return it to the appropriate Liaison Counsel.  The information is to be used throughout the litigation.

Plaintiffs' Liaison Counsel has requested that File & Serve Xpress provide a proposal to Liaison Counsel for the implementation and set up of File & Serve Xpress.  Based on this proposal, PLC and DLC shall meet and confer to discuss whether there is a need for File & Serve Xpress and if so, the  costs, security, work product and privacy issues, master service list, and related items applicable to the creation and implementation of an electronic service application and report back to the Court at the next conference.

3.  PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pre-Trial Order No. 1, applications for the appointment to the Plaintiffs' Steering Committee ("PSC") are to be filed with the Court on or before February 2, 2015.  PLC is prepared to convene a meeting of the PSC upon appointment of the PSC by the Court.

4.  DIRECT FILING AND  MASTER COMPLAINT

PLC and DLC have agreed to report to the Court, following the formation of the PSC, whether direct filing of complaints in the MDL will occur,  and whether a master complaint(s) will be drafted (including the applicability of a master answer(s)).  The PLC was furnished a Direct Filing Order by the Defendants.  PLC has advised that it will review the proposed Order and, following the creation of a Plaintiffs' Steering Committee by the Court, responses to the proposed Order will be provided to Defendants.

5.  PROFILE/DISCLOSURE FORMS

PLC and DLC have communicated with BrownGreer to discuss software, which has been proposed by BrownGreer, for the online completion of, access to fact profile forms.  Further discussions and meetings will take place, and the Court will be provided with an update. Following the appointment of the PSC by the Court, the parties will be prepared to address Rule 26 and the need for and content of Profile/Disclosure Forms.

6.    PRESERVATION ORDER, DOCUMENT PRODUCTION PROTOCOL AND
PROTECTIVE ORDER

The PLC was furnished a proposed Preservation Order, Document Production Protocol and Protective Orders by Defendants. PLC has advised that it will review the proposed Orders and, following the creation of a Plaintiffs' Steering Committee by the Court, responses to the proposed Orders will be provided to Defendants. The Parties will report on their status and progress to the Court at the January 29, 2015 conference.

7.    COURT'S WEBSITE/FREQUENTLY ASKED QUESTIONS

The Court has established a website located at www.laed.uscourts.gov/Xarelto, which contains valuable information posted by the Court for all counsel and litigants.  Since many of the answers to frequently asked questions can be found by visiting the Court's website, Liaison Counsel remind the parties to review the Court's website before contacting Liaison Counsel with questions about these proceedings.  The parties will be prepared to discuss this issue at the monthly status conference on January 29, 2015.

8.    STATE/FEDERAL COORDINATION

PLC and DLC will discuss efforts that have been, or might be, undertaken with respect to the coordination of the MDL and state court actions.  The parties will be prepared to discuss this further at the monthly status conference on January 29, 2015.

9.    POSITION PAPERS

PLC and DLC each submitted respective position papers to the Court on January 20, 2015, pursuant to Pre-Trial Order No. 1.  These position papers were prepared and submitted with the understanding they would not filed or exchanged by the parties, but were solely for the Court to review as a preliminary statement of the legal and factual issues that may arise in the MDL litigation.

10.    <u>NEXT STATUS CONFERENCE</u>

The Court has advised that the next status conference date selected by the Court shall be

February 27, 2015 at 9:00 o'clock a.m.


Dated:  January 27, 2015                              Respectfully Submitted,

/s/ Leonard A. Davis                                  /s/ Gerald E. Meunier
Leonard A. Davis (Bar No. 14190)                      Gerald E. Meunier (Bar No. 9471)
ldavis@hhklawfirm.com                                 gmeunier@gainsben.com
**HERMAN, HERMAN & KATZ, LLC**                        **GAINSBURGH BENJAMIN DAVID MEUNIER**
820 O'Keefe Avenue                                    **& WARSHAUER, LLC**
New Orleans, LA  70113                                2800 Energy Centre, 1100 Poydras Street
PH:  (504) 581-4892                                   New Orleans, LA  70163-2800
FAX: (504) 561-6024                                   PH:  (504) 522-2304
                                                      FAX: (504) 528-9973
**Co-Plaintiffs' Liaison Counsel**                    **Co-Plaintiffs' Liaison Counsel**



/s/ James B. Irwin
James B. Irwin (Bar No. 7172)
jirwin@irwinllc.com
**IRWIN FRITCHIE**
400 Poydras Street
Suite 2700
New Orleans, LA  70130
PH:  (504) 310-2100
FAX:  (504) 310-2120
**Defendants' Liaison Counsel**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Joint Report No. 1 of Plaintiffs' and Defendants' Liaison Counsel was served via email or U.S. Mail on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically on the below date and is available for viewing and downloading from the ECF System of United States District Court for the Eastern District of Louisiana this the 27th day of January, 2015.

/s/ Leonard A. Davis
**Leonard A. Davis**