UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPOSED AGENDA FOR
JANUARY 29, 2015 STATUS CONFERENCE**

1. Pre-Trial Orders

2. Counsel Contact Information Form/File & Serve Xpress

3. Plaintiffs' Steering Committee

4. Direct Filing and Master Complaint

5. Profile/Disclosure Forms

6. Preservation Order, Document Production Protocol and Protective Order

7. Court's Website/Frequently Asked Questions

8. State/Federal Coordination

9. Position Papers

10. Next Status Conference