UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO: ALL CASES

### APPLICATION OF DR. MARK ALAN HOFFMAN FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

**NOW INTO COURT,** pursuant to Pretrial Order #1 (Setting Initial Conference), comes Mark Alan Hoffman, Esquire ["Dr. Hoffman"], of the law firm of Ross Feller Casey, LLP, who respectfully submits this Application for Appointment to the Plaintiffs' Steering Committee in the above-referenced multidistrict litigation. Dr. Hoffman possesses the requisite background and professional experience to bring remarkable value and a unique skillset to this litigation. **Dr. Hoffman has the willingness, requisite work-ethic, ability, and availability to commit to this time-consuming project, and will bring to this litigation the same tireless efforts he has demonstrated in his representation of injured clients throughout his legal career.**

Dr. Hoffman joined Ross Feller Casey, a premier Philadelphia personal injury law firm, after 15 years at the law firm of Kline & Specter, P.C., where he was a partner. Together with Brian J. McCormick, Jr., Esquire, formerly of the Sheller, P.C. law firm until 2014, Dr. Hoffman co-manages a rapidly growing Mass Tort Litigation Department at Ross Feller Casey. Together, Dr. Hoffman and Mr. McCormick currently represent over 200 testosterone replacement therapy clients, 300 Risperdal clients, and 160 Xeralto clients injured through their use of these medications.

**Dr. Hoffman has the requisite professional experience in this type of litigation.** Dr. Hoffman's strong background in the basic sciences, clinical medical research, scholarly medical and scientific publication, trial advocacy, and teaching have been an asset to the hundreds of clients whom he has represented in mass tort litigation involving a variety of pharmaceutical preparations (Fen-Phen, Vioxx, denture adhesive, and phenylpropanolamine ), as well as a litany of complex medical negligence and medical device cases (coronary artery stents, Left Ventricular Assist Device (LVAD), defective joint prostheses). Dr. Hoffman was instrumental in the development of the scientific theories underlying the Vioxx (COX-2 inhibitor chemistry and physiology) and Denture Cream (pharmacology, toxicology, and pharmacokinetics of zinc and

copper metabolism) litigations, and served on the Science Committee and the Literature Committee of the Vioxx MDL (MDL No. 1657).

In the Denture Cream litigation (Mass Tort Program in the Court of Common Pleas of Philadelphia and MDL- 2051), Dr. Hoffman first chaired the key science, toxicology, medical affairs, and regulatory affairs depositions with respect to the GlaxoSmithKline defendant.  He also performed depositions with respect to the Proctor & Gamble defendant.

Currently, Dr. Hoffman serves on the Plaintiffs' Steering Committee in the Testosterone Replacement Therapy MDL (MDL No. 2545).  He is Co-Chair of the Science Committee, and also serves on the State-Federal Coordination Committee.  He was appointed by the Honorable Matthew F. Kennelly as Pennsylvania Liaison Counsel to the MDL.

**Dr. Hoffman has proven himself to be a skilled trial lawyer, advocate, and litigator who can consistently work well with counsel (both plaintiffs' and defense) through all phases of litigation.  His career in law and medicine has been dedicated to the highest stands of ethical conduct, collegiality, fairness, and civility.**

Dr. Hoffman has a very strong and eclectic academic background.  He received his B.A. degree with honors (biology) from Amherst College in 1972, and continued his studies in biology and biochemistry at Tulane University, where he received his M.S. degree in 1973.  Dr. Hoffman attended Columbia University College of Physicians & Surgeons, and received his M.D. degree in 1977. He then trained in general surgery, pediatric surgery, and solid organ transplant surgery at Harvard University (1977-1985), the University of Toronto, Canada (1985-1987), and Cambridge University, England (1987-1988), respectively. Prior to attending law school, Dr. Hoffman was an academic transplant surgeon, and a general pediatric and trauma surgeon on the medical faculties of Tufts University (1988-1991) and the University of Pennsylvania (1991-1996).  He continues to serve as an Assistant Professor of Surgery at the Uniformed Services of the Health Sciences in Bethesda, MD (1990-present).

Dr. Hoffman was a member of the U.S. Army Reserves from 1988 to 2002, and served on Active Duty as the Chief of Pediatric Surgery at the Walter Reed Army Medical Center and Consultant Surgeon at the National Naval Medicine Center during Operations Desert Shield and Desert Storm (1990-1991).  His last military assignment prior to leaving the Army at the rank of Colonel (0-6) was as a Military Academy Liaison Officer (MALO) to the United States Military Academy at West Point (1998-2002).

