UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

THIS DOCUMENT RELATES TO ALL CASES

## PRETRIAL ORDER #4A

All counsel shall provide to the appropriate Liaison Counsel their contact information using the MDL 2592 Counsel Contact Information form attached hereto. The information set forth in this form shall be updated as necessary so that the information made available to Liaison Counsel remains current and accurate on an ongoing basis. The contact information shall be used for service, and Liaison Counsel shall be entitled to rely on the information when distributing or circulating information in these proceedings. The obligation to provide accurate and updated information in the MDL 2592 Counsel Contact Information form rests solely on the part of counsel providing the information. Liaison Counsel is relieved of any responsibility for serving materials on, or distributing information to, any counsel failing to provide current and accurate information in a MDL 2592 Counsel Contact Information form.

The Clerk of Court shall transmit a copy of this Order to all listed counsel of record herein. When an action is hereafter transferred into or consolidated with this MDL, the Clerk of

Court shall: (i) file a copy of this Order in any such action; and (ii) forward a copy of this Order to counsel for the plaintiff(s) in the newly-filed or transferred action.

New Orleans, Louisiana this 26th day of January, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

# IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

**MDL 2592**　　　　　　　　　　　**Section L**　　　　　　　　　　　**Judge Eldon Fallon**

## MDL 2592 Counsel Contact Information (Form PTO-4)
Please print or type below.

### ATTORNEY INFORMATION

| Check One: | ☐ Plaintiff Counsel | ☐ Defense Counsel | ☐ Third Party Defense Counsel |
|---|---|---|---|

| Last Name | First Name | Middle Name/Maiden | Suffix: |
|---|---|---|---|

**Address**

| City | State | Zip |
|---|---|---|

| Phone | Fax |
|---|---|

| Direct Dial No. | Cell Phone |
|---|---|

| State/ Bar No. | Email Address |
|---|---|

**Party Representing**

**Other Members of Firm Involved in this Litigation**

| Assistant Name | Paralegal Name |
|---|---|

### Choose One Option Below:

☐ I elect to have Liaison Counsel transmit documents to me via email and consent on an ongoing basis to notify Liaison Counsel of any changes in the above information.

☐ I do not want to receive orders or other documents form Liaison Counsel.

_____　　_____
**Signed**　　　　　　　　　　　　　　　　　　**Date**
**Print Name:**_____

**Please remit form to:** Plaintiffs' Liaison Counsel - Leonard Davis, Herman, Herman & Katz, 820 O'Keefe Ave., New Orleans, LA 70113/Gerald Meunier, Gainsburgh Benjamin, 2800 Energy Centre, 1100 Poydras St., New Orleans, LA 70113 to PLC@MDL2592.com; and Defendants' Liaison Counsel - James Irwin, Irwin Fritchie, 400 Poydras St., Suite 2700, New Orleans, LA 70130 to jirwin@irwinllc.com.