UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2592 <br><br> SECTION "L" <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO: ALL CASES

### APPLICATION FOR APPOINTMENT OF ANTHONY IRPINO TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1 [Doc. 2], Anthony Irpino makes this application for appointment to serve on the Plaintiffs' Steering Committee ("PSC") in this matter.

Anthony Irpino is a *cum laude* graduate of the University of Illinois (B.A. - 1993) and Tulane Law School (J.D. - 1996), and has been licensed to practice law in Louisiana since 1996. Mr. Irpino is the founding partner of the Irpino Law Firm - an eight (8) attorney New Orleans plaintiff firm with ten (10) staff members. He has devoted the vast majority of his legal career to working on class action, multi-district litigation ("MDL") and mass joinder lawsuits, including numerous matters involving defective drugs. Mr. Irpino has worked cooperatively and diligently with or on the PSC in several MDLs,[1] - including MDL Nos. 1657 and 2047 with this Honorable Court - which, it is respectfully submitted, provides the best support for his application to be a member of this PSC.

Mr. Irpino's abilities as a mass-tort litigator are recognized by various national publications, including US News and World Report, Litigator Awards, "Best Lawyers in America" and SuperLawyers. Mr. Irpino teaches litigation practice and Electronically Stored Information ("ESI")

---

[1] E.g., MDL No. 1657 - *In Re: Vioxx Products Liability Litigation* (worked closely/extensively with PSC), MDL No. 1789 - *In Re: Fosamax Products Liability Litigation* (PSC Member), MDL 2047 - *In Re: Chinese-Manufactured Drywall Products Liability Litigation* ("Of Counsel" to the PSC), and MDL 2179 - *In Re: Oil spill by the Oil Rig "Deepwater Horizon"* (worked closely/extensively with PSC).

as an Adjunct Professor and Guest Lecturer at Tulane Law School. He is an active member of the Sedona Conference, and has presented CLEs on MDLs, cooperation, clinical trials, and ESI.

Mr. Irpino also hereby addresses the following criteria outlined in Pretrial Order No. 1, ¶16:

**A)   Willingness and Availability to Commit to a Time-Consuming Project**

Mr. Irpino is willing and available to commit himself, several attorneys and staff from his law firm to this MDL, as he has already made the decision to focus upon the Xarelto litigation. Moreover, Mr. Irpino is selective about participation in MDL work, and does not routinely apply for PSC positions. Mr. Irpino has a "focused" MDL philosophy inasmuch as he prefers to be dedicated to few MDL cases, rather than be spread thinly among many. This philosophy has allowed him to genuinely dedicate himself and his firm to the MDL cases with which he chooses to get involved. Mr. Irpino is only currently involved with/on two (2) other PSCs (MDL 2179 - BP Oil Spill and MDL 2047 - Chinese Drywall), both of which are winding-down and/or do not demand significant time. As such, he is willing and available to serve and truly focus on the PSC in this matter.

**B)   Ability to Work Cooperatively with Others**

Mr. Irpino has the ability and desire to work cooperatively with others, and it is respectfully suggested that his actions have shown same throughout his work in MDLs (1657 & 2047) before this Court and in this courthouse (e.g., MDL 2179). Consequently, Mr. Irpino consistently enjoys working relationships and friendships among the plaintiff and defense attorneys with whom he has worked - including many of those involved in this matter. As key components of cooperation, Mr. Irpino appreciates and practices communication, trust and transparency with other plaintiff counsel, defense counsel, and the Court - and he will bring same to this litigation. It is Mr. Irpino's experience that all parties and the Court benefit greatly when cooperation is stressed <u>and</u> practiced.

**C)** **Professional Experience in this Type of Litigation**

Mr. Irpino has extensive professional experience in this type of litigation. In the various MDLs where he has worked with or on the PSC (including defective drug MDLs), Mr. Irpino has been very active and involved, with multiple leadership positions and/or roles, including:

- MDL No. 1657 - *In Re: Vioxx Products Liability Litigation* (Chairman of Privilege and Document Depository Committees, member of Discovery Committee);

- MDL No. 1789 - *In Re: Fosamax Products Liability Litigation* (PSC Member, Chairman of Administrative, Privilege and Bellwether Plaintiff Committees);

- MDL No. 2047 - *In Re: Chinese-Manufactured Drywall Products Liability Litigation* ("Of Counsel" to the PSC, Trial Team and Appeal Team member, Chairman of Document Depository and Privilege/Confidentiality Committees, Co-Chairman of INEX Discovery and Stigma Damages Committees, member of Lead Deposition and Personal Jurisdiction Teams); and

- MDL No. 2179 - *In Re: Oil spill by the Oil Rig "Deepwater Horizon"* (Member of Phase I and Phase II Trial Teams, Chairman of Privilege and Confidentiality Workgourps, Co-Chairman of Document Depository and ESI Workgroups, Co-Coordinator for BP written discovery and Pretrial Order drafting, and member of the Public Relations and Expert Deposition Workgroups).

Even in the above MDLs where Mr. Irpino was not appointed to the PSC, the quality and diligence of Mr. Irpino's work still routinely earned him important responsibilities and positions with the PSC.

**D)** **Willingness to Commit the Necessary Resources to Pursue this Matter**

Mr. Irpino is willing and able to commit the necessary personnel and financial resources to pursue this matter. In addition to himself, Mr. Irpino is ready and willing to dedicate two (2) other experienced attorneys (Louise Higgins and Pearl Robertson) and two experienced support staff to this matter. With respect to financial resources, Mr. Irpino is well aware of the amounts necessary to participate on and/or fund a PSC, and he hereby warrants to the Court that he and his firm are fully capable of doing same.

E)   **Representation of Xarelto Clients**

Mr. Irpino and his firm are counsel of record in a Xarelto action filed in this Court - *Emma Phillips v. Janssen Research & Development, LLC, et al.*, 2:15-cv-00006 (E.D.La.). Mr. Irpino and his firm are currently representing several other Xarelto clients and are reviewing many other potential Xarelto cases from throughout the United States. It is reasonably estimated that the Irpino Law Firm will soon be filing dozens of additional Xarelto cases in this MDL.

Considering the foregoing, Anthony Irpino respectfully submits this application and requests appointment to the PSC in this matter. He will dedicate his time and resources, as well as that of his firm, to working with and serving the PSC and this Honorable Court.

Dated: January 28, 2015                    Respectfully submitted,

/s/ Anthony D. Irpino
Anthony D. Irpino, Esquire (LA Bar No. 24727)
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, LA 70130
Tel:   (504) 525-1500
Fax:   (504) 525-1501
airpino@irpinolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2015 a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Also, a copy of this document was served on all counsel listed on Schedule B of Pretrial Order No. 1.

/s/ Anthony D. Irpino
Anthony D. Irpino