UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*IN RE: XARELTO (RIVAROXABAN)*
*PRODUCTS LIABILITY LITIGATION*

MDL No. 2592

SECTION: L
JUDGE FALLON
MAG. JUDGE SHUSHAN

This Document Relates to:

All Actions

### APPLICATION OF RUSSELL T. ABNEY FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

In accordance with this Court's Pretrial Order No. 1, Russell T. Abney of the law firm of Ferrer Poirot Wansbrough Feller Daniel & Abney ("Ferrer Poirot") submits this application to be considered by the Court for appointment to the Plaintiffs' Steering Committee for MDL NO. 2592.

Russell T. Abney has devoted his practice to pharmaceutical mass torts for the last seventeen years. He received his undergraduate degree from the University of California at Berkeley and his J.D., with honors, from the University of Georgia in 1989. After becoming a partner in a Texas defense firm in 1998, he was recruited by a high profile plaintiffs' firm in Houston. Since then, his practice has been almost exclusively devoted to pharmaceutical and medical device mass tort litigation. Mr. Abney has considerable experience in the areas of electronic discovery, expert witness development and cross-examination, and trial.

The Court requested applicants to succinctly address the following criteria:

### (A) WILLINGNESS AND AVAILABILITY TO COMMIT TO A TIME-CONSUMING PROJECT

In 2014 Mr. Abney opened Ferrer Poirot's Atlanta office, which is devoted exclusively to the prosecution of pharmaceutical and medical device cases. Although he is assisting other MDLs with expert witnesses, Mr. Abney has no official appointments to any other MDL and is willing to make his

1

service on the Xarelto PSC his top priority.  Additionally, because of his recent transition to Ferrer Poirot, Mr. Abney has no trial settings and no other projects that will require significant time commitments. Accordingly, he anticipates that prosecution of the firm's Xarelto cases will be the major focus of his practice until they are concluded.

### (B) ABILITY TO WORK COOPERATIVELY WITH OTHERS

Having devoted thousands of hours on over a dozen mass torts over the last fifteen years with three very successful firms, Mr. Abney has developed a reputation for being a team player with the ability to work with all types of lawyers in the most trying situations.  Mr. Abney has managed to work cooperatively with MDL leadership and groups pursuing state court litigation in order to facilitate the best possible outcome for all clients.  Additionally, he has developed both personal and professional relationships with many lawyers on both sides of the docket.

### (C)  PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION;

Mr. Abney is fortunate to have worked for some of the top pharmaceutical plaintiffs' firms in the country.  From 2007 through 2014, he was a shareholder at Beasley Allen Methvin Crow Portis & Miles where he was primarily responsible for all aspects of expert witnesses for the firm's pharmaceutical cases. Mr. Abney has been primarily responsible for developing and/or deposing hundreds of medical and expert witnesses in more than a dozen mass torts.  He has tried pharmaceutical cases to jury verdicts, including a $5,000,000 verdict in a hormone therapy case in which he presented or cross-examined nine of the ten expert witnesses testifying at trial.

Mr. Abney was responsible for developing and cross examining expert witnesses in:  Diet Drug Litigation (fen-phen), Vioxx, HRT, Meridia, Rezulin, Sulzer Hip Implants, Fosomax ONJ, Baycol, Guidant, Vaginal Mesh, Lipitor and Shoulder Pain Pump litigation.

Mr. Abney has lectured extensively on electronic discovery and technology issues relevant to complex litigation, and has been responsible for all aspects of electronic discovery in pharmaceutical

cases. He has experience working with special masters and defense technology consultants to facilitate efficient production of voluminous records and statistical data.

## (D) WILLINGNESS TO COMMIT THE NECESSARY RESOURCES TO PURSUE THIS MATTER.

Ferrer Poirot is an eleven lawyer firm assisted by over 100 support staff in offices in Dallas and Atlanta. The firm currently represents 1047 Xarelto clients and anticipates having over 2,000 Xarelto clients by this summer. Mr. Abney has filed the following cases:

- Maciasz et al v. Janssen Research & Development LLC et al; cause no. 1:15-cv-00014-IMK (N.D. of WV)
- Myers v. Janssen Research & Development LLC et al; cause no. 2:14-cv-02040-SU (OR)
- Stevenson et al v. Janssen Research & Development LLC et al; cause no. 3:14-cv-01297-DRH (S.D. of IL)
- Ward et al v. Janssen Research & Development LLC et al; cause no. 5:15-cv-00018-DCR (E.D. of KY)

Additionally, realizing that experts are essential to evaluate and prosecute complex pharmaceutical cases such as these, Mr. Abney has retained world-class experts in the fields of epidemiology, anticoagulation and thrombosis. The firm has already committed its time and resources to these experts.

In the recent past, Ferrer Poirot has resolved over 22,000 Avandia claims, over 5,000 Zyprexa claims, and over 6,800 Seroquel claims. Accordingly, it understands the commitment and resources required to successfully resolve mass torts cases. Ferrer Poirot has already committed significant resources in the acquisition and screening of Xarelto cases. It is more than capable of committing the financial and personnel resources necessary to fully contribute to the success of this litigation.

Accordingly, Russell T. Abney of Ferrer Poirot respectfully requests the Court consider him for appointment to the Plaintiffs' Steering Committee for MDL No. 2592 Committee.

Dated: January 28, 2015                        Respectfully submitted,

                                                                    */s/ Russell T. Abney*
                                                                    Russell T. Abney (SBGA No. 000875)
                                                                    2100 RiverEdge Parkway, Suite 720
                                                                    Atlanta, Georgia  30328
                                                                    Email: rabney@lawyerworks.com
                                                                    **Attorney for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of the foregoing document was served on all counsel listed on the Panel Attorney Service List attached to PTO 1 and designated as Schedule B.

                                                                    */s/ Russell T. Abney*

                                                                    Russell T. Abney