UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON |
| This Document Relates to All Cases _____ | * * | MAGISTRATE JUDGE NORTH |

APPLICATION FOR APPOINTMENT OF PEYTON P. MURPHY
TO THE PLAINTIFFS' STEERING COMMITTEE
_____

Peyton P. Murphy respectfully requests appointment as a member of the Plaintiffs' Steering Committee ("PSC"), addressing the criteria for membership as set forth by PTO #1. He currently serves as counsel of record in the following case: *Sidney Dedeaux v. Janssen, et al.*, 2:15-cv-00233, filed in the Eastern District Court of Louisiana and which will be transferred to MDL No. 2592; He also serves as counsel for at least one hundred fifty (150) additional clients for which lawsuits will soon be filed.

Mr. Murphy graduated from Tulane University Law School in 1991 and is admitted in all Louisiana Courts, the Federal District Courts for the Eastern, Western, and Middle Districts of Louisiana, the United States Fifth Circuit Court of Appeals, the United States Supreme Court, and *Pro Hac Vice* in the Middle and Northern Districts of Georgia, Southern and Northern Districts of Illinois, Northern District of Indiana, District Court of Massachusetts, Northern District of Ohio, Northern District of Texas, and Southern District of WV.

### A. WILLINGNESS AND AVAILABILITY

Mr. Murphy is personally available to serve on the PSC for this case. He is motivated, willing, and committed to devoting the time, energy, and resources required to facilitate expeditious, economical, and just administration of this litigation. He will perform all tasks in a

timely and efficient manner while providing his complete attention to this case. He is prepared to commit as much of his *personal* time and effort as necessary to carry out these duties and responsibilities and hereby verifies this to the Court.

### B.  ABILITY TO WORK COOPERATIVELY WITH OTHERS

Peyton Murphy possesses extensive experience and background in mass tort and class action litigation with cases involving train derailments and explosions, plant explosions, pharmaceutical drugs, and defective medical devices. He also works with individual plaintiffs and has served as trial attorney for hundreds of cases. His firm, Murphy Law Firm, LLC, of which he is a founding partner, has been involved in class action and mass tort litigation for over fifteen (15) years.

### C.  PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

Mr. Murphy has the requisite experience that this Court and this litigation demands and he has a proven track record meeting these criteria.  Below is an non-exclusive listing of class action and mass tort litigation in which Mr. Murphy has served in an integral role in the litigation:

1. *Wallace Acey, Jr., et al vs. Reddy Ice Corporation*, (2001), 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, Docket No.: 487,373, Div. "A", arising from a release of a chemical gas at the Reddy Ice Plant.  Certified as a class.  Settled for $1 million and participated as committee member
2. *Honeywell International, Inc., et al.*, (2003), in the 19th Judicial District Court of the East Baton Rouge Parish, State of Louisiana, arising from a chemical plant explosion and release of hazardous substances at the Honeywell Plant located in Baton Rouge, Louisiana on three separate instances; one occurring on July 20, 2003, and two occurring on July 29, 2003. Participated as committee member.  Cases settled.
3. *In Re: The Shaw Group, Inc., Shareholder Litigation*, (2012), 19th Judicial District Court of the East Baton Rouge Parish, State of Louisiana; arising from a dispute surrounding the proposed merger of Shaw and Chicago Bridge & Iron Company. Served as local liaison counsel for national class action.  Case settled.
4. *In Re: Phenylpropanolamine (PPA) Products Liability Litigation*, (2004), MDL 1407, arising out of a product liability action for the injuries induced from the consumption of the pharmaceutical drug, PPC.  Settlements reached on several cases.

