UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO CASE NO. 15-122, *Chase v. Janssen, et al.* | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mark D. Samson of the law firm of Keller Rohrback L.L.P. enters his appearance as counsel for Plaintiff in *Chase v. Janssen, et al..,* No. 15-122 (E.D. La.).

Furthermore, counsel seeks to be entered into this Court's Electronic Case Filing System, and receive all notices, pleadings and papers filed in this matter, as well as those filed in *In Re Xarelto*, Case No. 14-md-2592.

Dated:  January 28, 2015

                                        KELLER ROHRBACK L.L.P.


                                        By /s/ Mark D. Samson
                                              Mark D. Samson
                                              3101 N. Central Avenue, Suite 1400
                                              Phoenix, Arizona  85012
                                              msamson@kellerrohrback.com
                                              Telephone:  (602) 248-0088
                                              Facsimile:  (602) 248-2822

        Mark A. Griffin
        Gretchen F. Cappio
        Daniel P. Mensher
        mgriffin@kellerrohrback.com
        gcappio@kellerrohrback.com
        dmensher@kellerrohrback.com
        1201 Third Avenue, Suite 3200
        Seattle, Washington 98101-3052
        Telephone:  (206) 623-1900
        Facsimile:  (206) 623-3384

***Attorneys for Sheila Chase***

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance was served via the Court's Electronic Case Filing System this 28th day of January, 2015.

          /s/ Mark D. Samson
        Mark D. Samson