UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO  (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

APPLICATION FOR APPOINTMENT OF SCOTT R. BICKFORD
TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to this Honorable Court's Pretrial Order No. #1 (Doc. 2), I, Scott R. Bickford of Martzell & Bickford, APC, respectfully submit this application to serve in a leadership role on the Plaintiffs' Steering Committee ("PSC").

I am the senior principal of the New Orleans law firm Martzell & Bickford, APC, and have experience working in complex litigations and have participated in those litigations as liaison counsel, principal trial attorney and committee member.  I have also participated in hundreds of hours of deposition and discovery work in complex litigations where I have not been a direct member of the governing committee.  In addition, I have further acted as lead attorney and trial counsel in numerous class actions involving multiple counsel and thousands of plaintiffs.

I.      Active Involvement in the Development and Furtherance of the Litigation Prior to the Consolidation of the MDL

I am trial counsel in *Varnado v. Janssen Research & Development*, et al, 2:12 CV 02216, the first federally filed Xarelto case which was allotted to this Honorable Court.  *Varnado* is a wrongful death case where the death is attributed directly to the decedent's use of Xarelto.  My firm has multiple other clients who have injuries due to Xarelto use which we intend to file in coordination with the appointed Plaintiffs' Steering Committee.

In addition to the filed death claim and our other individual cases, I prepared the briefing and oral arguments before the Judicial Panel on Multidistrict Litigation, having filed a Motion in Support for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Consolidated Pretrial Proceedings. Further, I traveled to Charleston, South Carolina for the hearing of the matter before the Panel and met and conferred with multiple counsel who have cases throughout the country. We have also consulted with expert witnesses in this matter and have gathered regulatory information concerning Xarelto.

**II.     Professional Experience in this type of Litigation**

I have not had the opportunity to serve on a MDL committee involving a pharmaceutical claim. I did, however, have hundreds of claims involving autistic children which were filed with the vaccine court in Washington, D.C. To that end I was engaged in the development of the science and epidemiology to support the allegations that various childhood vaccines lead to the onset of autistic behavior. That litigation went on for multiple years and has finally concluded. I also served as lead trial attorney in the first bellwether case actually tried for welding fume injuries in the MDL-1535 (*In Re* Case No. 1:03 CV 17000 (E. Solis)). In addition to actually trying the *Solis* case, which involved allegations of brain damage and movement disorders as a result of manganese exposure in the welding processes, I took tens of depositions of experts and fact witnesses in complex areas of neuroscience, electronmicrosocopy, metallurgy and industrial processes. On an individual case load level, we have individual cases involving Chantix, Avandia and the Zimmer Durom Cup.

In addition to the above experience, I served as liaison counsel for the PSC in the nation-wide class action of *In Re: Apple iPhone 3G and 3G-S "MMS" Marketing and Sales Practices Litigation*, C.A. MDL Docket No. 2116 (EDLA). There, we coordinated the efforts of multiple law firms from across the country in the MDL litigation before Judge Barbier. Additionally, I was lead trial attorney in *Mullins vs. Treasure Chest Casino*, C.A. No. 96-0052 (EDLA), a Jones Act class

action for toxic fume exposure aboard the M/V TREASURE CHEST which affected hundreds of seamen. I was also on the PSC in *Stephen Marshall Gabarick, et al v. Laurin Maritime (America) Inc., et al,* C.A. No. 08-4007 (EDLA), a collective action which involved a massive diesel spill on the Mississippi River. I presently serve as a regular member of the PSC in *In Re: Pool Products Distribution Market Antitrust Litigation,* C.A. MDL Docket No. 2328 (EDLA). Finally, I served as co-chair of the trial committee in the matter of *Turner v. Murphy Oil*, C.A. No. 05-4206 (EDLA) (the "Murphy Oil Class Action"), in which I worked cooperatively with a core group of litigators to bring the matter through discovery and jury testing, and had the case ready for trial at settlement.

**III.     Willingness and Availability to Commit Time & Resources**

With the exception of the Pool Products litigation referenced above, I am not presently the member of any other Plaintiffs' Steering Committee. I am therefore able and hereby pledge to commit whatever time proves necessary to this case. The *Varnado* case before this Honorable Court is to me, personally, an important case. It may, upon review by the PSC, prove to be one of the bellwether cases of this litigation. I would like to see that case to conclusion. Further, Martzell & Bickford is in close proximity to the Eastern District court house and Martzell & Bickford has the staff, financial resources and expertise to move the litigation and cooperate with the other attorneys assigned by the court and involved in the litigation.

**IV.     Ability to work cooperatively with others:**

I have a long history of working with and cooperating with others. On numerous occasions I have been selected as mediator and court-appointed special master to oversee attorney fee disputes and have been accepted by all parties, many of them plaintiff counsel. As mentioned above, for almost two years I acted as liaison counsel in *Apple iPhone* MDL 2116 where I coordinated the efforts of counsel. I am the co-director of the Trial Advocacy Program at Tulane Law School where

I work with and recruit a faculty of talented trial attorneys to instruct at Tulane. Over the last few years, although I am not a member of the Deepwater Horizon PSC, I have spent a considerable amount of time in very technical discovery concerning that litigation at the direction of the PSC. I was asked to perform numerous important trial depositions and take part in intricate discovery concerning the operations of the rig. Finally, I have been appointed by the leadership of the Louisiana Association of Justice to represent the organization on the Board of Governors of the American Association of Justice, where I work with counsel from across the country.

**WHEREFORE**, for the reasons stated above, I, Scott R. Bickford, respectfully request appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

**MARTZELL & BICKFORD**

*/s/ Scott R. Bickford*
**SCOTT R. BICKFORD T. A. (#1165)**
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone:    (504) 581-9065
Facsimile:    (504) 581-7635
Email:        USDCEDLA@MBFIRM.COM

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2015, I electronically filed the foregoing via the Court's ECF System and properly served upon all counsel in Schedule B attached to this Honorable Court's Pretrial Order #1 (Doc. 2).

*/S/ Scott R. Bickford*
SCOTT R. BICKFORD

G:\Clients\VARNADO - XARELTO\PLEADINGS - MDL\srb draft application.wpd