AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:14-CV-01869-RCJ-NJK

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.

was received by me on *(date)* ACE EXECUTIVE SERVICES ON 1/08/15 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CT CORPORATION SYSTEM, REGISTERED AGENT , who is designated by law to accept service of process on behalf of *(name of organization)* JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. on *(date)* 1/13/15 AT 10:15 A.M. ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* PER NEVADA REVISED STATUTE 14.020 2. by leaving with: BOB SERSCH, as a person of suitable age and discretion at 116 PINE ST., STE 320, HARRISBURG, PA 17101, which address is the most recent street address of the registered agent shown on the information filed with the Secretary of State pursuant to chapter 77 of NRS.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/15/2015

*George Morrison* (signature)
*Server's signature*

GEORGE MORRISON, PROCESS SERVER
*Printed name and title*
SERVED FOR:
ACE EXECUTIVE SERVICES
NV LIC 1300
8275 S. EASTERN AVE. #200-819
LAS VEGAS, NV 89123

*Server's address*

Additional information regarding attempted service, etc:

DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; COMLAINT, JURY DEMANDED

471511