UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| This Document Relates to All Cases | | MAGISTRATE JUDGE NORTH |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Peyton P. Murphy of the law firm of Murphy Law Firm, LLC enters his appearance as counsel for Plaintiff in *Dedeaux v. Janssen, et al*., No. 2:15-cv-00233.  Counsel also seeks to be entered into this Court's Electronic Case Filing System, and receive all notices, pleadings and papers filed in this matter, as well as those filed in the above referenced MDL proceeding 2:14-md-02592.

    Respectfully submitted:

    MURPHY LAW FIRM, LLC
    *s/ Peyton P. Murphy*
    PEYTON P. MURPHY (#22125)
    7035 Jefferson Highway
    Baton Rouge, LA  70806
    Telephone: (225) 928-8800
    Facsimile: (225) 928-8802
    Email: peyton@murphylawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has been electronically filed with the Clerk of Court and will be forwarded to all counsel of record, via electronic service through CM/ECF, on January 28, 2015.

    *s/ Peyton P. Murphy*
    PEYTON P. MURPHY (#22125)