UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
|                                    ) | SECTION: L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | MAG. JUDGE NORTH |
| ALL ACTIONS ) | |
| ) | |
|                                    ) | |

### APPLICATION FOR APPOINTMENT OF M. ELIZABETH GRAHAM TO THE PLAINTIFFS' STEERING COMMITTEE AND FOR A LEADERSHIP POSITION

Pursuant to Pretrial Order #1, M. Elizabeth Graham of Grant & Eisenhofer P.A. ("G&E" or the "Firm") respectfully submits this application for appointment to the Plaintiffs' Steering Committee ("PSC"). Ms. Graham is counsel to more than 200 Xarelto clients who sustained severe injuries, including more than 50 claims involving death, as a result of Xarelto treatment. In addition to claims involving major bleeding events such as intracranial bleeds, hemorrhagic strokes, retinal bleeds and gastrointestinal bleeds, Ms. Graham represents the interests of individuals who have suffered from ischemic strokes, pulmonary embolisms, and liver failure. The interests of plaintiffs who have sustained injuries other than bleeding events appear to be under-represented among other firms. With respect to these types of bleeding and non-bleeding injury claims, numerous firms have already begun referring cases to Ms. Graham and committed contractually to refer additional cases.

Ms. Graham is the Managing Director of G&E's Complex Pharmaceutical and Medical Device Litigation Practice Group. She has specialized in mass tort litigation since her admission to the bar in 1989. Ms. Graham has served as Lead Class Counsel and on Plaintiffs' Executive and Steering Committees in litigation involving hundred-million dollar settlements. For

1

example, she served as Lead Counsel in *Borman Automotive v. American Honda Motor Corp.* (MDL No. 1069) (resulting in a $435 million settlement) and in *In re Sulzer Hip Prosthesis and Knee Liability Litigation* (CA JCCP 4165).  Further, before working as counsel for plaintiffs, Ms. Graham worked as national defense counsel in mass tort, MDL, and class action litigation.

As the leader of G&E's Complex Pharmaceutical and Medical Device Litigation Practice Group, Ms. Graham is prepared to commit substantial resources and expertise to help resolve this litigation efficiently.  She will be personally involved in the litigation and joined by her colleague and former Delaware Attorney General Beau Biden, as well as attorneys Thomas V. Ayala and Justin K. Victor.[1]  If additional resources are required, G&E has more than 70 attorneys, many of whom are former federal judicial law clerks, former attorneys at international defense firms, and who have successfully prosecuted more cases against major pharmaceutical and health care product and service companies than perhaps any other law firm in the United States.

As an illustration of the Firm's success, G&E has recovered over $7.5 billion in various types of pharmaceutical-related cases since 2009 alone.  For more than a decade G&E has been named as one of the nation's top plaintiffs firms by *The National Law Journal* in the annual "Plaintiffs' Hot List," and in 2008 earned a place in *The National Law Journal*'s "Plaintiffs' Hot List Hall of Fame."  Last year the Firm was also recognized as among the top 10 "Most Feared Plaintiffs Firms" by *Law360*.  G&E has a breadth of experience in complex litigation resolution not only in the mass tort context but also in the securities, corporate governance, antitrust,

---

[1] Biography listings of each of G&E's attorneys' listed above can be accessed here:
M. Elizabeth Graham - http://www.gelaw.com/biographies/graham-elizabeth;
Beau Biden – http://www.gelaw.com/biographies/biden-r-beau;
Thomas V. Ayala – http://www.gelaw.com/biographies/ayala-thomas-v; and
Justin K. Victor – http://www.gelaw.com/biographies/justin-k-victor.

bankruptcy, consumer class action, and *qui tam* contexts. This experience uniquely positions G&E among other firms to prosecute the claims efficiently and to develop creative resolutions to the litigation, drawing from experiences gained in a variety of substantive and industry contexts.

Ms. Graham has already invested substantial resources and attorney time in developing the liability and scientific theories in support of the claims not only for bleeding cases but also thrombotic and other injuries. For example, in December, 2014 at a *Harris Martin* continuing legal education conference, Ms. Graham developed and presented an analysis of evidence from FDA regulatory files and other publicly available information to establish the roles of the various members of the Johnson & Johnson and Bayer corporate families in the development, clinical testing, new drug application, manufacture, labeling, marketing, distribution, and post-market surveillance for Xarelto. That presentation prompted numerous counsel from around the country to contact Ms. Graham for additional work product underlying her presentation, which she freely shared in the interest of advancing the common benefit of counsel investigating and filing Xarelto claims.

To help develop the scientific foundation for the claims, Ms. Graham has retained a world-renowned hematologist with a research and clinical focus on novel oral anticoagulants ("NOACs") including Xarelto. Ms. Graham has worked with her hematology consultant to thoroughly review the clinical studies and peer-reviewed literature relating to not only Xarelto but all of the novel oral anticoagulants, beginning with ximalagatran (which was denied FDA approval due to safety issues relating to liver impairment), and including Pradaxa, Xarelto, Eliquis, and Savaysa. Ms. Graham has also conducted a comparative analysis of the clinical data relating to each drug in the class. This information will be a central area of focus to examine whether the Defendants' clinical studies were adequate to support their claims that patients could

safely and effectively use a fixed dose of Xarelto without the need to monitor their blood coagulation parameters.

The Firm's established in-house e-discovery team and in-house software platform is committed to the Xarelto litigation as well. The e-discovery team has for years demonstrated reliability in coordinating the processing, review, and production of documents and ESI in complex litigation of this magnitude. Members of G&E's complex pharmaceutical litigation and e-discovery teams include former counsel at defense firms who have managed large-scale ESI collections and productions from pharmaceutical companies. These teams have the experience necessary to efficiently coordinate the discovery of defendants.

Ms. Graham is able and willing to work collaboratively with co-counsel and opposing counsel to successfully prosecute these actions. Ms. Graham and members of her team have worked with many of the PSC applicants in other litigation, and members of her team have worked with Defendants' lead counsel Drinker Biddle & Reath LLP and liaison counsel Irwin Fritchie Urquhart & Moore, LLC in other pharmaceutical and medical device litigation and mediation. In addition to previous leadership positions in successful MDL litigation, Ms. Graham has served as a consultant to dozens of mass tort firms seeking advice on administering complex large-scale settlements. Ms. Graham has also been selected as a mediator in complicated and contentious tort cases.

For all of these reasons, Ms. Graham respectfully requests appointment to the Plaintiffs' Steering Committee.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 28, 2015 a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of the foregoing document was served on all counsel listed on Schedule B attached to Pretrial Order No. 1.

By:  /s/ M. Elizabeth Graham\_\_      \_
M. Elizabeth Graham
Joseph R. Biden III
Thomas V. Ayala
Justin K. Victor
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100
egraham@gelaw.com