UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN) PRODUCTS       *    MDL NO. 2592
LIABILITY LITIGATION

                                            *    SECTION L

                                            *    JUDGE ELDON E. FALLON

                                            *    MAG. JUDGE NORTH
**************************************************

**THIS DOCUMENT RELATES TO ALL CASES**

**APPLICATION OF SCOTT A. POWELL FOR THE
PLAINTIFFS' STEERING COMMITTEE**

I have represented plaintiffs in mass tort actions and other complex litigation for decades
and am willing and able to devote the necessary time and resources to represent the plaintiffs in
this litigation as a member of the Plaintiffs Steering Committee (PSC).  I have been fortunate to
serve as a member of PSCs in several multidistrict litigation (MDL) proceedings, and over the
course of my career have obtained verdicts and settlements that total well over a billion dollars.
Furthermore, I believe that my election to numerous leadership positions in professional
organizations testifies to my ability to work with other attorneys.  I believe I am qualified to be a
member of the PSC in this litigation and would be honored to serve this Court in that role.

    **A.      I am experienced in similar complex litigation.**

I have considerable experience in complex litigation, including MDLs against drug and
medical device manufacturers.  In the past few years I have served on PSCs, served as trial
counsel for bellwether trials, and worked with PSC members to negotiate global MDL
settlements in a number of matters:

-   *In re: Biomet M2a Magnum Hip Implant Prods. Liab. Litig.*, MDL 2391 (N.D. Ind.)
    (member of PSC);

1

- *In re: Vioxx Marketing, Sales Practices and Prods. Liab. Litig.,* MDL 1657 (E.D. La.) (lead or co-lead counsel for the states of Alaska, Kentucky, and Montana in separate cases brought against Merck & Co.);

- *In re: Syngenta AG MIR162 Corn Litig.*, MDL 2591 (D. Kan.) (co-lead counsel for the plaintiffs);

- *In re: Genetically Modified Rice Litig.*, MDL 1811 (E.D. Mo.) (trial counsel for MDL bellwethers and member of the global settlement team).

I was honored by Chambers USA in 2014, which commented that, "Scott Powell . . . [is] a very good trial lawyer.  He communicates well with the juries and he makes his presence known."  I believe that my involvement in the genetically modified rice litigation highlights both my abilities as a trial lawyer and my ability to work well with other lawyers.  The MDL leadership of *In re: Genetically Modified Rice Litigation*, MDL 1811 (E.D. Mo.) invited me to serve as trial counsel in a bellwether trial.  One month after that trial, I served as lead trial counsel working with MDL counsel in a trial resulting in a $48 million jury verdict for eleven Arkansas rice farmers, a verdict the Arkansas Supreme Court affirmed in full in a landmark ruling declaring the state punitive damages cap unconstitutional.  *See Bayer CropScience LP v. Schafer*, 385 S.W. 3d 822 (Ark. 2011).  I was then asked to join the team that negotiated the global MDL settlement.  I worked with Richard Arsenault, Don Downing, Bill Chaney, and other lawyers to secure a $750 million settlement for plaintiffs both inside and outside the MDL.

I appreciate that in the area of complex litigation, one case may require years of dedicated work.  Through hard work and dedication, I have obtained significant recoveries in many cases that went on for years.  In addition to cases mentioned above, I was co-lead counsel in *United States ex rel Johnson v. Shell Oil Co*., No. 9:96-cv-66 (E.D. Tex.), which resulted in the largest recovery in the history of the False Claims Act, and was co-lead counsel in *United States ex rel Pogue v. Diabetes Treatment Ctrs. of Am.*, No. 99-cv-3298 (D.D.C.), which at the time of its

resolution was the largest recovery in a non-intervened healthcare fraud case in American history.  I recently obtained an affirmance of a class certification order in an action pending since 2003.  *CVS Caremark Corp. v. Lauriello*, --- So. 3d ---, 2014 WL 4493633 (Ala. 2014).[1]  I have additional experience litigating matters with the healthcare industry.  *See, e.g., United States ex rel Copeland v. Novartis*, No. 2:06-cv-1630 (E.D. Pa.) (settled for $422 million).  I have also lectured on issues related to complex litigation.  For example, I spoke at the Louisiana State Bar Association's 2013 and 2014 Class Action/Complex Litigation Symposiums in New Orleans.

