IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | MAG. JUDGE SHUSHAN |

**APPLICATION OF BRUCE W. STECKLER, ESQ. OF STECKLER LLP
FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

TO THE HONORABLE ELDON E. FALLON:

COMES NOW Bruce W. Steckler, Esq. of Steckler, LLP and, files this application pursuant to Pretrial Order No. 1, ¶ 16, respectfully requesting that this Honorable Court appoint him to the Plaintiffs' Steering Committee ("PSC") in MDL No. 2592.

## I.
## INTRODUCTION

Bruce W. Steckler of Steckler, LLP has over two decades of experience successfully litigating pharmaceutical, product liability, medical malpractice, and a number of high profile mass torts cases. He was formerly head of General Litigation at one of the largest Plaintiff firms in the country, and is licensed in five (5) states. He currently represents clients in this litigation, with cases filed in Texas, Tennessee, and Florida (**S**ee **Attached Steckler, LLP Filed Cases, Exhibit A**). In addition, the firm is obtaining medical records and evaluating almost one hundred-fifty (150) cases for filing. In an effort to serve in a leadership role for his clients in this litigation, Mr. Steckler has expanded his resources and time to secure FDA documents and has consulted with nationally recognized medical experts at major institutions regarding the medical issues in this

1

litigation. The firm's experience in handling complex litigation as well as the issues in this case are well recognized by the Plaintiffs' bar.

## II.
## COURT'S CRITERIA

Mr. Steckler's experience in complex litigation and desire to work on these cases to conclusion, as well as the firm's considerable resources will allow Mr. Steckler to ably satisfy the PSC qualifications set by the Court.

### (a) Willingness and availability to commit to a time-consuming project

Mr. Steckler will commit his time the firm's resources to this project, as his history on similar projects has shown. He has been a leader as a member of Plaintiffs' Steering Committee for the *In Re: Chinese-Manufactured Drywall Products Liability Litigation,* MDL No. 2047, which resulted in a historic settlement estimated to be over $1.1 billion, and as a member of the Plaintiffs' Steering Committee for *In Re: Checking Account Overdraft Litigation,* MDL No. 2036, where he was co-lead counsel in the case against JP Morgan Chase, which resulted in a $110 million settlement. Mr. Steckler serves as a member of the Plaintiffs' Steering Committee for MDL 2428: *In Re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation*, where he is working on the bellwether cases for trial. He serves on the Plaintiffs' Steering Committee for the *In re: Ford Fusion and C-Max Fuel Economy Litigation.* Mr. Steckler was also co-lead counsel in *In Re: EasySaver Rewards Marketing and Sales Practices Litigation*, MDL No. 2161, and obtained a proposed $38 million settlement. He served as liaison counsel and lead counsel in *In Re: Texas State Silica Products Liability Litigation,* Master Docket 2004-70000.

Mr. Steckler and his firm have represented clients from coast to coast in a variety of complex cases. The firm has attorneys licensed in Texas, Louisiana, Missouri, California,

Oklahoma, Kansas, Pennsylvania, New York, and the District of Columbia.

    **(b)    Ability to work cooperatively with others**

Bruce Steckler has worked with a number of firms successfully on large and complex matters, including Plaintiffs' co-liaison counsels in this case, Leonard Davis and Gerald Meunier. This success is based upon his ability to work with and support the efforts of his colleagues. He has coordinated the Kaiser Aluminum Noise-Induced Hearing Loss Bankruptcy Trust, which allocated $24 million of the company's assets to hearing loss and coal tar pitch victims. He has served as Chair of a number of litigation committees in MDLs as a result of his ability to work collaboratively. For that reason, he was appointed to serve as Notice and Plaintiffs' Liaison Counsel in a Texas State MDL.

    **(c)    Professional expertise in this type of litigation**

Bruce Steckler has been recognized locally and nationally for his work on pharmaceutical, products liability, medical malpractice, as well as a number of high profile mass tort cases. He has repeatedly been named by *D Magazine* as a "Best Lawyer" from 2002 through 2015, and was recognized by *Texas Monthly and Law & Politics Media* as a "Texas Super Lawyer" from 2004 through 2014. Mr. Steckler enjoys an "AV" rating by *Martindale Hubbell Law Directory*, its highest rating. Mr. Steckler was selected as one of "Texas' Top Rated Lawyers" of 2014 and 2015 by *ALM's Legal Leaders*. In 2012, Mr. Steckler was named a finalist for *Public Justice* "Trial Lawyer of the Year", an honor that is awarded to the attorneys who "made the greatest contribution to the public interest within the past year by trying or settling a precedent-setting or socially significant case." He has also been named one of the "Top 100 Trial Lawyers" by the *National Trial Lawyers* and recognized in 2011 in the *National Law Journal's* "Plaintiffs' Hot List".

He is known as an aggressive advocate willing to take innovative approaches to achieve success for his clients. Mr. Steckler has tried several cases to verdict, including one of the very

first diet drug cases in Dallas County, Texas. He is currently one of the members of the trial team for *In Re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation* MDL. Most recently, Mr. Steckler concluded a trial for workers in Franklinton Parish, Louisiana for occupational hearing loss.

### (d) Willingness to commit the necessary resources to pursue this matter

Bruce Steckler and his firm are fortunate to have the financial resources and individuals experienced in handling mass tort litigation. As such, these resources not only include an experienced staff, but document management systems to handle complex matters. In addition, the firm has a full time appellate attorney with experience in briefing. Moreover, Mr. Steckler has hopefully demonstrated to this Court his willingness to be actively involved in MDL litigation.

## III.
## CONCLUSION

Mr. Steckler is prepared to devote the necessary time and energy to work with his peers in this litigation. In addition, most of his current cases are mature and close to resolution, allowing him to make meaningful and significant contributions to this ligation. Bruce Steckler's experience and proven track record make him an ideal candidate to fill this position.

Dated:   January 28, 2015                             Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Bruce W. Steckler
　　　　　　　　　　　　　　　　　　　　　　　　　　Bruce W. Steckler (#33657)
　　　　　　　　　　　　　　　　　　　　　　　　　　STECKLER LLP
　　　　　　　　　　　　　　　　　　　　　　　　　　12720 Hillcrest Road – Suite 1045
　　　　　　　　　　　　　　　　　　　　　　　　　　Dallas, TX   75230
　　　　　　　　　　　　　　　　　　　　　　　　　　T:  972-387-4040
　　　　　　　　　　　　　　　　　　　　　　　　　　F:  972-387-4041
　　　　　　　　　　　　　　　　　　　　　　　　　　bruce@stecklerlaw.com

**Certificate of Service**

      I hereby certify that I have served a copy of the foregoing Application of Bruce W. Steckler, Esq. of Steckler LLP for Appointment to the Plaintiffs' Steering Committee upon all known counsel for all parties, as well as all persons listed on the Panel Service List via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 28th day of January, 2015.

                                                          /s/ *Bruce W. Steckler*
                                                          Bruce W. Steckler