UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL No. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| This Document Relates to All Cases | | MAGISTRATE JUDGE NORTH |

******************************************

### APPLICATION FOR APPOINTMENT OF D. BLAYNE HONEYCUTT TO THE PLAINTIFFS' STEERING COMMITTEE

D. Blayne Honeycutt respectfully requests appointment as a member of the Plaintiffs' Steering Committee ("PSC"), addressing the criteria for membership as set forth by PTO #1. He currently serves as counsel of record in the following two cases: *James, et al. v. Janssen*, et al., 2:15-cv-00180 and *Sidney Dedeaux v. Janssen, et al.*, 2:15-cv-00233, both filed in the Eastern District Court of Louisiana and which will be transferred to MDL No. 2592. He also serves as co-counsel for at least one hundred (100) additional clients for which lawsuits will soon be filed.

Mr. Honeycutt graduated from Louisiana State University Law Center in 1987. He currently serves as Assistant District Attorney for the 21st Judicial District Court, Louisiana and is admitted in all Louisiana Courts, the Federal District Courts for the Eastern, Western, and Middle Districts of Louisiana, the United States Fifth Circuit Court of Appeals, and *Pro Hac Vice* in the Western District Court of Kentucky at Louisville and the 20th Judicial Circuit Court in Perry County Illinois.

#### A.   WILLINGNESS AND AVAILABILITY

Mr. Honeycutt is personally available to serve on the PSC for this case. He is motivated, willing, and committed to devoting the time, energy, and resources required to facilitate

expeditious, economical, and just administration of this litigation. He will perform all tasks in a timely and efficient manner while providing his complete attention to this case. He is prepared to commit as much of his *personal* time and effort as necessary to carry out these duties and responsibilities and hereby verifies this to the Court.

### B.   ABILITY TO WORK COOPERATIVELY WITH OTHERS

Blayne Honeycutt possesses extensive experience and background in toxic tort, product liability, and mass disaster litigation spanning the past twenty years with cases involving train derailments, plant explosions, tank car explosions, toxic waste dump sites, toxic emissions, and product liability, including breast implants, spinal screws, tobacco products and pharmaceutical drugs. He also works with individual plaintiffs and has served as trial attorney for hundreds of cases. His firm, Fayard & Honeycutt, APC, of which he is a founding partner, has been involved in class action and mass tort litigation for over thirty years and he has gained a wealth of knowledge from his partner, Calvin C. Fayard, Jr., particularly in the area of class action settlement.

### C.   PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

Mr. Honeycutt has the requisite experience that this Court and this litigation demands and he has a proven track record meeting these criteria. Below is an abbreviated listing of complex cases in which Mr. Honeycutt has served in an integral role in the litigation: Mr. Honeycutt currently serves as PSC member Calvin Fayard's Second Chair in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* and as Lead Trial Counsel in the consolidated sinkhole litigation captioned as *Leblanc, et al. v. Texas Brine Co.*, 2-12-cv-02059 which was before Judge Jay Zainey and which recently settled.

Following is a non-exclusive list of additional class action and mass tort litigation for

which he served on the PSC or was intimately involved in the litigation:

