UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**APPLICATION FOR APPOINTMENT OF ROBERT A. MOSIER
AS PLAINTIFFS' STEERING COMMITTEE MEMBER**

The appointment of Robert A. Mosier to the Plaintiffs' Steering Committee will enhance efficiency, fairness and cost savings in this matter. Robert A. Mosier and the Law Firm of Sanders Phillips Grossman, LLC have extensive experience in pharmaceutical and medical device litigation having served as lead, liaison, executive and steering committee members in numerous litigations including *In re Avandia Marketing, Sales Practices and Products Liability Litigation* (MDL 1871), *In re Chantix Product Liability Litigation* (MDL 2092), *In re Zicam* (MDL 2096), *In re Zimmer Nexgen Knee Implant Products Liability* (MDL 2272), *In re DePuy Orthopaedics Pinnacle Hip Products Liability Litigation* (MDL 2244), *In re Fosamax Products Liability Litigation* (MDL 1789), *In re Levaquin Products Liability Litigation* (NJ State Court Coordination), *In re Reglan Litigation* (NJ State Court Coordination), *In re Risperdal and Invega Product Liability Cases* (CA JCCP 4775), *In re Ethicon, Inc. Pelvic Repair Systems* (MDL 2327), *In re Boston Scientific Corp. Pelvic Repair Systems* (MDL 2326), *In re C.R. Bard* (MDL 2187), *In re American Medical Systems* (MDL 2325), *In Re Cook Medical, Inc., Pelvic Repair System Products* (MDL 2440) *In Re Coloplast Corp. Pelvic Support Systems* (MDL 2387), *In re*

*Fresenius Granuflo and Naturalyte Dialysate Products* (MDL 2428), *In re Mirena IUD Products Liability Litigation* (MDL 2434), *In re Propecia Products Liability Litigation* (MDL 2331), *In re Welding Rod* (MDL 1535) and *In re Incretin Mimetics Product Liability Litigation* (MDL 2452).

Mr. Mosier and Sanders Phillips Grossman, LLC have a unique contribution to this litigation: the firm's offices are in the same localities as the Defendants' principal places of business and manufacturing plants.

For example, Defendant Janssen Ortho, LLC, the manufacturer of Xarelto, maintains its principal place of business and manufacturing facilities in Puerto Rico. Sanders Phillips Grossman, LLC also maintains a physical office in Puerto Rico with a staff of more than 15 employees right there to assist in the investigation, discovery and litigation against this Puerto Rico Defendant. Cost savings will stem from the efficiency of a law firm being in Defendant's backyard and a firm familiar with the Puerto Rico landscape. For example, with an office, attorneys and support staff in Puerto Rico, the depositions, investigation and discovery regarding Janssen's manufacturing facilities in Puerto Rico can be efficiently performed and assisted by Sanders Phillips Grossman, LLC. The firm can shoulder support in way of staffing, office space, deposition locations and expertise for discovery performed in Puerto Rico.

With two offices in New York, Sanders Phillips Grossman, LLC is also closely situated to the other Janssen and Bayer Defendants that maintain their principal places of business in New York and New Jersey. The firm also has offices in Orange County, California and Seattle, Washington which benefits Plaintiffs residing in the Western United States.

California is the eighth largest economy in the world and typically one of Janssen's largest sales venues for its products. There will be a number of Plaintiffs in California and the

Western United States. It will be beneficial to have offices, attorneys and staff on the West Coast to assist in the discovery involving California and other West Coast Plaintiffs.

In addition to cost savings and the efficiencies of maintaining offices in Defendants' backyards, Mr. Mosier and Sanders Phillips Grossman, LLC have extensive experience in pharmaceutical litigation. Mr. Mosier currently serves as Co-Lead counsel in the *Risperdal and Invega Product Liability Cases* (CA JCCP 4775), Liaison Counsel in the *Infusion Pain Pump Litigation* (CA JCCP 4615), Plaintiffs' Steering Committee member in *the In Re: Incretin Mimetics Product Liability Litigation* MDL2452, Plaintiffs' Steering Committee member in the *In Re: Zoloft Birth Defect Cases* JCCP4771 and the science committee in *the In Re: Fresenius Granuflo and Naturalyte Dialysate products* MDL2428. Mr. Mosier is licensed to practice law in California, New York and Arizona. Mr. Mosier's curriculum vitae is set forth on the firm's website at www.thesandersfirm.com.

By way of background, Mr. Mosier began his legal career working for one of the largest medical malpractice and health care defense firms in California. There, Mr. Mosier received extensive medical and science training which has greatly served his clients who have been harmed by pharmaceuticals and medical devices.

Sanders Phillips Grossman, LLC, was founded 46 years ago and currently employs more than 45 lawyers[1] and 150 support staff and personnel. The firm has the resources and capacity to stay the course no matter how long or tough this litigation, as it has done before.

In the *Xarelto* litigation, the firm is counsel in a Complaint filed in the United States District Court, Eastern District of New York, entitled *Loverde v. Janssen Research and*

---

[1] The firm's attorneys include Marc Grossman, Glenn Phillips, Randi Kassan and Victoria Maniatis, all with extensive pharmaceutical and medical device litigation experience who are ready, willing and able to assist in the litigation of this matter. In addition to science, the Sanders Phillips Grossman team also has extensive experience in ESI, medical experts and the administrative duties that come with large coordinated litigations.

*Development, LLC, et al*, Case No. 2:14-cv-07465, and a Complaint filed in the United States District Court, Central District of California, entitled *Woods v. Janssen Research and Development, LLC, et al,* Case No. 2:15-cv-00590.  The firm represents numerous clients who are prepared to file suit in the *Xarelto* litigation and is engaged in expert retention, research and extensive data analysis.

    Mr. Mosier believes in teamwork, the sharing of ideas, expertise, resources and information for effective representation of the Plaintiffs.  Mr. Mosier and his firm roll up their sleeves and work.  They will efficiently and effectively perform any assignment directed by this Court and leadership.  It is often the most mundane tasks that matter most for effective representation.  Mr. Mosier and Sanders Phillips Grossman, LLC are committed to performing with distinction any and all tasks, big or small, assigned to them in this litigation for the benefit of the Plaintiffs and their families.

    WHEREFORE it is respectfully requested that Robert A. Mosier be appointed to the Plaintiff Steering Committee in this litigation.

Respectfully submitted,

/s/ Robert A. Mosier
Robert A. Mosier (CA Bar #164241)
Sanders Phillips Grossman, LLC
2860 Michelle Drive, Suite 220
Irvine, CA 92606
Phone: (877) 480-9142
Fax: (213) 477-2120
rmosier@thesandersfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Application of Robert A. Mosier for Appointment as Plaintiffs' Steering Committee Member was served via operation of the Court's electronic filing system or U.S. Mail on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically on the below date and is available for viewing and downloading from the ECF System of United States District Court for the Eastern District of Louisiana this the 28th day of January, 2015.

/s/ Robert A. Mosier
Robert A. Mosier
