UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | | |

### APPLICATION OF MATTHEW B. MORELAND FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

**NOW INTO COURT**, comes Matthew B. Moreland, counsel for Mildred Childs, in the above captioned matter, pursuant to Section 16 of this Court's Pretrial Order #1, who requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee for this consolidated, multi-district litigation. I hereby represent that I, and the Becnel Law Firm LLC, have and will commit the time necessary to any time-consuming projects assigned, have and will commit the ample resources necessary to prosecute this litigation, will work cooperatively with the other attorneys involved in this litigation, and have experience in complex litigation including antitrust litigation, mass torts, and class actions.

### Individual Qualifications

In 1996, I obtained a juris doctor degree from Louisiana State University Law Center, and am admitted to all Louisiana state courts and federal courts for the Eastern, Western and Middle Districts of Louisiana and U.S. Fifth Circuit Court of Appeals. Additionally, I have been admitted to numerous courts nationwide for the purpose of MDL litigation. I have extensive qualifications to assist in this MDL as I have a thorough knowledge of the workings of federal court as a former clerk and staff attorney in the Eastern District of

Louisiana and federal practitioner for over a 17 years since my clerkship. I have extensive knowledge not only of the rules of this court but also the electronic procedures including electronic discovery and electronic filing. My relationship with the bench and bar has been enhanced as the local Chapter President and the National President of the Federal Bar Association. Through these work experiences and association positions, I acquired an education in bringing attorneys together to meet on issues and resolve matters. It is this experience and resolve that I believe would be an asset to the Plaintiff's Steering Committee in not only providing excellent communication to the Court of our progress with the litigation but also working together with committee members to accomplish the goals of the litigation for the entire group of Plaintiffs.

## Firm Qualifications

The Becnel Law Firm has represented defendants and plaintiffs in state and federal pharmaceutical and device products liability litigation, toxic tort class actions, civil rights litigation, antitrust litigation, administrative and regulatory matters, and intellectual property litigation. We specialize in mass tort litigation and have an excellent relationship with both the defense bar and the scientific and expert community. Our firm has the financial capability as well as the personnel and expert resources to handle this litigation to completion.

The Becnel Law Firm has over 45 years of experience and success in litigating all types of litigation in both state and federal courts. We have litigated product liability cases and various other federal statute mass tort cases, including motion practice, class certification, and trials. Our attorneys and experts are trained and experienced in

marketing and business methods and procedures, FDA pharmaceutical approval process and related matters which are particularly relevant to the issues in this litigation.

## Personal Qualifications

My experience in MDL litigation began as early as *In re Propulsid Products Liability Litigation* (MDL No. 1355), continuing to *In re Serzone Products Liability Litigation* (MDL No. 1477), *In re Sulzer Orthopedics Inc. Hip Prothesis and Knee Prothesis Products Liability Litigation* (MDL No. 1401), *In re Vioxx Products Liability Litigation* (MDL No. 1657), *In re Ortho Evra Products Liability Litigation* (MDL No. 1724), *In re Yasmin and Yaz (Drospirenone) Marketing, Sales, Practices & Products Liability Litigation* (MDL No. 2100), *In re FEMA Trailer Formaldehyde Litigation* (MDL No. 1873) and In re *Pool Products Distribution Market Antitrust Litigation* (MDL No. 2328) in all areas of litigation from discovery to final trial preparation and appeals.

*In the FEMA Trailer Formaldehyde Litigation*, I served on the Plaintiff's Steering Committee from its inception in 2007 to its completion in 2013 wherein I was appointed by Judge Kurt Engelhardt.  I was later appointed by Chief Judge Sarah S. Vance to the Plaintiff's Steering Committee in MDL 2328, *In re Pool Products Distribution Market Antitrust Litigation.*  While this litigation is ongoing, my primary tasks are complete, including intial discovery conducted in the antitrust case.  Most recently I was appointed by Judge Jay Zainey of the Eastern District of Louisiana in the matter of *Lisa Leblanc v. Texas Brine Co., LLC, et,* C.A. 12-2059.  This matter is in the final stages of the settlement process and all work has been completed other than final administration of settlement funds by the Special Master.  Therefore, I have ample time to dedicate to this case.

<u>Specific Qualifications as Relating to This Litigation</u>

On December 24, 2014, our firm filed <u>Mildred Childs vs. Janssen Research and Development, LLC, et al</u> Civil Action No. 14-2960 in the Eastern District of Louisiana. This matter was then entered into the consolidated MDL to coordinate with these proceedings. Additionally, our firm has coordinated with other counsel in these consolidated proceedings and is participating in meetings with all consolidated case plaintiffs' counsel in these MDL cases.

Accordingly, the Becnel Law Firm is committed to providing the resources necessary to this litigation and is committed to devoting time and resources to working with other plaintiffs' counsel on the Plaintiffs' Steering Committee and respectfully prays that this Court appoint Matthew B. Moreland to the Plaintiffs' Steering Committee.

                                              Respectfully submitted,

                                              __/s/ Matthew B. Moreland_____
                                              MATTHEW B. MORELAND (#24567)
                                              BECNEL LAW FIRM, LLC
                                              P. O. Drawer H
                                              106 West Seventh Street
                                              Reserve, LA 70084
                                              Telephone (985) 536-1186
                                              Facsimile  (985) 536-6445
                                              **Counsel for Plaintiffs**