## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL 2592 |
| ) | |
| ) | SECTION L |
| THIS DOCUMENT RELATES TO ) | |
| ALL CASES ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |

### REQUEST TO BE ADDED TO PANEL ATTORNEY SERVICE LIST

COMES NOW Altom M. Maglio and Christina E. Unkel of Maglio Christopher & Toale, PA, whom, pursuant to Pre-Trial Order No. 1, respectfully requests that their names be added to the Panel Attorney Service List attached as Schedule B to Pre-Trial Order No. 1.

Respectfully submitted this 29th day of January, 2015.

                        */s/ Christina E. Unkel*
                        **Altom M. Maglio, Esquire**
                        Florida Bar No. 88005
                        **Christina E. Unkel, Esquire**
                        Florida Bar No. 99203
                        **MAGLIO CHRISTOPHER & TOALE, PA**
                        1605 Main Street, Suite 710
                        Sarasota, FL 34236
                        Phone 888-952-5242
                        Fax 877-952-5042
                        Primary Email (1): amm@mctlawyers.com
                        Primary Email (2): cunkel@mctlawyers.com
                        Secondary Email: kelly@mctlawyers.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 29th day of January, 2015, I electronically filed the foregoing Request To Be Added To Panel Attorney Service List with the Clerk of the Court using the CM/ECF system and served via email on Plaintiffs' Liasion Counsel and Defendants Liasion Counsel.

               */s/ Christina E. Unkel*

               **Altom M. Maglio, Esquire**
               Florida Bar No. 88005
               **Christina E. Unkel, Esquire**
               Florida Bar No. 99203