UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON |
| This Document Relates to All Cases | * | MAGISTRATE JUDGE NORTH |

*******************************************

### REQUEST TO BE ADDED TO PANEL ATTORNEY SERVICE LIST

NOW INTO COURT comes D. Blayne Honeycutt of Fayard & Honeycutt, who, pursuant to Pre-Trial Order No. 1, respectfully requests that his name be added to the Panel Attorney Service List attached as Scheduled B to the Pre-Trial Order.

Respectfully submitted:

/s/ D. Blayne Honeycutt
D. Blayne Honeycutt (La. Bar Roll No. 18264)
**FAYARD & HONEYCUTT, APC**
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-0304
Email: dbhoneycutt@fayardlaw.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Request to Be Added to Panel Attorney Service List was served via email or U.S. Mail on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically on the below date and is available for viewing and downloading from the ECF System of the United States District Court for the Eastern District of Louisiana this 29th day of January, 2015.

/s/   *D. Blayne Honeycutt*
D. Blayne Honeycutt

1