UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2529<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

******************************************* *

THIS DOCUMENT RELATES TO: ALL CASES

## NOTICE OF APPEARANCE

COMES NOW, Roger C. Denton of Schlichter, Bogard & Denton, LLP, and enters his appearance as counsel for the following cases:

- *Edwin Nicholson v. Janssen Research & Development, LLC, et al.*, Case No. 2:14-cv-02847-EEF-MBN (E.D. La.);

- *Christopher Braswell v. Janssen Research & Development, LLC, et al.,* Case No. 2:14-cv-02258-EEF-MBN (E.D. La.); and

- *Dale Armstrong, Karen Cimino, Clifford Armstrong and Douglas Armstrong, Heirs, Individually and on behalf of Margaret Armstrong v. Janssen Research & Development, LLC, et al.*, Case No. 2:14-cv-02866-EEF-MBN (E.D. La.).

Counsel respectfully requests that all pleadings, notices and documents filed in these matters be served on the undersigned.

Respectfully submitted,

**SCHLICHTER, BOGARD & DENTON, LLP**

By: /s/ *Roger C. Denton*

    Roger C. Denton, Esq. (IL Bar No. 06182610)
    Kristine K. Kraft, Esq. (IL Bar No. 6108286)
    Ashley Brittain Landers, Esq. (IL Bar No. 6304630)
    100 South 4th Street
    St. Louis, MO 63102
    Telephone: (314) 621-6115
    Facsimile: (314) 621-7151
    Email: rdenton@uselaws.com
           kkraft@uselaws.com
           abrittain@uselaws.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I, Roger C. Denton, do hereby certify that on January 29, 2015, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

By: /s/ *Roger C. Denton*

    Roger C. Denton, Esq.