UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       *       MDL 2529
PRODUCTS LIABILITY LITIGATION      *
                                   *       SECTION L
                                   *
                                   *       JUDGE ELDON E. FALLON
                                   *       MAG. JUDGE NORTH
***************************************** *
THIS DOCUMENT RELATES TO: ALL CASES

NOTICE OF APPEARANCE

COMES NOW, Ashley Brittain Landers of Schlichter, Bogard & Denton, LLP, and

enters her appearance as counsel for the following cases:

- *Edwin Nicholson v. Janssen Research & Development, LLC, et al.*, Case No. 2:14-cv-02847-EEF-MBN (E.D. La.);

- *Christopher Braswell v. Janssen Research & Development, LLC, et al.,* Case No. 2:14-cv-02258-EEF-MBN (E.D. La.); and

- *Dale Armstrong, Karen Cimino, Clifford Armstrong and Douglas Armstrong, Heirs, Individually and on behalf of Margaret Armstrong v. Janssen Research & Development, LLC, et al.*, Case No. 2:14-cv-02866-EEF-MBN (E.D. La.).

Counsel respectfully requests that all pleadings, notices and documents filed in these

matters be served on the undersigned.

**Respectfully submitted,**

**SCHLICHTER, BOGARD & DENTON, LLP**

By: /s/ *Ashley Brittain Landers*_____

   Roger C. Denton, Esq. (IL Bar No. 06182610)
   Kristine K. Kraft, Esq. (IL Bar No. 6208286)
   Ashley Brittain Landers, Esq. (IL Bar No. 6304630)
   100 South 4th Street
   St. Louis, MO 63102
   Telephone: (314) 621-6115
   Facsimile: (314) 621-7151
   Email: rdenton@uselaws.com
     kkraft@uselaws.com
     abrittain@uselaws.com

   *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

  I, Ashley Brittain Landers, do hereby certify that on January 29, 2015, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

   By: /s/ *Ashley Brittain Landers*_____

   Ashley Brittain Landers, Esq.