AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Western District of Louisiana

| Marilyn Haney et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:14-cv-2927 |
| Bayer AG et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marilyn Haney, as the Executrix for and on Behalf of the Heirs of the Estate of Bobby N. Haney (Deceased

Date: 01/29/2015

*Attorney's signature*

D. Todd Mathews #6276652
*Printed name and bar number*

Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025

*Address*

todd@gorijulianlaw.com
*E-mail address*

(618) 659-9833
*Telephone number*

(618) 659-9834
*FAX number*