UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF FILING APPLICATION OF ROBERT G. METHVIN, JR. OF MCCALLUM, METHVIN & TERRELL, P.C. FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

PLEASE TAKE NOTICE that Plaintiffs' Liaison Counsel (PLC) submits and files the attached Application for Appointment to Plaintiffs' Steering Committee as a courtesy to Robert G. Methvin, Jr.  Mr. Methvin contacted PLC, through attorney Andrew Lemmon, and advised that he is unable to file the Application from his office due to the inability to access the ECF of the United States District Court for the Eastern District of Louisiana.  As a courtesy, PLC agreed to submit the Application on the behalf of Mr. Methvin.  The application has been prepared wholly by Robert G. Methvin, Jr. and PLC had no input whatsoever in the application, but merely is filing it as a courtesy.

Respectfully submitted,

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
ldavis@hhklawfirm.com
*HERMAN, HERMAN & KATZ, LLC*
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX: (504) 561-6024

>Gerald E. Meunier (Bar No. 9471)
>gmeunier@gainsben.com
>**GAINSBURGH BENJAMIN DAVID MEUNIER**
>**& WARSHAUER, LLC**
>2800 Energy Centre
>1100 Poydras Street
>New Orleans, LA  70163-2800
>PH:  (504) 522-2304
>FAX:  (504) 528-9973
>
>*Co-Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Filing with attached Application for Appointment to Plaintiffs' Steering Committee was served via email or U.S. Mail on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically on the below date and is available for viewing and downloading from the ECF System of United States District Court for the Eastern District of Louisiana this the 29th day of January, 2015.

>/s/ Leonard A. Davis
>**Leonard A. Davis**