UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> (This Document Relates to All Cases) | MDL No.: 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

### APPLICATION OF ROBERT G. METHVIN, JR. OF McCALLUM, METHVIN & TERRELL, P.C. FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to the Court's Order dated December 17, 2014, Robert G. Methvin, Jr. ("Methvin"), a founding shareholder of McCallum, Methvin & Terrell, P.C. ("MMT") located in Birmingham, Alabama, respectfully submits this proposal for appointment to serve as designated Counsel on the Plaintiffs' Steering Committee in this action. In support of his Application, Methvin states that his ability to work cooperatively with any Lead Counsel selected by this Court, as well as his vast experience serving as Class Counsel or in leadership positions in numerous nationwide class actions and MDLs, warrants appointment to the Plaintiffs' Steering Committee.

I. **METHVIN SATISFIES ALL OF THE IMPORTANT CONSIDERATIONS NECESSARY IN SELECTING MEMBERS OF THE PLAINTIFFS' STEERING COMMITTEE**

The *Manual for Complex Litigation – Fourth* sets out a number of factors to be considered for leadership, which include but are not limited to, (1) the qualifications and competence of an attorney seeking appointment; (2) the resources and commitment necessary to accomplish the assigned tasks; and (3) an attorney's ability to command the respect of their colleagues and to work cooperatively with other counsel and the court. *Manual for Complex Litigation – Fourth*, § 10.224.

1

### A. Willingness and ability to commit to a time consuming process.

Methvin and MMT are fully committed to this litigation. Methvin serves as counsel of record in an action (*Joseph M. Povilaitis v. Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC et. al*) that was filed or will be filed today in the Eastern District of Pennsylvania and is currently investigating additional actions to be filed on behalf of clients in other states. Methvin and his firm have an extensive track record litigating complex, class actions throughout the United States. Methvin also has notable experience serving in leadership roles in past and current MDLs. Specifically, Methvin recently served as Lead Counsel for the Policyholder Plaintiffs in the *In re: Reciprocal of America (ROA) Sales Practices Litigation*, MDL Docket No. 1551, pending in the United States District Court for the Western District of Tennessee. Currently, Methvin is serving as Co-Chair of the Settlement Committee in the *In re: Blue Cross Blue Shield Antitrust Litigation*, MDL Docket No. 2406, pending in the United States District Court for the Northern District of Alabama.

Through his involvement in numerous class actions and MDLs, Methvin has repeatedly demonstrated his willingness and ability to commit to a time consuming process. In the *ROA Sales Practices Litigation*, Methvin and MMT were faced with the task of litigating against one of the world's largest reinsurers, one of the world's largest actuarial firms and the world's largest accounting firm. There was no steering committee appointed by the Court in that matter, so Methvin and MMT performed all of the work that led to a substantial, automatic cash settlement for the class of Hospital Policyholders. Moreover, Methvin's willingness to continue pursuing the litigation, if necessary, led to important settlement provisions that preserved the Hospital

Policyholder Class Members' ability to recoup additional losses through a separate receivership proceeding. Likewise, Methvin and MMT are prepared to accept the responsibility and to devote all time and resources necessarily attendant to serving on the Plaintiffs' Steering Committee in this MDL.

### B.    Ability to work cooperatively with others.

As a twice-elected member of the Alabama State Bar's Board of Bar Commissioners and as a former elected member of the Birmingham Bar Association's Executive Committee, Methvin has routinely demonstrated his ability to work cooperatively with others. As part of Methvin's job duties with regard to these positions, he was required to work cooperatively with all segments of the local and state bar associations, including Plaintiff attorneys, Defense attorneys, prosecutors, criminal defense attorneys, elder law attorneys, etc. Furthermore, Methvin has served both as Lead Counsel and in lesser roles in numerous class actions. When serving as Lead Counsel, Methvin has been able to work cooperatively and to lead groups of lawyers. When serving in a supporting role in multi-district litigation, Methvin has consistently and competently performed all tasks assigned to him. Moreover, Methvin is well acquainted with many of the attorneys or firms seeking appointment or who will seek appointment to leadership positions and who have filed tag-along cases in this litigation.

### C.    Professional experience in this type of litigation.

Methvin and MMT have extensive experience in class actions and multi-district litigation. Specifically, Methvin has been appointed Class Counsel in over twenty (20) nationwide or statewide class actions in Federal and state courts throughout the country. As referenced in Section I.A, *supra*, Methvin was also appointed Lead Counsel for the Policyholder Plaintiffs in the *ROA Sales Practices Litigation,* MDL Docket No. 1551. This MDL centered on

a RICO conspiracy involving complex reinsurance, actuarial and auditing transactions. Further background information about Methvin can be found in his biographical sketch attached hereto as Exhibit "A".

