UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTON (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE SHUSHAN |
| ********************************** | * | |

**THIS DOCUMENT RELATES TO:**
**Stallings v. Janssen, et al, Case No. 2:15-cv-184**

## NOTICE OF APPEARANCE OF KATHRYN SUMRALL HARRINGTON

COMES now Kathryn Sumrall Harrington of the law firm of HENINGER GARRISON DAVIS, LLC, and notifies this Honorable Court of her appearance as additional counsel for the Plaintiff in the above-styled matter.

Dated: January 29, 2015                           Respectfully submitted,

                                                  /s/ Kathryn S. Harrington
                                                  HENINGER GARRISON DAVIS, LLC
                                                  2224 1st Avenue North
                                                  Birmingham, AL 35203
                                                  Telephone: (205) 326-3336
                                                  Facsimile: (205) 326-3332
                                                  Kathryn@hgdlawfirm.com