UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | JUDGE ELDON E. FALLON |
|---|---|
| THIS DOCUMENT RELATES TO: ALL CASES | MDL NO. 2:14-MD-02592 |

### APPLICATION OF MICHELLE A. PARFITT FOR LEADERSHIP POSITION

Michelle A. Parfitt respectfully submits this application for appointment as a member of the Plaintiffs' Steering Committee. She is committed to providing her expertise and her firms' resources to this very important multi-district litigation. She believes that she possesses the requisite experience in law, science and medicine as well as general knowledge concerning the management of multi-district pharmaceutical and product liability litigation to assist the Court in the efficient and fair administration of this litigation.

Ms. Parfitt is a Senior Partner in the law firm of Ashcraft & Gerel, LLP. Ashcraft & Gerel, LLP was founded in 1953 and since that time the law firm has developed a reputation for excellence in the area of mass tort, particularly pharmaceutical, medical device and product liability litigation. The firm of Ashcraft & Gerel, LLP is one of the nation's largest plaintiffs' firms operating six offices in Washington, D.C., Maryland and Virginia and employing more than 40 attorneys. Ashcraft & Gerel, LLP is also part of a consortium of law firms that have partnered together to form the national consumer law firm of Herman & Gerel, LLP. That partnership specializes in complex consumer litigation committed to representing plaintiffs across the nation.

Over the past thirty years of her professional career, Ms. Parfitt has sought to distinguish herself as a champion of individual rights as well as a leader before the bar in the area of mass

torts specializing in pharmaceutical and product liability cases. She currently heads the Mass Tort practice section of Ashcraft & Gerel, LLP and has had the privilege of representing hundreds of individuals in various state and federal courts across the country who have filed suit against pharmaceutical and medical device manufacturers.

Ms. Parfitt received her undergraduate degree at Northeastern University and graduate degree from Michigan State University where she graduated Magna Cum Laude. She was later awarded her Juris Doctor from Hofstra Law School in 1980. Ms. Parfitt is the past president of the Trial Lawyers Association of Metropolitan Washington, D.C. having previously served as an officer and member of the Board of Governors for that association since 1998. She is also a past committee member for the TLA-DC's Women's Trial Education programs. She currently sits as a Board member on The Council for Court Excellence located in Washington, D.C., which is a nonpartisan, civic organization that works to improve the administration of justice in local and federal courts. This Council also works with related organizations nationwide. Additionally, Ms. Parfitt has been selected by her peers to be included in "Best Lawyers in America," "Super Lawyers," "Best Lawyers in Washington, DC," and the Washingtonian's "Top Lawyers."

Ms. Parfitt has also had the opportunity to serve in numerous leadership and committee positions for the American Association of Justice (AAJ), the Association of Trial Lawyers of America (ATLA), the District of Columbia Bar and the Women's Bar Association of the District of Columbia (WBA). She has been an active lecturer and author on mass tort litigation, scientific and medical evidence in pharmaceutical and medical device cases for the American Association for Justice (AAJ), American Trial Lawyers Association, State Bar Associations and numerous national legal education programs.

With regard to the Women's Bar Association, Ms. Parfitt has Co-Chaired its Sections on Litigation, Immigration and Naturalization and Executive Endorsements. The Endorsement Committee responsibilities included recommendations for judicial appointments. She has an AV Martindale-Hubbell rating and is licensed to practice law in the District of Columbia and the Commonwealth of Virginia. Ms. Parfitt is a member of the Supreme Court of the United States, District of Columbia Bar, Virginia State Bar and the Virginia Trial Lawyers Association.

Within her practice concentration in the area of pharmaceutical and device litigation, Ms. Parfitt has earned a reputation as one of the most knowledgeable attorneys in the areas of medical science and expert testimony preparation. Her reputation in this area is perhaps best evidenced by the fact that she has been appointed by Judges of Federal District Courts in several jurisdictions to serve either as a member of the Plaintiffs' Steering Committee, Discovery Committee, Chair or Co-Chair of the Science and Expert Committees in a number of complex mass pharmaceutical litigations.

Ms. Parfitt has been appointed to, and has served on, numerous Plaintiffs' Steering Committees in national mass tort and complex litigations and has held leadership positions in some of the largest mass torts in recent years. Some of her professional leadership positions include the following:

- *In re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation*, MDL No. 2428 – Plaintiff's Executive Committee, Science and Discovery Committee, Expert Committee;
- *In re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL No. 2385 – Plaintiff's Steering Committee, Science and Discovery Committee;
- *In re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2325; *In re Boston Scientific Corp., Pelvic Repair System Products Liability Litigation, MDL No. 2326*; and *In re Ethicon, Inc., Pelvic Repair System Products Liability Litigation, MDL No. 2327*;
- *In Re: Gadolinium Based Contrast Agent Litigation, MDL No. 1909* – Plaintiff's Steering Committee, Science, Discovery and Expert Committees;

- *In Re: Fosamax Products Liability Litigation, MDL No. 1789* – Plaintiffs Steering Committee;
- *In Re: Ortho Evra Products Liability Litigation, MDL No. 1742* – Plaintiffs Steering Committee, Science and Discovery Committee;
- *In Re: Phenylpropanolamine (PPA) Products Liability Litigation, MDL No. 1407* – Plaintiff's Steering Committee, Science and Discovery Committee;
- *In Re: Vioxx Products Liability Litigation, MDL No. 1657* – Science and Discovery Committee;
- *In Re: Zyprexa Products Liability Litigation, MDL No. 1596* – Science and Discovery Committee;
- *In Re: Rezulin Products Liability Litigation, MDL No. 1348* – Science and Discovery Committee;
- *In Re: Propulsid Products Liability Litigation, MDL No. 1355* – Science and Discovery Committee; and
- *In Re: Diet Drugs Phentermine/Fenfluramine/Dexfenfluramine Products Liability Litigation, MDL 1203* – Science and Discovery Committee.

## **XARELTO LITIGATION**

Ashcraft and Gerel, LLP and Herman Gerel, LLP have committed the resources to represent the interests of the consumers who were injured through the ingestion of Xarelto, and represent deceased and injured patients with cases against Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Janssen Research & Development LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer Healthcare AG, Bayer Pharma AG, and Bayer AG.

**WHEREFORE,** Michelle A. Parfitt respectfully requests appointment to Plaintiff's Steering Committee. Ms. Parfitt and her firm have the staff, resources and ability to dedicate to the Xarelto litigation and to serve in any such capacity as the Court deems appropriate.

Dated: 1/30/15

Respectfully submitted,

Michelle A. Parfitt, Esq.
**ASHCRAFT & GEREL, LLP**
4900 Seminary Road, Suite 650
Alexandria, VA 22311
Phone: (703) 931-5500
Fax: (703) 820-1656