Sindhu S. Daniel
SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, NJ 07102
Tel. (973) 639-9100
Fax (973) 639-9393
sdaniel@seegerweiss.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L** |
| **THIS DOCUMENT RELATES TO:**<br><br>**Senter v. Janssen**<br>**Civil Action No. 2:15-cv-119** | **JUDGE ELDON E. FALLON**<br>**MAG. JUDGE MICHAEL B. NORTH** |

## ENTRY OF APPEARANCE

Please take notice that the undersigned counsel, Sindhu S. Daniel of Seeger Weiss LLP, hereby appears on behalf of Plaintiff, Kenneth Senter (Civil Action No. 2:15-cv-119), and in the above referenced MDL proceeding 2:14-md-02592-EEF-SS.

Dated: January 30, 2015

                Respectfully submitted,

                By: /s/ Sindhu S. Daniel
                    Sindhu S. Daniel
                    SEEGER WEISS LLP
                    550 Broad Street, Suite 920
                    Newark, NJ 07102
                    Tel. (973) 639-9100
                    Fax (973) 639-9393
                    sdaniel@seegerweiss.com

                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Entry of Appearance was served on all parties electronically via the Court's ECF system.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 30, 2015

                                                Respectfully submitted,

                                                By: /s/ Sindhu S. Daniel
                                                      Sindhu S. Daniel
                                                      SEEGER WEISS LLP
                                                      550 Broad Street, Suite 920
                                                      Newark, NJ 07102
                                                      Tel. (973) 639-9100
                                                      Fax (973) 639-9393
                                                      sdaniel@seegerweiss.com

                                                      *Attorneys for Plaintiff*