UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

REQUEST TO BE ADDED TO PANEL ATTORNEY SERVICE LIST

**NOW INTO COURT** comes John F. Olinde of Chaffe McCall, LLP who, pursuant to Pre-Trial Order No. 1, respectfully requests that the following attorneys be added to the Panel Attorney Service List attached as Schedule B to Pre-Trial Order No. 1:

Steven Glickstein
Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-7910
(212) 836 8485
Email: steven.glickstein@kayescholer.com
*Attorneys for Bayer HealthCare Pharmaceuticals*
 *Inc., Bayer Corporation, and Bayer HealthCare LLC*

William Hoffman
Kaye Scholer LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC  20005-2327
(202) 682 3550
Email: william.hoffman@kayescholer.com
*Attorneys for Bayer HealthCare Pharmaceuticals*
 *Inc., Bayer Corporation, and Bayer HealthCare LLC*

1

Respectfully submitted,

By: */s/ John F. Olinde*
    John F. Olinde (LA Bar #1515)
    CHAFFE MCCALL, L.L.P.
    1100 Poydras Street
    New Orleans, LA 70163
    Phone (504) 585-7000
    Email: olinde@chaffe.com
*Attorneys for Bayer HealthCare Pharmaceuticals Inc., Bayer Corporation, and Bayer HealthCare LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2015, I electronically filed the foregoing Request To Be Added To Panel Attorney Service List with the Clerk of the Court using the CM/ECF system and served via email or U.S. Mail on all counsel of record listed on Schedule B attached to Pre-Trial Order No. 1.

*/s/ John F. Olinde*

2