UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO ( RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL No. 2592<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON |
| ************************************************ | * |

THIS DOCUMENT RELATES TO ALL CASES

## APPLICATION FOR APPOINTMENT OF
## JEFFREY S. GRAND TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to this Court's Pretrial Order No. 1, I, Jeffrey S. Grand, a partner at Bernstein Liebhard LLP, respectfully submit my qualifications in application for appointment to the Plaintiffs' Steering Committee in the above-referenced multi-district litigation.

As detailed more fully below, I am currently a member of the Plaintiffs' Steering Committee for the seven multidistrict litigations relating to pelvic mesh products, before the Honorable Joseph R. Goodwin, United States District Court, Southern District of West Virginia.[1] I also was appointed Plaintiffs' Co-Liaison Counsel for *In re Pelvic Mesh/Gynecare Litigation*, Case No. 291 and *In re Pelvic Mesh/Bard*, Case No. 292, before the Honorable Brian R. Martinotti, Superior Court of New Jersey Law Division, Bergen County. In that capacity, I was a member of the trial team for *Gross v. Gynecare Inc.*, which in 2013, was tried before the Honorable Carol E. Higbee and resulted in a plaintiff's verdict in excess of $11 million. Since

---

[1] These related litigations have been grouped by manufacturer defendants and include: *In Re C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation,* MDL No. 2187; *In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation,* MDL No. 2325; *In Re Boston Scientific Corp., Pelvic Repair System Products Liability Litigation,* MDL No. 2326; *In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation,* MDL No. 2327; *In Re Coloplast Corp., Pelvic Repair System Products Liability Litigation,* MDL No. 2387; *In Re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation,* MDL No. 2440; and *In Re Neomedic Pelvic Repair System Products Liability Litigation,* MDL No. 2511.

that time, I have continued to provide support for other pelvic mesh trials in both federal and state court.

In addition to that described above, I have served in leadership roles and taken on significant responsibilities in several mass tort litigations, including: *In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, MDL No. 2244 (N.D. Tex.); *In re: Oil Spill by the Oil Rig,"Deepwater Horizon,"* MDL No. 2179 (E.D.La.); *In re: Chinese-Manufactured Drywall Products Liability Litigation*, MDL No. 2047 (E.D.La.); and *In re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2100 (S.D. Ill.).[2]  These responsibilities have included but are not limited to, creation and organization of electronic depositories; discovery negotiations; document production and review; depositions; expert development; motion practice, and trial support.

I believe that my experience in this area, along with that of my partner, Felecia L. Stern[3] and the other attorneys and paralegals at Bernstein Liebhard, will be a considerable asset to this litigation.  Further, I have worked extensively with appointed Plaintiffs' Liaison Counsel, as well as many of the outstanding attorneys who have submitted leadership applications to Your Honor and am confident we can assist the Court in moving the litigation forward quickly and efficiently.

**Interest in this Litigation**:  To date, my firm has filed three *Xarelto* cases which have been transferred or are awaiting transfer into the multidistrict litigation before Your Honor:

---

[2] With respect to the Chinese-Manufactured Drywall, Deepwater Horizon Oil Spill, and Yaz MDLs, I served in these leadership capacities while a partner at Seeger Weiss, LLP.  On May 1, 2011, I joined the mass tort department at Bernstein Liebhard LLP, where I continue to focus on products liability cases, in particular, pharmaceutical and medical device litigation.

[3] Felecia Stern currently serves on the Plaintiffs' Law & Briefing Committee for the *In Re Stryker Rejuvenate Hip Stem and ABG II Modular Hip Stem Litigation*, Case No. 296, Superior Court of New Jersey Law Division, Bergen County and was involved in the bellwether mediation process for that litigation.

2

- *Gail Weiss v. Janssen Research & Development LLC, et al.,* 6:15-cv-06020-MAT (W.D.N.Y.);
- *Helene Colasanto v. Jannsen Research & Development LLC, et al.,* 1:14-cv-07472-BMC (E.D.N.Y.); and
- *Arttie Vilmer v. Jannsen Research & Development LLC, et al.,* 4:14-cv-01086-NKL (W.D. of MO).

Additionally, Bernstein Liebhard currently represents and is investigating the claims of more than 800 clients alleging *Xarelto*-related injuries, and I anticipate many more filings in the future.

**Professional Experience**:  I have been involved in large-scale, complex civil litigation for over 12 years, having first served as defense counsel in products liability cases for corporate clients while at Jones Day LLP.  Since joining the plaintiffs' bar, I have had significant responsibilities in several mass tort cases, including but not limited to:

- Member, Plaintiffs' Steering Committee, *Pelvic Repair Systems Products Liability Litigation* (*see* footnote 1);
- Plaintiffs' Co-Liaison Counsel, *In re Pelvic Mesh/Gynecare Litigation*, Case No. 291 CT, Superior Court of New Jersey Law Division, Bergen County and *In re Pelvic Mesh/Bard*, Case No. 292 CT, Superior Court of New Jersey Law Division, Bergen County;
- Member of Plaintiffs' Steering Committee and Discovery Committee, *In re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, MDL No. 2244 (N.D. Tex.);
- Co-chair of Electronic Discovery and Depository Committees for *In re: Oil Spill by the Oil Rig*, *"Deepwater Horizon,"* MDL No. 2179 (E.D.La.);
- Co-chair of Discovery Committee for *In re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2100 (S.D. Ill.);
- Co-chair of Electronic Discovery Committee and Trial Team member for *In re: Chinese-Manufactured Drywall Products Liability Litigation*,  MDL No. 2047 (E.D.La.); and
- Member of the Discovery and Trial Package Committees for *In re: Vioxx Products Liability Litigation*, MDL No. 1657 (E.D.La.).

**Sufficient Resources and Firm Strength:**  In addition to my partner, Felecia L. Stern, who is also devoting significant time to this litigation, I am supported by a well-established, highly respected law firm with more than 22 experienced attorneys and sufficient resources to litigate these cases to conclusion.  Bernstein Liebhard has been named by THE NATIONAL LAW JOURNAL to the "Plaintiffs' Hot List," recognizing the top plaintiffs' firms in the country, for the

3

past twelve consecutive years. Bernstein Liebhard has served as lead counsel in scores of complex class actions that have been defended by some of the most well respected defense firms in the country. Since its inception in 1993, the firm has recovered more than $3 billion on behalf of its clients and the classes it has represented.

**Ability to Work Cooperatively with Others:** I and the other attorneys at Bernstein Liebhard have repeatedly shown our ability to work cooperatively and cohesively with multiple co-counsel, as well as defense counsel. As noted above, the firm and its attorneys have served in leadership roles and as committee members in countless civil actions. Further, I have worked extensively with Plaintiffs' Co-Liaison, as well as many of the other firms who are submitting leadership applications in this litigation.

**Willingness and Availability to Commit to a Time-Consuming Case:** I, along with my firm members, understand the tremendous time and financial resources that are necessary to develop and litigate this action and are committed to bringing this case to resolution. Additionally, Bernstein Liebhard will assign additional senior attorneys and paralegals to further support the litigation as needed.

    Respectfully submitted,

    s/Jeffrey S. Grand
    Jeffrey S. Grand (SDNY/EDNY 9015)
    Bernstein Liebhard LLP
    10 East 40th Street
    New York, New York 10016
    (212) 779-1414
    (212) 779-3218 (fax)
    grand@bernlieb.com