**CERTIFICATE OF SERVICE**

  I hereby certify that on the 30th day of January, 2015, I electronically filed the foregoing via the Court's ECF System and properly served upon all counsel of record, including those listed in Schedule B attached to Pretrial Order No. 1 via electronic or U.S. mail.

                s/ Jeffrey S. Grand
                Jeffrey S. Grand (SDNY/EDNY 9015)
                Bernstein Liebhard LLP
                10 East 40th Street
                New York, New York 10016
                (212) 779-1414
                (212) 779-3218 (fax)
                grand@bernlieb.com