,

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| _____) | |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | MAG. JUDGE SHUSHAN |
| ALL ACTIONS ) | |
| _____) | |

**APPLICATION OF KEITH M. JENSEN, ESQ.
FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE**

Keith M. Jensen has been prosecuting complex class action and pharmaceutical litigation for 22 of the 24 years he has been practicing. He was appointed lead class action counsel while a second year attorney. See, *Durrett v. John Deere Co.*, 155 F.R.D. 555 (N.D. Tex. 1993). That case and Mr. Jensen's complimentary state court suits all settled to the great benefit of the over 14,000 class members.

Mr. Jensen has been appointed as lead class counsel in over fifteen class actions, with Defendants including Allstate, American Home Products Corporation, Dallas Cowboys Football Club, Inter-Continental Hotels Corporation, John Deere Company, State Farm, Quaker State – Slick 50, Inc., Nextel and Wyeth-Ayerst Laboratories, Inc. In each instance, Mr. Jensen owned the law firm that was certified as lead class counsel, in part, because the firm had sufficient financial resources and time to more than adequately prosecute the litigation to conclusion. This remains true for the Xarelto litigation

Mr. Jensen filed a class action involving fenfluramine and phentermine ("fen-phen"), two months before fenfluramine was withdrawn from the market in 1997. While Mr. Jensen knew of no other case in the country (class action or otherwise) when he filed that case, as history would

,

have it, only Elizabeth Cabraser, Esq., filed a class action regarding fen-phen before Mr. Jensen. See, In re Diet Drugs, 282 F.3d 220, 226 (3rd Cir. 2002).  Mr. Jensen settled hundreds of fen-phen cases and continued to work cooperatively with the fen-phen PSC over 17 years later when Mr. Jensen continued to settle primary pulmonary hypertension fen-phen cases including one after selecting a jury in the U.S. District Court for the Northern District of Missouri.

Mr. Jensen has prosecuted and settled, without the need for trial, thousands of pharmaceutical cases, including those arising from Azithromycin, Avandia, Baycol, Bextra, Cerebyx, Depuy Hip, Dilantin, Fentanyl Patch, Flagyl, Hormone Replacement Therapy, Ortho Evra, Medtronic, Motrin, NuvaRing, Paxil, Seroquel, Trasylol, Tylenol, Vioxx, Yaz and Zyprexa.

Mr. Jensen has principally briefed and argued appeals in multiple class action and pharmaceutical cases in both State and Federal Court and has been an invited lecturer across the country on topics including epidemiology and science in pharmaceutical litigation, trying a pharmaceutical case, preemption and the ethics of class and mass action settlements.

Mr. Jensen, solely with the assistance of attorneys and staff in his employ, has investigated, prosecuted, tried and resolved pharmaceutical cases where no or few other attorneys in the country were involved – because they were not mass torts.  Having tried mass tort cases, it is Mr. Jensen's opinion that these "smaller" pharmaceutical cases are defended just as vigorously by many of the same nationally prominent defense counsel who are selected by mass tort defendants to try bellwether cases.

Mr. Jensen was lead trial counsel in New Hampshire Federal Court for Karen Bartlett and obtained the largest verdict in New Hampshire's 222 year history in 2010.  The verdict, $22.06 million, was in a case involving an NSAID, sulindac.  This was the first sulindac case to be tried.

,

Mr. Jensen, by MDL analogy, lead the science committee, the discovery committee, the expert identification committee, deposed all defense experts, prepared and defended all plaintiff experts at deposition and deposed all treating physicians.  At trial, Mr. Jensen made opening statement, closing argument and examined 21 of 23 witnesses (co-counsel examined a life care planner and an economist).   Mr. Jensen principally briefed all pre-trial and post-trial motions and the Appellees' Brief before the First Circuit, then argued before the First Circuit, which unanimously affirmed the verdict and judgment.  Mr. Jensen associated David Frederick, Esq. to argue before the Supreme Court - who successfully argued Wyeth v. Levine - who did not prevail again in Bartlett.  Mutual Pharmaceutical Co, Inc. v. Bartlett, 133 S.Ct. 2466 (2013).

