UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION THIS DOCUMENT RELATES TO: ALL CASES | ) MDL No. 2592 ) ) SECTION L ) JUDGE ELDON E. FALLON ) MAG. JUDGE MICHAEL B. NORTH ) ) ) ) |

**APPLICATION OF SINDHU S. DANIEL FOR
APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

1. Pursuant to Case Management Order No. 1, I, Sindhu S. Daniel, respectfully submit this application for appointment to the Plaintiffs' Steering Committee ("PSC") in the above-captioned multidistrict litigation ("MDL"). I am counsel of record in *Kenneth Senter v. Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development LLC, et al.*, Case No. 2:15-cv-00119, which has been transferred to this MDL.

2. I am a partner with the law firm Seeger Weiss LLP ("Seeger Weiss") and have been a member of the firm for over 15 years. I earned my law degree from Temple University Beasley School of Law and have been practicing law for over 18 years. Over the last 13 years, my practice has exclusively comprised of complex personal injury litigation involving pharmaceutical drugs and medical devices. Based on my experience, I have been invited to speak and present at various continuing legal education seminars and webinars dealing with issues involving emerging mass tort litigations.

3. Seeger Weiss has thirty (30) attorneys with offices in New Jersey, New York, and Pennsylvania. The Firm and its attorneys have vast experience in a variety of mass tort litigations and MDLs, which has earned them a reputation for leadership and innovation, and has resulted in their appointment to numerous lead counsel and plaintiffs' steering or executive committees in a variety of MDL proceedings throughout the United States.

1

4.  Over the course of my career at Seeger Weiss, I have had the privilege of working closely with my partners Chris Seeger and David Buchanan on numerous MDLs where our firm has held such leadership positions, including *In Re: Testosterone Replacement Therapy Products Liability Litig.* (S.D. Ill., MDL No. 2545) (Co-Lead Counsel); *In Re: Fresenius Granuflo/Naturalyte Dialysis Products Liability Litig.* (D. Mass., MDL No. 2428) (Member of Plaintiffs' Executive Committee); *In Re: Zoloft Products Liability Litig.* (E.D. Pa., MDL No. 2342) (Member of Plaintiffs' Steering Committee); *In Re: Tylenol Marketing, Sales Practice and Products Liability Litig.* (E.D. Pa., MDL No. 2436) (Liaison Counsel and Member of Plaintiffs' Steering Committee); *In Re: Vioxx Products Liability Litig.* (E.D. La., MDL No. 1657) (Co-Lead Counsel); *In Re: Actos (Pioglitazone) Products Liability Litig.* (W.D. La., MDL No. 1657) (Member of Plaintiffs' Steering Committee); *In Re: DePuy Orthopaedics ASR Products Liability Litig.* (N.D. Ohio, MDL No. 2197) (Member of Plaintiffs' Executive Committee); *In Re: Fosamax Products Liability Litig.* (S.D.N.Y., MDL No. 1789) (Liaison Counsel and Member of Plaintiffs' Steering Committee); *In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices, and Relevant Products Liability Litig.* (S.D. Ill., MDL No. 2100) (Member of Plaintiffs' Steering Committee); *In Re: Bextra and Celebrex Marketing Sales and Products Liability Litig.* (N.D. Cal., MDL No. 1699) (Member of Plaintiffs' Steering Committee); *In Re: Mirena Products Liability Litig.* (S.D.N.Y., MDL No. 2434) (Liaison Counsel).

