UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
::::::::::::::::::::::::::::::::::::::::::::::::::::::::   MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
ALL CASES

**APPLICATION FOR APPOINTMENT OF C. ANDREW
CHILDERS TO THE PLAINTIFFS' STEERING COMMITTEE**

Pursuant to Pretrial Order No. 1, C. Andrew Childers makes this application for appointment to serve on the Plaintiffs' Steering Committee ("PSC") for MDL 2592. I am a founding member of the firm Childers, Schlueter & Smith, LLC.[1] I graduated from Clemson University (B.A. 1995) and the University of Georgia School of Law (J.D. 1998). I am admitted to practice law in the States of Georgia, Florida, and Pennsylvania, as well as the United States Supreme Court and the United States District Courts for the Northern and Middle Districts of Georgia, the Middle and Southern Districts of Florida, and the Northern District of Illinois.

I represent the Plaintiff in the following case currently pending in MDL 2592: *West v. Janssen Pharmaceuticals, Inc. et al*, Case No. 2:14-cv-02932-EEF-MBN (EDLA).[2]

**(a) Willingness and Availability to Commit to a Time-Consuming Project**

As my firm is primary counsel for hundreds of plaintiffs who have filed or will be filing cases in MDL 2592, we are already committed to investing as much time and effort as is necessary to complete this litigation, both for our individual cases and for the greater good of all

---

[1] Childers, Schlueter & Smith was founded in 2001, and since its inception has represented plaintiffs in mass tort litigation.
[2] Childers, Schlueter & Smith represents hundreds of additional individuals who allege to have suffered serious bleeding injuries after using Xarelto, some of which have been filed and are in the process of being transferred to MDL 2592, with the others to be filed in the immediate future.

1

plaintiffs involved in Xarelto litigation. I am not currently serving on any other PSC, so I am able to devote the majority of my focus and attention to MDL 2592.

**(b) Ability to Work Cooperatively With Others**

For more than 15 years, I have litigated mass tort cases in State and Federal courts throughout the country, including the Eastern District of Louisiana.[3] During that time I have served as lead counsel, co-counsel, and/or local counsel alongside a number of well-respected plaintiff's attorneys and law firms, many of whom have filed applications seeking positions on the PSC in this MDL. Throughout these experiences, I have demonstrated a firm ability to successfully collaborate with other counsel, working to resolve issues through consensus building and cooperation. I believe each of those I have worked with would agree that ego and self-interest are not driving forces for me professionally. I have also had the privilege of litigating against some of the most respected and well-trained defense counsel in the country. Despite the adversarial positions we occupy by virtue of the legal process, I work hard to establish common ground with opposing counsel whenever possible. This approach often helps to pave the way for mutually agreeable solutions, and allows both parties to effectively move cases forward while avoiding unnecessary tension and disputes. For this reason I also maintain considerable flexibility in granting extensions and other courtesies to opposing counsel, while at the same time limiting any requests I submit.

Throughout my career I have been actively involved in both national and local trial lawyer organizations, including serving in numerous leadership roles. This has allowed me to work with attorneys from a wide variety of backgrounds and locations and establish a wide

---

[3] I served as primary counsel for the plaintiff in *Smith v. Pfizer et al.*, Case No. 07-03902 (EDLA), and was very admirably assisted in the case by New Orleans attorney Anthony Irpino.

network of colleagues all over the country.  The partners in my firm are also leaders in the legal community.[4]

**(c) Professional Experience in this Type of Litigation**

I have been actively representing plaintiffs in mass tort litigation (in MDLs, consolidated state-court proceedings, and in individually filed cases) since 1999.[5] I actively participated in the discovery and settlement negotiations for the MDL 1985 proceeding (In Re: Total Body Formula Products Liability Litigation).  As a result of my work in MDL 1985, I was awarded a significant portion of the Common Benefit fees despite not being a member of the PSC.[6]

In MDL 2434 (In re: Mirena IUD Products Liability Litigation), my firm nominated one of our plaintiffs as a Bellwether trial case, and she was selected.  I am handling the work-up of that case, including all depositions, and will continue to handle the case through trial.

