UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE SHUSHAN |

**TIS DOCUMENT RELATES TO: ALL CASES**

### APPLICATION OF W. LEWIS GARRISON, JR. FOR APPOINTMENT TO A LEADERSHIP ROLE

As directed by Pretrial Order #1 in this litigation, W. Lewis Garrison, Jr. submits this proposal for consideration in a leadership role in MDL No. 2592 based on the following qualifications:

**Qualifications and Competence of Counsel**

I have been practicing law for more than 31 years. I have been fortunate – indeed, blessed – to have been involved in significant and landmark litigation throughout the country. I have had the opportunity to practice before some of the finest jurists to have ever taken the bench in the United States. I have had the unique opportunity of working alongside some of the brightest members of the plaintiffs' bar. Over the years, I have learned much from my defense bar brethren, and I believe a mutual respect has developed, and in some circumstances, strong friendships. Over the years, I have seen my law practice grow from a small firm of three attorneys to a large plaintiffs' firm that presently has over 30 attorneys, with offices in Birmingham, AL, Atlanta, GA, New York, New Jersey, Washington, DC and California. One of the core values of our firm is "Lead by Serving," and we truly take that to heart. We have the necessary resources to

commit to this task before us.

As my resume demonstrates, I have been involved in a variety of litigation in state and federal courts. Basically, my complex litigation experience falls into two broad categories: (1) mass tort pharmaceutical; and (2) class actions.

For more than 20 years, our firm has focused heavily on pharmaceutical litigation. During that time, I received appointments to serve in various leadership roles from many federal judges overseeing MDLs. I am grateful for the opportunities that I was given, and I believe that the record will reflect that my firm and I worked hard and achieved successful results in each case.

Our firm was heavily involved in the Vioxx litigation which was before this very Court. Indeed, I was Lead Trial Counsel in one of the few Vioxx cases tried to a jury verdict, in *Gary Albright v. Merck & Co.*, Circuit Court of Jefferson County, Alabama, December 2006. I also served as a Member of the Discovery and Science Committees in this MDL. And, our firm received MDL Common Benefit Fee awarded by this Court.

Also, over the years, I have had a significant and extensive class action practice. I have been lead or co-lead class counsel in state and federal class actions all over the country.

Your Honor will have many qualified applicants seeking leadership positions in this important litigation. Some of these people have worked together before, others have not. What I believe I bring to the table is the ability to be a team player, to focus on the tasks that need to be performed, and to do the work in a professional manner. It is important that each member of the leadership team appointed by the Court put their egos aside and work together towards the common goal of the clients we represent. I believe that I can be a strong asset in helping our team accomplish that objective.

No individual leadership member can do it alone. It takes a massive effort by attorneys

and staff to achieve a satisfactory result in these types of cases. Again, I am fortunate to have a dedicated group of attorneys and staff who will do what it takes to represent the plaintiffs in this litigation. In this important case, as in others, there will be millions of documents to review, briefs to write, law to research, and the like. Our firm has many talented people in these positions.

In this litigation, there will be a variety of interests which need to be reconciled, many of which are on the plaintiffs' side. I believe that my experience will be of assistance in finding common ground to resolve these disputes which will inevitably arise. My track record will show that I am more than able and qualified to address and find a common ground on complex issues that are common in these types of cases.

Our firm presently has one filed case in this litigation, *Kenneth Stallings v. Janssen Research and Development, LLC; et al. MDL No. 2:14-cv-184.* We are preparing to file a large number of these cases, and have another number under review. I, along with my firm, am committed to this case, with the necessary resources to carry us through. We are used to dealing with mass tort types of cases on a daily basis involving, in many cases, thousands of clients.

We know we will have a tough battle against a formidable opponent with vast resources, but this is not a battle we are unaccustomed to fighting.

**Conclusion**

I have attached my CV, which chronicles my experience in complex litigation. I hope that Your Honor sees fit to appoint me to a leadership role in this case. I am committed and able to devote the necessary time and resources to represent the various interests in this litigation and look forward to the opportunity to work with Your Honor. Thank you for your consideration.

Dated:   January 29, 2015

                                                         Respectfully Submitted,

                                                         /s/ *W. Lewis Garrison, Jr.*
                                                         W. Lewis Garrison, Jr.
                                                         HENINGER GARRISON DAVIS, LLC
                                                         2224 First Avenue North
                                                         Birmingham, AL 35203
                                                         Telephone: (205) 326-3336
                                                         Facsimile: (205) 326-3332
                                                         Email: lewis@hgdlawfirm.com

HENINGER GARRISON DAVIS, LLC

LIST OF FILED CASES

*Kenneth Stallings v. Janssen Research and Development, LLC; et al. MDL No. 2:14-cv-184.*