# **CURRICULUM VITAE**

**PERSONAL**

W. Lewis Garrison, Jr.
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
Email: lewis@hgdlawfirm.com

**PROFESSIONAL RATINGS**

*Martindale-Hubbell Law Directory*: AV rated
*2009-Present: Alabama Super Lawyers* – Class Actions and Mass Torts

**BAR ADMISSIONS**

Alabama - 1983.  Georgia - 1984.  United States District Court for the Middle, Southern, and Northern Districts of Alabama.  United States District Court for the Northern District of Georgia.  United States Court of Appeals, Third, Fourth, Fifth, and Eleventh Circuits. United States Supreme Court.

**PROFESSIONAL SOCIETIES**

American Bar Association; American Association for Justice; Birmingham Bar Association

**PHARMACEUTICAL MASS TORT AND MDL EXPERIENCE**

*In re Vioxx Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1657. Represented people from around the country who suffered heart attacks and strokes due to ingestion of Vioxx.  Lead Trial Counsel in one of the few Vioxx cases tried to a jury verdict, in *Gary Albright v. Merck & Co.*, Circuit Court of Jefferson County, Alabama, December 2006. Member of Discovery and Science Committees in the MDL No. 1657. Received MDL Common Benefit Fee awarded by Hon. Eldon Fallon.

*In re Actos Litigation, Case No. 2011 L 010011,* Circuit Court of Cook County.  Member of Plaintiff's leadership group in a pharmaceutical mass tort case alleging bladder cancer as a result of Actos (Pioglitazone) ingestion.

*In re Zyprexa Litigation*, MDL No. 1596.  Represented and settled the claims of more than 1,500 people from all over US who contracted diabetes mellitus after ingesting anti-

psychotic medication Zyprexa. Appointed to Plaintiffs' Steering Committee, which was responsible for developing entire liability and damages case against Eli Lilly, by Honorable Jack Weinstein, United States District Judge, Eastern District of New York.

*In re Seroquel Litigation,* MDL No. 1769. One of three firms retained by State of Alabama to investigate and pursue claims of the state for Medicaid fraud arising out of promotion of Seroquel. Represented more than 3,000 people from across United States who filed lawsuits against AstraZeneca for diabetes and similar injuries caused by ingestion of Seroquel.

*In re Diet Drug Litigation*, MDL No. 1203 (pharmaceutical product liability). Filed suit and settled more than 500 cases in initial opt-out phase of Diet Drug Litigation. Filed suit and settled more than 1,700 cases in downstream opt-out phase of Diet Drug Litigation. Also filed and settled several cases relating to Primary Pulmonary Hypertension (PPH).

*In re Kugel Mesh Hernia Patch Litigation*, MDL No. 1842. Represent hundreds of individuals from across the country who sustained injuries due to defective implantation of Kugel Hernia Mesh. Appointed to Plaintiffs' Steering Committee by Honorable Mary Lisi, United States District Judge, District of Rhode Island.

*In re Levaquin Products Liability Litigation*, MDL No. 1943. Member, Plaintiffs' Steering Committee. Represented hundreds of people throughout the country who sustained injuries as a result of ingestion of antibiotic drug Levaquin. Appointed to MDL Plaintiffs' Steering Committee by Honorable John R. Tunheim, United States District Judge, District of Minnesota.

*In re Sulzer Hip Prosthesis and Knee Prosthesis Product Liability Litigation*, MDL No. 1401. Represented and settled claims of clients who were injured by defective hip implants manufactured by Sulzer.

*In re Ortho Evra Litigation*, MDL No. 1742. Represented and settled claims of women from across United States who were injured by defective birth control patches manufactured by Ortho Evra.

*In re Bextra and Celebrex Marketing, Sales Practices and Products*, MDL No. 1699. Represented and settled claims of people throughout the United States who suffered heart attacks and strokes after ingestion of Bextra or Celebrex.

*In re Guidant Corp. Litigation*, MDL No. 1708. Represented and settled hundreds of claims by people throughout the United States who were injured by defective implantable cardiac defibrillators manufactured by Guidant.

*In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation*, MDL No. 1726. Represented and settled hundreds of claims by people throughout the United

States who were injured by defective implantable cardiac defibrillators manufactured by Medtronic.

*In re Baycol Multidistrict Litigation*, MDL No. 1431 (pharmaceutical product liability), Litigated and settled claims of people who suffered rhabdomyolysis after ingestion of cholesterol drug Baycol.  Also appointed to Discovery Committee in MDL 1431.

*Neurontin Sales Practices and Product Liability Litigation*, MDL No. 1629 (pharmaceutical product liability).  Represent individuals injured as a consequence of off-label promotion and prescription of the drug.

*Monsanto PCB Litigation*. Represented over 1500 people who were injured by PCB exposure in and around Anniston, Alabama.  All cases consolidated in Jefferson County, Alabama Circuit Court.

## CLASS ACTION AND MASS TORT EXPERIENCE

*In re Apple iPhone 3G Products Liability Litigation*, MDL No. 2045.  Appointed to Member of Plaintiffs' Steering Committee by Hon. James Ware (U.S. Dist. Court for the Northern District of California) in consumer fraud case alleging defects with Apple's iPhone 3g.

*In re Bayer Corp. Combination Aspirin Products Marketing and Sales Practices Litigation*, MDL No. 2023.  Appointed to Plaintiffs' Steering Committee by Hon. Brian M. Cogan (U.S. Dist. Court for the Eastern District of New York) in consumer fraud case alleging illegal marketing of women's aspirin products manufactured by Bayer.

