UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | *JUDGE ELDON E. FALLON |
| | * MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO: ALL CASES

## APPLICATION OF PAUL M. STERBCOW
## FOR PLAINTIFFS' STEERING COMMITTEE

Pursuant to Paragraph 16 of Pretrial Order #1 (Rec. Doc. 2) Paul M. Sterbcow, Esq. applies for a position on the Plaintiffs' Steering Committee and in support shows:

1.

Applicant is managing partner of Lewis, Kullman, Sterbcow & Abramson, a New Orleans, Louisiana plaintiff litigation firm with a concentration in medical malpractice, medical device, products liability and maritime personal injury and death cases.

2.

Applicant graduated from Newman High School, Tulane University and Tulane Law School and has been in private practice in New Orleans since 1986.

3.

Since 1994, applicant has resolved and tried numerous medical malpractice, products liability and maritime personal injury and death cases as an associate, partner and now managing partner at Lewis, Kullman, Sterbcow & Abramson in state and federal courts in Louisiana, Mississippi and Alabama.

4.

Applicant is an AV rated attorney, a member of the Executive Committee of the Louisiana Association for Justice (LAJ), past president of the Admiralty Law Section of the American Association for Justice (AAJ) and a Fellow of the American College of Trial Lawyers. Applicant received the 2010-2011 LAJ President's Award for outstanding and highly dedicated service to the legal profession. Applicant will be inducted as a Fellow of the International Academy of Trial Lawyers in July, 2015. Applicant is plaintiffs' co-counsel of record in *Turner et al v. Janssen Research & Development LLC, et al*; 6:15 cv 00062 filed in the United States District Court for the Western District of Louisiana.

5.

Applicant serves as a member of the Plaintiff's Steering Committee in MDL 2179 before Judge Carl J. Barbier. Applicant was co-lead trial attorney in the limitation of liability trial before Judge Barbier from February 25, 2013 to April 17, 2013. As such affiant had a lead role in organizing and participating in pre-trial discovery, motion practice, trial preparation and trial. Over 300 depositions were taken and thousands of documents were admitted into evidence. Affiant cross examined many of the key trial witnesses including BP Global Head of Safety Mark Bly, BP Director of Alaska Operations Steve Robinson, Transocean Deepwater Drilling expert Calvin Barnhill and Halliburton chief cement engineer Jesse Gagliano.

6.

Applicant continues to participate in MDL 2179 as a member of the Oil Pollution Act Test Case trial team. In addition to representing test case plaintiff Bisso Marine, Inc., applicant is assisting in coordination of discovery in the seven test cases and will have a prominent role in the test case trials before Judge Barbier.

7.

Applicant's service in MDL 2179 proves his willingness and availability to commit to a time-consuming project, ability to work cooperatively with others, professional experience in this type of litigation and willingness to commit the necessary resources to pursue this mater. Applicant will bring the same commitment, dedication and professionalism to MDL 2592. Applicant will abide by and satisfy all responsibilities recited in Pretrial Order #1 and any subsequent Order issued in this cause.

        Respectfully submitted,

        /s/ Paul M. Sterbcow
        PAUL M. STERBCOW (#17817)
        Lewis, Kullman, Sterbcow & Abramson
        601 Poydras Street, Suite 2615
        New Orleans, Louisiana 70130
        TELE: (504) 588-1500
        FAX:  (504) 588-1514
        Sterbcow@lksalaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 30th day of January, 2015, I electronically filed the foregoing with the Clerk of Court by using the CMF/ECF system which will send a notice of electronic filing to all counsel of record.

        /s/ Paul M. Sterbcow