UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| ********************************************** | * | |

THIS DOCUMENT RELATES TO: ALL CASES

## APPLICATION OF BRADLEY D. HONNOLD TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order #1, Bradley D. Honnold submits his application for membership in the PSC in this litigation. Mr. Honnold meets the criteria for consideration for membership on this leadership committee and in further support states:

**(a) Willingness and Availability to Commit to a Time Consuming Project:** I am willing and available to devote substantial time to this important case. Our firm started working on this project over a year ago and has already spent several hundred attorney hours reviewing the available medical literature, FDA materials and labeling documents for Xarelto. In addition, our firm has devoted even more paralegal and staff time to the collection, organization and review of the medical records of our firm's clients. Undoubtedly, Xarelto will require a substantial contribution of my time and that of several others in our firm. To date, our firm has filed one Xarelto case (Harold Hansen-C.D.CA, Case No. 5:14-cv-02577) and has been contractually retained by 285 individuals who meet the medical criteria for having a bleeding episode secondary to Xarelto use. In addition, we are currently evaluating medical records for 55 additional potential clients. Given the significant number of clients we represent, our firm has

and will continue to devote substantial time to this litigation. I feel that my inclusion on the PSC would be beneficial to our client's interests and the litigation as a whole.

**(b) Ability to Work Cooperatively with Others:** I feel I have demonstrated the ability and willingness to work cooperatively with others in these cases. I have worked in the area of pharmaceutical and medical device litigation for over twenty years and have represented both plaintiffs and defendants. I am keenly aware that the complexity and sheer magnitude of these cases requires effective collaboration and deployment of the talents and resources of multiple lawyers and firms. I consider myself and our firm to have a unique ability to work cooperatively and effectively with others on substantial projects. We have established collegial and positive working relationships with several of the other lawyers and firms who have filed Xarelto cases.

**(c) Professional Experience in This Type of Litigation:** My first experience in this type of case was gained at a large national firm that maintained a very active pharmaceutical and medical device defense practice. In that capacity, I worked on virtually every aspect of these cases including document review, company witness deposition preparation, expert witness development and identification, science and epidemiology work, case specific discovery and trial preparation. In addition, I was involved in the development and execution of several innovative settlement programs in pharmaceutical and medical device cases.

In 2005, I co-founded with Kirk Goza the law firm of Goza & Honnold, LLC. This was a plaintiffs' practice focusing exclusively on pharmaceutical, medical device and medical negligence cases. Our firm represented clients and performed substantial work at the direction of the PSC in several litigations including Vioxx (MDL #1657), Bextra/Celebrex (MDL#1699), Fleets Phospho Soda (MDL#2066), Kugel Mesh (MDL #1842), DePuy ASR (MDL # 2197),

Zimmer Durom (MDL #2158), Pradaxa (MDL #2385), Fosamax (MDL #1789 ), Transvaginal Mesh ( MDL #2325 ) and Actos (MDL #2299 ).

In 2014, Goza & Honnold, LLC merged with the Kansas City firm of Bartimus, Frickleton, et al. to form our current firm of Bartimus, Frickleton, Robertson & Goza, P.C.  Our practice at the newly combined firm continues to focus on pharmaceutical and medical device litigation with the benefit of a larger staff and platform to prosecute these cases.

Importantly, I have (along with Kirk Goza) over the years developed significant experience in handling cases that deal with a variety of complex medical specialties.  This includes a number of severe medical negligence cases that dealt with hematology, thrombosis and anticoagulation issues.  Specifically, we have handled numerous cases involving the prescribing and monitoring of Coumadin, heparin, Lovenox and other low-molecular weight heparins and the injuries that result from serious bleeding events.  I feel that this cumulative experience would be of great benefit to the PSC in this case.

**(d) Willingness to Commit the Necessary Resources to Pursue This Matter:**  Our firm will commit the necessary resources to pursue this matter.  In addition to my time, we will staff the case with additional lawyers necessary to carry out PSC work.  Our firm is fortunate to have two members of the American College of Trial Lawyers, Kirk Goza and Jim Frickleton.  Mr. Goza has already committed significant time to work on Xarelto.  Another member of our firm, Jerry Tremblay, M.D., is a board-certified neurologist with expertise in strokes and who is, therefore, very familiar with the related medical issues of anticoagulation and thrombosis.  Dr. Tremblay has similarly devoted a great deal of time to the review and analysis of the available information on Xarelto.  Specifically, Dr. Tremblay generated a large volume of analytical work product related to the Xarelto clinical trials and FDA submissions and gathered, received and

analyzed the available published literature.  We have a roster of very capable attorneys and professional staff available to assist with all aspects of the litigation from document review through trial.  In addition, Edward "Chip" Robertson, is a former Chief Justice of the Missouri Supreme Court and provides us with outstanding appellate and motion practice capability.   We appreciate the financial commitment necessary for PSC membership and our firm stands ready to provide that support.

    **(e) Conclusion:**  I have worked diligently for several years in representing clients in pharmaceutical cases such as this.  I have worked hard to provide meaningful work product, input and support to leadership in other similar cases.  I feel that I and the resources of our firm would be a meaningful addition to the Xarelto PSC and if not chosen, we stand ready to serve on any of its subcommittees, especially in the scientific, expert witness and regulatory areas.

Date: January 30, 2015

        Respectfully Submitted,

        BARTIMUS, FRICKLETON, ROBERTSON & GOZA, P.C.


        By: */s/ Bradley D. Honnold*_____
        Bradley D. Honnold   KS #22972
        11150 Overbrook Rd., Ste. 200
        Leawood, KS 66211
        (913) 266-2300
        (913) 266-2366 Facsimile
        bhonnold@bflawfirm.com