UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELETO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) | Judge Eldon E. Fallon Magistrate Judge Michael North |

**APPLICATION OF TRENT B. MIRACLE SEEKING APPOINTMENT
TO PLAINTIFFS' STEERING COMMITTEE**

This Application is in support of my proposed appointment as a member of the Plaintiffs' Steering Committee ("PSC") in the above captioned Multi-District Litigation ("MDL"). I am willing and available to serve as a member of the PSC, have the ability to work cooperatively with all parties, and have the requisite professional experience and resources to assist in the orderly advancement of this litigation. As such, I respectfully submit the following:

1.      I am a shareholder in the national law firm of Simmons Hanly Conroy LLC, where I am the supervising shareholder in charge of pharmaceutical litigation. My firm maintains offices in St. Louis, Missouri, Chicago, Illinois, Alton, Illinois, Los Angeles, California, San Francisco, California, and New York, New York, where we have a national practice focused on pharmaceutical mass torts and products liability cases generally.  A more in depth description of the firm can be found at www.simmonspharmalaw.com and www.simmonsfirm.com.  I am licensed to practice law in Illinois, Missouri, Texas and Pennsylvania, where I remain in good standing. I am also licensed to practice in the following federal districts: Central, Northern and Southern Districts of Illinois; Northern and Southern Districts of Texas; Eastern District of Missouri; Eastern and Western Districts of Arkansas; District of Colorado and the United States Court of Appeals for the Fifth Circuit.

2. I currently serve as Plaintiffs' Co-Lead Counsel in *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545, on the Plaintiffs' Executive Committee in *In Re: Propecia (Finasteride) Products Liability Litigation,* MDL No. 2331, and the Plaintiffs' Steering Committee in *In Re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation,* MDL No. 2244. Additionally, I have served on the Plaintiffs' Steering Committees in *In Re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2100 and as a member of the Discovery Committee in *In Re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*, MDL No. 2197.

3. Over the past decade and a half, I have litigated and resolved, collectively, thousands of cases in the following MDL litigations: *In Re: Ephedra Products Liability Litigation*, MDL No. 1598, *In Re: Phenylpropanolamine (PPA) Products Liability Litigation*, MDL No. 1407, *In Re: Oxycontin Products Liability Litigation*, MDL No. 2005, *In Re: Ortho Evra Products Liability Litigation*, MDL No. 1742, *In Re: Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation*, MDL No. 1905, *In Re: Zyprexa Products Liability Litigation*, MDL No. 1596, *In Re: Vioxx Products Liability Litigation*, MDL No. 1657, *In Re: Bextra/Celebrex Marketing Sales Practices and Products Liability Litigation*, MDL No. 1699, *In Re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2100, *In Re: Avandia Marketing, Sales Practices And Products Liability Litigation*, MDL No. 1871, *In Re: Chantix (Varenicline) Products Liability Litigation*, MDL No. 2092, and *In Re: Pradaxa (Dabigatran Etexilate) Products Liability Litigation* MDL No. 2385, and *In Re: Topamax Litigation* in the Court of Common Pleas, Philadelphia County, Pennsylvania.

4. My firm currently handles cases on behalf of plaintiffs in the following MDL litigations: *In Re: Testosterone Replacement Therapy Products Liability Litigation*, MDL No. 2545, *In Re: Propecia (Finasteride) Products Liability Litigation,* MDL No. 2331, *In Re: Actos (Pioglitazone) Products Liability Litigation*, MDL No. 2299, *In Re: Mirena IUD Products Liability Litigation*, MDL No. 2434, *In Re: Lipitor (Atorvastatin Calcium) Products Liability Litigation*, MDL No. 2502, *In Re: DePuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation*, MDL No. 2244, *In Re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*, MDL No. 2197, as well as the collective SSRI and Transvaginal Mesh MDL litigations. Additionally, I have been part of the trial selection process in the Avandia, Chantix, Lipitor and YAZ litigations, with clients being chosen for bellwether trials in the Eastern District of Pennsylvania, Northern District of Alabama, District of South Carolina and Southern District of Illinois, respectively.

5. With respect to this Xarelto (Rivaroxaban) litigation, I have demonstrated my willingness and availability and am fully prepared to commit the necessary time and resources, including several attorneys and all needed staff, to effectively serve as a member of the PSC. My firm currently has 5 Xarelto cases on file with almost 200 more currently being vetted for filing. Since the inception of this litigation, I have actively coordinated with other Plaintiffs' counsel regarding the Xarelto litigation, including the Herman, Herman & Katz firm, with whom I work closely on the *In Re: Testosterone Replacement Therapy Products Liability Litigation*.

6. My first priority is the zealous, ethical and competent representation of all of the Plaintiffs who have alleged injury as a result of the use of Xarelto. My request to serve on the PSC for this litigation is a direct result of my dedication and commitment to this litigation that

has been ongoing since the summer of 2014. My firm represents clients who have sustained very real and severe injuries, and we are committed to the best representation possible on their behalf.

7. I understand the importance of cooperating with my colleagues, both from the Plaintiff and Defense bars. Much of my success is a direct result of my ability to negotiate and to cooperate with others. My firm and I have demonstrated the leadership required to be a member of this PSC and have the resources, experience and relationships with other firms involved in this litigation to ensure that this proceeds efficiently and fairly.

8. My firm possesses the requisite legal experience and financial ability to manage and prosecute the Xarelto litigation. Simmons Hanly Conroy has a long and established track record of success in both mass tort and single event cases. Since its inception in 1999, Simmons Hanly Conroy has collected verdicts and settlements of over $5 billion dollars on behalf of its clients. The firm is debt free and has never been unable to prosecute a case due to financial constraints. Employing over 60 attorneys, Simmons Hanly Conroy has the resources available to successfully prosecute this or any other litigation.

9. I look forward to the opportunity to serve on the Plaintiffs' Steering Committee and I respectfully submit that I would welcome any role the Court deems appropriate.

January 30, 2015  /s/ Trent. B. Miracle
Trent B. Miracle
**SIMMONS HANLY CONROY**
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
tmiracle@simmonsfirm.com

**CERTIFICATE OF SERVICE**

      I, Trent Miracle, hereby certify that on the 30th day of January 2015, I electronically transmitted a true and exact copy of the foregoing document, to the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all attorneys of record who are ECF registrants.

                                            */s/ Trent. B. Miracle*
                                            Trent B. Miracle