IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

_____
                                               :
IN RE:                                         :        MDL No. 2592
XARELTO PRODUCTS LIABILITY     :        Case No. 2:14md2592
LITIGATION                               :
                                               :
_____ :
THIS DOCUMENT RELATES TO       :
ALL CASES

APPLICATION OF DERRIEL C. MCCORVEY FOR
APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Derriel C. McCorvey requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee ("PSC") in MDL No. 2592. Mr. McCorvey respectfully requests that this Court consider and accept this application, and that Mr. McCorvey be appointed to the PSC herein. In support thereof, he states as follows:

Mr. McCorvey is counsel of record in the following case in the Xarelto Products Liability Litigation, *John Goodwin v. Janssen Research & Development, LLC, et al; Case No. 2015-cv-187,* which was originally filed 01/30/2015 in the United States District Court, Western District of Louisiana, Shreveport Division.

This Court should ensure that designated counsel fairly represent the various interests in the litigation. Where diverse interests exist among the parties, the court may designate a committee of counsel representing different interests.[1] The importance of representativeness and diversity in the appointment of MDL PSC should be emphasized.

Mr. McCorvey is African American and would be representative of many Plaintiffs in the putative class. In a case of this magnitude, minorities need and should have a racially diverse steering committee to ensure minorities have a voice in this litigation.

Mr. McCorvey possesses the willingness and availability to commit to this time-consuming project. Mr. McCorvey has demonstrated an ability to work cooperatively with others, and has extensive

---

[1] Manual for Complex Litigation, Fourth; §10.224

1

professional experience in diverse areas of litigation, from class actions to maritime injuries to automobile accidents to wrongful death, and other legal causes of action.

Mr. McCorvey has been appointed to the Plaintiffs' Steering Committees in MDL NO. 2323, In re: National Football League Players' Concussion Injury Litigation, MDL NO. 2391, In re: Biomet M2a Magnum Hip Implant Products Liability Litigation and MDL NO. 2545, In re: Testosterone Replacement Therapy Products Liability Litigation. Mr. McCorvey was appointed to several common benefit committees, in the MDL NO. 2179, In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010. He is also involved in MDL NO. 2299, In re: Actos (Pioglitazone) Products Liability Litigation, 6:11-MD-2299; In Re: American Medical/ In re: Pelvic Repair; 2:12-md-02325, MDL. NO. 2328, In re: Pool Products Distribution Market Antitrust Litigation.

Mr. McCorvey has demonstrated his ability to work well with co-lead counsel, liaison counsel, other members of the PSC and other committee members of his workgroups in the NFL Concussion litigation, Biomet litigation, Testosterone Replacement Therapy litigation, BP Oil Spill litigation, Pool Products litigation and that of Actos as well as Transvaginal Mesh litigation.

Mr. McCorvey has over 15 years of trial experience, encompassing a vast scope of legal representation. Mr. McCorvey received a Bachelor of Arts degree in economics in 1993 from Louisiana State University where he also was an all S.E.C. defensive back for the L.S.U. Fighting Tigers. He received his Doctorate of Jurisprudence from the Southern University Law Center in 1998, after a brief career in the NFL with the Indianapolis Colts.

Mr. McCorvey is admitted to practice in: Louisiana and Texas; U.S. District Courts for the Western and Eastern Districts of Louisiana and U.S. 5TH Circuit Court of Appeal, and likewise, he has been admitted pro hac vice in the U.S. District Courts, Eastern and Southern Districts of Texas and the Northern District of Georgia.

