**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

*************************************************************************

THIS DOCUMENT RELATES TO:  ALL CASES

### APPLICATION OF J. CHRISTOPHER ZAINEY, JR FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT comes J. Christopher Zainey, Jr., of the Williams Law Group, LLC, who respectfully moves this Honorable Court for an appointment to the Plaintiffs' Steering Committee ("PSC") in the instant matter, *In re:  Xarelto (Rivaroxaban) Liability Litigation*, MDL-2592.

I currently serve as counsel of record in the following matter: *Julius Wollfarth, Jr., in his own right and on behalf of Julius Wollfarth, Sr. v. Janssen Research & Development, LLC, et al.*, Case No. 2:15-cv-00298 (E.D. La.), a *Xeralto* death case pending in this District, and I intend on filing more *Xeralto* cases in to this MDL.  I not only have the willingness and availability to commit to such a time-consuming and worthwhile undertaking, but as important, I have the dedication, energy, desire, work ethic and personal capacity to fully and effectively see this litigation to its end and to a just result for all aggrieved.  While working with Conrad "Duke" Williams as his second chair on the Plaintiffs' Steering Committee in MDL-2179, *In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* I worked vigorously and tirelessly assisting the PSC throughout discovery, including depositions in the

United States and United Kingdom, and in preparation for the highly complex *Phase One* trial on liability which commenced in February 2013 and lasted almost eight weeks. For over two years preceding the *Phase One* trial, I not only spent significant time aiding the PSC in its efforts against BP, Transocean, Halliburton and the other co-defendants in the *Deepwater Horizon* MDL, I also maintained a leading role in several other noteworthy cases, including the efficient prosecution and just settlement of a highly complex maritime products liability matter in the Eastern District of Louisiana, *Jeffrey Mock and Brian Mock in their own right and on behalf of the Estate of Kenneth J. Mock v. Grady White Boats, Inc., et al.*, Civil Action No. 11-CV-2057, c/w 11-CV-2061, c/w 11-CV-2653, 11-CV-3039.

    I recognize clearly the critical importance of working closely with other members of the PSC and opposing counsel. It is imperative in all cases, especially mass tort cases, for all counsel, plaintiff and defense alike, to cooperate with each other, and to act with the utmost integrity and professionalism towards each other, so that justice for the parties can be reached as expeditiously as possible. My ability and willingness to work cooperatively with others is demonstrated not only by the fact that most of my current personal injury case load is based on referrals from both plaintiff and defense lawyers, who have successfully and professionally worked with me on previous matters, but also my service in a variety of leadership roles throughout the Louisiana State Bar Association ("LSBA"). I currently serve as Co-Chairman of the LSBA's Community Action Committee where the group's focus is working together as lawyers for the betterment of the community at large. I also serve on the LSBA's House of Delegates and as a member of the Association's Legislative Committee. The success of this committee relies heavily on lawyers from a variety of diverse backgrounds and practices coming together to help ensure the proposal and enactment of just laws governing our profession within

our state at the legislative level. Additionally, while it was both an honor for me, as well as an unparalleled experience to work with some of our country's finest trial attorneys throughout the *Deepwater Horizon* MDL, I also developed a network of friends, colleagues and resources from around the country who I can assure this Honorable Court would attest to my work product and ability to effectively work with people for a common cause.

Since the earliest stage of my legal career, the majority of my practice has been in federal court – first as a federal judicial law clerk for U.S. District Judge James J. Brady in the United States District Court for the Middle District of Louisiana, and then in private practice with the Williams Law Group LLC. Recently, I was selected as a *2015 Louisiana Super Lawyers Rising Star* in the area of personal injury, and I have maintained a case load of a complex and varying nature within this practice area throughout my career. My work as a former federal law clerk, combined with my experience in litigating complex personal injury cases, including product defect cases, and my work with Duke Williams and the other PSC members in the *Deepwater Horizon* multi-district litigation, have fully prepared me for a position on the Plaintiffs' Steering Committee in this matter.

Finally, I have the financial resources available to help support this MDL, and I am willing to commit the time necessary for the prosecution of this matter on behalf of the plaintiffs. I assure your Honor that, if selected, I will serve on the PSC with the highest degree of professionalism, dignity and respect for this Honorable Court, my clients and my colleagues.

    Respectfully Submitted:

    */s/ J. Christopher Zainey, Jr.*
    _____
    **J. CHRISTOPHER ZAINEY, JR. (#32022)**
    Williams Law Group, LLC
    909 Poydras Street, Suite 1625
    New Orleans, LA 70112

Telephone:  504-293-5068
Telephone:  985-876-7595
Facsimile:   985-876-7594
chris@williamslawgroup.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM / ECF filing system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.  Additionally, a copy of this document was served on all counsel listed on the counsel service list attached to Pre-Trial Order No. 1 and designated as Schedule B.

*/s/ J. Christopher Zainey, Jr.*
**J. Christopher Zainey, Jr.**