UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *MDL NO. 2592<br>*<br>*SECTION L<br>*<br>*JUDGE ELDON E. FALLON<br>*<br>*MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### APPLICATION OF KENNETH B. MOLL FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, Kenneth B. Moll of Moll Law Group, Ltd. submits this Application for appointment to serve on the Plaintiffs' Steering Committee.

Mr. Moll is Founder and Owner of Moll Law Group, Ltd. in Chicago, Illinois. Mr. Moll is a graduate of the University of Wisconsin-Madison (B.A. 1984) and IIT Chicago-Kent College of Law (J.D. 1988). Mr. Moll is committed to serving in a leadership role and as a team member on the Plaintiffs' Steering Committee; is available to commit the necessary time and resources in pursuing this matter on behalf of his clients and all other plaintiffs nationwide; is able to work cooperatively with others as exhibited by his participation and vast experience in past mass tort and class actions, the following of which is a partial list.

**DPT VACCINE LITIGATION**

In 1986, The National Vaccine Injury Compensation Program was authorized by Congress to compensate children crippled by inoculations or the families of those killed by them. In 1989, Ken Moll won the maximum verdicts for two families from California and Oregon that each lost a child as a result of DPT vaccine. In 1990, Ken Moll won over $4.5 million, a nation high verdict, for the family of a Pennsylvania boy suffering chronic seizures and needing around-the-clock care.

**IN RE: SILICONE GEL BREAST IMPLANTS PRODUCTS LIABILITY LITIGATION (MDL 926)**

In the early 1990s, Ken Moll's law firm filed numerous lawsuits against the manufacturers of silicone gel breast implants claiming autoimmune disorders resulting from ruptured and leaking breast implants.

**CASTANO TOBACCO LITIGATION**

Ken Moll was one of 56 members of the Castano Tobacco Litigation Group that sued the Tobacco Industry under novel legal and scientific theories. The Castano Litigation Group had a major impact in the tobacco litigation wars that led to a $206 billion Master Settlement Agreement (MSA) in November, 1998.

**SARA LEE BALL PARK FRANK HOT DOGS LITIGATION**

In December, 1998, Ken Moll's law firm filed a nationwide class action lawsuit and several wrongful death lawsuits against Sara Lee on behalf of consumers who suffered gastroenteritis, listeriosis and death from listeria-contaminated Ball Park Frank hot dogs and other contaminated meat products.

**IN RE: DIET DRUGS LITIGATION (MDL 1203)**

Ken Moll's law firm filed the first nationwide class action lawsuit against the makers of Fen-Phen for personal injuries and death. In 1999, after years of multidistrict litigation, the manufacturers agreed to a $4.8 billion settlement for all victims in the national class action.

**IN RE: BRIDGESTONE/FIRESTONE, INC., TIRES PRODUCT LIABILITY LITIGATION (MDL 1373)**

On August 28, 2000, following the world's largest tire recall in history, Ken Moll's law firm filed the first nationwide class action lawsuit against Bridgestone and Firestone as a result of numerous injuries and deaths associated with tire tread separations and rollovers of Ford Explorers equipped with Firestone tires. As a result of the litigation,

numerous confidential settlements for personal injuries and death were obtained and additional tires were recalled.

### IN RE: BAYCOL PRODUCTS LIABILITY LITIGATION (MDL 1431)

Ken Moll's law firm filed the first worldwide class action lawsuit on August 14, 2001 alleging that Baycol caused rhabdomyolysis, a disease which can cause damage to muscle, kidney failure and death. On August 21, 2001, Ken Moll's law firm filed a motion to consolidate all cases filed in federal court, which was granted.[1]

### IN RE: EPHEDRA PRODUCTS LIABILITY LITIGATION (MDL 1598)

On May 12, 2003, Ken Moll's law firm filed the first nationwide class action lawsuit against the manufacturers of ephedra alleging sudden cardiac complications, strokes and deaths associated with its use. After several years of litigation and settlement negotiations, the manufacturers entered into settlement agreements for all cases filed by multiple law firms totaling $165.26 million.

### IN RE: VIOXX PRODUCTS LIABILITY LITIGATION (MDL 1657)

Ken Moll's law firm filed the first worldwide class action lawsuit on behalf of numerous U.S. claimants as well as claimants from several countries. In 2007, Merck agreed to pay $4.85 billion to settle most of the claims.

---

[1] On February 1, 2002, Mr. Moll was appointed to the Executive Committee and Plaintiffs' Steering Committee. Mr. Moll was later removed from the Plaintiffs' Steering Committee but allowed to continue to represent his clients by order entered by Judge Michael J. Davis stemming from the filing, by an Associate at Ken Moll's law firm, of a Motion to Intervene on behalf of a Public Prosecutor in Italy. Mr. Moll is seeking his first appointment to a Plaintiffs' Steering Committeee since the Baycol Litigation. Mr. Moll wants to assure this Court that he will exhibit the professionalism, leadership and cooperation that is expected of all counsel in this litigation.

**IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION (MDL 1699)**

Ken Moll's law firm filed a nationwide class action lawsuit on April 11, 2005. After years of litigation, in October, 2008, Pfizer agreed to an $894 million settlement of Bextra and Celebrex claims.

Moll Law Group is investigating multiple Xarelto claims nationwide. Mr. Moll appears as counsel in Gilbert Norton v. Janssen Research & Development, LLC, et al., Eastern District of Louisiana 15- cv-00241.

For the reasons stated herein, Mr. Kenneth B. Moll respectfully requests that he be appointed to the Plaintiffs' Steering Committee. Mr. Moll is eager and would be honored to demonstrate his professionalism, work ethic and commitment in this case.

WHEREFORE, Kenneth B. Moll of Moll Law Group, Ltd. respectfully requests this Court issue an Order appointing him to the Plaintiffs' Steering Committee.


Dated:  January 30, 2015                    Respectfully submitted,

                                              **MOLL LAW GROUP, LTD.**

By:   /s/Kenneth B. Moll
        Kenneth B. Moll (IL. Bar No. 6199874)
        **MOLL LAW GROUP, LTD.**
        401 N Michigan Avenue
        12th Floor
        Chicago, IL 60611
        Telephone: 312.462.1700
        Facsimile:  312.756.0045
        kmoll@molllawgroup.com

5

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Application of Kenneth B. Moll for Appointment to Plaintiffs' Steering Committee was served via email or U.S. Mail on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically on the below date and is available for viewing and downloading from the ECF System of United States District Court for the Eastern District of Louisiana this the 30th day of January, 2015.

/s/ *Kenneth B. Moll*
Kenneth B. Moll