UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * |
| | * SECTION L |
| | * |
| | *JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

THIS DOCUMENT RELATES TO: ALL CASES

**APPLICATION OF ETHAN FLINT FOR THE APPOINTMENT TO THE PLAINTIFF'S STEERING COMMITTEE**

Pursuant to Pretrial Order #1, Ethan Flint of Flint & Associates respectfully files this application for appointment as a member of the Xarelto (Rivaroxaban) Products Liability Litigation Plaintiff's Steering Committee and states the following:

## I.   CRITERIA PURSUANT TO PTO 1, ¶ 16

### A.  Representation of Xarelto Clients

Ethan Flint is counsel for seven Xarelto cases filed in, transferred to or being transferred to this Court:

Danforth v. Janssen Research & Development LLC et al, SDIL no. 14-01319
Goodwin v. Janssen Research & Development LLC et al, WDLA no. 15-00187
McCoy v. Janssen Research & Development LLC et al, SDIL no. 15-00067
Marrs v. Janssen Research & Development LLC et al, SDIL no. 14-01295
Sokol et al v. Janssen Research & Development LLC et al, SDIL no. 14-1332
Williams v. Janssen Research & Development LLC et al, EDLA no. 15-00310
Yarnick et al v. Janssen Research & Development LLC et al, EDLA no. 15-00171

### B.  Willingness and Ability to Commit to a Time-Consuming Project

Flint & Associates is prepared to dedicate four attorneys—Ethan Flint, David Cannella, Andrew Callahan, and Jacob Flint—to work on the PSC in the Xarelto (Rivaroxaban) Products Liability Litigation in the areas of discovery, briefing, trial, settlement and/or organization of the

PSC.   Flint & Associates is currently in the process of evaluating and screening more than 100 Xarelto cases for filing in this Court.  The firm has been involved in this litigation since its inception, having filed three Xarelto cases pre-consolidation in the Southern District of Illinois. The firm briefed in favor of MDL consolidation and attended the JPML hearing on December 4, 2015 in Charleston, South Carolina.

### C.  Ability to Work Cooperatively with Others

Attorneys Ethan Flint, David Cannella, Andrew Callahan, and Jacob Flint have never been sanctioned by any court or bar association for any professional or ethical violations and have consistently demonstrated an ability to practice law in a professional manner and work with other plaintiff attorneys and defense attorneys within a spirit of cooperation.

### D.  Professional Experience in this Type of Litigation

Attorney Ethan Flint is the founding partner of Flint & Associates.  Ethan has collected hundreds of millions of dollars for his clients in products liability litigation including asbestos, benzene, environmental toxic tort, Pradaxa, Paxil and other SSRI/SNRI antidepressant birth injury cases, HRT (Pempro), Yaz/Yasmin/Ocella and transvaginal mesh.  Ethan has worked with many other plaintiff firms in his capacity as settlement and coordinating counsel in asbestos litigation.  Ethan is licensed to practice in Illinois and Kentucky as well as the Southern District of Illinois; he has tried to verdict personal injury cases in Illinois and Kentucky state courts. Ethan is an active member of the Leaders Forum of the American Association for Justice as well as the Illinois Trial Lawyers Association and various other local bar organizations.

Attorney David Cannella has fifteen years of litigation experience, including nearly one hundred trials and extensive appellate work.  David is a former judicial law clerk for Chief Justice Pascal Calogero of the Louisiana Supreme Court and an assistant district attorney for the

Honorable Harry Connick.  David is the founding member of Cannella Law Firm, LLC and Of Counsel at Flint & Associates.  David has been involved in the following class action litigations: *Robert Bourgeois, et al. v. A.P. Green Industries, Inc., et al.,* 24th Judicial District Court, Jefferson Parish, State of Louisiana, Case No. 488-642, Division "Y"; *Ronald Eckerle v. Northrop Grumman Ship Systems, Inc., et al.,* USDC, E.D. La., Civil Action No. 2010-1460; *Sherry Watters, et al. v. Department of Social Services, et al.,* Orleans Parish Civil District Court, State of Louisiana, Case No. 2001-17775, Division "J"; *Patrick Joseph Turner, et al. v. Murphy Oil USA, Inc.,* USDC, E.D. La., Civil Action No. 2005–4206; *Leo Pollard, Jr., et al. v. Alpha Technical, et al.,* Orleans Parish Civil District Court, State of Louisiana, Case No. 2001–8708, Division "D".  David is licensed to practice in Louisiana, the District of Columbia, United States District Court for the Eastern, Western and Middle Districts of Louisiana, and United States Court of Appeals for the Fifth Circuit.  Since November 2012, David has won three multi-million dollar verdicts in state court trials.

Attorney Andrew Callahan is currently representing a client selected as a trial pool case in the transvaginal mesh multi-district litigation, In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation.  In this capacity, Andrew has worked with the transvaginal mesh PSC in preparation for trial.   Andrew is licensed to practice in Missouri, Illinois and Texas as well as the Eastern District of Missouri, Central District of Illinois and Southern District of Illinois; he has tried personal injury cases to verdict in the state courts od Illinois, Missouri and Kentucky.

Attorney Jacob Flint has represented clients in the transvaginal mesh, Pradaxa, YAZ, Gadolinium, Kugel mesh, SSRI/SNRI antidepressant birth injury, Fosamax ONJ, Fosamax femur fracture, Mirena, Accutane, Reglan, Levaquin, Granuflo, Prempro, and Zyprexa litigations.

Jacob is licensed to practice in Missouri and Illinois as well as the Eastern District of Missouri, Western District of Missouri and Southern District of Illinois; he has tried to verdict personal injury cases in both the state and federal courts.  Jacob is an active member of the American Association for Justice as well as the St. Louis Metropolitan Bar Association.

### E.  Willingness to Commit the Necessary Resources to Pursue this Matter

Flint & Associates is a law firm of 15 attorneys and 20 fulltime support staff, with offices and attorneys located in Glen Carbon, Illinois; Paducah, Kentucky; Houston, Texas and New Orleans, Louisiana.  Flint & Associates has made the Xarelto litigation a top priority and has budgeted to fund the work required by the PSC.

## II.      CONCLUSION

As set forth above, Ethan Flint and the attorneys at Flint & Associates are willing, able and qualified to serve on the Xarelto (Rivaroxaban) Products Liability Litigation.  Wherefore, Ethan Flint respectfully requests that this Court choose him to serve on the Plaintiff's Steering Committee for this litigation.

DATED:  February 2, 2015                                                     Respectfully submitted,

/s/ *Ethan A. Flint*                            .
Ethan A. Flint, IL Bar No. 6286170
FLINT & ASSOCIATES, LLC
112 Magnolia Drive
Glen Carbon, IL 62034
Phone:  618-288-4777
Fax:  618-288-2864
E-Mail:  eflint@toverdict.com
Attorney for Plaintiffs

## CERTIFICAT OF SERVICE

I hereby certify that on February 2, 2015, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court using the Court's CM/ECF system.  Notice of this filing will be send to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of the foregoing has been served on all counsel listed on the Panel Attorney Service List attached to PTO 1 and designated as Schedule B.

*/s/ Ethan A. Flint*_____