**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) | MDL NO. 2592 |
| | ) ) | SECTION "L" |
| | ) ) | JUDGE ELDON E. FALLON |
| | ) ) | MAG. JUDGE NORTH |
| _____ | ) | |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

**APPLICATION FOR APPOINTMENT OF THOMAS SIMS**
**TO THE PLAINTIFFS' STEERING COMMITTEE**

Pursuant to Pretrial Order No. 1, Thomas Sims makes this application for appointment to serve on the Plaintiffs' Steering Committee ("PSC") in this matter.

Mr. Sims and the law firm of Baron & Budd are willing and able to commit the significant time and financial resources that will be required for the successful management of this MDL.  Mr. Sims has cooperated and worked effectively with courts, defense counsel and his fellow plaintiffs' counsel, and he has extensive experience in major mass tort pharmaceutical litigation as well as other complex cases.  Baron & Budd is among the largest plaintiffs' law firms in the country, and Mr. Sims will therefore be able to call upon significant resources in assisting the PSC in its mission.

**A) Willingness and Availability to Commit to a Time-Consuming Project**

Mr. Sims's involvement in this MDL will be a team effort, led by Mr. Sims but including other key members of the firm, including its co-founder Russell Budd and shareholder Burton LeBlanc.  Mr. Sims and Baron & Budd will commit the time, energy, and financial resources to this case, making it a matter of their highest priority.

Since Baron & Budd's founding almost 40 years ago, it has garnered national acclaim for its complex litigation work on behalf of plaintiffs in cases like this.  A representative sample of the firm's noteworthy accolades include the following:

• Selected this year as one of America's Elite Trial Lawyers by The National Law Journal, a recognition that is reserved for firms that have achieved significant, groundbreaking results on behalf of plaintiffs within the past year and have an established track record of delivering impressive results.

• Repeatedly named to the National Law Journal's "Plaintiffs' Hot List" of exemplary plaintiffs' firms in the United States.

•        Nominated for the Public Justice Foundation's Trial Lawyer of the Year Award four times, most recently in 2013, including for the recovery of more than $400 million in product liability case filed on behalf of 150 municipalities from 17 states and for its bank overdraft fee class action litigation.

•        Selected by American Lawyer as one of the sixteen most successful plaintiffs' firms in the country and repeatedly selected by The Legal 500 as one of the country's premier law firms in mass tort and class action litigation.

These accolades provide further confirmation of the firm's ability to excel in complex litigation.

### B) Ability to Work Cooperatively with Others

Mr. Sims and members of his firm have been fortunate to serve on the leadership committees of numerous challenging cases.  A common thread in achieving success in such cases is a well-managed leadership structure populated by talented lawyers committed to efficiency, communication and collaboration.

Mr. Sims and Baron & Budd has been actively involved in fostering cooperation among plaintiffs' counsel through the American Association for Justice.  Mr. Sims currently serves as the co-chair of the Fluoroquinolone Litigation Group, and he is also a member of the Lipitor Litigation Group, the Section on Toxic, Environmental, and Pharmaceutical Torts, the Gulf Coast Oil Spill Litigation Group, and the Quit Tam Litigation Group.

Mr. Sims commits to working with any group of lawyers selected by this Court to achieve the best possible outcome for the class.

### C) Professional Experience in this Type of Litigation

Mr. Sims and Baron & Budd are extremely well suited to serve on the PSC because of their leadership role and extensive experience in numerous multi-state, complex cases, including several pharmaceutical cases, involving federal claims, common law claims and the laws of many different states.  A representative sample of cases involving Baron & Budd attorneys includes:

•        Represented the states of Mississippi, Maryland, Kentucky, West Virginia, South Carolina, Utah and New Mexico in lawsuits against GlaxoSmithKline arising out of the fraudulent marketing of the drug Avandia that resulted in a $177 million settlement.

