IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| ------------------------------------------------------- | ) ) | SECTION L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE ELDON E. FALLON |
| *ALL CASES* | ) | MAG. JUDGE SHUSHAN |
| ------------------------------------------------------- | | |

**APPLICATION OF PERRY R. SANDERS, JR., FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

COMES NOW, PERRY R. SANDERS, JR., of Sanders Law Firm, LLC, and pursuant to the Court's Pretrial Order No.1 dated December 17, 2014, respectfully submits this Application to be Appointed to the Plaintiff's Steering Committee ("PSC") and states as follows:

1.  My name is Perry R. Sanders, Jr., and I am the founding member of Sanders Law Firm, LLC, a Louisiana Limited Liability Company. I have offices in Louisiana and Colorado. I graduated from LSU Law School in 1982, and am a member in good standing of all Louisiana State Courts, the Louisiana Eastern, Middle and Western Federal District Courts, the Federal District Court of Colorado, the Federal Second, Fifth, and Tenth Circuit Courts of Appeal, and the United States Supreme Court. I have been admitted to practice Pro Hac Vice in Federal District Courts in California, Nevada, Arkansas, Mississippi, New York, Texas, Washington, Pennsylvania, and Illinois and have never been denied an application to practice before any court.

2.  I have handled complex litigation for the past 20 years, and have successfully filed and resolved multiple class actions and mass tort cases. I have been appointed lead class counsel in both State and Federal District Courts. I have recovered many millions of dollars in

damages and achieved other significant relief for my clients. I have filed five Federal pharmaceutical class actions. I settled hundreds of Avandia claims outside the MDL. I have worked closely with the PSC in the Zoloft (Sertraline Hydrochloride) Products Liability Litigation, MDL No. 2342, and maintain the second to most cases in that MDL. I have SSRI cases outside the MDL. I maintain a docket of over well over 1,000 Trans Vaginal Mesh cases and work closely with members of the PSC in that litigation. I also maintain a docket of over 2,000 Risperdal cases and am an active and dedicated member of the PSC in the Risperdal and Invega Products Liability Cases, JCCP 4775, located in California Superior Court.

3. I understand epidemiology studies and recently privately co-conducted and co-funded one involving approximately 9,000 of my clients regarding exposure to a complex set of chemicals as a result of a toxic release in Louisiana.

4. I was appointed as lead class counsel in Sandra Deshields-Ford v. Chemical Waste Management, Inc, Et Al, 10-cv-5355, in the 14th Judicial District Court in Louisiana. As lead counsel I resolved over 16,000 claims for victims of that toxic release.

5. I have handled District and Circuit Court cases that have resulted in changes to state laws, changes in corporate and governmental policy and changes in long held Federal jurisprudence. These cases include but are not limited to: *Gonzales vs. NBC*, 155 F. 3rd 618 (2d Cir. 1998) resulting in a significant modification to discovery as it relates to 1st Amendment journalist privilege, *Bryant vs. Jeff Davis Parish* (subject of a 45 minute Dateline special on wrongful interstate stops by police resulting in legislative changes to asset forfeiture laws); *Wallace vs. City of Los Angeles*, United States District Court for the Central District of California, Case No. 2002-cv-02929 (awarded $1.1 million in fees and costs for uncovering LAPD discovery abuse which prompted a change in the City of Los Angeles' litigation discovery

policy); *Stalcup vs. Schlage Lock and Ingersoll Rand*, United States District Court, District of Colorado, Case No. 02-RB-1188 (class certified and upheld at the Tenth Circuit on novel grounds that ultimately caused defendants to agree to test and remediate over 2,000 homes); *Sally Comeaux vs. Condea Vista*, Case No. 95-6359 (successfully forced a buyout of an entire community and also the subject of the recent Sanjay Gupta Special, Toxic Towns USA), and *Club Retro, LLC et al vs. Hilton, et al,* United States District Court for the Western District of Louisiana, Case No. 07-cv-193, with a 51 page Fifth Circuit decision clarifying constitutional issues in favor of my clients in particular and citizens in general. The fact that I have been successful regarding complex legal issues at the Second, Fifth and Tenth Circuit Courts of Appeal, makes me a good candidate for appointment in this matter which could implicate appellate issues.

6. My firm has been retained to represent many clients who took the drug Xarelto. My personal experience with epidemiology studies, complex discovery, mass tort litigation and successful appellate work, coupled with a large client base, make me an ideal candidate to assist in this litigation. I know and respect other applicants and will work cooperatively with all appointees, defense counsel and the Court. If appointed, I will stay with this litigation and devote the time and resources necessary to resolve all cases, <u>no matter their origin</u>. I currently appear as counsel in one (1) case within this litigation (See Exhibit A, SLF MDL 2592 Docket Listing).

7. I will likely have one of the largest Xarelto dockets and if appointed to this PSC will file all cases therein. I more likely than not have the second most cases in the Risperdal JCCP and have the second most cases in the Zoloft MDL. I have learned that maintaining a large number of cases, without membership on the respective PSC, leads to a situation where I have no say or input, and for that reason would be reluctant to have one of the largest case populations

and zero say so regarding tactics of all sorts. As such, I believe it is my duty as a zealous advocate for my clients, to make certain I am involved in decision making as it is happening at the PSC level.

8. In conclusion, I have thoroughly familiarized myself with the Manual for Complex Litigation, 4th Edition, and I respectfully request an appointment to the Plaintiffs' Steering Committee in the Xarelto (Rivaroxaban) Products Liability Litigation, MDL No. 2592

Dated: January 30, 2015

Respectfully Submitted,

/s/ Perry R. Sanders, Jr.
Perry R. Sanders, Jr.
Sanders Law Firm, LLC
31 North Tejon St., Ste. 400
Colorado Springs, CO 80903
Email: perry@scclaw.net
Phone: (719) 630-1556
Fax: (719) 630-7004

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2015, I electronically filed the foregoing **Application of Perry R. Sanders, Jr., for Appointment to the Plaintiffs' Steering Committee** with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

/s/ Perry R. Sanders, Jr.
Perry R. Sanders, Jr.
Sanders Law Firm, LLC
31 North Tejon St., Ste. 400
Colorado Springs, CO 80903
Email:  perry@scclaw.net
Phone: (719) 630-1556
Fax: (719) 630-7004