# **EXHIBIT A**

# **(SLF MDL 2592 DOCKET LISTING)**

1. Latosha Mason Individually and as Representative of Cora Mason and George Mason, Individually v. Janssen Research & Development, LLC *et al.,* and Bayer Healthcare Pharmaceuticals *et al.*, 2:15-cv-0293