UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592, SECTION L |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

∗ * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO: ALL CASES

### APPLICATION FOR APPOINTMENT OF RAVI K. SANGISETTY TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to ¶ 16 of Pretrial Order No. 1 in the above-captioned matter, Ravi K. Sangisetty hereby requests appointment to the Plaintiffs' Steering Committee ("PSC"). Mr. Sangisetty, of the Sangisetty Law Firm LLC, seeks to bring new energy and valuable experience to plaintiffs in the *Xarelto* litigation as a PSC member. He is a skillful and established attorney who has worked all sides of complex litigation—for defendants, plaintiffs, and the courts. Mr. Sangisetty is fully able to devote the time and energy necessary to represent plaintiffs and offers his full resources, including matter-specific resources, as well as his training in the relevant sciences. His representation will comport with the highest levels of professionalism, courtesy, and respect towards co-counsel, opposing counsel, and the Court. Ultimately, Mr. Sangisetty's appointment will advance the Court's stated goals for the PSC and the interests of the plaintiffs in this matter.

### EXPERIENCE

Mr. Sangisetty will bring strong and direct experience from all sides of complex litigation, including that gained during his clerkship with the U.S. District Court for the Eastern District of Louisiana, under the Honorable Stanwood R. Duval, Jr. In 2006 and 2007, Mr. Sangisetty contributed significant time and energy to *In re Katrina Canal Breaches Consolidated Litigation*, 05-cv-4182, the "Katrina Umbrella" under which all cases with legal issues involving the levee breaches were consolidated and categorized. He participated in and observed firsthand the Court's

management of that litigation in meetings with liaison counsel, Judge Duval, and Magistrate Judge Wilkinson, both in the courtroom and judicial chambers. Mr. Sangisetty also drafted opinions in the matter and handled over 100 motions to remand. This work was in addition to his responsibilities handling nearly all of the Court's criminal docket. Mr. Sangisetty has an inside understanding of complex litigation and appreciates the need for efficient resolution of pretrial matters.

Mr. Sangisetty offers years of experience as an advocate in the mass tort and class action contexts, as he has worked both to prosecute and defend against claims in complex litigations. At the law firm of McGlinchey Stafford, he represented a defendant financial institution in a consumer class-action lawsuit before this Court. Mr. Sangisetty also brings experience on the plaintiffs' side of complex litigation through his representation of clients with claims arising from the Deepwater Horizon disaster of 2010.

In recent years, Mr. Sangisetty has developed a reputation among his colleagues for adeptly handling complex personal injury cases, specifically those involving convoluted medical issues. The majority of his practice consists of attorney referrals, including medical malpractice claims, in which he has repeatedly used his time and training, as well as his resources and connections in the area medical community, to gain a deep understanding of the medical science at issue. He has taken this approach in the *Xarelto* litigation, in which he currently represents three claimants, including the case *Sanders v. Janssen Research & Devel., LLC, et al.*, C.A. No. 15-cv-00043 (E.D.La.) and reasonably anticipates filing several more actions in the coming weeks. Before this MDL was formed, he spent considerable time educating himself on the drug's mechanisms and potential for injury in order to develop a deep understanding of the causation issues that would arise in all cases. He has retained and consulted multiple experts in this case, including cardiologists, hematologists, and hospital administrators. Mr. Sangisetty will bring not only an established

understanding of the facts, but also a developed network of medical professionals that will prove to be a resource for plaintiffs.

## BACKGROUND

Mr. Sangisetty is a 2006 graduate of LSU's Paul M. Hebert Law Center. There, Mr. Sangisetty was selected by his peers to chair the Center's Ethics Board and presided over hearings on alleged violations of its Honor Code. He completed his undergraduate education at Princeton University, where as a pre-med student he completed honors courses in chemistry and organic chemistry. Mr. Sangisetty grew up in a family of physicians. His mother, a practicing pediatrician, provides health care to underserved communities, and his father, a urologist, co-founded a surgical hospital in Houma, Louisiana, where Mr. Sangisetty worked as a medical precept during his undergraduate years. With these experiences, he offers valuable background in the relevant sciences and, specifically, in clinical services. He also offers a valuable network of medical professionals, developed over decades through his family, that he regularly utilizes to the benefit of his clients. Additionally, Mr. Sangisetty, a first-generation Indian-American, offers to add diversity of perspective to this PSC, which will likely represent an ethnically and experientially diverse pool of consumers, many from traditionally underserved patient populations.

## COMMITMENT

Mr. Sangisetty stands willing and able to devote considerable time and energy throughout these pretrial proceedings, as he is not currently engaged in any other MDL or complex litigation. He will commit all personnel resources of his firm, including his associates:

- Parker N. Hutchinson, who brings two years' direct experience as an associate with Hughes, Hubbard & Reed LLP, lead defense counsel for Merck in the thousand-plus-plaintiff MDL *In re Fosamax Prods. Liability Litig.* (MDL 1789), where he handled nearly all filings, drafted numerous pretrial motions and memoranda, and supported a multi-firm team through four demanding bellwether trials; and

- Mr. Michael E. Lillis, formerly of Tonry, Brinson & Glorioso, who offers plaintiffs'-side experience participating in a failure-to-warn drug case, *Demahy v. Wyeth, Inc.*, 08-cv-3616 (E.D.La.), which was litigated to the U.S. Supreme Court.

Further, Mr. Sangisetty is well aware of the finances required to support the PSC's duties and warrants, without hesitation, that his firm is fully capable of meeting these obligations.

Mr. Sangisetty understands the taxes and strains that complex litigations can place on the parties and the courts and will conduct himself with the utmost respect towards co- and defense counsel, and the Court, to assure that the MDL proceeds efficiently and civilly. In his practice, Mr. Sangisetty has displayed a strong ability to work cooperatively. He knows or works with many of plaintiffs' counsel and is well regarded by them. His advocacy will comport with the highest standards of professionalism, and he will approach his representation with all due integrity.

## CONCLUSION

Mr. Sangisetty's professional experience will add value and new energy to the PSC. He and his attorneys are knowledgeable of the complex litigation process from all sides—including, importantly, the Court's. His substantial work into matter-specific fact development, as well as his background in the sciences, will prove an asset to the *Xarelto* plaintiffs. And he is willing and eager to contribute his time and resources abundantly for their benefit in this MDL.

Respectfully submitted,

SANGISETTY LAW FIRM. L.L.C.

 /s/ Ravi Sangisetty
Ravi K. Sangisetty, La. Bar No. 30709
935 Gravier Street, Ste. 835
New Orleans, Louisiana 70112
Phone: (504) 662-1016
Fax:    (504) 662-1318
rks@sangisettylaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of February, 2015, I electronically filed the foregoing via the Court's ECF System and properly served upon all counsel in Schedule B attached to this Honorable Court's Pretrial Order #1 (Doc. 2).

                                              /s/ Ravi Sangisetty
                                              Ravi Sangisetty