**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE SHUSAN |

**THIS DOCUMENT RELATES TO: ALL CASES**

Pursuant to the Court's Pre-Trial Order Number 1 regarding application for Plaintiff's

Steering Committee membership and the Manual for Complex Litigation, Fourth, § 22.62, Kelly

A. Fitzpatrick, of Ventura Ribeiro & Smith, ("VRS") hereby applies for appointment to the

Plaintiff's Steering Committee for IN RE: XARELTO (RIVAROXABAN) Products Liability

Litigation, MDL No. 2592 (the "Xarelto PSC") and in support thereof states:

I.     WILLINGNESS/AVAILABILITY AND ABILITY TO WORK COOPERATIVELY WITH
       OTHERS

I am willing and able to commit the time and energy to actively and cooperatively serve

on the Plaintiff's Steering Committee to this very important multi-district litigation ("MDL").  I

have always endeavored to be a consensus builder, a good listener, and an effective leader when

working with other attorneys.

I believe I have the ability to meld attorneys, staff, experts and witnesses together to

work for the common good of the clients, and have previously demonstrated my capability to

work collegially with both plaintiff counsel peers and defense counsel as detailed *infra*. I would

be honored if this Court would grant me the opportunity to serve in an official capacity on the

Xarelto PSC.

1

## II.   EXPERIENCE

I am a 2009 graduate of the Seton Hall University School of Law, and licensed to practice in the States of New York (2010), New Jersey (2009) and Connecticut (2010), and before the Southern and Eastern Districts of New York, the District of New Jersey and the United States Supreme Court.  I have been involved in various capacities on numerous pharmaceutical and medical device actions over the years both in federal MDLs and in several state court consolidated actions.  Like the Xarelto litigation, most of the cases I have been involved with include individuals who have suffered from serious injury and death from their use of pharmaceutical drugs and/or medical devices.

I have extensive experience in the mass tort/pharmaceutical field, and have worked on several cases at the federal and state court level including: *In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL 2100 S.D. IL (worked with MDL discovery committee and briefing committee); *In Re: Actos (Pioglitazone) Products Liability Litigation*, MDL 2299, W.D. LA. (worked with the MDL briefing and trial committee); *In Re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation*, MDL 2326 (worked with trial committee); *In Re: Levaquin Litigation* (involved in briefing in New Jersey Superior Court, Atlantic County consolidation); *In  Re:  Propecia Litigation*, MDL 2331, E.D. NY; *In Re: Fosamax* (NJ Superior Court, Atlantic County consolidation); *In Re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation*, MDL 2428; *In Re: Mirena IUD Products Liability Litigation*, MDL 2434, S.D.NY;  *In Re: C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation*, MDL 2187, S.D.WV;  S.D.WV; *In Re: American*

*Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*, MDL 2325, S.D.WV; *In Re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, MDL 2327, S.D.WV; *In Re: Zoloft (Sertraline Hydrochloride) Products Liability Litigation*, MDL 2342, E.D. PA; *In Re: Reglan Litigation* (New Jersey Superior Court, Atlantic County consolidation); *Advanced Medical Optics Complete MoisturePlus Litigation* (California Superior Court, Orange County consolidation).   In addition to litigating cases involving products, I have also litigated other catastrophic injury, medical malpractice and nursing home cases. I possess the requisite experience in law, science and medicine as well as general knowledge concerning the management of MDLs and can assist the court in the fair and efficient administration of the litigation.

## III.   WILLINGNESS TO COMMIT RESOURCES

In addition to my personal experience, I bring with me the considerable experience and resources of my law firm, Ventura Ribeiro & Smith.   VRS is one of the largest and most reputable plaintiff law firms in the State of Connecticut with four offices throughout the state. VRS has handled, and is currently handling, several mass tort cases, including *In Re: Terrorist Attacks on September 11, 2001 Litigation*, MDL 1570, S.D.N.Y;  *In Re: Oil Spill by the Oil Rig Deepwater Horizon Litigation*, MDL 2179, E.D. LA;  *In Re: General Motors Ignition Switch Litigation,* MDL 2543, S.D. NY: *In Re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation* (Massachusetts Superior Court, Essex County consolidation); *Intuitive Surgical da Vinci Robotic Surgical System Products Liability Litigation*. VRS has a proven track record of working tirelessly with plaintiffs' counsel, defense counsel, and the Court in a cooperative and efficient manner.  VRS has the trial acumen, financial resources, experience, and professional relationships to help prosecute the Xarelto case to a successful conclusion.

