UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: ALL CASES

NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Ravi K. Sangisetty hereby enters his appearance as counsel for Eric Sanders, Plaintiff in *Sanders v. Janssen Research & Development, LLC, et al.* No. 2:15-cv-00043 (E.D. La.) in the above-captioned action.

It is respectfully requested that copies of all pleadings, notices, orders, correspondence, and other materials may be served on the undersigned.

Dated:  February 2, 2015

                                                Respectfully submitted,

                                                SANGISETTY LAW FIRM, LLC

                                                /s/ Ravi K. Sangisetty_____
                                                RAVI K. SANGISETTY (Bar No. 30709)
                                                MICHAEL E. LILLIS (Bar No. 33245)
                                                935 Gravier Street, Suite 835
                                                New Orleans, La 70112
                                                Telephone:     (504) 662-1016
                                                Facsimile:       (504) 662-1318
                                                Email: rks@sangisettylaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via U.S. Mail or email on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically on the below date and is available for download from the ECF System of the United States District Court for the Eastern District of Louisiana this 2nd day of February, 2015.

/s/ Ravi K. Sangisetty_____
RAVI K. SANGISETTY