UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | MAG. JUDGE NORTH |

## APPLICATION FOR APPOINTMENT OF
## MARTIS ALEX TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, Martis Alex hereby applies for appointment to Plaintiffs' Steering Committee in this litigation.

**Background**

Ms. Alex has been a partner at Labaton Sucharow (the "Firm") for over 20 years, devoting her professional career to representing individuals, consumers and investors in complex nationwide class and mass action litigation. The Firm has specialized in complex litigation for over 50 years, has recovered billions of dollars for consumers and investors, and is consistently ranked as a top tier plaintiffs' litigation firm by industry publications, including *Chambers & Partners USA* (highest ranking, 2009-2014), *Benchmark Litigation* (highest ranking, 2012-2015), *Legal 500* (Tier 1, 2007-2014), and *The National Law Journal* (top plaintiffs' firm 2006-2014). *Law360* named the Firm Class Action Practice Group of the Year for 2012 and 2014. For more details, see the Firm website at www.labaton.com.

**Willingness and Ability to Commit Time and Resources**

We are well aware of the substantial time and significant resources required to litigate complex cases on behalf of multiple plaintiffs against multiple defendants, including foreign parties. The Firm employs 52 attorneys, 48 short term attorneys, and 68 staff members including

a full-time IT department, a team of in-house private investigators, paralegals, and financial analysts. We have successfully handled cases involving production of over 100 million pages of documents, as well as large productions of foreign language documents, and foreign language depositions. While we have litigated cases that have taken years to resolve, we are also experienced in litigating complex cases on a fast track or "rocket docket." We are able and committed to devoting the resources necessary to litigate this case expeditiously, and as efficiently as possible to conclusion. Ms. Alex is not currently serving on the PSC in any MDL litigation, and is available and prepared to devote the time necessary to serve on the Steering Committee in this matter, as are the other Firm attorneys and staff who will participate in litigating the case.

**Relevant Professional Experience**

Ms. Alex has demonstrated her ability to manage complex cases through her court-appointed leadership roles in products liability and mass tort litigation, including the following:

- *In re Orthopedic Bone Screw Products Liability Litigation*, (MDL 1014) (E.D. Pa.). Member of Plaintiffs' Steering Committee.

- *In re Telectronics Pacing Systems, Inc., Accufix Atrial "J" Leads Product Liability Litigation*, (MDL 1057) (S.D. Ohio). Member of Plaintiffs' Steering Committee.

- *In re Ford Motor Company Vehicle Paint*, (MDL 1063) (E.D. La.). Member of Plaintiffs' Legal Committee.

- *In re Latex Gloves Products Liability Litigation*, (MDL 1148) (E.D. Pa.). Member of Executive Committee and Plaintiffs' Steering Committee.

- *In re Silicon Gel Breast Implant Products Liability Litigation*, (MDL 926) (N.D. Ala.). Performed common benefit work as sub-committee member.

- *Castano v. American Tobacco Company, et al.,* (No. 94-1044) (E.D. La.). Performed common benefit work as a member of various committees, including class certification, discovery, law and fee committees.

- *In re Napp Technologies Explosion Litigation*, (L-4233-95) (Supr. Ct. N.J.). Lead Trial Counsel; Co-Chair of Plaintiffs' Steering Committee.

She has additional relevant litigation and leadership experience in pharmaceutical products cases through her work as Lead Trial Counsel and Chair of the Executive Committee in *In re Zenith Laboratories Securities Litigation* (86-3241A (DRD) (D.N.J.)), a nationwide class action concerning a drug manufacturer's non-compliance with FDA regulations that resolved favorably for plaintiffs during trial. She was also a member of the team that successfully litigated *In re Bristol-Myers Squibb Securities Class Action*, a nationwide class action concerning a drug manufacturer's reporting of clinical trial results, winning a $185 million settlement for investors, and negotiating unprecedented corporate governance reforms.

The Firm has additional relevant experience with pharmaceutical product cases through its successful litigation as Co-Lead Counsel in *In re Schering-Plough ENHANCE Securities Litigation* (CCV 08-397 (ES) (D.N.J.)), a case alleging misreported clinical trial results, which settled for $473 million – the largest-ever securities class action settlement against a pharmaceutical company. In February 2013, the Firm prevailed on issues of class certification before the United States Supreme Court in *In re Amgen Inc. Securities Litigation* (CV 07-2536 PSG (C.D. Cal.)). The *Amgen* case alleges data manipulation by a biotechnology company, and the Firm serves as Lead Counsel.

Ms. Alex was a member of the team that won a $1 billion settlement in *In re American International Group Securities Litigation*. While this was a securities fraud rather than a product liability/mass tort case, it demonstrates Ms. Alex's and the Firm's ability to litigate tenaciously and aggressively. The Firm defeated 22 motions to dismiss and took or defended over 100 depositions during the eight year litigation.

Ms. Alex has also served as co-lead counsel in other securities fraud litigation, more fully described in her Firm biography at www.labaton.com. Ms. Alex's track record in complex

cases, including product liability, mass tort and securities fraud cases, demonstrates her ability in every phase of litigation – pleading, discovery, motion practice, argument, trial, and settlement.

**Ability to Work Cooperatively with Others**

Ms. Alex and the Firm enjoy collegial relations with co-counsel and opposing counsel. Other firms have consistently supported the Firm to act as Lead Counsel, Co-Lead Counsel, and Committee Chairs in complex litigation, which evidences the Firm's ability to work cooperatively with other firms. Ms. Alex was selected by her peers, both co-counsel and opposing counsel, as one of *Benchmark Litigation*'s 2014 top 250 Women in Litigation.

## CONCLUSION

The Firm is significantly involved in this litigation. The Firm is Co-Counsel of record in *Donna Yap, as Executrix of the Estate of Esther Clark v. Janssen, et al.*, 15 CV 0084H (BGH) (S.D. Cal.) and is currently investigating cases for over 140 potential clients.

Given Ms. Alex's and the Firm's demonstrated leadership abilities in product liability and other complex litigation, their success in securing billions of dollars in recoveries for consumers and investors, and their commitment of the necessary time and resources to litigate these actions, it is respectfully requested that Ms. Alex be appointed to the Plaintiffs' Steering Committee in this matter.

Dated:  February 2, 2015                              Respectfully submitted,

/s/ Martis Alex_____
Martis Alex (NY Bar No. 1727510)
LABATON SUCHAROW LLP
140 Broadway
New York, NY  10005
Telephone:  212-907-0870
Facsimile:  212-883-7070
Email:  malex@labaton.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Application for Appointment of Martis Alex to the Plaintiffs' Steering Committee was served via electronic mail or U.S. Mail on all counsel included in Schedule B attached to the Court's Pre-Trial Order #1, and filed electronically on the ECF System of the United States District Court for the Eastern District of Louisiana on this the 2nd day of February, 2015.

/s/ Martis Alex_____
Martis Alex (NY Bar No. 1727510)