## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO: ALL CASES**

### REQUEST TO BE ADDED TO PANEL ATTORNEY SERVICE LIST

NOW INTO COURT comes Ravi K. Sangisetty of Sangisetty Law Firm, who, pursuant to Pre-Trial Order No. 1, respectfully requests that his name be added to the Panel Attorney Service List attached as Schedule B to the Pre-Trial Order.

Respectfully submitted,

SANGISETTY LAW FIRM, LLC

/s/ Ravi K. Sangisetty_____
RAVI K. SANGISETTY (Bar No. 30709)
MICHAEL E. LILLIS (Bar No. 33245)
935 Gravier Street, Suite 835
New Orleans, La 70112
Telephone:     (504) 662-1016
Facsimile:     (504) 662-1318
Email: rks@sangisettylaw.com

**CERTIFICATE OF SERVICE ON FOLLOWING PAGE:**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via U.S. Mail or email on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically on the below date and is available for download from the ECF System of the United States District Court for the Eastern District of Louisiana this 2nd day of February, 2015.

/s/ Ravi K. Sangisetty
RAVI K. SANGISETTY