**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN) PRODUCTS      *      MDL NO. 2592
LIABILITY LITIGATION

                                                      *      SECTION:  L
                                                      *      JUDGE FALLON
                                                      *      MAG. JUDGE SHUSHAN

THIS DOCUMENT RELATES TO:
*All Cases*

---

**APPLICATION OF JAMES PARKERSON ROY**
**FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

I, James Parkerson Roy, respectfully submit this application for appointment to the

Plaintiffs' Steering Committee ("PSC"), or such other role as the Court may direct:

1. I have both significant trial experience and mass tort experience. I have served as a mass tort litigation worker, leader, administrator, a trial team leader, done direct and cross-examination of key experts, and been a settlement negotiator. I have experience in managing complex litigation and a full understanding of the commitment of manpower and financial resources that a case such as this will require. I believe I have also repeatedly demonstrated an ability to work and to lead, cooperatively with others, in stressful litigation environments.  My law firm and I are willing to commit the resources and time necessary for this litigation.

2. I am a managing member of the Law Firm of Domengeaux Wright Roy Edwards & Colomb, LLC in Lafayette, Louisiana, and I have been continuously with that firm since receiving a Juris Doctorate from LSU Law School in 1976. I also hold a Master of Laws Degree from Georgetown University Law School. I am admitted to practice before the Louisiana Supreme Court, all federal courts in Louisiana, the United States Court of Appeals for the Fifth Circuit, and the United States Supreme Court.

3. I hold an "AV" rating from Martindale Hubble (highest possible peer reviewed rating for ethical standards and legal ability) and am listed in *Best Lawyers in America* in three categories: Maritime Law, Personal Injury Litigation, and Class Actions/Mass Torts. In 2012, *U.S. News and World Report Best Lawyers* selected me as *Lawyer of the Year* in Admiralty & Maritime Law for the Baton Rouge Area (which included Lafayette for this award).

4. A Past President (1990) of the Louisiana Association for Justice (formerly known as Louisiana Trial Lawyers Association), I was honored to be inducted as a Fellow of the International Trial Lawyers Association, which is by invitation only and limited to 500

active members (from both plaintiff and defense bars) in North America. I have been continuously listed since 2007 in *Louisiana Super Lawyers*. I was also recognized as the *National Law Journal's* "Litigator of the Month", (August 20, 2001) for a $43 million dollar jury verdict in *Seth A. Becker vs. Tidewater, Inc., et al*, United States District Court, Western District of Louisiana, CA No. 99-1198 (U.S. District Judge Richard Haik).

5. I have been a speaker at dozens of CLE seminars on topics involving maritime law, class actions, evidence, trial practice, damages, and most recently the BP Oil Spill litigation (MDL 2179). For two years I have been a guest instructor at the LSU Law School Apprenticeship Week to teach a one-week, intensive, practical course on use of experts in litigation.

6. The only other MDL or mass tort action that I am presently serving in a leadership role is *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* MDL 2179, United States District Court, Eastern District of Louisiana.  In that litigation, I serve as Plaintiff Co-Liaison, a member of the four person Executive Committee, and as Co-Lead Class Counsel.  The *Deepwater Horizon* matter arose out of the largest oil spill in United States history and was particularly complex litigation involving multiple parties, an MDL, and a consolidated limitation action; it required a high level of cooperative effort from not just all counsel for plaintiffs but also between plaintiffs' and defense counsel.  I committed my complete time, essentially moving to the City of New Orleans, for a period of approximately three and one-half years. Monumental efforts by a cohesive group allowed the *Deepwater Horizon* matter to result in class settlements with BP with an aggregate value estimated to exceed $10 billion and an additional proposed $1 billion class settlement with Halliburton. I was involved in all aspects of this litigation including strategic planning, administration, discovery, expert development, trial, settlement, and settlement implementation.   Inclusiveness, professionalism, and cooperation were practiced on a daily basis. While I still have responsibilities as Co-Liaison and Co-Lead Class Counsel stemming from the *Deepwater Horizon* litigation, including a role in the implementation of the class settlements, the *Deepwater Horizon* litigation has reached a point that allows my firm and I to dedicate the time and resources that will be required in MDL 2592.

