## CURRICULUM VITAE

### PERSONAL

Kathryn Sumrall Harrington
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham, Alabama 35203
Telephone: (205) 326-3336
Facsimile: (205) 326-3332
Email: kathryn@hgdlawfirm.com

### PROFESSIONAL RATINGS

*Martindale-Hubbell Law Directory*:  AV rated

### MILITARY SERVICE

United States Navy Commissioned officer 1972-1980
United States Navy Reserve - Commissioned Officer 1980-1985 attaining the rank of Lieutenant Commander before resigning my commission.

### BAR ADMISSIONS

1983 State of Alabama
1986 United States Supreme Court
Also admitted to United States District Court for the Northern District of Alabama.    United States Court of Appeals, Fifth, and Eleventh Circuits.

### PROFESSIONAL ORGANIZATIONS

American Bar Association, Alabama Bar Association, Alabama Association of Justice, American Association of Justice

### PHARMACEUTICAL MASS TORT AND MDL EXPERIENCE

*In re Vioxx Marketing, Sales Practices and Products Liability Litigation*, MDL No. 1657. Represented people from around the country who suffered heart attacks and strokes due to ingestion of Vioxx.

*In re Zyprexa Litigation*, MDL No. 1596.  Represented and settled the claims of more than 2,000 plaintiff's from all over US who contracted diabetes mellitus after ingesting anti-psychotic medication Zyprexa.  Appointed to Plaintiffs' Steering Committee, which was responsible for developing entire liability and damages case against Eli Lilly, by Honorable Jack Weinstein, United States District Judge, Eastern District of New York.

*In re Seroquel Litigation,* MDL No. 1769.    Represented more than several hundred people

from across United States who filed lawsuits against AstraZeneca for diabetes and similar injuries caused by ingestion of Seroquel.

*In re Diet Drug Litigation*, MDL  (pharmaceutical product liability).  Represented more than 100 plaintiff's in this litigation against American Home Products a/k/a Wyeth Pharmaceuticals

*In re Guidant Corp. Litigation*, MDL No. 1708.  Represented and settled hundreds of claims by people throughout the United States who were injured by defective implantable cardiac defibrillators manufactured by Guidant.

*In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation*, MDL No. 1726. Represented and settled hundreds of claims by people throughout the United States who were injured by defective implantable cardiac defibrillators manufactured by Medtronic

*Monsanto PCB Litigation*. Represented over 1500 people who were injured by PCB exposure in and around Anniston, Alabama.  All cases consolidated in Jefferson County, Alabama Circuit Court.

## Class action Experience –

**Wyatt vs. Stickney** - **892 F. Supp. 1410 (1995) I had the privilege in 1993 to become one of the lead  class counsel in the case of *Wyatt vs. Stickney,*  representing the children of Eufaula Adolescent Center, a juvenile mental health center operated under the jurisdiction of the Alabama  Department of Mental Health and Retardation and located in Eufaula Alabama. The *Wyatt* case had, at the time of my initial participation, been under the  jurisdiction of the**  United States District Court, M.D. Alabama, Northern Division for 24 years.  The plaintiffs in the ongoing class-action lawsuit first sued officials of the State of Alabama in 1970, claiming that conditions at facilities operated by the Alabama Department of Mental Health and Mental Retardation violated residents' rights under federal law. On January 22, 1993, I along with co- class counsel, on behalf of the plaintiffs moved to enforce a 1986 consent decree and for further relief, claiming that defendant state officials had failed to comply with the 1986 decree and were violating the recently enacted Americans with Disabilities Act of 1990, 42 U.S.C.A. §§ 12101-12213 (West Supp.1995). An additional motion was brought before the court  by the plaintiffs seeking preliminary injunctive relief on the 1993 motion as to one of the state-operated mental health facilities, the Eufaula Adolescent Center.  Plaintiff's counsel were successful in our efforts to obtain the preliminary injunction which ultimately  resulted in the closure of one of the most abusive adolescent facilities existing at the time under the jurisdiction of the Alabama Department of Mental Health and Retardation.

**Other class cases in which I was co-lead counsel or active counsel.**
*Lonnie & Dawn Glover v. Standard Federal Bank*, United States District Court for the District of Minnesota, Case No. 97-2068; *Hope v. STM Mortgage Co.*, Circuit Court of Jefferson County, Alabama, Case Number CV94-03194 (national class); *Thomason v. Litton Mortgage Servicing Center*, Circuit Court of Jefferson County, Alabama, Case Number CV94 CV94-02756 (national class); *Gray v. Columbia National, Inc.*, Circuit Court of Jefferson County, Alabama, Case Number CV94-06668 (national class); *Bell v. The Prudential Home*

*Mortgage Co., Inc.*, Circuit Court of Montgomery County, Alabama, Case Number CV94-2717G (national class - settlement); *Huggins v. Compass Bank*, Circuit Court of Shelby County, Alabama, Case Number CV95-520 (national class - settlement); *Trotman v. Market Street Mortgage Co.*, Circuit Court of Montgomery County, Alabama, Case Number CV94-2716.80 (national class - settlement); *Williams v. First NH Mortgage Corp.*, Circuit Court of Jefferson County, Alabama, Case Number CV94-5993 (national class - settlement); *Dillon Equities d/b/a H.L. Franklin's Place v. Jefferson County, Alabama*, Circuit Court of Jefferson County, Alabama; *Wanda Chandler v. Molton, Allen & Williams Corp.*, Circuit Court of Jefferson County, Alabama, Case Number CV97-1989 (national class - settlement); *Popular Package Stores v. City of Montgomery*, Circuit Court of Montgomery County, Alabama, Case Number CV92-52; *Mabson v. GMAC and MIC Life Ins. Co.*, Circuit Court of Jefferson County, Alabama, Case Number CV94-6141 (State of Alabama class); *Vakakes Enterprises d/b/a P.T.'s Sports Grill v. City of Birmingham*, Circuit Court of Jefferson County, Alabama; *Dwyer v. J.I. Kislak Mortgage Corp.* Superior Ct. King County Washington, Case No. 97-2-10584-6 (national class certification and settlement); *George T. Ballance v. Hibernia National Bank and Progressive Casualty Insurance Company,* United States District Court for the Southern District of Mississippi, Southern Division, Case No. 1:96CV13GR (national class - $10 million settlement); *Gary Archer v. Wal-Mart*, Circuit Court of Shelby County, Alabama; *James Warren Wilson and Thelma Wilson v. Commercial Federal Mortgage Corporation*, United States District Court for the Northern District of Alabama, Southern Division, Case No. CV 98-J-0184-S (national class certification); *J.M. Maples, et al v. Jack Williams, et al*, Circuit Court of Jefferson County, Alabama, Case No. 97-058; *Brasher v. Norfolk Southern* (class settlement, co-lead class counsel), United States District Court for the Northern District of Alabama, Eastern Division