UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  *  MDL No. 2592
PRODUCTS LIABILITY           *
LITIGATION                   *  SECTION: L
                             *  JUDGE FALLON
                             *  MAG. JUDGE SHUSHAN
THIS DOCUMENT RELATES TO ALL *
CASES                        *
                             *
************************* *

## APPLICATION OF THOMAS V. GIRARDI FOR PLAINTIFFS' STEERING COMMITTEE

TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

Thomas Girardi and the Girardi & Keese firm hereby submits this application for appointment to the Plaintiffs' Steering Committee in accordance with PTO #1. Girardi & Keese represents multiple Plaintiffs with active cases involving Xarelto[1]. The Notice of Tag-along for each case was filed with the Judicial Panel on Multidistrict Litigation on January 28, 2015.

Thomas Girardi, a partner in Girardi|Keese, has been practicing law since 1965. He was the youngest member to be admitted to the International Academy of Trial Lawyers and was also president of the organization. Mr. Girardi has been listed in the "Best Lawyers in America" for 20 years and the "Daily Journal's" top lawyers in California since the list was first printed. He was inducted into the "Trial Lawyer Hall of Fame" by the California State Bar in 2003. Mr. Girardi is a member of the Inner Circle of Advocates, an organization limited to 100 lawyers who have obtained the largest verdicts in the United States. The National Law Journal ranked Mr. Girardi as one of the 100 Most Influential Lawyers in America. In April 2014, he was

---

[1] *Baird v. Janssen Research and Dev., LLC, et al*, Case No. 2:15-cv-00585; *James v. Janssen Research and Dev., LLC, et al.*, Case No. 2:15-cv-00588, *Kelly v. Janssen Research and Dev., LLC, et al*, Case No. 2:15-cv-00589. These cases were filed on January 26, 2015.

inducted into The American Trial Lawyers Hall of Fame. Most recent, in a survey conducted of 65,000 lawyers by Super Lawyers, Mr. Girardi was voted the finest lawyer in California.

### A. WILLINGNESS AND AVAILABILITY TO COMMIT TO A TIME-CONSUMING PROJECT

Thomas Girardi and the Girardi & Keese firm are more than willing and able to commit to the Xarelto litigation and are familiar with the amount of time and resources that the Xarelto litigation will require. During the Vioxx litigation, the Girardi firm put in over 21,000 hours of attorney time to contribute to the workup of the case. The Girardi Firm was lead counsel in the California State Court aspect of the litigation. Thomas Girardi was involved with every decision in the case and crossed the country approximately twenty times in connection with the global resolution of the case. For the first California Vioxx case, the trial was staffed with three major partners, paralegals and younger lawyers and the pre-trial work was full time for 30 days beforehand. Mr. Girardi participated on the settlement team and was helpful in obtaining the global settlement.

### B. ABILITY TO WORK COOPERATIVELY WITH OTHERS

Thomas Girardi and the Girardi firm have an outstanding reputation for working cooperatively with others, which has furthered their ability to obtain agreements between parties. Mr. Girardi was honored the "Compassionate Gladiator," one of three lawyers in the United States. Mr. Girardi is collegial, both inside the courtroom and out. He continuously reaches out and supports his community, serving as a trustee for the National Judicial College from 2008 to 2012, and the Library of Congress Trust Fund Board. He served as an associate professor for Loyola Law School, where he additionally created the Girardi Advocacy Center. In 2003, he was awarded for his outstanding public support for the Association for Los Angeles Deputy Sheriffs and received the Jack Webb award for his dedication to the Los Angeles Police Department in

2013. Mr. Girardi and the Girardi Keese firm will work cordially with both Plaintiffs' and Defense attorneys alike for the Xarelto matter.

### C.   PROFESSIONAL EXPERIENCE IN THIS TYPE OF LITIGATION

Girardi & Keese has pursued a myriad of complex litigation and class action cases that have resulted in billions of dollars in recovery for plaintiffs. The Girardi firm is comprised of numerous attorneys with centuries of collective legal practice and experience, and maintains the highest peer ratings. Illustrative of the Girardi firm's experience are the following cases and successful resolutions:

- $4.85 billion settlement in the *Vioxx* drug litigation;
- Confidential settlement amount in the *Avandia* drug litigation;
- $333 million settlement for the residents of Hinkley, California in a mass toxic tort case involving contaminated drinking water;
- $1.87 billion settlement during a prolonged jury trial, known as the "Sempra Energy Litigation";
- $1.7 billion settlement with El Paso Corporation on behalf of California consumers who suffered economic losses due to the manipulation of gas prices; and
- $37.3 million settlement in the "Northridge Sales Tax Litigation".

