UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE SHUSHAN |
| ************************************ | * | |

THIS DOCUMENT APPLIES TO: ALL CASES

APPLICATION OF BRIAN J. MCCORMICK, JR.
FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

**NOW INTO COURT**, pursuant to Pretrial Order #1 [Setting Initial Conference], comes Brian J. McCormick, Jr., Esquire ("Mr. McCormick"), of the law firm of Ross Feller Casey, LLP, who respectfully submits this Application for Appointment to the Plaintiffs' Steering Committee in the above-referenced multidistrict litigation. Mr. McCormick possesses the requisite background and professional experience to bring remarkable value to this litigation.

Mr. McCormick joined Ross Feller Casey, a premier Philadelphia personal injury law firm, in April 2014, after serving as the Managing Partner of Sheller, P.C., another mass tort/personal injury for several years. Together with Mark A. Hoffman, M.D., formerly of the Kline & Specter law firm, Mr. McCormick co-manages a rapidly growing Mass Tort Litigation Department at Ross Feller Casey. Together, Mr. McCormick and Dr. Hoffman currently represent more than 200 testosterone replacement therapy clients, 300 Risperdal clients, and 160 Xarelto clients injured through their use of these medications.

We have currently filed two Xarelto lawsuits in federal court that have been transferred to this MDL,[1] and more than twenty case in the Court of Common Pleas, Philadelphia County, Pennsylvania. We represent Plaintiffs in more than 30 states.

**Mr. McCormick and Ross Feller Casey, LLP have the willingness, requisite worth-ethic, ability and availability to commit to this time-consuming project.** Mr. McCormick

---

[1] *Fagan v. Janssen Research and Development, LLC, et al.,* Civ. A. No. 00-172 (E.D. Pa.) (currently in the process of being transferred to MDL); and *Wagner v. Janssen Research and Development, LLC, et al*., Civ. A. No. 00-170 (E.D. Pa.) (currently in the process of being transferred to MDL).

1

will bring to this litigation the same tireless effort he has demonstrated in his representation of injured clients throughout his legal career.

**Mr. McCormick has the requisite professional experience in this type of litigation**.  Mr. McCormick currently serves on the Plaintiffs' Steering Committee for the *Risperdal® and Invega® Product Liability Cases*, which have been coordinate as a Judicial Council Coordination Proceeding in the Superior Court of California, Los Angeles County.  Mr. McCormick also served as Liaison Counsel from March 2010 through April 2014 in the *In re Risperdal Litigation* in the Court of Common Pleas, Philadelphia County, Pennsylvania.  Both of these litigations focus on conduct by Janssen Pharmaceuticals and Johnson & Johnson, two of the defendants in the instant Xarelto litigation.

As Liaison Counsel in Philadelphia, Mr. McCormick led a litigation team of several attorneys from the different firms against multiple national law firms defending one of the largest healthcare companies in the world, as well as one of the largest medical publishing companies in the world (Elsevier, a co-defendant).  During the litigation, Mr. McCormick first chaired key marketing, science and regulatory affairs depositions of more than 15 Janssen corporate employees, including the former President of Janssen Pharmaceuticals and current Word Wide Chairman of Johnson & Johnson, as well as numerous prescribing and treating physicians and experts.  One of these firms represented Johnson & Johnson and Janssen in this litigation.  This litigation team began trials in two of the bellwether cases, but settled each during trial, as well as a third bellwether case on the eve of trial.

Mr. McCormick also served as co-counsel for the Relator in the *qui tam*/whistleblower litigation, *Starr v. Janssen Pharmaceutica Products, L.P*., which resulted in a $2.4 billion settlement between the United States Department of Justice and Janssen and J&J.  During that litigation, which involved allegations of fraudulent and unlawful marketing of the antipsychotic drug Risperdal, Mr. McCormick worked closely with DOJ lawyers and investigators in building a case against Janssen and J&J.

