**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES | : : | JUDGE ELDON E. FALLON |
| | : : | MAG. JUDGE SHUSHAN |
| | : | |

**APPLICATION OF DIANNE M. NAST FOR APPOINTMENT
TO THE PLAINTIFFS' LEADERSHIP**

Dianne M. Nast respectfully applies for appointment to the Plaintiffs' Steering Committee, or for service in such other capacity as the Court deems appropriate.

Ms. Nast has been an active member of the bar for over three decades. As briefly summarized below, she has extensive experience in complex cases and products liability litigation, with an emphasis on pharmaceutical litigation. She has a reputation for working cooperatively with co-counsel and facilitating resolution of disagreements. She and her firm have ample personnel, time, and financial resources to devote to this important litigation. The firm currently represents four cases that were filed in or will be transferred to this MDL, and has signed agreements in approximately 150 other fully-screened cases as of this date.[1] The firm continues to sign agreements with clients, as soon as the medical record reviews can be completed.

Ms. Nast has abundant experience in pharmaceutical mass torts and is frequently appointed to take major leadership roles in those cases. By way of example, Ms. Nast was

---

[1] *Newman v. Janssen Research & Development LLC et al.*, 14-cv-02934 (E.D. La.); *Fye v. Janssen Research & Development LLC et al.*, 15-cv-00258 (E.D. Pa) (pending transfer to this MDL); *Siegel v. Janssen Research & Development LLC et al.*, 15-cv-00342 (E.D. Pa.) (pending transfer to this MDL); *Thakkar v. Janssen Research & Development LLC et al.*, 15-cv-00343 (E.D. Pa.) (pending transfer to this MDL).

appointed by Judge Cynthia M. Rufe as Co-Lead Counsel in the *Zoloft Litigation*, MDL 2342 (E.D. Pa.), to the Plaintiffs' Executive Committee in the *Effexor Litigation*, MDL 2458 (E.D. Pa.), to the Plaintiffs' Steering Committee in *Testosterone Replacement Therapy Litigation*, MDL 2545 (N.D. Ill.), as Co- Lead Class Counsel and Fee Committee Member in *Factor Concentrate Blood Products Litigation*, MDL 986 (N.D. Ill.), and to the PSC, Sub-Class Counsel, and the Fee Committee in *Diet Drugs Litigation*, MDL 1203 (E.D. Pa.).[2]  She has served as Federal State Liaison Counsel in two other MDLs – the *Avandia Litigation*, MDL No. 1871 (E.D. Pa.), and the *Yasmin and Yaz (Drospirenone) Litigation,* MDL 2100 (S.D. Ill.).  Ms. Nast also Chaired the Fee Committee in the *Avandia Litigation*, and was a member of the Fee Committees in the *Diet Drugs*, *Medtronic* and *Factor Concentrate* litigations, which were difficult, but important undertakings.  In the above cases and many others, Ms. Nast has taken major responsibility for brief writing, oral advocacy and extensive negotiations, including overall settlements and litigation dispute resolution.  Ms. Nast has organized document discovery, retained and worked with experts, worked to refine science presentations and theories of the cases, and prepared cases for trial.

She was appointed by then Chief Justice William H. Rehnquist to the Board of Directors of the Federal Judicial Center Foundation, where she served for ten years, five years as Chair. The late Judge Edward Becker, then Chief Judge of the Third Circuit, appointed Ms. Nast to serve as a member of the Third Circuit Task Force on Selection of Class Counsel.  The Task Force issued a report, *Selection of Class Counsel*, 208 F.R.D. 340 (2002), which has been cited

---

[2] Ms. Nast has also been appointed as Lead or Co-Lead Counsel and served as a member of the Plaintiffs' Executive Committee or Plaintiffs' Steering Committee in many cases throughout the United States.  By way of example:  *In re: Yaz, Yasmin, Ocella Prod. Liab. Litig.* (Phila. C.C.P. No. 1307) (Pa. Co-Lead/Liaison); *In re: Serzone Prod. Liab. Litig*. (S.D. W.V., MDL 1477) (PSC); *In re: Heparin Prod. Liab. Litig*. (N.D. Ohio, MDL 1953) (PEC); and *In re Medtronic, Inc. Sprint Fidelis Leads Litig.* (D. Minn., MDL 1905) (PSC and Fee Committee).

over 100 times in court opinions. She is a member of the American Law Institute and was selected to serve on the ALI's Principles of the Law of Aggregate Litigation.

