UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL DOCKET NO.  2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE SHUSHAN |
| ***************************************************** * | | |

THIS DOCUMENT RELATES TO: ALL CASES

### APPLICATION OF JIM REEVES FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

COMES NOW, Jim Reeves and makes this application for appointment to the Plaintiffs' Steering Committee.  In support thereof, he states as follows:

**I.**

**INTRODUCTION**

Jim Reeves of the firm of Reeves & Mestayer, PLLC, has over two decades of experience successfully litigating products liability, medical malpractice, and a number of mass tort cases.  He is the managing partner of Reeves & Mestayer.  He is licensed to practice law in both Mississippi and Alabama.

Mr. Reeves is counsel of record for a Xarelto wrongful death case filed in the Southern District of Mississippi (*see* Exhibit "A" attached, Reeves & Mestayer filed case.)

In addition, the firm is evaluating approximately 40 other serious injury and wrongful death cases for filing.

II.

COURT'S CRITERIA

A. **Willingness and availability to commit to a time-consuming project**.

Mr. Reeves will commit the time and the firm's resources to this project as he has always has done in every case in which his firm has been involved. In all of the cases referenced in this application, Mr. Reeves has consistently provided the personnel and financial resources necessary to effectively represent clients. This includes sustained effort in each litigation in all phases from case identification and investigation, discovery, and trial preparation.

Mr. Reeves and his firm have represented clients in a variety of complex litigation throughout the United States and even in Central America. The firm has a staff which is efficient at handling mass tort litigation. The firm also has associates with medical and scientific backgrounds which will contribute significantly to the case.

In summary, Jim Reeves is willing to commit the time and resources necessary to these cases and has a proven record of doing so in other litigation over a substantial period of time.

B. **Ability to work cooperatively with others**.

Jim Reeves has worked successfully with hundreds of law firms on both complex individual cases, as well as multi-district litigations, class actions and mass torts. This includes extensive work with Plaintiff Liaison Counsel in this case, Leonard Davis and Gerald Meunier.

The success is based upon the ability of Mr. Reeves to work hard and support the efforts of his colleagues while at the same time putting ego aside for the good of the client. The complex litigation matters set forth below all required the ability to work with co-counsel and opposing counsel toward a meaningful and appropriate resolution. In all cases, Mr. Reeves made significant contributions.

**C.    Professional expertise in this type of litigation**.

Jim Reeves enjoys an "AV" rating by Martindale-Hubbell Law directory. He has successfully handled thousands of cases on behalf of working families, veterans, children and ordinary people. Over the course of his career, Mr. Reeves has been counsel in hundreds of serious single event cases. He is licensed to practice in Mississippi and Alabama and firm members are also licensed in Louisiana. He is known to be an aggressive seasoned advocate with extensive courtroom experience.

He is an active member of the Harrison County and Mississippi Bar Associations. He has served on the Mississippi Bar Tribunal since 2002. He is also an active member of the American Association for Justice (President's Club), the Southern Trial Lawyers Association, the Alabama Association for Justice (ALAJ), and the Mississippi Association for Justice (MAJ) and serves on the Board of Governors. Mr. Reeves is the author of numerous legal articles.

Mr. Reeves has extensive complex mass tort litigation experience. The following is a non-exhaustive listing of the cases in which he has been involved:

1. ***Jones v. Singing River Health Services, et al***, United States District Court for the Southern District of Mississippi, Southern Division, 1:14-cv-00447-LG-RHW. (Putative class action on behalf of 3,000 members of a failed hospital pension plan.)

3

2. ***In Re: Atlas Roofing Corporation Chalet Shingle Products Liability Litigation***, MDL Docket No. 2495, United States District Court for the Northern District of Georgia, Atlanta Division, 1:13-MD-2495-TWT (Mr. Reeves serves on the Plaintiffs' Steering Committee in this putative national class action involving defective roofing shingles).

3. ***In re: Chinese-Manufactured Drywall Products Liability Litigation***, MDL Docket No. 2047, United States District Court, Eastern District of Louisiana, 2:09-md-02047-EEJ-JCW. (Mr. Reeves serves on the Plaintiffs' Steering Committee. As the Court knows, this case involved approximately 14,000 plaintiffs and 1,000 defendants including international defendants located in Germany and throughout China. Mr. Reeves served as Class Counsel for the INEX settlement.

4. ***In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010***, MDL Docket No. 2179, United States District Court, Eastern District of Louisiana, 2:10-md-02179-CJB-SS, Mr. Reeves serves on the Damages - Economic Models and Property Committee. Reeves & Mestayer represents approximately 2,000 businesses and individuals in the settlement.

5. ***In re: Bridgestone/Firestone, Inc., ATX, ATX II, and Wilderness Tires*** Products Liability Litigation, U.S.D.C., S.D. Ind. Master File No. IP00-9373-C-B/S MDL No. 1373 (involved 65 Venezuelan plaintiffs injured or killed as a result of Firestone tire tread separation and resulting rollovers of Ford Explorers.)

6. ***Thompson, et al. vs. Technical Coating Applicators, Inc., et al.***, Okaloosa, FL, Case No. 93-2823-CA, (involved over 200 plaintiffs injured as a result of exposure to diisocyanate toxic roofing materials.)

7. ***Welding Rod Litigation***, Eastern District of Ohio, Case No. 1:03-CV-17000 (national mass tort litigation involving product liability claims against manufacturers of welding rods brought on behalf of hundreds of injured industrial welders.)

8. ***Johnson, et al vs. Red Panther Chemical Co., et al.***, Coahoma County, Mississippi, Case No. 8193 (mass tort litigation involving personal injuries as a result of chemical plant explosion.)

9. ***In re: L-tryptophan Products***, U.S. District Court, Columbia Division, South Carolina, Case No. MDL-865 (mass tort products liability case against supplement manufacturers.)

In summary, Jim Reeves and the firm of Reeves and Mestayer, PLLC is willing to commit the necessary time and resources to this project and will provide expertise, experience and the ability to work with others necessary to effectively and efficiently represent the plaintiffs in these cases.

WHEREFORE, Jim Reeves and the law firm of Reeves & Mestayer, PLLC request appointment to the Plaintiffs' Steering Committee.

Respectfully submitted, this 2nd day of February, 2015.

> BY: /s/ James R. Reeves, Jr.
> JAMES R. REEVES, JR. (MSB #9519)
> REEVES & MESTAYER, PLLC
> 160 MAIN ST. (39530)
> P. O. DRAWER 1388
> BILOXI, MS 39533
> Phone: 228/374-5151
> Fax: 228/374-6630
> Email: jrr@rmlawcall.com

## CERTIFICATE OF SERVICE

I, undersigned counsel, do hereby certify that I have this 2nd day of February, 2015 served the foregoing Application of Jim Reeves for Appointment to the Plaintiffs' Steering Committee upon all known counsel for all parties, as well as all persons listed on the Panel Service List via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile email or other electronic transmission.

> /s/ James R. Reeves, Jr.
> JAMES R. REEVES, JR.