# EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | | MDL DOCKET NO. 2592 |

Reeves & Mestayer, PLLC Filed Cases

| CASE NAME | CIVIL CASE NO. | DISTRICT COURT |
|---|---|---|
| Morrison M. Dubois, as Executor of the Estate of Bonnie R. Seal Dubois and Wendy Johnson, Individually, and on Behalf of the Wrongful Death Beneficiaries of Bonnie R. Seal Dubois v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; Bayer Corporation; Bayer Healthcare LLC; Bayer Health AG; and Bayer AG | 1:15-cv-30 LG-RHW | Southern District of Mississippi, Southern Division |