UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ERIK WALKER'S APPLICATION FOR LEAD COUNSEL, EXECUTIVE SUBCOMMITTEE MEMBER AND MEMBER OF THE PLAINTIFFS' STEERING COMMITTEE**

I, Erik Walker, request appointment to the Plaintiffs' Steering Committee ("PSC"). I also request appointment as Lead or Co-Lead Counsel and as a member of the Executive Subcommittee.

1. I am currently Lead Counsel of the PSC for the hormone replacement therapy (Prempro) MDL litigation. Judge Billy Roy Wilson of the Eastern District of Arkansas appointed me Lead Counsel *sua sponte*. The Prempro proceedings have nearly wound down, with less than a dozen cases (out of an original 8,000) remaining nationwide. Throughout the MDL proceedings, I served as Chair of the Law & Briefing Subcommittee of the PSC. I drafted and argued the vast majority of motions to the MDL court. I tried four cases to the MDL court, began trials of Prempro cases in other courts and handled pretrial briefing and argument in many other cases. I briefed and argued all appeals of MDL court orders to the Eighth Circuit. These orders included judgment on a jury verdict of compensatory damages for a plaintiff, an adverse judgment on punitive damages, an adverse *Daubert* ruling on short-term drug use and two mandamus actions brought by the defendants. The plaintiffs prevailed

1

in all of these appeals. I also briefed and argued a certified question to the Minnesota Supreme Court on whether Minnesota would apply its six-year statute of limitations for negligence to out-of-state claims. The state high court ruled unanimously for plaintiffs, thereby saving over 4,000 hormone replacement therapy cases, along with thousands of cases in other mass tort litigation. (A borrowing statute has since taken effect in that state.)

2. I serve on all six PSCs of the MDL proceedings involving transvaginal mesh products. I am on the Law & Briefing Committee of the federal Granuflo MDL proceedings.

3. I am a partner at Hissey Kientz, LLP, a national mass torts law firm in Austin, Texas. Hissey Kientz specializes in occupational injury (principally asbestos-related) and pharmaceutical litigation. The firm has over 6,000 clients. Hissey Kientz is well-positioned to contribute financially to prosecuting this litigation and would pay any and all MDL assessments and common benefit expenses in a timely matter.

4. I earned a Bachelor of Arts Degree in Business Administration from Samford University in 1983, a Master of Arts Degree in Communication Studies from Baylor University in 1984 and a Juris Doctorate Degree from Baylor Law School in 1994. During the time between my M.A. and J.D. degrees, I was an Instructor in Speech and Debate at Baylor, Samford and Houston Baptist University. I was the debate coach at all three schools. My college debate partner (Melonie Gardner) and I were the top-ranked debate team in the nation during the 1982-83 academic year, and I was top speaker at most national tournaments that year. I was also the intra-scholastic moot court champion at Baylor Law School and on the school's national moot court and mock trial teams. I was on the Baylor Law Review staff.

5. I am licensed by the State Bars of Texas, Arkansas and Minnesota. I am admitted to practice before the United States Courts of Appeals for the Fifth and Eighth Circuits and the District Courts of the Northern, Southern, Eastern and Western Districts of

Texas, the Eastern and Western Districts of Arkansas and the District of Minnesota.

6. I have drafted briefs in, and argued, dozens of appeals, including appeals to state appellate courts, state supreme courts, federal circuit courts and the United States Supreme Court. I have tried (both first and second chair) numerous civil cases throughout the nation. During the hormone replacement therapy litigation, I was retained to handle briefing and argument of legal issues in most of the trial-set cases throughout the country.

7. My chief paralegal, April Cowgill, is highly respected among the mass torts plaintiffs' bar. She was the principal paralegal for the PSC in the Prempro MDL proceedings. One associate of our firm works exclusively for me. All three of us would commit fully to this litigation. My firm would devote additional personnel as needed.

8. Working closely and cooperatively with defense counsel, other plaintiff attorneys and courts is among my greatest assets. I was solely responsible for communications with Lead Counsel of the Defendants' Steering Committee in the Prempro MDL proceedings. I was *de facto* liaison counsel between the federal and state court plaintiff lawyers. I was responsible for communicating with the court on all matters. Judge Wilson has remarked in open court that he trusted my representations because I was always candid with the court. I encourage this Court to contact Judge Billy Roy Wilson regarding my skills, commitment to MDL proceedings and ability to work cooperatively with counsel and the Court.

9. Hissey Kientz currently has two Xarelto cases on file in federal court:

*Carl Merrell vs. Janssen Research & Development LLC, et al*, No. 1:15-CV-0135 SEB-TAB, in the Southern District of Indiana

*Joseph Labay vs. Janssen Research & Development LLC, et al*, No. 4:15-CV-00278, in the Southern District of Texas 4:15-CV-00278

Both cases will be tagged for transfer. Our firm is in the process of reviewing over a hundred

other potential claims and should have substantially more federal court cases in the near future.

For these reasons, I ask the Court to appoint me to the Plaintiffs' Steering Committee. I also ask for appointment as Lead or Co-Lead Counsel and as an Executive Subcommittee Member.

By:

HISSEY KIENTZ, L.L.P.
/s/ Erik Walker
Erik Walker, TSB 00792104
erik@hkhlaw.com
Hissey Kientz, L.L.P.
9442 N. Cap. TX Hwy, Suite 400
Austin, TX 78759
Telephone: (512) 320-9100
Facsimile: (512) 320-9101

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February 2015, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which forwarded a true and correct copy to all counsel of record.

HISSEY KIENTZ, L.L.P.

/s/ Erik Walker
Erik Walker, TSB 00792104
erik@hkhlaw.com
Hissey Kientz, L.L.P.
9442 N. Cap. TX Hwy, Suite 400
Austin, TX 78759
Telephone: (512) 320-9100
Facsimile: (512) 320-9101