UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*IN RE: XARELTO (RIVAROXABAN)*
*PRODUCTS LIABILITY LITIGATION*

This Document Relates to:

All Actions

MDL No. 2592
SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

### APPLICATION OF ROBERT C. HILLIARD FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, Robert C. Hilliard respectfully submits this application for appointment to a leadership position on the Plaintiffs' Steering Committee ("PSC").

**INTRODUCTION REGARDING MR. HILLIARD AND XARELTO**

Mr. Hilliard is uniquely qualified to serve on the PSC given his clients' substantial presence in this MDL, his early and continual involvement with this specific Xarelto litigation, and his long career in complex tort litigation. A significant number of Plaintiffs in this litigation have retained Mr. Hilliard to represent them in this matter. On their behalf, Mr. Hilliard will be filing over 200 cases in this MDL. At this time, Mr. Hilliard has eight cases on file in Federal Court, each of which has been transferred or soon will be transferred to this Court.[1] Mr. Hilliard is committed to devoting his time, resources, and significant professional experience leading product liability and other complex litigation for the benefit of his clients and all Plaintiffs in this MDL.

**MR. HILLIARD'S KNOWLEDGE AND EXPERIENCE IN PROSECUTING COMPLEX LITIGATION**

Mr. Hilliard is the Founding Partner of Hilliard Muñoz Gonzales, LLP (1984 – present) and Hilliard & Shadowen, LLP (2012 – present).

- Mr. Hilliard is currently one of three Co-Lead Counsel in *In re General Motors LLC Ignition Switch Litigation*, MDL 2543. He has been appointed as the only Co-Lead to have

---

[1] Mr. Hilliard is counsel in the following filed cases: *Tonyan v. Janssen Research & Development, LLC et al.*, No. 3:14-cv-02523 (MDL 2592); *Leahy v. Janssen Research & Development, LLC et al.*, No. 3:15-cv-00130 (S.D. Ca. 2014); *Eribal v. Janssen Research & Development, LLC et al.*, No. 2:15-cv-00259 (E.D. Ca. 2015); *Soto v. Janssen Research & Development, LLC, et al.*, No. 1:15-cv-00166 (E.D. Ca. 2015); *Sullivan v. Janssen Research & Development, LLC et al.*, No. 2:15-cv-00262 (E.D. Ca. 2015); *Minz v. Janssen Research & Development, LLC et al.*, No. 2:15-cv-00263 (E.D. Ca. 2015); *Busby v. Janssen Research & Development, LLC et al.*, No. 2:15-cv-00157 (E.D. Ca. 2015); *Dagley v. Janssen Research & Development, LLC et al.*, No. 2:15-cv-00265 (E.D. Ca. 2015).

primary responsibility for the personal injury and death cases in the MDL. This multi-district litigation is considered the single largest product liability litigation in US history. Mr. Hilliard personally represents 1,153 plaintiffs in the GM litigation. His role as Co-Lead includes attending monthly status conferences and working with GM defense counsel to negotiate discovery, prepare for trial and manage the litigation.

- Mr. Hilliard is Co-Lead Counsel for the Plaintiffs' Steering Committee in the Texas GM MDL, *In re General Motors LLC Ignition Switch Litigation*, MDL No. 2014-51871.

- Mr. Hilliard's firm, Hilliard & Shadowen LLP, is currently in leadership roles in the following MDLs:
  - 2014: *In re Actos End Payor Antitrust Litigation*, No. 1:13-cv-09244-RA (S.D.N.Y.) (Interim Co-Lead Counsel on behalf of consumer class plaintiffs);
  - 2014: *In re Aggrenox Antitrust Litigation*, No. 3:14 MD 2516 (SRU) (D. Conn.) (Interim Co-Lead counsel on behalf of consumer class plaintiffs);
  - 2014: *Loestrin 24 Fe Antitrust Litigation*, No. 1:13-md-02472-S (D.R.I.) (Interim Co-Lead counsel on behalf of consumer class plaintiffs);
  - 2013: *In re Nexium (Esomeprazole) Antitrust Litigation*, No. 1:12-md-02409-WGY (D. Mass.) (Co-Lead Counsel on behalf of consumer class plaintiffs);
  - 2013: *In re Niaspan Antitrust Litig.*, No. 2:13-md-02460-JD (E.D. Pa.) (Interim Co-Lead Counsel on behalf of consumer class plaintiffs);
  - 2013: *In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation* No. 2:13-md-02445-MSG (E.D. Pa.) (Interim Co-Lead Counsel on behalf of consumer class plaintiffs).

