UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| This Document Relates to: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE SHUSHAN |

******************************************************************************

## APPLICATION OF JOSEPH M. BRUNO
## FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes Joseph M. Bruno, counsel for plaintiff in *Champagne v. Janssen Research & Development, LLC, et al.*, who hereby makes application to serve on the Plaintiffs' Steering Committee, pursuant to the Order of this Court as set forth in Pre Trial Order No. 1, dated December 17, 2014.

I humbly submit to this Court that I am well-suited for appointment to the Plaintiffs' Steering Committee, as I have the knowledge and professional experience required to effectively represent the plaintiffs in this litigation. I have devoted my career to mass torts and complex litigation. For over thirty years, I have been an energetic and vocal advocate for victims' rights, particularly in difficult and complex cases of liability.

During my career, I have served on both state and federal plaintiffs' steering committees, and am well acquainted with the demands of such an appointment. Pursuant to this appointment, I have effectively worked with other members of the committee and with the defendants' committee, to effectuate orderly management of complex litigation. Through these appointments, I have demonstrated my ability to work cooperatively with others to benefit plaintiffs. I am

willing and available to commit myself and my firm to this time-consuming litigation through its conclusion.

In the Louisiana state court *Scott* cigarette litigation, I served as a member of the Plaintiffs' Steering Committee where my primary responsibility was the selection and handling of expert witnesses. *Castano, et al. v. The American Tobacco Co., et al.*, CDC Docket No. 96-8461. After a jury trial, judgment was rendered in the amount of $241,549,488.00 plus interest. I also served as a member of the Plaintiffs Steering Committee in the class action lawsuit against Gaylord Chemical for the 1995 chemical spill which resulted in a $92 million dollar punitive damage jury verdict. *Fuqua, et al. v. Gaylord Chemical Corp., et al.*, 22nd JDC No. 73351. I served as co-lead counsel in a class action against the Housing Authority of New Orleans and its insurers on behalf of children who were exposed to lead paint in HANO developments. The matter was settled for $67,370,000.00. *Billieson, et al. v. City of New Orleans, et al./Johnson, et al. v. Orleans Parish School Board, et al.*

Before the United States District Court for the Eastern District of Louisiana, I served on Plaintiffs' Legal Committee in the Shell/Norco refinery litigation which resulted in a $170 million settlement. *In re: Shell Oil Refinery*, No. 88-1935 "I". More recently, I served as Plaintiffs' Liaison Counsel in the massive Katrina litigation: *In re Katrina Canal Breaches Litigation*, 05-4182 "K"(2). I also served on the as discovery chair of the Plaintiffs' Committee in the Murphy Oil Class Action Litigation, *Turner, et al. v. Murphy Oil USA, Inc.*, 05-4206 "L"(2). The *Turner* litigation resulted in a settlement of over $330 million dollars. After the plaintiffs' hurricane litigation concluded, I represented the State of Louisiana in *Louisiana State, et al. v. American National Property & Casualty Company, et al.*, 13-3051 "J"(1). In this capacity, I

effectuated the settlement of 125,000 homeowners' insurance claims and recovered approximately $30 million dollars in funds due to the State of Louisiana from the homeowners' insurance companies.

As these matters are now resolved, I am willing and available to commit to this litigation, and able to focus my time, energy and finances to pursue the instant matter to its resolution. I have no other obligations that would hinder my ability to commit my personal time and skills, and the time and skills of my firm, to the responsibilities of the PSC.

Neither my firm nor I am affiliated or contractually bound with any parties or interests that would restrict or conflict, either ethically or financially, with advocating the pure common benefit interests of the plaintiffs in this litigation. I affirm that my appointment to the plaintiffs' steering committee would not be used to solicit clients or to otherwise exercise undue influence over potential plaintiffs for personal benefit. Furthermore, I would support the entry of an order that would implement such a policy for all members of the plaintiffs' steering committee.

In consideration of the foregoing, I respectfully request this Honorable Court consider my application to serve as a member of the Plaintiffs' Steering Committee in this matter.

Respectfully submitted:

**BRUNO & BRUNO, LLP**

/s/ Joseph M. Bruno
Joseph M. Bruno (La Bar No. 3604)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone:   (504) 561-6776
Facsimile:    (504) 561-6775
Email: jbruno@jbrunolaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of this Motion upon all known counsel for all parties, as well as all persons listed in Schedule B of Pretrial Order No. 1 via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 2nd day of February, 2015.

                                    /s/ Joseph M. Bruno
                                    **JOSEPH M. BRUNO**