UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-------------------------------------------------------------------x
IN RE:
XARELTO (RIVAROXABAN) PRODUCTS LIABILITY
LITIGATION
                                                            MDL 2592

**THIS DOCUMENT RELATES TO ALL CASES**

_____
### APPLICATION FOR PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order #1, please find Carmen S. Scott's Application for membership to the Plaintiffs Steering Committee (PSC) for the Xarelto (Rivaroxaban) Multi-District Litigation.

A 1999 University of South Carolina School of Law graduate, Carmen Scott has been a member of the Bar of the South Carolina Supreme Court since 1999, is a member of the Bar of the U.S. District Court for South Carolina, and has been admitted *pro hac vice* to numerous state and federal forums. She has worked in the area of mass tort pharmaceutical litigation for more than ten years and has been a partner at Motley Rice for four years. Ms. Scott is active in multiple litigations related to medical devices, pharmaceutical drugs and medical negligence. Her work has led to her appointment to numerous leadership positions. Ms. Scott is currently the Co-Lead Counsel for the New Jersey Mirena IUD litigation, having filed the first cases in the country. She is also a Co-Chair of the AAJ Mirena® IUD Litigation Group. Ms. Scott serves on the Plaintiffs' Steering Committee in the *In re NuvaRing Products Liability Litigation* multidistrict litigation, and was appointed to the Claims Resolution Committee by Special

Master Daniel Stack who presides over the NuvaRing settlement.  She is also active in other national litigation involving products such as Pradaxa®, Fosamax®, Yaz® and Yasmin®

Ms. Scott's experience with and dedication in previous mass tort projects illustrates her commitment to projects for which she volunteers.  In NuvaRing, she conducted corporate witness depositions and worked with Plaintiffs' general liability experts. In Mirena, she has taken multiple corporate witness depositions, and serves on the Science and Expert Committee with a task of developing general and case-specific liability and warnings experts. Her excellent organization skills have helped the Mirena litigation stay focused and moving forward.  Ms. Scott has also served on *ad hoc* committees designated for bellwether case selection in several litigations, in which she examined medical records and Plaintiff Fact Sheets to recommend trial selections that best represented the majority of filed plaintiffs.  At Motley Rice, Ms. Scott serves on several leadership committees.

In each previous PSC position she has held, and in every case in which she has worked, Ms. Scott has consistently worked cooperatively alongside co-counsel.  She has always conducted herself with civility and integrity with both plaintiff and defense counsel in accordance with the South Carolina Lawyer's Oath and the Code of Ethics.

Active in her community, Ms. Scott serves on the Board for the Make-A-Wish Foundation of South Carolina, fundraising and promoting the Foundation's mission, as well as serving as a "wish-granter" for families that have been selected by the organization. She is a member of the American Association for Justice (AAJ), serving on its Exchange Advisory Committee, the American Bar Association (ABA), the South Carolina Association for Justice (SCAJ) and the South Carolina Women Lawyers Association. Ms. Scott was honored with the Charleston Regional Business Journal's Forty Under 40 award in 2013 in recognition of her

professional achievements and contributions to the community. She was also selected by her peers for inclusion in the 2013 and 2014 *South Carolina Super Lawyers*® Rising Stars list and was selected as a 2015 *South Carolina Super Lawyer*®.

Ms. Scott's participation in the Xarelto litigation would bring not only her personal experience, but that of her entire firm (See Affidavit of Joseph F. Rice, at Exh. A). With over 70 lawyers and its main office in Mt. Pleasant, South Carolina, and offices in New Orleans, Louisiana; Providence, Rhode Island; Hartford, Connecticut; Morgantown, West Virginia; New York City, New York; and Washington, D.C., Motley Rice has a nationally based plaintiffs' practice and the firm has vast experience litigating complex cases nationally.  Motley Rice has always been on the forefront of litigation, from representing workers injured by the asbestos industry in the 1970s, to extensive involvement in the tobacco litigation, including negotiating the national settlement for state Attorneys General, to litigating cases on behalf of 9/11 families and terrorism cases.  Motley Rice has broken new ground in the areas of aviation, lead paint and many other complex mass injury, commercial, and environmental causes.  Further, multiple cases have been filed by Ms. Scott and Motley Rice, LLC in the Xarelto litigation and are in the process of being transferred to the MDL.  (See Filed Case List, Exh. B).

Motley Rice members serve as co-lead counsel and liaison counsel in numerous litigations, including holding PSC positions in the Mirena IUD MDL, Depuy Orthopaedics, Inc. ASR Hip Implant MDL, Dupuy Orthopaedics, Inc. Pinnacle Hip Implant MDL, Zoloft MDL, Lipitor MDL, NuvaRing MDL, Zicam MDL, Avandia MDL, Medtronic, Inc., Sprint Fidelis MDL, Trasylol MDL, Levaquin MDL, Digitek MDL, Kugel Mesh MDL and the Human Tissue MDL. Motley Rice Member Fred Thompson serves as Co-Lead Counsel and a member of the executive committee for the six separate TVM MDLs currently before Judge Joseph Goodwin.

Motley Rice has been instrumental in the resolution process for the TVM MDLs, already settling with one major manufacturer for many of the MDL claimants. Joseph Rice has also been appointed to the Plaintiffs' Executive Committee of *In Re: General Motors Ignition Switch Litigation*, consolidated in the S.D.N.Y before Judge Furman. Additionally, Mr. Rice and a team of Motley Rice members and attorneys were appointed to the BP Oil Spill MDL, MDL 2179, and served as senior negotiators in fashioning a multibillion dollar settlement in that matter. Thus, the firm has an outstanding record of achieving complex settlements of mass injury consolidations, and will provide outstanding resources, experience, and an accomplished track record of dealing with many claimants, co-counsel, and adversaries, in working to achieve fair and efficient resolution of the Xarelto litigation.

## CONCLUSION

Ms. Scott has the time and experience, and will commit the resources of her firm for the benefit of the Xarelto MDL. She has a proven record of dedication to projects in which she is involved, and thereby respectfully requests appointment to this PSC.

Respectfully submitted,

February 2, 2015

/s/ Carmen S. Scott
Carmen S. Scott
Joseph F. Rice
Fred Thompson
Motley Rice LLC
28 Bridgeside Boulevard
Mt. Pleasant, SC  29464
843-216-9160 (Phone)
843-216-9450 (Fax)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served via email or U.S. Mail on all counsel listed on Schedule B attached to Pretrial Order #1, and filed electronically on the below date so that is it available for viewing and downloading from the ECF System of United States District Court for the Eastern District of Louisiana this the 2nd day of February, 2015.

／s／ *Carmen S. Scott*
Carmen S. Scott