UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-------------------------------------------------------------------x
IN RE:
XARELTO (RIVAROXABAN) PRODUCTS LIABILITY
LITIGATION

MDL 2592

## EXHIBIT A TO APPLICATION FOR PLAINTIFFS' STEERING COMMITTEE APPOINTMENT OF CARMEN S. SCOTT:

### AFFIDAVIT OF JOSEPH F. RICE

I, Joseph F. Rice, hereby attest to the following:

1. This affidavit is in support of my Motley Rice LLC partner Carmen S. Scott's application for appointment to the *In re: Xarelto (Rivaroxaban) Products Liability* MDL's Plaintiffs' Steering Committee. Should Ms. Scott be appointed, she will have the full support of Motley Rice and all of its resources.

2. I am the co-founder of Plaintiffs' firm Motley Rice LLC ("Motley Rice"). Motley Rice is based in South Carolina and has offices in New York, the District of Columbia, Connecticut, Rhode Island, West Virginia and New Orleans, Louisiana.

3. I have had the opportunity and privilege to have worked on a number of litigations that have been handled under the MDL provisions. While I would like to serve on this Xarelto MDL, I support diversification in MDL practice. Younger qualified attorneys should be given the opportunity to serve on Plaintiff Steering Committees. Motley Rice LLC supports Ms. Scott.

4. I, along with my law firm, bring significant knowledge and resources, including over 65 attorneys experienced in complex litigation and 250 support staff, to the Xarelto

1

litigation. Motley Rice has been involved directly with numerous MDLs involving asbestos, automobile defects, consumer fraud, defective medical devices, pharmaceutical litigation, lead poisoning, environmental pollution, catastrophic injuries, securities fraud, transportation disasters and complex national and international mass tort cases.

5. Motley Rice attorneys are admitted to practice in 22 jurisdictions and have resources, experience and knowledge required to advocate on behalf of plaintiffs in this litigation.

6. Our firm has a history or playing critical roles in the resolution of major litigations. I served as Lead Private Negotiator on the 1998 Tobacco Master Settlement Agreement that was accepted by all states, and have been recognized for my central role in structuring some of the more significant resolutions in other major Mass Tort Litigation.

7. Most recently, I structured the settlement with AMS in *In Re American Medical Systems, Inc., Pelvic Repair Systems Products Liability Litigation*, No. 12-MDL-2325 (S.D.W.V.) that resolved over 22,000 claims. I continue to lead negotiations with the other Defendants in that litigation. I also served as one of two Lead Negotiators in *In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, No. 10-MDL-2179-CJB-SS (E.D. La.), through which we reached a class action resolution with BP to resolve tens of thousands of Business Economic Loss and Property Damage claims exceeding $8,000,000,000.

8. I have also served as chair or co-chair of the Asbestos Negotiating Committee in many Chapter 11 Bankruptcy reorganizations involving former asbestos manufacturing defendants including AWI, Federal Mogul, Pittsburg Corning, and others.

9. I have experience in mass torts involving pharmaceuticals, serving on the Plaintiffs' Steering Committee in *In Re: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation*, MDL No. 14-mn-2502-RMG (D.S.C.).

10. If the Court selects Ms. Scott to work on the Xarelto MDL Plaintiff Steering Committee she will have available to her the full resources of Motley Rice LLC to fulfill the work commitment required of an MDL position. I am also happy to serve in any capacity the Court deems appropriate.

11. Motley Rice, co-founded by Ronald L. Motley (1944-2013) and myself, is one of the nation's largest law firms principally representing plaintiffs in complex litigation. The firm grew out of a business model that centers on working closely with law firms of all sizes from all relevant geographical areas of the country. Motley Rice brings the trial and discovery experience necessary to properly prepare and ultimately try or resolve complex mass tort cases. The firm's primary mission is to represent consumers and plaintiffs seeking justice in the face of national and international corporations engaged in negligence, fraud and cover-ups that threaten to adversely impact public health and safety.

12. Motley Rice lawyers regularly litigate complex mass tort cases involving multiple parties in federal jurisdictions throughout the United States. Motley Rice attorneys have held leadership roles in nearly 40 multidistrict litigation cases and served in other capacities in over 10 others. The firm was labeled a "most feared plaintiffs firm" by *Law360* in 2013; in addition to being listed by *The National Law Journal* on The Plaintiffs' Hot List for 2006, 2012, 2013 & 2014. Motley Rice was also awarded a "highly recommended" national ranking for 2012, 2013 and 2014 by *Benchmark Plaintiff* for its work in product liability, bankruptcy, commercial/mass tort, civil rights and human rights, environmental, medical malpractice, securities, toxic tort and

white collar crime. Motley Rice was named by *U.S. News - Best Lawyers* to its 2013 National and Metropolitan First-Tier rankings of "Best Law Firms."

Further affiant sayeth not.

_____
Joseph F. Rice

SWORN TO AND SUBSCRIBED BEFORE ME
This, the 2nd day of February, 2015

_____
Notary Public for South Carolina
My commission expires: 12/5/2018