EXHIBIT B

| PLAINTIFF | CIVIL ACTION NUMBER | DISTRICT COURT |
|---|---|---|
| *Drastura, Lillian* | 2:15-cv-00008 | District of South Carolina |
| *McKinney, Ronnie* | 7:15-cv-00010 | District of South Carolina |
| *Harper, Donald* | 8:15-cv-00011 | District of South Carolina |
| *Brown, Alice* | 3:15-cv-0001 | Western District of North Carolina |
| *Andersen, Elizabeth* | 4:15-cv-00001 | Eastern District of North Carolina |
| *Carrillo, Maria* | 0:15-cv-60014 | Southern District of Florida |
| *Cannity, John* | 0:15-cv-60018 | Southern District of Florida |
| *Pope, Voncille* | 1:15-cv-0001 | Southern District of Alabama |
| *Tatom, Nancy* | 4:15-cv-0003 | Middle District of Georgia |
| *Hunnewell, Carolyn* | 8:15-cv-00013 | Middle District of Florida |
| *Lebalnc, Ronald* | 6:15-cv-00012 | Middle District of Florida |