UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL DOCKET NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

****************************************************** *

THIS DOCUMENT RELATES TO:
ALL CASES

### REQUEST TO BE ADDED TO PANEL ATTORNEY SERIVCE LIST

NOW INTO COURT comes James R. Reeves, Jr. of Reeves & Mestayer, PLLC, who, pursuant to Pre-Trial Order No. 1, respectfully requests that his name be added to the Panel Attorney Service List attached as Schedule B to the Pre-Trial Order.

Respectfully submitted, this 2nd day of February, 2015.

BY: /s/ James R. Reeves, Jr.
JAMES R. REEVES, JR. (MSB #9519)
REEVES & MESTAYER, PLLC
160 MAIN ST. (39530)
P. O. DRAWER 1388
BILOXI, MS 39533
Phone: 228/374-5151
Fax: 228/374-6630
Email: jrr@rmlawcall.com

### CERTIFICATE OF SERVICE

I, undersigned counsel, do hereby certify that I have this 2nd day of February, 2015 served the foregoing Request to be Added to Panel Attorney Service List upon all known counsel for all parties, as well as all persons listed on the Panel Service List via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile email or other electronic transmission.

/s/ James R. Reeves, Jr.
JAMES R. REEVES, JR.