UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592, SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO: ALL CASES

### APPLICATION FOR APPOINTMENT OF CAROLINE FAYARD TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to ¶ 16 of Pretrial Order No. 1 in the above-captioned matter, Caroline Fayard[1] hereby requests appointment to the Plaintiffs' Steering Committee (PSC). Ms. Fayard, of Fayard Law Firm LLC, is an experienced member of the bar who is very interested and deserving to serve on the Court's PSC. She will bring to the PSC her experience on numerous areas of complex litigation, both as an advocate and a former federal judicial clerk. Ms. Fayard has a demonstrated history of cooperation, leadership, and strong work ethic in both her professional and civic engagements. She is highly motivated, willing, and able to commit the time, energy, and full financial resources necessary to best represent plaintiffs in this litigation.

### EXPERIENCE

Ms. Fayard brings experience working on behalf of PSCs in complex litigations, including most recently in this Court in the *In re M/V Deepwater Horizon* litigation (MDL 2179). In that matter, Ms. Fayard worked with lead negotiators from both sides to assist in the drafting of the Economic and Property Damages Settlement Agreement with BP. She also served on a small working group consisting of both plaintiffs' and defense counsel that, under the supervision of

---

[1] Ms. Fayard currently has two cases on file in this MDL: *Thompson v. Janssen Research & Devel., LLC, et al.*, No. 15-cv-00045, and *Bradley v. Janssen Research & Devel., LLC, et al.*, 15-cv-00275. She anticipates filing several more with this Court in the coming weeks. Further, Ms. Fayard has been in regular consultation with numerous other lawyers regarding the *Xarelto* litigation.

Magistrate Judge Shushan, drafted the recent HESI Punitive Damages and Assigned Claims Settlement Agreement in MDL 2179.

Ms. Fayard currently represents plaintiffs in other large litigations, including:

- *City of New Orleans v. BP, et al.*, C.A. No. 13-cv-1977 (E.D.La.), in which she works with a consortium of plaintiff's firms on the City's damages claims, including claims for business interruption, arising from the 2010 oil spill. Ms. Fayard's to-date involvement includes the drafting of pleadings and retention of economic experts, as well as case set-up and settlement strategy.

- *Edward Wisner Donation vs. BP, et al.*, C.A. No. 14-cv-1525 (E.D.La.), in which she, with Fayard & Honeycutt APC, represents the City of New Orleans as Trustee as it seeks enforcement of contractual provisions for remediation of oil contamination in southern Lafourche Parish. There, Ms. Fayard has assisted in retention of experts, conducted on-site visits, participated in status conferences, and engaged defendants on various matters.

- *In the Matter of Bayer Corporation*, C.A. No. 07-CI-00148 (Franklin Cir. Ct. KY), in which she, along with Fayard & Honeycutt APC, represents the state of Kentucky as it seeks penalties, sanctions, and enforcement of a settlement agreement arising from litigation against Bayer over the marketing of its prescription drug, Yaz. In this matter, Ms. Fayard is active in all aspects of the discovery process and early motion practice.

Ms. Fayard's exposure to complex litigation prior to her practice includes an internship with the court-appointed special master in the toxic tort class action *In re Combustion Inc.*, where she assisted in the evaluation and allocation of claims following an over-$100 million settlement, as well as participation in the winding down of *In re New Orleans Train Car Leak and Fire Litig.* (CDC Orleans Parish, Case No. 87-16374), following a $3.35 billion jury verdict.

Ms. Fayard further offers strong experience from the judicial side of complex litigation. Ms. Fayard clerked in the Eastern District of Louisiana under the Honorable Stanwood R. Duval, Jr., on two complex cases—*Bauer et al. vs. Dean Morris, LLP* (05-cv-2177), and *McWaters v. FEMA* (05-cv-5488). The first, *Bauer*, was a class action filed by mortgagor plaintiffs against various lenders and foreclosure attorneys and alleging various contract, tort, and statutory claims. Ms. Fayard assisted the Court in "numerous motions for summary judgment," for which "the Court

painstakingly, and at great length, analyzed the claims of the individual plaintiffs based on the facts specific to each plaintiff." 2011 WL 3924963 at *2 (E.D.La. Sept. 7, 2011). The second, *McWaters v. FEMA*, was a putative class action filed against the Agency on behalf of plaintiffs seeking and receiving federal emergency housing assistance after Hurricane Katrina. In this matter, Ms. Fayard was responsible for coordinating all motion practice for the Court, including multiple TROs, preliminary injunctions, motions to dismiss, and oral arguments, as well as a full trial on the merits and post-trial briefing. In addition to her responsibilities in these and other civil matters, Ms. Fayard handled much of the Court's criminal docket.

This clerkship experience led Ms. Fayard to join the faculty of Loyola University College of Law, where, as a Westerfield Fellow, she spent over two years of research and instruction on the topic of the Federal Torts Claims Act in the emergency relief context. By then well-versed in complex disaster litigation, Ms. Fayard investigated proposals and strategies for reforming federal law to respond better and more agilely to the needs of large classes of disaster victims. While at Loyola, Ms. Fayard also taught a senior seminar on the subject.

## LEADERSHIP

Ms. Fayard offers a history of leadership and cooperation with other attorneys through her engagements with regional volunteer and non-profit organizations. Ms. Fayard volunteers as special counsel, and volunteered for two years as in-house counsel, for The Junior League of New Orleans, a local chapter of the national women's volunteer organization. In this capacity Ms. Fayard interfaces with and manages outside counsel on an as-needed basis, and handles all legal issues confronting the organization—including personnel, tax, insurance, and property issues. Ms. Fayard also serves as a longtime board member and past president of the Louisiana chapter of Appleseed, a national association of attorneys whose mission is to advance *pro bono* involvement

by legal professionals and effect policy change for underrepresented communities. In addition to these civic leadership roles, Ms. Fayard also serves on the boards of evacuteer.org and The Louisiana Children's Museum.

### RESOURCES AND COMMITMENT

Ms. Fayard is available, motivated, and committed to devoting the time and energy required to facilitate expeditious, economical, and just administration of this litigation. She is not actively engaged in any other national or regional MDL or other complex litigation that would require her daily participation or that might interfere with her work on this case. She has displayed leadership and collegiality in her professional and civic endeavors and has a reputation throughout the region as a highly capable and cooperative advocate. Further, Ms. Fayard is well aware of the financial wherewithal this type of litigation demands and pledges her and her firm's full and ample resources to serve the needs of plaintiffs. Her law office is located at 940 Gravier in New Orleans, which allows her to be readily available to assist Lead Counsel and the PSC in the prosecution of this matter.

WHEREFORE, Caroline Fayard respectfully requests an appointment to the Plaintiffs' Steering Committee in the above-captioned litigation.

Respectfully submitted,

/s/  Caroline Fayard

Caroline Fayard, La. Bar No. 30888
Fayard Law Firm LLC
940 Gravier Street
New Orleans, Louisiana 70112
Phone:  (504) 648-1487
Fax:     (504) 648-1499
caroline@fayardlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February 2015, I electronically filed the foregoing via the Court's ECF System and properly served upon all counsel in Schedule B attached to this Honorable Court's Pretrial Order #1 (Doc. 2).

/s/ Caroline Fayard
Caroline Fayard