UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: ALL CASES

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Caroline Fayard hereby enters her appearance as counsel for Charlene Thompson, Plaintiff in *Thompson v. Janssen Research & Development, LLC, et al.* No. 2:15-cv-00045 (E.D. La.), and Larry Bradley, Plaintiff in *Bradley v. Janssen Research & Development, LLC, et al.* No. 2:15-cv-00275 (E.D. La.) in the above-captioned action.

It is respectfully requested that copies of all pleadings, notices, orders, correspondence, and other materials may be served on the undersigned.

Dated: February 2, 2015

                Respectfully submitted,

                FAYARD LAW FIRM, LLC

                /s/ Caroline Fayard_____
                CAROLINE FAYARD (Bar No. 30888)
                940 Gravier Street
                New Orleans, La 70112
                Telephone:   (504) 648-1484
                Facsimile:    (504) 648-1499
                Email:          caroline@fayardlegal.com

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the foregoing was served via U.S. Mail or email on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically on the below date and is available for download from the ECF System of the United States District Court for the Eastern District of Louisiana this 2nd day of February, 2015.

                                      /s/ Caroline Fayard
                                      CAROLINE FAYARD