UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates To:  All Cases* | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE SHUSHAN |

## PETITION FOR APPOINTMENT TO PLAINTIFFS' LEADERSHIP COMMITTEE

Pursuant to the Court's Pre-Trial Order Number 1, dated December 17, 2014, I hereby respectfully apply to this Court to be appointed a member of the Plaintiffs' Leadership for the personal injury plaintiffs in MDL 2592.  I certify that I will personally commit my time and energy, and that of key members of my law firm and its staff, to this challenging and intensive task as a matter of highest priority.

Lieff, Cabraser, Heimann & Bernstein is extremely well-suited to play a lead role in this MDL litigation.[1]  As this application endeavors to demonstrate, I[2] and my firm have the requisite

---

[1] Lieff Cabraser is a 63-attorney, AV-rated law firm with offices in New York, San Francisco and Nashville.  We possess the financial resources necessary for the handling of large, complex cases and take pride in our cases that have achieved landmark results and precedent setting rulings.  Lieff Cabraser is one of the oldest, largest, most respected, and most successful law firms in the country representing plaintiffs only.  Lieff Cabraser has litigated and resolved thousands of individual lawsuits and hundreds of class and group actions, including some of the most important civil cases in the United States over the past four decades.  Lieff Cabraser has been recognized as "one of the nation's premier plaintiffs' firms" by The American Lawyer. J. Triedman, A New Lieff,  The American Lawyer (Dec. 2006), at 13.  See also A. Frankel, Sweet Sixteen, Litigation 2004, Supplement to The American Lawyer & Corporate Counsel (Dec. 2004), at 8-10. The National Law Journal has recognized Lieff Cabraser as one of the nation's top plaintiffs' law firms for eleven years and named to its Plaintiffs' Hot List Hall of Fame.  U.S. News and Best Lawyers have selected Lieff Cabraser as a national "Law Firm of the Year" each year the publications have given this award to law firms.  For 2011, 2012, and 2014, we were recognized in the category of Mass Torts Litigation/Class Actions – Plaintiffs.  More information on our firm is available at www.lieffcabraser.com.

[2] I received my J.D. in 1977 from Temple University School of Law.  I have written scholarly and practical treatises and articles and lectured extensively on mass tort litigation,

1215927.2                                     1

criteria for appointment to a leadership position in this MDL:  1) knowledge and experience in presenting complex pharmaceutical litigation, representing plaintiffs in significant mass torts litigation (and MDLs); 2) willingness and ability to commit to a time-consuming process; 3) the ability to work cooperatively with others; and, 4) access to sufficient resources to prosecute this litigation in a timely manner for the common interests of plaintiffs and expeditious resolution by the Court.

I appreciate the opportunity to serve the common benefit of plaintiffs in this litigation, and am personally willing and available to commit substantial time, on a priority basis, to the challenging task of PSC service in this litigation.  My 22 years of MDL/complex litigation leadership[3] experience includes the following mass tort, pharmaceutical and medical device litigation:

*In re: Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation,* MDL No. 2441 (DMN), in which I serve as Co-Lead Counsel; *In re: Zimmer Durom Cup Hip Implant Products Liability Litigation*, MDL No. 2158 (DNJ), in which I serve as Co-Liaison Counsel; *In re: DePuy Orthopedics, Inc., ASR Hip Implant Products Liability Litigation*, MDL No. 2197 (NDOH), in which I serve on the Plaintiffs' Steering Committee.  I was Co-Liaison Counsel in the New Jersey Mass Tort Program *In re: Reglan Product Liability Litigation* (New Jersey Superior Court, Atlantic County).  I also served as Plaintiffs' Liaison Counsel in the Coordinated Special Proceedings *In re: Complete Cases*, JCCP No. 4521, pending in California Superior

---

pharmaceutical and medical device litigation, complex litigation and substantive tort law questions and have authored chapters and co-edited a book on proving and defending damages, *Proving and Defending Damages, A Fifty State Guide*, Wolters-Kluwer, 2008 - present.

