UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | JUDGE ELDON E. FALLON |
| | MDL NO. 2:14-MD-02592 |
| This document relates to: ALL CASES | |

## APPLICATION OF YVONNE M. FLAHERTY FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

Yvonne M. Flaherty respectfully submits this application for appointment to the Plaintiffs' Steering Committee ("PSC") pursuant to Case Management Order No. 1. I am counsel for *Patricia Fye v. Janssen Research & Development, LLC, et al.*, Case No. 15-cv-0258 (E.D. Pa.),[1] and represent numerous additional claimants who have been injured by Xarelto.

1. I am a partner with the law firm of Lockridge Grindal Nauen, P.L.L.P. ("LGN") in Minneapolis, Minnesota and lead the firm's pharmaceutical and medical device department. Since graduating from law school in 1996, I have devoted the vast majority of my career to representing plaintiffs in mass tort and complex litigations, with a particular emphasis on pharmaceutical and medical device litigation. LGN has been continuously active in complex litigation and has held Lead Counsel and PSC positions in numerous matters throughout the country.[2] I have personally been appointed to numerous MDL Steering Committees in complex

---

[1] I am licensed and in good standing in the District of Minnesota. The above-referenced case was filed by my local counsel in the E.D. of PA and is pending transfer to this MDL. Defendants filed a Notice of Potential Tag-Along on January 23, 2015 (docket 185).

[2] The following is an illustrative list of cases in which the firm has served as lead or co-lead counsel: *In Re IKO Roofing Shingle Products Liability Litig.*, MDL No. 2104 (C.D. Ill.); *In Re Kitec Plumbing Systems Products Liab. Litig.*, MDL No. 2098 (N.D. Tex.); *In Re: Potash Antitrust Litigation (II),* MDL No. 1996 (N.D. Ill.); *In Re CertainTeed Corp. Roofing Shingle*

pharmaceutical and medical device litigation[3] and currently serve as Co-Lead Counsel in two separate medical device litigations.[4]  I am active in numerous state and national trial lawyer organizations, and currently serve as Co-Chair of the National College of Advocacy (NCA) Board for the American Association for Justice (AAJ), am a past Chair of the AAJ Section on Toxic, Environmental, and Pharmaceutical Torts (STEP), Co-Chair of the AAJ Electronic Discovery Committee and former Chair of the AAJ Women's Trial Lawyer Caucus.  I was also named one of the Top 50 Women Super Lawyers in Minnesota in 2013 and 2014 and serve on the Minnesota State Association for Justice Executive Committee.

2. LGN represents a number of individual claimants injured by Xarelto and is committed to the representation of these individuals, as well as working towards the common benefit of all litigants.  We have over 40 accomplished lawyers in our firm and will devote the necessary financial and other resources needed to prosecute these cases.  I personally am available to work as directed by leadership and in cooperation with others.  While I have spent extensive time litigating the transvaginal mesh and St. Jude Riata lead cases in recent years,

---

*Products Liability Litig.*, MDL 1817 (E.D. Pa.); *In Re Baycol Products Litig.,* MDL No. 1431 (D. Minn.).

[3] *See, e.g., In Re Testosterone Replacement Therapy Products Liability Litig.*, MDL No. 2545 (N.D. Ill.); *In Re Mirena IUD Products Liability Litig.,* MDL No. 2434 (S.D. N.Y.); *In Re Coloplast Corp. Pelvic Support Systems Products Liability Litig.*, MDL No. 2387 (S. D. W.V *In Re Ethicon, Inc. Pelvic Repair Systems Products Liability Litig.*, MDL No. 2327 (S.D. W.V.); *In Re Boston Scientific Corp. Pelvic Repair Systems Products Liability Litig.*, MDL No. 2326 (S.D. W. V.); *In Re American Medical Systems, Inc. Pelvic Repair Systems Products Liability Litig.*, MDL No. 2325 (S. D. W. V.); *In Re C.R. Bard, Inc., Pelvic Repair Systems Products Liability Litig.*, MDL No. 2187 (S. D. W. V.); *In re NuvaRing Products Liability Litig.*, MDL No. 1964 (E.D. Mo.); and *In re Levaquin Products Liability Litig.*, MDL No. 1943 (D. Minn.).

[4] The Honorable James V. Selna, in the Central District of California, appointed me to serve as Plaintiffs' Co-Lead Counsel in the consolidated Riata heart device litigation, captioned *In Re St. Jude Devices Litigation*, Case No. SACV 13-00383.  I also serve as Plaintiffs' Co-Lead Counsel in the consolidated Minnesota State Court Litigation, *In Re American Medical Systems, Inc., Litig.*, Case No. 27-CV-11-3933 (Hennepin County District Court, Minnesota).

recent developments in both litigations contribute to my ability to devote additional time to this matter.

3. My experience includes negotiation of fact sheets and other discovery tools, depositions of general liability witnesses, implementation of bellwether selection processes, preparation of experts, chairing various committees, and complex motion practice. I have also had the privilege of serving on multiple, settlement, claims administration and fee committees[5] and recently negotiated a complex settlement involving the claims over 1,300 women injured by transvaginal mesh products, as well as a settlement involving almost 1,000 claimants injured by a defective heart device. I appreciate the challenges and preparation necessary to accomplish these tasks.

4. In addition to my experience in pharmaceutical and medical device litigation, I have served on trial teams in two national class actions, both of which were tried to verdict. *In Peterson v. BASF Corp.*, Civil No. C2-97-295 (Norman County District Court, Minnesota), we secured a jury verdict for a nation-wide class seeking redress for defendants' marketing of its herbicide products. After multiple state appellate opinions and two trips to the U.S. Supreme Court, a substantial judgment was affirmed and paid to farmers throughout the United States. Additionally, I was a member of the trial team representing a certified sub-class as part of a nationwide antitrust trial in *In re Laminates* that was tried to verdict in the United States District Court for the Southern District of New York.

5. In conclusion, LGN has extensive experience and the resources to cooperatively, and efficiently, manage complex litigation. Both LGN and I have worked in numerous complex

---

[5] *See In Re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.*, MDL 08-1905 (D. Minn.); *In re: Medtronic, Inc., Implantable Defibrillators Products Liability Litig.*, MDL No. 05-1726 (JMR/AJB); and *In re Guidant Corp. Implantable Defibrillators Products Liability Litig.*, MDL No. 05-1708 (DWF/AJB).

cases, including pharmaceutical and medical device litigations, with the vast majority of counsel involved in this litigation and have enjoyed a collaborative and cooperative relationship with these firms. We welcome the opportunity to continue these relationships and to serve this Court and all claimants. LGN will commit the time and resources necessary to fulfill the duties and obligations of PSC membership. We have the financial and other resources needed for litigation of this nature and the requisite experience needed to efficiently and effectively litigate these cases. I respectfully request appointment to the PSC and will serve the Court and all claimants for the benefit of all involved in this litigation. Thank you for your consideration.

Dated:  February 2, 2015                                 LOCKRIDGE GRINDAL NAUEN P.L.L.P.


By:  s/   Yvonne M. Flaherty
      Yvonne M. Flaherty
      100 Washington Avenue S., Suite 2200
      Minneapolis, MN 55401
      Telephone:  612-339-6900
      Facsimile:    612-339-0981
      ymflaherty@locklaw.com