IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO ) <br> ALL CASES ) <br> ) <br> ) <br> _____/ | MDL 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**APPLICATION OF CHRISTINA E. UNKEL AND MAGLIO CHRISTOPHER & TOALE, PA TO THE PLAINTIFFS' STEERING COMMITTEE**

Pursuant to this Honorable Court's Pretrial Order #1, Christina E. Unkel on behalf of the law firm of Maglio Christopher & Toale, PA, respectfully submit this application requesting appointment to serve on the Plaintiffs' Steering Committee ("PSC"). Ms. Unkel and Maglio Christopher & Toale, PA's application to serve as a member of the PSC in this matter reflects not only their willingness to make the necessary contributions of time and resources, but sincere interest in best serving the victims of Xarelto.

Ms. Unkel and Maglio Christopher & Toale, PA currently serve as counsel of record in *Ruth E. Dunn v. Janssen Research & Development, LLC, et. al.*, 8:15-cv-00144-VMC-EAJ, filed in the Middle District of Florida, which is the subject of a Tag-Along Notice and which will be transferred to MDL No. 2592. Maglio Christopher & Toale, PA is headquartered in Sarasota, Florida where it is well-known for representing patients injured by medical products. Xarelto was and continues to be heavily utilized in the area and Maglio Christopher & Toale, PA anticipates representing a significant number of patients injured or killed by complications of Xarelto in this MDL.

A. **Willingness and Availability to Commit Time and Resources**

Maglio Christopher & Toale, PA, has the available financial resources, personnel, and

1

facilities to support the PSC in this litigation. Ms. Unkel is a young attorney who is motivated, willing, and committed to devoting the time, energy and resources required to facilitate expeditious, economical, and just administration of this litigation. She will perform all tasks in a timely and efficient manner while providing complete attention to this case. She is prepared to commit the time and effort as necessary to carry out these duties and responsibilities and hereby verifies this to the Court. Furthermore, Ms. Unkel has the ability to speak, read and write Spanish (native speaker). She is well-acquainted with the Puerto Rico legal environment as she recently assisted in settling a million-dollar litigation matter in the U.S. District Court of Puerto Rico where the majority of the witnesses only spoke and understood Spanish. Her immediate familiarity with Puerto Rico is particularly relevant and important in this litigation as one of the principal Defendants is based in Puerto Rico. Ms. Unkel is admitted to practice in Florida, the U.S. Middle District of Florida, the U.S. Court of Federal Claims, has a pending application with the D.C. bar, and was admitted pro hace vice in the U.S. District Court of Puerto Rico.

Likewise, Maglio Christopher & Toale, PA, is willing and able to commit experienced attorneys and experienced support staff to this matter. Altom Maglio is actively involved in all aspects of the Firm's Xarelto litigation and attended the Court's January 29th initial conference in New Orleans. He stands ready to assist this litigation, the PSC, and the Court in any way necessary. With respect to financial resources, Maglio Christopher & Toale, PA is well aware of the amounts necessary to participate in and fund a PSC, and hereby warrant to the Court that the firm is fully capable of doing same. Further, Ms. Unkel and Maglio Christopher & Toale, PA, pledge to the Court that they will honor all commitments necessary to effectuate a positive outcome in this litigation

**B.  Ability to Work Cooperatively With Others**

Maglio Christopher & Toale, PA, is a firm with leadership experience in complex medical product litigation across the country, both in federal and state courts. The Firm has a national

reputation of effectively managing expensive and time-consuming cases to successful completion on a cooperative basis with co-counsel and opposing counsel. If appointed to the PSC, Ms. Unkel and Maglio Christopher & Toale, PA, will cooperate with other lawyers appointed by this Court, as well as any other lawyers desiring to assist in the prosecution of these cases, in a spirit of inclusiveness and diversity. Ms. Unkel is used to working cooperatively with others in a challenging competitive environment.  She serves an active FIFA international soccer referee who officiates at the highest levels of professional and international play on the world stage in front of millions of television viewers and thousands of in-stadium spectators. Throughout her 17-year refereeing career, Ms. Unkel has consistently been granted immense responsibility to organize and lead high-profile events to successful conclusions. Her interpersonal skills and ability to effectively work under emotionally charged circumstances, and successfully manage, work and cooperate with multiple parties who speak different languages will be an immediate benefit to the PSC.[1]

As a testimony to Ms. Unkel's ability to work with other attorneys, Ms. Unkel has been elected to numerous leadership positions in legal organizations; such as, Chair of her local bar association's widely-recognized and respected Diversity Committee, Board of Director for its Young Lawyers Division, and Chair of its Civil Litigation Section. Moreover, Maglio Christopher & Toale, PA is well acquainted and has worked cooperatively with many of the attorneys or firms seeking appointment to leadership positions and who have filed tag-along cases in this litigation.

### C.  Professional Experience in this Type of Litigation

Maglio Christopher & Toale, PA is comprised of 13 attorneys in offices in Sarasota, Florida and Washington, DC and a sizable paralegal staff focused on litigating medical product liability cases nationwide. Recently the Firm has been at the forefront of the metal on metal hip replacement litigation.  In 2008, the Firm filed the first metal on metal hip replacement product liability suit in the

---

[1] Ms. Unkel's international officiating is scheduled sufficiently in advance so that it will not limit her abilities in regard to this litigation.

entire country. Since that time the Firm has litigated defective hip replacement cases across the county in both state and federal courts. Attorneys of the Firm conducted over 50 depositions of employees of defendant metal on metal hip replacement manufacturers across the United States and in Europe. In the process, the Firm worked cooperatively with petitioners steering committees and opposing counsel. The Firm played a pivotal role in obtaining compensation not just for hundreds of its clients, but also for similarly situated clients across the country. The Firm is continuously asked to co-counsel by attorneys across the nation on cases arising from injuries caused by medical products. Maglio Christopher & Toale, PA has extensive experience in all aspects of medical product litigation; from issues regarding extensive electronic discovery to learned intermediary defenses to Daubert challenges, the Firm is well versed in medical product litigation issues having focused its practice on this area for years.

## CONCLUSION

This Court will have many well-qualified counsel to choose from for this litigation, and as a result, Christina E. Unkel and Maglio Christopher & Toale, PA, are willing to serve in whatever capacity this Court deems most appropriate, but believe that we can add a benefit to this litigation on the Plaintiffs' Steering Committee.

WHEREFORE, for the reasons stated above, Christina E. Unkel on behalf of Maglio Christopher & Toale, PA, respectfully requests appointment to the Plaintiffs' Steering Committee. Respectfully submitted this 2nd day of February, 2015.

                                                                            /s/ Christina E. Unkel
                                                                 **Christina E. Unkel, Esq.**
                                                                 **MAGLIO CHRISTOPHER & TOALE, PA**
                                                                 1605 Main Street, Suite 710
                                                                 Sarasota, FL 34236
                                                                 Phone 888-952-5242
                                                                 Fax 877-952-5042
                                                                 Primary Email: cunkel@mctlawyers.com
                                                                 Secondary Email: kelly@mctlawyers.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing was served via email on all counsel listed on Schedule B attached to Pre-Trial Order No. 1 and filed electronically using the CM/ECF system of the United States District Court for the Eastern District of Louisiana this 2nd day of February, 2015.

                                              MAGLIO CHRISTOPHER & TOALE, PA

                                              */s/ Christina E. Unkel*
                                              **Christina E. Unkel, Esq.**
                                              Florida Bar No. 99203