**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | * | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: L** |
| | * | |
| **(This Document Relates to All Cases)** | * | **JUDGE FALLON** |
| | * | |
| | * | **MAGISTRATE NORTH** |

## APPLICATION OF ANDREW A. LEMMON
## FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes Andrew A. Lemmon (Lemmon Law Firm, LLC), who pursuant to Pretrial Order No. 1, respectfully requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee to pursue the discovery interests of all plaintiffs in the above captioned matter.  In support of this application, Lemmon highlights his willingness to work on this team, having worked with many of the co-applicants and liaison counsel (both plaintiffs' and defendants') on past projects and in this Honorable Court, his experience on this type of litigation, and his commitment to sharing his firm's resources to pursue this project.  Lemmon also meets the qualifications for leadership set out in *Manual for Complex Litigation-Fourth*, Sec. 10.224.

Lemmon Law Firm is a New Orleans and River Parishes law firm whose attorneys and staff offer wide a variety of experiences and assets to the PSC and the Court.  This experience includes several current multi-district litigations, including appointment to deposition and trial teams and responsibility for depository and

coordination and use of profile forms for all defendants in *In re: Chinese-Manufactured Drywall Products Liability Litigation* in this Court; Phase 2 team member in *In re: Oil Spill by the Oil Rig "Deep Water Horizon"* (MDL 2179) before Judge Carl Barbier; PSC member and discovery team in *In re: Pella Corporation Architect and Designer Series Windows Marketing, Sales Practices and Products Liability* (MDL 2514) before Judge David Norton in Charleston, SC; Pentair document, deposition, and trial team in *In re: Pool Products Distribution Market Antitrust Litigation* (MDL 2328) before Judge Sarah Vance; designated deposition taker in *Target Corporation Customer Data Security Breach Litigation* (MDL 2522) before Judge Paul Magnuson in St. Paul, Minnesota; and discovery co-chair in *In re: Blue Cross Blue Shield Antitrust Litigation* (MDL 2406) before Judge David Proctor in the Northern District of Alabama.

Andrew Lemmon founded the firm in 1996 and opened an office in St. Charles Parish in 2000.  He has practiced law for 27 years, having earned his J.D. in 1987 and his LL.M. degree in Environmental Law in 1994.  The law firm's staff includes 3 additional attorneys working on the MDL cases in whole or in part.  Andrew is also a mediator and qualified domestic mediator, which has been a useful skill in coordinating litigation and responsibility among fellow attorneys and within teams of attorneys assigned to various PSC tasks.

In the *Blue Cross* antitrust litigation, Lemmon was appointed by the Court as co-chair of the discovery committee and has established himself as a team leader for

discovery projects and has earned the trust of the members of the discovery committee due to his organized coordination of various projects and for his inclusion of all of the committee in these projects.  Lemmon has supervised and participated in over 30 meet and confers and is working to put together the teams to develop and review many terabytes of data and ESI.  Lemmon also has established himself as a trusted member of the local bar and has been appointed as lead, liaison, or committee member of many class actions and multi district litigation.  In some of those cases, the firm has been primarily responsible for leading the litigation through coordinating and conducting discovery, depositions, and document management, drafting and final edits of pleadings, arguing motions, writing and final edits to appellate briefs, class certification, bellweather trials, and appellate argument.  Andrew was also lead counsel on the Louisiana portion of MDL 1334, In re: Managed Care Litigation, in *Lakeland Anesthesia v. United Healthcare.*

Andrew is co-counsel in *Joseph M. Povilaitis v. Janssen Research & Development, LLC, et al.* that is filed in the Eastern District of Pennsylvania, which case should be transferred as a tag along to this Court, and is reviewing other cases as counsel or co-counsel from various sources that will be filed as appropriate.  Lemmon Law Firm is committed to this litigation and will allow Andrew to commit whatever time and resources are required for this important project.  He will work cooperatively with all counsel and pay his share of the resources required for the litigation.   We have worked

on litigation and other projects with many of the counsel listed on the service list, plaintiffs and defendants.  We pledge to be forthright with counsel and the Court at all times and seek the honor of working on this important project and in this Court.

For the foregoing reasons, Andrew A. Lemmon and Lemmon Law Firm, LLC respectfully seek appointment by this Honorable Court to the Plaintiffs' Steering Committee.  All of which is most

Respectfully submitted,

/s/ Andrew A. Lemmon
ANDREW A. LEMMON (#18302)
LEMMON LAW FIRM, L.L.C.
P.O. BOX 904
HAHNVILLE, LOUISIANA 70057
(985) 783-6789 Telephone
(985) 783-1333 Facsimile
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Filing with attached Application for Andrew A. Lemmon for Appointment to Plaintiffs' Steering Committee was served via email or U.S. Mail on all counsel listed on Schedule B on the day of filing, as required by Pre-Trial Order No. 1 and filed electronically on the below date and is available for viewing and downloading from the

4

ECF System of United States District Court for the Eastern District of Louisiana this the

2nd day of February, 2015.

/s/ Andrew A. Lemmon
ANDREW A. LEMMON