UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION          :        MDL No. 2592
                                       :
                                       :        SECTION L
                                       :
                                       :        JUDGE ELDON E. FALLON
                                       :
: : : : : : : : : : : : : : : : : : : : : : : : : : :    :        MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
ALL CASES

## APPLICATION FOR APPOINTMENT OF PETER KRAUS
## TO THE PLAINTIFFS' STEERING COMMITTEE

Pursuant to Pretrial Order No. 1, Peter Kraus makes this application for appointment to serve in a leadership position on the proposed Plaintiff's Steering Committee.

Mr. Kraus is managing partner of the firm of Waters, Kraus & Paul. He is a graduate of Duke University (A.B 1982) and the University of Texas School of Law (J.D. 1985). He is admitted to practice before the United States Supreme Court; the United States Court of Appeals for the Fourth Circuit; and the United States District Courts for the Eastern District of Pennsylvania, Eastern District of Virginia, Northern and Western Districts of Texas and others. He is admitted to practice law in Virginia, Texas, California and Missouri. He is a member of the Texas and Dallas County Bar Associations, as well as the American Association for Justice and the Texas and Dallas Trial Lawyer Association. He regularly lectures at various educational seminars, including: Perrin Conferences: Asbestos Litigation Conference: A National Overview & Outlook, San Francisco, CA (Sept. 2011) and Perrin Conferences: Cutting Edge Issues in Asbestos Litigation, Beverly Hills, CA (March 2013), among others.

Mr. Kraus holds an "AV" rating from Martindale Hubbell. For the past three (3) years he

1

has been selected for recognition on the "Texas Top Rated Lawyers List" by Martindale Hubbell (2013-2015). His peers have routinely recognized him as a Super Lawyer since 2003 and he has been selected for membership in the American Board of Trial Advocates. Partners in his firm are listed in California, Texas, and Virginia Super Lawyers annually.

      Mr. Kraus and the law firm of Waters, Kraus and Paul have taken on numerous mass tort cases that involved formal PSCs and common benefit work and other cases that were litigated by a small number of firms representing numerous clients without a formal committee or appointment. The firm has represented numerous victims of mass torts, including farm workers litigating birth defects from pesticides, workers in the semi-conductor industry litigating birth defect cases, cases against Monsanto for PCB exposures, Zimmer Durom cup hip product liability cases, pharmaceutical cases involving Pheynlpropanolamine (PPA), Vioxx, mercury and Stevens Johnson Syndrome. Additionally, the firm has a large qui tam section, which has worked with a number of US Attorneys and state Attorneys' General litigating cases involving, Medicare and Medicaid fraud of nursing homes, hospice centers, dentists and pharmaceutical companies on behalf of state and national governments.

      Waters, Kraus and Paul is a firm with approximately fifty attorneys located in Maryland, Texas and California. I and my firm have successfully represented through settlement or trial, hundreds of plaintiffs in asbestos personal injury matters, most of whom suffered from the most serious asbestos disease, mesothelioma. The firm has a large trial practice and regularly litigates and tries cases all over the nation. The firm focuses on large complicated cases whether it be a single mesothelioma victim suing dozens of manufacturers or dozens of plaintiffs suing a single drug or device manufacturer. Mr. Kraus and his firm are ready, willing and able to commit

dozens of attorneys and staff to litigate Xarelto cases on behalf of the firm's clients and the MDL Plaintiffs across the country, wherever necessary.

With his firm, Mr. Kraus has participated in many class actions or mass torts including the following:  Co-Lead Class Counsel in the Cobb EMC Class Action Settlement, No. 10:100353-48, Superior Court of Cobb County, Georgia; Plaintiffs Steering Committee for the *In Re Asbestos* MDL 875 in the Eastern District of Pennsylvania; numerous committees regarding case consolidation for asbestos and other issues in Los Angeles County and the Texas state court PPA consolidated cases.  Most recently, in *In re Zimmer* MDL 2158 in the U. S. District Court of New Jersey, Mr. Kraus and his firm served as Co-Lead Plaintiffs' Liaison Counsel and directed all litigation discovery and work-up of the Zimmer Durom cases.

In addition, Mr. Kraus has considerable experience representing claimants in connection with bankruptcy reorganizations of entities that have been named as asbestos defendants.  He has actively participated as a member of an official committee or as counsel for individual claimants in numerous asbestos-related bankruptcy cases including those of Armstrong World Industries, Bondex, Federal Mogul Global, Pittsburgh Corning, Owens Corning, and W.R. Grace, among others.  He has served on the Trust Advisory Committee for the asbestos personal injury trusts that arose from asbestos bankruptcy cases including those established in Babcock & Wilcox, TH Agriculture & Nutrition, L.L.C., and Leslie Controls Inc.   In these positions, Mr. Kraus helped the Committees retain professionals, including primary counsel, conflict counsel, financial advisors, and claims estimation experts to assist it in its fiduciary duty to represent the claimants. The Committees worked closely with the Future Claimants' Representatives appointed in the cases to investigate all available sources of recovery for the asbestos creditors and to evaluate the total amount of each Debtor's asbestos liability.

Along with his law firm's partners, associates and staff, Mr. Kraus is able to commit his time and his firm's financial and other resources to this vital multidistrict litigation. Mr. Kraus and his firm have extensive trial experience and are recognized for cooperating well with others on Plaintiffs' Steering Committees (and defense counsel) in the above litigations. He has extensive experience in federal litigation, particularly in the realm of complex and mass tort products liability litigation, as well as interfacing with the District Clerk's offices in the management of MDL dockets. He prides himself on his ability to work collegiately with other counsel to produce the finest work product for his clients in order to achieve the best results for the litigation.

Mr. Kraus and his firm are counsel of record in a Xarelto action filed in the Southern District of Florida, *Constonis v. Janssen Research & Development, LLC, et al.*, 9:15-cv-80080-DMM (S.D.FL.), which is now the subject of a Tag-along Notice. Mr. Kraus' firm is also investigating a number of Xarelto cases in the process of being filed in both state and federal courts. His firm is presently reviewing approximately 50 individual Xarelto claims referred to the firm by various attorneys throughout the United States, and will shortly file those claims that are appropriate for litigation.

Given Mr. Kraus' and his firm's experience in complex litigation of this nature, proven abilities to perform complicated administrative tasks, ability to work well with other counsel and commitment to this litigation, he respectfully requests appointment to the Plaintiffs Steering Committee. Mr. Kraus agrees to dedicate his resources, as well as that of his firm, to working with and serving Your Honor in any capacity that the Court deems appropriate.

Respectfully submitted,

WATERS, KRAUS & PAUL

/s/ *Peter A. Kraus*_____
PETER A. KRAUS
Texas Bar No. 11712980
3219 McKinney Avenue
Dallas, Texas 75204
Telephone: (214) 357-6244
Facsimile:  (214) 357-7252
kraus@waterskraus.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 2, 2015 a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ *Peter A. Kraus*_____