**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE NORTH |
| *THIS DOCUMENT APPLIES TO:* | * | |
| *ALL CASES* | * | |

**APPLICATION OF KATHRYN SNAPKA TO THE**
**PLAINTIFFS' STEERING COMMITTEE**

I, Kathryn Snapka, founding partner of The Snapka Law Firm, respectfully requests appointment for membership on the Plaintiffs' Steering Committee ("PSC").

**General Background**

I am the senior partner of The Snapka Law Firm based in Corpus Christi, Texas, and have represented Plaintiffs in pharmaceutical and medical device litigation for more than thirty (30) years. I am a graduate of Baylor University School of Law and served as a briefing attorney to the Court of Appeals for the Sixth Supreme Judicial District assigned as law clerk to the Honorable Charles Bleil. In 1981, I joined the Law Offices of Guy Allison and in 1987 established my own firm with a continuing emphasis on litigating product liability, medical malpractice, pharmaceutical and medical device matters.

I am Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization; Board Certified in Civil Trial Advocacy Law by The National Board of Trial Advocacy; a member of the American College of Trial Lawyers; the International Society of Barristers and have served in leadership positions on both state and national level for the American Board of Trial Advocates.

I have lectured extensively on trial advocacy as well as pharmaceutical and medical device litigation. Additionally, I have lectured specifically on ethical responsibilities in MDL litigation, *Fiduciary Duties in Aggregate Litigation* presented at The State Meeting of TEX-ABOTA in June of 2011.

I am currently licensed to practice in multiple Federal District Courts, the United States Court of Appeals for the Fifth Circuit, and the United States Supreme Court.

I am counsel of record in the Xarelto case, Civil Action No. 15-476 *James W. Hettel, Individually, et al vs. Janssen Research & Development LLC, et al,* and have numerous additional cases under review.

## Willingness and Availability

Kathryn Snapka and the attorneys of The Snapka Law Firm are willing and available to commit the time and necessary resources to this litigation. The Snapka Law Firm is selective in the mass torts and MDLs in which to participate and, as a result, is able to fully commit to the litigation through its completion. With extensive professional experience in complex litigation, I have been involved in the litigation of complex tort cases for the majority of my legal career. Beginning with breast implant litigation, when consolidated mass torts were in their infancy, my practice has had one goal: to prepare a case for litigation and, if an acceptable resolution cannot be reached, then to present the matter to a jury for determination. Specifically, with regard to pharmaceutical litigation, I have tried the Phen-fen case of *Lopez vs. American Home Products* resulting in a $56.5 million dollar verdict for the Plaintiff. In the Vioxx litigation, I tried *Garza v. Merck*, one of the few Plaintiff jury verdicts in the only case remanded by Your Honor that resulted in a jury trial.

With regard to MDL leadership, I have served as liaison counsel in MDL 1553, *In Re: Silica Products,* and I have served on the Plaintiffs' Steering Committee for the Texas State Consolidated Litigation, *In Re: Toyota*.

### **Ability to Work Cooperatively With Others**

I believe that collegiality, respect and candor with both team members and opposing counsel are essential in any litigation. These qualities are crucial, particularly when working with a diverse group, to direct litigation. Through almost thirty-five (35) years of practicing law, I have earned the trust of co-counsel and the respect of opponents in the court room while being a tenacious advocate.

I have been honored to be admitted to professional organizations which conduct extensive and rigorous peer review and I believe that my admission to those organizations is evidence of my conviction that I can work cooperatively with others.

I believe that this litigation can benefit from leadership directed by an experienced trial lawyer, while remaining mindful of the fiduciary duties owed to the client, other counsel, and this Honorable Court.

Dated: February 2, 2015

        Respectfully Submitted,

        */s/ Kathryn Snapka*
        Kathryn Snapka
        SBN 18781200
        Email: ksnapka@snapkalaw.com
        THE SNAPKA LAW FIRM
        P.O. Drawer 23017
        Corpus Christi, Texas 78403
        Telephone: (361)888-7676
        Facsimile: (361)-884-8545

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing was served via U.S. Mail on all counsel listed on Schedule B attached to Pre-Trial Order No.1 and filed electronically using the ECF system of the United States District Court for the Eastern District of Louisiana this 2nd day of February, 2015.

      */s/   Kathryn Snapka*
      Kathryn Snapka