UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE SHUSHAN |

Keller Rohrback L.L.P. (www.krcomplexlit.com) respectfully requests that the Court appoint it to the Plaintiffs' Steering Committee ("PSC"). Keller Rohrback, founded in 1919, has a long history of working with other firms to successfully bring, manage, and win large, complex, and lengthy cases on behalf of plaintiffs in both class actions and mass tort litigation. *See, e.g., Transamerican Refining Corp. v. Dravo Corp.,* No. H-88-789 (S.D. Tex.); *In re the Exxon Valdez*, No. 89-00095 (D. Alaska); *In re Catfish Antitrust Litig.,* MDL No. 928 (N.D. Miss.); *In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liab. Litig.*, MDL No. 1203 (E.D. Pa.); *In re Enron Corp. ERISA Litig.*, No. H-01-3913 (S.D. Tex.); *In re WorldCom, Inc. ERISA Litig.*, No. 02-4816 (S.D.N.Y.); and *In re JPMorgan Chase Mortgage Modification Litig.*, MDL No. 2290 (D. Mass.). As a result of our experience serving as lead counsel or in other leadership roles in some of the most prominent, high-stakes cases nationwide, we have developed robust and efficient systems for managing such complex litigation. Our extensive practice involving medical and pharmaceutical cases, combined with the fact that one of our partners is also a licensed doctor of veterinary medicine, uniquely qualifies us for work on the PSC in this case. Keller Rohrback will make an ideal member of the PSC.

I.     **KELLER ROHRBACK HAS SIGNIFICANT AND UNIQUE RESOURCES.**

Keller Rohrback has the legal, technical, and financial resources to make it a productive and indispensable member of the PSC. With over 60 attorneys in four offices, we are well-situated to manage the challenges of large, multi-party, discovery-intensive litigation. Not only do we have industry leading document-hosting and analysis capacity, our attorneys and already-

1

retained experts have significant expertise in cases involving pharmaceuticals and related medical issues.  Our firm is committed to using these resources to help people who have been harmed by Xarelto.  Keller Rohrback filed its first case last year, *Chase v. Janssen Research & Development LLC,* No. 2:14-cv-00415 (E.D. Wash.) and is investigating other cases.  Indeed, our attorneys have already attended the meeting among Plaintiffs' attorneys hosted by Plaintiffs' Counsel, Gerald E. Meunier and Leonard A. Davis, on January 5th and 6th in New Orleans, appeared at the Court's Initial Pretrial Conference on January 29th, and we will attend the Xarelto Litigation Committee meeting at the American Association for Justice's Winter Convention.

**A.      Keller Rohrback Can Manage Sophisticated Discovery and Document Analysis.**

Unique among most law firms, Keller Rohrback has its own in-house Legal Technology Group ("LTG"), a large team dedicated to supporting the legal technology and complex eDiscovery needs for the firm's matters and clients.  Routinely hosting and analyzing terabytes of data, the LTG is ideally positioned to handle – with ease and efficiency – the voluminous set of documents we presume will be produced and used in the Xarelto litigation.  Keeping the discovery, document hosting, and analysis in-house in a centralized system accessible to all Plaintiffs' Counsel would be a significant advantage to the prosecution of this case.  Not only would it provide plaintiffs with better access to the data, it offers significant cost savings to plaintiffs.  Keller Rohrback has extensive and sophisticated capacity to commit to this litigation.

**B.      Keller Rohrback has Critical Expertise in Medical and Pharmaceutical Litigation.**

Keller Rohrback has developed an unrivalled team of lawyers and experts with significant medical experience directly relevant to the issues presented in this case.  For example, Mark Samson, a partner in our Phoenix office, is not only an accomplished lawyer, but also a Doctor of Veterinary Medicine.  Mr. Samson has used his medical training for almost 30 years handling complicated medical and pharmaceutical issues involving human plaintiffs.  Our medical and pharmaceutical team has also helped to set precedent on key issues, including expansion of the Washington Consumer Protection Act, RCW 18.86 *et seq.* ("WCPA") to the entrepreneurial activities of physicians in the phen/fen litigation.  *Wright v. Jeckle*, 104 Wash.

