**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE SHUSHAN |

**APPLICATION OF C. BROOKS CUTTER FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

I am counsel in Erquhart v. Janssen Research & Development LLC, et al., filed in the Central District of California, Case No. 15-cv-00673, and I write to apply for appointment to the Plaintiffs' Steering Committee in this MDL. As the Court noted at the recent case management conference, structuring an effective PSC requires assembling a team with discrete skills that collectively form an effective law firm.  As described below, I have substantial professional experience in MDL matters, including service on a number of PSCs and as co-lead counsel. I view my strengths as developing a persuasive liability case in discovery and putting that case on in court. I believe in being plain spoken and concise in briefs and argument. I am a roll up my sleeves and get to work lawyer, and while I work collegially, I think that small working groups or committees tend to get more done than 20 person PSC meetings.

**PROFESSIONAL BACKGROUND AND EXPERIENCE**

I am a partner in the firm of Kershaw, Cutter & Ratinoff, LLP, a Sacramento, California law firm that represents plaintiffs in personal injury, mass tort and class action cases throughout the United States.  I briefly summarize my educational and work background prior to establishing my current practice:  B.A., U.C. Berkeley, 1980; M. Phil. Cambridge University, 1982; J.D. Stanford Law School, 1985.   I clerked for the Chief Judge of the U.S. Court of Appeals for the Ninth Circuit, James R. Browning from 1985-1986, and then worked in the Washington D.C. office of Latham & Watkins from 1986-1990.

1

A)  <u>Professional Experience In This Type Of Litigation</u>

Significant products liability MDL matters that I have worked on in recent years include <u>In re: Guidant Corp. Implantable Defibrillators Products Liability Litigation</u>, in the United States District of Minnesota, Case No. 05-md-01708, where I was appointed by Judge Donovan Frank to the Plaintiffs' Steering Committee, and designated by the PSC to be co-trial counsel for the first bellwether trials.  The case settled for approximately $240 million shortly before trial with expert discovery and trial preparation substantially completed.  I am currently a member of the PSC in <u>In re: Stryker Rejuvenate and ABGII Hip Implant Products Liability Litigation</u>, in the United States District of Minnesota, MDL No. 13-2441, also appointed by Judge Frank. There is a settlement being implemented in that matter.

I served as a member of the Plaintiffs' Steering Committee in <u>In re: Medtronic Sprint Fidelis Leads Litigation</u>, in the United States District of Minnesota, MDL No. 08-1905, having been appointed by Judge Richard Kyle in St. Paul, Minnesota, which resulted in a settlement.

I am currently serving as Co-Lead counsel in <u>In Re Skechers USA Product Cases</u>, JCCP 4787, a California coordinated proceeding before Judge Elihu M. Berle in Los Angeles.  I am also co-lead counsel in the Riata lead litigation, <u>In Re St. Jude Medical Devices Litigation</u>, Lead Case No. 13-cv-00383, coordinated in the Central District of California before Judge James V. Selna.  (Although not a formal MDL, the matter has proceeded in the same manner, with all cases coordinated for bellwether trial selection and document production.) A resolution of the Riata cases is currently being implemented.

Other significant mass tort matters I have litigated include serving as co-lead counsel in a nationwide case against Johnson & Johnson involving Vicryl sutures in the Eastern District of Texas, <u>Neely, et al. v. Ethicon, et al.</u>, Case No. 00-cv-00569, before Judge Thad Heartfield, which I tried to a final conclusion in a confidential proceeding.  I was Special Counsel to the PSC in <u>In Re Telectronics Pacing Systems, Inc., Accufix Atrial "J" Leads Products Liability Litigation</u> in the Southern District of Ohio, MDL No. 1057, and in that matter presented a

2

wrongful death case in a summary jury trial before Judge S. Arthur Spiegel, obtaining a $3 million dollar verdict which helped drive the settlement of that matter.

I was co-lead counsel in <u>In Re America Online Spin Off Accounts Litigation</u>, in the Central District of California, MDL No. 04-1581, before Judge Ronald S.W. Lew, arising from misleading marketing practices by AOL.  In that case, I successfully argued for an All Writs Act injunction against an inadequate state court settlement, (2005 WL 5747463 (C.D. (Cal.)) enabling substantial improvements to the settlement for the class.

I serve as a Judge Pro Tem in the Sacramento County Superior Court, and the El Dorado County Superior Court.  I was named 2007 Advocate of the Year by the Capital City Trial Lawyers Association; I was a Finalist for the 2005 Consumer Attorney of the Year for the Consumer Attorneys of California, and I am AV rated by Martindale Hubbell.  I am a member of the American Board of Trial Advocates (ABOTA), which requires significant jury trial experience and election by members from both the plaintiffs and defense bar. I am a graduate of the Trial Lawyers College, and have been on the faculty since 1999.

## I AM WILLING AND ABLE TO COMMIT TO A
## TIME CONSUMING PROCESS

From past experience with complex MDL litigation, I understand that this case will require a big time commitment on my behalf.  I am fully prepared to make a personal commitment to this important case for patient safety and on behalf of the people adversely affected by this drug.  I represent the plaintiff in <u>Erquhart v. Janssen Research & Development LLC, et al.</u>, and expect to be filing many more cases, having been contacted by dozens of other victims of Xarelto. As my other leadership cases are either resolving or have largely completed discovery, I and my team will be able to devote significant energy and resources to this case.

## I WILL WORK COOPERATIVELY WITH OTHERS

Much of my time is spent in either class or mass cases where it is imperative that counsel work cooperatively with each other and with opposing counsel.  As co-lead counsel and as a PSC member in a number of cases, I have always worked well with my colleagues. Current and recent

examples include the <u>Skechers</u> California coordinated cases proceeding, where I serve as co-lead counsel in a matter with several firms involved and over 800 cases. Another example is my work with a substantial group of co-counsel from around the country in developing the <u>Guidant</u> case and getting it ready for trial as designated co-trial counsel, and filling a similar role in other litigation.

The successful prosecution of this case will require a cohesive team that is ready to hit the ground running.  In that regard I note that I have worked, or am currently working, on MDL or other matters with several co-counsel who are applying to this Court for a position in this MDL, and those existing relationships are helpful in building this new team.

<strong><u>I HAVE ACCESS TO SUFFICIENT RESOURCES TO</u></strong>

<strong><u>PROSECUTE THE LITIGATION</u></strong>

This is an important case with significant damages, and my firm has substantial resources, including ten lawyers and over 15 support staff to devote to the project as necessary. The firm often works on large, difficult, and lengthy cases that require a large, contingent commitment of time and resources.  We are prepared for that level of commitment in this matter.

<strong><u>CONCLUSION</u></strong>

For the reasons set forth above, I respectfully request that this Court appoint me as a member of the Plaintiffs' Steering Committee in this litigation.  If appointed, my firm and I will diligently work to bring this case to a successful conclusion on behalf of the people we represent.


Dated:  February 2, 2015                    Respectfully Submitted,


/s/C. Brooks Cutter
C. Brooks Cutter (CA SBN 121407)
Kershaw, Cutter & Ratinoff, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 448-9800
bcutter@kcrlegal.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 2, 2015, I caused a copy of the foregoing document to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the Court's system, and notice of these filings will be sent to these parties by operation of the Court's electronic filing system.

By: <u>/s/C. Brooks Cutter</u>
      C. Brooks Cutter