**BEFORE THE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: ALL CASES | * | MAG. JUDGE SHUSHAN |

**************************************** *

**APPLICATION OF JOSEPH D. LANE FOR APPOINTMENT
TO PLAINTIFFS STEERING COMMITTEE**

Joseph D. Lane (LAN049)
The Cochran Firm-Dothan, PC
111 East Main Street
Dothan, AL  36301
Telephone:  (334) 673-1555
Facsimile:  (334) 699-7229
JoeLane@CochranFirm.com
JLane@CochranFirm.com

*Attorney for Plaintiffs*

Pursuant to the Court's Pre-Trial Order Number 1 [Doc. 2], I submit the following application for appointment by the Court to the Plaintiffs Steering Committee for personal injury plaintiffs in MDL 2592. My firm and I have the experience and resources necessary for this project. With over 20 years of experience litigating products liability cases[1] and complex litigation across the country[2] and a background as a clinical pharmacist,[3] I have the requisite expertise to serve on the Xarelto MDL Plaintiffs Steering Committee. The Cochran Firm has previously been involved in the leadership and litigation of various MDL projects, knows the commitment required to serve on the PSC and is prepared to devote our firm's resources to this project.

**Willingness and ability to commit to a time-consuming process:** As a long-time partner of The Cochran Firm I am both willing and able to commit the majority of my work time

---

[1] I am a partner in The Cochran Firm-Dothan, located in Dothan, Alabama. I received my law degree from Florida State University in 1990. I am licensed in Florida State and Federal District Courts and Alabama State and Federal Courts, and I have been admitted to practice pro hac vice in numerous state and federal trial courts and appeal courts across the country. I have extensive experience in complex litigation, including serving as lead counsel and co-counsel in Rule 23 and FLSA class actions in Washington State, Colorado, Alabama, and West Virginia. I have litigated product liability cases in nine states, ranging from New York to California. I have partnered with various attorneys in our firm on a number of MDL cases.

[2] I am currently lead counsel in a class action matter in the Western District of Washington involving the application of state wage and hour law. I have previously been involved in similar class actions in Washington, Colorado, West Virginia, Missouri, and Alabama.

[3] In 1983 I received a B.S. in Pharmacy from Auburn University, graduating with High Honors and the Dean's Award. Before attending law school, I worked as a licensed clinical pharmacist at East Alabama Medical Center for five years where I received extensive clinical pharmacy experience. I was licensed in both Alabama and Florida. My pharmacy education and background includes extensive coursework in chemistry, biology, physiology, and drug analysis and laboratory experience. I am knowledgeable about the processes involved in bringing a new drug to market, including pharmacology science, clinical trials, post marketing experience and surveillance, global labeling requirements, and scientific literature review. I am also experienced in identifying and addressing drug related adverse effects, including testing required for drugs with low therapeutic indexes, including blood thinners such as Coumadin/warfarin. I am intimately knowledgeable concerning in the physiology and biochemistry involved in the clotting cascade that is problematic in this action.

to this litigation. Our firm knows the commitment and dedication required to successfully shepherd a mass tort in the MDL. My application for appointment includes the services of my partners who have previously served in MDL leadership positions and our litigation and support staff who have experience reviewing discovery and litigating MDL bellwether cases as well as managing a large number of clients in multiple jurisdictions involving the same fact pattern.

**Ability to work cooperatively with others:** Our firm's ability to work cooperatively is perhaps best demonstrated by our work on Plaintiffs Steering Committees, science and discovery committees, and bellwether trial teams. The Cochran Firm has dedicated substantial time and resources to every MDL that the firm participates in and has earned a reputation for working diligently with other attorneys, especially when it is "crunch time."[4] Having had the privilege of litigating a large variety of tort cases throughout the continental United States, I have worked successfully with local counsel, referring attorneys and defense counsel. I have never had a bar complaint, grievance, or motion for sanctions filed against me.

---

[4] The Cochran Firm's involvement in recent MDLs include the following:
- MDL 2244 Depuy Orthopaedics, Inc., Pinnacle Hip Implant Products Liability Litigation (N.D. Tx.). Appointment to Plaintiffs Steering Committee, Discovery Committee, Document Review, Deposition Preparation, bellwether trial preparation.
- MDL 2197 DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation, (N.D. Ohio). Appointment to Discovery Committee, involved in taking Depositions and Document Review.
- MDL 2100 Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation (S.D. Ill.). Discovery Committee, document review, trial team for bellwether trial.
- MDL 2545 Testosterone Replacement Therapy Products Liability Litigation (N.D. Ill.). Agreed to work with Levin Papantonio (member of Plaintiffs' Executive Committee) in as needed capacity.

The Cochran Firm has also worked successfully on a number of complex and class litigation including but not limited to (1) *Tolbert v. Monsanto Company, et al.,* N.D. Ala., Class Counsel; (2) *Ferko v. National Association of Stock Car Auto Racing, Inc., et al.,* E.D. Tx., Class Counsel; (3) *Slack v. Swift Trucking,* W.D. Wash., Class Counsel; (4) *Meyers v. G.C. Services,* E.D. Mo., Class Counsel; and (5) *Perrine et al. v. DuPont,* West Virginia State Court, Class Counsel (8,000 class members, case tried to verdict).

