## CERTIFICATE OF SERVICE

In compliance with MDL No. 2592 Pretrial Order #1 (7) , I hereby certify that on February 2, 2015, a true and correct copy of the foregoing Plaintiffs' Steering Committee Application was served upon all interested counsel and/or parties identified in Schedule B of the PTO #1, listed below using the CM/ECF system.

## PANEL SERVICE LIST

Neil E. McWilliams, Jr.
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street,
Suite 600
Pensacola, Florida 32502
Tel: (850) 435-7059
Fax: (850) 435-7020
nmcwilliams@levinlaw.com
*Plaintiffs: Ruth E. McGowan as the Executrix for and on behalf of the heirs of the estate of Thomas C. Dunkley, Edwin Nicholson, Sharon Rucker as the Administrator for and on behalf of the heirs of the Estate of Marion Rucker, Jr.*

Michael London
DOUGLAS AND LONDON
59 Maiden Lane, 6th Floor
New York, NY 10038
Tel: (212) 566-7500
mlondon@douglasandlondon.com
*Plaintiffs: Shirley Boynton & James Boynton, Harry Griggs and Joseph Griggs, on behalf of the Estate of Charles Griggs, deceased, and Harry Griggs and Joseph Griggs, Individually, Julia Green and Arthur Green, Carolyn Uselton, Jeanne Jeffcoat*

Daniel J. Carr
Joseph C. Peiffer
PEIFFER, ROSCA, WOLF, ABDULLAH, CARR & KANE, LLP
201 St. Charles Ave., Suite 4610
New Orleans, LA 70170
Tel: (504) 586-5270
Fax: (504) 523-2464

dcarr@prwlegal.com
jpeiffer@prwlegal.com
*Plaintiff: Michael Mulroney*

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Tel: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
michael@mblynchfirm.com
*Plaintiff: Michael Mulroney*

Aaron L. Harrah
James C. Peterson
HILL PETERSON CARPER BEE & DEITZLER
North Gate Business Park
500 Tracy Way
Charleston, WV 25311-1555
Tel: (304) 345-5667
Fax: (304) 345-1519
aaron@hpcbd.com
jcpeterson@hpcbd.com
*Plaintiff: Ronald Dalrymple*

Melissa Mendoza
BERNSTEIN LIEBHARD LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Tel:  (212) 779-1414
Fax: (212) 779-3218
Mmendoza@bernlieb.com
*Plaintiff:  Alice Rentrop*

Neil D. Overholtz
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Tel:  (850) 202-1010

Fax:  (850) 916-7449
noverholtz@awkolaw.com
*Plaintiffs:  Scott Lindsey individually and as successor-in-interest and proposed estate representative of the Estate of Donald G. Lindsey, deceased, Nancy Packard, Individually and as Personal Representative of the Estate of William N. Packard, Jr.*

David Cleary
CLEARY SHAHI & AICHER, P.C.
110 Merchants Row
P.O. Box 6740
Rutland, VT 05702-6740
Tel: (802) 775-8909
Fax: (802) 775-8809
dlc@clearyshahi.com
*Plaintiffs: Ruth E. McGowan as the Executrix for and on behalf of the heirs of the estate of Thomas C. Dunkley*

Bruce Kingsdorf
Dawn Barrios
Zachary Logan Wool
BARRIOS, KINGSDORF & CASTEIX, LLP
One Shell Square
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650
Tel: (504) 524-3300
kingsdorf@bkc-law.com
barrios@bkc-law.com
zwool@bkc-law.com
*Plaintiff: Christopher Braswell*

Roger C. Denton
Kristine K. Kraft
Ashley Brittain Landers
SCHLICHTER, BOGARD & DENTON, LLP
100 South 4th Street, Suite 900
St. Louis, MO 63102
Tel: (314) 621-6115
Fax: (314) 621-7151
rdenton@uselaws.com
kkraft@uselaws.com

abrittain@uselaws.com
*Plaintiffs: Christopher Braswell, Dorothy Leach, William F. Haney, Mary K. Lemp and Charles Lemp, Jr., Stanley Pennell and Nancy Pennell, Michael Mulroney*

