UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

**APPLICATION OF LAWRENCE J. CENTOLA, III FOR**
**APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

Pursuant to Section 16 of this Court's Pretrial Order #1, Lawrence J. Centola, III requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee. Mr. Centola is counsel for the plaintiffs in two cases filed in this litigation, specifically *Varnado v. Janssen Research & Development, et al*, 2:14-CV-02216 and *Joseph v. Janssen Research & Development, et al*, 2:15-CV-00180. Centola is a partner at Martzell & Bickford, a New Orleans firm with a history of representing individuals and classes of individuals in complex litigation. Martzell & Bickford will soon be filing additional cases in the MDL. Mr. Centola and Martzell & Bickford have the criteria for membership as follows:

**A. WILLINGNESS AND AVAILABILITY TO COMMIT TO A TIME-CONSUMING PROJECT.**

Mr. Centola is willing and able to commit to this time-consuming project. In December 2012, Mr. Centola was appointed to the PSC by Judge Jay Zainey of the Eastern District of Louisiana in the "Bayou Corne Sinkhole" litigation; *Lisa Leblanc v. Texas Brine Co., LLC, et al.* 12-CV-2059. Judge Zainey certified a class in the Bayou Corne Sinkhole litigation and Centola was one of four lawyers appointed as class counsel. This litigation resulted in a $48 million

1

settlement with over 250 class members obtaining significant recoveries and payments within two and a half years from the date of the incident. The Bayou Corne Sinkhole litigation is in the final stages of the settlement process. Thus, Centola has ample time to dedicate to this case and is willing to commit to this time-consuming project.

### B. ABILITY TO WORK COOPERATIVELY WITH OTHERS.

Centola is able to work cooperatively with others. While Centola has not been appointed to a leadership role in previous MDL's, he has been ready, willing and able to lend a laboring oar in all MDL's, particularly *In Re: Pool Products Distribution Market Antitrust Litigation,* C.A. MDL Docket No. 2328 (EDLA) and in *In Re: Chinese Manufactured Drywall Products Liability Litigation,* C.A. MDL Docket No. 2047. In *In Re: Chinese Manufactured Drywall,* Centola served on the following committees: written discovery, deposition discovery, Experts Science (PI), and Inspections. Centola's history particularly in these two MDL's pending in the Eastern District of Louisiana shows his ability to work cooperatively with others and shows he will be an asset to this law firm that the Court is charged with forming.

Further, Centola's bar leadership shows his ability to work with others. Centola was Chair of the LSBA Young Lawyers Division in 2012-2013, was chair of the Federal Bar Association-New Orleans Chapter Young Lawyer Division in 2010-2011, served in the ABA House of Delegates from 2008-2010, and is the current chair of the Louisiana Association for Justice Section on Toxic, Environmental, and Pharmaceuticals.

### C. PROFESSIONAL EXPERINCE IN THIS TYPE OF LITIGATION.

In addition to the cases already mentioned, Centola was named class counsel in class actions across the state including *Blanchard v. Sundown*, C.A. No. 05-4198 (EDLA); *Tinson v.*

*Bass*, C.A. No. 05-4512 (EDLA); *Chauvin v. Chevron Oronite Company*, 263 F.R.D. 364 (EDLA 2009); *Desselle v. Acadian Ambulance Service, Inc.*, 83 So.3d 1243 (La. 3rd Cir. 2012) 280670, *Vallare v. Ville Platte Medical Center*, 151 So.3d 984 (La. 3rd Cir. 2014), *Anderson v. Ochsner Health System*, 2014 WL 2937101 (La. 2014). Centola is a 2013 Louisiana Association for Justice President's Award winner for significant class action litigation in 2013.

Centola has also handled numerous individual claims in various drug and device MDL's including *In re: Chantix, In re: Guidant, In re: YAZ, In re: Avandia, In re: Depuy ASR; In re: Zimmer Durom Cup, In re: Zoloft.*

Centola has handled numerous wrongful death cases to conclusion including the claims of victims of asbestos exposure and silica exposure. From representing the heirs of wrongful death victims, Centola is experienced with the logistic challenges and others challenges that often arise when representing heirs of a victim.

Centola has also frequently lectures on ethics and professionalism including recent lectures for the New Orleans Chapter of the Federal Bar Association on Model Rule of Professional Responsibility 1.6 and recent lectures for the Louisiana Bar Association on Professionalism in the Civil Litigation Context and the Do's and Don'ts of Ethics.

    **D. WILLLINGNESS TO COMMIT THE NECESSARY RESOURCES TO PERSUE THE MATTER.**

Martzell & Bickford is in close proximity to the Eastern District court house and Martzell & Bickford has the staff, financial resources and expertise to help move the litigation expeditiously. Martzell & Bickford has already expended time in this case as it prepared briefing before the Judicial Panel on Multidistrict Litigation requesting that the JPMDL send this MDL to Judge Fallon. Further, Scott Bickford traveled to Charleston, South Carolina for the hearing of

3

the matter before the Panel and met and conferred with multiple counsel who have cases throughout the country. Martzell & Bickford is ready and able to commit additional financial resources to this case. Further, the *Varnado* case filed by Martzell & Bickford in the Eastern District of Louisiana and allotted to this Honorable Court is a potential bellwether case as there is no *Lexecon* problem and the decedent's demise was linked to *Xarelto*. Centola represents the *Varnado* heirs and Martzell & Bickford will commit the necessary resources to pursue this matter.

**WHEREFORE**, for the reasons stated above, Lawrence J. Centola, III, respectfully requests appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

**MARTZELL & BICKFORD**

**/S/ Lawrence J. Centola, III**
**LAWRENCE J. CENTOLA, III (#27402))**
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: (504) 581-9065
Facsimile: (504) 581-7635
Email: LCENTOLA@MBFIRM.COM

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of February, 2015, I electronically filed the foregoing via the Court's ECF System and properly served upon all counsel in Schedule B attached to this Honorable Court's Pretrial Order #1 (Doc. 2).

**/S/ Lawrence J. Centola, III**