AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| JOANN BANKS, DAVID BANKS II, DON BANKS AND MURPHY BANKS, INDIVIDUALLY AND ON BEHALF OF DECEDENT, DAVID ELLIOT BANKS _____ *Plaintiff(s)* v. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

IN RE: XARELTO   MDL: 2592

Civil Action No. 2:15-cv-00041

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janssen Research & Development LLC
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jim S. Hall

Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., Ste. 100
Metairie, Louisiana 70001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

*P. Hebert*
Deputy clerk's signature

Date: __Jan 15 2015__

AO 440 (Rev 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:15-cv-00041

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Janssen Research & Development, LLC

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  SERVED VIA CERTIFIED MAIL    1/29/15

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date:  2/4/15

_____
Server's signature

Jim S. Hall / Attorney for plaintiffs
Printed name and title

**JIM S HALL & ASSOCIATES, LLC**
ATTORNEY AT LAW
800 N Causeway Blvd, Ste 100
Metairie, LA 70001

Additional information regarding attempted service, etc:

# JIM S. HALL & ASSOCIATES, LLC
## ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100
Metairie, Louisiana 70001
www.jimshall.com

(504) 832-3000
Fax: (504) 832-1799
(800) 299-5059

January 19, 2015

**CERTIFIED MAIL 7012 3460 0003 4545 1935**
**RETURN RECEIPT REQUESTED**

Janssen Research & Development, LLC
One Johnson & Johnson Plaza
Brunswick, New Jersey 08933

   RE: Joann Banks, et al v. Janssen Research & Development, LLC, et al
      USDC-EDLA, No: 15-41

     IN RE: Xarelto, USDC-EDLA, No: 14-md-2592, Section "L"

Dear Sir/Madam:

   Enclosed please find a certified copy of the Complaint along with a Summons regarding the above referenced matter which we hereby serve upon you.

   Please note that you have twenty-one (21) days in which to answer this complaint.

                   Si....

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage...)*
For delivery information visit our website at www....

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To Janssen Research & Dev.
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Research & Development
One Johnson & Johnson Plaza
New Brunswick, NJ
08933

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
 If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
*(Transfer from service label)*
7012 3460 0003 4545 1935