AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| JOANN BANKS, DAVID BANKS II, DON BANKS AND MURPHY BANKS, INDIVIDUALLY AND ON BEHALF OF DECEDENT, DAVID ELLIOT BANKS <br><br> *Plaintiff(s)* <br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL <br><br> *Defendant(s)* | IN RE: XARELTO MDL: 2592 <br><br><br> Civil Action No. 2:15-cv-00041 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Health Care Pharmaceuticals Inc.
67 Whippany Road
Whippany, New Jersey 07981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jim S. Hall
Jim S. Hall & Associates, LLC
800 N. Causeway Blvd., Ste. 100
Metairie, Louisiana 70001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: Jan 15 2015

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-00041

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bayer Health Care Pharmaceuticals, Inc.__
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* SERVED VIA CERTIFIED MAIL  1/26/15

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2/4/15__

_____Hall_____
Server's signature

__Jim S. Hall / Attorney for plaintiffs__
Printed name and title

JIM S HALL & ASSOCIATES, LLC
ATTORNEY AT LAW
800 N. Causeway Blvd, Ste 100
Metairie, LA 70001

Additional information regarding attempted service, etc:

# JIM S. HALL & ASSOCIATES, LLC
## ATTORNEYS & COUNSELORS OF LAW

800 N. Causeway Blvd. Suite 100                                            (504) 832-3000
Metairie, Louisiana 70001                                                    Fax: (504) 832-1799
www.jimshall.com                                                                     (800) 299-5059

January 19, 2015

**CERTIFIED MAIL 7012 3460 0003 4545 1904**
**RETURN RECEIPT REQUESTED**

Bayer Health Care Pharmaceuticals, Inc.
67 Whippany Road
Whippany, New Jersey 07981

         RE:      Joann Banks, et al v. Janssen Research & Development, LLC, et al
                   USDC-EDLA, No: 15-41

                   IN RE: Xarelto, USDC-EDLA, No: 14-md-2592, Section "L"

Dear Sir/Madam:

        Enclosed please find a certified copy of the Complaint along with a Summons regarding the above referenced matter which we hereby serve upon you.

        Please note that you have twenty-one (21) days in which to answer this complaint.

                                                                 Sincerely,

[Certified mail return receipt card image with handwritten address: Bayer Health Care Pharmaceuticals, 67 Whippany Rd., Whippany, NJ 07981. Article Number: 7012 3460 0003 4545 1904]