AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

MONTY YOUNG

*Plaintiff(s)*

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

*Defendant(s)*

Civil Action No. 15-289 L (5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer HealthCare, LLC
Through agent for service
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mekel Alvarez, Morris Bart, (T.A.),
Morris Bart, LLC 909 Poydras Street, 20th Floor New Orleans, LA 70112
Telephone: 504-599-3385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: Feb 02 2015

Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  14-cv-

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BAYER HEALTHCARE, LLC
was received by me on *(date)*  2-5-15  .

☐ I personally served the summons on the individual at *(place)* _____
   _____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____, a person of suitable age and discretion who resides there,
   on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  PAULA GLASER  , who is
   designated by law to accept service of process on behalf of *(name of organization)*  CORP. SVC CO
   326 SOMERULOS, B.R. 70802  on *(date)*  2-5-15  ; or

☐ I returned the summons unexecuted because _____  ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  2-5-15

_____
Server's signature

PALMER PORQUE
Printed name and title

5838 BERKSHIRE BR 70806
Server's address

Additional information regarding attempted service, etc:

RE: MONTY YOUNG
(BAYER HEALTHCARE, LLC)