**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
| | * |
| | *  MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO ALL CASES**

## PRETRIAL ORDER #7

Numerous applications/nominations for the Plaintiffs' Steering Committee (PSC) positions have been filed in accordance with the procedures set forth in Pretrial Order #1. The Court, after having reviewed the applications and carefully considered the matter, hereby appoints the following members to the PSC:

| | |
|---|---|
| Andy D. Birchfield, Jr. (Co-Lead Counsel)<br>234 Commerce Street<br>Post Office Box 4160<br>Montgomery, Alabama 36103-4160<br>Phone: (334) 269-2343<br>Fax:    (334) 954-7555<br>Email: Andy.Birchfield@BeasleyAllen.com | Dr. Mark Alan Hoffman<br>1650 Market Street, Suite 3450<br>Philadelphia, PA 19103<br>Phone: (215) 574-2000<br>Fax:    (215) 574-3080<br>Email:  mhoffman@rossfellercasey.com |
| Brian H. Barr (Co-Lead Counsel)<br>316 Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Phone: (850) 435-7045<br>Fax:    (850) 436-6044<br>Email: bbarr@levinlaw.com | Bradley D. Honnold<br>11150 Overbrook Rd., Ste. 200<br>Leawood, KS 66211<br>Phone: (913) 266-2300<br>Fax:    (913) 266-2366<br>Email:  bhonnold@bflawfirm.com |
| Russell T. Abney<br>2100 RiverEdge Parkway,<br>Suite 720<br>Atlanta, Georgia  30328<br>Email: rabney@lawyerworks.com | Frederick Longer<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax:    (215-592-4663<br>Email: flonger@lfsblaw.com |

| | |
|---|---|
| Sindhu S. Daniel | Dianne M. Nast |
| 550 Broad Street, Suite 920 | 1101 Market Street, Suite 2801 |
| Newark, NJ 07102 | Philadelphia, Pennsylvania 19107 |
| Phone: (973) 639-9100 | Phone: (215) 923-9300 |
| Fax:    (973) 639-9393 | Email: dnast@nastlaw.com |
| Email:  sdaniel@seegerweiss.com | |
| | |
| Roger C. Denton | Neil D. Overholtz |
| 100 S. 4th Street | 17 E. Main Street, Suite 200 |
| St. Louis, MO 63102 | Pensacola, Florida 32501 |
| Phone: (314) 621-6115 | Phone: (850) 916-7450 |
| Email:  rdenton@uselaws.com | Fax:    (850) 916-7449 |
| | Email:  noverholtz@awkolaw.com |
| | |
| Michael Goetz | Ellen Relkin |
| 201 N. Franklin St., 7th Floor | 700 Broadway |
| Tampa, FL 33602 | New York, New York 10003 |
| Phone: (813) 221-6581 | Phone: (212) 558-5500 |
| Fax:    (813) 222-4737 | Fax:    (212) 344-5461 |
| Email: MGoetz@ForThePeople.com | Email:  Erelkin@weitzlux.com |

The Court appoints Co-Plaintiffs' Liaison Counsel, Leonard Davis and Gerald Meunier, and Co-Lead Counsel, Andy Birchfield and Brian Barr, to comprise the PSC Executive Committee. It shall be the Executive Committee's duty to coordinate the responsibilities of the PSC, schedule PSC meetings, keep minutes or transcripts of these meetings, appear at periodic court noticed status conferences, perform other necessary administrative or logistic functions of the PSC, and carry out any other duty as the Court may order.

Additionally, the Court appoints Dawn Barrios to serve as Chair of the State Liaison Committee, in which capacity she will serve as an *ex-officio* member of the PSC Committee. The Court will appoint additional members to the State Liaison Committee in the future.

The appointment to the PSC is of a personal nature. Accordingly, the above appointees cannot be substituted by other attorneys, including members of the appointee's law firm, to perform the PSC's exclusive functions, such as committee meetings and court appearances,

except with prior approval of the Court. Furthermore, the appointment to the PSC is for one year from the date of this Order. Appointees may apply to be reappointed when their term expires. If or when they apply, their application should contain references to the nature and scope of their work on the PSC, including the time and resources expended during the past term.

The PSC will have the following responsibilities:

Discovery

    (1) Initiate, coordinate, and conduct all pretrial discovery on behalf of plaintiffs in all actions which are consolidated with the instant multi district litigation.

    (2) Develop and propose to the Court schedules for the commencement, execution, and completion of all discovery on behalf of all plaintiffs.

    (3) Cause to be issued in the name of all plaintiffs the necessary discovery
- a. requests, motions, and subpoenas pertaining to any witnesses and documents needed to properly prepare for the pretrial of relevant issues
- b. found in the pleadings of this litigation. Similar requests, notices, and
- c. subpoenas may be caused to be issued by the PSC upon written request
- d. by an individual attorney in order to assist him/her in the preparation of the pretrial stages of his/her client's particular claims.

    (4) Conduct all discovery in a coordinated and consolidated manner on behalf
- e. and for the benefit of all plaintiffs.

Hearings and Meetings

    (1) Call meetings of counsel for plaintiffs for any appropriate purpose, including coordinating responses to questions of other parties or of the Court. Initiate proposals, suggestions, schedules, or joint briefs, and any other appropriate matter(s) pertaining to pretrial proceedings.

    (2) Examine witnesses and introduce evidence at hearings on behalf of plaintiffs.

    (3) Act as spokesperson for all plaintiffs at pretrial proceedings and in response to any inquiries by the Court, subject of course to the right of any plaintiff's counsel to present non-repetitive individual or different positions.

Trial

    (1) Coordinate trial team(s)' selection, management, and presentation of any common issue, "bellweather" and/or "test" case trial(s).

    (2) Assemble and prepare "trial packages" that can be utilized in future cases, including cases that are remanded to transferor courts for trial.

Miscellaneous

    (1) Submit and argue any verbal or written motions presented to the Court or Magistrate on behalf of the PSC as well as oppose when necessary any motions submitted by the defendant or other parties which involve matters within the sphere of the responsibilities of the PSC.

    (2) Negotiate and enter into stipulations with Defendants regarding this litigation. All stipulations entered into by the PSC, except for strictly administrative details such as scheduling, must be submitted for Court approval and will not be binding until the Court has ratified the stipulation. Any attorney not in agreement with a non-administrative stipulation shall file with the Court a written objection thereto within five (5) days after he/she knows or should have reasonably become aware of the stipulation. Failure to object within the term allowed shall be deemed a waiver and the stipulation will automatically be binding on that party.

    (3) Explore, develop, and pursue all settlement options pertaining to any claim or portion thereof of any case filed in this litigation.

    (4) Maintain adequate files of all pretrial matters, including establishing and maintaining a document or exhibit depository, in either real or virtual format, and having those documents available, under reasonable terms and conditions, for examination by all MDL Plaintiffs or their attorneys.

    (5) Perform any task necessary and proper for the PSC to accomplish its responsibilities as defined by the Court's orders, including organizing sub-committees comprised of plaintiffs' attorneys not on the PSC and assigning them tasks consistent with the duties of the PSC.

(6) Keep counsel of all plaintiffs advised of all pertinent developments in the MDL.

(7) Perform such other functions as may be expressly authorized by further orders of this Court.

New Orleans, Louisiana this 9th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE