CLERK'S OFFICE
A TRUE COPY
Feb 10 2015
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION  MDL No. 2592

(SEE ATTACHED SCHEDULE)

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on January 16, 2015. Prior to expiration of that order's 7-day stay of transmittal plaintiffs filed a notice of opposition to the proposed transfers. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-8" filed on January 16, 2015, is LIFTED insofar as it relates to the actions on the attached schedule. The actions are transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL

Jeffery N. Lüthi
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**          MDL No. 2592

### SCHEDULE A

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| ILLINOIS SOUTHERN | | | | 15-cv-420 L(5) |
| ILS | 3 | 14−01276 | Lies et al v. Janssen Research & Development LLC et al | |
| NEW YORK EASTERN | | | | 15-cv-421 L(5) |
| NYE | 1 | 14−07214 | Swoopes v. Janssen Research & Development, LLC et al | |