UNITED STATES DISTRCT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVARIXABAN) PRODUCTS LIABILITY LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
| | SECTION L |
| *Beverly J. Betts and Thomas E. Betts v. Janssem Research & Development, LLC, et al.* No. 15-cv-335L(5) | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

******************************************

## NOTICE OF APPAERANCE

TO THE CLERKS OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Brian M. Vines hereby enters his appearance as counsel for Beverly and Thomas Betts, Plaintiffs in *Beverly J. Betts and Thomas E. Betts v. Janssem Research & Development, LLC, et al.* No. 15-cv-335L(5), originally filed in the Western District of Kentucky No. 5:15-cv-00002, in the above-captioned matter.

Dated: February 11, 2015

Respectfully submitted,

/s/ Brian M. Vines
Brian M. Vines
ASB-4419-R77V
Hare, Wynn, Newell & Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone: 205/328-5330
Facsimile: 205/324-2165
Email: bvines@hwnn.com

## **CERETIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 11th day of February, 2015.

/s/ Brian M. Vines
Brian M. Vines