UNITED STATES DISTRCT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVARIXABAN) PRODUCTS LIABILITY LITIGATION | * * * * |
| THIS DOCUMENT RELATES TO: | * *    MDL NO. 2592 *    SECTION L |
| *Beverly J. Betts and Thomas E. Betts v. Janssem Research & Development, LLC, et al.* No. 15-cv-335L(5) | *    JUDGE ELDON E. FALLON *    MAG. JUDGE NORTH * * * |

*******************************************

## NOTICE OF APPAERANCE

TO THE CLERKS OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Scott A Powell hereby enters his appearance as counsel for Beverly and Thomas Betts, Plaintiffs in *Beverly J. Betts and Thomas E. Betts v. Janssem Research & Development, LLC, et al.* No. 15-cv-335L(5), originally filed in the Western District of Kentucky No. 5:15-cv-00002, in the above-captioned matter.

Dated: February 11, 2015

        Respectfully submitted,

        /s/ Scott A. Powell
        Scott A. Powell
        ASB-7523-L60S
        Hare, Wynn, Newell & Newton, LLP
        2025 3rd Avenue North; Suite 800
        Birmingham, Alabama 35203
        Telephone: 205/328-5330
        Facsimile: 205/324-2165
        Email: scott@hwnn.com

**CERETIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 11th day of February, 2015.

                                           /s/ Scott A. Powell
                                           Scott A. Powell