UNITED STATES DISTRCT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVARIXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| *Andrew Silva v. Janssen Research & Development, LLC, et al.* No. 15-cv-337L(5) | * * * * | |

******************************************

## NOTICE OF APPAERANCE

TO THE CLERKS OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Scott A. Powell hereby enters his appearance as counsel for Andrew Silva, Plaintiff in *Andrew Silva v. Janssen Research & Development, LLC, et al.* No. 15-cv-337L(5), originally filed in the District of New Hampshire No. 1:15-cv-00022, in the above-captioned matter.

Dated: February 11, 2015

        Respectfully submitted,

        /s/ Scott A. Powell
        Scott A. Powell
        ASB-7523-L60S
        Hare, Wynn, Newell & Newton, LLP
        2025 3rd Avenue North; Suite 800
        Birmingham, Alabama 35203
        Telephone: 205/328-5330
        Facsimile: 205/324-2165
        Email: scott@hwnn.com

**CERETIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 11th day of February, 2015.

/s/ Scott A. Powell
Scott A. Powell