IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2592<br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE NORTH |
| *Packard v. Janssen Research & Development, LLC, et al.*;<br>Case No.:  2:14-cv-02848 | * * * * | |

**MOTION FOR, AND MEMORANDUM IN SUPPORT OF, EXTENSION OF TIME TO SERVE SUMMONS ON DEFENDANT, BAYER AG**

COMES NOW the Plaintiff, Nancy Packard, by and through the undersigned counsel, and files this Motion for Extension of Time to Serve Summons on foreign Defendant Bayer AG, and in support thereof states as follows:

1. Plaintiff filed her Complaint in the Southern District of Florida on June 23, 2014.  Pursuant to the Federal Rules of Civil Procedure, Rule 4(m), the time in which to serve Defendant Bayer AG ended on October 21, 2014.

2. On October 2, 2014, Plaintiff filed her Motion for Extension of Time to Serve Defendants.

3. Prior to October 21, 2014, the deadline by which to effectuate service pursuant to the Federal Rules of Civil Procedure, Rule 4(m), Plaintiff effectuated service on all domestic defendants.

4. On October 3, 2014, the Southern District of Florida Court granted Plaintiff's Motion for Extension of Time to Serve the foreign Defendant, Bayer AG,

providing Plaintiff until February 18, 2015 to effectuate service on foreign Defendant, Bayer AG.

5. On December 12, 2014, the Judicial Panel on Multidistrict Litigation issued its Transfer Order centralizing the *Xarelto* litigation, including the present case, to the Eastern District of Louisiana.

6. On December 17, 2014, PTO 1 was entered in the present case.

7. On February 9, 2015, this Court entered its Order appointing the PSC for the *Xarelto* MDL. The first PSC meeting is scheduled for February 26, 2015, followed by the MDL status conference set for February 27, 2015.

8. It is expected that the PSC will confer with counsel for foreign Defendants and negotiate a proposed order for simplified service, in an effort to avoid the lengthy and expensive traditional service required through the Hague Convention.

9. As such, the Plaintiffs request an additional 60 days to effectuate service on foreign Defendant, Bayer AG.

Respectfully submitted this 11th day of February, 2015.

By:  /s/ Neil D. Overholtz
Neil D. Overholtz, Esq.
noverholz@awkolaw.com
*Aylstock, Witkin, Kreis & Overholtz, PLLC*
17 East Main Street, Suite 200
Pensacola, FL  32502
Telephone:  (850) 916-7450
Facsimile:  (850) 916-7449

**Attorney for Plaintiff**

**CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that I have this 11th day of February, 2015, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

                                                /s/ Neil D. Overholtz
                                                Neil D. Overholtz