# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2592 <br> SECTION: L <br> JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE NORTH |
| *Packard v. Janssen Research & Development, LLC, et al.*; Case No.: 2:14-cv-02848 | * * * * | |

## NOTICE OF SUBMISSION OF MOTION FOR, AND MEMORANDUM IN SUPPORT OF, EXTENSION OF TIME TO SERVE SUMMONS ON DEFENDANT, BAYER AG

COMES NOW the Plaintiff, Nancy Packard, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Serve Summons on foreign Defendant Bayer AG.

Dated this 11th day of February, 2015.

By: /s/ Neil D. Overholtz_____
Neil D. Overholtz, Esq.
noverholz@awkolaw.com
*Aylstock, Witkin, Kreis & Overholtz, PLLC*
17 East Main Street, Suite 200
Pensacola, FL  32502
Telephone:  (850) 916-7450
Facsimile:  (850) 916-7449

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

      I, the undersigned, do hereby certify that I have this 11th day of February, 2015, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

                                            /s/ Neil D. Overholtz_____
                                            Neil D. Overholtz