AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

GREGORY A. BLUE, O/B/O THE ESTATE OF GIRLEEN ANDRUS )
)
)
)
*Plaintiff(s)* )
v. )  Civil Action No.   15-273 L (5)
Janseen Research & Development LLC f/k/a Johnson )
& Johnson Pharmaceutical Research & Development )
LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, )
Inc. f/k/a Janssen Pharmaceutica Inc, et al )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Pharmaceuticals, Inc.
CT Corporation System
116 Pine street, Suite 320
Harrisburg, PA  17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Allan Berger/Andrew Geiger
Allan Berger & Associates, PLC
4173 Canal Street
New Orleans, Louisiana  70119

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   Jan 30 2015

William W. Blevins
Name of clerk of court

*Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janssen Pharmaceuticals, Inc.
was received by me on *(date)* 2-9-2015

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified 9171 9690 0935 0055 3268 31

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 2-11-2015

*Server's signature*

**Andrew Geiger, Esq.**
**Allan Berger and Associates**
**4173 Canal Street**
**New Orleans, LA 70119**
**(504) 486-9481**
**ageiger@allan-berger.com**

Additional information regarding attempted service, etc: