AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| FRANCES HILLEBRANDT <br><br><br>_____<br>*Plaintiff(s)*<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC<br>ET AL.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.  14-md-2592 ref: 14-2991<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janssen Research & Development LLC
Through agent for Service
CT Corporation
116 Pine St., Suite 320
Harrisburg, PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mekel Alvarez, Morris Bart, Daniel B. Snellings, (T.A.),
Morris Bart, LLC 909 Poydras Street, 20th Floor New Orleans, LA 70112
Telephone: 504-599-3385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

*P. Hebert*
*Deputy clerk's signature*

Date:  **Jan 15 2015**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 14-md-2592 ref: 14-2991

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Janssen R & D

was received by me on *(date)*  2-4-15 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  Via Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  2/10/15 _____

_____
Server's signature

Vluin vanZolder / Assistant
Printed name and title

909 Poydras St. Ste 2000, N.O., La 70112
Server's address

Additional information regarding attempted service, etc:

**Frances Hillebrandt**
**14-cv-02592**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  *Cherie L. mcElroy*  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:  **JANSSEN R&D, LLC**  **116 PINE ST., STE. 320**  **HARRISBURG, PA 17101** | B. Received by *(Printed Name)*   C. Date of Delivery  D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:  ☐ No  FEB - 4 2015 |
|  | 3. Service Type  ☐ Certified Mail®  ☐ Priority Mail Express™  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ Collect on Delivery  4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7006 2150 0005 6290 3000 |
| PS Form 3811, July 2013 | Domestic Return Receipt |