AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| FRANCES HILLEBRANDT<br><br>*Plaintiff(s)*<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC,<br>ET AL.14-cv-2991<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 14-md-2592 ref: 14-cv-2991<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer HealthCare Pharmaceuticals, Inc.
Through agent for service
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Mekel Alvarez, Morris Bart, Daniel B. Snellings, (T.A.),
   Morris Bart, LLC 909 Poydras Street, 20th Floor New Orleans, LA 70112
   Telephone: 504-599-3385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

P. Hebert
Deputy clerk's signature

Date: __Jan 15 2015__

AO 440 (Rev. 05/00) Summons in a Civil Action             14-2991 — Bayer HC Pharm

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  1-30-15 |
| NAME OF SERVER (PRINT)  PALMER PERQUE | TITLE  INVEST. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: CORP. SERVICE CO (PAULA GLASER) 300 SOMERLUS ST. B.R. LA 70802

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-30-15
Date

Signature of Server

5838 BERKSHIRE AV B.R, LA 70806
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(FRANCES HILLEBRANDT)