UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| NEIL HOFFMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>BAYER HEALTHCARE<br>PHARMACEUTICALS, INC.,<br>JANSSEN PHARMACEUTICAL RESEARCH AND<br>DEVELOPMENT LLC, JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC.<br>f/k/a JANSSEN PHARMACEUTICA INC.<br>f/k/a ORTHO-MCNEIL-JANSSEN<br>PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | **Civil Action No.: 2:14-cv-02930-EEF-MBN** |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Plaintiff Neil Hoffman, in the above-referenced civil action, and by and through his respective counsel of record hereby files a voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), each party to bear its own costs. This voluntary dismissal without prejudice in this civil action shall not affect any other civil action filed by the Plaintiff.

By: /s/Geoffrey T. Moore
Geoffrey T. Moore
Florida Bar #99573
The Maher Law Firm
631 West Morse Boulevard, Suite 200
Winter Park, FL 32789
Phone:  407-839-0866
Fax:  407-425-7958
Gtmoore@maherlawfirm.com
tkomahcheet@maherlawfirm.com
smaher@maherlawfirm.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| NEIL HOFFMAN,<br><br>      Plaintiff,<br><br>   v.<br><br>BAYER HEALTHCARE<br>PHARMACEUTICALS, INC.,<br>JANSSEN PHARMACEUTICAL RESEARCH AND<br>DEVELOPMENT LLC, JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC.<br>f/k/a JANSSEN PHARMACEUTICA INC.<br>f/k/a ORTHO-MCNEIL-JANSSEN<br>PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and BAYER AG,<br><br>      Defendants. | **Civil Action No.: 2:14-cv-02930-EEF-MBN** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/Geoffrey T. Moore
Geoffrey T. Moore
Florida Bar #99573
The Maher Law Firm
631 West Morse Boulevard, Suite 200
Winter Park, FL 32789
Phone:  407-839-0866
Fax:  407-425-7958
Gtmoore@maherlawfirm.com
tkomahcheet@maherlawfirm.com
smaher@maherlawfirm.com