# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE NORTH |
| *Packard v. Janssen Research & Development, LLC, et al.*;<br>Case No.: 2:14-cv-02848 | * * * * | |

### ORDER APPROVING MOTION AND EXTENDING TIME TO SERVE COMPLAINT

This Court, being fully appraised of the premises and upon motion of Plaintiff to extend time to serve the Complaint filed on February 11, 2015 in this action, approves the motion and grants Plaintiff an extension of time of 60 days to perfect service of the Complaint on Defendant, Bayer AG.

DONE AND SIGNED in Chambers in New Orleans, Louisiana this  12th  of            February           , 2015.

_____
ELDON E. FALLON
United States District Judge