UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION L <br> * JUDGE ELDON E. FALLON <br> * MAG. JUDGE SHUSHAN |
| ************************************************ | |
| THIS DOCUMENT RELATES TO: | * <br> * |
| LINDA RANDAZZO, individually and on behalf of LAWRENCE RANDAZZO <br><br> Vs. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, *et al* | * Case No. 14-cv-2107 <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| ************************************************ | |

## ORDER

Considering the Ex Parte Motion and Memorandum for their First Extension of Time To Effectuate Service on Foreign Bayer Defendants filed by Plaintiffs, James J. Brien, Sr. and Dolly S. Brien;

**IT IS ORDERED** that Plaintiffs, Linda Randazzo and Lawrence Randazzo, be granted an additional sixty (60) days to effectuate service on such foreign Defendants, Bayer AG, Bayer Healthcare AG, and Bayer Pharma AG.

**NEW ORLEANS, LOUISIANA,** this 12th day of February, 2015.

_____
DISTRICT COURT JUDGE ELDON E. FALLON