Case MDL No. 2592 Document 259 Filed 02/17/15 Page 1 of 3

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CLERK'S OFFICE**
A TRUE COPY
FEB 18 2015
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION                MDL No. 2592

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −13)**

On December 12, 2014, the Panel transferred 20 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 130 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E Fallon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of December 12, 2014, and, with the consent of that court, assigned to the Honorable Eldon E Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 17, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION                                           MDL No. 2592

### SCHEDULE CTO−13 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 3 | 15−00069 | Culpepper, et al. v. Janssen Research & Development, LLC, et al.  15-cv-498 L(5) |
| ALABAMA NORTHERN | | | |
| ALN | 2 | 15−00128 | Calvert et al v. Janssen Research & Development LLC et al  15-cv-499 L(5) |
| ALN | 2 | 15−00129 | Norris et al v. Janssen Research & Development LLC et al  15-cv-500 L(5) |
| ALN | 2 | 15−00130 | Cockrell et al v. Janssen Research & Development LLC et al  15-cv-501 L(5) |
| ALN | 2 | 15−00131 | Sims et al v. Janssen Research & Development LLC et al  15-cv-502 L(5) |
| ALN | 4 | 15−00132 | Bailey et al v. Janssen Research & Development LLC et al  15-cv-503 L(5) |
| ALN | 5 | 15−00154 | Roberts v. Janssen Research & Development LLC et al  15-cv-504 L(5) |
| FLORIDA MIDDLE | | | |
| FLM | 8 | 15−00144 | Dunn v. Janssen Research & Development, LLC et al  15-cv-505 L(5) |
| GEORGIA NORTHERN | | | |
| GAN | 1 | 15−00258 | Elliott et al v. Janssen Research & Development, LLC et al  15-cv-506 L(5) |
| GAN | 1 | 15−00259 | Loper v. Janssen Research & Development, LLC et al  15-cv-507 L(5) |
| LOUISIANA WESTERN | | | |
| LAW | 5 | 15−00187 | Goodwin v. Janssen Research & Development L L C et al  15-cv-508 L(5) |
| MINNESOTA | | | |
| MN | 0 | 15−00197 | Zanoni et al v. Janssen Research and Development, LLC et al  15-cv-509 L(5) |

## MISSISSIPPI SOUTHERN

| MSS | 1 | 15−00030 | Dubois et al v. Janssen Research & Development LLC et al | 15-cv-510 L(5) |
| MSS | 5 | 15−00010 | Parker v. Janssen Research & Development, LLC et al | 15-cv-511 L(5) |

## NORTH CAROLINA EASTERN

| NCE | 7 | 15−00009 | Moore v. Janssen Research & Development LLC et al | 15-cv-512 L(5) |

## PENNSYLVANIA EASTERN

| PAE | 2 | 15−00447 | STAFFORD v. JANSSEN RESEARCH A& DEVELOPMENT, LLC et al | 15-cv-513 L(5) |
| PAE | 2 | 15−00448 | DENNIS v. JANSSEN RESEARCH & DEVELOPMENT, LLC et al | 15-cv-514 L(5) |
| PAE | 2 | 15−00449 | BUTLER−VODIO v. JANSSEN RESEARCH & DEVELOPMENT, LLC et al | 15-cv-515 L(5) |

## TENNESSEE WESTERN

| TNW | 2 | 15−02064 | Ervin v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC et al | 15-cv-516 L(5) |

## WEST VIRGINIA NORTHERN

| WVN | 1 | 15−00014 | Maciasz et al v. Janssen Research & Development LLC et al | 15-cv-517 L(5) |