CLERK'S OFFICE
A TRUE COPY
FEB 18 2015

Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2592

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −15)**

On December 12, 2014, the Panel transferred 20 civil action(s) to the United States District Court
for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to
28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 132 additional action(s) have
been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions
have been assigned to the Honorable Eldon E Fallon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Eastern District of Louisiana and assigned to
Judge Fallon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the
Eastern District of Louisiana for the reasons stated in the order of December 12, 2014, and, with the
consent of that court, assigned to the Honorable Eldon E Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall
be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 18, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Case MDL No. 2592 Document 242 Filed 02/18/15 Page 2 of 2

**IN RE: XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**                          MDL No. 2592

### SCHEDULE CTO−15 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| **ALABAMA MIDDLE** | | | |
| ALM | 1 | 15−00071 | McLeod, et al v. Janssen Research & Development, LLC et al (JOINT ASSIGN)  15-cv-535 L(5) |
| ALM | 1 | 15−00072 | Godfrey v. Janssen Research & Development, LLC et al (JOINT ASSIGN)  15-cv-536 L(5) |
| ALM | 2 | 15−00070 | Johnson v. Janssen Research & Development, LLC, et al.  15-cv-537 L(5) |
| **GEORGIA MIDDLE** | | | |
| GAM | 5 | 15−00017 | HUDSON v. JANSSEN RESEARCH AND DEVELOPMENT LLC et al  15-cv-538 L(5) |
| **NORTH CAROLINA EASTERN** | | | |
| NCE | 2 | 15−00010 | Cole, et al v. Johnson & Johnson, et al  15-cv-539 L(5) |
| **TEXAS SOUTHERN** | | | |
| TXS | 4 | 15−00278 | Labay v. Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC et al  15-cv-540 L(5) |
| **TEXAS WESTERN** | | | |
| TXW | 1 | 15−00081 | Sanders v. Janssen Research & Development LLC et al  *15-cv-541 L95)* |
| **WEST VIRGINIA SOUTHERN** | | | |
| WVS | 3 | 15−01344 | Faustini et al v. Janssen Research & Development LLC et al  15-cv-542 L(5) |