UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| ****************************************** | * | |

THIS DOCUMENT RELATES TO: ALL CASES

## NOTICE OF APPEARANCE

COMES NOW, Richard S. Lewis of Hausfeld, LLP, and enters his appearance as counsel for the following cases:

- *Smith v. Janssen Research & Development, LLC, et al.*, Case No. 15-525 (E.D. La.);

Counsel respectfully requests that all pleadings, notices and documents filed in this matter be served on the undersigned.

**Respectfully submitted,**

HAUSFELD

By: /s/ Richard S. Lewis
    HAUSFELD
    Richard S. Lewis
    1700 K Street, N.W.
    Suite 650
    Washington, D.C. 20006
    Telephone: (202) 540-7151
    Facsimile: (202) 540-7201
    Email: rlewis@hausfeld.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, Richard S. Lewis, do hereby certify that on February 23, 2015, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

                                                   By: /s/ Richard S. Lewis
                                                            Richard S. Lewis