UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA FOR**
**FEBRUARY 27, 2015 STATUS CONFERENCE**

1. Pre-Trial Orders

2. Counsel Contact Information Form

3. Plaintiffs' Steering Committee

4. File & Serve Xpress

5. Direct Filing and Master Complaint and Answer

6. Tolling Agreement

7. Service on Foreign Bayer Entities

8. "MDL Centrality"/Profile/Disclosure Forms

9. Master Discovery

10. Preservation Order

11. Privilege Log

12. Document Production Protocol

13. Protective Order

14. State/Federal Coordination

15. Next Status Conference