AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| MISTY RAINES<br><br>*Plaintiff(s)*<br>v.<br>JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; AND DOES 1-100,<br><br>*Defendant(s)* | Civil Action No. 2:15-cv-00023  J (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Corporation
Melody Henel, Senior Counsel
100 Bayer Road
Pittsburgh, PA 15205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Stephen T. Blackburn
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 09 2015

William W. Blevins
*Name of clerk of court*

*Deputy clerk's signature*

Case 2:15-cv-00023-EEF-MBN Document 6 Filed 02/09/15 Page 2 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-00023

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bayer Corporation__
was received by me on *(date)* __2/17/2015__

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Doug Pearson__, who is designated by law to accept service of process on behalf of *(name of organization)* __Bayer Corporation__ @ 100 Bayer Road, Pittsburgh, PA 15205 @ 11:47 a.m. on *(date)* __2/18/2015__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __2/23/2015__

_Daniel Knobloch_
*Server's signature*

__Daniel Knobloch - Process Server__
*Printed name and title*

First Legal Support - National

__3600 Lime St., Suite 626, Riverside CA 92501__
*Server's address*

Additional information regarding attempted service, etc: