UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Frederick S. Longer hereby enters his appearance as counsel for the plaintiff *Diaz v. Janssen Research & Development, LLC, et al.*, 2:14-cv-7044 (E.D.Pa.) in the above-captioned action.

It is respectfully requested that copies of all pleadings, notices, orders, correspondence and other materials in this matter may be served on the undersigned.

                     Respectfully submitted,

Dated: February 27, 2015      /s/ *Frederick S. Longer*
                      Frederick S. Longer, Esquire (PA Bar No. 46653)
                      Levin, Fishbein, Sedran & Berman
                      510 Walnut Street, Suite 500
                      Philadelphia, PA 19106
                      215-592-1500 (phone)
                      215-592-4663 (fax)
                      flonger@lfsblaw.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 27, 2015 a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Additionally, a copy of the foregoing document was served on all counsel listed on Schedule B attached to Pretrial Order No. 1.

      */s/ Frederick S. Longer*
      Frederick S. Longer