**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  PRODUCTS      *  MDL NO. 2592
LIABILITY LITIGATION

                                          *  SECTION L
                                          *
                                          *  JUDGE ELDON E. FALLON
                                          *
                                          *  MAG. Michael B. North
************************************************  *

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**ORDER**</u>

      **IT IS ORDERED** that Plaintiffs' and Defendants' Liaison and Lead Counsel participate

in a status conference on Thursday, March 12 at 10:00 a.m.  Out-of-town counsel may participate

by phone, using the call-in information provided by the Court.

      New Orleans, Louisiana this 2nd day of March, 2015.

_____

UNITED STATES DISTRICT JUDGE