UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| _____) | SECTION: L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO:  ) | MAG. JUDGE NORTH |
| Sandusky v. Janssen Research & ) | |
| Development, LLC ) | |
| 2:14-cv-2936 ) | |
| _____) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for the Plaintiff William Sandusky in the above captioned matter.

DATED: March 3, 2015                      GRANT & EISENHOFER P. A.

                                                  By: s/ M. Elizabeth Graham
                                                  M. Elizabeth Graham
                                                  123 Justison Street
                                                  Wilmington, DE 19801
                                                  Tel: 302-622-7000
                                                  Fax: 302-622-7100

                                                  Attorney for Plaintiff