UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Matthews v. Janssen Research & Development, LLC et al* ILN 15-00781 | ) ) ) ) ) ) ) ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for the Plaintiff Daphne Matthews in the above captioned matter.

DATED: March 3, 2015

    ADLER LAW OFFICES, LTD.

    By: /s  Charles E. Adler
    Charles E. Adler
    30 North LaSalle Street
    Suite 3440
    Chicago, IL 60602
    Tel: 312-236-2700
    Fax: 312-236-0857

    *Attorney for Plaintiff*