AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)                                    110180

Civil Action No. 14-cv-02934-EEF-MBN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Bayer Corporation__
was received by me on *(date)* __2/13/15__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Lashawn DeVos, Production Specialist__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Bayer Corporation__
__c/o Illnois Corporation Service Company__
__801 Adlai Stevenson Dr., Springfield, IL__   on *(date)* __2/13/15 @ 4:30PM__; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __2-20-2015__          _____
                             *Server's signature*

                             __Trevor Baldwin, Process Server__
                             *Printed name and title*
                             c/o Dennis Richman's Services
                             1500 JFK Blvd., Ste. 1706
                             Philadelphia, PA 19102
                             _____
                             *Server's address*

Additional information regarding attempted service, etc: