AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)                                    11679

Civil Action No. 14-cv-02934-EEF-MBN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Bayer Healthcare LLC
was received by me on *(date)*  2/13/15

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Lashawn DeVos, Production Specialist , who is
designated by law to accept service of process on behalf of *(name of organization)*  Bayer Healthcare LLC
c/o Illinois Corporation Service
801 Adlai Stevenson Dr., Springfield, IL   on *(date)*  2/13/15 @ 4:30PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date:  2-20-2015

*Server's signature*

Trevor BAldwin, Process Server
*Printed name and title*

c/o Dennis Richman's Services
1500 JFK Blvd., Ste. 1706
Philadelphia, PA 19102

*Server's address*

Additional information regarding attempted service, etc: