# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## EASTERN District of LOUISIANA

Case Number: 2:15-CV-00233

Plaintiff:
**SIDNEY J. DEDEAUX**

vs.

Defendant:
**JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON & JOHNSON PHARMACEUTICAL, ET AL.**

For:
Peyton P. Murphy
MURPHY LAW FIRM, LLC
7035 Jefferson Highway
Baton Rouge, LA 70806

Received by ABC PROCESS SERVICE on the 13th day of February, 2015 at 9:38 am to be served on **JANSSEN PHARMACEUTICALS, INC. F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., 1125 TRENTON-HARBOURTON ROAD, TITUSVILLE, NJ 08560.**

I, MANNY BAYO, do hereby affirm that on the **13th day of February, 2015** at **4:43 pm, I:**

**AUTHORIZED:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES** with the date and hour of service endorsed thereon by me, to: **DARLEL ROCKAWAY** as **AUTHORIZED TO ACCEPT**, who stated they are authorized to accept service for: **JANSSEN PHARMACEUTICALS, INC. F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.** at the address of: **1125 TRENTON-HARBOURTON ROAD, TITUSVILLE, NJ 08560**, and informed said person of the contents therein, in compliance with state statutes.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.

MANNY BAYO
Process Server

ABC PROCESS SERVICE
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2015000429

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n