# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> Master Docket Case No. 2:14-MD-02592 <br><br> Honorable Eldon E. Fallon |
| CHARLES WARD, <br><br>    Plaintiff, <br><br> vs. <br><br> JANSSEN RESEARCH & DEVELOPMENT et. al., <br><br>    Defendants. | NOTICE OF APPEARANCE <br><br> Civil Action No.: <u>15-00018</u> |

## **DESIGNATION OF TRIAL ATTORNEY**

Plaintiff, pursuant to Local Rule 11.2, designates Russell T. Abney as "trial attorney" for this case.

> Respectfully Submitted,
>
> *s/ Russell T. Abney*
> **Russell T. Abney**
> Georgia Bar No. 000875
> **FERRER POIROT WANSBROUGH**
> **FELLER DANIEL ABNEY**
> 2603 Oak Lawn Avenue Suite 300
> Dallas, TX 75219
> Telephone: 800.521.4492
> Fax: 866.513.0115
> Email: rabney@lawyerworks.com