IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-MD-02592<br><br>Honorable Eldon E. Fallon |
| STANLEY M. MACIASZ and SHIRLEY A. MACIASZ<br><br>    Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT et. al.,<br><br>    Defendants. | NOTICE OF APPEARANCE<br><br>Civil Action No.: <u>15-00014</u> |

## **DESIGNATION OF TRIAL ATTORNEY**

Plaintiff, pursuant to Local Rule 11.2, designates Russell T. Abney as "trial attorney" for this case.

                Respectfully Submitted,

                <u>s/ Russell T. Abney</u>
                **Russell T. Abney**
                Georgia Bar No. 000875
                **FERRER POIROT WANSBROUGH**
                **FELLER DANIEL ABNEY**
                2603 Oak Lawn Avenue Suite 300
                Dallas, TX 75219
                Telephone: 800.521.4492
                Fax: 866.513.0115
                Email: <u>rabney@lawyerworks.com</u>