**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | Master Docket Case No. 2:14-MD-02592 |
| | Honorable Eldon E. Fallon |
| PEGGY B. STEVENSON and CHARLES D. STEVENSON | NOTICE OF APPEARANCE |
|      Plaintiff, | Civil Action No.: <u>14-01297</u> |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT et. al., | |
|      Defendants. | |

**<u>DESIGNATION OF TRIAL ATTORNEY</u>**

Plaintiff, pursuant to Local Rule 11.2, designates Russell T. Abney as "trial attorney" for this case.

Respectfully Submitted,

*s/ Russell T. Abney*
**Russell T. Abney**
Georgia Bar No. 000875
**FERRER POIROT WANSBROUGH**
**FELLER DANIEL ABNEY**
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
Email: rabney@lawyerworks.com