

*Robert C. Hilliard
 Jacobo G. Muñoz
 Catherine D. Tobin
*Rudy Gonzales, Jr.
 John B. Martinez
*T. Christopher Pinedo
 Gonzalo Joseph Barrientos

*Associates*
Marion M. Reilly
Neely Balko
Todd A. Hunter, Jr.
Kimberly Wilson
Austin Webber
Emily N. Hilliard

*Of Counsel*
Juan Reyna

Hilliard Muñoz Gonzales
719 S. SHORELINE, SUITE 500
CORPUS CHRISTI, TEXAS 78401
BUS: (361) 882-1612  FAX: (361) 882-3015
TOLL: 800-334-3298
www.hmglawfirm.com

February 6, 2015

**CMRRR 7013 1090 0000 7137 1767**
Bayer Healthcare LLC
Corporation Service Company
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

**CMRRR 7013 1090 0000 7137 1651**
Johnson and Johnson CO.
One Johnson and Johnson Plaza
Corporation Trust Center
New Brunswick, NJ 08933

**CMRRR 7013 0600 0000 8754 3701**
Janssen Ortho LLC
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**CMRRR 7011 2970 0002 2338 0926**
Bayer Corporation
Corporation Service Company
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

**CMRRR 7011 2970 0002 2338 1299**
Janssen Pharmaceuticals, Inc.
f/k/a Janssen Pharmaceutica Inc.
f/k/a Ortho-McNeil Janssen
Pharmaceuticals, Inc.
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

**CMRRR 7013 1090 0000 7137 4775**
Janssen Research & Development, LLC
f/k/a Johnson and Johnson
Pharmaceutical Research and
Development LLC
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

**CMRRR 7013 1090 0000 7137 1736**
Bayer Healthcare
Pharmaceuticals, Inc
Sop Department
Corporation Service Co. Suite 400
2711 Centerville Road
Wilmington, DE 19808

* Mr. Hilliard is Board Certified in Personal Injury Trial Law and Civil Trial Law by the Texas Board of Legal Specialization
* Mr. Gonzales is Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization
*Mr. Pinedo is licensed to practice law in Texas, Arizona, and California

February 6, 2015
Page 2

    Re:    Cause No. 2:15-cv-00265-TLN-KJN; *Dale Dagley vs. Janssen Research and Development, LLC, et al*; USDC California.

Dear Agent:

Please find attached hereto:

    1. Notice of Related Action
        a. Citation
        b. Copy of original Complaint/Docket

If you have any questions please do not hesitate to call.

Sincerely,

Nicole Porter
Legal Assistant

NP/cbg

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DALE DAGLEY,

V.

**SUMMONS IN A CIVIL CASE**

JANSSEN RESEARCH &AMP; DEVELOPMENT, LLC, ET AL.,

CASE NO:  2:15-CV-00265-TLN-KJN

Bayer Corporation
Corporation Service Company
C/O Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

**YOU ARE HEREBY SUMMONED** and required to serve on

T. Christopher Pinedo
Hilliard Munoz Gonzales LLP
719 S. Shoreline Blvd., Ste. 500
Corpus Christi, TX 78260

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**MARIANNE MATHERLY**
CLERK



| **RETURN OF SERVICE** ||
|---|---|
| Service of the Summons and complaint was made by me (1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) : _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                              *Signature of Server*

                                                          _____
                                                          *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Bayer Corp (Agency)
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006                See Reverse for Instructions

7011 2970 0002 2338 0926

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Bayer Corporation**
   **Corporation Service Company**
   **C/O Corporation Service Company**
   **2595 Interstate Drive, Suite 103**
   **Harrisburg, PA 17110**

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Jen Smith        ☒ Agent
                       ☐ Addressee

B. Received by (Printed Name): Jen Smith
C. Date of Delivery: 2-9-15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

Service Type
☒ Certified Mail®        ☐ Priority Mail Express™
☐ Registered             ☒ Return Receipt for Merchandise
☐ Insured Mail           ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7011 2970 0002 2338 0926

PS Form 3811, July 2013        Domestic Return Receipt