*Robert C. Hilliard
Jacobo G. Muñoz
Catherine D. Tobin
*Rudy Gonzales, Jr.
John B. Martinez
*T. Christopher Pinedo
Gonzalo Joseph Barrientos

Hilliard Muñoz Gonzales LLP
719 S. SHORELINE, SUITE 500
CORPUS CHRISTI, TEXAS 78401
BUS: (361) 882-1612 FAX: (361) 882-3015
TOLL: 800-334-3298
www.hmglawfirm.com

*Associates*
Marion M. Reilly
Neely Balko
Todd A. Hunter, Jr.
Kimberly Wilson
Austin Webber
Emily N. Hilliard

*Of Counsel*
Juan Reyna

February 6, 2015

**CMRRR 7013 1090 0000 7137 1743**
Bayer Healthcare LLC
Corporation Service Company
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

**CMRRR 7013 1090 0000 7137 4799**
Johnson and Johnson CO.
One Johnson and Johnson Plaza
Corporation Trust Center
New Brunswick, NJ 08933

**CMRRR 7013 0600 0000 8754 3695**
Janssen Ortho LLC
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**CMRRR 7013 1090 0000 7137 0968**
Bayer Corporation
Corporation Service Company
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

**CMRRR 7011 2970 0002 2338 1282**
Janssen Pharmaceuticals, Inc.
f/k/a Janssen Pharmaceutica Inc.
f/k/a Ortho-McNeil Janssen
Pharmaceuticals, Inc.
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

**CMRRR 7013 1090 0000 7137 3563**
Janssen Research & Development, LLC
f/k/a Johnson and Johnson
Pharmaceutical Research and
Development LLC
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

**CMRRR 7013 1090 0000 7137 1712**
Bayer Healthcare
Pharmaceuticals, Inc
Sop Department
Corporation Service Co. Suite 400
2711 Centerville Road
Wilmington, DE 19808

* Mr. Hilliard is Board Certified in Personal Injury Trial Law and Civil Trial Law by the Texas Board of Legal Specialization
* Mr. Gonzales is Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization
*Mr. Pinedo is licensed to practice law in Texas, Arizona, and California

Re: Cause No. 3:15-cv-00130-JM-DHB; *Joseph Leahy vs. Janssen Research and Development, LLC, et al*; USDC California.

Dear Agent:

Please find attached hereto:

1. Notice of Related Action
    a. Citation
    b. Copy of original Complaint/Docket

If you have any questions please do not hesitate to call.

Sincerely,

Nicole Porter
Legal Assistant

NP/cbg

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF CALIFORNIA

JOSEPH LEAHY

Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC. F/K/A JANSSEN PHARMACEUTICA INC., F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE LLC; AND BAYER HEALTHCARE PHARMACEUTICALS INC.;

Defendants

Civil Action No. 15CV0130-JM-DHB

## SUMMONS IN A CIVIL ACTION

**Johnson and Johnson CO.**
**One Johnson and Johnson Plaza**
**Corporation Trust Center**
**New Brunswick, NJ 08933**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

T. Christopher Pinedo
719 S. Shoreline Blvd, Ste. 500
Corpus Christi, Texas 78260

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John Morrill, Clerk of Court

*CLERK OF COURT*

Date: 1/21/15

S/ K. Martin-Brown

*Signature of Clerk or Deputy Clerk*





FILED
FEB 05 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

CLERK'S OFFICE
A TRUE COPY
Feb 05 2015
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** MDL No. 2592

(SEE ATTACHED SCHEDULE) 15CV 00084 - AJB-BGS
15CV00130 -JM-DHB

**CONDITIONAL TRANSFER ORDER (CTO –11)**

On December 12, 2014, the Panel transferred 20 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 99 additional action(s) have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E Fallon.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of December 12, 2014, and, with the consent of that court, assigned to the Honorable Eldon E Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Feb 03, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**

