*Robert C. Hilliard
Jacobo G. Muñoz
Catherine D. Tobin
*Rudy Gonzales, Jr.
John B. Martinez
*T. Christopher Pinedo
Gonzalo Joseph Barrientos

*Associates*
Marion M. Reilly
Neely Balko
Todd A. Hunter, Jr.
Kimberly Wilson
Austin Webber
Emily N. Hilliard

*Of Counsel*
Juan Reyna



**Hilliard Muñoz Gonzales** LLP
719 S. SHORELINE, SUITE 500
CORPUS CHRISTI, TEXAS 78401
BUS: (361) 882-1612  FAX: (361) 882-3015
TOLL: 800-334-3298
www.hmglawfirm.com

February 10, 2015

**CMRRR 7013 0600 0000 8754 3282**
Bayer Healthcare LLC
Corporation Service Company
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

**CMRRR 7013 0600 0000 8754 3299**
Johnson and Johnson CO.
One Johnson and Johnson Plaza
Corporation Trust Center
New Brunswick, NJ 08933

**CMRRR 7013 0600 0000 8754 3305**
Janssen Ortho LLC
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**CMRRR 7013 0600 0000 8754 3312**
Bayer Corporation
Corporation Service Company
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

**CMRRR 7011 0600 0000 8754 3329**
Janssen Pharmaceuticals, Inc.
f/k/a Janssen Pharmaceutica Inc.
f/k/a Ortho-McNeil Janssen
Pharmaceuticals, Inc.
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

**CMRRR 7013 0600 0000 8754 3336**
Janssen Research & Development, LLC
f/k/a Johnson and Johnson
Pharmaceutical Research and
Development LLC
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

**CMRRR 7013 0600 0000 8754 3343**
Bayer Healthcare
Pharmaceuticals, Inc
Sop Department
Corporation Service Co. Suite 400
2711 Centerville Road
Wilmington, DE 19808



* Mr. Hilliard is Board Certified in Personal Injury Trial Law and Civil Trial Law by the Texas Board of Legal Specialization
* Mr. Gonzales is Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization
*Mr. Pinedo is licensed to practice law in Texas, Arizona, and California

February 10, 2015
Page 2

Re: Cause No. 3:15-cv-00269-JAH-JLB; *Melva M. Anderson vs. Janssen Research and Development, LLC, et al*; USDC California.

Dear Agent:

Please find attached hereto:

1. Notice of Related Action
    a. Citation
    b. Copy of original Complaint/Docket

If you have any questions please do not hesitate to call.

Sincerely,

Nicole Porter
Legal Assistant

NP/cbg

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

Melva M. Anderson,

Plaintiff,

v.

Janssen Research & Development, LLC F/K/A Johnson and Johnson Pharmaceutical Research and Development LLC; Johnson & Johnson Company; Janssen Ortho, LLC ; Janssen Pharmaceuticals, Inc. F/K/A Janssen Pharmaceutica Inc. F/K/A Ortho-McNeil-Janssen Pharmaceuticals, Inc. ; Bayer Corporation;Bayer Healthcare LLC, Bayer Healthcare Pharmaceuticals Inc.,

Defendant.

)
)
)
)
)
)
)
)

Civil Action No. 15-cv-00269-JAH-JLB

## SUMMONS IN A CIVIL ACTION

**Janssen Research & Development, LLC
f/ka Johnson and Johnson
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas Christopher Pinedo
719 South Shoreline, Suite 500
Corpus Christi, TX 78401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

John Morrill, Clerk of Court

*CLERK OF COURT*

Date: _____2/9/15_____

S/ N. Peltier

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-00269-JAH-JLB                              Date Issued:          2/9/15

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                     *Server's signature*

                                     _____
                                     *Printed name and title*

                                     _____
                                     *Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Janssen Research + Development (Anderson)
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7013 0600 0000 8754 3336

PS Form 3800, August 2006 — See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Janssen Research & Development, LLC
   f/ka Johnson and Johnson
   CT Corporation System
   116 Pine Street, Suite 320m
   Harrisburg, PA 17101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Postmark: HARRISBURG FEB 19 2015 USPS]

Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7013 0600 0000 8754 3336

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540