

*Robert C. Hilliard
Jacobo G. Muñoz
Catherine D. Tobin
*Rudy Gonzales, Jr.
John B. Martinez
*T. Christopher Pinedo
Gonzalo Joseph Barrientos

## Hilliard Muñoz Gonzales LLP

719 S. SHORELINE, SUITE 500
CORPUS CHRISTI, TEXAS 78401
BUS: (361) 882-1612  FAX: (361) 882-3015
TOLL: 800-334-3298
www.hmglawfirm.com

*Associates*
Marion M. Reilly
Neely Balko
Todd A. Hunter, Jr.
Kimberly Wilson
Austin Webber
Emily N. Hilliard

*Of Counsel*
Juan Reyna

February 6, 2015

**CMRRR 7013 1090 0000 7137 1033**
Bayer Healthcare LLC
Corporation Service Company
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

**CMRRR 7013 1090 0000 7137 4805**
Johnson and Johnson CO.
One Johnson and Johnson Plaza
Corporation Trust Center
New Brunswick, NJ 08933

**CMRRR 7013 0600 0000 8754 3725**
Janssen Ortho LLC
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**CMRRR 7013 1090 0000 7137 1057**
Bayer Corporation
Corporation Service Company
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

**CMRRR 7011 2970 0002 2338 1305**
Janssen Pharmaceuticals, Inc.
f/k/a Janssen Pharmaceutica Inc.
f/k/a Ortho-McNeil Janssen
Pharmaceuticals, Inc.
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

**CMRRR 7013 1090 0000 7137 3570**
Janssen Research & Development, LLC
f/k/a Johnson and Johnson
Pharmaceutical Research and
Development LLC
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

**CMRRR 7013 1090 0000 7137 1682**
Bayer Healthcare
Pharmaceuticals, Inc
Sop Department
Corporation Service Co. Suite 400
2711 Centerville Road
Wilmington, DE 19808

* Mr. Hilliard is Board Certified in Personal Injury Trial Law and Civil Trial Law by the Texas Board of Legal Specialization
* Mr. Gonzales is Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization
*Mr. Pinedo is licensed to practice law in Texas, Arizona, and California

February 6, 2015
Page 2

Re:   Cause No. 2:15-cv-00263-KJM-EFB; *Charles A. Minz vs. Janssen Research and Development, LLC, et al*; USDC California.

Dear Agent:

Please find attached hereto:

1. Notice of Related Action
   a. Citation
   b. Copy of original Complaint/Docket

If you have any questions please do not hesitate to call.

Sincerely,

Nicole Porter
Legal Assistant

NP/cbg

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

CHARLES A. MINZ ,

V.                                    SUMMONS IN A CIVIL CASE

JANSSEN RESEARCH &AMP; DEVELOPMENT,
LLC, ET AL. ,

CASE NO:  2:15–CV–00263–KJM–EFB

Janssen Research & Development, LLC
f/ka Johnson and Johnson
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

**YOU ARE HEREBY SUMMONED** and required to serve on

T. Christopher Pinedo
Hilliard Munoz Gonzales LLP
719 S. Shoreline Blvd., Ste. 500
Corpus Christi, TX 78260

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARIANNE MATHERLY
CLERK



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Janssen Research (M&R)
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

7013 1090 0000 7137 3570

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Research & Development, LLC
f/ka Johnson and Johnson
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Parni F. om____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:  ☐ No

[HARRISBURG FEB 10 2015 17110 postmark]

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7013 1090 0000 7137 3570

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540