1                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
2

3      ****************************************************************

4      IN RE:  XARELTO (RIVAROXABAN)
       PRODUCTS LIABILITY LITIGATION
5
                                 CIVIL ACTION NO. 14-MD-2592 "L"
6                                NEW ORLEANS, LOUISIANA
                                 FRIDAY, FEBRUARY 27, 2015, 9:00 A.M.
7
       THIS DOCUMENT RELATES TO
8      ALL CASES

9      ****************************************************************

10
                    TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
11              HEARD BEFORE THE HONORABLE ELDON E. FALLON
                       UNITED STATES DISTRICT JUDGE
12

13     APPEARANCES:

14
       FOR THE PLAINTIFFS'
15     LIAISON COUNSEL:          HERMAN HERMAN & KATZ
                                 BY:  LEONARD A. DAVIS, ESQUIRE
16                               820 O'KEEFE AVENUE
                                 NEW ORLEANS, LA  70113
17

18
                                 GAINSBURGH BENJAMIN DAVID
19                               MEUNIER AND WARSHAUER
                                 BY:  GERALD E. MEUNIER, ESQUIRE
20                               2800 ENERGY CENTRE
                                 1100 POYDRAS STREET, SUITE 2800
21                               NEW ORLEANS, LA  70163

22

23     FOR THE PLAINTIFFS:       LEVIN PAPANTONIO THOMAS MITCHELL
                                 RAFFERTY & PROCTOR
24                               BY:  BRIAN H. BARR, ESQUIRE
                                 316 SOUTH BAYLEN STREET, SUITE 600
25                               PENSACOLA, FL  32502

                         **OFFICIAL TRANSCRIPT**

```
 1     APPEARANCES CONTINUED:

 2

 3     FOR THE DEFENDANTS'
       LIAISON COUNSEL:        IRWIN FRITCHIE URQUHART & MOORE
 4                             BY:  JAMES B. IRWIN, V, ESQUIRE
                               TEXACO CENTER
 5                             400 POYDRAS STREET, SUITE 2700
                               NEW ORLEANS, LA  70130
 6

 7

 8     FOR THE DEFENDANTS:     DRINKER BIDDLE & REATH
                               BY:  SUSAN M. SHARKO, ESQUIRE
                               500 CAMPUS DRIVE
 9                             FLORHAM PARK, NJ  07932

10

11                            KAYE SCHOLER
                               BY:  STEVEN GLICKSTEIN, ESQUIRE
12                             250 WEST 55TH STREET
                               NEW YORK, NY  10019
13

14

15                            CHAFFE MCCALL
                               BY:  JOHN F. OLINDE, ESQUIRE
                               1100 POYDRAS STREET
16                             NEW ORLEANS, LA  7016

17

18     ALSO PRESENT:          ORRAN L. BROWN, SR.
                               PHILIP A. GARRETT, SR., CPA
19                             JAMES J. GARRETT, CPA

20

21     OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
22                                REGISTERED MERIT REPORTER
                                  500 POYDRAS STREET, ROOM HB406
23                                NEW ORLEANS, LA  70130
                                  (504) 589-7779
24                                Cathy_Pepper@laed.uscourts.gov

25     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
       PRODUCED BY COMPUTER.
                         OFFICIAL TRANSCRIPT
```

1                          **I N D E X**

2

3    AGENDA ITEMS                                    PAGE

4

5    PRETRIAL ORDER........................................  12

6    COUNSEL CONTACT INFORMATION FORM.....................  23

7    PLAINTIFFS' STEERING COMMITTEE.......................  23

8    FILE & SERVE XPRESS..................................  24

9    SERVICE ON FOREIGN BAYER ENTITIES....................  25

10   TOLLING AGREEMENT....................................  26

11   MDL CENTRALITY.......................................  27

12   MASTER DISCOVERY.....................................  36

13   PRESERVATION ORDER...................................  36

14   PRIVILEGE LOG........................................  37

15   PROTECTIVE ORDER.....................................  37

16   STATE/FEDERAL COORDINATION...........................  40

17   NEXT STATUS MEETING WILL BE APRIL 1ST................  42

18   FOLLOWING ONE WILL BE MAY 13TH.......................  42

19

20

21

22

23

24

25

1                         P-R-O-C-E-E-D-I-N-G-S

2                     M O R N I N G   S E S S I O N

3                      FRIDAY, FEBRUARY 27, 2015

4                       (COURT CALLED TO ORDER)

5

6

08:58:58   7            THE DEPUTY CLERK:  All rise.

08:59:01   8            THE COURT:  Be seated, please.  Good morning, ladies

08:59:10   9    and gentlemen.

08:59:11  10            VOICES:  Good morning, Your Honor.

08:59:13  11            THE COURT:  First, call the case.

08:59:14  12            THE DEPUTY CLERK:  MDL Number 2592, *In re:  Xarelto*

08:59:19  13    *Products Liability Litigation.*

08:59:19  14            THE COURT:  Will liaison counsel make their appearance

08:59:22  15    for the record, please.

08:59:26  16            MR. IRWIN:  Good morning, Your Honor.  Jim Irwin for

08:59:28  17    defendants.

08:59:28  18            MR. DAVIS:  Good morning, Your Honor.  Leonard Davis,

08:59:31  19    from Herman, Herman & Katz, for plaintiffs.

08:59:34  20            MR. MEUNIER:  May it please the Court, Gerry Meunier,

08:59:38  21    co-liaison for the plaintiffs.

08:59:43  22            THE COURT:  All right.  First, I would like to welcome

08:59:44  23    everybody to the proceedings.  I look forward to working with

08:59:45  24    you all in the coming period.

08:59:46  25            Let me make some general comments first.

                         **OFFICIAL TRANSCRIPT**

08:59:48   1          The procedure, just on procedure, as you know, or

08:59:54   2    you should know, I have a website that I devoted to this

08:59:56   3    particular case.  On the website, I will put a calendar on all

09:00:04   4    the events that are happening and will happen.

09:00:08   5          Any depositions that are set will be on the

09:00:10   6    website and posted on the website.  All of my orders, all of

09:00:16   7    the transcripts of these meetings will be on the website,

09:00:20   8    accessible to everyone, including your clients.  If they are

09:00:26   9    interested, give them the website, and they can keep up with

09:00:29  10    the litigation also.

09:00:30  11          I'll have monthly meetings in open court.  I have

09:00:36  12    the meetings transcribed.  The transcripts will be, in time,

09:00:41  13    placed on the website, so that if you do miss a meeting, you'll

09:00:46  14    be able to catch up by looking at it.

09:00:48  15          We'll start our meetings at 9:00.  Half an hour

09:00:56  16    before, I meet with liaison and lead counsel.  You need to know

09:00:59  17    that they give me a proposed agenda.  They get together and

09:01:06  18    talk with their leadership group and others and give me a

09:01:10  19    proposed agenda.

09:01:11  20          They give me that two days before the scheduled

09:01:16  21    meeting.  I have an opportunity to look it over, add to it,

09:01:19  22    subtract from it.  At the premeeting, I tell them what the

09:01:24  23    agenda will be, and what I think they should emphasize and

09:01:29  24    discuss in greater detail.

09:01:31  25          Nothing is secret at the meeting.  I simply want

**OFFICIAL TRANSCRIPT**

09:01:36  1    them to be prepared, so that when they step in the court for

09:01:40  2    the general meeting, they'll know what they are going to be

09:01:42  3    talking about.  So it's a little more efficient doing it that

09:01:47  4    way.

09:01:47  5           The first meetings, this meeting, and perhaps

09:01:56  6    partially another one, will be devoted to infrastructure.  In

09:02:01  7    the MDL's, it's unlike other cases.  I think you need to deal

09:02:07  8    up front and get some infrastructure set down, so that you

09:02:12  9    don't have any problems along the way.

09:02:18  10          When I'm talking about infrastructure, I mean we

09:02:20  11   need to have some process of notifying people of what's

09:02:24  12   happening.  That sometimes is difficult because of the numbers

09:02:30  13   of attorneys in this particular case, so we need some procedure

09:02:36  14   for notice.

09:02:37  15          Direct filing is another aspect of the

09:02:41  16   infrastructure.  Deposition protocol.  In a case of this sort,

09:02:48  17   you can't have a thousand lawyers asking questions.  It just

09:02:52  18   does not work.  So we need some deposition protocol.

09:02:58  19          Tolling agreements, that's another infrastructure

09:03:01  20   matter that I've talked to the liaison and lead about.

09:03:06  21          Protocol for serving foreign parties.  In this

09:03:11  22   particular case, there may be some foreign parties.  There

09:03:17  23   ought to be, if it can be worked out, some protocol for dealing

09:03:22  24   with that.

09:03:23  25          A form for a privilege log.  You ought to have an

**OFFICIAL TRANSCRIPT**

09:03:25 1   agreed form for a privilege log.  If a party asserts a

09:03:30 2   privilege, it ought to be in the same type of structure as all

09:03:35 3   of the other privilege requests submitted.

09:03:38 4          Protective orders, we ought to have a protective

09:03:42 5   order issued.  I believe strongly in the First Amendment, but

09:03:46 6   my responsibility in this case is in the Seventh Amendment, and

09:03:51 7   so I do the best I can to promote the Seventh Amendment and put

09:03:54 8   the First Amendment in time, but oftentimes a protective order

09:04:03 9   is necessary to allow adequate discovery so that the case can

09:04:10 10  be prepared and be ready for trial.  That's important to me in

09:04:14 11  this particular case.

09:04:15 12         Form for fact sheets, or profile forms we

09:04:23 13  sometimes call them.  As you know, I've begun the process.

09:04:27 14  Last time, we heard from Orran Brown -- we'll hear from him a

09:04:31 15  little later in this meeting -- on the type of form that's

09:04:40 16  possible.

09:04:41 17         In this particular case, I would like to see if

09:04:44 18  we could step it out into electronically-produced forms.  It's

09:04:50 19  not only easy to do, but it is also searchable.

09:04:54 20         So, with the fact sheets, I will be able to get a

09:04:59 21  better feel for the totality of the litigation, the census, so

09:05:06 22  to speak, of the plaintiffs.  We'll know how many cases there

09:05:09 23  are, how many are male, how many are female, how many are under

09:05:13 24  50, over 50, prior problems and so forth and so on.

09:05:17 25         That's helpful because when we get to a later

**OFFICIAL TRANSCRIPT**

09:05:22  1    stage in the case, we'll have to devise a discovery pool and

09:05:26  2    from there take some bellwether cases.  Hopefully, they'll be

09:05:32  3    representative and will be able to inform you as to the nature

09:05:37  4    and type of this litigation.

09:05:40  5            So those are the infrastructure matters that I've

09:05:47  6    asked the parties to be able to discuss with us here today.

09:05:52  7            After the infrastructure is established -- and

09:05:55  8    hopefully we'll be able to do that within the next couple of

09:05:59  9    weeks, nail down all of those aspects.  Some of them have

09:06:05 10    already been dealt with, some need to be dealt with in the

09:06:07 11    future, but hopefully we can get that done in the next couple

09:06:10 12    of weeks -- then I'm going to look to the parties to prepare a

09:06:16 13    scheduling order.

09:06:16 14            The way I see this case -- it's just broad

09:06:21 15    comments.  They are not written in stone because cases take

09:06:25 16    different turns, and some of these things may not be

09:06:30 17    necessary -- but I see first a period of time, hopefully not

09:06:36 18    any elongated period of time, but a short period of time where

09:06:40 19    document discovery can take place.

09:06:43 20            I think it's got to come from both the plaintiffs

09:06:46 21    and the defendants.  The plaintiffs have to be prepared to put

09:06:50 22    up any past medical that they have or opportunities for the

09:06:58 23    defendant to get the past medical, a description of the injury,

09:07:04 24    a bit about themselves, their age and things of that sort.

09:07:10 25            From the defendants' standpoint, they have to be

**OFFICIAL TRANSCRIPT**

prepared to give up material dealing with the design,
production, distribution of the particular drug involved, and
other documents from both sides need to be developed.

Then, from that, we ought to be moving into
depositions.  Deposition, at that stage, ought to be focused on
the general causation questions.

In these cases, as you know, there are two
causations that predominate.  One is the general causation.
That's generally meaning whether or not the drug has been
designed properly, whether the drug has been marketed properly,
whether warnings have been adequate and so forth.  The focus is
whether or not that drug can create a difficulty or malady.

Then, after the depositions of those individuals,
I see expert exchanges because the experts need some
information on which to base their opinions.  So experts then
need to come forward and perhaps be deposed and *Daubert*-ized.

After the *Daubert* motions, I expect that motions
will be filed, substantive motions, summary judgment motions,
either in whole or in part, to either dissolve the case or trim
it down, if that's possible.

After the motions, if the case proceeds, then I
think the focus then would be on creating a discovery pool.

I don't know how many cases there are at this
point, but it doesn't make any sense to me to have to take the
deposition of everybody out there.  If there are thousands of

**OFFICIAL TRANSCRIPT**

09:09:28  1    people, we'll waste a lot of time in taking depositions of a

09:09:31  2    thousand people.

09:09:32  3              So what I try to do is create a discovery pool.

09:09:36  4    I'll give the plaintiffs an opportunity to pick 20 or 30

09:09:40  5    people.  I'll give the defendants an opportunity to pick 20 or

09:09:43  6    30 people.  That will be the discovery pool.

09:09:49  7              Hopefully, the discovery pool, with the use of

09:09:53  8    the fact sheets, will be able to represent in microcosm the

09:09:59  9    whole census of the litigation.  So we'll have the scope of the

09:10:02 10    litigation represented in that group, which we'll call the

09:10:05 11    discovery pool.

09:10:06 12              Then the plaintiffs or defendants have to

09:10:11 13    discover those individuals, and the focus of that is whether or

09:10:14 14    not this particular drug caused that malady.  If the question

09:10:20 15    is bleeding to death, if somebody got shot in the head on

09:10:24 16    Canal Street, perhaps the drug didn't cause that bleeding

09:10:29 17    problem.  So the defendants have to know what the individuals

09:10:35 18    are.

09:10:35 19              Now, from that discovery pool, we'll pick the

09:10:40 20    bellwether cases.  I'll design a procedure for each of you to

09:10:45 21    pick bellwether cases.  I generally try to pick about six

09:10:49 22    bellwether cases, and we start the process of trials, one after

09:10:54 23    the other.  If one case settles, then the next one comes in

09:10:59 24    line.  Hopefully, we'll be able to give you an opportunity.

09:11:01 25              Now, the whole purpose of this process is to give

**OFFICIAL TRANSCRIPT**

09:11:04 1   the litigators, the lawyers, as well as the clients, an

09:11:10 2   opportunity to look at the case, to see whether or not this is

09:11:14 3   a case that can be resolved globally.

09:11:18 4           That's one of the advantages of an MDL procedure.

09:11:22 5   We've got all of the cases here.  At that point, we will be

09:11:28 6   able to give you an opportunity to look at the case globally

09:11:31 7   and to see whether or not this is the type of case that can be

09:11:34 8   resolved by creative attorneys in some efficient way.

09:11:41 9           If it can't be -- and cases can not be, all of

09:11:46 10  them can't be resolved that way, for various reasons -- if it

09:11:52 11  can't be, then you need to know that I will have exhausted my

09:11:58 12  responsibility at that point.

09:11:59 13          I will have given you an opportunity to look at

09:12:02 14  the case and discover the case and to analyze the case.  I will

09:12:08 15  have given your clients an opportunity to look at the case,

09:12:11 16  analyze the case.  At that point, if it cannot be resolved

09:12:18 17  here, I will then send the cases back to the transferee court.

09:12:24 18          I think the biggest problem that an MDL has is

09:12:28 19  becoming a black hole that just stores the cases, and they stay

09:12:32 20  here.  I don't do it that way.  I give you an opportunity to

09:12:36 21  look at the case, to work the case, but if it cannot be

09:12:39 22  resolved, I send them back to be resolved.

09:12:43 23          That's what we need to do.  The litigants deserve

09:12:46 24  that.  The litigants deserve some finality.

09:12:49 25          That's basically the approach that I expect to be

**OFFICIAL TRANSCRIPT**

09:12:55 1    taken in this case.  After we get the infrastructure

09:13:00 2    established, I'll be focusing the parties on a scheduling order

09:13:04 3    which focuses on that procedure.

09:13:09 4            Well, with those general comments, let me turn

09:13:13 5    the matter over to liaison counsel, and we'll go through the

09:13:16 6    proposed order that they have given to me and that I discussed

09:13:20 7    with them a moment ago.

09:13:22 8            First item on it is Pretrial Order.  Is there

09:13:26 9    anything on that?

09:13:26 10           MR. DAVIS:  Your Honor, thank you.

09:13:28 11           Just so that it's very clear, co-liaison counsel

09:13:32 12   and myself have discussed on presentations, and we've agreed

09:13:35 13   that we'll alternate when we will make presentations.  So, I'm

09:13:40 14   here today, and Mr. Meunier will be present next time.

09:13:43 15           With respect to pretrial orders, my appreciation

09:13:49 16   is, is that all of these records are posted on Your Honor's

09:13:52 17   website, which I understand is at www.laed.uscourts.gov, and

09:14:01 18   there is a tab for Xarelto.  For those people on the phone,

09:14:04 19   they may want to check that out.

09:14:05 20           THE COURT:  Right.  With regard to that, I do

09:14:07 21   appreciate if you all use a microphone because we have several

09:14:10 22   hundred people on the phone.  I allow people to call in, and I

09:14:13 23   will be posting the number and allowing you to call in if you

09:14:17 24   can't be present.  Sometimes you can't.  Feel free to call in

09:14:20 25   and monitor.

**OFFICIAL TRANSCRIPT**

09:14:22  1        I will also be touching base with the state court

09:14:25  2   judges, and oftentimes they are interested in monitoring these

09:14:31  3   meetings.  I invite them to do it.  If they have any comments,

09:14:35  4   they can make their comments and discuss it with you all while

09:14:39  5   you are here.

