UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Betty Stroud et al. v. Bayer Healthcare LLC, et al.*, Civil Action No.: 2:15-cv-00203 | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Betty Stroud, individually, and Raymond J. Geiman and Lynn Chapo, as personal representatives of the estate of Larry Stroud, by and through the undersigned counsel, hereby voluntarily dismiss this action without prejudice.

Respectfully submitted,

Dated: March 9, 2015

By: /s/ *Hugh P. Lambert*
Hugh P. Lambert (MI Bar #23567;
LA Bar #7933)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com

1

2

Gerald E. Meunier (LA Bar #9471)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
gmeunier@gainsben.com

*Attorneys for the Plaintiff*