AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| CAROYLYN PARKER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   MDL 2592 -- SD MS Case15-0010 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/ | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CAROLYN PARKER

Date:   02/27/2015

*Mekel S. Alvarez*
*Attorney's signature*

Mekel S. Alvarez    La Bar No.: 22157
*Printed name and bar number*

Morris Bart, LLC, 909 Poydras St., 20th Floor
New Orleans, LA 70112
*Address*

malvarez@morrisbart.com
*E-mail address*

(504) 599-3385
*Telephone number*

(504) 599-3392
*FAX number*