AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

<u>JOHN A SMITH, ET AL</u>  )
Plaintiff )
v. ) Civil Action No. 3:15-CV-00308-RGJ-KLH
) Judge Robert G James
<u>JANSSEN ORTHO L L C., ET AL</u> )
Defendant )

## SUMMONS IN A CIVIL ACTION

To:
**Janssen Ortho L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mekel Smith Alvarez
Morris Bart & Assoc (NO)
909 Poydras St Ste 2000
New Orleans, LA 70112−4000

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 2/13/2015

/s/ − Tony R. Moore

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-308 - RGJ-KLH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janssen Ortho, LLC

was received by me on *(date)* 02/24/2015 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Amy McLaren , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Certified Mail/Return Receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/09/2015

*Judith R. Rhoden*
Server's signature

Judith R. Rhoden
Printed name and title

Morris Bart, LLC
909 Poydras St., Ste. 2000, New Orleans, LA 70112
Server's address

Additional information regarding attempted service, etc:

**JOHN A. SMITH**
**15-308**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Amy McLaren_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>JANSSEN ORTHO, LLC<br>1209 ORANGE ST.<br>WILMINGTON, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FEB 2 4 2015 |
| | 3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7014 2120 0004 4295 1044 |
| PS Form 3811, July 2013 | Domestic Return Receipt |