UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Fred Moses and Jennie Moses,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| v | } Civil Action No.   15-00206 |
| | } |
| **Janssen Research and Development, LLC; et al** | } |
| | } |
| | } |
| **Defendants.** | } |

**NOTICE OF APPEARANCE**

Comes Now, Camille L. Edwards, of the law firm Burke Harvey, LLC and hereby enters her appearance as additional counsel for Plaintiff's in the above-captioned matter.  Please forward all future correspondence, motions, orders or inquiries regarding this matter to her attention at the email and/or mailing addresses set out below.

Dated this the 10th day of March, 2015.

Respectfully submitted,

/s/ Camille L. Edwards
Camille L. Edwards (EDW 032)

**Of Counsel:**

Burke Harvey, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL  35243

Telephone:     (205) 930-9091
Facsimile:      (205) 930-9054
cedwards@burkeharvey.com

**CERTIFICATE OF SERVICE**

      I, Camille L. Edwards, do hereby certify that on March 10, 2015, I caused to be served a true and correct copy of the foregoing Notice of Appearance via electronic filing and/or placing a copy of same in the U.S. mail, first-class and postage prepaid to the following:

Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NK 08933

Janssen Pharmaceutical, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08560

Bayer Healthcare, LLC
c/o Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802

Bayer Healthcare Pharmaceuticals, Inc.
67 Whippany Road
Whippany, NJ 07981

Bayer Corporation
100 Bayer Road
Pittsburgh, PA 15205

Janssen Ortho, LLC
c/o CT Corporation
1209 North Orange Street
Wilmington, DE 19801

      Dated this the 10th day of March, 2015.

                                                 /s/ Camille L. Edwards
                                                 Camille Edwards (CLE 032)