**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) **MDL No. 2592** |
| This Fact Sheet Relates To: | ) ) **SECTION: L** |
| 2:15-cv-00196-EEF-MBN | ) **JUDGE FALLON** ) **MAG. JUDGE SHUSHAN** ) ) ) **Plaintiff: ANNIE WILLIAMS** |

<u>**ENTRY OF APPEARANCE**</u>

COMES NOW Seth Sharrock Webb, individually and for Brown & Crouppen, P.C., and

enters his appearance on behalf of the Plaintiff, Annie Williams.

Respectfully submitted,

/s/ SETH SHARROCK WEBB
Seth Sharrock Webb, 51236
Brown & Crouppen, P.C.
211 North Broadway, Suite 1600
St. Louis, MO  63102
(314) 222-2222
Fax (314) 667-3112
sethw@getbc.com

ATTORNEY FOR PLAINTIFF