## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bertrand v. Janssen*<br>Civil Action No. 2:15-cv-302 | CASE NO.: 14-md-2592<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL B. NORTH |

### NOTICE OF APPEARANCE

COMES NOW, Michael Hingle of Michael Hingle & Associates and enters his appearance on behalf of the above named Plaintiff.

DATED this 10th day of March, 2015.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

/s/ Michael Hingle
Michael Hingle, LA # 6943
Michael Hingle & Associates
220 Gause Boulevard
Slidell, LA 70458
Telephone:  (985) 641-6800
Fax: (985) 646-1471
julie@hinglelaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM / ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Michael Hingle
Michael Hingle

1