AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| ANDREW SILVA | ) |
| ——————————————— | ) |
| *Plaintiff* | ) |
| v. | ) |
| Janssen Research & Development LLC f/k/a Johnson & | )   Civil Action No. |
| Johnson Pharmaceutical Research and Development, LLC, et al. | ) |
| ——————————————— | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Johnson & Johnson Company
> One Johnson & Johnson Plaza
> New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Robert Stein, Esq.
> The Stein Law Firm, PLLC
> One Barberry Lane
> Concord, NH 03302-2159

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

Additional information regarding

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ❐ Agent  ❐ Addressee<br>B. Received by ( Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Johnson & Johnson Company<br>One Johnson & Johnson Plaza<br>New Brunswick, New Jersey 08933 | D. Is delivery address different from item 1?  ❐ Yes<br>If YES, enter delivery address below:  ❐ No<br><br>3. Service Type<br>☒ Certified Mail  ❐ Express Mail<br>❐ Registered  ☒ Return Receipt for Merchandise<br>❐ Insured Mail  ❐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ❐ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 1160 0004 7047 7601 | |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1540 |