AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| MORRISON M. DUBOIS, etc., et al | ) | |
| Plaintiff | ) | |
| v. | ) | Case No.  2:14-MD-02592; ref 2:15-cv-510 |
| JANSSEN RESEARCH & DEVELOPMENT LLC et al | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Morrison M. Dubois, as Executor of Estate of Bonnie R. Seal Dubois; & Wendy Johnson, Individually, et al.

Date: 03/10/2015

*Attorney's signature*

James R. Reeves, Jr. (Miss. Bar #9519)
*Printed name and bar number*

160 Main Street
Biloxi, MS  39530
*Address*

jrr@rmlawcall.com
*E-mail address*

(228) 374-5151
*Telephone number*

(228) 374-6630
*FAX number*