AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Beverly J. Betts and Thomas E. Betts  )
_____ )
*Plaintiff*                            )
              v.                       )   Civil Action No.   5:15-cv-2-GNS
Janssen Research & Development LLC f/k/a Johnson & )
Johnson Pharmaceutical Research and Development, LLC, et al. )
                                       )
_____ )
*Defendant*                            )

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Bayer Corporation
> C/O Illinois Corporation Service C
> 801 Adlai Stevenson Drive
> Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Matthew C. Minner
> Hare, Wynn, Newell and Newton, LLP
> 200 West Vine Street; Suite 700
> Lexington, Kentucky 40507

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/16/2015          s/ M. Morris, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Additional information regardi[ng]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Bayer Corporation
    c/o Illinois Corporation Service C
    801 Adlai Stevenson Drive
    Springfield, Illinois 62703

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tom Jarvis_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Tom Jarvis
C. Date of Delivery: FEB - 9 2015

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☒ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0004 7047 7519

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540