**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | * | **MDL 2529** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| | * | |
| | * | **JUDGE ELDON E. FALLON** |
| | * | **MAG. JUDGE NORTH** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** **\***

**THIS DOCUMENT RELATES TO: ALL CASES**

## NOTICE OF APPEARANCE

COMES NOW, Ashley Brittain Landers of Schlichter, Bogard & Denton, LLP, and enters her appearance as counsel for the following cases:

- *Gilliam Guthrie v. Janssen Research & Development, LLC, et al.*, Case No. 2:15-cv-00472-EEF-MBN (E.D. La.);

- *Marvin Roberts v. Janssen Research & Development, LLC, et al.,* Case No. 2:15-cv-00504-EEF-MBN (E.D. La.); and

- *George Sanders v. Janssen Research & Development, LLC, et al.*, Case No. 2:15-cv-00541-EEF-MBN (E.D. La.).

Counsel respectfully requests that all pleadings, notices and documents filed in these matters be served on the undersigned.

**Respectfully submitted,**

**SCHLICHTER, BOGARD & DENTON, LLP**

By: */s/ Ashley Brittain Landers*_____

   Roger C. Denton, Esq. (IL Bar No. 06182610)
   Kristine K. Kraft, Esq. (IL Bar No. 6108286)
   Ashley Brittain Landers, Esq. (IL Bar No. 6304630)
   100 South 4th Street
   St. Louis, MO 63102
   Telephone: (314) 621-6115
   Facsimile: (314) 621-7151
   Email: rdenton@uselaws.com
      kkraft@uselaws.com
      abrittain@uselaws.com

   *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

  I, Ashley Brittain Landers, do hereby certify that on March 12, 2015, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

    By: */s/ Ashley Brittain Landers*_____

      Ashley Brittain Landers, Esq.