UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2529<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

*****************************************

**THIS DOCUMENT RELATES TO: ALL CASES**

## NOTICE OF APPEARANCE

COMES NOW, Roger C. Denton of Schlichter, Bogard & Denton, LLP, and enters his appearance as counsel for the following cases:

- *Gilliam Guthrie v. Janssen Research & Development, LLC, et al.*, Case No. 2:15-cv-00472-EEF-MBN (E.D. La.);

- *Marvin Roberts v. Janssen Research & Development, LLC, et al.,* Case No. 2:15-cv-00504-EEF-MBN (E.D. La.); and

- *George Sanders v. Janssen Research & Development, LLC, et al.*, Case No. 2:15-cv-00541-EEF-MBN (E.D. La.).

Counsel respectfully requests that all pleadings, notices and documents filed in these matters be served on the undersigned.

Respectfully submitted,

**SCHLICHTER, BOGARD & DENTON, LLP**

By: /s/ *Roger C. Denton*_____

       Roger C. Denton, Esq. (IL Bar No. 06182610)
       Kristine K. Kraft, Esq. (IL Bar No. 6108286)
       Ashley Brittain Landers, Esq. (IL Bar No. 6304630)
       100 South 4th Street
       St. Louis, MO 63102
       Telephone: (314) 621-6115
       Facsimile: (314) 621-7151
       Email: rdenton@uselaws.com
              kkraft@uselaws.com
              abrittain@uselaws.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Roger C. Denton, do hereby certify that on March 12, 2015, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

By: /s/ *Roger C. Denton*_____

       Roger C. Denton, Esq.