AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |
|---|---|
| William Sandusky <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development, LLC et al <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 2:14-cv-2936   L (5) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Healthcare Pharmaceuticals, Inc.
340 Changebridge Rd.
Pine Brook, NJ 07058-9714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Deputy clerk's signature

Date: _____Mar 09 2015_____

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
    UPS

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  3-13-2015

_____
Server's signature

Thomas B. Plz
Printed name and title

123 Justison Street, Wilmington, DE 19801
Server's address

Additional information regarding attempted service, etc:

UPS: Tracking Information

Page 1 of 2



**UPS CampusShip®**

Shipping   Resources

☑ Welcome, Mary White  | Logout

My Settings

## Track Shipments

Tracking Detail

Printer Friendly   | Help

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9752 778 0 |
| Type: | Package |
| Status: | Delivered ⬛  Proof of Delivery |
| Delivered On: | 03/12/2015 9:12 A.M. |
| Signed By: | MALONY |
| Location: | RECEIVER |
| Delivered To: | 100 BAYER BLVD<br>WHIPPANY, NJ, US  07981 |
| Shipped/Billed On: | 03/10/2015 |
| Reference Number(s): | 198389 |
| Service: | NEXT DAY AIR |
| Weight: | 1.00 Lb |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| PARSIPPANY, NJ, US | 03/12/2015 | 9:12 A.M. | Delivered |
| | 03/12/2015 | 1:03 A.M. | Out For Delivery |
| PARSIPPANY, NJ, US | 03/11/2015 | 8:38 P.M. | As requested by the sender, the delivery change for this package was completed. / The address has been corrected. The delivery has been rescheduled. |
| | 03/11/2015 | 4:23 P.M. | The sender requested a delivery change for this package. / Your package will be delivered to an alternate address. |
| | 03/11/2015 | 9:31 A.M. | The receiver has moved. We're attempting to obtain a new delivery address for this receiver. |
| | 03/11/2015 | 6:36 A.M. | Destination Scan |
| | 03/11/2015 | 5:59 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/11/2015 | 3:28 A.M. | Departure Scan |
| | 03/11/2015 | 12:19 A.M. | Arrival Scan |
| NEWARK, DE, US | 03/10/2015 | 11:15 P.M. | Departure Scan |

UPS: Tracking Information

|  | 03/10/2015 | 8:18 P.M. | Origin Scan |
|---|---|---|---|
|  | 03/10/2015 | 6:43 P.M. | PICKUP SCAN |
| US | 03/10/2015 | 1:43 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 03/12/2015 2:24 P.M.  ET

Printer Friendly

**Get Notified: Quantum View Notify**[SM]
E-mail this page to up to three recipients.

**E-mail:**                          **Country and Language:**

| mwhite@gelaw.com | United States - English ⌄ |
|---|---|
|  | United States - English ⌄ |
|  | United States - English ⌄ |

**Personal E-mail Message:**

(maximum 150 characters)

Send

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Back to Tracking Summary

Shipping | Resources | My Settings [?] Feedback

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.
Privacy Notice | Trademarks | UPS Tariff/Terms and Conditions

UPS: Tracking Information



## **Delivery Notification**

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z E07 54Y 01 9752 776 0 |
| **Reference Number(s):** | 198389 |
| **Service:** | NEXT DAY AIR |
| **Weight:** | 1.00 Lb |
| **Shipped/Billed On:** | 03/10/2015 |
| **Delivered On:** | 03/12/2015 9:12 A.M. |
| **Delivered To:** | 100 BAYER BLVD |
| | WHIPPANY, NJ, US  07981 |
| **Signed By:** | MALONY |

**Location:**                    RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  03/12/2015 2:25 P.M.   ET

UPS CampusShip: Shipment Receipt                                          Page 1 of 1

 **Shipment Receipt**

**Transaction Date: 10 Mar 2015**          **Tracking Number:**   1ZE0754Y0197527760

### 1 Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Bayer Healthcare Pharmaceuticals, I | Grant and Eisenhofer P.A. | Grant and Eisenhofer P.A. |
| 340 Changebridge Road | Mary White | Mary White |
| PINE BROOK NJ 070589714 | 123 Justison Street | 123 Justison Street |
| | Wilmington DE 19801 | Wilmington DE 19801 |
| | Telephone:302-622-7000 | Telephone:302-622-7000 |

