UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| ****************************************** | * | |

THIS DOCUMENT RELATES TO: ALL CASES

### NOTICE OF APPEARANCE

COMES NOW, Kelly A. Fitzpatrick, Ventura, Ribeiro and Smith, and enters her appearance as counsel for the following case:

- *Smith v. Janssen Research & Development, LLC, et al.*, Case No. 15-525 (E.D. La.);

Counsel respectfully requests that all pleadings, notices and documents filed in this matter be served on the undersigned.

                **Respectfully submitted,**

                VENTURA, RIBEIRO AND SMITH

                By: */s/ Kelly A. Fitzpatrick*
                Ventura, Ribeiro and Smith
                Kelly A. Fitzpatrick, Esq.
                235 Main Street
                Danbury, CT 06810
                Telephone: (203) 791-9040
                Facsimile: (203) 791-9264
                Email: kfitzpatrick@vrslaw.com

                *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I, Kelly A. Fitzpatrick, do hereby certify that on March 13, 2015 a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

By: */s/ Kelly A. Fitzpatrick*
Kelly A. Fitzpatrick, Esq.