MINUTE ENTRY
FALLON, J.
MARCH 12, 2015

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, Liaison and Lead Counsel participated in a status conference in the Chambers of the Honorable Eldon E. Fallon. Out-of-town counsel participated via telephone. Gerald Meunier, Leonard Davis, Andy Birchfield, and Brian Barr participated on behalf of Plaintiffs. Jim Irwin, Susan Sharko, John Olinde, Steven Glickstein, and William Hoffman participated on behalf of Defendants.

The parties discussed the following topics: (1) File & Serve Xpress and MDL Centrality; (2) direct filing; (3) acceptance of service; (4) a master complaint, including a short form complaint; (5) a tolling agreement; (6) profile or fact forms; (7) a preservation order, including a privilege and protective order; and (8) a preliminary census form. The parties indicated that they will have resolution on most of these items. The parties have been unable to agree on a tolling agreement and expressed that it will be a challenge to reach consensus on such an agreement. All parties agreed that it is important to move to the next stage of the litigation with a proposed Case Management Order ("CMO").

JS10(00:44)

**IT IS ORDERED** that Liaison and Lead Counsel will submit a proposed CMO to the Court on or before March 26, 2015. The Court will discuss the proposed CMO at the next status conference, scheduled for April 1, 2015 at 9:00 a.m. in the courtroom of the Honorable Eldon E. Fallon.

*/s/ Eldon E. Fallon*