## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTHONY F. COSTONIS, et al.** | § | **CIVIL ACTION NO. 2:15-CV-00469** |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **JUDGE ELDON E. FALLON** |
| | § | |
| **JANSSEN RESEARCH &** | § | |
| **DEVELOPMENT, LLC., et al.** | § | |
| | § | |
| **Defendants.** | § | **MAGISTRATE MICHAEL B. NORTH** |

---

### NOTICE OF APPEARANCE

---

COMES NOW Kyla G. Cole of Waters & Kraus LLP and enters this appearance as counsel for Plaintiff in the above entitled case. Counsel requests that they be listed as counsel on the docket in this case and be served with all relevant documents, including but not limited to pleadings, papers, motions, orders and decisions in this case.

Respectfully submitted,
**WATERS & KRAUS LLP**

/s/ Kyla G. Cole
KYLA G. COLE
State Bar No. 24033113
3219 McKinney Avenue
Dallas, TX 75204
Telephone: 214-357-6244
Facsimile: 214-357-7252
kcole@waterskraus.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff, hereby certifies that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record this 16th day of March, 2015.

/s/ Kyla G. Cole
KYLA G. COLE