# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ELSIE SMITH,

V.                                                    SUMMONS IN A CIVIL CASE

JANSSEN RESEARCH &AMP; DEVELOPMENT,
LLC, ET AL.,

CASE NUMBER: 3:15–CV–00129–SRU

TO: Bayer AG, Bayer Corporation, Bayer
Healthcare AG, Bayer Healthcare LLC, Bayer
Healthcare Pharmaceuticals Inc, Bayer Pharma
AG, Janssen Ortho LLC, Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC,
Johnson & Johnson Company
Defendant's Address:

Bayer Healthcare Pharmaceuticals Inc.:
C/O Agent: Corporation Service Company: 50 Weston Street, Hartford, CT, 06120;

Bayer Healthcare Pharmaceuticals Inc.: 340 Changebridge Road; P.O. Box 1000, Montville, NJ, 07045-1000

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Leah F Walsh
Ventura, Ribeiro & Smith−Dnby
235 Main Street
Danbury, CT 06810

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − J. Fazekas
_____
*Signature of Clerk or Deputy Clerk*

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bayer Healthcare, Pharmaceuticals Inc. was received by me on *(date)* 2/12/15 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☑ Other *(specify)* See attached Marshal's Return.
_____
_____

My fees are $ 0 for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers signature

Timothy J Bennett
CT State Marshal
Printed name and title

P.O. Box 310875
Newtown CT 06131
Servers address

Additional information regarding attempted service, etc:

STATE OF CONNECTICUT:
                         : SS: HARTFORD                    FEBRUARY 17, 2015
COUNTY OF HARTFORD :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left a true and attested verified copy of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND with and in the hands of Michelle Taylor, Person in charge of Corporation Service Company, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant BAYER HEALTHCARE PHARMACEUTICALS, INC. at 50 Weston Street, in the said Town of Hartford, County of Hartford.

And also, on the 17th day of February, 2015, a true and attested verified copy of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND was deposited in the U.S. Mail, Rocky Hill, Priority Mail, Certified and Return Receipt Requested, addressed to the within named Defendant:

BAYER HEALTHCARE PHARMACEUTICALS INC.
340 CHANGEBRIDGE ROAD
P.O. BOX 1000
MONTVILLE, NJ 07045-1000

Supplemental return to follow.

The within is the original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND with my doings hereon endorsed.

ATTEST:

| SERVICE: | $ 20.00 |
| PAGES | 168.00 |
| PD. POSTAGE | 11.75 |
| 0 MILES | |
| ENDORSEMENTS | 2.40 |
| TOTAL: | $ 202.15 |

TIMOTHY J. BENNETT
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ELSIE SMITH,

V.

**SUMMONS IN A CIVIL CASE**

JANSSEN RESEARCH &AMP; DEVELOPMENT,
LLC, ET AL.,

CASE NUMBER: 3:15–CV–00129–SRU

TO: Bayer AG, Bayer Corporation, Bayer
Healthcare AG, Bayer Healthcare LLC, Bayer
Healthcare Pharmaceuticals Inc, Bayer Pharma
AG, Janssen Ortho LLC, Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC,
Johnson & Johnson Company
Defendant's Address:
Janssen Ortho LLC.,:
C/O CT Secretary of State, 30 Trinity Street, Hartford, CT 06106

Janssen Ortho LLC,: One Johnson & Johnson Plaza, New Brunswick, NJ, 08933, C/O Douglas K. Chia, Corporate Secretary,
Assistant General Counsel;

Janssen Ortho LLC: Stateroad 933 Km 0 1, Street Statero, Gurabo, Puerto Rico, 00778
    A lawsuit has been filed against you.

