# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXBAN)          (     MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION      (
                                                     (     SECTION: L
                                                     (     JUDGE FALLON
                                                     (     MAG. JUDGE NORTH


THIS DOCUMENT RELATES TO 15-CV-231

## ENTRY OF APPEARANCE

Please take notice that the undersigned counsel, Lisa Causey-Streete of Salim-Beasley, LLC, hereby appears on behalf of Plaintiffs, Valorie Raines, individually and as attorney-in-fact to Paul W. Miller (Case No. 15-cv-00231), and in the above referenced MDL proceeding 2:14-md-02592-EEF-MBN.

DATED: March 18, 2015                          Respectfully Submitted,

                                                              By: /s/ Lisa Causey-Streete
                                                              Robert L. Salim
                                                              Lisa Causey-Streete
                                                              SALIM-BEASLEY, LLC
                                                              1901 Texas Street
                                                              Natchitoches, LA 71457
                                                              Phone: (800) 491-1817
                                                              Fax: (318) 354-1227
                                                              lcausey@salim-beasley.com


                                                              Harry F. Bell, Jr.
                                                              THE BELL LAW FIRM, PLLC
                                                              P.O. Box 1723
                                                              30 Capital Street
                                                              Charleston, WV 25326-1723
                                                              Phone: (304) 345-1700
                                                              Fax: (304) 345-1715

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, do hereby certify that I have on the 18th day of March, 2015, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Plaintiffs' and Defendants' Liaison Counsel.

DATED:  March 18, 2015                           Respectfully Submitted,

By: /s/ Lisa Causey-Streete

Lisa Causey-Streete