## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXBAN) | ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ( | |
| | ( | SECTION: L |
| | ( | JUDGE FALLON |
| | ( | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO 15-CV-231

### ENTRY OF APPEARANCE

Please take notice that the undersigned counsel, Robert L. Salim of Salim-Beasley, LLC, hereby appears on behalf of Plaintiffs, Valorie Raines, individually and as attorney-in-fact to Paul W. Miller (Case No. 15-cv-00231), and in the above referenced MDL proceeding 2:14-md-02592-EEF-MBN.

DATED: March 18, 2015

Respectfully Submitted,

By: /s/ Robert L. Salim
Robert L. Salim
Lisa Causey-Streete
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
robertsalim@cp-tel.net

Harry F. Bell, Jr.
THE BELL LAW FIRM, PLLC
P.O. Box 1723
30 Capital Street
Charleston, WV 25326-1723
Phone: (304) 345-1700
Fax: (304) 345-1715

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on the 18th day of March, 2015, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Plaintiffs' and Defendants' Liaison Counsel.

DATED:  March 18, 2015                           Respectfully Submitted,

                                                 By: /s/ Robert L. Salim

                                                 Robert L. Salim