UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXBAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO 15-CV-475

## ENTRY OF APPEARANCE

Please take notice that the undersigned counsel, Robert L. Salim of Salim-Beasley, LLC, hereby appears on behalf of Plaintiff, William R. Wright, Jr. (Case No. 15-cv-00475), and in the above referenced MDL proceeding 2:14-md-02592-EEF-MBN.

DATED: March 18, 2015

Respectfully Submitted,

By: /s/ Robert L. Salim
Robert L. Salim
Lisa Causey-Streete
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
robertsalim@cp-tel.net


Todd H. Nueman
Jeffrey R. Corcoran
ALLEN KUEHNLE STOVALL & NUEMAN, LLP
17 South High Street, Suite 1200
Columbus, OH 43215
Phone: (614) 221-8500
Fax: (614) 221-5988
neuman@aksnlaw.com
corcoran@aksnlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on the 18th day of March, 2015, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Plaintiffs' and Defendants' Liaison Counsel.

DATED: March 18, 2015            Respectfully Submitted,

By: /s/ Robert L. Salim

Robert L. Salim