UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bertrand v. Janssen*<br>Civil Action No. 2:15-cv-302,<br><br>*Alexie v. Janssen*<br>Civil Action No. 2:15-cv-261<br><br>*St. Pierre v. Janssen*<br>Civil Action No. 2:15-cv-397 | CASE NO.: 14-md-2592<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL B. NORTH |

**NOTICE OF APPEARANCE**

COMES NOW, Bryan A. Pfleeger of Michael Hingle & Associates and enters his appearance on behalf of the above named Plaintiffs.

DATED this 23rd day of March, 2015.

        Respectfully submitted,

        MICHAEL HINGLE & ASSOCIATES, LLC

        /s/ Bryan A. Pfleeger
        Bryan A. Pfleeger, LA #23896
        Michael Hingle & Associates
        220 Gause Boulevard
        Slidell, LA 70458
        Telephone: (985) 641-6800
        Fax: (985) 646-1471
        julie@hinglelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM / ECF filing system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

1

/s/ Bryan A. Pfleeger
Bryan A. Pfleeger