UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO:  ) | MAG. JUDGE NORTH |
| Lanning v. Janssen Research &  ) | |
| Development, LLC  ) | |
| 2:14-cv-02995  ) | |
| ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for the Plaintiff Donald Lanning in the above captioned matter.


DATED: March 23, 2015                     GRANT & EISENHOFER P. A.

                                                   By: s/ M. Elizabeth Graham
                                                   M. Elizabeth Graham
                                                   123 Justison Street
                                                   Wilmington, DE 19801
                                                   Tel: 302-622-7000
                                                   Fax: 302-622-7100

                                                   Attorney for Plaintiff