UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592 |
| _____ | ) ) | SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: McCord v. Janssen Research & Development, LLC 2:14-cv-2994 _____ | ) ) ) ) ) | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for the Plaintiff Mary McCord in the above captioned matter.

DATED: March 23, 2015        GRANT & EISENHOFER P. A.

        By: s/ M. Elizabeth Graham
        M. Elizabeth Graham
        123 Justison Street
        Wilmington, DE 19801
        Tel: 302-622-7000
        Fax: 302-622-7100

        Attorney for Plaintiff