UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO:  ) | MAG. JUDGE NORTH |
| Thomas v. Janssen Research &  ) | |
| Development, LLC  ) | |
| 2:14-cv-3003  ) | |
| ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for the Plaintiff Charles Thomas in the above captioned matter.

DATED: March 23, 2015        GRANT & EISENHOFER P. A.

        By: s/ M. Elizabeth Graham
        M. Elizabeth Graham
        123 Justison Street
        Wilmington, DE 19801
        Tel: 302-622-7000
        Fax: 302-622-7100

        Attorney for Plaintiff