UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE ELDON E. FALLON |
| *Daphne Matthews v. Janssen Research* | * | |
| *& Development, LLC, et al (15-470 EDLA)* | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL
## COUNSEL OF RECORD

NOW COMES plaintiff, **Daphne Matthews**, who upon suggesting to the Court that she filed her original Complaint in the Northern District of Illinois on January 27, 2015. On February 20, 2015, Conditional Transfer Order No. 12 [Rec. Doc. 202] was issued transferring plaintiff's case to MDL No. 2592 in the Eastern District of Louisiana, issuing EDLA Case No. 15-470.

Mover has retained the services of Leonard A. Davis and Danielle Treadaway Hufft of the law firm of Herman, Herman & Katz, LLC as local co-counsel to represent her in these proceedings. Accordingly, mover desires and requests that Leonard A. Davis and Danielle Treadaway Hufft of the law firm of Herman, Herman & Katz, LLC be added to the docket as co-counsel for plaintiff, **Daphne Matthews**.

WHEREFORE mover prays that Leonard A. Davis and Danielle Treadaway Hufft of the law firm of Herman, Herman & Katz, LLC be added to the docket as co-counsel for plaintiff, **Daphne Matthews**.

Dated:  March 24, 2015                               Respectfully submitted,

/s/ Leonard A. Davis
_____
Leonard A. Davis (#14190)
ldavis@hhklawfirm.com
Danielle Treadaway Hufft (#32260)
dhufft@hhklawfirm.com
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024

Charles E. Adler (Atty ID:  32178)
ca@adlerltd.com
Adler Law Offices, Ltd.
30 N. LaSalle St., S-3440
Chicago, IL  60602
PH:  (312) 236-2700

***Attorneys for Plaintiff, Daphne Matthews***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Liaison Counsel via the Court's Electronic Filing System this 24th day of March, 2015.

/s/ Leonard A. Davis
_____
Leonard A. Davis