AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| GRADY CHRISTIAN <br><br> *Plaintiff(s)* <br> v. <br> JANSSEN RESEARCH & DEVELOPMENT, LLC, ET <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 15-00185   L (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janssen Pharmaceutical, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   W. Todd Harvey, Esq.
Burke Harvey, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: Mar 05 2015

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-00185

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janssen Pharmaceutical, Inc
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* 03/12/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: United States Postal Service, Certified Mail

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/25/2015

*Server's signature*

Camille L. Edwards
*Printed name and title*

Burke Harvey, LLC
3535 Grandview Parkway, Suite 100
Birmingham, AL 35243
*Server's address*

Additional information regarding attempted service, etc:



**BURKE HARVEY** LLC
www.BurkeHarvey.com
Attorneys Licensed in: AL, GA, MS, NY, TN, TX, VA

Camille L. Edwards
Writer's Telephone No.: 205.930.9091
Writer's E-mail: cedwards@bhflegal.com

March 10, 2015

<u>*VIA U.S.P.S. CERTIFIED MAIL*</u>

Janssen Pharmaceutical, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08560

*RE: Grady Christian v. Janssen Research & Development, et al. 15-00185*

To Whom it May Concern:

Please find the enclosed documents in the Grady Christian v. Janssen Research & Development, et al. 15-00185.

- Summons
- Complaint

Please contact me at 888-930-9091, Ext. 4 with any questions or concerns.

Sincerely,

[Certified mail return receipt and article addressed to Janssen Pharmaceutical, Inc., 1125 Trenton-Harbourton Road, Titusville, NJ 08560; Article Number 7014 2870 0001 9595 5953; signed Grady Christian]