AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | |
|---|---|
| Fred Moses and Jennie Moses ) ) ) ) ) ) *Plaintiff(s)* ) v. ) JANSSEN RESEARCH & DEVELOPMENT, LLC, ET ) ) ) ) ) *Defendant(s)* ) | Civil Action No.  15-00206   L (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Janssen Ortho, LLC
c/o CT Corporation
1209 North Orange Street
Wilmingron, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   W. Todd Harvey, Esq.
Burke Harvey, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:    Mar 10 2015

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   15-00206

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Janssen Ortho, LLC

was received by me on *(date)*    .

☐ I personally served the summons on the individual at *(place)*

_____    on *(date)* _____    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*    Amy McLaren    , who is

designated by law to accept service of process on behalf of *(name of organization)*

Janssen Ortho, LLC    on *(date)*    03/13/2015    ; or

☐ I returned the summons unexecuted because _____    ; or

☑ Other *(specify):* United States Postal Service, Certified Mail


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   03/25/2015

_____
*Server's signature*

Camille L. Edwards
*Printed name and title*

Burke Harvey, LLC
3535 Grandview Parkway, Suite 100
Birmingham, Al 35243
*Server's address*

Additional information regarding attempted service, etc:



**BURKE HARVEY** LLC

www.BurkeHarvey.com

Attorneys Licensed in: AL, GA, MS, NY, TN, TX, VA

Camille L. Edwards
Writer's Telephone No.:  205.930.9091
Writer's E-mail:  cedwards@bhflegal.com

March 10, 2015

**_VIA U.S.P.S. CERTIFIED MAIL_**

Janssen Ortho, LLC
c/o CT Corporation
1209 North Orange Street
Wilmington, DE 19801

      **_RE: Fred Moses and Jennie Moses v. Janssen Research & Development, et al. 15-00206_**

To Whom it May Concern:

      Please find the enclosed documents in the Fred Moses and Jennie Moses v. Janssen Research & Development, et al. 15-00206.

- Summons
- Complaint
- Service Copy of NOA, for W. Todd Harvey
- Service Copy of NOA, for Camille L. Edwards.

      Please contact me at 888-930-9091, Ext. 4 with any questions or concerns.

Sincerely,

Cam

7014 2870 0001 9595 5939

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Janssen Ortho, LLC
c/o CT Corporation
1209 North Orange Street
Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Amy McLaren_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

MAR 13 2015

3. Service Type
   ☒ Certified Mail®  ☐ Priority Mail Express™
   ☐ Registered  ☒ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number
(Transfer from service label)    7014 2870 0001 9595 5939

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Postage  $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Pos

Sent To
Janssen Ortho, LLC
c/o CT Corporation
1209 North Orange Street
Wilmington, DE 19801

Postmark Here