UNITED STATE DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION

MDL No. 2592

Taggart v. Janssen Research & Development
Case No: 2:14-cv-02944

**PLAINTIFF JUDITH TAGGART'S EX PARTE MOTION
FOR EXTENSION OF TIME PURSUANT TO FRCP 6(b)**

Plaintiff Judith Taggart, by and through her attorneys, Kemp, Jones & Coulthard, LLP, moves this Court for an Order extending time in which to serve the Defendants named in the complaint on file herein.

This Motion is made in good faith and is made and based upon the Points and Authorities that follows.

## POINT AND AUTHORITIES

### I.

### FACTS

This is an action for injuries allegedly caused by the drug Xarelto.

On November 25, 2014, Plaintiff filed this action and was transferred into MDL 2592 on December 23, 2014. Service has not been effected upon Defendants Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil Janssen Pharmaceuticals Inc., Bayer Healthcare Pharmaceuticals Inc., Bayer Pharma AG, Bayer Healthcare AG and Bayer AG.

### II.

### STATEMENT OF THE LAW

The deadline for service of the summons and Complaint in this action is March 25, 2015. Plaintiff has complied with the Rules by making this request before the expiration of the period originally prescribed to complete service. Plaintiff respectfully asks this Court for an extension of

ninety (90) days to June 23, 2015 in which to perfect service upon Defendants.

Based on the foregoing, Plaintiff asks that her motion be granted by this Court and an order be issued for enlargement of time in which to complete service for an additional ninety (90) days beyond the current deadline of March 25, 2015.

Dated this 25th day of March, 2015.

KEMP, JONES & COULTHARD

_____
WILL KEMP, ESQ.
Nevada Bar No. 1205
J. RANDALL JONES, ESQ.
Nevada Bar No. 1927
ERIC PEPPERMAN, ESQ.
Nevada Bar No. 11679
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Attorneys for Plaintiff Taggart