UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

Taggart v. Janssen Research & Development
Case No: 2:14-cv-02944

## ORDER GRANTING EX PARTE MOTION
## FOR EXTENSION OF TIME PURSUANT TO FRCP 6(b)

Upon the Ex Parte Motion of Plaintiff for an Order for an Extension of Time, and for good cause appearing therefor,

**IT IS HEREBY ORDERED** that the foregoing EX PARTE MOTION FOR EXTENSION OF TIME PURSUANT TO FRCP 6(b) is hereby granted and plaintiff shall have up and until June 23, 2015 to complete service.

_____
UNITED STATES DISTRICT JUDGE

DATED_____, 2015

Respectfully submitted by:

KEMP, JONES & COULTHARD, LLP

_____
WILL KEMP, ESQ.
Nevada Bar No. 1205
J. RANDALL JONES, ESQ.
Nevada Bar No. 1927
ERIC PEPPERMAN, ESQ.
Nevada Bar No. 11679
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Attorneys for Plaintiff Taggart