UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>In re: Xarelto®Products Liability Litigation | MDL Docket No. 2592<br><br>Taggart v. Janssen, Research & Developemnt<br>Case No. 2:14-cv-02944 |

## CERTIFICATE OF SERVICE

On March 25, 2015, a true and correct copy of the PLAINTIFF JUDITH TAGGART'S EX PARTE MOTION FOR EXTENSION OF TIME PURSUANT TO FRCP 6(B) for *Judith Gail Taggart v. Janssen Research & Development LLC f/k/a John and Johnson Pharmaceutical Research and Development, LLC, et al.* Case No. 2:14-cv-02944 was served on all parties through the Court's e-filing system.

/s/ Monica Jacobs
An employee of Kemp, Jones & Coulthard, LLP

Page 1 of 1