IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRCT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO RUTH E. DUNN, individually and as executor de son Tort of the Estate of JAMES R. DUNN, deceased Plaintiff, | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| v. JANSSEN RESEARCH & DEVELOPMENT, LLC, Et al, Defendants; | CASE NO. 2:15-cv-00505 |

## NOTICE OF SERVICE

COMES NOW Plaintiff, RUTH E. DUNN, individually and as executor de son tort of the Estate of JAMES E. DUNN, deceased, and pursuant to this Court's PRETRIAL ORDER No. 10, provides notice of service of the Amended Complaint filed herein, upon Defendant, BAYER PHARMA AG, via Registered Mail, Return Rceipt Reqeusted, to Bayer Pharma AG, ATTN: Eva Gardyan-Eisenlohr, General Counsel, Muellerstrasse 178, 13353 Berlin, Germany, and via electronic mail: xareltocomplaints@babc.com, this the 26th day of March, 2015.

Altom M. Maglio, Esquire
Florida Bar No. 88005
**Christina E. Unkel, Esquire**
Florida Bar No. 99203
**MAGLIO CHRISTOPHER & TOALE, PA**
1605 Main Street, Suite 710
Sarasota, FL 34236
Phone 888-952-5242

1


Fax 877-952-5042
Primary Email (1): amm@mctlawyers.com
Primary Email (2): cunkel@mctlawyers.com
Secondary Email: kelly@mctlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2015,, I electronically filed the foregoing Notice of Service with the Clerk of the Court using the CM/ECF.

_/s/ Altom M. Maglio_
Altom M. Maglio, Esquire
Florida Bar No. 88005
**Christina E. Unkel, Esquire**
Florida Bar No. 99203