UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA FOR
APRIL 1, 2015 STATUS CONFERENCE**

1. Pre-Trial Orders

2. Counsel Contact Information Form

3. Plaintiffs' Steering Committee

4. File & Serve Express

5. MDL Centrality/Fact Sheets

6. PFS/DFS Census Forms

7. Master Discovery

8. Preservation Order

9. Document Production Protocol

10. Privilege Log

11. Protective Order

12. Case Management Order

13. Science Day

14. State/Federal Coordination

15. Next Status Conference