Case 2:14-md-02592-EEF-MBN   Document 385   Filed 03/31/15   Page 1 of 2
Case 2:15-cv-00510-EEF-MBN   Document 6-5   Filed 03/11/15   Page 1 of 2

*RETURN*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Louisiana

| | | |
|---|---|---|
| M0RRISON M. DUBOIS, as EXECUTOR OF THE ESTATE OF BONNIE R. SEAL DUBOIS and WENDY JOHNSON, INDIVIDUALLY, et al | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No. 2:14-MD-02592; ref 2:15-cv-510   L (5) |
| v. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, et al | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Corporation
through its agent for service of process:
Corporation Service Company
506 South President Street
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main St.
Biloxi, MS 39530
Telephone: 228/374-5151

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: _____Mar 11 2015_____

_____
Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:14-MD-02592; ref 2:15-cv-510

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Bayer Corporation _____

was received by me on *(date)*   3/24/15 _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Danny Perry, Ofc Mgr , who is

designated by law to accept service of process on behalf of *(name of organization)*   Corporation

Serv. Co, 506 S. President St. on *(date)*   3/24/15 _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date:  3/24/15 _____

_____
Server's signature

Terry Keith, Process Server
_____
Printed name and title

**Quantum Process**
416 Pittman Rd.
Ellisville, MS 39437
(601)752-3503
_____
Server's address

Additional information regarding attempted service, etc: