UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: Pennell, et al. v. Janssen Research and Development LLC, et al | |
| Civil Action No: 2:14-cv-02853-EEF-MBN | |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for Plaintiffs.

DATED: April 1, 2015

DOUGLAS & LONDON, P.C.

By: Michael A. London
59 Maiden Lane, 6th Floor
New York, NY 10038
Telephone: 212-566-7500
Facsimile: 212-566-7501
mlondon@douglasandlondon.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of April, 2015, a true and correct copy of the ENTRY OF APPEARANCE has been filed electronically via CM/ECF which automatically serves all counsel of record.

By: _____
Michael A. London