UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>Salama v. Janssen Research & Development, et al<br>2:15-cv-00200-EEF-MBN | ) ) ) ) ) | MAG. JUDGE NORTH |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for the Plaintiff, Nadia Salama, in the above captioned matter.


DATED: April 1, 2015                  NEMEROFF LAW FIRM

                                                 By: s/ Ellen A. Presby
                                                 Ellen A. Presby
                                                 2626 Cole Ave., Suite 450
                                                 Dallas, TX 75204
                                                 Tel: 214-774-2258
                                                 Fax: 214-393-7897

                                                 Attorney for Plaintiff