UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL No. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| | * | |
| THIS DOCUMENT RELATES TO: Newman v. Janssen Research & Development, LLC 2:14-cv-02934 | * | |
| | * | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for Plaintiff Richard M. Newman in the above captioned matter.

Date:  April 1, 2015

Respectfully Submitted:

/s/ Dianne M. Nast
Dianne M. Nast
Pennsylvania Bar No. 24424
NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone:   (215) 923-9300
Facsimile:   (215) 923-9302
Email:  dnast@nastlaw.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically upon all counsel via the Court's electronic case filing system, CM/ECF, on April 1, 2015.

*/s/ Dianne M. Nast*
Dianne M. Nast
