# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LORA COCHNEUER,

                V.                          **SUMMONS IN A CIVIL CASE**

JANSSEN RESEARCH &AMP; DEVELOPMENT, LLC, ET AL.,

                                 CASE NO: 1:15−CV−00140−−−SKO

TO: Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC
Defendant's Address:

YOU ARE HEREBY SUMMONED and required to serve on

Allan Kanner
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARIANNE MATHERLY
CLERK

/s/ E. Flores

(By) DEPUTY CLERK

ISSUED ON 2015−01−28 07:56:53.0, Clerk
USDC EDCA

| Attorney or Party without Attorney:<br>ALLAN KANNER, ESQ.   #109152<br>KANNER & WHITELEY, LLC<br>701 CAMP STREET<br>NEW ORLEANS, LA 70130<br>Telephone No: (504) 524-5777   FAX No: (504) 524-5763 | | | | For Court Use Only |
|---|---|---|---|---|
| Ref. No or File No.: | | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Eastern District Of California | | | | |
| Plaintiff: LORA COCHNEUER | | | | |
| Defendant: JANESSAN RESEARCH & DEVELOPMENT LLC, ET AL | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:15-CV-00140-SKO |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL CASE; NOTICE OF POTENTIAL TAG-ALONG ACTION BY PLAINTIFF LORA COCHNEUER; SCHEDULE OF POTENTIAL TAG-ALONG ACTION; PROOF OF SERVICE; CIVIL DOCKET FOR CASE: 1:15-CV-00140-SKO; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; COMPLAINT; CIVIL COVER SHEET

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:           Thu., Mar. 05, 2015
    b. Place of Mailing:          SANTA ANA, CA 92705
    c. Addressed as follows:      JANSSEN ORTHO LLC
                                  STATE ROAD 933 KM 0 I
                                  STREET STATERO
                                  GURABO, PUERTO RICO 00778

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Mar. 05, 2015 in the ordinary course of business.

5. Person Serving:                                                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. SOPHIA G. MURILLO                          d. **The Fee for Service was:**
    b. FIRST LEGAL INVESTIGATIONS                 e. I am: Not a Registered California Process Server
       2070 N. TUSTIN AVENUE, 2ND FLOOR
       SANTA ANA, CA 92705
    c. (714) 550-1375

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Thu, Mar. 05, 2015

   *(signed)* (SOPHIA G. MURILLO)

Judicial Council Form                    PROOF OF SERVICE                              349374   .kanwh.684538
Rule 2.150.(a)&(b) Rev January 1, 2007          By Mail

| Attorney or Party without Attorney:<br>ALLAN KANNER, ESQ. #109152<br>KANNER & WHITELEY, LLC<br>701 CAMP STREET<br>NEW ORLEANS, LA 70130<br>Telephone No: (504) 524-5777  FAX No: (504) 524-5763<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court Eastern District Of California

Plaintiff: LORA COCHNEUER
Defendant: JANESSAN RESEARCH & DEVELOPMENT LLC, ET AL

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:15-CV-00140-SKO |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; NOTICE OF POTENTIAL TAG-ALONG ACTION BY PLAINTIFF LORA COCHNEUER; SCHEDULE OF POTENTIAL TAG-ALONG ACTION; PROOF OF SERVICE; CIVIL DOCKET FOR CASE: 1:15-CV-00140-SKO; ORDER SETTING MANDATORY SCHEDULING CONFERENCE; COMPLAINT; CIVIL COVER SHEET

3. a. Party served: JANSSEN ORTHO LLC
   b. Person served: (REFUSED TO PROVIDE AGENT OF SERVICE NAME)
   SERVED UNDER F.R.C.P. RULE 4

4. Address where the party was served: STATE ROAD 933 KM 0 I
   STREET STATERO
   GURABO, PUERTO RICO 00778

5. I served the party:
   b. **by substituted service.** On: Wed., Mar. 04, 2015 at: 4:16PM by leaving the copies with or in the presence of:
   JOSE GONZALEZ-ROMAN, HUMAN RESOURCES MANAGER
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. EDRICK NARVAEZ
   b. **FIRST LEGAL INVESTIGATIONS**
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server



8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Mar. 05, 2015

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE

   (EDRICK NARVAEZ) kanwh.684538