AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Charles Thomas | ) | |
| _____ | ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 2:14-cv-3003    l (5) |
| Janssen Research & Development, LLC et al | ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare LLC
100 Bayer Boulevard
Whippany, NJ 07981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Deputy clerk's signature

Date:   **Mar 25 2015**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  WRS

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:  4-2-2015

_____
Server's signature

Thomas Bibby, Paralegal
_____
Printed name and title

123 Jutison Street, Wilmington, PA 19801
_____
Server's address

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt                                    Page 1 of 1

 **Shipment Receipt**

**Transaction Date:** 27 Mar 2015          **Tracking Number:**      1ZE0754Y0192277478

| 1 | **Address Information** |

**Ship To:**
Bayer Healthcare LLC
100 Bayer Blvd
WHIPPANY NJ 079811544

**Ship From:**
Grant and Eisenhofer P.A.
Tinesha Thomas
123 Justison Street
Wilmington DE 19801
Telephone:302-622-7000

**Return Address:**
Grant and Eisenhofer P.A.
Tinesha Thomas
123 Justison Street
Wilmington DE 19801
Telephone:302-622-7000

| 2 | **Package Information** |

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1. Letter (Letter billable) | UPS Letter | | Reference # 1 - 198390 Reference # 2 - C. Thomas |

| 3 | **UPS Shipping Service and Shipping Options** |

**Service:** UPS Next Day Air
**Guaranteed By:** 10:30 AM Monday, Mar 30, 2015
**Shipping Fees Subtotal:** 21.74 USD
    Transportation       21.00 USD
    Fuel Surcharge        0.74 USD

| 4 | **Payment Information** |

Bill Shipping Charges to:          Shipper's Account E0754Y

Charges:                                                      21.74 USD

**Daily rates were applied to this shipment**
Total Charged:                                            21.74 USD

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

UPS: Tracking Information



**United States**

New User | Log-In | Contact UPS | The UPS Store [Search] Sub

My UPS      Shipping      Tracking      Freight      Locations      Support      UPS Solutions

Save up to 18% on UPS shipping for your business.
Sign up and start saving in your first week of shipping.

[Sign Up Now]

| [Tracking Number] [Track] | Log-In for additional tracking details. | [Other Tracking Options ▾] |

**Tracking Detail**                    Like {1.4m}  [Share]    Print   Help   [A A A]

**1ZE0754Y0192277478**                    Updated: 04/02/2015 9:55 A.M. Eastern Time

**Delivered**

**UPS Live Chat**

[Launch Chat]

**Delivered On:**
Monday, 03/30/2015 at 9:36 A.M.

[Request Status Updates »]

**Left At:**
Dock

**Shipping Information**

**To:**
WHIPPANY, NJ, US

**Signed By:**
MALONEY

Proof of Delivery

**Shipped By**

UPS Next Day
Air®

What time will your package
be delivered to your home?
Get FREE approximate
Delivery Windows on most
UPS packages.

**Continue**

I am already a UPS My Choice® Member

Know when
your package
is on the way

Sign up for *UPS My Choice*®

**Shipment Progress**                    What's This?

| Location | Date | Local Time | Activity |
| --- | --- | --- | --- |
| Parsippany, NJ, United States | 03/30/2015 | 9:36 A.M. | Delivered |
|  | 03/30/2015 | 5:36 A.M. | Out For Delivery |
|  | 03/30/2015 | 12:15 A.M. | Arrival Scan |
| Lawnside, NJ, United States | 03/29/2015 | 10:24 P.M. | Departure Scan |
| Lawnside, NJ, United States | 03/28/2015 | 12:16 A.M. | Arrival Scan |
| Philadelphia, PA, United States | 03/27/2015 | 11:53 P.M. | Departure Scan |
|  | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| Newark, DE, United States | 03/27/2015 | 10:28 P.M. | Departure Scan |
|  | 03/27/2015 | 9:50 P.M. | Origin Scan |
|  | 03/27/2015 | 6:37 P.M. | Pickup Scan |
| United States | 03/27/2015 | 11:44 A.M. | Order Processed: Ready for UPS |

**Additional Information**

| Shipped/Billed On: | 03/27/2015 |
| --- | --- |
| Type: | Package |

Subscribe to UPS E-mail: [Enter e-mail address] [Sign Up »]   View Examples      Site Feedback

Contact UPS          Support          Solutions for:

UPS: Tracking Information

Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

UPS UNITED PROBLEM SOLVERS®

Get Started
Register
Open a Shipping Account
Change Your Delivery

Healthcare
Small Business
High Tech
More...

