# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LORA COCHNEUER,

               V.            **SUMMONS IN A CIVIL CASE**

JANSSEN RESEARCH &AMP; DEVELOPMENT, LLC, ET AL.,

               CASE NO: 1:15-CV-00140----SKO

TO: Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC
Defendant's Address:

YOU ARE HEREBY SUMMONED and required to serve on

Allan Kanner
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARIANNE MATHERLY
CLERK

/s/ E. Flores

(By) DEPUTY CLERK



ISSUED ON 2015-01-28 07:56:53.0, Clerk
USDC EDCA

Case 1:15-cv-00140---SKO   Document 4   Filed 01/28/15   Page 3 of 3

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | DATE 2/6/2015 | @ 1:22 P.M. |
| NAME OF SERVER (PRINT) Manny Bayo | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Jocelyn Hester, Paralegal

☐ Returned unexecuted: _____

☒ Other (specify): Served at One Johnson & Johnson Plaza, New Brunswick NJ 08933

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/17/2015
              Date

Signature of Server

Address of Server: 609 Jefferson St 3L Hoboken NJ 07030