# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

LORA COCHNEUER,

              V.              SUMMONS IN A CIVIL CASE

JANSSEN RESEARCH &AMP; DEVELOPMENT, LLC, ET AL.,

              CASE NO: 1:15-CV-00140----SKO

TO: Bayer HealthCare LLC, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG
Defendant's Address:

YOU ARE HEREBY SUMMONED and required to serve on

Allan Kanner
Kanner& Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARIANNE MATHERLY
CLERK

/s/ E. Flores

(By) DEPUTY CLERK



ISSUED ON 2015-01-28 07:55:34.0, Clerk
USDC EDCA

Case 1:15-cv-00140---SKO Document 3 Filed 01/28/15 Page 2 of 2

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me (1) | DATE 2/9/2015 @ 2:43 p.m. | |
|---|---|---|
| NAME OF SERVER (PRINT) Manny Bayo | TITLE Process Server | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: __Jane Gillian, Corporate Counsel__

☐ Returned unexecuted: _____

☒ Other (specify): __Served at 100 Bayer Blvd., Whippany NJ 07981__

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __2/11/2015__
           Date

_Signature of Server_

_Address of Server_