# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**LORA COCHNEUER ,**

V.                                        **SUMMONS IN A CIVIL CASE**

**JANSSEN RESEARCH &AMP; DEVELOPMENT,**
**LLC, ET AL. ,**

CASE NO:  **1:15–CV–00140——SKO**

TO:  **Bayer HealthCare LLC, Bayer Healthcare**
**Pharmaceuticals, Inc., Bayer Pharma AG**
Defendant's Address:

**YOU ARE HEREBY SUMMONED** and required to serve on

**Allan Kanner**
**Kanner& Whiteley, L.L.C.**
**701 Camp Street**
**New Orleans, LA 70130**

an answer to the complaint which is served on you with this summons, within **21** days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.  Any answer that you serve
on the parties to this action must be filed with the Clerk of this Court within a reasonable period
of time after service.

**MARIANNE MATHERLY**
_____
CLERK

**/s/ E. Flores**
_____

(By) DEPUTY CLERK



ISSUED ON 2015–01–28 07:55:34.0, Clerk
USDC EDCA

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE **2/5/2015** |
| NAME OF SERVER *(PRINT)* **Brad Seigfried** | TITLE **Process Server** |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of bode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: **"John Doe", Legal Department**

☐ Returned unexecuted: _____

_____

☒ Other (specify) : Desc: Male, Brown Eyes, Brown Hair, Wearing Glasses, In his 40's, 6 feet, Around 200 Lbs.
@ 100 Bayer Rd., Pittsburgh, PA 15205          @ 9:12 a.m.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     **2/5/2015**
Date

Signature of Server
First Legal Support
3600 Lime St., Suite 626, Riverside CA 92501
*Address of Server*