AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |  |
|---|---|---|
| Mary McCord | ) | |
| _Plaintiff(s)_ | ) ) ) ) ) | |
| v. | ) | Civil Action No.  14-cv-2994  1 (5) |
| Janssen Research & Development, LLC et al | ) ) ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Bayer Corporation
100 Bayer Road
Pittsburgh, PA 15205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: ___Mar 25 2015___

_Deputy clerk's signature_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ◻ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ◻ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ◻ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ◻ I returned the summons unexecuted because _____ ; or

    ☒ Other *(specify):* U P S


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date: __4/2/2015__

                         Yvonne De Luz
                                    *Server's signature*

                         Yvonne De Luz
                                    *Printed name and title*

                         123 Justison St, Ste 700
                         Wilmington, DE 19801
                                    *Server's address*

Additional information regarding attempted service, etc:

UPS: Tracking Information



**United States**

New User | Log-In | Contact UPS | The UPS Store | Search      Sub

My UPS   Shipping   Tracking   Freight   Locations   Support   UPS Solutions

Save up to 18% on UPS shipping for your business.
Sign up and start saving in your first week of shipping.

[ Sign Up Now ]

| Tracking Number | Track |     Log-In for additional tracking details.     | Other Tracking Options ▼ |

**Tracking Detail**     Like ⟨ 1.4m ⟩ Share     Print   Help   [A][A][A]

**1ZE0754Y0190005014**     Updated: 04/02/2015 11:07 A.M. Eastern Time

**Delivered**

**UPS Live Chat**
[ Launch Chat ]

**Delivered On:**
Monday, 03/30/2015 at 10:21 A.M.

**Left At:**
Receiver

**Signed By:**
DAVIDSON

Proof of Delivery

[ Request Status Updates » ]

**Shipping Information**

**To:**
PITTSBURGH, PA, US

**Shipped By**
UPS Next Day
Air®

What time will your package
be delivered to your home?
Get FREE approximate
Delivery Windows on most
UPS packages.

**Continue**

I am already a UPS My Choice® Member


Know when
your package
is on the way
Sign up for UPS My Choice®

**Shipment Progress**     What's This?

| Location | Date | Local Time | Activity |
|---|---|---|---|
| Thornburg, PA, United States | 03/30/2015 | 10:21 A.M. | Delivered |
|  | 03/30/2015 | 7:25 A.M. | Out For Delivery |
|  | 03/30/2015 | 3:55 A.M. | Arrival Scan |
| New Stanton, PA, United States | 03/30/2015 | 2:52 A.M. | Departure Scan |
| New Stanton, PA, United States | 03/29/2015 | 6:42 P.M. | Arrival Scan |
| Philadelphia, PA, United States | 03/29/2015 | 12:27 P.M. | Departure Scan |
| Philadelphia, PA, United States | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| Newark, DE, United States | 03/27/2015 | 10:26 P.M. | Departure Scan |
|  | 03/27/2015 | 9:51 P.M. | Origin Scan |
|  | 03/27/2015 | 6:37 P.M. | Pickup Scan |
| United States | 03/27/2015 | 12:03 P.M. | Order Processed: Ready for UPS |

**Additional Information**

| Shipped/Billed On: | 03/27/2015 |
|---|---|
| Type: | Package |

Subscribe to UPS E-mail:  Enter e-mail address   [ Sign Up » ]   View Examples     Site Feedback

Contact UPS          Support          Solutions for:

UPS: Tracking Information

Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

UPS UNITED PROBLEM SOLVERS*

Get Started
Register
Open a Shipping Account
Change Your Delivery

Healthcare
Small Business
High Tech
More...

