AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

|  |  |
|---|---|
| <u>LYDIA COMEAUX</u><br>Plaintiff<br>v.<br><u>JANSSEN RESEARCH &DEVELOPMENT L L C,</u><br>ET AL<br>Defendant | )<br>)<br>) Civil Action No. 6:15-CV-00432-RTH-PJH<br>) Judge Richard T Haik, Sr<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**Janssen Research &Development L L C**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mekel Smith Alvarez
Morris Bart &Assoc (NO)
909 Poydras St Ste 2000
New Orleans, LA 70112-4000

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

/s/ – Tony R. Moore

Date: __2/26/2015__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

6:15-CV-00432-RTH-PJH

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for **Janssen Research &Development L L C** was received by me on (date) 3/26/15.

- I personally served the summons on **Janssen Research &Development L L C** at (place) _____ _____ on (date) _____ ; or

- I left the summons at the individual's residence or usual place of abode with (name) _____ _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

- I served the summons on (name of individual) _____, who is designated by law to accept service of process on behalf of (name of organization) _____ on (date) _____; or

- I returned the summons unexecuted because _____; or

- Other (specify): — Via Cert. Mail/Return Reg.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 4/2/15

Judith R Rhodes
*Server's signature*

JUDITH RHODES, PARALEGAL
*Printed name and title*

Morris Bart, LLC  909 Poydras St.
New Orleans, LA 70112

Additional information regarding attemped service, etc:

Lydia Comeaux
15-432
MDL 2592

Janssen R&D

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JANSSEN R&D, LLC
   C/O CT CORP.
   116 PINE ST., STE. 320
   HARRISBURG, PA 17107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Lerri L. omce___   ☐ Agent
                        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   MAR 26 2015

3. Service Type
   ☒ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7013 2630 0001 3391 6218

PS Form 3811, July 2013       Domestic Return Receipt