**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | Master Docket Case No. 2:14-md-02592 |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | |
| HOWARD PETTUS, and wife ELIZABETH A. PETTUS, | MOTION FOR ADDITIONAL TIME TO PERFECT SERVICE ON DEFENDANT |
| Plaintiffs, | Civil Action No.: 2:15-cv-00217-EEF-MBN |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG, | |
| Defendants. | |

**MOTION FOR ADDITIONAL TIME TO PERFECT SERVICE ON DEFENDANT**
**HOWARD PETTUS AND ELIZABETH A. PETTUS**

COMES NOW Plaintiffs, Howard and Elizabeth Pettus in the above styled action and for

good cause shown pursuant to Federal Rule of Civil Procedure 4(m) requests the Court grant

Plaintiffs an additional 30 days to perfect service on Janssen Research & Development  and Janssen

Ortho LLC.  In support, Plaintiffs state the following:

This matter was originally filed on December 3, 2014, in the Federal District Court for the Eastern District of Tennessee, against nine defendants.

1.  Summonses were issued for all defendants on December 4, 2014.

2.  All domestic defendants, other than Janssen Research & Development and Janssen Ortho LLC, have been served pursuant to Rule 4(e) by delivering by certified mail to the agent authorized by appointment or by law to receive service of process.

3.  The 120 day deadline for service of process is April 2, 2015.  By clerical error, the Summonses and Complaints intended for Janssen Research & Development and Janssen Ortho LLC were not deposited for service by certified mail until April 2, 2015, still well within the 120 day deadline set in Rule 4(m).  Plaintiffs expected the return of proof of service before the April 2, 2015 deadline, however, Plaintiffs have been unable to determine if service has been perfected for Jansen Research & Development and Janssen Ortho LLC to date.  (See Declaration of Joseph D. Lane)

WHEREFORE, Plaintiffs request, pursuant to Rule 4(m), an additional 30 days in which to perfect service on Janssen Research & Development and Janssen Ortho LLC.

Respectfully submitted, this the 2nd day of April, 2015.

THE COCHRAN FIRM-DOTHAN

By: /s/ Joseph D. Lane
    Joseph D. Lane
    AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Co-counsel for plaintiffs*

Jimmy F. Rodgers, Jr.
SUMMERS, RUFOLO & RODGERS, P.C
TN BPR # 16876
735 Broad Street, Suite 800
Chattanooga, TN  37402-2913
phone: (423) 265-2385

fax: (423) 266-5211
e-mail: jrodgers@summersfirm.com
*Co-counsel for the plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of

the Court using CM/ECF system which will send notification of such filing to the following and

sent by U.S. Mail to any party not using CM/ECF electronic system, on this 2nd day of April, 2015:

Bayer AG
Leverkusen
North Rhine-Westphalia, Germany

Bayer Corporation
c/o CORPORATION SERVICE COMPANY
80 State Street
Albany, New York, 12207-2543

Bayer Healthcare AG
CHEMPARK Leverkusen
Zentraler Besucherempfang
Kaiser-Wilhelm-Allee
D-51368 Leverkusen

Bayer Healthcare LLC
c/o CORPORATION SERVICE COMPANY
80 State Street
Albany, New York, 12207-2543

Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company, Ste. 400
2711 Centerville Road
Wilmington, DE  19808

Bayer Pharma AG
Mullerstrasse 178
D-13353 Berlin
Germany

Janssen Ortho, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

Janssen Pharmaceuticals, Inc.
CT Corporation System
116 Pine Street, Ste. 320
Harrisburg, PA  17101

Janssen Research & Development, LLC
f/k/a Johnson and Johnson Pharmaceutical Research and
Development, LLC
One Johnson & Johnson Plaza
New Brunswick, New Jersey 08933

THE COCHRAN FIRM-DOTHAN

By: /s/ Joseph D. Lane
    Joseph D. Lane
    AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Co-counsel for plaintiffs*