UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>HOWARD PETTUS, and wife ELIZABETH A. PETTUS,<br><br>        Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>        Defendants. | DECLARATION OF JOSEPH D. LANE, ESQ.<br><br>Civil Action No.: 2:15-cv-00217-EEF-MBN |

## DECLARATION OF JOSEPH D. LANE, ESQ.

I am over age of 18, am a lawyer at The Cochran Firm – Dothan P.C., am one of the attorneys of record for Plaintiff, and declare under penalty of perjury the following is true and based on my own personal knowledge:

1. This matter was originally filed on December 3, 2014, in the Federal District Court for the Eastern District of Tennessee, against nine defendants.

2. Summonses were issued for all defendants on December 4, 2014.

3. All domestic defendants, other than Janssen Research & Development and Janssen Ortho LLC, have been served pursuant to Rule 4(e) by delivering by certified mail to the agent authorized by appointment or by law to receive service of process.

4. The 120 day deadline for service of process is April 2, 2015. By clerical error, the Summonses and Complaints intended for Janssen Research and Development and Janssen Ortho LLC, were not deposited for service by certified mail until March 17, 2015, still well within the 120 day deadline set in Rule 4(m). Plaintiffs expected the return of proof of service before the April 2, 2015, deadline, however, Plaintiffs have been unable to determine if service has been perfected for Janssen Research & Development and Janssen Ortho LLC to date.

I declare under penalty of perjury that the facts stated above are true and accurate based on my own personal knowledge.

Respectfully submitted, this the 2nd day of April, 2015.

THE COCHRAN FIRM – DOTHAN P.C.

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Co-counsel for plaintiffs*