# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>HOWARD PETTUS, and wife ELIZABETH A. PETTUS,<br><br>        Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>        Defendants. | NOTICE OF SUBMISSION OF MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS ON DEFENDANT, BAYER AG<br><br>Civil Action No.: 2:15-cv-00217-EEF-MBN |

## NOTICE OF SUBMISSION OF MOTION FOR, EXTENSION OF TIME TO SERVE SUMMONS ON DEFENDANTS, JANSSEN RESEARCH & DEVELOPMENT AND JANSSEN ORTHO LLC.

COMES NOW the Plaintiffs, Howard Pettus and Elizabath A. Pettus, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Serve Summons on Defendants Janssen Research & Development and Janssen Ortho LLC.

Dated this 2nd day of April, 2015.

                                    THE COCHRAN FIRM-DOTHAN

                                    By: <u>/s/ Joseph D. Lane</u>
                                          Joseph D. Lane
                                            AL Bar ASB 9991 N75-J
                                111 E. Main Street
                                Dothan, AL 36301
                                phone: (334) 673-1555
                                fax: (334) 699-7229
                                e-mail: JoeLane@CochranFirm.com
                                *Co-counsel for plaintiffs*