# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>HOWARD PETTUS, and wife ELIZABETH A. PETTUS,<br><br>      Plaintiffs,<br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; et al.<br><br>      Defendants. | Civil Action No.: 2:15-cv-00217-EEF-MBN |

## [PROPOSED] ORDER APPROVING MOTION AND EXTENDING TIME TO SERVE COMPLAINT

This Court, being fully appraised of the premises and upon motion of Plaintiffs to extend time to serve the Complaint filed on December 3, 2014, in this action, approves the motion and grants Plaintiffs an extension of time of 60 days to perfect service of the Complaint on Defendants, Janssen Research & Development and Janssen Ortho LLC.

DONE AND SIGNED in Chambers in New Orleans, Louisiana this _____ of _____2015.

                                                                                                                  _____
                                                                                                                    ELDON E. FALLON
                                                                                                                    United States District Judge

Copies furnished to: All counsel