AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Mary McCord</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>*Plaintiff(s)*</td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td>Civil Action No.  14-cv-2994   1 (5)</td></tr>
<tr><td>Janssen Research & Development, LLC et al</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>*Defendant(s)*</td><td>)</td><td></td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Corporation
100 Bayer Road
Pittsburgh, PA 15205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: _____ Mar 25 2015 _____          _____
Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

    u I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    u I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    u I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    u I returned the summons unexecuted because _____ ; or

    u Other *(specify):*

      UPS

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: 4-2-2015

              *Thomas Bibb*
                    *Server's signature*

              Thomas Bibb
                    *Printed name and title*

              123 Justison Street, Wilmington DE 19801
                    *Server's address*

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt                                    Page 1 of 1



 **Shipment Receipt**

Transaction Date: 27 Mar 2015              Tracking Number:        1ZE0754Y0190005014

**┌─┐**
**│1│  Address Information**
**└─┘**

| Ship To: | Ship From: | Return Address: |
| --- | --- | --- |
| Bayer Corporation | Grant and Eisenhofer P.A. | Grant and Eisenhofer P.A. |
| 100 Bayer Blvd | Tinesha Thomas | Tinesha Thomas |
| PITTSBURGH PA 152059707 | 123 Justison Street | 123 Justison Street |
| | Wilmington DE 19801 | Wilmington DE 19801 |
| | Telephone:302-622-7000 | Telephone:302-622-7000 |

**┌─┐**
**│2│  Package Information**
**└─┘**

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
| --- | --- | --- | --- | --- |
| 1. | Letter (Letter billable) | UPS Letter | | Reference # 1 - 198380 Reference # 2 - M. McCord |

**┌─┐**
**│3│  UPS Shipping Service and Shipping Options**
**└─┘**

| | |
| --- | --- |
| Service: | UPS Next Day Air |
| Guaranteed By: | 10:30 AM Monday, Mar 30, 2015 |
| Shipping Fees Subtotal: | 25.88 USD |
| Transportation | 25.00 USD |
| Fuel Surcharge | 0.88 USD |

**┌─┐**
**│4│  Payment Information**
**└─┘**

| Bill Shipping Charges to: | Shipper's Account E0754Y | |
| --- | --- | --- |
| Charges: | | 25.88 USD |
| **Daily rates were applied to this shipment** | | |
| Total Charged: | | 25.88 USD |

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9000 501 4 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/30/2015  10:21 A.M. |
| Signed By: | DAVIDSON |
| Location: | RECEIVER |
| Delivered To: | 100 BAYER RD<br>PITTSBURGH,  PA,  US  15205 |
| Shipped/Billed On: | 03/27/2015 |
| Reference Number(s): | 198380, M. MCCORD |
| Service: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| THORNBURG, PA, US | 03/30/2015 | 10:21 A.M. | Delivered |
| | 03/30/2015 | 7:25 A.M. | Out For Delivery |
| | 03/30/2015 | 3:55 A.M. | Arrival Scan |
| NEW STANTON, PA, US | 03/30/2015 | 2:52 A.M. | Departure Scan |
| NEW STANTON, PA, US | 03/29/2015 | 6:42 P.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/29/2015 | 12:27 P.M. | Departure Scan |
| PHILADELPHIA, PA, US | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| NEWARK, DE, US | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | PICKUP SCAN |
| US | 03/27/2015 | 12:03 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS:  04/02/2015  5:57 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⬇ Feedback                                                                ❎ Close Window

Case 2:14-md-02592-EEF-MBN   Document 410   Filed 04/02/15   Page 5 of 36

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.



# Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z E07 54Y 01 9000 501 4 |
| **Reference Number(s):** | 198380, M. MCCORD |
| **Service:** | NEXT DAY AIR |
| **Shipped/Billed On:** | 03/27/2015 |
| **Delivered On:** | 03/30/2015 10:21 A.M. |
| **Delivered To:** | 100 BAYER RD |
| | PITTSBURGH, PA, US   15205 |
| **Signed By:** | DAVIDSON |

**Location:**          RECEIVER

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   04/02/2015 5:58 P.M.   ET

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Mary McCord<br><br>_____<br>_Plaintiff(s)_<br>v.<br>Janssen Research & Development, LLC et al<br><br>_____<br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 14-cv-2994   1 (5)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Johnson & Johnson Company
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
_Name of clerk of court_

_Deputy clerk's signature_

Date:   __Mar 25 2015__

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

u  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

u  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

u  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

u  I returned the summons unexecuted because _____ ; or

u  Other *(specify):*
    UPS

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  4-2-2015

_____
*Server's signature*

Thomas Bibby
_____
*Printed name and title*


123 Justison Street, Wilmington DE 19801
_____
*Server's address*

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt

Page 1 of 1

 **Shipment Receipt**

**Transaction Date:** 27 Mar 2015         **Tracking Number:**         1ZE0754Y0192453385

| 1 | Address Information |
| --- | --- |

| **Ship To:** | **Ship From:** | **Return Address:** |
| --- | --- | --- |
| Johnson & Johnson Company | Grant and Eisenhofer P.A. | Grant and Eisenhofer P.A. |
| One Johnson & Johnson Plaza | Tinesha Thomas | Tinesha Thomas |
| NEW BRUNSWICK NJ 089330001 | 123 Justison Street | 123 Justison Street |
| | Wilmington DE 19801 | Wilmington DE 19801 |
| | Telephone:302-622-7000 | Telephone:302-622-7000 |

| 2 | Package Information |
| --- | --- |

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
| --- | --- | --- | --- |
| 1.  Letter (Letter billable) | UPS Letter | | Reference # 1 - 198380 Reference # 2 - M. McCord |

| 3 | UPS Shipping Service and Shipping Options |
| --- | --- |

| **Service:** | UPS Next Day Air |
| --- | --- |
| **Guaranteed By:** | 10:30 AM Monday, Mar 30, 2015 |
| **Shipping Fees Subtotal:** | 21.74 USD |
| Transportation | 21.00 USD |
| Fuel Surcharge | 0.74 USD |

| 4 | Payment Information |
| --- | --- |

| Bill Shipping Charges to: | Shipper's Account E0754Y | |
| --- | --- | --- |
| Charges: | | 21.74 USD |
| **Daily rates were applied to this shipment** | | |
| Total Charged: | | 21.74 USD |

Note: Your invoice may vary from the displayed reference rates.

\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9245 338 5 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/30/2015  9:22 A.M. |
| Signed By: | RIZZI |
| Location: | DOCK |
| Delivered To: | 1 JOHNSON AND JOHNSON PLZ<br>NEW BRUNSWICK,  NJ,  US  08901 |
| Shipped/Billed On: | 03/27/2015 |
| Reference Number(s): | 198380, M. MCCORD |
| Service: | NEXT DAY AIR |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| EDISON, NJ, US | 03/30/2015 | 9:22 A.M. | Delivered |
| | 03/30/2015 | 4:11 A.M. | Out For Delivery |
| EDISON, NJ, US | 03/29/2015 | 8:46 P.M. | Arrival Scan |
| PARSIPPANY, NJ, US | 03/29/2015 | 7:58 P.M. | Departure Scan |
| PARSIPPANY, NJ, US | 03/28/2015 | 5:25 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/28/2015 | 3:05 A.M. | Departure Scan |
| PHILADELPHIA, PA, US | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| NEWARK, DE, US | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | PICKUP SCAN |
| US | 03/27/2015 | 12:00 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS:  04/02/2015  5:58 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Feedback                                                     Close Window

Case 2:14-md-02592-EEF-MBN   Document 410   Filed 04/02/15   Page 11 of 36

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.



# Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:**      1Z E07 54Y 01 9245 338 5
**Reference Number(s):**      198380, M. MCCORD
**Service:**      NEXT DAY AIR
**Shipped/Billed On:**      03/27/2015
**Delivered On:**      03/30/2015 9:22 A.M.
**Delivered To:**      1 JOHNSON AND JOHNSON PLZ
     NEW BRUNSWICK, NJ, US   08901
**Signed By:**      RIZZI

**Location:**      DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   04/02/2015 5:58 P.M.   ET

Case 2:14-cv-02994-EEF-MBN   Document 7   Filed 03/25/15   Page 7 of 12

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Louisiana

|  |  |
|---|---|
| Mary McCord | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| Janssen Research & Development, LLC et al | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  14-cv-2994    l (5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janssen Pharmaceuticals, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

_Deputy clerk's signature_

Date:  __Mar 25 2015__

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    u I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    u I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    u I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    u I returned the summons unexecuted because _____ ; or

    u ✓ Other *(specify):*
       UPS

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-2-2015

                     _____
                               *Server's signature*

                 Thomas Bibby
                               *Printed name and title*

                 123 Justison Street, Wilmington DE 19801
                               *Server's address*

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt                                          Page 1 of 1

 **Shipment Receipt**

**Transaction Date:** 27 Mar 2015          **Tracking Number:**          1ZE0754Y0192025552

**1  Address Information**

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Janssen Pharmaceuticals, Inc.<br>1125 Trenton-Harbourton Road<br>TITUSVILLE NJ 085601504 | Grant and Eisenhofer P.A.<br>Tinesha Thomas<br>123 Justison Street<br>Wilmington DE 19801<br>Telephone:302-622-7000 | Grant and Eisenhofer P.A.<br>Tinesha Thomas<br>123 Justison Street<br>Wilmington DE 19801<br>Telephone:302-622-7000 |

**2  Package Information**

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1.  Letter<br>(Letter billable) | UPS Letter | | Reference # 1 - 198380<br>Reference # 2 - M. McCord |

**3  UPS Shipping Service and Shipping Options**

| | |
|---|---|
| Service: | UPS Next Day Air |
| Guaranteed By: | 10:30 AM Monday, Mar 30, 2015 |
| Shipping Fees Subtotal: | 21.74 USD |
|    Transportation | 21.00 USD |
|    Fuel Surcharge | 0.74 USD |

**4  Payment Information**

Bill Shipping Charges to:                    Shipper's Account E0754Y

Charges:                                                                                    21.74 USD

**Daily rates were applied to this shipment**
Total Charged:                                                                          21.74 USD

Note: Your invoice may vary from the displayed reference rates.

\* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Tracking Detail**

**Your package has been delivered.**

Tracking Number:        1Z E07 54Y 01 9202 555 2
Type:                   Package
Status:                 **Delivered**
Delivered On:           03/30/2015  9:37 A.M.
Signed By:              PRIATNA
Location:               MAIL ROOM
Delivered To:           1125 TRENTON HARBOURTON RD
                        TITUSVILLE,  NJ,  US  08560
Shipped/Billed On:      03/27/2015
Reference Number(s):    198380, M. MCCORD
Service:                NEXT DAY AIR

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| HAMILTON, NJ, US | 03/30/2015 | 9:37 A.M. | Delivered |
|  | 03/30/2015 | 7:34 A.M. | Out For Delivery |
|  | 03/30/2015 | 3:56 A.M. | Arrival Scan |
| PARSIPPANY, NJ, US | 03/30/2015 | 2:09 A.M. | Departure Scan |
| PARSIPPANY, NJ, US | 03/28/2015 | 5:25 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/28/2015 | 3:05 A.M. | Departure Scan |
| PHILADELPHIA, PA, US | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| NEWARK, DE, US | 03/27/2015 | 10:28 P.M. | Departure Scan |
|  | 03/27/2015 | 9:51 P.M. | Origin Scan |
|  | 03/27/2015 | 6:37 P.M. | PICKUP SCAN |
| US | 03/27/2015 | 11:56 A.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS:  04/02/2015  5:59 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⊞ Feedback                                      ⊠Close Window

Case 2:14-md-02592-EEF-MBN   Document 410   Filed 04/02/15   Page 17 of 36

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.



# Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z E07 54Y 01 9202 555 2 |
| **Reference Number(s):** | 198380, M. MCCORD |
| **Service:** | NEXT DAY AIR |
| **Shipped/Billed On:** | 03/27/2015 |
| **Delivered On:** | 03/30/2015 9:37 A.M. |
| **Delivered To:** | 1125 TRENTON HARBOURTON RD<br>TITUSVILLE, NJ, US  08560 |
| **Signed By:** | PRIATNA |

**Location:**                    MAIL ROOM

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:  04/02/2015 5:59 P.M.   ET

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |  |
|---|---|---|
| Mary McCord | ) | |
| _____ | ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No. 14-cv-2994   1 (5) |
| v. | ) | |
| Janssen Research & Development, LLC et al | ) ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare LLC
                                        100 Bayer Boulevard
                                        Whippany, NJ 07981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
                                        Grant & Eisenhofer P.A.
                                        123 Justison Street
                                        Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:   **Mar 25 2015**   _____
                                        Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    u I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    u I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    u I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    u I returned the summons unexecuted because _____ ; or

    ☑ Other *(specify):*
          UPS

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: __4-2-2015__

                           *Server's signature*

                     Thomas Bibo
                           *Printed name and title*

                   123 Justison Street, Wilmington DE 19801
                           *Server's address*

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt                                    Page 1 of 1

 **Shipment Receipt**

**Transaction Date:** 27 Mar 2015          **Tracking Number:**      1ZE0754Y0190462459

---

### 1  Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Bayer Healthcare LLC | Grant and Eisenhofer P.A. | Grant and Eisenhofer P.A. |
| 100 Bayer Blvd | Tinesha Thomas | Tinesha Thomas |
| WHIPPANY NJ 079811544 | 123 Justison Street | 123 Justison Street |
| | Wilmington DE 19801 | Wilmington DE 19801 |
| | Telephone:302-622-7000 | Telephone:302-622-7000 |

---

### 2  Package Information

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | Letter (Letter billable) | UPS Letter | | Reference # 1 - 198380 Reference # 2 - M. McCord |

---

### 3  UPS Shipping Service and Shipping Options

| | |
|---|---|
| Service: | UPS Next Day Air |
| Guaranteed By: | 10:30 AM Monday, Mar 30, 2015 |
| Shipping Fees Subtotal: | 21.74 USD |
|    Transportation | 21.00 USD |
|    Fuel Surcharge | 0.74 USD |

---

### 4  Payment Information

Bill Shipping Charges to:              Shipper's Account E0754Y

Charges:                                                                    21.74 USD

**Daily rates were applied to this shipment**

Total Charged:                                                              21.74 USD

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9046 245 9 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/30/2015  9:36 A.M. |
| Signed By: | MALONEY |
| Location: | DOCK |
| Delivered To: | |
| | 100 BAYER BLVD |
| | WHIPPANY, NJ, US  07981 |
| Shipped/Billed On: | 03/27/2015 |
| Reference Number(s): | 198380, M. MCCORD |
| Service: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| PARSIPPANY, NJ, US | 03/30/2015 | 9:36 A.M. | Delivered |
| | 03/30/2015 | 6:34 A.M. | Out For Delivery |
| PARSIPPANY, NJ, US | 03/28/2015 | 5:28 A.M. | Arrival Scan |
| LAWNSIDE, NJ, US | 03/28/2015 | 3:42 A.M. | Departure Scan |
| | 03/28/2015 | 12:16 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/27/2015 | 11:53 P.M. | Departure Scan |
| | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| NEWARK, DE, US | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | PICKUP SCAN |
| US | 03/27/2015 | 11:42 A.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS:  04/02/2015  6:01 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

⬌ Feedback                                              ☒Close Window

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.



## Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z E07 54Y 01 9046 245 9 |
| **Reference Number(s):** | 198380, M. MCCORD |
| **Service:** | NEXT DAY AIR |
| **Shipped/Billed On:** | 03/27/2015 |
| **Delivered On:** | 03/30/2015 9:36 A.M. |
| **Delivered To:** | BAYER |
| | 100 BAYER BLVD |
| | WHIPPANY, NJ, US   07981 |
| **Signed By:** | MALONEY |

**Location:**          DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   04/02/2015 6:01 P.M.   ET

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

|  |  |
|---|---|
| Mary McCord _____ *Plaintiff(s)* v. Janssen Research & Development, LLC et al _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  14-cv-2994   1 (5)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:   __Mar 25 2015__                          _____
                                                                   Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

 ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

 ☐ I returned the summons unexecuted because _____ ; or

 ☑ Other *(specify):*
        UPS

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: 4-2-2015

                                         _____
                                              *Server's signature*

                                         Thomas Bibby
                                         _____
                                              *Printed name and title*


                                         123 Justison Street, Wilmington DE 19801
                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt                                      Page 1 of 1

 **Shipment Receipt**

**Transaction Date:** 27 Mar 2015          **Tracking Number:**          1ZE0754Y0194533526

---

**1** | **Address Information**

**Ship To:**
Janssen Research & Development LLC
One Johnson & Johnson Plaza
NEW BRUNSWICK NJ 089330001

**Ship From:**
Grant and Eisenhofer P.A.
Tinesha Thomas
123 Justison Street
Wilmington DE 19801
Telephone:302-622-7000

**Return Address:**
Grant and Eisenhofer P.A.
Tinesha Thomas
123 Justison Street
Wilmington DE 19801
Telephone:302-622-7000

---

**2** | **Package Information**

| Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|
| 1. Letter (Letter billable) | UPS Letter | | Reference # 1 - 198380 Reference # 2 - M. McCord |

---

**3** | **UPS Shipping Service and Shipping Options**

Service:                      UPS Next Day Air
Guaranteed By:                10:30 AM Monday, Mar 30, 2015
Shipping Fees Subtotal:       21.74 USD
    Transportation            21.00 USD
    Fuel Surcharge            0.74 USD

---

**4** | **Payment Information**

Bill Shipping Charges to:                Shipper's Account E0754Y

Charges:                                                              21.74 USD

**Daily rates were applied to this shipment**
Total Charged:                                                        21.74 USD

---

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

Case 2:14-md-02592-EEF-MBN   Document 410   Filed 04/02/15   Page 28 of 36

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9453 352 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/30/2015  9:22 A.M. |
| Signed By: | RIZZI |
| Location: | DOCK |
| Delivered To: | 1 JOHNSON AND JOHNSON PLZ<br>NEW BRUNSWICK,  NJ,  US  08901 |
| Shipped/Billed On: | 03/27/2015 |
| Reference Number(s): | 198380, M. MCCORD |
| Service: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| EDISON, NJ, US | 03/30/2015 | 9:22 A.M. | Delivered |
| | 03/30/2015 | 4:25 A.M. | Out For Delivery |
| EDISON, NJ, US | 03/29/2015 | 8:46 P.M. | Arrival Scan |
| PARSIPPANY, NJ, US | 03/29/2015 | 7:58 P.M. | Departure Scan |
| PARSIPPANY, NJ, US | 03/28/2015 | 5:25 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/28/2015 | 3:05 A.M. | Departure Scan |
| PHILADELPHIA, PA, US | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| NEWARK, DE, US | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | PICKUP SCAN |
| US | 03/27/2015 | 11:53 A.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS:  04/02/2015  5:59 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

H Feedback                                                            ☒Close Window

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

Case 2:14-md-02592-EEF-MBN   Document 410   Filed 04/02/15   Page 30 of 36



# Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number:**          1Z E07 54Y 01 9453 352 6
**Reference Number(s):**      198380, M. MCCORD
**Service:**                  NEXT DAY AIR
**Shipped/Billed On:**        03/27/2015
**Delivered On:**             03/30/2015 9:22 A.M.
**Delivered To:**             1 JOHNSON AND JOHNSON PLZ
                              NEW BRUNSWICK, NJ, US   08901
**Signed By:**                RIZZI

**Location:**                 DOCK


Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   04/02/2015 6:00 P.M.   ET

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Mary McCord <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development, LLC et al <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.  14-cv-2994    1 (5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Healthcare Pharmaceuticals, Inc.
340 Changebridge Rd.
Pine Brook, NJ 07058-9714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

*Deputy clerk's signature*

Date:  **Mar 25 2015**  _____

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

ᵾ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

ᵾ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

ᵾ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

ᵾ I returned the summons unexecuted because _____ ; or

ᵾ Other *(specify):*

  *UPS*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  4-2-2015
                                    _____
                                          *Server's signature*

                                    *Thomas Bibby*
                                    _____
                                          *Printed name and title*


