UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * * | |
| | * | JUDGE ELDON E. FALLON |
| *Daphne Matthews v. Janssen Research & Development, LLC, et al (15-470 EDLA)* | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

# O R D E R

Considering the Plaintiff's Motion to Enroll Additional Counsel of Record;

IT IS ORDERED BY THE COURT THAT Leonard A. Davis and Danielle Treadaway Hufft of the law firm of Herman, Herman & Katz, LLC be and they are entered and added as additional counsel for plaintiff, **Daphne Matthews**.

New Orleans, Louisiana, this   6th   day of          April          , 2015.

_____
Eldon E. Fallon
United States District Court Judge