UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>HOWARD PETTUS, and wife ELIZABETH A. PETTUS,<br><br>          Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; et al.<br><br>          Defendants. | Civil Action No.: 2:15-cv-00217-EEF-MBN |

**ORDER APPROVING MOTION AND
EXTENDING TIME TO SERVE COMPLAINT**

This Court, being fully appraised of the premises and upon motion of Plaintiffs to extend time to serve the Complaint filed on December 3, 2014, in this action, approves the motion and grants Plaintiffs an extension of time of 30 days to perfect service of the Complaint on Defendants, Janssen Research & Development and Janssen Ortho LLC.

DONE AND SIGNED in Chambers in New Orleans, Louisiana this __6th__ of ____April____ 2015.

_____
ELDON E. FALLON
United States District Judge

Copies furnished to: All counsel