Case 2:15-cv-00895-EEF-MBN Document 3 Filed 03/24/15 Page 5 of 18
Case 2:14-md-02592-EEF-MBN Document 436 Filed 04/06/15 Page 1 of 3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| WINSTON D. DIXON <br><br> *Plaintiff(s)* <br> v. <br> JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, JANSSEN ORTHO, LLC, JA <br> *Defendant(s)* | Civil Action No. 15-895 L (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Ortho, LLC
Through agent for service CT Corporation
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Morris Bart, Mekel Alvarez,
Morris Bart, LLC 909 Poydras St., Ste. 2000, New Orleans, LA, 70112
Telephone: 504-599-3385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: Mar 24 2015

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-895

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janssen Ortho, LLC
was received by me on *(date)* 03/31/2015 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Via Certified Mail/ Return Receipt

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/06/2015

Server's signature

Judith R. Rhoden, Paralegal
*Printed name and title*

Morris Bart, LLC, 909 Poydras St., Ste. 2000
New Orleans, LA 70112

*Server's address*

Additional information regarding attempted service, etc:

Winston Dixon
15-00895

Janssen Ortho

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JANSSEN ORTHO, LLC
C/O CT CORP.
1209 ORANGE ST.
WILMINGTON, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Amy McLaren*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
MAR 31 2015

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7014 2120 0004 4295 1105

PS Form 3811, July 2013   Domestic Return Receipt