Case 2:15-cv-00510-EEF-MBN  Document 6-1  Filed 03/11/15  Page 1 of 2   *RETURN*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| MORRISON M. DUBOIS, as EXECUTOR OF THE ESTATE OF BONNIE R. SEAL DUBOIS and WENDY JOHNSON, INDIVIDUALLY, et al<br><br>*Plaintiff(s)*<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, et al<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:14-MD-02592; ref 2:15-cv-510   L (5)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janssen Ortho, LLC
through its agent for service of process:
CT Corporation
1209 Orange St. ~~116 Pine Street, Suite 320~~
Wilmington, DE  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  James R. Reeves, Jr.
Reeves & Mestayer, PLLC
160 Main St.
Biloxi, MS  39530
Telephone:  228/374-5151

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                          **William W. Blevins**
                                                          Name of clerk of court

Date: __Mar 11 2015__                                     _[signature]_
                                                          Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:14-MD-02592; ref 2:15-cv-510

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Janssen Ortho, LLC

was received by me on *(date)*          03/26/2015

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Amy McLaren (Operations Manager)          , who is

designated by law to accept service of process on behalf of *(name of organization)*   Corp. Trust Company

Agent for Janssen Ortho, LLC          served @ 3:05p   on *(date)*          03/31/2015          ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $          0.00

I declare under penalty of perjury that this information is true.

Date:          03/31/2015

_____
*Server's signature*

Adam Golden, SPS
*Printed name and title*

Quantum Process
418 Pittman Rd
Ellisville MS 39437
_____
*Server's address*

Additional information regarding attempted service, etc: