OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: April 7, 2015

Henrietta and Bernard Guste

vs.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a
JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, et al

Case No. 2:15-cv-949   Section _____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Bayer Healthcare Pharmaceuticals Inc.
SOP Department Corporation Service Company, Suite 400
   (address) 2711 Centerville Road, Wilmington, DE 19808

2. (name) Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr  General Counsel
   (address) Muellerstrasse 178, 13353 Berlin, GERMANY

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

/s/ Joseph S. Piacun
"Signature"

Attorney for   Henrietta and Bernard Guste
Address   4405 N. I-10 Service Road, Suite 200
Metairie, LA 70006