UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS
LIABILITY LITIGATION

MDL No. 2592

Taggart v. Janssen Research & Development
Case No: 2:14-cv-02944

*This Document Applies to: Taggart v. Janssen Research & Develeopment* 14-2944

### ORDER GRANTING EX PARTE MOTION
### FOR EXTENSION OF TIME PURSUANT TO FRCP 6(b)

Upon the Ex Parte Motion of Plaintiff for an Order for an Extension of Time, and for good cause appearing therefor,

**IT IS HEREBY ORDERED** that the foregoing EX PARTE MOTION FOR EXTENSION OF TIME PURSUANT TO FRCP 6(b) is hereby granted and plaintiff shall have up and until June 23, 2015 to complete service.

New Orleans, Louisiana this 7th day of April, 2015.

_____
United States District Judge