UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
| | * |
| | *  MAG. JUDGE SHUSHAN |
| ********************************************* | * |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

**IT IS ORDERED** that Science Day will take place on June 11, 2015 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon.

New Orleans, Louisiana this 7th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE