AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)
Civil Action No.        15-258

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Bayer Healthcare LLc._

was received by me on *(date)* _2-13-15_ .

☐ I personally served the summons on the individual at *(place)*_____

_____ on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____ , a person of suitable age and discretion who resides there,

on *(date)*_____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*_ SARAH Heinimen _, who is

designated by law to accept service of process on behalf of *(name of organization)*_Bayer_

_Healthcare LLc_ on *(date)*_2-17-2015_ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other *(specify):*_____

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date:_2-17-15_

_____
Server's signature

_Frank Libaur - Process Server_
Printed name and title

_1501 Preble Ave Pittsburgh, PA 15233_
Server's address

Additional information regarding attempted service, etc:

**JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC**
One Johnson and Johnson Plaza
New Brunswick, NJ 08933

**JANSSEN ORTHO LLC**
Janssen Ortho LLC
Bo. Mamey, Carr, 933 KM 0.1
Gurabo, PR 00778-9629

**JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,**
One Johnson and Johnson Plaza
New Brunswick, NJ 08933

**BAYER HEALTHCARE PHARMACEUTICALS, INC.**
Bayer Healthcare Pharmaceuticals, Inc.
100 Bayer Boulevard
Whippany, NJ 07981-0915

**BAYER PHARMA AG**
Muellerstrasse 178
Berlin

**BAYER CORPORATION**
100 Bayer Road
Pittsburgh, PA 15205

**BAYER HEALTHCARE LLC**
100 Bayer Road
Pittsbugh, PA 15205

**BAYER HEALTHCARE AG**
Chempark Leverkusen Zentraler Besucherempfang Kaiser-Wilhelm-Allee, D-51368 Leverkusen

**BAYER AG**
51368
Leverkusen

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

PATRICIA FYE
    *Plaintiff*

    v.

JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A
JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH
AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN
PHARMACEUTICALS, INC. F/K/A JANSSEN
PHARMACEUTICA INC. F/K/A ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.; BAYER HEALTHCARE
PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER
CORPORATION; BAYER HEALTHCARE LLC; BAYER
HEALTHCARE AG; BAYER AG
    *Defendant*

Civil Action No. 15-258

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DIANNE M. NAST, ESQ.
1101 MARKET ST., STE. 2801
PHILADELPHIA, PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   January 20, 2015

*Janet Vecchione*, Deputy Clerk