AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  15-258

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Janssen Ortho, LLC

was received by me on *(date)*     02/14/2015

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)*   Jose Gonzalez,   Senior Resource Officer   , who is

designated by law to accept service of process on behalf of *(name of organization)*   Jenssen Ortho, LLC

at Bo. Mamey, Carr. 933 Km. 01, Gurabo, PR  00778-9629   on *(date)*     02/17/2015   ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    02/17/2015

_____
*Server's signature*

Roberto Diaz      Process Server
*Printed name and title*

c/o Dennis Richman's Services
1500 JFK BLVD.   Ste. 1706
Philadelphia, PA 19102
*Server's address*

Additional information regarding attempted service, etc:

110092