PATRICIA FYE
PLAINTIFF
- vs -
JANSSEN RESEARCH & DEVELOPMENT LLC ET-ALS
DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA
Docket No. 2:15-CV-00258-MAK

**Person to be Served**
BAYER HEALTHCARE PHARMACEUTICALS INC.
100 BAYER BOULEVARD
WHIPPANY, NJ 07981

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS AND COMPLAINT, JURY DEMAND,
**Service Data:**
Served Successfully X Not Served ____ Date: 02/17/2015 Time: 1:10PM Attempts: ____

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member of over 14 years of age residing therein.

X Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

BEN BARRANEDA

ATTORNEY

**Description of Person Accepting Service:**
SEX: **MALE** COLOR: **ASIAN** HAIR: **S/P** APP.AGE: **55** APP. HT: **5/7** APP. WT: **165**
OTHER:

**Comments Or Remarks:**

**Server Data:**
Subscribed and Sworn to before me on the 20th day of FEBRUARY, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

TINA GIORDANO
NOTARY PUBLIC OF NEW JERSEY
ID # 2428940
My Commission Expires 1/17/2018

I, CLEMENT BOTTONE, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penealty of perjury that the foregoing is true and correct.

Signature of Process Server 2-20-15 Date

Our Job Number: 139138

NJLS Process Service
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300

[Page too faded/illegible to transcribe reliably]

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

PATRICIA FYE
*Plaintiff*

v.

JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. F/K/A JANSSEN PHARMACEUTICA INC. F/K/A ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; ~~BAYER HEALTHCARE PHARMACEUTICALS, INC.~~; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; BAYER AG
*Defendant*

Civil Action No. 15-258

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

DIANNE M. NAST, ESQ.
1101 MARKET ST., STE. 2801
PHILADELPHIA, PA 19107

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: January 20, 2015

Janet Vecchione (signature)
*Janet Vecchione*, Deputy Clerk