OFFICE OF THE CLERK  
UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
500 POYDRAS STREET  
NEW ORLEANS, LOUISIANA  70130

Date: April 8, 2015

Henrietta Guste and Bernard Guste

VS.  
JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.

Case No. 2:15-cv-949   Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name)  Janssen Ortho LLC  
   (address) The Corporation Trust Company - Corporation Trust Center  
   1209 Orange Street, Wilmington, DE 19801

2. (name) Janssen Pharmaceuticals, Inc.  
   (address) One Johnson & Johnson Plaza, New Brunswick, NJ 08933

3. (name) Janssen Research & Development, LLC f/k/a/ Johnson & Johnson Pharmaceutical Research & Development, LLC  
   (address) One Johnson & Johnson Plaza, New Brunswick, NJ 08933

4. (name) _____  
   (address) _____

Very truly yours,

/s/ Joseph S. Piacun  
"Signature"

Attorney for   Henrietta Guste and Bernard Guste

Address   4405 N. I-10 Service Road, Suite 200  
Metairie, LA 70006