# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| ****************************************** | MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | |
| DAVID A. MOORE as the Executor for and on behalf of the heirs of the ESTATE of MARTHA LEE MOORE, | Civil Case No. 2:15-cv-00512-EEF-MBN |
| Plaintiffs, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.,* | |
| Defendants. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please take notice that Brian H. Barr hereby enters his appearance as counsel for Plaintiff, David A. Moore.

Please serve a copy of all notices, correspondence or orders for this case to Brian H. Barr, Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., 316 S. Baylen Street, Suite 600, Pensacola, FL 32502, bbarr@levinlaw.com.

DATED: April 8, 2015

        LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR,
P.A.

By: s/Brian H. Barr
    Brian H. Barr (FL Bar 493041)
    316 South Baylen Street, Suite 600
    Pensacola, Florida 32502
    (850) 435-7059
    (850) 435-7020 (Fax)
    bbarr@levinlaw.com

Attorney for the Plaintiffs