# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| ************************************** | MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | |
| DALE E. WHITLEY and BONNIE WHITLEY, | Civil Case No. 2:15-cv-00456-EEF-MBN |
| Plaintiffs, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.,* | |
| Defendants. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please take notice that Brian H. Barr hereby enters his appearance as counsel for Plaintiffs, Dale E. Whitley and Bonnie Whitley.

Please serve a copy of all notices, correspondence or orders for this case to Brian H. Barr, Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., 316 S. Baylen Street, Suite 600, Pensacola, FL 32502, bbarr@levinlaw.com.

DATED: April 8, 2015

                                                           LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.

1

           By: <u>s/Brian H. Barr</u>
            Brian H. Barr (FL Bar 493041)
            316 South Baylen Street, Suite 600
            Pensacola, Florida 32502
            (850) 435-7059
            (850) 435-7020 (Fax)
            bbarr@levinlaw.com

            Attorney for the Plaintiffs