UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** : | MDL NO. 2592 |
| : | |
| : | SECTION: L |
| : | JUDGE FALLON |
| ************************************** : | MAG. JUDGE NORTH |
| : | |
| **THIS DOCUMENT RELATES TO:** : | |
| : | |
| JACK G. DAVIS and ROSALIE A. DAVIS, : | Civil Case No. 2:15-cv-00227-EEF-MBN |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.,* : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

      Please take notice that Brian H. Barr hereby enters his appearance as counsel for Plaintiffs, Jack G. Davis and Rosalie A. Davis.

      Please serve a copy of all notices, correspondence or orders for this case to Brian H. Barr, Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., 316 S. Baylen Street, Suite 600, Pensacola, FL 32502, bbarr@levinlaw.com.

DATED: April 8, 2015

                                          LEVIN, PAPANTONIO, THOMAS,
                                          MITCHELL, RAFFERTY & PROCTOR,
                                          P.A.

By: s/Brian H. Barr
Brian H. Barr (FL Bar 493041)
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com

Attorney for the Plaintiffs