UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L<br>JUDGE FALLON |
| ANN CIOLINO | MAG. JUDGE NORTH |
|       Plaintiff, | Civil Case No. 2:14-cv-02908-EEF-MBN |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, et al., | |
|       Defendants. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please take notice that Amanda K. Klevorn hereby enters her appearance as counsel for Plaintiff, Ann Ciolino.

Please serve a copy of all notices, correspondence or orders for this case to Amanda K. Klevorn, Murray Law Firm, 650 Poydras Street, Suite 2150, New Orleans, LA 70130, aklevorn@murray-lawfirm.com

DATED: April 8, 2015

Respectfully submitted,

**/s/ Amanda K. Klevorn**
Amanda K. Klevorn (#35193)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249
E-mail: aklevorn@murray-lawfirm.com

Attorney for Plaintiff

1