## UNITED STATES DISTRICT COURT OF THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| ************************************** | MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | |
| CONNIE JO ROGERS FAUSTINI as the Executrix for and on behalf of the heirs of the ESTATE of BETTY JUNE MURAD, | Civil Case No. 2:15-cv-00542-EEF-MBN |
| Plaintiffs, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please take notice that Brian H. Barr hereby enters his appearance as counsel for Plaintiff, Connie Jo Rogers Faustini.

Please serve a copy of all notices, correspondence or orders for this case to Brian H. Barr, Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., 316 S. Baylen Street, Suite 600, Pensacola, FL 32502, bbarr@levinlaw.com.

DATED: April 8, 2015

LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR,
P.A.

By: s/Brian H. Barr
 Brian H. Barr (FL Bar 493041)
 316 South Baylen Street, Suite 600
 Pensacola, Florida 32502
 (850) 435-7059
 (850) 435-7020 (Fax)
 bbarr@levinlaw.com

 Attorney for the Plaintiff