UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: Misty Raines v. Janssen Research & Development, LLC 4:14-cv-00818 | | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter my appearance as counsel for the Plaintiff Misty Raines in the above captioned matter.

DATED: April 8, 2015

GRANT & EISENHOFER P. A.

By: s/ M. Elizabeth Graham
M. Elizabeth Graham
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100

Attorney for Plaintiff

1