UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)   ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION   ) | |
| _____) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:   ) | |
| Famera et al. v. Janssen Research &   ) | |
| Development, LLC, et al,   ) | |
| Civ. Action No.: 2:15-cv-01093-EEF-MBN) | |
| ) | |
| _____) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly take notice and enter my appearance as counsel for Plaintiffs, John R. Famera and

Mary Greco, in the above captioned matter.

Dated: April 8, 2015

                                                        */s/ Michael D. Cerasa*_____
                                                         Michael D. Cerasa, ESQUIRE
                                                         Florida Bar No. 0015085
                                                         PEARSON BITMAN LLP
                                                         485 N. Keller Road Avenue, Suite 401
                                                         Maitland, FL 32751
                                                         (407) 647-0090
                                                         (407) 647-0092 – Facsimile
                                                         mcerasa@pearsonbitman.com
                                                         kjames@pearsonbitman.com
                                                         Attorneys for Plaintiff
                                                         TRIAL COUNSEL