**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUSIANA**
_____

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| _____ | ) | |
| | ) | **SECTION: L** |
| | ) | **JUDGE FALLON** |
| | ) | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| **Jacob A. Lutz v. Janssen Research &** | ) | |
| **Development, LLC, et al,** | ) | |
| **Civ. Action No.: 2:15-cv-01090-EEF-MBN)** | | |
| | ) | |
| _____ | ) | |

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF THE COURT:

Kindly take notice and enter my appearance as counsel for Plaintiff, Jacob A. Lutz, in the

above captioned matter.

Dated: April 8, 2015

_/s/ Michael D. Cerasa_____
Michael D. Cerasa, ESQUIRE
Florida Bar No. 0015085
PEARSON BITMAN LLP
485 N. Keller Road Avenue, Suite 401
Maitland, FL 32751
(407) 647-0090
(407) 647-0092 – Facsimile
mcerasa@pearsonbitman.com
kjames@pearsonbitman.com
Attorneys for Plaintiff
TRIAL COUNSEL
