UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA
_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| _____) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| Clark et al. v. Janssen Research & ) | |
| Development, LLC, et al, ) | |
| Civ. Action No.: 2:15-cv-01111-EEF-MBN) | |
| ) | |
| _____) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly take notice and enter my appearance as counsel for Plaintiffs, Patricia R. Clark and Bruce B. Clark, in the above captioned matter.

Dated: April 8, 2015

                                        */s/ Michael D. Cerasa*_____
                                        Michael D. Cerasa, ESQUIRE
                                        Florida Bar No. 0015085
                                        PEARSON BITMAN LLP
                                        485 N. Keller Road Avenue, Suite 401
                                        Maitland, FL 32751
                                        (407) 647-0090
                                        (407) 647-0092 – Facsimile
                                        mcerasa@pearsonbitman.com
                                        kjames@pearsonbitman.com
                                        Attorneys for Plaintiff
                                        TRIAL COUNSEL