UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA
_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)    ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| _____) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:             ) | |
| Kennard et al. v. Janssen Research &     ) | |
| Development, LLC, et al,                         ) | |
| Civ. Action No.: 2:15-cv-01095-EEF-MBN) | |
| ) | |
| _____) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly take notice and enter my appearance as counsel for Plaintiffs, Gary E. Kennard and

Evelyn Kennard, in the above captioned matter.

Dated: April 8, 2015

                                                                    */s/ Michael D. Cerasa*_____
                                                                    Michael D. Cerasa, ESQUIRE
                                                                    Florida Bar No. 0015085
                                                                    PEARSON BITMAN LLP
                                                                    485 N. Keller Road Avenue, Suite 401
                                                                    Maitland, FL 32751
                                                                    (407) 647-0090
                                                                    (407) 647-0092 – Facsimile
                                                                    mcerasa@pearsonbitman.com
                                                                    kjames@pearsonbitman.com
                                                                    Attorneys for Plaintiff
                                                                    TRIAL COUNSEL