AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| JOSEPH LABAY, <br><br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development, LLC  et al <br><br> *Defendant(s)* | Civil Action No. 15−00540 L (5) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JANSSEN RESEARCH & DEVELOPMENT LLC
One Johnson and Johnson Plaza
116 Pine Street
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Erik Walker
Hissey Kientz
9442 N. Capital of Texas Highway
Austin, TX 78759

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

*/s/ Mia Young*
Deputy clerk's signature

Date:  Mar 10 2015

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 15-cv-526

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Janssen Research and Development, LLC was received by me on *(date)* 03/16/2015.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kim Gigante, Paralegal , who is designated by law to accept service of process on behalf of *(name of organization)* Janssen Research and Development, LLC on *(date)* 03/19/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: SERVED AT : One Johnson & Johnson Plaza New Brunswick, NJ 08893

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 03/20/2015

*Server's signature*

Frederic A. Blum
*Printed name and title*

B&R Services for Professionals, Inc.
235 S. 13th Street
Philadelphia, PA 19107
*Server's address*

Additional information regarding attempted service, etc: