AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| DAVID A. MOORE as the Executor for and on behalf of the heirs of the ESTATE of MARTHA LEE MOORE, <br><br> *Plaintiff(s)* <br><br> v. <br><br> Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al. <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.    7:15-cv-00009 –D

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Ortho LLC
The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JULIE A. RICHARDS, CLERK**

*CLERK OF COURT*

Date:  1/13/15

_____
Courtney O'Bria
*Signature of Clerk or Deputy Clerk*

20150128115149

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS, COMPLAINT, APPEARANCE OF COUNSEL, DISCLOSURE**
EFFECTED (1) BY ME: Daniel Newcomb
TITLE: **PROCESS SERVER**

DATE: 1/28/15 at 3:00 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[x ] Served personally upon the defendant

JANSSEN ORTHO LLC C/O THE CORP. TRUST CO. - Accepted by Amy McLaren

Place where served:

CORP. TRUST CENTER 1209 ORANGE ST WILMINGTON DE 19801

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant    Managing Agent authorized to accept service

Description of Person Accepting Service:

SEX: F   AGE: 35   HEIGHT: 5'7"   WEIGHT: 135 lbs   SKIN: W   HAIR: brown   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1 / 29 / 20 15 _____ L.S.

SIGNATURE OF  Daniel Newcomb
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:     DANIEL K BRYSON, ESQ.
PLAINTIFF:     DAVID A MOORE AS THE EXECUTOR FOR AND ON BEHALF OF THE HEIRS OF
DEFENDANT:   THE ESTATE OF MARTHA LEE MOORE
VENUE:          JANSSEN RESEARCH & DEVELOPMENT LLC FKA JOHNSON & JOHNSON
DOCKET:        PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, ET AL.
COMMENT:     DISTRICT
                      7 15 CV 00009 D

