AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

DAVID A. MOORE as the Executor for and on behalf of the heirs of the ESTATE of MARTHA LEE MOORE,

*Plaintiff(s)*

v.

Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al.

*Defendant(s)*

Civil Action No. 7:15-cv-00009 —D

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Johnson & Johnson
c/o Douglas K. Chia
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**JULIE A. RICHARDS, CLERK**
*CLERK OF COURT*

Date: 1/13/15

*Courtney O'Brie*
*Signature of Clerk or Deputy Clerk*

| | | |
|---|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
| SERVICE OF:<br>EFFECTED (1) BY ME:<br>TITLE: | SUMMONS, COMPLAINT, APPEARANCE OF COUNSEL, DISCLOSURE<br>**MARIAN ZWIERZYNSKI**<br>**PROCESS SERVER** | |
| | | DATE: **1/29/2015 1:08:02 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

JOHNSON & JOHNSON C/O DOUGLAS K CHIA

Place where served:

ONE JOHNSON & JOHNSON PLAZA   NEW BRUNSWICK  NJ  08933

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ELIZABETH CAREW

Relationship to defendant   **AUTHORIZED AGENT**

Description of Person Accepting Service:

SEX: F    AGE: 51-65   HEIGHT: 5'4"-5'8"    WEIGHT: 161-200 LBS.    SKIN: WHITE    HAIR: BROWN    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____    SERVICES $ _____    TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America, that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 01 / 30 / 2015                                         _____ L.S.

SIGNATURE OF MARIAN ZWIERZYNSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083



JACKELINE GONZALEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 15, 2015

ATTORNEY:      DANIEL K BRYSON, ESQ.
PLAINTIFF:     DAVID A MOORE AS THE EXECUTOR FOR AND ON BEHALF OF THE HEIRS OF
DEFENDANT:     THE ESTATE OF MARTHA LEE MOORE
VENUE:         JANSSEN RESEARCH & DEVELOPMENT LLC FKA JOHNSON & JOHNSON
DOCKET:        PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, ET AL.
COMMENT:       DISTRICT
               7 15 CV 00009 D