AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| DALE E. WHITLEY and BONNIE WHITLEY, *Plaintiff(s)* | )<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. |
| Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al. *Defendant(s)* | )<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Ortho LLC
The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan L. Thompson
Watts Guerra LLP
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:



10:22 am, Jan 22, 2015
s/ Brian D. Karth, Clerk

_____
*Signature of Clerk or Deputy Clerk*

20150128121630

| | |
|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |

SERVICE OF: SUMMONS, CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE, COMPLAINT
EFFECTED (1) BY ME: Daniel Newcomb
TITLE: PROCESS SERVER
DATE: 1/28/15 at 3:00 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[x] Served personally upon the defendant

JANSSEN ORTHO LLC C/O THE CORP. TRUST CO  - Accepted by Amy McLaren

Place where served:

CORP TRUST CENTER  1209 ORANGE ST  WILMINGTON  DE  19801

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant   Managing Agent authorized to accept service

Description of Person Accepting Service:

SEX: F  AGE: 35  HEIGHT: 5'7"  WEIGHT: 135 lbs  SKIN: W  HAIR: Brown  OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____      SERVICES $ _____.____      TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1 / 29 / 20 15         _____ L.S.
                             SIGNATURE OF   Daniel Newcomb
                             GUARANTEED SUBPOENA SERVICE, INC.
                             2009 MORRIS AVENUE
                             UNION, NJ 07083

ATTORNEY:    RYAN L THOMPSON, ESQ.
PLAINTIFF:   DALE E WHITLEY, ET AL.
DEFENDANT:   JANSSEN RESEARCH & DEVELOPMENT LLC FKA JOHNSON & JOHNSON
VENUE:       PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, ET AL.
DOCKET:      DISTRICT
COMMENT:     2 15 CV 00111 DKD

