AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF WEST VIRGINIA

NOVA D. ROSE,

*Plaintiff(s)*

v.

Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al.

*Defendant(s)*

Civil Action No. 2:14-cv-30672

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Healthcare LLC
Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James C. Peterson
Hill, Peterson, et al.
500 Tracy Way
Charleston, WV 25311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/23/2014

s/Teresa L. Deppner
*Signature*

20150128132202

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF: SUMMONS AND COMPLAINT, FIRST AMENDED COMPLAINT, STANDING ORDER
EFFECTED (1) BY ME: Daniel Newcomb
TITLE: PROCESS SERVER           DATE: 1/29/15 at 2:34 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

BAYER HEALTHCARE LLC - Accepted by Lynanne Gares

Place where served:

C/O CORPORATION SERVICE COMPANY 2711 CENTERVILLE RD., STE 400 WILMINGTON DE 19808

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant   Litigation Management Services Leader - authorized to accept service

Description of Person Accepting Service:

SEX: F  AGE: 35  HEIGHT: 5'7"  WEIGHT: 150 lbs  SKIN: W  HAIR: Brown  OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____.____     SERVICES $ _____.____     TOTAL $ _____.____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 1 / 30 / 20 15             _____ L.S.
                    SIGNATURE OF  Daniel Newcomb
                    GUARANTEED SUBPOENA SERVICE, INC.
                    2009 MORRIS AVENUE
                    UNION, NJ 07083

ATTORNEY: JAMES C. PETERSON, ESQ.
PLAINTIFF: NOVA D. ROSE
DEFENDANT: JANSSEN RESEARCH & DEVELOPMENT LLC. F/K/A JOHNSON AND JOHNSON
VENUE: PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC., ET AL
DOCKET: DISTRICT
COMMENT: 2 14 CV 30672

