UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| MARTHA MCMUNN on behalf of, RICHARD MCMUNN, JR., | JUDGE FALLON MAG. JUDGE NORTH |
| Plaintiff, | |
| -against- | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No: _____ |
| Defendants. | |

## NOTICE OF APPEARANCE

COMES NOW, Lisa Ann Gorshe of Johnson Becker, PLLC and enters her appearance on behalf of Plaintiffs, Martha McMunn on behalf of Richard McMunn, Jr.

Dated: April 9, 2015                    Respectfully submitted,

*/s/ Lisa Ann Gorshe*
Lisa Ann Gorshe, Esq. (MN #029522X)
Johnson Becker, PLLC
33 South 6th Street, Suite 4530
Minneapolis, MN  55402
Telephone:  612-436-1800
Fax:  612-436-1801
Email:  lgorshe@johnsonbecker.com

*Attorneys for Above-Listed Plaintiff*

2

## CERTIFICATE OF SERVICE

I certify that on this 9th day of April, 2015, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

/s/ Lisa Ann Gorshe
Lisa Ann Gorshe, Esq. (MN #029522X)
Johnson Becker, PLLC
33 South 6th Street, Suite 4530
Minneapolis, MN  55402
Telephone:  612-436-1800
Fax:  612-436-1801
Email:  lgorshe@johnsonbecker.com

*Attorneys for Above-Listed Plaintiff*