## UNITED STATES DISTRICT COURT OF THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** : : : : ****************************************: : **THIS DOCUMENT RELATES TO:** : : KATHY L. WARREN as the administrator : for and on behalf of the heirs of the ESTATE : of ODELIA MAE WOMACK, : : Plaintiff, : : v. : : JANSSEN RESEARCH & : DEVELOPMENT LLC, *et al.,* : : Defendants. : | MDL NO. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH Civil Case No. 2:15-cv-00712-EEF-MBN |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please take notice that Brian H. Barr hereby enters his appearance as counsel for Plaintiff, Kathy L. Warren.

Please serve a copy of all notices, correspondence or orders for this case to Brian H. Barr, Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., 316 S. Baylen Street, Suite 600, Pensacola, FL 32502, bbarr@levinlaw.com.

DATED: April 10, 2015

1

LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR,
P.A.

By: s/Brian H. Barr
    Brian H. Barr (FL Bar 493041)
    316 South Baylen Street, Suite 600
    Pensacola, Florida 32502
    (850) 435-7059
    (850) 435-7020 (Fax)
    bbarr@levinlaw.com

Attorney for the Plaintiff