UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| *This Document Also Relates To:* | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| ALICE B. BROWN and JACK B. BROWN, | |
| | Civil Action No. 2:15-cv-00214-EEF-MBN |
| Plaintiffs, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned counsel, Carmen S. Scott, of the law firm of Motley Rice, LLC, hereby appears on behalf of the Plaintiffs Alice B. Brown and Jack B. Brown, E.D.L.A. Case No. 2:15-cv-00214-EEF-MBN.

2

Dated: <u>April 10, 2015</u>  Respectfully submitted,

                                                          <u>/s/ *Carmen S. Scott*</u>
Carmen S. Scott
**MOTLEY RICE, LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000; Fax: (843) 216-9430
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on April 10, 2015, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records and sent by U.S. Mail to any party not using CM/ECF electronic system as follows:

Bayer AG
Leverkusen
North Rhine-Westphalia, Germany

Bayer Corporation
c/o Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603-1725

Bayer Healthcare AG
CHEMPARK Leverkusen
Zentraler Besucherempfang
Kaiser-Wilhelm-Allee
D-51368 Leverkusen

Bayer Healthcare LLC
 c/o Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603-1725

Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company, Suite 400
2711 Centerville Road
Wilmington, DE 19808

Bayer Pharma AG
Mullerstrasse 178
D-13353 Berlin
Germany

Janssen Ortho, LLC
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Janssen Pharmaceuticals, Inc.
CT Corporation System
150 Fayetteville Street, Box 1101
Raleigh, NC 27601-2957

Janssen Research & Development, LLC
f/k/a  Johnson  &  Johnson  Pharmaceutical
Research & Development LLC
One Johnson & Johnson Plaza
New Brunswick, NJ  08933

        /s/ *Carmen S. Scott* _____
        Carmen S. Scott