UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION _____ *This Document Also Relates To:* ALICE B. BROWN and JACK B. BROWN, Plaintiffs, v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, Defendants. | MDL NO. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH Civil Action No. 2:15-cv-00214-EEF-MBN |

## **NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL OF RECORD**

PLEASE TAKE NOTICE that attorney John D. Hurst of Motley Rice, LLC hereby withdraws his appearance as counsel of records for Plaintiffs Alice B. Brown and Jack B. Brown (E.D.L.A. Case No. 2:15-cv-00214-EEF-MBN), in the above-referenced MDL proceeding.

PLEASE TAKE NOTICE that Carmen S. Scott of Motley Rice, LLC, shall continue to serve as counsel for Plaintiff in the above captioned action. Please remove John D. Hurst of Motley Rice, LLC from any further notice on this case.

Dated: <u>April 10, 2015</u>   Respectfully submitted,

*/s/ John D. Hurst (with consent)*
John D Hurst

*/s/ Carmen S. Scott*
Carmen S. Scott
**MOTLEY RICE, LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
(843) 216-9000; Fax: (843) 216-9430
cscott@motleyrice.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 10, 2015, I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of records and sent by U.S. Mail to any party not using CM/ECF electronic system as follows:

Bayer AG
Leverkusen
North Rhine-Westphalia, Germany

Bayer Corporation
c/o Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603-1725

Bayer Healthcare AG
CHEMPARK Leverkusen
Zentraler Besucherempfang
Kaiser-Wilhelm-Allee
D-51368 Leverkusen

Bayer Healthcare LLC
 c/o Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603-1725

Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company, Suite 400
2711 Centerville Road
Wilmington, DE 19808

Bayer Pharma AG
Mullerstrasse 178
D-13353 Berlin
Germany

Janssen Ortho, LLC
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Janssen Pharmaceuticals, Inc.
CT Corporation System
150 Fayetteville Street, Box 1101
Raleigh, NC 27601-2957

Janssen Research & Development, LLC
f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC
One Johnson & Johnson Plaza
New Brunswick, NJ  08933

                        /s/ *Carmen S. Scott* _____
                        Carmen S. Scott