**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | | SECTION: L |
| ) | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | | MAG. JUDGE NORTH |
| HUNTER et al v. JANSSEN ) | | |
| RESEARCH & DEVELOPMENT, ) | | |
| LLC, et al ) | | |
| 2:15-cv-00710 ) | | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯) | | |

**NOTICE OF APPEARANCE**

    Comes now, D. Todd Mathews, and hereby enter his appearance on behalf of Plaintiffs in the above entitled action.

                    GORI, JULIAN & ASSOCIATES, P.C.


            By:     /s/ D. Todd Mathews_____
                    D. Todd Mathews, #6276652
                    156 North Main Street
                    Edwardsville, Illinois  62025
                    Phone: (618) 659-9833
                    Fax:    (618) 659-9834

                    Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) <br> PRODUCTS LIABILITY LITIGATION ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO:    ) <br> HUNTER et al v. JANSSEN      ) <br> RESEARCH & DEVELOPMENT,     ) <br> LLC, et al                   ) <br> 2:15-cv-00710                ) <br> _____) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## CERTIFICATE OF SERVICE

I, D. Todd Mathews, here by certify that on this 10th day of April, 2015, I electronically filed the foregoing with this Court's CM/ECF system which sends notice to all parties of record.

Dated: 4/10/2015                                     /s/ D. Todd Mathews
                                                    D. Todd Mathews