## United States District Court for the Southern District of Illinois

| | |
|---|---|
| **Dr Richard Sokol and Leroya Sokol**, Plaintiff(s), vs. | **CASE NO.: 14-1332-DRH** Court Date: N/A |
| **Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development LLC et al**, Defendant(s). | |



For: **PM Investigations - New York**

### AFFIDAVIT OF SERVICE

Received on December 29, 2014, to be served on:

<u>Bayer Corporation, c/o IL Corp Service 801 Adlai Stevenson Drive, Springfield, IL62703,</u>

I, **Michael C Meador**, being first duly sworn on oath, depose and say the following:

On **December 29, 2014 at 11:57 AM**,

I **SERVED** the within

<u>Summons in a Civil Action; Complaint and Demand for Jury Trial</u> In accordance with state statutes in the manner indicated below:

**CORPORATE SERVICE:** By leaving a copy of the above mentioned documents with

Name: **LASHAWN DEVOS** Title: **Customer Service Representative**, an officer or agent of Bayer Corporation.

**At c/o IL Corp Service 801 Adlai Stevenson Drive, Springfield, IL62703.**

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 43 | 5'04" | 180 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Illinois, Logan County
Signed and sworn to before me on this 29 day of Dec, 2014.

_____
NotaryPublic

SERVED BY: _____
Process Server Number: 117-001077
PM Investigations - New York
162-01 Powells Cove Blvd
Whitestone, NY11357
718-672-1117
IL Lic#117-001077

*258512*

"OFFICIAL SEAL"
LEANNE FRICKE
Notary Public, State of Illinois
My Commission Expires 4/14/2018