# United States District Court for the Southern District of Illinois

**Dr Richard Sokol and Leroya Sokol**,
    Plaintiff(s),
vs.

**Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development LLC et al**,
    Defendant(s).

**CASE NO.: 14-1332-DRH**

**Court Date: N/A**



For: **PM Investigations - New York**

## AFFIDAVIT OF SERVICE

Received on December 29, 2014, to be served on:

<u>Bayer Healthcare LLC, c/o IL Corp Service 801 Adlai Stevenson Drive, Springfield, IL62703,</u>

I, <u>**Michael C Meador**</u>, being first duly sworn on oath, depose and say the following:

On <u>**December 29, 2014 at 11:57 AM**</u>,

I **SERVED** the within

<u>**Summons in a Civil Action; Complaint and Demand for Jury Trial**</u> In accordance with state statutes in the manner indicated below:

**CORPORATE SERVICE:** By leaving a copy of the above mentioned documents with

Name: <u>**LASHAWN DEVOS**</u> Title: <u>**Customer Service Representative**</u>, an officer or agent of Bayer Healthcare LLC.

**At c/o IL Corp Service 801 Adlai Stevenson Drive, Springfield, IL62703.**

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 43 | 5'04" | 180 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Illinois
_Logan_ County
Signed and sworn to before me on this _29_ day of _Dec_, _2014_.

_LeAnne Fricke_
NotaryPublic

SERVED BY: _[signature]_
Process Server Number: 117-001077
PM Investigations - New York
162-01 Powells Cove Blvd
Whitestone, NY 11357
718-672-1117
IL Lic#117-001077

*258513*

"OFFICIAL SEAL"
LEANNE FRICKE
Notary Public, State of Illinois
My Commission Expires 4/14/2018