United States District Court for the Southern District of Illinois

CASE NO.: 14-1332-DRH

## AFFIDAVIT OF SERVICE

Dr. Richard Sokol and Leroya Sokol

vs.

Janssen Research and Development, LLC r/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC, et al.
_____ /

Commonwealth of Pennsylvania
County of Dauphin     ss.

I, **Todd Kepner**, a competent adult, being duly sworn according to law, depose and say that at **1:50 PM** on **12/23/2014**, I served **Janssen Pharmaceuticals, Inc.** at **CT Corporation System, 116 Pine Street, Suite 320, Harrisburg, PA 17101** in the manner described below:

- ☐ Defendant(s) personally served.
- ☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.
- ☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.
- ☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).
- ☐ Agent or person in charge of Defendant's office or usual place of business.
- ☐ _____ an officer of said Defendant's company.
- ☑ Other: **Served Bob Sersch, Senior Corporate Operations Specialist.**

a true and correct copy of **Summons in a Civil Action; Complaint and Demand for Jury Trial; Civil Cover Sheet** issued in the above captioned matter.

Description:
**Sex: Male – Age: 45 – Skin: White – Hair: Brown – Height: 5' 10" – Weight: 230**

Sworn to and subscribed before me on this 31st day of December, 2014

NOTARY PUBLIC

x _____
Todd Kepner
PM Investigations
162-01 Powells Cove Boulevard
Whitestone, NY   11357
(718) 672-1117

Atty File#:  - Our File# **36388**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Brittany Edcius, Notary Public
Lower Paxton Township, Dauphin County
My commission expires April 11, 2018