DR RICHARD SOKOL AND LEROYA SOKOL
PLAINTIFF
- vs -
JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON AND JOHNSON
PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, ET-AL
DEFENDANT

UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF ILLINOIS
Docket No. 14-1332-DRH

**Person to be Served**
JANSSEN RESEARCH AND DEVELOPMENT, LLC, F/K/A JOHNSON AND
JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC
ONE JOHNSON AND JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS AND COMPLAINT, JURY DEMAND, PRAYER FOR RELIEF, CIVIL COVER SHEET
**Service Data:**
Served Successfully __X__ Not Served _____ Date: 12/23/2014 Time: 2:00PM Attempts: _____

___ Delivered a copy to him/her personally

___ Left a copy with a competent household member of over 14 years of age residing therein.

_X_ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of person served and relationship / title:

NICOLE ARELLO

PARALEGAL

**Description of Person Accepting Service:**
SEX: **FEMALE**  COLOR: **WHITE**  HAIR: **BLACK**  APP.AGE: **33**  APP. HT: **5/8**  APP. WT: **135**
OTHER:

**Comments Or Remarks:**

**Server Data:**
Subscribed and Sworn to before me on the 24th day of DECEMBER, 2014 by the affiant who is personally known to me.

NOTARY PUBLIC VIZCUEROS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires October 18, 2018

I, RONNIE MITCHELL, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penealty of perjury that the foregoing is true and correct.

Ronnie Mitchell     12-24-14
Signature of Process Server     Date

Our Job Number: 136526