# Affidavit of Process Server

| DR. RICHARD SOKOL | VS | JANSSEN RESEARCH & DEVELOPMENT, LLC et al | 14-1332-DRH |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

DENORRIS BRITT being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 12/22/14

**Service:** I served JANSSEN ORTHO, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT

by leaving with AMY MCLAREN (process agent)    (AUTHORIZED PERSON)   At
                        NAME                      RELATIONSHIP

☐ Residence
                 ADDRESS                           CITY / STATE

☒ Business  C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801
                 ADDRESS                           CITY / STATE

On 12/22/14                            AT 3:55 PM
     DATE                                  TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from _____
    CITY      STATE      ZIP

**Manner of Service:**
☒ **CORPORATE SERVICE**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other

**Service Attempts:** Service was attempted on: (1) _____ DATE _____ TIME   (2) _____ DATE _____ TIME
(3) _____ DATE _____ TIME   (4) _____ DATE _____ TIME   (5) _____ DATE _____ TIME

AGE 35   Sex F   Race W   Height 5'6   Weight 130   HAIR BROWN

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN in the State of Delaware, New Castle County before me this 22ND day of DECEMBER, 2014.

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS