UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXBAN)              (        MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION            (
                                         (        SECTION: L
                                         (        JUDGE FALLON
                                         (        MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO 15-CV-1045

## ENTRY OF APPEARANCE

Please take notice that the undersigned counsel, Lisa Causey-Streete of Salim-Beasley, LLC, hereby appears on behalf of Plaintiff, James Spaulding, individually and as Perosnal Representative of the Estate of Bonnie Dot Spaulding (Case No. 15-cv-01045), and in the above referenced MDL proceeding 2:14-md-02592-EEF-MBN.

DATED: April 13, 2015                             Respectfully Submitted,

                                                  By: /s/ Lisa Causey-Streete
                                                  Robert L. Salim
                                                  Lisa Causey-Streete
                                                  SALIM-BEASLEY, LLC
                                                  1901 Texas Street
                                                  Natchitoches, LA 71457
                                                  Phone: (800) 491-1817
                                                  Fax: (318) 354-1227
                                                  lcausey@salim-beasley.com


                                                  Jeffrey Travers
                                                  MILLER FIRM, LLC
                                                  108 Railroad Ave.
                                                  Orange, VA 22960
                                                  jtravers@millerfirmllc.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on the 13th day of April, 2015, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Plaintiffs' and Defendants' Liaison Counsel.

DATED:  April 13, 2015                              Respectfully Submitted,

                                                    By: /s/ Lisa Causey-Streete

                                                    Lisa Causey-Streete