UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXBAN) PRODUCTS LIABILITY LITIGATION | ( MDL NO.: 2592<br>(<br>( SECTION: L<br>( JUDGE FALLON<br>( MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO 15-CV-1045

## ENTRY OF APPEARANCE

Please take notice that the undersigned counsel, Robert L. Salim of Salim-Beasley, LLC, hereby appears on behalf of Plaintiff, James Spaulding, individually and as Perosnal Representative of the Estate of Bonnie Dot Spaulding (Case No. 15-cv-01045), and in the above referenced MDL proceeding 2:14-md-02592-EEF-MBN.

DATED: April 13, 2015

Respectfully Submitted,

By: /s/ Robert L. Salim
Robert L. Salim
Lisa Causey-Streete
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
robertsalim@cp-tel.net

Jeffrey Travers
MILLER FIRM, LLC
108 Railroad Ave.
Orange, VA 22960
jtravers@millerfirmllc.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have on the 13th day of April, 2015, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Plaintiffs' and Defendants' Liaison Counsel.

DATED: April 13, 2015                    Respectfully Submitted,

By: /s/ Robert L. Salim

Robert L. Salim