AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Vanessa Burton, et al<br><br>*Plaintiff*<br><br>v.<br><br>Jansseen Research & Development, LLC. ,et al<br><br>*Defendant* | )<br>)<br>)<br>)   Civil Action No.   2:15-cv-00082<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BAYER HEALTHCARE PHARMACEUTICALS, INC.
New Jersey

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Lisa Causey-Streete
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
(800) 491-1817
(318) 354-1227

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

P. Hebert
Deputy clerk's signature

Date: _____Jan 15 2015_____

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Bayer Healthcare Pharmaceuticals, Inc.

was received by me on *(date)*    03/30/2015

☐ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____  on *(date)* _____  ; or

☐ I returned the summons unexecuted because _____  ; or

☒ Other *(specify):*  United States Postal Service, Certified Mail


My fees are $ _____  for travel and $ _____  for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.


Date:   04/14/2015

*Server's signature*

Lisa Causey-Streete, Counsel
*Printed name and title*

SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
*Server's address*


Additional information regarding attempted service, etc:

# SB
# SALIM-BEASLEY *LLC*

### ATTORNEYS AT LAW

1901 Texas Street
Natchitoches, LA 71457
Toll-Free: 1-800-491-1817
Facsimile: (318) 354-1227
www.salim-beasley.com

Robert L. Salim
Barrett Beasley*
Lisa Causey-Streete**
*Also admitted in California
**Also admitted in Texas

March 30, 2015

Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

VIA CERTIFIED MAIL RETURN RECEIPT No. 7014 3490 0000 8690 8926

Re:     Burton, et al v. Janssen Research & Development, LLC, et al
        United States District Court for the Eastern District of Louisiana (2:15-cv-00082)

TO WHOM IT MAY CONCERN:

        Please see the enclosed Summons and Complaint in the above referenced matter.

                                        With kindest regards, I remain

                                        Yours truly,

                                        *Lisa Causey Streete*

                                        Lisa Causey-Streete

cc:     F. M. (Tripp) Haston, III

Lisa Causey-Streete, Counsel
Email: lcausey@salim-beasley.com



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To  *Attn: SOP Department*
Bayer Healthcare Pharmaceuticals, Inc.
Street & Corporation Service Company
or PO Box  2711 Centerville Rd., Suite 400
City, State  Wilmington, DE  19808

7014 3490 0000 8690 8926

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Attn: SOP Department*
Bayer Healthcare Pharmaceuticals, Inc.
Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, DE  19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _William Full_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail®   ☐ Priority Mail Express™
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7014 3490 0000 8690 8926

PS Form 3811, July 2013   Domestic Return Receipt