**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>SHERMAN RAY KOLTER<br><br>        Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical<br>Research and Development, LLC;<br>JANSSEN ORTHO LLC;<br>JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.,<br>BAYER HEALTHCARE PHARMACEUTICALS,<br>INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>        Defendants. | NOTICE OF DISMISSAL<br><br>Civil Action No.: 2:15-cv-00840-EEF-MBN |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff Sherman Ray Kolter, by and through his undersigned attorney and submits his Notice of Dismissal of the above styled Complaint, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  In support, Plaintiff states the following:

1.  This matter was originally filed in the United States District Court for the Southern District of Indiana on March 4, 2015.

2.  The case was transferred to the United States Federal Court for the Eastern District of Louisiana on

    March 19, 2015.

3.  No Answer or Motion for Summary Judgment has been filed in the matter.

    WHEREFORE, Plaintiff dismisses this matter, without prejudice, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(i) and provides the Notice of Dismissal accordingly.

Respectfully submitted,

By:  s/Joseph D. Lane
Joseph D. Lane (FL BAR #095455)
THE COCHRAN FIRM-DOTHAN
111 E. Main Street
Dothan, AL  36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail:  JoeLane@CochranFirm.com
*Counsel for Plaintiffs*