# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592<br>) SECTION: L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>) |
| MARY L. BRIDWELL,<br><br>    Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, ET AL.<br><br>    Defendants. | )<br>)<br>) **NOTICE OF APPEARANCE OF**<br>) **LEAD COUNSEL**<br>)<br>)<br>) Civil Action No.:<br>) 2:15-cv-00187-EEF-MBN<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE OF LEAD COUNSEL AND REQUEST TO RECEIVE ELECTRONIC NOTICE

COMES NOW David P. Matthews, Steve Faries, and Rachal Rojas of MATTHEWS & ASSOCIATES, whose address is 2905 Sackett St., Houston, TX 77098, and makes their appearance for the Plaintiff in the above-referenced cause of action, pursuant to Pre-Trial Order #1.

Please include David P. Matthews, Steve Faries, and Rachal Rojas in all pleadings, records, certificates of service, certificates of conference and other mailings in these causes of action.

Respectfully submitted,

MATTHEWS & ASSOCIATES

_____
DAVID P. MATTHEWS
Texas Bar No.: 13206200
STEVE FARIES
Texas Bar No.: 24040884
RACHAL G. ROJAS
Texas Bar No.: 24063161
2905 Sackett St.
Houston, TX 77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
sfaries@dpmlawfirm.com
rrojas@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2015, the foregoing document was filed with the Clerk via CM/ECF. Notice of this filing will be sent by operation of the Court's electronic filings system to all parties indicated on the electronic filings receipt. Parties may access this filing through the Court's system.

_____
David P. Matthews