## United States District Court
## Southern District of IL

**Nathaniel McCoy,**
    Plaintiff(s),
vs.

**Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development LLC et al,**
    Defendant(s).

**CASE NO.: 15-67-DRH**

**Court Date: N/A**



For: **PM Investigations - New York**

## AFFIDAVIT OF SERVICE

Received on January 27, 2015, to be served on:

<u>Bayer Corporation, c/o IL Corp Service 801 Adlai Stevenson Drive, Springfield, IL62703.</u>

I, <u>Michael C Meador</u>, being first duly sworn on oath, depose and say the following:

On <u>January 27, 2015 at 11:56 AM</u>,

**I SERVED** the within

<u>Summons in a Civil Action; Complaint and Demand for Jury Trial</u> In accordance with state statutes in the manner indicated below:

**CORPORATE SERVICE:** By leaving a copy of the above mentioned documents with

Name: <u>**LASHAWN DEVOS**</u> Title: <u>**Customer Service Representative**</u>, an officer or agent of Bayer Corporation.

**At c/o IL Corp Service 801 Adlai Stevenson Drive, Springfield, IL62703.**

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 43 | 5'04" | 180 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Illinois
____Logan____ County
Signed and sworn to before me on
this __27__ day of __Jan__, __2015__.

_LeAnne Fricke_
NotaryPublic

SERVED BY: _[signature]_
Process Server Number: 117-001077
PM Investigations - New York
162-01 Powells Cove Blvd
Whitestone, NY11357
718-672-1117
IL Lic#117-001077

*260868*

"OFFICIAL SEAL"
LEANNE FRICKE
Notary Public, State of Illinois
My Commission Expires 4/14/2018

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| Nathaniel McCoy | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 15-67-DRH |
| Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC, et al | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Bayer Corporation
c/o Illinois Corporation Service C
801 Adlai Stevenson Dr.
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew W. Callahan
Flint & Associates, LLC
112 Magnolia Drive
Glen Carbon, IL 62034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/23/15

*Catena Simpson*
*Signature of Clerk or Deputy Clerk*