## United States District Court
## Southern District of IL

**Nathaniel McCoy,**
    Plaintiff(s),
vs.

**Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development LLC et al,**
    Defendant(s).

**CASE NO.: 15-67-DRH**

**Court Date: N/A**

For: **PM Investigations - New York**

## AFFIDAVIT OF SERVICE

Received on January 27, 2015, to be served on:

Bayer Healthcare LLC, c/o IL Corp Service 801 Adlai Stevenson Drive, Springfield, IL 62703.

I, **Michael C Meador**, being first duly sworn on oath, depose and say the following:

On **January 27, 2015 at 11:56 AM**,

**I SERVED** the within

Summons in a Civil Action; Complaint and Demand for Jury Trial In accordance with state statutes in the manner indicated below:

**CORPORATE SERVICE:** By leaving a copy of the above mentioned documents with

Name: **LASHAWN DEVOS** Title: **Customer Service Representative**, an officer or agent of Bayer Healthcare LLC.

At c/o IL Corp Service 801 Adlai Stevenson Drive, Springfield, IL 62703.

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 43 | 5'04" | 180 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Illinois
Logan County
Signed and sworn to before me on this 27 day of Jan, 2015.

_____
NotaryPublic

SERVED BY: _____
Process Server Number: 117-001077
PM Investigations - New York
162-01 Powells Cove Blvd
Whitestone, NY 11357
718-672-1117
IL Lic#117-001077

*260889*

"OFFICIAL SEAL"
LEANNE FRICKE
Notary Public, State of Illinois
My Commission Expires 4/14/2018

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Nathaniel McCoy <br><br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 15-67-DRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Healthcare, LLC
c/o Illinois Corporation Service C
801 Adlai Stevenson Dr.
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew W. Callahan
Flint & Associates, LLC
112 Magnolia Drive
Glen Carbon, IL 62034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/23/15

*Signature of Clerk or Deputy Clerk*