# Affidavit of Process Server

| NATHANIEL MCCOY | VS | JANSSEN RESEARCH & DEVELOPMENT, LLC et al | 15-67-DRH |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

DENORRIS BRITT being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.  RECEIVED 1/28/15

**Service:** I served JANSSEN ORTHO, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT

by leaving with AMY MCLAREN (process agent)    (AUTHORIZED PERSON)    At
NAME    RELATIONSHIP

☐ Residence
ADDRESS    CITY / STATE

☒ Business    C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801 (AS REGISTERED AGENT)
ADDRESS    CITY/STATE

On 1/26/15                      AT 1:00 PM
DATE                                  TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☒ CORPORATE SERVICE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE TIME    DATE TIME

(3) _____ (4) _____ (5) _____
DATE TIME    DATE TIME    DATE TIME

AGE  35   Sex F   Race W   Height 5'6   Weight 130   HAIR BROWN

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN in the State of Delaware, New Castle County before me this 26TH day of JANUARY, 2015.

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Nathaniel McCoy <br><br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC, et al <br><br> *Defendant(s)* | Civil Action No. 15-67-DRH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Janssen Ortho, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew W. Callahan
Flint & Associates, LLC
112 Magnolia Drive
Glen Carbon, IL 62034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/23/15

*Signature of Clerk or Deputy Clerk*