United States District Court for the Southern District of Illinois

CASE NO.: 15-67-DRH

## AFFIDAVIT OF SERVICE

Nathaniel McCoy

vs.

Janssen Research and
Development, LLC f/k/a Johnson
and Johnson Pharmaceuticals
Research and Development, LLC,
et al.
_____/

Commonwealth of Pennsylvania
County of Dauphin    ss.

I, **Todd Kepner**, a competent adult, being duly sworn according to law, depose and say that at **1:20 PM** on **01/28/2015**, I served **Janssen Pharmaceuticals, Inc.** at **CT Corporation System, 116 Pine Street, Suite 320, Harrisburg, PA 17101** in the manner described below:

| | |
|---|---|
| ☐ | Defendant(s) personally served. |
| ☐ | Adult family member with whom said Defendant(s) reside(s). Relationship is _____. |
| ☐ | Adult in charge of Defendant(s) residence who refused to give name and/or relationship. |
| ☐ | Manager/Clerk of place of lodging in which Defendant(s) reside(s). |
| ☐ | Agent or person in charge of Defendant's office or usual place of business. |
| ☐ | _____ an officer of said Defendant's company. |
| ☑ | Other: **Served Bob Sersch, Senior Corporate Operations Specialist,** |

a true and correct copy of **Summons in a Civil Action; Complaint and Demand for Jury Trial; Civil Cover Sheet** issued in the above captioned matter.

Description:
Sex: Male – Age: 45 – Skin: White – Hair: Brown – Height: 5' 10" – Weight: 240

Sworn to and subscribed before me on this
___ day of ___March___, 20_15_.

NOTARY PUBLIC

Todd Kepner
PM Investigations
162-01 Powells Cove Boulevard
Whitestone, NY  11357
(718) 672-1117

Atty File#:   - Our File# **37037**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
John F. Shinkowsky, Notary Public
Lower Paxton Twp., Dauphin County
My Commission Expires Sept. 28, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Nathaniel McCoy <br><br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 15-67-DRH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Janssen Pharmaceuticals, Inc.
CT Corporation System
116 Pine St., Ste. 320
Harrisburg, PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Andrew W. Callahan
Flint & Associates, LLC
112 Magnolia Drive
Glen Carbon, IL 62034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/23/15

*Catina Simpson*
*Signature of Clerk or Deputy Clerk*