| | |
|---|---|
| NATHANIEL MCCOY<br>PLAINTIFF<br>- vs -<br>JANSSEN RESEARCH & DEVELOPMENT, LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT, LLC, ET AL<br>DEFENDANT | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS<br>Docket No. 15-67-DRH |

**Person to be Served**
JANSSEN RESEARCH &DEVELOPMENT, LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC
ONE JOHNSON &JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS AND COMPLAINT, AND DEMAND FOR JURY TRIAL
**Service Data:**
Served Successfully **_X_** Not Served _____ Date: **01/28/2015** Time: **1:25 PM** Attempts: _____

| | | |
|---|---|---|
| ___ | Delivered a copy to him/her personally | Name of person served and relationship / title: |
| ___ | Left a copy with a competent household member of over 14 years of age residing therein. | **ELIZABETH CAREW**<br>**PARALEGAL** |
| **X** | Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. | |

**Description of Person Accepting Service:**
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BLACK**   APP.AGE: **41**   APP. HT: **5/7**   APP. WT: **160**
OTHER: **GLASSES**

**Comments Or Remarks:**

**Server Data:**
Subscribed and Sworn to before me on the 02nd day of FEBRUARY, 2015 by the affiant who is personally known to me.

_(signature)_
NOTARY PUBLIC

**TINA GIORDANO**
NOTARY PUBLIC OF NEW JERSEY
ID # 2428940
My Commission Expires 1/17/2018

I, RONNIE MITCHELL, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penealty of perjury that the foregoing is true and correct.

_Ronnie Mitchell 2-2-15_
Signature of Process Server   Date

Our Job Number: 138324

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Nathaniel McCoy <br><br> *Plaintiff(s)* <br> v. <br><br> Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC, et al <br><br> *Defendant(s)* | Civil Action No. 15-67-DRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Research & Development, LLC
f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC
One Johnson & Johnson Plaze
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew W. Callahan
Flint & Associates, LLC
112 Magnolia Drive
Glen Carbon, IL 62034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/23/15

*Signature of Clerk or Deputy Clerk*