## United States District Court for the Southern District of Illinois

**Larry L Marrs**, 
    Plaintiff(s), 
vs.

**CASE NO.: 14-1295-DRH**

**Court Date: N/A**

**Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development LLC et al**, 
    Defendant(s).



For: **PM Investigations - New York**

## AFFIDAVIT OF SERVICE

Received on December 29, 2014, to be served on:

<u>**Bayer Healthcare LLC, c/o IL Corp Service 801 Adlai Stevenson Drive, Springfield, IL62703,**</u>

I, <u>**Michael C Meador**</u>, being first duly sworn on oath, depose and say the following:

On <u>**December 29, 2014 at 11:57 AM**</u>,

I **SERVED** the within

<u>**Summons in a Civil Action; Complaint and Demand for Jury Trial**</u> In accordance with state statutes in the manner indicated below:

**CORPORATE SERVICE:** By leaving a copy of the above mentioned documents with

Name: <u>**LASHAWN DEVOS**</u> Title: <u>**Customer Service Representative**</u>, an officer or agent of Bayer Healthcare LLC.

**At c/o IL Corp Service 801 Adlai Stevenson Drive, Springfield, IL62703.**

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 43 | 5'04" | 180 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Illinois 
_Logan_ County 
Signed and sworn to before me on 
this __29__ day of __Dec__ __2014__.

_LeAnne Fricke_ 
Notary Public

SERVED BY: _[signature]_ 
Process Server Number: 117-001077 
PM Investigations - New York 
162-01 Powells Cove Blvd 
Whitestone, NY 11357 
718-672-1117 
IL Lic#117-001077

*258515*

"OFFICIAL SEAL" 
LEANNE FRICKE 
Notary Public, State of Illinois 
My Commission Expires 4/14/2018

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Larry L. Marrs<br><br>*Plaintiff(s)*<br>v.<br>Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC, et al<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 14-1295-DRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Healthcare LLC
c/o Illinois Corporation Service C
801 Adlai Stevenson Dr.
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew W. Callahan
Flint & Associates, LLC
112 Magnolia Drive
Glen Carbon, IL 62034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Nov. 26, 2014

*Signature of Clerk or Deputy Clerk*