LARRY L MARRS
PLAINTIFF
- vs -
JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON AND JOHNSON
PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, ET-AL
DEFENDANT

UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF ILLINOIS
Docket No. 14-1295-DRH

**Person to be Served**
JANSSEN RESEARCH AND DEVELOPMENT, LLC, F/K/A JOHNSON AND
JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC
ONE JOHNSON AND JOHNSON PLAZA
NEW BRUNSWICK, NJ 08933

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** SUMMONS AND COMPLAINT, JURY DEMAND, PRAYER FOR RELIEF, CIVIL COVER SHEET
**Service Data:**
Served Successfully **X** Not Served _____ Date: 12/23/2014 Time: 2:00PM Attempts: _____

|  |  |  |
|---|---|---|
| ____ | Delivered a copy to him/her personally | Name of person served and relationship / title: |
| ____ | Left a copy with a competent household member of over 14 years of age residing therein. | NICOLE ARELLO |
| **X** | Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. | PARALEGAL |

**Description of Person Accepting Service:**
SEX: **FEMALE**     COLOR: **WHITE**     HAIR: **BLACK**     APP.AGE: **33**     APP. HT: **5/8**     APP. WT: **130**
OTHER:

**Comments Or Remarks:**

**Server Data:**
Subscribed and Sworn to before me on the
24th day of DECEMBER, 2014 by the affiant
who is personally known to me.

_____
NOTARY PUBLIC

JOSELYN TRIGUEROS
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires October 18, 2018

I, RONNIE MITCHELL, was at the time of service a
competent adult not having a direct interest in
the litigation. I declare under penealty of
perjury that the foregoing is true and correct.

_Ronnie Mitchell_ 12-24-14
Signature of Process Server                    Date

Our Job Number: 136525

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Illinois

| | |
|---|---|
| Larry L. Marrs | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  14-1295-DRH |
| Janssen Research & Development, LLC f/k/a | ) |
| Johnson and Johnson Pharmaceuticals Research | ) |
| and Development, LLC, et al | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janssen Research & Development, LLC
f/k/a Johnson and Johnson  Pharmaceutical  Research and Development,  LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Andrew W. Callahan
Flint & Associates, LLC
112 Magnolia Drive
Glen Carbon, IL 62034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Nov. 26, 2014                                        _____
*Signature of Clerk or Deputy Clerk*