## United States District Court for the Southern District of Illinois

**Shirley Ann Danforth,**
    Plaintiff(s),
vs.

**Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development LLC et al,**
    Defendant(s).

**CASE NO.: 14-1319-DRH**

**Court Date: N/A**



For: **PM Investigations - New York**

## AFFIDAVIT OF SERVICE

Received on December 29, 2014, to be served on:

<u>Bayer Corporation, c/o IL Corp Service 801 Adlai Stevenson Drive, Springfield, IL62703,</u>

I, <u>**Michael C Meador**</u>, being first duly sworn on oath, depose and say the following:

On **December 29, 2014 at 11:57 AM**,

I **SERVED** the within

<u>Summons in a Civil Action; Complaint and Demand for Jury Trial</u> In accordance with state statutes in the manner indicated below:

**CORPORATE SERVICE:** By leaving a copy of the above mentioned documents with

Name: <u>**LASHAWN DEVOS**</u> Title: <u>**Customer Service Representative**</u>, an officer or agent of Bayer Corporation.

**At c/o IL Corp Service 801 Adlai Stevenson Drive, Springfield, IL62703.**

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 43 | 5'04" | 180 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Illinois
_Logan_ County
Signed and sworn to before me on this _29_ day of _Dec._, _2014_.

_LeAnne Fricke_
Notary Public

SERVED BY: _[signature]_
Process Server Number: 117-001077
PM Investigations - New York
162-01 Powells Cove Blvd
Whitestone, NY11357
718-672-1117
IL Lic#117-001077

"OFFICIAL SEAL"
LEANNE FRICKE
Notary Public, State of Illinois
My Commission Expires 4/14/2018

*258517*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Shirley Ann Danforth <br><br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 14-1319-DRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Corporation
c/o Illinois Corporation Service C
801 Adlai Stevenson Dr.
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew W. Callahan
FLint & Associates, LLC
112 Magnolia Drive
Glen Carbon, IL 62034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/15/2014                    *Signature of Clerk or Deputy Clerk*