AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Shirley Ann Danforth <br><br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 14-1319-DRH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Janssen Ortho, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Andrew W. Callahan
FLint & Associates, LLC
112 Magnolia Drive
Glen Carbon, IL 62034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/15/2014

*Signature of Clerk or Deputy Clerk*

# Affidavit of Process Server

| SHILREY ANN DANFORTH | VS | JANSSEN RESEARCH & DEVELOPMENT, LLC et al | 14-1319-DRH |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

DENORRIS BRITT being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 12/22/14

**Service:** I served JANSSEN ORTHO, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT

by leaving with AMY MCLAREN (process agent)    (AUTHORIZED PERSON)    At
                 NAME                      RELATIONSHIP

☐ Residence _____
           ADDRESS           CITY / STATE

☒ Business C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801
          ADDRESS           CITY / STATE

On 12/22/14          AT 3:55 PM
    DATE                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
                                                                                                             DATE

from_____
    CITY        STATE        ZIP

**Manner of Service:**
☒ CORPORATE SERVICE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other

**Service Attempts:** Service was attempted on: (1)_____ (2)_____
                                              DATE     TIME       DATE     TIME

(3)_____ (4)_____ (5)_____
   DATE     TIME       DATE     TIME       DATE     TIME

AGE 35   Sex F   Race W   Height 5'6   Weight 130   HAIR BROWN

                                                                             SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to in the State of Delaware, New Castle County before me this 22ND day of DECEMBER, 2014.

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015

                                                            SIGNATURE OF NOTARY PUBLIC

                                      NOTARY PUBLIC for the state of DELAWARE