United States District Court for the Southern District of Illinois

CASE NO.: 14–1319–DRH

## AFFIDAVIT OF SERVICE

**Shirley Ann Danforth**

vs.

**Janssen Research and Development, LLC r/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC, et al.**
_____/

Commonwealth of Pennsylvania
County of Dauphin    ss.

I, **Todd Kepner**, a competent adult, being duly sworn according to law, depose and say that at **1:50 PM** on **12/23/2014**, I served **Janssen Pharmaceuticals, Inc.** at **CT Corporation System, 116 Pine Street, Suite 320, Harrisburg, PA 17101** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☑ Other: **Served Bob Sersch, Senior Corporate Operations Specialist.**

a true and correct copy of **Summons in a Civil Action; Complaint and Demand for Jury Trial; Civil Cover Sheet** issued in the above captioned matter.

Description:
**Sex: Male – Age: 45 – Skin: White – Hair: Brown – Height: 5' 10" – Weight: 230**

Sworn to and subscribed before me on this
31st day of December, 2014

NOTARY PUBLIC

x _____
Todd Kepner
PM Investigations
162-01 Powells Cove Boulevard
Whitestone, NY  11357
(718) 672-1117

Atty File#:   - Our File# **36386**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Brittany Edcius, Notary Public
Lower Paxton Township, Dauphin County
My commission expires April 11, 2018

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Shirley Ann Danforth <br><br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Development, LLC, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 14-1319-DRH |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Pharmaceuticals, Inc.
CT Corporation System
116 Pine St., Ste. 320
Harrisburg, PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andrew W. Callahan
FLint & Associates, LLC
112 Magnolia Drive
Glen Carbon, IL 62034

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/15/14

*Signature of Clerk or Deputy Clerk*