# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | *JUDGE ELDON E. FALLON |
| | * MAG. JUDGE SHUSHAN |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

THIS DOCUMENT RELATES TO: 15-336

## CONSENT MOTION TO WITHDRAW AS ADDITIONAL COUNSEL OF RECORD

**COMES NOW,** Paul M. Sterbcow and the law firm of Lewis, Kullman, Sterbcow & Abramson, one of the attorneys representing plaintiffs DONALD K. TURNER, GERALD K. JONES, and LINDA TURNER SANDERS, individually and on behalf of their deceased mother, HAZEL S. TURNER, who requests that an Order be entered withdrawing them as counsel of record for the plaintiffs named herein.

Respectfully submitted,

*/s/ Paul M. Sterbcow*
Paul M. Sterbcow (#17817)
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
E-mail: sterbcow@lksalaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 15th day of April, 2015 served a copy of the foregoing motion on all parties through the Court's CM/ECF system.

/s/ Paul M. Sterbcow