UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br>                                       ) <br>                                       ) <br> THIS DOCUMENT RELATES TO:  ) <br> Triplett v. Janssen Research &     ) <br> Development, LLC                    ) <br> 2:14-cv-02912                         ) <br>                                       ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

      Kindly enter my appearance as counsel for the Plaintiff William Sandusky in the above captioned matter.


DATED: April 15, 2015                      GRANT & EISENHOFER P. A.

                                                         By: s/ M. Elizabeth Graham
                                                         M. Elizabeth Graham
                                                         123 Justison Street
                                                         Wilmington, DE 19801
                                                         Tel: 302-622-7000
                                                         Fax: 302-622-7100

                                                         Attorney for Plaintiff