AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas ▼

| | | |
|---|---|---|
| JACK G. DAVIS and ROSALIE A. DAVIS | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:14-cv-01143 SS |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a | ) | |
| JOHNSON AND JOHNSON PHARMACEUTICALS | ) | |
| RESEARCH AND DEVELOPMENT, LLC, ET AL. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Healthcare LLC
Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ryan L. Thompson
WATTS GUERRA LLP
4 Dominion Drive, Bldg. 3, Ste. 100
San Antonio, TX 78257

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: December 31, 2014

Amanda Deichert
*Signature of Clerk or Deputy Clerk*



20150128130129

AO 440 (Rev. 10/93) Summons in a Civil Action       **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT** |
| EFFECTED (1) BY ME: | Daniel Newcomb |
| TITLE: | **PROCESS SERVER** |

DATE: 1/29/15 at 2:34 PM

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

BAYER HEALTHCARE LLC      - Accepted by Lynanne Gares

Place where served:

C/O CORPORATION SERVICE COMPANY  2711 CENTERVILLE RD., STE. 400  WILMINGTON  DE  19808

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant    Litigation Management Services Leader - authorized to accept service

Description of Person Accepting Service:

SEX: F   AGE: 35   HEIGHT: 5'7"   WEIGHT: 150 lbs   SKIN: W   HAIR: Brown   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: __1__ / __30__ / 20__15__          _____ L.S.

SIGNATURE OF ___Daniel Newcomb___
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | RYAN L. THOMPSON, ESQ. |
| PLAINTIFF: | JACK G. DAVIS, ET AL |
| DEFENDANT: | JANSSEN RESEARCH & DEVELOPMENT LLC. F/K/A JOHNSON AND JOHNSON |
| VENUE: | PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC., ET AL |
| DOCKET: | DISTRICT |
| COMMENT: | 1 14 CV 01143 SS |

