AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

JACK G. DAVIS and ROSALIE A. DAVIS

*Plaintiff(s)*

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT, LLC, ET AL.

*Defendant(s)*

Civil Action No. 1:14-cv-01143 SS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Corporation
c/o Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan L. Thompson
WATTS GUERRA LLP
4 Dominion Drive, Bldg. 3, Ste. 100
San Antonio, TX 78257

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: December 31, 2014

*Amanda Deichert*
*Signature of Clerk or Deputy Clerk*

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: SUMMONS AND COMPLAINT<br>EFFECTED (1) BY ME: Christopher Mason<br>TITLE: PROCESS SERVER | DATE: 2/2/15 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant
BAYER CORPORATION

Place where served:
C/O ILLINOIS CORPORATION SERVICE C  801 ADLAI STEVENSON DR.  SPRINGFIELD  IL  62703

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:
Deanna Dillon
Relationship to defendant   Operations Specialist

Description of Person Accepting Service:
SEX: F   AGE: 65   HEIGHT: 5'7"   WEIGHT: 135   SKIN: C   HAIR: Brown   OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____        SERVICES $ _____.____        TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/10/2015                                   L.S.
                    SIGNATURE OF Christopher Mason
                    GUARANTEED SUBPOENA SERVICE, INC.
                    2009 MORRIS AVENUE
                    UNION, NJ 07083

ATTORNEY:    RYAN L. THOMPSON, ESQ.
PLAINTIFF:   JACK G. DAVIS, ET AL
DEFENDANT:   JANSSEN RESEARCH & DEVELOPMENT LLC. F/K/A JOHNSON AND JOHNSON
VENUE:       PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC., ET AL
DOCKET:      DISTRICT
COMMENT:     1 14 CV 01143 SS

