AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | | |
|---|---|---|
| EDITH JANE MORRIS, | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:14-cv-29520 |
| Janssen Research & Development LLC f/k/a | ) | |
| Johnson and Johnson Pharmaceuticals Research | ) | |
| and Developement, LLC, et al. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Pharmaceuticals, Inc.
CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James C. Peterson
HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC
500 Tracy Way
Charleston, WV 25311


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date:  12/10/2014

s/Teresa L. Deppner
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 10/93) Summons in a Civil Action        **RETURN OF SERVICE**

SERVICE OF:        **SUMMONS AND COMPLAINT, PRAYER FOR RELIEF, ATTACHMENTS**
EFFECTED (1) BY ME:   *Richard Kreitzer*
TITLE:        **PROCESS SERVER**

                                                DATE: *1-29-15 / 1:20 PM*

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant        *ACCEPTED BY*
                                                *BOB SERSCH*
JANSSEN PHARMACEUTICALS, INC., C/O CT CORPORATION SYSTEM   *AUTHORIZED AGENT*

Place where served:

116 PINE STREET  SUITE 320  HARRISBURG  PA  17005

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant   _____

Description of Person Accepting Service:

SEX: *M*  AGE: *50*  HEIGHT: *5'10"*   WEIGHT: *190*     SKIN: *W*     HAIR: *BR*   OTHER: *GLASSES*

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL$ _____.____            SERVICES $_____.____            TOTAL $_____.____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: *1  /  29  / 20  15*          *Richard Kreitzer*                 L.S.
                        SIGNATURE OF   *Richard Kreitzer*
                        GUARANTEED SUBPOENA SERVICE, INC.
                                2009 MORRIS AVENUE
                                UNION, NJ 07083

ATTORNEY:   JAMES C. PETERSON, ESQ.
PLAINTIFF:   EDITH JANE MORRIS
DEFENDANT:  JANSSEN RESEARCH & DEVELOPMENT, LLC F/K/A JOHNSON & JOHNSON
VENUE:        PHARMACEUTICALS RESEARCH & DEVELOPEMENT, LLC., ET AL
DOCKET:      DISTRICT
COMMENT:    2 14 CV 29520

