AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

MARY E. METCALF

*Plaintiff(s)*

v.  Civil Action No. 5:15-cv-1-GNS

Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Corporation
c/o Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
A. Layne Stackhouse
Jones Ward PLC
312 S. Fourth St., 6th Floor
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/30/2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT** EFFECTED (1) BY ME: Christopher Mason TITLE: **PROCESS SERVER** | DATE: 2/2/15 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

BAYER CORP. C/O ILLINOIS CORP. SERVICE C

Place where served:

801 ADLAI STEVENSON DR   SPRINGFIELD IL 62703

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Deanna Dillon

Relationship to defendant   Operations Specialist

Description of Person Accepting Service:

SEX: F   AGE: 65   HEIGHT: 5'7"   WEIGHT: 138   SKIN: C   HAIR: Brown   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____     SERVICES $ _____ . _____     TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/10/2015     SIGNATURE OF Christopher Mason   L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   EMMIE PAULOS, ESQ.
PLAINTIFF:   MARY E METCALF
DEFENDANT:  JANSSEN RESEARCH & DEVELOPMENT LLC FKA JOHNSON & JOHNSON
VENUE:       PHARMACEUTICALS RESEARCH AND DEVELOPMENT, LLC, ET AL.
DOCKET:      DISTRICT
COMMENT:    5 15 CV 00001 GNS

JB