AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

MARY E. METCALF,

*Plaintiff(s)*

v.

Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al.

*Defendant(s)*

Civil Action No. 5:15-cv-1-GNS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Ortho LLC
The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

A. Layne Stackhouse
Jones Ward PLC
312 S. Fourth St., 6th Floor
Louisville, KY 40202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/12/2015

s/ M. Morris, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

20150130160227

| | | |
|---|---|---|
| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** | |
| SERVICE OF: **SUMMONS, COMPLAINT** <br> EFFECTED (1) BY ME: Daniel Newcomb <br> TITLE: **PROCESS SERVER** | DATE: 2/2/15 at 3:00 PM | |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[x] Served personally upon the defendant

JANSSEN ORTHO LLC C/O THE CORP TRUST CO - Accepted by Amy McLaren

Place where served:

CORP TRUST CENTER 1209 ORANGE ST WILMINGTON DE 19801

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: Managing Agent authorized to accept service

Description of Person Accepting Service:

SEX: F  AGE: 35  HEIGHT: 5'7"  WEIGHT: 135 lb  SKIN: White  HAIR: Brown  OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____   SERVICES $_____.____   TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2 / 3 / 20 15



SIGNATURE OF Daniel Newcomb  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: EMMIE PAULOS, ESQ.
PLAINTIFF: MARY E METCALF
DEFENDANT: JANSSEN RESEARCH & DEVELOPMENT LLC FKA JOHNSON & JOHNSON
VENUE: PHARMACEUTICALS RESEARCH AND DEVELOPMENT, LLC, ET AL.
DOCKET: DISTRICT
COMMENT: 5 15 CV 00001 GNS

JB