AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Western District of Kentucky

| | | |
|---|---|---|
| MARY E. METCALF, | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.   5:15-cv-1-GNS |
| Janssen Research & Development LLC f/k/a | ) | |
| Johnson and Johnson Pharmaceuticals Research | ) | |
| and Developement, LLC, et al. | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Janssen Pharmaceuticals, Inc.
CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

A. Layne Stackhouse
Jones Ward PLC
312 S. Fourth St., 6th Floor
Louisville, KY 40202


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


_CLERK OF COURT_

Date:  1/12/2015                              s/ M. Morris, Deputy Clerk

_Signature of Clerk or Deputy Clerk_

20150130160453

AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF:    **SUMMONS, COMPLAINT**
EFFECTED (1) BY ME: _Richard Kreitler_
TITLE:    **PROCESS SERVER**

DATE: 2-2-15 / 11:30A

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant    / Accepted By

JANSSEN PHARMACEUTICALS INC C/O CT CORP SYSTEM / Bob Sarsch Authorized Agent

Place where served:

116 PINE ST  STE 320  HARRISBURG  PA  17101

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

Relationship to defendant    _____

Description of Person Accepting Service:

SEX: M  AGE: 80  HEIGHT: 5'10"  WEIGHT: 180  SKIN: W  HAIR: Br  OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____        SERVICES $_____.____        TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2 / 2 / 20 15        _Richard Kreitler_ L.S.
SIGNATURE OF _Richard Kreitler_
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    EMMIE PAULOS, ESQ.
PLAINTIFF:    MARY E METCALF
DEFENDANT:   JANSSEN RESEARCH & DEVELOPMENT LLC FKA JOHNSON & JOHNSON
VENUE:       PHARMACEUTICALS RESEARCH AND DEVELOPMENT, LLC, ET AL.
DOCKET:      DISTRICT
COMMENT:     5 15 CV 00001 GNS

