UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | *JUDGE ELDON E. FALLON |
| | * MAG. JUDGE SHUSHAN |

*************************************************************************
THIS DOCUMENT RELATES TO: 15-336

## O R D E R

Considering the above and foregoing Consent Motion to Withdraw as Additional Counsel of Record, it is hereby Ordered that Paul M. Sterbcow and the law firm of Lewis, Kullman, Sterbcow & Abramson be withdrawn as counsel of record for plaintiffs DONALD K. TURNER, GERALD K. JONES, and LINDA TURNER SANDERS, individually and on behalf of their deceased mother, HAZEL S. TURNER.

New Orleans, Louisiana this 16th day of April, 2015.

_____
DISTRICT JUDGE