AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

MARY B. WILLBORN and JAMES M. WILLBORN, )
)
)
_____ )
*Plaintiff(s)* )
v. )  Civil Action No. **SA14CV1076 H**
)
Janssen Research & Development LLC f/k/a )
Johnson and Johnson Pharmaceuticals Research )
and Developement, LLC, et al. )
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Pharmaceuticals, Inc.
CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ryan L. Thompson
WATTS GUERRA LLP
4 Dominion Drive, Bldg. 3, Ste. 100
San Antonio, TX 78257


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

*William G. Putnicki*

Date: **DEC 10 2014** _____
 *Signature of Clerk or Deputy Clerk*

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, PRAYER FOR RELIEF, CONDITIONAL TRANSFER ORDER, SCHEDULE CTO-8** EFFECTED (1) BY ME: *Richard Kreitzen* TITLE: **PROCESS SERVER** | DATE: 2-2-15  11:30 A |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant
JANSSEN PHARMACEUTICALS INC., C/O CT CORPORATION SYSTEM

*ACCEPTED BY BOB SERSCH AUTHORIZED AGENT*

Place where served:

116 PINE STREET SUITE 320 HARRISBURG PA 17101

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX: M  AGE: 50  HEIGHT: 5'10"  WEIGHT: 290  SKIN: W  HAIR: BR  OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____    SERVICES $ _____ . _____    TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2 / 2 / 20 15

SIGNATURE OF *Richard Kreitzen*
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: EMMIE PAULOS, ESQ.
PLAINTIFF: MARY B. WILLBORN, ET AL
DEFENDANT: JANSSEN RESEARCH & DEVELOPMENT, LLC F/K/A JOHNSON & JOHNSON
VENUE: PHARMACEUTICALS RESEARCH & DEVELOPMENT, LLC.; ET AL.
DOCKET: DISTRICT
COMMENT: 5 14 CV 01076 HLH

