AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS

MARY B. WILLBORN and JAMES M. WILLBORN,

*Plaintiff(s)*

v.

Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al.

*Defendant(s)*

Civil Action No. SA14CV1076 H

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Research & Development LLC f/k.a Johnson and Johnson Pharmaceuticals, et al.
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ryan L. Thompson
WATTS GUERRA LLP
4 Dominion Drive, Bldg. 3, Ste. 100
San Antonio, TX 78257

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 10 2014

*William G. Putnicki*
*Signature of Clerk or Deputy Clerk*

| AO 440 (Rev. 10/93) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: SUMMONS AND COMPLAINT, PRAYER FOR RELIEF, CONDITIONAL TRANSFER ORDER, SCHEDULE CTO-8 | |
| EFFECTED (1) BY ME: MARIAN ZWIERZYNSKI | |
| TITLE: PROCESS SERVER | DATE: 2/2/2015 11:32:06 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON AND JOHNSON PHARMACEUTICALS

Place where served:

ONE JOHNSON AND JOHNSON PLAZA NEW BRUNSWICK NJ 08933

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DARLINE RACKAWAY

Relationship to defendant  **AUTHORIZED AGENT**

Description of Person Accepting Service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____ . _____     SERVICES $ _____     TOTAL $ _____ . _____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/3/20 15                             _____ L.S.

SIGNATURE OF MARIAN ZWIERZYNSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: RYAN L. THOMPSON, ESQ.
PLAINTIFF: MARY B. WILLBORN, ET AL
DEFENDANT: JANSSEN RESEARCH & DEVELOPMENT, LLC F/K/A JOHNSON & JOHNSON PHARMACEUTICALS RESEARCH & DEVELOPMENT, LLC., ET AL
VENUE: DISTRICT
DOCKET:
COMMENT: 5 14 CV 01076 HLH

KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2018