AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| CONNIE JO ROGERS FAUSTINI as the Executrix for and on behalf of the heirs of the ESTATE of BETTY JUNE MURAD, <br><br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:15-cv-01344 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Healthcare Pharmaceuticals, Inc,
Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James C. Peterson
HILL, PETERSON, CARPER, BEE DEITZLER, PLLC
500 Tracy Way
Charleston, WV 25311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/02/2015

s/Teresa L. Deppner
*Signature*

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE |
| EFFECTED (1) BY ME: | Daniel Newcomb |
| TITLE: | PROCESS SERVER |
| | DATE: 2/12/2015 at 2:18 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

BAYER HEALTHCARE PHARMACEUTICALS, INC, C/O CORPORATION SERVICE COMPANY - Accepted by Lynanne Gares

Place where served:

2711 CENTERVILLE RD., STE. 400   WILMINGTON  DE  19808

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant: Litigation Management Services Leader authorized to accept service

Description of Person Accepting Service:

SEX: F    AGE: 35    HEIGHT: 5'7"    WEIGHT: 150 lbs    SKIN: White    HAIR: Brown    OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____ . _____          SERVICES $ _____ . _____          TOTAL $ _____ . _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2 / 13 / 20 15

SIGNATURE OF Daniel Newcomb    L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | EMMIE PAULOS, ESQ. |
| PLAINTIFF: | CONNIE JO ROGERS FAUSTINI, AS THE EXECUTRIX FOR AND O/B/O THE HEIRS OF THE ESTATE OF BETTY JUNE MURAD |
| DEFENDANT: | JANSSEN RESEARCH && DEVELOPMENT LLC., F/K/A JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 3 15 CV 01344 |
| COMMENT: | |

