AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| ROGER A. MORRIS and CHERYL A. MORRIS, <br><br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:15-cv-00052-EJL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Pharmaceuticals, Inc.
CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kira Dale Pfisterer
Hepworth, Janis & Kluksdal
537 W. Bannock St.
P.O. Box 2582
Boise, ID 83701-2582

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 2/20/2015



**United States Courts
District of Idaho**

**ISSUED**

*Jill Palkoner
on Feb 20, 2015 4:36 pm*

AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, PRAYER FOR RELIEF** |
| EFFECTED (1) BY ME: | Richard Kreitzer |
| TITLE: | **PROCESS SERVER**   DATE: 2-24-15  2:40 PM |

**CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:**

[X] Served personally upon the defendant
JANSSEN PHARMACEUTICALS, INC   / Accepted By Bob Sensch Authorized Agent

Place where served:

C/O CT CORPORATION SYSTEM  116 PINE STREET, SUITE 320  HARRISBURG  PA  17101

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant _____

Description of Person Accepting Service:

SEX: M   AGE: 50   HEIGHT: 5'5"   WEIGHT: 190   SKIN: W   HAIR: BL   OTHER: Glasses

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/24/20 15

SIGNATURE OF Richard Kreitzer  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | KIRA DALE PFISTERER, ESQ. |
| PLAINTIFF: | ROGER A. MORRIS, ET AL |
| DEFENDANT: | JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | |
| COMMENT: | 1 15 CV 00052 EJL |

