AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
District of Idaho

|  |  |
|---|---|
| ROGER A. MORRIS and CHERYL A. MORRIS, | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.    1:15-cv-00052-EJL |
| Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al. | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Corporation
c/o Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
            Kira Dale Pfisterer
            Hepworth, Janis & Kluksdal
            537 W. Bannock St.
            P.O. Box 2582
            Boise, ID 83701-2582

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  2/20/2015



**United States Courts
District of Idaho**

**ISSUED**

*Jill Palkoner
on Feb 20, 2015 4:29 pm*

20150223120103

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: EFFECTED (1) BY ME: TITLE: | SUMMONS AND COMPLAINT, PRAYER FOR RELIEF *Christopher Mason* PROCESS SERVER DATE: *2/27/15* |
|---|---|

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

BAYER CORPORATION

Place where served:

C/O ILLINOIS CORPORATION SERVICE C  801 ADLAI STEVENSON DRIVE  SPRINGFIELD  IL  62703

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

*Deanna Dillon*

Relationship to defendant  *Operations Specialist*

Description of Person Accepting Service:

SEX: *F*  AGE: *65*  HEIGHT: *5'7"*  WEIGHT: *135*  SKIN: *C*  HAIR: *Brown*  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL$ _____.____        SERVICES $_____.____        TOTAL $_____.____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: ____ / ____ / 20____

SIGNATURE OF *Christopher Mason*
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

L.S.

ATTORNEY:     KIRA DALE PFISTERER, ESQ.
PLAINTIFF:      ROGER A. MORRIS, ET AL
DEFENDANT:   JANSSEN RESEARCH & DEVELOPMENT LLC F/K/A JOHNSON & JOHNSON
VENUE:          PHARMACEUTICAL RESEARCH & DEVELOPMENT, LLC., ET AL
DOCKET:        DISTRICT
COMMENT:      1 15 CV 00052 EJL

