AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| KATHY L. WARREN, as administrator and on behalf of heirs of the ESTATE of ODELIA MAE WOMACK<br>*Plaintiff*<br>v.<br>Janssen Research & Development LLC, et al.<br>*Defendant* | ) ) ) ) ) ) ) ) | Civil Action No. 4:15-cv-00006 (JLK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Healthcare LLC
Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter T. Anderson, Esq.
Ashcraft & Gerel, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/18/2015

Signature of Clerk or Deputy Clerk

C 440 (Rev. 10/93) Summons in a Civil Action     RETURN OF SERVICE

SERVICE OF: SUMMONS AND COMPLAINT, PRAYER FOR RELIEF
EFFECTED (1) BY ME: Daniel Newcomb
TITLE: PROCESS SERVER     DATE: 2/27/15 at 2:45 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

BAYER HEALTH, LLC     - Accepted by Lynanne Gares

Place where served:

CORPORATION SERVICE COMAPNY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant     Litigation Management Services Leader authorized to accept

Description of Person Accepting Service:

SEX: F   AGE: 35   HEIGHT: 5'7"   WEIGHT: 150 lbs   SKIN: White   HAIR: Brown   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____     SERVICES $ _____.____     TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 3 / 2 / 2015     _____ L.S.
SIGNATURE OF Daniel Newcomb
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   PETER T. ANDERSON, ESQ.
PLAINTIFF:   KATHY L. WARREN AS THE ADMINISTRATOR FOR AND ON BEHALF OF THE
DEFENDANT:  HEIRS OF THE ESTATE OF ODELIA MAE WAMACK
VENUE:      JANSSEN RESEARCH & DEVELOPMENT, LLC F/K/A JOHNSON & JOHNSON
DOCKET:     PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC., ET AL
COMMENT:    DISTRICT
            4 15 CV 00006 JLK

