AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | | |
|---|---|---|
| KATHY L. WARREN, as administrator and on behalf of heirs of the ESTATE of ODELIA MAE WOMACK <br> *Plaintiff* <br><br> v. <br><br> Janssen Research & Development LLC, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) | Civil Action No. 4:15-cv-00006 (JLK) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Corporation
c/o Illinois Corporation Service C
801 Adlai Stevenson Dr.
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter T. Anderson, Esq.
Ashcraft & Gerel, LLP
4900 Seminary Road, Suite 650
Alexandria, VA 22311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/18/2015

Signature of Clerk or Deputy Clerk

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, PRAYER FOR RELIEF** |
| EFFECTED (1) BY ME: | Christopher Mason |
| TITLE: | **PROCESS SERVER** DATE: 3/5/15 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

BAYER CORPORATION, C/O ILLINOIS CORPORATION SERVICE C

Place where served:

801 ADIAL STEVENSON DR.   SPRINGFIELD IL 62703

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Deanna Dillon

Relationship to defendant ___Operations Specialist___

Description of Person Accepting Service:

SEX: F  AGE: 65  HEIGHT: 5'7"  WEIGHT: 135  SKIN: C  HAIR: Brown  OTHER: ___

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____     SERVICES $ _____.____     TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: ___/___/20___      _____ L.S.
SIGNATURE OF Christopher Mason
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | PETER T. ANDERSON, ESQ. |
| PLAINTIFF: | KATHY L. WARREN AS THE ADMINISTRATOR FOR AND ON BEHALF OF THE HEIRS OF THE ESTATE OF ODELIA MAE WAMACK |
| DEFENDANT: | JANSSEN RESEARCH & DEVELOPMENT, LLC F/K/A JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC., ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 4 15 CV 00006 JLK |
| COMMENT: | |

