AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | |
|---|---|
| EVELYN H. Collins, <br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al. <br> *Defendant(s)* | Civil Action No. 2:15-cv-00118 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Pharmaceuticals, Inc.
CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell,
Rafferty, & Proctor, P.A.
316 S. Baylen Street, Suite 400
Pensacola, FL 32502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHARLES R. DIARD, JR.
*CLERK OF COURT*

Date: March 6, 2015


*Edwina Crawford*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 10/93) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS, COMPLAINT** |
| EFFECTED (1) BY ME: | Richard Kreutzer |
| TITLE: | **PROCESS SERVER** |
| | DATE: 3-9-15 / 11:30 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant     ACCEPTED By
JANSSEN PHARMACEUTICALS INC C/O CT CORP SYSTEM    BOB SERSCH REGISTERED AGENT

Place where served:

116 PINE ST STE 320  HARRISBURG  PA  17101

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX: M  AGE: 50  HEIGHT: 5'10"  WEIGHT: 190  SKIN: W  HAIR: BR  OTHER: GLASSES

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____.____     SERVICES $ _____.____     TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 3 / 9 / 2015

SIGNATURE OF Richard Kreutzer
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | BEN W. GORDON, JR, ESQ. |
| PLAINTIFF: | EVELYN H COLLINS |
| DEFENDANT: | JANSSEN RESEARCH & DEVELOPMENT LL F/K/A JOHNSON AND JOHNSON |
| VENUE: | PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, ET AL. |
| DOCKET: | DISTRICT |
| COMMENT: | 2 15 CV 00118 C |

