UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L JUDGE FALLON |
| ANN CIOLINO | MAG. JUDGE NORTH |
| Plaintiff, | Civil Case No. 2:14-cv-02908-EEF-MBN |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, et al., | |
| Defendants. | |

**PLAINTIFF ANN CIOLINO'S EX PARTE MOTION
FOR EXTENSION OF TIME PURSUANT TO FED. R. CIV. P 6(b)**

Plaintiff Ann Ciolino, by and through her undersigned attorneys, moves this Court for an Order extending time in which to serve certain Defendants named in the complaint on file herein. This motion is made in good faith and not for the purpose of delay.

This is an action for injuries caused to Plaintiff as a result of ingesting the drug Xarelto. On December 22, 2014, Plaintiff filed this action in the U.S. District Court for the Eastern District of Louisiana, which is now consolidated into MDL 2592. Service has not yet been effected upon certain Defendants, specifically: Bayer Healthcare AG; Bayer AG; Janssen Research & Development LLC; Janssen Ortho LLC; and Janssen Pharmaceuticals, Inc.

Defendants Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc. have been provided with requests for waiver of service, and the Janssen Defendants' counsel have stated that they will execute the waivers.

1

Defendants Bayer Healthcare AG and Bayer AG are foreign defendants, and Plaintiff requires additional time to perfect service on them.

The deadline for service of the summons and Complaint in this action is April 21, 2015. Plaintiff has complied with the Rules by making this request before the expiration of the period originally prescribed to complete service. Plaintiff respectfully asks this Court for an extension of ninety (90) days to July 20, 2015 in which to perfect service upon Defendants.

Based on the foregoing, Plaintiffs asks that her motion be granted by this Court and an order be issued for enlargement of time in which to complete service for an additional ninety (90) days beyond the current deadline of April 21, 2015.

**DATED: April 20, 2015**  Respectfully submitted,

**/s/ Amanda K. Klevorn**
Amanda K. Klevorn (#35193)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249
E-mail: aklevorn@murray-lawfirm.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 20th day of April, 2015, electronically filed a copy of the foregoing with the Clerk of Court using the ECF system, which sent notice of such filing to all parties of record.

**/s/ Amanda K. Klevorn**
Amanda K. Klevorn

2