UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L<br>JUDGE FALLON |
| ANN CIOLINO | MAG. JUDGE NORTH |
| Plaintiff, | Civil Case No. 2:14-cv-02908-EEF-MBN |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, et al., | |
| Defendants. | |

## NOTICE OF SUBMISSION

COMES NOW the Plaintiff, Ann Ciolino, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time Pursuant to Fed. R. Civ. P 6(b).

DATED: April 20, 2015

Respectfully submitted,

MURRAY LAW FIRM

/s/Amanda K. Klevorn
Amanda K. Klevorn (#35193)
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone:    504.525.8100
Facsimile:    504.584.5249

1

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 20th day of April, 2015, electronically filed a copy of the foregoing with the Clerk of Court using the ECF system, which sent notice of such filing to all parties of record.

/s/ Amanda K. Klevorn
Amanda K. Klevorn