UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L<br>JUDGE FALLON |
| ANN CIOLINO | MAG. JUDGE NORTH |
| Plaintiff, | Civil Case No. 2:14-cv-02908-EEF-MBN |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, et al., | |
| Defendants. | |

## ORDER

Considering Plaintiff Ann Ciolino's Ex Parte Motion for her First Extension of Time to Effectuate Service on Defendants Bayer Healthcare AG, Bayer AG, Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc.,

**IT IS ORDERED** that Plaintiff, Ann Ciolino, be granted an additional ninety (90) days to effectuate service on Defendants Bayer Healthcare AG, Bayer AG, Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc.

**NEW ORLEANS, LOUISIANA**, this __21st__ day of _____April_____, 2015.

_____
DISTRICT COURT JUDGE ELDON E. FALLON