AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Earl Triplett | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Janssen Research & Development, LLC et al | ) ) ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.  2:14-cv-02912 l (5)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Bayer Corporation
100 Bayer Road
Pittsburgh, PA 15205

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

_Deputy clerk's signature_

Date:  __Apr 16 2015__

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#9633; I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

&#9633; I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#9633; I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

&#9633; I returned the summons unexecuted because _____ ; or

&#9745; Other *(specify):*

     UPS

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: 4/21/2015 _____

_____
*Server's signature*

Thomas Bibby, Paralegal
*Printed name and title*

123 Justison Street, Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:



```
SHIP TO:
BAYER CORPORATION
100 BAYER ROAD
PITTSBURGH  PA 15205-9707

THOMAS BIBBY
302.622.7000
GRANT AND EISENHOFER P.A.
123 JUSTISON STREET
WILMINGTON  DE 19801

                          0.0 LBS   LTR        1 OF 1

PA 151 9-40

UPS NEXT DAY AIR                                    1
TRACKING #: 1Z E07 54Y 24 9806 0273

PA 151 9-40

BILLING: P/P
SIGNATURE REQUIRED

Reference # 1: 1983134
Reference # 2: Thomas Bibby

G3.17.1.06            WMRN050-00.0A 01/2015
```

FOLD HERE

## UPS CampusShip: View/Print Label

**1.  Ensure there are no other shipping or tracking labels attached to your package.**  Select the Print button on the print dialog box that appears.  Note: If your browser does not support this function select Print from the File menu to print the label.

**2.  Fold the printed label at the solid line below.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

**3.  GETTING YOUR SHIPMENT TO UPS**
**UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.**

Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.

Hand the package to any UPS driver in your area.

Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

**Customers with a Daily Pickup**
Your driver will pickup your shipment(s) as usual.

UPS: Tracking Information

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 24 9806 027 3 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 04/20/2015  8:57 A.M. |
| Signed By: | CHAMBERLAIN |
| Location: | OFFICE |
| Delivered To: | 100 BAYER RD |
| | PITTSBURGH,  PA,  US  15205 |
| Shipped/Billed On: | 04/17/2015 |
| Reference Number(s): | 1983134, THOMAS BIBBY |
| Service: | NEXT DAY AIR |
| Special Instructions: | SIGNATURE REQUIRED |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| THORNBURG, PA, US | 04/20/2015 | 8:57 A.M. | Delivered |
| | 04/20/2015 | 7:06 A.M. | Out For Delivery |
| | 04/20/2015 | 4:45 A.M. | Arrival Scan |
| NEW STANTON, PA, US | 04/20/2015 | 3:44 A.M. | Departure Scan |
| NEW STANTON, PA, US | 04/19/2015 | 6:38 P.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 04/19/2015 | 12:26 P.M. | Departure Scan |
| PHILADELPHIA, PA, US | 04/17/2015 | 11:28 P.M. | Arrival Scan |
| NEWARK, DE, US | 04/17/2015 | 10:30 P.M. | Departure Scan |
| | 04/17/2015 | 9:11 P.M. | Origin Scan |
| | 04/17/2015 | 6:36 P.M. | PICKUP SCAN |
| US | 04/17/2015 | 4:59 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS:  04/21/2015  2:54 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

⊞ Feedback                                    ⊠ Close Window

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |
|---|---|
| Earl Triplett | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) |
| Janssen Research & Development, LLC et al | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  2:14-cv-02912   1 (5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare LLC
100 Bayer Boulevard
Whippany, NJ 07981

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Deputy clerk's signature

Date:   **Apr 16 2015**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
           on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
           on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
    U PS

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .

I declare under penalty of perjury that this information is true.

Date: 4/21/2015 _____

               _____
                     *Server's signature*

               Thomas Bibby, Paralegal
                     *Printed name and title*

              123 Justison Street, Wilmington, DE 19801
                     *Server's address*

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Label

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.**  Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest to you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE

