

**The Simon Law Firm, P.C.**
*Attorneys and Counselors at Law*

9171 9690 0935 0051 4043 04

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
April 8, 2015

Bayer Healthcare Pharmaceuticals Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

> **Re:** **Beeler v. Janssen Research & Development, et al.**
> **Case Number: 15-cv-1070 L (5)**
> **In Re: Xarelto (Rivaroxaban) Products Liability Litigation**
> **2:14-md-02592-EEF-MBN**

To Whom it May Concern:

Pursuant to Pre-Trial Order Number 10, enclosed please find the following documents regarding Beeler v. Janssen Research & Development, et al. 15-cv-1070:

- Summons
- Complaint

If you have any questions or concerns, please do not hesitate to contact me at (877) 767-3108.

Very truly yours,

Kimberly Anderson
Paralegal to Todd S. Hageman

Enclosures

800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone 314.241.2929

www.simonlawpc.com

Toll Free 877.767.3108
Facsimile 314.241.2029


**UNITED STATES**
**POSTAL SERVICE.**

Date: April 23, 2015

Kim Anderson:

The following is in response to your April 23, 2015 request for delivery information on your Certified Mail™ item number 9171969009350051404304. The delivery record shows that this item was delivered on April 13, 2015 at 8:59 am in WILMINGTON, DE 19808. The scanned image of the recipient information is provided below.

Signature of Recipient :    *N. Willies*
                            *M. Wilkes*

Address of Recipient :    *2961 Centerville Rd*

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. Beeler v. Janssen, et al
12-cv-1070

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Bayer Healthcare Pharmaceuticals, Inc.

was received by me on *(date)*                                   .

☐ I personally served the summons on the individual at *(place)*

                                                                         on *(date)*                          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                                        , a person of suitable age and discretion who resides there,

on *(date)*                       , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                            , who is

  designated by law to accept service of process on behalf of *(name of organization)*

                                                                   on *(date)*                    ; or

☐ I returned the summons unexecuted because                                              ; or

☒ Other *(specify):*  Certified Mail, Return Receipt Requested on 4/8/2015


My fees are $                for travel and $                for services, for a total of $     0.00          .


I declare under penalty of perjury that this information is true.

Date:  4/23/2015

                                                             _____
                                                                      *Server's signature*

                                                             Kimberly Anderson, Paralegal
                                                             _____
                                                                   *Printed name and title*
                                                             The Simon Law Firm, PC
                                                             800 Market Street, Suite 1700
                                                             St. Louis, Missouri 63101
                                                             _____
                                                                      *Server's address*


Additional information regarding attempted service, etc:


9171 9690 0935 0051 4043 04