

**The Simon Law Firm, P.C.**
*Attorneys and Counselors at Law*

VIA REGISTERED MAIL, RETURN RECEIPT REQUESTED
April 8, 2015

Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohl
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

Re: Beeler v. Janssen Research & Development, et al.
Case Number: 15-cv-1070 L (5)
In Re: Xarelto (Rivaroxaban) Products Liability Litigation
2:14-md-02592-EEF-MBN

To Whom it May Concern:

Pursuant to Pre-Trial Order Number 10, enclosed please find the following documents regarding Beeler v. Janssen Research & Development, et al. 15-cv-1070:

- Summons
- Complaint

If you have any questions or conc[erns please call our office at 877.767.]3108.

Enclosures

800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone 314.241.2929

Toll Free 877.767.3108
Facsimile 314.241.2029

---

Receipt for Registered Mail

Registered No. RA322720206US

| Reg. Fee | $13.6 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $3.75 |
| Postage | $10.7 | Restricted Delivery | $0.00 |

Date Stamp: 0190 09 04/10/15

Customer Must Declare Full Value $ $0.00

FROM: Kimberly Anderson / The Simon Law Firm / 800 Market Street, Suite 1700 / St. Louis, MO 63101

TO: Bayer Pharma AG – Eva Gardyan-Eisenlohl / Muellerstrasse 178 / 13353 Berlin / Germany

PS Form 3806, May 2007 (7530-02-000-9051)

| English | Customer Service | USPS Mobile | | Register / Sign In |



# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: RA322720206US

## Product & Tracking Information

**Postal Product:** First-Class Package International Service
**Extra Svc:** Registered Mail™ Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 21, 2015, 11:59 pm | Delivered | GERMANY |

Your item was delivered in GERMANY at 11:59 pm on April 21, 2015.

| | | |
|---|---|---|
| April 20, 2015, 10:05 am | Customs clearance processing complete | GERMANY |
| April 20, 2015, 10:05 am | Customs Clearance | GERMANY |
| April 20, 2015, 10:05 am | Processed Through Sort Facility | GERMANY |
| April 17, 2015, 9:41 am | Departed | Frankfurt, GERMANY |
| April 16, 2015, 7:38 pm | Departed | Newark, UNITED STATES |
| April 16, 2015, 2:02 pm | Arrived | Newark, UNITED STATES |
| April 15, 2015, 7:41 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| April 14, 2015, 8:07 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| April 11, 2015, 8:49 am | Departed USPS Facility | SAINT LOUIS, MO 63166 |
| April 10, 2015, 6:23 pm | Arrived at USPS Facility | SAINT LOUIS, MO 63166 |
| April 10, 2015, 5:42 pm | Departed Post Office | SAINT LOUIS, MO 63101 |
| April 10, 2015, 2:25 pm | Acceptance | SAINT LOUIS, MO 63101 |

## Available Actions

**Text Updates**

**Email Updates**

Name

Email Address

+ ADD ANOTHER EMAIL

Send me all activity until this point
Send me all future activity for this item



**Return Receipt After Mailing**

USPS Return Receipt After Mailing Online service provides an email-transmitted PDF of the signature record on file at USPS to customers with eligible tracking numbers.

This package is eligible for an electronic Return Receipt After Mailing request.

Return Receipt After Mailing request will cost:

**$5.25**

To begin, please sign in to your USPS.com® account.



Don't have a USPS.com account? Register now.

## Track Another Package

Tracking (or receipt) number

[ Track It ]

Search or Enter a Tracking Number

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. Beeler v. Janssen, et al. 15-cv-1070

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bayer Pharma AG
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Registered Mail, Return Receipt Requested on 4/10/2015

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/23/2015

*Server's signature*

Kimberly Anderson, Paralegal
*Printed name and title*

The Simon Law Firm, PC
800 Market Street, Suite 1700
St. Louis, Missouri 63101
*Server's address*

Additional information regarding attempted service, etc:
Tracking Number: RA 322 720 206 US