AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. Roeper v. Janssen et al. 15-cv-716

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bayer Healthcare Pharmaceuticals Inc.
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify):* Certified Mail, Return Receipt Requested on 3/27/2015


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 04/23/2015

Server's signature

Kimberly Anderson, Paralegal
*Printed name and title*

The Simon Law Firm, PC
800 Market Street, Suite 1700
St. Louis, Missouri 63101
*Server's address*

Additional information regarding attempted service, etc:
Tracking Number: 9171 9690 0935 0051 4041 75



**The Simon Law Firm, P.C.**
*Attorneys and Counselors at Law*

9171 9690 0935 0051 4041 75

VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED
March 27, 2015

Bayer Healthcare Pharmaceuticals Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

  Re: Roeper v. Janssen Research & Development, et al.
     Case Number: 15-cv-716 L (5)
     In Re: Xarelto (Rivaroxaban) Products Liability Litigation
     2:14-md-02592-EEF-MBN

To Whom it May Concern:

Pursuant to Pre-Trial Order Number 10, enclosed please find the following documents regarding Roeper v. Janssen Research & Development, et al. 15-cv-716:

- Summons
- Complaint

If you have any questions or concerns, please do not hesitate to contact me at (877) 767-3108.

Very truly yours,

*Kimberly Anderson*

Kimberly Anderson
Paralegal to Todd S. Hageman

Enclosures

800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone 314.241.2929

www.simonlawpc.com

Toll Free 877.767.3108
Facsimile 314.241.2029


**UNITED STATES**
**POSTAL SERVICE.**

Date: April 23, 2015

Kim Anderson:

The following is in response to your April 23, 2015 request for delivery information on your Certified Mail™ item number 9171969009350051404175. The delivery record shows that this item was delivered on March 31, 2015 at 8:28 am in WILMINGTON, DE 19808. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service