AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. Roeper v. Janssen et al. 15-cv-716

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bayer Pharma AG
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify):* Registered Mail, Return Receipt Requested on 3/27/2015

My fees are $ ___ for travel and $ ___ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/23/2015

*Server's signature*

Kimberly Anderson, Paralegal
*Printed name and title*

The Simon Law Firm, PC
800 Market Street, Suite 1700
St. Louis, Missouri 63101
*Server's address*

Additional information regarding attempted service, etc:
Tracking Number: RB 198 742 435 US



# The Simon Law Firm, P.C.
**Attorneys and Counselors at Law**

---

VIA REGISTERED MAIL, RETURN RECEIPT REQUESTED
March 27, 2015

Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohl
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

      Re:    Roeper v. Janssen Research & Development, et al.
              Case Number: 15-cv-716 L (5)
              In Re: Xarelto (Rivaroxaban) Products Liability Litigation
              2:14-md-02592-EEF-MBN

To Whom it May Concern:

    Pursuant to Pre-Trial Order Number 10, enclosed please find the following documents regarding Roeper v. Janssen Research & Development, et al. 15-cv-716:

- Summons
- Complaint

    If you have any questions or c[oncerns, please contact us at 877.767.]3108.

Enclosures

800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone 314.241.2929

Toll Free 877.767.3108
Facsimile 314.241.2029

---

**Receipt for Registered Mail**

| | | | |
|---|---|---|---|
| Registered No. **RB198742435US** | | | Date Stamp: MAR 28 2015 USPS |
| Reg. Fee | $13.65 | | |
| Handling Charge | $0.00 | Return Receipt | $3.75 |
| Postage | $10.72 | Restricted Delivery | $0.00 |
| Received by | | | 03/28/15 |
| Customer Must Declare Full Value $ $0.00 | | Domestic insurance up to $25,000 is included based upon the declared value. International indemnity is limited. (See Reverse). | |

OFFICIAL USE

FROM: 62040
The Simon Law Firm
800 Market Street, Suite 1700
St. Louis MO 63101

TO: DE Germany
Bayer Pharma AG
Moellerstrausse 178
3353 Berlin Germany

PS Form 3806, January 2014 (7530-02-000-9051)
For domestic delivery information, visit our website at www.usps.com®

English  Customer Service  USPS Mobile                Register / Sign In


## USPS.COM

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: RB198742435US

## Product & Tracking Information

**Postal Product:** First-Class Package International Service  
**Extra Svc:** Registered Mail™  Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 8, 2015, 11:59 pm | Delivered | GERMANY |

Your item was delivered in GERMANY at 11:59 pm on April 8, 2015.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| April 8, 2015, 8:50 am | Missed delivery - Scheduled for another delivery attempt today | GERMANY |
| April 7, 2015, 8:50 am | Customs clearance processing complete | GERMANY |
| April 6, 2015, 2:26 pm | Processed Through Sort Facility | GERMANY |
| April 6, 2015, 2:26 pm | Customs Clearance | GERMANY |
| April 4, 2015, 7:41 am | Departed | Frankfurt, GERMANY |
| April 4, 2015, 1:30 am | Departed | Cologne, GERMANY |
| April 4, 2015, 12:09 am | Departed | Cologne, GERMANY |
| April 3, 2015, 10:32 am | Departed | Philadelphia, UNITED STATES |
| April 2, 2015, 3:04 pm | Arrived | New York, UNITED STATES |
| April 1, 2015, 11:03 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| March 31, 2015, 11:00 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| March 29, 2015, 8:29 am | Departed USPS Facility | SAINT LOUIS, MO 63166 |
| March 28, 2015, 8:57 pm | Arrived at USPS Facility | SAINT LOUIS, MO 63166 |
| March 28, 2015, 4:29 pm | Departed Post Office | GRANITE CITY, IL 62040 |
| March 28, 2015, 10:55 am | Acceptance | GRANITE CITY, IL 62040 |

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

## Track Another Package

Tracking (or receipt) number


Track It