# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Burns, Michelle as Executrix of the Albert Hardin Estate v Janssen Research & Development, LLC et al<br>2:15-cv-01322 | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

  Kindly enter the appearance of Jessica R. Surber and Robert A. Young, of English, Lucas, Priest & Owsley, LLP, in the above captioned manner.

Dated: <u>April 24, 2015</u>      ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

              By: /s/ Robert A. Young
                 Robert A. Young
                 English, Lucas, Priest & Owsley, LLP
                 1101 College St., P.O. Box 770
                 Bowling Green, KY 42102
                 Telephone:  270-781-6500
                 Facsimile:  270-782-7782
                 byoung@elpolaw.com

                 /s/ Jessica R. Surber
                 Jessica R. Surber
                 English, Lucas, Priest & Owsley, LLP
                 1101 College St., P.O. Box 770
                 Bowling Green, KY 42102
                 Telephone:  270-781-6500
                 Facsimile:  270-782-7782
                 jrsurber@elpolaw.com