AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| IESHA LONON-GOLDSBERG, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v | ) ) | Civil Action No 2:15-cv-1079  L (5) |
| Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al. | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Ortho LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed R. Civ. P 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Laura G Lumaghi & William T Dowd
Dowd & Dowd, P.C
211 N Broadway, Suite 4050
St Louis, MO 63102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint You also must file your answer or motion with the court

Date: Apr 06 2015

William W. Blevins
Name of clerk of court

*Deputy clerk's signature*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) __JANSSEN ORTHO LLC__
was received by me on (date) __4/21/15__

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on (name of individual) __Amy McLaren__ , who is
designated by law to accept service of process on behalf of (name of organization) __The Corporation Trust Company @ 12:45PM__ on (date) __4/21/15__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__

I declare under penalty of perjury that this information is true.

Date: __4/21/15__

_____
Server's signature

__FRANK JOYCE - Process Server__
Printed name and title

__230 N. Market St, Wilmington DE 19801__
Server's address

Additional information regarding attempted service, etc: