UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      *     MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

                                             *     JUDGE ELDON E. FALLON

*********************************************

                                             *

*Ronald J. Leblanc and Grace LeBlanc v.*
*Janssen Research & Development LLC, et al.*      *

## JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, attorneys John J. Driscoll and Carmen S. Scott and, pursuant to the request of Plaintiffs, Ronald LeBlanc and Grace LeBlanc, move jointly for the withdrawal of Carmen S. Scott of Motley Rice, LLC and substitution of John J. Driscoll of The Driscoll Firm, PC. in place thereof.

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | THE DRISCOLL FIRM, P.C. |
| Address: | 211 North Broadway, 40th Floor |
| | St. Louis, MO 63102 |
| Telephone: | (314) 932-3232 |
| Facsimile: | (314) 932-3233 |
| E-mail: | john@thedriscollfirm.com |

_____
John J. Driscoll
The Driscoll Firm, PC
Date: 4-24-2015

_____
Carmen S. Scott
Motley Rice, LLC
Date: 4/22/15

**The above substitution of counsel is hereby approved and so ORDERED.**

_____
Judge

Date:_____