AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| KEITH OWENS, <br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceuticals Research and Developement, LLC, et al. <br> *Defendant(s)* | Civil Action No. 2:15-cv-1057 L (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Pharmaceuticals, Inc.
CT Corporation System
116 Pine Street, Suite 320
Harrisburg, PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Laura G. Lumaghi & William T. Dowd
Dowd & Dowd, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: Apr 03 2015

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-CV-1057 L (5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JANSSEN PHARMACEUTICALS, INC

was received by me on *(date)* 04/18/2015

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* BOB SERSCH (OPERATIONS MANAGER), who is designated by law to accept service of process on behalf of *(name of organization)* C T CORP SYSTEM/ REG AGT FOR JANSSEN PHARMACEUTICALS, INC on *(date)* 04/21/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 04/21/2015

*Server's signature*

KENNETH BROWNING - LPI
*Printed name and title*

THE BROWNING GROUP LLC
P O BOX 61273
HARRISBURG PA 17112
*Server's address*

Additional information regarding attempted service, etc:

BOB SERSCH W/M-50, 5'9" TALL, 210 LBS, BALD, GLASSES
TIME OF SERVE 10:10 AM ON 4/21/15