UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

* MDL NO. 2592

* SECTION L

* JUDGE ELDON E. FALLON

* MAG. JUDGE SHUSHAN

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

THIS DOCUMENT RELATES TO:  Danforth, 14-02939; Goodwin, 15-00508; McCoy, 15-00331; Marrs, 14-02937; Sokol, 14-02940, Williams, 15-00310; Yarnick, 15-00171.

## PLAINTIFFS' JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW Plaintiffs herein, and file this Plaintiffs' Joint Motion for Substitution of Counsel, and would respectfully show unto this Court as follows:

Plaintiffs request that attorneys Andrew Callahan, Ethan Flint and Jacob Flint, Flint & Associates, LLC, be granted leave to withdraw as counsel in the main MDL No. 2592 and in each member case associated with MDL No. 2592, including:  Danforth, 14-02939; Goodwin, 15-00508; McCoy, 15-00331; Marrs, 14-02937; Sokol, 14-02940, Williams, 15-00310; Yarnick, 15-00171.

Plaintiffs further request the substitution of attorney Derriel C. McCorvey, The Law Office of Derriel C. McCorvey, LLC, 115 W. Main St., Ste 14, Lafayette, LA 70501 in place of attorneys Andrew Callahan, Ethan Flint and Jacob Flint, Flint & Associates, LLC.

Attorney Derriel C. McCorvey has conferred with Andrew Callahan, Ethan Flint and Jacob Flint, who are not opposed to this Motion.

WHEREFORE, Plaintiffs respectfully request that Andrew Callahan, Ethan Flint and Jacob Flint, Flint & Associates, LLC, be granted leave to withdraw as counsel in the main MDL No.

2592 and in each member case associated with MDL No. 2592.  Plaintiffs further request that Attorney Derriel C. McCorvey of The Law Office of Derriel C. McCorvey, LLC be substituted.

DATED:  April 25, 2015

Respectfully submitted by,

**THE LAW OFFICE OF
DERRIEL C. McCORVEY, L.L.C.**

/s/ *Derriel C. McCorvey*
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
115 W. Main St. Suite 14
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
derriel@mccorveylaw.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 25th day of April, 2015 served a copy of the foregoing motion on all parties through the Court's CM/ECF system.