## UNITED STATES DISTRICT COURT OF THE
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592** |
|  | **SECTION: L** |
|  | **JUDGE ELDON E. FALLON** |
| THIS DOCUMENT RELATES TO: | **MAG. JUDGE NORTH** |
| Cook et al v Janssen Research & Development, LLC et al 2:15-cv-01346 |  |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Jessica R. Surber and Robert A. Young, of English, Lucas, Priest & Owsley, LLP, in the above captioned manner.

Dated: <u>April 27, 2015</u>         ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

               By:    /s/ Robert A. Young
                      Robert A. Young
                      English, Lucas, Priest & Owsley, LLP
                      1101 College St., P.O. Box 770
                      Bowling Green, KY 42102
                      Telephone:  270-781-6500
                      Facsimile:  270-782-7782
                      byoung@elpolaw.com

                      /s/ Jessica R. Surber
                      Jessica R. Surber
                      English, Lucas, Priest & Owsley, LLP
                      1101 College St., P.O. Box 770
                      Bowling Green, KY 42102
                      Telephone:  270-781-6500
                      Facsimile:  270-782-7782
                      jrsurber@elpolaw.com