# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Cook et al v Janssen Research & Development, LLC et al<br>2:15-cv-01346 | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Jessica R. Surber and Robert A. Young, of English, Lucas, Priest & Owsley, LLP, in the above captioned manner.

Dated: <u>April 27, 2015</u>          ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

                               By:    /s/ Robert A. Young
                                      Robert A. Young
                                      English, Lucas, Priest & Owsley, LLP
                                      1101 College St., P.O. Box 770
                                      Bowling Green, KY 42102
                                      Telephone:  270-781-6500
                                      Facsimile:  270-782-7782
                                      byoung@elpolaw.com

                                      /s/ Jessica R. Surber
                                      Jessica R. Surber
                                      English, Lucas, Priest & Owsley, LLP
                                      1101 College St., P.O. Box 770
                                      Bowling Green, KY 42102
                                      Telephone:  270-781-6500
                                      Facsimile:  270-782-7782
                                      jrsurber@elpolaw.com