UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | **:** MDL NO. 2592<br>**:**<br>**:** SECTION: L<br>**:** JUDGE ELDON E. FALLON<br>**:** MAG. JUDGE NORTH<br>**:** |
| THIS DOCUMENT RELATES TO:<br>Lewis et al v Janssen Research &<br>Development, LLC et al<br>2:15-cv-01351 | **:**<br>**:**<br>**:**<br>**:**<br>**:** |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Jessica R. Surber and Robert A. Young, of English,

Lucas, Priest & Owsley, LLP, in the above captioned manner.


Dated: <u>April 27, 2015</u>                 ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

                              By:     /s/ Robert A. Young
                                      Robert A. Young
                                      English, Lucas, Priest & Owsley, LLP
                                      1101 College St., P.O. Box 770
                                      Bowling Green, KY 42102
                                      Telephone:  270-781-6500
                                      Facsimile:  270-782-7782
                                      byoung@elpolaw.com

                                      /s/ Jessica R. Surber
                                      Jessica R. Surber
                                      English, Lucas, Priest & Owsley, LLP
                                      1101 College St., P.O. Box 770
                                      Bowling Green, KY 42102
                                      Telephone:  270-781-6500
                                      Facsimile:  270-782-7782
                                      jrsurber@elpolaw.com