# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | : MDL NO. 2592<br>:<br>: SECTION: L<br>: JUDGE ELDON E. FALLON<br>: MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Noblett v Janssen Research & Development, LLC et al<br>2:15-cv-01355 | :<br>:<br>:<br>:<br>: |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Jessica R. Surber and Robert A. Young, of English, Lucas, Priest & Owsley, LLP, in the above captioned manner.

Dated: <u>April 27, 2015</u>      ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

                        By:    /s/ Robert A. Young
                                Robert A. Young
                                English, Lucas, Priest & Owsley, LLP
                                1101 College St., P.O. Box 770
                                Bowling Green, KY 42102
                                Telephone:  270-781-6500
                                Facsimile:  270-782-7782
                                byoung@elpolaw.com

                                /s/ Jessica R. Surber
                                Jessica R. Surber
                                English, Lucas, Priest & Owsley, LLP
                                1101 College St., P.O. Box 770
                                Bowling Green, KY 42102
                                Telephone:  270-781-6500
                                Facsimile:  270-782-7782
                                jrsurber@elpolaw.com