# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Joseph M. Povilaitis v. Janssen Research & Development, LLC et. al.<br>2:15-cv-00533 | |

## NOTICE OF APPEARANCE

COME NOW Robert G. Methvin, Jr. of MCCALLUM, METHVIN & TERRELL, P.C., and enters his appearance for the Plaintiff in the above-referenced cause of action.

Dated: April 27, 2015

                                          Respectfully submitted,

                                          /s/Robert G. Methvin, Jr.
                                          Robert G. Methvin, Jr.
                                          McCallum, Methvin & Terrell, P.C.
                                          2201 Arlington Avenue South
                                          Birmingham, AL 35205
                                          Telephone: (205) 939-0199
                                          Facsimile : (205) 939-0399
                                          rgm@mmlaw.net