# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Joseph M. Povilaitis v. Janssen Research & Development, LLC et. al. <br> 2:15-cv-00533 | |

## NOTICE OF APPEARANCE

COME NOW Patrick C. Marshall of MCCALLUM, METHVIN & TERRELL, P.C., and enters his appearance for the Plaintiff in the above-referenced cause of action.

Dated: April 27, 2015

               Respectfully submitted,

               /s/Patrick C. Marshall
               Patrick C. Marshall
               McCallum, Methvin & Terrell, P.C.
               2201 Arlington Avenue South
               Birmingham, AL 35205
               Telephone: (205) 939-0199
               Facsimile : (205) 939-0399
               pmarshall@mmlaw.net