# THE COCHRAN FIRM

### DOTHAN, P.C.

111 EAST MAIN STREET • P.O. BOX 927 • DOTHAN, ALABAMA 36301
TELEPHONE: (334) 673-1555 • FAX: (334) 699-7229
WWW.COCHRANFIRM.COM • WWW.COCHRANFIRMDOTHAN.COM

April 28, 2015

Office of the Clerk
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana

  In Re:    Xarelto (Rivaroxaban) Products Liability Litigation   MDL No. 2592
Master Docket Case No. 2:14-md-02592

**This document applies to:**
*Pettus vs. Janssen Research & Development, LLC*, et al.
**Civil Action No.: 2:15-cv-00217-EEF-MBN**

Dear Sir:

    Please re-issue summonses on the complaint to the following:

1. Janssen Ortho, LLC
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE  19801

2. Janssen Research & Development LLC
   f/k/a Johnson & Johnson Pharmaceuticals
   One Johnson & Johnson Plaza
   New Brunswick, NJ  08933

                              Respectfully submitted,

                              /s/Joseph D. Lane
                              Joseph D. Lane (AL Bar ASB 9991 N75-J)
                              THE COCHRAN FIRM-DOTHAN
                              111 E. Main Street
                              Dothan, AL  36301
                              PH: (334) 673-1555
                              FX: (334) 699-7229
                              joelane@cochranfirm.com