OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

                          Date:    4/28/15

                          Ronald LeBlanc and Grace LeBlanc

                                    vs.

                          Janssen Research & Development LLC, et al

                          Case No.   MDL No. 2:14-md-02592

                                        2:15-cv-00132

Dear Sir:

    Please (issue) (re-issue) summons on the (complaint) (amended complaint) (___ amended complaint) (third party complaint)(other : _____ ) to the following:

1. (name) Janssen Research & Development, LLC
(address) Illinois Corporation Service Co.
        801 Adlai Stevenson Dr.
        Springfield, IL 62703

2. (name) Bayer Corporation
(address) Illinois Corporation Service Co.
        801 Adlai Stevenson Dr.
        Springfield, IL 62703

3. (name) Bayer Healthcare, LLC
(address) Illinois Corporation Service Co.
        801 Adlai Stevenson Dr.
        Springfield, IL 62703

4. (name) Janssen Pharmaceuticals, Inc.
(address) 208 S. LaSalle, Suite 814
        Chicago, IL 60604

5. (name) Janssen Ortho, LLC
(address) Corporation Trust Center
        1209 Orange Street

            Wilmington, DE 19801

6. (name)  Bayer Healthcare Pharmaceuticals, Inc.
(address)  SOP Department
            Corporation Service Company
            2711 Centerville Road, Suite 400
            Wilmington, DE 19808

7. (name)  Bayer Pharma AG
(address)  Attn: Eva Gardyan-Eisenlohr
            General Counsel
            Muellerstrasse 178
            13353 Berlin
            Germany

Very truly yours,

_/s/ John Driscoll_
"Signature"

Attorney for  Ronald & Grace LeBlanc
Address  The Driscoll Firm, PC
         221 N. Broadway, 40th Fl.
         St. Louis, MO 63102