AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Mary Dallman <br><br> *Plaintiff(s)* <br> v. <br> Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC et al <br><br> *Defendant(s)* | Civil Action No.  2:15-cv-00989 L(5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Healthcare Pharmaceuticals, Inc.
c/o Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   D. Todd Mathews
Gori Julian & Associates, PC
156 N. Main Street
Edwardsvillle, IL 62025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: __Mar 31 2015__

*Deputy clerk's signature*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-00989 L(5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  BAYER HEALTHCARE PHARMACEUTICALS, INC.
was received by me on *(date)*  04/16/2015 .

☐ I personally served the summons on the individual at *(place)*
_____  on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Ms. Paula Glaser, of Corporation Service Co. , who is
designated by law to accept service of process on behalf of *(name of organization)*  BAYER HEALTHCARE,
PHARMACEUTICALS, INC. at 320 Somerulos St., BR, LA  on *(date)*  04/17/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:   04/17/2015                          _____
                                                *Server's signature*

                                            Tom Cassisa, Process Server
                                                *Printed name and title*

                                            CAPITAL PROCESS SERVICE
                                            5916 South Shore Dr., Baton Rouge, LA 70817
                                            225-756-2537  www.BatonRougeProcessServer.com
                                                *Server's address*

Additional information regarding attempted service, etc: