AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Mary Dallman<br><br>*Plaintiff(s)*<br>v.<br>Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC et al<br><br>*Defendant(s)* | Civil Action No. 2:15-cv-00989 L(5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research & Development LLC
c/o CT Corporation
116 Pine St., Suite 320
Harrisburg, PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   D. Todd Mathews
Gori Julian & Associates, PC
156 N. Main Street
Edwardsvillle, IL 62025

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: __Mar 31 2015__

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-00989 L(5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JANSSEN RESEARCH + DEVELOPMENT LLC
was received by me on *(date)* 4-17-15 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* BOB SELSCH  AUTHORIZED AGENT , who is
designated by law to accept service of process on behalf of *(name of organization)* CT CORP REGISTERED AGENT JANSSEN RESEARCH + DEVELOPMENT on *(date)* 4-17-15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4-17-15

*Server's signature*

Richard Kesitzen / Process Server
*Printed name and title*

ASSOCIATED SERVICES
P O BOX 5437
HARRISBURG PA 17110

Additional information regarding attempted service, etc: