# THE COCHRAN FIRM
### DOTHAN, P.C.

111 EAST MAIN STREET • P.O. BOX 927 • DOTHAN, ALABAMA 36301
TELEPHONE: (334) 673-1555 • FAX: (334) 699-7229
WWW.COCHRANFIRM.COM • WWW.COCHRANFIRMDOTHAN.COM

April 29, 2015

Office of the Clerk
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana

  In Re:     Xarelto (Rivaroxaban) Products Liability Litigation   MDL No. 2592
               Master Docket Case No. 2:14-md-02592

               **This document applies to:**
               *Robert Jones vs. Janssen Research & Development, LLC*, et al.
               Civil Action No.: 2:15-cv-00252-EEF-MBN

Dear Sir:

     Please re-issue summonses on the complaint to the following:

1. Janssen Ortho, LLC
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE  19801

2. Bayer Healthcare Pharmaceuticals, Inc.
   SOP Dept.
   Corporation Service Company, Suite 400
   2711 Centerville Rd.
   Wilmington, DE  19808

3. Bayer Pharma AG
   Attention:  Eva Gardyan-Eisenlohr, General Counsel
   Muellerstrasse 178
   13353 Berlin
   Germany

ATLANTA • LAS VEGAS • LOS ANGELES • MEMPHIS • MIAMI • NEW ORLEANS • NEW YORK • WASHINGTON, D.C.

    Respectfully submitted,


    /s/Joseph D. Lane
    Joseph D. Lane (AL Bar ASB 9991 N75-J)
    THE COCHRAN FIRM-DOTHAN
    111 E. Main Street
    Dothan, AL  36301
    PH: (334) 673-1555
    FX: (334) 699-7229
    joelane@cochranfirm.com
    Attorney for Plaintiff