UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO ALL CASES

## PRETRIAL ORDER #7A

The Court hereby appoints Michael Weinkowitz, Daniel Gallucci, and Gibson Vance to serve on the State Liaison Committee.

New Orleans, Louisiana this 24th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE