UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

* MDL NO. 2592

* SECTION L

* JUDGE ELDON E. FALLON

* MAG. JUDGE NORTH

******************************************************************************

THIS DOCUMENT RELATES TO:  Danforth, 14-02939; Goodwin, 15-00508; McCoy, 15-00331; Marrs, 14-02937; Sokol, 14-02940, Williams, 15-00310; Yarnick, 15-00171.

-------------------------------------------------------------------------------------------------------------------

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that Andrew Callahan, Ethan Flint and Jacob Flint, Flint & Associates, LLC, are withdrawn as Plaintiff's attorneys of record.

**IT IS FURTHERED ORDERED** that Derriel C. McCorvey is enrolled as Plaintiff's sole attorney of record herein.

DONE AND SIGNED this   29th   day of         April         , 2015, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**