UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARLETO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Donald K. Turner, et al.. v. Janssen Research & Development, LLC ED. La No 15-0336 | MAGISTRATE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

MARY R. BOUCHON

who, after being first duly sworn, did depose and state:

That she is an employee of counsel for plaintiff in the above-captioned matter; that on April 7, 2015, she deposited in the United States Mail, postage prepaid, a certified copy of the Summons and Complaint for Damages in the above matter, properly addressed, to defendant, Janssen Ortho, LLC, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and Complaint for Damages have been received, that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 29TH
DAY OF April, 2015.

_____
NOTARY PUBLIC

_____
MARY R. BOUCHON

M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 33228
My commission is issued for life.



Case 2:12-cv-02592-EEF-MBN  Document 839  Filed 04/29/15

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 9214 7969 0099 9790 2000 0143 39 | A. Signature *Amy McLaren*  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery APR 1 3 2015 |

| 1. Article Addressed to: | D. Is delivery address different from item 1? ☐ Yes   If YES enter delivery address below: ☐ No |
|---|---|
| Janssen Ortho, LLC<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801 | |
| | 3. Service Type   ☒ Certified |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |

PS Form 3811                    **Domestic Return Receipt**