UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARLETO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Donald K. Turner, et al., v. Janssen Research & Development, LLC ED. La No 15-0336 | MAGISTRATE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

MARY R. BOUCHON

who, after being first duly sworn, did depose and state:

That she is an employee of counsel for plaintiff in the above-captioned matter; that on April 7, 2015, she deposited in the United States Mail, postage prepaid, a certified copy of the Summons and Complaint for Damages in the above matter, properly addressed, to defendant, Bayer Healthcare Pharmaceuticals, Inc., requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and Complaint for Damages have been received, that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 29th
DAY OF April, 2015.

_____
NOTARY PUBLIC

_____
MARY R. BOUCHON

M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 33228
My commission is issued for life



# U.S. Postal Service™
# CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

9214 7969 0099 9790 2000 0143 46

| | |
|---|---|
| Postage | $2.45 |
| Certified Fee | $3.30 |
| Return Receipt Fee (Endorsement Required) | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $8.45 |

Postmark APR 7 2015 USPS-MOWS N.O. LA 70113

Sent To: Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Street, Apt. No.; or PO Box No.: Corporation Service Company, Ste. 400
2711 Centerville Rd.
City, State, Zip+4: Wilmington, DE 19808

PS Form 3800, August 2006           See Reverse for Instructions

**2. Article Number**

9214 7969 0099 9790 2000 0143 46

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Sheila Wil____   ☐ Agent  ☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below: ☐ No

1. Article Addressed to:

Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company, Ste. 400
2711 Centerville Rd.
Wilmington, DE 19808

3. Service Type   ☒ Certified

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

PS Form 3811                    **Domestic Return Receipt**