UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARLETO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Donald K. Turner, et al.. v. Janssen Research & Development, LLC ED. La No 15-0336 | MAGISTRATE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**MARY R. BOUCHON**

who, after being first duly sworn, did depose and state:

That she is an employee of counsel for plaintiff in the above-captioned matter; that on April 7, 2015, she deposited in the United States Mail, postage prepaid, a certified copy of the Summons and Complaint for Damages in the above matter, properly addressed, to defendant, Janssen Pharmaceuticals, Inc., requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and Complaint for Damages have been received, that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 29TH
DAY OF _April_, 2015.

_____
NOTARY PUBLIC

_____
MARY R. BOUCHON

M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 33228
My commission is issued for life.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

9214 7969 0099 9790 2000 0143 22

| | | |
|---|---|---|
| Postage | | |
| Certified Fee | $2.45 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $3.30 | |
| Restricted Delivery Fee (Endorsement Required) | $2.70 | |
| Total Postage & Fees | $ $0.00 | |
| | $8.45 | |

*Sent To*
Janssen Pharmaceuticals, Inc.
CT Corporation System
*Street, Apt. No.;*
116 Pine St., Ste. 320
*or PO Box No.*
Harrisburg, PA 17101
*City, State, Zip+4*

S Form 3800, August 2006    for Instructions

Postmark: USPS - MOW N.O. LA 70113-9610 APR 7 2015

**2. Article Number**

9214 7969 0099 9790 2000 0143 22

**1. Article Addressed to:**

Janssen Pharmaceuticals, Inc.
CT Corporation System
116 Pine St., Ste. 320
Harrisburg, PA 17101

HARRISBURG
APR 14 2015

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☒ Agent
              ☐ Addressee

B. Received by (*Printed Name*) | C. Date of Delivery
APR 13 2015

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below:     ☐ No

3. Service Type    ☒ Certified

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

PS Form 3811                    **Domestic Return Receipt**