UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARLETO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: *Donald K. Turner, et al.. v. Janssen Research & Development, LLC* ED. La No 15-0336 | MAGISTRATE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

### MARY R. BOUCHON

who, after being first duly sworn, did depose and state:

That she is an employee of counsel for plaintiff in the above-captioned matter; that on April 7, 2015, she deposited in the United States Mail, postage prepaid, a certified copy of the Summons and Complaint for Damages in the above matter, properly addressed, to defendant, Janssen Research & Development, LLC f/k/a Johnson and Johnson Research & Development, LLC, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and Complaint for Damages have been received, that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 29th
DAY OF April, 2015.

_____
NOTARY PUBLIC

MARY R. BOUCHON

M. Palmer Lambert
NOTARY PUBLIC
State of Louisiana
LA Bar No. 33228
My commission is issued for life.



**U.S. Postal Service**™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

9214 7969 0099 9990 2000 0141 17

| | |
|---|---|
| Postage | $ |
| | $2.45 |
| Certified Fee | |
| | $3.30 |
| Return Receipt Fee (Endorsement Required) | |
| | $2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| | $0.00 |
| Total Postage & Fees | $ $8.45 |

Postmark Here
USPS - MOWS
APR 7 20
N.O. LA 70113 9610

Sent To: Janssen Research & Development, LLC
f/k/a Johnson and Johnson Pharmaceutical
Research and Development, LLC
Street, Apt. No.; One Johnson & Johnson Plaza
or PO Box No. New Bruswick, NJ 08933
City, State, Zip+4

PS Form 3800, August 2006          See Reverse for Instructions

**2. Article Number**

9214 7969 0099 9790 2000 0141 17

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

1. Article Addressed to:

Janssen Research & Development, LLC
f/k/a Johnson and Johnson Pharmaceutical
Research and Development, LLC
One Johnson & Johnson Plaza
New Bruswick, NJ 08933

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

*NEW BRUNSWICK POST OFFICE APR 13 2015 08901*

3. Service Type   ☒ Certified

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811                   **Domestic Return Receipt**