# THE COCHRAN FIRM
### DOTHAN, P.C.

111 EAST MAIN STREET • P.O. BOX 927 • DOTHAN, ALABAMA 36301
TELEPHONE: (334) 673-1555 • FAX: (334) 699-7229
WWW.COCHRANFIRM.COM • WWW.COCHRANFIRMDOTHAN.COM

April 29, 2015

Office of the Clerk
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana

 In Re: Xarelto (Rivaroxaban) Products Liability Litigation   MDL No. 2592
    Master Docket Case No. 2:14-md-02592

    **This document applies to:**
    *Major Porterfield vs. Janssen Research & Development, LLC*, et al.
    Civil Action No.: 2:15-cv-00253-EEF-MBN

Dear Sir:

 Please re-issue summonses on the complaint to the following:

1. Janssen Ortho, LLC
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE  19801

2. Janssen Pharmaceuticals, Inc.
   CT Corporation System
   116 Pine Street, Suite 320
   Harrisburg, PA  17101

3. Bayer Healthcare Pharmaceuticals, Inc.
   SOP Dept.
   Corporation Service Company, Suite 400
   2711 Centerville Rd.
   Wilmington, DE  19808

4. Bayer Pharma AG
   Attention:  Eva Gardyan-Eisenlohr, General Counsel
   Muellerstrasse 178
   13353 Berlin
   Germany

Respectfully submitted,

/s/Joseph D. Lane
Joseph D. Lane (AL Bar ASB 9991 N75-J)
THE COCHRAN FIRM-DOTHAN
111 E. Main Street
Dothan, AL  36301
PH: (334) 673-1555
FX: (334) 699-7229
joelane@cochranfirm.com
Attorney for Plaintiff