# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>HOWARD PETTUS, and wife ELIZABETH A. PETTUS,<br><br>   Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; et al.<br><br>   Defendants. | Civil Action No.: 2:15-cv-00217-EEF-MBN |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT:**

  Kindly enter the appearance of Joseph D. Lane, as additional Counsel of Record in the above-captioned matter.

              Respectfully submitted,

              /s/Joseph D. Lane
              Joseph D. Lane (AL Bar ASB 9991 N75-J)
              THE COCHRAN FIRM-DOTHAN
              111 E. Main Street
              Dothan, AL  36301
              PH: (334) 673-1555
              FX: (334) 699-7229
              joelane@cochranfirm.com
              Attorney for Plaintiff