# THE COCHRAN FIRM
### D O T H A N ,   P . C .

111 EAST MAIN STREET • P.O. BOX 927 • DOTHAN, ALABAMA 36301
TELEPHONE: (334) 673-1555 • FAX: (334) 699-7229
WWW.COCHRANFIRM.COM • WWW.COCHRANFIRMDOTHAN.COM

April 29, 2015

Office of the Clerk
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana

  In Re:      Xarelto (Rivaroxaban) Products Liability Litigation   MDL No. 2592
                 Master Docket Case No. 2:14-md-02592

                 This document applies to:
                 *Larry Conner vs. Janssen Research & Development, LLC*, et al.
                 Civil Action No.: 2:15-cv-00254-EEF-MBN

Dear Sir:

      Please re-issue summonses on the complaint to the following:

1. Janssen Ortho, LLC
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE  19801

2. Janssen Research & Development LLC
   f/k/a Johnson & Johnson Pharmaceuticals
   One Johnson & Johnson Plaza
   New Brunswick, NJ  08933

3. Bayer Healthcare Pharmaceuticals, Inc.
   SOP Dept.
   Corporation Service Company, Suite 400
   2711 Centerville Rd.
   Wilmington, DE  19808

4. Bayer Pharma AG
   Attention:  Eva Gardyan-Eisenlohr, General Counsel
   Muellerstrasse 178
   13353 Berlin
   Germany

Respectfully submitted,

/s/Joseph D. Lane
Joseph D. Lane (AL Bar ASB 9991 N75-J)
THE COCHRAN FIRM-DOTHAN
111 E. Main Street
Dothan, AL 36301
PH: (334) 673-1555
FX: (334) 699-7229
joelane@cochranfirm.com
Attorney for Plaintiff