AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| MARY LOUISE ADOLPH and GERALD ADOLPH <br><br> *Plaintiff(s)* <br> v. <br> JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, JANSSEN ORTHO, LLC, JA <br> *Defendant(s)* | Civil Action No. 15-1203 L (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutical, Inc., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.
Through agent for service CT Corporation
116 Pine St., Ste. 320
Harrisburg, PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Morris Bart, Mekel Alvarez,
Morris Bart, LLC 909 Poydras St., Ste. 2000, New Orleans, LA, 70112
Telephone: 504-599-3385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 16 2015

William W. Blevins
Name of clerk of court

_____
Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Janssen Pharmaceuticals, Inc.__
was received by me on *(date)* __4/22/15__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* __Via Certified Mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4/27/15__

_____
Server's signature

__Vlain VanBolden__  __Assistant__
Printed name and title

__909 Poydras St. Ste 2000, New Orleans, La 70112__
Server's address

Additional information regarding attempted service, etc:

Mary Louise Adolph and Gerald Adolph
MDL 2592, No. 15-1203
Janssen Pharmaceuticals

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JANSSEN PHARM.
   C/O CT CORP
   116 PINE ST., STE. 320
   HARRISBURG, PA 17101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   APR 22 2015

3. Service Type
   ☑ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7014 2120 0004 4295 0764

PS Form 3811, July 2013    Domestic Return Receipt

Sent To: Janssen Pharm.
Street & Apt. No., or PO Box No.
City, State, ZIP+4   4/6/15

PS Form 3800, July 2014    See Reverse for Instructions