AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| MARY LOUISE ADOLPH and GERALD ADOLPH <br><br> *Plaintiff(s)* <br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND <br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 15-1203 L (5) ) ) ) ) ) ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
  Janssen Research & Development, LLC, f/k/a Johnson and Johnson Pharmaceutical
  Research and Development, LLC
  Through agent for service CT Corporation
  116 Pine St., Ste. 320
  Harrisburg, PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mekel Alvarez, Morris Bart, (T.A.)
  Morris Bart, LLC 909 Poydras Street, 20th Floor New Orleans, LA 70112
  Telephone: 504-599-3385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: Apr 16 2015          *Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Janssen Research and Development, LLC__
was received by me on *(date)* __4/22/15__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* __Via Certified Mail__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4/27/15__

_____
*Server's signature*

__Vlain vanBolden____Assistant__
*Printed name and title*

__909 Poydras St. Ste 2000 New Orleans, La. 70112__
*Server's address*

Additional information regarding attempted service, etc:

Mary Louise Adolph and Gerald Adolph
MDL 2592, No. 15-1203
Janssen Research & Development

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JANSSEN R&D, LLC
   C/O CT CORP.
   116 PINE ST., STE. 320
   HARRISBURG, PA 17107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent / ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   APR 22 2015

3. Service Type
   ☑ Certified Mail®   ☐ Priority Mail Express™
   ☑ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7014 2120 0004 4295 0740

PS Form 3811, July 2013   Domestic Return Receipt

---

Sent To: Janssen R&D
Street & Apt. No., or PO Box No.: Adolph
City, State, ZIP+4: 4/16/15

PS Form 3800, July 2014   See Reverse for Instructions