UNITED STATE DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION

MDL No. 14-2592

Taggart v. Janssen Research & Development
Case No: 2:14-CV-02944

**SUMMONS IN A CIVIL ACTION**

TO:   JANSSEN PHARMACEUTICALS, INC.
      f/k/a Janssen Pharmaceutica Inc., f/k/a Ortho-McNeil
      Janssen Pharmaceuticals Inc.
      CT Corporation System
      116 Pine Street, Suite 320
      Harrisburg, PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Will Kemp, Esq.
> KEMP, JONES & COULTHARD, LLP
> 3800 Howard Hughes Parkway, 17th Floor
> Las Vegas, Nevada 89169

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:_____       _____

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com