

*Robert C. Hilliard
 Jacobo G. Muñoz
 Catherine D. Tobin
*Rudy Gonzales, Jr.
 John B. Martinez
*T. Christopher Pinedo
 Gonzalo Joseph Barrientos

**Hilliard Muñoz Gonzales** LLP
719 S. SHORELINE, SUITE 500
CORPUS CHRISTI, TEXAS 78401
BUS: (361) 882-1612  FAX: (361) 882-3015
TOLL: 800-334-3298
www.hmglawfirm.com

*Associates*
Marion M. Reilly
Neely Balko
Todd A. Hunter, Jr.
Kimberly Wilson
Austin L. Webber
Emily N. Hilliard
*Alyssa K. Chaplin
 José Luis Muñoz

*Of Counsel*
Juan Reyna

April 2, 2015

**CMRRR 7014 2870 0000 1830 2018**
Bayer Healthcare LLC
Corporation Service Company
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

**CMRRR 7014 2870 0000 1830 2001**
Johnson and Johnson CO.
One Johnson and Johnson Plaza
Corporation Trust Center
New Brunswick, NJ 08933

**CMRRR 7014 0510 0002 3794 3709**
Janssen Ortho LLC
c/o The Corporation Trust Co.
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**CMRRR 7014 0510 0002 3794 3693**
Janssen Pharmaceuticals, Inc.
f/k/a Janssen Pharmaceutica Inc.
f/k/a Ortho-McNeil Janssen
Pharmaceuticals, Inc.
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

**CMRRR 7014 2870 0000 1830 1974**
Bayer Corporation
Corporation Service Company
c/o Corporation Service Company
2595 Interstate Drive, Suite 103
Harrisburg, PA 17110

**CMRRR 7014 2870 0000 1830 1998**
Janssen Research & Development, LLC
f/k/a Johnson and Johnson
Pharmaceutical Research and
Development LLC
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

**CMRRR 7014 2870 0000 1830 1981**
Bayer Healthcare
Pharmaceuticals, Inc
Sop Department
Corporation Service Co. Suite 400
2711 Centerville Road
Wilmington, DE 19808

**CMRRR 7014 2870 0000 1830 1967**
Bayer Pharma AG
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

* Mr. Hilliard is Board Certified in Personal Injury Trial Law and Civil Trial Law by the Texas Board of Legal Specialization
* Mr. Gonzales is Board Certified in Personal Injury Trial Law by the Texas Board of Legal Specialization
*Mr. Pinedo is licensed to practice law in Texas, Arizona, and California
*Ms. Chaplin is licensed to practice in Massachusetts

April 2, 2015
Page 2

Re: Cause No. 3:15-cv-00702-JLS-DHB; *Humbelina Guerra individually and as a personal representative of the Estate of Alejandro Guerra, deceased and on behalf of all persons entitled to recover under the Texas Wrongful Death for the wrongful death of Alejandro Guerra and Alejandro Guerra, Jr. vs. Janssen Research and Development, LLC, et* al; USDC California.

Dear Agent:

Please find attached hereto:

1. Notice of Related Action
    a. Citation
    b. Copy of original Complaint/Docket

If you have any questions please do not hesitate to call.

Sincerely,

Chelsey Gandy
Legal Secretary

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

See Attachment

*Plaintiff*

V.

See Attachment

*Defendant*

Civil Action No. 15CV0702-JLS-DHB

## SUMMONS IN A CIVIL ACTION

To: (   Janssen Research & Development, LLC
f/ka Johnson and Johnson
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

T. Christopher Pinedo
719 S. Shoreline Blvd, Ste. 500
Corpus Christi, TX 78260

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:  3/31/15

John Morrill
*CLERK OF COURT*
S/                    D. Sutton
*Signature of Clerk or Deputy Clerk*

**Civil Action No.** 15CV0702-JLS-DHB　　　　　Date Issued:　3/31/15

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Server's Signature*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Printed name and title*

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　*Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOUL BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 15CV0702-JLS-DHB

Plaintiffs:

Humbelina Guerra, individually and as personal representative of the Estate of Alejandro Guerra, deceased, and on behalf of all persons entitled to recover under the Texas Wrongful Death for the death of Alejandro Guerra and Alejandro Guerra, Jr.,

v.

Defendants:

Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; Johnson & Johnson Company; Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica Inc., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Bayer Corporation; Bayer Healthcare LLC; and Bayer Healthcare Pharmaceuticals Inc.; Bayer Pharma AG

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Janssen Research & Development
Street & Apt. No., or PO Box No.
City, State, ZIP+4

See Reverse for Instructions
PS Form 3800, July 2014

7014 2870 0000 1830 1998

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Janssen Research & Development, LLC
f/ka Johnson and Johnson
CT Corporation System
116 Pine Street, Suite 320m
Harrisburg, PA 17101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ L. omc_____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

HARRISBURG 17110 USPS APR -6 2015

Service Type
☒ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7014 2870 0000 1830 1998

PS Form 3811, July 2013    Domestic Return Receipt