# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** : : : : ****************************************** : : **THIS DOCUMENT RELATES TO:** : : CINDY NUNLEY the administratrix for and : on behalf of the heirs of the ESTATE of : ELVA L. SCOTT, : : Plaintiffs, : : v. : : JANSSEN RESEARCH & : DEVELOPMENT LLC, *et al.,* : : Defendants. : | **MDL NO. 2592** SECTION: L JUDGE FALLON MAG. JUDGE NORTH Civil Case No. 2:15-cv-00925-EEF-MBN |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Please take notice that Brian H. Barr hereby enters his appearance as counsel for Plaintiff, Cindy Nunley.

    Please serve a copy of all notices, correspondence or orders for this case to Brian H. Barr, Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A., 316 S. Baylen Street, Suite 600, Pensacola, FL 32502, bbarr@levinlaw.com.

DATED: May 1, 2015

LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR,
P.A.

By: s/Brian H. Barr
 Brian H. Barr (FL Bar 493041)
 316 South Baylen Street, Suite 600
 Pensacola, Florida 32502
 (850) 435-7059
 (850) 435-7020 (Fax)
 bbarr@levinlaw.com

 Attorney for the Plaintiff