AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Donald Durham,<br>*Plaintiff(s)*<br>v.<br>Janssen Research & Development, LLC, et al.,<br>*Defendant(s)* | Civil Action No. 15-999 L (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Healthcare, LLC
c/o Corporation Service Company
2908 Poston Avenue
Nashville, Tennessee 37203-1312

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Mr. David B. Byrne, III
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, AL 36103-4160

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 01 2015

William W. Blevins
Name of clerk of court

Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the Summons on 4/13/2015 via Certified Mail on Corporation Service Company,
who is designated by law to accept service of process on behalf of Bayer Healthcare, LLC.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/1/2015         s/David B. Byrne, III
                      *Server's signature*

                      David B. Byrne, III, Principal/Attorney
                      *Printed name and title*

                      Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
                      218 Commerce Street
                      Montgomery, Alabama 36104-2540
                      *Server's address*

Additional information regarding attempted service, etc:

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *C Mayle*  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery |
| 1. Article Addressed to:<br><br>**Bayer Healthcare, LLC**<br>**c/o Corporation Service Company**<br>**2908 Poston Avenue**<br>**Nashville, TN 37203-1312** | D. Is delivery address different from item 1? ☑ Yes<br>    If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>   ☐ Certified Mail®   ☐ Priority Mail Express™<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ Collect on Delivery<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7013 2630 0000 0295 2279 |

PS Form **3811**, July 2013                Domestic Return Receipt