AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.

2:15-CV-00132 L (5)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   JANSSEN ORTHO LLC

was received by me on *(date)*   May 1, 2015

❒ I personally served the summons on the individual at *(place)*

_____  on *(date)* _____ , or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   AMY MCLAREN (AUTHORIZED PERSON)   , who is

designated by law to accept service of process on behalf of *(name of organization)* JANSSEN ORTHO LLC

C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE 19801  (REGISTERED AGENT)   on *(date)* May 1, 2015   _____

❒ I returned the summons unexecuted because _____ , or

❒ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  May 1, 2015   _____        _____
                                                                  *Server's signature*

                               DENORRIS BRITT
                               _____
                                                *Printed name and title*

                               BRANDYWINE PROCESS SERVERS, LTD
                               PO BOX 1360 WILMINGTON, DE 19899
                               800-952-2288
                               _____
                                                *Server's address*

Additional information regarding attempted service, etc:

SWORN TO ON 5/1/2015

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 4, 2016

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Ronald LeBlanc and Grace LeBlanc | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 2:15-cv-00132 L (5) |
| Janssen Research & Development LLC, et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Janssen Ortho, LLC
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John J. Driscoll
The Driscoll Firm, PC
221 N. Broadway, 40th Floor
St. Louis, MO 63102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
_Name of clerk of court_

Date: ___Apr 28 2015___

_Deputy clerk's signature_