UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NANCY COBB,<br><br>      Plaintiff,<br><br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>      Defendants. | **Civil Action No.: 2:15-cv-00621**<br><br>**NOTICE OF APPEARANCE** |

To:  The clerk of court and all parties of record

   Please take notice that the undersigned appears as counsel for the Plaintiff in connection with the above related matter and requests that copies of all pleadings, notices, orders and all other filings be served upon him/her.


Dated: 05/04/2015               BARTIMUS, FRICKLETON, ROBERTSON& GOZA
                                /s/ Bradley Honnold    MO #39818
                                /s/ Michelle Marvel    MO #59815
                                11150 Overbrook Road, Suite 250
                                Leawood, KS 66211
                                (913) 266-2300
                                (913) 266-2366 Facsimile
                                bhonnold@bflawfirm.com
                                mmarvel@bflawfirm.com