UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION l<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>BOBBY H. GERALD<br>      Plaintiff<br>versus<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC. f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al<br>      Defendants | CIVIL ACTION NO. 15-610-EEF-MBN<br><br><br><br><br>NOTICE OF APPEARANCE |

TO: The Clerk of Court and All Parties of Record

    Please take notice that the undersigned appears as counsel for the Plaintiff in connection with the above related matter and requests that copies of all pleadings, notices, orders, and all other filings be served upon him.

Dated: May 4, 2015        THE PENTON LAW FIRM
                                    209 HOPPEN PLACE
                                    BOGALUSA, LOUISIANA  70427
                                    PHONE:    (985) 732-5651
                                    FACSIMILE: (985) 735-5579
                                    E-MAIL:    fedcourtmail@rgplaw.com

                                    /s/ Ronnie G. Penton
                                    Ronnie G. Penton
                                    Counsel for Plaintiff, Bobby H. Gerald
                                    Louisiana Bar Roll Number 10462

2

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2015, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Ronnie G. Penton
Ronnie G. Penton