UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

### ENTRY OF APPEARANCE

COMES NOW, Daniel J. Carr of Peiffer Rosca Wolf Abdullah Carr & Kane, APLC, and enters his appearance on behalf of Plaintiffs in the following actions, which have been transferred to this Court as part of the above-captioned Multi-District Litigation:

**PARTIES REPRESENTED:**

Plaintiff, Michael Mulroney

Plaintiff, Stephen Guldan, Jr.

Plaintiff, Jean Fippin

Plaintiff, Ruth Wall

**CASES:**

*Mulroney v. Janssen Research & Development LLC, et al.*: Case No. 14:cv-2856-EEF-MBN.

*Guldan v. Janssen Research & Development LLC, et al.*: Case No. 15:cv-1288- EEF-MBN.

*Fippin v. Janssen Research & Development LLC, et al.*: Case No. 15:cv-923- EEF-MBN.

*Wall v. Janssen Research & Development LLC, et al.*: Case No. 15:cv-1287- EEF-MBN.

                                                    **Respectfully submitted,**

Dated: May 6, 2015                        By:   /s/ Daniel J. Carr

                                                    Joseph C. Peiffer, La. Bar # 26459
                                                    Daniel J. Carr, La. Bar # 31088
                                                    PEIFFER ROSCA WOLF
                                                    ABDULLAH CARR & KANE
                                                    A Professional Law Corporation
                                                    201 St. Charles Avenue, Suite 4610
                                                    New Orleans, Louisiana  70170-4600
                                                    Telephone:  (504) 523-2434
                                                    Facsimile:  (504) 523-2464
                                                    Email: dcarr@prwlegal.com
                                                    Attorneys for Plaintiffs


**CERTIFICATE OF SERVICE**

      I hereby certify that on May 6, 2015, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

                                                                /s/ Daniel J. Carr