**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION L |
| This document relates to: | * <br> * JUDGE ELDON E. FALLON |
| *GILBERT NORTON v. Bayer Healthcare LLC, et al.,* <br> Civil Action No. 15-cv-00241 | * <br> * <br> * MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Gilbert Norton, and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants.

Dated:  May 6, 2015

**MOLL LAW GROUP, LTD.**

By*:*  /s/Kenneth B. Moll
Kenneth B. Moll (IL. Bar No. 6199874)
**MOLL LAW GROUP, LTD.**
401 N Michigan Avenue
12th Floor
Chicago, IL 60611
Telephone: 312.462.1700
Facsimile:  312.756.0045
kmoll@molllawgroup.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592<br>*<br>* SECTION L |
| This document relates to: | *<br>* JUDGE ELDON E. FALLON |
| *GILBERT NORTON v. Bayer Healthcare LLC, et al.,*<br>Civil Action No. 15-cv-00241 | *<br>*<br>* MAG. JUDGE NORTH |

*********************************************************************

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice of Voluntary Dismissal Pursuant To F.R.C.P. 41(a)(1)(A)(i)** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participates registered to receive service in this MDL.

                                                /s/Kenneth B. Moll
                                                Kenneth B. Moll