**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § § § § § | **MDL NO. 2592** |
| | | **SECTION L** |
| | | **JUDGE ELDON E. FALLON** |
| _____ | § § | **MAG. JUDGE SHUSHAN** |
| **THIS DOCUMENT RELATES TO:** | § § § | |
| *ANA L. RIVERA, et al. vs. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.* | § § § | **Cause No. 2:14cv-02998-EEF-MBN** |

**AGREED MOTION TO DISMISS WITHOUT PREJUDICE AS TO**
**DEFENDANT DR. JOSE A VAZQUEZ, MD. ONLY**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs Ana L. Rivera, Individually and as Representative of the Estate of Sofia C. Garcia, deceased; and Edna C. Gonzalez, Maria N. Gonzalez, and Maria Y. Salinas, Individually, ("Plaintiffs" hereinafter), and Defendant Dr. Jose L. Vazquez, MD, moves this Court for an order dismissing this case against Defendant Dr. Jose A. Vazquez, MD without prejudice, and in support thereof would show:

Plaintiffs no longer desire to prosecute their suit against Defendant Dr. Jose A. Vazquez, MD, and ask that all pending claims against this Defendant only be dismissed without prejudice.

WHEREFORE, Plaintiffs, Ana L. Rivera, Individually and as Representative of the Estate of Sofia C. Garcia, deceased; and Edna C. Gonzalez, Maria N. Gonzalez, and Maria Y. Salinas, Individually, request this Court enter an order dismissing this suit without prejudice against Defendant Dr. Jose A. Vazquez, MD, and that each party will bear its own costs incurred.

Dated: May 8, 2015                    **WATTS GUERRA LLP**

BY: _____
Ryan L. Thompson
Texas Bar No. 24046969
4 Dominion Drive, Bldg. 3, Ste. 100
San Antonio, Texas 78257
(210) 447-0500 (phone)
(210) 447-0501 (fax)
*Attorney for Plaintiffs*

**GONZALEZ CASTILLO, LLP**

BY: ____/s/ Edward J. Castillo_____
Edward J. Castillo
Texas Bar No. 240606580
1317 E. Quebec Avenue
McAllen, Texas  78503
(956) 618-0115
(956) 618-0445
*Attorney for Defendant Dr. Jose A. Vazquez, MD*

**CERTIFICATION OF CONFERENCE**

I, Ryan L. Thompson, declare under penalty of perjury and pursuant to the laws of Texas and the United States that I have in my possession e-mail correspondence from defense counsel, Edward J. Castillo, dated May 8, 2015 that the content of this Joint Motion and Stipulation is acceptable to all persons required to sign it.

__ s/ Ryan L. Thompson_____
Ryan L. Thompson

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 8th day May, 2015.

_____
Ryan L. Thompson