# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § § § § § § § § § § § | MDL NO. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: | | |
| *ANA L. RIVERA, et al. vs. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.* | | Cause No. 2:14cv-02998-EEF-MBN |

## [PROPOSED] ORDER GRANTING AGREED MOTION TO DISMISS WITHOUT PREJUDICE AS TO DEFENDANT DR. JOSE A VAZQUEZ, MD ONLY

On the _____ day of _____, 2015, Ana L. Rivera, Individually and as Representative of the Estate of Sofia C. Garcia, deceased; and Edna C. Gonzalez, Maria N. Gonzalez, and Maria Y. Salinas, Individually, Agreed Motion to Dismiss Without Prejudice as to Defendant Dr. Jose A. Vazquez, MD was considered by the Court.  The Court, having reviewed the Motion, is of the opinion that is should be **GRANTED**.

It is therefore **ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss Without Prejudice is **GRANTED**, and all of the Plaintiff's claims and causes of action against Defendant Dr. Jose A. Vazquez, MD only, in the above-styled and numbered action are hereby dismissed in their entirety without prejudice.  Each side shall bear their own costs and attorney fees.

SIGNED AND ENTERED this _____ day of _____, 2015.

_____
JUDGE PRESIDING