UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Belinda Logsdon, Individually, and as The Executrix of the Estate of Estell T. Rickard, Deceased**  Plaintiff, | } } } } } |
| v | } Civil Action No.   15-1069 } |
| **Janssen Research and Development, LLC; et al** | } } } |
| Defendants. | } |

## NOTICE OF APPEARANCE

Comes Now, Camille L. Edwards, of the law firm Burke Harvey, LLC and hereby enters his appearance as additional counsel for Plaintiff's in the above-captioned matter.  Please forward all future correspondence, motions, orders or inquiries regarding this matter to his attention at the email and/or mailing addresses set out below.

Dated this the 11th day of May, 2015.

              Respectfully submitted,

              /s/ Camille L. Edwards
              Camille L. Edwards (EDW 032)

**Of Counsel:**

Burke Harvey, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL  35243

Telephone: (205) 930-9091
Facsimile: (205) 930-9054
cedwards@burkeharvey.com

**CERTIFICATE OF SERVICE**

      I, Camille L. Edwards, do hereby certify that on May 11, 2015, I caused to be served a true and correct copy of the foregoing Notice of Appearance via electronic filing and/or placing a copy of same in the U.S. mail, first-class and postage prepaid to the following:

Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NK 08933

Janssen Pharmaceutical, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08560

Bayer Healthcare, LLC
c/o Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802

Bayer Healthcare Pharmaceuticals, Inc.
67 Whippany Road
Whippany, NJ 07981

Bayer Corporation
100 Bayer Road
Pittsburgh, PA 15205

Janssen Ortho, LLC
c/o CT Corporation
1209 North Orange Street
Wilmington, DE 19801

Bayer  AG
Leverkusen
North Rhine - Westphalia, Germany

Bayer Pharma AG
Mullerstrasse 178
D-13353 Berlin
Germany

Bayer Healthcare AG
CHEMPARK Leverkusen

Zentraler Besucherempfang
Kaiser-Wilhelm-Allee
D-51368 Leverkusen

Dated this the 11th day of May, 2015.

                                                      /s/ Camille L. Edwards
                                                         Camille L. Edwards (HAR 194)