UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA FOR**
**MAY 13, 2015 STATUS CONFERENCE**

1.      Pre-Trial Orders

2.      Case Management Order

3.      Counsel Contact Information Form

4.      "MDL Centrality"

5.      Plaintiff Fact Sheets

6.      Defendant Fact Sheets

7.      Bundling of Complaints/Answers/Responsive Pleadings

8.      Preservation Order

9.      Document Production Protocol

10.      Discovery

11.      Discovery Issued to Third Parties

12.      Science Day

13.      State/Federal Coordination

14.      Proposed Case Management Order No. 2

15.      Next Status Conference