UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:** *Ana L. Rivera, et al. v. Janssen Research & Development, LLC, et al.*

## ORDER

The Court has before it the Agreed Motion to Dismiss without Prejudice as to Defendant Dr. Jose A. Vazquez, MD. (Rec. Doc. 905).

**IT IS ORDERED** that the Motion to Dismiss without Prejudice is hereby **GRANTED** and all of Plaintiff's claims and causes of action against Defendant Dr. Jose A. Vazquez, MD are hereby dismissed in their entirety without prejudice, with each party to bear their own costs and attorneys' fees.

New Orleans, Louisiana this 11th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE