UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>HAMILLA v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.<br>2:15-cv-00188 | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |

## JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, attorneys Maria K. Tougas and Erin Green Comite, and pursuant to the request of Plaintiff Carole Hamilla, move jointly for the withdrawal of Maria K. Tougas, who is no longer with the firm of Scott+Scott, Attorneys at Law, LLP, and the substitution of Erin Green Comite of Scott+Scott, Attorneys at Law, LLP, in place thereof.

DATED: May 12, 2015

Respectfully submitted,
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

/s/ Erin Green Comite
Erin Green Comite
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Tel.: 860-537-5537
Fax: 860-537-4432
Email: ecomite@scott-scott.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record electronically by filing in the Court's CM/ECF system on this 12th day of May, 2015.

                                                    /s/ Erin Green Comite
                                                    Erin Green Comite