In re: Xarelto® (Rivaroxaban) Products Liab Lit.



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 134515-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United States Food & Drug Administration
Court Case No. MDL 2592

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA 70113-1116

State of: District of Columbia ) ss.
County of: Washington )

**Name of Server:** Vincent Piazza, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

**Date/Time of Service:** that on the 27th day of April, 20 15, at 2:15 o'clock P M

**Place of Service:** at 10901 New Hampshire Ave., in Silver Spring, MD 20993

**Documents Served:** the undersigned served the documents described as:
Subpoena to Produce Documents, Information or, Objects or to Permit Inspection of Premises in a Civil Action; Schedule A to Subpoena Duces Tecum to FDA

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
United States Food & Drug Administration

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Stacy Smelser, Program Analyst

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Brown ; Facial Hair ____
Approx. Age 40 ; Approx. Height 5'6" ; Approx. Weight ____

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 6th day of May, 2015

Notary Public                    (Commission Expires)

APS International, Ltd.

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2019