UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>HAMILLA v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.<br>2:15-cv-00188 | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |

### ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that Maria K. Tougas, formerly of Scott+Scott, Attorneys at Law, LLP, is withdrawn as Plaintiff's attorney of record.

**IT IS FURTHERED ORDERED** that Erin Green Comite of Scott+Scott, Attorneys at Law, LLP is enrolled as Plaintiff's sole attorney of record herein.

DONE AND SIGNED this  12th  day of      May        , 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE