UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| | ) | |

_____

## ENTRY OF APPEARANCE

COMES NOW William T. Dowd of Dowd & Dowd, P.C. and enters his appearance on behalf of Plaintiffs in the following actions:

**PARTIES REPRESENTED:**

Plaintiff Keith Owens

Plaintiff Bruce Webb

Plaintiff Iesha Lonon-Goldsberg

Plaintiff Carolyn Howard

**CASES:**

*Owens v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-1057-EEF-MBN.

*Webb v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-1073- EEF-MBN.

*Lonon-Goldsberg v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-1079-EEF-MBN.

*Howard v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-1502- EEF-MBN.

Dated: May 19, 2015                    Respectfully submitted,

                                       By:   /s/ William T. Dowd
                                             William T. Dowd (Mo Bar #39648)
                                             DOWD & DOWD, P.C.
                                             211 N. Broadway, Suite 4050

St. Louis, MO 63102
(314) 621-2500
Fax: (314) 621-2503
laura@dowdlaw.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2015, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

/s/ William T. Dowd