```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3     ****************************************************************

 4     IN RE:  XARELTO (RIVAROXABAN)
       PRODUCTS LIABILITY LITIGATION
 5
                              CIVIL ACTION NO. 14-MD-2592 "L"
 6                            NEW ORLEANS, LOUISIANA
                              WEDNESDAY, MAY 13, 2015, 9:00 A.M.
 7
       THIS DOCUMENT RELATES TO
 8     ALL CASES

 9     ****************************************************************

10
                   TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
11             HEARD BEFORE THE HONORABLE ELDON E. FALLON
                     UNITED STATES DISTRICT JUDGE
12

13     APPEARANCES:

14
       FOR THE PLAINTIFFS'
15     LIAISON COUNSEL:          HERMAN HERMAN & KATZ
                                 BY:  LEONARD A. DAVIS, ESQUIRE
16                               820 O'KEEFE AVENUE
                                 NEW ORLEANS, LA  70113
17

18
                                 GAINSBURGH BENJAMIN DAVID
19                               MEUNIER AND WARSHAUER
                                 BY:  GERALD E. MEUNIER, ESQUIRE
20                               2800 ENERGY CENTRE
                                 1100 POYDRAS STREET, SUITE 2800
21                               NEW ORLEANS, LA  70163

22

23     FOR THE PLAINTIFFS:      LEVIN PAPANTONIO THOMAS MITCHELL
                                 RAFFERTY & PROCTOR
24                               BY:  BRIAN H. BARR, ESQUIRE
                                 316 SOUTH BAYLEN STREET, SUITE 600
25                               PENSACOLA, FL  32502

                              OFFICIAL TRANSCRIPT
```

1    APPEARANCES CONTINUED:

2

3                             BEASLEY ALLEN CROW METHVIN
                             PORTIS & MILES
4                             BY:  ANTHONY BIRCHFIELD JR., ESQUIRE
                             POST OFFICE BOX 4160
5                             MONTGOMERY, AL  36103

6

7    FOR THE DEFENDANTS'
     LIAISON COUNSEL:        IRWIN FRITCHIE URQUHART & MOORE
8                             BY:  JAMES B. IRWIN, V, ESQUIRE
                             TEXACO CENTER
9                             400 POYDRAS STREET, SUITE 2700
                             NEW ORLEANS, LA  70130
10

11

12   FOR THE DEFENDANTS:     CHAFFE MCCALL
                             BY:  JOHN F. OLINDE, ESQUIRE
                             1100 POYDRAS STREET
13                            NEW ORLEANS, LA  70163

14

15                            DRINKER BIDDLE & REATH
                             BY:  SUSAN M. SHARKO, ESQUIRE
16                            500 CAMPUS DRIVE
                             FLORHAM PARK, NJ  07932
17

18

19                            KAYE SCHOLER
                             BY:  STEVEN GLICKSTEIN, ESQUIRE
                             250 WEST 55TH STREET
20                            NEW YORK, NY  10019

21

22   ALSO PRESENT:           ORRAN L. BROWN, SR.
                             JACOB S. WOODY
23

24

25

**OFFICIAL TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
4                               REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
5                               NEW ORLEANS, LA   70130
                                (504) 589-7779
6                               Cathy_Pepper@laed.uscourts.gov

7

8    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                          **OFFICIAL TRANSCRIPT**

1                           **I N D E X**

2

3      AGENDA ITEMS                                        PAGE

4

5      PRETRIAL ORDERS......................................   6

6      CASE MANAGEMENT ORDER...............................   7

7      PRETRIAL ORDER NUMBER 11............................   7

8      BUNDLING OF COMPLAINTS..............................   8

9      PRETRIAL ORDER NUMBER 12............................   8

10     STIPULATED PROTECTIVE ORDER.........................   8

11     PRETRIAL ORDER NUMBER 13 AND 14.....................   8

12     FACT SHEETS.........................................   8

13     PRETRIAL ORDER 15...................................   8

14     PRESERVATION OF DOCUMENTS AND ELECTRONICALLY STORED

15     EVIDENCE............................................   8

16     PRETRIAL ORDER 16...................................   8

17     SUMMONSES...........................................   8

18     CASE MANAGEMENT ORDERS..............................   9

19     CASE MANAGEMENT ORDER NUMBER 1......................   9

20     COUNSEL CONTACT INFORMATION FORM....................  10

21     MDL CENTRALITY......................................  10

22     FACT SHEETS.........................................  27

23     BUNDLING OF COMPLAINTS..............................  28

24     PRETRIAL ORDER 11...................................  28

25     PRESERVATION ORDER..................................  29

                        **OFFICIAL TRANSCRIPT**

1   PRETRIAL ORDER 15.....................................   29

2   DOCUMENT PRODUCTION PROTOCOLS.........................   29

3   DISCOVERY.............................................   31

4   OUTSTANDING SUBPOENA TO THE FDA.......................   31

5   SCIENCE DAY...........................................   32

6   STATE/FEDERAL COORDINATION............................   33

7   JUDGE NEW'S NEXT STATUS CONFERENCE IS THE 20TH OF

8   THIS MONTH............................................   34

9   CLERK'S OFFICE HERE HAS 586 OPEN CASES AND ABOUT A

10  DOZEN TRANSFERS THAT WERE IN PROCESS.................   35

11  PROPOSED CASE MANAGEMENT ORDER NUMBER 2..............   35

12  NEXT STATUS CONFERENCE IS JUNE 10TH, 2015............   37

13  THE FOLLOWING STATUS CONFERENCE IS JULY 9TH, 2015....   37

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

| | |
|---|---|
| 1 | **P-R-O-C-E-E-D-I-N-G-S** |
| 2 | M O R N I N G   S E S S I O N |
| 3 | WEDNESDAY, MAY 13, 2015 |
| 4 | (COURT CALLED TO ORDER) |
| 5 | |
| 6 | |
| 09:03:55 7 | THE DEPUTY CLERK:  All rise. |
| 09:03:56 8 | THE COURT:  Be seated, please.  Good morning, ladies |
| 09:03:56 9 | and gentlemen. |
| 09:03:56 10 | VOICES:  Good morning, Judge. |
| 09:04:17 11 | THE COURT:  Call the case, please. |
| 09:04:18 12 | THE DEPUTY CLERK:  MDL Number 2592, In re:  Xarelto |
| 09:04:21 13 | Products Liability Litigation. |
| 09:04:22 14 | THE COURT:  Would liaison counsel make their appearance |
| 09:04:23 15 | for the record, please. |
| 09:04:26 16 | MR. DAVIS:  Good morning, Your Honor.  Leonard Davis, |
| 09:04:28 17 | from Herman Herman & Katz, on behalf of the Plaintiffs' |
| 09:04:32 18 | Steering Committee. |
| 09:04:32 19 | MR. IRWIN:  Jim Irwin, Your Honor, for defendants. |
| 09:04:35 20 | THE COURT:  I met a moment ago with our lead liaison |
| 09:04:38 21 | counsel to discuss the agenda with them.  I'll take it in the |
| 09:04:41 22 | order that it's given. |
| 09:04:42 23 | Pretrial orders.  Anything? |
| 09:04:44 24 | MR. DAVIS:  Your Honor, there are a number of new |
| 09:04:51 25 | pretrial orders that have been issued. |

**OFFICIAL TRANSCRIPT**

09:04:54  1          So that individuals who are on the phone get the

09:04:57  2   benefit, I will advise them that the Court has a website that's

09:05:03  3   located at www.laed.USCourts.gov, and there is a Xarelto tag,

09:05:13  4   which they should go to.  The Court posts all of its pretrial

09:05:17  5   orders and other information, including joint reports and

09:05:21  6   ongoing materials.

09:05:23  7          THE COURT:  I do that for the purpose of individuals,

09:05:26  8   particularly individuals who are not able to attend, or if they

09:05:32  9   are able to participate on the phone and they need something in

09:05:35 10   writing.

09:05:36 11          I put everything on my website, all the forms,

09:05:41 12   all of the things, the calendar and all of the transcripts of

09:05:51 13   even these hearings go on the website, so that they'll have

09:05:54 14   access to it.

09:05:55 15          I also think that it's helpful to scholars in the

09:05:59 16   field to have these websites for MDL cases.  They are able to

09:06:04 17   follow them or, at the end of the case, at least, have a

09:06:07 18   package to see how they've developed and make whatever they

09:06:12 19   will out of it.

09:06:13 20          Case Management Order, anything?

09:06:15 21          MR. DAVIS:  Yes, Your Honor.  I'll go through some of

09:06:17 22   these, if you would like me to, the new Pretrial Orders, and

09:06:23 23   explain very, very briefly some of them, if I may.

09:06:23 24          THE COURT:  Okay.

09:06:26 25          MR. DAVIS:  Pretrial Order Number 11 was issued May the

**OFFICIAL TRANSCRIPT**

11th.  That provides for the bundling of complaints.  I'll discuss that later, but it allows for up to a hundred claimants to be put together in what's called a joint complaint, which is later followed by a short form complaint.

That allows for a number of cases to be filed into the Court.  Those who are looking at it need to look at the direct filing order, as well as the service order that's out there.

Pretrial Order Number 12 is new, which is a stipulated protective order.

Pretrial Order Number 13 and 14 deal with fact sheets.  Specifically, I just want to remind plaintiffs in particular that it's approximately 60 days in which they have to file a fact sheet.

Again, that's on MDL centrality, which we'll talk about as we get into this conference further.

Pretrial Order 15 deals with preservation of documents and electronically stored evidence.  All people are reminded to look at that.  It supplements or modifies PTO Number 1.

Pretrial Order 16 deals with summonses.

So those are the new Pretrial Orders.

THE COURT:  My thinking on the MDL, particularly in the start of the MDL, I think the first thing, before depositions are taken and before the documents are exchanged, I think it's

09:08:07 1    helpful to put down infrastructure.

09:08:11 2          It's kind of like building a subdivision.  You

09:08:13 3    put in the sewer lines and the light lines and things of that

09:08:17 4    sort before you start building the houses.  It makes a lot more

09:08:21 5    sense because after the houses start, then it becomes more

09:08:24 6    complicated.

09:08:24 7          So I directed the parties to focus on

09:08:29 8    infrastructure.  They are about there now, and so we'll be able

09:08:34 9    to now move forward and, I think, more efficiently, because

09:08:38 10   we've got protocols in place and various other documents.

09:08:43 11   Various other Pretrial Orders set forth certain infrastructure

09:08:49 12   that hopefully will make it easier for the parties.

09:08:52 13          MR. DAVIS:  The second item is Case Management Orders.

09:08:56 14          Case Management Order Number 1 was issued by the

09:08:58 15   court on May 4th.  Folks should go to the website to look at

09:09:03 16   that.  But there have been some activities that have been

09:09:06 17   undertaken since then, for instance, initial productions by

09:09:10 18   defendants were provided, and they are being reviewed.

09:09:16 19          Counsel contact information -- I'm sorry --

09:09:18 20          MR. IRWIN:  May I say something?

09:09:19 21          MR. DAVIS:  I'm sorry.

09:09:20 22          MR. IRWIN:  Thank you, Mr. Davis.

09:09:21 23          Your Honor, with respect to the paragraph 2 of

09:09:23 24   Case Management Order Number 1, there is a deadline in there

09:09:26 25   that the defendants will respond to the request for production

**OFFICIAL TRANSCRIPT**

09:09:30  1   on May 31.

09:09:31  2             The plaintiffs very courteously provided us early

09:09:34  3   on with a draft request for production.  We were served with

09:09:38  4   the formal request, and there were some changes in it.

09:09:41  5             They agreed that we could have until June 8 to

09:09:46  6   respond to that.  We wanted your blessing on that, please.

09:09:49  7        THE COURT:  Sure.  That's fine.  If you all agree on

09:09:51  8   that, I don't have any problem with it.

09:09:53  9        MR. DAVIS:  That's correct.

09:09:53 10             Thank you, Jim.

09:09:54 11             Counsel contact information form, I'd just remind

09:09:58 12   individuals that those forms need to be provided.  It's very

09:10:02 13   helpful so that communications can take place between liaison

09:10:07 14   counsel and individuals, as well as with MDL centrality.

09:10:11 15   Please look at Pretrial Order 4A and make sure that the counsel

09:10:14 16   contact information form is turned in.

09:10:17 17             MDL centrality.  BrownGreer --

09:10:22 18        THE COURT:  Yes, I've asked Orran Brown to come today

09:10:26 19   and to give us a slide presentation of what it is.  I think

09:10:31 20   it's helpful for the lawyers to at least hear what it's about,

09:10:38 21   and if they have any questions, they are who to contact.

09:10:42 22        MR. DAVIS:  On the plaintiffs' side, with respect to

09:10:45 23   what I'll call the file and serve module, the plaintiffs have

09:10:50 24   agreed that that system will be utilized for the distribution

09:10:53 25   of pleadings and discovery documents, and that is ready to be

**OFFICIAL TRANSCRIPT**

09:10:59 1    up and running.

09:11:01 2         Plaintiffs are encouraged to get their

09:11:04 3    information from BrownGreer.  I know that BrownGreer will go

09:11:07 4    through that.

09:11:08 5         MR. IRWIN:  Might I add this morning, Your Honor, as we

09:11:11 6    discussed in chambers, that, like with interrogatories and

09:11:14 7    document requests, notices of deposition will not be filed in

09:11:14 8    the record --

09:11:14 9         THE COURT:  Right.

09:11:17 10        MR. IRWIN:  -- but they will be served through

09:11:19 11   centrality.

09:11:20 12        THE COURT:  Yes.

09:11:20 13        Orran, do you want to present at this point?

09:11:24 14        Let me hear from Orran Brown at this point on MDL

09:11:31 15   centrality.

09:11:41 16        MR. BROWN:  Good morning, Your Honor.  I'm Orran Brown,

09:11:43 17   from BrownGreer.  With me is Jake Woody, from BrownGreer.

09:11:48 18   We're going to show today -- Jake is going to show very briefly

09:11:52 19   how the MDL centrality system works.

09:11:56 20        The day the Court entered the three orders that

09:11:59 21   Mr. Davis mentioned on May the 4th was a trilogy of orders,

09:12:03 22   PTO 13, PTO 14 and Case Management Order Number 1, that

09:12:07 23   directed the parties to use a plaintiff fact sheet and

09:12:11 24   defendant fact sheet and set the deadline for doing it.

09:12:13 25        We opened the online system that day, May 4, so

**OFFICIAL TRANSCRIPT**

09:12:17 1   that people could fill out plaintiff fact sheets online, and we

09:12:20 2   have an automated system that records that data in live data.

09:12:25 3          That system is up and running.  Jake is going to

09:12:28 4   show us quickly basically how it works.  We're here to answer

09:12:32 5   any questions the Court may have about it.

09:12:34 6          Obviously, if any of the counsel who are using

09:12:37 7   this for the first time need help with it, we're here to help.

