# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>DANNY RAY HUDSON<br>          Plaintiff,<br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; et al.<br><br>          Defendants. | Civil Action No.: 2:15-cv-01071-EEF-MBN |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT:**

      Kindly enter the appearance of Joseph D. Lane, as Lead Counsel of Record in the above-captioned matter.

                               Respectfully submitted,

                               /s/Joseph D. Lane
                               Joseph D. Lane (AL Bar ASB 9991 N75-J)
                               THE COCHRAN FIRM-DOTHAN
                               111 E. Main Street
                               Dothan, AL  36301
                               PH: (334) 673-1555
                               FX: (334) 699-7229
                               joelane@cochranfirm.com
                               Attorney for Plaintiff