UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>TAMIKA ANITA ANDERSON, AS PERSONAL REPRESENTATIVE AND ADMINISTRATOR OF THE ESTATE OF RODNEY WILLIAM ANDERSON, AND ON BEHALF OF QUALIFIED SURVIVORS, *Plaintiff*<br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; et al. *Defendants*. | Civil Action No.: 2:15-cv-00924-EEF-MBN |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT:**

    Please enter the appearance of Joseph D. Lane, as Lead Counsel of Record in the above-captioned matter.

                                           Respectfully submitted,

                                           /s/Joseph D. Lane
                                         Joseph D. Lane (AL Bar ASB 9991 N75-J)
                                         THE COCHRAN FIRM-DOTHAN
                                         111 E. Main Street
                                         Dothan, AL  36301
                                         PH: (334) 673-1555
                                         FX: (334) 699-7229
                                         joelane@cochranfirm.com
                                         Attorney for Plaintiff