UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br>                                    ) <br>                                    ) <br> THIS DOCUMENT RELATES TO: ) <br> Henry v. Janssen Research & ) <br> Development, LLC, et al ) <br> 2:15-CV-00224 ) <br>                                    ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

     Kindly enter my appearance as counsel for the Plaintiff William Henry in the above captioned matter.

DATED:    <u>May 22, 2015</u>                         By: <u>/s/ *Ronald E. Johnson, Jr.*</u>
                                                               Ronald E. Johnson, Jr. (88302)
                                                               rjohnson@pschachter.com
                                                               Sarah N. Lynch (94261)
                                                               slynch@pschachter.com
                                                               Schachter Hendy & Johnson, PSC
                                                               909 Wright's Summit Parkway, Ste. #210
                                                               Ft. Wright, KY 41011
                                                               Telephone: (859) 578-4444
                                                               Facsimile: (859) 578-4440

                                                               *Attorneys for the Plaintiffs*