UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

* MDL NO. 2592

* SECTION L

* JUDGE ELDON E. FALLON

* MAG. JUDGE SHUSHAN

******************************************************************************

THIS DOCUMENT RELATES TO: Yarnick, 15-00171.

-----------------------------------------------------------------------------------------------------------------

### CONSENT MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Derriel C. McCorvey and The Law Office of Derriel C. McCorvey, LLC, one of the attorneys representing plaintiffs Yamina Yarnick, Melissa Yarnick Wurster and Lorraine Yarnick Hall, individually and on behalf of decedent David Lynn Yarnick, who requests that an Order be entered withdrawing them as counsel of record for the plaintiffs named herein.

DATED: May 22, 2015

      Respectfully Submitted By:

      THE LAW OFFICE OF
      DERRIEL C. McCORVEY, L.L.C.

      /s/ Derriel C. McCorvey

      Derriel C. McCorvey
      LABR# 26083 / TXBR# 24073351
      115 W. Main Street Suite 14
      P.O. Box 2473
      Lafayette, LA 70502
      Tel. 337-291-2431
      Fax 337-291-2433
      Email: derriel@mccorveylaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 22, 2015, I electronically filed the foregoing *Consent Motion to Withdraw as Counsel of Record* with the Clerk of the Court by using the CM/ECF system. Said document has this date been served on all counsel of record in these proceedings by CM-ECF.

                              /s/Derriel C. McCorvey
                             DERRIEL C. MCCORVEY