UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

* MDL NO. 2592

* SECTION L

* JUDGE ELDON E. FALLON

* MAG. JUDGE SHUSHAN

******************************************************************************

THIS DOCUMENT RELATES TO:  Yarnick, 15-00171.

-----------------------------------------------------------------------------------------------------------------

## ORDER

Considering the foregoing Consent Motion to Withdraw as of Counsel of Record,

**IT IS HEREBY ORDERED** that Derriel C. McCorvey and The Law Office of Derriel C. McCorvey, LLC, are withdrawn as Plaintiffs' attorney of record.

**IT IS FURTHERED ORDERED** that David R. Cannella is enrolled as Plaintiffs' sole attorney of record herein.

DONE AND SIGNED this _____ day of_____, 2015, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**