


5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808

225.922.4490 tel
www.ctcorporation.com

May 11, 2015

Galvin B. Kennedy
kennedy Hodges, LLP
711 W. Alabama St.,
Houston, TX  77006

Re:  Jennifer Gleaton, Pltf. vs. Janssen Research & Development LLC, et al. including Janssen Ortho LLC, DFts.

Case No. 215CV01251EEFMBN

Dear Sir/Madam:

Janssen Ortho LLC is not listed on our records or on the records of the State of LA.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527092706

Sent By Regular Mail

cc:  Louisiana Eastern District, United States District Court
     500 Poydras Street,
     Room C-151,
     New Orleans, LA  70130

(Returned To)

Galvin B. Kennedy
kennedy Hodges, LLP
711 W. Alabama St.,
Houston, TX  77006

___ Fee _____
___ Process _____
_X_ Dkd _____
___ CtRmDep _____
___ Doc. No. _____

Wolters Kluwer




**CT**

5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808
225.922.4490 tel
www.ctcorporation.com

May 11, 2015

Galvin B. Kennedy
kennedy Hodges, LLP
711 W. Alabama St.,
Houston, TX 77006

Re: Marchica Cannon, Pltf. vs. Janssen Research & Development LLC, et al. including Janssen Ortho LLC, DFts.

Case No. 215CV01250EEFMBN

Dear Sir/Madam:

Janssen Ortho LLC is not listed on our records or on the records of the State of LA.

CT was unable to forward.

Very truly yours,

C T Corporation System

Log# 527093006

Sent By Regular Mail

cc: Louisiana Eastern District, United States District Court
500 Poydras Street,
Room C-151,
New Orleans, LA 70130

(Returned To)

Galvin B. Kennedy
kennedy Hodges, LLP
711 W. Alabama St.,
Houston, TX 77006

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Wolters Kluwer

http://arrow.ctadvantage.com/SOP/SOP_RejectionLetter.aspx?WorksheetId=527093006&...    5/12/2015





5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808

225.922.4490 tel
www.ctcorporation.com

May 11, 2015

Galvin B. Kennedy
kennedy Hodges, LLP
711 W. Alabama St.,
Houston, TX  77006

Re: Sheila Farrow, Individually, and on bahalf of the Estate of Sheila McKoy, Pltf. vs. Janssen Research & Development LLC, et al. including Janssen Ortho LLC, DFts.

Case No. 215CV01253EEFMBN L

Dear Sir/Madam:

Janssen Ortho LLC is not listed on our records or on the records of the State of LA.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527092963

Sent By Regular Mail

cc: Louisiana Eastern District, United States District Court
    500 Poydras Street,
    Room C-151,
    New Orleans, LA  70130

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

(Returned To)

Galvin B. Kennedy
kennedy Hodges, LLP
711 W. Alabama St.,
Houston, TX  77006

Wolters Kluwer

# CT

5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808

225.922.4490 tel
www.ctcorporation.com

May 11, 2015

Galvin B. Kennedy
kennedy Hodges, LLP
711 W. Alabama St.,
Houston, TX 77006

Re: Timothy Scott, Pltf. vs. Janssen Research & Development LLC, et al. including Janssen Ortho LLC, DFts.

Case No. 215CV01254EEFMBN

Dear Sir/Madam:

Janssen Ortho LLC is not listed on our records or on the records of the State of LA.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527092944

Sent By Regular Mail

cc: Louisiana Eastern District, United States District Court
    500 Poydras Street,
    Room C-151,
    New Orleans, LA 70130


(Returned To)

Galvin B. Kennedy
kennedy Hodges, LLP
711 W. Alabama St.,
Houston, TX 77006

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Wolters Kluwer




**5615 Corporate Blvd**
**Suite 400B**
**Baton Rouge, LA 70808**

225.922.4490 tel
www.ctcorporation.com

May 11, 2015

Galvin B. Kennedy
kennedy Hodges, LLP
711 W. Alabama St.,
Houston, TX  77006

Re:  Rebecca Stevens, Pltf. vs. Janssen Research & Development LLC, et al. including Janssen Ortho LLC, DFts.

Case No.  215CV01255EEFMBN

Dear Sir/Madam:

Janssen Ortho LLC is not listed on our records or on the records of the State of LA.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527092985

Sent By Regular Mail

cc:  Louisiana Eastern District, United States District Court
    500 Poydras Street,
    Room C-151,
    New Orleans, LA  70130

(Returned To)

Galvin B. Kennedy
kennedy Hodges, LLP
711 W. Alabama St.,
Houston, TX  77006

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

Wolters Kluwer