# CT



5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808

225.922.4490 tel
www.ctcorporation.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2015 MAY 18  AM 11: 38

WILLIAM W. BLEVINS
CLERK

May 12, 2015

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama,
Houston, TX  77006

Re: Jennifer Gleaton, Pltf. vs. Janssen Research & Development LLC, etc., Dfts.

Case No. 215CV01251EEFMBN

Dear Sir/Madam:

Janssen Research & Development LLC is not listed on our records or on the records of the State of LA.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527105400

Sent By Regular Mail

cc:  United States District Court - Eastern District of Louisiana
     500 Poydras St,
     New Orleans, LA  70130




(Returned To)

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama,
Houston, TX  77006

___Fee _____
___Process _____
_x_ Dktd _____
___CtRmDep _____
___Doc. No. _____

# CT



5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808

225.922.4490 tel
www.ctcorporation.com

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

2015 MAY 18  AM 11: 37

WILLIAM W. BLEVINS
CLERK

May 12, 2015

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama,
Houston, TX  77006

Re:  George McCune, Pltf. vs. Janssen Research & Development LLC, etc., et al., Dfts.

Case No.  215CV01252EEFMBN

Dear Sir/Madam:

Janssen Research & Development LLC is not listed on our records or on the records of the State of LA.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527103847

Sent By Regular Mail

cc:  United States District Court - Eastern District of Louisiana
     500 Poydras St,
     New Orleans, LA  70130

**(Returned To)**

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama,
Houston, TX  77006

___Fee _____
___Process ____
_X_Dktd _____
___CtRmDep ___
___Doc. No. ___

Wolters Kluwer



5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808

225.922.4490 tel
www.ctcorporation.com

May 12, 2015

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama,
Houston, TX 77006

Re: Timothy Scott, Pltf. vs. Janssen Research & Development LLC, etc., et al., Dfts.

Case No. 215CV01254EEFMBN

Dear Sir/Madam:

Janssen Research & Development LLC is not listed on our records or on the records of the State of LA.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527105352

Sent By Regular Mail

cc: United States District Court - Eastern District of Louisiana
    500 Poydras St,
    New Orleans, LA 70130

___ Fee ___
___ Process ___
 x  Dktd ___
___ CtRmDep ___
___ Doc. No. ___

**(Returned To)**

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama,
Houston, TX 77006

Wolters Kluwer

http://arrow.ctadvantage.com/SOP/SOP_RejectionLetter.aspx?WorksheetId=527105352&...    5/13/2015



**CT**

5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808

225.922.4490 tel
www.ctcorporation.com

May 12, 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2015 MAY 18   AM 11:38

WILLIAM W. BLEVINS
CLERK

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama,
Houston, TX  77006

Re:  Rebecca Stevens, Pltf. vs. Janssen Research & Development LLC, etc., et al., Dfts.

Case No.  215CV01255EEFMBN

Dear Sir/Madam:

Janssen Research & Development LLC is not listed on our records or on the records of the State of LA.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527105454

Sent By Regular Mail

cc:  United States District Court - Eastern District of Louisiana
     500 Poydras St,
     New Orleans, LA  70130

(Returned To)

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama,
Houston, TX  77006

___Fee _____
___Process _____
_x_Dktd _____
___CtRmDep _____
___Doc. No. _____

Wolters Kluwer





1675 Broadway
Suite 1200
Denver, CO 80202

303.628.2500 tel
303.484.6280 fax
www.ctcorporation.com

May 05, 2015

F. Dulin Kelly
The Kelly Firm
629 East Main Street,
Hendersonville, TN  37075

Re:  Lydia Shepard, Pltf. vs. Janssen Research & Development, LLC, et al., Dfts.

Case No. 215CV1261L5

Dear Sir/Madam:

Janssen Research & Development, LLC is not listed on our records or on the records of the State of CO.

CT was unable to forward.

Very truly yours,

The Corporation Company

Log# 527061700

Sent By Regular Mail

cc:
Eastern District of Louisiana
United States District Court
500 Poydras St,
New Orleans, LA  70130

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No.

Wolters Kluwer