Arrow

# CT



5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808
225.922.4490 tel
www.ctcorporation.com

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

2015 MAY 18  AM 11:38

WILLIAM W. BLEVINS
CLERK

May 12, 2015

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama,
Houston, LA 77006

Re: Sheila Farrow, individually and on behalf of the Estate of Sheila McKoy, Pltf. vs. Janssen Research & Development LLC, etc., et al. including Janssen Pharmaceuticals, Inc., etc., Dfts.

Case No. 215CV01253EEFMBN

Dear Sir/Madam:

Janssen Pharmaceuticals, Inc. is not listed on our records or on the records of the State of LA.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527104716

Sent By Regular Mail

cc: United States District Court - Eastern District of Louisiana
    500 Poydras St,
    New Orleans, LA 70130

(Returned To)

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama,
Houston, LA 77006

___Fee _____
___Process_____
x  Dktd _____
___CtRmDep_____
___Doc. No._____

5/13/201

Wolters Kluwer

...aspx?WorksheetId=527104716&...

# CT



5615 Corporate Blvd
Suite 400B
Baton Rouge, LA 70808

225.922.4490 tel
www.ctcorporation.com

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2015 MAY 18  AM 11: 37

WILLIAM W. BLEVINS
CLERK

May 12, 2015

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama,
Houston, TX  77006

Re:  Rebecca Stevens, Pltf. vs. Janssen Research & Development LLC, etc., et al. including Janssen Pharmaceuticals, Inc., etc., Dfts.

Case No.  215CV01255EEFMBN L

Dear Sir/Madam:

Janssen Pharmaceuticals, Inc. is not listed on our records or on the records of the State of LA.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 527105239

Sent By Regular Mail

cc:  United States District Court - Eastern District of Louisiana
      500 Poydras St,
      New Orleans, LA  70130

(Returned To)

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama,
Houston, TX  77006

___Fee ___
___Process ___
_X_ Dktd ___
___CtRmDep ___
___Doc. No. ___

Wolters Kluwer