# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
|  | SECTION: L |
|  | JUDGE ELDON E. FALLON |
|  | MAG. JUDGE NORTH |
| MICHELLE BURNS, as EXECUTRIX OF the ESTATE OF ALBERT HARDIN |  |
| Plaintiff, | CIVIL ACTION NO.: 2:15-cv-1322 |
| v. | **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| JANSSEN RESEARCH & DEVELOPMENT LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; AND DOES 1-100, |  |
| Defendants. |  |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Comes the Plaintiff, by counsel, and moves the Court for leave to file her attached First Amended Complaint to correct the last name of the Plaintiff from Michelle Hardin to Michelle Burns. Pursuant to LR 7.6, consent has been obtained from opposing counsel.

WHEREFORE, the plaintiff prays for the entry of the order tendered herewith granting leave to file the First Amended Complaint.

Dated:  May 27, 2015  /s/ Jessica R. Surber
JESSICA R. SURBER
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College St.
P.O. Box 770
Bowling Green, KY 42102
Phone:  270-781-6500
Fax:  270-782-7782
Email:  jrsurber@elpolaw.com

## CERTIFICATE OF SERVICE

  This is to certify that on May 27, 2015, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, notice of which will be sent to all parties as follows:

| | | |
|---|---|---|
| Susan Sharko | - | susan.sharko@dbr.com |
| Steven Glickstein | - | steven.glickstein@kayescholer.com |

            Jessica R. Surber  _____
            JESSICA R. SURBER
            jrsurber@elpolaw.com