# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |
| MICHELLE BURNS, as EXECUTRIX OF the ESTATE OF ALBERT HARDIN <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; AND DOES 1-100, <br><br> Defendants. | CIVIL ACTION NO.: 2:15-cv-1322 <br><br> **CERTIFICATE OF CONFERENCE RE: MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |

**CERTIFICATE OF CONFERENCE
RE: MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Pursuant to U.S. District Court District of South Carolina's Local Rule 7.6, counsel for plaintiff has conferred with Co-Lead Defense Counsel, Susan M. Sharko of Drinker Biddle & Reath LLP and Steven Glickstein of Kaye Scholer, LLP and the Motion for Leave to File Amended Complaint is unopposed.

Dated: May 27, 2015 /s/ Jessica R. Surber
JESSICA R. SURBER
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College St.
P.O. Box 770
Bowling Green, KY 42102
Phone: 279-781-6500
Fax: 270-782-7782
Email: jrsurber@elpolaw.com

## CERTIFICATE OF SERVICE

  This is to certify that on May 27, 2015, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, notice of which will be sent to all parties as follows:

| | | |
|---|---|---|
| Susan Sharko | - | susan.sharko@dbr.com |
| Steven Glickstein | - | steven.glickstein@kayescholer.com |

        Jessica R. Surber
        JESSICA R. SURBER
        jrsurber@elpolaw.com