# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
|  | SECTION: L |
|  | JUDGE ELDON E. FALLON |
|  | MAG. JUDGE NORTH |
| MICHELLE BURNS, as EXECUTRIX OF the ESTATE OF ALBERT HARDIN |  |
| Plaintiff, | CIVIL ACTION NO.: 2:15-cv-1322 |
| v. | **PROPOSED ORDER** |
| JANSSEN RESEARCH & DEVELOPMENT LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; AND DOES 1-100, |  |
| Defendants. |  |

**PROPOSED ORDER**

This matter having come before the Court on the Motion for Leave to File Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that plaintiff's Motion is Granted. Plaintiff is hereby granted leave to File the First Amended Complaint tendered with its Motion.

Entered this _____ day of _____, 2015.

_____
HONORABLE RICAHRD M. GERGEL

## CLERK'S CERTIFICATE

This is to certify that on this ____ day of _____, 2015, I electronically filed the foregoing by using the CM/ECF system, notice of which will be sent to all parties as follows:

| | | |
|---|---|---|
| Jessica Surber | - | jrsurber@elpolaw.com |
| Robert A. Young | - | byoung@elpolaw.com |
| Susan Sharko | - | susan.sharko@dbr.com |
| Steven Glickstein | - | steven.glickstein@kayescholer.com |

_____
Clerk