COMMONWEALTH OF KENTUCKY
DISTRICT COURT OF CUMBERLAND COUNTY
PROBATE NO. 14-P-_000 31_

IN RE: <u>ESTATE OF DILLARD HARDIN,
DECEASED</u>

<u>ORDER</u>

A document purporting to be the Last Will and Testament of **Dillard Hardin,** deceased testate a resident of Cumberland County, Kentucky on the 23rd day of October, 2013, having been duly produced in open court before me on this date, said Will being self proved by virtue of the acknowledgment before a Notary Public of the two subscribing witnesses thereto at the time of its execution, to be the Last Will and Testament of said decedent, and said Last Will and Testament having nominated and appointed Michelle Burns to be Executrix without any surety on her official bond, and Michelle Burns, being present in person, and having accepted the administration of the estate in accordance with the terms and provisions of the Will, and the Court being sufficiently advised in the premises,

**WHEREFORE, IT IS HEREBY ORDERED AND ADJUDGED** that the Last Will and Testament of **Dillard Hardin** be duly admitted to probate, with the original Will being directed to the Clerk of Cumberland County for recordation, together with a certified copy of this Order admitting the same to probate, and Michelle Burns be, and she is hereby appointed and constituted as Executrix of the Last Will and Testament of said decedent.

**EXHIBIT A**

GIVEN UNDER MY HAND as Judge of the Cumberland District Court, on this the 7 day of May, 2014.

_____
KRISTI R. CASTILLO, Judge
Cumberland District Court

ENTERED
THIS 7 DAY OF May 20 14
NANCY L. BREWINGTON, CLERK
BY: Betty L. Hogan D.C.

CERTIFICATION OF COURT RECORDS
I, NANCY L. BREWINGTON, CLERK OF THE CUMBERLAND CIRCUIT/DISTRICT COURT, DO CERTIFY THAT THE FOREGOING ARE TRUE AND CORRECT COPY(S) OF THE ORIGINAL DOCUMENT(S) AS RECORDED IN MY OFFICE.
IN TESTIMONY WHEREOF WITNESS MY HAND AS CLERK AFORESAID, THIS THE 7 DAY OF May 20 14
BY: Betty L. Hogan D.C.

**EXHIBIT A**