Case 2:14-cv-02420-JPM-tmp Document 22-2 Filed 05/25/16 Page 1 of 1

# STATE OF TENNESSEE
## Office of Vital Records

**TENNESSEE DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

State File Number: 130704

**DECEDENT**

1. DECEDENT'S LEGAL NAME: ALBERT DILLARD HARDIN
2. SEX: MALE
3. DATE OF DEATH: OCTOBER 23, 2013
4. TIME OF DEATH: 6:47 P.M.
5a. AGE-Last Birthday (Years): 72
6. DATE OF BIRTH: OCTOBER 27, 1940
7. BIRTHPLACE: BURKESVILLE, KY.

8a. PLACE OF DEATH: Inpatient (checked)
8b. FACILITY NAME: VANDERBILT MEDICAL CENTER
8c. CITY OR TOWN: NASHVILLE
8d. COUNTY OF DEATH: DAVIDSON

9. MARITAL STATUS: Widowed
10. SURVIVING SPOUSE: (blank)
11a. DECEDENT'S USUAL OCCUPATION: FARMER
11b. KIND OF BUSINESS/INDUSTRY: AGRICULTURE

12. SOCIAL SECURITY NUMBER: 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
13a. RESIDENCE-STATE: KENTUCKY
13b. COUNTY: CUMBERLAND
13c. CITY OR TOWN: BURKESVILLE
13d. STREET AND NUMBER: 717 STATE PARK ROAD
13e. INSIDE CITY LIMITS: No
13f. ZIP CODE: 42717
14. WAS DECEDENT EVER IN US ARMED FORCES: No

15. DECEDENT'S EDUCATION: High school graduate or GED completed
16. DECEDENT OF HISPANIC ORIGIN: No, not Spanish/Hispanic/Latino
17. DECEDENT'S RACE: White

**PARENTS**

18. FATHER'S NAME: MENZO HARDIN
19. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: LENA BULLOCK HARDIN

20a. INFORMANT'S NAME: MICHELLE HARDIN BURNS
20b. RELATIONSHIP TO DECEDENT: DAUGHTER
20c. MAILING ADDRESS: 250 ROSE OF SHARON RD BURKESVILLE, KY 42717

**DISPOSITION**

21a. METHOD OF DISPOSITION: Burial
21b. PLACE OF DISPOSITION: PERKINS CEMETERY
21c. LOCATION: BURKESVILLE, KY 42717

22a. SIGNATURE OF FUNERAL DIRECTOR: Mark C. New
22b. LICENSE NUMBER: 3683
22c. SIGNATURE OF EMBALMER: Mark C. New
22d. LICENSE NUMBER: 3896

23a. NAME AND ADDRESS OF FUNERAL HOME: NORRIS-NEW FUNERAL HOME P.O. BOX 335 BURKESVILLE, KY. 42717
23b. LICENSE NUMBER OF FUNERAL HOME: 55

**REGISTRAR**

24. REGISTRAR'S SIGNATURE: (signed)
25. DATE FILED: November 21, 2013

**CERTIFIER**

26a. PHYSICIAN (checked) - To the best of my knowledge, death occurred at the date and place, and due to the cause(s) and manner stated.

27a. SIGNATURE OF CERTIFIER: Howard Kirshner
27b. LICENSE NUMBER: 11196
27c. DATE SIGNED: (blank)
27d. NAME AND ADDRESS: HOWARD S. KIRSHNER, MD, VANDERBILT U. MEDICAL CENTER

**MEDICAL CERTIFICATION**

28. PART I.
 a. IMMEDIATE CAUSE: CEREBRAL HEMORRHAGE — Approximate interval: <12 HOURS
 b. Due to: HYPERTENSION — YEARS

PART II. Other significant conditions contributing to death: ON RIVAROXABAN FOR DVT, ALSO CAD S/P CORONARY STENTS

29a. WAS AN AUTOPSY PERFORMED? No

30. MANNER OF DEATH: Natural
31. DID TOBACCO USE CONTRIBUTE TO DEATH? Unknown
32. IF FEMALE: (n/a)

---

I hereby certify the above to be a true and correct representation of the record or document on file in this department. This certified copy is valid only when printed on security paper showing the red embossed seal of the Tennessee Department of Health. Alteration or erasure voids this certification. Reproduction of this document is prohibited.

Tennessee Code Annotated 68-3-101 et seq., Vital Records Act of 1977.

6307172

Catherine D. Haralson, RN, BA — STATE REGISTRAR
John J. Dreyzehner, MD, MPH, FACOEM — COMMISSIONER

Date Issued: NOV 21 2013

**EXHIBIT B**

## CERTIFICATION OF VITAL RECORD