# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § MDL 2592 § § SECTION L § |
| EARL MCVEY, | § JUDGE ELDON E. FALLON § |
| Plaintiff, | § MAG. JUDGE NORTH § |
| vs. | § **NOTICE OF APPEARANCE** § |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | § Civil Action No. 15-cv-00839 § § § § § § § § § § § § § § § § § |
| Defendants. | § § § |

## NOTICE OF APPEARANCE

Comes Now, Andrew B. Sommerman, of the law firm Sommerman & Quesada LLP, and hereby enters his appearance as lead counsel for Plaintiff in the above-captioned matter.

Civil Action No. 15-cv-00839
Notice of Appearance, Page 1

Please forward all future correspondence, motions, orders or inquiries regarding this matter to his attention at the email and/or mailing addresses set out below.

Respectfully submitted,

**SOMMERMAN & QUESADA, LLP**

*/s/ Andrew B. Sommerman*
Texas State Bar No. 18842150
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219-4461
214/720-0720 (telephone)
214/720-0184 (fax)
Andrew@textrial.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I, Andrew B. Sommerman, do hereby certify that on May _____, 2015, I caused to be served a true and correct copy of the foregoing Notice of Appearance via electronic filing and/or placing a copy of same in the U.S. mail, first-class and postage prepaid to the following:

Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Janssen Pharmaceutical, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08560

Bayer Healthcare, LLC
c/o Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802

Bayer Healthcare Pharmaceuticals, Inc.
67 Whippany Road
Whippany, NJ 07981

Bayer Corporation
100 Bayer Road
Pittsburgh, PA 15205

Civil Action No. 15-cv-00839
Notice of Appearance, Page 2

Janssen Ortho, LLC
c/o CT Corporation
1209 North Orange Street
Wilmington, DE 19801

Bayer AG
Leverkusen
North Rhine - Westphalia, Germany
Bayer Pharma AG
Mullerstrasse 178
D-13353 Berlin
Germany

Bayer Healthcare AG
CHEMP ARK Leverkusen
Zentraler Besucherempfang
Kaiser-Wilhelm-Allee
D-51368 Leverkusen

Dated this the _____th day of May, 2015.

_____
s/p/ Andrew B. Sommerman