UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § MDL 2592 <br> § <br> § SECTION L <br> § |
| JOSEPH SHOOK, | § JUDGE ELDON E. FALLON <br> § |
| Plaintiff, | § MAG. JUDGE NORTH <br> § |
| vs. | § **NOTICE OF APPEARANCE** <br> § |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | § Civil Action No. CV-15-207 |
| Defendants. | |

## NOTICE OF APPEARANCE

COMES NOW, Andrew B. Sommerman, of the law firm Sommerman & Quesada LLP, and hereby enters his appearance as lead counsel for Plaintiff's in the above-captioned matter.

Please forward all future correspondence, motions, orders or inquiries regarding this matter to his attention at the email and/or mailing addresses set out below.

Respectfully submitted,

**SOMMERMAN & QUESADA, LLP**

/s/ *Andrew B. Sommerman*
Texas State Bar No. 18842150
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX  75219-4461
214/720-0720 (telephone)
214/720-0184 (fax)
Andrew@textrial.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I, Andrew B. Sommerman, do hereby certify that on May 28, 2015, I caused to be served a true and correct copy of the foregoing Notice of Appearance via electronic filing and/or placing a copy of same in the U.S. mail, first-class and postage prepaid to the following:

Janssen Research & Development, LLC
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Janssen Pharmaceutical, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08560

Bayer Healthcare, LLC
c/o Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802

Civil Action No. CV-15-207
Notice of Appearance, Page 2

Bayer Healthcare Pharmaceuticals, Inc.
67 Whippany Road
Whippany, NJ 07981

Bayer Corporation
100 Bayer Road
Pittsburgh, PA 15205

Janssen Ortho, LLC
c/o CT Corporation
1209 North Orange Street
Wilmington, DE 19801

Bayer AG
Leverkusen
North Rhine - Westphalia, Germany
Bayer Pharma AG
Mullerstrasse 178
D-13353 Berlin
Germany

Bayer Healthcare AG
CHEMP ARK Leverkusen
Zentraler Besucherempfang
Kaiser-Wilhelm-Allee
D-51368 Leverkusen

Dated this the 28th day of May, 2015.

w/p  Andrew B. Sommerman