# UNITED STATES DISTRICT COURT OF THE
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |
| MICHELLE BURNS, as EXECUTRIX OF the ESTATE OF ALBERT HARDIN<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; AND DOES 1-100,<br><br>Defendants. |  |

**THIS DOCUMENT RELATES TO: 15-1322**

## ORDER

This matter having come before the Court on the Motion for Leave to File Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that plaintiff's Motion is Granted.  Plaintiff is hereby granted leave to File the First Amended Complaint tendered with its Motion.

New Orleans, Louisiana this 27th day of May, 2015.

_____
United States District Judge