UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

* MDL NO. 2592
*
* SECTION L
*
* JUDGE ELDON E. FALLON
*
* MAG. JUDGE NORTH

*********************************************** *

**THIS DOCUMENT RELATES TO:**
*Ronald J. Leblanc, et al. v. Janssen Research & Development LLC, et al.*

## ORDER

The Court has before it the Joint Motion for Withdrawal and Substitution of Counsel (Rec. Doc. 786).

**IT IS ORDERED** that the Joint Motion for Withdrawal and Substitution of Counsel is hereby **GRANTED** and John J. Driscoll of the Driscoll Firm, PC is substituted for Carmen S. Scott of Motley, Rice, LLC.

New Orleans, Louisiana this 28th day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE