UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARCHICA CANNON,** | § | MDL no. 2592 |
| Plaintiff, | § | |
| | § | SECTION: L |
| V. | § | JUDGE FALLON |
| | § | MAG. JUDGE NORTH |
| | § | |
| **JANSSEN RESEARCH &** | § | |
| **DEVELOPMENT LLC f/k/a JOHNSON** | § | |
| **AND JOHNSON PHARMACEUTICAL** | § | CIVIL ACTION NO. 2:15-cv-01250-EEF- |
| **RESEARCH AND DEVELOPMENT** | § | MBN |
| **LLC, JANSSEN ORTHO LLC,** | § | |
| **JANSSEN PHARMACEUTICALS, INC.** | § | |
| **f/k/a JANSSEN PHARMACEUTICA** | § | **JURY TRIAL DEMANDED** |
| **INC. f/k/a ORTHO-MCNEIL-JANSSEN** | § | |
| **PHARMACEUTICALS, INC.,** | § | |
| **BAYER HEALTHCARE** | § | |
| **PHARMACEUTICALS, INC.,** | § | |
| **BAYER PHARMA AG,** | § | |
| **BAYER CORPORATION,** | § | |
| **BAYER HEALTHCARE LLC,** | § | |
| **BAYER HEALTHCARE AG, and** | § | |
| **BAYER AG,** | § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Marchica Cannon files this, her Notice of Dismissal Without Prejudice, and hereby announces to the Court that she is voluntarily dismissing the present suit **without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants have yet to make an appearance in this case.

Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i), no Court order is required or requested. Plaintiff considers this matter closed before the Court and requests that the Court take appropriate action to remove this case from its docket.

1

       Respectfully submitted,

       **KENNEDY HODGES, L.L.P.**

   By:  /s/ Gabriel A. Assaad
       Galvin B. Kennedy
       gkennedy@kennedyhodges.com
       Gabriel A. Assaad
       gassaad@kennedyhodges.com
       711 W. Alabama St.
       Houston, TX 77006
       Telephone: (713) 523-0001
       Facsimile: (713) 523-1116

       ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all parties in this case have been served via the Eastern District's CM/ECF System on May 29, 2015.

       /s/ Gabriel A. Assaad
       Gabriel A. Assaad

2