UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION L

JUDGE FALLON
MAG. JUDGE NORTH

---

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARY ANN INGRAM, as Executrix of the Estate and Personal Representative of ADA ERLE CHURCH, deceased<br><br>PLAINTIFF,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORP., BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, BAYER AG, and FICTITIOUS DEFENDANTS A-Z, whose names are unknown to the Plaintiff at this time and whose involvement are detailed herein<br><br>DEFENDANTS. | Case No.: 2:14-cv-01125-MHT-WC<br><br><br><br><br><br><br><br>PROPOSED ORDER |

**PROPOSED ORDER**

This matter having come before the Court on the Motion for Leave to File Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff is hereby granted leave to file the First Amended Complaint tendered with its Motion.

Entered this _____ day of _____, 2015.

_____
HONORABLE DISTRICT JUDGE FALLON