UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| CORBITT, ET AL. | |
| Plaintiff, | |
| | Civil Action No: 15-cv-01735 |
| -against- | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants, | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Deborah Warren, on behalf of the Estate of Dorothy Kaloz, deceased, and Deborah Warren, individually, files this, her Notice of Dismissal Without Prejudice, and hereby announces to the Court that she is voluntarily dismissing the present suit **without prejudice** pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure. Defendants have yet to make an appearance in this case.

Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i), no Court order is required or requested. Plaintiff considers this matter closed before the Court and requests that the Court take appropriate action to remove this case from its docket.

Respectfully submitted,

**DOUGLAS & LONDON, P.C.**

By: _____
MICHAEL A. LONDON (ML-7510)
59 Maiden Lane, 6th Floor
New York, NY 10038
Ph: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all parties in this case have been served via the Eastern District's CM/ECF System on June 3, 2015.

_____
Michael A. London