## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | **MDL NO. 14-2592** |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENTS RELATES TO:**
**RATLIFF v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.**
**CASE NO. 2:15-cv-01068**
(formerly KYE/7:15-cv-00028)

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW Plaintiff herein, and files this Plaintiff's Motion for Substitution of Counsel, and would respectfully show unto this Court as follows:

Plaintiff requests that attorneys David C. Stratton and Stratton Law Firm, P.S.C., be removed as counsel in the main MDL No. 2592 and in each member case associated with MDL No. 2592, including Ratliff, 2:15-cv-01068.

Plaintiff further requests the substitution of attorneys Peter T. Cathcart and Clay Robbins III, and the law firm of Magaña, Cathcart & McCarthy, 1900 Avenue of the Stars, Suite 650, Los Angeles, CA 90067-4307, in place of attorneys David C. Stratton and Stratton Law Firm, P.S.C.

Attorneys Peter T. Cathcart and Clay Robbins III have conferred with David C. Stratton and Stratton Law Firm, P.S.C., who are not opposed to this Motion.

WHEREFORE, Plaintiff respectfully requests that David C. Stratton and Stratton Law Firm, P.S.C. be removed as counsel in the main MDL No. 2592 and in each member case

associated with MDL No. 2592. Plaintiff further requests that Peter T. Cathcart and Clay Robbins III of Magaña, Cathcart & McCarthy be substituted.

Respectfully submitted,

Dated: June 3, 2015

/s/Peter T. Cathcart
Peter T. Cathcart
Clay Robbins III
Magaña, Cathcart & McCarthy
1900 Avenue of the Stars, Suite 650
Los Angeles, California 90067-4307
Telephone: 310.553.6630
Facsimile: 310.407.2295
Emails: ptc@mcmc-law.com
          cr@mcmc-law.com
*Counsel for Plaintiff*

Dated: June 3, 2015

/s/David C. Stratton
David C. Stratton
P.O. Box 1530
Pikeville, Kentucky 41502
Telephone: 606.437.7800
Facsimile: 606.437.7569
Emails: dcstratton@setel.com
*Former Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 3rd day of June, 2015, served a copy of the foregoing Motion on all parties through the Court's CM/ECF system.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL NO. 14-2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENTS RELATES TO:**
RATLIFF v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.
CASE NO. 2:15-cv-01068
(formerly KYE/7:15-cv-00028)

## ORDER

Considering the foregoing Motion for Substitution of Counsel of Record:

**IT IS HEREBY ORDERED** that David C. Stratton and Stratton Law Firm, P.S.C. are removed as Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that Peter T. Cathcart, Clay Robbins III, and Magaña, Cathcart & McCarthy are substituted in as new counsel of record for Plaintiff.

DONE AND SIGNED this _____ day of _____, 2015, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**