UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO.: 2:14-md-02592-EEF-MBN

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
    14-01125

---

| | |
|---|---|
| MARY ANN INGRAM, as Executrix of the Estate and Personal Representative of ADA ERLE CHURCH, deceased | |
| PLAINTIFF, | |
| | Case No.: 2:14-cv-01125-MHT-WC |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORP., BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, BAYER AG, and FICTITIOUS DEFENDANTS A-Z, whose names are unknown to the Plaintiff at this time and whose involvement are detailed herein | FIRST MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |
| DEFENDANTS. | |

**FIRST MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COMES NOW the Plaintiff, by and through her counsel, and moves the Court for leave to file her attached Amended Complaint to correctly identify Defendants and to include additional factual background with regard to Plaintiff's claims, pursuant to U.S. District Court Middle District of Alabama's Local Rule 15.1.

WHEREFORE, the Plaintiff prays for the entry of the order tendered herewith granting leave to file the Amended Complaint.

Dated: June 3, 2015        /s/ Jamie A. Johnston
                           Jamie A. Johnston (JOH164)
                           Jamie A. Johnston, P.C.
                           401 Madison Avenue
                           Montgomery, Alabama 36104
                           Telephone: 334-263-2560
                           Facsimile: 334-264-2658
                           Email: jamie@jjohnstonpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

| **Defense Lead Counsel:** | **Plaintiffs' Lead Counsel:** |
|---|---|
| Susan Sharko, Esq. | Brian Barr, Esq. |
| Susan.sharko@dbr.com | bbarr@levinlaw.com |
| | |
| Steven Glickstein, Esq. | Andy Birchfield, Esq. |
| sglickstein@kayescholer.com | Andy.Birchfield@BeasleyAllen.com |
| | |
| **Defendants' Liaison Counsel:** | **Co-Plaintiffs' Liaison Counsel:** |
| James Irwin, Esq. | Gerald Meunier, Esq. |
| jirwin@irwinllc.com | gmeunier@gainsben.com |
| | |
| John Olinde, Esq. | Leonard Davis, Esq. |
| olinde@chaffe.com | ldavis@hhklawfirm.com |

Date: June 3, 2015                                /s/ Jamie Johnston
                                                                OF COUNSEL