UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO.: 2:14-md-02592-EEF-MBN

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
    14-01125

---

| | |
|---|---|
| MARY ANN INGRAM, as Executrix of the Estate and Personal Representative of ADA ERLE CHURCH, deceased )<br>)<br>)<br>)<br>      PLAINTIFF, )<br>)<br>v. )<br>)<br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORP., BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, BAYER AG, and FICTITIOUS DEFENDANTS A-Z, whose names are unknown to the Plaintiff at this time and whose involvement are detailed herein )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>      DEFENDANTS. ) | Case No.: 2:14-cv-01125-MHT-WC |

## ORDER

This matter having come before the Court on the Motion for Leave to File Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff is hereby granted leave to file the Amended Complaint tendered with her Motion.

Entered this _____ day of _____, 2015.

_____
HONORABLE DISTRICT JUDGE FALLON

2