UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 14-2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENTS RELATES TO:**
RATLIFF v. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.
CASE NO. 2:15-cv-01068
(formerly KYE/7:15-cv-00028)

---

## ORDER

Considering the foregoing Motion for Substitution of Counsel of Record:

**IT IS HEREBY ORDERED** that David C. Stratton and Stratton Law Firm, P.S.C. are removed as Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that Peter T. Cathcart, Clay Robbins III, and Magaña, Cathcart & McCarthy are substituted in as new counsel of record for Plaintiff.

DONE AND SIGNED this __4th__ day of _____June_____, 2015, at New Orleans, Louisiana.

_/s/ Eldon E. Fallon_
**UNITED STATES DISTRICT JUDGE**