UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE NORTH |
| ********************************************* | * |

**THIS DOCUMENT RELATES TO:**
*Ingram v. Janssen Research & Development, LLC, et al.*, 14-1125

## ORDER

The Court has before it the Motion for Leave to File Amended Complaint. (Rec. Doc. 949).

**IT IS ORDERED** that Plaintiff's Motion (Rec. Doc. 949) is **GRANTED**. Plaintiff is hereby granted leave to file the Amended Complaint tendered with her Motion.

New Orleans, Louisiana this 4th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE