**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2592 |
| ) | SECTION: L |
| SAMUEL GRANT ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No.: 2:15-cv-01289 |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT, ) LLC f/k/a JOHNSON AND JOHNSON ) PHARMACEUTICALS RESEARCH AND ) DEVELOPMENT LLC; JOHNSON & ) JOHNSON COMPANY; JANSSEN ORTHO, ) LLC; JANSSEN PHARMACEUTICALS, INC., ) f/k/a ORTHO- MCNEIL-JANSSEN ) PHARMACEUTICALS, INC.; BAYER ) CORPORATION; BAYER AG; BAYER ) PHARMA AG; BAYER HEALTHCARE LLC; ) and BAYER HEALTHCARE ) PHARMACEUTICALS, INC., ) ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, by and through the undersigned counsel, and hereby files this, his Notice of Dismissal Without Prejudice, and hereby announces to the Court that he is voluntarily dismissing the present suit **without prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Defendants have yet to make an appearance in this case.

Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i), no Court order is required or requested.  Plaintiff considers this matter closed before the Court and requests that the Court take appropriate action to remove this case from its docket.

This 4th day of June, 2015.

By:    */s/ Les Weisbrod*

**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:    (214) 987-0005
Fax:             (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Les Weisbrod*