UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA FOR**
**JUNE 10, 2015 STATUS CONFERENCE**

1. Pre-Trial Orders

2. Case Management Order

3. Counsel Contact Information Form

4. "MDL Centrality"

5. Plaintiff Fact Sheets

6. Defendant Fact Sheets

7. Bundling of Complaints/Answers/Responsive Pleadings

8. Preservation Order

9. Document Production Protocol

10. Discovery

11. Deposition Guidelines

12. Discovery Issued to Third Parties

13. Science Day

14. State/Federal Coordination

15. Proposed Case Management Order No. 2

16. Next Status Conference