# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANNA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § MDL NO. 2592 § § SECTION L |
| BETTY STEPHENS, | § § § JUDGE ELDON E. FALLON |
| Plaintiff, | § § MAG. JUDGE NORTH |
| v. | § § § MDL Case No. 2:14-MD-02592-EEF- |
| JANSSEN RESEARCH & DEVELOPMENT LLC, et al, | § MBN § § Case No: 2:15-cv-00838-EEF-MBN |
| Defendants. | § |

## ENTRY OF APPEARANCE

I hereby enter my appearance as counsel for Plaintiff Betty Stephens (Eastern District of Louisiana Case No. 2:15-cv-00838) and MDL proceeding 2:14-MD-02592-EEF-MBN.

June 5, 2015                                       Respectfully submitted,

                                                    /s/ Adam M. Evans_____
                                                   Adam M. Evans
                                                   Hollis Law Firm, P.A.
                                                   5100 West 95th Street
                                                   Prairie Village, KS 66207
                                                   (913) 385-5400 (telephone)
                                                   (913) 385-5402 (facsimile)
                                                   adam@hollislawfirm.com
                                                   ***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was filed electronically on June 5, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                /s/   Adam M. Evans