IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2592 |
| ****************************************** | * | JUDGE ELDON E. FALLON |
| *Henry and Mary Jane Harding v. Janssen Research and Development LLC, et al* | * * * | |

## JOINT MOTION FOR WITHDRAWL AND SUBSTITUTION OF COUNSEL

COME NOW, attorneys Michael A. London and Seth A. Katz and, pursuant to the request of Plaintiffs, Henry Harding and Mary Jane Harding, move jointly for the withdrawal of Seth A. Katz of Burg Simpson Eldredge Hersh Jardine, P.C. and substitution of Douglas & London, P.C. in place thereof.

_____
Seth A. Katz
Burg Simpson Eldredge Hersh Jardine, P.C.

Date: 6/8/15

_____
Michael A. London
Douglas & London, P.C.

Date: 6/8/15

**The above substitution of counsel is hereby approved and so ORDERED**

_____
Judge

Date:_____