# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** *************************************** | * * * | **MDL No. 2592** **JUDGE ELDON E. FALLON** |
| *Henry and Mary Jane Harding v. Janssen Research and Development LLC, et al* | * * * | |

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that Seth A. Katz of Burg Simpson Eldredge Hersh Jardine, P.C is withdrawn as Plaintiff's attorney of record.

**IT IS FURTHER ORDERED** that Michael A. London of Douglas & London, P.C. is enrolled as Plaintiff's sole attorney of record herein.

DONE AND SIGNED this __9th__ day of _____June_____, 2015, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**