UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2592 |
| | * * | Section: L Judge Fallon |
| THIS DOCUMENT RELATES TO: | * * | Mag. Judge North |
| *Mulroney v. Janssen Research & Development LLC, et al.* Case No. 14-cv-2856 | * * * | |

## ORDER

Consider the foregoing Consent Motion to Withdraw as Counsel of Record,

**IT IS HEREBY ORDERED** that Roger C. Denton, Ashley Brittain Landers and Schlichter, Bogard & Denton, LLP, are withdrawn as Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that attorneys from Peiffer Rosca Wolf Abdullah Carr & Kane are enrolled as Plaintiffs' sole attorneys of record herein.

DONE AND SIGNED this ___9th___ day of ___June___, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE