UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCT LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Jon Spansail, et al, vs. Janssen Research & ) <br> Development, LLC, et al. ) <br> Civil Action No.: 2:15-cv-01176-EEF-MBN ) <br> _____ ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAGISTRATE JUDGE <br> NORTH |

**JOINT MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL**

**COME NOW,** attorneys Patrick J. Condron and Joseph D. Lane, and move jointly for the withdrawal of Patrick J. Condron, of Susan E. Loggans and Associates, P.C., and substitution of Joseph D. Lane, of The Cochran Firm-Dothan, P.C., in place thereof, as counsel of record for the Plaintiffs.

Respectfully submitted this 11th day of June, 2015.

| | |
|---|---|
| /s/ Patrick J. Condron <br> (IL Bar No. 1684-663) <br> SUSAN E. LOGGANS & ASSOCIATES, P.C. <br> 222 N. LaSalle Street, Suite 460 <br> Chicago, IL  60601 <br> Phone: (312) 201-8600 <br> Fax: (312) 201-1180 <br> loggans@logganslaw.com | /s/ Joseph D. Lane <br> (AL Bar No. 9991 N75-J <br> THE COCHRAN FIRM-DOTHAN, PC <br> 111 E. Main Street <br> Dothan, AL  36301 <br> Phone: (334) 673-1555 <br> Fax: (334) 699-7229 <br> joelane@cochranfirm.com |

CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was filed electronically on June 11th, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                       /s/ Joseph D. Lane