UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) ) ) _____ ) ) THIS DOCUMENT RELATES TO: ) ) Jon Spansail, et al, vs. Janssen Research & ) Development, LLC, et al. ) Civil Action No.: 2:15-cv-01176-EEF-MBN ) _____ ) | MDL No. 2592 SECTION: L JUDGE FALLON MAGISTRATE JUDGE NORTH |

**ORDER**

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record:

**IT IS HEREBY ORDERED** that Patrick J. Condron, of Susan E. Loggans and Associates, P.C., is removed as counsel of record for Plaintiffs.

**IT IS FURTHER ORDERED** that Joseph D. Lane, of The Cochran Firm-Dothan, P.C., is enrolled as Plaintiffs' sole attorney of record herein.

DONE AND SIGNED this _____ day of _____, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE