**UNITED STATES DISTRICT COURT OF THE**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
|  | MDL No. 2592 |
| **IN RE:  XARELTO (RIVAROXABAN**   ) |  |
| **PRODUCTS LIABILITY LITIGATION**   ) | **SECTION: L** |
|                                                                            ) | **JUDGE ELDON E. FALLON** |
|                                                                            ) | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:**     ) |  |
| **Joseph M. Povilaitis v. Janssen Research**   ) |  |
| **& Development, LLC et. al.**            ) |  |
| **2:15-cv-00533**                                       ) |  |
|                                                                            ) |  |

**NOTICE OF ASSOCIATION OF COUNSEL**

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that McCallum Methvin & Terrell, P.C., hereby associates Jennie Lee Anderson, Lori E. Andrus, and the firm of Andrus Anderson LLP as counsel of record in this action on behalf of Plaintiff Joseph M. Povilaitis.

Accordingly, in addition to the other counsel of record, please serve copies of all filings and papers on the following:

> Jennie Lee Anderson
> Lori E. Andrus
> ANDRUS ANDERSON LLP
> 155 Montgomery Street, Suite 900
> San Francisco, CA 94104
> Telephone:  (415) 986-1400
> Facsimile:  (415) 986-1474
> jennie@andrusanderson.com
> lori@andrusanderson.com

2

Dated:  June 15, 2015	Respectfully submitted,

*/s/ Robert G. Methvin, Jr.*
McCallum, Methvin & Terrell, P.C.
2201 Arlington Avenue South
Birmingham, AL  35205
Telephone:  (205) 939-0199
Facsimile:  (205) 939-0399

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 15th, 2015, I caused to be electronically filed the foregoing NOTICE OF ASSOCIATION OF COUNSEL with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems. Parties may access the filing through the court's CM/ECF system.

/s/Robert G. Methvin, Jr._____