# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) <br> **PRODUCTS LIABILITY LITIGATION** ) <br> ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> **Joseph M. Povilaitis v. Janssen Research** ) <br> **& Development, LLC et. al.** ) <br> **2:15-cv-00533** ) <br> ) | **MDL No. 2592** <br><br> **SECTION: L** <br> **JUDGE ELDON E. FALLON** <br> **MAG. JUDGE NORTH** |

## NOTICE OF APPEARANCE

COME NOW J. Matthew Stephens of MCCALLUM, METHVIN & TERRELL, P.C., and enters his appearance for the Plaintiff in the above-referenced cause of action.

Dated: June 16, 2015.

                                                          Respectfully submitted,

                                                          /s/ J. Matthew Stephens
                                                          J. Matthew Stephens
                                                          **MCCALLUM, METHVIN & TERRELL, P.C.**
                                                          2201 Arlington Avenue South
                                                          Birmingham, AL 35205
                                                          Telephone: (205) 939-0199
                                                          Facsimile : (205) 939-0399
                                                          mstephens@mmlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16th, 2015, I caused to be electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems. Parties may access the filing through the court's CM/ECF system.

/s/   J. Matthew Stephens