UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL NO. 2592 SECTION L JUDGE Eldon E. Fallon MAG. JUDGE North |
| THIS DOCUMENT RELATES TO: | | |
| *Yap v. Janssen Research & Development LLC, et al.* Case No. 15-cv-00327 | | |

---

**PLAINTIFF YAP'S CONSENT MOTION FOR WITHDRAWAL OF COUNSEL**

COMES NOW Plaintiff Yap herein, and files this Plaintiff Yap's Consent Motion for Withdrawal of Counsel, and would respectfully show unto this Court as follows:

Martis Ann Alex, Michael W. Stocker, Gregory S. Asciolla, Matthew J. Perez, and Eric D. Gottlieb of the law firm Labaton Sucharow LLP, pursuant to Local Rule 83.2.11, hereby request this Court enter an Order withdrawing them as counsel of record for Plaintiffs in the main MDL No. 2592 and in member case for Plaintiff Yap, Case No. 15-00327, associated with MDL No. 2592.

Attorney Thomas D. Haklar, Law Offices of Thomas D. Haklar, 2550 Fifth Avenue, Suite 617, San Diego, CA 92024, is also counsel of record for Plaintiff Yap in the above-referenced matter and appears on the initially-filed complaint. Mr. Haklar appears on the docket as counsel of record and will continue to represent Plaintiff Yap in this case.

Attorney Martis Ann Alex of the law firm of Labaton Sucharow LLP has conferred with Thomas D. Haklar, who is not opposed to this Motion.

WHEREFORE, Plaintiffs respectfully request that Labaton Sucharow LLP and its attorneys be granted leave to withdraw as counsel in the main MDL No. 2592 and in member

case Yap, 15-00327. Plaintiffs further request that Attorney Thomas D. Haklar, Law Offices of Thomas D. Haklar, remain as Plaintiff Yap's counsel of record.

DATED: June 16, 2015

Respectfully submitted by,

        **LABATON SUCHAROW LLP**

        */s/ Martis A. Alex*
        Martis Ann Alex

        malex@labaton.com
        Michael W. Stocker
        mstocker@labaton.com
        Gregory S. Asciolla
        gasciolla@labaton.com
        Matthew J. Perez
        mperez@ labaton.com
        Eric D. Gottlieb
        egottlieb@labaton.com
        **LABATON SUCHAROW LLP**
        140 Broadway
        New York, NY 10005
        Telephone (212) 907-0700

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 16th day of June, 2015 served a copy of the foregoing motion on all parties through the Court's CM/ECF system.

                                        */s/ Martis A. Alex*
                                        Martis Ann Alex