UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *<br>*<br>*   MDL NO. 2592<br>*<br>*   SECTION L<br>* |
| THIS DOCUMENT RELATES TO: | *   JUDGE Eldon E. Fallon<br>* |
| *Yap v. Janssen Research & Development LLC, et al.*<br>Case No. 15-cv-00327 | *   MAG. JUDGE North<br>*<br>* |

**[PROPOSED] ORDER**

Considering the foregoing Plaintiff Yap's Consent Motion for Withdrawal of Counsel,

**IT IS HEREBY ORDERED** that Martis Ann Alex, Michael W. Stocker, Gregory S. Asciolla, Matthew J. Perez, and Eric D. Gottlieb of the law firm Labaton Sucharow LLP are withdrawn as Plaintiff Yap's attorneys of record and attorneys of record in MDL No. 2592.

**IT IS FURTHERED ORDERED** that Thomas D. Haklar shall remain as Plaintiff Yap's sole attorney of record.

DONE AND SIGNED this _____ day of_____, 2015, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**