UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | Section: L |
| | * | Judge Fallon |
| THIS DOCUMENT RELATES TO: | * | Mag. Judge North |
| | * | |
| *Mary Lemp, et al. v. Janssen, et al.* | * | |
| *2:14-cv-02849* | * | |
| *William Haney v. Janssen, et al.* | * | |
| *2:14-cv-02850* | * | |
| | * | |

## CONSENT MOTION TO WITHDRAW AS COUNSEL

Roger C. Denton, Ashley Brittain Landers and Schlichter, Bogard & Denton, LLP,

pursuant to Local Rule 83.2.11, hereby request this Court enter an Order withdrawing them as

counsel of records for the following Plaintiffs:

1. Mary K. Lemp and Charles Lemp, Jr.; 2:14-cv-02849

2. William Haney; 2:14-cv-02850

Attorneys from Levin Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. have filed

appearances on behalf of the above-named Plaintiffs and will continue to represent these

Plaintiffs. Roger C. Denton, Ashley Brittain Landers and Schlichter, Bogard & Denton, LLP

will no longer be representing Plaintiffs in the above-named cases.

Respectfully submitted,


By:     _/s/ *Roger C. Denton*_____

Roger C. Denton, Esq. (MO # 30292)
Ashley Brittain Landers, Esq. (MO # 62763)
SCHLICHTER, BOGARD & DENTON
100 South 4th Street
Saint Louis, MO 63102
Telephone:  (314) 621-6115
Fax:  (314) 621-7151
rdenton@uselaws.com
abrittain@uselaws.com

*ATTORNEYS FOR PLAINTIFFS*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that this document was filed electronically with the

United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of

record this 17th day of June, 2015 by way of the Court's CM/ECF System.


*/s/ Roger C. Denton*_____