UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | * * | Section: L<br>Judge Fallon<br>Mag. Judge North |
| *Mary Lemp, et al. v. Janssen, et al.*<br>2:14-cv-02849<br>*William Haney v. Janssen, et al.*<br>2:14-cv-02850 | * * * * * | |

# **ORDER**

Considering the foregoing Consent Motion to Withdraw as Counsel of Record for the above-named cases,

**IT IS HEREBY ORDERED** that Roger C. Denton, Ashley Brittain Landers and Schlichter, Bogard & Denton, LLP, are withdrawn as Plaintiffs' attorneys of record.

**IT IS FURTHER ORDERED** that attorneys from Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. are enrolled as Plaintiffs' sole attorneys of record herein.

DONE AND SIGNED this _____ day of _____, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE