UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592 SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE Eldon E. Fallon |
| *Yap v. Janssen Research & Development LLC, et al.* Case No. 15-cv-00327 | * * * | MAG. JUDGE North |

## ORDER

Considering the foregoing Plaintiff Yap's Consent Motion for Withdrawal of Counsel,

**IT IS HEREBY ORDERED** that Martis Ann Alex, Michael W. Stocker, Gregory S. Asciolla, Matthew J. Perez, and Eric D. Gottlieb of the law firm Labaton Sucharow LLP are withdrawn as Plaintiff Yap's attorneys of record and attorneys of record in MDL No. 2592.

**IT IS FURTHERED ORDERED** that Thomas D. Haklar shall remain as Plaintiff Yap's sole attorney of record.

New Orleans, Louisiana this 16th day of June, 2015.

_____
**UNITED STATES DISTRICT JUDGE**