UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :   MDL No. 2592
                                     :
                                     :   SECTION L
                                     :
                                     :   JUDGE ELDON E. FALLON
                                     :
_____  :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:                **JURY TRIAL DEMANDED**

ANITA M. ANDERSON and DONALD CLYDE ANDERSON

Civil Action No. 2:15-cv-02110-EEF-MBN

## SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiffs, ANITA M. ANDERSON and DONALD CLYDE ANDERSON, are identified more fully in Paragraph one (1) of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiffs.

3. Individual Plaintiffs herein reside at 2103 West Park Drive, Paducah, KY 42001.

4. The Xarelto User, ANITA M. ANDERSON, resides (or if deceased, resided at the time of death) at 2103 West Park Drive, Paducah, KY 42001.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiffs.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual Plaintiffs.

Dated: June 22, 2015

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
epaulos@levinlaw.com
bbarr@levinlaw.com
nmcwilliams@levinlaw.com

*Attorney for Plaintiff(s)*

## **CERETIFICATE OF SERVICE**

I hereby certify that on June 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: s/Emanuella J. Paulos_____