UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANITA M. ANDERSON and DONALD
CLYDE ANDERSON,

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO
LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY, BAYER
HEALTHCARE PHARMACEUTICALS, INC., BAYER
PHARMA AG, BAYER CORPORATION, BAYER
HEALTHCARE LLC, BAYER HEALTHCARE AG,
and BAYER AG,

MARCO A. APONTE,

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO
LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY, BAYER
HEALTHCARE PHARMACEUTICALS, INC., BAYER
PHARMA AG, BAYER CORPORATION, BAYER
HEALTHCARE LLC, BAYER HEALTHCARE AG,
and BAYER AG,

WILMA JEAN FRALEY,

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO
LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY, BAYER

HEALTHCARE PHARMACEUTICALS, INC., BAYER
PHARMA AG, BAYER CORPORATION, BAYER
HEALTHCARE LLC, BAYER HEALTHCARE AG,
and BAYER AG,

DAVID P. LOVETT and NORMA E. LOVETT,

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO
LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY, BAYER
HEALTHCARE PHARMACEUTICALS, INC., BAYER
PHARMA AG, BAYER CORPORATION, BAYER
HEALTHCARE LLC, BAYER HEALTHCARE AG,
and BAYER AG,

ELVA D. MINIX,

JANSSEN RESEARCH & DEVELOPMENT, LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO
LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY, BAYER
HEALTHCARE PHARMACEUTICALS, INC., BAYER
PHARMA AG, BAYER CORPORATION, BAYER
HEALTHCARE LLC, BAYER HEALTHCARE AG,
and BAYER AG,

RICHARD O. TEMPLE, Sr.,

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO
LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY, BAYER

HEALTHCARE PHARMACEUTICALS, INC., BAYER
PHARMA AG, BAYER CORPORATION, BAYER
HEALTHCARE LLC, BAYER HEALTHCARE AG,
and BAYER AG,

JOHN H. WILSON,

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO
LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY, BAYER
HEALTHCARE PHARMACEUTICALS, INC., BAYER
PHARMA AG, BAYER CORPORATION, BAYER
HEALTHCARE LLC, BAYER HEALTHCARE AG,
and BAYER AG,