In re: Xarelto (Rivaroxaban) Products Liability Litigation



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  135195-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Duke Clinical Research Institute
Court Case No. MDL 2592

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA  70113-1116

| | | |
|---|---|---|
| State of: | North Carolina | ) ss. |
| County of: | Johnston | ) |

**Name of Server:** _____ Tareq Rasoulyan _____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __10__ day of ____June____, 20 __15__, at __1:31__ o'clock __P__ M

**Place of Service:** at __2400 Pratt Street__, in __Durham, NC  27705__

**Documents Served:** the undersigned served the documents described as:
**Subpoena to Testify at a Deposition in a Civil Action (with production request), with attached Notice of Oral and Videotaped Deposition Duces Tecum; Witness Fee**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Duke Clinical Research Institute**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Karen Entrekin-Manager__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __45__ ; Approx. Height __5'6"__ ; Approx. Weight __130__

X  To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __10__ day of __June__, 20 __15__

_____
Notary Public

__8/11/2017__
(Commission Expires)

Jennifer McCracken
Notary Public
Johnston County, NC
My Commission Expires 8-11-2017.