# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: XARELTO (RIVAROXABAN) PRODUCTS**
**LIABILITY LITIGATION**

Joanne Nash, et al. v. Janssen Research & Development, LLC,     )
    et al, C.D. California, C.A. No. 2:15-03868         )      MDL No. 2592

## ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On June 1, 2015, the Panel filed in this docket a conditional transfer order pertaining to, *inter alia*, this action (*Nash*). In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Nash* was lifted on June 9, 2015, and the action was transferred to the Eastern District of Louisiana. Subsequently, on June 16, 2015, the Panel received from plaintiff a motion for leave to file out of time. In her motion, plaintiff, through counsel, asserts that her counsel did not receive login information for the Panel's CM/ECF system until June 10, 2015, and was, therefore, unable to file a timely opposition. Counsel does not explain why the motion for leave was not filed until June 16, 2015.

Nevertheless, the Panel will reinstate the conditional transfer order in *Nash* in order to permit plaintiff to pursue her opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-39" filed on June 1, 2015 is REINSTATED insofar as it relates to this action.

IT IF FURTHER ORDERED that plaintiff's notice of opposition to CTO-39 is accepted for filing as of the date of this order.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel