UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCT LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> Jon Spansail, et al, vs. Janssen Research & ) <br> Development, LLC, et al. ) <br> Civil Action No.: 2:15-cv-01176-EEF-MBN ) <br> _____ ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAGISTRATE JUDGE <br> NORTH |

**ORDER**

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record:

**IT IS HEREBY ORDERED** that Patrick J. Condron, of Susan E. Loggans and Associates, P.C., is removed as counsel of record for Plaintiffs.

**IT IS FURTHER ORDERED** that Joseph D. Lane, of The Cochran Firm-Dothan, P.C., is enrolled as Plaintiffs' sole attorney of record herein.

DONE AND SIGNED this __22nd__ day of _____June_____, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE