UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2592 |
| | * | Section: L |
| | * | Judge Fallon |
| THIS DOCUMENT RELATES TO: | * | Mag. Judge North |
| | * | |
| *Mary Lemp, et al. v. Janssen, et al.* 2:14-cv-02849 *William Haney v. Janssen, et al.* 2:14-cv-02850 | * * * * * | |

## ORDER

Considering the foregoing Consent Motion to Withdraw as Counsel of Record for the above-named cases,

**IT IS HEREBY ORDERED** that Roger C. Denton, Ashley Brittain Landers and Schlichter, Bogard & Denton, LLP, are withdrawn as Plaintiffs' attorneys of record.

**IT IS FURTHER ORDERED** that attorneys from Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. are enrolled as Plaintiffs' sole attorneys of record herein.

DONE AND SIGNED this  18th  day of   June  , 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE