MINUTE ENTRY
FALLON, J.
JUNE 22, 2015

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, Liaison and Lead Counsel participated in a telephone status conference with the Honorable Eldon E. Fallon. Gerald Meunier, Leonard Davis, Andy Birchfield, and Brian Barr participated on behalf of Plaintiffs. Jim Irwin, Susan Sharko, John Olinde, Steven Glickstein, William Hoffman, and Timothy Coon participated on behalf of Defendants.

The Court discussed a potential discovery and trial schedule, indicating that the first trial would be held on August 1, 2016, the second trial on August 22, 2016, the third trial on September 12, 2016, and the fourth trial on October 17, 2016. The Court suggested that the first two trials would take place in the Eastern District of Louisiana, the third trial would take place in the Southern District of Texas, and the fourth trial would take place in the Southern District of Mississippi. The Court proposed a bellwether discovery pool of fifty (50) plaintiffs, noting that the entire census of litigation would be divided into groups and the bellwether trials would be randomly selected from the groups. With regard to expert reports, the Court indicated that the Plaintiffs should provide their expert reports first, and Defendants should provide their expert reports thirty (30) days thereafter.

JS10(00:23)

2

**IT IS ORDERED** that the parties shall meet and confer and flesh out timetables for document discovery and depositions in accordance with Case Management Order No. 1.  The parties shall submit their proposed Case Management Orders No. 2, either joint or competing orders, on or before June 30, 2015.