UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | Section: L |
| | * | Judge Fallon |
| THIS DOCUMENT RELATES TO: | * | Mag. Judge North |
| | * | |
| *Stanley Pennell, et al. v. Janssen Research &* | * | |
| *Development LLC, et al.* | * | |
| Case No. 2:14-cv-02853 | * | |

## CONSENT MOTION TO WITHDRAW AS COUNSEL

Roger C. Denton, Ashley Brittain Landers and Schlichter, Bogard & Denton, LLP,

pursuant to Local Rule 83.2.11, hereby request this Court enter an Order withdrawing them as

counsel of records for plaintiff in the above-referenced matter.  Attorneys from Douglas &

London, P.C. have filed appearances on behalf of Plaintiffs and will continue to represent the

Plaintiffs in this case.

Respectfully submitted,

By:      /s/ *Roger C. Denton*

Roger C. Denton, Esq. (MO # 30292)
Ashley Brittain Landers, Esq. (MO # 62763)
SCHLICHTER, BOGARD & DENTON
100 South 4th Street
Saint Louis, MO 63102
Telephone:  (314) 621-6115
Fax:   (314) 621-7151
rdenton@uselaws.com
abrittain@uselaws.com

*ATTORNEYS FOR PLAINTIFFS*

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 23rd day of June, 2015 by way of the Court's CM/ECF System.


*/s/ Roger C. Denton*