UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2592 |
| | * * | Section: L Judge Fallon |
| THIS DOCUMENT RELATES TO: | * * | Mag. Judge North |
| *Stanley Pennell, et al. v. Janssen Research & Development LLC, et al.* Case No. 2:14-cv-02853 | * * * | |

## ORDER

Consider the foregoing Consent Motion to Withdraw as Counsel of Record,

**IT IS HEREBY ORDERED** that Roger C. Denton, Ashley Brittain Landers and Schlichter, Bogard & Denton, LLP, are withdrawn as Plaintiffs' attorneys of record.

**IT IS FURTHER ORDERED** that attorneys from Douglas & London, P.C. are enrolled as Plaintiffs' sole attorneys of record herein.

DONE AND SIGNED this _____ day of _____, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE