In re: Xarelto (Rivaroxaban) Products Liability Litigation



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 135232-0001

# AFFIDAVIT OF SERVICE -- Corporate

HERMAN, HERMAN, ET AL
Ms. Kate Robinson
820 O'Keefe Ave.
New Orleans, LA  70113-1116

Service of Process on:
--United States Food & Drug Administration
Court Case No. MDL 2592

State of: <u>District of Columbia</u> ) ss.
County of: <u>Washington</u> )

| | |
|---|---|
| **Name of Server:** | <u>Vincent Piazza</u>, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the <u>11th</u> day of <u>June</u>, 20 <u>15</u>, at <u>1:30</u> o'clock <u>p</u> M |
| **Place of Service:** | at <u>10901 New Hampshire Ave</u>, in <u>Silver Spring, MD  20993</u> |
| **Documents Served:** | the undersigned served the documents described as: **Subpoena to Produce Documents, Information, or Objects to Permit Inspection of Premises in a Civil Action, with attached Notice of Subpoena Duces Tecum Schedule A** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **United States Food & Drug Administration** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: <u>Stacy Smelser, Program Analyst</u> |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex <u>F</u> ; Skin Color <u>Black</u> ; Hair Color <u>Black</u> ; Facial Hair Approx. Age <u>30</u> ; Approx. Height <u>5'6"</u> ; Approx. Weight <u>150</u> <u>xx</u> To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this
<u>15th</u> day of <u>June</u>, 20 <u>15</u>

_____
Signature of Server

_Angela H. Croson_
Notary Public          (Commission Expires)

**APS International, Ltd.**

ANGELA H. CROSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires March 31, 2019