UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| KAREN M. WHITTLE, | JUDGE FALLON |
| Plaintiff, | MAG. JUDGE NORTH |
| -against- | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No: 2:15-cv-01276 |
| Defendants. | |

## MOTION FOR SUBSTITUTION OF PARTY UNDER FED.R.CIV.P. 25(a)

Undersigned Counsel for Plaintiff, pursuant to Fed.R.Civ.P. 25(a), moves to substitute deceased Plaintiff Karen M. Whittle with her surviving spouse, Larry Whittle. Plaintiff moves for an order substituting Karen M. Whittle for Larry Whittle on behalf of Karen M. Whittle. In support of this motion, Plaintiff states as follows:

1. Under Fed.R.Civ.P. 25(a)(1), "[i]f a party dies and the claim in not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

2. Plaintiff Karen M. Whittle passed away on January 22, 2015 (Ex. A).

3.     Larry Whittle was the Plaintiff's surviving spouse and informant at the time of Plaintiff's death (Ex. A). Plaintiff's counsel was not immediately informed of Plaintiff's death.

4.     Given that Larry Whittle is the Plaintiff's surviving spouse and informant at the time of Plaintiff's death, Larry Whittle has proper capacity to continue the suit as successor and representative pursuant to Fed.R.Civ.P. 25(a)(1).

WHEREFORE, for each and all of the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Karen M. Whittle for Larry Whittle on behalf of Karen M. Whittle.

Respectfully Submitted,

Dated: June 24, 2015

By: /s/ Lisa A. Gorshe
Lisa Ann Gorshe, Esq. (MN #029522X)
Michael K. Johnson, Esq. (MN #258696)
Alexandra W. Robertson, Esq. (MN #0395619)
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Telephone: (612) 436-1800
Facsimile: (612) 436-1801
Email: ARobertson@johnsonbecker.com
Email: MJohnson@johnsonbecker.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I, Lisa A. Gorshe, hereby certify that a true and correct copy of the foregoing was served with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filings to the Filing User(s) listed on the Court's Case List for CM/ECF service.

This document so filed is available for viewing and downloading on the ECF system.

I declare that I am a registered Filing User for this District of the United States District Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on June 24, 2015, at Minneapolis, Minnesota.

/s/ Lisa A. Gorshe, Esq.
Attorney # 29522X (MN#)
JOHNSON BECKER, PLLC
33 South 6th Street, Suite 4530
Minneapolis, MN 55402
Phone: (612) 436-1800
Fax: (612) 436-1801
Email: lgorshe@johnsonbecker.com