# EXHIBIT A

# STATE OF OKLAHOMA
# CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2015-001663

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | KAREN MYRON WHITTLE |
| 1a. LAST NAME PRIOR TO FIRST MARRIAGE | BUZBY |
| 2. SEX | FEMALE |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4. EVER IN US ARMED FORCES? | NO |
| 5a. AGE- Last birthday (years) | 60 |
| 5b. UNDER 1 YEAR | |
| 5c. UNDER 1 DAY | |
| 6. DATE OF BIRTH | AUGUST 5, 1954 |
| 7. BIRTHPLACE | PHILADELPHIA, PENNSYLVANIA |
| 8a. RESIDENCE-State | OKLAHOMA |
| 8b. RESIDENCE-County | MUSKOGEE |
| 8c. RESIDENCE-City or Town | MUSKOGEE |
| 8d. RESIDENCE-Zip Code | 74401 |
| 8e. RESIDENCE-Inside City Limits? | YES |
| 8f. RESIDENCE-Street and Number | 300 NORTH 40TH STREET |
| 8g. RESIDENCE-Apt. Number | #1110 |
| 9. MARITAL STATUS AT TIME OF DEATH | ☒ Married |
| 10. SURVIVING SPOUSE'S NAME | LARRY E WHITTLE |
| 11. FATHER'S NAME | MYRON BUZBY |
| 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | KATHY LOCKHART |
| 13. DECEDENT OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| 14. DECEDENT'S RACE | WHITE |
| 15. DECEDENT'S EDUCATION | SOME COLLEGE CREDIT BUT NO DEGREE |
| 16. DECEDENT'S USUAL OCCUPATION | HOMEMAKER IN OWN HOME |
| 17. KIND OF BUSINESS / INDUSTRY | HOMEMAKER |
| 18a. INFORMANT'S NAME | LARRY WHITTLE |
| 18b. RELATIONSHIP TO DECEDENT | HUSBAND |
| 18c. MAILING ADDRESS | 300 NORTH 40TH STREET #1110, MUSKOGEE, OKLAHOMA 74401 |
| 19. METHOD OF DISPOSITION | ☒ Cremation |
| 20. PLACE OF DISPOSITION | RAY FRANSISCO'S FUNERAL DIRECTORS CREMATION SERV |
| 21. LOCATION | TULSA, OKLAHOMA |
| 22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | GARY KELLEY'S ADD'VANTAGE FUNERAL & CREMATION SERV - TULSA, 9761 EAST 31ST STREET, TULSA, OKLAHOMA 74146 |
| 23. FUNERAL HOME DIRECTOR | GARY K. KELLEY |
| 24. FH ESTABLISHMENT LICENSE # | 1634ES |

## 25. PLACE OF DEATH

IF DEATH OCCURRED IN A HOSPITAL: ☒ Inpatient

| Field | Value |
|---|---|
| 26. FACILITY NAME | EASTAR HEALTH SYSTEM |
| 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH | MUSKOGEE, OKLAHOMA, 74401 |
| 28. COUNTY OF DEATH | MUSKOGEE |
| 29. DATE OF DEATH | JANUARY 22, 2015 |
| 30. TIME OF DEATH | 11:48 |
| 31. WAS MEDICAL EXAMINER CONTACTED? | YES |
| 32. WAS AN AUTOPSY PERFORMED? | NO |
| 33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

## 34. CAUSE OF DEATH

**PART I.**
a. COMPLICATIONS OF PNEUMONIA — Approximate interval: UNKNOWN
b.
c.
d. 1551533

**35. PART II.** Other significant conditions contributing to death:
CHRONIC OBSTRUCTIVE PULMONARY DISEASE, HYPERTENSION, DIABETES MELLITUS

| Field | Value |
|---|---|
| 36. MANNER OF DEATH | ☒ Natural |
| 37. IF FEMALE | ☒ Unknown if pregnant within the past year |
| 38. DID TOBACCO USE CONTRIBUTE TO DEATH? | ☒ Unknown |
| 39-45. INJURY fields | (blank) |
| 46. CERTIFIER | ☒ MEDICAL EXAMINER |
| 47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | CHERYL NIBLO, DO, 1115 WEST 17TH, TULSA, OKLAHOMA 74107 |
| Certifier | CHERYL NIBLO, DO |
| 48. LICENSE NUMBER | 5606OK |
| 49. DATE DEATH CERTIFIED | JANUARY 28, 2015 |
| 50. REGISTRAR'S SIGNATURE | Kelly M Baker |
| 52. DATE RECEIVED BY STATE REGISTRAR | JANUARY 28, 2015 |

REVISION 2013   VS 154 (08/13)