**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| LARRY WHITTLE, on behalf of KAREN M. WHITTLE, Plaintiffs, | JUDGE FALLON MAG. JUDGE NORTH |
| -against- | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, Defendants. | Civil Action No: 2:15-cv-01276 |

_____

**ORDER**

WHEREAS the Plaintiffs have moved to substitute Karen M. Whittle, decedent, with

Larry Whittle, decedent's surviving spouse, on behalf of Karen M. Whittle; and

WHEREAS, after considering the Plaintiffs' arguments, the court will grant the motion.

IT IS HEREBY ORDERED THAT:

The Plaintiffs' motion to substitute be GRANTED.

Dated:_____                                  _____

                                                                        Hon. Eldon E. Fallon
                                                                        United States District Court Judge