UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2592 |
| | * | Section: L |
| | * | Judge Fallon |
| THIS DOCUMENT RELATES TO: | * | Mag. Judge North |
| | * | |
| *Martha McMunn, et al. v. Janssen Research & Development LLC, et al.* Case No. 2:14-cv-02854 | * * * | |

## ORDER

Consider the foregoing Consent Motion to Withdraw as Counsel of Record,

**IT IS HEREBY ORDERED** that Roger C. Denton, Ashley Brittain Landers and Schlichter, Bogard & Denton, LLP, are withdrawn as Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that attorneys from Johnson Becker, PLLC are enrolled as Plaintiff's sole attorneys of record herein.

New Orleans, Louisiana this 24th day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE