UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| | * | Section: L |
| | * | Judge Fallon |
| THIS DOCUMENT RELATES TO: | * | Mag. Judge North |
| | * | |
| *Richard Newman, et al. v. Janssen Research &* | * | |
| *Development LLC, et al.* | * | |
| Case No. 2:14-cv-02934 | * | |

## CONSENT MOTION TO WITHDRAW AS COUNSEL

Roger C. Denton and Schlichter, Bogard & Denton, LLP, pursuant to Local Rule 83.2.11, hereby request this Court enter an Order withdrawing them as counsel of record for Plaintiff in the above-referenced matter. Attorneys from NastLaw LLC have filed appearances on behalf of Plaintiff and will continue to represent the Plaintiff in this case.

                Respectfully submitted,

           By:  _/s/ *Roger C. Denton*_____

              Roger C. Denton, Esq. (MO # 30292)
              SCHLICHTER, BOGARD & DENTON
              100 South 4th Street
              Saint Louis, MO 63102
              Telephone:  (314) 621-6115
              Fax:   (314) 621-7151
              rdenton@uselaws.com

              *ATTORNEY FOR PLAINTIFFS*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 30th day of June, 2015 by way of the Court's CM/ECF System.

/s/ *Roger C. Denton*