UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 2592<br><br>Section: L<br>Judge Fallon<br>Mag. Judge North |
| THIS DOCUMENT RELATES TO: | | |
| *Richard Newman, et al. v. Janssen Research & Development LLC, et al.*<br>Case No. 2:14-cv-02934 | | |

## ORDER

Consider the foregoing Consent Motion to Withdraw as Counsel of Record,

**IT IS HEREBY ORDERED** that Roger C. Denton and Schlichter, Bogard & Denton, LLP, are withdrawn as Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that attorneys from NastLaw LLC are enrolled as Plaintiff's sole attorneys of record herein.

DONE AND SIGNED this _____ day of _____, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE