# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: XARELTO (RIVAROXABAN)**
**PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| **CHRISSA LEWIS,** | * | **MDL No. 2592** |
| **Individually and as Executor of Estate** | * | **JUDGE FALLON** |
| **Of Decedent EARNEST DIAL,** | * | **MAG. JUDGE NORTH** |
| **AND BETTY DIAL** | * | |
| **Individually,** | * | |
| | * | |
| **Plaintiffs** | * | |
| | * | **COMPLAINT AND JURY** |
| **versus** | * | **DEMAND** |
| | * | |
| **JANSSEN RESERACH &** | * | **Civil Action No.: 2:15-CV-01066** |
| **DEVELOPMENT, LLC     f/k/a** | * | |
| **JOHNSON AND JOHNSON** | * | |
| **PHARMACEUTICAL RESEARCH** | * | |
| **AND DEVELOPMENT, LLC, JANSSEN** | * | |
| **ORTHO LLC, JANSSEN** | * | |
| **PHARMACEUTICALS, INC. f/k/a** | * | |
| **JANSSEN PHARMACEUTICA INC.** | * | |
| **f/k/a ORTHO-MCNEIL-JANSSEN** | * | |
| **PHARMACEUTICALS, INC., BAYER** | * | |
| **HEALTHCARE PHARMACEUTICALS,** | * | |
| **INC., BAYER PHARMA AG, BAYER** | * | |
| **CORPORATION, BAYER** | * | |
| **HEALTHCARE LLC, BAYER** | * | |
| **HEALTHCARE AG, and BAYER AG** | * | |
| | * | |
| **Defendants** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Chrissa Lewis individually and as executrix of the estate of Earnest Dial, and Betty Dial individually, Plaintiffs herein and, before the filing of any Answer or Motion for Summary Judgment by Defendants, move to dismiss their case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(i).

1

Dated: <u>7/2/2015</u>

By:  *David J. Wool*
David J. Wool
Andrus Wagstaff, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: (720) 208-9415
Facsimile: (303) 376-6361
David.wool@andruswagstaff.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on **July 2, 2015**, I electronically filed the foregoing document with

the Clerk of the Court using the CM/ECF system which will send notification of such

filing to the CM/ECF participants registered to receive service in this MDL.


Dated: <u>7/2/2015</u>

By: <u>  *Alana Schmitt*</u>
Alana Schmitt
