# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)    ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION    ) | |
|                                                                  ) | SECTION:  L |
|                                                                  ) | JUDGE FALLON |
|                                                                  ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO: ALL CASES**

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Andrew J. Sciolla hereby enters his appearance as counsel for Jesse J. Hernandez, Plaintiff in *Hernandez v. Janssen Research & Development, LLC, et al* No. 3:15-cv-00517 (E.D.La.) in the above-captioned action.

It is respectfully requested that copies of all pleadings, notices, orders, correspondence, and other materials may be served on the undersigned.

DATED:  July 02, 2015          By:    _____
                                                    Andrew J. Sciolla, Esquire
                                                    POGUST BRASLOW & MILLROOD, LLC
                                                    Eight Tower Bridge, Suite 940
                                                    161 Washington Street
                                                    Conshohocken, PA  19428
                                                    asciolla@pbmattorneys.com
                                                    *Attorney for Plaintiff, Jesse J.Hernandez*

## CERTIFICATE OF SERVICE

I, Andrew J. Sciolla, Esquire hereby certify that on July 02, 2015, caused a true and correct copy of the foregoing *Entry of Appearance* on behalf of the Plaintiff upon attorneys who have completed ECF registration.

DATED:  July 02, 2015        By: _____
Andrew J. Sciolla, Esquire
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA  19428
asciolla@pbmattorneys.com
*Attorney for Plaintiff, Jesse J. Hernandez*