UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO: ALL CASES

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Derek T. Braslow hereby enters his appearance as counsel for Jesse J. Hernandez, Plaintiff in *Hernandez v. Janssen Research & Development, LLC, et al* No. 3:15-cv-00517 (E.D.La.) in the above-captioned action.

It is respectfully requested that copies of all pleadings, notices, orders, correspondence, and other materials may be served on the undersigned.

DATED:  July 02, 2015          By: _____
Derek T. Braslow, Esquire
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA  19428
dbraslow@pbmattorneys.com
*Attorney for Plaintiff, Jesse J.Hernandez*

{XAR-006399/00817442-1}

## CERTIFICATE OF SERVICE

I, Derek T. Braslow, Esquire hereby certify that on July 02, 2015, caused a true and correct copy of the foregoing *Entry of Appearance* on behalf of the Plaintiff upon attorneys who have completed ECF registration.

DATED: July 02, 2015      By: _____
Derek T. Braslow, Esquire
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA  19428
dbraslow@pbmattorneys.com
*Attorney for Plaintiff, Jesse J. Hernandez*

{XAR-006399/00817442-1}