UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO.: 2:14-md-02592-EEF-MBN

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

_____

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | |
| JANIS VIARD, | ) | PLAINTIFF'S VOLUNTARY |
|     Plaintiff, | ) | MOTION TO DISMISS |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION: 2:15-cv-01145 |
| JANSSEN RESEARCH & DEVELOPMENT LLC | ) | |
| f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICAL RESEARCH AND | ) | |
| DEVELOPMENT LLC, ET AL | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Janis Viard, who respectfully moves this Honorable Court to dismiss all claims asserted by Janis Viard against all defendants with each party to bear their own costs.

Respectfully submitted,

/s/ *Anthony D. Irpino*
_____
**ANTHONY D. IRPINO (#24727)**
**LOUISE C. HIGGINS (#31780)**
**PEARL A. ROBERTSON (#34060)**
Irpino Law Firm
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501

airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ ***Anthony D. Irpino***
_____
**ANTHONY D. IRPINO**