UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO.: 2:14-md-02592-EEF-MBN

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| JANIS VIARD,<br>  Plaintiff,<br>v.<br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, ET AL<br>  Defendants. | ORDER ON PLAINTIFF'S VOLUNTARY MOTION TO DISMISS<br><br>CIVIL ACTION: 2:15-cv-01145 |

**ORDER**

Considering the foregoing motion:

IT IS HEREBY ORDERED that Plaintiff, Janis Viard's claims against all Defendants are hereby dismissed.

New Orleans, Louisiana this \_\_\_\_\_ day of July, 2015.

_____
**UNITED STATE DISTRICT JUDGE**