UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LAIBILITY LITIGATION ) | |
| ) | SECTION:L |
| THIS DOCUMENT RELATES TO: ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| *Mary Walker et al. v. Janssen Research &* ) | |
| *Development LLC et al.* ) | |
| Case No. 2:15-cv-01030-EEF-MBN ) | |

**PLAINTIFF JANET FREEMAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TAKE NOTICE that Plaintiff Janet Freeman, by and through her attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this Action without prejudice. Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i), no Court order is required or requested. Plaintiff considers this matter closed before this Court and requests that the Court take appropriate action to remove this case from its docket. The filing of this Notice of Voluntary Dismissal is not intended to have any effect on any of the other bundled Plaintiffs filed in this Action.

1

Respectfully submitted this 2nd day of July, 2015.

By:  **/s/ Steven J. Brady, Esq.**
Dylan F. Pollard, Esq. (California Bar No. 180306)
Steven J. Brady, Esq. (California Bar No.: 116651)
BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA  94901
Telephone:      (415) 459-7300
Fax:                  (415) 459-7303
E-Mail:             mail@bradylawgroup.com

ATTORNEYS FOR PLAINTIFF JANET FREEMAN

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2015, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to al attorneys of record.

                                                                               _____

                                                                               Dylan F. Pollard, Esq.