UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARLETO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br>   *Donald K. Turner, et al.. v. Janssen Research & Development, LLC*<br>   ED. La No 15-0336 | MDL NO. 2592<br><br>SECTION L<br><br>MAGISTRATE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, individually and on behalf of their deceased mother, Hazel S. Turner, and, before the filing of any Answer or Motion for Summary Judgment by Defendants, move to dismiss their case without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(i).

Dated: July 2, 2015        By:    /s/ *M. Palmer Lambert*
Gerald E. Meunier (#9471)
M. Palmer Lambert (#33228)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
gmeunier@gainsben.com
plambert@gainsben.com

and

Richard J. Serpe (#17793)
THE LAW OFFICES OF RICHARD J. SERPE, PC
580 East Main Street, Suite 310
Norfolk, VA 23510
Phone: (757) 233-0009

        Fax: (757) 233-0455
        rserpe@serpefirm.com

        and

        Paul M. Sterbcow (#17817)
        LEWIS, KULLMAN, STERBCOW & ABRAMSON
        601 Poydras Street, Suite 2615
        New Orleans, Louisiana 70130
        Telephone: (504) 588-1500
        Facsimile: (504) 588-1514
        E-mail: sterbcow@lksalaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/M. Palmer Lambert*
        M. Palmer Lambert