# ATTACHMENT B

**LIST OF INDIVIDUAL CASE CAPTIONS NAMED IN:**

**BAQUOL, ET AL. V. JANSSEN  RESEARCH & DEVELOPMENT, LLC, ET AL., 15-1967**

**Friia, et al. v. Janssen Research & Development, LLC, et al.**

**Gardiner, et al. v. Janssen Research & Development, LLC, et al.**

**Hunt, et al. v. Janssen Research & Development, LLC, et al.**

**Lowery, et al. v. Janssen Research & Development, LLC, et al.**

**Safranski, et al. v. Janssen Research & Development, LLC, et al.**

**Szembroth, et al. v. Janssen Research & Development, LLC, et al.**

**Thomas, et al. v. Janssen Research & Development, LLC, et al.**

**Tweed, et al. v. Janssen Research & Development, LLC, et al.**

**Wagner, et al. v. Janssen Research & Development, LLC, et al.**

**Watson-Silver, et al. v. Janssen Research & Development, LLC, et al.**