UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

**PROPOSED AGENDA FOR**
**July 9, 2015 STATUS CONFERENCE**

1. Pre-Trial Orders

2. Case Management Orders

3. Proposed Case Management Order No. 2

4. Counsel Contact Information Form

5. MDL Centrality

6. Plaintiff Fact Sheets

7. Defendant Fact Sheets

8. Bundling of Complaints/Answers/Responsive Pleadings

9. Preservation Order

10. Discovery

11. Deposition Guidelines

12. Discovery Issued to Third Parties

13. State/Federal Coordination

14. Next Status Conference