UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO:**

**Frances Victoria Wagner**

Civil Action No. 2:15-cv-2230

## FIRST AMENDED COMPLAINT

Plaintiff, Frances Victoria Wagner, by and through the undersigned counsel, amend this complaint, correcting Plaintiff's name which was inadvertently listed as Victoria Frances Wagner in the original Complaint. The Complaint, which should otherwise read as follows:

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed In Re Xarelto Products Liability, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following Short Form Complaint is utilized in the above captioned action.

2. Individual Plaintiff, Frances Victoria Wagner, is identified more fully in Paragraph 10 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff, Frances Victoria Wagner, resides at 2026 Tred Avon Road, Baltimore, MD 21221.

4. Attached as Attachment A is the Severance Order issued by the Court for the

Individual Plaintiff.

5. Attached as Attachment B is a list of individual case captions named in the Joint Complaint listing within, the Individual Plaintiff.

Dated: July 7, 2015                             Respectfully submitted,

/s/ Craig M. Silverman
Jay D. Miller (MD Bar No. 04653)
Jmiller@lawpga.com
Craig M. Silverman (MD Bar No. 16898)
Csilverman@lawpga.com
**Law Offices of Peter G. Angelos, P.C.**
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland  21201
(410) 649-2000
(410) 649-2101 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing First Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Craig M. Silverman