# ATTACHMENT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * SECTION L <br> * JUDGE ELDON E. FALLON <br> * MAG. JUDGE NORTH |

**********************************************

THIS DOCUMENT RELATES TO

*Boles, et al. v. Janssen Research & Development, LLC, et al.*, 15-2363

## ORDER

A Joint Complaint has been filed in the aforementioned case in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592. Pursuant to Pre-Trial Order No. 11 (Rec. Doc. 893), **IT IS ORDERED** that this complaint is **SEVERED** into separate, individual cases for each group of related plaintiffs. Plaintiffs are hereby directed to file separate, short form complaints for each case in accordance with Pre-Trial Order No. 11, paragraph 1 (c) (Rec. Doc. 893).

New Orleans, Louisiana, this 6th day of July, 2015.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE