UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
:

JURY TRIAL DEMANDED

THIS DOCUMENT RELATES TO:

JOANN WILLIAMS

INDIVIDUAL CIVIL ACTION NO.

## SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint filed in *In Re: Xarelto Products Liability,* MDL 2592 (E.D. La) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is used in the above-captioned action.

2. Individual Plaintiff, JOANN WILLIAMS, is identified more fully in Paragraph No. 8 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 163 Rustic Way Drive, Shreveport, LA 71106.

4. The Xarelto User resides (or if deceased, resided at the time of death) in the Parish of Caddo, in the State of Louisiana.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the individual Plaintiff.

6. Attached as Attachment 2 is a list of the individual case captions for the Plaintiffs named in the Joint Complaint.

Date: July 7, 2015

Respectfully submitted,

Morris Bart (LA Bar #02788)
Mekel Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com

**COUNSEL FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that a complete copy of the foregoing Short Form Complaint has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 7th day of July, 2015:

Mekel S. Alvarez