UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | Master Docket Case No. 2:14-md-02592 |
| | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| JESSE J. HERNANDEZ, | Civil Action No.: 3:15-cv-00517 |
| Plaintiff, | |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS INC.; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG, | |
| Defendants. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Andrew J. Sciolla hereby enters his appearance as counsel for Jesse J. Hernandez, Plaintiff in *Hernandez v. Janssen Research & Development, LLC, et al*

No. 3:15-cv-00517 (E.D.La.) in the above-captioned action.

It is respectfully requested that copies of all pleadings, notices, orders, correspondence, and other materials may be served on the undersigned.

DATED: July 08, 2015          By: _____
Andrew J. Sciolla, Esquire
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA  19428
asciolla@pbmattorneys.com
*Attorney for Plaintiff, Jesse J.Hernandez*

**CERTIFICATE OF SERVICE**

I, Andrew J. Sciolla, Esquire hereby certify that on July 08, 2015, caused a true and correct copy of the foregoing *Entry of Appearance* on behalf of the Plaintiff upon attorneys who have completed ECF registration.

DATED: July 08, 2015   By: _____
Andrew J. Sciolla, Esquire
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA  19428
asciolla@pbmattorneys.com
*Attorney for Plaintiff, Jesse J. Hernandez*