UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> JESSE J. HERNANDEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH & ) <br> DEVELOPMENT LLC f/k/a JOHNSON ) <br> AND JOHNSON PHARMACEUTICAL ) <br> RESEARCH AND DEVELOPMENT LLC; ) <br> JANSSEN ORTHO LLC; JANSSEN ) <br> PHARMACEUTICALS, INC. f/k/a ) <br> JANSSEN PHARMACEUTICA INC. f/k/a ) <br> ORTHO- MCNEIL-JANSSEN ) <br> PHARMACEUTICALS INC.; BAYER ) <br> HEALTHCARE PHARMACEUTICALS, ) <br> INC.; BAYER PHARMA AG; BAYER ) <br> CORPORATION; BAYER HEALTHCARE ) <br> LLC; BAYER HEALTHCARE AG; and ) <br> BAYER AG, ) <br> ) <br> Defendants. ) <br> ) | MDL No. 2592 <br><br> Master Docket Case No. 2:14-md-02592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br> Civil Action No.: 3:15-cv-00517 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Derek T. Braslow hereby enters his appearance as counsel

for Jesse J. Hernandez, Plaintiff in *Hernandez v. Janssen Research & Development, LLC, et al*

No. 3:15-cv-00517 (E.D.La.) in the above-captioned action.

It is respectfully requested that copies of all pleadings, notices, orders, correspondence, and other materials may be served on the undersigned.

DATED:  July 08, 2015          By:  _____
Derek T. Braslow, Esquire
POGUST BRASLOW & MILLROOD, LLC
Eight Tower Bridge, Suite 940
161 Washington Street
Conshohocken, PA  19428
dbraslow@pbmattorneys.com
*Attorney for Plaintiff, Jesse J.Hernandez*

**CERTIFICATE OF SERVICE**

I, Derek T. Braslow, Esquire hereby certify that on July 08, 2015, caused a true and correct copy of the foregoing *Entry of Appearance* on behalf of the Plaintiff upon attorneys who have completed ECF registration.

DATED:  July 08, 2015          By: _____
                                              Derek T. Braslow, Esquire
                                              POGUST BRASLOW & MILLROOD, LLC
                                              Eight Tower Bridge, Suite 940
                                              161 Washington Street
                                              Conshohocken, PA  19428
                                              dbraslow@pbmattorneys.com
                                              *Attorney for Plaintiff, Jesse J. Hernandez*