IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION § § § § § § § § | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: I |
| *James Thad Sitton, et al v. Janssen Research & Development LLC, et al* Case No. 2:15-CV-2368-EEF-MBN | JUDGE FALLON MAG. JUDGE NORTH |

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs file their notice of dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. Plaintiffs are James Thad Sitton and Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased; defendants are Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; Bayer Corporation; Bayer Healthcare LLC; Bayer Healthcare AG; and Bayer AG.

2. On June 4, 2015, plaintiffs sued defendants.

3. Defendants have been served with process and have not served an answer or a motion for summary judgment.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6.    This case is not governed by any federal statute that requires a court order for dismissal of the case.

7.    Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

8.    This dismissal is without prejudice.

Respectfully submitted,

BUSH LEWIS, PLLC
595 Orleans, Suite 500
Beaumont, Texas 77701
(409) 835-3521 t.
(409) 835-4194 f.

By: _____
Kenneth W. Lewis
Texas Bar #12295300
Ken.L@bushlewis.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

_____
Kenneth W. Lewis