# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL O. ATKERSON and BRIDGETTE R. ATKERSON, BRADLEY D. BRUCE, HEIDI A. CROMEENS and DANNY Y. CROMEENS, DIANE ELLEN FINKELSTEIN, NATALIE K. ISSNER, MARY ELLEN KRAUS as the Executor for and on behalf of the heirs of the Estate of MARGARET A. PRUNTY, ANTHONY O. MAURER, ROBERT R. MCCALLUM, ROBERTA T. PRESTON, A.P. ROBINSON and BETTY J. ROBINSON, TIMOTHY C. THOMAS,<br><br>    Plaintiffs,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No.: 2:15-cv-02454 |

## FIRST MOTION FOR LEAVE TO FILE THE FIRST JOINT AMENDED

## COMPLAINT

COMES NOW the Plaintiff, Mary Ellen Kraus as the Executor for and on behalf of the

heirs of the Estate of MARGARET A. PRUNTY, by and through her counsel, and moves the

Court for leave to file her attached First Joint Amended Complaint, as there was a typographical error in spelling of her last name in the caption and the body of the complaint for Plaintiff Mary Ellen Kraus.

 WHEREFORE, the Plaintiff prays for the entry of the order tendered herewith granting leave to file the First Joint Amended Complaint.

 Dated: July 8, 2015

            Respectfully submitted,

            By: s/Emanuella J. Paulos
            Emanuella J. Paulos (FL Bar 99010)
            Brian H. Barr (FL Bar 493041)
            Neil E. McWilliams Jr. (FL Bar 16174)
            LEVIN, PAPANTONIO, THOMAS,
            MITCHELL, RAFFERTY &
            PROCTOR, P.A.
            316 South Baylen Street, Suite 600
            Pensacola, Florida 32502
            (850) 435-7059
            (850) 435-7020 (Fax)
            bbarr@levinlaw.com
            nmcwilliams@levinlaw.com
            epaulos@levinlaw.com

            *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File the First Joint Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

| **Defense Lead Counsel:** | **Plaintiffs' Lead Counsel:** |
|---|---|
| Susan Sharko, Esq. | Brian Barr, Esq. |
| Susan.sharko@dbr.com | bbarr@levinlaw.com |
| | |
| Steven Glickstein, Esq. | Andy Birchfield, Esq. |
| sglickstein@kayescholer.com | Andy.Birchfield@BeasleyAllen.com |
| | |
| **Defendants' Liaison Counsel:** | **Co-Plaintiffs' Lead Counsel:** |
| James Irwin, Esq. | Gerald Meunier, Esq. |
| jirwin@irwinllc.com | gmeunier@gainsben.com |
| | |
| John Olinde, Esq. | Leonard Davis, Esq. |
| olinde@chaffe.com | ldavis@hhklawfirm.com |

Date:   July 8, 2015                                                      By: s/Emanuella J. Paulos
                                                                                                 Emanuella J. Paulos (FL Bar 99010)