UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

LYNNE PERRY
Civil Case No. 2:15-cv-2153

## NOTICE OF VOULUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Lynne Perry, by and through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that the above-styled action is voluntarily dismissed without prejudice against all defendants. No other claims by any other Plaintiff are affected by this notice.

Respectfully submitted,

Dated:   July 10, 2015

__/s/ John J. Driscoll_____
*Attorney for Plaintiff*
JOHN J. DRISCOLL (6276464)
CHRISTOPHER J. QUINN (6310758)
THE DRISCOLL FIRM, P.C.
211 North Broadway, Suite 4050
St. Louis, Missouri 63012
Telephone No. (314) 932-3232
Fax No. (314) 932-3233

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of July 2015, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record. This document was also served on the above referenced plaintiff by U.S. Postal Service at their last known address.

                                                   __/s/ John J. Driscoll_____