UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL O. ATKERSON and BRIDGETTE R. ATKERSON, BRADLEY D. BRUCE, HEIDI A. CROMEENS and DANNY Y. CROMEENS, DIANE ELLEN FINKELSTEIN, NATALIE K. ISSNER, MARY ELLEN KRAUS as the Executor for and on behalf of the heirs of the Estate of MARGARET A. PRUNTY, ANTHONY O. MAURER, ROBERT R. MCCALLUM, ROBERTA T. PRESTON, A.P. ROBINSON and BETTY J. ROBINSON, TIMOTHY C. THOMAS,<br><br>    Plaintiffs,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br><br><br><br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No.: 2:15-cv-02454 |

**FIRST MOTION FOR LEAVE TO FILE THE FIRST JOINT AMENDED**

**COMPLAINT**

    COMES NOW the Plaintiffs, Mary Ellen Kraus as the Executor for and on behalf of the

heirs of the Estate of MARGARET A. PRUNTY, and Plaintiff Bradley D. Bruce, by and through

their counsel, and respectfully request this Honorable Court for leave to file the attached First Joint Amended Complaint. Plaintiffs filed their Joint Complaint in this Court on [Insert date] and state as follows:

1. Plaintiffs, Mary Ellen Kraus as the Executor for and on behalf of the heirs of the Estate of MARGARET A. PRUNTY seek leave of this Court to file the attached First Joint Amended Complaint as there was a typographical error in the spelling of Plaintiff's Mary Ellen Kraus' last name in the caption and the body of the Complaint.

2. Plaintiff, Mary Ellen Kraus changes to the First Joint Amended Complaint involve the following:

    a. In Caption, striking through "Krause" and replacing it with "Kraus."

    b. In ¶ 6(a), striking through "Krause" and replacing it with "Kraus."

3. Plaintiff, Bradley D. Bruce seeks leave of this Court to file the attached First Joint Amended Complaint as Plaintiff's name was inadvertently inverted in the body of the Complaint.

4. Plaintiff, Bradley D. Bruce changes to the First Joint Amended Complaint involve the following:

    a. In ¶ 2(a), striking through "Bruce D. Bradley" and replacing it with "Bradley D. Bruce."

WHEREFORE, the Plaintiffs pray for the entry of the order tendered herewith granting leave to file the First Joint Amended Complaint.

Dated: July 10, 2015

Respectfully submitted,

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)

>Brian H. Barr (FL Bar 493041)
>Neil E. McWilliams Jr. (FL Bar 16174)
>LEVIN, PAPANTONIO, THOMAS,
>MITCHELL, RAFFERTY &
>PROCTOR, P.A.
>316 South Baylen Street, Suite 600
>Pensacola, Florida 32502
>(850) 435-7059
>(850) 435-7020 (Fax)
>bbarr@levinlaw.com
>nmcwilliams@levinlaw.com
>epaulos@levinlaw.com
>
>*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Leave to File the First Joint Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**Defense Lead Counsel:**
Susan Sharko, Esq.
Susan.sharko@dbr.com

Steven Glickstein, Esq.
sglickstein@kayescholer.com

**Defendants' Liaison Counsel:**
James Irwin, Esq.
jirwin@irwinllc.com

John Olinde, Esq.
olinde@chaffe.com

**Plaintiffs' Lead Counsel:**
Brian Barr, Esq.
bbarr@levinlaw.com

Andy Birchfield, Esq.
Andy.Birchfield@BeasleyAllen.com

**Co-Plaintiffs' Lead Counsel:**
Gerald Meunier, Esq.
gmeunier@gainsben.com

Leonard Davis, Esq.
ldavis@hhklawfirm.com

Date: July 10, 2015

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)