# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>BRIAN KAREEM JOHNSON,<br><br>        Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>        Defendants. | ORDER APPROVING MOTION AND EXTENSION OF PLAINTIFF FACT SHEET DEADLINE<br><br>Civil Action No.: 2:15-cv-00537-EEF-MBN |

## [PROPOSED] ORDER APPROVING MOTION FOR
## EXTENSION OF PLAINTIFF FACT SHEET DEADLINE

This Court, being fully appraised of the premises and upon motion of Plaintiff, approves the motion and grants Plaintiff the extension of Plaintiff Fact Sheet Deadline until August 10, 2015.

DONE AND SIGNED in Chambers in New Orleans, Louisiana this _____ of _____2015.

_____
ELDON E. FALLON
United States District Judge

Copies furnished to: All counsel