# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>JOHNNY GODFREY,<br><br>        Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical<br>Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.,<br>BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>        Defendants. | MOTION FOR EXTENSION OF PLAINTIFF FACT SHEET DEADLINE<br><br>Civil Action No.: 2:15-cv-00536-EEF-MBN |

**MOTION FOR EXTENSION OF PLAINTIFF FACT SHEET DEADLINE**

COMES NOW Plaintiff, Johnny Godfrey, in the above styled action and for good cause shown pursuant to Pretrial Order 13(A) requests the Court grant Plaintiff an extension of the Plaintiff Fact Sheet Deadline. In support, Plaintiff states the following:

1. The Plaintiff Fact Sheet for this matter was set for an original deadline of July 3, 2015.

2. In keeping with the Court's PTO13(A) filed on June 23, 2015, Plaintiff's Counsel emailed a letter request for extension until August 3, 2015, of the original Plaintiff Fact Sheet deadline of July 3, 2015, on this matter to Defense Liaison Counsel, James Irwin, on June 29.

3. Plaintiff's Counsel did not receive a response to his request for extension and accordingly, followed up with Defense Liaison Counsel, James Irwin, on July 2. Defense Liaison Counsel, James Irwin, was not available to speak with Plaintiff's Counsel on this date, but Plaintiff's Counsel was advised that a response to the extension request would be provided by Monday, July 6.

4. After not receiving a response, on July 6, 7, 8, or 9, Plaintiff's Counsel followed up with another call, in which a voicemail was left requesting a call back regarding the status of the extension request.

5. Plaintiff's Counsel contacted Defense Liaison Counsel's office again on July 10 and was advised that another attorney (Kelly) was preparing a response and that the response would be circulated, however they could not specify when the response would be provided or what the substantive response would be.

6. Specifically, the extension of this Plaintiff Fact Sheet was requested in order to stagger a portion of the 25 Plaintiff Fact Sheets for which Plaintiff's Counsel had the same July 3 deadline. Additionally, Plaintiff's Counsel requested this extension in order to provide additional time for our firm to include substantial Core Information and required corresponding medical records that have been requested but not received to date.

WHEREFORE, Plaintiff requests, pursuant to Pretrial Order 13(A), an extension for the Plaintiff Fact Sheet deadline until August 3, 2015.

Respectfully submitted, this the 11th day of July, 2015.

        THE COCHRAN FIRM-DOTHAN

        By: /s/ Joseph D. Lane
        Joseph D. Lane
        AL Bar ASB 9991 N75-J
        111 E. Main Street
        Dothan, AL 36301
        phone: (334) 673-1555
        fax: (334) 699-7229
        e-mail: JoeLane@CochranFirm.com
        *Co-counsel for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 11th day of July, 2015.

        THE COCHRAN FIRM-DOTHAN

        By: /s/ Joseph D. Lane
        Joseph D. Lane
        AL Bar ASB 9991 N75-J
        111 E. Main Street
        Dothan, AL 36301
        phone: (334) 673-1555
        fax: (334) 699-7229
        e-mail: JoeLane@CochranFirm.com
        *Co-counsel for plaintiffs*