# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>LOIS MANNING,<br><br>            Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>            Defendants. | NOTICE OF SUBMISSION OF MOTION FOR EXTENSION OF PLAINTIFF FACT SHEET DEADLINE<br><br>Civil Action No.: 2:15-cv-01037-EEF-MBN |

**NOTICE OF SUBMISSION OF MOTION FOR EXTENSION OF PLAINTIFF FACT SHEET DEADLINE**

    COMES NOW the Plaintiff, Lois Manning, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Plaintiff Fact Sheet Deadline.

    Respectfully submitted, this the 11th day of July, 2015.

        THE COCHRAN FIRM-DOTHAN

        By: /s/ Joseph D. Lane
        Joseph D. Lane
        AL Bar ASB 9991 N75-J
        111 E. Main Street
        Dothan, AL 36301
        phone: (334) 673-1555
        fax: (334) 699-7229
        e-mail: JoeLane@CochranFirm.com
        *Co-counsel for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 11th day of July, 2015.

        THE COCHRAN FIRM-DOTHAN

        By: /s/ Joseph D. Lane
        Joseph D. Lane
        AL Bar ASB 9991 N75-J
        111 E. Main Street
        Dothan, AL 36301
        phone: (334) 673-1555
        fax: (334) 699-7229
        e-mail: JoeLane@CochranFirm.com
        *Co-counsel for plaintiffs*