UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>TINA MARIE CULPEPPER and JEFFREY GLENN CULPEPPER,<br><br>        Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical<br>Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.,<br>BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>        Defendants. | DECLARATION OF JOSEPH D. LANE, ESQ.<br><br>Civil Action No.: 2:15-cv-00498-EEF-MBN |

**DECLARATION OF JOSEPH D. LANE, ESQ.**

      I am over age of 18, am a lawyer at The Cochran Firm – Dothan P.C., am one of the attorneys of record for Plaintiffs, and declare under penalty of perjury the following is true and based on my own personal knowledge:

1. The Plaintiff Fact Sheet for this matter was set for an original deadline of July 3, 2015.

2. In keeping with the Court's PTO13(A) filed on June 23, 2015, Plaintiffs' Counsel emailed a letter request for extension until August 3, 2015, of the original Plaintiff Fact Sheet deadline of July 3, 2015, on this matter to Defense Liaison Counsel, James Irwin, on June 29.

3. Plaintiffs' Counsel did not receive a response to his request for extension and accordingly, followed up with Defense Liaison Counsel, James Irwin, on July 2. Defense Liaison Counsel, James Irwin, was not available to speak with Plaintiffs' Counsel on this date, but Plaintiffs' Counsel was advised that a response to the extension request would be provided by Monday, July 6.

4. After not receiving a response, on July 6, 7, 8, or 9, Plaintiffs' Counsel followed up with another call, in which a voicemail was left requesting a call back regarding the status of the extension request.

5. Plaintiffs' Counsel contacted Defense Liaison Counsel's office again on July 10 and was advised that another attorney (Kelly) was preparing a response and that the response would be circulated, however they could not specify when the response would be provided or what the substantive response would be.

6. Specifically, the extension of this Plaintiff Fact Sheet was requested in order to stagger a portion of the 25 Plaintiff Fact Sheets for which Plaintiffs' Counsel had the same July 3 deadline. Additionally, Plaintiffs' Counsel requested this extension in order to provide additional time for our firm to include substantial Core Information and required corresponding medical records that have been requested but not received to date.

I declare under penalty of perjury that the facts stated above are true and accurate based on my own personal knowledge.

Respectfully submitted, this the 11th day of July, 2015.

                                     **THE COCHRAN FIRM – DOTHAN P.C.**

                                     By: /s/ Joseph D. Lane
                                     Joseph D. Lane
                                     AL Bar ASB 9991 N75-J
                                     111 E. Main Street
                                     Dothan, AL 36301
                                     phone: (334) 673-1555
                                     fax: (334) 699-7229
                                     e-mail: JoeLane@CochranFirm.com
                                     *Co-counsel for plaintiffs*