UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>TINA MARIE CULPEPPER and JEFFREY GLENN CULPEPPER,<br><br>    Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>    Defendants. | NOTICE OF SUBMISSION OF MOTION FOR EXTENSION OF PLAINTIFF FACT SHEET DEADLINE<br><br>Civil Action No.: 2:15-cv-00498-EEF-MBN |

**NOTICE OF SUBMISSION OF MOTION FOR EXTENSION OF PLAINTIFF FACT SHEET DEADLINE**

COME NOW the Plaintiffs, Tina Marie Culpepper and Jeffrey Glenn Culpepper, by and through the undersigned counsel, and file this Notice of Submission of Motion for Extension of Plaintiff Fact Sheet Deadline.

Respectfully submitted, this the 11th day of July, 2015.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Co-counsel for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 11th day of July, 2015.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Co-counsel for plaintiffs*