```
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3      ****************************************************************

 4      IN RE:  XARELTO (RIVAROXABAN)
        PRODUCTS LIABILITY LITIGATION
 5
                                    CIVIL ACTION NO. 14-MD-2592 "L"
 6                                  NEW ORLEANS, LOUISIANA
                                    THURSDAY, JULY 9, 2015, 9:00 A.M.
 7
        THIS DOCUMENT RELATES TO
 8      ALL CASES

 9      ****************************************************************

10
                    TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
11               HEARD BEFORE THE HONORABLE ELDON E. FALLON
                        UNITED STATES DISTRICT JUDGE
12

13      APPEARANCES:

14
        FOR THE PLAINTIFFS'
15      LIAISON COUNSEL:         HERMAN HERMAN & KATZ
                                 BY:   LEONARD A. DAVIS, ESQUIRE
16                               820 O'KEEFE AVENUE
                                 NEW ORLEANS, LA  70113
17

18
        FOR THE PLAINTIFFS:      LEVIN PAPANTONIO THOMAS MITCHELL
19                               RAFFERTY & PROCTOR
                                 BY:   BRIAN H. BARR, ESQUIRE
20                               316 SOUTH BAYLEN STREET, SUITE 600
                                 PENSACOLA, FL  32502
21

22
                                 BEASLEY ALLEN CROW METHVIN
23                               PORTIS & MILES
                                 BY:   ANTHONY BIRCHFIELD JR., ESQUIRE
24                               POST OFFICE BOX 4160
                                 MONTGOMERY, AL  36103
25


                            OFFICIAL TRANSCRIPT
```

08:50:47

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE DEFENDANTS'
      LIAISON COUNSEL:        IRWIN FRITCHIE URQUHART & MOORE
 4                            BY:  JAMES B. IRWIN, V, ESQUIRE
                              TEXACO CENTER
 5                            400 POYDRAS STREET, SUITE 2700
                              NEW ORLEANS, LA  70130
 6

 7

 8    FOR THE DEFENDANTS:     CHAFFE MCCALL
                              BY:  JOHN F. OLINDE, ESQUIRE
                              1100 POYDRAS STREET
 9                            NEW ORLEANS, LA  70163

10

11                            DRINKER BIDDLE & REATH
                              BY:  SUSAN M. SHARKO, ESQUIRE
12                            500 CAMPUS DRIVE
                              FLORHAM PARK, NJ  07932
13

14

15                            KAYE SCHOLER
                              BY:  STEVEN GLICKSTEIN, ESQUIRE
                              250 WEST 55TH STREET
16                            NEW YORK, NY  10019

17

18    ALSO PRESENT:           JACOB S. WOODY, BROWNGREER

19

20    OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
21                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
22                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
23                               Cathy_Pepper@laed.uscourts.gov

24

25    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER.
```

**OFFICIAL TRANSCRIPT**

**I N D E X**

AGENDA ITEMS                                              PAGE

PRETRIAL ORDERS...................................   6

PRETRIAL ORDER NO. 13(A)..........................   6

PRETRIAL ORDER 14(A)..............................   6

PRETRIAL ORDER NO. 19.............................   6

PRETRIAL ORDER NO. 20.............................   6

CASE MANAGEMENT ORDERS............................   6

PROPOSED CASE MANAGEMENT ORDER NO. 2..............   7

PROPOSED CMO......................................   7

BELLWETHER CASES..................................   7

DISCOVERY POOL....................................   7

MDL CENTRALITY....................................   8

FACT SHEETS DIGITIZED.............................  12

SERVICE OF DOCUMENTS..............................  12

PLAINTIFF FACT SHEETS.............................  13

EXTENSIONS........................................  13

FIRST TRIAL IS SEPTEMBER 12, 2016, NEXT ONE IS

OCTOBER 17, 2016, THIRD ONE IS DECEMBER 5, 2016, AND

THE LAST ONE IS JANUARY 16, 2017..................  14

DEFENDANT FACT SHEETS.............................  14

BUNDLING OF COMPLAINTS............................  15

PRESERVATION ORDER................................  15

**OFFICIAL TRANSCRIPT**

4

1   DEPOSITIONS OF J&J AND BAYER GOING FORWARD ON

2   JULY 15TH AND 16TH, 2015............................  15

3   DISCOVERY...........................................  16

4   DEPOSITION GUIDELINES...............................  17

5   DISCOVERY ISSUED TO THIRD PARTIES...................  17

6   FDA.................................................  17

7   DUKE................................................  18

8   STATE/FEDERAL COORDINATION..........................  18

9   JUDGE NEW...........................................  18

10  NEXT STATUS CONFERENCE IS AUGUST 4TH, 2015..........  19

11  THEN A STATUS CONFERENCE ON SEPTEMBER 17TH, 2015.....  20

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

|   |   |
|---|---|
| | 1 |
| | 2 |
| 08:50:47 | 3 |
| 08:50:47 | 4 |
| 08:50:47 | 5 |
| 09:13:13 | 6 |
| 09:13:14 | 7 |
| 09:13:14 | 8 |
| 09:13:33 | 9 |
| 09:13:35 | 10 |
| 09:13:40 | 11 |
| 09:13:42 | 12 |
| 09:13:44 | 13 |
| 09:13:44 | 14 |
| 09:13:46 | 15 |
| 09:13:50 | 16 |
| 09:13:52 | 17 |
| 09:13:55 | 18 |
| 09:13:58 | 19 |
| 09:14:02 | 20 |
| 09:14:04 | 21 |
| 09:14:10 | 22 |
| 09:14:14 | 23 |
| 09:14:21 | 24 |
| 09:14:26 | 25 |

**P-R-O-C-E-E-D-I-N-G-S**

M O R N I N G    S E S S I O N

THURSDAY, JULY 9, 2015

(COURT CALLED TO ORDER)


THE DEPUTY CLERK:  All rise.

THE COURT:  Be seated, please.  Good morning, ladies
and gentlemen.  Call the case, please.

THE DEPUTY CLERK:  MDL 2592, In re:  Xarelto Products
Liability Litigation.

THE COURT:  Would counsel make their appearances for
the record.  Liaison.

MR. DAVIS:  Good morning, Your Honor.  Leonard Davis,
Herman Herman Katz, plaintiffs' coliaison.

MR. IRWIN:  Jim Irwin for defendants.  Good morning.

THE COURT:  We're a little late getting started because
unfortunately we had a problem with the call-in number, so
people hopefully now have the right number, and they will be
getting some more as they call in.

We're at the stage in this litigation now where
our infrastructure for the litigation is established.  We've
got protocols in place, and the methodology of the litigation
is pretty well established, and now the parties are proposing
and I've worked with them this morning on an agenda for cutoff

**OFFICIAL TRANSCRIPT**

09:14:31 1    dates for production of documents.

09:14:34 2            As you can imagine in these cases, there are a

09:14:38 3    lot of documents.  Millions of documents have to be looked at

09:14:41 4    first by the defendants and then produced, and then the

09:14:46 5    plaintiffs have to look at them and get them in order, and then

09:14:49 6    the depositions start.

09:14:51 7            We've talked about the numbers of depositions.

09:14:55 8    We've also set trial dates for four cases for bellwether trials

09:15:00 9    to begin, and we're at that stage now.

09:15:06 10           Let's take them in the order.  The pretrial

09:15:10 11   orders.

09:15:11 12       MR. DAVIS:  Good morning, Your Honor.  Since the last

09:15:17 13   status conference, there have been a few pretrial orders.  And,

09:15:21 14   again, I refer those that are on the phone to the Court's

09:15:25 15   website that's located at www.laed.uscourts.gov/Xarelto so they

09:15:37 16   can view joint reports, pretrial orders, and other matters that

09:15:41 17   the Court posts on its website.

09:15:43 18           Since the last status conference, the Court

09:15:48 19   issued Pretrial Order No. 13(a) and 14(a), which was on

09:15:54 20   June 23.  The Court also issued Pretrial Order No. 19 and

09:15:58 21   Pretrial Order No. 20.  All of those are outlined on the

09:16:03 22   Court's -- are available, rather, on the Court's website, and

09:16:06 23   they are outlined in Section 1 of the Joint Report.

09:16:09 24           With respect to Item No. 2, Case Management

09:16:15 25   Orders, there is nothing new to report.

**OFFICIAL TRANSCRIPT**

09:16:17  1          Item No. 3 is Proposed Case Management Order

09:16:21  2   No. 2.  As Your Honor mentioned earlier, we moved on to areas

09:16:28  3   other than the infrastructure, including setting document

09:16:34  4   productions for certain dates and the like.

