UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**LYNNE PERRY**
**Civil Case No. 2:15-cv-2153**

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Lynne Perry, by and through her undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), and requests that the above-styled action be voluntarily dismissed without prejudice against all defendants. Undersigned counsel takes this action at the request of Lynne Perry. There have been no counterclaims filed against Plaintiff, Lynne Perry. No other claims by any other Plaintiff are affected by this motion.

Respectfully submitted,

Dated:   July 13, 2015

/s/ John J. Driscoll
*Attorney for Plaintiff*
JOHN J. DRISCOLL (6276464)
CHRISTOPHER J. QUINN (6310758)
THE DRISCOLL FIRM, P.C.
211 North Broadway, Suite 4050
St. Louis, Missouri 63012
Telephone No. (314) 932-3232
Fax No. (314) 932-3233

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 13th day of July 2015, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record. This document was also served on the above referenced plaintiff by U.S. Postal Service at their last known address.

    /s/ John J. Driscoll