UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

LYNNE PERRY
Civil Case No. 2:15-cv-2153

## ORDER

THIS MATTER, having come before the Court on Plaintiff, Lynne Perry's, Motion for Voluntary Dismissal without Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Lynne Perry's, Motion for Voluntary Dismissal without Prejudice is GRANTED, each party to bear their own attorneys' fees and costs.

Dated: _____          _____
                                                    Judge