UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARLETO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| **This Document relates to:** Donald K. Turner, et al. v. Janssen Research & Development, LLC E.D. La. No. 15-0336 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## PLAINTIFFS' MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiffs, individually and on behalf of their deceased mother, Hazel S. Turner, who respectfully request that this Court enter an order for the voluntary dismissal of their case, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(2), each party to bear their own costs.  The basis for this request is that, subsequent to filing the instant action against defendants, plaintiffs learned of the lack of necessarydocumentation supporting their claims.

WHEREFORE, plaintiffs hereby request that their claims against all defendants in this action (E.D. La. No. 15-0336) be voluntarily dismissed, without prejudice.


Dated: July 13, 2015          By:    /s/ *M. Palmer Lambert*
                                     Gerald E. Meunier (#9471)
                                     M. Palmer Lambert (#33228)
                                     GAINSBURGH, BENJAMIN, DAVID,
                                     MEUNIER & WARSHAUER L.L.C.
                                     2800 Entergy Centre
                                     1100 Poydras Street
                                     New Orleans, LA 70163
                                     Phone: (504) 521-7643
                                     Fax: (504) 528-9973
                                     gmeunier@gainsben.com
                                     plambert@gainsben.com

and

Richard J. Serpe (#17793)
THE LAW OFFICES OF RICHARD J. SERPE, PC
580 East Main Street, Suite 310
Norfolk, VA  23510
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

and

Paul M. Sterbcow (#17817)
LEWIS, KULLMAN, STERBCOW & ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone:  (504) 588-1500
Facsimile:  (504) 588-1514
E-mail:  sterbcow@lksalaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/M. Palmer Lambert*
M. Palmer Lambert