# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARLETO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| **This Document relates to:** | |
| *Donald K. Turner, et al. v. Janssen Research & Development, LLC* E.D. La. No. 15-0336 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## ORDER

Considering the foregoing motion,

IT IS ORDERED that Plaintiffs' Motion to Dismiss is hereby GRANTED and that plaintiffs' claims against all defendants in *Turner, et al. v. Janssen Research & Development, LLC, et al* (No. 15-0336) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

New Orleans, Louisiana this ___ day of _____, 2015.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge