UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Julie Walden v Janssen Pharmaceuticals, Inc. et al<br>2:15-cv-02577 | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Jessica R. Surber and Robert A. Young, of English, Lucas, Priest & Owsley, LLP, in the above captioned manner.

Dated: July 14, , 2015        ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

        By:   /s/ Robert A. Young
              Robert A. Young
              English, Lucas, Priest & Owsley, LLP
              1101 College St., P.O. Box 770
              Bowling Green, KY 42102
              Telephone:  270-781-6500
              Facsimile:  270-782-7782
              byoung@elpolaw.com

              /s/ Jessica R. Surber
              Jessica R. Surber
              English, Lucas, Priest & Owsley, LLP
              1101 College St., P.O. Box 770
              Bowling Green, KY 42102
              Telephone:  270-781-6500
              Facsimile:  270-782-7782
              jrsurber@elpolaw.com