# UNITED STATES DISTRICT COURT OF THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION** | : **MDL NO. 2592**<br>:<br>: **SECTION: L**<br>: **JUDGE ELDON E. FALLON**<br>: **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:**<br>**Julie Walden v Janssen Pharmaceuticals, Inc. et al**<br>**2:15-cv-02577** | :<br>:<br>:<br>:<br>: |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Jessica R. Surber and Robert A. Young, of English, Lucas, Priest & Owsley, LLP, in the above captioned manner.

Dated: <u>July 14, , 2015</u>                    ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

By:    <u>/s/ Robert A. Young                    </u>
Robert A. Young
English, Lucas, Priest & Owsley, LLP
1101 College St., P.O. Box 770
Bowling Green, KY 42102
Telephone:  270-781-6500
Facsimile:  270-782-7782
byoung@elpolaw.com

<u>/s/ Jessica R. Surber                    </u>
Jessica R. Surber
English, Lucas, Priest & Owsley, LLP
1101 College St., P.O. Box 770
Bowling Green, KY 42102
Telephone:  270-781-6500
Facsimile:  270-782-7782
jrsurber@elpolaw.com