UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

MARTIN WILTSHIRE v. JANSSEN
PHARMACEUTICALS, INC., et al

No. 2:15-cv-01829

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and moves this Honorable Court for an order substituting Judy Wiltshire on behalf of her deceased husband, Martin Wiltshire, for the following reasons:

I.

On May 29, 2015 Martin Wiltshire filed a Complaint in the above referenced matter.

II.

On July 12, 2015 Martin Wiltshire died.

III.

The decedents wife, Judy Wiltshire, is the Proper Party Plaintiff and wishes to be substituted on behalf of Martin Witlshire, in this case.

WHEREFORE, movant prays for said substitution.

By: /s/Andre' P. LaPlace
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana 70808
Telephone No. (225)924-6898
Facsimile No. (225)924-6877
alaw@andrelaplace.com


By: /s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana 70809
Telephone No. (225)925-2978
Facsimile No. (225)925-8192
Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2015, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.


*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**