UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)  :  MDL No. 2592
PRODUCTS LIABILITY LITIGATION  :
                               :  SECTION L
                               :
                               :  JUDGE ELDON E. FALLON
                               :
                               :  MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMANDED**

MARTIN WILTSHIRE v. JANSSEN
PHARMACEUTICALS, INC., et al

No.  2:15-cv-01829

**NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF**

   NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and file this Notice of Submission of Motion to Substitute Party Plaintiff.

   Respectfully submitted this 14th day of July, 2015.

                                By: /s/Andre' P. LaPlace
                                Andre' P. LaPlace(#8039)
                                *Attorney for the Plaintiff*
                                2762 Continental Drive, Ste. 103
                                Baton Rouge, Louisiana  70808
                                Telephone No. (225)924-6898
                                Facsimile No.  (225)924-6877
                                alaw@andrelaplace.com

                                By: /s/Rebecca A. Cunard
                                Rebecca A. Cunard(#20154)
                                *Attorney for the Plaintiff*
                                Cunard Law Firm
                                9214 Interline Avenue
                                Baton Rouge, Louisiana  70809
                                Telephone No. (225)925-2978
                                Facsimile No.  (225)925-8192
                                Rebecca@CunardLaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July, 2015, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**