UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

MARTIN WILTSHIRE v. JANSSEN
PHARMACEUTICALS, INC., et al

No. 2:15-cv-01829

### ORDER

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Judy Wiltshire on behalf of her deceased husband Martin Wiltshire be substituted as the proper party plaintiff, herein.

Signed New Orleans Louisiana this ___ day of _____, 2015.

_____
Eldon K. Fallon, United States District Court Judge