UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**RUTH E. PFIESTER**
Civil Case No.: 2:15-cv-00639

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Ruth E. Pfiester, by and through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), herby gives notice that the above-styled action is voluntarily dismissed without prejudice against all defendants. No other claims by any other Plaintiff are affected by this notice.

Dated:  July 14, 2015.

                                              Respectfully submitted,

                                              By:  /s/ Neil D. Overholtz_____
                                              Florida Bar No.:  0188761
                                              Aylstock, Witkin, Kreis & Overholtz, PLLC
                                              17 East Main Street, Suite 200
                                              Pensacola, FL 32502-5998
                                              Telephone:  (850) 202-1010
                                              Fax:  (850) 916-7449
                                              Noverholtz@awkolaw.com

                                              **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of July 2015, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record. This document was also served on the above referenced plaintiff by U.S. Postal Service at their last known address.

/s/ Neil D. Overholtz