UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARLETO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Donald K. Turner, et al. v. Janssen Research & Development, LLC E.D. La. No. 15-0336 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### ORDER

Considering the foregoing motion,

IT IS ORDERED that Plaintiffs' Motion to Dismiss is hereby GRANTED and that plaintiffs' claims against all defendants in *Turner, et al. v. Janssen Research & Development, LLC, et al* (No. 15-0336) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

New Orleans, Louisiana this 15th day of _____July_____, 2015.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge