UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

* MDL NO. 2592
* SECTION L
* JUDGE ELDON E. FALLON
* MAG. JUDGE NORTH

*********************************************

THIS DOCUMENT RELATES TO:
*All Cases*

## ORDER

As discussed in the Monthly Status Conference, held on July 9, 2015, the parties will participate in bi-monthly telephone conferences to discuss discovery disputes.

**IT IS ORDERED** that the parties shall participate in bi-weekly telephone conferences on the following days:

- Thursday, July, 23, 2015 at 10:00 a.m.;
- Thursday, August 6, 2015 at 3:30 p.m.;
- Thursday, August 20, 2015 at 3:30 p.m.;
- Thursday, September 3, 2015 at 3:30 p.m.;
- Thursday, September 17, 2015 at 3:30 p.m.;
- Friday, October 2, 2015 at 8:30 a.m.;
- Thursday, October 15, 2015 at 3:30 p.m.;
- Thursday, October 29, 2015 at 3:30 p.m.;
- Thursday, November 12, 2015 at 3:30 p.m.;
- Tuesday, November 24, 2015 at 8:30 a.m.;
- Thursday, December 10, 2015 at 3:30 p.m.;

- Tuesday, December 22, 2015 at 3:30 p.m.;

**IT IS FURTHER ORDERED** that the parties shall provide notice to the Court and to one another of the issues that they intend to discuss at least forty-eight (48) hours in advance of the conference to provide sufficient time to meet and confer prior to the conference.

New Orleans, Louisiana this 15th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE