UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

JERI WAGNER
Civil Case No. 2:15-cv-00344

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Jeri Wagner, by and through her undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), and requests that the above-styled action be voluntarily dismissed without prejudice against all defendants. There have been no counterclaims filed against Plaintiff, Jeri Wagner. No other claims by any other Plaintiff are affected by this motion.

Respectfully submitted,

Dated:   July 16, 2015

/s/ Dena Young
*Attorney for Plaintiff*
Ross Feller Casey, LLP
One Liberty Place
1650 Market St., Suite 3450
Philadelphia, PA 19103