**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 16th day of July 2015, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record. This document was also served on the above referenced plaintiff by U.S. Postal Service at their last known address.

/s/ Dena Young