**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

JERI WAGNER
Civil Case No. 2:15-cv-00344

## ORDER

THIS MATTER, having come before the Court on Plaintiff, Jeri Wagner's, Motion for

Voluntary Dismissal without Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Jeri Wagner's, Motion for Voluntary

Dismissal without Prejudice is GRANTED, each party to bear their own attorneys' fees and

costs.

Dated: _____          _____

                                        Judge