UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| WALTER POATES AND SUE POATES, Plaintiffs | : : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC, JANSSEN ORTHO LLC, JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC, BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and, BAYER AG., Defendants | : : : : : : : : : : : : : : | STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Civil Action No.: 2:15-cv-1693 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| THE LEVENSTEN LAW FIRM, P.C.<br>Attorneys for Plaintiffs<br>Walter Poates and Sue Poates | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson |
| By: __s/ Scott D. Levensten_____<br>     Scott D. Levensten | By: __s/ Susan M. Sharko_____<br>     Susan M. Sharko |
| Dated: July 16, 2015 | Dated: July 16, 2015 |

KAYE SCHOLER LLP

81704753.1

-2-

        Attorneys for Defendants
        Bayer Healthcare Pharmaceuticals, Inc. and
        Bayer Pharma AG

By: __*s/ William Hoffman*_____
      William Hoffman

Dated: July 16, 2015