UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Donna Samford, as Representative of the Estate of Stephen Samford, deceased**
**Civil Action No.: 2:15-cv-01327-EEF-MBN**

## ORDER

THIS MATTER, having come before the Court on Plaintiff Donna Samford, as Representative of the Estate of Stephen Samford, deceased's Voluntary Dismissal without Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Donna Samford, as Representative of the Estate of Stephen Samford, deceased's Motion for Voluntary Dismissal without Prejudice is GRANTED, each party to bear their own attorneys' fees and costs.

Dated: _____     _____
                                                                    Judge

1