IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) § <br> PRODUCTS LIABILITY LITIGATION § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> *James Thad Sitton, et al v. Janssen* § <br> *Research & Development LLC, et al* § <br> Case No. 2:15-CV-2368-EEF-MBN § | MDL NO. 2592 <br><br> SECTION: I <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs James Thad Sitton and Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), and request that the above-styled action be voluntarily dismissed without prejudice against all defendants. There have been no counterclaims filed against plaintiffs.

Respectfully submitted,

BUSH LEWIS, PLLC
595 Orleans, Suite 500
Beaumont, Texas 77701
(409) 835-3521 t.
(409) 835-4194 f.

By: _____
Kenneth W. Lewis
Texas Bar #12295300
Ken.L@bushlewis.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of July, 2015 a copy of the above and foregoing Motion for Voluntary Dismissal without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Ken Lewis*

_____
Kenneth W. Lewis