UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELTON E. FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.:2:14-md-02592-EEF-MBN |
| THIS DOCUMENT RELATES TO:<br>*Cynthia Roe v. Janssen Research & Development, LLC, et al.*<br>Case No.: 2:15-cv-00852-EEF-MBN | |

## NOTICE OF APPEARANCE

COMES NOW Calvin S. Tregre, Jr. of Burg Simpson Eldredge Hersh & Jardine, P.C., and enters his appearance on behalf of Plaintiff in the above-referenced cause of action, which has been transferred to this Court as part of the above-captioned Multi-District Litigation.

Dated:  July 17, 2015                              Respectfully submitted,

*/s/ Calvin S. Tregre, Jr.*
Calvin S. Tregre, Jr.
**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
312 Walnut Street, Suite 2090
Cincinnati, OH 45202
Tel:  (513) 852-5600
Fax:  (513) 852-5611
ctregre@burgsimpson.com

**Attorney for Plaintiff**

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appearance has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Calvin S. Tregre, Jr.*
Calvin S. Tregre, Jr.