MINUTE ENTRY
FALLON, J.
JULY 16, 2015

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a telephone status conference to discuss the resolution of the remaining issues related to Case Management Order No. 2 ("CMO 2"). Brian Barr participated on behalf of the Plaintiffs. Steven Glickstein participated on behalf of the Defendants. The parties indicated that they will exchange their proposed CMO 2s and then submit letter briefs to the Court prior to the July 23, 2015 telephone conference. The issue of when the Court should schedule the document discovery deadline will be isolated, and Defendants will formally submit their position on this issue via motion and on the record.

**IT IS ORDERED** that the parties shall submit their letter briefs regarding CMO 2 on or before 12:00 p.m. on Tuesday, July 21, 2015.

JS10(00:08)