UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>ROBERT L. JONES,<br>LOIS MANNING,<br>JACOB MCLEOD,<br>MAJOR PORTERFIELD,<br>TINA CULPEPPER,<br>JERMAINE MCMILLAN,<br><br>        Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>        Defendants. | MOTION FOR EXTENSION OF PLAINTIFF FACT SHEET DEADLINES<br><br>Civil Action No.: 2:15-cv-00252-EEF-MBN<br>Civil Action No.: 2:15-cv-01037-EEF-MBN<br>Civil Action No.: 2:15-cv-00071-EEF-MBN<br>Civil Action No.: 2:15-cv-00011-EEF-MBN<br>Civil Action No.: 2:15-cv-00498-EEF-MBN<br>Civil Action No.: 2:15-cv-00019-EEF-MBN |

**MOTION FOR EXTENSION OF
PLAINTIFF FACT SHEET FILING DEADLINES**

COME NOW Plaintiffs in the above styled action and for good cause shown pursuant to Pretrial Order 13(A) requests the Court grant Plaintiffs an extension of the Plaintiff Fact Sheet Filing Deadlines from the scheduled July 3, 2015 to August 3, 2015, and August 10, 2015, specifically outlined below.

| Plaintiff | Case Number | Requested Extension |
|---|---|---|
| ROBERT L. JONES | 2:15-cv-00252-EEF-MBN | 8/3/2015 |
| LOIS MANNING | 2:15-cv-01037-EEF-MBN | 8/10/2015 |
| JACOB MCLEOD | 2:15-cv-00071-EEF-MBN | 8/10/2015 |
| MAJOR PORTERFIELD | 2:15-cv-00011-EEF-MBN | 8/10/2015 |
| TINA CULPEPPER | 2:15-cv-00498-EEF-MBN | 8/3/2015 |
| JERMAINE MCMILLAN | 2:15-cv-00019-EEF-MBN | 8/10/2015 |

In support, Plaintiffs submit their Memorandum in Support filed contemporaneously with this Motion.

WHEREFORE, Plaintiffs request, pursuant to Pretrial Order 13(A), an extension for the Plaintiff Fact Sheet deadlines until August 3, 2015, and August 10, 2015, as referenced above Respectfully submitted, this the 18th day of July, 2015.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Counsel for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 18th day of July, 2015.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Counsel for plaintiffs*