## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br><br>ROBERT L. JONES,<br>LOIS MANNING,<br>JACOB MCLEOD,<br>MAJOR PORTERFIELD,<br>TINA CULPEPPER,<br>JERMAINE MCMILLAN,<br><br>           Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical<br>Research and Development, LLC;<br>JANSSEN ORTHO LLC;<br>JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.,<br>BAYER HEALTHCARE PHARMACEUTICALS,<br>INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>           Defendants. | MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF PLAINTIFF FACT SHEET DEADLINES<br><br>Civil Action No.: 2:15-cv-00252-EEF-MBN<br>Civil Action No.: 2:15-cv-01037-EEF-MBN<br>Civil Action No.: 2:15-cv-00071-EEF-MBN<br>Civil Action No.: 2:15-cv-00011-EEF-MBN<br>Civil Action No.: 2:15-cv-00498-EEF-MBN<br>Civil Action No.: 2:15-cv-00019-EEF-MBN |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF PLAINTIFF FACT SHEET FILING DEADLINES

In support of Plaintiffs' Motion for Extension of the Plaintiff Fact Sheet Filing Deadlines,

Plaintiffs state the following:

### FACTUAL BACKGROUND

1. The Plaintiff Fact Sheets for these matters were set for an original deadline of July 3, 2015.

2. The original Motions filed individually for the cases identified below were filed on July 11, 2015, but was determined to be procedurally deficient and incorrectly noted.

3. In keeping with the Court's PTO13(A) filed on June 23, 2015, Plaintiffs' Counsel emailed a letter request for extensions as outlined in the table below, of the original Plaintiff Fact Sheet deadlines of July 3, 2015, on this matter to Defense Liaison Counsel, James Irwin, on June 29. (See Exh 1 attached to Declaration of Joseph D. Lane).

| Plaintiff | Case Number | Requested Extension |
|---|---|---|
| ROBERT L. JONES | 2:15-cv-00252-EEF-MBN | 8/3/2015 |
| LOIS MANNING | 2:15-cv-01037-EEF-MBN | 8/10/2015 |
| JACOB MCLEOD | 2:15-cv-00071-EEF-MBN | 8/10/2015 |
| MAJOR PORTERFIELD | 2:15-cv-00011-EEF-MBN | 8/10/2015 |
| TINA CULPEPPER | 2:15-cv-00498-EEF-MBN | 8/3/2015 |
| JERMAINE MCMILLAN | 2:15-cv-00019-EEF-MBN | 8/10/2015 |

4. Plaintiffs' Counsel did not receive a response to his request for extension and accordingly, followed up with Defense Liaison Counsel, James Irwin, on July 2. Defense Liaison Counsel, James Irwin, was not available to speak with Plaintiffs' Counsel on this date, but Plaintiffs' Counsel was advised that a response to the extension request would be provided by Monday, July 6. (See Exh 2, attached to Declaration of Joseph D. Lane).

5. After not receiving a response, on July 6, 7, 8, or 9, Plaintiffs' Counsel followed up with another call, in which a voicemail was left requesting a call back regarding the status of the extension request.

6. Plaintiffs' Counsel contacted Defense Liaison Counsel's office again on July 10 and was advised that another attorney (Kelly) was preparing a response and that the response would be circulated, however they could not specify when the response would be provided or what the substantive response would be.

7. Plaintiffs' Counsel emailed one final letter on July 10 requesting response to his previous letters and advised that without a response, Plaintiffs' would plan to motion the Court.[1] (See Exh 3 attached to Declaration of Joseph D. Lane).

8. Specifically, the extension of this Plaintiff Fact Sheet was requested in order to stagger a portion of the 24 Plaintiff Fact Sheets for which Plaintiff's Counsel had the same July 3 deadline. Additionally, Plaintiff's Counsel requested this extension in order to provide additional time for our firm to include substantial Core Information and required corresponding medical records that have been requested but not received to date.

9. Plaintiffs' Counsel did not receive any response whatsoever from Defense Counsel until July 16, wherein Plaintiffs' request for extension was denied in its entirety. (See Exh 4 attached to Declaration of Joseph D. Lane).

**ARGUMENT**

Section 5 of Pre Trial Order 13(A) provides:

*5. Extension of Deadlines.* The Parties may agree to an extension of the deadlines set in this Order for the completion and service of Fact Sheets and Records authorizations. Consideration should be given to requests for extensions to stagger PFS deadlines where a single law firm has a large number due on or near the same dates, and correspondingly for Defendants with a large number of DFS due on or

---

[1] Plaintiffs' counsel originally filed Motions for Extension on Discovery on July 11, which are being amended with this filing by request of the Court.

near the same dates. If the parties cannot agree on reasonable extensions of time, the requesting party may apply to the Court for such relief upon a showing of good cause and no prejudice to the other party. With any extension agreed to by the parties or granted by the Court, the twenty (20) day cure period set forth in Paragraph 3 of Pre-Trial Order No. 13 (Plaintiff Fact Sheets and Authorizations) and in Paragraph 3 of Pre-Trial Order no. 14 (Defendant Fact Sheets) shall begin on the day after the expiration of the extension period.

[Doc 1040].

As previously stated, Plaintiffs submitted a request to extend these PFS filing deadlines based on a consideration that Plaintiffs' counsel had a significantly large number of PFS sheets due on the same deadline.  In keeping with the Court's instructions, Plaintiffs' counsel asked Defendants to grant the requested extensions to "stagger PFS deadlines."   In Plaintiffs' communications with Defendants' designated contact on June 23, Plaintiff's counsel explained that 24 Plaintiff Fact Sheets were due on the July 3, deadline and requested that 9 of those due Plaintiff Fact Sheets be staggered to the August 3 and August 10 requested deadlines.[2]

Rather than respond in a timely manner that would allow Plaintiff's counsel to seek relief prior to the July 3 deadline, Defendants' designated contacts simply indicated that a response would be forthcoming, but refused to indicate that the request would be denied.  Plaintiffs' Counsel only just received a response denying any of the extension requests in their entirety on July 16, 2015.

WHEREFORE, Plaintiffs request, pursuant to Pretrial Order 13(A), an extension for the Plaintiff Fact Sheet deadlines until August 3 and August 10, 2015, as referenced above.

---

[2] Three Plaintiff Fact Sheets for the previously requested nine extensions have been submitted and therefore are not included in this pleading.

Respectfully submitted, this the 18th day of July, 2015.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Counsel for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of

the Court using CM/ECF system which will send notification of such filing to all counsel of record,

on this 18th day of July, 2015.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Counsel for plaintiffs*