UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>ROBERT L. JONES,<br>LOIS MANNING,<br>JACOB MCLEOD,<br>MAJOR PORTERFIELD,<br>TINA CULPEPPER,<br>JERMAINE MCMILLAN,<br><br>        Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>        Defendants. | DECLARATION OF JOSEPH D. LANE<br><br>Civil Action No.: 2:15-cv-00252-EEF-MBN<br>Civil Action No.: 2:15-cv-01037-EEF-MBN<br>Civil Action No.: 2:15-cv-00071-EEF-MBN<br>Civil Action No.: 2:15-cv-00011-EEF-MBN<br>Civil Action No.: 2:15-cv-00498-EEF-MBN<br>Civil Action No.: 2:15-cv-00019-EEF-MBN |

**DECLARATION OF JOSEPH D. LANE, ESQ.**

I, JOSEPH D. LANE, hereby declare and state as follows:

1. I am a Partner with the Cochran Firm and counsel for the Plaintiffs in the above-styled cases. I have personal knowledge of the following and, if called and sworn as a witness, I could and would competently testify thereto.

2. The Plaintiff Fact Sheets for these matters were set for an original deadline of July 3, 2015.

3. In keeping with the Court's PTO13(A) filed on June 23, 2015, Plaintiffs' Counsel emailed a letter request for extensions as outlined in the table below, of the original Plaintiff Fact Sheet deadlines of July 3, 2015, on this matter to Defense Liaison Counsel, James Irwin, on June 29.  (See attached Exh 1, which is a true copy of the referenced letter).

| Plaintiff | Case Number | Requested Extension |
|---|---|---|
| ROBERT L. JONES | 2:15-cv-00252-EEF-MBN | 8/3/2015 |
| LOIS MANNING | 2:15-cv-01037-EEF-MBN | 8/10/2015 |
| JACOB MCLEOD | 2:15-cv-00071-EEF-MBN | 8/10/2015 |
| MAJOR PORTERFIELD | 2:15-cv-00011-EEF-MBN | 8/10/2015 |
| TINA CULPEPPER | 2:15-cv-00498-EEF-MBN | 8/3/2015 |
| JERMAINE MCMILLAN | 2:15-cv-00019-EEF-MBN | 8/10/2015 |

4. Plaintiffs' Counsel did not receive a response to his request for extension and accordingly, followed up with Defense Liaison Counsel, James Irwin, on July 2. Defense Liaison Counsel, James Irwin, was not available to speak with Plaintiffs' Counsel on this date, but Plaintiffs' Counsel was advised that a response to the extension request would be provided by Monday, July 6.  (See attached Exh 2, which is a true copy of a confirmation email sent recalling the conversation with Defense Liaison Counsel, James Iriwin's office).

5. After not receiving a response, on July 6, 7, 8, or 9, Plaintiffs' Counsel followed up with another call, in which a voicemail was left requesting a call back regarding the status of the extension request.

6. Plaintiffs' Counsel contacted Defense Liaison Counsel's office again on July 10 and was advised that another attorney (Kelly) was preparing a response and that the response would be circulated, however they could not specify when the response would be provided or what the substantive response would be.

7. Plaintiffs' Counsel emailed one final letter on July 10 requesting response to his previous letters and advised that without a response, Plaintiffs' would plan to motion the Court.[1] (See attached Exh 3, which is a true copy of the referenced letter).

8. Specifically, the extensions of these Plaintiff Fact Sheets were requested in order to stagger a portion of the 24 Plaintiff Fact Sheets for which Plaintiffs' Counsel had the same July 3 deadline. Additionally, Plaintiffs' Counsel requested these extensions in order to provide additional time for our firm to include substantial Core Information and required corresponding medical records that have been requested but not received to date.

9. Plaintiffs' Counsel did not receive any response whatsoever from Defense Counsel until July 16, wherein Plaintiffs' request for extension was denied in its entirety. (See attached Exh 4, which is a true copy of the referenced letter).

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2015.

---

[1] Plaintiffs' counsel originally filed Motions for Extension on Discovery on July 11, which are being amended with this filing by request of the Court.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Counsel for plaintiffs*


**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 18th day of July, 2015.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Counsel for plaintiffs*