# Exhibit 1

# THE COCHRAN FIRM

### DOTHAN, P.C.

111 EAST MAIN STREET • P.O. BOX 927 • DOTHAN, ALABAMA 36301
TELEPHONE: (334) 673-1555 • FAX: (334) 699-7229
WWW.COCHRANFIRM.COM • WWW.COCHRANFIRMDOTHAN.COM

June 29, 2015

*Sent via electronic mail only*

James B. Irwin (jirwin@irwinllc.com)
Irwin Fritchie Upquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

RE: Pre-Trial Order No. 13A
Plaintiff Fact Sheet Extension Request

Dear Counsel:

Please allow this letter to request an extension on nine Plaintiff Fact Sheets, specifically identified below, originally due on July 3:

| Proposed Extended Deadline 8/3/2015 | Proposed Extended Deadline 8/10/15 |
|---|---|
| Robert L. Jones<br>Robbie Sims<br>Tina Culpepper<br>Johnny Godfrey | Lois Manning<br>Major Porterfield<br>Jermain McMillan<br>Brian Johnson<br>Jacob McLeod |

At present, our firm has 24 Plaintiff Fact Sheets due to be submitted on or before July 3. The proposed extensions to August 3 and August 10, as outlined above, would stagger the deadlines for nine of our Plaintiff Fact Sheets due on July 3 and provide additional time for our firm to include substantial Core Information and required corresponding medical records.

It is my hope that we can agree on this reasonable extension and I look forward to hearing from you in that regard.

Sincerely,

THE COCHRAN FIRM - DOTHAN, P.C.

Joseph D. Lane

JDL/lmz
Cc: Lenny Davis (ldavis@hhklawfirm.com)
Gerry Meunier (gmeunier@gainsben.com)

ATLANTA • LAS VEGAS • LOS ANGELES • MEMPHIS • MIAMI • NEW ORLEANS • NEW YORK • WASHINGTON, D.C.