# Exhibit 2

**Lara Zander**

| | |
|---|---|
| **From:** | Joe Lane |
| **Sent:** | July 02, 2015 11:24 AM |
| **To:** | jirwin@irwinllc.com |
| **Cc:** | Angela Mason; Lara Zander; kbrilleaux@irwinllc.com |
| **Subject:** | Xarelto PFSs |

Mr. Irwin,

Please allow this email to follow up with my conversation today with Kelly Brilleaux. It is my understanding from Kelly that your firm is in receipt of our request for extension regarding nine of our twenty-four Plaintiff Fact Sheets due for submission in the next few days.  Kelly acknowledged receipt of our emails and correspondence pertaining to this issue and indicated that our responses were due Monday.   It is also my understanding that you are preparing a standardized response for our firm, as well as for other firms who have requested extensions, and that we should have that response before the deadline for Plaintiff Fact Sheets on Monday. Accordingly, our firm will not be filing the Plaintiff Fact Sheets for the clients listed below (referenced in our previous extension requests) until we receive a response from you concerning our request.

Pursuant to Kelly's request for additional information on the referenced cases, I am providing you with the following case numbers and jurisdiction details:

| Plaintiff | Original Jurisdiction and Case No. | Current Transferred Jurisdiction and Case No. | Requested Extension Deadline |
|---|---|---|---|
| Robert L. Jones | E.D. Tenn. 1:15-cv-00009 | E.D. La. 2:15-cv-00252 | 8/3/2015 |
| Robbie Sims | N.D. Ala. 2:15-cv-00131 | E.D. La. 2:14-md-02592 | 8/3/2015 |
| Tina Culpepper | M. D. Ala. 3:15-cv-00069 | E.D. La. 2:15-cv-00498 | 8/3/2015 |
| Johnny Godfrey | M.D. Ala. 1:15-cv-00072 | E.D. La. 2:15-cv-00536 | 8/3/2015 |
| Lois Manning | M. D. Fla. 3:15-cv-00320 | E.D. La. 2:15-cv-01037 | 8/10/2015 |
| Major Porterfield | E.D. Tenn. 1:15-cv-00011 | E.D. La. 2:15-cv-00253 | 8/10/2015 |
| Jermaine McMillan | N.D. WVa. 3:15-cv-00019 | E.D. La. 2:15-cv-00928 | 8/10/2015 |
| Brian Johnson | M.D. Ala. 2:15-cv-00070 | E.D. La. 2:15-cv-00537 | 8/10/2015 |
| Jacob McLeod | M.D. Ala. 1:15-cv-00071 | E.D. La. 2:15-cv-00535 | 8/10/2015 |

Please let me know if you require any additional information from our office at this time. Thank you for your cooperation with these extensions.  If my understanding is incorrect, or if a decision has been reached on our requested extensions, please let me know as soon as possible so that we can take necessary steps to protect our clients' interest.

**Joseph D. Lane, Esq.**

The Cochran Firm-Dothan, PC
111 East Main Street | Dothan, Alabama 36301
Phone (334) 673-1555 | Fax (334) 699-7229
JoeLane@CochranFirm.com

CONFIDENTIALITY NOTICE:
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail or telephone, and delete all copies of this message.