# Exhibit 3

# THE COCHRAN FIRM
### DOTHAN, P.C.

111 EAST MAIN STREET • P.O. BOX 927 • DOTHAN, ALABAMA 36301
TELEPHONE: (334) 673-1555 • FAX: (334) 699-7229
WWW.COCHRANFIRM.COM • WWW.COCHRANFIRMDOTHAN.COM

July 10, 2015

*Sent via electronic mail only*

James B. Irwin (jirwin@irwinllc.com)
Irwin Fritchie Upquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA  70130

      RE:    **Pre-Trial Order No. 13A**
                **Plaintiff Fact Sheet Extension Request**

Dear Counsel:

      Please allow this letter to follow up on our requests for an extension on nine Plaintiff Fact Sheets, originally due on July 3.

      As you are aware, our firm originally emailed you a request for extension on June 29. After not receiving a response from you, we followed up by phone on July 2. We were advised that we would be receiving a response by July 6. You also asked for additional case identifying information and that was promptly forwarded to you by email the same day. After still not receiving a response on July 9, my office followed up with another call to you, which was not returned. My office contacted your office again today wherein we were advised that Kelly, with your office, was preparing a response to our extension request but it was not immediately known when that response would be sent to us and that it would not be sent today.

      It was my hope that we could agree on the reasonable PFS submission extensions requested some time ago. However, considering the amount of time since the requests with no response, we will have no choice but to file a Motion with the Court seeking relief, if we do not hear from your office today.

      Sincerely,

      THE COCHRAN FIRM - DOTHAN, P.C.

      Joseph D. Lane

JDL/lmz
Cc:    Lenny Davis (ldavis@hhklawfirm.com)
         Gerry Meunier (gmeunier@gainsben.com)