# Exhibit 4

# IRWIN FRITCHIE
# URQUHART & MOORE LLC
### COUNSELORS AT LAW

JAMES B. IRWIN
DIRECT DIAL: 504-310-2105
jirwin@irwinllc.com

400 POYDRAS STREET, SUITE 2700
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: 504.310.2100
FACSIMILE: 504.310.2101

July 16, 2015

**Via e-mail:   jlane@cochranfirm.com
amason@cochranfirm.com**

Joseph D. Lane, Esq.
The Cochran Firm
111 East Main Street
Dothan, AL 36301

  *In Re:  Xarelto (Rivaroxaban) Products Liability Litigation
    MDL 2592
  Robert Jones v. Janssen*; 2:15-00252
  *Robbie Sims v. Janssen*; 2:15-00502
  *Tina Culpepper v. Janssen*; 2:15-00498
  *Johnny Godfrey v. Janssen*; 2:15-00536
  *Lois Manning v. Janssen*; 2:15-01037
  *Major Porterfield v. Janssen*; 2:15-00253
  *Jermain McMillan v. Janssen*; 2:15-00928
  *Brian Johnson v. Janssen*; 2:15-00537
  *Jacob McLeod v. Janssen*; 2:15-00535

Dear Mr. Lane:

  We are unable to consent to an extension of time to submit the PFS because of the current assignment of trial dates beginning on September 12, 2016 and the associated proposed pretrial deadlines. Given the short time frames allotted, it is imperative that discovery proceed expeditiously. Unfortunately, granting extensions for serving the plaintiff fact sheets will prejudice defendants. If there are extraordinary circumstances that prevent you from complying with the deadline, please let me know. If there are other reasons why you are unable to meet the deadline, a motion for an extension should be submitted to the Court.

Joseph D. Lane, Esq.
July 16, 2015
Page 2

      We do note that there is a 20 day cure period in PTO 13. Therefore, we will take no action until the expiration of that period.

                                                  Very truly yours,

                                                  James B. Irwin

JBI/KEB
cc (via e-mail):      Leonard A. Davis
                        Gerald E. Meunier
                        John F. Olinde
                        Susan Sharko
                        Deirdre Kole
                        Steve Glickstein
                        William Hoffman