IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION § § § § § § § § | MDL NO. 2592<br><br>SECTION: I<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| *James Thad Sitton, et al v. Janssen Research & Development LLC, et al* Case No. 2:15-CV-2368-EEF-MBN | |

## **ORDER**

THIS MATTER, having come before the Court on Plaintiffs James Thad Sitton and Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased's Motion for Voluntary Dismissal Without Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiffs James Thad Sitton and Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased's Motion for Voluntary Dismissal Without Prejudice is GRANTED, each party to bear their own attorneys' fees and costs.

New Orleans, Louisiana this 17th day of July, 2015.

*[signature: Eldon E. Fallon]*
United States District Judge