# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCT LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAGISTRATE JUDGE |
| ) | NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

**Alice B. Brown, et al. vs. Janssen Research & Development, LLC, et al.**
**Civil Action No.: 2:15-cv-214-EEF-MBN**

## JOINT MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

**COME NOW,** Attorneys John D. Hurst and Carmen S. Scott, and move jointly for the withdrawal of John D. Hurst of Motley Rice LLC and substitution of Carmen S. Scott of Motley Rice LLC, in place thereof, as counsel of record for the Plaintiffs.

Respectfully submitted this 20th day of July, 2015.

| | |
|---|---|
| s/ John D. Hurst | /s/ Carmen S. Scott |
| MOTLEY RICE LLC | MOTLEY RICE LLC |
| 28 Bridgeside Blvd. | 28 Bridgeside Blvd. |
| Mt. Pleasant, SC 29464 | Mt. Pleasant, SC 29464 |
| Phone: (843) 216-9000 | Phone: (843) 216-9000 |
| Fax: (843) 216-9430 | Fax: (843) 216-9430 |
| jhurst@motleyrice.com | cscott@motleyrice.com |

## CERTIFICATE OF SERVICE

I hereby certify that a complete copy of the foregoing Joint Motion to Withdraw and Substitution of Counsel has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 20th day of July, 2015.

s/ Carmen S. Scott