**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL No. 2592** |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | **SECTION: L** |
| | ) | **JUDGE FALLON** |
| | ) | **MAGISTRATE JUDGE** |
| | ) | **NORTH** |
| | ) | |
| | ) | |

**THIS DOCUMENT RELATES TO:**

**Alice B. Brown, et al. vs. Janssen Research &  Development, LLC, et al.**
**Civil Action No.: 2:15-cv-214-EEF-MBN**

<u>**ORDER**</u>

Considering the Joint Motion for Withdrawal and Substitution of Counsel of Record:

**IT IS HEREBY ORDERED** that the Joint Motion for Withdrawal and Substitution of Counsel is hereby **GRANTED** and Carmen S. Scott of Motley Rice, LLC, is substituted for John D. Hurst of Motley Rice, LLC.

New Orleans, Louisiana this the ____ day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE