UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

MARGERY NEWKIRK
Civil Action No.: 2:15-cv-02593-EEF-MBN

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff Margery Newkirk, by and through her counsel of record and pursuant to Federal Rule of Civil Procedure 41(a)(2), requests that the above-styled action be voluntarily dismissed without prejudice against all defendants. Undersigned counsel takes this action at the request of Plaintiff. There have been no counterclaims filed against Plaintiff. No other claims by any other Plaintiff are affected by this motion.

Dated on this 17th day of July, 2015.

**Respectfully submitted,**

_____
Perry R. Sanders, Jr., ESQ (LA SBN 1577)
Sanders Law Firm, LLC
31 N. Tejon St., Ste. 400
Colorado Springs, CO 80903
Tel: (719)630-1556
Fax: (719)630-7004