UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE JUDGE<br>NORTH |

**THIS DOCUMENT RELATES TO:**

**Voncille Pope vs. Janssen Research & Development, LLC, et al.**
**Civil Action No.: 2:15-cv-186-EEF-MBN**

### JOINT MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

**COME NOW,** Attorneys Lance V. Oliver and Carmen S. Scott, and move jointly for the withdrawal of Lance V. Oliver of Motley Rice LLC and substitution of Carmen S. Scott of Motley Rice LLC, in place thereof, as counsel of record for the Plaintiffs.

Respectfully submitted this 20th day of July, 2015.

| | |
|---|---|
| s/ Lance V. Oliver | s/ Carmen S. Scott |
| MOTLEY RICE LLC | MOTLEY RICE LLC |
| 28 Bridgeside Blvd. | 28 Bridgeside Blvd. |
| Mt. Pleasant, SC 29464 | Mt. Pleasant, SC 29464 |
| Phone: (843) 216-9000 | Phone: (843) 216-9160 |
| Fax: (843) 216-9430 | Fax: (843) 216-9430 |
| loliver@motleyrice.com | cscott@motleyrice.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a complete copy of the foregoing Joint Motion to Withdraw and Substitution of Counsel has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 20th day of July, 2015.

                                                        s/ Carmen S. Scott