IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 2:15-cv-01835

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL NO. 2592 <br><br> SECTION L |
| THIS DOCUMENT RELATES TO: <br> 2:15-CV-01835 | * <br> * <br> * <br> * | |
| | * <br> * | JUDGE ELDON E. FALLON |
| | * <br> * | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | * <br> * | |
| DREUS LAPEYROUSE, | * <br> * | |
| Plaintiff, | * <br> * <br> * | |
| v. | * <br> * | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG, | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | AMENDED COMPLAINT <br><br> AND JURY DEMAND <br><br> Case No. 2:15-cv-01835 |
| Defendants | * <br> * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

The Plaintiff, Dreus Lapeyrouse, a competent individual, by and through the

undersigned counsel, pursuant to Federal Rule of Civil Procedure 15, respectfully seeks leave

1

to amend the Complaint to add Johnson & Johnson Company as a party Defendant and all of

the allegations pursuant to the Plaintiff Steering Committee's Bundled Complaint and all its

allegations contained therein and pursuant to PTO Nos. 11 and 11A. A memorandum in support

of this Motion is attached.  On _____, 2015, Susan M. Sharko, Co-Lead Defense

Counsel, indicated via email correspondence that Defendants do not oppose Dreus

Lapeyrouse's Amended Complaint.

<div style="margin-left:40%">

Respectfully Submitted,


/s/ Mekel S. Alvarez_____
Morris Bart (LA Bar #02788)
Mekel S. Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com
**COUNSEL FOR PLAINTIFFS**

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of July, 2015, a true copy of the foregoing

Unopposed Motion for Leave to Amend Complaint was filed electronically. Notice of this filing

was sent to all parties by operation of the Court's electronic filing system. Parties may access

this filing through the Court's CM/ECF system.

<div style="margin-left:40%">

/s/ Mekel S. Alvarez_____

</div>