IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 2:15-cv-01835

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2592 SECTION L |
| THIS DOCUMENT RELATES TO: 2:15-CV-01835 | * * * * * * | JUDGE ELDON E. FALLON MAG. JUDGE SHUSHAN |

*************************************************************************

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | * * | |
| DREUS LAPEYROUSE, | * * | |
| Plaintiff, | * * | |
| v. | * * | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG, | * * * * * * * * * * * * * * * | AMENDED COMPLAINT AND JURY DEMAND Case No. 2:15-cv-01835 |
| Defendants | * * | |

*************************************************************************

## ORDER

Considering the foregoing;

**IT IS ORDERED** that the Unopposed Motion for Leave to Amend Complaint filed by Plaintiff, Dreus Lapeyrouse, be and the same is hereby **GRANTED,** and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2015.

_____
**UNITED STATES DISTRICT JUDGE**