IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 2:15-cv-01835

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: 2:15-CV-01835 | |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE SHUSHAN |

*************************************************************************

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | |
| DREUS LAPEYROUSE, | |
| Plaintiff, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG, | AMENDED COMPLAINT AND JURY DEMAND Case No. 2:15-cv-01835 |
| Defendants | |

*************************************************************************

UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

The Plaintiff, Dreus Lapeyrouse, a competent individual, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15, respectfully seeks leave

1

to amend the Complaint to add Johnson & Johnson Company as a party Defendant and all of the allegations pursuant to the Plaintiff Steering Committee's Bundled Complaint and all its allegations contained therein and pursuant to PTO Nos. 11 and 11A. A memorandum in support of this Motion and the proposed Amended Complaint are attached hereto.

On July 17, 2015, a copy of the proposed Motion for Leave to Amend Complaint, the proposed Amended Complaint, and the proposed Memorandum in Support of the Motion were sent to Co-Lead Defense counsel, Susan M. Sharko and Steven Glickstein, along with a request that they indicate whether they consented to the amendment. Also on July 17, 2015, Mr. Glickstein replied by email, indicating that he would not oppose the amendment if Ms. Sharko did not oppose it. And on July 20, 2015, Deirdre Kole, partner of Susan M. Sharko, Co-Lead Defense Counsel, indicated that Defendants do not oppose Dreus Lapeyrouse's Amended Complaint.

Respectfully Submitted,

/s/ Mekel S. Alvarez
Morris Bart (LA Bar #02788)
Mekel S. Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20<u>th</u> day of July, 2015, a true copy of the foregoing Unopposed Motion for Leave to Amend Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Mekel S. Alvarez