UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCT LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br>_____ ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAGISTRATE JUDGE <br> NORTH |

**THIS DOCUMENT RELATES TO:**

**Ottis R. Rose, Sr. and Ohler A. Rose vs. Janssen Research & Development, LLC, et al.
Civil Action No.: 2:15-cv-861-EEF-MBN**

### JOINT MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

**COME NOW,** Attorneys A. Layne Stackhouse and Carmen S. Scott, and move jointly for the withdrawal of A. Layne Stackhouse of Jones Ward, PLC and substitution of Carmen S. Scott of Motley Rice LLC, in place thereof, as counsel of record for the Plaintiffs.

Respectfully submitted this 20th day of July, 2015.

| | |
|---|---|
| s/ A. Layne Stackhouse <br> JONES WARD, PLC <br> Marion E. Taylor Building <br> 312 S. Fourth Street, 6th Floor <br> Louisville, KY 40202 <br> Phone: (502) 882-6000 <br> Fax: (502) 587-2007 <br> layne@jonesward.com | s/ Carmen S. Scott <br> MOTLEY RICE LLC <br> 28 Bridgeside Blvd. <br> Mt. Pleasant, SC 29464 <br> Phone: (843) 216-9160 <br> Fax: (843) 216-9430 <br> cscott@motleyrice.com |

## CERTIFICATE OF SERVICE

I hereby certify that a complete copy of the foregoing Joint Motion to Withdraw and Substitution of Counsel has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 20th day of July, 2015.

s/ Carmen S. Scott