UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| *This document relates to:* | |
| | JUDGE ELDON E. FALLON |
| Patricia Fye Court File 2:15-CV-00346 | |
| | MAG. JUDGE SHUSHAN |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PATRICIA FYE, plaintiff in the above-captioned action, by and through her undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action against Defendants Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; Bayer Corporation; Bayer Healthcare LLC; Bayer Healthcare AG; and Bayer AG without prejudice.  Each party shall bear their own costs.

Dated:  July 21, 2015

                                                s/  Yvonne M. Flaherty
                                                LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                                  Yvonne M. Flaherty, MN #267600
                                                  100 Washington Avenue South
                                                  Suite 2200
                                                  Minneapolis, MN  55401
                                                  Telephone:  612-339-6900
                                                  Facsimile:   612-339-0981
                                                  Email: ymflaherty@locklaw.com
                                                  ***Counsel for Plaintiff***

494911.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of July, 2015, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

Dated: July 21, 2015

                                        s/ Yvonne M. Flaherty
                                        LOCKRIDGE GRINDAL NAUEN P.L.L.P.
                                             Yvonne M. Flaherty, MN #267600
                                             100 Washington Avenue South
                                             Suite 2200
                                             Minneapolis, MN 55401
                                             Telephone: 612-339-6900
                                             Facsimile: 612-339-0981
                                             Email: ymflaherty@locklaw.com
                                           *Counsel for Plaintiff*