# LEVIN, FISHBEIN, SEDRAN & BERMAN
*Counsellors at Law and Proctors in Admiralty*

ARNOLD LEVIN
MICHAEL D. FISHBEIN
HOWARD J. SEDRAN
LAURENCE S. BERMAN
FRED S. LONGER *
DANIEL C. LEVIN
CHARLES E. SCHAFFER
AUSTIN B. COHEN *
MICHAEL M. WEINKOWITZ * †
CHARLES C. SWEEDLER *
MATTHEW C. GAUGHAN * †
KEITH J. VERRIER *
BRIAN F. FOX

510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106-3697
www.lfsblaw.com

TELEPHONE (215) 592-1500
FACSIMILE (215) 592-4663

OF COUNSEL:
SANDRA L. DUGGAN
STEWART M. WELTMAN **

* also admitted in New Jersey
† also admitted in New York
** admitted in Illinois only

Michael Weinkowitz, Esquire
MWeinkowitz@lfsblaw.com

July 20, 2015

**VIA E-MAIL**

Albert G. Bixler, Esquire
ECKERT SEAMANS CHERIN
& MELLOTT, LLC
Two Liberty Place
50 South 16th Street
22nd Floor
Philadelphia, PA  19102

Timothy S. Coon, Esquire
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
600 Grant Street
44th Floor
Pittsburgh, PA 15219

David Abernethy, Esquire
Drinker Biddle & Reath LLP W
1 Logan Square #2000,
Philadelphia, PA 19103

Re:    *In Re: Xarelto® Products Liability Litigation*

Dear Tim, Al and David:

  The Pennsylvania Plaintiffs request that the custodial files of the following witnesses be be prioritized for the next production:

1. Elliot Barnathan, MD
2. Cornelis Merlini
3. Seema Vaidyanathan
4. Christopher McShane
5. Gary Peters, MD
6. Hae Lina Kim
7. Edwin J Tucker BSc, HB ChB, DPH, HHCP, HRA

8. Harry Flanagan
9. Lise (Liz) Allen
10. Meagen Ward
11. Joan Richardson
12. Anand Ding
13. Dr. Adrian Thomas
14. Kay Saywell
15. Sharon Frank-Jackson, R.N
16. Veronica Berman
17. Eduard Bernardier
18. Carrie Corboy
19. Linda DeCaprio
20. Amy Purrington
21. Claudia White
22. Chuen Lee
23. Martin Selzer
24. Jacalyn Michie-Anderson
25. Margarita Hauser Gardiner, MD.

Very truly yours,

MICHAEL M. WEINKOWITZ

cc: All counsel of record