UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

LAWRENCE KANSERSKI
Civil Case No. 2:15-cv-01595

## MOTION FOR VOLUNTARY DISMISSAL WITHOUR PREJUDICE

COMES NOW Plaintiff, Lawrence Kanserski, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), and requests that the above-styled action be voluntarily dismissed without prejudice against all defendants. Undersigned counsel takes this action at the request of Lawrence Kanserski. There have been no counterclaims filed against Plaintiff, Lawrence Kanserski. No other claims by any other Plaintiff are affected by this motion.

Dated: July 22, 2015

Respectfully submitted,

s/ Mitchell Theodore
KRISTIAN RASMUSSEN
Alabama Bar No.: ASB-1068-R64R
MITCHELL THEODORE
Alabama Bar No.: ASB-6549-I00D
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200
Fax: (205) 324-7896

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 22nd day of July 2015, the forgoing document was electronically filed with the Clerk of the Court using CM/ECF system which sent notification to all parties of record. This document was also served on the above-reference plaintiff by U.S. Postal Service at their last known address.

s/ Mitchell Theodore