**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | **MDL No. 2592** |
| ) | |
| ) | **SECTION L** |
| ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **MAGISTRATE JUDGE NORTH** |

_____

**THIS DOCUMENT RELATES TO:**

**LAWRENCE KANSERSKI**
**Civil Case No. 2:15-cv-01595**

## ORDER

THIS MATTER, having come before the Court on Plaintiff, Lawrence Kanserski's, Motion for Voluntary Dismissal Without Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Lawrence Kanserski's, Motion for Voluntary Dismissal Without Prejudice is GRANTED with each party to bear their own attorneys' fees and costs.

Dated: _____          _____
                                                                                    Judge