UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| *This document relates to:* | |
| | JUDGE ELDON E. FALLON |
| Patricia Fye Court File 2:15-CV-00346 | MAG. JUDGE NORTH |

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff, Patricia Fye, by and through her undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), and requests that the above-styled action be voluntarily dismissed without prejudice against all defendants. Undersigned counsel takes this action at the request of Patricia Fye. There have been no counterclaims filed against Plaintiff, Patricia Fye. No other claims by any other Plaintiff are affected by this motion.

Dated: July 23, 2015

        s/ Yvonne M. Flaherty
        LOCKRIDGE GRINDAL NAUEN P.L.L.P.
          Yvonne M. Flaherty, MN #267600
          100 Washington Avenue South
          Suite 2200
          Minneapolis, MN 55401
          Telephone: 612-339-6900
          Facsimile: 612-339-0981
          Email: ymflaherty@locklaw.com
        ***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 23rd day of July 2015, the forgoing document was electronically filed with the Clerk of the Court using CM/ECF system which sent notification to all parties of record. This document was also served on the above-reference plaintiff by e-mail and U.S. Postal Service at her last known address.

Dated: July 23, 2015

        s/ Yvonne M. Flaherty
        LOCKRIDGE GRINDAL NAUEN P.L.L.P.
          Yvonne M. Flaherty, MN #267600
          100 Washington Avenue South
          Suite 2200
          Minneapolis, MN 55401
          Telephone: 612-339-6900
          Facsimile: 612-339-0981
          Email: ymflaherty@locklaw.com
        *Counsel for Plaintiff*