UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| *This document relates to:* | JUDGE ELDON E. FALLON |
| Patricia Fye<br>Court File 2:15-CV-00346 | MAG. JUDGE NORTH |

**ORDER**

THIS MATTER, having come before the Court on Plaintiff Patricia Fye's Motion for Voluntary Dismissal Without Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff Patricia Fye's Motion for Voluntary Dismissal Without Prejudice is GRANTED with each party to bear their own attorneys' fees and costs.

Dated: _____      _____
                                                                        Judge

494984.1