UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | * | **MDL NO. 2592** |
| | * | **SECTION L** |
| | * | |
| | * | **JUDGE ELDON E. FALLON** |
| | * | |
| | * | **MAG. JUDGE NORTH** |
| ****************************************** | * | |

**THIS DOCUMENT RELATES TO:**
    Lynne Perry, 15-2153
    Jeri Wagner, 15-344
    Donna Samford, 15-1327
    James Thad Sitton, 15-2368
    Janis Viard, 15-1145
    Margery Newkirk , 15-2593
    Lawrence Kanserski, 15-1595

## ORDER

While Plaintiffs' *ex parte* motions to dismiss without prejudice (Rec. Docs. 1105, 1120, 1122, 1123) were submitted *ex parte*, Defense counsel has communicated to the Court that they did not, in fact, consent to these motions. Accordingly,

**IT IS ORDERED** that the Court's Orders (Rec. Docs. 1115, 1127, 1128, 1129) are hereby **VACATED**;

**IT IS FURTHER ORDERED** that Plaintiffs' motions (1105, 1120, 1122, 1123) are scheduled for submission on August 6, 2015. Any opposition shall be submitted on or before July 29, 2015;

**IT IS FURTHER ORDERED** that Plaintiffs' motions (Rec. Docs. 1057, 1131, 1141) are also scheduled for submission on August 6, 2015, with any opposition due on or before July 29, 2015.

[2]

New Orleans, Louisiana this 22nd day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

[2]