UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

MARTIN WILTSHIRE v. JANSSEN
PHARMACEUTICALS, INC., et al

No. 2:15-cv-01829

### ORDER

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Judy Wiltshire on behalf of her deceased husband Martin Wiltshire be substituted as the proper party plaintiff, herein.

Signed New Orleans Louisiana this 22nd day of ___July___, 2015.

_____
Eldon   Fallon, United States District Court Judge