UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Ottis R. Rose, Sr. and Ohler A. Rose vs. Janssen Research & Development, LLC, et al.
Civil Action No.: 2:15-cv-861-EEF-MBN

## ORDER

Considering the Joint Motion for Withdrawal and Substitution of Counsel of Record:

**IT IS HEREBY ORDERED** that the Joint Motion for Withdrawal and Substitution of Counsel is hereby **GRANTED** and Carmen S. Scott of Motley Rice, LLC, is substituted for A. Layne Stackhouse of Jones Ward, PLC.

New Orleans, Louisiana this the 22nd day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE