UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL No. 2592<br><br>Section: L<br>Judge Fallon<br>Mag. Judge North |
| THIS DOCUMENT RELATES TO: | | |
| *Ward, et al. v. Janssen Research & Development LLC, et al.*<br>Case No. 2:15-cv-00471-EEF-MBN | | |

## **CONSENT MOTION TO WITHDRAW AS COUNSEL**

A. Layne Stackhouse, Jones Ward PLC, pursuant to Local Rule 83.2.11, hereby requests this Court enter an Order withdrawing her as counsel of record for plaintiffs in the above-referenced matter. Attorney Russell T. Abney from Ferrer, Poirot & Wansbrough has filed an appearance on behalf of Charles Ward and Linda Ward and will continue to represent Plaintiffs in this case. A. Layne Stackhouse will no longer be representing Plaintiffs in this case.

Respectfully submitted,

By:   /s/ *Russell T. Abney*

Russell T. Abney
Georgia Bar No. 000875
FERRER POIROT WANSBROUGH
FELLER DANIEL ABNEY
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com

*ATTORNEY FOR PLAINTIFFS*

1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 23rd day of July, 2015 by way of the Court's CM/ECF System.

                                                                      /s/ **Russell T. Abney**