UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2592 |
| | * * | Section: L Judge Fallon |
| THIS DOCUMENT RELATES TO: | * * | Mag. Judge North |
| *Ward, et al. v. Janssen Research and Development LLC, et al.* Case No. 2:15-cv-00471-EEF-MBN | * * * | |

# **ORDER**

Consider the foregoing Consent Motion to Withdraw as Counsel of Record,

**IT IS HEREBY ORDERED** that A. Layne Stackhouse, Jones Ward PLC, is withdrawn as Plaintiffs' attorney of record.

**IT IS FURTHER ORDERED** that Rusell T. Abney, attorney from Ferrer, Poirot & Wansbrough is enrolled as Plaintiffs' sole attorney of record herein.

DONE AND SIGNED this _____ day of _____, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE