MINUTE ENTRY
FALLON, J.
JULY 23, 2015

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a telephone status conference to discuss discovery issues and Case Management Order No. 2 ("CMO 2"). Lenny Davis, Gerald Meunier, Brian Barr, and Andy Birchfield participated on behalf of the Plaintiffs. Susan Sharko, Steven Glickstein, William Hoffman, Timothy Coon, Deirdre Kole, and Jennifer LaMont participated on behalf of Defendants. This status conference was transcribed by Ms. Karen Ibos, Official Court Reporter. Counsel may contact Ms. Ibos at (504) 589-7776 to request a copy of the transcript.

At the conference, the parties discussed, *inter alia*, their positions on various items in CMO 2. One item involves the deadline for Defendants' document production. The Defendants have submitted their position on the record (Rec. Doc. 1137), and the Plaintiffs plan to respond. Accordingly,

IT IS ORDERED that Plaintiffs shall oppose Defendants' Memorandum in Support of their Position on Document Production Issues (Rec. Doc. 1137), which the Court construes as a motion, on or before August 3, 2015.

1

JS10(00:45)