UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| *This document relates to:* | |
| | JUDGE ELDON E. FALLON |
| Charles Cascio Court File 2:15-CV-01370 | MAG. JUDGE NORTH |

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff, Charles Cascio, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), and requests that the above-styled action be voluntarily dismissed without prejudice against all defendants.  Undersigned counsel takes this action at the request of Charles Cascio. There have been no counterclaims filed against Plaintiff, Charles Cascio.  No other claims by any other Plaintiff are affected by this motion.

Dated:  July 27, 2015

s/  Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
   Yvonne M. Flaherty, MN #267600
   100 Washington Avenue South
   Suite 2200
   Minneapolis, MN  55401
   Telephone:  612-339-6900
   Facsimile:   612-339-0981
   Email: ymflaherty@locklaw.com
***Counsel for Plaintiff***

495108.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 27th day of July 2015, the forgoing document was electronically filed with the Clerk of the Court using CM/ECF system which sent notification to all parties of record.  This document was also served on the above-reference plaintiff by e-mail and U.S. Postal Service at his last known address.

Dated:  July 27, 2015

<div style="margin-left:auto; width:60%;">

s/  Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
  Yvonne M. Flaherty, MN #267600
  100 Washington Avenue South
  Suite 2200
  Minneapolis, MN  55401
  Telephone:  612-339-6900
  Facsimile:   612-339-0981
  Email: ymflaherty@locklaw.com
***Counsel for Plaintiff***

</div>

495108.1