UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Robert L. Jones, 15-0252* | * | JUDGE ELDON E. FALLON |
| *Lois Manning, 15-1037* | * | |
| *Jacob McLeod, 15-0071* | * | MAG. JUDGE NORTH |
| *Major Porterfield, 15-0011* | * | |
| *Tina Culpepper, 15-0498* | * | |
| *Jermaine McMillan, 15-0019* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEORANDUM IN OPPOSITION TO MOTION FOR EXTENSION
OF PLAINTIFF FACT SHEET FILING DEADLINES**

**MAY IT PLEASE THE COURT:**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC ("Janssen Defendants"), Johnson & Johnson ("J&J"), Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG ("Bayer Defendants") collectively referenced as "Defendants," through undersigned counsel, respectfully submit the instant Memorandum in Opposition to respond to the arguments in Plaintiffs' Motion for Extension of Plaintiff Fact Sheet Deadlines. (Rec. Doc. No. 1126).

Plaintiffs' request for an extension of time on PFS simply because the firm represents multiple plaintiffs in this proceeding and must file several PFSs on the same deadline should be denied for these basic reasons:

1. The ambitious pretrial and trial schedule proposed by the Plaintiffs provides for a very limited amount of time for the defense to review more than 1,200 PFS and make discovery pool selections. Under those circumstances, extensions cannot be granted, as recognized by the Court:

> It's important that the profile forms be filed because we're working on a very tight schedule. We have our first trial in this case, September 12, 2016, our next one October 17, 2016, our third one December 5, 2016, and the last one January 16, 2017.
>
> We're working on that type schedule with these selection of cases. Usually, in addition to the general discovery which takes a lot of depositions and a lot of discovery, the depositions of those cases that are set for trial that are even in the discovery pool, it will take four for each case primarily, and so if you're dealing with 40 cases you can see how many depositions that need to be taken before those cases can be selected. In order to get in on that mix, you're going to have to give your document so that you can get into that pool.

*See* July 9, 2016 Status Conf. Tr. at 14:7-21.

2. Timely completion of the PFS is critical to hope to achieve the maximum benefit from MDL Centrality. The only way the MDL Centrality system can provide meaningful data as to composition of the docket is to have information on all the cases on the docket. Plaintiffs already have an enormous advantage over Defendants in making their discovery pool selections because Plaintiffs' counsel have access to the plaintiffs and their doctors, while defense counsel do not. While this knowledge gap cannot be overcome completely in the limited time available, the gap can at least be reduced if Defendants receive the PFSs on time. Because of the prejudice that Defendants would suffer without timely production of individual PFSs due to the ambitious pace of this litigation, absent extraordinary circumstances, all Plaintiffs in this litigation should be

required to submit individual PFSs in accordance with the established deadlines. Accordingly, Defendants respectfully request that the Court deny Plaintiffs' Motion for Extension of Plaintiff Fact Sheet Deadlines. (Rec. Doc. No. 1126).

Respectfully submitted,

        KAYE SCHOLER LLP

        By: /s/ *William Hoffman*
            William Hoffman
            Steven Glickstein
            KAYE SCHOLER LLP
            The McPherson Building
            901 Fifteenth Street, NW
            Washington, DC 20005
            Telephone: (202) 682-3550
            Facsimile: (202) 414-0355
            william.hoffman@kayescholer.com

        DRINKER BIDDLE & REATH LLP

        By: /s/ *Susan M. Sharko*
            Susan M. Sharko
            DRINKER BIDDLE & REATH LLP
            600 Campus Drive
            Florham Park, NJ 07932-1047
            Telephone: (973) 549-7000
            Facsimile:  (973) 360-9831
            susan.sharko@dbr.com

        ECKERT SEAMANS CHERIN & MELLOTT, LLC

        By: /s/ *Timothy S. Coon*
            Timothy S. Coon
            ECKERT SEAMANS CHERIN & MELLOTT, LLC
            600 Grant Street, 44th Floor
            Pittsburgh, PA 15219
            Telephone: (412) 566.1214
            Facsimile: (412) 566-6099
            tcoon@eckertseamans.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
    James B. Irwin
    Kim E. Moore
    IRWIN FRITCHIE URQUHART
    & MOORE LLC
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    jirwin@irwinllc.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
    John F. Olinde
    CHAFFE McCALL L.L.P.
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 28, 2015, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

         */s/ James B. Irwin*
         **James B. Irwin**