# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:**<br>Ann Garay v Janssen Pharmaceuticals, Inc. et al<br>2:15-cv-03062 | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Jessica R. Surber and Robert A. Young, of English, Lucas, Priest & Owsley, LLP, in the above captioned manner.


Dated: July 29, 2015

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

By:  /s/ Robert A. Young
Robert A. Young
English, Lucas, Priest & Owsley, LLP
1101 College St., P.O. Box 770
Bowling Green, KY 42102
Telephone:  270-781-6500
Facsimile:  270-782-7782
byoung@elpolaw.com

/s/ Jessica R. Surber
Jessica R. Surber
English, Lucas, Priest & Owsley, LLP
1101 College St., P.O. Box 770
Bowling Green, KY 42102
Telephone:  270-781-6500
Facsimile:  270-782-7782
jrsurber@elpolaw.com

1