## UNITED STATES DISTRICT COURT OF THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Ann Garay v Janssen Pharmaceuticals, Inc. et al <br> 2:15-cv-03062 | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Jessica R. Surber and Robert A. Young, of English, Lucas, Priest & Owsley, LLP, in the above captioned manner.


Dated: July 29, 2015                ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

                                    By:    /s/ Robert A. Young
                                              Robert A. Young
                                              English, Lucas, Priest & Owsley, LLP
                                              1101 College St., P.O. Box 770
                                              Bowling Green, KY 42102
                                              Telephone:  270-781-6500
                                              Facsimile:  270-782-7782
                                              byoung@elpolaw.com

                                              /s/ Jessica R. Surber
                                              Jessica R. Surber
                                              English, Lucas, Priest & Owsley, LLP
                                              1101 College St., P.O. Box 770
                                              Bowling Green, KY 42102
                                              Telephone:  270-781-6500
                                              Facsimile:  270-782-7782
                                              jrsurber@elpolaw.com