IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| This document only applies to:<br><br>MILDRED CHILDS, et ux.<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG,<br>　　　　　　Defendants. | * * * * * * * * * * * * * * * * * * * * * * * * * * | CASE NUMBER: 2:14-cv-02960<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE: NORTH<br><br>JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

　　　Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of the Plaintiff, Mildred Childs ("the Plaintiff"). Counsel below respectfully informs this Court that a Motion To Substitute Party Plaintiff And For Leave to Amend Complaint *Instanter* will likely be filed by James R. Childs, the child of the

1

Plaintiff and the Independent Administrator of Mildred Childs' Estate. The Motion To Substitute Party Plaintiff And For Leave to Amend the Complaint *Instanter* will also seek to add wrongful death and survival action claims and to add a Defendant, Johnson & Johnson Company, in addition to substituting James Childs as the party Plaintiff due to the death of Plaintiff Mildred Childs.

Respectfully Submitted,

/s/ Mekel S. Alvarez
Morris Bart (LA Bar #02788)
Mekel S. Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com

Daniel E. Becnel, Jr. (LA Bar #2926)
Matthew B. Moreland (LA Bar #24567)
Kevin P. Klibert (LA Bar #26954)
Salvadore Christina (LA Bar # 27128)
Becnel Law Firm, LLC
P.O. Drawer H
106 West 7th Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
mmoreland@becnellaw.com
**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

     I hereby certify that on this  29th  day of July, 2015, a true copy of the foregoing Notice Of and Suggestion of Death was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system

                                            /s/ Mekel S. Alvarez_____