IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

*************************************************************************

| | | |
|---|---|---|
| This document only applies to: | * * | |
| MILDRED CHILDS, | * * | CASE NUMBER: 2:14-cv-02960 |
| Plaintiff, | * * | JUDGE: ELDON E. FALLON |
| v. | * * | MAGISTRATE: NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG, | * * * * * * * * * * * * * * | JURY DEMAND |
| Defendants. | * * | |

*************************************************************************

## UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT *INSTANTER*

James R. Childs, a competent individual acting on behalf of himself and on behalf of Mildred Childs ("the Decedent"), by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 15 and 25, respectfully requests that as the Independent Administrator of the Estate of Mildred Childs, deceased, and the son of the Decedent, he be substituted as

1

Plaintiff in this action. James R. Childs further seeks leave to amend the Complaint to include wrongful death and survival action claims pursuant to La. C.C. arts. 2315.1 and 2315.2. In addition, Plaintiff also desires to add Johnson & Johnson Company as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint and all its allegations contained therein and pursuant to PTO Nos. 11 and 11A. A memorandum in support of this Motion is attached. On July 27, 2015, Deirdre Kole, partner of Susan M. Sharko, Co-Lead Defense Counsel, indicated via email correspondence that Defendants do not oppose James R. Child's Amended Complaint and substitution as party Plaintiff.

    Respectfully Submitted,

/s/ Mekel S. Alvarez
Morris Bart (LA Bar #02788)
Mekel S. Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com
**COUNSEL FOR PLAINTIFFS**

Daniel E. Becnel, Jr. (LA Bar #2926)
Matthew B. Moreland (LA Bar #24567)
Kevin P. Klibert (LA Bar #26954)
Salvadore Christina (LA Bar # 27128)
Becnel Law Firm, LLC
P.O. Drawer H
106 West 7th Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
mmoreland@becnellaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July, 2015, a true copy of the foregoing Unopposed Motion to Substitute Party Plaintiff and for Leave to Amend Complaint *Instanter* was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Mekel S. Alvarez