IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |
| ************************************************************************ | | |
| This document only applies to:<br><br>MILDRED CHILDS,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG,<br>Defendants. | * * * * * * * * * * * * * * * * * * * * * * | CASE NUMBER: 2:14-cv-02960<br><br>JUDGE:  ELDON E. FALLON<br><br>MAGISTRATE:  NORTH<br><br>JURY DEMAND |
| ************************************************************************ | | |

## ORDER

Considering the foregoing;

**IT IS ORDERED** that the Unopposed Motion for To Substitute Party Plaintiff and For Leave to Amend Complaint *Instanter* filed by the Plaintiff, James Childs on behalf of Mildred Childs, deceased, be and the same is hereby **GRANTED,** and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS,  LOUISIANA,** this _____ day of _____, 2015.

_____
**UNITED STATES DISTRICT JUDGE**