UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Schubach v. Janssen Research &* ) <br> *Development LLC, et al.* ) <br> Case No. 2:14-cv-03002-EEF-MBN ) <br> Plaintiff Joshua Schubach ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

### ORDER

THIS MATTER, having come before the Court on Plaintiff Joshua Schubach's Motion for Voluntary Dismissal without Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff Joshua Schubach's Motion for Voluntary Dismissal without Prejudice is GRANTED, with each party to bear its own attorneys' fees and costs.

New Orleans, Louisiana this _____ day of _____ 2015.

_____
United States District Judge

1