UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Horton v. Janssen Research & Development LLC, et al.* Case No. 2:15-cv-00844-EEF-MBN Plaintiff Buster Horton | |

**MOTION FOR VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(2)**

COMES NOW Plaintiff Buster Horton, by and through his undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(2), and requests that the above-styled action be voluntarily dismissed without prejudice against all defendants. Your undersigned takes this action at the request of Plaintiff Buster Horton. There have been no counterclaims filed against Plaintiff Buster Horton. No other claims by any other Plaintiff are affected by this motion.

Dated: New York, New York
July 29, 2015

By: _____
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. This document was also served on the above-referenced plaintiff by e-mail and U.S. Postal Service at his last known address.

_____
Michael A. London