UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *Horton v. Janssen Research & Development LLC, et al.* Case No. 2:15-cv-00844-EEF-MBN Plaintiff Buster Horton | |

## ORDER

THIS MATTER, having come before the Court on Plaintiff Buster Horton's Motion for Voluntary Dismissal without Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff Buster Horton's Motion for Voluntary Dismissal without Prejudice is GRANTED, with each party to bear its own attorneys' fees and costs.

New Orleans, Louisiana this ____ day of _____ 2015.

_____
United States District Judge

1