UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : : | SECTION L |
| JANIS VIARD,     Plaintiff | : : : | JUDGE ELDON E. FALLON |
| v. | : : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC, JANSSEN ORTHO LLC, JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC, BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and, BAYER AG,     Defendants | : : : : : : : : : : : : : : : | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:15-cv-01145 |

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| IRPINO LAW FIRM<br>Attorneys for Plaintiff<br>Janis Viard | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson |
| By:   *s/ Anthony D. Irpino*<br>     Anthony D. Irpino | By:   *s/ Susan M. Sharko*<br>     Susan M. Sharko |
| Dated: July 29, 2015 | Dated: July 29, 2015<br>KAYE SCHOLER LLP |

-2-

        Attorneys for Defendants
        Bayer Healthcare Pharmaceuticals, Inc. and
        Bayer Pharma AG

        By: ___*s/ William Hoffman*_____
              William Hoffman

        Dated: July 29, 2015

        IRWIN FRITCHIE URQUHART & MOORE LLC

        By: /s/ *James B. Irwin*
            James B. Irwin
            Kim E. Moore
            IRWIN FRITCHIE URQUHART
            & MOORE LLC
            400 Poydras Street
            Suite 2700
            New Orleans, LA 70130
            Telephone: (504) 310-2100
            Facsimile: (504) 310-2120
            jirwin@irwinllc.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 29, 2015, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                      /s/ *James B. Irwin*
                      **James B. Irwin**