**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION) | **MDL No. 2592** |
| THIS DOCUMENT RELATES TO: | **SECTION L** |
| JOHN BEST and EDNA BEST, h/w, ROSETTA COOK and STANLEY COOK, h/w, CARL DETTMER and BONNIE DETTMER, h/w, BRIAN DOUGLAS and WENDY DOUGLAS, h/w, JOSEFA G. GUERRA, Executor of the Estate of HORACIO GUERRA, Deceased, BETTY HAWKINS and BILLY HAWKINS, h/w, EVELYN KENDRICK, BARBARA JO RANDLES and MONTE RANDLES, h/w, and JANET WEIS and JOHN WEIS, h/w, | **JUDGE: ELDON E. FALLON**<br>**MAG. JUDGE MICHAEL NORTH** |
| Plaintiffs, | **JURY TRIAL DEMANDED**<br><br>**Civil Action No. 2:15-cv-02830** |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | |
| Defendants. | |

## UNOPPOSED MOTION FOR LEAVE TO AMEND JOINT COMPLAINT

Plaintiff Evelyn Kendrick, by and through her undersigned counsel, respectfully moves this Court for leave to file the attached Amended Joint Complaint. Plaintiff Kendrick provides the following in support of her Motion:

1. Plaintiff Kendrick, along with several other Plaintiffs, and as permitted by CMO 11, filed a Joint Complaint in this Court on July 21, 2015. [ECF Docket No. 1].

2. The Joint Complaint included factual assertions related to Plaintiff Kendrick. *See id.*

3. The Joint Complaint states that Plaintiff Evelyn Kendrick ingested Xarelto from approximately September 2013 to November 2013 and suffered a gastrointestinal bleed on November 25, 2013. *See id.* at ¶ 7.

4. By Order of the District Court, Rogers County, State of Oklahoma, Susan L. Stewart was appointed Guardian of Plaintiff Evelyn Kendrick on October 20, 2014.

5. Plaintiff Evelyn Kendrick's only modifications to the Joint Complaint, as set forth in the proposed Amended Joint Complaint, attached hereto as Exhibit "A", are the following:

    a. In the Caption, deleting "Evelyn Kendrick" and replacing it with "Susan L. Stewart, as Guardian for Evelyn Kendrick, an Incapacitated Person".

    b. Striking the text of ¶ I.7, and replacing it with the following:

7. Evelyn Kendrick
    a. Plaintiff, Evelyn Kendrick, an incapacitated person, ingested Xarelto from approximately September, 2013 to November, 2013 and suffered a gastrointestinal bleed on November 25, 2013 as a direct result of Xarelto.
Plaintiff, Evelyn Kendrick, resides in Rogers County in the state of Oklahoma
Plaintiff Evelyn Kendrick is represented herein by her guardian/daughter, Susan L. Stewart.

6. On July 29, 2015, a copy of the proposed Motion for Leave to Amend Joint Complaint, the proposed Amended Complaint, and the proposed Order were sent to Defense Counsel, Deirdre Kole and William Hoffman, along with a request that they indicate whether they consented to the amendment. That same day, Ms. Kole responded by email that the Janssen Defendants would not oppose the motion. Mr. Hoffman responded by email for the Bayer Defendants and indicated that they likewise would not oppose.

WHEREFORE, Plaintiff Evelyn Kendrick respectfully requests this Court to enter an order tendered herewith granting leave to file the Amended Joint Complaint.

Respectfully submitted,

Date:  July 31, 2015                         **ROSS FELLER CASEY, LLP**

By:     /s/ Mark A. Hoffman_____
Mark A. Hoffman, Esquire
Robert Ross, Esquire
Joel J. Feller, Esquire
Matthew A. Casey, Esquire
Brian J. McCormick, Jr., Esquire
Dena Young, Esquire
One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA. 19103
Phone: (215) 574-2000
Fax: (215) 574-3080
mhoffman@rossfellercasey.com
rross@rossfellercasey.com
jfeller@rossfellercasey.com
mcasey@rossfellercasey.com
bmccormick@rossfellercasey.com
dyoung@rossfellercasey.com