## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| JOHN BEST and EDNA BEST, h/w, ROSETTA COOK and STANLEY COOK, h/w, CARL DETTMER and BONNIE DETTMER, h/w, BRIAN DOUGLAS and WENDY DOUGLAS, h/w, JOSEFA G. GUERRA, Executor of the Estate of HORACIO GUERRA, Deceased, BETTY HAWKINS and BILLY HAWKINS, h/w, EVELYN KENDRICK, BARBARA JO RANDLES and MONTE RANDLES, h/w, and JANET WEIS and JOHN WEIS, h/w, | JUDGE: ELDON E. FALLON  MAG. JUDGE MICHAEL NORTH |
| Plaintiffs, | JURY TRIAL DEMANDED |
| v. | Civil Action No. 2:15-cv-02830 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | |
| Defendants. | |

## ORDER

THIS MATTER, having come before the Court on Plaintiff's Unopposed Motion for Leave to Amend Joint Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff Evelyn Kendrick's Unopposed Motion for Leave to Amend Joint Complaint is GRANTED. Plaintiff is hereby granted leave to file the Amended Joint Complaint tendered with her Motion.

Entered this \_\_\_\_\_ day of _____, 2015

_____
**HONORABLE DISTRICT JUDGE FALLON**