UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PSC'S UNOPPOSED MOTION AND ORDER
FOR AUTHORIZED ACCESS TO MDL CENTRALITY DATA**

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee ("PSC"), which, for the reasons more fully set forth in the Memorandum attached hereto, respectfully move the Court for an Order authorizing the PSC, through one or more of its members or subcommittee members, to utilize the password-protected access to claims information which is provided for under the PSC agreement with Brown Greer. The PSC further represents to the Court that this Motion and Order are not opposed by defendants.

Respectfully submitted,

*/s/ Leonard A. Davis*

_____
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER**
**& WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
PH:  (504) 522-2304
FAX: (504) 528-9973
Email:  gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

### PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Andy D. Birchfield, Jr. (Co-Lead Counsel) 234 Commerce Street Post Office Box 4160 Montgomery, Alabama 36103-4160 Phone: (334) 269-2343 Fax: (334) 954-7555 Email: Andy.Birchfield@BeasleyAllen.com | Bradley D. Honnold 11150 Overbrook Rd., Ste. 200 Leawood, KS 66211 Phone: (913) 266-2300 Fax: (913) 266-2366 Email: bhonnold@bflawfirm.com |
| Brian H. Barr (Co-Lead Counsel) 316 Baylen Street, Suite 600 Pensacola, FL 32502 Phone: (850) 435-7045 Fax: (850) 436-6044 Email: bbarr@levinlaw.com | Frederick Longer 510 Walnut Street, Suite 500 Philadelphia, PA 19106 Phone: (215) 592-1500 Fax: (215-592-4663 Email: flonger@lfsblaw.com |
| Russell T. Abney 2100 RiverEdge Parkway, Suite 720 Atlanta, Georgia 30328 Email: rabney@lawyerworks.com | Sindhu S. Daniel 550 Broad Street, Suite 920 Newark, NJ 07102 Phone: (973) 639-9100 Fax: (973) 639-9393 Email: sdaniel@seegerweiss.com |
| Dr. Mark Alan Hoffman 1650 Market Street, Suite 3450 Philadelphia, PA 19103 Phone: (215) 574-2000 Fax: (215) 574-3080 Email: mhoffman@rossfellercasey.com | Roger C. Denton 100 S. 4th Street St. Louis, MO 63102 Phone: (314) 621-6115 Email: rdenton@uselaws.com |
| | |

| | |
|---|---|
| Michael Goetz<br>201 N. Franklin St., 7th Floor<br>Tampa, FL 33602<br>Phone: (813) 221-6581<br>Fax: (813) 222-4737<br>Email: MGoetz@ForThePeople.com | Dianne M. Nast<br>1101 Market Street, Suite 2801<br>Philadelphia, Pennsylvania 19107<br>Phone: (215) 923-9300<br>Email: dnast@nastlaw.com |
| Neil D. Overholtz<br>17 E. Main Street , Suite 200<br>Pensacola, Florida 32501<br>Phone: (850) 916-7450<br>Fax: (850) 916-7449<br>Email: noverholtz@awkolaw.com | Ellen Relkin<br>700 Broadway<br>New York, New York 10003<br>Phone: (212) 558-5500<br>Fax: (212) 344-5461<br>Email: Erelkin@weitzlux.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 31, 2015, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**