UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion,

IT IS ORDERED that the Plaintiffs' Steering Committee ("PSC") shall designate one or more members of the PSC or the PSC's Bellwether Selection Subcommittee to participate in the password-protected access to MDL Centrality claims information, as allowed under the PSC agreement with Brown Greer, which access shall be utilized solely for the authorized activities of the PSC and its Bellwether Selection Subcommittee.

New Orleans, Louisiana, this _____ day of _____, 2015.

                                                            _____
                                                            **HONORABLE ELDON E. FALLON**
                                                            **UNITED STATES DISTRICT JUDGE**