IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION § § § § § § § § § | MDL NO. 2592 SECTION: I JUDGE FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: *James Thad Sitton, et al v. Janssen Research & Development LLC, et al* Case No. 2:15-CV-2368-EEF-MBN | |

## PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE (DOCUMENT 1123)

COMES NOW Plaintiffs James Thad Sitton and Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased, by and through their undersigned counsel and files this Motion to Withdraw their Motion for Voluntary Dismissal Without Prejudice which was filed with this Honorable Court on July 17, 2015 and entered on the docket as Document 1123.

Respectfully submitted,

BUSH LEWIS, PLLC
595 Orleans, Suite 500
Beaumont, Texas 77701
(409) 835-3521 t.
(409) 835-4194 f.

By: _____
Kenneth W. Lewis
Texas Bar #12295300
Ken.L@bushlewis.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2015 a copy of the above and foregoing Motion to Dismiss Plaintiffs' Motion for Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Ken Lewis*

Kenneth W. Lewis