IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION § § § § § § § § | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: I |
| *James Thad Sitton, et al v. Janssen Research & Development LLC, et al* Case No. 2:15-CV-2368-EEF-MBN | JUDGE FALLON MAG. JUDGE NORTH |

## ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

THIS MATTER, having come before the Court on Plaintiffs James Thad Sitton and Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased's Motion to Withdraw Motion for Voluntary Dismissal Without Prejudice (Document 1123),

IT IS HEREBY ORDERED that Plaintiffs James Thad Sitton and Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased's Motion to Withdraw Motion for Voluntary Dismissal Without Prejudice is GRANTED, and plaintiffs' previously filed motion (Document 1123) is hereby withdrawn.

New Orleans, Louisiana this ____ day of _____, 2015.

_____
United States District Judge