IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION § § § § § § § § | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: I |
| *James Thad Sitton, et al v. Janssen Research & Development LLC, et al* Case No. 2:15-CV-2368-EEF-MBN | JUDGE FALLON MAG. JUDGE NORTH |

## NOTICE OF SUBMISSION

COMES NOW the Plaintiffs, by and through the undersigned counsel, and Notice the attached Motion to Withdraw Motion for Voluntary Dismissal Without Prejudice for submission before the Honorable Judge Eldon E. Fallon on the 6th day of August, 2015 at 9:00 a.m.

Respectfully submitted,

BUSH LEWIS, PLLC
595 Orleans, Suite 500
Beaumont, Texas 77701
(409) 835-3521 t.
(409) 835-4194 f.

By: _____
Kenneth W. Lewis
Texas Bar #12295300
Ken.L@bushlewis.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of July, 2015 a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Kenneth W. Lewis*

_____
Kenneth W. Lewis