UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| JERI WAGNER, | : | |
| Plaintiff | : | JUDGE ELDON E. FALLON |
| v. | : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and, BAYER AG, | : | **STIPULATION OF DISMISSAL**<br><br>Civil Action No.: 2:15-cv-00344 |
| Defendants | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that the above-captioned case be dismissed without prejudice, each party to bear its own fees and costs.

The parties agree that, if Plaintiff does not re-file this lawsuit within 90 days of the date of this stipulation, this dismissal shall be converted to a dismissal with prejudice.

The parties further agree that, if Plaintiff does choose to re-file this lawsuit within 90 days, Plaintiff must do so in a federal court. If Plaintiff re-files in any other court or tribunal, the parties agree that this dismissal shall be treated as a dismissal with prejudice.

ROSS FELLER CASEY LLP                    DRINKER BIDDLE & REATH LLP

1

-2-

| | |
|---|---|
| Attorneys for Plaintiff<br>Jeri Wagner | Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson |
| By:  *s/ Brian J. McCormick*<br>        Brian J. McCormick | By:  *s/ Susan M. Sharko*<br>        Susan M. Sharko |
| Dated: Aug. 3, 2015 | Dated: Aug. 3, 2015 |
| | KAYE SCHOLER LLP<br>Attorneys for Defendants<br>Bayer Healthcare Pharmaceuticals, Inc. and<br>Bayer Pharma AG |
| | By:  *s/ William Hoffman*<br>         William Hoffman |
| | IRWIN FRITCHIE URQUHART & MOORE LLC |
| | By: /s/ *James B. Irwin*<br>    James B. Irwin<br>    Kim E. Moore<br>    IRWIN FRITCHIE URQUHART<br>    & MOORE LLC<br>    400 Poydras Street<br>    Suite 2700<br>    New Orleans, LA 70130<br>    Telephone: (504) 310-2100<br>    Facsimile:  (504) 310-2120<br>    jirwin@irwinllc.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 3, 2015, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *James B. Irwin*
**James B. Irwin**