UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**LAWRENCE KANSERSKI**
**Civil Case No. 2:15-cv-01595**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs. Plaintiff does not oppose Defendants' Memorandum in Opposition to Motion to Dismiss Without Prejudice (Docket No. 1167). Undersigned counsel takes this action at the request of Lawrence Kanserski.

Undersigned counsel has discussed this issue fully with Plaintiff as well as defense counsel. All interested parties understand the situation and are in agreement with this dismissal.

Dated: August 4, 2015                                       Respectfully Submitted,

*s/ Mitchell Theodore*                                       *s/ Susan Sharko*
Kristian Rasmussen                                           Susan M. Sharko
Mitchell Theodore                                            DRINKER BIDDLE & REATH, LLP
CORY WATSON, P.C.                                            600 Campus Drive
2131 Magnolia Avenue S.                                      Florham Park, NJ 07932
Birmingham, AL 35205
krasmussen@corywatson.com
mtheodore@corywatson.com

*Attorneys for Plaintiff*

        *s/ William Hoffman*
        William Hoffman
        KAYE SCHOLER, LLP
        901 15TH Street NW
        Washington, DC 20005

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 4th day of August, 2015, the forgoing document was electronically filed with the Clerk of the Court using CM/ECF system which sent notification to all parties of record. This document was also served on the above-referenced plaintiff by U.S. Postal Service at their last known address.

        *s/ Mitchell Theodore*
        Mitchell Theodore