# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>ROBERT L. JONES,<br>LOIS MANNING,<br>JACOB MCLEOD,<br>MAJOR PORTERFIELD,<br>TINA CULPEPPER,<br>JERMAINE MCMILLAN,<br><br>      Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>      Defendants. | MOTION TO WITHDRAW MOTION FOR EXTENSION OF PLAINTIFF FACT SHEET DEADLINES<br><br>Civil Action No.: 2:15-cv-00252-EEF-MBN<br>Civil Action No.: 2:15-cv-01037-EEF-MBN<br>Civil Action No.: 2:15-cv-00071-EEF-MBN<br>Civil Action No.: 2:15-cv-00011-EEF-MBN<br>Civil Action No.: 2:15-cv-00498-EEF-MBN<br>Civil Action No.: 2:15-cv-00019-EEF-MBN |

**MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR EXTENSION OF PLAINTIFF FACT SHEET FILING DEADLINES**

COME NOW Plaintiffs in the above styled actions and files this Motion to Withdraw their Motion for Extension of Plaintiff Fact Sheet Filing Deadlines which was filed with this Court on July 20, 2015, and entered on the docket as Document 1126. Plaintiff Fact Sheets have been filed, leaving this motion moot.

WHEREFOIRE, Plaintiffs request leave to withdraw the Motion for Extension or have the Motion denied as Moot at this point.

Respectfully submitted, this the 4th day of August, 2015.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Counsel for plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 4th day of August, 2015.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Counsel for Plaintiffs*