# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>ROBERT L. JONES,<br>LOIS MANNING,<br>JACOB MCLEOD,<br>MAJOR PORTERFIELD,<br>TINA CULPEPPER,<br>JERMAINE MCMILLAN,<br><br>        Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>        Defendants. | NOTICE OF SUBMISSION<br><br>Civil Action No.: 2:15-cv-00252-EEF-MBN<br>Civil Action No.: 2:15-cv-01037-EEF-MBN<br>Civil Action No.: 2:15-cv-00071-EEF-MBN<br>Civil Action No.: 2:15-cv-00011-EEF-MBN<br>Civil Action No.: 2:15-cv-00498-EEF-MBN<br>Civil Action No.: 2:15-cv-00019-EEF-MBN |

**NOTICE OF SUBMISSION**

COME NOW the Plaintiffs, by and through the undersigned counsel, and Notice the attached Motion to Withdraw for submission before the Honorable Judge Eldon E. Fallon on the 19th day of August, 2015, at 9:00 am.

Respectfully submitted this the 4th day of August, 2015.

### THE COCHRAN FIRM-DOTHAN

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Counsel for plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 4th day of August, 2015.

### THE COCHRAN FIRM-DOTHAN

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Counsel for plaintiffs*