# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>ROBERT L. JONES,<br>LOIS MANNING,<br>JACOB MCLEOD,<br>MAJOR PORTERFIELD,<br>TINA CULPEPPER,<br>JERMAINE MCMILLAN,<br><br>        Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical<br>Research and Development, LLC;<br>JANSSEN ORTHO LLC;<br>JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.,<br>BAYER HEALTHCARE PHARMACEUTICALS,<br>INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>        Defendants. | MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO WITHDRAW MOTION FOR EXTENSION OF PLAINTIFF FACT SHEET DEADLINES<br><br>Civil Action No.: 2:15-cv-00252-EEF-MBN<br>Civil Action No.: 2:15-cv-01037-EEF-MBN<br>Civil Action No.: 2:15-cv-00071-EEF-MBN<br>Civil Action No.: 2:15-cv-00011-EEF-MBN<br>Civil Action No.: 2:15-cv-00498-EEF-MBN<br>Civil Action No.: 2:15-cv-00019-EEF-MBN |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO WITHDRAW
MOTION FOR EXTENSION OF
PLAINTIFF FACT SHEET FILING DEADLINES**

COME NOW Plaintiffs in the above styled actions and files this Motion to Withdraw their Motion for Extension of Plaintiff Fact Sheet Filing Deadlines which was filed with this Court on July 20, 2015, and entered on the docket as Document 1126. Plaintiff Fact Sheets have been filed, leaving this motion moot.

## FACTUAL BACKGROUND

1. The Plaintiffs in the above styled actions filed their Motion for Extension of Plaintiff Fact Sheet Filing Deadlines on July 20, 2015 (Doc. 1126). Plaintiff Fact Sheets for these matters were set for an original deadline of July 3, 2015.

2. The original Motions filed individually for the cases identified below were filed on July 11, 2015, but was determined to be procedurally deficient and incorrectly noted.

3. The original Motions were filed in keeping with the Court's PTO13(A) filed on June 23, 2015.

4. Plaintiffs' Counsel emailed a letter request for extensions as outlined in the table below, of the original Plaintiff Fact Sheet deadlines of July 3, 2015, on this matter to Defense Liaison Counsel, James Irwin, on June 29. (See Exh 1 attached to Declaration of Joseph D. Lane).

| Plaintiff | Case Number | Requested Extension |
|---|---|---|
| ROBERT L. JONES | 2:15-cv-00252-EEF-MBN | 8/3/2015 |
| LOIS MANNING | 2:15-cv-01037-EEF-MBN | 8/10/2015 |
| JACOB MCLEOD | 2:15-cv-00071-EEF-MBN | 8/10/2015 |
| MAJOR PORTERFIELD | 2:15-cv-00011-EEF-MBN | 8/10/2015 |
| TINA CULPEPPER | 2:15-cv-00498-EEF-MBN | 8/3/2015 |
| JERMAINE MCMILLAN | 2:15-cv-00019-EEF-MBN | 8/10/2015 |

5. Plaintiffs' Counsel did not receive a response to his request for extension and accordingly, followed up with Defense Liaison Counsel, James Irwin, on July 2. Defense Liaison Counsel, James Irwin, was not available to speak with Plaintiffs' Counsel on this date, but Plaintiffs' Counsel was advised that a response to the extension request would be provided by Monday, July 6. (See Exh 2, attached to Declaration of Joseph D. Lane).

6. After not receiving a response, on July 6, 7, 8, or 9, Plaintiffs' Counsel followed up with another call, in which a voicemail was left requesting a call back regarding the status of the extension request.

7. Plaintiffs' Counsel contacted Defense Liaison Counsel's office again on July 10 and was advised that another attorney (Kelly) was preparing a response and that the response would be circulated, however they could not specify when the response would be provided or what the substantive response would be.

8. Plaintiffs' Counsel emailed one final letter on July 10 requesting response to his previous letters and advised that without a response, Plaintiffs' would plan to motion the Court.[1] (See Exh 3 attached to Declaration of Joseph D. Lane).

9. Specifically, the extension of these Plaintiff Fact Sheets were requested in order to stagger a portion of the 24 Plaintiff Fact Sheets for which Plaintiff's Counsel had the same July 3 deadline. Additionally, Plaintiff's Counsel requested this extension in order to provide additional time for our firm to include substantial Core Information and required corresponding medical records that have been requested but not received to date.

10. Plaintiffs' Counsel did not receive any response whatsoever from Defense Counsel until July 16, wherein Plaintiffs' request for extension was denied in its entirety. (See Exh 4 attached to Declaration of Joseph D. Lane).

---

[1] Plaintiffs' counsel originally filed Motions for Extension on Discovery on July 11.

11. Plaintiffs submitted their Motion for Extension accordingly.

12. Since that time, Plaintiffs have worked diligently to provide the PFSs due based on the information available or received since the filing of Plaintiffs' Motion for Extension. Plaintiffs have submitted PFS accordingly.

## ARGUMENT

As previously stated, Plaintiffs have submitted PFS for each of the Plaintiffs identified herein supported by the best information available to Plaintiffs up to date of submission. Consequently, until otherwise notified of deficiency, Plaintiffs' original Motion for Extension is moot, and Plaintiffs requests leave to withdraw the Motion or that the Court deny the Motion as moot at this time.

Respectfully submitted, this the 4th day of August, 2015.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: JoeLane@CochranFirm.com
*Counsel for plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 4th day of August, 2015.

**THE COCHRAN FIRM-DOTHAN**

By: /s/ Joseph D. Lane
Joseph D. Lane

AL Bar ASB 9991 N75-J  
111 E. Main Street  
Dothan, AL 36301  
phone: (334) 673-1555  
fax: (334) 699-7229  
e-mail: JoeLane@CochranFirm.com  
*Counsel for plaintiffs*
