UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE XARELTO (RIVOROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

Section L
Judge Fallon
Magistrate Judge North

THIS DOCUMENT RELATES TO:

(Document Electronically Filed)

*Patsy Hunt v. Janssen Research & Development LLC, et al.,*
Case No. 2:15-cv-01040

## CONSENT MOTION TO WITHDRAW AS COUNSEL

Daniel R. Lapinski and Wilentz, Goldman & Spitzer, P.A., pursuant to Local Rule 83.2.11, hereby request this Court enter an Order withdrawing them as counsel of record for Plaintiff in the above-referenced matter. Attorneys from Sommerman & Quesada have filed appearances on behalf of Plaintiff and will continue to represent the Plaintiff in this case.

Respectfully submitted,

Dated: August 4, 2015

WILENTZ, GOLDMAN & SPITZER, P.A.

By:   /s/ Daniel R. Lapinski
Daniel R. Lapinski, Esq.
90 Woodbridge Center Drive
Box 10, Suite 900
Woodbridge, NJ  07095
Tele.: (732) 636-8000
Email:  dlapinski@wilentz.com

*Counsel for Plaintiff*

#8104481.1(162477.002)