## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 4th day of August, 2015 by way of the Court's CM/ECF System.

/s/ Daniel R. Lapinski

#8104481.1(162477.002)