UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | Section L<br>Judge Fallon<br>Magistrate Judge North |
| THIS DOCUMENT RELATES TO: | (Document Electronically Filed) |
| *Joseph Shook v. Janssen Research & Development LLC, et al.,*<br>Case No. 2:15-cv-00207 | |

**CONSENT MOTION TO WITHDRAW AS COUNSEL**

Daniel R. Lapinski and Wilentz, Goldman & Spitzer, P.A., pursuant to Local Rule 83.2.11, hereby request this Court enter an Order withdrawing them as counsel of record for Plaintiff in the above-referenced matter. Attorneys from Sommerman & Quesada have filed appearances on behalf of Plaintiff and will continue to represent the Plaintiff in this case.

Respectfully submitted,

Dated:  August 4, 2015

WILENTZ, GOLDMAN & SPITZER, P.A.

By:  /s/ Daniel R. Lapinski
Daniel R. Lapinski, Esq.
90 Woodbridge Center Drive
Box 10, Suite 900
Woodbridge, NJ  07095
Tele.: (732) 636-8000
Email: dlapinski@wilentz.com

*Counsel for Plaintiff*

#8104434.1(162023.002)