UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | Section L<br>Judge Fallon<br>Magistrate Judge North |
| THIS DOCUMENT RELATES TO:<br><br>*Joseph Shook v. Janssen Research & Development LLC, et al.*,<br>Case No. 2:15-cv-00207 | (Document Electronically Filed) |

## ORDER

THIS MATTER having considered the foregoing Consent Motion to Withdraw as Counsel of Record,

IT IS HEREBY ORDERED that Daniel R. Lapinski and Wilentz, Goldman & Spitzer, P.A., are withdrawn as Plaintiff's attorneys of record.

IT IS HEREBY ORDERED that attorneys from Sommerman & Quesada are enrolled as Plaintiff's sole attorneys of record herein.

DONE AND SIGNED this _____ day of _____, 2015, at New Orleans, Louisiana.

_____
United States Magistrate Judge

#8104459.1(162023.002)