UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) )
PRODUCTS LIABILITY LITIGATION ) MDL No. 2592
)
) SECTION L
)
) JUDGE ELDON E. FALLON
)
_____) MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

JANETTE ROBINSON AS PLAINTIFF AD
LITEM FOR BEATRICE MABRY, DECEASED

2:15-cv-02569

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW the law firm of Goldblatt + Singer pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Ad Litem Janette Robinson in the above-styled case. In support of said Motion, counsel for Plaintiff Ad Litem states as follows:

1. Plaintiff Ad Litem Janette Robinson retained the services of Goldblatt + Singer to represent her in the Xarelto Multidistrict Litigation for her claim arising out of the wrongful death of Beatrice Mabry.

2. On May 14, 2015, the undersigned filed a bundled complaint under Case Number 2:15-cv-01640 which included the instant cause of action.

3. On May 15, 2015, the Court severed Plaintiff Ad Litem Robinson's claim, and on July 13, 2015 this Court assigned Case Number 2:15-cv-02569.

4. On or about May 15, 2015, Goldblatt + Singer sent correspondence to Plaintiff Ad Litem Robinson requesting information essential to litigating this case, and requested a response by June 5, 2015.

5. The undersigned called Plaintiff Ad Litem Robinson multiple times to follow up regarding the information requested in the correspondence of May 15, 2015.

6. To date, Plaintiff Ad Litem Robinson has not provided the information requested or otherwise responded to the correspondence of May 15, 2015.

7. Plaintiff Ad Litem Robinson's current mailing address is 1070 Marine Street, Jackson, Mississippi, 39213, and her phone number is 601-502-3259.

8. On July 17, 2015, Goldblatt + Singer served Plaintiff Ad Litem Robinson with correspondence via certified mail indicating that the law firm must withdraw.

9. For the foregoing reasons, Plaintiff Ad Litem Robinson failed substantially to fulfill an obligation to her attorney.

10. Further, Goldblatt + Singer gave Plaintiff Ad Litem Robinson reasonable warning of the law firm's intent to withdraw unless Robinson fulfilled the obligation to share information with her attorneys.

11. Goldblatt + Singer notified Plaintiff Ad Litem Robinson of past and future deadlines.

WHEREFORE, Goldblatt + Singer, by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deems just and proper under the circumstances.

/s/William K. Holland  
William K. Holland  
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2015, I electronically filed the forgoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I sent correspondence via certified mail to Janette Robinson at 1070 Marine St., Jackson, MS 39213 notifying her of all deadlines and court appearances.

GOLDBLATT + SINGER

/s/William K. Holland
William K. Holland
Attorney for Plaintiff