UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** | MAGISTRATE JUDGE NORTH |
| **Donna Samford, as Representative of the Estate of Stephen Samford, deceased Civil Action No.: 2:15-cv-01327-EEF-MBN** | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY TO THE COURT**

Pursuant to Local Rule 7.4, Plaintiff Donna Samford, as Representative of the Estate of Stephen Samford, deceased and the undersigned counsel respectfully move this Court for leave to file the attached reply memorandum in support of their Motion for Voluntary Dismissal Without Prejudice, filed in this court on July 16, 2015.

          **Respectfully submitted,**

          */s/ Ryan L. Thompson*
          **WATTS GUERRA LLP**
          **Ryan L. Thompson**
          *Attorney in Charge*
          Texas State Bar No. 24046969
          5726 W. Hausman, Suite 119
          San Antonio, Texas 78249
          Telephone: 210.448.0500
          Fax: 210.448.0501
          Email: rlt-bulk@wattsguerra.com
          **ATTORNEY FOR PLAINTIFF**