UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** | MAGISTRATE JUDGE NORTH |
| **Donna Samford, as Representative of the Estate of Stephen Samford, deceased** **Civil Action No.: 2:15-cv-01327-EEF-MBN** | |

**ORDER**

THIS MATTER, having come before the Court on Plaintiff Donna Samford, as Representative of the Estate of Stephen Samford, deceased's Motion for Leave to File Reply in support of Plaintiff's Voluntary Dismissal without Prejudice, and the Court being fully advised on the premises regarding same:

ORDERS that Plaintiff, Donna Samford, as Representative of the Estate of Stephen Samford, deceased's Motion for Leave to File Reply in support of Plaintiff's Voluntary Dismissal without Prejudice is GRANTED.

Dated: _____ _____
Hon. Eldon E. Fallon

1