UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

**Donna Samford, as Representative of the Estate of Stephen Samford, deceased
Civil Action No.: 2:15-cv-01327-EEF-MBN**

## ORDER

THIS MATTER, having come before the Court on Plaintiff Donna Samford, as Representative of the Estate of Stephen Samford, deceased's Voluntary Dismissal without Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that if Plaintiff ever decides to re-file her claim, it will be re-filed in Federal Court.

FURTHER, IT IS HEREBY ORDERED that Plaintiff, Donna Samford, as Representative of the Estate of Stephen Samford, deceased's Motion for Voluntary Dismissal without Prejudice is GRANTED, each party to bear their own attorneys' fees and costs.

Dated: _____     _____
                                                                Judge