Dr. Hoffman received his J.D. degree (1999) and Master of Bioethics degree (2006) from the University of Pennsylvania Law School and University of Pennsylvania School of Medicine, respectively. He received an LL.M. in Trial Advocacy, with honors, from Temple University Beasley School of Law in 2004, where he continues to serve on the Adjunct Faculty. Dr. Hoffman regularly teaches in areas of expert witness preparation, direct and cross-examination, as well deposition skills and trial preparation at Temple. In June of 2014, Dr. Hoffman earned his M.B.A. degree from Drexel University LeBow College of Business.

Dr. Hoffman is admitted to the practice of law in Pennsylvania, New Jersey, New York, and Massachusetts.

Dr. Hoffman remains internationally recognized for his research and clinical work in pediatric trauma, hepato-biliary (biliary atresia) and liver transplant surgery, upper gastrointestinal surgery, and the surgical management of complex congenital malformations. He has authored or co-authored more than 50 articles and book chapters on a variety of topics. He is currently an invited author for a textbook chapter concerning the ethical analysis of conflicts of interest with respect to pharmaceutical industry relationships with medical professional societies and organizations. These topics are directly germane to the present litigation.

Dr. Hoffman's other academic interests include business ethics and the interface between value creation and morality; the relationship of pharmaceutical, medical device, and biotechnology companies to academic institutions, physicians, and professional medical societies and organizations; regulation within the pharmaceutical industry and the economics of imperfect markets, market failures, and externalities; and the legislative, judicial, and private (medical societies and organizations) regulation of expert medical and scientific witnesses.

Dr. Hoffman routinely lectures at the University of Pennsylvania School of Medicine, and nationally, on the topics of medical professionalism, professional liability, the regulation of the expert witness, and the admissibility of expert testimony. He also teaches the module at the University of Pennsylvania School of Nursing on legal duties and responsibilities of Certified Registered Nurse Practitioners. He has been selected this year's Judson Randolph Grand Rounds speaker at the National Children's Medical Center in Washington. D.C.

Dr. Hoffman is a Fellow of the American College of Surgeons (FACS), the Royal College of Physicians and Surgeons of Canada (FRCSC), the American Academy of Pediatrics (FAAP), and the American College of Legal Medicine (FCLM).

Dr. Hoffman is a member of the American Society of Transplant Surgeons, the American Pediatric Surgical Association, the Canadian Association of Pediatric Surgeons, and the American Association of Military Surgeons.

**Ross Feller Casey and Dr. Hoffman are willing to commit the necessary resources to pursue this complex matter.**

These resources include the time, finances, and infrastructure, including another physician-lawyer, Dr. Gerald Parker, Esquire, and a nurse-lawyer, Natalie Doria, Esquire, as dedicated assets to the Xeralto litigation. Ross Feller Casey will provide the necessary associate attorneys, paralegals, and administrative staff to fully support the Xeralto mission and objectives, and to optimize Dr. Hoffman's role on the Plaintiffs' Steering Committee.

Dr. Hoffman's career in medicine, law, and academics has been punctuated by leadership positions and demonstrated leadership skills. His diverse and unique professional background and legal skills will be an asset to this litigation.

                                      Respectfully submitted,

By:   "s/ Mark A. Hoffman"
       Mark A. Hoffman
       ROSS FELLER CASEY, **LLP**
       1650 Market Street Suite 3450
       Philadelphia, Pennsylvania 19103
       Telephone: 215-574-2000
       Fax: 215-574-3080
       Email:  mhoffman@rossfellercasey.com

Date: January 27, 2015

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the foregoing Application of Mark A. Hoffman for appointment to Plaintiffs' Steering Committee has been electronically filed with the Clerk of Court using the CM/ECF system and by first-class mail on the following:

**Plaintiffs' Counsel**

Neil E. McWilliams, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Tel: (850) 435-7059
Fax: (850) 435-7020
nmcwilliams@levinlaw.com
**Plaintiffs**: Ruth E. McGowan as the Executrix for and on behalf of the heirs of the estate of Thomas C. Dunkley, Edwin Nicholson, Sharon Rucker as the Administrator for and on behalf of the heirs of the Estate of Marion Rucker, Jr.

Michael London
DOUGLAS AND LONDON
59 Maiden Lane, 6th Floor
New York, NY 10038
Tel: (212) 566-7500
mlondon@douglasandlondon.com
**Plaintiffs**: Shirley Boynton & James Boynton, Harry Griggs and Joseph Griggs, on behalf of the Estate of Charles Griggs, deceased, and Harry Griggs and Joseph Griggs, Individually, Julia Green and Arthur Green, Carolyn Uselton, Jeanne Jeffcoat

Daniel J. Carr
Joseph C. Peiffer
PEIFFER, ROSCA, WOLF, ABDULLAH, CARR & KANE, LLP
201 St. Charles Ave., Suite 4610
New Orleans, LA 70170
Tel: (504) 586-5270
Fax: (504) 523-2464
dcarr@prwlegal.com
jpeiffer@prwlegal.com
**Plaintiff**: Michael Mulroney