5. *In Re: Vioxx Litigation*, (2005), arising out of a product liability action for injuries induced from the intake of the pharmaceutical drug, Vioxx. Cases resolved. Reviewed over 500 cases. Cases settled.
6. *In Re: Union Pacific Railroad Company*, (2005), arising from a rail car collision, explosion, and chemical release on October 15, 2005, in Texarkana, Arkansas. Handled over 125 cases. Cases settled.
7. *In Re: Oxycontin*, (2007), arising from negative effects of the drug to cause addiction overdose, and death which are facts known by the manufacturers of the drug, but not released to doctors or the public. Handles numerous cases to settlement.
8. *In Re: KATRINA CANAL BREACHES, Consolidated Litigation*, (2005), Civil Action No. 05-4182. United States District Court, Eastern District of Louisiana. Consolidated litigation regarding all aspects of Hurricane Katrina litigation, including the levee breaches, MR GO and insurance litigation. Case pending in the United States District Court, Eastern District of Louisiana.
9. *In Re: Matter of Bayer Corporation (Yaz)*, (2012), Commonwealth of Kentucky, Franklin Circuit, Division I. Case No. 07-C8-00148; arising out of a product liability action for injuries caused by the use of the pharmaceutical drugs, Yaz, Yazmin, and Mirena. Numerous cases settled.
10. *In Re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, (2012), MDL 2385, arising out of a product liability action for injuries or death caused by the use of the pharmaceutical drug, Pradaxa. Numerous cases pending settlement.
11. *In Re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation*, (2013), MDL 2428, arising out of a product liability action for injuries or death caused by the use of GranuFlo and/or NaturaLyte products during hemodialysis. Numerous cases still pending.
12. <u>Numerous SSRI Cases</u>, *In Re: Eli Lilly & Co., Prozac*, MDL 907, *In Re: Paxil*, MDL 1574, *In Re: Celexa and Lexapro*, MDL 1736, *In Re: Avandia Marketing Sales Practices and Products Liability Litigation*, MDL 1871, *In Re: Budeprion XL Marketing & Sales Litigation*, MDL 2107, *In Re: Zoloft Marketing (Sertraline Hydrochloride)*, MDL 2342, arising out of a product liability action for injuries caused by the use of pharmaceutical drugs. Reviewed over 500 cases. Numerous cases pending.
13. <u>Numerous Metal-on-Metal Hip Replacement Cases</u>, *In Re: Biomet M2A Magnum Hip Implant,* MDL 2391, *In Re: DePuy Orthopaedics, Inc., ASR Hip Implant*, MDL 2197, *In Re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant*, MDL 2244, *In Re: Wright Medical Technology, Inc., Conserve Hip Implant*, MDL 2329, arising out of a product liability action for injuries caused by the implantation of metal-on-metal hip replacement systems. Numerous cases pending. Two manufacturers have settled.
14. <u>Numerous Transvaginal Mesh Implant Cases</u>**,** *In Re: C.R. Bard, Inc.,* MDL 2187, *In Re: American Medical Systems, Inc.,* MDL 2325, *In Re: Boston Scientific Corp.,* MDL 2326, *In Re: Ethicon, Inc.,* MDL 2327, *In Re: Coloplast Corp.,* MDL 2387, *In Re: Cook Medical, Inc.,* MDL 2440, *In Re: Mentor Corp. ObTape Transobturator Sling*, MDL 2004, *In Re: Caldera Medical*, Superior Court of CA, arising out of a product liability action for injuries caused by the implantation of pelvic mesh products to treat medical conditions primarily consisting of pelvic organ prolapse and stress urinary incontinence. Over 2,000 cases reviewed. Over 400 cases settled.

## D.  WILLINGNESS TO COMMIT THE NECESSARY

**RESOURCES TO PURSUE THE MATTER.**

Mr. Murphy, personally, and his firm, have the available personnel, facilities, and financial resources to support his service as a member of the PSC in this litigation. Further, he willingly pledges to the Court that he will honor all commitments necessary to effectuate a positive outcome in the litigation.

**CONCLUSION**

Mr. Murphy is significantly involved in this litigation and is counsel of record in the *Dedeaux* case. He represents many more persons who ultimately will be involved in the litigation. He has the requisite availability, experience, resources, ability, and temperament to serve as a PSC member in this complex litigation.

WHEREFORE, Peyton P. Murphy respectfully requests an appointment to the Plaintiffs' Steering Committee.

    Respectfully submitted:
    MURPHY LAW FIRM, LLC
    *s/ Peyton P. Murphy*
    PEYTON P. MURPHY (#22125)
    7035 Jefferson Highway
    Baton Rouge, LA 70806
    Telephone: (225) 928-8800
    Facsimile: (225) 928-8802
    Email: peyton@murphylawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Application for Appointment to Plaintiffs' Steering Committee by Peyton P. Murphy has been electronically filed with the Clerk of Court and will be forwarded to all counsel of record via electronic service through CM/ECF, electronic mail or U.S. Mail.

    *s/ Peyton P. Murphy*
    PEYTON P. MURPHY (#22125)