### B.      My firm and I have been recognized for our advocacy.

I am chair of the complex litigation group at Hare, Wynn, Newell & Newton, LLP.  Since graduating from Cumberland School of Law in 1978, I have devoted my career to representing plaintiffs.  I have been named to *The Best Lawyers in America* in three fields, named by Benchmark as the 2013 Alabama Litigator of the Year, and named the 2009 Lawyer of the Year by Taxpayers Against Fraud.  I am fortune to have the backing of my firm's 18 attorneys and 66 employees.  *National Trial Journal* named my firm to its 2014 list of Elite Trial Lawyers and in 2011 recognized it as one of the top 15 plaintiffs' firms in the country.  *Forbes* and *U.S. News and World Report* have also named Hare Wynn as a first tier plaintiffs' firm.[2]

### C.  I represent numerous clients with claims related to Xarelto.

I have already devoted considerable time investigating the merits of this litigation.  I have filed two lawsuits whose transfer to the MDL is pending.  *Silva v. Janssen Research & Dev., LLC, et al.,* 15-cv-00022 (D.N.H.); *Betts, et al. v. Janssen Research & Dev., LLC, et al.*, 15-cv-

---

[1] I appreciate that your colleagues may be a valuable resource as you evaluate PSC applications.  Judges William Pryor and Joel Dubina of the Eleventh Circuit and Judges Sharon Blackburn and David Proctor of the Northern District of Alabama may provide helpful comments as you evaluate my application.

[2] Other members of my firm have also served in leadership roles in MDLs involving claims against pharmaceutical and medical device manufacturers, including *In re:  Stryker Rejuvenate and ABG II Hip Implant Prods. Liab. Litig.*, MDL 2441 (D. Minn.), and *In re:  Chantix (Varenicline) Prods. Liab. Litig.*, MDL 2092 (N.D. Ala.).

0002 (W.D.Ky.).  In addition, I represent a number of additional clients whose complaints we have not yet filed.  We are also reviewing claims of 40 additional potential clients.

**D.      I am able to work cooperatively with other attorneys.**

I have had the opportunity to routinely work with attorneys from other firms to obtain the best possible results for my clients.  As noted above, I have played and continue to play leading roles in several other MDLs where I have the chance to work cooperatively with attorneys from other firms to manage litigation for plaintiffs and resolve disputes with defendants.  I believe my ability to work with others is evidenced by my selection for leadership positions in numerous organizations.  I am past president of the Alabama Trial Lawyers Association, past president of the International Society of Barristers, chairman of the Cumberland Law School Advisory Board, a trustee of the Eleventh Circuit Historical Society, and state chair of the United States Supreme Court Historical Society. I am also a Fellow of the American College of Trial Lawyers and have also served as a commissioner of the Judicial Compensation Committee and a member of the United States Magistrate Judge Selection Committee for the Northern District of Alabama.

**E.      My firm and I are able and willing to commit the resources necessary to see this litigation to its conclusion.**

I appreciate that complex litigation routinely takes years to resolve and am willing and available to commit the necessary resources to a time-consuming project.  My firm is accustomed to allocating the resources necessary to prosecute complex matters—even if it would be years before any fee could be collected.  Nearly all of the cases discussed above required the devotion of considerable time and resources over periods of years.  I believe I am qualified to serve as a member of the PSC and would be honored to do so.

*/s/ Scott A. Powell*
Scott A. Powell

OF COUNSEL:

HARE, WYNN, NEWELL & NEWTON, LLP
2025 Third Avenue North, Suite 800
Birmingham, Alabama  35203
Telephone:  (205) 328-5330
Facsimile:   (205) 324-2165
E-Mail:  Scott@hwnn.com

## CERTIFICATE OF SERVICE

I, Scott A. Powell, hereby certify that I have served copies of the above and foregoing Application upon Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel through the ECF system of this Court, on this 28th day of January 2015:

**Plaintiffs' Liaison Counsel**

Leonard A. Davis
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Ave.
New Orleans, Louisiana 70113
Tel: (504) 581-4892
ldavis@hhklawfirm.com

Gerald Edward Meunier
GAINSBURGE, BENJAMIN, DAVID, MEUNIER & WARSHAUER
Energy Centre
1100 Poydras St., Suite 2800
New Orleans, Louisiana 70163
Tel: (504) 522-2304
gmeunier@gainsben.com

**Defendants' Liaison Counsel**

James B. Irwin
IRWIN, FRITCHIE, URQUHART & MOORE, LLC
400 Poydras Street; Suite 2700
New Orleans, Louisiana 70130
Tel: (504) 310-2100
Fax: (504) 310-2120
jirwin@irwinllc.com

/s/ Scott A. Powell
SCOTT A. POWELL