a) *Seal et al v. Williams Entergy Partners, L.P. et al,* (2013), Case No. 3:13-cv-00475-SDD-SCR, United States District Court, Middle District of Louisiana; Member of the Plaintiffs' Steering Committee for litigation stemming from the Williams Olefins Plant explosion.
b) *Brown et al v. Paducah & Louisville Railway, Inc. et al,* (2012), Case No. 3:12-cv-00818-CRS, United States District Court, Western District of Kentucky; Member, Plaintiffs' Steering Committee in a class action for damages arising from a trail derailment.
c) *Noretta Thomas, et al. v. A. Wilberts & Sons, et al.*, Suit No. 55,127. 18th Judicial District Court, Parish of Iberville, State of Louisiana.   Class action litigation.
d) *Kirk Petska, et al. v. Illinois Central Railroad Company, d/b/a Canadian National/Illinois Central Railroad, and Erico Products*. (2003) Civil Action No. 04-L-27; Twentieth Judicial Circuit, Perry County,  Illinois.  Member, Plaintiffs' Steering Committee.
e) *Susan Blades, et al v. Illinois Central Railroad Company*, (2002), Civil Action No. 02-3121. United States District Court, Eastern District of Louisiana, consolidated cases filed after the derailment of a train carrying hazardous chemicals in Amite, Louisiana.
f) *In Re: 1993 Exxon Coker Fire Litigation*, (1993), United States District Court, Middle District of Louisiana, arising out of the explosion and fire at the Exxon Refinery in Baton Rouge on August 2, 1993; Co-Lead Trial Counsel.
g) *In Re: Exxon Chemical Plant Fire*, (1994), United States District Court, Middle District of Louisiana, arising out of the explosion and fire at the Exxon Chemical Plant in Baton Rouge on August 8, 1994;
h) *In Re: Eunice Train Derailment*, (2000), United States District Court, Western District of Louisiana, CA No. 00-1267; arising from the train derailment and release of hazardous substances in Eunice, Louisiana; Settled for $65 million.
i) *Warren Ward and Denise Ward v. CF Industries, Inc., and Turner Industries, Inc.*, (2000), Twenty-Third Judicial District Court, Parish of St. James, State of Louisiana; arising from the explosion and release of materials at the CF Industries facility on May 24, 2000.
j) *John Vallian, et al, v. Union Pacific Railroad Company*, (2013) Civil Action No. 6:13-cv-02435, U. S. District Court, Western Dist. Louisiana; Train derailment class action.
k) *In Re: Matter of Bayer Corporation*, (2012), Commonwealth of Kentucky, Franklin Circuit Court, Division I. Case No. 07-C8-00148; represents the Commonwealth of Kentucky in litigation against Bayer Corporation, as manufacturer of the drugs Yaz, Yazmin, and Mirena.
l) *In Re: Silicone Gel Breast Implant Multi-District Litigation*, (1992), CV-92-P-10000-S, was pending in the U. S. District Court, Northern District of Alabama; Certified class.

### D. WILLINGNESS TO COMMIT THE NECESSARY RESOURCES TO PURSUE THE MATTER.

Mr. Honeycutt, personally, and his firm, have the available personnel, facilities, and financial resources to support his service as a member of the PSC in this litigation. Further, he willingly pledges to the Court that he will honor all commitments necessary to effectuate a positive outcome in the litigation.

### CONCLUSION

Mr. Honeycutt is significantly involved in this litigation and is counsel of record in the *James* and *Dedeaux* cases. He represents many more persons who ultimately will be involved in the litigation. He has the requisite availability, experience, resources, ability, and temperament to serve as a PSC member in this complex litigation.

WHEREFORE, D. Blayne Honeycutt respectfully requests an appointment to the Plaintiffs' Steering Committee.

Respectfully submitted:
  /s/ D. Blayne Honeycutt.
D. Blayne Honeycutt (La. Bar Roll No. 18264)
Calvin C. Fayard, Jr. (La. Bar Roll No. 5486)
Wanda J. Edwards (La. Bar Roll No. 27448)
**FAYARD & HONEYCUTT, APC**
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-0304
Email: dbhoneycutt@fayardlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2015, I filed the foregoing Application for Appointment of D. Blayne Honeycutt to the Plaintiffs' Steering Committee electronically via the Court's ECF filing system. I further certify that on January 28, 2015, I served a true and correct

copy of the foregoing Application for Appointment of D. Blayne Honeycutt to the Plaintiffs' Steering Committee on all counsel of record listed on Schedule B attached to Pretrial Order No. 1 via the CM/ECF System, electronic mail or U.S. Mail.

                    /s/     *D. Blayne Honeycutt*
                       D. Blayne Honeycutt