### D. Access to sufficient resources to advance the litigation in a timely manner.

With only eight (8) attorneys, MMT has routinely been able to finance and litigate large class actions across the United States. Most recently, Methvin and MMT settled a nationwide class action involving close to one million class members after four (4) years of litigation and after incurring substantial litigation expenses. Methvin and MMT are fully committed to devoting the time, labor and financial resources necessary to advance this litigation. Moreover, Methvin and MMT's attorneys are very familiar with class actions, multi-district litigation and the guidelines established in the *Manual for Complex Litigation – Fourth*. If selected, Methvin will be able to begin working immediately on this matter, and there will not be a learning curve associated with his involvement.

Respectfully submitted,

/s/ Robert G. Methvin, Jr.
Robert G. Methvin, Jr. (ASB-6206-V68R)
McCALLUM, METHVIN & TERRELL, P.C.
2201 Arlington Avenue South
Birmingham, AL 35205
Ph: (205) 939-0199
Fax: (205) 939-0399
Email: rgm@mmlaw.net

# EXHIBIT A

Home | Our Attorneys | Practice Areas | News | Contact Us

- Phillip W McCallum
- Robert G. Methvin Jr.
- James M. Terrell
- P. Michael Yancey
- J. Matthew Stephens
- Rodney E. Miller
- Patrick C. Marshall
- Brandon S. Hays

Bob is a founding shareholder of McCallum, Methvin & Terrell P.C. Bob graduated from the University of Alabama with a B.S. degree in Finance in 1991 where he was a member of Jasons Senior Men's Honorary. He received his Juris Doctorate from the Cumberland School of Law at Samford University in 1994 where he was a member of the Trial Advocacy Board. Bob frequently lectures on **business litigation** and is a registered mediator with the Alabama Center for Dispute Resolution. He has an AV® Peer Review Rating by Martindale-Hubbell and also serves as litigation counsel to a number of Alabama small businesses.

Robert G. Methvin Jr.
SHAREHOLDER
tel (205) 939-3006
fax (205) 939-0399
**email link**
**Download vCard**




### Main Practice Areas
Business Litigation
Complex Litigation, Including Class Actions
Mediation

### Professional Associations and Memberships
American Bar Association
Fellow, American Bar Foundation
Alabama State Bar Association - Elected Bar Commissioner, 10th Judicial Circuit of Alabama (2011-2014), (2014-2017); Board of Directors, Alabama Bar Foundation; Fellow, Alabama Bar Foundation; State Bar Disciplinary Panel (2011-present); Member, Federal Court Practice Section (2010-2011); Judicial Liaison Committee (2005-2015); Graduate, Leadership Forum (2006); President, Young Lawyers Section (2002)
Birmingham Bar Association - Board of Directors, Birmingham Bar Volunteer Lawyer Project (2013-2015); Member, Birmingham Bar Nominating Committee (2015-2017); Birmingham Bar Foundation Board of Directors (2010-2013); Chair, Crisis Relief Committee (2011); Member, Pro Bono Committee (2012); Chair, Pro Bono Week Committee (2010); Elected to Executive Committee (2007-2009); Grievance Committee (2002-2007)

### Recent Awards and Designations
Super Lawyers, Business Litigation (2014)
Top 50 Lawyers in Alabama, *Business Alabama* Magazine (May, 2013); *Alabama Super Lawyers®* Magazine (2013)
Super Lawyers®, Business Litigation (2013)
Top 50 Lawyers in Alabama, *Business Alabama* Magazine (May, 2012); *Alabama Super Lawyers®* Magazine (2012)
Super Lawyers®, Business Litigation (2012)
Recipient, Alabama State Bar President's Award for Meritorious Service (2011)
Super Lawyers®, Business Litigation (2011)
Super Lawyers®, Corporate Counsel Edition, Business Litigation (2010)
Super Lawyers®, Business Litigation (2009)

### Bar Admissions
Alabama
Mississippi
United States Court of Appeals 5th Circuit
United States Court of Appeals 11th Circuit

### Education
Cumberland School of Law, J.D., 1994
University of Alabama, B.S., 1991

---

The lawyers at McCallum, Methvin & Terrell, P.C. provide representation for consumers and small businesses in cases including business disputes, class actions, complex litigation, insurance fraud, consumer protection, wrongful death, catastrophic injury and labor and employment violations.

© 2010 McCallum Methvin & Terrell, P.C. Disclaimer

McCallum, Methvin & Terrell, P.C.
Attorneys at Law
The Highland Building
2201 Arlington Avenue South
Birmingham, Alabama (AL) 35205 map
Toll Free: 1-800-210-7476