Counsel for Janssen Research & Development, LLC and Johnson and Johnson in this litigation, Drinker, Biddle & Reath, LLP, had obtained six of six defense verdicts in ibuprofen/Motrin cases where Plaintiffs alleged that drug resulted in their Stevens Johnson Syndrome ("SJS") or toxic epidermal necrolysis ("TEN") and, usually, blindness.  Mr. Jensen served as lead trial counsel in the seventh such case that was tried.  In a nine week trial that started in March, 2011, six months after the Bartlett trial and during Bartlett appellate briefing, Mr. Jensen made opening statement (one hour) and closing argument (two and a half hours) and examined all but 2 of over 20 trial witnesses.  The jury awarded Mr. Jensen's client $10 million.  Then state, now Federal Judge Nitza Quinones Alejandro's 113 page opinion denying all of McNeil's post-trial motions has been affirmed on appeal.  Maya v. Johnson & Johnson, 2014 PA Super. 152, 97 A.3d 1203 (Pa. Super. 2014), reargument denied, 9/25/2014 (application for permission to appeal to PA S.Ct. pending).

Since the Maya trial, Mr. Jensen has settled two other Motrin SJS cases with Drinker, Biddle & Reath, LLP, one the day before jury selection and another in January, 2014, on the

3

,

second Friday of trial. Mr. Jensen is confident that both of these settlements, the amounts of which are confidential, are the first substantial and meaningful settlements J&J or McNeil have made in Motrin SJS cases.[1]

Mr. Jensen has been assessing the science and collaborating with consulting and potential testifying experts regarding Xarelto for over six months and represents over 300 Xarelto clients.[2]

Despite being involved in MDLs since In re Diet Drugs in 1998, this is the first MDL where Mr. Jensen has applied to serve on a PSC. Mr. Jensen is confident that his decades of successful cooperation and joint venture relationships with the majority of the attorneys that this Court has appointed to PSCs in the Vioxx, Deep Water Horizon and Chinese Dry Wall litigations evidence his ability to work cooperatively with others and will enure to the benefit of the Plaintiffs before this Court and who will likely come before this Court.

Based on the foregoing and my desire to obtain justice in a highly professional manner for Xarelto Plaintiffs, I would be honored to serve the Court for the common benefit of Plaintiffs in this important litigation.

---

[1] Further testament to Mr. Jensen's epidemiologic sophistication comes from this case which settled during trial. Two of Mr. Jensen's experts (an epidemiologist and a burn surgeon who publishes regarding and treats SJS & TEN) both signed reports in 2012 that opined that acetaminophen/Tylenol can cause SJS & TEN, a conclusion not stated in any published scientific literature at the time. In 2013, the FDA first said: "acetaminophen can cause … SJS and TEN". FDA Drug Safety Communication: FDA warns of rare but serious skin reactions with the pain reliever/fever reducer acetaminophen, p. 3, 8/1/2013, http://www.fda.gov/Drugs/DrugSafety/ucm363041.htm

[2] Five cases have been filed by Mr. Jensen to date. One in the Eastern District of Louisiana; Osbourne v. Janssen Research & Development, LLC, et al., C.A. No. 2:15-00005, and four in the Northern District of Texas; Dewolf v. Janssen Research & Development, LLC, et al., C.A. No. 4:15-00028, Harmon v. Janssen Research & Development, LLC, et al., C.A. No. 4:15-00029, Marino v. Janssen Research & Development, LLC, et al., C.A. No. 4:15-00030 and Porterfield v. Janssen Research & Development, LLC, et al., C.A. No. 4:15-00032.

Respectfully submitted,

JENSEN & ASSOCIATES

1024 N. Main Street
Fort Worth, TX 76164
Telephone: (817) 34-0762
Fax: (817) 334-0110
kj@jensen-law.com

/s/ Keith M. Jensen
Keith M. Jensen
Texas Bar No. 10646600
Pennsylvania Bar No. 201917

**ATTORNEY APPLYING FOR PSC APPOINTMENT AND FOR THE PLAINTIFFS LISTED IN FOOTNOTE 2**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 30th day of January 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of the foregoing document was served via email on all counsel listed on the Panel Attorney Service List attached to PTO 1 and designated as Schedule B.

/s/ Keith M. Jensen
Keith M. Jensen