5.  In addition to working on various litigation matters in the above-named MDLs, I also have extensive experience in negotiating settlements on behalf of numerous injured plaintiffs. Specifically, I have been instrumental in negotiating settlements in the following MDLs: *In Re: Vioxx Products Liability Litig.* (E.D. La., MDL No. 1657) ($4.85 billion national settlement involving injuries of heart attack, stroke, and sudden cardiac death); *In Re: DePuy Orthopaedics ASR Products Liability Litig.* (N.D. Ohio, MDL No. 2197) ($2.5 billion settlement involving hip injuries); *In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices, and Relevant Products Liability Litig.* (S.D. Ill., MDL No. 2100) (Settlement involving pulmonary embolism and deep vein thrombosis

injuries); *In Re: Oral Sodium Phosphate Solution-Based Products Liability Litig.* (N.D. Ohio, MDL No. 2066) (Settlement involving injuries of kidney failure and chronic kidney impairment); *In Re: Fosamax Products Liability Litig.* (S.D.N.Y, MDL No. 1789) (Settlement involving injury of osteonecrosis of the jaw); *In Re: Bextra and Celebrex Marketing Sales Practices and Product Liability Litig.* (N.D. Cal., MDL No. 1699) (Settlement involving injuries of heart attack, stroke, and sudden cardiac death). I also recently served as co-lead negotiator on behalf of a large group of plaintiffs in *In Re: American Medical Systems, Inc., Litig.*, Case No. 27-CV-11-3933 (Hennepin County District Court, Minnesota), which involved claims of severe permanent injuries from transvaginal mesh implants. I was instrumental in building consensus with other plaintiffs' attorneys and actively led negotiations with Defendants. I also have substantial experience in devising settlement matrices that have been used to allocate funds in pharmaceutical and medical device mass tort settlements. In addition to the matters listed above, I have also successfully negotiated numerous confidential settlements in similar complex mass tort litigations.

6. I currently serve as Co-Chair of the Plaintiffs' Bellwether Committee in *In Re: Fresenius Granuflo/Naturalyte Dialysis Products Liability Litig.* (D. Mass., MDL No. 2428) (appointed by the Plaintiffs' Executive Committee). In this capacity, I have been responsible for evaluating and selecting potential candidates for bellwether trials out of a pool of over approximately 2,500 Plaintiffs. I have also worked with other attorneys to develop Plaintiffs' overall bellwether strategy and have devised case evaluation grids that are used to track similar themes among the large pool of Plaintiffs. Serving in this leadership role, I regularly navigate the intricate issues that commonly present themselves in complex mass torts and work closely with other Plaintiffs' attorneys to build consensus on a coordinated approach.

7. As evidenced by the myriad of MDLs in which Seeger Weiss attorneys have served as part of the plaintiffs' leadership, my firm and I have the experience, resources, and willingness to commit to this very important litigation. Additionally, my work in negotiating settlements on behalf

of large classes of plaintiffs further evidences my ability to build consensus and work effectively with counsel for plaintiffs and defendants.

8. As evidenced above, Seeger Weiss has a well-known reputation of committing substantial time and resources as lead counsel, liaison counsel and other members of plaintiffs' steering committees in numerous complex drug and device matters.  If I am appointed as a member of the Plaintiffs' Steering Committee, I will have the full support and resources of my partners, specifically Chris Seeger and David Buchanan, along with the abundant resources of the entire firm.

9. I respectfully submit that this application demonstrates that I have satisfied the primary criteria enumerated in CMO No. 1 to be used in making appointments to the leadership organization of this MDL, namely: (a) willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with others; (c) professional experience in this type of litigation; and (d) willingness to commit the necessary resources to pursue this matter.

Based on the foregoing, I respectfully request that this Court appoint me to be a member of the PSC. It would be an honor for me to serve on behalf of our own clients and for the common benefit of all Plaintiffs.

Dated: January 30, 2015                               /s/  *Sindhu S. Daniel*_____
                                                       Sindhu S. Daniel
                                                       SEEGER WEISS LLP
                                                       550 Broad Street, Suite 920
                                                       Newark, New Jersey 07102
                                                       Telephone:  (973) 639-9100
                                                       E-mail:  sdaniel@seegerweiss.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's CM/ECF System, E-mail or U.S. Mail on all counsel listed on Schedule B attached to Pretrial Order #1, and filed electronically on the below date so that it is available for viewing and downloading from the Court's CM/ECF System, this 30th day of January, 2015.

/s/ <em>Sindhu S. Daniel</em>_____