I was a member of the PSC for MDL 2016 (In Re: Yamaha Motor Corp. Rhino ATV Products Liability Litigation), serving in the role of Federal-State Liaison counsel.  I also served as counsel for the plaintiffs in the majority of the consolidated Rhino UTV cases pending in the State Court of Gwinnett County, Georgia, and was co-lead trial counsel for the plaintiff in the first Rhino UTV trial to result in a plaintiff's verdict.[7]

---

[4] Childers, Schlueter & Smith partner Richard Schlueter is a member of the PSC for MDL 2441 (In Re: Stryker Rejuvenate and ABG II Hip Implant Litigation).  Brandon Smith, also a firm partner, is the current Chair of the American Association for Justice's New Lawyers' Division (which has approximately 4,200 members), and has served on the Executive Committee of the NLD since 2010.  Mr. Smith will begin serving on AAJ's Executive Committee immediately following his term as Chair of the NLD.

[5] I have represented plaintiffs in mass tort cases including, but not limited to: Pradaxa; Actos; Pelvic Mesh; GranuFlo; Gadolinium Based Contrast Agents; DePuy ASR hip implants; DePuy Pinnacle hip implants; Stryker hip implants; Fen Phen (Pondimin and Redux); Dilantin; Bextra; Celebrex; Vioxx; Phenytoin; Reglan, Metoclopramide; Fosamax; Yaz and Yasmin; Renu with MoistureLoc; Ethex/K-V Morphine; Topamax; Total Body Formula; Yamaha Rhino UTV's; Baycol; Rezulin; Trasylol; Guidant defibrillators; Icy Hot patches; Kugel Mesh; Lotronex; Zyprexa; Ortho Evra; PPA.

[6] As a reference I submit the Hon. R. David Proctor of the Northern District of Alabama, who was the transferee judge for MDL 1985 and who personally observed my cooperative work with counsel for all parties in that litigation.

[7] *McTaggart v. Yamaha Motor Corporation, USA et al.*, Case No. 08C-18950-2 (State Court of Gwinnett County, Georgia)

Based on my successes handling mass tort cases throughout my career, I was selected to the 2012 class of the University of Georgia Alumni Association's "40 Under Forty", a program that recognizes UGA alumni who are achieving great success in their professional and personal endeavors. I was selected by my peers as a "Super Lawyer" in the Class Actions/Mass Torts category in 2014 and 2015, and was selected as a "Super Lawyers Rising Star" in 2007, 2009, and 2011—2013, also in the category of Class Actions/Mass Torts.

**(d) Willingness to Commit the Necessary Resources to Pursue this Matter**

If selected to serve on this PSC, the resources of my entire firm will be made available to assist in conducting and coordinating discovery in MDL 2592. Patrick J. Wheale, an associate at Childers, Schlueter & Smith, will be devoted to Xarelto litigation and to assisting the PSC.[8] With respect to financial resources, my firm and I are well aware of the amounts necessary to participate on and/or fund a PSC, and I warrant that we are fully capable of doing so.[9]

## CONCLUSION

I would be honored to serve on the PSC in MDL 2592. If selected, I will dedicate my time and resources, as well as those of my firm, to working with the PSC and with this Honorable Court.

Dated: January 30, 2015                    Respectfully submitted,

/s/ C. Andrew Childers
C. Andrew Childers
CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Rd., Suite 100
Atlanta, GA 30319
Tel: (404) 419-9500
Fax: (404) 419-9501
achilders@cssfirm.com

---

[8] Patrick Wheale is a graduate of The Citadel, Military College of South Carolina (B.A.) and Cumberland School of Law at Samford University (J.D.). Patrick is a member of the State Bars of Georgia, Alabama, and South Carolina.

[9] As noted above, Richard Schlueter is a PSC member for MDL 2441, and Childers, Schlueter & Smith has promptly contributed all requested PSC assessments in that MDL.

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 30, 2015 a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Also, a copy of this document was served on all counsel listed on Schedule B of Pretrial Order No. 1.


                                                          /s/ C. Andrew Childers
                                                          C. Andrew Childers