*In re Bullitt County Train Derailment Litigation*, Case No. 3:07 CV-24-R, Plaintiffs' Class Counsel.  Represented thousands of members of plaintiffs' class in a settlement which was approved by Hon. Thomas Russell, U.S. District Court for the Western District of Kentucky.

*In re VTran Media Technologies, LLC, Patent Litigation*, MDL No. 1948.  Represent patent holder in consolidated federal actions in claims against cable television companies throughout the United States.  Appointed MDL co-liaison counsel by Honorable Bruce Kaufman, U.S. District Judge, Eastern District of Pennsylvania.

*In re MasterCard International, Inc. Internet Gambling Litigation, and Visa International Service Association Internet Gambling Litigation,* MDL Nos. 1321 and 1322. Member, Plaintiffs Steering Committee.

*In re American General Life and Accident Ins. Litigation*, MDL No. 1429 (racially discriminatory insurance pricing).  Member, Plaintiffs' Executive Committee. Obtained settlements for 1500-plus clients in states of Alabama, Georgia, Mississippi, Florida, and

Tennessee.

*In re Unitrin* (same as *In re American General*, above), obtained settlements for 600-plus clients in states of Alabama, Georgia, Mississippi, Florida, and Tennessee.

*In re Life of Georgia Industrial Ins. Litigation*, MDL No. 1390.  Obtained settlements for over 600 clients who were charged racially-discriminatory insurance premiums.

*In re Prudential Sales Practices Litigation* (fraudulent or deceptive sales of insurance products), obtained settlements for 300-plus clients in Alabama and Georgia.

*In re Chemtura Corporation, et al,* Reorganized Debtors, in United States Bankruptcy Court Southern District of New York, Chapter 11, Case No. 09-11233 (REG).  Class Counsel for thousands of individuals impacted by catastrophic fire in Conyers, GA.  Settlement approved by Bankruptcy Court.

*In re Black Farmers Discrimination Litigation*, United States District Court for the District of Columbia, Case No. 08-mc-0511 (PLF).  Class Counsel in a nationwide plaintiff class of individuals considered to be "late filers" from *Pigford v. Glickman,* Case No. 97-1978 (D.D.C.)

**OTHER CLASS ACTION SETTLEMENTS**   (Lead or co-lead counsel for plaintiffs)

*J. C. Holt and Milton Alexander v. Life Insurance Company of Alabama, et al,* Circuit Court of Franklin County, Alabama, Case No. CV-2009-122;  *Gabriel Johnson v. Apple, Inc.,* United States District Court for the Southern District of California, Case No. 1-09-CV-146501 (national class); *Lonnie & Dawn Glover v. Standard Federal Bank*, United States District Court for the District of Minnesota, Case No. 97-2068; *Hope v. STM Mortgage Co.*, Circuit Court of Jefferson County, Alabama, Case Number CV94-03194 (national class); *Thomason v. Litton Mortgage Servicing Center*, Circuit Court of Jefferson County, Alabama, Case Number CV94-02756 (national class); *Gray v. Columbia National, Inc.*, Circuit Court of Jefferson County, Alabama, Case Number CV94-06668 (national class); *Bell v. The Prudential Home Mortgage Co., Inc.*, Circuit Court of Montgomery County, Alabama, Case Number CV94-2717G (national class - settlement); *Huggins v. Compass Bank*, Circuit Court of Shelby County, Alabama, Case Number CV95-520 (national class - settlement); *Trotman v. Market Street Mortgage Co.*, Circuit Court of Montgomery County, Alabama, Case Number CV94-2716.80 (national class - settlement); *Williams v. First NH Mortgage Corp.*, Circuit Court of Jefferson County, Alabama, Case Number CV94-5993 (national class - settlement); *Dillon Equities d/b/a H.L. Franklin's Place v. Jefferson County, Alabama*, Circuit Court of Jefferson County, Alabama; *Wanda Chandler v. Molton, Allen & Williams Corp.*, Circuit Court of Jefferson County, Alabama, Case Number CV97-1989 (national class - settlement); *Popular Package Stores v. City of Montgomery*, Circuit Court of Montgomery County, Alabama, Case Number CV92-52; *Mabson v. GMAC and MIC Life*

*Ins. Co.*, Circuit Court of Jefferson County, Alabama, Case Number CV94-6141 (State of Alabama class); *Vakakes Enterprises d/b/a P.T.'s Sports Grill v. City of Birmingham*, Circuit Court of Jefferson County, Alabama; *Dwyer v. J.I. Kislak Mortgage Corp.* Superior Ct. King County Washington, Case No. 97-2-10584-6 (national class certification and settlement); *George T. Ballance v. Hibernia National Bank and Progressive Casualty Insurance Company,* United States District Court for the Southern District of Mississippi, Southern Division, Case No. 1:96CV13GR (national class - $10 million settlement); *Gary Archer v. Wal-Mart*, Circuit Court of Shelby County, Alabama; *James Warren Wilson and Thelma Wilson v. Commercial Federal Mortgage Corporation*, United States District Court for the Northern District of Alabama, Southern Division, Case No. CV 98-J-0184-S (national class certification); *J.M. Maples, et al v. Jack Williams, et al*, Circuit Court of Jefferson County, Alabama, Case No. 97-058; *Brasher v. Norfolk Southern* (class settlement, co-lead class counsel), United States District Court for the Northern District of Alabama, Eastern Division, CV-06-BE-0198-ES; *Sanders v. Norfolk Southern* (putative class action), Court of Common Pleas of Aiken Co., South Carolina, No. 05-CP-02-68; *MNP Holdings, LLC, v. Smallwood*, Circuit Court of Jefferson Co., Alabama, Case No. 2007-900669 (class settlement, co-lead class counsel).