Mr. McCorvey has handled virtually every type of case in the area of civil litigation. Mr. McCorvey has tried cases in state and federal courts throughout Louisiana and Texas. To wit: [*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL NO. 2179 (EDLA); City of*

*New Orleans Employee's Retirement System v. Hayward, et al, Case No. 10-cv-1640 (EDLA); Calvin Richard v. BP, PLC, et al; Case No. 10-cv-01438 (EDLA); Richard Brondum et al v. BP, PLC, et al; Case No. 10-cv-01613 (EDLA); Joshua Danzig v. BP, PLC, et al; Case No. 10-cv-01726 (EDLA); Jarvis Harmon, Sr. v. BP, PLC, et al; Case No. 10-cv-1931(EDLA); Rickey Mergist v. Multi- Chem Group, L.L.C., et al, Case No. 11-cv-1821(WDLA); United States v. Ernie Joseph Davis, Case No. 01-cr-00074 (EDTX); Raphiel Simien v. Louie Padilla, et al, Case No. 02-cv-2530 (WDLA); Larry Jones v. Delta Towing, L.L.C., et al Case No. 06-cv-02347 (EDLA); Denna Bly v. United Fuels & Lubricants, L.L.C., et al, Case No. 08-cv-00051 (WDLA); Garland Jean-Batiste v. Lafayette City-Parish Government, et al, Case No. 08-cv-01985 (WDLA); United States v. Clifton J. Trahan, Case No. 08-cr-00088 (EDTX); United States v. $112,032.00 U.S. Currency; Case No. 08-cv-00686 (EDTX); United States v. Darius Nathaniel Fisher, Case No. 08-cr-0205 (WDLA); United States v. Darius Nathaniel Fisher, Case No. 10-30424 (USCOA 5th Cir.); Shawn D. Jackson v. Hall County Sheriff's Office, et al, Case No. 10-cv-00070 (NDGA); Larry Jones, Jr. v. HUB Enterprises, Inc., Case No. 11-cv-00347 (WDLA); and Shawn D. Jackson v. Hall County Government, et al, Case No. 11-cv-00058 (NDGA).; Brooks et al V. National Football League et al; Case No. 2:12-cv-0094–SSV-DEK; Oasis Pool Service, Inc. v. Pool Corp., et al, Case No. 12-cv-01095 (EDLA); Beauregard-Southerland, et al v. Boston Scientific Corp., et al, Case No. 5:12-cv-02317(WDLA); David L. Hurt, et al v. Biomet, Inc., et al; Case No. 2012-cv-00604–FTM-SPC (MDFL); Daniel Duffy, Jr. and Tonya Duffy v. Pfizer, Inc., et al; Case No. 6:14-cv-01050 (WDLA); Brandy Babin and Jim Babin v. C.R. Bard, Inc., Case No. 2:14-cv-25814 (SDWV).* \*\*\*\*

Mr. McCorvey is ready, willing, able, and available to participate in all pretrial, discovery and trial work necessary, knowing full well the intensive time demands required of this litigation. Mr. McCorvey also has available sufficient staff and resources to devote to this litigation and can meet any and all financial contributions that may be necessary to ensure the smooth, efficient, professional, and successful workings of the PSC.

The litigation of this case will require the cooperative efforts of all of the attorneys involved, many of whom are from different parts of the country with different talents and experiences. The ability to

function as a team, that is to work cooperatively toward a common goal while overcoming differences, obstacles, and disagreement, is vital to the success of the PSC. Mr. McCorvey's life experience as a team player makes him uniquely suited to be appointed to this PSC.

WHEREFORE, Derriel McCorvey respectfully requests appointment to the PSC.

Respectfully Submitted by:

                                            **THE LAW OFFICE OF**
                                            **DERRIEL C. McCORVEY, L.L.C.**

                                            /s/ Derriel C. McCorvey
                                            Derriel C. McCorvey
                                            LABR# 26083 / TXBR# 24073351
                                            Post Office Box 2473
                                            115 W. Main Street, Suite 14
                                            Lafayette, LA 70501
                                            Tel.: (337) 291-2431
                                            Fax: (337) 291-2433
                                            Email: derriel@mccorveylaw.com
                                            **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that the above and foregoing *Application of Derriel C. McCorvey for Appointment to the Plaintiffs' Steering Committee* has been served on all Counsel, by filing electronically with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana on January 30, 2015, by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2592.

        /s/ Derriel C. McCorvey