•        Served on Plaintiffs' steering committees in a number of pharmaceutical coordinated proceedings, including MDL No. 2187 (In re C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation), MDL No. 2428 (In Re: Fresenius Granuflo/Naturally Dialysate Products Liability Litigation) and Cal. JCCP No. 4761 (In re Lipitor Litigation).

•        Served on both the Plaintiffs' Executive Committee and Steering Committee of the Gulf Oil Spill MDL case.

•        Served on the Plaintiffs' Steering Committee in a multi-state class action concerning the manipulation of bank overdraft fees.  The firm helped achieve a $410 million settlement with Bank of America and was co-lead counsel in negotiations that resulted in a $110 million settlement with JPMorgan Chase.

•       Served on the Plaintiffs' Steering Committee that achieved a landmark nationwide settlement involving the manufacture and sale of defective Chinese drywall, valued at between $800 million and $1 billion.

Mr. Sims has been fortunate to work on a number of challenging mass tort cases during his 15-year career at Baron & Budd.  Mr. Sims takes particular pride in his contributions as a member of the trial team in the Hurricane Katrina litigation pending in the Eastern District of Louisiana before the Hon. Stanwood R. Duval, Jr.  The litigation resulted in a landmark ruling against the U.S. Army Corps of Engineers for its negligence in maintaining the levees that safeguard the City of New Orleans.  Although the Fifth Circuit ultimately reversed Judge Duval on immunity grounds, the trial shed light on the systemic failures of the Corps to protect New Orleans from Hurricane Katrina. As a result, the Corps instituted a number of changes in its flood protection plans, and thereby vastly improved the safety of New Orleans.

Mr. Sims has received accolades for his own work on complex cases.  Most notably, in 2006 he received the Trial Lawyer of the Year Award for his work on a long-running insurance coverage dispute involving toxic contamination of the groundwater in Tucson, Arizona.

### D) Willingness to Commit the Necessary Resources to Pursue this Matter

Mr. Sims and Baron & Budd have a proven track record of achieving success in pharmaceutical cases like this one.  Baron & Budd is one of the oldest and most successful plaintiff's firms in the country, and it therefore has the talent pool and financial resources to fully participate in every aspect of this case.  The firm has 39 lawyers and 123 support staff, including paralegals and technical support personnel, in offices in Dallas, Austin, Baton Rouge and Los Angeles.   Mr. Sims presently manages the firm's Austin office.

### E) Representation of Xarelto Clients

Mr. Sims and his firm are counsel of record in the following Xarelto actions filed that have been transferred to this Court: *Harlon Tumlinson v. Janssen Research & Development, LLC, et al.*, 2:14-cv-02899 and *Lillian Maggard v. Janssen Research & Development, LLC, et al.*, 2:14-cv-02875.  Ms. Sims and Baron & Budd are also counsel of record in the following Xarelto actions filed in this Court for which transfer to the MDL is pending: *Reyes "Ray" Garcia v. Janssen Research & Development, LLC, et al.*, 2:15-cv-00178 and *Michael Blake and Diana Blake v. Janssen Research & Development, LLC, et al.*, 2:15-cv-00243.

 Mr. Sims and his firm currently represent many other Xarelto clients and are reviewing other potential Xarelto cases from throughout the United States. It is reasonably estimated that Baron & Budd, P.C. will file hundreds of additional Xarelto cases in this MDL.

Considering the foregoing, Thomas Sims of Baron & Budd, P.C. respectfully submits this application and requests appointment to the Plaintiffs' Steering Committee in this matter. He will dedicate his time and resources, as well as that of his firm, to working with and serving the PSC and this Honorable Court.

Dated: February 2, 2015                                             Respectfully submitted,

   /s/ Thomas Sims
Thomas Sims (Texas Bar No.  264174)
**BARON & BUDD, P.C.**
3102 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
*tsims@baronbudd.com*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2015 a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Also, a copy of this document was served on all counsel listed on Schedule B of Pretrial Order No. 1.

   /s/ Thomas Sims
Thomas Sims