3

I believe that VRS will have a significant stake in this litigation.  At this juncture, we have filed Smith v. Janssen Research & Development, LLC, et al., Case No: 3:15-cv-00129 in the District Court of Connecticut, and will be filing many other cases in the future.  In conclusion, for the foregoing reasons, I respectfully request that the Court consider appointing me to the Xarelto Plaintiff's Steering Committee.

Dated:  February 2, 2015                    Respectfully submitted,

                                            VENTURA RIBEIRO & SMITH

                                            By:      /s/ Kelly A. Fitzpatrick
                                                     Kelly A. Fitzpatrick (NY ID: KF7642)
                                                     kfitzpatrick@vrslaw.com
                                                     VENTURA RIBEIRO & SMITH
                                                     235 Main Street
                                                     Danbury, CT 06810
                                                     Telephone:  (203) 648-4738
                                                     Facsimile:  (203) 791-9264

**<u>CERTIFICATE OF SERVICE</u>**

I, Kelly A. Fitzpatrick hereby certify that on February 2, 2015, a true and correct copy of

the foregoing Application for Appointment and Certificate of Service was served upon all

interested counsel and/or parties identified below electronically via the CM/ECF system.

**<u>Plaintiffs' Counsel</u>**:

Neil E. McWilliams, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A. 3
16 South Baylen Street, Suite 600
Pensacola, Florida 32502
Tel: (850) 435-7059 Fax: (850) 435-7020
nmcwilliams@levinlaw.com
**Plaintiffs:** Ruth E. McGowan as the Executrix for and on behalf of the heirs of the estate of
Thomas C. Dunkley, Edwin Nicholson, Sharon Rucker as the Administrator for and on behalf of
the heirs of the Estate of Marion Rucker, Jr.

Michael London
DOUGLAS AND LONDON
59 Maiden Lane, 6th Floor
New York, NY 10038
Tel: (212) 566-7500
mlondon@douglasandlondon.com
**Plaintiffs:** Shirley Boynton & James Boynton, Harry Griggs and Joseph Griggs, on behalf of the
Estate of Charles Griggs, deceased, and Harry Griggs and Joseph Griggs, Individually, Julia
Green and Arthur Green, Carolyn Uselton, Jeanne Jeffcoat Daniel J. Carr

Joseph C. Peiffer
PEIFFER, ROSCA, WOLF, ABDULLAH, CARR & KANE, LLP
201 St. Charles Ave., Suite 4610
New Orleans, LA 70170
Tel: (504) 586-5270 Fax: (504) 523-2464
dcarr@prwlegal.com jpeiffer@prwlegal.com
**Plaintiff:** Michael Mulroney

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Tel: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
michael@mblynchfirm.com
**Plaintiff:** Michael Mulroney

Aaron L. Harrah
James C. Peterson
HILL PETERSON CARPER BEE & DEITZLER
North Gate Business Park
500 Tracy Way
Charleston, WV 25311-1555
Tel: (304) 345-5667
Fax: (304) 345-1519
aaron@hpcbd.com
jcpeterson@hpcbd.com
**Plaintiff:** Ronald Dalrymple

Melissa Mendoza
BERNSTEIN LIEBHARD LLP
10 East 40th Street, 22nd Floor
 New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Mmendoza@bernlieb.com
**Plaintiff:** Alice Rentrop

Neil D. Overholtz
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Tel: (850) 202-1010
Fax: (850) 916-7449
noverholtz@awkolaw.com
**Plaintiffs:** Scott Lindsey individually and as successor-in-interest and proposed estate
representative of the Estate of Donald G. Lindsey, deceased, Nancy Packard, Individually and as
Personal Representative of the Estate of William N. Packard, Jr.