7. In addition to serving as Co-Liaison and Co-Lead Class Counsel (with Steve Herman) in *the BP "Deepwater Horizon" litigation* (MDL 2179), I also served as Liaison Counsel of the Plaintiff Sub-Group Litigation Committee (MR-GO PSLC) for the Mississippi River Gulf Outlet (MR-GO) Litigation – *In Re: Katrina Canal Breaches Consolidated Litigation*, United States District Court, Eastern District of Louisiana, Docket No. 05-4182 "K" (U.S. District Judge Stanwood Duval), and was co-leader of that trial team which obtained a favorable verdict (November, 2010) against U.S. Army Corps of Engineers in the *Robinson* test case *(reversed on Appeal).* Other illustrative case leadership experience is  Co-Lead Counsel for the personal injury and death claimants - *In Re:  The Matter of Mallard Bay Drilling, LLC, as Owner and Operator of the Mr. Beldon otherwise Designated Mallard Rig 52, Praying for Exoneration from and/or Limitation of Liability* (Mallard Rig 52), United States District Court, Western District of

Louisiana, Lafayette-Opelousas Division, CA No. 97-1223 (U.S. District Judge Richard Haik), as a member of the PLC   in "*In Re:   Eunice Train Derailment Litigation*" (Railroad derailment explosion in Eunice, Louisiana on May 27, 2000 – class action – Western District of Louisiana, Lafayette Division; Judge Haik), and as Co-Liaison Counsel and Class Counsel in *In Re:  New Iberia Train Derailment Litigation*, United States District Court, Western District of Louisiana, Lafayette-Opelousas Division, CA No. 00-1097 (U.S. District Judge Rebecca Doherty).

8.  Other than the MDL 2179 Deepwater Horizon litigation, I currently serve on no other active PSC. My firm, through Elwood Stevens, is involved as a PSC member in only one other MDL.  (MDL No. 2545, *In Re: Testosterone Replacement Therapy Products Liability Litigation*). Mr. Stevens will, along with others from our firm, be assisting me in this MDL if I am appointed to the PSC. While an accomplished trial lawyer himself (also AV rated by Martindale), Mr. Stevens is a member of the Science and Expert Committee in MDL 2545 and has extensive experience in dealing with issues involving toxic torts, science, and the experts involved in same.

9.  Another member of our firm, Bob Wright, has served in a number of MDL's in leadership roles or on the PSC including *In Re: Phenylpropanolamine (PPA) Products Liability Litigation* (MDL 1407), and *Propulsid Products Liability Litigation,* (MDL 1355).

10. My firm currently represents plaintiffs in two Xarelto cases: *Ronald L. Robinson,* Civil Action No. 2:14-cv-02904 (wrongful death) and *Robert R. and Katie H. McBride,* Civil Action No. 2:15-cv-00277 (personal injury). While we are evaluating other cases and expect to file more, we do not expect the total number to exceed forty to fifty.

I believe I can make a positive and substantive contribution to this MDL and would be honored to serve as a member of the Plaintiffs' Steering Committee or in such other capacity as the Court wishes.

Respectfully submitted,

February 2, 2015                              */s/James Parkerson Roy*
Lafayette, Louisiana                         JAMES PARKERSON ROY
                                             Domengeaux Wright Roy
                                             Edwards & Colomb LLC
                                             556 Jefferson Street
                                             Lafayette, LA 70502-3668
                                             Telephone: (337)233-3033
                                             Telefax: (337)232-8213
                                             jimr@wrightroy.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Application of James Parkerson Roy for Appointment to the Plaintiffs' Steering Committee was served via email or U.S. Mail on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically on the below date and is available for viewing and downloading from the ECF System of the United States District Court for the Eastern District of Louisiana this the 2nd day of February, 2015.

/s/James Parkerson Roy
JAMES PARKERSON ROY