Thomas Girardi possesses the requisite skill and experience to effectively manage and lead the prosecution of the Xarelto litigation. Thomas Girardi has previously served as lead counsel on the Vioxx JCCP and Rezulin JCCP, and is currently serving as lead counsel on the Avandia JCCP No. 4578. In all three litigations, Mr. Girardi was instrumental in the global settlement and resolution of the cases. Further, the Girardi & Keese firm maintains a leadership role in various Multidistrict Litigation ("MDL") cases and JCCP litigations, including but not limited to the Plaintiffs' Steering Committees for Actos JCCP No. 4696, DePuy ASR JCCP No.

4649, DePuy ASR MDL No. 2197, Yaz/Yasmin MDL No. 2100 and as Lead Counsel for Yaz/Yasmin JCCP No. 4608, Nexium MDL No. 2404 and Risperdal/Invega JCCP No 4775.

### D. WILLINGNESS TO COMMIT NECESSARY RESOURCES TO PURSUE THIS MATTER

The Girardi firm has the willingness and ability to commit the requisite resources to expeditiously manage this litigation. The firm's dedication to these matters is apparent from the Vioxx litigation. For those cases, the firm hired two full-time nurses who solely worked on Vioxx medical analysis and dedicated nine paralegals to the matter. The same staff wil be available for the Xarelto litigation. The firm has advanced seven and eight figure amounts in litigation costs for mass pharmaceutical cases like Vioxx and Avandia. It is readily apparent that Thomas Girardi and Girardi & Keese have the required personnel, financial resources and passion to pursue the Xarelto matter.

WHEREFORE, Thomas Girardi and Girardi & Keese respectfully requests that this Court appoint them to serve on the Plaintiffs' Steering Committee in this litigation.

Dated: January 30, 2015                                                              **GIRARDI | KEESE**

By: s/ Thomas Girardi
Thomas V. Girardi- Cal. Bar No. 36603
Girardi | Keese
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
tgirardi@girardikeese.com

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's CM/ECF System, E-mail or U.S. Mail on all counsel listed on Schedule B attached to Pretrial Order #1 (attached), and filed on the below date on this 2nd day of February, 2015.

                                                                               s/ Thomas Girardi
                                                                               THOMAS V. GIRARDI

## SCHEDULE B

**Plaintiffs' Counsel**

Neil E. McWilliams, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Tel: (850) 435-7059
Fax: (850) 435-7020
nmcwilliams@levinlaw.com
**Plaintiffs**: Ruth E. McGowan as the Executrix for and on behalf of the heirs of the estate of Thomas C. Dunkley, Edwin Nicholson, Sharon Rucker as the Administrator for and on behalf of the heirs of the Estate of Marion Rucker, Jr.

Michael London
DOUGLAS AND LONDON
59 Maiden Lane, 6th Floor
New York, NY 10038
Tel: (212) 566-7500
mlondon@douglasandlondon.com
**Plaintiffs**: Shirley Boynton & James Boynton, Harry Griggs and Joseph Griggs, on behalf of the Estate of Charles Griggs, deceased, and Harry Griggs and Joseph Griggs, Individually, Julia Green and Arthur Green, Carolyn Uselton, Jeanne Jeffcoat

Daniel J. Carr
Joseph C. Peiffer
PEIFFER, ROSCA, WOLF, ABDULLAH, CARR & KANE, LLP
201 St. Charles Ave., Suite 4610
New Orleans, LA 70170
Tel: (504) 586-5270
Fax: (504) 523-2464
dcarr@prwlegal.com
jpeiffer@prwlegal.com
**Plaintiff**: Michael Mulroney

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Tel: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
michael@mblynchfirm.com
**Plaintiff**: Michael Mulroney

Aaron L. Harrah
James C. Peterson
HILL PETERSON CARPER BEE & DEITZLER
North Gate Business Park
500 Tracy Way
Charleston, WV 25311-1555
Tel: (304) 345-5667
Fax: (304) 345-1519
aaron@hpcbd.com
jcpeterson@hpcbd.com
**Plaintiff:** Ronald Dalrymple

Melissa Mendoza
BERNSTEIN LIEBHARD LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Mmendoza@bernlieb.com
**Plaintiff:** Alice Rentrop

Neil D. Overholtz
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Tel: (850) 202-1010
Fax: (850) 916-7449
noverholtz@awkolaw.com
**Plaintiffs:** Scott Lindsey individually and as successor-in-interest and proposed estate representative of the Estate of Donald G. Lindsey, deceased, Nancy Packard, Individually and as Personal Representative of the Estate of William N. Packard, Jr.