Mr. McCormick previously was appointed to the Plaintiffs' Steering Committee in the *In re: Levaquin Products Liability Litigation*, MDL No. 1943 in the United States District Court for the District of Minnesota.  Johnson & Johnson was also a defendant in that MDL, in which Mr. McCormick coordinated and first chaired several marketing and regulatory depositions with respect to J&J, as well as numerous other discovery tasks relating to this parties.

Mr. McCormick has also served as Lead Counsel for the Plaintiffs in the third-party payor class action portion of the *In re: Seroquel Products Liability Litigation,* MDL No. 1871. Mr. McCormick was appointed to serve as Liaison Counsel for the Plaintiffs in another third-party payor class action – *District 1199P Health and Welfare Plan v. Janssen, L.P., et al.,* Civil Action No. 3:06-cv-3044 (FLW) in the United States District Court for the District of New Jersey.

In addition, Mr. McCormick represents more than a dozen whistleblower clients pursuing cases under the False Claims Act or the SEC whistleblower program under Section 922 of the Dodd-Frank Act, including numerous pharmaceutical cases. Mr. McCormick has served as lead counsel or co-counsel in several other successful whistleblower settlements, including *Wetta v. AstraZeneca Pharmaceuticals, LP* ($520 million settlement involving the "off-label" marketing of the drug Seroquel), *Rudolph v. Eli Lilly & Company* ($1.4 billion settlement involving the "off-label" marketing of the drug Zyprexa), *Yu v. Biomet, Inc*. (Biomet agreed to pay $6 million to resolve allegations that it provided doctors' office staff with kickbacks to encourage use of Biomet's bone-growth stimulators and improperly billed Medicare for refurbished medical devices) and *Castro v. UMass Memorial Medical Center* (UMass Memorial Medical Center settled fraud charges that it improperly sent bills for uninsured patients to a homeless shelter, in order to obtain payments from Medicaid).

Prior to joining Sheller, P.C., Mr. McCormick was a partner with Buchanan Ingersoll & Rooney, PC, where he focused his practice on a variety of complex commercial litigation matters, including corporate investigations, healthcare matters and Medicare fraud. In that capacity, Mr. McCormick managed, directed and tried complex litigation all over the country. Mr. McCormick was identified as one of 42 attorneys in Pennsylvania as a "*Lawyer on the Fast Track,*" which recognizes attorneys younger than 40 who have demonstrated outstanding promise in the legal profession. Before attending law school, Mr. McCormick served as an analyst and research assistant for the Federal Bureau of Investigation ("FBI") in its Philadelphia office.

Mr. McCormick graduated with Honors from the Rutgers University School of Law in 1997, where he was the Managing Editor of the RUTGERS LAW JOURNAL. Mr. McCormick received his undergraduate degree from the University of Richmond, in Richmond, Virginia.

Mr. McCormick is admitted to practice law in Pennsylvania and New Jersey, as well as several federal courts across the country.

**Mr. McCormick, throughout his career, has proven himself to be a litigator who can work cooperatively with other counsel (both plaintiffs' and defense).** Moreover, both he and Dr. Hoffman have had many occasions to work willfully and supportively with other counsel in this litigation.

**Mr. McCormick and his firm have already committed, and will continue to commit, the necessary human and financial resources to further the prosecution of these complex cases**. Ross Feller Casey, LLP has dedicated associate attorneys, paralegals and administrative staff prepared to assist with the Xarelto litigation. These resources include two physician-lawyers, Dr. Hoffman and Dr. Gerald Parker, Esquire, and a nurse-lawyer, Natalie E. Doria, Esquire. All will be dedicated assets to the Xarelto Litigation.

Ross Feller Casey, LLP will provide the necessary associate attorneys, paralegals and administrative staff to fully support the Xarelto mission and objectives, and to optimize Mr. McCormick's role on the Plaintiffs' Steering Committee. In addition, Ross Feller Casey has the financial resources to pursue this matter.