Ms. Nast chaired the Lawyers Advisory Committee for the United States Court of Appeals for the Third Circuit and served a three-year term on that Committee. She served for eight years on the Third Circuit's Committee on Revision of Judicial Conduct Rules of the Judicial Council and on the Judicial Conference Long Range Planning Committee.

She was appointed by the late Chief Judge Alfred L. Luongo to Chair the Eastern District of Pennsylvania's Lawyers Advisory Committee, and served for four years. She served for three years as President of The Historical Society for the Eastern District of Pennsylvania and as Editor of the Society's Annual Historical Calendar.

Ms. Nast is a member of the American Bar Association Litigation Section, where she served on the Task Force on State Justice Initiatives and on its Committee on Counsel Fees. She served on the Task Force on the Justice System and the Task Force on Strategic Planning. She co-chaired the Section's Committee on International Associations, and served a term on the Section's Council. She served as a Section Division Director, and co-chaired the Section's Antitrust Committee.

She served a term in the American Bar Association House of Delegates, and three terms in the Pennsylvania Bar Association House of Delegates. She was a member of the Pennsylvania Bar Association's Task Force on the Image of the Lawyer. Ms. Nast served as a member of the American Arbitration Association Task Force on Alternate Dispute Resolution and Mass Torts. She also served as a member of the Board of Directors of the American Arbitration Association.

She served six years as a Director on the Board of the Public Defender's Office of Philadelphia. Ms. Nast was selected as one of a small group of Philadelphia attorneys to be

appointed Judge Pro Tempore, serving as presiding Judge in major civil jury cases in the Court of Common Pleas.

Ms. Nast is a Fellow of the American Bar Foundation. She has served as a member of the Board of Directors of the Sedona Conference, is a member of the American Antitrust Institute and the Public Justice Foundation. She currently serves on The Pennsylvania Disciplinary Hearing Committee.

Ms. Nast holds an AV Martindale-Hubbell rating, and has been selected to be listed in *The Best Lawyers in America*, in each edition since 2003. The *National Law Journal* has selected Ms. Nast as one of the nation's top fifty women litigators. Ms. Nast was also selected by *Philadelphia Magazine* as one of Philadelphia's Best Complex Litigation Lawyers. She repeatedly has been named as one of Pennsylvania's Top Women Lawyers.

Ms. Nast is committed to this litigation and will dedicate the substantial personal time, energy and major financial resources to help bring this important litigation to conclusion. She will remain active in the litigation until every case is concluded. Her history in other cases demonstrates that when she is in a leadership position, she remains in the case until the case is concluded, and also helps other colleagues to wrap up their cases, if such help is requested.

She has a strong reputation of working collegially with her colleagues, a fact that has been recognized by numerous courts in their frequent appointment of Ms. Nast to positions that require strong and effective leadership skills.

Dated: February 2, 2015　　　　　　　　　　　　/s/ Dianne M. Nast
　　　　　　　　　　　　　　　　　　　　　　Dianne M. Nast (Pa. Bar No. 24424)
　　　　　　　　　　　　　　　　　　　　　　NastLaw LLC
　　　　　　　　　　　　　　　　　　　　　　1101 Market Street, Suite 2801
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania 19107
　　　　　　　　　　　　　　　　　　　　　　(215) 923-9300 (telephone)
　　　　　　　　　　　　　　　　　　　　　　dnast@nastlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. A copy was also served via email or first class mail to all counsel listed on Schedule B attached to Pretrial Order No. 1, as updated.

/s/ Dianne M. Nast
Dianne M. Nast

Dated: February 2, 2015