- In 2013, Mr. Hilliard was the lead trial attorney for 15 patients killed or injured during Bristol-Myers Squibb's testing of an experimental drug for Hepatitis C. Mr. Hilliard led all filings, pre-trial matters, and negotiations and, as reported in the Wall Street Journal, successfully settled the cases for $80 million.

- In 2013, Mr. Hilliard was Lead Counsel in the pharmaceutical product liability case, *In re Risperdal Litigation*, against Johnson & Johnson. He tried two cases before juries in the Philadelphia County Court of Common Pleas that both settled during trial. *See Banks v. Janssen Pharmaceuticals, Inc. et al.; Bentley v. Janssen Pharmaceuticals, Inc., et al.* Mr. Hilliard led the negotiations and successfully settled over 1,500 cases for a confidential amount after taking the deposition of Johnson & Johnson's C.E.O., Alex Gorsky.

- In 2011, the Honorable Kurt Englehart (E.D. La) appointed Mr. Hilliard one of eight attorneys to the Plaintiffs' Steering Committee in *In Re FEMA Trailer Product Liability Litigation,* MDL No. 1873. Mr. Hilliard's firm represented approximately 30,000 FEMA Plaintiffs, 98% of whom accepted the proposed settlement. Mr. Hilliard was one of the trial lawyers in the first bellwether case, *Alexander, et al. v. Gulf Stream Coach, Inc.*, *In Re FEMA Trailer Product Liability Litigation,* MDL No. 1873 (E.D. La.).

- In 2010, the Honorable Robert Schaffer (Tex.) appointed Mr. Hilliard Texas Co-Liaison Counsel in *In Re Toyota Unintended Acceleration Litigation*, MDL No. 2010-46354.

- In 2007, Mr. Hilliard filed the first litigation in the country against Guidant Corporation for defective heart defibrillators. His deposition of Guidant's CEO, Fred McCoy, played a critical role in the resolution of the national MDL. *See In Re Guidant Corp. Implantable Defibrillators Products Liability Litigation,* MDL No. 1708 (D. Minn.).

- In 2005, the Honorable Karen Johnson (Tex.) appointed Mr. Hilliard Texas Liaison Counsel in the Ocwen MDL, *In Re Ocwen Loan Servicing, LLC Mortgage Servicing Litigation*, MDL No. 07-0037, a complex litigation involving predatory lending. He also represented individual homeowners in the litigation, obtaining successful jury verdicts in Corpus Christi, Texas for $3.5 million and in Galveston, Texas for $10 million.

- In 2002, Mr. Hilliard served as Co-Lead Texas Class Counsel in *Haese v. H&R Block*, a class action lawsuit involving several hundred thousand Texas plaintiffs claiming that H&R Block received illegal kickbacks for its tax-preparation services. Mr. Hilliard defeated H&R Block's mandatory arbitration defense and defeated H&R Block's attempts to force all Texans to participate in a $25 million national class action settlement—an issue that was taken up on appeal. The Court of Appeals for the Seventh Circuit issued a strong opinion favorable to Mr. Hilliard's clients. *See Reynolds, et al. v. Beneficial Nat'l Bank, et al.*, 288 F.3d 277 (7th Cir. 2002). Mr. Hilliard led the negotiations and ultimately recovered in excess of $200 million, with $26 million of that value paid in cash to the members of the Texas state class alone.