[3] I have been a partner of Lieff Cabraser Heimann & Bernstein, LLP since January 2001. For more than eight years before that, I was Of Counsel to Skadden Arps Meagher & Flom in the mass torts/complex litigation practice group handling complicated defense class and mass actions.

Court, Orange County before the Hon. David C. Velasquez.  I served as Plaintiffs' Liaison Counsel in the Coordinated New Jersey Mass Tort Program *In re Ortho Evra Patch Products Liability Litigation*, pending in Middlesex County, before the Hon. Jessica Mayer.  I have also served on the Plaintiffs' Executive Committee *In re: Bausch & Lomb ReNu MoistureLoc Products Liability Litigation*, MDL No. 1785 (D.S.Ca.), as well as the Plaintiffs' Steering Committee in *In re: Medtronic Fidelis Products Liability Litigation*, MDL No. 1905 (DMN) and chaired expert discovery in *In re: Guidant Defibrillator Products Liability Litigation*, MDL No. 1708 (DMN).

Lieff Cabraser has successfully represented large numbers of seriously injured clients in numerous mass torts, including *Yaz/Yasmin* birth control pills against the same Bayer entities as are named defendants in the *Xarelto* litigation, *OrthoEvra* birth control patches against the same Johnson & Johnson entities named as defendants here, *DePuy ASR Hip Implants*, *Zimmer Durom Cup Hip Implants*, *Stryker Rejuvenate and ABGII hip implants*, *Vioxx*, *Breast Implants*, *Diet Drugs*, *Sulzer*, *Guidant*, and *Baycol*, among others.  Lieff Cabraser has played a significant role in winning more than 23 $100+ million settlements, verdicts, and judgments within the past 10 years.

As this Court is aware, the involvement of one Lieff Cabraser partner means the engagement of the law firm.  I am committing the services of our law firm including that of certain of my partners and colleagues to work on this litigation.  The Court is aware of the extraordinary talents and experience of Ms. Cabraser, who because of leadership appointments in other ongoing matters, will participate here on individual projects.

Lieff Cabraser partner Donald C. Arbitblit has an extraordinary wealth of experience in developing the science and the regulatory aspects of many mass torts. He has offered to assist the

plaintiffs and the Court in these disciplines.  Our firm's Louisiana complex litigation experience includes the *Deepwater Horizon*, MDL 2179, in which Ms. Cabraser's responsibilities included briefing case management, client communications, class action, and class action settlement issues at the district and appellate courts; and the recently-concluded *Vioxx* litigation, trial and settlement, among others.  In these cases, Ms. Cabraser's responsibilities included class certification, briefing and argument, trial design and trial structure.  And, Mr. Arbitblit actively participated in two trials of the *Vioxx* cases before this Court.

The MDL Leadership and PSC experience summarized above demonstrates my law firm's and my ability to work cooperatively with others.  We have been relied upon over many years, by colleagues across the country, to provide quality written and oral advocacy, legal research and analysis, on challenging issues and under demanding conditions; and I and my firm have willingly assisted in the broad array of tasks necessary to any successful PSC's function.  We are currently screening many potential *Xarelto* clients for serious injury claims, and have filed one federal action.[4]

I greatly appreciate the Court's consideration of my Petition to serve the common interests of Plaintiffs in this MDL.

 Dated:  February 2, 2015               Respectfully submitted,

                                        _____*/s/ Wendy F. Fleishman*_____

---

[4] Lieff Cabraser's filed federal case is:  Genevieve and James Walker v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al., Case No. 2:14-cv-07137-ER.