App. 478 (2001) (class action in which court found doctor's work advertising, marketing, and selling drug subject to, and in violation of, the WCPA).  As a result of our medical and legal expertise, our extensive medical malpractice and pharmaceutical practice successfully litigated a broad range of complex cases.  *See, e.g., In re Diet Drugs Products Liab. Litig*., MDL No. 1203 (E.D. Pa.) (Keller Rohrback filed hundreds of claims and cases against the makers of phen/fen for causing serious, life-threatening injuries); *Wright v. Jeckle*, 104 Wash. App. 478 (2001).

Additionally, we have already retained one of the world's experts in anticoagulation as a consultant to help with our representation of clients adversely affected by Xarelto.  Dr. Henry Bussey, Pharm.D., FCCP, served on the faculty at the College of Pharmacy at the University of Texas at Austin for 25 years and won the Distinguished Scholar in Thrombosis Award from the American College of Chest Physicians.  His clinically focused research was instrumental in developing the now-standard monitoring procedures for warfarin in North America.  In short, Dr. Bussey has unsurpassed experience with anticoagulants and patient safety.

## II.     KELLER ROHRBACK HAS A LONG HISTORY OF COOPERATION WITH OTHER LAW FIRMS.

Keller Rohrback has the resources to see this case through to the end and has a long history of successfully leading and managing large and complex cases.  Indeed, the firm's collaborative work has been widely praised in a number of contexts.  For example, in *In re WorldCom,* where Keller Rohrback served as Lead Counsel, Judge Cote found that: "Lead Counsel has performed an important public service in this action and has done so efficiently and with integrity.  It has cooperated completely and in novel ways with Lead Counsel for the Securities Litigation and in doing so all of them have worked to reduce legal expenses and maximize recovery for class members."  *In re WorldCom, Inc. ERISA Litig*., No. 02-4816, 2004 WL 2338151 at *10 (S.D.N.Y. Oct. 18, 2004).  In short, Keller Rohrback has been recognized by courts as an important contributor to successful litigation and its attorneys cooperate with others.

## III.    KELLER ROHRBACK KNOWS HOW TO MANAGE LONG, COMPLEX CASES.

Keller Rohrback has vast experience litigating cases that may take a long time to

complete. We have been successful in this regard by efficiently managing resources, meticulously planning, and building a cooperative rapport with the Court, co-counsel, and opposing counsel. For example, in addition to serving as trial counsel, the Court appointed Lynn Sarko of Keller Rohrback the Administrator in the *Exxon Valdez* litigation. *In re the Exxon Valdez*, No. 89-00095 (D. Alaska). This case took more than 20 years to resolve, including trips to the Ninth Circuit and the U.S. Supreme Court, and we are still managing the payouts from the settlement fund. Despite the significant amount of time it has taken, this has been a successful case for the plaintiffs and our firm because of our ability to take on risk, manage our firm's resources, and muster the best legal team—all to achieve significant recoveries for our clients.

DATED: February 2, 2015

KELLER ROHRBACK L.L.P.

By */s/ Mark Samson*
   Mark A. Griffin
   Lynn L. Sarko
   Mark Samson
   Gretchen F. Cappio
   Daniel P. Mensher
   mgriffin@kellerrohrback.com
   msamson@KellerRohrback.com
   gcappio@KellerRohrback.com
   dmensher@kellerrohrback.com
   1201 Third Avenue, Suite 3200
   Seattle, Washington 98101-3052
   Telephone: (206) 623-1900; Fax (206) 623-3384

**Attorneys for Sheila Chase**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2015, the foregoing document was served via U.S. Mail on all counsel listed on Scheduled B attached to Pretrial Order No. 1 and filed electronically using the ECFsystem of the United States District Court for the Eastern District of Louisiana.

/s/*Mark Samson*
Mark Samson