**Professional experience in this type of litigation:** The Cochran Firm has been involved to varying degrees in multiple MDL projects including Vioxx, Guidant, Yaz/Yasmin, DePuy ASR and DePuy Pinnacle and, most recently, the Testosterone litigation. Our involvement with the MDL has ranged from serving on the Plaintiffs Steering Committing in the DePuy Pinnacle MDL to reviewing documents and serving on the trial preparation teams for bellwether litigations in Yaz/Yasmin and DePuy Pinnacle. We also served as co-lead counsel in *Perrine v. DuPont,* a class action in West Virginia with more than 8,000 claimants, millions of pages of documents, dozens of experts, and numerous appellate issues. We tried the case to a verdict of nearly $400 million. Our trial team, involving six firms, was selected by the Public Justice Foundation as one of three finalists for Trial Lawyer of the Year award in 2008. Our firm is now leading a mass tort (non-MDL) environmental litigation in West Virginia (N.D. West Va.) involving 60 plaintiffs.

On an individual level, I bring 20+ years of product liability and class action litigation to the table along with my clinical pharmacy education and background—relatively unique qualifications to serve an active role in present litigation process. Currently, The Cochran Firm has over 255 Xarelto clients for which I am serving as lead counsel. We have filed 19 of these cases to date in various federal courts, as identified on Attachment A.

**Access to sufficient resources to advance the litigation in a timely manner.** The Cochran Firm is a network of 23 regional offices (including New York City, Atlanta, Los Angeles, Miami, New Orleans, Dallas and Houston) all staffed with attorneys possessing enormous experience and expertise in plaintiffs cases. The offices often collaborate on projects. For example, in the DePuy ASR and Pinnacle litigation, the Dothan regional office teamed with the Huntsville regional office and the Atlanta regional office to prosecute and manage 200

3

individual cases, while serving on the Plaintiffs Steering Committee and performing other work for the MDLs.

The Cochran Firm and I have and will apply the same commitment to this matter as we have in previous complex litigations involving thousands of claimants against a limited number of defendants. We have the willingness, availability, experience and resources to commit to this important project. If I am so honored to be appointed to the PSC in the Xarelto MDL, this litigation will not be *a* focus of my legal practice, it will be *the* focus of my practice.

I greatly appreciate the Court's consideration of this Application to serve the Plaintiffs in the Xarelto litigation.

Dated this 2nd day of February, 2015.

Respectfully submitted,

/s/Joseph D. Lane
Joseph D. Lane (LAN049)
The Cochran Firm-Dothan, PC
111 East Main Street
Dothan, AL  36301
Telephone:  (334) 673-1555
Facsimile:  (334) 699-7229
JoeLane@CochranFirm.com
JLane@CochranFirm.com

*Attorney for Plaintiffs*

4

ATTACHMENT A

**CURRENT XARLETO CASES FILED**

**U.S. District Court – Eastern District of Tennessee**

1. Howard Pettus, and wife Elizabeth A. Pettus v. Janssen Research & Development, et al., Case No 1:14-cv-00345-CLC-WBC (E.D. Tenn.)
2. Robert L. Jones, and wife Gwendolyn E. Miller-Jones v. Janssen Research & Development, et al., Case No 1:15-cv-0009 (E.D. Tenn.)
3. Major Porterfield v. Janssen Research & Development, et al., Case No 1:15-cv-00011  (E.D. Tenn.)
4. Larry Conner, and wife Linda J. Conner v. Janssen Research & Development, et al., Case No 1:15-cv-00012 (E.D. Tenn.)

**U.S. District Court - Middle District of Alabama**

5. Tina Marie Culpepper, and Jeffrey Glenn Culpepper v. Janssen Research & Development, et al., Case No 3:15-00069 (M.D. AL.)
6. Johnny Lee Godfrey v. Janssen Research & Development, et al., Case No 1:15-cv-00072 (M.D. AL.)
7. Brian Kareem Johnson v. Janssen Research & Development, et al., Case No 2:15-cv-00070-TFM (M.D. AL.)
8. Jacob Nelson McLeod, Sr., and Sheila Regina Bryant McLeod  v. Janssen Research & Development, et al., Case Number not assigned (M.D. AL.)

**U.S. District Court – Northern District of Alabama**

9. Robbie Denise Harris Sims, and Christopher Charles Sims v. Janssen Research & Development, et al., Case No 2:15-cv-00131-MHH (N.D. AL.)
10. Sarah Butler Norris, and Alton Norris v. Janssen Research & Development, et al., Case No 2:15-cv-00129-JEO  (N.D. AL.)
11. Ruby Carpenter Cockrell, and Walther Joseph Cockrell v. Janssen Research & Development, et al., Case No 2:15-cv-00130-AKK  (N.D. AL.)
12. Sarah Josephine Brown Calvert and Danny Robert Calvert v. Janssen Research & Development, et al., Case No 2:15-cv-00128-AKK (N.D. AL.)
13. John Richard Bailey, and Alice Fae Bailey, v. Janssen Research & Development, et al., Case No 4:15-cv-00132-KOB (N.D. AL.)

**U.S. District Court – Northern District of Georgia**

14. Bridget Loper v. Janssen Research & Development, et al., Case No 1:15-cv-00259-AT (N.D. GA)
15. Robert Elliott et al v. Janssen Research & Development, et al., Case No 1:15-cv-00258-TWT (N.D. GA.)

**U.S. District Court – Middle District of Georgia**

16. Michael Hudson v. Janssen Research & Development, et al., Case No 5:15-cv-00017-LJA (M.D. GA.)

**U.S. District Court – Middle District of Florida**

17. David Sconyers v. Janssen Research & Development, et al., Case Number not assigned (M.D. FL.)
18. Lawrence Arthur Thomson, and Patricia Harvey Thomson v. Janssen Research & Development, et al., Case Number not assigned (M.D. FL.)
19. Ruby Irene Schaefer Kreager, and Harold Dean Kreager v. Janssen Research & Development, et al., Case Number not assigned (M.D. FL.)