Nancy A. Mismash
ROBERT J. DEBRY & ASSOCIATES
4252 S. 700 E
Salt Lake City, UT 84107
Tel: (801) 262-8915
nmismash@robertdebry.com
*Plaintiffs: Dale Armstrong, Karen Cimino, Clifford Armstrong and Douglas Armstrong, heirs, Individually and on behalf of Margaret Armstrong, deceased*

Lawrence L Jones, II
JONES WARD, PCL
312 S. Fourth Street, 6th Floor
Louisville, KY 40202
Tel: (502) 882-6000
Fax: (502) 587-2007
larry@jonesward.com
*Plaintiff: Marilynne A. Cox, Jeanette and Charles Bolton*

Diane M. Nast
NASTLAW LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Tel: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com
*Plaintiffs: Richard Newman, Donald Norword and Carol Hines*

Robert C. Hilliard
Catherine Tobin
T. Christopher Pinedo
Marion Reilly
HILLIARD MUNOZ GONZALES LLP
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
Tel: (361) 882-1612
Fax: (361) 882-3015

bob@hmglawfirm.com
catherine@hmglawfirm.com
cpinedo@hmglawfirm.com
marion@hmglawfirm.com
*Plaintiff: Tatyana Tonyan*

Michael K. Johnson
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Tel: (612) 436-1800
Fax: (612) 436-1801
MJohnson@johnsonbecker.com
*Plaintiff: Martha McMunn*

D. Todd Mathews
GORI, JULIAN & ASSOCIATES, PC
156 N. Main Street Edwardsville, IL 62025
Tel: 618-659-9833
Fax: 618-659-9834
todd@gorijulianlaw.com
*Plaintiff: Robert Biven*

BARON & BUDD, P.C.
3102 Oaklawn Avenue, Suite 1100
Dallas, TX 75219
Tel: (214) 521-3605
Fax: (214) 520-1181
sblackburn@baronbudd.com
*Plaintiff: Sara Jean Jonas*

Steven Davis
TORHOERMAN LAW LLC
101 W. Vandalia St., Ste. 350
Edwardsville, IL 62025
Tel: (618) 656-4400
Fax: (618) 656-4401
sdavis@torhoermanlaw.com
*Plaintiff: Theodore Van Dorn, Jr.; Howard Mize*

M. Elizabeth Graham
GRANT & EISENHOFER P.A.
123 Justison Street. 7th Floor
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 722-7001
egraham@gelaw.com
*Plaintiff: William Sandusky*

Jay F. Hirsch
POPE, MCGLAMRY, KILPATRICK, MORRISON & NORWOOD, P.C.
Lenox Overlook, Suite 300
3391 Peachtree Road, N.E.
Atlanta, GA 303026
Tel: (404) 523-7706
Fax (404) 524-1648
efile@pmkm.com
*Plaintiff: Randolph Sinclair*

Kristian Rasmussen
CORY WATSON CROWDER & DeGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL, 35205
Tel: (205) 328-2200
Fax: (205) 324-7896
krasmussen@cwcd.com
*Plaintiff: Annie Banks*

Melissa Mendoza
BERNSTEIN LIEBHARD LLP
10 East 40th Street, 22nd Floor
New York, NY 10016
Phone: (212) 779-1414
Fax: (212) 779-3218
Email: mmendoza@bernlieb.com
*Plaintiff: Claire Browning*

Chad Joseph Primeaux
Douglas Robert Plymale
James Dugan

Lanson Leon Bordelon
THE DUGAN LAW FIRM, APLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130
Tel: (504) 648-0180
Fax: (504) 648-0181
cprimeaux@dugan-lawfirm.com
drplymale@plymalelawfirm.com
jdugan@dugan-lawfirm.com
lbordelon@duganlawfirm.com
*Plaintiff: William Heffker*