MDL No. 2592

## SCHEDULE CTO−11 − TAG−ALONG ACTIONS

| | DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|
| | **ALABAMA MIDDLE** | | | |
| | ALM | 2 | 15−00041 | Kennedy v. Janssen Research & Development, LLC et al 15-cv-326 L(5) |
| | **CALIFORNIA SOUTHERN** | | | |
| 15-cv-327 L(5) | CAS | 3 | 15−00084 | Yap v. Janssen Research & Development LLC et al |
| 15-cv-328 L(5) | CAS | 3 | 15−00130 | Leahy v. Janssen Research & Development, LLC et al |
| | **CONNECTICUT** | | | |
| 15-cv-329 L(5) | CT | 3 | 15−00075 | Kavan v. Janssen Research & Development, LLC, et al |
| | **FLORIDA MIDDLE** | | | |
| | FLM | 8 | 15−00013 | Hunnewell v. Janssen Research & Development LLC et al 15-cv-330 L(5) |
| | **ILLINOIS SOUTHERN** | | | |
| | ILS | 3 | 15−00067 | McCoy v. Janssen Research & Development LLC et al 15-cv-331 L(5) |
| | **KENTUCKY EASTERN** | | | |
| | KYE | 5 | 15−00011 | Williams et al v. Janssen Research & Development LLC et al 15-cv-332 L(5) |
| | **KENTUCKY WESTERN** | | | |
| 15-cv-333 L(5) | KYW | 3 | 15−00062 | Noe et al v. Janssen Research & Development LLC et al |
| 15-cv-334 L(5) | KYW | 5 | 15−00001 | Metcalf v. Janssen Research & Development LLC et al |
| 15-cv-335 L(5) | KYW | 5 | 15−00002 | Betts et al v. Janssen Research & Development LLC et al |
| | **LOUISIANA WESTERN** | | | |
| | LAW | 6 | 15−00062 | |

| | | | | |
|---|---|---|---|---|
| | | | | Turner et al v. Janssen Research & Development L L C LLC et al 15-cv-336 L(5) |
| | NEW HAMPSHIRE | | | |
| | NH | 1 | 15–00022 | Silva v. Janssen Research & Development LLC 15-cv-337 L(5) |
| | NEW YORK SOUTHERN | | | |
| 15-cv-338 L(5) | NYS | 1 | 14–10200 | Donahue et al v. Janssen Research & Development LLC et al |
| 15-cv-339 L(5) | NYS | 1 | 14–10202 | Cabral et al v. Janssen Research & Development LLC et al |
| 15-cv-340 L(5) | NYS | 1 | 14–10203 | Clabeaux et al v. Janssen Research & Development LLC et al |
| 15-cv-341 L(5) | NYS | 1 | 15–00201 | Lipsey et al v. Janssen Research & Development LLC et al |
| 15-cv-342 L(5) | NYS | 1 | 15–00202 | Fields et al v. Janssen Research & Development L.L.C. et al |
| | OHIO SOUTHERN | | | |
| | OHS | 1 | 15–00028 | Swords et al v. Janssen Research & Development LLC, et al. 15-cv-343 L(5) |
| | PENNSYLVANIA EASTERN | | | |
| | PAE | 2 | 15–00170 | WAGNER v. JANSSEN RESEARCH & DEVELOPMENT LLC et al 15-cv-344 L(5) |
| | ~~PAE~~ | ~~2~~ | ~~15–00171~~ | ~~ALBANESE et al v. JANSSEN RESEARCH & DEVELOPMENT LLC et al~~ **Vacated 2/3/** |
| | PAE | 2 | 15–00172 | FAGAN et al v. JANSSEN RESEARCH & DEVELOPMENT LLC et al 15-cv-345 L(5) |
| | PAE | 2 | 15–00258 | FYE v. JANSSEN RESEARCH & DEVELOPMENT LLC et al 15-cv-346 L(5) |

7013 1090 0000 7137 4799

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

*Sent To* Johnson & Johnson (Leary)

*Street, Apt. No.; or PO Box No.*

*City, State, ZIP+4*

PS Form 3800, August 2006 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnson and Johnson CO.
One Johnson and Johnson Plaza
Corporation Trust Center
New Brunswick, NJ 08933

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* [handwritten, illegible]

C. Date of Delivery 2-11-15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☑ Return Receipt ~~for Merchandise~~
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7013 1090 0000 7137 4799

PS Form 3811, July 2013 Domestic Return Receipt