09:14:40  6        MR. DAVIS:  Your Honor, my understanding is, is that

09:14:41  7   you post the call-in number on your website in advance?

09:14:45  8        THE COURT:  I do.  I post the call-in number, the date

09:14:48  9   and time, so that everybody has access to it.

09:14:51 10        MR. DAVIS:  Thank you.

09:14:51 11        Since the last status conference, there have been

09:14:55 12   a few new pretrial orders that have been issued.  They are

09:14:57 13   listed in the joint report in Section Number 1.

09:15:01 14        In particular, Pretrial Order Number 5A, which

09:15:04 15   allows the transferor court to retain the original file;

09:15:11 16   Pretrial Order Number 6, which appoints defendants' co-lead

09:15:12 17   counsel; Pretrial Order Number 7, which appoints the

09:15:15 18   Plaintiffs' Steering Committee lead counsel, the executive and

09:15:19 19   state liaison counsel.

09:15:20 20        Your Honor, most of the steering committee is

09:15:25 21   seated in the jury box.

09:15:27 22        There is also Pretrial Order Number 8, which

09:15:31 23   establishes the time billing items.

09:15:35 24        THE COURT:  Let me reinforce that, because I know that

09:15:40 25   from the standpoint of the plaintiff, it's a contingent fee, so

**OFFICIAL TRANSCRIPT**

09:15:44  1   that means that you may or may not get to be paid, but I've got

09:15:48  2   to assume that you will be paid because I have to establish

09:15:54  3   some infrastructure and procedure for doing that.

09:15:58  4           I have approved the appointment of a CPA,

09:16:04  5   Phil Garrett.  He has worked with me in the past, and we

09:16:07  6   designed together some software that can be used.

09:16:14  7           I need any lawyer who is doing work from the

09:16:19  8   plaintiffs' standpoint, any lawyer, whether they are on the

09:16:22  9   committee or off of the committee, on some subcommittee doing

09:16:27 10   work, anybody who does common benefit work needs to be able to

09:16:34 11   report that to Phil Garrett monthly, what they've done, and

09:16:41 12   what time they put in, and what they've done during that

09:16:46 13   particular time; if they've put any money in, what the cost is,

09:16:52 14   and what it was for.

09:16:55 15           That's collected by Phil Garrett.  You need to

09:16:59 16   know that I meet with him monthly, and he gives me a report

09:17:03 17   monthly in brochure form.  I look it over, and I meet with him,

09:17:11 18   and I discuss it with him.

09:17:13 19           I put those documents under seal because it's not

09:17:20 20   fair for the defendants to see what the plaintiffs are doing.

09:17:22 21   So I don't expose that report, but I look at it every month,

09:17:26 22   and if I see something that jumps out at me, I talk to liaison

09:17:31 23   counsel and get that message back to the person whose

09:17:36 24   information jumped out at me so we can straighten it out.

09:17:41 25           Every month I meet with him, as I say.  At the

**OFFICIAL TRANSCRIPT**

09:17:44  1    end of the case, if the case is resolved satisfactorily, and

09:17:48  2    there is a common benefit fee, then he prepares for me a

09:17:55  3    summary of all of the time sheets, what everybody has done,

09:18:01  4    what time they've put in, and what specific work they have done

09:18:05  5    during that particular time.  It's all categorized, and I'm

09:18:09  6    able from that to make some intelligent-based decision on how

09:18:16  7    much each person is to receive.

09:18:19  8            I mention that to you because it's important for

09:18:22  9    you to keep in touch with Phil Garrett.  You can do it online.

09:18:28 10    I've asked him to remain at the end of the case to meet with

09:18:31 11    all of the plaintiff lawyers to give them a presentation on

09:18:34 12    what to do.  I'll also have him do it presently now.

09:18:40 13            MR. DAVIS:  You would like him to do that now?

09:18:43 14            THE COURT:  Sure.  Let's do that, and then we'll go to

09:18:45 15    the next one.

09:18:46 16            MR. PHILIP GARRETT:  Hello, Your Honor.  Phil Garrett.

09:18:49 17            We're going to make a short PowerPoint

09:18:52 18    presentation this morning to show the system that we have

09:18:58 19    developed that can be used online.

09:19:01 20            Jim is here.  He's also a CPA.  Between the two

09:19:04 21    of us, unfortunately, we have about 80 years of accounting

09:19:08 22    experience.  So we're the one -- Jim handles most of the

09:19:11 23    reviews on the end, so I'm going to have him do part of it.

09:19:14 24            The information that you see on the screen, the

09:19:17 25    most important information is pgarrett@garrettco.com.  If there

**OFFICIAL TRANSCRIPT**

09:19:25 1   are any questions anyone has, you can always reach me by e-mail

09:19:28 2   or reach Jim by e-mail, or Bridgett Rosa, who is one of our

09:19:30 3   main reviewers, by e-mail, and you can get to us.

09:19:32 4           On the top left corner of every slide, you'll see

09:19:35 5   where the site is that we have our program stored for this

09:19:38 6   case.  It's http://xarelto.garrettco-ccms.com.  When you go to

09:19:53 7   that site, you'll see some of the information that you have to

09:19:54 8   complete and what you have to do on it.

09:20:03 9           What we're doing basically with our system is

09:20:05 10  we're trying to take anywhere from 20 law firms to a hundred

09:20:10 11  law firms that are working on these various MDL's, and we're

09:20:13 12  putting them together as one law firm, so that, on one entity,

09:20:17 13  that then the judge can review all of the time at one time,

09:20:21 14  rather than we giving him a report on 40 different law firms

09:20:24 15  and him having to sort through his.

09:20:26 16          By doing the system the way we're doing it, we

09:20:29 17  can then give him who are the attorneys that work the most on

09:20:32 18  the case, who are the attorneys that work the least on the

09:20:35 19  case, which law firms have which jobs and so forth.

09:20:39 20          All of that is put into one major database, so

09:20:41 21  it, in essence, becomes one giant entity composed of 20, 30,

09:20:46 22  40 -- as many as over a hundred law firms can be put into the

09:20:50 23  system.

09:20:50 24          So we report all the time.  It's totally

09:20:53 25  searchable, so if there is a case that the Court or the liaison

**OFFICIAL TRANSCRIPT**

09:20:57  1  counsel would like to find out who put time in on this
09:21:00  2  particular case, I can search the database for all of the
09:21:03  3  descriptions and find wherever somebody mentioned that
09:21:05  4  particular case.
09:21:06  5          Held costs, which is mainly the travel costs,
09:21:11  6  printing costs, copying costs, LexisNexis costs, those costs
09:21:16  7  are costs that the firms hold inside of themselves and hold
09:21:21  8  within their firm until the end of the case.  We ask that those
09:21:24  9  costs be sent to us.
09:21:25 10          We have guidelines in Pretrial Order Number 8,
09:21:29 11  which we will then apply those guidelines to your costs.  So if
09:21:33 12  you flew from Florida over to New Orleans, and you flew first
09:21:39 13  class, we're going to have a little bit of a problem.  Jim will
09:21:42 14  show you where the problem comes into because there are
09:21:44 15  guidelines about what costs you can use for airlines, what
09:21:47 16  costs you can use for hotels and so forth.
09:21:49 17          We would also look at shared costs and
09:21:52 18  assessments.  Cash transactions we report to the Court as well,
09:21:55 19  who has put up the cash to keep the case going.  You don't have
09:22:00 20  to report that stuff to us under held costs.  We will pick that
09:22:03 21  information up as we maintain the -- we oversee the checkbook
09:22:07 22  of the PSC and balance it off every month, so I've got those
09:22:11 23  transactions already.
09:22:12 24          The main thing about our system is when you get
09:22:16 25  into the system, you will be putting your confidential

**OFFICIAL TRANSCRIPT**

09:22:20  1    information into our system, but only you will be able to see

09:22:24  2    your information, other than the Court or whoever the Court

09:22:28  3    decides can see the information, which will probably just be

09:22:31  4    liaison counsel.  But the information is password protected,

09:22:34  5    and you'll be the only ones that can see it.

09:22:36  6              QuickBooks for the accounting, we have an online

09:22:40  7    system that, again, we go through, and we record everything.

09:22:44  8    All those costs, even the held costs, are put into there, so we

09:22:47  9    have one financial report to give the Court on the cash

09:22:53 10    deposits and cash transactions that happen during the month.

09:22:56 11              Pro time tracking.  One of the things we've found

09:23:01 12    from the last 10 years is that as we get more and more firms

09:23:04 13    involved in the MDL, some of the firms are plaintiff firms that

09:23:08 14    have never had a time system within their firm.

09:23:10 15              I had our programmers write a very simple time

09:23:14 16    tracking program.  It's free for anyone that's involved in the

09:23:17 17    MDL to use.  All you have to do is go to this system.  You can

09:23:23 18    set up your people on this system.  It's totally within your

09:23:26 19    firm.  Nobody else will see this system.

09:23:29 20              It will create, at the end of the month, the CSV

09:23:34 21    file that you have to upload into the CCMS system in order to

09:23:38 22    get the -- it will do some of the work for you.  It does not

09:23:41 23    keep your receivables.  It does not keep your billing.  But

09:23:44 24    I've told every firm that uses it, if you like it, and you want

09:23:47 25    to use it for other cases, that's fine with us.  We're giving

**OFFICIAL TRANSCRIPT**

09:23:49  1    it away as part of the service of our CCMS system.

09:23:56  2            So if you have an interest in using a time

09:23:58  3    system, and you don't have one currently, just send me an

09:24:00  4    e-mail, and I'll be happy to set you up and let you all play

09:24:03  5    with it and decide whether you like it or not.

09:24:05  6            Once you log in to

09:24:13  7    http://xarelto.garrettco-ccms.com, you'll need a user name and

09:24:16  8    password.  All you have to do, there is a point on the login

09:24:22  9    sheet that says, "Download Data Sheet."  You download that data

09:24:26 10    sheet, complete it, have one of the partners sign it, and

09:24:29 11    e-mail it to my assistant, Bridgett Rosa.  Her e-mail is on the

09:24:34 12    login site.  She will e-mail you back your user name, your

09:24:38 13    password, and your partner signature code.

09:24:42 14            The reason we have a partner signature code is at

09:24:44 15    the end of every submission, when you submit your time and your

09:24:46 16    costs, it has to be signed off by a senior partner in the firm.

09:24:51 17    Rather than having you print it out, having him sign it, then

09:24:55 18    scanning it and then sending it over to us, we use a partner

09:24:58 19    signature code that he can then sign off on.

09:25:01 20            We've also changed a few of the task codes.  So

09:25:04 21    if you've been involved in the previous MDL's with us, we've

09:25:07 22    changed a few of the task codes.  You can download that task

09:25:10 23    code list also on that site by just clicking a button.

09:25:13 24            Once you get into the system, you'll see these

09:25:17 25    are the menu items for every firm.  You can view your

**OFFICIAL TRANSCRIPT**

09:25:21  1    submissions.  Viewing your submissions is important from the

09:25:26  2    standpoint of you can go to a page that will show you what time

09:25:30  3    you've put in, what's the month that you put it in for, how

09:25:34  4    many hours or how much costs you put in, whether we accepted it

09:25:37  5    or whether we rejected it.

09:25:39  6              You'll notice on the second line here a firm put

09:25:41  7    in 483.8 hours.  We accepted 183.8 hours, but we rejected

09:25:47  8    300 hours.  On our site, you will see the reasons we rejected

09:25:52  9    it.  If we have to attach a spreadsheet, we will have the

09:25:57 10    spreadsheet attached.

09:25:58 11              So everything is there, but we're trying to make

09:25:59 12    it the responsibility of the firm to have access to go look at

09:26:01 13    these sheets and see what there is.

09:26:03 14              You will also receive an e-mail.  When we post

09:26:06 15    that particular month's submission, you will receive an e-mail

09:26:10 16    telling you, we accepted 183.8, and we rejected 300 hours.  So

09:26:16 17    you get the e-mail, and you have access to the site 24/7 to go

09:26:20 18    look at your particular firm, so there is no reason you

09:26:23 19    shouldn't.

09:26:23 20              At the very bottom, again, I'll reiterate, there

09:26:25 21    is a $25,000 expense somebody submitted.  More than likely,

09:26:28 22    that was a cash assessment.  We're not going to accept that

09:26:32 23    because we're going to pick it up through the checkbook.

09:26:34 24              So you'll be able to view your submissions.

09:26:40 25    You'll be able to submit expenses.  In submitting expenses, Jim

**OFFICIAL TRANSCRIPT**

09:26:43  1    will go through it in detail in a little bit, but that's the

09:26:46  2    held costs.  You'll be able to upload your time.

09:26:49  3         CSV file.  A CSV file is, in essence, an Excel

09:26:52  4    file, but you can save it as a comma delimited file.  According

09:26:57  5    to the programmers, when you save all these files as comma

09:27:01  6    delimited, they can merge them all together in one database.

09:27:05  7    So just think of it as an Excel file, but when you save it, you

09:27:07  8    have to save it as a CSV.  Again, a little bit later, we'll

09:27:10  9    show you exactly what it is.

09:27:11 10         Add the firm employees, very important.  If you

09:27:14 11    go through and you don't add any firm employees and you submit

09:27:16 12    all the time, the program is going to come back and give you

09:27:19 13    errors on every line because it doesn't know who the employees

09:27:22 14    are.

09:27:22 15         So you set up your own employees.  You have a

09:27:25 16    three-digit code, it can either be alpha or numeric, that you

09:27:31 17    can set up for every employee.  Most people just use the

09:27:35 18    initials of the person.

09:27:37 19         Then, from there, besides the view submission

09:27:38 20    report, you have nine different time reports, you have sortable

09:27:40 21    held cost reports.  All of those reports can be copied into

09:27:44 22    Excel, and you can do a thousand different other reports, which

09:27:48 23    in almost every MDL, we find the need to do exactly that.

09:27:51 24         That's the menu stream you all will be dealing

09:27:54 25    with.  The first month is always a little bit hazy.  After

**OFFICIAL TRANSCRIPT**

09:27:57 1   that, it usually runs very clean.

09:27:59 2               So what do y'all need to do?  You need to gather

09:28:06 3   the cost and the time information.  In this case, we've changed

09:28:08 4   it to 15 days that you have after the end of the month to

09:28:13 5   submit stuff.

09:28:14 6               If you can't make it within that 15-day period,

09:28:17 7   just give us a call.  The Court has given us the discretion to

09:28:21 8   give an additional 60 days grace period, if there is a

09:28:25 9   reasonable reason, and they are not continual offenders, of

09:28:29 10  submitting the time.

09:28:30 11              So if there is a problem, it's a holiday season,

09:28:34 12  your bookkeeper has been sick or whatever, and you needed

09:28:37 13  another week, just call us up, and we'll be more than happy to

09:28:40 14  do it.

09:28:41 15              But after you get past that 75th day, it's no

09:28:44 16  longer in our ballpark.  Now it goes to the Court, for the

09:28:47 17  Court to decide whether they are going to allow you to submit

09:28:50 18  that time or not.

09:28:51 19              In this case, in Pretrial Order Number 8, it says

09:28:58 20  by March 15th -- or starting March 15th, all time is submitted

09:29:05 21  for February and prior months.  So it's time to get the data

09:29:08 22  sheet downloaded, get yourself a user name and password, and

09:29:11 23  get ready to start submitting all of this information because,

09:29:14 24  in about two and a half weeks, you'll be looking to do it.

09:29:19 25              THE COURT:  Let's do this, Jim.  You can deliver yours

**OFFICIAL TRANSCRIPT**

09:29:23  1    to the plaintiffs later on because that will be more effective.

09:29:29  2          Thank you all very much.

09:29:32  3          All right, let's go to the next one.

09:29:33  4          MR. DAVIS:  Thank you, Judge.  I just want to add one

09:29:36  5    comment to that, that needs to be very clear, that when Phil

09:29:40  6    Garrett accepts the time, it doesn't necessarily mean that it's

09:29:43  7    compensable.  It will still be reviewed, in that all common

09:29:48  8    benefit work must be approved in advance.

09:29:53  9          THE COURT:  Also, as I understand it, the plaintiffs

09:29:56 10    are meeting after this meeting, so Phil and Jim can go into it

09:30:01 11    a little bit more with you and answer any questions that you

09:30:05 12    might have.

09:30:06 13          MR. DAVIS:  Yes, Your Honor.  We do have an

09:30:08 14    all-plaintiffs meeting in the courtroom after the status

09:30:10 15    conference.

09:30:11 16          THE COURT:  What's the next item on the agenda?

09:30:14 17          MR. DAVIS:  Counsel Contact Information Form.  It's

09:30:16 18    just to remind people that if they haven't turned in the form

09:30:19 19    under Pretrial Order 4A, it really needs to be turned in, or

09:30:25 20    you won't be getting notice.

09:30:26 21          The next item on the agenda is the Plaintiffs'

09:30:30 22    Steering Committee.  We have had meetings and phone

09:30:32 23    conferences, and your PSC that Your Honor appointed is up and

09:30:35 24    running.

09:30:36 25          THE COURT:  Okay.

                          **OFFICIAL TRANSCRIPT**

09:30:37 1          MR. DAVIS:  The next item is File & Serve Xpress.  We

09:30:42 2   have received a proposal from File & Serve Xpress.  We have

09:30:47 3   reviewed it.  We have spoken with defense counsel about that.

09:30:50 4          We've also received a proposal from BrownGreer,

09:30:55 5   which we are considering, and we're in discussions.  We will be

09:30:59 6   back with a report to the Court very soon on that.

09:31:03 7          THE COURT:  Okay.  Tell us why that's important, some

09:31:08 8   mechanism for serving people.

09:31:10 9          MR. DAVIS:  What that enables, Your Honor, is the

09:31:13 10  ability for all counsel to get copies of all documents filed

09:31:16 11  with the Court.