### 2 Package Information

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1. 1.0 lbs | UPS PAK | | Reference # 1 - 198389 |
| (1.0 lbs billable) | | | |

### 3 UPS Shipping Service and Shipping Options

| Service: | UPS Next Day Air |
|---|---|
| Guaranteed By: | 10:30 AM Wednesday, Mar 11, 2015 |
| Shipping Fees Subtotal: | 26.03 USD |
| Transportation | 25.15 USD |
| Fuel Surcharge | 0.88 USD |

### 4 Payment Information

| Bill Shipping Charges to: | Shipper's Account E0754Y | |
|---|---|---|
| Charges: | | 26.03 USD |
| **Daily rates were applied to this shipment** | | |
| Total Charged: | | 26.03 USD |

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS🕿 for domestic services and 1-800-782-7892🕿 for international services.

UPS: Tracking Information

Page 1 of 2



**UPS CampusShip®**

Shipping | Resources

⬛ Welcome, Mary White | Logout

My Settings

## Track Shipments

**Tracking Detail**

Printer Friendly | Help

**Your package has experienced an exception.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9752 776 0 |
| Type: | Package |
| Status: | **Exception** ⬛<br>See description below |
| Rescheduled Delivery: | 03/12/2015 |
| Shipped To: | BAYER HEALTHCARE PHARMACEUTICALS, I<br>340 CHANGEBRIDGE ROAD<br>PINE BROOK, NJ, US 070589714 |
| Shipped/Billed On: | 03/10/2015 |
| Reference Number(s): | 198389 |
| Service: | NEXT DAY AIR |
| Weight: | 1.00 Lb |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| PARSIPPANY, NJ, US | 03/11/2015 | 9:31 A.M. | The receiver has moved. We're attempting to obtain a new delivery address for this receiver. |
| | 03/11/2015 | 6:36 A.M. | Destination Scan |
| | 03/11/2015 | 5:59 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/11/2015 | 3:28 A.M. | Departure Scan |
| | 03/11/2015 | 12:19 A.M. | Arrival Scan |
| NEWARK, DE, US | 03/10/2015 | 11:15 P.M. | Departure Scan |
| | 03/10/2015 | 8:18 P.M. | Origin Scan |
| | 03/10/2015 | 6:43 P.M. | PICKUP SCAN |
| US | 03/10/2015 | 1:43 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 03/11/2015 2:04 P.M. ET

Printer Friendly

### Get Notified: Quantum View Notify℠
E-mail this page to up to three recipients. UPS can also notify you via e-mail when this shipment is delivered or if an exception ⬛ occurs.

**Send:**
☐ This Tracking Page    ☐ Exception Notification    ☐ Delivery Notification

UPS: Tracking Information

**E-mail:**

mwhite@gelaw.com

**Country and Language:**

United States - English

United States - English

United States - English

**Personal E-mail Message:**

(maximum 150 characters)

Send

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Back to Shipping History

Shipping | Resources | My Settings ⊞ Feedback

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.
Privacy Notice | Trademarks | UPS Tariff/Terms and Conditions

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |
|---|---|
| William Sandusky <br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development, LLC et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 2:14-cv-2936   L (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: _____ **Mar 09 2015** _____

Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
   UPS

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  3-13-2015

_____
Server's signature

Thomas B. Bly
Printed name and title

123 Justison Street, Wilmington, DE 19801
Server's address

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt                                          Page 1 of 1

 **Shipment Receipt**

**Transaction Date:** 10 Mar 2015          **Tracking Number:**     1ZE0754Y0197635545

### 1  Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Janssen Research & Development, LLC | Grant and Eisenhofer P.A. | Grant and Eisenhofer P.A. |
| One Johnson & Johnson Plaza | Mary White | Mary White |
| NEW BRUNSWICK NJ 089330001 | 123 Justison Street | 123 Justison Street |
| | Wilmington DE 19801 | Wilmington DE 19801 |
| | Telephone:302-622-7000 | Telephone:302-622-7000 |

### 2  Package Information

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1.  1.0 lbs (1.0 lbs  billable) | UPS PAK | | Reference # 1 - 198389 |

### 3  UPS Shipping Service and Shipping Options

**Service:**                    UPS Next Day Air
**Guaranteed By:**              10:30 AM Wednesday, Mar 11, 2015
**Shipping Fees Subtotal:**     26.03 USD
    Transportation            25.15 USD
    Fuel Surcharge            0.88 USD