    Within **21 days** after service of this summons on you (not counting the day you received it) – or 60 days if
you are the United States or a United States agency, or an officer or employee of the United States described in
Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a
motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the
plaintiff or plaintiff's attorney, whose name and address are:

**Leah F Walsh**
**Ventura, Ribeiro & Smith–Dnby**
**235 Main Street**
**Danbury, CT 06810**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – J. Fazekas

_____
            *Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Janssen Ortho LLC.__
was received by me on *(date)* __2/12/15__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☒ Other *(specify)* __See   Attached  Marshal's  Return__
_____
_____

My fees are $_____ for travel and $ _____ for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

CT State  Marshals
Timothy  J.  Bennett
Printed name and title

P.O. Box  310875
Newington CT 06131
Server's address

Additional information regarding attempted service, etc:

STATE OF CONNECTICUT:

: SS: HARTFORD          FEBRUARY 17, 2015

COUNTY OF HARTFORD :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, Pursuant to C.G.S. 34-233c, I left two (2) true and attested verified copies of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND at the office of Denise Merrill, Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant JANSSEN ORTHO, LLC and paid statutory fees in the amount of $50.00, in the said Town of Hartford, County of Hartford.

And also, on the 17th day of February, 2015, a true and attested verified copy of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND was deposited in the U.S. Mail, Rocky Hill, Priority Mail, Certified and Return Receipt Requested, addressed to the within named Defendant:

JANSSEN ORTHO, LLC
ONE JOHNSON AND JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

Supplemental return to follow.

And also, by special direction of the Plaintiff's Attorney, on the 17th day of February, 2015, a true and attested verified copy of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND was deposited in the U.S. Mail, Rocky Hill, Priority Mail, Certified and Return Receipt Requested, addressed to the within named Defendant:

JANSSEN ORTHO, LLC
STATEROAD 933KM01
STREET STATERO
GURABO, PR 00778

Supplemental return to follow.

The within is the original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND with my doings hereon endorsed.

ATTEST:

| SERVICE: | $ 20.00 |
| PAGES | 336.00 |
| PD. SEC OF STATE | 50.00 |
| PD. POSTAGE | 23.50 |
| 0 MILES | |
| ENDORSEMENTS | 4.00 |
| TOTAL: | $ 433.50 |

TIMOTHY J. BENNETT
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY

STATE OF CONNECTICUT :
                      : SS: ROCKY HILL          FEBRUARY 27, 2015
COUNTY OF HARTFORD  :


RE: ELSIE SMITH
VS: JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL

SUPPLEMENTAL RETURN

     I received the enclosed certified return receipt from the U.S. Post Office, addressed to the within named Defendant:

JANSSEN ORTHO LLC

Signed on the 23rd day of February, 2015.

                                    ATTEST:

                                      TIMOTHY J. BENNETT
                                      CONNECTICUT STATE MARSHAL
                                      HARTFORD COUNTY



STATE OF CONNECTICUT :
                 : SS: ROCKY HILL         MARCH 6, 2015

COUNTY OF HARTFORD :


RE: ELSIE SMITH
VS: JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL

<u>SUPPLEMENTAL RETURN</u>

    I received the enclosed certified return receipt from the U.S. Post Office, addressed to the within named Defendant:

                    JANSSEN ORTHO, LLC

Signed on the 20th day of February, 2015.

                              ATTEST:

                              TIMOTHY J. BENNETT
                              CONNECTICUT STATE MARSHAL
                              HARTFORD COUNTY

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X _____ ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name)  C. Date of Delivery 2/20/15 |
| 1. Article Addressed to:<br>Janssen Ortho, LLC<br>State road 933 KM 01<br>Street Stavro<br>Gurabo, PR 00778 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from) 7014 2120 0002 0388 5786 | |
| PS Form 3811, July 2013 | Domestic Return Receipt   vent-fed. |

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ELSIE SMITH,

V.