Other UPS Sites:
Select a website

Follow us:

Home   About UPS   Site Guide   Investors   Careers   Pressroom   UPS Global   UPS Mobile   UPS Blog

Service Terms and Conditions   Website Terms of Use   Privacy Notice   Your California Privacy Rights   Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |  |
|---|---|---|
| Charles Thomas | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:14-cv-3003   1 (5) |
| Janssen Research & Development, LLC et al | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Janssen Pharmaceuticals, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins

*Name of clerk of court*

Date: __Mar 25 2015__

*Deputy clerk's signature*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* URS

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: 4-2-2015

_____
*Server's signature*

_Thomas Bibby, Paralegal_
*Printed name and title*

_123 Justison Street, Wilmington, PA 19801_
*Server's address*

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt                                    Page 1 of 1

 **Shipment Receipt**

**Transaction Date: 27 Mar 2015**            **Tracking Number:**        1ZE0754Y0190644575

| 1 | Address Information |
|---|---|

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Janssen Pharmaceuticals, Inc. | Grant and Eisenhofer P.A. | Grant and Eisenhofer P.A. |
| 1125 Trenton-Harbourton Road | Tinesha Thomas | Tinesha Thomas |
| TITUSVILLE NJ 085601504 | 123 Justison Street | 123 Justison Street |
| | Wilmington DE 19801 | Wilmington DE 19801 |
| | Telephone:302-622-7000 | Telephone:302-622-7000 |

| 2 | Package Information |
|---|---|

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1. Letter (Letter billable) | UPS Letter | | Reference # 1 - 198390 Reference # 2 - C. Thomas |

| 3 | UPS Shipping Service and Shipping Options |
|---|---|

| | |
|---|---|
| Service: | UPS Next Day Air |
| Guaranteed By: | 10:30 AM Monday, Mar 30, 2015 |
| Shipping Fees Subtotal: | 21.74 USD |
| Transportation | 21.00 USD |
| Fuel Surcharge | 0.74 USD |

| 4 | Payment Information |
|---|---|

Bill Shipping Charges to:                     Shipper's Account E0754Y

| Charges: | 21.74 USD |
|---|---|
| **Daily rates were applied to this shipment** | |
| Total Charged: | 21.74 USD |

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

UPS: Tracking Information



**United States**

New User | Log-In | Contact UPS | The UPS Store [Search] Sub

My UPS    Shipping    Tracking    Freight    Locations    Support    UPS Solutions

**Save up to 18% on UPS shipping for your business.**
**Sign up and start saving in your first week of shipping.**

[ Sign Up Now ]

[Tracking Number]  [Track]      Log-In for additional tracking details.      [Other Tracking Options ▼]

## Tracking Detail

Like 1.4m | Share        Print    Help   A A A

### 1ZE0754Y0190644575

Updated: 04/02/2015 9:55 A.M. Eastern Time

**Delivered**

**Delivered On:**
Monday,  03/30/2015 at 9:37 A.M.

[ Request Status Updates » ]

**Left At:**
Mail Room

**Signed By:**
PRIATNA

Proof of Delivery

**Continue**

What time will your package
be delivered to your home?
Get FREE approximate
Delivery Windows on most
UPS packages.

I am already a UPS My Choice® Member

**UPS Live Chat**

[ Launch Chat ]

**Shipping Information**

**To:**
TITUSVILLE, NJ, US

**Shipped By**

UPS Next Day
Air®

Know when
your package
is on the way

Sign up for *UPS My Choice*®

## Shipment Progress

What's This?

| Location | Date | Local Time | Activity |
|---|---|---|---|
| Hamilton, NJ, United States | 03/30/2015 | 9:37 A.M. | Delivered |
| | 03/30/2015 | 7:27 A.M. | Out For Delivery |
| | 03/30/2015 | 5:50 A.M. | Arrival Scan |
| Parsippany, NJ, United States | 03/29/2015 | 3:42 P.M. | Departure Scan |
| Parsippany, NJ, United States | 03/28/2015 | 5:25 A.M. | Arrival Scan |
| Philadelphia, PA, United States | 03/28/2015 | 3:05 A.M. | Departure Scan |
| Philadelphia, PA, United States | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| Newark, DE, United States | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | Pickup Scan |
| United States | 03/27/2015 | 11:58 A.M. | Order Processed: Ready for UPS |

## Additional Information

**Shipped/Billed On:**      03/27/2015
**Type:**                   Package

Subscribe to UPS E-mail: [Enter e-mail address]  [Sign Up »]   View Examples          Site Feedback

Contact UPS          Support          Solutions for:

UPS: Tracking Information

Browse Online Support
E-mail UPS
Live Chat ■
Call Customer Service

UPS UNITED PROBLEM SOLVERS®

Get Started
Register
Open a Shipping Account ■
Change Your Delivery

Healthcare
Small Business
High Tech
More...