Other UPS Sites:
Select a website

Follow us:

Home   About UPS   Site Guide   Investors   Careers   Pressroom   UPS Global   UPS Mobile   UPS Blog

Service Terms and Conditions   Website Terms of Use   Privacy Notice   Your California Privacy Rights   Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9000 501 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/30/2015  10:21 A.M. |
| Signed By: | DAVIDSON |
| Location: | RECEIVER |
| Delivered To: | 100 BAYER RD |
| | PITTSBURGH, PA, US 15205 |
| Shipped/Billed On: | 03/27/2015 |
| Reference Number(s): | 198380, M. MCCORD |
| Service: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| THORNBURG, PA, US | 03/30/2015 | 10:21 A.M. | Delivered |
| | 03/30/2015 | 7:25 A.M. | Out For Delivery |
| | 03/30/2015 | 3:55 A.M. | Arrival Scan |
| NEW STANTON, PA, US | 03/30/2015 | 2:52 A.M. | Departure Scan |
| NEW STANTON, PA, US | 03/29/2015 | 6:42 P.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/29/2015 | 12:27 P.M. | Departure Scan |
| PHILADELPHIA, PA, US | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| NEWARK, DE, US | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | PICKUP SCAN |
| US | 03/27/2015 | 12:03 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 04/02/2015  10:14 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

+ Feedback                                                     Close Window



# Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z E07 54Y 01 9000 501 4 |
| **Reference Number(s):** | 198380, M. MCCORD |
| **Service:** | NEXT DAY AIR |
| **Shipped/Billed On:** | 03/27/2015 |
| **Delivered On:** | 03/30/2015 10:21 A.M. |
| **Delivered To:** | 100 BAYER RD |
| | PITTSBURGH, PA, US   15205 |
| **Signed By:** | DAVIDSON |

**Location:**                          RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   04/02/2015 10:14 A.M.   ET

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Mary McCord | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  14-cv-2994   1 (5) |
| Janssen Research & Development, LLC et al | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
340 Changebridge Rd.
Pine Brook, NJ 07058-9714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:  **Mar 25 2015**

Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* UPS

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   4/2/2015

_Yvonne De Luz_
*Server's signature*

Yvonne De Luz
*Printed name and title*

123 Justison St, Ste 700
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.



**United States**

New User | Log-in | Contact UPS | The UPS Store | Search | Sub

My UPS    Shipping    Tracking    Freight    Locations    Support    UPS Solutions

---

**Save up to 18% on UPS shipping for your business.**
**Sign up and start saving in your first week of shipping.**

[ Sign Up Now ]

---

| Tracking Number | Track |   Log-in for additional tracking details.   | Other Tracking Options ▾ |

---

### Tracking Detail

Like {1.4m}   Share    Print   Help   [A][A][A]

**1ZE0754Y0194669292**

Updated: 04/02/2015 11:10 A.M. Eastern Time

---

Delivered

**Delivered On:**
Monday, 03/30/2015 at 9:36 A.M.

[ Request Status Updates » ]

**Left At:**
Dock

**Signed By:**
MALONEY

Proof of Delivery

What time will your package    **Continue**
be delivered to your home?
Get FREE approximate
Delivery Windows on most    I am already a UPS My Choice® Member
UPS packages.

---

**UPS Live Chat**

[ Launch Chat ]

**Shipping Information**

**To:**
WHIPPANY, NJ, US

**Shipped By**

UPS Next Day
Air®



Know when
your package
is on the way

Sign up for *UPS My Choice*®

---

### Shipment Progress

What's This?

| Location | Date | Local Time | Activity |
|---|---|---|---|
| Parsippany, NJ, United States | 03/30/2015 | 9:36 A.M. | Delivered |
| | 03/30/2015 | 6:34 A.M. | Out For Delivery |
| Parsippany, NJ, United States | 03/28/2015 | 5:28 A.M. | Arrival Scan |
| Lawnside, NJ, United States | 03/28/2015 | 3:42 A.M. | Departure Scan |
| | 03/28/2015 | 12:16 A.M. | Arrival Scan |
| Philadelphia, PA, United States | 03/27/2015 | 11:53 P.M. | Departure Scan |
| | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| Newark, DE, United States | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | Pickup Scan |
| United States | 03/27/2015 | 11:47 A.M. | Order Processed: Ready for UPS |

---

### Additional Information

| | |
|---|---|
| **Shipped/Billed On:** | 03/27/2015 |
| **Type:** | Package |

---

Subscribe to UPS E-mail:   Enter e-mail address   [ Sign Up » ]   View Examples

Site Feedback

Contact UPS          Support          Solutions for:

Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

UPS UNITED PROBLEM SOLVERS

Get Started
Register
Open a Shipping Account
Change Your Delivery

Healthcare
Small Business
High Tech
More...