                                    123 Justison Street, Wilmington DE 19801
                                    _____
                                          *Server's address*

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Receipt

Page 1 of 1

 **Shipment Receipt**

**Transaction Date:** 27 Mar 2015      **Tracking Number:**      1ZE0754Y0194669292

### 1 | Address Information

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Bayer Healthcare Pharmaceuticals | Grant and Eisenhofer P.A. | Grant and Eisenhofer P.A. |
| Vito Ciraco | Tinesha Thomas | Tinesha Thomas |
| 100 Bayer Blvd | 123 Justison Street | 123 Justison Street |
| WHIPPANY NJ 079811544 | Wilmington DE 19801 | Wilmington DE 19801 |
| | Telephone:302-622-7000 | Telephone:302-622-7000 |

### 2 | Package Information

| | Weight | Dimensions / Packaging | Declared Value | Reference Numbers |
|---|---|---|---|---|
| 1. | Letter<br>(Letter billable) | UPS Letter | | Reference # 1 - 198380<br>Reference # 2 - M. McCord |

### 3 | UPS Shipping Service and Shipping Options

| | |
|---|---|
| Service: | UPS Next Day Air |
| Guaranteed By: | 10:30 AM Monday, Mar 30, 2015 |
| Shipping Fees Subtotal: | 21.74 USD |
|    Transportation | 21.00 USD |
|    Fuel Surcharge | 0.74 USD |

### 4 | Payment Information

Bill Shipping Charges to:          Shipper's Account E0754Y

| | |
|---|---|
| Charges: | 21.74 USD |
| **Daily rates were applied to this shipment** | |
| Total Charged: | 21.74 USD |

Note: Your invoice may vary from the displayed reference rates.

* For delivery and guarantee information, see the UPS Service Guide. To speak to a customer service representative, call 1-800-PICK-UPS for domestic services and 1-800-782-7892 for international services.

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 01 9466 929 2 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 03/30/2015  9:36 A.M. |
| Signed By: | MALONEY |
| Location: | DOCK |
| Delivered To: | |
| | 100 BAYER BLVD |
| | WHIPPANY,  NJ,  US  07981 |
| Shipped/Billed On: | 03/27/2015 |
| Reference Number(s): | 198380, M. MCCORD |
| Service: | NEXT DAY AIR |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| PARSIPPANY, NJ, US | 03/30/2015 | 9:36 A.M. | Delivered |
| | 03/30/2015 | 6:34 A.M. | Out For Delivery |
| PARSIPPANY, NJ, US | 03/28/2015 | 5:28 A.M. | Arrival Scan |
| LAWNSIDE, NJ, US | 03/28/2015 | 3:42 A.M. | Departure Scan |
| | 03/28/2015 | 12:16 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 03/27/2015 | 11:53 P.M. | Departure Scan |
| | 03/27/2015 | 11:34 P.M. | Arrival Scan |
| NEWARK, DE, US | 03/27/2015 | 10:28 P.M. | Departure Scan |
| | 03/27/2015 | 9:51 P.M. | Origin Scan |
| | 03/27/2015 | 6:37 P.M. | PICKUP SCAN |
| US | 03/27/2015 | 11:47 A.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS:  04/02/2015  6:00 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

■ Feedback                                                      ☒Close Window

Case 2:14-md-02592-EEF-MBN   Document 410   Filed 04/02/15   Page 35 of 36

Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.



# Delivery Notification

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

| | |
|---|---|
| **Tracking Number:** | 1Z E07 54Y 01 9466 929 2 |
| **Reference Number(s):** | 198380, M. MCCORD |
| **Service:** | NEXT DAY AIR |
| **Shipped/Billed On:** | 03/27/2015 |
| **Delivered On:** | 03/30/2015 9:36 A.M. |
| **Delivered To:** | BAYER |
| | 100 BAYER BLVD |
| | WHIPPANY, NJ, US   07981 |
| **Signed By:** | MALONEY |

**Location:** DOCK

Thank you for giving us this opportunity to serve you.

Sincerely,
UPS

Tracking results provided by UPS:   04/02/2015 6:00 P.M.   ET