THOMAS BIBBY
302.462.7000
GRANT AND EISENHOFER P.A.
123 JUSTISON STREET
WILMINGTON DE 19801

0.0 LBS   LTR          1 OF 1

SHIP TO:
BAYER HEALTHCARE LLC
100 BAYER BOULEVARD
WHIPPANY NJ 07981-1544

NJ 079 9-30

UPS NEXT DAY AIR   1
TRACKING #: 1Z E07 54Y 24 9937 3880

BILLING: P/P
SIGNATURE REQUIRED

Reference # 1: 1983134
Reference # 2: Thomas Bibby

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 24 9937 388 0 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 04/20/2015  9:11 A.M. |
| Signed By: | MALONEY |
| Location: | INSIDE DELIV |
| Delivered To: | 67 WHIPPANY RD |
| | WHIPPANY,  NJ,  US  07981 |
| Shipped/Billed On: | 04/17/2015 |
| Reference Number(s): | 1983134, THOMAS BIBBY |
| Service: | NEXT DAY AIR |
| Special Instructions: | SIGNATURE REQUIRED |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| PARSIPPANY, NJ, US | 04/21/2015 | 4:02 A.M. | After further review, your package may not have arrived on-schedule. Visit ups.com/tariff for terms and conditions. |
| PARSIPPANY, NJ, US | 04/20/2015 | 9:11 A.M. | Delivered |
| | 04/20/2015 | 7:16 A.M. | Out For Delivery |
| PARSIPPANY, NJ, US | 04/18/2015 | 5:24 A.M. | Arrival Scan |
| LAWNSIDE, NJ, US | 04/18/2015 | 3:20 A.M. | Departure Scan |
| | 04/18/2015 | 12:13 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 04/17/2015 | 11:45 P.M. | Departure Scan |
| | 04/17/2015 | 11:28 P.M. | Arrival Scan |
| NEWARK, DE, US | 04/17/2015 | 10:30 P.M. | Departure Scan |
| | 04/17/2015 | 9:11 P.M. | Origin Scan |
| | 04/17/2015 | 6:36 P.M. | PICKUP SCAN |
| US | 04/17/2015 | 5:02 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 04/21/2015  2:49 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |  |
|---|---|---|
| Earl Triplett | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  2:14-cv-02912  1 (5) |
| Janssen Research & Development, LLC et al | ) ) ) ) ) ) | |
| _Defendant(s)_ | | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Bayer Healthcare Pharmaceuticals, Inc.
340 Changebridge Rd.
Pine Brook, NJ 07058-9714

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:  ___Apr 16 2015___                                   _____
Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#10065; I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

&#10065; I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#10065; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

&#10065; I returned the summons unexecuted because _____ ; or

&#9745; Other *(specify):*

U PS

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  4/21/2015 _____              _____
                                                                    *Server's signature*

                                                    Thomas Bibby, Paralegal _____
                                                                    *Printed name and title*


                                                    123 Justison Street, Wilmington, DE 19801
                                                                    *Server's address*

Additional information regarding attempted service, etc:

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.**   Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.**   Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 24 9861 766 3 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 04/21/2015  9:28 A.M. |
| Signed By: | CARR |
| Location: | INSIDE DELIV |
| Delivered To: | 100 BAYER BLVD<br>WHIPPANY, NJ, US 07981 |
| Shipped/Billed On: | 04/17/2015 |
| Reference Number(s): | 1983134, THOMAS BIBBY |
| Service: | NEXT DAY AIR |
| Special Instructions: | SIGNATURE REQUIRED |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| PARSIPPANY, NJ, US | 04/21/2015 | 9:28 A.M. | Delivered |
| | 04/21/2015 | 4:18 A.M. | Out For Delivery |
| PARSIPPANY, NJ, US | 04/20/2015 | 9:30 P.M. | The receiver has moved. We're attempting to obtain a new delivery address for this receiver. / The address has been corrected. The delivery has been rescheduled. |
| | 04/20/2015 | 9:57 A.M. | The receiver has moved. We're attempting to obtain a new delivery address for this receiver. |
| | 04/20/2015 | 5:11 A.M. | Destination Scan |
| PARSIPPANY, NJ, US | 04/18/2015 | 4:20 A.M. | Arrival Scan |
| LAWNSIDE, NJ, US | 04/18/2015 | 2:31 A.M. | Departure Scan |
| | 04/18/2015 | 12:13 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 04/17/2015 | 11:45 P.M. | Departure Scan |
| | 04/17/2015 | 11:28 P.M. | Arrival Scan |
| NEWARK, DE, US | 04/17/2015 | 10:30 P.M. | Departure Scan |
| | 04/17/2015 | 9:11 P.M. | Origin Scan |
| | 04/17/2015 | 6:36 P.M. | PICKUP SCAN |
| US | 04/17/2015 | 4:57 P.M. | Order Processed: Ready for UPS |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Louisiana

<table>
<tr><td>

Earl Triplett
_____
*Plaintiff(s)*

v.