09:12:40 8   We have e-mail addresses and phone number that Jake will show

09:12:45 9   that we want to help everybody use this system and make it easy

09:12:49 10  for them.

09:12:51 11         THE COURT:  Jake.

09:12:52 12         MR. WOODY:  Good morning, Your Honor.  My name is Jake

09:12:57 13  Woody from BrownGreer.  I'll go through the MDL centrality

09:12:59 14  system very briefly here.

09:13:01 15         It is simply an online portal for electronic

09:13:03 16  submission of plaintiff and defendant fact sheets.  The web

09:13:06 17  address for MDL centrality is www.MDLcentrality.com/MDL2592.

09:13:16 18         THE COURT:  I'll put that on our website, too, so that

09:13:18 19  people have access to it.

09:13:20 20         MR. WOODY:  When you go to that website, you'll see

09:13:22 21  essentially a login screen that allows you to log in if you

09:13:24 22  have credentials.

09:13:24 23         If you don't have credentials, you can contact

09:13:28 24  us.  You can use the Register as a Law Firm button that you can

09:13:32 25  see on this login screen.  We also preregistered about 225

**OFFICIAL TRANSCRIPT**

09:13:37 1    people when the system went live based on submissions to

09:13:43 2    plaintiffs' liaison counsel.  We preregistered people and

09:13:46 3    e-mailed them temporary logins and user names.

09:13:50 4          THE COURT:  Now, what is the login ID?  Is that your

09:13:52 5    name?

09:13:53 6          MR. WOODY:  It's a variation of your name.  Everybody

09:13:55 7    has a different one.  Everybody has a different login and

09:13:58 8    password.

09:13:59 9          THE COURT:  Do you assign the login ID and password, or

09:14:03 10   do they pick it?

09:14:04 11         MR. WOODY:  We assign you a login and password.  Once

09:14:07 12   you're in the system, you can change it if you need to.  The

09:14:10 13   password we assign you is temporary, and you'll be prompted to

09:14:13 14   change it as soon as you log in.

09:14:15 15             Nobody has the password.  Once you change it,

09:14:18 16   it's private.  It's yours.  We don't have it.  You can always

09:14:20 17   go change it and manage it through the system.

09:14:22 18         THE COURT:  So if somebody pulls this up today, and

09:14:24 19   they want to log in, what do they do?

09:14:26 20         MR. WOODY:  They can click the Register as a Law Firm

09:14:29 21   button that's at the bottom left side of the screen there, or

09:14:34 22   they can e-mail us at MDLCentrality@BrownGreer.com, tell us who

09:14:34 23   at your firm needs access.  We need their name and their e-mail

09:14:42 24   address.  We will create the access, the credentials for them,

09:14:44 25   and e-mail it to them.

**OFFICIAL TRANSCRIPT**

09:14:46 1          I do want to stress that because we use e-mail to

09:14:49 2  communicate login and passwords, it's very important that you

09:14:52 3  be able to receive e-mails from us.

09:14:53 4          We have found that, at times, e-mails that come

09:14:57 5  from us may go to your spam folder or your junk folder.  The

09:15:00 6  way to solve that problem is to add BrownGreer.com as a trusted

09:15:06 7  sender, so that we can communicate with you by e-mail.

09:15:08 8          If you have requested access and haven't heard

09:15:11 9  from us within 24 hours, check your spam folder or your junk

09:15:15 10 folder.  If there is nothing there, you can e-mail us at

09:15:17 11 MDLCentrality@BrownGreer.com.  We'll handle it outside of this

09:15:23 12 automatic e-mail system.  We'll call you and set it up that

09:15:26 13 way.

09:15:26 14         Once you log in, the navigation all takes place

09:15:31 15 at the top of the screen, with these tool bars at the top.  We

09:15:34 16 also have this home page where we'll share important

09:15:37 17 information about the MDL.

09:15:39 18         You can see here, we've listed some generic

09:15:43 19 information about the deadlines to submit a plaintiff fact

09:15:45 20 sheet, we have our terms of use, and we have our e-mail address

09:15:49 21 and contact information here for people who need to contact us.

09:15:52 22         The navigation bars at the top of the screen are

09:15:56 23 fairly self-explanatory.  You click on the navigation bar or

09:16:00 24 hover over it, and you get a dropdown menu of all your options.

09:16:00 25         If you click on the home option, you'll see you

**OFFICIAL TRANSCRIPT**

09:16:05  1    have a firm administration tab, which allows you to manage

09:16:08  2    access within the firm.  You can add users, delete users if

09:16:12  3    they leave the firm.  You can change who has rights to submit a

09:16:16  4    fact sheet and who has rights simply to work on it, so that no

09:16:20  5    one can accidentally submit a fact sheet.

09:16:23  6              We also have posted online tutorials here.

09:16:25  7    They're video, short videos of different functions within the

09:16:26  8    system.  You can click on those and watch them.

09:16:29  9              We're also happy to, if people would like, to do

09:16:32 10    a one-on-one WebEx tutorial that's live.  We can go through any

09:16:37 11    questions people have about the system.  The way to set that

09:16:40 12    up --

09:16:40 13              THE COURT:  What does My Account mean on that bar?

09:16:43 14              MR. WOODY:  That's where you would manage -- if you

09:16:45 15    need to change your password, change your e-mail, if your

09:16:48 16    e-mail changes, you can do that there, and you can log out of

09:16:51 17    the system there.

09:16:52 18              The Fact Sheets tab we think is the most

09:16:58 19    important tab that will get the most use.  This is where you go

09:16:59 20    to start a new fact sheet, to search for existing fact sheets

09:17:02 21    and plaintiffs, to find the authorization forms, the HIPAA

09:17:05 22    forms, etcetera, that are associated with the fact sheets.

09:17:08 23              To start a new fact sheet, you click on the Start

09:17:13 24    New button.  It's pretty self-explanatory.

09:17:13 25              You can also use our bulk upload system, which is

**OFFICIAL TRANSCRIPT**

09:17:16   1    a way that you can import some basic information by

09:17:20   2    spreadsheet, so that you don't have to data enter it

09:17:22   3    individually.

09:17:22   4             Right now, we have very basic information there,

09:17:25   5    name, date of birth and Social Security number.  Those are the

09:17:28   6    three data points that we need to start the process.  We'll

09:17:32   7    assign them a unique number based on the Social.

09:17:34   8             That is all we ask for in the upload template.

09:17:38   9    If there are other things people would like to upload, contact

09:17:40  10    us, and we'll see if we can accommodate that.  I think that we

09:17:43  11    probably can.

09:17:44  12             We've actually talked to a few people about

09:17:46  13    expanding that already, and that is something that I think will

09:17:49  14    grow as we work through the program.

09:17:51  15             We also have here what we call Plaintiff

09:17:55  16    Management.  It's the bottom tab here.  If you want to allow

09:17:58  17    your clients to fill out a draft of the fact sheet on their own

09:18:02  18    computer, you can use this to send them an e-mail that will

09:18:05  19    have their own temporary login and password with their own

09:18:08  20    credentials.

09:18:10  21             All they can do is fill it out.  They can't see

09:18:12  22    anybody else's fact sheet.  They cannot submit it to the

09:18:16  23    defendants.  They can simply do basic data entry on their own

09:18:19  24    computer and submit it to the plaintiffs' firm, who then has

09:18:22  25    ultimate authority to manage the fact sheet at that point.

**OFFICIAL TRANSCRIPT**

09:18:25  1          To start a new fact sheet, as I mentioned, we do

09:18:28  2     need some very basic information.  When you click the Start New

09:18:31  3     Fact Sheet, you'll see this screen.  We ask for the name, the

09:18:34  4     date of birth and the taxpayer ID or Social Security number.

09:18:37  5          Once you give us that, the process is started.

09:18:39  6     We'll assign a unique number to that plaintiff, to

09:18:43  7     differentiate people with the same name, so that we can tell

09:18:44  8     them apart.

09:18:45  9          We do ask for e-mail here.  It's not required

09:18:47 10     that you give it.  It doesn't go on the fact sheet.  We use

09:18:51 11     that for the plaintiff management tool I just talked about a

09:18:54 12     minute ago.

09:18:54 13          THE COURT:  Now, when you say primary e-mail, you're

09:18:56 14     talking about the plaintiff, or you're talking about the

09:18:59 15     attorney?

09:19:00 16          MR. WOODY:  This is the plaintiff's e-mail, and we can

09:19:02 17     change that to clarify that this is for the plaintiff.

09:19:04 18          We already have the plaintiff's e-mail from the

09:19:07 19     registration process.  You don't have to give us any more

09:19:09 20     information about your firm or who you are.  We know who you

09:19:12 21     are from your login.  We know who is filling these out.

09:19:15 22          Once you fill this out and click continue, you'll

09:19:20 23     be taken essentially to a table of contents for the plaintiff

09:19:22 24     fact sheet.  These questions are exact copies of the questions

09:19:27 25     within the paper fact sheet that was attached to the

**OFFICIAL TRANSCRIPT**

09:19:30 1    Pretrial Order.

09:19:31 2                We have sort of condensed it into sections.  The

09:19:34 3    Roman numerals you see in this section correspond to the Roman

09:19:39 4    numerals in the paper version.  These are the main sections.

09:19:42 5                So that you can jump around, you can fill out in

09:19:46 6    any order that you want, you can start it, save it, come back

09:19:50 7    to it later, you can see that we, next to each title, are able

09:19:54 8    to tell you the status of your completion.

09:19:56 9                If you started it, it will say In Progress.  If

09:19:59 10   you haven't started it, for example, Number 7 here, there is no

09:20:02 11   information entered there, it says, Not Yet Started.  So that's

09:20:06 12   a cue to you that you need to start that if you want to submit

09:20:08 13   the fact sheet.

09:20:09 14               You can access these by using these blue buttons

09:20:14 15   on the right side.  Once you start it, it will say Edit.  You

09:20:18 16   edit the information or add to the information you've already

09:20:20 17   entered.  If you haven't started it, it simply says Start.

09:20:24 18               You can also, from this screen, generate a draft

09:20:27 19   of the fact sheet that you have started.  If you need to save

09:20:32 20   it, e-mail it to somebody, or just want to print it out, you

09:20:36 21   can click the Generate New Draft.  It takes a snapshot of all

09:20:41 22   the data that you've entered.

09:20:44 23               You can then print it, save it to your computer,

09:20:44 24   e-mail it, whatever you need to do with it.  Any time you

09:20:46 25   change information, you can update that to show the newest

09:20:49  1   information.

09:20:50  2            I'm not going to go through every fact sheet

09:20:56  3   screen, it would take more time than we have this morning, but

09:20:58  4   I did want to show an example of what these screens look like

09:21:01  5   when you start the process.

09:21:02  6            This is a screen from section 2 of the personal

09:21:06  7   information.  Again, the Roman numerals and the headings match

09:21:12  8   those in the paper fact sheet.

09:21:14  9            We are able to prefill information in certain

09:21:18  10  instances based on information you've already provided.  Here

09:21:23  11  we've prefilled the name.  You've already given that to us.

09:21:24  12  You don't need to give it to us again.  So we put it in there

09:21:28  13  for you.

09:21:29  14           The answer types vary depending on the question.

09:21:31  15  In some cases, it's simply a free text.  You can type whatever

09:21:33  16  you want.  In other cases, it's a date range.  You pick from a

09:21:37  17  dropdown of rates or a radio button when there is only one of

09:21:42  18  two answers allowed, for instance, male and female, use radio

09:21:47  19  buttons there.

09:21:48  20           The answer types and the questions vary

09:21:51  21  throughout the fact sheet.  This is just an example of what

09:21:55  22  these questions look like and how you can answer them.

09:21:57  23           We've talked to a number of people who wanted to

09:21:59  24  ask questions about maybe they are unable to provide the answer

09:22:02  25  they want.  If you have questions like that, you can always

**OFFICIAL TRANSCRIPT**

09:22:05  1    contact us.  We can work with people to change the system.

09:22:09  2             We can't change the fact sheet, of course, and we

09:22:11  3    can't necessarily provide information about how you should

09:22:14  4    answer a question, but we can provide technical assistance

09:22:19  5    with, if you wanted to be able to type free text, we can give

09:22:23  6    you a box to do that, things like that.

09:22:25  7             If you have questions like that, you can always

09:22:27  8    e-mail us at the e-mail address I provided and will provide

09:22:30  9    later, or call us at the number that I'll provide in a minute.

09:22:34 10             You can always upload documents at any time in

09:22:38 11    this process.  A number of documents are required to be

09:22:41 12    submitted along with the fact sheet.  You can use the upload

09:22:45 13    feature.  Then, to view the documents you've uploaded, you

09:22:49 14    simply click on the View Documents button that you see on every

09:22:52 15    screen.

09:22:52 16             I've given a couple of examples of documents

09:22:55 17    here.  Prescription records and medical records, that's an

09:22:58 18    example of a document that a user would upload.  You have that

09:23:01 19    on your computer somewhere in a PDF.  Say, you want to upload

09:23:05 20    it.  You give it a name, and you upload it, and it's there.

09:23:08 21             The top document there, it says, Plaintiff Fact

09:23:12 22    Sheet.  That's an example of a document that we would generate.

09:23:15 23    When you submit a fact sheet and complete it, we will generate

09:23:19 24    a PDF copy of that fact sheet for your records.  It will be in

09:23:22 25    the file whenever you need it.

                              **OFFICIAL TRANSCRIPT**

09:23:22  1          If you revise the fact sheet at any point and

09:23:25  2     resubmit it, there will be a revised fact sheet in the

09:23:29  3     documents.

09:23:29  4          These documents, once you submit them, are

09:23:32  5     available to both sides.  You can upload it at any time.  The

09:23:36  6     defendants can upload documents as part of the defendant fact

09:23:39  7     sheet process.

09:23:40  8          So this is basically a document repository for

09:23:45  9     each client.

09:23:46 10          THE COURT:  How about the security of this information?

09:23:48 11          MR. WOODY:  It's all secure.  That's why we're so

09:23:50 12     secure with the login credentials.  We don't want anybody to

09:23:54 13     get access to this that shouldn't have it.  It's obviously

09:23:58 14     sensitive.

09:23:59 15          We, at the start of this process, had a number of

09:23:59 16     conversations with both the plaintiffs and defendants about our

09:24:01 17     security procedures.  We answered all their questions I think

09:24:04 18     satisfactorily.

09:24:05 19          Our security is the best it can be.  It's the top

09:24:09 20     of the line for this sort of thing.  That's why we don't let

09:24:11 21     you share login credentials.  If you forget your login

09:24:15 22     credentials, we make you reset it with a computer-generated

09:24:19 23     password, which is inconvenient in the short-term, but the

09:24:22 24     reason for that is, because these documents are sensitive, we

09:24:25 25     don't want them to be accessed by anybody who shouldn't have

09:24:28  1   access to them.