09:16:37  5          The parties met with Your Honor, and we will be

09:16:40  6   reporting back to you within a week with respect to a proposed

09:16:44  7   CMO that we hope will get in shape that the Court will approve,

09:16:51  8   and it will lay out items such as document production,

09:16:59  9   deposition dates, trial dates, various issues regarding

09:17:03 10   selection of bellwethers and the like.

09:17:07 11       THE COURT:  What we've done with regard to the

09:17:11 12   bellwethers, thus far in this litigation in this court, we have

09:17:21 13   about 1,200 cases.  Every state is represented.  It looks like

09:17:26 14   that the projection is that we'll have between six and

09:17:30 15   7,000 cases.  We have about 1,200 now in this litigation.

09:17:34 16          I received reports from liaison, our state

09:17:39 17   liaison counsel that there are about a couple hundred cases in

09:17:43 18   the various states, primarily in Pennsylvania; although, there

09:17:49 19   are a few in New Jersey and some in Michigan.

09:17:55 20          We're trying to, at this point, develop what we

09:18:01 21   call a *discovery pool* because if you've got six or 7,000 cases,

09:18:08 22   you can't begin picking bellwether cases until you know what's

09:18:13 23   in that discovery.  There is no sense in taking 6,000

09:18:16 24   plaintiffs and 6,000 treaters before you're able to pick the

09:18:20 25   bellwether cases.

**OFFICIAL TRANSCRIPT**

09:18:21  1          So, we're going to pick a discovery pool of about

09:18:27  2   40 cases.  We'll have 10 picked by the plaintiffs, 10 picked by

09:18:32  3   the defendants, and 20 picked randomly.  Hopefully that will

09:18:39  4   mirror the census of the litigation.

09:18:43  5          Those cases then will be discovered.  The

09:18:46  6   plaintiffs will be taken, the treater, the prescriber, the

09:18:51  7   agent, and things of that sort for each of those cases.  Then

09:18:57  8   once that is finished, then the parties will be able then to

09:19:02  9   realistically and intelligently pick the bellwether cases from

09:19:07 10   that pool.

09:19:07 11          We'll try approximately four cases, and we'll try

09:19:16 12   two in Louisiana, one in Mississippi, and one in Texas.

09:19:22 13   Potentially one in other states, too, but we'll see where we go

09:19:25 14   with those.  That's the methodology that we're working on.  Of

09:19:32 15   course, before the depositions can be taken, the document

09:19:39 16   discovery has to be produced, and that's where we are at this

09:19:42 17   point.

09:19:42 18          MDL Centrality is the next item.

09:19:46 19          MR. DAVIS:  Yes, Your Honor.  If I may, just right

09:19:48 20   before that, as a counsel contact information point, if might

09:19:51 21   remind counsel we have gotten some additional ones in since the

09:19:55 22   last status conference.  I just remind counsel if they haven't

09:19:58 23   filled out the form, please do so so that they can get

09:20:01 24   information and be included in Centrality and the like.

09:20:05 25          No. 5, MDL Centrality, there is nothing to report

**OFFICIAL TRANSCRIPT**

09:20:09 1    at this time.  As the Court is aware, Jake Woody is present in

09:20:13 2    the courtroom.

09:20:14 3            THE COURT:  Jake, you've got a report.  Do you want to

09:20:16 4    come forward?

09:20:17 5            MR. DAVIS:  MDL Centrality is in place and the profile

09:20:22 6    forms are being uploaded.  We've had a number of communications

09:20:27 7    with Jake over the last few weeks and advised him of certain

09:20:31 8    kinks that are being addressed, and if folks do have kinks,

09:20:35 9    please let us know with MDL Centrality.  Jake has been

09:20:41 10   available and he is here to present to the Court.

09:20:43 11           THE COURT:  Okay.

09:20:46 12           MR. WOODY:  Good morning, Your Honor.  My name is

09:21:05 13   Jake Woody from BrownGreer.  I have a very brief presentation

09:21:10 14   on the status of MDL Centrality and the faction process.

09:21:13 15           To date we have 1,084 fact sheets in the system.

09:21:18 16   Of those, 550 have been submitted to the defendants.  Another

09:21:22 17   534 are in progress.  This number changes every day as people

09:21:27 18   begin the process with new fact sheets and also submit fact

09:21:31 19   sheets through the system.

09:21:31 20           The first deadline to submit fact sheets was

09:21:37 21   July 3rd.  As you can see from this chart of the submission

09:21:42 22   activity over time, we received the bulk of fact sheets

09:21:45 23   beginning on July 1st and continuing on the 2nd and 3rd.  On

09:21:51 24   the 2nd alone we received 166, which is a significant portion

09:21:55 25   of the total fact sheets submitted.

**OFFICIAL TRANSCRIPT**

09:21:57  1          As you can also see, the volume has returned to a
09:22:01  2   lower level.  The deadlines are now rolling based on when
09:22:04  3   people came into the MDL either through a direct file or a
09:22:08  4   transfer.  Not everybody has the same deadline any longer, and
09:22:11  5   we expect the submissions to be a fairly low volume but
09:22:16  6   occurring very frequently over the next few months and years.
09:22:19  7          Just a few quick statistics for you.  There
09:22:25  8   are -- 214 firms are registered with us, and from those firms
09:22:31  9   527 unique users of the system.  115 firms have submitted at
09:22:36 10   least one fact sheet.  We have 7,504 documents uploaded by
09:22:42 11   plaintiffs' medical records, HIPAA authorizations, things of
09:22:46 12   that nature.
09:22:48 13          The largest file we have in the system is
09:22:51 14   382 megabytes.  I mention that because we receive questions
09:22:54 15   fairly often about whether there is a size limit on what people
09:22:58 16   can upload.  There is a limit.  It is about 3 gigabytes, which
09:23:03 17   is about 10 times the size of the largest document we have in
09:23:06 18   the system, so there shouldn't be any problem uploading
09:23:08 19   documents.  Medical records and things of that sort can get
09:23:11 20   fairly large, but the system can accommodate almost any
09:23:14 21   document.
09:23:14 22          Finally, we have distributed 258 pleadings and
09:23:19 23   orders through MDL Centrality to plaintiff users.  We are able
09:23:22 24   to download those from the ECF notifications that the Court
09:23:27 25   enters and distribute them by e-mail to all the plaintiff

**OFFICIAL TRANSCRIPT**

09:23:30  1    users.  We have been able to attach the documents to each

09:23:33  2    e-mail so far.

09:23:34  3           I do want to mention, now that we have a number

09:23:40  4    of fact sheets submitted, the procedure to revise a fact sheet

09:23:44  5    that has already been submitted.  To do that you can simply

09:23:48  6    search for the plaintiff and go to the fact sheet as you would

09:23:51  7    if you were filling it out.  You have to unlock the fact sheet.

09:23:54  8           I've provided a screen shot here.  There is an

09:23:56  9    unlock button at the bottom of the screen.  If you click that

09:24:03 10    button, you'll be able to revise any answer you've already

09:24:06 11    provided.

09:24:07 12           All the data you've already provided will be

09:24:09 13    available, so you can revise it, amend it, and simply submit it

09:24:12 14    again through the normal process, and we will save it as

09:24:15 15    version two of the fact sheet so that we have a history of the

09:24:19 16    fact sheets that have been submitted.

09:24:20 17           If you simply need to upload a new document that

09:24:23 18    wasn't previously available, you do not need to unlock it.  You

09:24:26 19    can just use the upload feature and upload that document

09:24:28 20    through normal system.

09:24:30 21           Finally, I want to give our contact information.

09:24:34 22    The website for MDL Centrality is

09:24:43 23    www.MDLCentrality.com/MDL2592.  You can e-mail us at

09:24:46 24    MDLCentrality@browngreer.com.  And our telephone number is

09:24:49 25    (804) 521-7200.

**OFFICIAL TRANSCRIPT**

09:24:53 1       I do also want to mention that Judge New in

09:24:55 2  Pennsylvania entered a Case management Order yesterday that

09:24:57 3  requires the use of MDL Centrality for the Pennsylvania state

09:25:01 4  cases.  The system will be identical, the fact sheet is

09:25:04 5  identical, and the authorizations are the same, and we will

09:25:06 6  have that up for anybody who needs to use it very shortly.

09:25:09 7      THE COURT:  Okay.  Fine.  Thank you very much.

09:25:12 8       We're trying this for the first time in an MDL,

09:25:15 9  and so far it's working.  It's still, to some extent, a work in

09:25:23 10  progress.  We're tweaking it.  We worked with Jake and his

09:25:27 11  group initially to get the format, and this Centrality does two

09:25:37 12  things:

09:25:37 13       One, it gives us the opportunity to have the fact

09:25:40 14  sheets digitized, and with that we are able to look at various

09:25:48 15  categories or potential categories, and that's helpful both in

09:25:53 16  the selection of the discovery cases, discovery pool cases, as

09:25:56 17  well as the bellwether cases.  So that's a big benefit.