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789

1

Tel: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
michael@mblynchfirm.com
**Plaintiff**: Michael Mulroney

Aaron L. Harrah
James C. Peterson
HILL PETERSON CARPER BEE & DEITZLER
North Gate Business Park
500 Tracy Way
Charleston, WV 25311-1555
Tel: (304) 345-5667
Fax: (304) 345-1519
aaron@hpcbd.com
jcpeterson@hpcbd.com
**Plaintiff**: Ronald Dalrymple

Melissa Mendoza
BERNSTEIN LIEBHARD LLP
10 East 40th Street, 22nd Floor
New York, NY 10016 Tel: (212) 779-1414 Fax: (212) 779-3218 Mmendoza@bernlieb.com
**Plaintiff**: Alice Rentrop

Neil D. Overholtz
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Tel: (850) 202-1010
Fax: (850) 916-7449
noverholtz@awkolaw.com
**Plaintiffs**: Scott Lindsey individually and as successor-in-interest and proposed estate representative of the Estate of Donald G. Lindsey, deceased, Nancy Packard, Individually and as Personal Representative of the Estate of William N. Packard, Jr.

David Cleary
CLEARY SHAHI & AICHER, P.C.
110 Merchants Row
P.O. Box 6740
Rutland, VT 05702-6740
Tel: (802) 775-8909
Fax: (802) 775-8809
dlc@clearyshahi.com
**Plaintiffs**: Ruth E. McGowan as the Executrix for and on behalf of the heirs of the estate of Thomas C. Dunkley

Bruce Kingsdorf
Dawn Barrios
Zachary Logan Wool
BARRIOS, KINGSDORF & CASTEIX, LLP
One Shell Square
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
Tel: (504) 524-3300
kingsdorf@bkc-law.com
barrios@bkc-law.com
zwool@bkc-law.com
**Plaintiff**: Christopher Braswell

Roger C. Denton
Kristine K. Kraft
Ashley Brittain Landers
SCHLICHTER, BOGARD & DENTON, LLP
100 South 4th Street, Suite 900
St. Louis, MO 63102
Tel: (314) 621-6115
Fax: (314) 621-7151
rdenton@uselaws.com
kkraft@uselaws.com
abrittain@uselaws.com
**Plaintiffs**: Christopher Braswell, Dorothy Leach, William F. Haney, Mary K. Lemp and Charles Lemp, Jr., Stanley Pennell and Nancy Pennell, Michael Mulroney

Nancy A. Mismash
ROBERT J. DEBRY & ASSOCIATES
4252 S. 700 E
Salt Lake City, UT 84107
Tel: (801) 262-8915
nmismash@robertdebry.com
**Plaintiffs**: Dale Armstrong, Karen Cimino, Clifford Armstrong and Douglas Armstrong, heirs, Individually and on behalf of Margaret Armstrong, deceased

Lawrence L Jones, II
JONES WARD, PCL
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
Tel: (502) 882-6000
Fax: (502) 587-2007
larry@jonesward.com
**Plaintiff**: Marilynne A. Cox, Jeanette and Charles Bolto

Diane M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Tel: (215) 923-9300 Fax: (215) 923-9302
dnast@nastlaw.com
**Plaintiffs**: Richard Newman, Donald Norword and Carol Hines

Robert C. Hilliard
Catherine Tobin
T. Christopher Pinedo
Marion Reilly
HILLIARD MUNOZ GONZALES LLP
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
bob@hmglawfirm.com
catherine@hmglawfirm.com cpinedo@hmglawfirm.com
marion@hmglawfirm.com
**Plaintiff**: Tatyana Tonyan

Andrew Childers
CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Road
Suite 100
Atlanta, Georgia 30319
**Plaintiff**: Kimberly West

Michael K. Johnson
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402 Tel: (612) 436-1800 Fax: (612) 436-1801
MJohnson@johnsonbecker.com
**Plaintiff**: Martha McMunn

D. Todd Mathews
GORI, JULIAN & ASSOCIATES, PC
156 N. Main Street
Edwardsville, IL 62025
Tel: 618-659-9833
Fax: 618-659-9834
todd@gorijulianlaw.com
**Plaintiff**: Robert Biven

Scott R. Bickford, T.A.
Lawrence J. Centola, III
Jason Z. Landry
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130
**Plaintiffs**: Joann Varnado and Christian Varnado, individually and on behalf of decedent Gerald Varnado

Eve S. Reardon, Esq.
THE KEATING LAW FIRM, LLC
3714 Airline Drive
Metairie, LA 70001
**Plaintiffs**: Joann Varnado and Christian Varnado, individually and on behalf of decedent Gerald Varnado