David Cleary
CLEARY SHAHI & AICHER, P.C.
110 Merchants Row
P.O. Box 6740
Rutland, VT 05702-6740
Tel: (802) 775-8909
Fax: (802) 775-8809
dlc@clearyshahi.com
**Plaintiffs:** Ruth E. McGowan as the Executrix for and on behalf of the heirs of the estate of
Thomas C. Dunkley

Bruce Kingsdorf
Dawn Barrios
Zachary Logan Wool
BARRIOS, KINGSDORF & CASTEIX, LLP
One Shell Square 701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
Tel: (504) 524-3300
kingsdorf@bkc-law.com
barrios@bkc-law.com
zwool@bkc-law.com
**Plaintiff:** Christopher Braswell

Roger C. Denton
Kristine K. Kraft
Ashley Brittain Landers
SCHLICHTER, BOGARD & DENTON, LLP
100 South 4th Street, Suite 900
St. Louis, MO 63102
Tel: (314) 621-6115 Fax: (314) 621-7151
rdenton@uselaws.com
kkraft@uselaws.com
abrittain@uselaws.com
**Plaintiffs:** Christopher Braswell, Dorothy Leach, William F. Haney, Mary K. Lemp and Charles
Lemp, Jr., Stanley Pennell and Nancy Pennell, Michael Mulroney

Nancy A. Mismash
ROBERT J. DEBRY & ASSOCIATES
4252 S. 700 E Salt Lake City, UT 84107
Tel: (801) 262-8915 nmismash@robertdebry.com
**Plaintiffs:** Dale Armstrong, Karen Cimino, Clifford Armstrong and Douglas Armstrong, heirs,
Individually and on behalf of Margaret Armstrong, deceased

Lawrence L Jones, II
JONES WARD, PCL
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
Tel: (502) 882-6000 Fax: (502) 587-2007
larry@jonesward.com
**Plaintiff:** Marilynne A. Cox, Jeanette and Charles Bolton

Diane M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Tel: (215) 923-9300 Fax: (215) 923-9302
dnast@nastlaw.com
**Plaintiffs:** Richard Newman, Donald Norword and Carol Hines

Robert C. Hilliard
Catherine Tobin
T. Christopher Pinedo
Marion Reilly
HILLIARD MUNOZ GONZALES LLP
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
bob@hmglawfirm.com
catherine@hmglawfirm.com cpinedo@hmglawfirm.com
marion@hmglawfirm.com
**Plaintiff:** Tatyana Tonyan

Andrew Childers
CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Road
Suite 100
Atlanta, Georgia 30319
**Plaintiff:** Kimberly West

Michael K. Johnson
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Tel: (612) 436-1800
Fax: (612) 436-1801
MJohnson@johnsonbecker.com
**Plaintiff:** Martha McMunn

8

D. Todd Mathews
GORI, JULIAN & ASSOCIATES, PC
156 N. Main Street
Edwardsville, IL 62025
Tel: 618-659-9833
Fax: 618-659-9834
todd@gorijulianlaw.com
**Plaintiff:** Robert Biven

Scott R. Bickford, T.A.
Lawrence J. Centola, III
Jason Z. Landry
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130
**Plaintiffs:** Joann Varnado and Christian Varnado, individually and on behalf of decedent Gerald
Varnado

Eve S. Reardon, Esq.
THE KEATING LAW FIRM, LLC
3714 Airline Drive
Metairie, LA 70001
**Plaintiffs:** Joann Varnado and Christian Varnado, individually and on behalf of decedent Gerald
Varnado

Morris Bart
Daniel B. Snellings
Mekel Alvarez
MORRIS BART, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
**Plaintiffs:** James J. Brien Sr. and Dolly S. Brien, Linda Randazzo, individually, and on behalf of
Lawrence Randazzo, Samantha Davis, Claudette Brown, Patricia Ferguson, Douglas and Shirley
Silvey, Lionel St. Amand

Galen M. Hair, T.A.
Benjamin C. Varadi
VARADI, HAIR & CHECKI, LLC
650 Poydras St., Ste. 1550
New Orleans, LA 70130
**Plaintiffs:** Estate of Cornelius McLain Goodwin III, Rose Marie Goodwin, Steven Wayne
Goodwin, Craig McLain Goodwin, Liza Ann Gatson and Cornelius McLain Goodwin IV,
Ronald E. Johnson, Jr.