David Cleary
CLEARY SHAHI & AICHER, P.C.
110 Merchants Row
P.O. Box 6740
Rutland, VT 05702-6740
Tel: (802) 775-8909
Fax: (802) 775-8809
dlc@clearyshahi.com
**Plaintiffs:** Ruth E. McGowan as the Executrix for and on behalf of the heirs of the estate of Thomas C. Dunkley

Bruce Kingsdorf
Dawn Barrios
Zachary Logan Wool
BARRIOS, KINGSDORF & CASTEIX, LLP
One Shell Square
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
Tel: (504) 524-3300
kingsdorf@bkc-law.com
barrios@bkc-law.com
zwool@bkc-law.com
**Plaintiff**: Christopher Braswell

Roger C. Denton
Kristine K. Kraft
Ashley Brittain Landers
SCHLICHTER, BOGARD & DENTON, LLP
100 South 4th Street, Suite 900
St. Louis, MO 63102
Tel: (314) 621-6115
Fax: (314) 621-7151
rdenton@uselaws.com
kkraft@uselaws.com
abrittain@uselaws.com
**Plaintiffs**: Christopher Braswell, Dorothy Leach, William F. Haney, Mary K. Lemp and Charles Lemp, Jr., Stanley Pennell and Nancy Pennell, Michael Mulroney

Nancy A. Mismash
ROBERT J. DEBRY & ASSOCIATES
4252 S. 700 E
Salt Lake City, UT 84107
Tel: (801) 262-8915
nmismash@robertdebry.com
**Plaintiffs**: Dale Armstrong, Karen Cimino, Clifford Armstrong and Douglas Armstrong, heirs, Individually and on behalf of Margaret Armstrong, deceased

Lawrence L Jones, II
JONES WARD, PCL
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
Tel: (502) 882-6000
Fax: (502) 587-2007
larry@jonesward.com
**Plaintiff**: Marilynne A. Cox, Jeanette and Charles Bolton

[3]

Diane M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Tel: (215) 923-9300  Fax: (215) 923-9302
dnast@nastlaw.com
**Plaintiffs**: Richard Newman, Donald Norword and Carol Hines

Robert C. Hilliard
Catherine Tobin
T. Christopher Pinedo
Marion Reilly
HILLIARD MUNOZ GONZALES LLP
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
bob@hmglawfirm.com
catherine@hmglawfirm.com cpinedo@hmglawfirm.com
marion@hmglawfirm.com
**Plaintiff**: Tatyana Tonyan

Andrew Childers
CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Road
Suite 100
Atlanta, Georgia 30319
**Plaintiff**: Kimberly West

Michael K. Johnson
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Tel: (612) 436-1800
Fax: (612) 436-1801
MJohnson@johnsonbecker.com
**Plaintiff**: Martha McMunn

D. Todd Mathews
GORI, JULIAN & ASSOCIATES, PC
156 N. Main Street
Edwardsville, IL 62025
Tel: 618-659-9833
Fax: 618-659-9834
todd@gorijulianlaw.com
**Plaintiff**: Robert Biven

[4]

Scott R. Bickford, T.A.
Lawrence J. Centola, III
Jason Z. Landry
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130
**Plaintiffs**: Joann Varnado and Christian Varnado, individually and on behalf of decedent Gerald Varnado

Eve S. Reardon, Esq.
THE KEATING LAW FIRM, LLC
3714 Airline Drive
Metairie, LA 70001
**Plaintiffs**: Joann Varnado and Christian Varnado, individually and on behalf of decedent Gerald Varnado