The team at Ross Feller Casey is familiar with the *Manual for Complex Litigation – Fourth* and understands this Court will proceed in accordance with the provisions and principles contained therein.

WHEREFORE, Brian J. McCormick, Jr., by and through his law firm, Ross Feller Casey, LLP, make an application to this Court for appointment to the Plaintiffs' Steering Committee in this litigation.

/s/ Brian J. McCormick, Jr.
Brian J. McCormick, Jr.
**ROSS FELLER CASEY, LLP**
One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA 19103
Tel: (215) 231-3740
Fax: (215) 574-3080
Email: bmccormick@rossfellercasey.com

Dated: February 2, 2015

4

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Application of Brian J. McCormick, Jr. for appointment to Plaintiffs' Steering Committee has been electronically filed with the Clerk of Court using the CM/ECF system and by first-class mail on the following:

**Plaintiffs' Counsel**

Neil E. McWilliams, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Tel: (850) 435-7059
Fax: (850) 435-7020
nmcwilliams@levinlaw.com
**Plaintiffs**: Ruth E. McGowan as the Executrix for and on behalf of the heirs of the estate of Thomas C. Dunkley, Edwin Nicholson, Sharon Rucker as the Administrator for and on behalf of the heirs of the Estate of Marion Rucker, Jr.

Michael London
DOUGLAS AND LONDON
59 Maiden Lane, 6th Floor
New York, NY 10038
Tel: (212) 566-7500
mlondon@douglasandlondon.com
**Plaintiffs**: Shirley Boynton & James Boynton, Harry Griggs and Joseph Griggs, on behalf of the Estate of Charles Griggs, deceased, and Harry Griggs and Joseph Griggs, Individually, Julia Green and Arthur Green, Carolyn Uselton, Jeanne Jeffcoat

Daniel J. Carr
Joseph C. Peiffer
PEIFFER, ROSCA, WOLF, ABDULLAH, CARR & KANE, LLP
201 St. Charles Ave., Suite 4610
New Orleans, LA 70170
Tel: (504) 586-5270
Fax: (504) 523-2464
dcarr@prwlegal.com
jpeiffer@prwlegal.com
**Plaintiff**: Michael Mulroney

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM

1

127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Tel: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
michael@mblynchfirm.com
**Plaintiff**: Michael Mulroney

Aaron L. Harrah
James C. Peterson
HILL PETERSON CARPER BEE & DEITZLER
North Gate Business Park
500 Tracy Way
Charleston, WV 25311-1555
Tel: (304) 345-5667
Fax: (304) 345-1519
aaron@hpcbd.com
jcpeterson@hpcbd.com
**Plaintiff**: Ronald Dalrymple

Melissa Mendoza
BERNSTEIN LIEBHARD LLP
10 East 40th Street, 22nd Floor
New York, NY 10016 Tel: (212) 779-1414 Fax: (212) 779-3218 Mmendoza@bernlieb.com
**Plaintiff**: Alice Rentrop

Neil D. Overholtz
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Tel: (850) 202-1010
Fax: (850) 916-7449
noverholtz@awkolaw.com
**Plaintiffs**: Scott Lindsey individually and as successor-in-interest and proposed estate representative of the Estate of Donald G. Lindsey, deceased, Nancy Packard, Individually and as Personal Representative of the Estate of William N. Packard, Jr.

David Cleary
CLEARY SHAHI & AICHER, P.C.
110 Merchants Row
P.O. Box 6740
Rutland, VT 05702-6740
Tel: (802) 775-8909
Fax: (802) 775-8809
dlc@clearyshahi.com
**Plaintiffs**: Ruth E. McGowan as the Executrix for and on behalf of the heirs of the estate of Thomas C. Dunkley

2

Bruce Kingsdorf
Dawn Barrios
Zachary Logan Wool
BARRIOS, KINGSDORF & CASTEIX, LLP
One Shell Square
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
Tel: (504) 524-3300
kingsdorf@bkc-law.com
barrios@bkc-law.com
zwool@bkc-law.com
**Plaintiff**: Christopher Braswell