**MR. HILLIARD'S WILLINGNESS AND AVAILABILITY TO COMMIT TO THIS LITIGATION, WORK COOPERATIVELY WITH OTHERS, AND HIS ACCESS TO RESOURCES TO PROSECUTE THE LITIGATION IN A TIMELY MANNER**

Mr. Hilliard is willing and able to commit the necessary time and resources to pursue this matter to its completion. Mr. Hilliard has thirty-two years of experience with personal injury and product liability cases, including complex and multi-district litigation. He has prepared, filed and argued virtually every type of motion. He has argued in front of the Texas Supreme Court, as well as numerous state and federal appellate courts.

Throughout his career, Mr. Hilliard has focused on complex cases, including multi-district litigation, and has cooperatively assisted co-counsel and professionally interacted with opposing counsel. Mr. Hilliard commits all necessary resources to effectively and timely prosecute cases similar to those at issue in this MDL, and has done so for decades. Between his two firms Mr. Hilliard has access to over 50 attorneys and staff members, with the ability to increase personnel as required. Mr. Hilliard's firms have offices in Corpus Christi, Texas; Austin, Texas; and Mechanicsburg, Pennsylvania.

**GENERAL CONSIDERATIONS**

- Mr. Hilliard was a 2011 Public Justice National Trial Lawyer of the Year Finalist for his pro bono representation of Koua Fong Lee, a Hmong refugee, who served three years of a six-year prison sentence for vehicular homicide in Minnesota as a result of an accident

involving his runaway Toyota. Mr. Hilliard successfully led a four-day evidentiary hearing proving the sudden unintended acceleration of Mr. Lee's Toyota and culminating in Mr. Lee's immediate and permanent release from custody. All charges were dropped, and Mr. Hilliard received the Never Forgotten Award from the Innocence Project of Minnesota for his tireless work on this case.

- Mr. Hilliard obtained a landmark ruling from a panel of the United States Court of Appeals for the Fifth Circuit in *Hernandez v. United States*, 2013 WL 2932598 (5th Cir. 2014). For the first time in United States history, a Court held that a Mexican national, standing in Mexico, possesses Fifth Amendment constitutional rights that allow him to sue a United States Border Patrol Agent for conscience-shocking, excessive use of force across our nation's border. The Fifth Circuit recently granted rehearing en banc of the panel's decision and held oral argument on Jan. 21, 2015.

- Mr. Hilliard is double board certified in Personal Injury Trial Law (1990) and Civil Trial Law (1992).

- Mr. Hilliard is an Advocate in the American Board of Trial Advocates (ABOTA), which requires 50 jury trials to verdict as lead counsel. Mr. Hilliard is also a member of the American Association for Justice (formerly ATLA) and served as Co-Chairman of its National Ethics Committee from August 1992 – July 1995. Mr. Hilliard was an instructor for the Gerry Spence Trial Lawyers College, WY (1997-2000).

- Mr. Hilliard's recent jury verdicts as lead trial attorney:
    a. 2013: *Davila v. Premium Assets, Inc.* – $25 million jury verdict; the top premises liability verdict in Texas in 2013. *See* http://verdictsearch.com/verdict/security-guard-severely-beaten-when-he-confronted-intruder/
    b. 2012: *Chatman-Wilson v. Cabral & Coca-Cola, Enterprises, Inc.* – $21 million jury verdict against Coca-Cola; one of the top overall verdicts in Texas for 2012. *See* http://www.insurancejournal.com/news/southcentral/2012/05/07/246574.htm
    c. 2011: *Garcia v. Christus Spohn* – $6.4 million jury verdict against Christus Spohn Medical Center; the third highest premises liability verdict in 2011. *See* http://www.constructionwitness.com/Testimonials-News/Blog/2012/November/-6-4-million-Verdict-Woman-blamed-automaticdoor.aspx

Pursuant to the provisions of 28 U.S.C. § 1746, Mr. Hilliard declares under penalty of perjury that the foregoing is true and correct.

EXECUTED this 2nd day of February 2015.

*/s/ Robert C. Hilliard*_____
Robert C. Hilliard

4

**CERTIFICATE OF SERVICE**

I hereby certified that on February 2, 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of the foregoing document was served on all counsel listed on the Panel Attorney Service List attached to PTO 1 and designated as Schedule B.

                                           _/s/ Robert C. Hilliard_____
                                           Robert C. Hilliard