1215927.2                                        4

Wendy R. Fleishman (PA Id. 25855)
wfleishman@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:    (212) 355-9500
Facsimile:     (212) 355-9592

Elizabeth J. Cabraser, Esq. (CA Id. 083151)
ecabraser@lchb.com
Donald C. Arbitblit, Esq. (CA Id. 122744)
darbitblit@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:     (415) 956-1008

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Wendy Fleishman, hereby certify that on February 2, 2015, true and correct copy of the foregoing Petition for Appointment and Certificate of Service was served upon all interested counsel and/or parties identified below using the CM/ECF system.

*Defense Counsel and Defendants*

F.M. (Tripp) Haston, III
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North Birmingham, AL 35203
Phone: (205) 521-8303
Fax: (205) 488-6303
Email: thaston@babc.com
    *Counsel for Defendants:*
    *Bayer HealthCare Pharmaceuticals Inc.*
    *Bayer HealthCare LLC*
    *Bayer Corporation*

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047 Phone: (973) 549-7000
Fax: (973) 360-9831
Email: susan.sharko@dbr.com
    *Counsel for Defendants:*
    *Janssen Pharmaceuticals, Inc.*
    *Janssen Research & Development, LLC*
    *Janssen Ortho LLC*
    *Johnson & Johnson*

**Bayer Pharma, AG**
Mullerstrasse 178
D-13353 Berlin
Germany

**Bayer Healthcare AG**
CHEMPARK Leverkusen
Zentraler Besucherempfang
Kaiser-Wilheml-Allee
D-51368 Leverkusen

1215927.2      -1-

**Bayer AG**[5]
Leverkusen
North Rhine-Westphalia, Germany

*Plaintiffs' Counsel and Co-Counsel*

D. Todd Mathews
Gori, Julian & Associates, PC
156 N. Main Street
Edwardsville, IL 62025
(618) 659-9833
Fax: 618-659-9834
Email: todd@gorijulianlaw.com
  *Counsel for Plaintiff:*
  *Case No. 3:14-cv-01050-SMY-DGW: Robert Biven vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Southern District of Illinois.*

  *Case No. 3:14-cv-02624-W-KSC: Marilyn Haney as the Executrix for and on behalf of the heirs of the Estate of Bobby N. Haney, Deceased vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Southern District of California.*

Megan M. McBride
Neil E. McWilliams
Emanuella Paulos
Levin, Papantonio, et al.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7054
Fax: (850) 436-6054
Email: mmcbride@levinlaw.com
  nmcwilliams@levinlaw.com
  epaulos@levinlaw.com

  *Counsel for Plaintiff:*
  *Case No. 3:14-cv-01026-SMY-SCW: Sharon Rucker as the Administrator for and on behalf of the heirs of the Estate of Marion Rucker, Jr. vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Southern District of Illinois.*

---

[5] The specific mailing address in Germany is unknown for this foreign defendant.

Neil E. McWilliams
Emanuella Paulos
Levin, Papantonio, et al.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7054
Fax: 850-436-6054
Email: nmcwilliams@levinlaw.com
      epaulos@levinlaw.com
      *Co-Counsel for Plaintiff:*
      *Case No. 2:14-cv-00159-cr: Ruth E. McGowan as the Executrix for and on behalf of the heirs of the estate of Thomas C. Dunkley vs. Janssen Research & Development LLC, et al.; In the United States District Court for the District of Vermont.*

Travis Phillip Lepicier
Neil E. McWilliams
Levin, Papantonio, et al.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7054
Fax: 850-436-6054
Email: tlepicier@levinlaw.com
      nmcwilliams@levinlaw.com
      *Counsel for Plaintiff:*
      *Case No. 5:14-cv-00173-RS-EMT: Edwin Nicholson vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Northern District of Florida.*

Michael London
Douglas and London
59 Maiden Lane, 6th Floor
New York, NY 10038
Phone: (212) 566-7500
Email: mlondon@douglasandlondon.com

      *Counsel for Plaintiff:*
      *Case No. 1:14-cv-05133-FB-RML: Shirley Boynton and James Boynton vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Eastern District of New York.*