Frank Jacob D'Amico , Jr.
FRANK J. D'AMICO, APLC
622 Baronne Street, 2nd Floor
New Orleans, LA 70113
Tel: (504) 525-7272
Fax: (504) 525-1167
frank@damicolaw.net
*Plaintiff: William Heffker*

**Defendants' Counsel**

F.M. (Tripp) Haston, III
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Phone: (205) 521-8303
Fax: (205) 488-6303
Email: thaston@babc.com
*Defendants: Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, Bayer Corporation*

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Phone: (973) 549-7000
Fax: (973) 360-9831

Email: susan.sharko@dbr.com
*Defendants: Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, Johnson & Johnson*

Andrew Childers
CHILDERS, SCHLUETER & SMITH, LLC
1932 N. Druid Hills Road   Suite 100
Atlanta, Georgia 30319
*Plaintiff: Kimberly West*

Scott R. Bickford, T.A.
Lawrence J. Centola, III
Jason Z. Landry
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130
*Plaintiffs: Joann Varnado and Christian Varnado, individually and on behalf of decedent Gerald Varnado*

Eve S. Reardon, Esq.
THE KEATING LAW FIRM, LLC
3714 Airline Drive
Metairie, LA 70001
*Plaintiffs: Joann Varnado and Christian Varnado, individually and on behalf of decedent Gerald Varnado*

Morris Bart
Daniel B. Snellings
Mekel Alvarez
MORRIS BART, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
*Plaintiffs: James J. Brien Sr. and Dolly S. Brien, Linda Randazzo, individually, and on behalf of Lawrence Randazzo, Samantha Davis, Claudette Brown, Patricia Ferguson, Douglas and Shirley Silvey, Lionel St. Amand*

Galen M. Hair,
T.A.  Benjamin C. Varadi
VARADI, HAIR & CHECKI, LLC
650 Poydras St., Ste. 1550

New Orleans, LA 70130
*Plaintiffs: Estate of Cornelius McLain Goodwin III, Rose Marie Goodwin, Steven Wayne Goodwin, Craig McLain Goodwin, Liza Ann Gatson and Cornelius McLain Goodwin IV*

Ronald E. Johnson, Jr.
Sarah N. Lynch
SCHACHTER, HENDY & JOHNSON, PSC
909 Wright's Summit Parkway #210
Ft. Wright, KY 41011
*Plaintiffs: Tony Mathena and Karen Mathena*

Amy M. Carter
SIMON GREENSTONE PANATIER BARTLETT, P.C.
3232 McKinney Avenue, Suite 610
Dallas, TX 75204
*Plaintiff: Marilyn S. Haney, as the Executrix for and on Behalf of the Heirs of the Estate of Bobby N. Haney*

Russell Wills Buss
Seth A. Katz
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
40 Inverness Drive East
Englewood, CO 80112
Tel: (303) 792-5595
Fax: (303) 708-0527
*Plaintiff: Henry Harding and Mary Jane Harding*

Bayer Pharma, AG
Mullerstrasse 178
D-13353
Berlin, Germany

Bayer Healthcare AG
CHEMPARK Leverkusen
Zentraler Besucherempfang
Kaiser-Wilheml-Allee
D-51368 Leverkusen

Bayer AG1
Leverkusen

North Rhine-Westphalia, Germany

DATED: February 2, 2015.

                                                           **THE COCHRAN FIRM - DOTHAN**

                                                         /s/ Joseph D. Lane
Joseph D. Lane (AL 9991-N75-J)
111 East Main Street
Dothan, AL 36301
Telephone: (334) 673-1555
Facsimile: (334) 699-7229
JoeLane@CochranFirm.com
JLane@CochranFirm.com

*Attorney for the Plaintiffs*