09:31:17 12         Now, I know that we have the electronic court

09:31:20 13  system where folks can get it, but this enables people to get

09:31:23 14  not only what's filed, but also the discovery and items such as

09:31:28 15  that.

09:31:29 16         THE COURT:  We've found it more efficient to have

09:31:32 17  outside providers take on the task of disseminating

09:31:38 18  information.  It just makes it easier and more effective.

09:31:43 19         So I've asked counsel for both sides to focus on

09:31:49 20  whether or not we can do this.  It's too much of a burden on

09:31:52 21  the liaison counsel to be able to get it out to everyone

09:31:57 22  timely, and outside providers are able to disseminate it almost

09:32:02 23  immediately.  So that's very helpful.

09:32:05 24         In a moment, I'll ask Orran Brown to discuss the

09:32:09 25  fact sheets a little bit more, and he may also touch on the

**OFFICIAL TRANSCRIPT**

09:32:16  1   file and serve.

09:32:17  2        MR. DAVIS:  With respect to direct filing master

09:32:22  3   complaint and answer, the PSC provided to defendants a draft

09:32:26  4   order in response to their initial provided order.

09:32:32  5        THE COURT:  The Clerk's Office is getting a lot of

09:32:35  6   calls from litigants and lawyers asking about whether they can

09:32:40  7   directly file in this Court.  There needs to be some agreement

09:32:44  8   by and between counsel in order to do that.  It's more

09:32:49  9   effective because it's quicker.

09:32:53 10        Otherwise, the case has to be filed in a local

09:32:57 11   area, and then the local area then transfers it.  Or the MDL,

09:33:01 12   it gets to the MDL, and then the MDL court then transfers it

09:33:06 13   here.  It takes 60 to 90 days for that to happen.  If it's

09:33:12 14   directly filed, the party is in this Court immediately.

09:33:16 15        But it needs to be dealt with by stipulations,

09:33:19 16   and so both sides have to be agreeable to it.

09:33:22 17        MR. DAVIS:  We are in discussions, Your Honor, on that.

09:33:25 18        In addition to that, and I reference what's noted

09:33:28 19   in paragraph 7 of the joint report, which is Service on Foreign

09:33:35 20   Bayer Entities, there have been a number of individuals who

09:33:37 21   have raised questions regarding the timeframe for making

09:33:41 22   service and requested extension on the timeframe required by

09:33:47 23   the Federal Rules.

09:33:50 24        What folks have done is file their own motion,

09:33:52 25   but I believe the PSC will be asking for additional time to

**OFFICIAL TRANSCRIPT**

09:33:57  1    make service; but, we are in discussions with defendants, both

09:34:02  2    Bayer and J&J, Janssen, to address service issues.

09:34:08  3            THE COURT:  Jim, do you have any comments on any of

09:34:11  4    this?

09:34:11  5            MR. IRWIN:  Your Honor, I would only add that we think

09:34:13  6    one of the things that helps to make this efficient is that we

09:34:16  7    have prepared, in two meetings, with Mr. Davis and Mr. Meunier,

09:34:22  8    and also lead counsel, to address each one of these issues.

09:34:27  9            There are contact people who are set up to do

09:34:31 10    that, like for ECF it is me and Mr. Davis.  For the Bayer

09:34:37 11    service issues, it is Mr. Hoffman.  So we've tried to make it

09:34:42 12    efficient for purposes of follow-up and also for purposes of

09:34:45 13    presentation today.

09:34:47 14            THE COURT:  Yes.  I would like to meet with liaison

09:34:50 15    counsel in about two weeks to see whether or not these can be

09:34:53 16    nailed down or have been nailed down, so that we can move on to

09:34:56 17    the next phase of the litigation.

09:34:59 18            MR. IRWIN:  Thank you.

09:35:00 19            THE COURT:  Tolling Agreement is the next one.

09:35:02 20            MR. DAVIS:  Tolling agreement, Your Honor.  We're in

09:35:04 21    discussions on that.  We provided defendants a proposal on

09:35:08 22    February 24th, and we will have more discussions regarding

09:35:11 23    that.

09:35:11 24            I've addressed service on the Bayer entities.

09:35:17 25    With that discussion, however, we are trying to make sure that

09:35:20 1    we align the proper Bayer entities that belong in the

09:35:23 2    litigation, and we are addressing those issues.

09:35:28 3            THE COURT:  With regard to tolling, oftentimes tolling

09:35:31 4    is very helpful to individuals to get in this litigation, but,

09:35:34 5    at the same time, refrain from having to put up the type of

09:35:38 6    costs that's required.

09:35:41 7            If you have a thousand claimants, and you have to

09:35:44 8    spend $300 for each, pretty soon it's a lot of money.  So

09:35:50 9    tolling agreements are sometimes helpful to allow participation

09:35:54 10   in the MDL.

09:35:57 11           Tolling agreements generally toll prescription

09:36:02 12   and provide that if prescription is going to be enforced, that

09:36:07 13   you have a month or two months in order to file a claim.  So

09:36:11 14   it's some comfort there, and we are able to move the cases in

09:36:14 15   that fashion.

09:36:16 16           MR. DAVIS:  We will continue to have those discussions,

09:36:18 17   Your Honor.

09:36:19 18           THE COURT:  Okay.

09:36:20 19           MR. DAVIS:  With respect to Item Number 8, the MDL

09:36:23 20   Centrality, both sides have met with Orran Brown.  We are

09:36:29 21   having further discussions on that issue.  Mr. Brown is here.

09:36:34 22           THE COURT:  Yes.  Let me hear from Orran at this time.

09:36:39 23           We call it either fact or profile forms.  It's a

09:36:42 24   form that is filled out by the parties, particularly the

09:36:46 25   plaintiffs, to give information that is necessary for

**OFFICIAL TRANSCRIPT**

09:36:55  1    collecting the census of the case.

09:36:58  2              In the past, it's been a problem because it's had

09:37:04  3    thousands of claimants and thousands of forms, and it's hard to

09:37:08  4    group those forms in paper form.

09:37:13  5              Electronically, you're able to search them, and

09:37:17  6    you're able to decide what the total census is.  You're able to

09:37:22  7    decide what the various parts are in the census, so that you

09:37:28  8    can select from those various parts the discovery pool and

09:37:33  9    bellwether cases.

09:37:37 10              Orran Brown has worked up some software that I

09:37:40 11    think would be helpful.  Perhaps we can do a pilot program and

09:37:45 12    see how it goes to give the parties some comfort in

09:37:49 13    confidentiality.

09:37:49 14              Let me hear from Orran Brown at this time.

09:37:52 15         MR. DAVIS:  Both sides are very mindful of that,

09:37:55 16    Your Honor.  We have discussed that.  One of the issues that

09:37:56 17    we've discussed in particular is the security issue, and

09:38:00 18    Mr. Brown will address that.

09:38:02 19         MR. BROWN:  Thank you.

09:38:04 20              Thank you, Your Honor.  I'm Orran Brown, from

09:38:07 21    BrownGreer.  Unless you want me to continue Mr. Garrett's

09:38:12 22    presentation, I need to switch to my own.

09:38:28 23              What I want to do this morning, Your Honor, is

09:38:30 24    update the Court on where we stand on the discussions I've had

09:38:34 25    with the parties.

**OFFICIAL TRANSCRIPT**

09:38:35  1          I need to get out of Mr. --

09:38:41  2          THE COURT:  Do you want to help, Phil?

09:38:44  3          MR. PHILIP GARRETT:  I think if you hit escape.

09:38:47  4          MR. BROWN:  Yes, I've just got to get my -- there we

09:38:47  5   go, right there.

09:38:52  6          Thank you, Your Honor.

09:39:01  7          I've been meeting with the parties and lead

09:39:03  8   counsel for both parties on the fact sheet exchange program and

09:39:06  9   the effort to modernize and automate the exchange and

09:39:10 10   completion of the fact sheets.

09:39:11 11          I also want to report on the other discussions

09:39:14 12   we've had, which are, if we're going to centralize electronic

09:39:19 13   work in this program, whether some of the other infrastructure

09:39:22 14   the Court mentioned could be put under this umbrella.  So if

09:39:26 15   it's really going to be centralized, let's centralize as much

09:39:29 16   as we can in one place for one-stop shopping, so you all log in

09:39:34 17   to one place and you can do a lot of things without having to

09:39:37 18   keep track of multiple things.

09:39:39 19          So I've been talking with the parties, obviously,

09:39:41 20   about our fact sheet effort, which we discussed a lot the last

09:39:46 21   time I was here.  I will mention some brief things about that,

09:39:50 22   but I want to talk about the security aspect.

09:39:52 23          We've gotten some very legitimate questions from

09:39:55 24   the parties about how this is secure internally and externally,

09:39:59 25   and I want to review that very quickly.

                        **OFFICIAL TRANSCRIPT**

09:40:00  1          We've also talked about the concept of the

09:40:02  2   pleadings that were mentioned earlier.  Matters that are filed

09:40:06  3   in the PACER docket, we've developed a program that will

09:40:11  4   automatically harvest those pleadings once they are filed in

09:40:16  5   PACER and then distribute them with an alert e-mail to whoever

09:40:20  6   is registered counsel who have signed up in this system.  Then

09:40:25  7   they can log on and view them.

09:40:26  8          The automatic harvest program eliminates the need

09:40:33  9   to file in PACER and then file in another place, too, or upload

09:40:37 10   to another place.  This handles it in one step.  So we have

09:40:41 11   been talking to the parties about that system.

09:40:43 12          The other piece of it are matters that are not

09:40:46 13   filed of record in PACER, but are discovery requests that are

09:40:52 14   propounded and then responded, could also be done under this

09:40:56 15   central system, where a party logs on who is issuing some

09:41:02 16   discovery, directs who it goes to, it automatically goes to

09:41:05 17   them, then they can respond to it.

09:41:06 18          The beauty of that would be that all of this is

09:41:09 19   housed in one central place, including, if the parties want, a

09:41:13 20   central repository and an electronic eRoom that will hold all

09:41:17 21   the production, ESI, PDFs, Excel, native format documents and

09:41:25 22   information and data, if they want to.

09:41:26 23          So the goal is, there is this smorgasbord of

09:41:31 24   basically four mainstays of infrastructure that have to occur

09:41:34 25   in a proceeding like this.  All four of those or one of these

**OFFICIAL TRANSCRIPT**

09:41:39  1   or any number of these, if the parties wish, could be handled

09:41:41  2   under this umbrella as part of all one place, one place to go

09:41:46  3   to find them all.

09:41:47  4            This is the fact sheet process that we developed.

09:41:52  5   It's just a sample screen.  The parties have asked that we make

09:41:56  6   up a test environment with a sample fact sheet or census

09:42:01  7   document for this proceeding.  We're going to program that in

09:42:04  8   and make that available to them as soon as we can, so they can

09:42:07  9   play around in it and see how it works and enter some data and

09:42:12 10   then export it and get a feel for its functions.

09:42:16 11            We talked last time about the tasks that are

09:42:20 12   involved, what the purposes are of fact sheets, and what they

09:42:24 13   are supposed to serve, and how this automated feature will

09:42:27 14   serve all of these goals to keep this process moving and to

09:42:32 15   make it easy to use.

09:42:35 16            The goal is to enter this information once, and

09:42:39 17   never have to enter it again for the life of this proceeding.

09:42:43 18   So we have live data that then is used throughout every phase

09:42:47 19   of it, as the parties move along, through discovery, through

09:42:51 20   bellwether trials or anything else.

09:42:53 21            We've gotten a lot of questions about security.

09:42:57 22   In this day and age, with reports of breaches and hacking, we

09:43:01 23   worry about that a lot.  We have to deal with this daily in all

09:43:06 24   of the claims programs we administer because we have personal

09:43:09 25   identifying information from claimants and Social Security

**OFFICIAL TRANSCRIPT**

09:43:12  1    numbers and HIPAA-protected medical records that we have to

09:43:18  2    safeguard.  This proceeding will involve very similar

09:43:20  3    information.

09:43:21  4             So this is just a little diagram that shows our

09:43:27  5    defensive approach.  It's called defense in depth is the way

09:43:31  6    the IT people talk about this.  It's a three-tiered, layered

09:43:36  7    structure to the databases that we build and the systems we

09:43:40  8    build that are trying to safeguard these as much as possible

09:43:43  9    from any sort of external penetration or internally preventing

09:43:49 10    people from seeing things they are not supposed to see.

09:43:52 11             Because a lot of the fact sheet work, for

09:43:55 12    example, involves drafting and materials that are not yet ready

09:44:00 13    for prime time, not yet ready to be served, and our system is

09:44:04 14    coded and set up to where if you're working in your own private

09:44:07 15    workspace, no one else sees that until you click submit and

09:44:12 16    serve, and you're ready for them to see it.

09:44:14 17             The CMO or order that adopts this, if it's used,

09:44:18 18    would say that those private spaces are private, and that using

09:44:23 19    this doesn't alter work product protections, and our code makes

09:44:28 20    sure that that happens.

09:44:31 21             But the way that we deal with security is that

09:44:32 22    the data that people enter in is in this database layer at the

09:44:37 23    bottom.  That's the treasure.  That's the tables that we build

09:44:40 24    that hold all the information about a particular plaintiff, and

09:44:43 25    all the records about that plaintiff are all down here at the

09:44:48  1    bottom in our tables and on our servers.  This information all

09:44:56  2    rests on servers that we own, that we maintain.

09:45:00  3           Security means two things:  It means technical

09:45:05  4    security and physical security.  These servers are located in

09:45:08  5    two locations, each one of them on an independent power source.

09:45:13  6    One of them outside of Ashland, Virginia, in a secure physical

09:45:17  7    location that's really like a bunker that's got 24-hour

09:45:20  8    security, physical security.  You have to have a thumbprint

09:45:24  9    registered to get into the place.

09:45:26 10           And inside it, our servers are in their own cage

09:45:29 11    that we only have access to, and we own and maintain those

09:45:35 12    servers.  There is a similar redundant facility in Charlotte,

09:45:39 13    North Carolina, that's our disaster recovery site.

09:45:42 14           Both of those locations are all our equipment.

09:45:46 15    Nothing is in the cloud.  It's all something you can touch and

09:45:49 16    protect from physical access.  Security at those sites is very

09:45:55 17    robust, more secure than, say, this courthouse is or can be,

09:45:59 18    given the traffic that this place gets.

09:46:01 19           The technical security is based upon the

09:46:04 20    structure that we build.  The architecture behind this is

09:46:07 21    people entering the system, users, claimants' firms,

09:46:13 22    plaintiffs' firms, lead counsel, defense counsel, come into the

09:46:19 23    system first through a firewall.

09:46:21 24           Now, these firewalls are virus protection,

09:46:24 25    penetration or intrusion protection, vulnerability protection.

**OFFICIAL TRANSCRIPT**

09:46:29 1    They allow us to monitor everybody that's using it, where the

09:46:32 2    IP addresses are.  This is as secure as you can make one of

09:46:36 3    these things, starting out with this first line of protection

09:46:39 4    to get through to just try to log on.

09:46:44 5          You get to this presentation layer, and this is

09:46:46 6    where people enter their login information.  Like Mr. Garrett

09:46:50 7    mentioned earlier in his system, you have a password, you have

09:46:54 8    a login.  Only people who have been authorized can get into

09:46:58 9    this.  Those credentials have to match.

09:47:00 10   The passwords are encrypted and hashed, meaning

09:47:05 11   that when somebody enters it, the system assigns random numbers

09:47:09 12   to it, so even we can't see what the password actually is.

09:47:13 13   That changes as we go along.

09:47:14 14         So your credentials then allow you in, and if you

09:47:19 15   don't have been the right credentials, you're locked out.  It's

09:47:22 16   up to the users to protect their password.  Just like it's up

09:47:25 17   to all of us to protect our online passwords to check our bank

09:47:31 18   accounts, the user firms will have to safeguard their own

09:47:34 19   passwords; but, if that person has a login and a password, they

09:47:38 20   get into the system, and then the code that we build controls

09:47:43 21   what their role is.  They can only see what we have allowed

09:47:47 22   them to see.

09:47:49 23         We find out from the parties from the start which

09:47:53 24   users are uber users that can see everything, which are users

09:47:58 25   that can only read, which are users that can access only parts

09:48:02 1    of it.  This role-based credentialing is what prevents people

09:48:08 2    from seeing space in the tables down here that they are not

09:48:11 3    supposed to.  That's what protects the private work areas.  We

09:48:14 4    can guarantee that nobody is going to see what they are not

09:48:17 5    supposed to.

09:48:18 6              If your credentials get you in, you go through

09:48:21 7    another firewall, the same protection, virus and penetration

09:48:27 8    protection.  Then you get to our business layer, which is our

09:48:31 9    code.  That's where the code lies that we build and test and

09:48:33 10   maintain that defines which part of this data down here you can

09:48:37 11   see.

09:48:38 12             It's as robust as you can make one of these

09:48:42 13   things for security protection.  We're working with the IT and

09:48:46 14   security experts at the defendants' firms and other -- the lead

09:48:50 15   counsel to make sure they are comfortable with this.  We're

09:48:53 16   going to show them whatever they need to see to feel

09:48:57 17   comfortable with it, but we feel that we can answer and solve

09:49:01 18   any concerns about the protection that's afforded to this.

09:49:04 19             Beyond that, Your Honor, if there are any

09:49:07 20   questions, I'm happy to address any questions.

09:49:09 21        THE COURT:  I would like you to continue to work with

09:49:11 22   the parties because I see this as an opportunity to solve some

09:49:14 23   problems that we have in MDL's.  One is to be able to, as I

09:49:19 24   mentioned before, get a feel for the census, so that we can

09:49:23 25   begin bellwether trials and bellwether selections promptly and

OFFICIAL TRANSCRIPT

09:49:29 1    effectively.

09:49:29 2                  Also, at the close of the case, to assist us with

09:49:32 3    the close of the case, which is oftentimes a problem for the

09:49:35 4    Clerk's office.