### 4  Payment Information

**Bill Shipping Charges to:**                    Shipper's Account E0754Y

Charges:                                                                    26.03 USD

**Daily rates were applied to this shipment**
**Total Charged:**                                                          26.03 USD

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

UPS: Tracking Information                                        Page 1 of 2



**UPS CampusShip®**

Shipping   Resources

☑ Welcome, Mary White  |  Logout                          My Settings

## Track Shipments

Tracking Detail                          Printer Friendly   | Help

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9763 554 5 |
| Type: | Package |
| Status: | Delivered ⒯  Proof of Delivery |
| Delivered On: | 03/11/2015 9:24 A.M. |
| Signed By: | RIZZI |
| Location: | DOCK |
| Delivered To: | 1 JOHNSON AND JOHNSON PLZ |
| | NEW BRUNSWICK, NJ, US  08933 |
| Shipped/Billed On: | 03/10/2015 |
| Reference Number(s): | 198389 |
| Service: | NEXT DAY AIR |
| Weight: | 1.00 Lb |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| EDISON, NJ, US | 03/11/2015 | 9:24 A.M. | Delivered |
| | 03/11/2015 | 6:36 A.M. | Out For Delivery |
| | 03/11/2015 | 6:01 A.M. | Arrival Scan |
| HAMILTON, NJ, US | 03/11/2015 | 5:11 A.M. | Departure Scan |
| | 03/11/2015 | 4:48 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/11/2015 | 3:39 A.M. | Departure Scan |
| | 03/11/2015 | 12:19 A.M. | Arrival Scan |
| NEWARK, DE, US | 03/10/2015 | 11:15 P.M. | Departure Scan |
| | 03/10/2015 | 8:38 P.M. | Origin Scan |
| | 03/10/2015 | 6:43 P.M. | PICKUP SCAN |
| US | 03/10/2015 | 1:38 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 03/11/2015 3:08 P.M. ET

Printer Friendly

UPS: Tracking Information                                      Page 2 of 2

**Get Notified: Quantum View Notify**[SM]
E-mail this page to up to three recipients.

| E-mail: | Country and Language: |
|---|---|
| mwhite@gelaw.com | United States - English ⌄ |
|  | United States - English ⌄ |
|  | United States - English ⌄ |

**Personal E-mail Message:**

(maximum 150 characters)

[ Send ]

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Back to Tracking Summary

Shipping  | Resources  | My Settings  [H] Feedback

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.
Privacy Notice  | Trademarks  | UPS Tariff/Terms and Conditions

UPS: Tracking Information



## **Delivery Notification**

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z E07 54Y 01 9763 554 5 |
| **Reference Number(s):** | 198389 |
| **Service:** | NEXT DAY AIR |
| **Weight:** | 1.00 Lb |
| **Shipped/Billed On:** | 03/10/2015 |
| **Delivered On:** | 03/11/2015 9:24 A.M. |
| **Delivered To:** | 1 JOHNSON AND JOHNSON PLZ |
| | NEW BRUNSWICK, NJ, US  08933 |
| **Signed By:** | RIZZI |

**Location:**                    DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  03/11/2015 3:08 P.M.  ET

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |
|---|---|
| William Sandusky _____ *Plaintiff(s)* v. Janssen Research & Development, LLC et al _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:14-cv-2936   L (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Janssen Pharmaceuticals, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:   **Mar 09 2015**   _____
Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
UPS

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: 3-13-2015

_____
Server's signature

Thomas Bibby
Printed name and title

123 Justison Street, Wilmington, DE 19801
Server's address

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt

 **Shipment Receipt**

**Transaction Date:** 10 Mar 2015 | **Tracking Number:** | 1ZE0754Y0197095932

### 1 Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Janssen Pharmaceuticals, Inc. | Grant and Eisenhofer P.A. | Grant and Eisenhofer P.A. |
| 1125 Trenton-Harbourton Road | Mary White | Mary White |
| TITUSVILLE NJ 085601504 | 123 Justison Street | 123 Justison Street |
| | Wilmington DE 19801 | Wilmington DE 19801 |
| | Telephone:302-622-7000 | Telephone:302-622-7000 |

### 2 Package Information

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1.  1.0 lbs | UPS PAK | | Reference # 1 - 198389 |
| (1.0 lbs  billable) | | | |