**SUMMONS IN A CIVIL CASE**

JANSSEN RESEARCH &AMP; DEVELOPMENT,
LLC, ET AL.,

CASE NUMBER: 3:15−CV−00129−SRU

TO: Bayer AG, Bayer Corporation, Bayer
Healthcare AG, Bayer Healthcare LLC, Bayer
Healthcare Pharmaceuticals Inc, Bayer Pharma
AG, Janssen Ortho LLC, Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC,
Johnson & Johnson Company
Defendant's Address:

Johnson & Johnson Company:
C/O: Douglas K. Chia, Corporate Secretary, Assistant General Counsel
One Johnson and Johnson Plaza, New Brunswick, New Jersey, 08933

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if
you are the United States or a United States agency, or an officer or employee of the United States described in
Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a
motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the
plaintiff or plaintiff's attorney, whose name and address are:

**Leah F Walsh**
**Ventura, Ribeiro & Smith−Dnby**
**235 Main Street**
**Danbury, CT 06810**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − J. Fazekas
_____
*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Johnson + Johnson Company_
was received by me on *(date)* _2/2/15_____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☑ Other *(specify)* _See Attached Marshals Return_____
_____
_____

My fees are $ _1.12_ for travel and $ _____ for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: _____

Servers signature

Timothy J. Bennett
CT State Marshal
Printed name and title
P.O. Box 310875
Newington CT 06131
Servers address

Additional information regarding attempted service, etc:

STATE OF CONNECTICUT:
                  : SS: ROCKY HILL                      FEBRUARY 17, 2015
COUNTY OF HARTFORD :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, a true and attested verified copy of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND was deposited in the U.S. Mail, Rocky Hill, Priority Mail, Certified and Return Receipt Requested, addressed to the within named Defendant:

JOHNSON AND JOHNSON COMPANY
C/O THE SECRETARY
ONE JOHNSON AND JOHNSON PLAZA
NEW BRUNSWICK, NJ  08933

Supplemental return to follow.

The within is the original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND with my doings hereon endorsed.

|  |  | ATTEST: |
|---|---|---|
| SERVICE: | $  40.00 | |
| PAGES | 84.00 | |
| PD. POSTAGE | 11.75 | TIMOTHY J. BENNETT |
| 1.95 MILES | 1.12 | CONNECTICUT STATE MARSHAL |
| ENDORSEMENTS | 1.60 | HARTFORD COUNTY |
| TOTAL: | $ 138.47 | |

STATE OF CONNECTICUT :
                   : SS: ROCKY HILL          FEBRUARY 27, 2015

COUNTY OF HARTFORD :


RE: ELSIE SMITH
VS: JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL


<u>SUPPLEMENTAL RETURN</u>

     I received the enclosed certified return receipt from the U.S. Post Office, addressed to the within named Defendant:

JOHNSON & JOHNSON COMPANY
C/O THE SECRETARY

Signed on the 23rd day of February, 2015.

                                   ATTEST:

                                     TIMOTHY J. BENNETT
                                     CONNECTICUT STATE MARSHAL
                                     HARTFORD COUNTY

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnson Johnson Company
Yo The secretary
One Johnson Johnson Plaza
New Brunswick, NJ
        08933

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

FEB 23 2015

3. Service Type
   ☐ Certified Mail®  ☐ Priority Mail Express™
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from s    7014 2120 0002 0388 5847

PS Form 3811, July 2013    Domestic Return Receipt    Ventura - fed.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ELSIE SMITH,

V.                    **SUMMONS IN A CIVIL CASE**

JANSSEN RESEARCH &AMP; DEVELOPMENT,
LLC, ET AL.,

CASE NUMBER: 3:15−CV−00129−SRU

TO: Bayer AG, Bayer Corporation, Bayer
Healthcare AG, Bayer Healthcare LLC, Bayer
Healthcare Pharmaceuticals Inc, Bayer Pharma
AG, Janssen Ortho LLC, Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC,
Johnson & Johnson Company
Defendant's Address:

Bayer Healthcare, LLC.:
C/O Agent: Corporation Service Company: 50 Weston Street, Hartford, CT 06120;