Other UPS Sites:

Select a website

Follow us:

Home    About UPS    Site Guide    Investors    Careers    Pressroom    UPS Global    UPS Mobile    UPS Blog

Service Terms and Conditions    Website Terms of Use    Privacy Notice ■    Your California Privacy Rights ■    Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |
|---|---|
| Charles Thomas _____ *Plaintiff(s)* v. Janssen Research & Development, LLC et al _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  2:14-cv-3003    l (5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Corporation
100 Bayer Road
Pittsburgh, PA 15205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

_____
Deputy clerk's signature

Date:   **Mar 25 2015**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  URS

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:  4-2-2015

_____
*Server's signature*

Thomas Bibby, Paralegal
*Printed name and title*

123 Justison Street, Wilmington, PA 19801
*Server's address*

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt                                          Page 1 of 1

 **Shipment Receipt**

**Transaction Date: 27 Mar 2015**          **Tracking Number:**          1ZE0754Y0190450435

### 1  Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Bayer Corporation | Grant and Eisenhofer P.A. | Grant and Eisenhofer P.A. |
| 100 Bayer Blvd | Tinesha Thomas | Tinesha Thomas |
| PITTSBURGH PA 152059707 | 123 Justison Street | 123 Justison Street |
| | Wilmington DE 19801 | Wilmington DE 19801 |
| | Telephone:302-622-7000 | Telephone:302-622-7000 |

### 2  Package Information

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1. Letter (Letter billable) | UPS Letter | | Reference # 1 - 198390 Reference # 2 - C. Thomas |

### 3  UPS Shipping Service and Shipping Options

| Service: | UPS Next Day Air |
|---|---|
| Guaranteed By: | 10:30 AM Monday, Mar 30, 2015 |
| Shipping Fees Subtotal: | 25.88 USD |
| Transportation | 25.00 USD |
| Fuel Surcharge | 0.88 USD |

### 4  Payment Information

Bill Shipping Charges to:          Shipper's Account E0754Y

Charges:                                                                  25.88 USD

**Daily rates were applied to this shipment**

Total Charged:                                                            25.88 USD

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

UPS: Tracking Information



**United States**

New User | Log-In | Contact UPS | The UPS Store [Search] Sub

My UPS    Shipping    Tracking    Freight    Locations    Support    UPS Solutions

---

Save up to 18% on UPS shipping for your business.
**Sign up and start saving in your first week of shipping.**

[ Sign Up Now ]

---

[Tracking Number]  [Track]     Log-In for additional tracking details.    [Other Tracking Options ▾]

---

**Tracking Detail**     Like [1.4m] [Share]     Print   Help   [A] [A] [A]

**1ZE0754Y0190450435**     Updated: 04/02/2015 9:57 A.M. Eastern Time

**Delivered**

**UPS Live Chat**
[ Launch Chat ]

**Delivered On:**
Monday, 03/30/2015 at 10:21 A.M.     [ Request Status Updates » ]

**Shipping Information**

**Left At:**
Receiver

**To:**
PITTSBURGH, PA, US

**Signed By:**
DAVIDSON

Proof of Delivery

**Shipped By**

What time will your package      **Continue**
be delivered to your home?
Get FREE approximate
Delivery Windows on most        I am already a UPS My Choice® Member
UPS packages.

UPS Next Day
Air®

Know when
your package
is on the way

Sign up for *UPS My Choice®*

---

**Shipment Progress**     What's This?

| Location | Date | Local Time | Activity |
|---|---|---|---|
| Thornburg, PA, United States | 03/30/2015 | 10:21 A.M. | Delivered |
| | 03/30/2015 | 7:46 A.M. | Out For Delivery |
| | 03/30/2015 | 3:55 A.M. | Arrival Scan |
| New Stanton, PA, United States | 03/30/2015 | 2:52 A.M. | Departure Scan |
| New Stanton, PA, United States | 03/29/2015 | 6:42 P.M. | Arrival Scan |
| Philadelphia, PA, United States | 03/29/2015 | 12:27 P.M. | Departure Scan |
| Philadelphia, PA, United States | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| Newark, DE, United States | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | Pickup Scan |
| United States | 03/27/2015 | 12:04 P.M. | Order Processed: Ready for UPS |

---

**Additional Information**

**Shipped/Billed On:**     03/27/2015
**Type:**     Package

---

Subscribe to UPS E-mail: [Enter e-mail address]  [Sign Up »]   View Examples     Site Feedback

Contact UPS          Support          Solutions for:

UPS: Tracking Information

Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

UPS UNITED PROBLEM SOLVERS®

Get Started
Register
Open a Shipping Account
Change Your Delivery

Healthcare
Small Business
High Tech
More...