Other UPS Sites:

Select a website

Follow us:

Home    About UPS    Site Guide    Investors    Careers    Pressroom    UPS Global    UPS Mobile    UPS Blog

Service Terms and Conditions    Website Terms of Use    Privacy Notice    Your California Privacy Rights    Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9466 929 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/30/2015  9:36 A.M. |
| Signed By: | MALONEY |
| Location: | DOCK |
| Delivered To: | |
| | 100 BAYER BLVD |
| | WHIPPANY, NJ, US  07981 |
| Shipped/Billed On: | 03/27/2015 |
| Reference Number(s): | 198380, M. MCCORD |
| Service: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| PARSIPPANY, NJ, US | 03/30/2015 | 9:36 A.M. | Delivered |
| | 03/30/2015 | 6:34 A.M. | Out For Delivery |
| PARSIPPANY, NJ, US | 03/28/2015 | 5:28 A.M. | Arrival Scan |
| LAWNSIDE, NJ, US | 03/28/2015 | 3:42 A.M. | Departure Scan |
| | 03/28/2015 | 12:16 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/27/2015 | 11:53 P.M. | Departure Scan |
| | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| NEWARK, DE, US | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | PICKUP SCAN |
| US | 03/27/2015 | 11:47 A.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS:  04/02/2015  10:16 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

H Feedback                                              Close Window



# Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:** 1Z E07 54Y 01 9466 929 2
**Reference Number(s):** 198380, M. MCCORD
**Service:** NEXT DAY AIR
**Shipped/Billed On:** 03/27/2015
**Delivered On:** 03/30/2015 9:36 A.M.
**Delivered To:** BAYER
 100 BAYER BLVD
 WHIPPANY, NJ, US  07981
**Signed By:** MALONEY

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  04/02/2015 10:16 A.M.   ET

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Mary McCord | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 14-cv-2994   1 (5) |
| v. | ) | |
| Janssen Research & Development, LLC et al | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare LLC
100 Bayer Boulevard
Whippany, NJ 07981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: __Mar 25 2015__

_Deputy clerk's signature_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

   u  I personally served the summons on the individual at *(place)* _____

                                     on *(date)* _____ ; or

   u  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

   u  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

   u  I returned the summons unexecuted because _____ ; or

   ☒  Other *(specify):* *U P S*

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: *4/2/2015*

                                    *Yvonne De Luz*
                                         *Server's signature*

                                   *Yvonne De Luz*
                                         *Printed name and title*

                                   *123 Justison St., Ste 700*
                                   *Wilmington, DE 19801*
                                         *Server's address*

Additional information regarding attempted service, etc:



**United States**

My UPS     Shipping     **Tracking**     Freight     Locations     Support     UPS Solutions

New User  |  Log-In  |  Contact UPS  |  The UPS Store  Search        Sub

## Save up to 18% on UPS shipping for your business.
## Sign up and start saving in your first week of shipping.

[ Sign Up Now ]

---

| Tracking Number | [ Track ] | Log-In for additional tracking details. | Other Tracking Options ▼ |

---

**Tracking Detail**                     Like  ⟨ 1.4m ⟩  Share  |  Print   Help   A A A

**1ZE0754Y0190462459**                              Updated: 04/02/2015 11:12 A.M. Eastern Time

### Delivered

**UPS Live Chat**

[ Launch Chat ]

**Delivered On:**
Monday,  03/30/2015 at 9:36 A.M.

[ Request Status Updates » ]

**Shipping Information**

**To:**
WHIPPANY, NJ, US

**Left At:**
Dock

**Signed By:**
MALONEY

Proof of Delivery

**Shipped By**

UPS Next Day
Air®

What time will your package
be delivered to your home?
Get FREE approximate
Delivery Windows on most
UPS packages.