Janssen Research & Development, LLC et al
_____
*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No.   2:14-cv-02912   1 (5)

</td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Janssen Pharmaceuticals, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08560

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**William W. Blevins**
Name of clerk of court

Deputy clerk's signature

Date:  _____Apr 16 2015_____

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
   _____ , a person of suitable age and discretion who resides there,
   on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
   designated by law to accept service of process on behalf of *(name of organization)* _____
   on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

   *U PS*

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: *4/21/2015*

                                    _____
                                              *Server's signature*

                                    *Thomas Bibby, Paralegal*
                                    _____
                                              *Printed name and title*

                                    *123 Justison Street, Wilmington, DE 19801*
                                    _____
                                              *Server's address*

Additional information regarding attempted service, etc:

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE

BARBARA CUNNINGHAM
302-622-7000
GRANT AND EISENHOFER P.A.
123 JUSTISON STREET
WILMINGTON DE 19801

0.0 LBS   LTR          1 OF 1

SHIP TO:
JANSSEN PHARMACEUTICALS, INC.
1125 TRENTON-HARBOURTON ROAD
TITUSVILLE NJ 08560-1504

NJ 086 0-02

UPS NEXT DAY AIR          1
TRACKING #: 1Z E07 54Y 24 9401 5043

BILLING: P/P
SIGNATURE REQUIRED

Reference # 1: 1983134
Reference # 2: Thomas Bibby

CS 27.1.04.          W67IV9S9 60.0A 01/2015

UPS: Tracking Information

Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 24 9401 504 3 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 04/20/2015  9:53 A.M. |
| Signed By: | VICARI |
| Location: | MAIL ROOM |
| Delivered To: | 1125 TRENTON HARBOURTON RD<br>TITUSVILLE, NJ, US  08560 |
| Shipped/Billed On: | 04/17/2015 |
| Reference Number(s): | 1983134, THOMAS BIBBY |
| Service: | NEXT DAY AIR |
| Special Instructions: | SIGNATURE REQUIRED |

Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| HAMILTON,<br>NJ, US | 04/20/2015 | 9:53 A.M. | Delivered |
| | 04/20/2015 | 7:33 A.M. | Out For Delivery |
| HAMILTON,<br>NJ, US | 04/19/2015 | 10:14 P.M. | Arrival Scan |
| PARSIPPANY,<br>NJ, US | 04/19/2015 | 8:50 P.M. | Departure Scan |
| PARSIPPANY,<br>NJ, US | 04/18/2015 | 5:49 A.M. | Arrival Scan |
| PHILADELPHIA,<br>PA, US | 04/18/2015 | 3:13 A.M. | Departure Scan |
| PHILADELPHIA,<br>PA, US | 04/17/2015 | 11:28 P.M. | Arrival Scan |
| NEWARK,<br>DE, US | 04/17/2015 | 10:30 P.M. | Departure Scan |
| | 04/17/2015 | 9:11 P.M. | Origin Scan |
| | 04/17/2015 | 6:36 P.M. | PICKUP SCAN |
| US | 04/17/2015 | 4:52 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 04/21/2015  2:46 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Earl Triplett | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| Janssen Research & Development, LLC et al | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  2:14-cv-02912   1 (5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Deputy clerk's signature

Date:   **Apr 16 2015**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

U PS

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: 4/21/2015    _____
                              *Server's signature*

                    Thomas Bibby, Paralegal
                              *Printed name and title*

                    123 Justison Street, Wilmington, NE 19801
                              *Server's address*

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Label                                          Page 1 of 1

## UPS CampusShip: View/Print Label

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the
   Print button on the print dialog box that appears. Note: If your browser does not support this function
   select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do
   not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized**
   **retail outlets and UPS drivers.**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip
   packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS
   Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS
   Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location
   nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE

THOMAS BIBBY
302-622-7000
GRANT AND EISENHOFER P.A.
123 JUSTISON STREET
WILMINGTON DE 19801

**SHIP TO:**
JANSSEN RESEARCH & DEVELOPMENT, LLC
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK NJ 08933-0001

0.0 LBS    LTR         1 OF 1

NJ 089 9-03

UPS NEXT DAY AIR    1

TRACKING #: 1Z E07 54Y 24 9490 5037

BILLING: P/P
SIGNATURE REQUIRED

Reference # 1: 19831134
Reference # 2: Thomas Bibby

UPS: Tracking Information

### Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 24 9490 503 7 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 04/20/2015  9:19 A.M. |
| Signed By: | XIZZI |
| Location: | DOCK |
| Delivered To: | 1 JOHNSON AND JOHNSON PLZ |
| | NEW BRUNSWICK, NJ, US  08933 |
| Shipped/Billed On: | 04/17/2015 |
| Reference Number(s): | 1983134, THOMAS BIBBY |
| Service: | NEXT DAY AIR |
| Special Instructions: | SIGNATURE REQUIRED |