09:24:29  2           You can also search for plaintiffs and

09:24:34  3   plaintiffs' facts sheets by using the search dropdown menu, and

09:24:34  4   that's in that fact sheets menu we talked about earlier.

09:24:41  5           You can search for specific plaintiffs by

09:24:43  6   entering their name, a part of their name, their date of birth

09:24:46  7   or their Social Security number.  The search results are

09:24:51  8   displayed here at the bottom.  You can see, we show you their

09:24:53  9   results and their name and their date of birth.  We also show a

09:24:56 10   status of the fact sheet, whether you have submitted it or not.

09:24:59 11           So if you want a quick way to figure out which

09:25:02 12   fact sheets you've submitted and which you haven't, you can use

09:25:07 13   the search feature and look at the status.  You can click on

09:25:11 14   these header rows here to sort, so that you can quickly see

09:25:13 15   who's submitted and who's not.

09:25:15 16           If you want to see your entire inventory, you can

09:25:17 17   use the See Inventory tab on this screen, and it shows you a

09:25:20 18   list of everybody you've entered into the system, whether

09:25:22 19   you've submitted them or not.

09:25:23 20           Finally, we do have -- Mr. Davis talked earlier

09:25:29 21   about pleadings and discovery.  We are, I think, now added to

09:25:34 22   do the ECF notifications that the Court -- that come through

09:25:37 23   the Court with pleadings and orders.  We will use that to

09:25:42 24   download the pleadings and orders, create a virtual repository

09:25:47 25   for all of those.  It will automatically download.

09:25:50  1          Only the plaintiffs will have access to this, but
09:25:54  2   you'll able to search for pleadings by the name, the docket
09:25:57  3   number, who filed it, when they filed it.  You'll also be able
09:26:01  4   to search for specific text within a pleading, if you would
09:26:04  5   like to do that, by using the keyword search.
09:26:07  6          As we start to get those ECF notifications, the
09:26:11  7   number of pleadings will grow.  Eventually, it will be
09:26:14  8   essentially a mirror of the documents available in PACER.
09:26:17  9          THE COURT:  So the plaintiffs, the litigants, will file
09:26:21 10   in court, and you will download from the Court filing.  They
09:26:27 11   won't have to file with you either?
09:26:29 12          MR. WOODY:  No.  The only place you need to file is
09:26:32 13   with the Court.
09:26:33 14          THE COURT:  With the Court.
09:26:34 15          MR. WOODY:  You don't have to file it again with us to
09:26:36 16   make it available.  We will automatically download it, save it.
09:26:40 17   There is no second step.
09:26:44 18          MR. DAVIS:  Except for discovery pleadings.  That does
09:26:49 19   not get filed with the Court.
09:26:50 20          THE COURT:  Right.
09:26:51 21          MR. WOODY:  The discovery part works very similarly to
09:26:56 22   this, with the addition to what Lennie just said.  Someone has
09:26:59 23   to upload those documents because they are not filed.
09:27:01 24          But the system works the same, there's just an
09:27:04 25   extra step where you have to upload those discovery documents.

**OFFICIAL TRANSCRIPT**

09:27:07 1   Once they are uploaded, they are available to all of the

09:27:09 2   plaintiffs to view, to save, to print, whatever they need to do

09:27:12 3   with them.

09:27:13 4           Finally, Your Honor, if people need to contact

09:27:17 5   us, our contact information is here.  Again, the website is

09:27:23 6   www.MDLCentrality.com/MDL2592.  We do have video tutorials

09:27:31 7   available there for people to view.

09:27:32 8           You can always e-mail us at

09:27:36 9   MDLCentrality@BrownGreer.com, or call us at 804-521-7200.  We

09:27:41 10  will answer any questions you have.  You can also set up

09:27:45 11  individual tutorials for anybody who needs them.

09:27:48 12          THE COURT:  Okay.  I've asked Orran and Jake to remain

09:27:53 13  afterwards.  In the event anybody has any questions, they'll be

09:27:57 14  able to contact them today and talk with them about it.

09:28:02 15          MR. BROWN:  Yes, Your Honor.  We're happy to do that at

09:28:05 16  any time, stay around and give help and answer questions.

09:28:06 17          The last comment I wanted to make is, is because

09:28:08 18  we built this system, then the luxury is we can change the

09:28:12 19  system.  We want it, obviously, to be something all the parties

09:28:16 20  agree to before it's changed.

09:28:17 21          There are certain things we cannot do anything

09:28:19 22  about.  We can't change the questions in the fact sheet.  There

09:28:21 23  are about 130 lawyers already using this system, and we've

09:28:25 24  gotten one request that we cannot accommodate.

09:28:28 25          We had one firm, one lawyer, who does not want to

**OFFICIAL TRANSCRIPT**

09:28:32  1   fill it out online.  They want to send us a PDF of a filled-out

09:28:38  2   fact sheet, which defeats the purpose of having the information

09:28:41  3   all live and central.

09:28:42  4           What we're going to tell that firm is we want to

09:28:45  5   work with you.  If you send us that PDF, we will enter the data

09:28:49  6   for you; we just have to be paid for our time to do it, on top

09:28:52  7   of the system fee.

09:28:53  8           So we'll help them, but if we're going to have to

09:28:57  9   do their typing for them, we'll have to work out with them

09:29:01 10   getting paid for the time.

09:29:01 11           THE COURT:  Right.

09:29:02 12           MR. BROWN:  We'd rather people not do that.  We want

09:29:04 13   people to use it online.  We think it's easy to use.  It's just

09:29:08 14   like ordering something online.  But we're trying to make

09:29:11 15   accommodations to meet anybody's particular needs.

09:29:14 16           THE COURT:  Okay, fine.

09:29:15 17           The problem with cases of this sort, meaning

09:29:18 18   MDL's, is that it is very difficult to get your hands around

09:29:23 19   the whole litigation.  That's important to be able to do

09:29:28 20   because you have to pick bellwether cases, you have to pick

09:29:32 21   discovery pools and things of that sort, which represent the

09:29:35 22   whole litigation.

09:29:36 23           So if you don't know what the litigation is, what

09:29:39 24   the status is in the litigation, what it entails, it's very

09:29:44 25   hard to pick discovery pools, and it's very hard then to pick

09:29:49 1    bellwether cases from those discovery pools.

09:29:52 2             So I've been working with Orran on this for a

09:29:55 3    while.  This is the first MDL that is using it.  We may have to

09:30:03 4    change it in some instances.  But the thing that this allows us

09:30:07 5    to do is it allows some searchability so that we are able,

09:30:13 6    after the case solidifies, and we know who's in the case, I'm

09:30:18 7    able to then use search terms to find out how many cases are

09:30:25 8    death cases, how many cases are stroke cases, how many cases

09:30:28 9    are other types of incidents, so that we can begin to figure

09:30:34 10   out a way of putting them in categories so that we can select

09:30:40 11   the discovery pool that represents the census of that

09:30:46 12   litigation, and then from that discovery pool pick the

09:30:50 13   bellwethers that represent the census of the litigation,

09:30:53 14   because at that point we'll know what the census of the

09:30:55 15   litigation is.  This is a big tool for us and a big advance in

09:31:05 16   the MDL process.

09:31:06 17            I like the concept, also, of being able to simply

09:31:12 18   file it in court, and then the centrality takes it up, as

09:31:18 19   opposed to having to file in both places, because in the past

09:31:25 20   I've had that situation, and some people felt they just needed

09:31:30 21   to file one place, but they filed with the -- in the wrong

09:31:37 22   place.  They didn't file it in court, they filed with the other

09:31:41 23   party, and sometimes we had prescription problems.

09:31:43 24            So you don't need to do that in this situation.

09:31:46 25   You just need to file in court, and then they get it from

**OFFICIAL TRANSCRIPT**

09:31:49 1    court, and it goes to everyone.

09:31:52 2           Okay.  Thank you very much.  I appreciate it.

09:31:57 3           MR. BROWN:  Thank you, Your Honor.

09:31:58 4           THE COURT:  How about the fact sheets?

09:31:59 5           MR. DAVIS:  I've already addressed fact sheets,

09:32:03 6    Your Honor.  I won't repeat it.  Obviously, just that they're

09:32:06 7    due in 60 days.

09:32:08 8           I will say that we spent a lot of time, both

09:32:11 9    parties have spent a lot of time talking with Orran, Jake and

09:32:14 10   BrownGreer, and we appreciate their efforts.  We know that it's

09:32:18 11   a new system, and if there are questions or issues, hopefully

09:32:21 12   they will be brought to their attention, and they can be

09:32:23 13   addressed quickly.

09:32:24 14          THE COURT:  Yes, that's the important thing, Orran.

09:32:27 15   We've got to keep an eye out and keep an ear to the ground.  If

09:32:31 16   something develops, we've got to get together and talk about it

09:32:34 17   and resolve that issue.

09:32:35 18          MR. DAVIS:  On defendant fact sheets, I have nothing to

09:32:38 19   report other than they will be due following the submission of

09:32:41 20   plaintiff fact sheets.

09:32:42 21          THE COURT:  Now, Jim, you all said something about in

09:32:45 22   conference that you need to fine tune some aspects of it.

09:32:48 23          MR. IRWIN:  Yes.  Thank you, Your Honor.

09:32:50 24          Your Honor did issue, I think, Pretrial Orders 13

09:32:53 25   and 14 approving the PFS and the DFS.

**OFFICIAL TRANSCRIPT**

09:32:59 1          We were in discussions preparing a joint proposed

09:33:01 2    order.  We're continuing discussions.  There are several

09:33:05 3    paragraphs that we may be submitting to you to complement or

09:33:09 4    supplement your approval orders that might deal with HIPAA

09:33:13 5    protections, work product protections, that sort of thing.  So

09:33:15 6    we're working on that, Your Honor.

09:33:16 7          MR. DAVIS:  We will be discussing that and will jointly

09:33:19 8    submit something.

09:33:19 9          THE COURT:  Orran, I'll read you in on this.  When I

09:33:22 10   get them, I'll talk with you about it, see how we can tweak it.

09:33:26 11         MR. DAVIS:  Number 7, bundling of complaints.  As I

09:33:30 12   mentioned, the Court issued Pretrial Order 11, and we are

09:33:30 13   encouraging --

09:33:30 14         THE COURT:  Thank you.

09:33:35 15         MR. DAVIS:  -- folks that if they have -- to take

09:33:37 16   advantage of the bundling complaint, that they do so.

09:33:40 17         THE COURT:  All right.

09:33:40 18         MR. IRWIN:  I may just add to that, Your Honor, that we

09:33:44 19   are having discussions with the PLC about managing the costs

09:33:52 20   that might be associated with dismissals early or later on --

09:33:52 21         THE COURT:  Right.

09:33:56 22         MR. IRWIN:  -- and we'll be talking back with the Court

09:33:58 23   about that.

09:33:58 24         THE COURT:  Yes, it's a work in progress, and I'll be

09:34:01 25   working with you all on that.  I recognize the issues.

**OFFICIAL TRANSCRIPT**

09:34:04  1        MR. IRWIN:  The PSC is also working on some forms --

09:34:04  2        THE COURT:  Right.

09:34:06  3        MR. IRWIN:  -- in connection with bundled complaints,

09:34:09  4  and encourage people that if they have questions, that they

09:34:12  5  contact liaison counsel at this time.

09:34:16  6        THE COURT:  I'm trying to make it as easy as possible

09:34:19  7  to get into this litigation by individuals, so that we have the

09:34:23  8  gravity of the ligation in the MDL, as opposed to spreading it

09:34:25  9  throughout the Court systems.  This is one method of doing

09:34:28 10  that.

09:34:30 11             Preservation order.

09:34:31 12        MR. DAVIS:  I've already addressed that, Your Honor,

09:34:37 13  preservation order, the modification, earlier, in

09:34:42 14  Pretrial Order 15.

09:34:42 15        THE COURT:  Right.

09:34:44 16        MR. DAVIS:  Furthermore, a depo notice was sent to

09:34:48 17  defendants in connection with preservation issues, and we are

09:34:54 18  in the process of discussing that with defendants with respect

09:34:58 19  to an issue regarding preservation.

09:35:02 20        THE COURT:  Document production protocols.

09:35:06 21        MR. DAVIS:  Briefs were filed in connection with that

09:35:09 22  in relation to the production that defendants will be making in

09:35:14 23  June, starting that production, in response to the initial

09:35:19 24  Request for Production of Documents.

09:35:22 25        THE COURT:  Right.  I got the briefs from the parties.

**OFFICIAL TRANSCRIPT**

09:35:24  1    Basically, the plaintiffs would like the information in native

09:35:29  2    format.

09:35:29  3              Native format, of course, as we know, shows the

09:35:32  4    metadata and shows who started the document, what changes, and

09:35:37  5    various things.  It's really a history of that particular

09:35:41  6    document.

09:35:41  7              The defendant suggests that it be produced in

09:35:46  8    TIFF Plus, which allows the document to be more accurately

09:35:52  9    Bates stamped.  Also, it's in a PDF format, so it stops the

09:35:58 10    opportunity to change it and makes it a lot easier to use

09:36:03 11    during depositions and during presentation in the bellwether

09:36:10 12    process.

09:36:10 13              I've heard from both sides.  Frankly, I find

09:36:14 14    myself agreeing with both of them.  I understand the feeling

09:36:19 15    that the plaintiffs expressed that, under the Federal Rules,

09:36:24 16    they do have an opportunity to designate which type of format

09:36:28 17    the document should be presented in.  They feel that they

09:36:32 18    should have the document in the same form that the defendants

09:36:37 19    have the document.

09:36:41 20              But I also understand the ease of marking the

09:36:46 21    documents.  We're dealing with millions of documents here, and

09:36:49 22    so marking is very important; also, the significance of it not

09:36:58 23    being able to be changed during the process of its use.

09:37:01 24              So I do agree with both of them.  I would like to

09:37:08 25    come up with a solution that satisfies both of their needs.  It

**OFFICIAL TRANSCRIPT**

09:37:11 1   seems to me that one way of doing that is to have the

09:37:14 2   defendants produce the documents in native format and have the

09:37:18 3   plaintiffs change it to the TIFF Plus format.

09:37:23 4          Then, both will have what they need.  The

09:37:26 5   plaintiffs will have the native format material; the defendants

09:37:31 6   will have the opportunity to facilitate the use of it during

09:37:37 7   depositions and during trial.

09:37:38 8          With that information, they want to go back to

09:37:41 9   the drawing board and talk about it and see how they can come

09:37:44 10  up with something that satisfies both of their needs.  That's

09:37:47 11  where we are with that issue.

09:37:50 12       MR. DAVIS:  We are planning on having some discussions

09:37:53 13  further, and we'll report back to the Court.  We understand

09:37:55 14  that the Court wants to make sure that documents are Bates

09:37:58 15  numbered is one of the big concerns.