09:26:01 18       Secondly, it's also helpful in the service of

09:26:05 19  documents.  A document is filed here in federal court, and it's

09:26:11 20  immediately uploaded to Centrality and e-mailed to everybody so

09:26:18 21  that the documents can be given to anybody who is registered in

09:26:25 22  the litigation.  That's why it's important that the lawyers who

09:26:30 23  have cases in this litigation register so that they can get all

09:26:32 24  of that information.

09:26:33 25       I talked to Judge New about it on several

**OFFICIAL TRANSCRIPT**

09:26:38 1  occasions, and he indicated that he was going to utilize it

09:26:41 2  also, so that, I think, would be helpful.

09:26:45 3       MR. DAVIS:  Your Honor, on Plaintiff Fact Sheets, I

09:26:48 4  want to remind counsel, because we have received some fact

09:26:53 5  sheets that have been mailed in, I believe, or e-mailed in to

09:26:57 6  Jim Irwin's office and our office, and I want to remind all

09:27:01 7  counsel that Centrality is the place, and there is a pretrial

09:27:05 8  order specifically on that, Pretrial Orders 13(a) or 13 on

09:27:11 9  uploading profile forms to Centrality.  That's the location

09:27:15 10 where they go, specifically for the reasons as Your Honor

09:27:19 11 outlined a moment ago.

09:27:22 12      THE COURT:  If anybody on the phone has any difficulty

09:27:24 13 with that, call the number that Jake just gave us, and they

09:27:31 14 will walk you through it, and you'll get familiar with it very

09:27:35 15 quickly.

09:27:36 16      MR. DAVIS:  There have been recent, since the filing of

09:27:41 17 some of the profile forms, a number of counsel who have made

09:27:45 18 requests for extensions.  As the PSC mentioned before at the

09:27:51 19 last status conference, we will continue to monitor profile

09:27:55 20 forms and will assist counsel if they need some assistance, but

09:27:58 21 we do encourage counsel to get their profile forms in timely,

09:28:05 22 and if they need an extension they should reach out to

09:28:09 23 Jim Irwin, who is liaison counsel.

09:28:12 24           There is a grace period in there if there is a

09:28:16 25 problem, but we encourage counsel to submit what they can in a

**OFFICIAL TRANSCRIPT**

profile form as complete as they have it.  They can always

supplement it, and if, in fact, they need an extension beyond

the grace period that's provided for in the pretrial order,

then, as Your Honor has directed us in the earlier conference,

we will tell individuals that they should be filing a motion to

the Court.

THE COURT:  Right.  It's important that the profile

forms be filed because we're working on a very tight schedule.

We have our first trial in this case, September 12, 2016, our

next one October 17, 2016, our third one December 5, 2016, and

the last one January 16, 2017.

We're working on that type schedule with these

selection of cases.  Usually, in addition to the general

discovery which takes a lot of depositions and a lot of

discovery, the depositions of those cases that are set for

trial that are even in the discovery pool, it will take four

for each case primarily, and so if you're dealing with 40 cases

you can you can see how many depositions that need to be taken

before those cases can be selected.  In order to get in on that

mix, you're going to have to give your document so that you can

get into that pool.

MR. DAVIS:  The next item on the agenda is Defendant

Fact Sheets.  Thus far we have not received any Defendant Fact

Sheets but now that Plaintiff Fact Sheets have been provided,

we expect that defendants will be submitting their fact sheets

09:30:03  1   on a timely basis, as that's critical toward these trial dates

09:30:08  2   that Your Honor has identified.  So we'll be looking for those.

09:30:11  3             The next item on the agenda is Bundling of

09:30:16  4   Complaints.  The proposed PTO 11(b) was submitted to the Court.

09:30:23  5   We know that the Court has that under advisement, and we know

09:30:27  6   that a number of bundled complaints have been provided to the

09:30:37  7   Court.

09:30:37  8             THE COURT:  Just remember, and I'll put this in an

09:30:41  9   order also, that the filing of the amended complaint, if you

09:30:47 10   file for an amendment, the time for filing amendments starts,

09:30:52 11   as we know, without court approval, you can amend it within

09:30:56 12   30 days.  Well, the 30-day period starts when you file a

09:31:00 13   bundled complaint, not when you break it out into individual

09:31:06 14   complaints.  On the other hand, summons should be filed with

09:31:09 15   the severed case so that you don't have to -- you issue a

09:31:17 16   summons in each of those cases.  I'll put this out in a minute

09:31:21 17   entry so that you all have that.

09:31:23 18             Anything on Preservation Order?

09:31:24 19             MR. DAVIS:  No, Your Honor.  There is nothing on be

09:31:26 20   preservation order.  However, there will be a deposition of J&J

09:31:32 21   and Bayer going forward on July 15th and 16th.  These are what

09:31:39 22   I call *IT depositions*.

09:31:40 23             Bayer and J&J has advised us this morning that

09:31:44 24   they will be providing to us today the names of the individuals

09:31:47 25   who will be the corporate representatives as well as what I've

**OFFICIAL TRANSCRIPT**

09:31:51 1 called *standard operating procedure documents*.  We'll get those

09:31:57 2 today in advance of the deposition.  That deposition will be

09:32:01 3 taken by the PSC or its designee.

09:32:05 4    The notice that was filed does have a provision

09:32:09 5 in it for a call-in number, but based upon the discussions that

09:32:13 6 we had earlier today, we will not be having a call-in for that

09:32:17 7 deposition, and I just wanted the Court to be aware of that.

09:32:21 8    THE COURT:  Right.

09:32:22 9    MR. DAVIS:  The next item, No. 10, Discovery.  We have

09:32:33 10 received documents from the defendants.  Defendants have

09:32:35 11 advised that they will be providing additional documents.  We

09:32:39 12 are anxiously awaiting them, and we are reviewing these

09:32:41 13 documents as they come in.

09:32:43 14    Obviously, Your Honor, we will need to review

09:32:46 15 those documents in order to meet a trial date.  We appreciate

09:32:50 16 the Court giving us the opportunity to have biweekly status

09:32:56 17 conferences with respect to documents and discovery items and

09:33:00 18 will address those as the need arises going forward.

09:33:04 19    THE COURT:  All right.  So far the documents that have

09:33:07 20 been produced are 5 million a month.  You're probably going to

09:33:10 21 have to step that up a bit.  I'm not going to put any document

09:33:14 22 limit on it, but at least 5 million a month should be produced,

09:33:19 23 and those documents are forthcoming now.

09:33:23 24    MR. DAVIS:  We will address those with Your Honor in

09:33:25 25 the upcoming conferences.

**OFFICIAL TRANSCRIPT**

09:33:27  1          THE COURT:  Okay.

09:33:28  2          MR. DAVIS:  No. 11, Deposition Guidelines.  That's

09:33:31  3   being worked on.  I don't envision any problem with the

09:33:35  4   upcoming deposition, even though there isn't a deposition

09:33:40  5   guideline in this case.  I think counsel know how to take a

09:33:43  6   deposition professionally, and you'll not have a problem with

09:33:46  7   that.

09:33:46  8          No. 12, Discovery Issued to Third Parties.  There

09:33:53  9   are two matters on this.  One is the FDA and we spoke about

09:33:57 10   that in the early meeting with Your Honor.  The FDA has asked

09:34:02 11   for Jansen or Bayer to consent to the production of their

09:34:07 12   documents.

09:34:07 13          We spoke about that and I'm told that within a

09:34:12 14   week we'll have something on that.  We'll report back to the

09:34:15 15   Court because we are anxious to have the FDA production

09:34:19 16   provided.  If there is an issue within a week, we'll get back

09:34:24 17   to Your Honor, but hopefully we can avoid having an order.

09:34:28 18          Jim.

09:34:30 19          MR. IRWIN:  Yes.  Thank you, Mr. Davis.

09:34:31 20          We are in consultation with the FDA about this,

09:34:34 21   Your Honor, and I will be getting back to Mr. Davis within a

09:34:38 22   week.  I think Your Honor knows sometimes it's hard to move the

09:34:42 23   FDA along, and we're going to do our best, but I will be

09:34:45 24   talking to Lennie within the week.

09:34:47 25          THE COURT:  All right.  Fine.

**OFFICIAL TRANSCRIPT**

09:34:48  1       MR. DAVIS:  The other third-party issue that's out

09:34:51  2  there is Duke, and Duke has communicated with us, and we've

09:34:57  3  advised defendants that they are in the process of determining

09:35:01  4  what the universe is of documents.  We expect to hear back from

09:35:06  5  them, and hopefully they'll make a meaningful production, and

09:35:10  6  we'll go forward with that third-party discovery that's issued

09:35:15  7  to Duke.