Morris Bart
Daniel B. Snellings
Mekel Alvarez
MORRIS BART, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
**Plaintiffs**: James J. Brien Sr. and Dolly S. Brien, Linda Randazzo, individually, and on behalf of Lawrence Randazzo, Samantha Davis, Claudette Brown, Patricia Ferguson, Douglas and Shirley Silvey, Lionel St. Amand

Galen M. Hair, T.A.
Benjamin C. Varadi
VARADI, HAIR & CHECKI, LLC
650 Poydras St., Ste. 1550
New Orleans, LA 70130
**Plaintiffs**: Estate of Cornelius McLain Goodwin III, Rose Marie Goodwin, Steven Wayne Goodwin, Craig McLain Goodwin, Liza Ann Gatson and Cornelius McLain Goodwin IV

Ronald E. Johnson, Jr.
Sarah N. Lynch
SCHACHTER, HENDY & JOHNSON, PSC
909 Wright's Summit Parkway #210
Ft. Wright, KY 41011
**Plaintiffs**: Tony Mathena and Karen Mathena

Amy M. Carter
SIMON GREENSTONE PANATIER BARTLETT, P.C.
3232 McKinney Avenue, Suite 610
Dallas, TX 75204
**Plaintiff**: Marilyn S. Haney, as the Executrix for and on Behalf of the Heirs of the Estate of Bobby N. Haney

Russell Wills Buss
BARON & BUDD, P.C.
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219 Tel: (214) 521-3605 Fax: (214) 520-1181 sblackburn@baronbudd.com
**Plaintiff**: Sara Jean Jonas

Steven Davis
TORHOERMAN LAW LLC
101 W. Vandalia St., Ste. 350
Edwardsville, IL 62025
Tel: (618) 656-4400
Fax: (618) 656-4401
sdavis@torhoermanlaw.com
**Plaintiff**: Theodore Van Dorn, Jr.; Howard Mize

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 Justison Street. 7th Floor
Wilmington, DE 19801 Tel: (302) 622-7000 Fax: (302) 722-7001 egraham@gelaw.com
**Plaintiff**: William Sandusky

Jay F. Hirsch
POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.
Lenox Overlook, Suite 300
3391 Peachtree Road, N.E.
Atlanta, GA 303026
Tel: (404) 523-7706
Fax (404) 524-1648
efile@pmkm.com
**Plaintiff**: Randolph Sinclair

Seth A. Katz
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112
Tel: (303) 792-5595
Fax: (303) 708-0527
**Plaintiff**: Henry Harding and Mary Jane Harding

Kristian Rasmussen
CORY WATSON CROWDER & DeGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL, 35205
Tel: (205) 328-2200
Fax: (205) 324-7896
krasmussen@cwcd.com
**Plaintiff**: Annie Banks

Melissa Mendoza
BERNSTEIN LIEBHARD LLP 10 East 40th Street, 22nd Floor New York, NY 10016
Phone: (212) 779-1414
Fax: (212) 779-3218
Email: mmendoza@bernlieb.com
**Plaintiff**: Claire Browning

Chad Joseph Primeaux
Douglas Robert Plymale
James Dugan
Lanson Leon Bordelon
THE DUGAN LAW FIRM, APLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Tel: (504) 648-0180
Fax: (504) 648-0181
cprimeaux@dugan-lawfirm.com
drplymale@plymalelawfirm.com
jdugan@dugan-lawfirm.com
lbordelon@duganlawfirm.com
**Plaintiff**: William Heffker

Frank Jacob D'Amico , Jr. FRANK J. D'AMICO, APLC 622 Baronne Street, 2nd Floor New
Orleans, LA 70113 Tel: (504) 525-7272
Fax: (504) 525-1167
frank@damicolaw.net
**Plaintiff**: William Heffker

**Defendants' Counsel**
F.M. (Tripp) Haston, III
BRADLEY ARANT BOULT CUMMINGS LLP 1819 Fifth Avenue North
Birmingham, AL 35203
Phone: (205) 521-8303
Fax: (205) 488-6303
Email: thaston@babc.com
**Defendants:** Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC,
Bayer Corporation

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Phone: (973) 549-7000
Fax: (973) 360-9831
Email: susan.sharko@dbr.com
**Defendants:** Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen

Ortho LLC, Johnson & Johnson
Bayer Pharma, AG Mullerstrasse 178 D-13353
Berlin, Germany
Bayer Healthcare AG CHEMPARK Leverkusen Zentraler Besucherempfang
Kaiser-Wilheml-Allee D-51368 Leverkusen
Bayer AG1
Leverkusen
North Rhine-Westphalia, Germany


Dated: January 28, 2015                    /s/ Mark A. Hoffman
                                                        MARK A. HOFFMAN, ESQUIRE
                                                        ROSS FELLER CASEY, LLP
                                                        One Liberty Place
                                                        1650 Market St., Suite 3450
                                                        Philadelphia, PA 19103
                                                        215-574-2000
                                                        mhoffman@rossfellercasey.com