Sarah N. Lynch
SCHACHTER, HENDY & JOHNSON, PSC
909 Wright's Summit Parkway #210 Ft. Wright, KY 41011
**Plaintiffs:** Tony Mathena and Karen Mathena

Amy M. Carter
SIMON GREENSTONE PANATIER BARTLETT, P.C.
3232 McKinney Avenue, Suite 610
Dallas, TX 75204
**Plaintiff:** Marilyn S. Haney, as the Executrix for and on Behalf of the Heirs of the Estate of
Bobby N. Haney

Russell Wills Buss
BARON & BUDD, P.C.
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219
Tel: (214) 521-3605
Fax: (214) 520-1181
sblackburn@baronbudd.com
**Plaintiff:** Sara Jean Jonas

Steven Davis
TORHOERMAN LAW LLC
101 W. Vandalia St., Ste. 350
Edwardsville, IL 62025
Tel: (618) 656-4400
Fax: (618) 656-4401
sdavis@torhoermanlaw.com
**Plaintiff:** Theodore Van Dorn, Jr.; Howard Mize

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 Justison Street. 7th Floor
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 722-7001
egraham@gelaw.com
**Plaintiff:** William Sandusky

Jay F. Hirsch
POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.
Lenox Overlook, Suite 300
3391 Peachtree Road, N.E.
Atlanta, GA 303026
Tel: (404) 523-7706
Fax (404) 524-1648
efile@pmkm.com
**Plaintiff:** Randolph Sinclair

Seth A. Katz
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112
Tel: (303) 792-5595
Fax: (303) 708-0527
**Plaintiff:** Henry Harding and Mary Jane Harding

Kristian Rasmussen
CORY WATSON CROWDER & DeGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL, 35205
Tel: (205) 328-2200
Fax: (205) 324-7896
krasmussen@cwcd.com
**Plaintiff:** Annie Banks

Melissa Mendoza
BERNSTEIN LIEBHARD LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Phone: (212) 779-1414
Fax: (212) 779-3218
Email: mmendoza@bernlieb.com
**Plaintiff:** Claire Browning

11

Chad Joseph Primeaux
Douglas Robert Plymale
James Dugan
Lanson Leon Bordelon
THE DUGAN LAW FIRM, APLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Tel: (504) 648-0180
Fax: (504) 648-0181
cprimeaux@dugan-lawfirm.com
drplymale@plymalelawfirm.com
jdugan@dugan-lawfirm.com
lbordelon@duganlawfirm.com
**Plaintiff:** William Heffker

Frank Jacob D'Amico , Jr.
FRANK J. D'AMICO, APLC
622 Baronne Street, 2nd Floor
New Orleans, LA 70113
Tel: (504) 525-7272
Fax: (504) 525-1167
frank@damicolaw.net
**Plaintiff:** William Heffker

**<u>Defendants' Counsel:</u>**

F.M. (Tripp) Haston, III
BRADLEY ARANT BOULT CUMMINGS LLP 1819 Fifth Avenue North
Birmingham, AL 35203
Phone: (205) 521-8303
Fax: (205) 488-6303
Email: thaston@babc.com
**Defendants:**
Bayer HealthCare Pharmaceuticals Inc.
Bayer HealthCare LLC
Bayer Corporation

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Phone: (973) 549-7000
Fax: (973) 360-9831
Email: susan.sharko@dbr.com
**Defendants:**

12

Janssen Pharmaceuticals, Inc.,
Janssen Research & Development, LLC
Janssen Ortho LLC
Johnson & Johnson

Bayer Pharma, AG
Mullerstrasse 178
D-13353 Berlin
Germany

Bayer Healthcare AG
CHEMPARK Leverkusen
Zentraler Besucherempfang
Kaiser-Wilheml-Allee
D-51368 Leverkusen

Bayer AG5
Leverkusen
North Rhine-Westphalia, Germany

Dated:                                    VENTURA RIBEIRO & SMITH


February 2, 2015               By:     /s/ Kelly A. Fitzpatrick
                                       Kelly A. Fitzpatrick (NY ID: KF7642)
                                       kfitzpatrick@vrslaw.com
                                       VENTURA RIBEIRO & SMITH
                                       235 Main Street
                                       Danbury, CT 06810
                                       Telephone:  (203) 648-4738
                                       Facsimile:  (203) 791-9264

                                       Attorneys for the Plaintiffs