Morris Bart
Daniel B. Snellings
Mekel Alvarez
MORRIS BART, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
**Plaintiffs**: James J. Brien Sr. and Dolly S. Brien, Linda Randazzo, individually, and on behalf of Lawrence Randazzo, Samantha Davis, Claudette Brown, Patricia Ferguson, Douglas and Shirley Silvey, Lionel St. Amand

Galen M. Hair, T.A.
Benjamin C. Varadi
VARADI, HAIR & CHECKI, LLC
650 Poydras St., Ste. 1550
New Orleans, LA 70130
**Plaintiffs**: Estate of Cornelius McLain Goodwin III, Rose Marie Goodwin, Steven Wayne Goodwin, Craig McLain Goodwin, Liza Ann Gatson and Cornelius McLain Goodwin IV

Ronald E. Johnson, Jr.
Sarah N. Lynch
SCHACHTER, HENDY & JOHNSON, PSC
909 Wright's Summit Parkway #210
Ft. Wright, KY 41011
**Plaintiffs**: Tony Mathena and Karen Mathena

[5]

Amy M. Carter
SIMON GREENSTONE PANATIER BARTLETT, P.C.
3232 McKinney Avenue, Suite 610
Dallas, TX 75204
**Plaintiff:** Marilyn S. Haney, as the Executrix for and on Behalf of the Heirs of the Estate of Bobby N. Haney

Russell Wills Buss
BARON & BUDD, P.C.
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219
Tel: (214) 521-3605
Fax: (214) 520-1181
sblackburn@baronbudd.com
**Plaintiff:** Sara Jean Jonas

Steven Davis
TORHOERMAN LAW LLC
101 W. Vandalia St., Ste. 350
Edwardsville, IL 62025
Tel: (618) 656-4400
Fax: (618) 656-4401
sdavis@torhoermanlaw.com
**Plaintiff:** Theodore Van Dorn, Jr.; Howard Mize

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 Justison Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 722-7001
egraham@gelaw.com
**Plaintiff:** William Sandusky

Jay F. Hirsch
POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.
Lenox Overlook, Suite 300
3391 Peachtree Road, N.E.
Atlanta, GA 303026
Tel: (404) 523-7706
Fax (404) 524-1648
efile@pmkm.com
**Plaintiff:** Randolph Sinclair

Seth A. Katz
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112
Tel: (303) 792-5595
Fax: (303) 708-0527
**Plaintiff**: Henry Harding and Mary Jane Harding

Kristian Rasmussen
CORY WATSON CROWDER & DeGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL, 35205
Tel: (205) 328-2200
Fax: (205) 324-7896
krasmussen@cwcd.com
**Plaintiff**: Annie Banks

Melissa Mendoza
BERNSTEIN LIEBHARD LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Phone: (212) 779-1414
Fax: (212) 779-3218
Email: mmendoza@bernlieb.com
**Plaintiff**: Claire Browning

Chad Joseph Primeaux
Douglas Robert Plymale
James Dugan
Lanson Leon Bordelon
THE DUGAN LAW FIRM, APLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Tel: (504) 648-0180
Fax: (504) 648-0181
cprimeaux@dugan-lawfirm.com
drplymale@plymalelawfirm.com
jdugan@dugan-lawfirm.com
lbordelon@duganlawfirm.com
**Plaintiff**: William Heffker

Frank Jacob D'Amico, Jr.
FRANK J. D'AMICO, APLC
622 Baronne Street, 2nd Floor
New Orleans, LA 70113
Tel: (504) 525-7272
Fax: (504) 525-1167
frank@damicolaw.net
**Plaintiff**: William Heffker

**Defendants' Counsel**

F.M. (Tripp) Haston, III
BRADLEY ARANT BOULT CUMMINGS LLP 1819 Fifth Avenue North
Birmingham, AL 35203
Phone: (205) 521-8303
Fax: (205) 488-6303
Email: thaston@babc.com
**Defendants**: Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, Bayer Corporation

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Phone: (973) 549-7000
Fax: (973) 360-9831
Email: susan.sharko@dbr.com
**Defendants**: Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, Johnson & Johnson

Bayer Pharma, AG
Müllerstrasse 178
D-13353
Berlin, Germany

Bayer Healthcare AG
CHEMPARK Leverkusen
Zentraler Besucherempfang
Kaiser-Wilheml-Allee
D-51368 Leverkusen

Bayer AG1
Leverkusen
North Rhine-Westphalia, Germany

[8]