Roger C. Denton
Kristine K. Kraft
Ashley Brittain Landers
SCHLICHTER, BOGARD & DENTON, LLP
100 South 4th Street, Suite 900
St. Louis, MO 63102
Tel: (314) 621-6115
Fax: (314) 621-7151
rdenton@uselaws.com
kkraft@uselaws.com
abrittain@uselaws.com
**Plaintiffs**: Christopher Braswell, Dorothy Leach, William F. Haney, Mary K. Lemp and Charles Lemp, Jr., Stanley Pennell and Nancy Pennell, Michael Mulroney

Nancy A. Mismash
ROBERT J. DEBRY & ASSOCIATES
4252 S. 700 E
Salt Lake City, UT 84107
Tel: (801) 262-8915
nmismash@robertdebry.com
**Plaintiffs**: Dale Armstrong, Karen Cimino, Clifford Armstrong and Douglas Armstrong, heirs, Individually and on behalf of Margaret Armstrong, deceased

Lawrence L Jones, II
JONES WARD, PCL
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
Tel: (502) 882-6000
Fax: (502) 587-2007
larry@jonesward.com
**Plaintiff**: Marilynne A. Cox, Jeanette and Charles Bolto

3

Diane M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Tel: (215) 923-9300 Fax: (215) 923-9302
dnast@nastlaw.com
**Plaintiffs**: Richard Newman, Donald Norword and Carol Hines

Robert C. Hilliard
Catherine Tobin
T. Christopher Pinedo
Marion Reilly
HILLIARD MUNOZ GONZALES LLP
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015
bob@hmglawfirm.com
catherine@hmglawfirm.com cpinedo@hmglawfirm.com
marion@hmglawfirm.com
**Plaintiff**: Tatyana Tonyan

Andrew Childers
CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Road
Suite 100
Atlanta, Georgia 30319
**Plaintiff**: Kimberly West

Michael K. Johnson
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402 Tel: (612) 436-1800 Fax: (612) 436-1801
MJohnson@johnsonbecker.com
**Plaintiff**: Martha McMunn

D. Todd Mathews
GORI, JULIAN & ASSOCIATES, PC
156 N. Main Street
Edwardsville, IL 62025
Tel: 618-659-9833
Fax: 618-659-9834
todd@gorijulianlaw.com
**Plaintiff**: Robert Biven

Scott R. Bickford, T.A.
Lawrence J. Centola, III
Jason Z. Landry
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130
**Plaintiffs**: Joann Varnado and Christian Varnado, individually and on behalf of decedent Gerald Varnado

Eve S. Reardon, Esq.
THE KEATING LAW FIRM, LLC
3714 Airline Drive
Metairie, LA 70001
**Plaintiffs**: Joann Varnado and Christian Varnado, individually and on behalf of decedent Gerald Varnado

Morris Bart
Daniel B. Snellings
Mekel Alvarez
MORRIS BART, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
**Plaintiffs**: James J. Brien Sr. and Dolly S. Brien, Linda Randazzo, individually, and on behalf of Lawrence Randazzo, Samantha Davis, Claudette Brown, Patricia Ferguson, Douglas and Shirley Silvey, Lionel St. Amand

Galen M. Hair, T.A.
Benjamin C. Varadi
VARADI, HAIR & CHECKI, LLC
650 Poydras St., Ste. 1550
New Orleans, LA 70130
**Plaintiffs**: Estate of Cornelius McLain Goodwin III, Rose Marie Goodwin, Steven Wayne Goodwin, Craig McLain Goodwin, Liza Ann Gatson and Cornelius McLain Goodwin IV

Ronald E. Johnson, Jr.
Sarah N. Lynch
SCHACHTER, HENDY & JOHNSON, PSC
909 Wright's Summit Parkway #210
Ft. Wright, KY 41011
**Plaintiffs**: Tony Mathena and Karen Mathena