      *Case No. 1:14-cv-04841-FB-VMS: Harry Griggs and Joseph Griggs, on behalf of the Estate of Charles Griggs, deceased, and Harry Griggs and Joseph Griggs, individually vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Eastern District of New York.*

*Case No. 1:14-cv-05871-FB-JMA: Julia Green and Arthur Green vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Eastern District of New York.*

*Case No. 1:14-cv-04524-DLI-MDG: Jeanne Jeffcoat vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Eastern District of New York.*

*Case No. 1:14-cv-05728-FB-MDG: Carolyn Uselton vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Eastern District of New York.*

*Co-Counsel for Plaintiff:*
*Case No. 3:14-cv-01040-MJR-SCW: Stanley Pennell and Nancy Pennell vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Southern District of Illinois.*

Michael K. Johnson
Johnson Becker, PLLC
33 South Sixth St., Ste 4530
Minneapolis, MN 55402
Phone: (602) 436-1800
Fax: (612) 436-1801
Email: MJohnson@johnsonbecker.com
    *Co-Counsel for Plaintiff:*
    *Case No. 3:14-cv-01042-DRH-PMF: Martha McMunn on behalf of Richard McMunn, Jr. vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Southern District of Illinois.*

Daniel J. Carr
Joseph C. Peiffer
Peiffer, Rosca, Wolf, Abdullah, Carr & Kane, LLP
201 St. Charles Ave., Suite 4610
New Orleans, LA 70170
Phone: (504) 586-5270
Fax: (504) 523-2464
Email: dcarr@prwlegal.com
    jpeiffer@prwlegal.com
    *Co-Counsel for Plaintiff:*
    *Case No. 3:14-cv-01073-MJR-DGW: Michael Mulroney vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Southern District of Illinois.*

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com
 *Co-Counsel for Plaintiff:*
 *Case No. 3:14-cv-01073-MJR-DGW: Michael Mulroney vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Southern District of Illinois.*

Aaron L. Harrah
James C. Peterson
HILL PETERSON CARPER BEE & DEITZLER
North Gate Business Park
500 Tracy Way
Charleston, WV 25311-1555
Phone: (304) 345-5667
Fax: (304) 345-1519
Email: aaron@hpcbd.com
 jcpeterson@hpcbd.com
 *Counsel for Plaintiff:*
 *Case No. 5:14-cv-25893: Ronald D. Dalrymple vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Southern District of West Virginia.*

David Cleary
CLEARY SHAHI & AICHER, P.C.
110 Merchants Row
P.O. Box 6740
Rutland, VT 05702-6740
Phone: (802) 775-8909
Fax: (802) 775-8809
Email: dlc@clearyshahi.com
 *Counsel for Plaintiff:*
 *Case No. 2:14-cv-00159-cr: Ruth E. McGowan as the Executrix for and on behalf of the heirs of the estate of Thomas C. Dunkley vs. Janssen Research & Development LLC, et al.; In the United States District Court for the District of Vermont*

Bruce Kingsdorf
Dawn Barrios
Zachary Logan Wool
BARRIOS, KINGSDORF & CASTEIX, LLP
One Shell Square
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
Phone: (504) 524-3300
Email: kingsdorf@bkc-law.com
barrios@bkc-law.com
zwool@bkc-law.com
*Co-Counsel for Plaintiff:*
*Case No. 2:14-cv-02258-SSV-JCW: Christopher Braswell vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Eastern District of Louisiana.*

Kristine K. Kraft
Ashley Brittain Landers
SCHLICHTER, BOGARD & DENTON, LLP
100 South 4th Street, Suite 900
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-7151
Email: kkraft@uselaws.com
abrittain@uselaws.com
*Co-Counsel for Plaintiff:*
*Case No. 2:14-cv-02258-SSV-JCW: Christopher Braswell vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Eastern District of Louisiana.*