09:49:36 5                  Thank you very much.

09:49:39 6              MR. BROWN:  Yes, Your Honor.  Thank you.

09:49:41 7              THE COURT:  The next item is?

09:49:43 8              MR. DAVIS:  Your Honor, in connection with Item 8, MDL

09:49:46 9    centrality, we provided to defense counsel a draft of a profile

09:49:50 10   form for consideration, and we'll have further discussions on

09:49:52 11   that.

09:49:53 12                 On Item Number 9, Master Discovery, the PSC has

09:49:59 13   provided a draft, and I say that again, a draft of a master set

09:50:04 14   of requests for production of documents to defendants.  We have

09:50:07 15   told defendants that we will meet and confer on that before

09:50:12 16   they are formally served.  So that is in the works, and that's

09:50:16 17   in our lines for further discussions with defense counsel.

09:50:20 18                 With respect to Item 10, Preservation Order, we

09:50:26 19   have exchanged e-mails regarding preservation issues, as well

09:50:32 20   as had face-to-face meetings to discuss this.  There will be

09:50:36 21   further meetings with defense counsel on addressing both

09:50:42 22   preservation order as well as document production protocol,

09:50:45 23   which is Item 12 in the report.  We have had those discussions,

09:50:50 24   and we will be reporting back to the Court on those and

09:50:55 25   scheduling further meet and confers.

                            **OFFICIAL TRANSCRIPT**

09:50:57  1        Item 11, we have provided to defense counsel on

09:51:03  2  February 24th a proposal regarding a Privilege Log, which is

09:51:07  3  one of the items that we know Your Honor is very in tune with,

09:51:12  4  especially in light of prior litigations.

09:51:15  5        We have tracked what I'll call the Vioxx model,

09:51:19  6  to use Professor Rice's type analysis in dealing with a

09:51:27  7  privilege log, and we do have that on the items for discussion.

09:51:31  8        With respect to Item Number 13, Protective Order,

09:51:36  9  that's another one of the items that's confidentiality.  In

09:51:41 10  accordance with Your Honor's earlier comments, we're mindful of

09:51:45 11  that.

09:51:46 12        We did provide a response to defendants on

09:51:49 13  February 24th with respect to a confidentiality order, and we

09:51:53 14  are having further discussions on that.

09:51:58 15        THE COURT:  Jim, do you want to fill in on anything?

09:52:01 16        MR. IRWIN:  Yes, thank you.

09:52:01 17        Thank you, Mr. Davis.

09:52:03 18        Our point person on these four infrastructure

09:52:08 19  items is Mr. Tim Coon.  We understand Mr. Birchfield will be

09:52:12 20  dealing with -- no, it's Mr. Barr will be dealing with Mr. Coon

09:52:17 21  on that.

09:52:18 22        I would add that we have also exchanged

09:52:20 23  information with liaison counsel, including preservation order

09:52:27 24  information, and we will be getting together and examining

09:52:31 25  those two proposals and trying to work them out.

**OFFICIAL TRANSCRIPT**

09:52:34  1         THE COURT:  Okay.  I would like to get some dates for

09:52:39  2  you all.  I would like to meet with liaison counsel in two

09:52:44  3  weeks.  Let me see whether or not we can resolve these issues

09:52:46  4  and get them following form.

09:52:50  5         Steve, you had something?

09:52:51  6         MR. GLICKSTEIN:  Yes, Your Honor.  Steve Glickstein for

09:52:55  7  Bayer.

09:52:56  8         I didn't know whether to step up while Mr. Davis

09:53:00  9  was talking or wait until the end, and I decided to wait for

09:53:04 10  the end.

09:53:04 11         Your Honor, I think, has set out very cogently

09:53:09 12  sort of the course of proceedings in MDL's and has advised us,

09:53:15 13  after we get through these infrastructure issues, to talk about

09:53:18 14  a scheduling order.

09:53:20 15         I just wanted to emphasize that there are certain

09:53:24 16  things that are peculiar to this case that may require a tweak

09:53:31 17  here or there.  I know Your Honor has always encouraged the

09:53:35 18  attorneys to be creative and to tailor the schedule to the

09:53:37 19  particular needs of the case.

09:53:39 20         For example, there may be dispositive issues that

09:53:44 21  need early focus on beyond general causation.  There may need

09:53:49 22  to be some simultaneous discovery of plaintiffs and defendants.

09:53:53 23         I didn't take Your Honor's remarks to prevent

09:53:56 24  that kind of substantive discussion between counsel as to what

09:54:00 25  the ultimate scheduling order should look like.

**OFFICIAL TRANSCRIPT**

09:54:03  1        THE COURT:  Yes.  No, that's correct.  The lawyers know

09:54:06  2  the case better than the Court at this point, so I look to you

09:54:12  3  all for guidance in fleshing out some of the details.

09:54:14  4        The general scope is what I was talking about,

09:54:18  5  but you do need to tweak cases.  I recognize that.  Some cases

09:54:22  6  present different issues, so I'll look to you all for some

09:54:25  7  assistance there.

09:54:27  8        MR. GLICKSTEIN:  Right.

09:54:28  9        The only other point that I wanted to make, as

09:54:31 10  Mr. Irwin has said, we do have a point person on each one of

09:54:35 11  these issues to discuss with our counterparts on the PSC how we

09:54:41 12  might resolve each one of those.

09:54:44 13        The only one that I wanted to mention,

09:54:46 14  particularly because Your Honor commented on it, was tolling

09:54:54 15  agreement.

09:54:56 16        I don't want to get into the debate about tolling

09:55:00 17  agreements at this early stage.  Jim Irwin and I are tasked

09:55:04 18  with speaking with Mr. Birchfield and others about the issue,

09:55:10 19  but there are serious concerns among our clients about tolling.

09:55:15 20        We, of course, heard your Your Honor's comments

09:55:20 21  about that, but since Your Honor commented about it, I did want

09:55:25 22  Your Honor to know that that is a concern of our clients.  I

09:55:32 23  don't want for there to be an implication that necessarily

09:55:34 24  there will be a tolling agreement.

09:55:36 25        THE COURT:  Okay.  All right.  Thank you.

**OFFICIAL TRANSCRIPT**

09:55:38  1          MR. DAVIS:  Your Honor, we will address the scheduling

09:55:42  2     order in due course.  We heard Your Honor's comments.  We

09:55:50  3     understand Steve Glickstein's comments as well.  We are

09:55:52  4     prepared to discuss dispositive motions at the appropriate

09:55:52  5     time.

09:55:57  6          We have assigned a member of the executive

09:55:59  7     committee to each one of those items for discussion, so we will

09:56:04  8     be united in our dealings with defense counsel.

09:56:08  9          THE COURT:  So I'll meet with liaison in two weeks to

09:56:10 10     see which matters have been resolved, which matters need to be

09:56:14 11     resolved by the Court, and we'll get them resolved one way or

09:56:20 12     the other.

09:56:22 13          How about State/Federal Coordination?

09:56:24 14          MR. DAVIS:  Your Honor has appointed Ms. Barrios as the

09:56:28 15     state liaison committee member.  She is here with us.  We have

09:56:34 16     already started that process.

09:56:37 17          Earlier today, defense counsel provided to us a

09:56:43 18     spreadsheet of various cases that have been filed throughout

09:56:46 19     the country.  We'll be reviewing that.  That also sets forth

09:56:49 20     the judge and the jurisdiction of each of those cases.

09:56:54 21          We've asked that defense counsel also provide

09:56:58 22     copies of the underlying complaint, so that we can review

09:57:01 23     those.

09:57:01 24          Ms. Barrios may have something to add.

09:57:07 25          MS. BARRIOS:  Thank you, Mr. Davis.

**OFFICIAL TRANSCRIPT**

09:57:09   1          Good morning, Your Honor.  Dawn Barrios, State

09:57:13   2   Liaison Counsel.  Ms. Sharko and Mr. Irwin have provided a very

09:57:17   3   detailed spreadsheet for us, and I think you have that --

09:57:21   4          THE COURT:  I do have it.

09:57:23   5          MS. BARRIOS:  -- in your hands.

09:57:23   6          THE COURT:  Right.

09:57:24   7          MS. BARRIOS:  As you can see, there are only four

09:57:27   8   jurisdictions right now who have other cases.  I'll be

09:57:29   9   preparing a spreadsheet, as I've done for you in the past,

09:57:32  10   including the e-mail addresses for the judges as well.

09:57:37  11          We are discussing, as Mr. Davis said, I would

09:57:39  12   like to get copies of the underlying complaint because it gives

09:57:43  13   me information on the plaintiff's lawyer, if I need to talk

09:57:46  14   them, and we have been talking about that this morning.

09:57:49  15          Thank you, Your Honor.

09:57:49  16          THE COURT:  Okay.  Fine.  Thank you.

09:57:50  17          Anything, Jim?

09:57:51  18          MR. IRWIN:  No, thank you, Your Honor.

09:57:54  19          MR. DAVIS:  Your Honor, the only other comment I have

09:57:56  20   is that we have had a number of meet and confers and a number

09:58:00  21   of discussions with defense counsel.  It has been very

09:58:04  22   professional, and it is what you would expect out of opposing

09:58:09  23   counsel.  I just want to make that comment.

09:58:12  24          Our steering committee has met.  They have been

09:58:16  25   wonderful.  We are off, we're ready to run, and we are prepared

**OFFICIAL TRANSCRIPT**

09:58:21  1    to meet Your Honor's expectations.

09:58:23  2         THE COURT:  Okay.  Anything further, Jim?

09:58:26  3         MR. IRWIN:  No, I just want to thank Mr. Davis for that

09:58:29  4    comment and return it in kind.

09:58:31  5         THE COURT:  Okay.  All right.  Anything from anybody

09:58:33  6    that I haven't touched on?  Any comment from the audience?

09:58:36  7         MR. DAVIS:  The next status.

09:58:37  8         THE COURT:  The Next Status Meeting will be April 1st

09:58:40  9    in open court.  And the following one will be May 13th.

09:58:46  10        Before then, I'll be meeting with liaison counsel

09:58:49  11   to just police some of these matters.  We've discussed them,

09:58:54  12   but some of them have been resolved, some of them need to be

09:58:56  13   resolved, but the point that I make is that we need to agree on

09:59:01  14   infrastructure.

09:59:03  15        I don't look to counsel to agree on substantive

09:59:05  16   matters.  They represent their clients.  They do it very

09:59:10  17   effectively.  I suspect they have different views on substance;

09:59:13  18   but, on procedure, we ought to be able to come together with

09:59:17  19   some easy procedure that's comfortable with them that makes

09:59:22  20   sense and gets the job done, so that we can move on and

09:59:26  21   schedule the matter.

09:59:27  22        I really want to try to get this case over with

09:59:29  23   in about two to three years, so that we can decide one way or

09:59:35  24   the other whether there is a case that can be resolved, or it

09:59:40  25   cannot be resolved here, so that you can go back to the various

**OFFICIAL TRANSCRIPT**

09:59:43 1    jurisdictions and handle the cases that way.  But they do have

09:59:48 2    to be resolved, folks.  That's what we need to focus on.

09:59:52 3        MR. DAVIS:  Your Honor, I just have one announcement,

09:59:53 4    and that's for all plaintiffs' counsel, only plaintiffs'

09:59:57 5    counsel, we're asking if they would meet after the status

10:00:01 6    conference here in the courtroom.

10:00:02 7        THE COURT:  Let me mention, too, that in this

10:00:05 8    particular case, what I would like to do -- and I told the lead

10:00:10 9    counsel and the PSC -- that I would like them to create

10:00:17 10   subcommittees, so that anybody who is interested, any plaintiff

10:00:21 11   lawyer who is interested in participating in this case in any

10:00:23 12   fashion, get on a subcommittee.

10:00:26 13        You'll see in my pretrial order, check with

10:00:33 14   liaison counsel.  If you feel that you're not getting

10:00:37 15   attention, as my court order says, get with the Court, and the

10:00:42 16   Court then will make sure that you're on a subcommittee.

10:00:46 17        We've got to have some organizational structure.

10:00:50 18   You can't have hundreds of lawyers doing things that nobody

10:00:55 19   knows that they are doing.  But if you're interested in doing

10:00:58 20   it, whether you're on a committee or not, please participate

10:01:03 21   and feel like you can participate, and you're welcome to

10:01:06 22   participate in the litigation and, likewise, participate in any

10:01:11 23   common benefit fee if you produce the work and put in the time.

10:01:17 24        Okay.  Thank you very much.  Court will stand in

10:01:20 25   recess.

**OFFICIAL TRANSCRIPT**

10:01:20  1          MR. DAVIS:  Thank you.

10:01:21  2          THE DEPUTY CLERK:  All rise.

3          (WHEREUPON, at 10:01 a.m., the Court was in recess.)

4                          *    *    *

5

6

7                      REPORTER'S CERTIFICATE

8

9          I, Cathy Pepper, Certified Realtime Reporter, Registered

10     Merit Reporter, Certified Court Reporter in and for the State

11     of Louisiana, Official Court Reporter for the United States

12     District Court, Eastern District of Louisiana, do hereby

13     certify that the foregoing is a true and correct transcript to

14     the best of my ability and understanding from the record of the

15     proceedings in the above-entitled and numbered matter.

16

17

18                              *s/Cathy Pepper*
                              _____

19                              Cathy Pepper, CRR, RMR, CCR
                              Certified Realtime Reporter
20                              Registered Merit Reporter
                              Official Court Reporter
21                              United States District Court
                              Cathy_Pepper@laed.uscourts.gov
22

23

24

25

                          **OFFICIAL TRANSCRIPT**

## $

**$25,000** [1] - 20:21
**$300** [1] - 27:8

## 0

**07932** [1] - 2:9

## 1

**1** [1] - 13:13
**10** [2] - 18:12, 36:18
**10019** [1] - 2:12
**10:01** [1] - 44:3
**11** [1] - 37:1
**1100** [2] - 1:20, 2:15
**12** [2] - 3:5, 36:23
**13** [1] - 37:8
**13th** [1] - 42:9
**13TH** ..................... [1] - 3:18
**14-MD-2592** [1] - 1:5
**15** [1] - 22:4
**15-day** [1] - 22:6
**15th** [2] - 22:20
**183.8** [2] - 20:7, 20:16
**1st** [1] - 42:8
**1ST** ............... [1] - 3:17

## 2

**20** [4] - 10:4, 10:5, 16:10, 16:21
**2015** [2] - 1:6, 4:3
**23** [2] - 3:6, 3:7
**24** [1] - 3:8
**24-hour** [1] - 33:7
**24/7** [1] - 20:17
**24th** [3] - 26:22, 37:2, 37:13
**25** [1] - 3:9
**250** [1] - 2:12
**2592** [1] - 4:12
**26** [1] - 3:10
**27** [3] - 1:6, 3:11, 4:3
**2700** [1] - 2:5
**2800** [2] - 1:20, 1:20

## 3

**30** [3] - 10:4, 10:6, 16:21
**300** [2] - 20:8, 20:16
**316** [1] - 1:24
**32502** [1] - 1:25

**36** [2] - 3:12, 3:13
**37** [2] - 3:14, 3:15

## 4

**40** [3] - 3:16, 16:14, 16:22
**400** [1] - 2:5
**42** [2] - 3:17, 3:18
**483.8** [1] - 20:7
**4A** [1] - 23:19

## 5

**50** [2] - 7:24
**500** [2] - 2:8, 2:22
**504** [1] - 2:23
**55TH** [1] - 2:12
**589-7779** [1] - 2:23
**5A** [1] - 13:14

## 6

**6** [1] - 13:16
**60** [2] - 22:8, 25:13
**600** [1] - 1:24

## 7

**7** [2] - 13:17, 25:19
**70113** [1] - 1:16
**70130** [2] - 2:5, 2:23
**7016** [1] - 2:16
**70163** [1] - 1:21
**75th** [1] - 22:15

## 8

**8** [5] - 13:22, 17:10, 22:19, 27:19, 36:8
**80** [1] - 15:21
**820** [1] - 1:16

## 9

**9** [1] - 36:12
**90** [1] - 25:13
**9:00** [2] - 1:6, 5:15

## A

**a.m** [1] - 44:3
**A.M** [1] - 1:6
**ability** [2] - 24:10, 44:14

**able** [22] - 5:14, 7:20, 8:3, 8:6, 8:8, 10:8, 10:24, 11:6, 14:10, 15:6, 18:1, 20:24, 20:25, 21:2, 24:21, 24:22, 27:14, 28:5, 28:6, 35:23, 42:18
**above-entitled** [1] - 44:15
**accept** [1] - 20:22
**accepted** [3] - 20:4, 20:7, 20:16
**accepts** [1] - 23:6
**access** [6] - 13:9, 20:12, 20:17, 33:11, 33:16, 34:25
**accessible** [1] - 5:8
**accordance** [1] - 37:10
**according** [1] - 21:4
**accounting** [2] - 15:21, 18:6
**accounts** [1] - 34:18
**ACTION** [1] - 1:5
**add** [7] - 5:21, 21:10, 21:11, 23:4, 26:5, 37:22, 40:24
**addition** [1] - 25:18
**additional** [2] - 22:8, 25:25
**address** [5] - 26:2, 26:8, 28:18, 35:20, 40:1
**addressed** [1] - 26:24
**addresses** [2] - 34:2, 41:10
**addressing** [2] - 27:2, 36:21
**adequate** [2] - 7:9, 9:11
**administer** [1] - 31:24
**adopts** [1] - 32:17
**advance** [2] - 13:7, 23:8
**advantages** [1] - 11:4
**advised** [1] - 38:12
**afforded** [1] - 35:18
**age** [2] - 8:24, 31:22
**agenda** [5] - 5:17, 5:19, 5:23, 23:16, 23:21
**AGENDA** [1] - 3:3
**ago** [1] - 12:7
**agree** [2] - 42:13, 42:15
**agreeable** [1] - 25:16
**agreed** [2] - 7:1, 12:12
**agreement** [4] - 25:7, 26:20, 39:15, 39:24
**Agreement** [1] - 26:19