### 3 UPS Shipping Service and Shipping Options

Service: UPS Next Day Air
Guaranteed By: 10:30 AM Wednesday, Mar 11, 2015
Shipping Fees Subtotal: 26.03 USD
    Transportation 25.15 USD
    Fuel Surcharge 0.88 USD

### 4 Payment Information

| Bill Shipping Charges to: | Shipper's Account E0754Y | |
|---|---|---|
| Charges: | | 26.03 USD |
| **Daily rates were applied to this shipment** | | |
| Total Charged: | | 26.03 USD |

Note: Your invoice may vary from the displayed reference rates.

\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

UPS: Tracking Information

Page 1 of 2



**UPS CampusShip®**

☎ Welcome, Mary White  | Logout

My Settings

## Track Shipments

**Tracking Detail**

Printer Friendly   | Help

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9709 593 2 |
| Type: | Package |
| Status: | Delivered ⫼ Proof of Delivery |
| Delivered On: | 03/11/2015 9:38 A.M. |
| Signed By: | VICARI |
| Location: | MAIL ROOM |
| Delivered To: | 1125 TRENTON HARBOURTON RD TITUSVILLE, NJ, US 08560 |
| Shipped/Billed On: | 03/10/2015 |
| Reference Number(s): | 198389 |
| Service: | NEXT DAY AIR |
| Weight: | 1.00 Lb |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| HAMILTON, NJ, US | 03/11/2015 | 9:38 A.M. | Delivered |
| | 03/11/2015 | 7:18 A.M. | Out For Delivery |
| PHILADELPHIA, PA, US | 03/11/2015 | 12:19 A.M. | Arrival Scan |
| NEWARK, DE, US | 03/10/2015 | 11:15 P.M. | Departure Scan |
| | 03/10/2015 | 8:38 P.M. | Origin Scan |
| | 03/10/2015 | 6:43 P.M. | PICKUP SCAN |
| US | 03/10/2015 | 1:35 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 03/11/2015 2:14 P.M. ET

Printer Friendly

### Get Notified: Quantum View Notify<sup>SM</sup>
E-mail this page to up to three recipients.

**E-mail:**

mwhite@gelaw.com

**Country and Language:**

United States - English ⌄

United States - English ⌄

https://www.campusship.ups.com/campus_track/summary

3/11/2015

UPS: Tracking Information                                              Page 2 of 2

| | United States - English ▼ |
|---|---|

**Personal E-mail Message:**

(maximum 150 characters)

Send

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Back to Tracking Summary

Shipping | Resources | My Settings H Feedback

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.
Privacy Notice | Trademarks | UPS Tariff/Terms and Conditions

UPS: Tracking Information



## **Delivery Notification**

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z E07 54Y 01 9709 593 2 |
| **Reference Number(s):** | 198389 |
| **Service:** | NEXT DAY AIR |
| **Weight:** | 1.00 Lb |
| **Shipped/Billed On:** | 03/10/2015 |
| **Delivered On:** | 03/11/2015 9:38 A.M. |
| **Delivered To:** | 1125 TRENTON HARBOURTON RD |
| | TITUSVILLE, NJ, US  08560 |
| **Signed By:** | VICARI |
| **Location:** | MAIL ROOM |

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  03/11/2015 2:14 P.M.   ET

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |  |
|---|---|---|
| William Sandusky | ) ) ) ) |  |
| *Plaintiff(s)* | ) ) | Civil Action No. 2:14-cv-2936   L (5) |
| v. | ) ) |  |
| Janssen Research & Development, LLC et al | ) ) ) ) ) |  |
| *Defendant(s)* | ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Johnson & Johnson Company
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*William W. Blevins*
Name of clerk of court

Date:  __Mar 09 2015__                            _____
Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
      UPS