Bayer Healthcare, LLC.: 100 Bayer Road, Pittsburgh, PA 15205

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if
you are the United States or a United States agency, or an officer or employee of the United States described in
Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a
motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the
plaintiff or plaintiff's attorney, whose name and address are:

**Leah F Walsh
Ventura, Ribeiro & Smith−Dnby
235 Main Street
Danbury, CT 06810**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − J. Fazekas
_____
*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bayer Healthcare, LLC.
was received by me on *(date)* 2/12/15

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☒ Other *(specify)* ___ See attached Marshal's Return _____
_____
_____

My fees are $_____ for travel and $ _____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers signature

Timothy J. Bennett
CT State Marshal
_____
Printed name and title

P.O. Box 310875
Newington CT 06131
_____
Servers address

Additional information regarding attempted service, etc:

STATE OF CONNECTICUT:

: SS: HARTFORD                    FEBRUARY 17, 2015

COUNTY OF HARTFORD :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left a true and attested verified copy of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND with and in the hands of Michelle Taylor, Person in charge of Corporation Service Company, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant BAYER HEALTHCARE, LLC at 50 Weston Street, in the said Town of Hartford, County of Hartford.

And also, on the 17th day of February, 2015, a true and attested verified copy of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND was deposited in the U.S. Mail, Rocky Hill, Priority Mail, Certified and Return Receipt Requested, addressed to the within named Defendant:

BAYER HEALTHCARE, LLC
100 BAYER ROAD
PITTSBURGH, PA 15205

Supplemental return to follow.

The within is the original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND with my doings hereon endorsed.

ATTEST:

| | |
|---|---|
| SERVICE: | $  40.00 |
| PAGES | 168.00 |
| PD. POSTAGE | 11.75 |
| 0 MILES | |
| ENDORSEMENTS | 2.40 |
| TOTAL: | $ 222.15 |

TIMOTHY J. BENNETT
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY

STATE OF CONNECTICUT :
       : SS: ROCKY HILL    FEBRUARY 23, 2015
COUNTY OF HARTFORD :


RE: ELSIE SMITH
VS: JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL


SUPPLEMENTAL RETURN

   I received the enclosed certified return receipt from the U.S. Post Office, addressed to the within named Defendant:

BAYER HEALTHCARE, LLC

Signed on the 20th day of February, 2015.

         ATTEST:


         TIMOTHY J. BENNETT
         CONNECTICUT STATE MARSHAL
         HARTFORD COUNTY

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
 If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

Bayer Healthcare, LLC
100 Bayer Rd
Pittsburgh, PA 15205

3. Service Type
 ☑ Certified Mail® ☐ Priority Mail Express™
 ☐ Registered ☐ Return Receipt for Merchandise
 ☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7014 2120 0002 0388 5878

PS Form 3811, July 2013 Domestic Return Receipt



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ELSIE SMITH,

V.                                    SUMMONS IN A CIVIL CASE

JANSSEN RESEARCH &AMP; DEVELOPMENT,
LLC, ET AL.,

CASE NUMBER: **3:15–CV–00179–SRU**

TO: **Bayer AG, Bayer Corporation, Bayer Healthcare AG, Bayer Healthcare LLC, Bayer Healthcare Pharmaceuticals Inc, Bayer Pharma AG, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Johnson & Johnson Company**
Defendant's Address:

Bayer Corporation:
C/O Agent: Corporation Service Company, 50 Weston Street, Hartford, CT, 06120;

Bayer Corporation:100 Bayer Road, Pittsburgh, PA 15205

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Leah F Walsh
Ventura, Ribeiro & Smith−Dnby
235 Main Street
Danbury, CT 06810**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − J. Fazekas
_____
*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bayer Corporation
was received by me on *(date)* 2/12/15

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☒ Other *(specify)* See attached Marshal's Return
_____
_____

My fees are $ 0 for travel and $ _____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

Servers signature
Timothy J. Bench
CT State Marshal
Printed name and title
P.O. Box 310875
Newtown CT 06481
Servers address

Additional information regarding attempted service, etc:

STATE OF CONNECTICUT:
                        : SS: HARTFORD                    FEBRUARY 17, 2015
COUNTY OF HARTFORD :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, I left a true and attested verified copy of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND with and in the hands of Michelle Taylor, Person in charge of Corporation Service Company, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant BAYER CORPORATION at 50 Weston Street, in the said Town of Hartford, County of Hartford.