**Other UPS Sites:**
Select a website

**Follow us:**

Home    About UPS    Site Guide    Investors    Careers    Pressroom    UPS Global    UPS Mobile    UPS Blog

Service Terms and Conditions    Website Terms of Use    Privacy Notice    Your California Privacy Rights    Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

|  |  |
|---|---|
| Charles Thomas<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Janssen Research & Development, LLC et al<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:14-cv-3003   1 (5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**William W. Blevins**
Name of clerk of court

_____
Deputy clerk's signature

Date:   **Mar 25 2015**
_____

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  URS

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  4-2-2015

_____
Server's signature

*Thomas Bibby, Paralegal*
Printed name and title

*123 Justison Street, Wilmington, PA 19801*
Server's address

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt                                      Page 1 of 1

 **Shipment Receipt**

**Transaction Date: 27 Mar 2015**          **Tracking Number:**          1ZE0754Y0192407345

┌───────────────────────────────────────────────────────────────────────────┐
│ **1**  Address Information                                                   │

| Ship To: | Ship From: | Return Address: |
|----------|------------|-----------------|
| Janssen Research & Development | Grant and Eisenhofer P.A. | Grant and Eisenhofer P.A. |
| One Johnson & Johnson Plaza | Tinesha Thomas | Tinesha Thomas |
| NEW BRUNSWICK NJ 089330001 | 123 Justison Street | 123 Justison Street |
| | Wilmington DE 19801 | Wilmington DE 19801 |
| | Telephone:302-622-7000 | Telephone:302-622-7000 |

┌───────────────────────────────────────────────────────────────────────────┐
│ **2**  Package Information                                                   │

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|--------|------------------------|----------------|-------------------|
| 1.  Letter (Letter billable) | UPS Letter | | Reference # 1 – 198390 Reference # 2 - C. Thomas |

┌───────────────────────────────────────────────────────────────────────────┐
│ **3**  UPS Shipping Service and Shipping Options                            │

| | |
|---|---|
| Service: | UPS Next Day Air |
| Guaranteed By: | 10:30 AM Monday, Mar 30, 2015 |
| Shipping Fees Subtotal: | 21.74 USD |
|    Transportation | 21.00 USD |
|    Fuel Surcharge | 0.74 USD |

┌───────────────────────────────────────────────────────────────────────────┐
│ **4**  Payment Information                                                   │

| Bill Shipping Charges to: | Shipper's Account E0754Y | |
|---------------------------|--------------------------|----------|
| Charges: | | 21.74 USD |
| **Daily rates were applied to this shipment** | | |
| Total Charged: | | 21.74 USD |

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.



**United States**

New User | Log-In | Contact UPS | The UPS Store [Search] Sub

My UPS    Shipping    Tracking    Freight    Locations    Support    UPS Solutions

Save up to 18% on UPS shipping for your business.
**Sign up and start saving in your first week of shipping.**

[ Sign Up Now ]

[Tracking Number] [Track]          Log-In for additional tracking details.          [Other Tracking Options ⌄]

## Tracking Detail

Like ⟨1.4m⟩   Share          Print   Help   [A A A]

### 1ZE0754Y0192407345

Updated: 04/02/2015 9:58 A.M. Eastern Time

**Delivered**

**Delivered On:**
Monday, 03/30/2015 at 9:22 A.M.

[ Request Status Updates » ]

**Left At:**
Dock

**Signed By:**
RIZZI

Proof of Delivery

What time will your package
be delivered to your home?
Get FREE approximate
Delivery Windows on most
UPS packages.