### Continue

I am already a UPS My Choice® Member

Know when
your package
is on the way

Sign up for *UPS My Choice*'s

---

**Shipment Progress**                                    What's This?

| Location | Date | Local Time | Activity |
|----------|------|-----------|----------|
| Parsippany, NJ, United States | 03/30/2015 | 9:36 A.M. | Delivered |
| | 03/30/2015 | 6:34 A.M. | Out For Delivery |
| Parsippany, NJ, United States | 03/28/2015 | 5:28 A.M. | Arrival Scan |
| Lawnside, NJ, United States | 03/28/2015 | 3:42 A.M. | Departure Scan |
| | 03/28/2015 | 12:16 A.M. | Arrival Scan |
| Philadelphia, PA, United States | 03/27/2015 | 11:53 P.M. | Departure Scan |
| | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| Newark, DE, United States | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | Pickup Scan |
| United States | 03/27/2015 | 11:42 A.M. | Order Processed: Ready for UPS |

---

**Additional Information**

| Shipped/Billed On: | 03/27/2015 |
| Type: | Package |

---

Subscribe to UPS E-mail:  [ Enter e-mail address ]   [ Sign Up » ]  View Examples                Site Feedback

**Contact UPS**                     **Support**                     **Solutions for:**

UPS: Tracking Information

Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

UPS UNITED PROBLEM SOLVERS™

Get Started
Register
Open a Shipping Account
Change Your Delivery

Healthcare
Small Business
High Tech
More...

Other UPS Sites:
Select a website

Follow us:

Home    About UPS    Site Guide    Investors    Careers    Pressroom    UPS Global    UPS Mobile    UPS Blog

Service Terms and Conditions    Website Terms of Use    Privacy Notice    Your California Privacy Rights    Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9046 245 9 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/30/2015  9:36 A.M. |
| Signed By: | MALONEY |
| Location: | DOCK |
| Delivered To: | |
| | 100 BAYER BLVD |
| | WHIPPANY, NJ, US 07981 |
| Shipped/Billed On: | 03/27/2015 |
| Reference Number(s): | 198380, M. MCCORD |
| Service: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| PARSIPPANY, NJ, US | 03/30/2015 | 9:36 A.M. | Delivered |
| | 03/30/2015 | 6:34 A.M. | Out For Delivery |
| PARSIPPANY, NJ, US | 03/28/2015 | 5:28 A.M. | Arrival Scan |
| LAWNSIDE, NJ, US | 03/28/2015 | 3:42 A.M. | Departure Scan |
| | 03/28/2015 | 12:16 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/27/2015 | 11:53 P.M. | Departure Scan |
| | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| NEWARK, DE, US | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | PICKUP SCAN |
| US | 03/27/2015 | 11:42 A.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 04/02/2015  10:18 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⬇ Feedback                                                                    ⓧClose Window

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

UPS: Tracking Information

Page 1 of 1



# Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z E07 54Y 01 9046 245 9 |
| **Reference Number(s):** | 198380, M. MCCORD |
| **Service:** | NEXT DAY AIR |
| **Shipped/Billed On:** | 03/27/2015 |
| **Delivered On:** | 03/30/2015 9:36 A.M. |
| **Delivered To:** | BAYER |
| | 100 BAYER BLVD |
| | WHIPPANY, NJ, US   07981 |
| **Signed By:** | MALONEY |

**Location:**                       DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  04/02/2015 10:16 A.M.   ET

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

|  |  |  |
|---|---|---|
| Mary McCord | ) ) ) ) | |
| _____ | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.14-cv-2994   1 (5) |
| Janssen Research & Development, LLC et al | ) ) ) | |
| _____ | ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Johnson & Johnson Company
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
_Name of clerk of court_

Date:    **Mar 25 2015**    _____
_Deputy clerk's signature_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

   u  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

   u  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

   u  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

   u  I returned the summons unexecuted because _____ ; or

   u  ☒ Other *(specify):*  U P S

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: 04/01/2015

                  *Yvonne De Luz*
                             *Server's signature*

                  Yvonne De Luz
                            *Printed name and title*

                  123 Justison St., Ste 700
                  Wilmington, DE 19801
                            *Server's address*

Additional information regarding attempted service, etc:

UPS: Tracking Information

**UPS**

**United States**

My UPS    Shipping    Tracking    Freight    Locations    Support    UPS Solutions

New User | Log-In | Contact UPS | The UPS Store  Search          Sub

Save up to 18% on UPS shipping for your business.
**Sign up and start saving in your first week of shipping.**

[ Sign Up Now ]

| Tracking Number | [ Track ] | Log-In for additional tracking details. | | Other Tracking Options ⌄ |

### Tracking Detail

Like ⟨ 1.4m ⟩   Share      Print    Help    [A] [A] [A]

**1ZE0754Y0192453385**

Updated: 04/02/2015 11:09 A.M. Eastern Time

**Delivered**

**UPS Live Chat**

[ Launch Chat ]

**Delivered On:**
Monday, 03/30/2015 at 9:22 A.M.

**Left At:**
Dock

**Signed By:**
RIZZI

Proof of Delivery

[ Request Status Updates » ]

**Shipping Information**

**To:**
NEW BRUNSWICK, NJ, US

**Shipped By**

UPS Next Day
Air®

What time will your package
be delivered to your home?
Get FREE approximate
Delivery Windows on most
UPS packages.

**Continue**

I am already a UPS My Choice® Member

Know when
your package
is on the way

Sign up for *UPS My Choice®*

### Shipment Progress

What's This?

| Location | Date | Local Time | Activity |
|---|---|---|---|
| Edison, NJ, United States | 03/30/2015 | 9:22 A.M. | Delivered |
| | 03/30/2015 | 4:11 A.M. | Out For Delivery |
| Edison, NJ, United States | 03/29/2015 | 8:46 P.M. | Arrival Scan |
| Parsippany, NJ, United States | 03/29/2015 | 7:58 P.M. | Departure Scan |
| Parsippany, NJ, United States | 03/28/2015 | 5:25 A.M. | Arrival Scan |
| Philadelphia, PA, United States | 03/28/2015 | 3:05 A.M. | Departure Scan |
| Philadelphia, PA, United States | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| Newark, DE, United States | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | Pickup Scan |
| United States | 03/27/2015 | 12:00 P.M. | Order Processed: Ready for UPS |

### Additional Information

| Shipped/Billed On: | 03/27/2015 |
|---|---|
| Type: | Package |

Subscribe to UPS E-mail:   *Enter e-mail address*    [ Sign Up » ]   View Examples

Site Feedback

Contact UPS          Support          Solutions for:

UPS: Tracking Information

Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

UPS UNITED PROBLEM SOLVERS™

Get Started
Register
Open a Shipping Account
Change Your Delivery

Healthcare
Small Business
High Tech
More...

Other UPS Sites:
Select a website

Follow us:

Home   About UPS   Site Guide   Investors   Careers   Pressroom   UPS Global   UPS Mobile   UPS Blog

Service Terms and Conditions   Website Terms of Use   Privacy Notice   Your California Privacy Rights   Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9245 338 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/30/2015  9:22 A.M. |
| Signed By: | RIZZI |
| Location: | DOCK |
| Delivered To: | 1 JOHNSON AND JOHNSON PLZ |
| | NEW BRUNSWICK,  NJ, US  08901 |
| Shipped/Billed On: | 03/27/2015 |
| Reference Number(s): | 198380, M. MCCORD |
| Service: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| EDISON, NJ, US | 03/30/2015 | 9:22 A.M. | Delivered |
| | 03/30/2015 | 4:11 A.M. | Out For Delivery |
| EDISON, NJ, US | 03/29/2015 | 8:46 P.M. | Arrival Scan |
| PARSIPPANY, NJ, US | 03/29/2015 | 7:58 P.M. | Departure Scan |
| PARSIPPANY, NJ, US | 03/28/2015 | 5:25 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/28/2015 | 3:05 A.M. | Departure Scan |
| PHILADELPHIA, PA, US | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| NEWARK, DE, US | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | PICKUP SCAN |
| US | 03/27/2015 | 12:00 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 04/02/2015  10:14 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⏮ Feedback                                              ⊠Close Window

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.



# Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z E07 54Y 01 9245 338 5 |
| **Reference Number(s):** | 198380, M. MCCORD |
| **Service:** | NEXT DAY AIR |
| **Shipped/Billed On:** | 03/27/2015 |
| **Delivered On:** | 03/30/2015 9:22 A.M. |
| **Delivered To:** | 1 JOHNSON AND JOHNSON PLZ |
| | NEW BRUNSWICK, NJ, US   08901 |
| **Signed By:** | RIZZI |

**Location:**            DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   04/02/2015 10:14 A.M.   ET

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

<table>
<tr><td>

Mary McCord
_____
*Plaintiff(s)*
v.

Janssen Research & Development, LLC et al
_____
*Defendant(s)*

</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>

Civil Action No.  14-cv-2994    l (5)

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


**William W. Blevins**
Name of clerk of court

Date:    **Mar 25 2015**    _____
Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    u  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    u  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    u  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

    u  I returned the summons unexecuted because _____ ; or

    ✗ Other *(specify):*  UPS


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: _4/2/2015_

                _Yvonne De Luz_
                             *Server's signature*

                _YVONNE De Luz_
                             *Printed name and title*

                _123 Justison St, Ste 700_
                _Wilmington, DE 19801_
                             *Server's address*

Additional information regarding attempted service, etc:



**United States**

My UPS    Shipping    **Tracking**    Freight    Locations    Support    UPS Solutions

New User | Log-in | Contact UPS | The UPS Store | Search    Sub

Save up to 18% on UPS shipping for your business.
**Sign up and start saving in your first week of shipping.**

[ Sign Up Now ]

| Tracking Number | [ Track ] | Log-In for additional tracking details. | Other Tracking Options ▾ |

### Tracking Detail

Like | 1.4m | Share    Print    Help    A A **A**

**1ZE0754Y0194533526**

Updated: 04/02/2015 11:10 A.M. Eastern Time

**Delivered**

**UPS Live Chat**

[ Launch Chat ]

**Delivered On:**
Monday, 03/30/2015 at 9:22 A.M.

[ Request Status Updates » ]

**Shipping Information**

**To:**
NEW BRUNSWICK, NJ, US

**Left At:**
Dock

**Signed By:**
RIZZI

Proof of Delivery

**Shipped By**

UPS Next Day
Air®

What time will your package
be delivered to your home?
Get FREE approximate
Delivery Windows on most
UPS packages.

**Continue**

I am already a UPS My Choice® Member



Know when
your package
is on the way

Sign up for *UPS My Choice*

### Shipment Progress

What's This?

| Location | Date | Local Time | Activity |
|---|---|---|---|
| Edison, NJ, United States | 03/30/2015 | 9:22 A.M. | Delivered |
| | 03/30/2015 | 4:25 A.M. | Out For Delivery |
| Edison, NJ, United States | 03/29/2015 | 8:46 A.M. | Arrival Scan |
| Parsippany, NJ, United States | 03/29/2015 | 7:58 P.M. | Departure Scan |
| Parsippany, NJ, United States | 03/28/2015 | 5:25 A.M. | Arrival Scan |
| Philadelphia, PA, United States | 03/28/2015 | 3:05 A.M. | Departure Scan |
| Philadelphia, PA, United States | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| Newark, DE, United States | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | Pickup Scan |
| United States | 03/27/2015 | 11:53 A.M. | Order Processed: Ready for UPS |

### Additional Information

**Shipped/Billed On:** 03/27/2015
**Type:** Package

Subscribe to UPS E-mail:  Enter e-mail address    [ Sign Up » ]    View Examples    Site Feedback

Contact UPS    Support    Solutions for:

UPS: Tracking Information

Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

UPS UNITED PROBLEM SOLVERS·

Get Started
Register
Open a Shipping Account
Change Your Delivery

Healthcare
Small Business
High Tech
More...