### Package Progress

| Location | Date | Local Time | Description |
|---|---|---|---|
| EDISON, NJ, US | 04/20/2015 | 9:19 A.M. | Delivered |
| | 04/20/2015 | 6:05 A.M. | Out For Delivery |
| EDISON, NJ, US | 04/19/2015 | 8:14 P.M. | Arrival Scan |
| PARSIPPANY, NJ, US | 04/19/2015 | 7:20 P.M. | Departure Scan |
| PARSIPPANY, NJ, US | 04/18/2015 | 5:49 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 04/18/2015 | 3:13 A.M. | Departure Scan |
| PHILADELPHIA, PA, US | 04/17/2015 | 11:28 P.M. | Arrival Scan |
| NEWARK, DE, US | 04/17/2015 | 10:30 P.M. | Departure Scan |
| | 04/17/2015 | 9:11 P.M. | Origin Scan |
| | 04/17/2015 | 6:36 P.M. | PICKUP SCAN |
| US | 04/17/2015 | 4:49 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 04/21/2015  2:45 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Louisiana

| | |
|---|---|
| Earl Triplett<br><br>_Plaintiff(s)_<br>v.<br>Janssen Research & Development, LLC et al<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:14-cv-02912   1 (5)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Johnson & Johnson Company
One Johnson & Johnson Plaza
New Brunswick, NJ 08933


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Elizabeth Graham
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


William W. Blevins
Name of clerk of court

Date:  ____Apr 16 2015____

_Deputy clerk's signature_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*

     U PS

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:  4/21/2015 _____

           _____
                         *Server's signature*

           Thomas Bibby, Paralegal
                         *Printed name and title*

           123 Justison Street, Wilmington, NE 19801
                         *Server's address*

Additional information regarding attempted service, etc:

UPS CampusShip: Shipment Label

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.**
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

FOLD HERE

BARBARA CUNNINGHAM
302-622-7000
GRANT AND EISENHOFER P.A.
123 JUSTISON STREET
WILMINGTON DE 19801

SHIP TO:
JOHNSON & JOHNSON COMPANY
ONE JOHNSON & JOHNSON PLAZA
NEW BRUNSWICK NJ 08933-0001

0.0 LBS    LTR        1 OF 1

NJ 089 9-03

UPS NEXT DAY AIR    1
TRACKING #: 1Z E07 54Y 24 9339 3226

BILLING: P/P
SIGNATURE REQUIRED

Reference # 1: 1983134
Reference # 2: Thomas Bibby

UPS: Tracking Information

**Tracking Detail**

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z E07 54Y 24 9339 322 6 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 04/20/2015  9:19 A.M. |
| Signed By: | XIZZI |
| Location: | DOCK |
| Delivered To: | 1 JOHNSON AND JOHNSON PLZ |
| | NEW BRUNSWICK, NJ, US  08933 |
| Shipped/Billed On: | 04/17/2015 |
| Reference Number(s): | 1983134, THOMAS BIBBY |
| Service: | NEXT DAY AIR |
| Special Instructions: | SIGNATURE REQUIRED |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| EDISON, NJ, US | 04/20/2015 | 9:19 A.M. | Delivered |
| | 04/20/2015 | 6:29 A.M. | Out For Delivery |
| EDISON, NJ, US | 04/19/2015 | 8:14 P.M. | Arrival Scan |
| PARSIPPANY, NJ, US | 04/19/2015 | 7:20 P.M. | Departure Scan |
| PARSIPPANY, NJ, US | 04/18/2015 | 5:49 A.M. | Arrival Scan |
| PHILADELPHIA, PA, US | 04/18/2015 | 3:13 A.M. | Departure Scan |
| PHILADELPHIA, PA, US | 04/17/2015 | 11:28 P.M. | Arrival Scan |
| NEWARK, DE, US | 04/17/2015 | 10:30 P.M. | Departure Scan |
| | 04/17/2015 | 9:11 P.M. | Origin Scan |
| | 04/17/2015 | 6:36 P.M. | PICKUP SCAN |
| US | 04/17/2015 | 4:46 P.M. | Order Processed: Ready for UPS |

Tracking results provided by UPS: 04/21/2015  2:44 P.M.  ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments
tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS
tracking systems and information is strictly prohibited.