09:38:01 16       THE COURT:  Right.

09:38:01 17       MR. DAVIS:  With respect to discovery, I've mentioned

09:38:04 18  that we've issued a first set of discovery requests for

09:38:08 19  production.  That's outstanding.

09:38:09 20          We also provided to defendants some draft

09:38:14 21  30(b)(6) notices on corporate structure and insurance, and

09:38:18 22  we'll have further discussions with defendants on that.

09:38:21 23          With respect to Item 11, there is an outstanding

09:38:26 24  subpoena to the FDA.  We have not received response from the

09:38:32 25  FDA yet, but we will report as time goes on and as more

**OFFICIAL TRANSCRIPT**

09:38:37  1   develops.

09:38:37  2            With respect to Number 12, science day, science

09:38:43  3   day has been scheduled by the Court to take place here in the

09:38:47  4   courtroom on June the 11th.  This will be, as I call it,

09:38:53  5   Science Day 101, the basics.

09:38:56  6        THE COURT:  Right.  It's really for my benefit, so that

09:38:58  7   I'm able to get up to speed with the science of this particular

09:39:06  8   drug.

09:39:07  9            The parties have given to me a bibliography.  I'm

09:39:13 10   working my way through it at this time.  Science day, they will

09:39:19 11   bring in their experts, and the expert will, as Lennie says,

09:39:23 12   give me a 101, or even less than a 101, course in it.

09:39:28 13            They'll talk about it, use PowerPoints.  They'll

09:39:31 14   have an opportunity for me to ask questions and get a better

09:39:38 15   feel for the science involved in this matter.

09:39:40 16            It's helpful to me because I'm going to be

09:39:42 17   dealing with *Daubert* motions, I'm going to be dealing with

09:39:47 18   motions to produce.  Some background information, some basic

09:39:51 19   science will at least educate me as to the significance of the

09:39:55 20   material that I'll be dealing with.

09:40:03 21            It's more informal.  I don't feel the need to

09:40:05 22   have a court reporter.  I don't feel a need to swear in the

09:40:08 23   people.  I'm not planning on having this in a telephone

09:40:19 24   presentation, with the exception of Judge New.  I've talked

09:40:25 25   with Judge New.  He's got an issue he was going to try to

**OFFICIAL TRANSCRIPT**

09:40:29  1   resolve and be here, but if he can't be here, he may be able to

09:40:33  2   participate by phone.  I will open the phone lines for him, so

09:40:38  3   that he also has access.

09:40:40  4        We're going to be working together on this.  I

09:40:42  5   look forward to working with him.  I know he'll be a great help

09:40:46  6   to me, and perhaps I can be of some modest help in his

09:40:49  7   situation.  But that's what we have planned to do on science

09:40:54  8   day.

09:40:54  9        MR. DAVIS:  The parties look forward to being able to

09:40:58 10   educate both Your Honor and Judge New.  We hope that we'll put

09:41:02 11   on Science 101, that is, the basics.  If the Court has

09:41:05 12   questions, we'll be prepared to answer any of the questions.

09:41:12 13        State/federal coordination.  Dawn.

09:41:22 14        MS. BARRIOS:  Good morning, Your Honor.  Dawn Barrios

09:41:30 15   for the federal/state committee.

09:41:32 16        I'd like to report to those on the phone that

09:41:34 17   since our last status conference, you have appointed additional

09:41:39 18   members of the committee:  Gibson Vance from Beasley Allen,

09:41:41 19   Mike Weinkowitz and Dan Gallucci.  Both Mike and Dan are colead

09:41:43 20   in Philadelphia litigation.

09:41:47 21        I'd like to start out by thanking the defendants

09:41:50 22   for accommodating our request to put the information they are

09:41:53 23   giving us on an Excel spreadsheet, and they've very courteously

09:42:00 24   cooperated with that.

09:42:01 25        I also have received copies of all the

**OFFICIAL TRANSCRIPT**

09:42:05 1   complaints.  I'm going to put them in a Dropbox.  If Your Honor
09:42:07 2   would like access to that, I would be happy to give it to you.
09:42:10 3   The federal/state committee is going to work on it to try to
09:42:13 4   find out who the attorneys are who have most of the cases.
09:42:23 5         Your Honor, what I've provided is just the Court
09:42:24 6   facts as of yesterday.  There are basically six states that
09:42:27 7   have all of the cases outside of the MDL.  You can see, the
09:42:31 8   bulk, obviously, are in Pennsylvania.
09:42:33 9         The number of cases filed outside the MDL are
09:42:37 10  202.  The number of Xarelto users on those cases are 231, but
09:42:44 11  the total number of plaintiffs named are 339, because we did
09:42:48 12  find some bundled complaints in other jurisdictions.
09:42:52 13        I look forward to working with the members of the
09:42:55 14  committee and will be happy to answer any questions or do
09:42:59 15  anything that you would like.
09:43:00 16        Your Honor, I know Judge New is going to provide
09:43:02 17  his telephone number, and I will provide it to you, for the
09:43:06 18  science day.  His next status conference is the 20th of this
09:43:11 19  month.  BrownGreer is going to go make the presentation because
09:43:14 20  he's interested in the centrality as well.
09:43:14 21        THE COURT:  Great.
09:43:14 22        MS. BARRIOS:  Thank you.
09:43:20 23        MR. IRWIN:  I was just going to add that California,
09:43:23 24  Illinois, and Missouri cases will be removed.
09:43:27 25        MS. BARRIOS:  Okay.  Thank you.

**OFFICIAL TRANSCRIPT**

09:43:31  1      THE COURT:  So there is just one case in California?

09:43:36  2      MS. BARRIOS:  Yes, Your Honor.

09:43:37  3      THE COURT:  That's going to be removed?

09:43:39  4      MR. IRWIN:  Yes, sir.

09:43:40  5      THE COURT:  Indiana, you said?

09:43:41  6      MR. IRWIN:  Illinois, Your Honor.

09:43:44  7      THE COURT:  Illinois, okay, and Missouri.

09:43:45  8      MS. BARRIOS:  And Missouri.

09:43:47  9      MR. DAVIS:  Just to follow up on some of those

09:43:49 10 statistics, yesterday when I checked with the Clerk's Office

09:43:53 11 here, I understand there are 586 open cases and about a dozen

09:44:00 12 transfers that were in process, just so the Court is aware.

09:44:04 13      THE COURT:  All right.

09:44:05 14      MR. DAVIS:  Proposed Case Management Order Number 2 is

09:44:11 15 Item 14 on the agenda.  The parties will be in discussions and

09:44:14 16 have started discussions regarding Case Management Order

09:44:18 17 Number 2.  It's just on the agenda, and that will be worked on.

09:44:22 18      I believe that's it for the report, Your Honor.

09:44:25 19      THE COURT:  One thing that I do want to mention, I

09:44:28 20 mention it each time, if any lawyer who is not on a committee

09:44:32 21 wants to be on a subcommittee, they should contact liaison

09:44:38 22 counsel, and I expect them to be on a subcommittee.  If they

09:44:43 23 want to do work, I want them to be able to do work.

09:44:48 24      So contact liaison counsel.  If, somehow or

09:44:55 25 another, they seem to be busy or can't get to you, get to the

09:44:58  1    Court, and I'll make sure that they hear your interest in
09:45:01  2    participating in the case.
09:45:04  3          One thing that I'm conscious of in a case of this
09:45:07  4    sort, you have to have some structure.  You have to have some
09:45:10  5    order in it.  We have too many lawyers involved in the case.
09:45:13  6          One case that I'm handling now had 1,400 lawyers
09:45:17  7    involved in the case.  This case is not that many lawyers, but
09:45:24  8    there are a lot of lawyers involved in the case.  You can't
09:45:26  9    have everybody going in different directions.  It doesn't work.
09:45:31 10          So you have to have some structure in it.  I have
09:45:34 11    to appoint committees, but I don't want it to be a closed shop.
09:45:38 12    I don't think that's good for the process.  I don't think
09:45:40 13    that's good for the institution.  But it has to be coordinated
09:45:46 14    through liaison counsel.
09:45:49 15          This is mainly from the plaintiffs' standpoint.
09:45:51 16    The defendants have their own selected lawyers to handle the
09:45:59 17    case; but, the plaintiffs, any plaintiff lawyer who wants to
09:46:01 18    participate should feel that they're able to participate in
09:46:03 19    some form or fashion, as long as they work through the
09:46:05 20    committee system.
09:46:06 21          MR. DAVIS:  The PSC met yesterday.  In that meeting, we
09:46:13 22    specifically addressed committee structures.  We are in the
09:46:15 23    process of honing in to finalize those lists and will be
09:46:18 24    reporting to Your Honor on that in due course.
09:46:21 25          THE COURT:  My thought is that the PSC works through

                          **OFFICIAL TRANSCRIPT**

09:46:29  1   subcommittees.  We have a PSC member on a committee or is chair

09:46:31  2   of the committee, but subcommittees are formed with people who

09:46:33  3   are not on the PSC.  They're formed with people who are

09:46:38  4   interested in working and are not on the PSC.  They're able to

09:46:41  5   do that.

09:46:42  6            In the *Vioxx* case that I handled a while back, I

09:46:46  7   had only nine people on the steering committee, but I had 106

09:46:51  8   people doing work on it, so that they were able to do work,

09:46:55  9   make contribution and, of course, earn some fee on it also.

09:46:58  10           So I think that's important in the process.

09:47:01  11  Otherwise, this process just dies from problems.

09:47:01  12           MR. DAVIS:  I think the only item remaining, Your

09:47:12  13  Honor, is the next status --

09:47:12  14           THE COURT:  The next status conference is June 10th,

09:47:14  15  and the following status conference is July 9th.

09:47:25  16           MR. DAVIS:  Thank you, Your Honor.

09:47:25  17           THE COURT:  Let me see Lennie.

09:47:27  18           THE DEPUTY CLERK:  All rise.

          19           (WHEREUPON, the status conference was concluded at

          20  9:47 a.m.)

          21                         *    *    *

          22

          23

          24

          25

**OFFICIAL TRANSCRIPT**

1                        REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter in and for the State

5    of Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                              *s/Cathy Pepper*

13                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
14                              Registered Merit Reporter
                                Official Court Reporter
15                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                          **OFFICIAL TRANSCRIPT**

**0**

**07932** [1] - 2:16

**1**

**1** [4] - 8:20, 9:14, 9:24, 11:22
**1,400** [1] - 36:6
**1.....................** [1] - 4:19
**10** [2] - 4:20, 4:21
**10019** [1] - 2:20
**101** [4] - 32:5, 32:12, 33:11
**106** [1] - 37:7
**10TH** [1] - 5:12
**10th** [1] - 37:14
**11** [3] - 7:25, 28:12, 31:23
**11.............................** [1] - 4:7
**11.............................** .... [1] - 4:24
**1100** [2] - 1:20, 2:12
**11th** [2] - 8:1, 32:4
**12** [2] - 8:9, 32:2
**12.............................** [1] - 4:9
**13** [6] - 1:6, 4:11, 6:3, 8:11, 11:22, 27:24
**130** [1] - 24:23
**14** [4] - 8:11, 11:22, 27:25, 35:15
**14-MD-2592** [1] - 1:5
**14.....................** [1] - 4:11
**15** [2] - 8:17, 29:14
**15.............................** .... [2] - 4:13, 5:1
**16** [1] - 8:21
**16.............................** .... [1] - 4:16

**2**

**2** [4] - 9:23, 19:6, 35:14, 35:17
**2.............** [1] - 5:11
**2015** [2] - 1:6, 6:3
**2015...** [1] - 5:13
**2015...........** [1] - 5:12
**202** [1] - 34:10
**20TH** [1] - 5:7
**20th** [1] - 34:18
**225** [1] - 12:25
**231** [1] - 34:10

**24** [1] - 14:9
**250** [1] - 2:19
**2592** [1] - 6:12
**27** [1] - 4:22
**2700** [1] - 2:9
**28** [2] - 4:23, 4:24
**2800** [2] - 1:20, 1:20
**29** [3] - 4:25, 5:1, 5:2

**3**

**30(b)(6** [1] - 31:21
**31** [3] - 5:3, 5:4, 10:1
**316** [1] - 1:24
**32** [1] - 5:5
**32502** [1] - 1:25
**33** [1] - 5:6
**339** [1] - 34:11
**34** [1] - 5:8
**35** [2] - 5:10, 5:11
**36103** [1] - 2:5
**37** [2] - 5:12, 5:13

**4**

**4** [1] - 11:25
**400** [1] - 2:9
**4160** [1] - 2:4
**4A** [1] - 10:15
**4th** [2] - 9:15, 11:21

**5**

**500** [2] - 2:16, 3:4
**504** [1] - 3:5
**55TH** [1] - 2:19
**586** [2] - 5:9, 35:11
**589-7779** [1] - 3:5

**6**

**6** [1] - 4:5
**60** [2] - 8:13, 27:7
**600** [1] - 1:24

**7**

**7** [4] - 4:6, 4:7, 18:10, 28:11
**70113** [1] - 1:16
**70130** [2] - 2:9, 3:5
**70163** [2] - 1:21, 2:13

**8**

**8** [10] - 4:8, 4:9, 4:10,

4:11, 4:12, 4:13, 4:15, 4:16, 4:17, 10:5
**804-521-7200** [1] - 24:9
**820** [1] - 1:16

**9**

**9** [2] - 4:18, 4:19
**9:00** [1] - 1:6
**9:47** [1] - 37:20
**9TH** [1] - 5:13
**9th** [1] - 37:15

**A**

**A.M** [1] - 1:6
**a.m** [1] - 37:20
**ability** [1] - 38:8
**able** [23] - 7:8, 7:9, 7:16, 9:8, 14:3, 18:7, 19:9, 20:5, 23:2, 23:3, 24:14, 25:19, 26:5, 26:7, 26:17, 30:23, 32:7, 33:1, 33:9, 35:23, 36:18, 37:4, 37:8
**ABOUT** [1] - 5:9
**above-entitled** [1] - 38:9
**access** [12] - 7:14, 12:19, 13:23, 13:24, 14:8, 15:2, 18:14, 21:13, 22:1, 23:1, 33:3, 34:2
**accessed** [1] - 21:25
**accidentally** [1] - 15:5
**accommodate** [2] - 16:10, 24:24
**accommodating** [1] - 33:22
**accommodations** [1] - 25:15
**Account** [1] - 15:13
**accurately** [1] - 30:8
**ACTION** [1] - 1:5
**activities** [1] - 9:16
**add** [6] - 11:5, 14:6, 15:2, 18:16, 28:18, 34:23
**added** [1] - 22:21
**addition** [1] - 23:22
**additional** [1] - 33:17
**address** [4] - 12:17, 13:24, 14:20, 20:8
**addressed** [4] - 27:5, 27:13, 29:12, 36:22