09:35:15  8       The next item on the agenda is State/Federal

09:35:20  9  Coordination, and Ms. Barrios is here.

09:35:22 10     MS. BARRIOS:  Thank you, Mr. Davis.

09:35:32 11       Good morning, Your Honor.  Dawn Barrios for the

09:35:34 12  state/federal committee.  I've handed your law clerk the court

09:35:38 13  status in state court that we put together, and again, I would

09:35:42 14  like to thank the defense for so timely providing us with the

09:35:45 15  information that we've requested.

09:35:46 16       For the record, there is one case in Illinois,

09:35:49 17  one case in Indiana -- I'm sorry, two cases in Indiana, one in

09:35:54 18  Missouri, three -- 6 in New Jersey, and the bulk is in

09:36:02 19  Pennsylvania at 263.  That brings the total to 273.  The change

09:36:08 20  from the last status conference is really 36 in Pennsylvania

09:36:13 21  and one in Illinois.

09:36:15 22       As Mr. Woody said, Judge New entered the Case

09:36:21 23  Management Order, and he specifically ordered the parties to

09:36:24 24  cooperate in discovery with the MDL.  They are doing so.  The

09:36:30 25  depositions referred to by Mr. Davis about the IT systems have

**OFFICIAL TRANSCRIPT**

09:36:33  1   been cross-noticed in Pennsylvania, so those are going forward.

09:36:38  2   Everything looks like it's going smoothly, Your Honor.

09:36:42  3            THE COURT:  Okay.  Keep an eye on the coordination

09:36:44  4   because there is no sense in having the lawyers have to take

09:36:48  5   the same deposition in two or three different states, so we

09:36:52  6   really ought to take it with the understanding that it can be

09:36:54  7   used in those states so that we don't have to redo the

09:36:58  8   depositions.  That's one advantage of working with the states.

09:37:01  9            MS. BARRIOS:  Yes, Your Honor.  What I'll do is I'll

09:37:04  10  contact the plaintiffs' lawyers in the various states.

09:37:07  11           MR. DAVIS:  We have spoken to plaintiffs' liaison from

09:37:11  12  Pennsylvania on a regular basis.  We have told them that we

09:37:15  13  will cooperate with them, and we expect that cooperation will

09:37:20  14  go forward.

09:37:21  15           THE COURT:  Okay.  All right.  Thank you very much.

09:37:28  16           MR. DAVIS:  Your Honor, I think the next item is the

09:37:31  17  next status conference.

09:37:33  18           THE COURT:  August 4th, 2015, does that work for you

09:37:34  19  guys?  August 4th?

09:37:36  20           MR. DAVIS:  Mr. Meunier will be here for that.  I know

09:37:40  21  that's a change, just so folks know, that's a change from where

09:37:43  22  it was before.  August 4th is okay with us.

09:37:48  23           THE COURT:  Anything from anybody in the --

09:37:51  24           MR. DAVIS:  Your Honor, you had mentioned a September

09:37:54  25  also, I believe.

**OFFICIAL TRANSCRIPT**

09:37:56  1          THE COURT:  September 17th.

09:37:59  2          MR. IRWIN:  Good for us, Your Honor.

09:38:01  3          THE COURT:  Will that work?

09:38:02  4          MR. DAVIS:  That's good for us, Your Honor.

09:38:04  5          THE COURT:  Okay.  Folks, thank you very much.  Court

09:38:08  6     will stand in recess.

09:38:10  7          THE DEPUTY CLERK:  All rise.

        8          (WHEREUPON, at 9:39 a.m. the proceedings were

        9     concluded.)

        10                          *   *   *

        11

        12

        13                  REPORTER'S CERTIFICATE

        14

        15          I, Cathy Pepper, Certified Realtime Reporter, Registered
            Merit Reporter, Certified Court Reporter in and for the State
            of Louisiana, Official Court Reporter for the United States
        16  District Court, Eastern District of Louisiana, do hereby
            certify that the foregoing is a true and correct transcript to
        17  the best of my ability and understanding from the record of the
            proceedings in the above-entitled and numbered matter.

        18

        19                          *s/Cathy Pepper*
                                    Cathy Pepper, CRR, RMR, CCR
        20                          Certified Realtime Reporter
                                    Registered Merit Reporter
        21                          Official Court Reporter
                                    United States District Court
        22                          Cathy_Pepper@laed.uscourts.gov

        23

        24

        25

                          **OFFICIAL TRANSCRIPT**

## 0

**07932** [1] - 2:12

## 1

**1** [1] - 6:23
**1,084** [1] - 9:15
**1,200** [2] - 7:13, 7:15
**10** [4] - 8:2, 10:17, 16:9
**10019** [1] - 2:16
**11** [1] - 17:2
**11(b** [1] - 15:4
**1100** [1] - 2:8
**115** [1] - 10:9
**12** [5] - 3:16, 3:17, 3:20, 14:9, 17:8
**13** [3] - 3:18, 3:19, 13:8
**13(a** [2] - 6:19, 13:8
**13(A)........................
.. ** [1] - 3:6
**14** [2] - 3:22, 3:23
**14(a** [1] - 6:19
**14(A)........................
...... ** [1] - 3:7
**14-MD-2592** [1] - 1:5
**15** [3] - 3:24, 3:25, 4:2
**15th** [1] - 15:21
**15TH** [1] - 4:2
**16** [3] - 3:22, 4:3, 14:11
**166** [1] - 9:24
**16th** [1] - 15:21
**16TH** [1] - 4:2
**17** [5] - 3:21, 4:4, 4:5, 4:6, 14:10
**17th** [1] - 20:1
**17TH** [1] - 4:11
**18** [3] - 4:7, 4:8, 4:9
**19** [2] - 4:10, 6:20
**19.........................
        ** [1] - 3:8
**1st** [1] - 9:23

## 2

**2** [2] - 6:24, 7:2
**2..............** [1] - 3:11
**20** [3] - 4:11, 6:21, 8:3
**20.........................
        ** [1] - 3:9