Amy M. Carter
SIMON GREENSTONE PANATIER BARTLETT, P.C.
3232 McKinney Avenue, Suite 610
Dallas, TX 75204
**Plaintiff**: Marilyn S. Haney, as the Executrix for and on Behalf of the Heirs of the Estate of Bobby N. Haney

Russell Wills Buss
BARON & BUDD, P.C.
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219 Tel: (214) 521-3605 Fax: (214) 520-1181 sblackburn@baronbudd.com
**Plaintiff**: Sara Jean Jonas

Steven Davis
TORHOERMAN LAW LLC
101 W. Vandalia St., Ste. 350
Edwardsville, IL 62025
Tel: (618) 656-4400
Fax: (618) 656-4401
sdavis@torhoermanlaw.com
**Plaintiff**: Theodore Van Dorn, Jr.; Howard Mize

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 Justison Street. 7th Floor
Wilmington, DE 19801 Tel: (302) 622-7000 Fax: (302) 722-7001 egraham@gelaw.com
**Plaintiff**: William Sandusky

Jay F. Hirsch
POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.
Lenox Overlook, Suite 300
3391 Peachtree Road, N.E.
Atlanta, GA 303026
Tel: (404) 523-7706
Fax (404) 524-1648
efile@pmkm.com
**Plaintiff**: Randolph Sinclair

Seth A. Katz
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112
Tel: (303) 792-5595
Fax: (303) 708-0527
**Plaintiff**: Henry Harding and Mary Jane Harding

Kristian Rasmussen
CORY WATSON CROWDER & DeGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL, 35205
Tel: (205) 328-2200
Fax: (205) 324-7896
krasmussen@cwcd.com
**Plaintiff**: Annie Banks

Melissa Mendoza
BERNSTEIN LIEBHARD LLP 10 East 40th Street, 22nd Floor New York, NY 10016
Phone: (212) 779-1414
Fax: (212) 779-3218
Email: mmendoza@bernlieb.com
**Plaintiff**: Claire Browning

Chad Joseph Primeaux
Douglas Robert Plymale
James Dugan
Lanson Leon Bordelon
THE DUGAN LAW FIRM, APLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Tel: (504) 648-0180
Fax: (504) 648-0181
cprimeaux@dugan-lawfirm.com
drplymale@plymalelawfirm.com
jdugan@dugan-lawfirm.com
lbordelon@duganlawfirm.com
**Plaintiff**: William Heffker

Frank Jacob D'Amico , Jr. FRANK J. D'AMICO, APLC 622 Baronne Street, 2nd Floor New Orleans, LA 70113 Tel: (504) 525-7272
Fax: (504) 525-1167
frank@damicolaw.net
**Plaintiff**: William Heffker

**Defendants' Counsel**
F.M. (Tripp) Haston, III
BRADLEY ARANT BOULT CUMMINGS LLP 1819 Fifth Avenue North
Birmingham, AL 35203
Phone: (205) 521-8303
Fax: (205) 488-6303
Email: thaston@babc.com
**Defendants:** Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC,
Bayer Corporation

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Phone: (973) 549-7000
Fax: (973) 360-9831
Email: susan.sharko@dbr.com
**Defendants:** Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen

7

Ortho LLC, Johnson & Johnson
Bayer Pharma, AG Mullerstrasse 178 D-13353
Berlin, Germany
Bayer Healthcare AG CHEMPARK Leverkusen Zentraler Besucherempfang
Kaiser-Wilheml-Allee D-51368 Leverkusen
Bayer AG1
Leverkusen
North Rhine-Westphalia, Germany

Dated: February 2, 2015              /s/ Brian J. McCormick, Jr.
                                     BRIAN J. MCCORMICK, JR., ESQUIRE
                                     ROSS FELLER CASEY, LLP
                                     One Liberty Place
                                     1650 Market St., Suite 3450
                                     Philadelphia, PA 19103
                                     215-574-2000
                                     mhoffman@rossfellercasey.com