Nancy A. Mismash
ROBERT J. DEBRY & ASSOCIATES 4252 S. 700 E
Salt Lake City, UT 84107
Phone: (801) 262-8915
Email: nmismash@robertdebry.com
*Counsel for Plaintiff:*
*Case No. 2:14-cv-00599-DB: Dale Armstrong, Karen Cimino, Clifford Armstrong and Douglas Armstrong, heirs, Individually and on behalf of Margaret Armstrong, deceased vs. Janssen Research & Development LLC, et al.; In the United States District Court for the District of Utah.*

Lawrence L Jones, II
JONES WARD, PCL
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
Phone: (502) 882-6000
Fax: (502) 587-2007
Email: larry@jonesward.com
>   *Counsel for Plaintiff:*
>   Case No. 3:14-cv-00579-JGH: *Marilynne A. Cox vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Western District of Kentucky.*
>
>   Case No. 0:14-cv-00146-HRW: *Jeannetta F. Bolton and Charles E. Bolton vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Eastern District of Kentucky.*

Neil Duane Overholz
AYLSTOCK WITKIN & SASSER
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 916-7450
Fax: (850) 916-7449
Email: noverholtz@awkolaw.com
>   *Counsel for Plaintiff:*
>   Case No. 0:14-cv-61448-JAL: *Nancy Packard, Individually and as Personal Representative of the Estate of William N. Packard Jr. vs. Janssen Research & Development LLC, et al.; In the United States District Court for the Southern District of Florida.*

Dianne M. Nast
Daniel N. Gallucci
Joanne E. Matusko
NASTLAW LLC
1101 Market Street, Ste 2801
Philadelphia, PA 19107
Phone: (215) 923-9300
Fax: (215) 923-9302
Email: dnast@nastlaw.com
        dgallucci@nastlaw.com
        jmatusko@nastlaw.com
>   *Counsel for Plaintiff:*
>   Case No. 2:14-cv-05808: *Donald Norwood and Carol Hines v. Janssen Research and Development LLC, et al.; In the United States District Court of the Eastern District of Pennsylvania.*
>
>   Case No. 3:14-cv-01236: *Richard Newman v. Janssen Research and Development LLC, et al.; In the United States District Court of the Southern District of Illinois.*

Robert Hilliard
Catherine Tobin
T. Christopher Pinedo
Marion Reilly
HILLIARD MUNOZ GONZALES LLP
719 S. Shoreline, Ste 500
Corpus Christi, TX 78401
Phone: (361) 882-1612
Fax: (361) 882-3015
Email: bob@hmglawfirm.com
    Catherine@hmglawfirm.com
    cpinedo@hmglawfirm.com
    marion@hmglawfirm.com
    *Counsel for Plaintiff:*
    *Case No. 3:14-cv-02523: Tatyana Tonyan v. Janssen Research and Development, LLC et al.; In the United States District Court for the Southern District of California.*

Scott R. Bickford
Lawrence J. Centola, III
Jason Z. Landry
MARTZELL & BICKFORD
338 Lafayette Street New Orleans, LA 70130 Phone: (504) 581-9065
Fax: (504) 581-7635
Email: usdcedla@mbfirm.com
    lcentola@mbfirm.com
    jzl@mbfirm.com
    *Counsel for Plaintiff:*
    *Case No. 2:14-cv-02216: Joann Varnado and Christion Varnado v. Janssen Research and Development, LLC, et al.; In the United States District Court for the Eastern District of Louisiana.*

Eve S. Reardon
THE KEATING LAW FIRM, LLC
3714 Airline Drive
Metairie, LA 70001
Phone: (504) 832-2232
Email: eve@toughsmartlaw.com
    *Co-counsel for Plaintiff:*
    *Case No. 2:14-cv-02216: Joann Varnado and Christion Varnado v. Janssen Research and Development, LLC, et al.; In the United States District Court for the Eastern District of Louisiana.*