**AGREEMENT** ............ ...................... [1] - 3:10
**agreements** [4] - 6:19, 27:9, 27:11, 39:17
**airlines** [1] - 17:15
**alert** [1] - 30:5
**align** [1] - 27:1
**ALL** [1] - 1:8
**all-plaintiffs** [1] - 23:14
**allow** [6] - 7:9, 12:22, 22:17, 27:9, 34:1, 34:14
**allowed** [1] - 34:21
**allowing** [1] - 12:23
**allows** [1] - 13:15
**almost** [2] - 21:23, 24:22
**alpha** [1] - 21:16
**ALSO** [1] - 2:18
**alter** [1] - 32:19
**alternate** [1] - 12:13
**Amendment** [4] - 7:5, 7:6, 7:7, 7:8
**analysis** [1] - 37:6
**analyze** [2] - 11:14, 11:16
**AND** [1] - 1:19
**announcement** [1] - 43:3
**answer** [3] - 23:11, 25:3, 35:17
**appearance** [1] - 4:14
**APPEARANCES** [2] - 1:13, 2:1
**apply** [1] - 17:11
**appointed** [2] - 23:23, 40:14
**appointment** [1] - 14:4
**appoints** [2] - 13:16, 13:17
**appreciate** [1] - 12:21
**appreciation** [1] - 12:15
**approach** [2] - 11:25, 32:5
**appropriate** [1] - 40:4
**approved** [2] - 14:4, 23:8
**April** [1] - 42:8
**APRIL** [1] - 3:17
**architecture** [1] - 33:20
**area** [2] - 25:11
**areas** [1] - 35:3
**Ashland** [1] - 33:6
**aspect** [2] - 6:15,

29:22
**aspects** [1] - 8:9
**asserts** [1] - 7:1
**assessment** [1] - 20:22
**assessments** [1] - 17:18
**assigned** [1] - 40:6
**assigns** [1] - 34:11
**assist** [1] - 36:2
**assistance** [1] - 39:7
**assistant** [1] - 19:11
**assume** [1] - 14:2
**attach** [1] - 20:9
**attached** [1] - 20:10
**attention** [1] - 43:15
**attorneys** [5] - 6:13, 11:8, 16:17, 16:18, 38:18
**audience** [1] - 42:6
**authorized** [1] - 34:8
**automate** [1] - 29:9
**automated** [1] - 31:13
**automatic** [1] - 30:8
**automatically** [2] - 30:4, 30:16
**available** [1] - 31:8
**AVENUE** [1] - 1:16

## B

**balance** [1] - 17:22
**ballpark** [1] - 22:16
**bank** [1] - 34:17
**Barr** [1] - 37:20
**BARR** [1] - 1:24
**Barrios** [2] - 40:14, 40:24, 41:1
**BARRIOS** [3] - 40:25, 41:5, 41:7
**base** [2] - 9:15, 13:1
**based** [3] - 15:6, 33:19, 35:1
**Bayer** [6] - 25:20, 26:2, 26:10, 26:24, 27:1, 38:7
**BAYER** [1] - 3:9
**BAYLEN** [1] - 1:24
**BE** [2] - 3:17, 3:18
**beauty** [1] - 30:18
**becomes** [1] - 16:21
**becoming** [1] - 11:19
**BEFORE** [1] - 1:11
**begin** [1] - 35:25
**begun** [1] - 7:13
**behind** [1] - 33:20
**bellwether** [8] - 8:2, 10:20, 10:21, 10:22, 28:9, 31:20, 35:25

OFFICIAL TRANSCRIPT

**belong** [1] - 27:1
**benefit** [4] - 14:10, 15:2, 23:8, 43:23
**BENJAMIN** [1] - 1:18
**best** [2] - 7:7, 44:14
**better** [2] - 7:21, 39:2
**between** [3] - 15:20, 25:8, 38:24
**beyond** [2] - 35:19, 38:21
**BIDDLE** [1] - 2:7
**biggest** [1] - 11:18
**billing** [2] - 13:23, 18:23
**Birchfield** [2] - 37:19, 39:18
**bit** [7] - 8:24, 17:13, 21:1, 21:8, 21:25, 23:11, 24:25
**black** [1] - 11:19
**bleeding** [2] - 10:15, 10:16
**bookkeeper** [1] - 22:12
**bottom** [3] - 20:20, 32:23, 33:1
**box** [1] - 13:21
**breaches** [1] - 31:22
**BRIAN** [1] - 1:24
**Bridgett** [2] - 16:2, 19:11
**brief** [1] - 29:21
**broad** [1] - 8:14
**brochure** [1] - 14:17
**Brown** [8] - 7:14, 24:24, 27:20, 27:21, 28:10, 28:14, 28:18, 28:20
**BROWN** [4] - 2:18, 28:19, 29:4, 36:6
**BrownGreer** [2] - 24:4, 28:21
**build** [6] - 32:7, 32:8, 32:23, 33:20, 34:20, 35:9
**bunker** [1] - 33:7
**burden** [1] - 24:20
**business** [1] - 35:8
**button** [1] - 19:23
**BY** [9] - 1:15, 1:19, 1:24, 2:4, 2:8, 2:11, 2:15, 2:25, 2:25

**C**

**cage** [1] - 33:10
**calendar** [1] - 5:3
**call-in** [2] - 13:7, 13:8
**CALLED** [1] - 4:4

**CAMPUS** [1] - 2:8
**Canal** [1] - 10:16
**cannot** [3] - 11:16, 11:21, 42:25
**Carolina** [1] - 33:13
**case** [50] - 4:11, 5:3, 6:13, 6:16, 6:22, 7:6, 7:9, 7:11, 7:17, 8:1, 8:14, 9:19, 9:21, 10:23, 11:2, 11:3, 11:6, 11:7, 11:14, 11:15, 11:16, 11:21, 12:1, 15:1, 15:10, 16:6, 16:18, 16:19, 16:25, 17:2, 17:4, 17:8, 17:19, 22:3, 22:19, 25:10, 28:1, 36:2, 36:3, 38:16, 38:19, 39:2, 42:22, 42:24, 43:8, 43:11
**cases** [22] - 6:7, 7:22, 8:2, 8:15, 9:7, 9:23, 10:20, 10:21, 10:22, 11:5, 11:9, 11:17, 11:19, 18:25, 27:14, 28:9, 39:5, 40:18, 40:20, 41:8, 43:1
**CASES** [1] - 1:8
**cash** [5] - 17:18, 17:19, 18:9, 18:10, 20:22
**catch** [1] - 5:14
**categorized** [1] - 15:5
**Cathy** [2] - 44:9, 44:19
**CATHY** [1] - 2:21
**Cathy_Pepper@laed .uscourts.gov** [1] - 44:21
**cathy_Pepper@laed. uscourts.gov** [1] - 2:24
**causation** [3] - 9:6, 9:8, 38:21
**causations** [1] - 9:8
**caused** [1] - 10:14
**CCMS** [2] - 18:21, 19:1
**ccms.com** [2] - 16:6, 19:7
**CCR** [2] - 2:21, 44:19
**census** [7] - 7:21, 10:9, 28:1, 28:6, 28:7, 31:6, 35:24
**CENTER** [1] - 2:4
**central** [3] - 30:15, 30:19, 30:20
**Centrality** [1] - 27:20
**centrality** [1] - 36:9
**CENTRALITY.............
.........................** [1] -

3:11
**centralize** [2] - 29:12, 29:15
**centralized** [1] - 29:15
**CENTRE** [1] - 1:20
**certain** [1] - 38:15
**CERTIFICATE** [1] - 44:7
**CERTIFIED** [1] - 2:21
**Certified** [3] - 44:9, 44:10, 44:19
**certify** [1] - 44:13
**CHAFFE** [1] - 2:14
**changed** [3] - 19:20, 19:22, 22:3
**changes** [1] - 34:13
**Charlotte** [1] - 33:12
**check** [3] - 12:19, 34:17, 43:13
**checkbook** [2] - 17:21, 20:23
**CIVIL** [1] - 1:5
**claim** [1] - 27:13
**claimants** [3] - 27:7, 28:3, 31:25
**claimants'** [1] - 33:21
**claims** [1] - 31:24
**class** [1] - 17:13
**clean** [1] - 22:1
**clear** [2] - 12:11, 23:5
**CLERK** [3] - 4:7, 4:12, 44:2
**Clerk's** [2] - 25:5, 36:4
**click** [1] - 32:15
**clicking** [1] - 19:23
**clients** [6] - 5:8, 11:1, 11:15, 39:19, 39:22, 42:16
**close** [2] - 36:2, 36:3
**cloud** [1] - 33:15
**CMO** [1] - 32:17
**co** [3] - 4:21, 12:11, 13:16
**co-lead** [1] - 13:16
**co-liaison** [2] - 4:21, 12:11
**code** [9] - 19:13, 19:14, 19:19, 19:23, 21:16, 32:19, 34:20, 35:9
**coded** [1] - 32:14
**codes** [2] - 19:20, 19:22
**cogently** [1] - 38:11
**collected** [1] - 14:15
**collecting** [1] - 28:1
**comfort** [2] - 27:14, 28:12
**comfortable** [3] -

35:15, 35:17, 42:19
**coming** [1] - 4:24
**comma** [2] - 21:4, 21:5
**comment** [5] - 23:5, 41:19, 41:23, 42:4, 42:6
**commented** [2] - 39:14, 39:21
**comments** [10] - 4:25, 8:15, 12:4, 13:3, 13:4, 26:3, 37:10, 39:20, 40:2, 40:3
**Committee** [2] - 13:18, 23:22
**committee** [7] - 13:20, 14:9, 40:7, 40:15, 41:24, 43:20
**COMMITTEE.............
........** [1] - 3:7
**common** [4] - 14:10, 15:2, 23:7, 43:23
**compensable** [1] - 23:7
**complaint** [3] - 25:3, 40:22, 41:12
**complete** [2] - 16:8, 19:10
**completion** [1] - 29:10
**composed** [1] - 16:21
**COMPUTER** [1] - 2:25
**concept** [1] - 30:1
**concern** [1] - 39:22
**concerns** [2] - 35:18, 39:19
**confer** [1] - 36:15
**conference** [3] - 13:11, 23:15, 43:6
**CONFERENCE** [1] - 1:10
**conferences** [1] - 23:23
**confers** [2] - 36:25, 41:20
**confidential** [1] - 17:25
**confidentiality** [3] - 28:13, 37:9, 37:13
**connection** [1] - 36:8
**consideration** [1] - 36:10
**considering** [1] - 24:5
**CONTACT** [1] - 3:6
**contact** [1] - 26:9
**Contact** [1] - 23:17
**contingent** [1] - 13:25
**continual** [1] - 22:9
**continue** [3] - 27:16, 28:21, 35:21
**CONTINUED** [1] - 2:1

**controls** [1] - 34:20
**Coon** [2] - 37:19, 37:20
**Coordination** [1] - 40:13
**COORDINATION.......
................** [1] - 3:16
**copied** [1] - 21:21
**copies** [3] - 24:10, 40:22, 41:12
**copying** [1] - 17:6
**corner** [1] - 16:4
**correct** [2] - 39:1, 44:13
**cost** [3] - 14:13, 21:21, 22:3
**costs** [19] - 17:5, 17:6, 17:7, 17:9, 17:11, 17:15, 17:16, 17:17, 17:20, 18:8, 19:16, 20:4, 21:2, 27:6
**counsel** [40] - 4:14, 5:16, 12:5, 12:11, 13:17, 13:18, 13:19, 14:23, 17:1, 18:4, 24:3, 24:10, 24:19, 24:21, 25:8, 26:8, 26:15, 29:8, 30:6, 33:22, 35:15, 36:9, 36:17, 36:21, 37:1, 37:23, 38:2, 38:24, 40:8, 40:17, 40:21, 41:21, 41:23, 42:10, 42:15, 43:4, 43:5, 43:9, 43:14
**Counsel** [2] - 23:17, 41:2
**COUNSEL** [3] - 1:15, 2:3, 3:6
**counterparts** [1] - 39:11
**country** [1] - 40:19
**couple** [2] - 8:8, 8:11
**course** [3] - 38:12, 39:20, 40:2
**COURT** [39] - 1:1, 2:21, 4:4, 4:8, 4:11, 4:14, 4:22, 12:20, 13:8, 13:24, 15:14, 22:25, 23:9, 23:16, 23:25, 24:7, 24:16, 25:5, 26:3, 26:14, 26:19, 27:3, 27:18, 27:22, 29:2, 35:21, 36:7, 37:15, 38:1, 39:1, 39:25, 40:9, 41:4, 41:6, 41:16, 42:2, 42:5, 42:8, 43:7
**Court** [26] - 4:20,

16:25, 17:18, 18:2,
18:9, 22:7, 22:16,
22:17, 24:6, 24:11,
25:7, 25:14, 28:24,
29:14, 36:24, 39:2,
40:11, 43:15, 43:16,
44:3, 44:10, 44:11,
44:12, 44:20, 44:21
**court** [10] - 5:11, 6:1,
11:17, 13:1, 13:15,
24:12, 25:12, 42:9,
43:15, 43:24
**courthouse** [1] -
33:17
**courtroom** [2] - 23:14,
43:6
**CPA** [4] - 2:18, 2:19,
14:4, 15:20
**create** [4] - 9:12, 10:3,
18:20, 43:9
**creating** [1] - 9:22
**creative** [2] - 11:8,
38:18
**credentialing** [1] -
35:1
**credentials** [4] - 34:9,
34:14, 34:15, 35:6
**CRR** [2] - 2:21, 44:19
**CSV** [3] - 18:20, 21:3,
21:8
**cSV** [1] - 21:3

# D

**daily** [1] - 31:23
**Data** [1] - 19:9
**data** [7] - 19:9, 22:21,
30:22, 31:9, 31:18,
32:22, 35:10
**database** [4] - 16:20,
17:2, 21:6, 32:22
**databases** [1] - 32:7
**date** [1] - 13:8
**dates** [1] - 38:1
**Daubert** [2] - 9:16,
9:17
**Daubert-ized** [1] -
9:16
**DAVID** [1] - 1:18
**Davis** [8] - 4:18, 26:7,
26:10, 37:17, 38:8,
40:25, 41:11, 42:3
**DAVIS** [24] - 1:15,
4:18, 12:10, 13:6,
13:10, 15:13, 23:4,
23:13, 23:17, 24:1,
24:9, 25:2, 25:17,
26:20, 27:16, 27:19,
28:15, 36:8, 40:1,

40:14, 41:19, 42:7,
43:3, 44:1
**Dawn** [1] - 41:1
**days** [4] - 5:20, 22:4,
22:8, 25:13
**deal** [3] - 6:7, 31:23,
32:21
**dealing** [6] - 6:23, 9:1,
21:24, 37:6, 37:20
**dealings** [1] - 40:8
**dealt** [3] - 8:10, 25:15
**death** [1] - 10:15
**debate** [1] - 39:16
**decide** [5] - 19:5,
22:17, 28:6, 28:7,
42:23
**decided** [1] - 38:9
**decides** [1] - 18:3
**decision** [1] - 15:6
**defendant** [1] - 8:23
**DEFENDANTS** [1] -
2:7
**defendants** [4] -
4:17, 8:21, 10:5,
10:12, 10:17, 14:20,
25:3, 26:1, 26:21,
36:14, 36:15, 37:12,
38:22
**defendants'** [3] - 8:25,
13:16, 35:14
**DEFENDANTS'** [1] -
2:3
**defense** [11] - 24:3,
32:5, 33:22, 36:9,
36:17, 36:21, 37:1,
40:8, 40:17, 40:21,
41:21
**defensive** [1] - 32:5
**defines** [1] - 35:10
**delimited** [2] - 21:4,
21:6
**deliver** [1] - 22:25
**deposed** [1] - 9:16
**deposition** [4] - 6:16,
6:18, 9:5, 9:25
**depositions** [4] - 5:5,
9:5, 9:13, 10:1
**deposits** [1] - 18:10
**depth** [1] - 32:5
**DEPUTY** [3] - 4:7,
4:12, 44:2
**description** [1] - 8:23
**descriptions** [1] - 17:3
**deserve** [2] - 11:23,
11:24
**design** [2] - 9:1, 10:20
**designed** [2] - 9:10,
14:6
**detail** [2] - 5:24, 21:1
**detailed** [1] - 41:3

**details** [1] - 39:3
**developed** [4] - 9:3,
15:19, 30:3, 31:4
**devise** [1] - 8:1
**devoted** [2] - 5:2, 6:6
**diagram** [1] - 32:4
**different** [6] - 8:16,
16:14, 21:20, 21:22,
39:6, 42:17
**difficult** [1] - 6:12
**difficulty** [1] - 9:12
**digit** [1] - 21:16
**direct** [2] - 6:15, 25:2
**directly** [2] - 25:7,
25:14
**directs** [1] - 30:16
**disaster** [1] - 33:13
**discover** [2] - 10:13,
11:14
**Discovery** [1] - 36:12
**discovery** [15] - 7:9,
8:1, 8:19, 9:22, 10:3,
10:6, 10:7, 10:11,
10:19, 24:14, 28:8,
30:13, 30:16, 31:19,
38:22
**DISCOVERY** ...........
......................... [1] -
3:12
**discretion** [1] - 22:7
**discuss** [8] - 5:24, 8:6,
13:4, 14:18, 24:24,
36:20, 39:11, 40:4
**discussed** [6] - 12:6,
12:12, 28:16, 28:17,
29:20, 42:11
**discussing** [1] - 41:11
**discussion** [4] -
26:25, 37:7, 38:24,
40:7
**discussions** [14] -
24:5, 25:17, 26:1,
26:21, 26:22, 27:16,
27:21, 28:24, 29:11,
36:10, 36:17, 36:23,
37:14, 41:21
**dispositive** [2] -
38:20, 40:4
**disseminate** [1] -
24:22
**disseminating** [1] -
24:17
**dissolve** [1] - 9:19
**distribute** [1] - 30:5
**distribution** [1] - 9:2
**District** [3] - 44:12,
44:21
**DISTRICT** [3] - 1:1,
1:1, 1:11
**docket** [1] - 30:3