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3-13-2015

_____
Server's signature

Thomas Bibby
Printed name and title

123 Justison Street, Wilmington, DE 19801
Server's address

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt

Page 1 of 1

 **Shipment Receipt**

**Transaction Date: 10 Mar 2015**   **Tracking Number:** 1ZE0754Y0196746150

| 1 | Address Information |

**Ship To:**
Johnson & Johnson Company
One Johnson & Johnson Plaza
NEW BRUNSWICK NJ 089330001

**Ship From:**
Grant and Eisenhofer P.A.
Mary White
123 Justison Street
Wilmington DE 19801
Telephone:302-622-7000

**Return Address:**
Grant and Eisenhofer P.A.
Mary White
123 Justison Street
Wilmington DE 19801
Telephone:302-622-7000

| 2 | Package Information |

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1.  1.0 lbs
(1.0 lbs billable) | UPS PAK | | Reference # 1 - 198389 |

| 3 | UPS Shipping Service and Shipping Options |

**Service:** UPS Next Day Air
**Guaranteed By:** 10:30 AM Wednesday, Mar 11, 2015
**Shipping Fees Subtotal:** 26.03 USD
  **Transportation** 25.15 USD
  **Fuel Surcharge** 0.88 USD

| 4 | Payment Information |

**Bill Shipping Charges to:**   Shipper's Account E0754Y

**Charges:**   26.03 USD

**Daily rates were applied to this shipment**
**Total Charged:**   26.03 USD

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

UPS: Tracking Information                                    Page 1 of 2



**UPS CampusShip®**

Shipping  Resources

☒ Welcome, Mary White  |  Logout                           My Settings

## Track Shipments

Tracking Detail                              Printer Friendly  | Help

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9674 615 0 |
| Type: | Package |
| Status: | Delivered to  Proof of Delivery |
| Delivered On: | 03/11/2015 9:24 A.M. |
| Signed By: | RIZZI |
| Location: | DOCK |
| Delivered To: | 1 JOHNSON AND JOHNSON PLZ  NEW BRUNSWICK, NJ, US  08933 |
| Shipped/Billed On: | 03/10/2015 |
| Reference Number(s): | 198389 |
| Service: | NEXT DAY AIR |
| Weight: | 1.00 Lb |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| EDISON, NJ, US | 03/11/2015 | 9:24 A.M. | Delivered |
| | 03/11/2015 | 6:36 A.M. | Out For Delivery |
| | 03/11/2015 | 6:01 A.M. | Arrival Scan |
| HAMILTON, NJ, US | 03/11/2015 | 5:11 A.M. | Departure Scan |
| | 03/11/2015 | 4:48 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/11/2015 | 3:39 A.M. | Departure Scan |
| | 03/11/2015 | 12:19 A.M. | Arrival Scan |
| NEWARK, DE, US | 03/10/2015 | 11:15 P.M. | Departure Scan |
| | 03/10/2015 | 8:38 P.M. | Origin Scan |
| | 03/10/2015 | 6:43 P.M. | PICKUP SCAN |
| US | 03/10/2015 | 1:40 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 03/11/2015 2:07 P.M. ET

Printer Friendly

UPS: Tracking Information

**Get Notified: Quantum View Notify**[SM]
E-mail this page to up to three recipients.

**E-mail:**

mwhite@gelaw.com

**Country and Language:**

| United States - English | ∨ |
| United States - English | ∨ |
| United States - English | ∨ |

**Personal E-mail Message:**

(maximum 150 characters)

Send

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Back to Tracking Summary

Shipping | Resources | My Settings | Feedback

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.
Privacy Notice | Trademarks | UPS Tariff/Terms and Conditions

UPS: Tracking Information



## **Delivery Notification**

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z E07 54Y 01 9674 615 0 |
| **Reference Number(s):** | 198389 |
| **Service:** | NEXT DAY AIR |
| **Weight:** | 1.00 Lb |
| **Shipped/Billed On:** | 03/10/2015 |
| **Delivered On:** | 03/11/2015 9:24 A.M. |
| **Delivered To:** | 1 JOHNSON AND JOHNSON PLZ |
| | NEW BRUNSWICK, NJ, US  08933 |
| **Signed By:** | RIZZI |

| | |
|---|---|
| **Location:** | DOCK |

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  03/11/2015 2:07 P.M.   ET

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |
|---|---|
| William Sandusky<br><br>_Plaintiff(s)_<br>v.<br><br>Janssen Research & Development, LLC et al<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:14-cv-2936   L (5)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Bayer Corporation
100 Bayer Road
Pittsburgh, PA 15205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ Mar 09 2015

_William W. Blevins_
Name of clerk of court

_Deputy clerk's signature_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
  UPS

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  3-13-2015                       _____
                                                    Server's signature

                                       Thomas Bibb
                                                    Printed name and title