And also, on the 17th day of February, 2015, a true and attested verified copy of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND was deposited in the U.S. Mail, Rocky Hill, Priority Mail, Certified and Return Receipt Requested, addressed to the within named Defendant:

BAYER CORPORATION
100 BAYER ROAD
PITTSBURGH, PA  15205

Supplemental return to follow.


The within is the original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND with my doings hereon endorsed.


| | | ATTEST: |
|---|---|---|
| SERVICE: | $  20.00 | |
| PAGES | 168.00 | |
| PD. POSTAGE | 11.75 | TIMOTHY J. BENNETT |
| 0 MILES | | CONNECTICUT STATE MARSHAL |
| ENDORSEMENTS | 2.40 | HARTFORD COUNTY |
| TOTAL: | $ 202.15 | |

STATE OF CONNECTICUT :
                : SS: ROCKY HILL        FEBRUARY 23, 2015

COUNTY OF HARTFORD :


RE: ELSIE SMITH
VS: JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL


<u>SUPPLEMENTAL RETURN</u>

     I received the enclosed certified return receipt from the U.S. Post Office, addressed to the within named Defendant:

BAYER CORPORATION

Signed on the 20th day of February, 2015.

                             ATTEST:

TIMOTHY J. BENNETT
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELSIE SMITH,

V.

SUMMONS IN A CIVIL CASE

JANSSEN RESEARCH &AMP; DEVELOPMENT,
LLC, ET AL.,

CASE NUMBER: 3:15-CV-00129-SRU

TO: Bayer AG, Bayer Corporation, Bayer
Healthcare AG, Bayer Healthcare LLC, Bayer
Healthcare Pharmaceuticals Inc, Bayer Pharma
AG, Janssen Ortho LLC, Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC,
Johnson & Johnson Company
Defendant's Address:
Janssen Research & Development, LLC.:
C/O CT Secretary of State, 30 Trinity Street, Hartford, CT 06106

Janssen Research & Development, LLC.:
One Johnson& Johnson Plaza, New Brunswick, NJ, 08933, C/O Douglas K. Chia, Corporate Secretary, Assistant General Counsel

Janssen Research & Development, LLC.: 920 U.S. Route 202, Raritan, New Jersey, 08869
A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) — or 60 days if
you are the United States or a United States agency, or an officer or employee of the United States described in
Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a
motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the
plaintiff or plaintiff's attorney, whose name and address are:

Leah F Walsh
Ventura, Ribeiro & Smith—Dnby
235 Main Street
Danbury, CT 06810

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ — J. Fazekas

*Signature of Clerk or Deputy Clerk*

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janssen Research + Development, LLC
was received by me on *(date)* 2|12|15 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☒ Other *(specify)* ___ See attached Marshal's Return _____
_____
_____

My fees are $9.70. for travel and $ _____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers signature
Timothy J. Bennett
CT State Marshal
Printed name and title
P.O. Box 310875
Newington CT 06131
Servers address

Additional information regarding attempted service, etc:

STATE OF CONNECTICUT:
: SS: HARTFORD                              FEBRUARY 17, 2015
COUNTY OF HARTFORD :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, Pursuant to C.G.S. 34-233c, I left two (2) true and attested verified copies of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND at the office of Denise Merrill, Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant JANSSEN RESEARCH AND DEVELOPMENT, LLC and paid statutory fees in the amount of $50.00, in the said Town of Hartford, County of Hartford.