**Continue**

I am already a UPS My Choice® Member

**UPS Live Chat**

[ Launch Chat ]

**Shipping Information**

**To:**
NEW BRUNSWICK, NJ, US

**Shipped By**

UPS Next Day
Air®

### Shipment Progress

What's This?

| Location | Date | Local Time | Activity |
|---|---|---|---|
| Edison, NJ, United States | 03/30/2015 | 9:22 A.M. | Delivered |
|  | 03/30/2015 | 4:51 A.M. | Out For Delivery |
| Edison, NJ, United States | 03/29/2015 | 8:46 P.M. | Arrival Scan |
| Parsippany, NJ, United States | 03/29/2015 | 7:58 P.M. | Departure Scan |
| Parsippany, NJ, United States | 03/28/2015 | 5:25 A.M. | Arrival Scan |
| Philadelphia, PA, United States | 03/28/2015 | 3:05 A.M. | Departure Scan |
| Philadelphia, PA, United States | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| Newark, DE, United States | 03/27/2015 | 10:28 P.M. | Departure Scan |
|  | 03/27/2015 | 9:50 P.M. | Origin Scan |
|  | 03/27/2015 | 6:37 P.M. | Pickup Scan |
| United States | 03/27/2015 | 11:54 A.M. | Order Processed: Ready for UPS |

### Additional Information

**Shipped/Billed On:** 03/27/2015
**Type:** Package

Subscribe to UPS E-mail: [Enter e-mail address] [ Sign Up » ]   View Examples          Site Feedback

Contact UPS          Support          Solutions for:

UPS: Tracking Information

Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

UPS UNITED PROBLEM SOLVERS®

Get Started
Register
Open a Shipping Account
Change Your Delivery

Healthcare
Small Business
High Tech
More...

Other UPS Sites:
Select a website

Follow us:

Home   About UPS   Site Guide   Investors   Careers   Pressroom   UPS Global   UPS Mobile   UPS Blog

Service Terms and Conditions   Website Terms of Use   Privacy Notice   Your California Privacy Rights   Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | |
|---|---|
| Charles Thomas _____ *Plaintiff(s)* v. Janssen Research & Development, LLC et al _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  2:14-cv-3003  1 (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
340 Changebridge Rd.
Pine Brook, NJ 07058-9714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: _____**Mar 25 2015**_____

_____
Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  WRS



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 4-2-2015 _____          _____
                                                  *Server's signature*

                                       Thomas Bibby, Paralegal
                                       _____
                                                  *Printed name and title*


                                       123 Justison Street, Wilmington, PA 19801
                                       _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt                                          Page 1 of 1

 **Shipment Receipt**

**Transaction Date:** 27 Mar 2015          **Tracking Number:**       1ZE0754Y0193549913

**1   Address Information**

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Bayer Healthcare Pharmaceuticals | Grant and Eisenhofer P.A. | Grant and Eisenhofer P.A. |
| Vito Ciraco | Tinesha Thomas | Tinesha Thomas |
| 100 Bayer Blvd | 123 Justison Street | 123 Justison Street |
| WHIPPANY NJ 079811544 | Wilmington DE 19801 | Wilmington DE 19801 |
| | Telephone:302-622-7000 | Telephone:302-622-7000 |

**2   Package Information**

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1. Letter (Letter billable) | UPS Letter | | Reference # 1 - 198390 Reference # 2 - C. Thomas |

**3   UPS Shipping Service and Shipping Options**

| | |
|---|---|
| Service: | UPS Next Day Air |
| Guaranteed By: | 10:30 AM Monday, Mar 30, 2015 |
| Shipping Fees Subtotal: | 21.74 USD |
| Transportation | 21.00 USD |
| Fuel Surcharge | 0.74 USD |

**4   Payment Information**

Bill Shipping Charges to:              Shipper's Account E0754Y

Charges:                                                                    21.74 USD

**Daily rates were applied to this shipment**

Total Charged:                                                             21.74 USD

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

UPS: Tracking Information



UPS: Tracking Information

Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

UPS UNITED PROBLEM SOLVERS®

Get Started
Register
Open a Shipping Account
Change Your Delivery

Healthcare
Small Business
High Tech
More...