Other UPS Sites:
Select a website

Follow us:



Home   About UPS   Site Guide   Investors   Careers   Pressroom   UPS Global   UPS Mobile   UPS Blog

Service Terms and Conditions   Website Terms of Use   Privacy Notice   Your California Privacy Rights   Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

http://wwwapps.ups.com/WebTracking/detail

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9453 352 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/30/2015  9:22 A.M. |
| Signed By: | RIZZI |
| Location: | DOCK |
| Delivered To: | 1 JOHNSON AND JOHNSON PLZ |
| | NEW BRUNSWICK, NJ, US  08901 |
| Shipped/Billed On: | 03/27/2015 |
| Reference Number(s): | 198380, M. MCCORD |
| Service: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| EDISON, NJ, US | 03/30/2015 | 9:22 A.M. | Delivered |
| | 03/30/2015 | 4:25 A.M. | Out For Delivery |
| EDISON, NJ, US | 03/29/2015 | 8:46 P.M. | Arrival Scan |
| PARSIPPANY, NJ, US | 03/29/2015 | 7:58 P.M. | Departure Scan |
| PARSIPPANY, NJ, US | 03/28/2015 | 5:25 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/28/2015 | 3:05 A.M. | Departure Scan |
| PHILADELPHIA, PA, US | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| NEWARK, DE, US | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | PICKUP SCAN |
| US | 03/27/2015 | 11:53 A.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 04/02/2015  10:15 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊢ Feedback                                              ⊠Close Window

Case 2:14-md-02592-EEF-MBN   Document 402   Filed 04/02/15   Page 33 of 41

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

UPS: Tracking Information                                        Page 1 of 1



## Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:**            1Z E07 54Y 01 9453 352 6
**Reference Number(s):**        198380, M. MCCORD
**Service:**                    NEXT DAY AIR
**Shipped/Billed On:**          03/27/2015
**Delivered On:**               03/30/2015 9:22 A.M.
**Delivered To:**               1 JOHNSON AND JOHNSON PLZ
                                NEW BRUNSWICK, NJ, US   08901
**Signed By:**                  RIZZI

**Location:**                   DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  04/02/2015 10:15 A.M.   ET

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |  |
|---|---|---|
| Mary McCord | ) | |
| _____ | ) | |
| Plaintiff(s) | ) | |
| v. | ) | Civil Action No. 14-cv-2994   1 (5) |
| Janssen Research & Development, LLC et al | ) | |
| _____ | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janssen Pharmaceuticals, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**William W. Blevins**

Name of clerk of court

Date: __Mar 25 2015__

_____
Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

    u  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    u  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    u  I served the summons on *(name of individual)* _____ , who is

    designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    u  I returned the summons unexecuted because _____ ; or

    ☒ Other *(specify):* U PS

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/2/2015

               *Yvonne De Luz*
                       *Server's signature*

               YVONNE  De  Luz
                      *Printed name and title*

               123 Justison St, Ste 700
               Wilmington, DE 19801
                      *Server's address*

Additional information regarding attempted service, etc:

 **UPS**

**United States**

New User | Log-In | Contact UPS | The UPS Store | Search          Sub

My UPS    Shipping    **Tracking**    Freight    Locations    Support    UPS Solutions

**Save up to 18% on UPS shipping for your business.**
**Sign up and start saving in your first week of shipping.**

[ Sign Up Now ]

| Tracking Number | Track |          Log-In for additional tracking details.          [ Other Tracking Options ▼ ]

---

## Tracking Detail                    Like {1.4m}  Share          Print   Help   [A A A]

**1ZE0754Y0192025552**                              Updated: 04/02/2015 11:11 A.M. Eastern Time

**Delivered**

**Delivered On:**
Monday, 03/30/2015 at 9:37 A.M.                   [ Request Status Updates » ]

**Left At:**
Mail Room

**Signed By:**
PRIATNA

Proof of Delivery

What time will your package      **Continue**
be delivered to your home?
Get FREE approximate      I am already a UPS My Choice® Member
Delivery Windows on most
UPS packages.