**addresses** [1] - 12:8
**administration** [1] - 15:1
**advance** [1] - 26:15
**advantage** [1] - 28:16
**advise** [1] - 7:2
**afterwards** [1] - 24:13
**AGENDA** [1] - 4:3
**agenda** [3] - 6:21, 35:15, 35:17
**ago** [2] - 6:20, 17:12
**agree** [3] - 10:7, 24:20, 30:24
**agreed** [2] - 10:5, 10:24
**agreeing** [1] - 30:14
**AL** [1] - 2:5
**ALL** [1] - 1:8
**Allen** [1] - 33:18
**ALLEN** [1] - 2:3
**allow** [1] - 16:16
**allowed** [1] - 19:18
**allows** [7] - 8:2, 8:5, 12:21, 15:1, 26:4, 26:5, 30:8
**ALSO** [1] - 2:22
**AND** [4] - 1:19, 4:11, 4:14, 5:9
**answer** [10] - 12:4, 19:14, 19:20, 19:22, 19:24, 20:4, 24:10, 24:16, 33:12, 34:14
**answered** [1] - 21:17
**answers** [1] - 19:18
**ANTHONY** [1] - 2:4
**apart** [1] - 17:8
**appearance** [1] - 6:14
**APPEARANCES** [3] - 1:13, 2:1, 3:1
**appoint** [1] - 36:11
**appointed** [1] - 33:17
**appreciate** [2] - 27:2, 27:10
**approval** [1] - 28:4
**approving** [1] - 27:25
**aspects** [1] - 27:22
**assign** [5] - 13:9, 13:11, 13:13, 16:7, 17:6
**assistance** [1] - 20:4
**associated** [2] - 15:22, 28:20
**attached** [1] - 17:25
**attend** [1] - 7:8
**attention** [1] - 27:12
**attorney** [1] - 17:15
**attorneys** [1] - 34:4
**authority** [1] - 16:25
**authorization** [1] -

15:21
**automated** [1] - 12:2
**automatic** [1] - 14:12
**automatically** [2] - 22:25, 23:16
**available** [5] - 21:5, 23:8, 23:16, 24:1, 24:7
**AVENUE** [1] - 1:16
**aware** [1] - 35:12

**B**

**background** [1] - 32:18
**bar** [2] - 14:23, 15:13
**BARR** [1] - 1:24
**BARRIOS** [5] - 33:14, 34:22, 34:25, 35:2, 35:8
**Barrios** [1] - 33:14
**bars** [2] - 14:15, 14:22
**based** [3] - 13:1, 16:7, 19:10
**basic** [5] - 16:1, 16:4, 16:23, 17:2, 32:18
**basics** [2] - 32:5, 33:11
**Bates** [2] - 30:9, 31:14
**BAYLEN** [1] - 1:24
**Beasley** [1] - 33:18
**BEASLEY** [1] - 2:3
**becomes** [1] - 9:5
**BEFORE** [1] - 1:11
**begin** [1] - 26:9
**behalf** [1] - 6:17
**bellwether** [3] - 25:20, 26:1, 30:11
**bellwethers** [1] - 26:13
**benefit** [2] - 7:2, 32:6
**BENJAMIN** [1] - 1:18
**best** [2] - 21:19, 38:8
**better** [1] - 32:14
**between** [1] - 10:13
**bibliography** [1] - 32:9
**BIDDLE** [1] - 2:15
**big** [3] - 26:15, 31:15
**BIRCHFIELD** [1] - 2:4
**birth** [4] - 16:5, 17:4, 22:6, 22:9
**blessing** [1] - 10:6
**blue** [1] - 18:14
**board** [1] - 31:9
**bottom** [3] - 13:21, 16:16, 22:8
**BOX** [1] - 2:4
**box** [1] - 20:6
**BRIAN** [1] - 1:24

**OFFICIAL TRANSCRIPT**

**briefly** [3] - 7:23, 11:18, 12:14
**briefs** [2] - 29:21, 29:25
**bring** [1] - 32:11
**brought** [1] - 27:12
**BROWN** [5] - 2:22, 11:16, 24:15, 25:12, 27:3
**Brown** [3] - 10:18, 11:14, 11:16
**BrownGreer** [8] - 10:17, 11:3, 11:17, 12:13, 27:10, 34:19
**BrownGreer.com** [1] - 14:6
**building** [2] - 9:2, 9:4
**built** [1] - 24:18
**bulk** [2] - 15:25, 34:8
**bundled** [2] - 29:3, 34:12
**bundling** [3] - 8:1, 28:11, 28:16
**BUNDLING** [2] - 4:8, 4:23
**busy** [1] - 35:25
**button** [5] - 12:24, 13:21, 15:24, 19:17, 20:14
**buttons** [2] - 18:14, 19:19
**BY** [10] - 1:15, 1:19, 1:24, 2:4, 2:8, 2:12, 2:15, 2:19, 3:7, 3:8

## C

**calendar** [1] - 7:12
**California** [2] - 34:23, 35:1
**CALLED** [1] - 6:4
**CAMPUS** [1] - 2:16
**cannot** [3] - 16:22, 24:21, 24:24
**Case** [7] - 7:20, 9:13, 9:14, 9:24, 11:22, 35:14, 35:16
**CASE** [4] - 4:6, 4:18, 4:19, 5:11
**case** [14] - 6:11, 7:17, 26:6, 35:1, 36:2, 36:3, 36:5, 36:6, 36:7, 36:8, 36:17, 37:6
**cases** [18] - 7:16, 8:5, 19:15, 19:16, 25:17, 25:20, 26:1, 26:7, 26:8, 34:4, 34:7, 34:9, 34:10, 34:24,

35:11
**CASES** [2] - 1:8, 5:9
**categories** [1] - 26:10
**Cathy** [2] - 38:3, 38:13
**CATHY** [1] - 3:3
**Cathy_Pepper@laed .uscourts.gov** [1] - 38:15
**cathy_Pepper@laed. uscourts.gov** [1] - 3:6
**CCR** [2] - 3:3, 38:13
**census** [3] - 26:11, 26:13, 26:14
**CENTER** [1] - 2:8
**central** [1] - 25:3
**centrality** [10] - 8:15, 10:14, 10:17, 11:11, 11:15, 11:19, 12:13, 12:17, 26:18, 34:20
**CENTRALITY............ ........................** [1] - 4:21
**CENTRE** [1] - 1:20
**certain** [3] - 9:11, 19:9, 24:21
**CERTIFICATE** [1] - 38:1
**CERTIFIED** [1] - 3:3
**Certified** [3] - 38:3, 38:4, 38:13
**certify** [1] - 38:7
**CHAFFE** [1] - 2:11
**chair** [1] - 37:1
**chambers** [1] - 11:6
**change** [16] - 13:12, 13:14, 13:15, 13:17, 15:3, 15:15, 17:17, 18:25, 20:1, 20:2, 24:18, 24:22, 26:4, 30:10, 31:3
**changed** [2] - 24:20, 30:23
**changes** [3] - 10:4, 15:16, 30:4
**check** [1] - 14:9
**checked** [1] - 35:10
**CIVIL** [1] - 1:5
**claimants** [1] - 8:2
**clarify** [1] - 17:17
**CLERK** [3] - 6:7, 6:12, 37:18
**Clerk's** [1] - 35:10
**CLERK'S** [1] - 5:9
**click** [10] - 13:20, 14:23, 14:25, 15:8, 15:23, 17:2, 17:22, 18:21, 20:14, 22:13
**client** [1] - 21:9
**clients** [1] - 16:17

**closed** [1] - 36:11
**colead** [1] - 33:19
**comment** [1] - 24:17
**Committee** [1] - 6:18
**committee** [10] - 33:15, 33:18, 34:3, 34:14, 35:20, 36:20, 36:22, 37:1, 37:2, 37:7
**committees** [1] - 36:11
**communicate** [2] - 14:2, 14:7
**communications** [1] - 10:13
**complaint** [3] - 8:3, 8:4, 28:16
**complaints** [5] - 8:1, 28:11, 29:3, 34:1, 34:12
**COMPLAINTS............ ...................** [2] - 4:8, 4:23
**complement** [1] - 28:3
**complete** [1] - 20:23
**completion** [1] - 18:8
**complicated** [1] - 9:6
**computer** [5] - 16:18, 16:24, 18:23, 20:19, 21:22
**COMPUTER** [1] - 3:8
**computer-generated** [1] - 21:22
**concept** [1] - 26:17
**concerns** [1] - 31:15
**concluded** [1] - 37:17
**condensed** [1] - 18:2
**conference** [7] - 8:16, 27:22, 33:17, 34:18, 37:14, 37:15, 37:19
**CONFERENCE** [4] - 1:10, 5:7, 5:12, 5:13
**connection** [2] - 29:3, 29:17, 29:21
**conscious** [1] - 36:3
**contact** [15] - 9:19, 10:11, 10:16, 10:21, 12:23, 14:21, 16:9, 20:1, 24:4, 24:5, 24:14, 29:5, 35:21, 35:24
**CONTACT** [1] - 4:20
**contents** [1] - 17:23
**continue** [1] - 17:22
**CONTINUED** [2] - 2:1, 3:1
**continuing** [1] - 28:2
**contribution** [1] - 37:9
**conversations** [1] - 21:16

**cooperated** [1] - 33:24
**coordinated** [1] - 36:13
**coordination** [1] - 33:13
**COORDINATION....... ..................** [1] - 5:6
**copies** [2] - 17:24, 33:25
**copy** [1] - 20:24
**corporate** [1] - 31:21
**correct** [2] - 10:9, 38:7
**correspond** [1] - 18:3
**costs** [1] - 28:19
**COUNSEL** [3] - 1:15, 2:7, 4:20
**counsel** [12] - 6:14, 6:21, 9:19, 10:11, 10:14, 10:15, 12:6, 13:2, 29:5, 35:22, 35:24, 36:14
**couple** [1] - 20:16
**course** [5] - 20:2, 30:3, 32:12, 36:24, 37:9
**court** [7] - 9:15, 23:10, 26:18, 26:22, 26:25, 27:1, 32:22
**COURT** [53] - 1:1, 3:3, 6:4, 6:8, 6:11, 6:14, 6:20, 7:7, 7:24, 8:23, 10:7, 10:18, 11:9, 11:12, 12:11, 12:18, 13:4, 13:9, 13:18, 15:13, 17:13, 21:10, 23:9, 23:14, 23:20, 24:12, 25:11, 25:16, 27:4, 27:14, 27:21, 28:9, 28:14, 28:17, 28:21, 28:24, 29:2, 29:6, 29:15, 29:20, 29:25, 31:16, 32:6, 34:21, 35:1, 35:3, 35:5, 35:7, 35:13, 35:19, 36:25, 37:14, 37:17
**Court** [26] - 7:2, 7:4, 8:6, 11:20, 12:5, 22:22, 22:23, 23:10, 23:13, 23:14, 23:19, 28:12, 28:22, 29:9, 31:13, 31:14, 32:3, 33:11, 34:5, 35:12, 36:1, 38:4, 38:5, 38:6, 38:14, 38:15
**courteously** [2] - 10:2, 33:23
**courtroom** [1] - 32:4
**create** [2] - 13:24, 22:24

**credentials** [7] - 12:22, 12:23, 13:24, 16:20, 21:12, 21:21, 21:22
**CROW** [1] - 2:3
**CRR** [2] - 3:3, 38:13
**cue** [1] - 18:12

## D

**Dan** [2] - 33:19
**data** [7] - 12:2, 16:2, 16:6, 16:23, 18:22, 25:5
**date** [5] - 16:5, 17:4, 19:16, 22:6, 22:9
**Daubert** [1] - 32:17
**DAVID** [1] - 1:18
**Davis** [4] - 6:16, 9:22, 11:21, 22:20
**DAVIS** [26] - 1:15, 6:16, 6:24, 7:21, 7:25, 9:13, 9:21, 10:9, 10:22, 23:18, 27:5, 27:18, 28:7, 28:11, 28:15, 29:12, 29:16, 29:21, 31:12, 31:17, 33:9, 35:9, 35:14, 36:21, 37:12, 37:16
**dawn** [1] - 33:13
**Dawn** [1] - 33:14
**DAY........................... ..............** [1] - 5:5
**days** [2] - 8:13, 27:7
**deadline** [2] - 9:24, 11:24
**deadlines** [1] - 14:19
**deal** [2] - 8:11, 28:4
**dealing** [4] - 30:21, 32:17, 32:20
**deals** [2] - 8:17, 8:21
**death** [1] - 26:8
**defeats** [1] - 25:2
**defendant** [5] - 11:24, 12:16, 21:6, 27:18, 30:7
**DEFENDANTS** [1] - 2:11
**defendants** [16] - 6:19, 9:18, 9:25, 16:23, 21:6, 21:16, 29:17, 29:18, 29:22, 30:18, 31:2, 31:5, 31:20, 31:22, 33:21, 36:16
**DEFENDANTS'** [1] - 2:7
**delete** [1] - 15:2

depo [1] - 29:16
deposition [1] - 11:7
depositions [3] - 8:24, 30:11, 31:7
DEPUTY [3] - 6:7, 6:12, 37:18
designate [1] - 30:16
developed [1] - 7:18
develops [2] - 27:16, 32:1
DFS [1] - 27:25
dies [1] - 37:11
different [4] - 13:7, 15:7, 36:9
differentiate [1] - 17:7
difficult [1] - 25:18
direct [1] - 8:7
directed [2] - 9:7, 11:23
directions [1] - 36:9
discovery [12] - 10:25, 22:21, 23:18, 23:21, 23:25, 25:21, 25:25, 26:1, 26:11, 26:12, 31:17, 31:18
DISCOVERY...............
.............................[1] - 5:3
discuss [2] - 6:21, 8:2
discussed [1] - 11:6
discussing [2] - 28:7, 29:18
discussions [7] - 28:1, 28:2, 28:19, 31:12, 31:22, 35:15, 35:16
dismissals [1] - 28:20
displayed [1] - 22:8
distribution [1] - 10:24
DISTRICT [3] - 1:1, 1:1, 1:11
District [3] - 38:6, 38:15
docket [1] - 23:2
document [12] - 11:7, 20:18, 20:21, 20:22, 21:8, 29:20, 30:4, 30:6, 30:8, 30:17, 30:18, 30:19
DOCUMENT [2] - 1:7, 5:2
documents [19] - 8:18, 8:25, 9:10, 10:25, 20:10, 20:11, 20:13, 20:16, 21:3, 21:4, 21:6, 21:24, 23:8, 23:23, 23:25, 30:21, 31:2, 31:14
DOCUMENTS [1] -

4:14
Documents [2] - 20:14, 29:24
down [1] - 9:1
download [4] - 22:24, 22:25, 23:10, 23:16
dozen [1] - 35:11
DOZEN [1] - 5:10
Draft [1] - 18:21
draft [4] - 10:3, 16:17, 18:18, 31:20
drawing [1] - 31:9
DRINKER [1] - 2:15
DRIVE [1] - 2:16
Dropbox [1] - 34:1
dropdown [3] - 14:24, 19:17, 22:3
drug [1] - 32:8
due [3] - 27:7, 27:19, 36:24
during [5] - 30:11, 30:23, 31:6, 31:7