**2015** [3] - 1:6, 5:3, 19:18
**2015....** [1] - 4:11
**2015..........** [1] - 4:10

**2015.........................
. ** [1] - 4:2
**2016** [6] - 3:20, 3:21, 14:9, 14:10
**2017** [1] - 14:11
**2017.................** [1] -
3:22
**214** [1] - 10:8
**23** [1] - 6:20
**250** [1] - 2:15
**258** [1] - 10:22
**2592** [1] - 5:10
**263** [1] - 18:19
**2700** [1] - 2:5
**273** [1] - 18:19
**2nd** [2] - 9:23, 9:24

## 3

**3** [2] - 7:1, 10:16
**30** [1] - 15:12
**30-day** [1] - 15:12
**316** [1] - 1:20
**32502** [1] - 1:20
**36** [1] - 18:20
**36103** [1] - 1:24
**382** [1] - 10:14
**3rd** [2] - 9:21, 9:23

## 4

**40** [2] - 8:2, 14:17
**400** [1] - 2:5
**4160** [1] - 1:24
**4th** [3] - 19:18, 19:19, 19:22
**4TH** [1] - 4:10

## 5

**5** [5] - 3:21, 8:25, 14:10, 16:20, 16:22
**500** [2] - 2:12, 2:21
**504** [1] - 2:22
**521-7200** [1] - 11:25
**527** [1] - 10:9
**534** [1] - 9:17
**550** [1] - 9:16
**55TH** [1] - 2:15
**589-7779** [1] - 2:22

## 6

**6** [7] - 3:5, 3:6, 3:7, 3:8, 3:9, 3:10, 18:18
**6,000** [2] - 7:23, 7:24
**600** [1] - 1:20

## 7

**7** [4] - 3:11, 3:12, 3:13, 3:14
**7,000** [2] - 7:15, 7:21
**7,504** [1] - 10:10
**70113** [1] - 1:16
**70130** [2] - 2:5, 2:22
**70163** [1] - 2:9

## 8

**8** [1] - 3:15
**804** [1] - 11:25
**820** [1] - 1:16

## 9

**9** [2] - 1:6, 5:3
**9:00** [1] - 1:6
**9:39** [1] - 20:8

## A

**A.M** [1] - 1:6
**a.m** [1] - 20:8
**ability** [1] - 20:17
**able** [6] - 7:24, 8:8, 10:23, 11:1, 11:10, 12:14
**above-entitled** [1] -
20:17
**accommodate** [1] -
10:20
**ACTION** [1] - 1:5
**activity** [1] - 9:22
**addition** [1] - 14:13
**additional** [2] - 8:21, 16:11
**address** [2] - 16:18, 16:24
**addressed** [1] - 9:8
**advance** [1] - 16:2
**advantage** [1] - 19:8
**advised** [4] - 9:7, 15:23, 16:11, 18:3
**advisement** [1] - 15:5
**AGENDA** [1] - 3:3
**agenda** [4] - 5:25, 14:22, 15:3, 18:8
**agent** [1] - 8:7
**ago** [1] - 13:11
**AL** [1] - 1:24
**ALL** [1] - 1:8
**ALLEN** [1] - 1:24
**almost** [1] - 10:20
**alone** [1] - 9:24

**ALSO** [1] - 2:18
**amend** [2] - 11:13, 15:11
**amended** [1] - 15:9
**amendment** [1] -
15:10
**amendments** [1] -
15:10
**AND** [3] - 3:21, 4:1, 4:2
**answer** [1] - 11:10
**ANTHONY** [1] - 1:23
**anxious** [1] - 17:15
**anxiously** [1] - 16:12
**APPEARANCES** [2] -
1:13, 2:1
**appearances** [1] -
5:12
**appreciate** [1] - 16:15
**approval** [1] - 15:11
**approve** [1] - 7:7
**areas** [1] - 7:2
**arises** [1] - 16:18
**assist** [1] - 13:20
**assistance** [1] - 13:20
**attach** [1] - 11:1
**AUGUST** [4] - 4:10
**August** [3] - 19:18, 19:19, 19:22
**authorizations** [2] -
10:11, 12:5
**available** [4] - 6:22, 9:10, 11:13, 11:18
**AVENUE** [1] - 1:16
**avoid** [1] - 17:17
**awaiting** [2] - 16:12
**aware** [2] - 9:1, 16:7

## B

**BARR** [1] - 1:19
**Barrios** [2] - 18:9, 18:11
**BARRIOS** [2] - 18:10, 19:9
**based** [2] - 10:2, 16:5
**basis** [2] - 15:1, 19:12
**BAYER** [1] - 4:1
**Bayer** [3] - 15:21, 15:23, 17:11
**BAYLEN** [1] - 1:20
**BEASLEY** [1] - 1:22
**BEFORE** [1] - 1:11
**begin** [3] - 6:9, 7:22, 9:18
**beginning** [1] - 9:23
**BELLWETHER** [1] -
3:13
**bellwether** [5] - 6:8,

7:22, 7:25, 8:9, 12:17
**bellwethers** [2] - 7:10, 7:12
**benefit** [1] - 12:17
**best** [2] - 17:23, 20:17
**between** [1] - 7:14
**beyond** [1] - 14:2
**BIDDLE** [1] - 2:11
**big** [1] - 12:17
**BIRCHFIELD** [1] -
1:23
**bit** [1] - 16:21
**biweekly** [1] - 16:16
**bottom** [1] - 11:9
**BOX** [1] - 1:24
**break** [1] - 15:13
**BRIAN** [1] - 1:19
**brief** [1] - 9:13
**brings** [1] - 18:19
**BROWNGREER** [1] -
2:18
**BrownGreer** [1] - 9:13
**bulk** [2] - 9:22, 18:18
**bundled** [2] - 15:6, 15:13
**BUNDLING** [1] - 3:24
**Bundling** [1] - 15:3
**button** [2] - 11:9, 11:10
**BY** [9] - 1:15, 1:19, 1:23, 2:4, 2:8, 2:11, 2:15, 2:24, 2:25

## C

**call-in** [3] - 5:18, 16:5, 16:6
**CALLED** [1] - 5:4
**CAMPUS** [1] - 2:12
**CASE** [2] - 3:10, 3:11
**case** [7] - 5:9, 14:9, 14:17, 15:15, 17:5, 18:16, 18:17
**Case** [4] - 6:24, 7:1, 12:2, 18:22
**CASES** [1] - 1:8
**cases** [24] - 6:2, 6:8, 7:13, 7:15, 7:17, 7:21, 7:22, 7:25, 8:2, 8:5, 8:7, 8:9, 8:11, 12:4, 12:16, 12:17, 12:23, 14:13, 14:15, 14:17, 14:19, 15:16, 18:17
**CASES.........................
............ ** [1] - 3:13
**categories** [2] - 12:15
**Cathy** [2] - 20:14,

20:19
**CATHY** [1] - 2:20
**Cathy_Pepper@laed .uscourts.gov** [1] - 20:22
**cathy_Pepper@laed. uscourts.gov** [1] - 2:23
**CCR** [2] - 2:20, 20:19
**census** [1] - 8:4
**CENTER** [1] - 2:4
**Centrality** [13] - 8:18, 8:24, 8:25, 9:5, 9:9, 9:14, 10:23, 11:22, 12:3, 12:11, 12:20, 13:7, 13:9
**CENTRALITY............ ........................** [1] - 3:15
**certain** [2] - 7:4, 9:7
**CERTIFICATE** [1] - 20:13
**CERTIFIED** [1] - 2:20
**Certified** [3] - 20:14, 20:15, 20:20
**certify** [1] - 20:16
**CHAFFE** [1] - 2:7
**change** [3] - 18:19, 19:21
**changes** [1] - 9:17
**chart** [1] - 9:21
**CIVIL** [1] - 1:5
**CLERK** [3] - 5:7, 5:10, 20:7
**clerk** [1] - 18:12
**click** [1] - 11:9
**CMO** [1] - 7:7
**CMO...................... ............** [1] - 3:12
**coliaison** [1] - 5:15
**committee** [1] - 18:12
**communicated** [1] - 18:2
**communications** [1] - 9:6
**complaint** [2] - 15:9, 15:13
**Complaints** [1] - 15:4
**complaints** [2] - 15:6, 15:14
**COMPLAINTS.......... ................** [1] - 3:24
**complete** [1] - 14:1
**COMPUTER** [1] - 2:25
**concluded** [1] - 20:9
**CONFERENCE** [3] - 1:10, 4:10, 4:11
**conference** [7] - 6:13, 6:18, 8:22, 13:19,

14:4, 18:20, 19:17