Morris Bart
Daniel B. Snellings
Mekel Alvarez
MORRIS BART, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Phone: (504) 525-8000
Fax: (504) 599-3392
Email: morrisbart@morrisbart.com
      malvarez@morrisbart.com
      dsnellings@morrisbart.com
      *Counsel for Plaintiff:*
      *Case No. 2:14-cv-02014-CJB-KWR: James J. Brien, Sr. and Dolly S. Brien v. Janssen Research & Development LLC, et al.; In the United States District Court for the Eastern District of Louisiana.*

      *Case No. 2:14-cv-02107: Linda Randazzo, individually and on behalf of Lawrence Randazzo v. Janssen Research & Development LLC, et al.; In the United States District Court for the Eastern District of Louisiana.*

Galen M. Hair
Benjamin C. Varadi
VARADI, HAIR AND CHECKI, LLC
650 Poydras St., Ste 1550
New Orleans, LA 70130
Phone: (504) 684-5200
Fax: (504) 613-6351
Email: hair@vhclaw.com
      varadi@vhclaw.com
      *Counsel for Plaintiff:*
      *Case No. 2:14-cv-01877-CJB-JCW: Estate of Cornelius McClain Goodwin, III, et al. v. Janssen Research & Development LLC, et al.; In the United States District Court for the Eastern District of Louisiana.*

Ronald E. Johnson, Jr.
Sarah N. Lynch
SCHACHTER, HENDY & JOHNSON, PSC
909 Wright's Summit Parkway #210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschachter.com
  slynch@pschachter.com
  *Counsel for Plaintiff:*
  *Case No. 1:14-cv-00769: Tony Mathena and Karen Mathena v. Janssen Research &*
  *Development LLC, et al.; In the United States District Court for the Southern District of*
  *Ohio.*

C. Andrew Childers
CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Road, Ste. 100
Atlanta, GA 30319
Phone: (404) 419-9500
Fax: (404) 419-9501
Email: achilders@cssfirm.com
  *Counsel for Plaintiff:*
  *Case No. 4:14-cv-00267: Kimberly West v. Janssen Pharmaceuticals, Inc., et al.; In the*
  *United States District Court for the Northern District of Georgia.*

Geoffrey Thomas Moore MAHER LAW FIRM
631 W. Morse Blvd, Ste 200
Winter Park, FL 32789
Phone: (407) 839-0866
Fax: (407) 425-7958
Email: gmoore@maherlawfirm.com
  *Counsel for Plaintiff:*
  *Case No. 6:14-cv-01794: Neil Hoffman v. Bayer Healthcare Pharmaceuticals, Inc., et*
  *al.; In the United States District Court for the Middle District of Florida.*

Amy Carter
SIMON GREENSTONE PANATEIR BARTLETT
3232 McKinney Ave., Suite 610
Dallas, TX 75204
Phone: (214) 276-7680
Fax: (214) 276-7699
Email: acarter@sgpb.com
  *Case No. 3:14-cv-02624-W-KSC: Marilyn Haney as the Executrix for and on behalf of*
  *the heirs of the Estate of Bobby N. Haney, Deceased vs. Janssen Research &*
  *Development LLC, et al.; In the United States District Court for the Southern District of*
  *California.*

| | |
|---|---|
| DATED:  February 2, 2015 | By:   */s/ Wendy R. Fleishman*<br><br>Wendy R. Fleishman, Esq. (PA Id. 25855)<br>Paulina do Amaral, Esq. (CA Id. 196757)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY  10013-1413<br>Telephone:    (212) 355-9500<br>Facsimile:     (212) 355-9592<br>wfleishman@lchb.com<br>pdoamaral@lchb.com<br>amartin@lchb.com<br><br>Elizabeth J. Cabraser, Esq. (CA Id. 083151)<br>Donald C. Arbitblit, Esq. (CA Id. 122744)<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956-1000<br>Facsimile:    (415) 956-1008<br>ecabraser@lchb.com<br><br>*Attorneys for the Plaintiffs* |