**DOCUMENT** [1] - 1:7
**document** [3] - 8:19,
31:7, 36:22
**documents** [5] - 9:3,
14:19, 24:10, 30:21,
36:14
**done** [9] - 8:11, 14:11,
14:12, 15:3, 15:4,
25:24, 30:14, 41:9,
42:20
**down** [6] - 6:8, 8:9,
9:20, 26:16, 32:25,
35:2, 35:10
**Download** [1] - 19:9
**download** [2] - 19:9,
19:22
**downloaded** [1] -
22:22
**draft** [4] - 25:3, 36:9,
36:13
**drafting** [1] - 32:12
**DRINKER** [1] - 2:7
**DRIVE** [1] - 2:8
**drug** [6] - 9:2, 9:9,
9:10, 9:12, 10:14,
10:16
**due** [1] - 40:2
**during** [3] - 14:12,
15:5, 18:10

# E

**e-mail** [12] - 16:1,
16:2, 16:3, 19:4,
19:11, 19:12, 20:14,
20:15, 20:17, 30:5,
41:10
**e-mails** [1] - 36:19
**early** [2] - 38:21, 39:17
**easier** [1] - 24:18
**easy** [3] - 7:19, 31:15,
42:19
**EASTERN** [1] - 1:1
**Eastern** [1] - 44:12
**easy** [3] - 7:19, 31:15,
42:19
**ECF** [1] - 26:10
**effective** [3] - 23:1,
24:18, 25:9
**effectively** [2] - 36:1,
42:17
**efficient** [5] - 6:3,
11:8, 24:16, 26:6,
26:12
**effort** [2] - 29:9, 29:20
**either** [4] - 9:19,
21:16, 27:23
**ELDON** [1] - 1:11
**electronic** [3] - 24:12,
29:12, 30:20
**electronically** [2] -

**7**:18, 28:5
**electronically-
produced** [1] - 7:18
**eliminates** [1] - 30:8
**elongated** [1] - 8:18
**emphasize** [2] - 5:23,
38:15
**employee** [1] - 21:17
**employees** [4] -
21:10, 21:11, 21:13,
21:15
**enables** [2] - 24:9,
24:13
**encouraged** [1] -
38:17
**encrypted** [1] - 34:10
**end** [9] - 15:1, 15:10,
15:23, 17:8, 18:20,
19:15, 22:4, 38:9,
38:10
**ENERGY** [1] - 1:20
**enforced** [1] - 27:12
**enter** [5] - 31:9, 31:16,
31:17, 32:22, 34:6
**entering** [1] - 33:21
**enters** [1] - 34:11
**Entities** [1] - 25:20
**entities** [2] - 26:24,
27:1
**ENTITIES** ................
[1] - 3:9
**entitled** [1] - 44:15
**entity** [2] - 16:12,
16:21
**environment** [1] - 31:6
**equipment** [1] - 33:14
**eRoom** [1] - 30:20
**errors** [1] - 21:13
**escape** [1] - 29:3
**ESI** [1] - 30:21
**especially** [1] - 37:4
**ESQUIRE** [7] - 1:15,
1:19, 1:24, 2:4, 2:8,
2:11, 2:15
**essence** [2] - 16:21,
21:3
**establish** [1] - 14:2
**established** [2] - 8:7,
12:2
**establishes** [1] -
13:23
**events** [1] - 5:4
**exactly** [2] - 21:9,
21:23
**examining** [1] - 37:24
**example** [2] - 32:12,
38:20
**Excel** [4] - 21:3, 21:7,
21:22, 30:21
**exchange** [2] - 29:8,

29:9
**exchanged** [2] - 36:19, 37:22
**exchanges** [1] - 9:14
**executive** [2] - 13:18, 40:6
**exhausted** [1] - 11:11
**expect** [3] - 9:17, 11:25, 41:22
**expectations** [1] - 42:1
**expense** [1] - 20:21
**expenses** [2] - 20:25
**experience** [1] - 15:22
**expert** [1] - 9:14
**experts** [3] - 9:14, 9:15, 35:14
**export** [1] - 31:10
**expose** [1] - 14:21
**extension** [1] - 25:22
**external** [1] - 32:9
**externally** [1] - 29:24

**F**

**face** [2] - 36:20
**face-to-face** [1] - 36:20
**facility** [1] - 33:12
**fact** [12] - 7:12, 7:20, 10:8, 24:25, 27:23, 29:8, 29:10, 29:20, 31:4, 31:6, 31:12, 32:11
**fair** [1] - 14:20
**FALLON** [1] - 1:11
**fashion** [2] - 27:15, 43:12
**feature** [1] - 31:13
**FEBRUARY** [2] - 1:6, 4:3
**February** [4] - 22:21, 26:22, 37:2, 37:13
**Federal** [1] - 25:23
**fee** [3] - 13:25, 15:2, 43:23
**female** [1] - 7:23
**few** [3] - 13:12, 19:20, 19:22
**FILE** [1] - 3:8
**File** [2] - 24:1, 24:2
**file** [13] - 13:15, 18:21, 21:3, 21:4, 21:7, 25:1, 25:7, 25:24, 27:13, 30:9
**filed** [9] - 9:18, 24:10, 24:14, 25:10, 25:14, 30:2, 30:4, 30:13, 40:18

**files** [1] - 21:5
**filing** [2] - 6:15, 25:2
**fill** [1] - 37:15
**filled** [1] - 27:24
**finality** [1] - 11:24
**financial** [1] - 18:9
**fine** [2] - 18:25, 41:16
**firewall** [2] - 33:23, 35:7
**firewalls** [1] - 33:24
**firm** [12] - 16:12, 17:8, 18:14, 18:19, 18:24, 19:16, 19:25, 20:6, 20:12, 20:18, 21:10, 21:11
**firms** [13] - 16:10, 16:11, 16:14, 16:19, 16:22, 17:7, 18:12, 18:13, 33:21, 33:22, 34:18, 35:14
**First** [2] - 7:5, 7:8
**first** [10] - 4:11, 4:22, 4:25, 6:5, 8:17, 12:8, 17:12, 21:25, 33:23, 34:3
**FL** [1] - 1:25
**fleshing** [1] - 39:3
**flew** [2] - 17:12
**FLORHAM** [1] - 2:9
**Florida** [1] - 17:12
**focus** [6] - 9:11, 9:22, 10:13, 24:19, 38:21, 43:2
**focused** [1] - 9:5
**focuses** [1] - 12:3
**focusing** [1] - 12:2
**folks** [3] - 24:13, 25:24, 43:2
**follow** [1] - 26:12
**follow-up** [1] - 26:12
**following** [2] - 38:4, 42:9
**FOLLOWING** [1] - 3:18
**FOR** [4] - 1:14, 1:23, 2:3, 2:7
**foregoing** [1] - 44:13
**Foreign** [1] - 25:19
**FOREIGN** [1] - 3:9
**foreign** [2] - 6:21, 6:22
**Form** [1] - 23:17
**form** [10] - 6:25, 7:1, 7:12, 7:15, 14:17, 23:18, 27:24, 28:4, 36:10, 38:4
**FORM..................** [1] - 3:6
**formally** [1] - 36:16
**format** [1] - 30:21
**forms** [5] - 7:12, 7:18,

27:23, 28:3, 28:4
**forth** [5] - 7:24, 9:11, 16:19, 17:16, 40:19
**forward** [2] - 4:23, 9:16
**four** [4] - 30:24, 30:25, 37:18, 41:7
**free** [2] - 12:24, 18:16
**FRIDAY** [1] - 1:6, 4:3
**FRITCHIE** [1] - 2:3
**front** [1] - 6:8
**functions** [1] - 31:10
**future** [1] - 8:11

**G**

**GAINSBURGH** [1] - 1:18
**GARRETT** [4] - 2:18, 2:19, 15:16, 29:3
**Garrett** [7] - 14:5, 14:11, 14:15, 15:9, 15:16, 23:6, 34:6
**Garrett's** [1] - 28:21
**gather** [1] - 22:2
**general** [7] - 4:25, 6:2, 9:6, 9:8, 12:4, 38:21, 39:4
**generally** [3] - 9:9, 10:21, 27:11
**gentlemen** [1] - 4:9
**GERALD** [1] - 1:19
**Gerry** [1] - 4:20
**giant** [1] - 16:21
**given** [5] - 11:13, 11:15, 12:6, 22:7, 33:18
**GLICKSTEIN** [3] - 2:11, 38:6, 39:8
**Glickstein** [1] - 38:6
**Glickstein's** [1] - 40:3
**globally** [2] - 11:3, 11:6
**goal** [2] - 30:23, 31:16
**goals** [1] - 31:14
**grace** [1] - 22:8
**greater** [1] - 5:24
**group** [3] - 5:18, 10:10, 28:4
**guarantee** [1] - 35:4
**guidance** [1] - 39:3
**guidelines** [2] - 17:10, 17:11, 17:15

**H**

**hacking** [1] - 31:22
**half** [2] - 5:15, 22:24

**handle** [1] - 43:1
**handled** [1] - 31:1
**handles** [2] - 15:22, 30:10
**hands** [1] - 41:5
**happy** [3] - 19:4, 22:13, 35:20
**hard** [1] - 28:3
**harvest** [2] - 30:4, 30:8
**hashed** [1] - 34:10
**hazy** [1] - 21:25
**HB406** [1] - 2:22
**head** [1] - 10:15
**hear** [3] - 7:14, 27:22, 28:14
**HEARD** [1] - 1:11
**heard** [3] - 7:14, 39:20, 40:2
**held** [5] - 17:5, 17:20, 18:8, 21:2, 21:21
**Hello** [1] - 15:16
**help** [1] - 29:2
**helpful** [5] - 7:25, 24:23, 27:4, 27:9, 28:11
**helps** [1] - 26:6
**hereby** [1] - 44:12
**Herman** [2] - 4:19
**HERMAN** [2] - 1:15
**HIPAA** [1] - 32:1
**HIPAA-protected** [1] - 32:1
**hit** [1] - 29:3
**Hoffman** [1] - 26:11
**hold** [4] - 17:7, 30:20, 32:24
**hole** [1] - 11:19
**holiday** [1] - 22:11
**Honor** [35] - 4:10, 4:16, 4:18, 12:10, 13:6, 13:20, 15:16, 23:13, 23:23, 24:9, 25:17, 26:5, 26:20, 27:17, 28:16, 28:20, 28:23, 29:6, 35:19, 36:6, 36:8, 37:3, 38:6, 38:11, 38:17, 39:14, 39:21, 39:22, 40:1, 40:14, 41:1, 41:15, 41:18, 41:19, 43:3
**Honor's** [6] - 12:16, 37:10, 38:23, 39:20, 40:2, 42:1
**HONORABLE** [1] - 1:11
**hopefully** [6] - 8:2, 8:8, 8:11, 8:17, 10:7, 10:24

**hotels** [1] - 17:16
**hour** [1] - 5:15
**hours** [5] - 20:4, 20:7, 20:8, 20:16
**housed** [1] - 30:19
**http://xarelto.
garrettco** [2] - 16:6, 19:7
**http://xarelto.
garrettco-ccms.
com** [1] - 16:6, 19:7
**hundred** [3] - 12:22, 16:10, 16:22
**hundreds** [1] - 43:18

**I**

**identifying** [1] - 31:25
**immediately** [2] - 24:23, 25:14
**implication** [1] - 39:23
**important** [6] - 7:10, 15:8, 15:25, 20:1, 21:10, 24:7
**IN** [1] - 1:4
**including** [4] - 5:8, 30:19, 37:23, 41:10
**independent** [1] - 33:5
**individuals** [5] - 9:13, 10:13, 10:17, 25:20, 27:4
**inform** [1] - 8:3
**INFORMATION** [1] - 3:6
**information** [24] - 9:15, 14:24, 15:24, 15:25, 16:7, 17:21, 18:1, 18:2, 18:3, 18:4, 22:3, 22:23, 24:18, 27:25, 30:22, 31:16, 31:25, 32:3, 32:24, 33:1, 34:6, 37:23, 37:24, 41:13
**Information** [1] - 23:17
**infrastructure** [14] - 6:6, 6:8, 6:10, 6:16, 6:19, 8:5, 8:7, 12:1, 14:3, 29:13, 30:24, 37:18, 38:13, 42:14
**initial** [1] - 25:4
**initials** [1] - 21:18
**injury** [1] - 8:23
**inside** [2] - 17:7, 33:10
**intelligent** [1] - 15:6
**intelligent-based** [1] - 15:6
**interest** [1] - 19:2
**interested** [5] - 5:9,

13:2, 43:10, 43:11,
43:19
**internally** [2] - 29:24,
32:9
**intrusion** [1] - 33:25
**invite** [1] - 13:3
**involve** [1] - 32:2
**involved** [5] - 9:2,
18:13, 18:16, 19:21,
31:12
**involves** [1] - 32:12
**IP** [1] - 34:2
**Irwin** [4] - 4:16, 39:10,
39:17, 41:2
**IRWIN** [8] - 2:3, 2:4,
4:16, 26:5, 26:18,
37:16, 41:18, 42:3
**issue** [3] - 27:21,
28:17, 39:18
**issued** [2] - 7:5, 13:12
**issues** [11] - 26:2,
26:8, 26:11, 27:2,
28:16, 36:19, 38:3,
38:13, 38:20, 39:6,
39:11
**issuing** [1] - 30:15
**IT** [2] - 32:6, 35:13
**item** [6] - 12:8, 23:16,
23:21, 24:1, 36:7,
37:1
**Item** [6] - 27:19, 36:8,
36:12, 36:18, 36:23,
37:8
**ITEMS** [1] - 3:3
**items** [8] - 13:23,
19:25, 24:14, 37:3,
37:7, 37:9, 37:19,
40:7
**ized** [1] - 9:16

### J

**J&J** [1] - 26:2
**JAMES** [2] - 2:4, 2:19
**Janssen** [1] - 26:2
**Jim** [13] - 4:16, 15:20,
15:22, 16:2, 17:13,
20:25, 22:25, 23:10,
26:3, 37:15, 39:17,
41:17, 42:2
**job** [1] - 42:20
**jobs** [1] - 16:19
**JOHN** [1] - 2:15
**joint** [2] - 13:13, 25:19
**Judge** [1] - 23:4
**judge** [2] - 16:13,
40:20
**JUDGE** [1] - 1:11
**judges** [2] - 13:2,

41:10
**judgment** [1] - 9:18
**jumped** [1] - 14:24
**jumps** [1] - 14:22
**jurisdiction** [1] - 40:20
**jurisdictions** [2] -
41:8, 43:1
**jury** [1] - 13:21

### K

**KATZ** [1] - 1:15
**Katz** [1] - 4:19
**KAYE** [1] - 2:11
**keep** [7] - 5:9, 15:9,
17:19, 18:23, 29:18,
31:14
**kind** [2] - 38:24, 42:4
**knows** [1] - 43:19

### L

**LA** [5] - 1:16, 1:21,
2:5, 2:16, 2:23
**ladies** [1] - 4:8
**last** [5] - 7:14, 13:11,
18:12, 29:20, 31:11
**law** [6] - 16:10, 16:11,
16:12, 16:14, 16:19,
16:22
**lawyer** [4] - 14:7, 14:8,
41:13, 43:11
**lawyers** [6] - 6:17,
11:1, 15:11, 25:6,
39:1, 43:18
**layer** [3] - 32:22, 34:5,
35:8
**layered** [1] - 32:6
**lead** [9] - 5:16, 6:20,
13:16, 13:18, 26:8,
29:7, 33:22, 35:14,
43:8
**leadership** [1] - 5:18
**least** [1] - 16:18
**left** [1] - 16:4
**legitimate** [1] - 29:23
**Leonard** [1] - 4:18
**LEONARD** [1] - 1:15
**LEVIN** [1] - 1:23
**LexisNexis** [1] - 17:6
**Liability** [1] - 4:13
**LIABILITY** [1] - 1:4
**Liaison** [1] - 41:2
**LIAISON** [2] - 1:15, 2:3
**liaison** [18] - 4:14,
4:21, 5:16, 6:20,
12:5, 12:11, 13:19,
14:22, 16:25, 18:4,

24:21, 26:14, 37:23,
38:2, 40:9, 40:15,
42:10, 43:14
**lies** [1] - 35:9
**life** [1] - 31:17
**light** [1] - 37:4
**likely** [1] - 20:21
**likewise** [1] - 43:22
**line** [4] - 10:24, 20:6,
21:13, 34:3
**lines** [1] - 36:17
**list** [1] - 19:23
**listed** [1] - 13:13
**litigants** [3] - 11:23,
11:24, 25:6
**litigation** [5] - 5:10,
7:21, 8:4, 10:9,
10:10, 26:17, 27:2,
27:4, 43:22
**Litigation** [1] - 4:13
**LITIGATION** [1] - 1:4
**litigations** [1] - 37:4
**litigators** [1] - 11:1
**live** [1] - 31:18
**local** [2] - 25:10, 25:11
**located** [1] - 33:7
**location** [1] - 33:7
**locations** [2] - 33:5,
33:14
**locked** [1] - 34:15
**Log** [1] - 37:2
**log** [7] - 6:25, 7:1,
19:6, 29:16, 30:7,
34:4, 37:7
**LOG**..........................
............ [1] - 3:14
**login** [5] - 19:8, 19:12,
34:6, 34:8, 34:19
**logs** [1] - 30:15
**look** [17] - 4:23, 5:21,
8:12, 11:2, 11:6,
11:13, 11:15, 11:21,
14:17, 14:21, 17:17,
20:12, 20:18, 38:25,
39:2, 39:6, 42:15
**looking** [2] - 5:14,
22:24
**Louisiana** [2] - 44:11,
44:12
**LOUISIANA** [2] - 1:1,
1:6