                                       123 Justison Street, Wilmington, DE 19801
                                                    Server's address

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt                                                   Page 1 of 1

 **Shipment Receipt**

**Transaction Date:** 10 Mar 2015          **Tracking Number:**      1ZE0754Y0199329711

### 1  Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Bayer Corporation | Grant and Eisenhofer P.A. | Grant and Eisenhofer P.A. |
| 100 Bayer Road | Mary White | Mary White |
| PITTSBURGH PA 152059707 | 123 Justison Street | 123 Justison Street |
| | Wilmington DE 19801 | Wilmington DE 19801 |
| | Telephone:302-622-7000 | Telephone:302-622-7000 |

### 2  Package Information

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1.  1.0 lbs<br>     (1.0 lbs  billable) | UPS PAK | | Reference # 1 - 198389 |

### 3  UPS Shipping Service and Shipping Options

| | |
|---|---|
| Service: | UPS Next Day Air |
| Guaranteed By: | 10:30 AM Wednesday, Mar 11, 2015 |
| Shipping Fees Subtotal: | 35.55 USD |
|    Transportation | 34.35 USD |
|    Fuel Surcharge | 1.20 USD |

### 4  Payment Information

| Bill Shipping Charges to: | Shipper's Account E0754Y | |
|---|---|---|
| Charges: | | 35.55 USD |
| **Daily rates were applied to this shipment** | | |
| Total Charged: | | 35.55 USD |

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

UPS: Tracking Information

Page 1 of 2



**UPS CampusShip®**

Shipping   Resources

☎ Welcome, Mary White  | Logout

My Settings

## Track Shipments

Tracking Detail

Printer Friendly   | Help

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9932 971 1 |
| Type: | Package |
| Status: | Delivered ☒  Proof of Delivery |
| Delivered On: | 03/11/2015 9:02 A.M. |
| Signed By: | CHMBERLAIN |
| Location: | OFFICE |
| Delivered To: | 100 BAYER RD<br>PITTSBURGH, PA, US  15205 |
| Shipped/Billed On: | 03/10/2015 |
| Reference Number(s): | 198389 |
| Service: | NEXT DAY AIR |
| Weight: | 1.00 Lb |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| THORNBURG, PA, US | 03/11/2015 | 9:02 A.M. | Delivered |
| | 03/11/2015 | 8:13 A.M. | Out For Delivery |
| | 03/11/2015 | 6:47 A.M. | Arrival Scan |
| PITTSBURGH, PA, US | 03/11/2015 | 6:17 A.M. | Departure Scan |
| | 03/11/2015 | 4:16 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/11/2015 | 3:19 A.M. | Departure Scan |
| | 03/11/2015 | 12:19 A.M. | Arrival Scan |
| NEWARK, DE, US | 03/10/2015 | 11:15 P.M. | Departure Scan |
| | 03/10/2015 | 8:39 P.M. | Origin Scan |
| | 03/10/2015 | 6:43 P.M. | PICKUP SCAN |
| US | 03/10/2015 | 1:26 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 03/11/2015 2:55 P.M. ET

Printer Friendly

UPS: Tracking Information

**Get Notified: Quantum View Notify**[SM]
E-mail this page to up to three recipients.

**E-mail:**

mwhite@gelaw.com

**Country and Language:**

United States - English

United States - English

United States - English

**Personal E-mail Message:**

(maximum 150 characters)

Send

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Back to Tracking Summary

Shipping  | Resources  | My Settings  [H] Feedback

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.
Privacy Notice  | Trademarks  | UPS Tariff/Terms and Conditions

UPS: Tracking Information



## **Delivery Notification**

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:**          1Z E07 54Y 01 9932 971 1
**Reference Number(s):**      198389
**Service:**                  NEXT DAY AIR
**Weight:**                   1.00 Lb
**Shipped/Billed On:**        03/10/2015
**Delivered On:**             03/11/2015 9:02 A.M.
**Delivered To:**             100 BAYER RD
                              PITTSBURGH, PA, US   15205
**Signed By:**                CHMBERLAIN

**Location:**                 OFFICE

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   03/11/2015 2:55 P.M.   ET

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |
|---|---|
| William Sandusky ⟨br⟩ _Plaintiff(s)_ ⟨br⟩ v. ⟨br⟩ Janssen Research & Development, LLC et al ⟨br⟩ _Defendant(s)_ | Civil Action No. 2:14-cv-2936   L (5) |