And also, on the 17th day of February, 2015, a true and attested verified copy of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND was deposited in the U.S. Mail, Rocky Hill, Priority Mail, Certified and Return Receipt Requested, addressed to the within named Defendant:

JANSSEN RESEARCH AND DEVELOPMENT, LLC
ONE JOHNSON AND JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

Supplemental return to follow.

And also, by special direction of the Plaintiff's Attorney, on the 17th day of February, 2015, a true and attested verified copy of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND was deposited in the U.S. Mail, Rocky Hill, Priority Mail, Certified and Return Receipt Requested, addressed to the within named Defendant:

JANSSEN RESEARCH AND DEVELOPMENT, LLC
920 U.S. ROUTE 202
RARITAN, NJ 08869

Supplemental return to follow.

The within is the original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND with my doings hereon endorsed.

ATTEST:

| | | |
|---|---|---|
| SERVICE: | $ | 40.00 |
| PAGES | | 336.00 |
| PD. SEC OF STATE | | 50.00 |
| PD. POSTAGE | | 23.50 |
| 16.88 MILES | | 9.70 |
| ENDORSEMENTS | | 4.00 |
| TOTAL: | | $463.20 |

TIMOTHY J. BENNETT
CONNECTICUT STATE MARSHAL
HARTFORD COUNTY

STATE OF CONNECTICUT :

                 : SS: ROCKY HILL             FEBRUARY 23, 2015

COUNTY OF HARTFORD :


RE: ELSIE SMITH
VS: JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL

SUPPLEMENTAL RETURN

      I received the enclosed certified return receipt from the U.S. Post Office, addressed to the within named Defendant:

                JANSSEN RESEARCH & DEVELOPMENT, LLC

Signed on the 20th day of February, 2015.

                                ATTEST:

                                TIMOTHY J. BENNETT
                                CONNECTICUT STATE MARSHAL
                                HARTFORD COUNTY

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Research +
Development, LLC
920 U.S. Route 202
Raritan, NJ 08869

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Spiro Zaloumer    2-20-15

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7014 2120 0002 0388 5809

PS Form 3811, July 2013    Domestic Return Receipt    Vent-ted

STATE OF CONNECTICUT :
                 : SS: ROCKY HILL         FEBRUARY 27, 2015

COUNTY OF HARTFORD :


RE: ELSIE SMITH
VS: JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL


<u>SUPPLEMENTAL RETURN</u>

     I received the enclosed certified return receipt from the U.S. Post Office, addressed to the within named Defendant:

               JANSSEN RESEARCH & DEVELOPMENT, LLC

Signed on the 23rd day of February, 2015.

                        ATTEST:

                        TIMOTHY J. BENNETT
                        CONNECTICUT STATE MARSHAL
                        HARTFORD COUNTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ELSIE SMITH,

V.

**SUMMONS IN A CIVIL CASE**

JANSSEN RESEARCH &AMP; DEVELOPMENT,
LLC, ET AL.,

CASE NUMBER: 3:15−CV−00129−SRU

TO: **Bayer AG, Bayer Corporation, Bayer
Healthcare AG, Bayer Healthcare LLC, Bayer
Healthcare Pharmaceuticals Inc, Bayer Pharma
AG, Janssen Ortho LLC, Janssen Pharmaceuticals,
Inc., Janssen Research & Development, LLC,
Johnson & Johnson Company**
Defendant's Address:

Janssen Pharmaceuticals, Inc.: C/O Douglas K. Chia, Corporate Secretary, Assistant General Counsel
One Johnson & Johnson Plaza, New Brunswick, NJ, 08933,

Janssen Pharmaceuticals, Inc.: 1125 Trenton-Harbourton Road, Titusville, New Jersey, 08560;

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) − or 60 days if
you are the United States or a United States agency, or an officer or employee of the United States described in
Fed. R. Civ. P. 12 (a)(2) or (3) − you must serve on the plaintiff an answer to the attached complaint or a
motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the
plaintiff or plaintiff's attorney, whose name and address are:

**Leah F Walsh
Ventura, Ribeiro & Smith−Dnby
235 Main Street
Danbury, CT 06810**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ − J. Fazekas
_____
*Signature of Clerk or Deputy Clerk*

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janssen Pharmaceuticals,
was received by me on *(date)* 2/12/15  Inc.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☒ Other *(specify)* _____
_____
_____

My fees are $ ___0___ for travel and $ _____ for services, for a total of $_____0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
Servers' signature

TIMOTHY J. Bennett
CT State Marshal
Printed name and title

P.O. Box 310875
Newington CT 06131
Servers address

Additional information regarding attempted service, etc:

STATE OF CONNECTICUT :
                      : SS: ROCKY HILL                        FEBRUARY 17, 2015
COUNTY OF HARTFORD :

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, a true and attested verified copy of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND was deposited in the U.S. Mail, Rocky Hill, Priority Mail, Certified and Return Receipt Requested, addressed to the within named Defendant:

JANSSEN PHARMACEUTICALS, INC.
C/O THE SECRETARY
ONE JOHNSON AND JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

Supplemental return to follow.

And also, by special direction of the Plaintiff's Attorney, on the 17th day of February, 2015, a true and attested verified copy of the within original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND was deposited in the U.S. Mail, Rocky Hill, Priority Mail, Certified and Return Receipt Requested, addressed to the within named Defendant:

JANSSEN PHARMACEUTICALS, INC.
C/O THE SECRETARY
1125 TRENTON-HARBOURTON ROAD
TITUSVILLE, NJ 08560

Supplemental return to follow.


The within is the original FEDERAL WRIT, SUMMONS, CIVIL COVER SHEET and COMPLAINT AND JURY DEMAND with my doings hereon endorsed.


| | | |
|---|---|---|
| SERVICE: | $ 20.00 | ATTEST: |
| PAGES | 168.00 | |
| PD. POSTAGE | 11.75 | |
| 0 MILES | | TIMOTHY J. BENNETT |
| ENDORSEMENTS | 2.40 | CONNECTICUT STATE MARSHAL |
| TOTAL: | $ 202.15 | HARTFORD COUNTY |

STATE OF CONNECTICUT :
        : SS:  ROCKY HILL    FEBRUARY 23, 2015
COUNTY OF HARTFORD :


RE: ELSIE SMITH
VS: JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL


SUPPLEMENTAL RETURN

   I received the enclosed certified return receipt from the U.S. Post Office, addressed to the within named Defendant:

JANSSEN PHARMACEUTICALS, INC.<br>C/O THE SECRETARY

Signed.

              ATTEST:

              TIMOTHY J. BENNETT
              CONNECTICUT STATE MARSHAL
              HARTFORD COUNTY

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Pharmaceuticals, Inc.
C/o The secretary
@ 1125 Trenton-Harbourton
Titusville, NJ 08560

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
 If YES, enter delivery address below: ☐ No

3. Service Type
 ☑ Certified Mail® ☐ Priority Mail Express™
 ☐ Registered ☐ Return Receipt for Merchandise
 ☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7014 2120 0002 0388 5823

PS Form 3811, July 2013  Domestic Return Receipt  Cert Fed.

STATE OF CONNECTICUT :
                  : SS: ROCKY HILL       FEBRUARY 27, 2015
COUNTY OF HARTFORD :


RE: ELSIE SMITH
VS: JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL


<u>SUPPLEMENTAL RETURN</u>

     I received the enclosed certified return receipt from the U.S. Post Office, addressed to the within named Defendant:

               JANSSEN PHARMACEUTICALS, INC.
                     C/O THE SECRETARY

Signed on the 23rd day of February, 2015.

                           ATTEST:

                           TIMOTHY J. BENNETT
                           CONNECTICUT STATE MARSHAL
                           HARTFORD COUNTY