Other UPS Sites:

Select a website

Follow us:

Home    About UPS    Site Guide    Investors    Careers    Pressroom    UPS Global    UPS Mobile    UPS Blog

Service Terms and Conditions    Website Terms of Use    Privacy Notice    Your California Privacy Rights    Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |  |
|---|---|---|
| Charles Thomas | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 2:14-cv-3003    1 (5) |
| v. | ) | |
| Janssen Research & Development, LLC et al | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Johnson & Johnson Company
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins

Name of clerk of court

Date:   **Mar 25 2015**   _____

Deputy clerk's signature

Case 2:14-cv-03003-EEF-MBN    Document 9    Filed 03/25/15    Page 4 of 12

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  URS

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  4-2-2015

_____
*Server's signature*

Thomas Bibby, Paralegal
_____
*Printed name and title*

123 Justison Street, Wilmington, PA 19801
_____
*Server's address*

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt

Page 1 of 1

 **Shipment Receipt**

**Transaction Date: 27 Mar 2015**          **Tracking Number:**     1ZE0754Y0191289609

| **1** | **Address Information** |

**Ship To:**
Johnson & Johnson Company
One Johnson & Johnson Plaza
NEW BRUNSWICK NJ 089330001

**Ship From:**
Grant and Eisenhofer P.A.
Tinesha Thomas
123 Justison Street
Wilmington DE 19801
Telephone:302-622-7000

**Return Address:**
Grant and Eisenhofer P.A.
Tinesha Thomas
123 Justison Street
Wilmington DE 19801
Telephone:302-622-7000

| **2** | **Package Information** |

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | Letter (Letter billable) | UPS Letter | | Reference # 1 – 198390 Reference # 2 - C. Thomas |

| **3** | **UPS Shipping Service and Shipping Options** |

**Service:** UPS Next Day Air
**Guaranteed By:** 10:30 AM Monday, Mar 30, 2015
**Shipping Fees Subtotal:** 21.74 USD
   Transportation   21.00 USD
   Fuel Surcharge   0.74 USD

| **4** | **Payment Information** |

Bill Shipping Charges to:          Shipper's Account E0754Y

Charges:                                                    21.74 USD

**Daily rates were applied to this shipment**
Total Charged:                                          21.74 USD

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

UPS: Tracking Information



**United States**

New User | Log-In | Contact UPS | The UPS Store [Search] Sub

My UPS | Shipping | Tracking | Freight | Locations | Support | UPS Solutions

**Save up to 18% on UPS shipping for your business.**
**Sign up and start saving in your first week of shipping.**

[ Sign Up Now ]

| Tracking Number | [ Track ] | Log-In for additional tracking details. | Other Tracking Options ⌄ |

## Tracking Detail

Like ‹ 1.4m | Share          Print    Help    [A] [A] [A]

### 1ZE0754Y0191289609

Updated: 04/02/2015 9:58 A.M. Eastern Time

**Delivered**

**Delivered On:**
Monday, 03/30/2015 at 9:22 A.M.

**Left At:**
Dock

**Signed By:**
RIZZI

Proof of Delivery

[ Request Status Updates » ]

What time will your package
be delivered to your home?
Get FREE approximate
Delivery Windows on most
UPS packages.

**Continue**

I am already a UPS My Choice® Member

**UPS Live Chat**

[ Launch Chat ]

**Shipping Information**

To:
NEW BRUNSWICK, NJ, US

**Shipped By**

UPS Next Day
Air®



Know when
your package
is on the way

Sign up for UPS My Choice®

### Shipment Progress

What's This?

| Location | Date | Local Time | Activity |
|---|---|---|---|
| Edison, NJ, United States | 03/30/2015 | 9:22 A.M. | Delivered |
| | 03/30/2015 | 4:11 A.M. | Out For Delivery |
| Edison, NJ, United States | 03/29/2015 | 8:46 P.M. | Arrival Scan |
| Parsippany, NJ, United States | 03/29/2015 | 7:58 P.M. | Departure Scan |
| Parsippany, NJ, United States | 03/28/2015 | 5:25 A.M. | Arrival Scan |
| Philadelphia, PA, United States | 03/28/2015 | 3:05 A.M. | Departure Scan |
| Philadelphia, PA, United States | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| Newark, DE, United States | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | Pickup Scan |
| United States | 03/27/2015 | 12:02 P.M. | Order Processed: Ready for UPS |

### Additional Information

**Shipped/Billed On:**          03/27/2015
**Type:**               Package

Subscribe to UPS E-mail: [Enter e-mail address] [ Sign Up » ]   View Examples

Site Feedback

Contact UPS          Support          Solutions for:

UPS: Tracking Information

Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

UPS UNITED PROBLEM SOLVERS®

Get Started
Register
Open a Shipping Account
Change Your Delivery

Healthcare
Small Business
High Tech
More...

Other UPS Sites:
Select a website

Follow us:

Home   About UPS   Site Guide   Investors   Careers   Pressroom   UPS Global   UPS Mobile   UPS Blog

Service Terms and Conditions   Website Terms of Use   Privacy Notice   Your California Privacy Rights   Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.