**UPS Live Chat**

[ Launch Chat ]

**Shipping Information**

**To:**
TITUSVILLE, NJ, US

**Shipped By**

UPS Next Day
Air®



Know when
your package
is on the way

Sign up for *UPS My Choice*

### Shipment Progress                              What's This?

| Location | Date | Local Time | Activity |
|---|---|---|---|
| Hamilton, NJ, United States | 03/30/2015 | 9:37 A.M. | Delivered |
|  | 03/30/2015 | 7:34 A.M. | Out For Delivery |
|  | 03/30/2015 | 3:56 A.M. | Arrival Scan |
| Parsippany, NJ, United States | 03/30/2015 | 2:09 A.M. | Departure Scan |
| Parsippany, NJ, United States | 03/28/2015 | 5:25 A.M. | Arrival Scan |
| Philadelphia, PA, United States | 03/28/2015 | 3:05 A.M. | Departure Scan |
| Philadelphia, PA, United States | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| Newark, DE, United States | 03/27/2015 | 10:28 P.M. | Departure Scan |
|  | 03/27/2015 | 9:51 P.M. | Origin Scan |
|  | 03/27/2015 | 6:37 P.M. | Pickup Scan |
| United States | 03/27/2015 | 11:56 A.M. | Order Processed: Ready for UPS |

### Additional Information

**Shipped/Billed On:**          03/27/2015
**Type:**                       Package

---

Subscribe to UPS E-mail:  Enter e-mail address   [ Sign Up » ]  View Examples                      Site Feedback

Contact UPS              Support              Solutions for:

UPS: Tracking Information

Browse Online Support
E-mail UPS
Live Chat
Call Customer Service

UPS UNITED PROBLEM SOLVERS

Get Started
Register
Open a Shipping Account
Change Your Delivery

Healthcare
Small Business
High Tech
More...

Other UPS Sites:
Select a website

Follow us:

Home   About UPS   Site Guide   Investors   Careers   Pressroom   UPS Global   UPS Mobile   UPS Blog

Service Terms and Conditions   Website Terms of Use   Privacy Notice   Your California Privacy Rights   Protect Against Fraud

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9202 555 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/30/2015  9:37 A.M. |
| Signed By: | PRIATNA |
| Location: | MAIL ROOM |
| Delivered To: | 1125 TRENTON HARBOURTON RD TITUSVILLE, NJ, US 08560 |
| Shipped/Billed On: | 03/27/2015 |
| Reference Number(s): | 198380, M. MCCORD |
| Service: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| HAMILTON, NJ, US | 03/30/2015 | 9:37 A.M. | Delivered |
| | 03/30/2015 | 7:34 A.M. | Out For Delivery |
| | 03/30/2015 | 3:56 A.M. | Arrival Scan |
| PARSIPPANY, NJ, US | 03/30/2015 | 2:09 A.M. | Departure Scan |
| PARSIPPANY, NJ, US | 03/28/2015 | 5:25 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/28/2015 | 3:05 A.M. | Departure Scan |
| PHILADELPHIA, PA, US | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| NEWARK, DE, US | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | PICKUP SCAN |
| US | 03/27/2015 | 11:56 A.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 04/02/2015  10:15 A.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

H Feedback

Close Window

UPS: Tracking Information

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

UPS: Tracking Information



## Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z E07 54Y 01 9202 555 2 |
| **Reference Number(s):** | 198380, M. MCCORD |
| **Service:** | NEXT DAY AIR |
| **Shipped/Billed On:** | 03/27/2015 |
| **Delivered On:** | 03/30/2015 9:37 A.M. |
| **Delivered To:** | 1125 TRENTON HARBOURTON RD |
| | TITUSVILLE, NJ, US   08560 |
| **Signed By:** | PRIATNA |

**Location:**                    MAIL ROOM

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   04/02/2015 10:15 A.M.   ET

https://www.campusship.ups.com/campus_track/processPOD?lineData=HAMILTON%5EK...   4/2/2015