## E

e-mail [21] - 12:8, 13:22, 13:23, 13:25, 14:1, 14:7, 14:10, 14:12, 14:20, 15:15, 15:16, 16:18, 17:9, 17:13, 17:16, 17:18, 18:20, 18:24, 20:8, 24:8
e-mailed [1] - 13:3
e-mails [2] - 14:3, 14:4
ear [1] - 27:15
early [2] - 10:2, 28:20
earn [1] - 37:9
ease [1] - 30:20
easier [2] - 9:12, 30:10
EASTERN [1] - 1:1
Eastern [1] - 38:6
easy [3] - 12:9, 25:13, 29:6
ECF [2] - 22:22, 23:6
Edit [1] - 18:15
edit [1] - 18:16
educate [2] - 32:19, 33:10
efficiently [1] - 9:9
efforts [1] - 27:10
either [1] - 23:11
ELDON [1] - 1:11
electronic [1] - 12:15
ELECTRONICALLY
[1] - 4:14
electronically [1] - 8:18
encourage [1] - 29:4

encouraged [1] - 11:2
encouraging [1] - 28:13
end [1] - 7:17
ENERGY [1] - 1:20
entails [1] - 25:24
enter [2] - 16:2, 25:5
entered [5] - 11:20, 18:11, 18:17, 18:22, 22:18
entering [1] - 22:6
entire [1] - 22:16
entitled [1] - 38:9
entry [1] - 16:23
ESQUIRE [8] - 1:15, 1:19, 1:24, 2:4, 2:8, 2:12, 2:15, 2:19
essentially [3] - 12:21, 17:23, 23:8
etcetera [1] - 15:22
event [1] - 24:13
eventually [1] - 23:7
evidence [1] - 8:18
EVIDENCE.................
.............................[1] - 4:15
exact [1] - 17:24
example [5] - 18:10, 19:4, 19:21, 20:18, 20:22
examples [1] - 20:16
Excel [1] - 33:23
except [1] - 23:18
exception [1] - 32:24
exchanged [1] - 8:25
existing [1] - 15:20
expanding [1] - 16:13
expect [1] - 35:22
expert [1] - 32:11
experts [1] - 32:11
explain [1] - 7:23
explanatory [2] - 14:23, 15:24
expressed [1] - 30:15
extra [1] - 23:25
eye [1] - 27:15

## F

facilitate [1] - 31:6
FACT [2] - 4:12, 4:22
Fact [3] - 15:18, 17:3, 20:21
FL [1] - 1:25
fact [41] - 8:11, 8:14, 11:23, 11:24, 12:1, 12:16, 14:19, 15:4, 15:5, 15:20, 15:22, 15:23, 16:17, 16:22, 16:25, 17:1, 17:10,

17:24, 17:25, 18:13, 18:19, 19:2, 19:8, 19:21, 20:2, 20:12, 20:23, 20:24, 21:1, 21:2, 21:6, 22:4, 22:10, 22:12, 24:22, 25:2, 27:4, 27:5, 27:18, 27:20
facts [2] - 22:3, 34:6
fairly [1] - 14:23
FALLON [1] - 1:11
fashion [1] - 36:19
FDA [2] - 31:24, 31:25
FDA.....................[1] - 5:4
feature [2] - 20:13, 22:13
Federal [1] - 30:15
federal/state [2] - 33:15, 34:3
fee [2] - 25:7, 37:9
felt [1] - 26:20
female [1] - 19:18
few [1] - 16:12
field [1] - 7:16
figure [2] - 22:11, 26:9
file [12] - 8:14, 10:23, 20:25, 23:9, 23:11, 23:12, 23:15, 26:18, 26:19, 26:21, 26:22, 26:25
filed [10] - 8:5, 11:7, 23:3, 23:19, 23:23, 26:21, 26:22, 29:21, 34:9
filing [2] - 8:7, 23:10
fill [6] - 12:1, 16:17, 16:21, 17:22, 18:5, 25:1
filled [1] - 25:1
filled-out [1] - 25:1
filling [1] - 17:21
finalize [1] - 36:23
finally [2] - 22:20, 24:4
fine [3] - 10:7, 25:16, 27:22
Firm [2] - 12:24, 13:20
firm [8] - 13:23, 15:1, 15:2, 15:3, 16:24, 17:20, 24:25, 25:4
first [4] - 8:24, 12:7, 26:3, 31:18
FL [1] - 1:25
FLORHAM [1] - 2:16
focus [1] - 9:7
folder [1] - 14:5, 14:9, 14:10
folks [2] - 9:15, 28:15
follow [2] - 7:17, 35:9
followed [1] - 8:4

FOLLOWING [1] - 5:13
following [2] - 27:19, 37:15
FOR [4] - 1:14, 1:23, 2:7, 2:11
foregoing [1] - 38:7
forget [1] - 21:21
form [5] - 8:4, 10:11, 10:16, 30:18, 36:19
FORM....................[1] - 4:20
formal [1] - 10:4
format [7] - 30:2, 30:3, 30:9, 30:16, 31:2, 31:3, 31:5
formed [2] - 37:2, 37:3
forms [5] - 7:11, 10:12, 15:21, 15:22, 29:1
forth [1] - 9:11
forward [4] - 9:9, 33:5, 33:9, 34:13
frankly [1] - 30:13
free [2] - 19:15, 20:5
FRITCHIE [1] - 2:7
functions [1] - 15:7
furthermore [1] - 29:16

## G

GAINSBURGH [1] - 1:18
Gallucci [1] - 33:19
generate [3] - 18:18, 20:22, 20:23
Generate [1] - 18:21
generated [1] - 21:22
generic [1] - 14:18
gentlemen [1] - 6:9
GERALD [1] - 1:19
Gibson [1] - 33:18
given [4] - 6:22, 19:11, 20:16, 32:9
GLICKSTEIN [1] - 2:19
gravity [1] - 29:8
great [2] - 33:5, 34:21
ground [1] - 27:15
grow [2] - 16:14, 23:7

## H

handle [2] - 14:11, 36:16
handled [1] - 37:6
handling [1] - 36:6

**hands** [1] - 25:18
**happy** [4] - 15:9, 24:15, 34:2, 34:14
**hard** [2] - 25:25
**HAS** [1] - 5:9
**HB406** [1] - 3:4
**header** [1] - 22:14
**headings** [1] - 19:7
**hear** [3] - 10:20, 11:14, 36:1
**heard** [2] - 14:8, 30:13
**HEARD** [1] - 1:11
**hearings** [1] - 7:13
**help** [7] - 12:7, 12:9, 24:16, 25:8, 33:5, 33:6
**helpful** [5] - 7:15, 9:1, 10:13, 10:20, 32:16
**HERE** [1] - 5:9
**hereby** [1] - 38:6
**Herman** [2] - 6:17
**HERMAN** [2] - 1:15
**HIPAA** [2] - 15:21, 28:4
**history** [1] - 30:5
**home** [2] - 14:16, 14:25
**honing** [1] - 36:23
**Honor** [28] - 6:16, 6:19, 6:24, 7:21, 9:23, 11:5, 11:16, 12:12, 24:4, 24:15, 27:3, 27:6, 27:23, 27:24, 28:6, 28:18, 29:12, 33:10, 33:14, 34:1, 34:5, 34:16, 35:2, 35:6, 35:18, 36:24, 37:13, 37:16
**HONORABLE** [1] - 1:11
**hope** [1] - 33:10
**hopefully** [2] - 9:12, 27:11
**hours** [1] - 14:9
**houses** [2] - 9:4, 9:5
**hover** [1] - 14:24
**hundred** [1] - 8:2

## I

**ID** [3] - 13:4, 13:9, 17:4
**Illinois** [3] - 34:24, 35:6, 35:7
**import** [1] - 16:1
**important** [7] - 14:2, 14:16, 15:19, 25:19, 27:14, 30:22, 37:10
**IN** [2] - 1:4, 5:10

**incidents** [1] - 26:9
**including** [1] - 7:5
**inconvenient** [1] - 21:23
**Indiana** [1] - 35:5
**individual** [1] - 24:11
**individually** [1] - 16:3
**individuals** [6] - 7:1, 7:7, 7:8, 10:12, 10:14, 29:7
**informal** [1] - 32:21
**information** [28] - 7:5, 9:19, 10:11, 10:16, 11:3, 14:17, 14:19, 14:21, 16:1, 16:4, 17:2, 17:20, 18:11, 18:16, 18:25, 19:1, 19:7, 19:9, 19:10, 20:3, 21:10, 24:5, 25:2, 30:1, 31:8, 32:18, 33:22
**INFORMATION** [1] - 4:20
**infrastructure** [3] - 9:1, 9:8, 9:11
**initial** [2] - 9:17, 29:23
**instance** [2] - 9:17, 19:18
**instances** [2] - 19:10, 26:4
**institution** [1] - 36:13
**insurance** [1] - 31:21
**interest** [1] - 36:1
**interested** [2] - 34:20, 37:4
**interrogatories** [1] - 11:6
**inventory** [1] - 22:16
**Inventory** [1] - 22:17
**involved** [4] - 32:15, 36:5, 36:7, 36:8
**IRWIN** [15] - 2:7, 2:8, 6:19, 9:20, 9:22, 11:5, 11:10, 27:23, 28:18, 28:22, 29:1, 29:3, 34:23, 35:4, 35:6
**Irwin** [1] - 6:19
**IS** [3] - 5:7, 5:12, 5:13
**issue** [5] - 27:17, 27:24, 29:19, 31:11, 32:25
**issued** [5] - 6:25, 7:25, 9:14, 28:12, 31:18
**issues** [2] - 27:11, 28:25, 29:17
**Item** [2] - 31:23, 35:15
**item** [2] - 9:13, 37:12
**ITEMS** [1] - 4:3

## J

**JACOB** [1] - 2:22
**Jake** [8] - 11:17, 11:18, 12:3, 12:8, 12:11, 12:12, 24:12, 27:9
**JAMES** [1] - 2:8
**Jim** [3] - 6:19, 10:10, 27:21
**JOHN** [1] - 2:12
**joint** [3] - 7:5, 8:3, 28:1
**jointly** [1] - 28:7
**JR** [1] - 2:4
**JUDGE** [2] - 1:11, 5:7
**Judge** [5] - 6:10, 32:24, 32:25, 33:10, 34:16
**July** [1] - 37:15
**JULY** [1] - 5:13
**jump** [1] - 18:5
**JUNE** [1] - 5:12
**June** [4] - 10:5, 29:23, 32:4, 37:14
**junk** [2] - 14:5, 14:9
**jurisdictions** [1] - 34:12

## K

**KATZ** [1] - 1:15
**Katz** [1] - 6:17
**KAYE** [1] - 2:18
**keep** [1] - 27:15
**keyword** [1] - 23:5
**kind** [1] - 9:2

## L

**LA** [5] - 1:16, 1:21, 2:9, 2:13, 3:5
**ladies** [1] - 6:8
**last** [2] - 24:17, 33:17
**Law** [2] - 12:24, 13:20
**lawyer** [3] - 24:25, 35:20, 36:17
**lawyers** [7] - 10:20, 24:23, 36:5, 36:6, 36:7, 36:8, 36:16
**lead** [1] - 6:20
**least** [3] - 17:7, 10:20, 32:19
**leave** [1] - 15:3
**left** [1] - 13:21
**Lennie** [3] - 23:22, 32:11, 37:17

**LEONARD** [1] - 1:15
**Leonard** [1] - 6:16
**less** [1] - 32:12
**LEVIN** [1] - 1:23
**LIABILITY** [1] - 1:4
**Liability** [1] - 6:13
**LIAISON** [2] - 1:15, 2:7
**liaison** [8] - 6:14, 6:20, 10:13, 13:2, 29:5, 35:21, 35:24, 36:14
**ligation** [1] - 29:8
**light** [1] - 9:3
**line** [1] - 21:20
**lines** [1] - 9:3, 33:2
**list** [1] - 22:18
**listed** [1] - 14:18
**lists** [1] - 36:23
**litigants** [1] - 23:9
**LITIGATION** [1] - 1:4
**Litigation** [1] - 6:13
**litigation** [9] - 25:19, 25:22, 25:23, 25:24, 26:12, 26:13, 26:15, 29:7, 33:20
**live** [4] - 12:2, 13:1, 15:10, 25:3
**located** [1] - 7:3
**log** [5] - 12:21, 13:14, 13:19, 14:14, 15:16
**login** [12] - 12:21, 12:25, 13:4, 13:7, 13:9, 13:11, 14:2, 16:19, 17:21, 21:12, 21:21
**logins** [1] - 13:3
**look** [10] - 8:6, 8:19, 9:15, 10:15, 19:4, 19:22, 22:13, 33:5, 33:9, 34:13
**looking** [1] - 8:6
**Louisiana** [2] - 38:5, 38:6
**LOUISIANA** [2] - 1:1, 1:6
**luxury** [1] - 24:18

## M

**mail** [21] - 12:8, 13:22, 13:23, 13:25, 14:1, 14:7, 14:10, 14:12, 14:20, 15:15, 15:16, 16:18, 17:9, 17:13, 17:16, 17:18, 18:20, 18:24, 20:8, 24:8
**mailed** [1] - 13:3
**mails** [2] - 14:3, 14:4
**main** [1] - 18:4
**male** [1] - 19:18

**manage** [4] - 13:17, 15:1, 15:14, 16:25
**management** [1] - 17:11
**Management** [8] - 7:20, 9:13, 9:14, 9:24, 11:22, 16:16, 35:14, 35:16
**MANAGEMENT** [4] - 4:6, 4:18, 4:19, 5:11
**managing** [1] - 28:19
**marking** [2] - 30:20, 30:22
**match** [1] - 19:7
**material** [2] - 31:5, 32:20
**materials** [1] - 7:6
**matter** [2] - 32:15, 38:9
**MAY** [2] - 1:6, 6:3
**MCCALL** [1] - 2:11
**MDL** [18] - 4:21, 6:12, 7:16, 8:15, 8:23, 8:24, 10:14, 10:17, 11:14, 11:19, 12:13, 12:17, 14:17, 26:3, 26:16, 29:8, 34:7, 34:9
**MDL's** [1] - 25:18
**MDLCentrality@ BrownGreer.com** [3] - 13:22, 14:11, 24:9
**mean** [1] - 15:13
**meaning** [1] - 25:17
**MECHANICAL** [1] - 3:7
**medical** [1] - 20:17
**meet** [1] - 25:15
**meeting** [1] - 36:21
**member** [1] - 37:1
**members** [2] - 33:18, 34:13
**mention** [2] - 35:19, 35:20
**mentioned** [4] - 11:21, 17:1, 28:12, 31:17
**menu** [3] - 14:24, 22:3, 22:4
**MERIT** [1] - 3:4
**Merit** [2] - 38:4, 38:14
**met** [2] - 6:20, 36:21
**metadata** [1] - 30:4
**method** [1] - 29:9
**METHVIN** [1] - 2:3
**MEUNIER** [2] - 1:19, 1:19
**might** [3] - 11:5, 28:4, 28:20
**Mike** [2] - 33:19
**MILES** [1] - 2:3