**conferences** [2] - 16:17, 16:25
**consent** [1] - 17:11
**consultation** [1] - 17:20
**contact** [3] - 8:20, 11:21, 19:10
**continue** [1] - 13:19
**CONTINUED** [1] - 2:1
**continuing** [1] - 9:23
**cooperate** [2] - 18:24, 19:13
**cooperation** [1] - 19:13
**Coordination** [1] - 18:9
**coordination** [1] - 19:3
**COORDINATION....... ...................** [1] - 4:8
**corporate** [1] - 15:25
**correct** [1] - 20:16
**counsel** [13] - 5:12, 7:17, 8:20, 8:21, 8:22, 13:4, 13:7, 13:17, 13:20, 13:21, 13:23, 13:25, 17:5
**COUNSEL** [2] - 1:15, 2:3
**couple** [1] - 7:17
**course** [1] - 8:15
**Court** [24] - 1:1, 2:20, 5:4, 5:8, 5:12, 5:17, 7:11, 9:3, 9:11, 12:7, 13:12, 14:7, 15:8, 16:8, 16:19, 17:1, 17:25, 19:3, 19:15, 19:18, 19:23, 20:1, 20:3, 20:5
**court** [6] - 7:12, 12:19, 15:11, 18:12, 18:13, 20:5
**Court's** [3] - 6:14, 6:22
**courtroom** [1] - 9:2
**critical** [1] - 15:1
**cross** [1] - 19:1
**cross-noticed** [1] - 19:1
**CROW** [1] - 1:22
**CRR** [2] - 2:20, 20:19
**cutoff** [1] - 5:25

# D

**data** [1] - 11:12
**date** [2] - 9:15, 16:15
**dates** [6] - 6:1, 6:8, 7:4, 7:9, 15:1
**DAVIS** [18] - 1:15, 5:14, 6:12, 8:19, 9:5, 13:3, 13:16, 14:22, 15:19, 16:9, 16:24, 17:2, 18:1, 19:11, 19:16, 19:20, 19:24, 20:4
**Davis** [5] - 5:14, 17:19, 17:21, 18:10, 18:25
**Dawn** [1] - 18:11
**days** [1] - 15:12
**deadline** [2] - 9:20, 10:4
**deadlines** [1] - 10:2
**dealing** [1] - 14:17
**DECEMBER** [1] - 3:21
**December** [1] - 14:10
**DEFENDANT** [1] - 3:23
**Defendant** [2] - 14:22, 14:23
**defendants** [8] - 5:16, 6:4, 8:3, 9:16, 14:25, 16:10, 18:3
**DEFENDANTS** [1] - 2:7
**DEFENDANTS'** [1] - 2:3
**defense** [1] - 18:14
**DEPOSITION** [1] - 4:4
**Deposition** [1] - 17:2
**deposition** [9] - 7:9, 15:20, 16:2, 16:7, 17:4, 17:6, 19:5
**DEPOSITIONS** [1] - 4:1
**depositions** [9] - 6:6, 6:7, 8:15, 14:14, 14:15, 14:18, 15:22, 18:25, 19:8
**DEPUTY** [3] - 5:7, 5:10, 20:7
**designee** [1] - 16:3
**determining** [1] - 18:3
**develop** [1] - 7:20
**different** [1] - 19:5
**difficulty** [1] - 13:12
**digitized** [1] - 12:14
**DIGITIZED................ ...............** [1] - 3:16
**direct** [1] - 10:3
**directed** [1] - 14:4

**discovered** [1] - 8:5
**Discovery** [2] - 16:9, 17:8
**discovery** [12] - 7:21, 7:23, 8:1, 8:16, 12:16, 14:14, 14:15, 14:16, 16:17, 18:6, 18:24
**DISCOVERY** [2] - 3:14, 4:5
**DISCOVERY............. ............................** [1] - 4:3
**discussions** [1] - 16:5
**distribute** [1] - 10:25
**distributed** [1] - 9:12
**District** [3] - 20:16, 20:21
**DISTRICT** [3] - 1:1, 1:1, 1:11
**document** [10] - 7:3, 7:8, 8:15, 10:17, 10:21, 11:17, 11:19, 12:19, 14:20, 16:21
**DOCUMENT** [1] - 1:7
**documents** [18] - 6:1, 6:3, 10:10, 10:19, 11:1, 12:19, 12:21, 16:1, 16:10, 16:11, 16:13, 16:15, 16:17, 16:19, 16:23, 17:12, 18:4
**DOCUMENTS............ ................** [1] - 3:17
**done** [1] - 7:11
**download** [1] - 10:24
**DRINKER** [1] - 2:11
**DRIVE** [1] - 2:12
**Duke** [3] - 18:2, 18:7
**DUKE......................... ......................** [1] - 4:7

# E

**e-mail** [3] - 10:25, 11:2, 11:23
**e-mailed** [2] - 12:20, 13:5
**early** [1] - 17:10
**Eastern** [1] - 20:16
**EASTERN** [1] - 1:1
**ECF** [1] - 10:24
**either** [1] - 10:3
**ELDON** [1] - 1:11
**encourage** [2] - 13:21, 13:25
**entered** [2] - 12:2,

18:22
**enters** [1] - 10:25
**entitled** [1] - 20:17
**entry** [1] - 15:17
**envision** [1] - 17:3
**ESQUIRE** [7] - 1:15, 1:19, 1:23, 2:4, 2:8, 2:11, 2:15
**established** [2] - 5:22, 5:24
**expect** [4] - 10:5, 14:25, 18:4, 19:13
**extension** [2] - 13:22, 14:2
**extensions** [1] - 13:18
**EXTENSIONS............ ..............** [1] - 3:19
**extent** [1] - 12:9
**eye** [1] - 19:3

# F

**fact** [18] - 9:15, 9:18, 9:20, 9:22, 9:25, 10:10, 11:4, 11:6, 11:7, 11:15, 11:16, 12:4, 12:13, 13:4, 14:2, 14:25
**Fact** [4] - 13:3, 14:23, 14:24
**FACT** [3] - 3:16, 3:18, 3:23
**faction** [1] - 9:14
**fairly** [3] - 10:5, 10:15, 10:20
**FALLON** [1] - 1:11
**familiar** [1] - 13:14
**far** [5] - 7:12, 11:2, 12:9, 14:23, 16:19
**FDA** [5] - 17:9, 17:10, 17:15, 17:20, 17:23
**FDA.......................... ....................** [1] - 4:6
**feature** [1] - 11:19
**federal** [1] - 12:19
**few** [5] - 6:13, 7:19, 9:7, 10:6, 10:7
**file** [4] - 10:3, 10:13, 15:10, 15:12
**filed** [4] - 12:19, 14:8, 15:14, 16:4
**filing** [4] - 13:16, 14:5, 15:9, 15:10
**filled** [1] - 8:23
**filling** [1] - 11:7
**finally** [2] - 10:22, 11:21
**fine** [2] - 12:7, 17:25

finished [1] - 8:8
firms [3] - 10:8, 10:9
first [4] - 6:4, 9:20, 12:8, 14:9
FIRST [1] - 3:20
FL [1] - 1:20
FLORHAM [1] - 2:12
folks [3] - 9:8, 19:21, 20:5
FOR [4] - 1:14, 1:18, 2:3, 2:7
foregoing [1] - 20:16
form [2] - 8:23, 14:1
format [1] - 12:11
forms [6] - 9:6, 13:9, 13:17, 13:20, 13:21, 14:8
forthcoming [1] - 16:23
FORWARD [1] - 4:1
forward [6] - 9:4, 15:21, 16:18, 18:6, 19:1, 19:14
four [3] - 6:8, 8:11, 14:16
frequently [1] - 10:6
FRITCHIE [1] - 2:3

## G

general [1] - 14:13
gentlemen [1] - 5:9
gigabytes [1] - 10:16
given [1] - 12:21
GLICKSTEIN [1] - 2:15
GOING [1] - 4:1
grace [2] - 13:24, 14:3
group [1] - 12:11
guideline [1] - 17:5
Guidelines [1] - 17:2
GUIDELINES............
.................. [1] - 4:4
guys [1] - 19:19

## H

hand [1] - 15:14
handed [1] - 18:12
hard [1] - 17:22
HB406 [1] - 2:21
hear [1] - 18:4
HEARD [1] - 1:11
helpful [3] - 12:15, 12:18, 13:2
hereby [1] - 20:16
HERMAN [2] - 1:15
Herman [1] - 5:15

HIPAA [1] - 10:11
history [1] - 11:15
Honor [24] - 5:14, 6:12, 7:2, 7:5, 8:19, 9:12, 13:3, 13:10, 14:4, 15:2, 15:19, 16:14, 16:24, 17:10, 17:17, 17:21, 17:22, 18:11, 19:2, 19:9, 19:16, 19:24, 20:2, 20:4
HONORABLE [1] - 1:11
hope [1] - 7:7
hopefully [4] - 5:19, 8:3, 17:17, 18:5
hundred [1] - 7:17

## I

identical [2] - 12:4, 12:5
identified [1] - 15:2
Illinois [2] - 18:16, 18:21
imagine [1] - 6:2
immediately [1] - 12:20
important [2] - 12:22, 14:7
IN [1] - 1:4
included [1] - 8:24
including [1] - 7:3
Indiana [2] - 18:17
indicated [1] - 13:1
individual [1] - 15:13