### M

**mail** [12] - 16:1, 16:2,
16:3, 19:4, 19:11,
19:12, 20:14, 20:15,
20:17, 30:5, 41:10
**mails** [1] - 36:19

**main** [2] - 16:3, 17:24
**mainstays** [1] - 30:24
**maintain** [4] - 17:21,
33:2, 33:11, 35:10
**major** [1] - 16:20
**malady** [2] - 9:12,
10:14
**male** [1] - 7:23
**March** [2] - 22:20
**marketed** [1] - 9:10
**master** [2] - 25:2,
36:13
**MASTER** [1] - 3:12
**Master** [1] - 36:12
**match** [1] - 34:9
**material** [1] - 9:1
**materials** [1] - 32:12
**matter** [4] - 6:20, 12:5,
42:21, 44:15
**matters** [7] - 8:5, 30:2,
30:12, 40:10, 42:11,
42:16
**MAY** [1] - 3:18
**MCCALL** [1] - 2:14
**MDL** [13] - 3:11, 4:12,
11:4, 11:18, 18:13,
18:17, 21:23, 25:11,
25:12, 27:10, 27:19,
36:8
**MDL's** [5] - 6:7, 16:11,
19:21, 35:23, 38:12
**mean** [2] - 6:10, 23:6
**meaning** [2] - 9:9,
34:10
**means** [3] - 14:1, 33:3
**MECHANICAL** [1] -
2:25
**mechanism** [1] - 24:8
**medical** [3] - 8:22,
8:23, 32:1
**meet** [13] - 5:16,
14:16, 14:17, 14:25,
15:10, 26:14, 36:15,
36:25, 38:2, 40:9,
41:20, 42:1, 43:5
**MEETING** [1] - 3:17
**meeting** [11] - 5:13,
5:21, 5:25, 6:2, 6:5,
7:15, 23:10, 23:14,
29:7, 42:10
**Meeting** [1] - 42:8
**meetings** [10] - 5:7,
5:11, 5:12, 5:15, 6:5,
13:3, 23:22, 26:7,
36:20, 36:21
**member** [2] - 40:6,
40:15
**mention** [4] - 15:8,
29:21, 39:13, 43:7
**mentioned** [5] - 17:3,

29:14, 30:2, 34:7,
35:24
**menu** [2] - 19:25,
21:24
**merge** [1] - 21:6
**MERIT** [1] - 2:22
**Merit** [2] - 44:10,
44:20
**message** [1] - 14:23
**met** [2] - 27:20, 41:24
**MEUNIER** [3] - 1:19,
1:19, 4:20
**Meunier** [4] - 4:20,
12:14, 26:7
**microcosm** [1] - 10:8
**microphone** [1] -
12:21
**might** [2] - 23:12,
39:12
**mindful** [2] - 28:15,
37:10
**miss** [1] - 5:13
**MITCHELL** [1] - 1:23
**model** [1] - 37:5
**modernize** [1] - 29:9
**moment** [2] - 12:7,
24:24
**money** [2] - 14:13,
27:8
**monitor** [2] - 12:25,
34:1
**monitoring** [1] - 13:2
**month** [9] - 14:21,
14:25, 17:22, 18:10,
18:20, 20:3, 21:25,
22:4, 27:13
**month's** [1] - 20:15
**monthly** [4] - 5:11,
14:11, 14:16, 14:17
**months** [2] - 22:21,
27:13
**MOORE** [1] - 2:3
**morning** [4] - 4:8,
4:10, 4:16, 4:18,
15:18, 28:23, 41:1,
41:14
**most** [5] - 13:20,
15:22, 15:25, 16:17,
21:17
**motion** [1] - 25:24
**motions** [4] - 9:17,
9:18, 9:21, 40:4
**move** [4] - 26:16,
27:14, 31:19, 42:20
**moving** [2] - 9:4,
31:14
**MR** [37] - 4:16, 4:18,
4:20, 12:10, 13:6,
13:10, 15:13, 15:16,
23:4, 23:13, 23:17,

24:1, 24:9, 25:2,
25:17, 26:5, 26:18,
26:20, 27:16, 27:19,
28:15, 28:19, 29:3,
29:4, 36:6, 36:8,
37:16, 38:6, 39:8,
40:1, 40:14, 41:18,
41:19, 42:3, 42:7,
43:3, 44:1
**MS** [3] - 40:25, 41:5,
41:7
**multiple** [1] - 29:18
**must** [1] - 23:8

## N

**nail** [1] - 8:9
**nailed** [2] - 26:16
**name** [3] - 19:7, 19:12,
22:22
**native** [1] - 30:21
**nature** [1] - 8:3
**necessarily** [2] - 23:6,
39:23
**necessary** [3] - 7:9,
8:17, 27:25
**need** [29] - 5:16, 6:7,
6:11, 6:13, 6:18,
8:10, 9:3, 9:14, 9:16,
11:11, 11:23, 14:7,
14:15, 19:7, 21:23,
22:2, 28:22, 29:1,
30:8, 35:16, 38:21,
39:5, 40:10, 41:13,
42:12, 42:13, 43:2
**needed** [2] - 22:12
**needs** [6] - 14:10,
23:5, 23:19, 25:7,
25:15, 38:19
**never** [2] - 18:14,
31:17
**NEW** [7] - 1:6, 1:16,
1:21, 2:5, 2:12, 2:16,
2:23
**new** [1] - 13:12
**New** [1] - 17:12
**next** [13] - 8:8, 8:11,
10:23, 12:14, 15:15,
23:3, 23:16, 23:21,
24:1, 26:17, 26:19,
36:7, 42:7
**Next** [1] - 42:8
**NEXT** [1] - 3:17
**nine** [1] - 21:20
**NJ** [1] - 2:9
**NO** [1] - 1:5
**nobody** [3] - 18:19,
35:4, 43:18
**North** [1] - 33:13

**noted** [1] - 25:18
**nothing** [2] - 5:25,
33:15
**notice** [3] - 6:14, 20:6,
23:20
**notifying** [1] - 6:11
**number** [7] - 12:23,
13:7, 13:8, 25:20,
31:1, 41:20
**Number** [11] - 4:12,
13:13, 13:14, 13:16,
13:17, 13:22, 17:10,
22:19, 27:19, 36:12,
37:8
**numbered** [1] - 44:15
**numbers** [3] - 6:12,
32:1, 34:11
**numeric** [1] - 21:16
**NY** [1] - 2:12

## O

**O'KEEFE** [1] - 1:16
**obviously** [1] - 29:19
**occur** [1] - 30:24
**OF** [2] - 1:1, 1:10
**offenders** [1] - 22:9
**office** [1] - 36:4
**Office** [1] - 25:5
**Official** [2] - 44:11,
44:20
**OFFICIAL** [1] - 2:21
**oftentimes** [4] - 7:8,
13:2, 27:3, 36:3
**OLINDE** [1] - 2:15
**ON** [1] - 3:9
**once** [4] - 19:6, 19:24,
30:4, 31:16
**one** [49] - 6:6, 9:8,
10:22, 10:23, 11:4,
15:15, 15:22, 16:2,
16:12, 16:13, 16:20,
16:21, 18:9, 18:11,
19:3, 19:10, 21:6,
23:3, 23:4, 26:6,
26:8, 26:19, 28:16,
29:16, 29:17, 30:10,
30:19, 30:25, 31:2,
32:15, 33:5, 33:6,
34:2, 35:12, 35:23,
37:3, 37:9, 39:10,
39:12, 39:13, 40:7,
40:11, 42:9, 42:23,
43:3
**ONE** [1] - 3:18
**one-stop** [1] - 29:16
**ones** [1] - 18:5
**online** [4] - 15:9,
15:19, 18:6, 34:17

**open** [2] - 5:11, 42:9
**opinions** [1] - 9:15
**opportunities** [1] -
8:22
**opportunity** [10] -
5:21, 10:4, 10:5,
10:24, 11:2, 11:6,
11:13, 11:15, 11:20,
35:22
**opposing** [1] - 41:22
**Order** [10] - 12:8,
13:14, 13:16, 13:17,
13:22, 17:10, 22:19,
23:19, 36:18, 37:8
**order** [19] - 7:5, 7:8,
8:13, 12:2, 12:6,
18:21, 25:4, 25:8,
27:13, 32:17, 36:22,
37:13, 37:23, 38:14,
38:25, 40:2, 43:13,
43:15
**ORDER** [1] - 4:4
**ORDER..................
............** [1] - 3:13
**ORDER.....................
............** [1] - 3:15
**ORDER......................
............** [1] - 3:5
**orders** [4] - 5:6, 7:4,
12:15, 13:12
**organizational** [1] -
43:17
**original** [1] - 13:15
**ORLEANS** [6] - 1:6,
1:16, 1:21, 2:5, 2:16,
2:23
**Orleans** [1] - 17:12
**Orran** [7] - 7:14,
24:24, 27:20, 27:22,
28:10, 28:14, 28:20
**ORRAN** [1] - 2:18
**otherwise** [1] - 25:10
**ought** [7] - 6:23, 6:25,
7:2, 7:4, 9:4, 9:5,
42:18
**outside** [3] - 24:17,
24:22, 33:6
**oversee** [1] - 17:21
**own** [8] - 21:15, 25:24,
28:22, 32:14, 33:2,
33:10, 33:11, 34:18

## P

**PACER** [4] - 30:3,
30:5, 30:9, 30:13
**page** [1] - 20:2
**PAGE** [1] - 3:3
**paid** [2] - 14:1, 14:2

**PAPANTONIO** [1] -
1:23
**paper** [1] - 28:4
**paragraph** [1] - 25:19
**PARK** [1] - 2:9
**part** [5] - 9:19, 15:23,
19:1, 31:2, 35:10
**partially** [1] - 6:6
**participate** [4] - 43:20,
43:21, 43:22
**participating** [1] -
43:11
**participation** [1] -
27:9
**particular** [18] - 5:3,
6:13, 6:22, 7:11,
7:17, 9:2, 10:14,
13:14, 14:13, 15:5,
17:2, 17:4, 20:15,
20:18, 28:17, 32:24,
38:19, 43:8
**particularly** [2] -
27:24, 39:14
**parties** [19] - 6:21,
6:22, 8:6, 8:12, 12:2,
27:24, 28:12, 28:25,
29:7, 29:8, 29:19,
29:24, 30:11, 30:19,
31:1, 31:5, 31:19,
34:23, 35:22
**partner** [4] - 19:13,
19:14, 19:16, 19:18
**partners** [1] - 19:10
**parts** [3] - 28:7, 28:8,
34:25
**party** [3] - 7:1, 25:14,
30:15
**password** [8] - 18:4,
19:8, 19:13, 22:22,
34:7, 34:12, 34:16,
34:19
**passwords** [3] -
34:10, 34:17, 34:19
**past** [6] - 8:22, 8:23,
14:5, 22:15, 28:2,
41:9
**PDFs** [1] - 30:21
**peculiar** [1] - 38:16
**penetration** [3] - 32:9,
33:25, 35:7
**PENSACOLA** [1] -
1:25
**people** [6] - 6:11,
10:1, 10:2, 10:5,
10:6, 12:18, 12:22,
18:18, 21:17, 23:18,
24:8, 24:13, 26:9,
32:6, 32:10, 32:22,
33:21, 34:6, 34:8,
35:1

**PEPPER** [1] - 2:21
**Pepper** [3] - 44:9,
44:18, 44:19
**perhaps** [4] - 6:5,
9:16, 10:16, 28:11
**period** [6] - 4:24, 8:17,
8:18, 22:6, 22:8
**person** [6] - 14:23,
15:7, 21:18, 34:19,
37:18, 39:10
**personal** [1] - 31:24
**pgarrett@garrettco.
com** [1] - 15:25
**phase** [2] - 26:17,
31:18
**Phil** [8] - 14:5, 14:11,
14:15, 15:9, 15:16,
23:5, 23:10, 29:2
**PHILIP** [3] - 2:18,
15:16, 29:3
**phone** [3] - 12:18,
12:22, 23:22
**physical** [4] - 33:4,
33:6, 33:8, 33:16
**pick** [7] - 10:4, 10:5,
10:19, 10:21, 17:20,
20:23
**piece** [1] - 30:12
**pilot** [1] - 28:11
**place** [10] - 8:19,
29:16, 29:17, 30:9,
30:10, 30:19, 31:2,
33:9, 33:18
**placed** [1] - 5:13
**plaintiff** [6] - 13:25,
15:11, 18:13, 32:24,
32:25, 43:10
**plaintiff's** [1] - 41:13
**PLAINTIFFS** [1] - 1:23
**plaintiffs** [13] - 4:19,
4:21, 7:22, 8:20,
8:21, 10:4, 10:12,
14:20, 23:1, 23:9,
23:14, 27:25, 38:22
**PLAINTIFFS'** [2] -
1:14, 3:7
**Plaintiffs'** [2] - 13:18,
23:21
**plaintiffs'** [4] - 14:8,
33:22, 43:4
**play** [2] - 19:4, 31:9
**pleadings** [2] - 30:2,
30:4
**point** [10] - 9:24, 11:5,
11:12, 11:16, 19:8,
37:18, 39:2, 39:9,
39:10, 42:13
**police** [1] - 42:11
**pool** [8] - 8:1, 9:22,
10:3, 10:6, 10:7,

10:11, 10:19, 28:8
**possible** [3] - 7:16, 9:20, 32:8
**post** [3] - 13:7, 13:8, 20:14
**posted** [2] - 5:6, 12:16
**posting** [1] - 12:23
**power** [1] - 33:5
**PowerPoint** [1] - 15:17
**POYDRAS** [4] - 1:20, 2:5, 2:15, 2:22
**predominate** [1] - 9:8
**premeeting** [1] - 5:22
**prepare** [1] - 8:12
**prepared** [7] - 6:1, 7:10, 8:21, 9:1, 26:7, 40:4, 41:25
**prepares** [1] - 15:2
**preparing** [1] - 41:9
**prescription** [2] - 27:11, 27:12
**PRESENT** [1] - 2:18
**present** [3] - 12:14, 12:24, 39:6
**presentation** [5] - 15:11, 15:18, 26:13, 28:22, 34:5
**presentations** [2] - 12:12, 12:13
**presently** [1] - 15:12
**Preservation** [1] - 36:18
**PRESERVATION** [1] - 3:13
**preservation** [3] - 36:19, 36:22, 37:23
**Pretrial** [8] - 12:8, 13:14, 13:16, 13:17, 13:22, 17:10, 22:19, 23:19
**PRETRIAL** [1] - 3:5
**pretrial** [3] - 12:15, 13:12, 43:13
**pretty** [1] - 27:8
**prevent** [1] - 38:23
**preventing** [1] - 32:9
**prevents** [1] - 35:1
**previous** [1] - 19:21
**prime** [1] - 32:13
**print** [1] - 19:17
**printing** [1] - 17:6
**private** [4] - 32:14, 32:18, 35:3
**PRIVILEGE** [1] - 3:14
**privilege** [5] - 6:25, 7:1, 7:2, 7:3, 37:7
**Privilege** [1] - 37:2
**pro** [1] - 18:11
**problem** [7] - 10:17,

11:18, 17:13, 17:14, 22:11, 28:2, 36:3
**problems** [3] - 6:9, 7:24, 35:23
**procedure** [9] - 5:1, 6:13, 10:20, 11:4, 12:3, 14:3, 42:18, 42:19
**proceeding** [4] - 30:25, 31:7, 31:17, 32:2
**proceedings** [3] - 4:23, 38:12, 44:15
**PROCEEDINGS** [3] - 1:10, 2:25, 4:1
**proceeds** [1] - 9:21
**process** [7] - 6:11, 7:13, 10:22, 10:25, 31:4, 31:14, 40:16
**PROCTOR** [1] - 1:23
**produce** [1] - 43:23
**produced** [1] - 7:18
**PRODUCED** [1] - 2:25
**product** [1] - 32:19
**production** [4] - 9:2, 30:21, 36:14, 36:22
**Products** [1] - 4:13
**PRODUCTS** [1] - 1:4
**professional** [1] - 41:22
**Professor** [1] - 37:6
**profile** [3] - 7:12, 27:23, 36:9
**program** [9] - 16:5, 18:16, 21:12, 28:11, 29:8, 29:13, 30:3, 30:8, 31:7
**programmers** [2] - 18:15, 21:5
**programs** [1] - 31:24
**promote** [1] - 7:7
**promptly** [1] - 35:25
**proper** [1] - 27:1
**properly** [2] - 9:10
**proposal** [4] - 24:2, 24:4, 26:21, 37:2
**proposals** [1] - 37:25
**proposed** [3] - 5:17, 5:19, 12:6
**propounded** [1] - 30:14
**protect** [3] - 33:16, 34:16, 34:17
**protected** [2] - 18:4, 32:1
**protection** [8] - 33:24, 33:25, 34:3, 35:7, 35:8, 35:13, 35:18
**protections** [1] - 32:19

**protective** [3] - 7:4, 7:8
**Protective** [1] - 37:8
**PROTECTIVE** [1] - 3:15
**protects** [1] - 35:3
**protocol** [5] - 6:16, 6:18, 6:21, 6:23, 36:22
**provide** [3] - 27:12, 37:12, 40:21
**provided** [8] - 25:3, 25:4, 26:21, 36:9, 36:13, 37:1, 40:17, 41:2
**providers** [2] - 24:17, 24:22
**PSC** [7] - 17:22, 23:23, 25:3, 25:25, 36:12, 39:11, 43:9
**purpose** [1] - 10:25
**purposes** [3] - 26:12, 31:12
**put** [19] - 5:3, 7:7, 8:21, 14:12, 14:13, 14:19, 15:4, 16:20, 16:22, 17:1, 17:19, 18:8, 20:3, 20:4, 20:6, 27:5, 29:14, 43:23
**putting** [2] - 16:12, 17:25