)
)
)
)
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Bayer Healthcare LLC
100 Bayer Boulevard
Whippany, NJ 07981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: ___Mar 09 2015___

_Deputy clerk's signature_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
        UPS

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: __3-13-2015__

_____
Server's signature

__Thomas B. Bly__
Printed name and title

__123 Justison Street, Wilmington, DE 19801__
Server's address

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt

 **Shipment Receipt**

**Transaction Date:** 10 Mar 2015          **Tracking Number:**          1ZE0754Y0197027327

| 1 | Address Information |

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Bayer Healthcare LLC | Grant and Eisenhofer P.A. | Grant and Eisenhofer P.A. |
| 100 Bayer Boulevard | Mary White | Mary White |
| WHIPPANY NJ 079811544 | 123 Justison Street | 123 Justison Street |
| | Wilmington DE 19801 | Wilmington DE 19801 |
| | Telephone:302-622-7000 | Telephone:302-622-7000 |

| 2 | Package Information |

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1.  1.0 lbs<br>(1.0 lbs  billable) | UPS PAK | | Reference # 1 - 198389 |

| 3 | UPS Shipping Service and Shipping Options |

| Service: | UPS Next Day Air |
|---|---|
| Guaranteed By: | 10:30 AM Wednesday, Mar 11, 2015 |
| Shipping Fees Subtotal: | 26.03 USD |
|     Transportation | 25.15 USD |
|     Fuel Surcharge | 0.88 USD |

| 4 | Payment Information |

| Bill Shipping Charges to: | Shipper's Account E0754Y | |
|---|---|---|
| Charges: | | 26.03 USD |
| **Daily rates were applied to this shipment** | | |
| Total Charged: | | 26.03 USD |

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

UPS: Tracking Information                                                                    Page 1 of 2



**UPS CampusShip®**

🖫 Welcome, Mary White  |  Logout                                                    My Settings

## Track Shipments

Tracking Detail                                          Printer Friendly   | Help

**Your package has been delivered.**

To view Proof of Delivery, please select the link.

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9702 732 7 |
| Type: | Package |
| Status: | **Delivered** to   Proof of Delivery |
| Delivered On: | 03/11/2015 9:01 A.M. |
| Signed By: | HALONEY |
| Location: | INSIDE DELIV |
| Delivered To: | 100 BAYER BLVD |
| | WHIPPANY, NJ, US  07981 |
| Shipped/Billed On: | 03/10/2015 |
| Reference Number(s): | 198389 |
| Service: | NEXT DAY AIR |
| Weight: | 1.00 Lb |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| PARSIPPANY, NJ, US | 03/11/2015 | 9:01 A.M. | Delivered |
| | 03/11/2015 | 6:32 A.M. | Out For Delivery |
| | 03/11/2015 | 5:59 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/11/2015 | 3:28 A.M. | Departure Scan |
| | 03/11/2015 | 12:19 A.M. | Arrival Scan |
| NEWARK, DE, US | 03/10/2015 | 11:15 P.M. | Departure Scan |
| | 03/10/2015 | 8:38 P.M. | Origin Scan |
| | 03/10/2015 | 6:43 P.M. | PICKUP SCAN |
| US | 03/10/2015 | 1:32 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 03/11/2015 3:12 P.M. ET

Printer Friendly

**Get Notified: Quantum View Notify℠**
E-mail this page to up to three recipients.

**E-mail:**                          **Country and Language:**

UPS: Tracking Information

mwhite@gelaw.com

United States - English

United States - English

United States - English

**Personal E-mail Message:**

(maximum 150 characters)

Send

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Back to Tracking Summary

Shipping | Resources | My Settings + Feedback

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.
Privacy Notice | Trademarks | UPS Tariff/Terms and Conditions

UPS: Tracking Information



## **Delivery Notification**

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:** 1Z E07 54Y 01 9702 732 7
**Reference Number(s):** 198389
**Service:** NEXT DAY AIR
**Weight:** 1.00 Lb
**Shipped/Billed On:** 03/10/2015
**Delivered On:** 03/11/2015 9:01 A.M.
**Delivered To:** 100 BAYER BLVD
WHIPPANY, NJ, US  07981

**Signed By:** HALONEY

**Location:** INSIDE DELIV

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  03/11/2015 3:13 P.M.  ET