**millions** [1] - 30:21
**minute** [2] - 17:12, 20:9
**mirror** [1] - 23:8
**Missouri** [3] - 34:24, 35:7, 35:8
**MITCHELL** [1] - 1:23
**modest** [1] - 33:6
**modification** [1] - 29:13
**modifies** [1] - 8:19
**module** [1] - 10:23
**moment** [1] - 6:20
**MONTGOMERY** [1] - 2:5
**month** [1] - 34:19
**MONTH.....................
..................... [1] - 5:8
**MOORE** [1] - 2:7
**morning** [8] - 6:8, 6:10, 6:16, 11:5, 11:16, 12:12, 19:3, 33:14
**most** [3] - 15:18, 15:19, 34:4
**motions** [2] - 32:17, 32:18
**move** [1] - 9:9
**MR** [53] - 6:16, 6:19, 6:24, 7:21, 7:25, 9:13, 9:20, 9:21, 9:22, 10:9, 10:22, 11:5, 11:10, 11:16, 12:12, 12:20, 13:6, 13:11, 13:20, 15:14, 17:16, 21:11, 23:12, 23:15, 23:18, 23:21, 24:15, 25:12, 27:3, 27:5, 27:18, 27:23, 28:7, 28:11, 28:15, 28:18, 28:22, 29:1, 29:3, 29:12, 29:16, 29:21, 31:12, 31:17, 33:9, 34:23, 35:4, 35:6, 35:9, 35:14, 36:21, 37:12, 37:16
**MS** [5] - 33:14, 34:22, 34:25, 35:2, 35:8

### N

**name** [13] - 12:12, 13:5, 13:6, 13:23, 16:5, 17:3, 17:7, 19:11, 20:20, 22:6, 22:9, 23:2
**named** [1] - 34:11
**names** [1] - 13:3
**native** [4] - 30:1, 30:3,

31:2, 31:5
**navigation** [3] - 14:14, 14:22, 14:23
**necessarily** [1] - 20:3
**need** [24] - 7:9, 8:6, 10:12, 12:7, 13:12, 13:23, 14:21, 15:15, 16:6, 17:2, 18:12, 18:19, 18:24, 19:12, 20:25, 23:12, 24:2, 24:4, 26:24, 26:25, 27:22, 31:4, 32:21, 32:22
**needed** [1] - 26:20
**needs** [5] - 13:23, 24:11, 25:15, 30:25, 31:10
**New** [7] - 15:24, 17:2, 18:21, 32:24, 32:25, 33:10, 34:16
**new** [8] - 6:24, 7:22, 8:9, 8:22, 15:20, 15:23, 17:1, 27:11
**NEW** [7] - 1:6, 1:16, 1:21, 2:9, 2:13, 2:20, 3:5
**NEW'S** [1] - 5:7
**newest** [1] - 18:25
**NEXT** [2] - 5:7, 5:12
**next** [4] - 18:7, 34:18, 37:13, 37:14
**nine** [1] - 37:7
**NJ** [1] - 2:16
**NO** [1] - 1:5
**nobody** [1] - 13:15
**nothing** [2] - 14:10, 27:18
**notice** [1] - 29:16
**notices** [2] - 11:7, 31:21
**notifications** [2] - 22:22, 23:6
**Number** [13] - 6:12, 7:25, 8:9, 8:11, 8:20, 9:14, 9:24, 11:22, 18:10, 28:11, 32:2, 35:14, 35:17
**NUMBER** [5] - 4:7, 4:9, 4:11, 4:19, 5:11
**number** [18] - 6:24, 8:5, 12:8, 16:5, 16:7, 17:4, 17:6, 19:23, 20:9, 20:11, 21:15, 22:7, 23:3, 23:7, 34:9, 34:10, 34:11, 34:17
**numbered** [2] - 31:15, 38:9
**numerals** [3] - 18:3, 18:4, 19:7

**NY** [1] - 2:20

### O

**O'KEEFE** [1] - 1:16
**obviously** [5] - 12:6, 21:13, 24:19, 27:6, 34:8
**OF** [6] - 1:1, 1:10, 4:8, 4:14, 4:23, 5:7
**OFFICE** [2] - 2:4, 5:9
**Office** [1] - 35:10
**OFFICIAL** [1] - 3:3
**Official** [2] - 38:5, 38:14
**OLINDE** [1] - 2:12
**once** [8] - 13:11, 13:15, 14:14, 17:5, 17:22, 18:15, 21:4, 24:1
**one** [16] - 13:7, 15:5, 15:10, 19:17, 24:24, 24:25, 26:21, 29:9, 31:1, 31:15, 35:1, 35:19, 36:3, 36:6
**one-on-one** [1] - 15:10
**ongoing** [1] - 7:6
**online** [7] - 11:25, 12:1, 12:15, 15:6, 25:1, 25:13, 25:14
**OPEN** [1] - 5:9
**open** [2] - 33:2, 35:11
**opened** [1] - 11:25
**opportunity** [4] - 30:10, 30:16, 31:6, 32:14
**opposed** [2] - 26:19, 29:8
**option** [1] - 14:25
**options** [1] - 14:24
**order** [9] - 6:22, 8:7, 8:10, 18:6, 28:2, 29:11, 29:13, 36:5
**Order** [15] - 7:20, 7:25, 8:9, 8:11, 8:17, 8:21, 9:14, 9:24, 10:15, 11:22, 18:1, 28:12, 29:14, 35:14, 35:16
**ORDER** [10] - 4:7, 4:9, 4:11, 4:13, 4:16, 4:19, 4:24, 5:1, 5:11, 6:4
**ORDER.....................
... [1] - 4:10
**ORDER.....................
......... [1] - 4:6
**ORDER.....................
............ [1] - 4:25

**ordering** [1] - 25:14
**orders** [8] - 6:23, 6:25, 7:5, 11:20, 11:21, 22:23, 22:24, 28:4
**Orders** [5] - 7:22, 8:22, 9:11, 9:13, 27:24
**ORDERS.................
......... [1] - 4:18
**ORDERS.................
............... [1] - 4:5
**ORLEANS** [6] - 1:6, 1:16, 1:21, 2:9, 2:13, 3:5
**Orran** [9] - 10:18, 11:13, 11:14, 11:16, 24:12, 26:2, 27:9, 27:14, 28:9
**ORRAN** [1] - 2:22
**otherwise** [1] - 37:11
**outside** [3] - 14:11, 34:7, 34:9
**OUTSTANDING** [1] - 5:4
**outstanding** [2] - 31:19, 31:23
**own** [5] - 16:17, 16:19, 16:23, 36:16

### P

**PACER** [1] - 23:8
**package** [1] - 7:18
**PAGE** [1] - 4:3
**page** [1] - 14:16
**paid** [2] - 25:6, 25:10
**PAPANTONIO** [1] - 1:23
**paper** [3] - 17:25, 18:4, 19:8
**paragraph** [1] - 9:23
**paragraphs** [1] - 28:3
**PARK** [1] - 2:16
**part** [3] - 21:6, 22:6, 23:21
**participate** [4] - 7:9, 33:2, 36:18
**participating** [1] - 36:2
**particular** [4] - 8:13, 25:15, 30:5, 32:7
**particularly** [2] - 7:8, 8:23
**parties** [9] - 9:7, 9:12, 11:23, 24:19, 27:9, 29:25, 32:9, 33:9, 35:15
**party** [1] - 26:23
**password** [8] - 13:8,

13:9, 13:11, 13:13, 13:15, 15:15, 16:19, 21:23
**passwords** [1] - 14:2
**past** [1] - 26:19
**PDF** [5] - 20:19, 20:24, 25:1, 25:5, 30:9
**Pennsylvania** [1] - 34:8
**PENSACOLA** [1] - 1:25
**people** [24] - 8:18, 12:1, 12:19, 13:1, 13:2, 14:21, 15:9, 15:11, 16:9, 16:12, 17:7, 19:23, 20:1, 24:4, 24:7, 25:12, 25:13, 26:20, 29:4, 32:23, 37:2, 37:3, 37:7, 37:8
**PEPPER** [1] - 3:3
**Pepper** [3] - 38:3, 38:12, 38:13
**perhaps** [1] - 33:6
**personal** [1] - 19:6
**PFS** [1] - 27:25
**Philadelphia** [1] - 33:20
**phone** [6] - 7:1, 7:9, 12:8, 33:2, 33:16
**pick** [7] - 13:10, 19:16, 25:20, 25:25, 26:12
**place** [7] - 9:10, 10:13, 14:14, 23:12, 26:21, 26:22, 32:3
**places** [1] - 26:19
**Plaintiff** [2] - 16:15, 20:21
**plaintiff** [11] - 11:23, 12:1, 12:16, 14:19, 17:6, 17:11, 17:14, 17:17, 17:23, 27:20, 36:17
**plaintiff's** [2] - 17:16, 17:18
**PLAINTIFFS** [1] - 1:23
**plaintiffs** [17] - 8:12, 10:2, 10:23, 11:2, 15:21, 21:16, 22:2, 22:5, 23:1, 23:9, 24:2, 30:1, 30:15, 31:3, 31:5, 34:11, 36:17
**plaintiffs'** [5] - 10:22, 13:2, 16:24, 22:3, 36:15
**Plaintiffs'** [1] - 6:17
**PLAINTIFFS'** [1] - 1:14
**planned** [1] - 33:7
**planning** [2] - 31:12,

32:23
**PLC** [1] - 28:19
**pleading** [1] - 23:4
**pleadings** [7] - 10:25, 22:21, 22:23, 22:24, 23:2, 23:7, 23:18
**Plus** [2] - 30:8, 31:3
**point** [5] - 11:13, 11:14, 16:25, 21:1, 26:14
**points** [1] - 16:6
**pool** [2] - 26:11, 26:12
**pools** [3] - 25:21, 25:25, 26:1
**portal** [1] - 12:15
**PORTIS** [1] - 2:3
**possible** [1] - 29:6
**POST** [1] - 2:4
**posted** [1] - 15:6
**posts** [1] - 7:4
**PowerPoints** [1] - 32:13
**POYDRAS** [4] - 1:20, 2:9, 2:12, 3:4
**prefill** [1] - 19:9
**prefilled** [1] - 19:11
**prepared** [1] - 33:12
**preparing** [1] - 28:1
**preregistered** [2] - 12:25, 13:2
**prescription** [2] - 20:17, 26:23
**present** [1] - 11:13
**PRESENT** [1] - 2:22
**presentation** [4] - 10:19, 30:11, 32:24, 34:19
**presented** [1] - 30:17
**preservation** [5] - 8:17, 29:11, 29:13, 29:17, 29:19
**PRESERVATION** [2] - 4:14, 4:25
**Pretrial** [13] - 7:22, 7:25, 8:9, 8:11, 8:17, 8:21, 8:22, 9:11, 10:15, 18:1, 27:24, 28:12, 29:14
**pretrial** [3] - 6:23, 6:25, 7:4
**PRETRIAL** [8] - 4:5, 4:7, 4:9, 4:11, 4:13, 4:16, 4:24, 5:1
**pretty** [1] - 15:24
**primary** [1] - 17:13
**print** [3] - 18:20, 18:23, 24:2
**private** [1] - 13:16
**problem** [3] - 10:8, 14:6, 25:17

**problems** [2] - 26:23, 37:11
**procedures** [1] - 21:17
**proceedings** [1] - 38:9
**PROCEEDINGS** [3] - 1:10, 3:7, 6:1
**process** [16] - 16:6, 17:5, 17:19, 19:5, 20:11, 21:7, 21:15, 26:16, 29:18, 30:12, 30:23, 35:12, 36:12, 36:23, 37:10, 37:11
**PROCESS**................ [1] - 5:10
**PROCTOR** [1] - 1:23
**produce** [2] - 31:2, 32:18
**PRODUCED** [1] - 3:8
**produced** [1] - 30:7
**product** [1] - 28:5
**PRODUCTION** [1] - 5:2
**Production** [1] - 29:24
**production** [6] - 9:25, 10:3, 29:20, 29:22, 29:23, 31:19
**productions** [1] - 9:17
**PRODUCTS** [1] - 1:4
**Products** [1] - 6:13
**program** [1] - 16:14
**Progress** [1] - 18:9
**progress** [1] - 28:24
**prompted** [1] - 13:13
**PROPOSED** [1] - 5:11
**proposed** [2] - 28:1, 35:14
**protections** [1] - 28:5
**PROTECTIVE** [1] - 4:10
**protective** [1] - 8:10
**protocols** [2] - 9:10, 29:20
**PROTOCOLS**............ ........... [1] - 5:2
**provide** [7] - 19:24, 20:3, 20:4, 20:8, 20:9, 34:16, 34:17
**provided** [7] - 9:18, 10:2, 10:12, 19:10, 20:8, 31:20, 34:5
**provides** [1] - 8:1
**PSC** [6] - 29:1, 36:21, 36:25, 37:1, 37:3, 37:4
**PTO** [3] - 8:19, 11:22
**pulls** [1] - 13:18
**purpose** [2] - 7:7, 25:2
**put** [9] - 7:11, 8:3, 9:1, 9:3, 12:18, 19:12,

33:10, 33:22, 34:1
**putting** [1] - 26:10

**Q**

**questions** [21] - 10:21, 12:5, 15:11, 17:24, 19:20, 19:22, 19:24, 19:25, 20:7, 21:17, 24:10, 24:13, 24:16, 24:22, 27:11, 29:4, 32:14, 33:12, 34:14
**quick** [1] - 22:11
**quickly** [3] - 12:4, 22:14, 27:13

**R**

**radio** [2] - 19:17, 19:18
**RAFFERTY** [1] - 1:23
**range** [1] - 19:16
**rates** [1] - 19:17
**rather** [1] - 25:12
**re** [1] - 6:12
**RE** [1] - 1:4
**read** [1] - 28:9
**ready** [1] - 10:25
**really** [2] - 30:5, 32:6
**Realtime** [2] - 38:3, 38:13
**REALTIME** [1] - 3:3
**reason** [1] - 21:24
**REATH** [1] - 2:15
**receive** [1] - 14:3
**received** [2] - 31:24, 33:25
**recognize** [1] - 28:25
**record** [3] - 6:15, 11:8, 38:8
**RECORDED** [1] - 3:7
**records** [4] - 12:2, 20:17, 20:24
**regarding** [2] - 29:19, 35:16
**Register** [2] - 12:24, 13:20
**REGISTERED** [1] - 3:4
**Registered** [1] - 38:3
**registered** [1] - 38:14
**registration** [1] - 17:19
**RELATES** [1] - 1:7
**relation** [1] - 29:22
**remain** [1] - 24:12
**remaining** [1] - 37:12
**remind** [2] - 8:12, 10:11