individuals [2] - 14:5, 15:24
information [5] - 8:20, 8:24, 11:21, 12:24, 18:15
infrastructure [2] - 5:22, 7:3
intelligently [1] - 8:9
IRWIN [5] - 2:3, 2:4, 5:16, 17:19, 20:2
Irwin [2] - 5:16, 13:23
Irwin's [1] - 13:6
IS [5] - 3:20, 3:21, 3:22, 4:10
issue [3] - 15:15, 17:16, 18:1
issued [3] - 6:19, 6:20, 18:6
Issued [1] - 17:8
ISSUED [1] - 4:5
issues [1] - 7:9
IT [2] - 15:22, 18:25
item [6] - 8:18, 14:22,

15:3, 16:9, 18:8, 19:16
Item [2] - 6:24, 7:1
ITEMS [1] - 3:3
items [2] - 7:8, 16:17

## J

J&J [3] - 4:1, 15:20, 15:23
JACOB [1] - 2:18
Jake [7] - 9:1, 9:3, 9:7, 9:9, 9:13, 12:10, 13:13
JAMES [1] - 2:4
Jansen [1] - 17:11
JANUARY [1] - 3:22
January [1] - 14:11
Jersey [2] - 7:19, 18:18
Jim [4] - 5:16, 13:6, 13:23, 17:18
JOHN [1] - 2:8
joint [1] - 6:16
Joint [1] - 6:23
JR [1] - 1:23
Judge [3] - 12:1, 12:25, 18:22
JUDGE [2] - 1:11, 4:9
July [3] - 9:21, 9:23, 15:21
JULY [3] - 1:6, 4:2, 5:3
June [1] - 6:20

## K

Katz [1] - 5:15
KATZ [1] - 1:15
KAYE [1] - 2:14
keep [1] - 19:3
kinks [1] - 9:8
knows [1] - 17:22

## L

LA [4] - 1:16, 2:5, 2:9, 2:22
ladies [1] - 5:8
large [1] - 10:20
largest [2] - 10:13, 10:17
last [7] - 6:12, 6:18, 8:22, 9:7, 13:19, 14:11, 18:20
LAST [1] - 3:22
late [1] - 5:17
law [1] - 18:12
lawyers [3] - 12:22,

19:4, 19:10
lay [1] - 7:8
least [2] - 10:10, 16:22
Lennie [1] - 17:24
Leonard [1] - 5:14
LEONARD [1] - 1:15
level [1] - 10:2
LEVIN [1] - 1:18
Liability [1] - 5:11
LIABILITY [1] - 1:4
liaison [4] - 7:16, 7:17, 13:23, 19:11
Liaison [1] - 5:13
LIAISON [2] - 1:15, 2:3
limit [3] - 10:15, 10:16, 16:22
Litigation [1] - 5:11
LITIGATION [1] - 1:4
litigation [8] - 5:21, 5:22, 5:23, 7:12, 7:15, 8:4, 12:22, 12:23
located [1] - 6:15
location [1] - 13:9
look [2] - 6:5, 12:14
looked [1] - 6:3
looking [1] - 15:2
looks [2] - 7:13, 19:2
LOUISIANA [2] - 1:1, 1:6
Louisiana [3] - 8:12, 20:15, 20:16
low [1] - 10:5
lower [1] - 10:2

## M

mail [3] - 10:25, 11:2, 11:23
mailed [2] - 12:20, 13:5
Management [3] - 6:24, 7:1, 18:23
management [1] - 12:2
MANAGEMENT [2] - 3:10, 3:11
matter [1] - 20:17
matters [2] - 6:16, 17:9
MCCALL [1] - 2:7
MDL [13] - 3:15, 5:10, 8:18, 8:25, 9:5, 9:9, 9:14, 10:3, 10:23, 11:22, 12:3, 12:8, 18:24
MDLCentrality@
browngreer.com [1] - 11:24

meaningful [1] - 18:5
MECHANICAL [1] - 2:24
medical [2] - 10:11, 10:19
meet [1] - 16:15
meeting [1] - 17:10
megabytes [1] - 10:14
mention [3] - 10:14, 11:3, 12:1
mentioned [3] - 7:2, 13:18, 19:24
Merit [2] - 20:15, 20:20
MERIT [1] - 2:21
met [1] - 7:5
methodology [2] - 5:23, 8:14
METHVIN [1] - 1:22
Meunier [1] - 19:20
Michigan [1] - 7:19
might [1] - 8:20
MILES [1] - 1:23
million [2] - 16:20, 16:22
millions [1] - 6:3
minute [1] - 15:16
mirror [1] - 8:4
Mississippi [1] - 8:12
Missouri [1] - 18:18
MITCHELL [1] - 1:18
mix [1] - 14:20
moment [1] - 13:11
monitor [1] - 13:19
MONTGOMERY [1] - 1:24
month [2] - 16:20, 16:22
months [1] - 10:6
MOORE [1] - 2:3
morning [8] - 5:8, 5:14, 5:16, 5:25, 6:12, 9:12, 15:23, 18:11
motion [1] - 14:5
move [1] - 17:22
moved [1] - 7:2
MR [21] - 5:14, 5:16, 6:12, 8:19, 9:5, 9:12, 13:3, 13:16, 14:22, 15:19, 16:9, 16:24, 17:2, 17:19, 18:1, 19:11, 19:16, 19:20, 19:24, 20:2, 20:4
MS [2] - 18:10, 19:9

## N

name [1] - 9:12

names [1] - 15:24
nature [1] - 10:12
need [8] - 11:17,
11:18, 13:20, 13:22,
14:2, 14:18, 16:14,
16:18
needs [1] - 12:6
new [3] - 6:25, 9:18,
11:17
NEW [6] - 1:6, 1:16,
2:5, 2:9, 2:16, 2:22
New [5] - 7:19, 12:1,
12:25, 18:18, 18:22
NEW..........................
................. [1] - 4:9
next [9] - 8:18, 10:6,
14:10, 14:22, 15:3,
16:9, 18:8, 19:16,
19:17
NEXT [2] - 3:20, 4:10
NJ [1] - 2:12
NO [5] - 1:5, 3:6, 3:8,
3:9, 3:11
normal [2] - 11:14,
11:20
nothing [3] - 6:25,
8:25, 15:19
notice [1] - 16:4
noticed [1] - 19:1
notifications [1] -
10:24
number [10] - 5:18,
5:19, 9:6, 9:17, 11:3,
11:24, 13:13, 13:17,
15:6, 16:5
numbered [1] - 20:17
numbers [1] - 6:7
NY [1] - 2:16

### O

O'KEEFE [1] - 1:16
obviously [1] - 16:14
occasions [1] - 13:1
occurring [1] - 10:6
OCTOBER [1] - 3:21
October [1] - 14:10
OF [5] - 1:1, 1:10,
3:17, 3:24, 4:1
OFFICE [1] - 1:24
office [2] - 13:6
Official [2] - 20:15,
20:21
OFFICIAL [1] - 2:20
often [1] - 10:15
OLINDE [1] - 2:8
ON [2] - 4:1, 4:11
once [1] - 8:8
ONE [3] - 3:20, 3:21,

3:22
one [14] - 8:12, 8:13,
10:10, 12:13, 14:10,
14:11, 17:9, 18:16,
18:17, 18:21, 19:8
ones [1] - 8:21
operating [1] - 16:1
opportunity [2] -
12:13, 16:16
Order [7] - 6:19, 6:20,
6:21, 7:1, 12:2,
15:18, 18:23
order [9] - 6:5, 6:10,
13:8, 14:3, 14:19,
15:9, 15:20, 16:15,
17:17
ORDER [6] - 3:6, 3:7,
3:8, 3:9, 3:11, 5:4
ORDER..................
............. [1] - 3:25
ordered [1] - 18:23
orders [4] - 6:11, 6:13,
6:16, 10:23
Orders [2] - 6:25, 13:8
ORDERS...................
.......... [1] - 3:10
ORDERS...................
................. [1] - 3:5
ORLEANS [5] - 1:6,
1:16, 2:5, 2:9, 2:22
ought [1] - 19:6
outlined [3] - 6:21,
6:23, 13:11

### P

PAGE [1] - 3:3
PAPANTONIO [1] -
1:18
PARK [1] - 2:12
Parties [1] - 17:8
parties [4] - 5:24, 7:5,
8:8, 18:23
PARTIES....................
........... [1] - 4:5
party [2] - 18:1, 18:6
Pennsylvania [7] -
7:18, 12:2, 12:3,
18:19, 18:20, 19:1,
19:12
PENSACOLA [1] -
1:20
people [4] - 5:19,
9:17, 10:3, 10:15
PEPPER [1] - 2:20
Pepper [3] - 20:14,
20:19, 20:19
period [3] - 13:24,
14:3, 15:12

phone [2] - 6:14,
13:12
pick [3] - 7:24, 8:1, 8:9
picked [3] - 8:2, 8:3
picking [1] - 7:22
place [3] - 5:23, 9:5,
13:7
PLAINTIFF [1] - 3:18
Plaintiff [2] - 13:3,
14:24
plaintiff [3] - 10:23,
10:25, 11:6
plaintiffs [4] - 6:5,
7:24, 8:2, 8:6
PLAINTIFFS [1] - 1:18
plaintiffs' [4] - 5:15,
10:11, 19:10, 19:11
PLAINTIFFS' [1] - 1:14
pleadings [1] - 10:22
point [3] - 7:20, 8:17,
8:20
pool [6] - 7:21, 8:1,
8:10, 12:16, 14:16,
14:21
POOL..........................