## Q

**questions** [9] - 6:17, 9:6, 16:1, 23:11, 25:21, 29:23, 31:21, 35:20
**QuickBooks** [1] - 18:6
**quicker** [1] - 25:9
**quickly** [1] - 29:25

## R

**RAFFERTY** [1] - 1:23
**raised** [1] - 25:21
**random** [1] - 34:11
**rather** [2] - 16:14, 19:17
**RE** [1] - 1:4
**re** [1] - 4:12
**reach** [2] - 16:1, 16:2
**read** [1] - 34:25
**ready** [6] - 7:10, 22:23, 32:12, 32:13, 32:16, 41:25
**really** [4] - 23:19, 29:15, 33:7, 42:22

**Realtime** [2] - 44:9, 44:19
**REALTIME** [1] - 2:21
**reason** [3] - 19:14, 20:18, 22:9
**reasonable** [1] - 22:9
**reasons** [2] - 11:10, 20:8
**REATH** [1] - 2:7
**receivables** [1] - 18:23
**receive** [1] - 15:7, 20:14, 20:15
**received** [2] - 24:2, 24:4
**recess** [2] - 43:25, 44:3
**recognize** [1] - 39:5
**record** [4] - 4:15, 18:7, 30:13, 44:14
**RECORDED** [1] - 2:25
**records** [3] - 12:16, 32:1, 32:25
**recovery** [1] - 33:13
**redundant** [1] - 33:12
**reference** [1] - 25:18
**refrain** [1] - 27:5
**regard** [2] - 12:20, 27:3
**regarding** [4] - 25:21, 26:22, 36:19, 37:2
**Registered** [1] - 44:9
**REGISTERED** [1] - 2:22
**registered** [3] - 30:6, 33:9, 44:20
**reinforce** [1] - 13:24
**reiterate** [1] - 20:20
**rejected** [4] - 20:5, 20:7, 20:8, 20:16
**RELATES** [1] - 1:7
**remain** [1] - 15:10
**remarks** [1] - 38:23
**remind** [1] - 23:18
**report** [14] - 13:13, 14:11, 14:16, 16:24, 17:18, 17:20, 18:9, 21:20, 24:6, 25:19, 29:11, 36:23
**REPORTER** [3] - 2:21, 2:21, 2:22
**Reporter** [7] - 44:9, 44:10, 44:11, 44:19, 44:20, 44:20
**REPORTER'S** [1] - 44:7
**reporting** [1] - 36:24
**reports** [5] - 21:20, 21:21, 21:22, 31:22

**repository** [1] - 30:20
**represent** [2] - 10:8, 42:16
**representative** [1] - 8:3
**represented** [1] - 10:10
**requested** [1] - 25:22
**requests** [3] - 7:3, 30:13, 36:14
**require** [1] - 38:16
**required** [2] - 25:22, 27:6
**resolve** [2] - 38:3, 39:12
**resolved** [15] - 11:3, 11:8, 11:10, 11:16, 11:22, 15:1, 40:10, 40:11, 42:12, 42:13, 42:24, 42:25, 43:2
**respect** [6] - 12:15, 25:2, 27:19, 36:18, 37:8, 37:13
**respond** [1] - 30:17
**responded** [1] - 30:14
**response** [2] - 25:4, 37:12
**responsibility** [3] - 7:6, 11:12, 20:12
**rests** [1] - 33:2
**retain** [1] - 13:15
**return** [1] - 42:4
**review** [3] - 16:13, 29:25, 40:22
**reviewed** [2] - 23:7, 24:3
**reviewers** [1] - 16:3
**reviewing** [1] - 40:19
**reviews** [1] - 15:23
**Rice's** [1] - 37:6
**rise** [2] - 4:7, 44:2
**RIVAROXABAN** [1] - 1:4
**RMR** [2] - 2:21, 44:19
**robust** [2] - 33:17, 35:12
**role** [2] - 34:21, 35:1
**role-based** [1] - 35:1
**ROOM** [1] - 2:22
**Rosa** [2] - 16:2, 19:11
**Rules** [1] - 25:23
**run** [1] - 41:25
**running** [1] - 23:24
**runs** [1] - 22:1

## S

**s/Cathy** [1] - 44:18
**safeguard** [3] - 32:2,

32:8, 34:18
**sample** [2] - 31:5, 31:6
**satisfactorily** [1] - 15:1
**save** [4] - 21:4, 21:5, 21:7, 21:8
**scanning** [1] - 19:18
**schedule** [2] - 38:18, 42:21
**scheduled** [1] - 5:20
**scheduling** [6] - 8:13, 12:2, 36:25, 38:14, 38:25, 40:1
**SCHOLER** [1] - 2:11
**scope** [2] - 10:9, 39:4
**screen** [2] - 15:24, 31:5
**seal** [1] - 14:19
**search** [2] - 17:2, 28:5
**searchable** [2] - 7:19, 16:25
**season** [1] - 22:11
**seated** [2] - 4:8, 13:21
**second** [1] - 20:6
**secret** [1] - 5:25
**Section** [2] - 13:13
**secure** [4] - 29:24, 33:6, 33:17, 34:2
**Security** [1] - 31:25
**security** [13] - 28:17, 29:22, 31:21, 32:21, 33:3, 33:4, 33:8, 33:16, 33:19, 35:13, 35:14
**see** [35] - 7:17, 8:14, 8:17, 9:14, 11:2, 11:7, 14:20, 14:22, 15:24, 16:4, 16:7, 18:1, 18:3, 18:5, 18:19, 19:24, 20:8, 20:13, 26:15, 28:12, 31:9, 32:10, 32:16, 34:12, 34:21, 34:22, 34:24, 35:4, 35:11, 35:16, 35:22, 38:3, 40:10, 41:7, 43:13
**seeing** [2] - 32:10, 35:2
**sees** [1] - 32:15
**select** [1] - 28:8
**selections** [1] - 35:25
**send** [3] - 11:17, 11:22, 19:3
**sending** [1] - 19:18
**senior** [1] - 19:16
**sense** [2] - 9:24, 42:20
**sent** [1] - 17:9
**serious** [1] - 39:19
**Serve** [2] - 24:1, 24:2
**SERVE** [1] - 3:8

**serve** [4] - 25:1, 31:13, 31:14, 32:16
**served** [2] - 32:13, 36:16
**servers** [5] - 33:1, 33:2, 33:4, 33:10, 33:12
**service** [6] - 19:1, 15:22, 26:1, 26:2, 26:11, 26:24
**SERVICE** [1] - 3:9
**Service** [1] - 25:19
**serving** [2] - 6:21, 24:8
**set** [10] - 5:5, 6:8, 18:18, 19:4, 21:15, 21:17, 26:9, 32:14, 36:13, 38:11
**sets** [1] - 40:19
**settles** [1] - 10:23
**Seventh** [2] - 7:6, 7:7
**several** [1] - 12:21
**shared** [1] - 17:17
**SHARKO** [1] - 2:8
**sharko** [1] - 41:2
**sheet** [8] - 19:9, 19:10, 22:22, 29:8, 29:20, 31:4, 31:6, 32:11
**Sheet** [1] - 19:9
**sheets** [8] - 7:12, 7:20, 10:8, 15:3, 20:13, 24:25, 29:10, 31:12
**shopping** [1] - 29:16
**short** [2] - 8:18, 15:17
**shot** [1] - 10:15
**show** [5] - 15:18, 17:14, 20:2, 21:9, 35:16
**shows** [1] - 32:4
**sick** [1] - 22:12
**sides** [5] - 9:3, 24:19, 25:16, 27:20, 28:15
**sign** [3] - 19:10, 19:17, 19:19
**signature** [3] - 19:13, 19:14, 19:19
**signed** [2] - 19:16, 30:6
**similar** [2] - 32:2, 33:12
**simple** [1] - 18:15
**simply** [1] - 5:25
**simultaneous** [1] - 38:22
**site** [7] - 16:5, 16:7, 19:12, 19:23, 20:8, 20:17, 33:13
**sites** [1] - 33:16
**six** [1] - 10:21
**slide** [1] - 16:4

**smorgasbord** [1] - 30:23
**Social** [1] - 31:25
**software** [2] - 14:6, 28:10
**solve** [2] - 35:17, 35:22
**sometimes** [4] - 6:12, 7:13, 12:24, 27:9
**soon** [3] - 24:6, 27:8, 31:8
**sort** [5] - 6:16, 8:24, 16:15, 32:9, 38:12
**sortable** [1] - 21:20
**source** [1] - 33:5
**SOUTH** [1] - 1:24
**space** [1] - 35:2
**spaces** [1] - 32:18
**speaking** [1] - 39:18
**specific** [1] - 15:4
**spend** [1] - 27:8
**spoken** [1] - 24:3
**spreadsheet** [5] - 20:9, 20:10, 40:18, 41:3, 41:9
**SR** [2] - 2:18, 2:18
**stage** [3] - 8:1, 9:5, 39:17
**stand** [2] - 28:24, 43:24
**standpoint** [4] - 8:25, 13:25, 14:8, 20:2
**start** [4] - 5:15, 10:22, 22:23, 34:23
**started** [1] - 40:16
**starting** [2] - 22:20, 34:3
**State** [2] - 41:1, 44:10
**state** [3] - 13:1, 13:19, 40:15
**STATE/FEDERAL** [1] - 3:16
**State/Federal** [1] - 40:13
**States** [2] - 44:11, 44:21
**STATES** [2] - 1:1, 1:11
**status** [4] - 13:11, 23:14, 42:7, 43:5
**Status** [1] - 42:8
**STATUS** [2] - 1:10, 3:17
**stay** [1] - 11:19
**Steering** [2] - 13:18, 23:22
**STEERING** [1] - 3:7
**steering** [2] - 13:20, 41:24
**STENOGRAPHY** [1] - 2:25

**step** [4] - 6:1, 7:18, 30:10, 38:8
**Steve** [3] - 38:5, 38:6, 40:3
**STEVEN** [1] - 2:11
**still** [2] - 23:7
**stipulations** [1] - 25:15
**stone** [1] - 8:15
**stop** [1] - 29:16
**stored** [1] - 16:5
**stores** [1] - 11:19
**straighten** [1] - 14:24
**stream** [1] - 21:24
**Street** [1] - 10:16
**STREET** [6] - 1:20, 1:24, 2:5, 2:12, 2:15, 2:22
**strongly** [1] - 7:5
**structure** [4] - 7:2, 32:7, 33:20, 43:17
**stuff** [2] - 17:20, 22:5
**subcommittee** [3] - 14:9, 43:12, 43:16
**subcommittees** [1] - 43:10
**submission** [3] - 19:15, 20:15, 21:19
**submissions** [2] - 20:1, 20:24
**submit** [6] - 19:15, 20:25, 21:11, 22:5, 22:17, 32:15
**submitted** [3] - 7:3, 20:21, 22:20
**submitting** [3] - 20:25, 22:10, 22:23
**substance** [1] - 42:17
**substantive** [3] - 9:18, 38:24, 42:15
**subtract** [1] - 5:22
**SUITE** [3] - 1:20, 1:24, 2:5
**summary** [2] - 9:18, 15:3
**supposed** [4] - 31:13, 32:10, 35:3, 35:5
**SUSAN** [1] - 2:8
**suspect** [1] - 42:17
**switch** [1] - 28:22
**system** [26] - 15:18, 16:9, 16:16, 16:23, 17:24, 17:25, 18:1, 18:7, 18:14, 18:17, 18:18, 18:19, 18:21, 19:1, 19:3, 19:24, 24:13, 30:6, 30:11, 30:15, 32:13, 33:21, 33:23, 34:7, 34:11, 34:20

**systems** [1] - 32:7

## T

**tab** [1] - 12:18
**tables** [3] - 32:23, 33:1, 35:2
**tailor** [1] - 38:18
**task** [4] - 19:20, 19:22, 24:17
**tasked** [1] - 39:17
**tasks** [1] - 31:11
**technical** [2] - 33:3, 33:19
**test** [2] - 31:6, 35:9
**TEXACO** [1] - 2:4
**THE** [44] - 1:11, 1:14, 1:23, 2:3, 2:7, 4:7, 4:8, 4:11, 4:12, 4:14, 4:22, 12:20, 13:8, 13:24, 15:14, 22:25, 23:9, 23:16, 23:25, 24:7, 24:16, 25:5, 26:3, 26:14, 26:19, 27:3, 27:18, 27:22, 29:2, 35:21, 36:7, 37:15, 38:1, 39:1, 39:25, 40:9, 41:4, 41:6, 41:16, 42:2, 42:5, 42:8, 43:7, 44:2
**themselves** [2] - 8:24, 17:7
**they've** [4] - 14:11, 14:12, 14:13, 15:4
**THIS** [1] - 1:7
**THOMAS** [1] - 1:23
**thousand** [4] - 6:17, 10:2, 21:22, 27:7
**thousands** [3] - 9:25, 28:3
**three** [3] - 21:16, 32:6, 42:23
**three-digit** [1] - 21:16
**three-tiered** [1] - 32:6
**throughout** [2] - 31:18, 40:18
**thumbprint** [1] - 33:8
**tiered** [1] - 32:6
**Tim** [1] - 37:19
**timeframe** [2] - 25:21, 25:22
**timely** [1] - 24:22
**TO** [2] - 1:7, 4:4
**today** [4] - 8:6, 12:14, 26:13, 40:17
**together** [6] - 5:17, 14:6, 16:12, 21:6, 37:24, 42:18

**OFFICIAL TRANSCRIPT**

toll [1] - 27:11
TOLLING [1] - 3:10
tolling [10] - 6:19,
   26:20, 27:3, 27:9,
   27:11, 39:14, 39:16,
   39:19, 39:24
Tolling [1] - 26:19
top [1] - 16:4
total [1] - 28:6
totality [1] - 7:21
totally [2] - 16:24,
   18:18
touch [3] - 15:9,
   24:25, 33:15
touched [1] - 42:6
touching [1] - 13:1
track [1] - 29:18
tracked [1] - 37:5
tracking [2] - 18:11,
   18:16
traffic [1] - 33:18
transactions [3] -
   17:18, 17:23, 18:10
transcribed [1] - 5:12
TRANSCRIPT [2] -
   1:10, 2:25
transcript [1] - 44:13
transcripts [2] - 5:7,
   5:12
transferee [1] - 11:17
transferor [1] - 13:15
transfers [2] - 25:11,
   25:12
travel [1] - 17:5
treasure [1] - 32:23
trial [1] - 7:10
trials [3] - 10:22,
   31:20, 35:25
tried [1] - 26:11
trim [1] - 9:19
true [1] - 44:13
try [4] - 10:3, 10:21,
   34:4, 42:22
trying [5] - 16:10,
   20:11, 26:25, 32:8,
   37:25
tune [1] - 37:3
turn [1] - 12:4
turned [2] - 23:18,
   23:19
turns [1] - 8:16
tweak [2] - 38:16, 39:5
two [13] - 5:20, 9:7,
   15:20, 22:24, 26:7,
   26:15, 27:13, 33:3,
   33:5, 37:25, 38:2,
   40:9, 42:23
type [6] - 7:2, 7:15,
   8:4, 11:7, 27:5, 37:6

## U

uber [1] - 34:24
ultimate [1] - 38:25
umbrella [2] - 29:14,
   31:2
under [7] - 7:23,
   14:19, 17:20, 23:19,
   29:14, 30:14, 31:2
underlying [2] - 40:22,
   41:12
unfortunately [1] -
   15:21
UNITED [2] - 1:1, 1:11
United [2] - 44:11,
   44:21
united [1] - 40:8
unless [1] - 28:21
unlike [1] - 6:7
up [24] - 5:9, 5:14, 6:8,
   8:22, 9:1, 17:19,
   17:21, 18:18, 19:4,
   20:23, 21:15, 21:17,
   22:13, 23:23, 26:9,
   26:12, 27:5, 28:10,
   30:6, 31:6, 32:14,
   34:16, 38:8
update [1] - 28:24
upload [3] - 18:21,
   21:2, 30:9
URQUHART [1] - 2:3
user [4] - 19:7, 19:12,
   22:22, 34:18
users [6] - 33:21,
   34:16, 34:24, 34:25
uses [1] - 18:24

## V

various [6] - 11:10,
   16:11, 28:7, 28:8,
   40:18, 42:25
view [4] - 19:25,
   20:24, 21:19, 30:7
viewing [1] - 20:1
views [1] - 42:17
Vioxx [1] - 37:5
Virginia [1] - 33:6
virus [2] - 33:24, 35:7
VOICES [1] - 4:10
vulnerability [1] -
   33:25

## W

wait [2] - 38:9
warnings [1] - 9:11
WARSHAUER [1] -
   1:19
waste [1] - 10:1
website [9] - 5:2, 5:3,
   5:6, 5:7, 5:9, 5:13,
   12:17, 13:7
week [1] - 22:13
weeks [6] - 8:9, 8:12,
   22:24, 26:15, 38:3,
   40:9
welcome [2] - 4:22,
   43:21
WEST [1] - 2:12
WHEREUPON [1] -
   44:3
whole [3] - 9:19, 10:9,
   10:25
WILL [2] - 3:17, 3:18
wish [1] - 31:1
wonderful [1] - 41:25
works [2] - 31:9, 36:16
workspace [1] - 32:15
worry [1] - 31:23
write [1] - 18:15
written [1] - 8:15
www.laed.uscourts.
   gov [1] - 12:17

## X

Xarelto [2] - 4:12,
   12:18
XARELTO [1] - 1:4
Xpress [2] - 24:1, 24:2
XPRESS.....................
   .............. [1] - 3:8

## Y

y'all [1] - 22:2
years [3] - 15:21,
   18:12, 42:23
YORK [1] - 2:12
yourself [1] - 22:22