**reminded** [1] - 8:19
**removed** [2] - 34:24, 35:3
**repeat** [1] - 27:6
**report** [5] - 27:19, 31:13, 31:25, 33:16, 35:18
**reporter** [1] - 32:22
**Reporter** [7] - 38:3, 38:4, 38:5, 38:13, 38:14, 38:14
**REPORTER** [3] - 3:3, 3:3, 3:4
**REPORTER'S** [1] - 38:1
**reporting** [1] - 36:24
**reports** [1] - 7:5
**repository** [2] - 21:8, 22:24
**represent** [2] - 25:21, 26:13
**represents** [1] - 26:11
**Request** [1] - 29:24
**request** [5] - 9:25, 10:3, 10:4, 24:24, 33:22
**requested** [1] - 14:8
**requests** [2] - 11:7, 31:18
**required** [2] - 17:9, 20:11
**reset** [1] - 21:22
**resolve** [2] - 27:17, 33:1
**respect** [6] - 9:23, 10:22, 29:18, 31:17, 31:23, 32:2
**respond** [2] - 9:25, 10:6
**response** [2] - 29:23, 31:24
**resubmit** [1] - 21:2
**results** [2] - 22:7, 22:9
**reviewed** [1] - 9:18
**revise** [1] - 21:1
**revised** [1] - 21:2
**rights** [2] - 15:3, 15:4
**rise** [2] - 6:7, 37:18
**RIVAROXABAN** [1] - 1:4
**RMR** [2] - 3:3, 38:13
**Roman** [3] - 18:3, 19:7
**ROOM** [1] - 3:4
**rows** [1] - 22:14
**Rules** [1] - 30:15
**running** [2] - 11:1, 12:3

**S**

**s/Cathy** [1] - 38:12
**satisfactorily** [1] - 21:18
**satisfies** [2] - 30:25, 31:10
**save** [5] - 18:6, 18:19, 18:23, 23:16, 24:2
**scheduled** [1] - 32:3
**scholars** [1] - 7:15
**SCHOLER** [1] - 2:18
**SCIENCE** [1] - 5:5
**science** [7] - 32:2, 32:7, 32:15, 32:19, 33:7, 34:18
**Science** [3] - 32:5, 32:10, 33:11
**screen** [11] - 12:21, 12:25, 13:21, 14:15, 14:22, 17:3, 18:18, 19:3, 19:6, 20:15, 22:17
**screens** [1] - 19:4
**search** [10] - 15:20, 22:2, 22:3, 22:5, 22:7, 22:13, 23:2, 23:4, 23:5, 26:7
**searchability** [1] - 26:5
**seated** [1] - 6:8
**second** [2] - 9:13, 23:17
**section** [2] - 18:3, 19:6
**sections** [2] - 18:2, 18:4
**secure** [2] - 21:11, 21:12
**Security** [3] - 16:5, 17:4, 22:7
**security** [3] - 21:10, 21:17, 21:19
**see** [18] - 7:18, 12:20, 12:25, 14:18, 14:25, 16:10, 16:21, 17:3, 18:3, 18:7, 20:14, 22:8, 22:14, 22:16, 28:10, 31:9, 34:7, 37:17
**See** [1] - 22:17
**seem** [1] - 35:25
**select** [1] - 26:10
**selected** [1] - 36:16
**self** [2] - 14:23, 15:24
**self-explanatory** [2] - 14:23, 15:24
**send** [3] - 16:18, 25:1, 25:5

**sender** [1] - 14:7
**sense** [1] - 9:5
**sensitive** [2] - 21:14, 21:24
**sent** [1] - 29:16
**serve** [1] - 10:23
**served** [2] - 10:3, 11:10
**service** [1] - 8:7
**set** [6] - 9:11, 11:24, 14:12, 15:11, 24:10, 31:18
**several** [1] - 28:2
**sewer** [1] - 9:3
**share** [2] - 14:16, 21:21
**SHARKO** [1] - 2:15
**Sheet** [2] - 17:3, 20:22
**sheet** [30] - 8:14, 11:23, 11:24, 14:20, 15:4, 15:5, 15:20, 15:23, 16:17, 16:22, 16:25, 17:1, 17:10, 17:24, 17:25, 18:13, 18:19, 19:2, 19:8, 19:21, 20:2, 20:12, 20:23, 20:24, 21:1, 21:2, 21:7, 22:10, 24:22, 25:2
**sheets** [12] - 8:12, 12:1, 12:16, 15:20, 15:22, 22:3, 22:4, 22:12, 27:4, 27:5, 27:18, 27:20
**Sheets** [1] - 15:18
**SHEETS.....................
.....................** [2] - 4:12, 4:22
**shop** [1] - 36:11
**short** [3] - 8:4, 15:7, 21:23
**short-term** [1] - 21:23
**show** [8] - 11:18, 12:4, 12:8, 18:25, 19:4, 22:8, 22:9
**shows** [3] - 22:17, 30:3, 30:4
**side** [3] - 10:22, 13:21, 18:15
**sides** [2] - 21:5, 30:13
**significance** [2] - 30:22, 32:19
**similarly** [1] - 23:21
**simply** [7] - 12:15, 15:4, 16:23, 18:17, 19:15, 20:14, 26:17
**situation** [3] - 26:20, 26:24, 33:7
**six** [1] - 34:6
**slide** [1] - 10:19

**snapshot** [1] - 18:21
**Social** [4] - 16:5, 16:7, 17:4, 22:7
**solidifies** [1] - 26:6
**solution** [1] - 30:25
**solve** [1] - 14:6
**someone** [1] - 23:22
**sometimes** [1] - 26:23
**somewhere** [1] - 20:19
**soon** [1] - 13:14
**sorry** [2] - 9:19, 9:21
**sort** [8] - 9:4, 18:2, 21:20, 22:14, 25:17, 25:21, 28:5, 36:4
**SOUTH** [1] - 1:24
**spam** [2] - 14:5, 14:9
**specific** [2] - 22:5, 23:4
**specifically** [3] - 8:12, 36:22
**speed** [1] - 32:7
**spent** [2] - 27:8, 27:9
**spreading** [1] - 29:8
**spreadsheet** [2] - 16:2, 33:23
**SR** [1] - 2:22
**stamped** [1] - 30:9
**standpoint** [1] - 36:15
**start** [14] - 8:24, 9:4, 9:5, 15:20, 15:23, 16:6, 17:1, 18:6, 18:12, 18:15, 19:5, 21:15, 23:6, 33:21
**Start** [3] - 15:23, 17:2, 18:17
**Started** [1] - 18:11
**started** [7] - 17:5, 18:9, 18:10, 18:17, 18:19, 30:4, 35:16
**starting** [1] - 29:23
**State** [1] - 38:4
**STATE/FEDERAL** [1] - 5:6
**state/federal** [1] - 33:13
**states** [1] - 34:6
**States** [2] - 38:5, 38:15
**STATES** [2] - 1:1, 1:11
**statistics** [1] - 35:10
**status** [10] - 18:8, 22:10, 22:13, 25:24, 33:17, 34:18, 37:13, 37:14, 37:15, 37:19
**STATUS** [1] - 1:10, 5:7, 5:12, 5:13
**stay** [1] - 24:16
**Steering** [1] - 6:18
**steering** [1] - 37:7

**STENOGRAPHY** [1] - 3:7
**step** [2] - 23:17, 23:25
**STEVEN** [1] - 2:19
**stipulated** [1] - 8:10
**STIPULATED** [1] - 4:10
**stops** [1] - 30:9
**stored** [1] - 8:18
**STORED** [1] - 4:14
**STREET** [6] - 1:20, 1:24, 2:9, 2:12, 2:19, 3:4
**stress** [1] - 14:1
**stroke** [1] - 26:8
**structure** [3] - 31:21, 36:4, 36:10
**structures** [1] - 36:22
**subcommittee** [2] - 35:21, 35:22
**subcommittees** [2] - 37:1, 37:2
**subdivision** [1] - 9:2
**submission** [2] - 12:16, 27:19
**submissions** [1] - 13:1
**submit** [9] - 14:19, 15:3, 15:5, 16:22, 16:24, 18:12, 20:23, 21:4, 28:8
**submitted** [5] - 20:12, 22:10, 22:12, 22:15, 22:19
**submitting** [1] - 28:3
**subpoena** [1] - 31:24
**SUBPOENA** [1] - 5:4
**suggests** [1] - 30:7
**SUITE** [3] - 1:20, 1:24, 2:9
**summonses** [1] - 8:21
**SUMMONSES...........
.....................** [1] - 4:17
**supplement** [1] - 28:4
**supplements** [1] - 8:19
**SUSAN** [1] - 2:15
**swear** [1] - 32:22
**system** [24] - 10:24, 11:19, 11:25, 12:2, 12:3, 12:9, 12:14, 13:1, 13:12, 13:17, 14:12, 15:8, 15:11, 15:17, 15:25, 20:1, 22:18, 23:24, 24:18, 24:19, 24:23, 25:7, 27:11, 36:20
**systems** [1] - 29:9

**T**

**tab** [5] - 15:1, 15:18, 15:19, 16:16, 22:17
**table** [1] - 17:23
**tag** [1] - 7:3
**taxpayer** [1] - 17:4
**technical** [1] - 20:4
**telephone** [2] - 32:23, 34:17
**template** [1] - 16:8
**temporary** [3] - 13:3, 13:13, 16:19
**term** [1] - 21:23
**terms** [2] - 14:20, 26:7
**TEXACO** [1] - 2:8
**text** [3] - 19:15, 20:5, 23:4
**thanking** [1] - 33:21
**THAT** [1] - 5:10
**THE** [61] - 1:11, 1:14, 1:23, 2:7, 2:11, 5:4, 5:7, 5:13, 6:7, 6:8, 6:11, 6:12, 6:14, 6:20, 7:7, 7:24, 8:23, 10:7, 10:18, 11:9, 11:12, 12:11, 12:18, 13:4, 13:9, 13:18, 15:13, 17:13, 21:10, 23:9, 23:14, 23:20, 24:12, 25:11, 25:16, 27:4, 27:14, 27:21, 28:9, 28:14, 28:17, 28:21, 28:24, 29:2, 29:6, 29:15, 29:20, 29:25, 31:16, 32:6, 34:21, 35:1, 35:3, 35:5, 35:7, 35:13, 35:19, 36:25, 37:14, 37:17, 37:18
**they've** [2] - 7:18, 33:23
**thinking** [1] - 8:23
**THIS** [2] - 1:7, 5:8
**THOMAS** [1] - 1:23
**three** [2] - 11:20, 16:6
**throughout** [2] - 19:21, 29:9
**TIFF** [2] - 30:8, 31:3
**title** [1] - 18:7
**TO** [3] - 1:7, 5:4, 6:4
**today** [4] - 10:18, 11:18, 13:18, 24:14
**together** [3] - 8:3, 27:16, 33:4
**tool** [3] - 14:15, 17:11, 26:15
**top** [6] - 14:15, 14:22, 20:21, 21:19, 25:6

**total** [1] - 34:11
**TRANSCRIPT** [2] - 1:10, 3:7
**transcript** [1] - 38:7
**transcripts** [1] - 7:12
**TRANSFERS** [1] - 5:10
**transfers** [1] - 35:12
**trial** [1] - 31:7
**trilogy** [1] - 11:21
**true** [1] - 38:7
**trusted** [1] - 14:6
**try** [2] - 32:25, 34:3
**trying** [2] - 25:14, 29:6
**tune** [1] - 27:22
**turned** [1] - 10:16
**tutorial** [1] - 15:10
**tutorials** [3] - 15:6, 24:6, 24:11
**tweak** [1] - 28:10
**two** [1] - 19:18
**type** [3] - 19:15, 20:5, 30:16
**types** [3] - 19:14, 19:20, 26:9
**typing** [1] - 25:9

**U**

**ultimate** [1] - 16:25
**unable** [1] - 19:24
**under** [1] - 30:15
**undertaken** [1] - 9:17
**unique** [2] - 16:7, 17:6
**UNITED** [2] - 1:1, 1:11
**United** [2] - 38:5, 38:15
**up** [12] - 8:2, 11:1, 12:3, 13:18, 14:12, 15:12, 24:10, 26:18, 30:25, 31:10, 32:7, 35:9
**update** [1] - 18:25
**upload** [12] - 15:25, 16:8, 16:9, 20:10, 20:12, 20:18, 20:19, 20:20, 21:5, 21:6, 23:23, 23:25
**uploaded** [2] - 20:13, 24:1
**URQUHART** [1] - 2:7
**user** [2] - 13:3, 20:18
**users** [3] - 15:2, 34:10
**utilized** [1] - 10:24

**V**

**Vance** [1] - 33:18

**variation** [1] - 13:6
**various** [3] - 9:10,
  9:11, 30:5
**vary** [2] - 19:14, 19:20
**version** [1] - 18:4
**video** [2] - 15:7, 24:6
**videos** [1] - 15:7
**view** [3] - 20:13, 24:2,
  24:7
**View** [1] - 20:14
**Vioxx** [1] - 37:6
**virtual** [1] - 22:24
**VOICES** [1] - 6:10

---

# W

**wants** [3] - 31:14,
  35:21, 36:17
**WARSHAUER** [1] -
  1:19
**watch** [1] - 15:8
**web** [1] - 12:16
**WebEx** [1] - 15:10
**website** [7] - 7:2, 7:11,
  7:13, 9:15, 12:18,
  12:20, 24:5
**websites** [1] - 7:16
**WEDNESDAY** [2] -
  1:6, 6:3
**Weinkowitz** [1] -
  33:19
**WERE** [1] - 5:10
**WEST** [1] - 2:19
**WHEREUPON** [1] -
  37:19
**whole** [2] - 25:19,
  25:22
**Woody** [2] - 11:17,
  12:13
**WOODY** [12] - 2:22,
  12:12, 12:20, 13:6,
  13:11, 13:20, 15:14,
  17:16, 21:11, 23:12,
  23:15, 23:21
**works** [5] - 11:19,
  12:4, 23:21, 23:24,
  36:25
**writing** [1] - 7:10
**www.laed.USCourts.
  gov** [1] - 7:3
**www.MDLcentrality.
  com/MDL2592** [2] -
  12:17, 24:6

---

# X

**XARELTO** [1] - 1:4
**Xarelto** [3] - 6:12, 7:3,

---

34:10

# Y

**yesterday** [3] - 34:6,
  35:10, 36:21
**YORK** [1] - 2:20

---

**OFFICIAL  TRANSCRIPT**