............. [1] - 3:14
portion [1] - 9:24
PORTIS [1] - 1:23
POST [1] - 1:24
posts [1] - 6:17
potential [1] - 12:15
potentially [1] - 8:13
POYDRAS [3] - 2:5,
2:8, 2:21
prescriber [1] - 8:6
present [2] - 9:1, 9:10
PRESENT [2] - 2:18
presentation [1] -
9:13
Preservation [1] -
15:18
PRESERVATION [1] -
3:25
preservation [1] -
15:20
Pretrial [4] - 6:19,
6:20, 6:21, 13:8
PRETRIAL [5] - 3:5,
3:6, 3:7, 3:8, 3:9
pretrial [5] - 6:10,
6:13, 6:16, 13:7,
14:3
pretty [1] - 5:24
previously [1] - 11:18
primarily [2] - 7:18,
14:17
problem [5] - 5:18,
10:18, 13:25, 17:3,
17:6
procedure [2] - 11:4,

16:1
PROCEEDINGS [3] -
1:10, 2:24, 5:1
proceedings [2] -
20:8, 20:17
process [4] - 9:14,
9:18, 11:14, 18:3
PROCTOR [1] - 1:19
produced [4] - 6:4,
8:16, 16:20, 16:22
PRODUCED [5] - 2:25
production [5] - 6:1,
7:8, 17:11, 17:15,
18:5
productions [1] - 7:4
PRODUCTS [1] - 1:4
Products [1] - 5:10
professionally [1] -
17:6
profile [7] - 9:5, 13:9,
13:17, 13:19, 13:21,
14:1, 14:7
progress [2] - 9:17,
12:10
projection [1] - 7:14
Proposed [1] - 7:1
PROPOSED [2] - 3:11,
3:12
proposed [2] - 7:6,
15:4
proposing [1] - 5:24
protocols [1] - 5:23
provided [7] - 11:8,
11:11, 11:12, 14:3,
14:24, 15:6, 17:16
providing [5] - 15:24,
16:11, 18:14
provision [1] - 14:8
PSC [2] - 13:18, 16:3
PTO [1] - 15:4
put [4] - 15:8, 15:16,
16:21, 18:13

### Q

questions [1] - 10:14
quick [1] - 10:7
quickly [1] - 13:15

### R

RAFFERTY [1] - 1:19
randomly [1] - 8:3
rather [1] - 6:22
re [1] - 5:10
RE [1] - 1:4
reach [1] - 13:22
realistically [1] - 8:9

really [2] - 18:20, 19:6
Realtime [2] - 20:14,
20:20
REALTIME [1] - 2:20
reasons [1] - 13:10
REATH [1] - 2:11
receive [1] - 10:14
received [6] - 7:16,
9:22, 9:24, 13:4,
14:23, 16:10
recent [1] - 13:16
recess [1] - 20:6
record [3] - 5:13,
18:16, 20:17
RECORDED [1] - 2:24
records [2] - 10:11,
10:19
redo [1] - 19:7
refer [1] - 6:14
referred [1] - 18:25
regard [1] - 7:11
regarding [1] - 7:9
register [1] - 12:23
registered [3] - 10:8,
12:21, 20:20
Registered [1] - 20:14
REGISTERED [1] -
2:21
regular [1] - 19:12
RELATES [1] - 1:7
remember [1] - 15:8
remind [3] - 8:21,
8:22, 13:4, 13:6
Report [1] - 6:23
report [4] - 6:25, 8:25,
9:3, 17:14
Reporter [7] - 20:14,
20:15, 20:15, 20:20,
20:20, 20:21
REPORTER [3] - 2:20,
2:20, 2:21
REPORTER'S [1] -
20:13
reporting [1] - 7:6
reports [2] - 6:16, 7:16
representatives [1] -
15:25
represented [1] - 7:13
requested [1] - 18:15
requests [1] - 13:18
requires [1] - 12:3
respect [3] - 6:24, 7:6,
16:17
returned [1] - 10:1
review [1] - 16:14
reviewing [1] - 16:12
revise [3] - 11:4,
11:10, 11:13
rise [2] - 5:7, 20:7

**RIVAROXABAN** [1] - 1:4
**RMR** [2] - 2:20, 20:19
**rolling** [1] - 10:2
**ROOM** [1] - 2:21

## S

**s/Cathy** [1] - 20:19
**save** [1] - 11:14
**schedule** [2] - 14:8, 14:12
**SCHOLER** [1] - 2:14
**screen** [2] - 11:8, 11:9
**search** [1] - 11:6
**seated** [1] - 5:8
**secondly** [1] - 12:18
**Section** [1] - 6:23
**see** [4] - 8:13, 9:21, 10:1, 14:18
**selected** [1] - 14:19
**selection** [3] - 7:10, 12:16, 14:13
**sense** [2] - 7:23, 19:4
**September** [3] - 14:9, 19:24, 20:1
**SEPTEMBER** [2] - 3:20, 4:11
**SERVICE** [1] - 3:17
**service** [1] - 12:18
**set** [2] - 6:8, 14:15
**setting** [1] - 7:3
**several** [1] - 12:25
**severed** [1] - 15:15
**shape** [1] - 7:7
**SHARKO** [1] - 2:11
**sheet** [6] - 10:10, 11:4, 11:6, 11:7, 11:15, 12:4
**sheets** [11] - 9:15, 9:18, 9:19, 9:20, 9:22, 9:25, 11:4, 11:16, 12:14, 13:5, 14:25
**SHEETS** [1] - 3:16
**Sheets** [4] - 13:3, 14:23, 14:24
**SHEETS....................
..........** [2] - 3:18, 3:23
**shortly** [1] - 12:6
**shot** [1] - 11:8
**significant** [1] - 9:24
**simply** [3] - 11:5, 11:13, 11:17
**six** [2] - 7:14, 7:21
**size** [2] - 10:15, 10:17
**smoothly** [1] - 19:2
**sometimes** [1] - 17:22
**sorry** [1] - 18:17

**sort** [2] - 8:7, 10:19
**SOUTH** [1] - 1:20
**specifically** [3] - 13:8, 13:10, 18:23
**spoken** [1] - 19:11
**stage** [2] - 5:21, 6:9
**stand** [1] - 20:6
**standard** [1] - 16:1
**start** [1] - 6:6
**started** [1] - 5:17
**starts** [2] - 15:10, 15:12
**state** [4] - 7:13, 7:16, 12:3, 18:13
**State** [1] - 20:15
**State/Federal** [1] - 18:8
**STATE/FEDERAL** [1] - 4:8
**state/federal** [1] - 18:12
**States** [2] - 20:15, 20:21
**states** [6] - 7:18, 8:13, 19:5, 19:7, 19:8, 19:10
**STATES** [2] - 1:1, 1:11
**statistics** [1] - 10:7
**status** [9] - 6:13, 6:18, 8:22, 9:14, 13:19, 16:16, 18:13, 18:20, 19:17
**STATUS** [3] - 1:10, 4:10, 4:11
**STENOGRAPHY** [1] - 2:24
**step** [1] - 16:21
**STEVEN** [1] - 2:15
**still** [1] - 12:9
**STREET** [5] - 1:20, 2:5, 2:8, 2:15, 2:21
**submission** [1] - 9:21
**submissions** [1] - 10:5
**submit** [4] - 9:18, 9:20, 11:13, 13:25
**submitted** [7] - 9:16, 9:25, 10:9, 11:4, 11:5, 11:16, 15:4
**submitting** [1] - 14:25
**SUITE** [2] - 1:20, 2:5
**summons** [2] - 15:14, 15:16
**supplement** [1] - 14:2
**SUSAN** [1] - 2:11
**system** [8] - 9:15, 9:19, 10:9, 10:13, 10:18, 10:20, 11:20, 12:4
**systems** [1] - 18:25

## T

**telephone** [1] - 11:24
**TEXACO** [1] - 2:4
**Texas** [1] - 8:12
**THE** [30] - 1:11, 1:14, 1:18, 2:3, 2:7, 3:22, 5:7, 5:8, 5:10, 5:12, 5:17, 7:11, 9:3, 9:11, 12:7, 13:12, 14:7, 15:8, 16:8, 16:19, 17:1, 17:25, 19:3, 19:15, 19:18, 19:23, 20:1, 20:3, 20:5, 20:7
**THEN** [4] - 4:11
**third** [3] - 14:10, 18:1, 18:6
**THIRD** [2] - 3:21, 4:5
**Third** [1] - 17:8
**third-party** [2] - 18:1, 18:6
**THIS** [1] - 1:7
**THOMAS** [1] - 1:18
**three** [2] - 18:18, 19:5
**THURSDAY** [2] - 1:6, 5:3
**tight** [1] - 14:8
**timely** [3] - 13:21, 15:1, 18:14
**TO** [3] - 1:7, 4:5, 5:4
**today** [3] - 15:24, 16:2, 16:6
**together** [1] - 18:13
**total** [2] - 9:25, 18:19
**toward** [1] - 15:1
**TRANSCRIPT** [2] - 1:10, 2:24
**transcript** [1] - 20:16
**transfer** [1] - 10:4
**treater** [1] - 8:6
**treaters** [1] - 7:24
**trial** [6] - 6:8, 7:9, 14:9, 14:16, 15:1, 16:15
**TRIAL** [1] - 3:20
**trials** [1] - 6:8
**true** [1] - 20:16
**try** [2] - 8:11
**trying** [2] - 7:20, 12:8
**tweaking** [1] - 12:10
**two** [6] - 8:12, 11:15, 12:11, 17:9, 18:17, 19:5
**type** [1] - 14:12

## U

**under** [1] - 15:5
**unfortunately** [1] - 5:18
**unique** [1] - 10:9
**UNITED** [2] - 1:1, 1:11
**United** [2] - 20:15, 20:21
**universe** [1] - 18:4
**unlock** [3] - 11:7, 11:9, 11:18
**up** [2] - 12:6, 16:21
**upcoming** [2] - 16:25, 17:4
**upload** [4] - 10:16, 11:17, 11:19
**uploaded** [3] - 9:6, 10:10, 12:20
**uploading** [2] - 10:18, 13:9
**URQUHART** [1] - 2:3
**users** [2] - 10:9, 10:23, 11:1
**utilize** [1] - 13:1

## V

**various** [4] - 7:9, 7:18, 12:14, 19:10
**version** [1] - 11:15
**view** [1] - 6:16
**volume** [2] - 10:1, 10:5

## W

**walk** [1] - 13:14
**website** [4] - 6:15, 6:17, 6:22, 11:22
**week** [5] - 7:6, 17:14, 17:16, 17:22, 17:24
**weeks** [1] - 9:7
**WEST** [1] - 2:15
**WHEREUPON** [1] - 20:8
**Woody** [2] - 9:1, 9:13
**WOODY** [2] - 2:18, 9:12
**woody** [1] - 18:22
**www.laed.uscourts.
gov/Xarelto** [1] - 6:15
**www.MDLCentrality.
com/MDL2592** [1] - 11:23

## X

**XARELTO** [1] - 1:4
**Xarelto** [1] - 5:10

## Y

**years** [1] - 10:6
**yesterday** [1] - 12:2
**YORK** [1] - 2:16