UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION * Docket 14-MD-2592
* Section L
*
Relates to: All Cases * New Orleans, Louisiana
*
* August 4, 2015
* * * * * * * * * * * * * * * * *

STATUS CONFERENCE BEFORE THE HONORABLE ELDON E. FALLON UNITED STATES DISTRICT JUDGE

Appearances:

For the Plaintiffs: Gainsburgh Benjamin David Meunier & Warshauer, LLC
BY: GERALD E. MEUNIER, ESQ.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163

For the Defendants: Irwin Fritchie Urquhart & Moore, LLC
BY: JAMES B. IRWIN, ESQ.
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130

For the Defendants: Drinker Biddle & Reath, LLP
BY: SUSAN M. SHARKO, ESQ.
500 Campus Drive
Florham Park, New Jersey 07932

Official Court Reporter: Toni Doyle Tusa, CCR, FCRR
500 Poydras Street, Room B-275
New Orleans, Louisiana 70130
(504) 589-7778

Proceedings recorded by mechanical stenography using computer-aided transcription software.

# I N D E X

| | Page |
|---|---|
| Pretrial Orders | 3 |
| Case Management Orders | 5 |
| Proposed Case Management Order 2 | 5 |
| Counsel Contact Information Form | 5 |
| Plaintiff Fact Sheets | 6 |
| Defendant Fact Sheets | 13 |
| Bundling of Complaints/Answers/Responsive Pleadings | 13 |
| Preservation Order | 14 |
| Discovery | 15 |
| Deposition Guidelines | 16 |
| Discovery Issued to Third Parties | 16 |
| State/Federal Coordination | 18 |
| Next Status Conference | 19 |

**PROCEEDINGS**

**(August 4, 2015)**

**THE COURT:** Be seated, please. Good morning, ladies and gentlemen.

Call the case, please.

**THE DEPUTY CLERK:** MDL 2592, In Re: Xarelto Products Liability Litigation.

**THE COURT:** Liaison counsel make their appearance for the record.

**MR. MEUNIER:** Jerry Meunier, co-liaison for plaintiffs.

**MR. IRWIN:** Good morning, Your Honor. Jim Irwin for defendants.

**THE COURT:** We are here today for our monthly status conference. We have a couple hundred people on the phone, so please use the microphones.

I met with liaison lead counsel a moment ago to discuss the proposed agenda with them. I will take it in the order that is listed.

Before I do so, let me recognize Ashley, my law clerk. This is her last meeting with this group. She is now going to move into the real world and go back to New York and practice law there. We will miss her and thank her for all of her work and look forward to her great career.

Let's start with the pretrial orders.

09:06 **MR. MEUNIER:** Your Honor, I know I speak on behalf of all counsel and certainly the PSC in saying Ashley has been a wonderful asset to the system, to this Court, and we wish her the best in her professional endeavors.

Judge, good morning. The first item on the report is a review of pretrial orders. I will just highlight several which have been entered by the Court since the last status conference of July 9, starting with PTO 11B entered by the Court on July 14.

09:07 PTO 11, Judge, as you know, deferred the payment of filing fees for plaintiffs other than the lead plaintiff in bundled or joint complaints.

PTO 11B specifies different scenarios for a case ending or resolving and how those different scenarios affect the responsibility and payment of those deferred filing fees.

PTO 11C, which was entered by the Court on July 14, specifies how plaintiffs' counsel are to handle voluntary motions to dismiss, amendments to complaints, and the filing of summonses in cases served after a bundled or joint complaint is filed.

**THE COURT:** With regard to voluntary dismissals without prejudice, if you voluntarily dismiss, check with the defendants because they are going to have to consent to a voluntary dismissal. They have answered the pleadings, so you

09:08 need the Court's permission for that other than if everybody

09:08 consents. If they don't consent, then that's a problem.

**MR. MEUNIER:** The final pretrial order entered since the last conference is PTO 20, which was entered on June 15, and this regards the format for the production of electronically stored information.

Your Honor, the next item is CMOs. You have entered CMO 1, which deals with a number of topics, some of which will be covered later in the joint report. Both sides have submitted to the Court versions of CMO 2, which we understand the Court is now in the process of considering.

**THE COURT:** Right. I have the input from counsel on CMO 2, and I will be issuing that in the next day or two. I appreciate the work that they have done. Many of the items they have agreed upon; some they have not agreed upon. So they have given me their individual views, and I will prepare CMO 2 and move forward with that.

What I try to do in these cases is to lay what I call some infrastructure so that we have guides and plans, and that's what we have done. The infrastructure is in place now, and we should be moving forward with discovery, bellwether selection, and bellwether trials eventually.

**MR. MEUNIER:** Item 4, Judge, is the counsel contact information form. We appreciate, on behalf of that committee, the continued compliance with that. We continue to receive updated, current, and accurate contact information forms from

09:09 the various attorneys who enter the case and that's very helpful. In fact, it's essential to our management from the plaintiffs' side.

Item 5 is plaintiff fact sheets. There are a few items, Judge, we would like to highlight with respect to the fact sheets.

In context, the data that is uploaded into the MDL Centrality system based on fact sheets becomes increasingly critical as a tool for both sides and for the Court as we now step into the phase of the upcoming CMO 2 and the trial of cases, the discovery pool, etc.

The first thing to mention to the Court is that we are working with BrownGreer to resolve an issue that's come up with respect to plaintiff attorneys who attempt to update or supplement a fact sheet, which is important to do, and at that moment have found their access blocked by virtue of the fact that that fact sheet at the time in question is under review by the defendants. I think Jake Woody is participating today by phone and has told us and the Court that he has committed himself to BrownGreer making an arrangement that will prevent that from happening.

We understand from information received this morning that there are just over 800 fact sheets submitted, an additional 700 or so in process, meaning that there are a total of over 1,500 fact sheets that are currently working through

the system.

I think there's a value in referring now to some issues dealing with deficiencies and fact sheets, and I think Ms. Sharko is going to mention that to the Court.

**MS. SHARKO:** Yes. Thank you. Susan Sharko for Janssen.

So of the 800-and-some plaintiff fact sheets that have been submitted, we have looked at 742 for what we call core deficiencies. Our deficiency process is a two-step process. So if there are a lot of deficiencies, you will ultimately get two letters from us.

About 75 percent of the fact sheets have some what we call core deficiencies, so I thought it would be helpful if I outlined the top five for people so that they can go back and look at the fact sheets, because it's so important to get this information so that we can use MDL Centrality.

The first one is failure to submit proof of a Xarelto prescription. That's mandatory. Over 10 percent of people haven't done that.

The second is failure to submit any medical records evidencing the alleged injury. Many people haven't submitted those. Other people have submitted records, but they don't show an event. So we would urge you to please get those records in.

The third is failure to submit medical record

09:12 authorizations; again, mandatory, and we really need that. 24 percent of the ones we have looked at so far don't have authorizations.

The fourth is signing the PFS. Please have your client sign the PFS. Otherwise, it's just a document.

And then the fifth is identification of the prescriber and a treating physician. That's really important because the way the defense fact sheet works is we will give you certain information for a prescriber and a treater, but you have to identify who they are for us in the proper place. You can't say "see medical group" or "see above" because we can't get this information for a medical group. So please go back and identify a treater and a prescriber so we can get you what you are entitled to under the DFS.

**THE COURT:** Fine. Thank you. Let me reinforce that.

In these cases the problem that is faced is that we have to create mechanisms that go outside of the traditional discovery vehicles. These cases don't work well with the traditional interrogatories.

Interrogatories are questions designed and asked by attorneys, and they are designed and answered by attorneys. So the attorney who asks wants everything from the beginning of time, and the attorney who answers doesn't want to give anything, so as a result it creates a lot of motion practice. When you are dealing with thousands and thousands of cases, you

get tied up with motion practice that stops everything from
moving and cases just linger like asbestos has lingered for
30 years.

So we create different methods of giving and
exchanging information.  The one that's been most helpful are
the fact sheets, plaintiff fact sheets and defendant fact
sheets.  We sometimes call them profile forms, but they are
fact sheets.  They are designed to give information to each
side quickly and efficiently.  What we are doing with this
MDL Centrality is that now we are doing them online and they
are being digitized, and so we can then drill down and collect
and massage these documents a little bit more.

The first is going to be to see whether or not
there are people who are in this litigation that perhaps ought
not to be in the litigation.  They may not have taken Xarelto,
and that will show up on the fact sheet.  If that shows up on
the fact sheet, then soon I'm going to be ordering them into
court to show why their case should not be dismissed.  If they
haven't taken the drug, they ought not be here.  If they have
taken the drug, then that's something else.  Those fact sheets
will show that.

It's to everybody's benefit that the matter gets
culled out.  I don't think plaintiffs or defendants want to
have in this case people who haven't even taken the drug.  That
just contaminates the whole process, and it doesn't help

09:16 anybody. So this will give us information to that extent, and it also has an opportunity to allow us, as quickly as possible, to decide on the bellwether trials.

The process that we are going to deal with in selecting the bellwether trials is that we are going to, first of all, select a discovery pool. In this courthouse now we have 1,300 cases that have been filed, so it looks like we will have thousands of cases. It's not fair to the parties, particularly it's not fair to the defendants, to have them pick bellwether cases when they know nothing about the case. The concept is to see whether or not we can pick bellwether cases that have some informational aspect.

We are going to pick a discovery pool of cases. The plaintiffs will pick 10, the defendants will pick 10, and we will pick 20 randomly. We will get a 40-case discovery pool. Hopefully that discovery pool will, as much as possible, represent the census as a whole. Then the parties will drill down and discover those 40 cases. Each side will discover the cases and take the depositions necessary to enlighten them on those cases. From those cases they will then pick the bellwether cases.

We are going to pick at least four bellwether cases. I have some trial dates already assigned. We will try the first two in New Orleans and perhaps one in Houston and perhaps one in Mississippi. That's the present schedule. We

may have to massage that, but at least that's our goal. That's how we are going to go about it.

That's why these fact sheets are so important because they are your entrance to the bellwether pool. If you want your case tried, it's important that you fill out the fact sheets. If you don't, you are not going to be able to get in the discovery pool. If you are not in the discovery pool, you won't be eligible for bellwether trials.

**MR. IRWIN:** One other topic, Your Honor, with respect to the plaintiff fact sheets, and this has to do with the status of extension requests.

We have a deadline of July 3 for the cases that were filed timely before CMO 1 was entered. We were faced with about 131 PFS extension requests very shortly before the July 3 deadline. We had to be careful about what we agreed to. We agreed to five. With the obligations that we all have to be getting ready for these trials, we had to be very careful about granting extensions.

One motion has been filed by The Cochran Firm and it is submitted to Your Honor. I understand it's under advisement. It involves six cases. These are all filed in 2015: The *Jones* case, No. 252; the *Manning* case, No. 1037; the McLeod case, No. 71; the *Porterfield* case, No. 11; the *Culpepper* case, No. 498; and the *McMillan* case, No. 19. That is the status presently of the PFS extension requests

informally and of the motion that's under advisement to Your Honor.

**THE COURT:** Let's watch the extensions. We are really trying to move this case fast. Everybody is going to have to just get with it. If you don't, then recognize that you are not going to be eligible for the discovery pool and you will be left outside. Extensions are very, very hard to come by.

**MR. MEUNIER:** I guess, Your Honor, a final comment that we have already discussed with the Court and opposing counsel on fact sheets has to do with medical records. The fact sheets contain a lot of important information. As the Court is aware, the medical records, which are then obtained through authorizations executed by the plaintiff, really allow both sides to become educated and decide whether that's a representative case for the discovery pool, etc. So we have talked to the defendants about trying to streamline obtaining medical records by using the same vendor that the defendants are in contact with.

When they make those arrangements final with the vendor for the reproduction of medical records, the understanding is that we will be given the identity and contact information for that same vendor. We will, at our cost, make arrangements so that when that vendor produces medical records to the defendants' side, it will be simultaneously possible for

there to be a production to our side, so that both sides can be reviewing the records without delay in this process of deciding whether that case is a suitable selection for the discovery pool.

**THE COURT:** Also, I might say that from the standpoint of the attorneys, the contract attorneys who are representing the individuals themselves, that it's helpful if you keep in touch with the PSC so that you can give them the records. They can have at least two opportunities to get the records: (1) directly from you; and (2) from the defendants' vendor.

**MR. MEUNIER:** Your Honor, we probably will send out an e-mail to plaintiffs' counsel to emphasize the importance of that.

Nothing really to discuss about defendant fact sheets, which is Item 6 on the report.

Item 7, dealing with bundling of complaints and responsive pleadings, we did reach an agreement with counsel for Bayer that when service rejection letters are issued pursuant to PTO 10 in cases where Bayer Pharma AG has not been properly served, that it's understood and agreed that the service rejection letters in question can issue from outside counsel for Bayer. We are not going to require that the letters come from in-house or Bayer employees.

Judge, on Item 8, preservation --

09:23 **MR. IRWIN:** Excuse me.

09:23 **MR. MEUNIER:** I'm sorry.

09:23 **MR. IRWIN:** Your Honor, eight Rule 41 motions to dismiss without prejudice were filed. This is reported in paragraph 7, I believe. Our method of handling these is to speak to plaintiff counsel to try to explore the reasons for the motions. That has resulted in three of the motions being converted to stipulations of dismissal with prejudice.

09:24 One of those is the *Viard* case. That's 15-1145. Another one is *Wagner*, 15-344. I'm informed this morning that Kanserski, 15-1595, will also be dismissed by stipulation with prejudice. Another case, the *Sitton* case, which is 15-2368, the motion to dismiss without prejudice is being withdrawn. I'm not sure that's been filed yet.

09:24 There are three that have been submitted to Your Honor on motion, and we have filed opposition briefs to them. We have given the names of the plaintiff counsel to Mr. Barr, who is going to call those lawyers and find out whether or not they want oral argument on that motion. Those cases are *Perry*, which is 15-2153, *Samford*, 15-1327, and Newkirk, 15-2593.

09:25 **THE COURT:** Okay. Thank you very much.

09:25 Anything on the preservation order?

09:25 **MR. MEUNIER:** Only to report, Judge, that we did on July 15 and 16 conduct the 30(b)(6) depositions of Janssen and

Bayer, which will further clarify issues that have remained with respect to ESI production.

On Item 9, discovery, the Court has helpfully scheduled biweekly telephone conferences with us to give us an opportunity to report to you on discovery issues that we have and get the Court's feedback and guidance on that. That's been a very helpful process. We had our first biweekly conference with Your Honor.

As a result of that conference, you gave the PSC until yesterday to file a memo in response to what the defendants had filed on the issue of document production. I understand this morning that the defendants wish to file a brief surreply, if you will, or further statement for the record, and that then Your Honor will be in a position to help the parties get through the issue of document production, which obviously is a predicate to so much that needs to be covered in CMO 2 and in the discovery and trial phase of the case.

**THE COURT:** What we have done with discovery is that the discovery is ongoing now. Rather than have a plethora of motions, I meet with the parties by telephone with a court reporter present. We meet every two weeks, more frequently if necessary, but it's scheduled for every two weeks. I will hear any discovery conflicts or potential conflicts or anticipated conflicts that they may see coming down the road. I hear from each side, I make a ruling on it, and we move on.

09:27 I think we have to be conscious of the fact that we are going to have discovery disputes. That's the nature of the game. I don't want to just have the whole case stopped while we are dealing with discovery disputes. I deal with discovery, for the most part, myself. If an issue of law is necessary to be briefed or to be discussed, then I will take briefs on it and rule.

Ordinarily it's not necessary for me to do that. I'm aware of the case. I keep up with the case. So I hear from the other side, and I'm able to dictate my ruling immediately so that we can move on with it. That's what we have been doing.

Anything on deposition guidelines?

**MR. MEUNIER:** Your Honor, we are negotiating and very close to agreement with defendants on submitting a joint proposed pretrial order on deposition guidelines, which among other things will address the important question of coordination with state court counsel and the taking of depositions that involve witnesses in all litigation.

Item 11, discovery to third parties, as you know, there is an issue with respect to the FDA. The PSC issued a subpoena for the production of material from the FDA. We have been told that the FDA is certainly in a position to produce and has, in fact, started to produce those documents which are purely internal FDA documents subject to the

09:28 subpoena.

The issue arises with respect to those documents the FDA possesses which would be responsive to the subpoena but which also include communications with the defendants. Much of that may have already been and probably already has been produced by the defendants to the PSC, so there's an issue about duplication and overlap. On the other hand, it's important to the PSC to know exactly what's in that category of documents to get a full and complete production under the subpoena.

Pursuant to discussions this morning, as I understand the process going forward, we will next make a further effort to contact a spokesman for the FDA with respect to this subpoena. We appreciate the Court being willing to be on standby should we have difficulty or delay in that regard because this is obviously a critical predicate to further discovery needed in the case.

Once we, as the PSC, directly hear from the FDA what exactly it is that they have in that category I mentioned, then I believe the next step is probably going to involve a conference with not just the FDA but counsel for the defendants to try to work out a protocol that allows us to get the material, allows the defendants to mark whatever they consider to be confidential, subject to some protective order or privilege log, and finally, of course, the production of what

we can get.

So we have the telephone conference with the Court set up this week. I think this is probably the most pressing discovery issue right now on the agenda, so we will make every effort to reach out to the FDA. If we cannot move that along satisfactorily, we will have to involve the Court in that discussion.

**THE COURT:** Yes. The issue is often times presented. In the first place, there's some potential privileged documents in there, so the defendant has to have input on it and view the documents first, but there's also just the bureaucracy involved. Occasionally it's helpful, if some difficulty arises, that the Court get involved. I will get involved and talk with the U.S. attorney here. We will see what the problem is and whether I can be of any assistance in dealing with that particular problem.

**MR. MEUNIER:** State/federal coordination is next. I think Ms. Barrios is here to report.

**MS. BARRIOS:** Dawn Barrios for the state/federal committee. I would like to join Mr. Meunier in thanking Ashley. She has been a great help to me personally, and I know to the whole PSC, on getting information that is necessary to move the case forward.

Your Honor, statistically we have the following number of cases: In Idaho there's one, in Indiana two,

Missouri two, New Jersey six, and Pennsylvania 283, for a total outside the MDL of 294.

**THE COURT:** Where are most of them, Dawn?

**MS. BARRIOS:** Philly. I have a report from Philly because they couldn't be here today. They asked me to report that the discovery stay has been lifted, that they are waiting on discovery responses from the defendants. The defendants are producing documents, just as they are in your Court, and the plaintiffs are preparing their response to the defendants' *forum non conveniens* motion.

I would like to also let the Court know of our activities. We now have a procedure in place where the committee members will contact all the attorneys outside of the MDL. We have a provision in place, when a notice of deposition comes out, to contact them as well.

I wanted to know if Your Honor would like me to communicate with the state court judges just to tell them of the status conference and give them the phone number?

**THE COURT:** Yes, I think so, if you would, and then give me their numbers, too, so I can talk to them.

**MS. BARRIOS:** It's on that chart I gave to Ashley. Thank you, Your Honor.

**THE COURT:** Thank you very much.

**MR. MEUNIER:** The only matter remaining, Your Honor, is the next status conference, which for September is

09:32 September 17.

09:32 **THE COURT:** September 17 is the next one and October 21 thereafter.

09:32 Anything from anyone in the audience that needs to be talked about?

09:33 Okay. Thank you very much. I'll see you next time.

09:33 **THE DEPUTY CLERK:** All rise.

09:33 (Proceedings adjourned.)

09:33 * * *

**CERTIFICATE**

I, Toni Doyle Tusa, CCR, FCRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of proceedings in the above-entitled matter.

*s/ Toni Doyle Tusa*
Toni Doyle Tusa, CCR, FCRR
Official Court Reporter

0

07932 [1] 1/20

1

1,300 [1] 10/7
1,500 [1] 6/25
10 [3] 10/14 10/14 13/20
10 percent [1] 7/18
1037 [1] 11/22
11 [3] 4/10 11/23 16/20
1100 [1] 1/14
1145 [1] 14/9
11B [2] 4/8 4/13
11C [1] 4/16
131 [1] 11/14
1327 [1] 14/20
14 [2] 4/9 4/17
14-MD-2592 [1] 1/4
15 [2] 5/3 14/25
15-1145 [1] 14/9
15-1327 [1] 14/20
15-1595 [1] 14/11
15-2153 [1] 14/20
15-2368 [1] 14/12
15-2593 [1] 14/21
15-344 [1] 14/10
1595 [1] 14/11
16 [1] 14/25
17 [2] 20/1 20/2
19 [1] 11/24

2

20 [2] 5/3 10/15
2015 [3] 1/7 3/2 11/22
21 [1] 20/3
2153 [1] 14/20
2368 [1] 14/12
24 percent [1] 8/2
252 [1] 11/22
2592 [2] 1/4 3/6
2593 [1] 14/21
2700 [1] 1/17
275 [1] 1/21
2800 [1] 1/14
283 [1] 19/1
294 [1] 19/2

3

30 [1] 14/25
30 years [1] 9/3
344 [1] 14/10

4

40 [1] 10/18
40-case [1] 10/15
400 [1] 1/17
41 [1] 14/3
498 [1] 11/24

5

500 [2] 1/19 1/21
504 [1] 1/22
589-7778 [1] 1/22

7

700 [1] 6/24
70130 [2] 1/17 1/22
70163 [1] 1/14
71 [1] 11/23
742 [1] 7/8
75 percent [1] 7/12
7778 [1] 1/22

8

800 [1] 6/23
800-and-some [1] 7/7

A

ability [1] 20/15
able [2] 11/6 16/10
about [10] 7/12 10/10 11/2 11/14 11/15 11/17 12/17 13/15 17/7 20/5
above [2] 8/11 20/16
above-entitled [1] 20/16
access [1] 6/16
accurate [1] 5/25
activities [1] 19/12
additional [1] 6/24
address [1] 16/17
adjourned [1] 20/9
advisement [2] 11/21 12/1
affect [1] 4/14
after [1] 4/19
AG [1] 13/20
again [1] 8/1
agenda [2] 3/18 18/4
ago [1] 3/17
agreed [5] 5/14 5/14 11/15 11/16 13/21
agreement [2] 13/18 16/15
aided [1] 1/25
all [9] 1/6 3/23 4/2 10/6 11/16 11/21 16/19 19/13 20/8
alleged [1] 7/21
allow [2] 10/2 12/14
allows [2] 17/22 17/23
along [1] 18/6
already [4] 10/23 12/10 17/5 17/5
also [6] 10/2 13/5 14/11 17/4 18/11 19/11
amendments [1] 4/18
among [1] 16/16
Another [2] 14/10 14/12
answered [2] 4/24 8/21
answers [1] 8/23
anticipated [1] 15/23
any [3] 7/20 15/23 18/15
anybody [1] 10/1
anyone [1] 20/4
anything [4] 8/24 14/23 16/13 20/4
appearance [1] 3/8
Appearances [1] 1/11
appreciate [3] 5/13 5/23 17/14
are [51]
argument [1] 14/19
arises [2] 17/2 18/13
arrangement [1] 6/20
arrangements [2] 12/20 12/24
as [16] 4/10 6/9 6/9 8/24 10/2 10/2 10/16 10/16 10/17 12/12 15/9 16/20 17/11 17/18 19/8 19/15
asbestos [1] 9/2
Ashley [4] 3/20 4/2 18/21 19/21
asked [2] 8/20 19/5
asks [1] 8/22
aspect [1] 10/12
asset [1] 4/3
assigned [1] 10/23
assistance [1] 18/15
at [9] 6/15 6/17 7/8 7/15 8/2 10/22 11/1 12/23 13/9
attempt [1] 6/14
attorney [3] 8/22 8/23 18/14
attorneys [7] 6/1 6/14 8/21 8/21 13/6 13/6 19/13
audience [1] 20/4
August [2] 1/7 3/2
authorizations [3] 8/1 8/3 12/14
aware [2] 12/13 16/9

B

B-275 [1] 1/21
back [3] 3/22 7/15 8/12
Barr [1] 14/18
Barrios [2] 18/18 18/19
based [1] 6/8
Bayer [5] 13/19 13/20 13/23 13/24 15/1
be [33]
because [7] 4/23 7/15 8/8 8/11 11/4 17/16 19/5
become [1] 12/15
becomes [1] 6/8
been [16] 4/2 4/7 7/8 9/5 10/7 11/19 13/20 14/14 14/15 15/6 16/12 16/23 17/5 17/5 18/21 19/6
before [4] 1/9 3/20 11/13 11/14
beginning [1] 8/22
behalf [2] 4/1 5/23
being [4] 9/11 14/7 14/13 17/14
believe [2] 14/5 17/20
bellwether [10] 5/20 5/21 10/3 10/5 10/10 10/11 10/21 10/22 11/4 11/8
benefit [1] 9/22
Benjamin [1] 1/12
best [2] 4/4 20/15
Biddle [1] 1/18
bit [1] 9/12
biweekly [2] 15/4 15/7
blocked [1] 6/16
both [4] 5/8 6/9 12/15 13/1
brief [1] 15/13
briefed [1] 16/6
briefs [2] 14/16 16/7
BrownGreer [2] 6/13 6/20
bundled [2] 4/12 4/19
bundling [1] 13/17
bureaucracy [1] 18/11
but [8] 7/22 8/9 9/7 11/1 15/22 17/3 17/21 18/11

C

call [6] 3/5 5/18 7/9 7/13 9/7 14/18
Campus [1] 1/19
can [13] 7/14 7/16 8/13 9/11 10/11 13/1 13/8 13/9 13/22 16/11 18/1 18/15 19/20
can't [2] 8/11 8/11
cannot [1] 18/5
career [1] 3/24
careful [2] 11/15 11/17
case [27]
cases [24]
category [2] 17/8 17/19
CCR [3] 1/21 20/12 20/19
census [1] 10/17
Centrality [3] 6/8 7/16 9/10
certain [1] 8/9
certainly [2] 4/2 16/23
CERTIFICATE [1] 20/11
certify [1] 20/14
chart [1] 19/21
check [1] 4/22
clarify [1] 15/1
clerk [1] 3/21
client [1] 8/5
close [1] 16/15
CMO [7] 5/7 5/9 5/12 5/15 6/10 11/13 15/17
CMO 1 [1] 11/13
CMO 2 [5] 5/9 5/12 5/15 6/10 15/17

C

CMOs [1] 5/6
co [1] 3/10
co-liaison [1] 3/10
Cochran [1] 11/19
collect [1] 9/11
come [3] 6/13 12/7 13/24
comes [1] 19/15
coming [1] 15/24
comment [1] 12/9
committed [1] 6/19
committee [3] 5/23 18/20 19/13
communicate [1] 19/17
communications [1] 17/4
complaint [1] 4/20
complaints [3] 4/12 4/18 13/17
complete [1] 17/9
compliance [1] 5/24
computer [1] 1/25
computer-aided [1] 1/25
concept [1] 10/11
conduct [1] 14/25
conference [10] 1/9 3/15 4/8 5/3 15/7 15/9 17/21 18/2 19/18 19/25
conferences [1] 15/4
confidential [1] 17/24
conflicts [3] 15/23 15/23 15/24
conscious [1] 16/1
consent [2] 4/23 5/1
consents [1] 5/1
consider [1] 17/23
considering [1] 5/10
contact [7] 5/22 5/25 12/19 12/22 17/13 19/13 19/15
contain [1] 12/12
contaminates [1] 9/25
context [1] 6/7
continue [1] 5/24
continued [1] 5/24
contract [1] 13/6
conveniens [1] 19/10
converted [1] 14/8
coordination [2] 16/18 18/17
core [2] 7/9 7/13
correct [1] 20/14
cost [1] 12/23
couldn't [1] 19/5
counsel [14] 3/8 3/17 4/2 4/17 5/11 5/22 12/11 13/13 13/18 13/23 14/6 14/17 16/18 17/21
couple [1] 3/15
course [1] 17/25
court [28]
Court's [2] 4/25 15/6
courthouse [1] 10/6
covered [2] 5/8 15/16
create [2] 8/17 9/4
creates [1] 8/24
critical [2] 6/9 17/16
culled [1] 9/23
Culpepper [1] 11/24
current [1] 5/25
currently [1] 6/25

D

data [1] 6/7
dates [1] 10/23
David [1] 1/12
Dawn [2] 18/19 19/3
day [1] 5/12
deadline [2] 11/12 11/15
deal [2] 10/4 16/4
dealing [5] 7/3 8/25 13/17 16/4 18/15
deals [1] 5/7
decide [2] 10/3 12/15
deciding [1] 13/2
defendant [3] 9/6 13/15 18/10
defendants [19] 1/15 1/18 3/13 4/23 6/18 9/23 10/9 10/14 12/17 12/18 15/11 15/12 16/15 17/4 17/6 17/21 17/23 19/7 19/7
defendants' [3] 12/25 13/10 19/9
defense [1] 8/8
deferred [2] 4/10 4/15
deficiencies [4] 7/3 7/9 7/10 7/13
deficiency [1] 7/9
delay [2] 13/2 17/15
deposition [3] 16/13 16/16 19/14
depositions [3] 10/19 14/25 16/19
designed [3] 8/20 8/21 9/8
DFS [1] 8/14
dictate [1] 16/10
did [2] 13/18 14/24
different [3] 4/13 4/14 9/4
difficulty [2] 17/15 18/12
digitized [1] 9/11
directly [2] 13/10 17/18
discover [2] 10/18 10/18
discovery [26]
discuss [2] 3/18 13/15
discussed [2] 12/10 16/6
discussion [1] 18/7
discussions [1] 17/11
dismiss [4] 4/18 4/22 14/4 14/13
dismissal [2] 4/24 14/8
dismissals [1] 4/21
dismissed [2] 9/18 14/11
disputes [2] 16/2 16/4
DISTRICT [5] 1/1 1/2 1/10 20/13 20/13
do [6] 3/20 5/17 6/15 11/10 12/11 16/8
Docket [1] 1/4
document [3] 8/5 15/11 15/15
documents [8] 9/12 16/24 16/25 17/2 17/9 18/9 18/11 19/8
doesn't [2] 8/23 9/25
doing [3] 9/9 9/10 16/12
don't [8] 5/1 7/23 8/2 8/18 9/23 11/6 12/5 16/3
done [4] 5/13 5/19 7/19 15/18
down [3] 9/11 10/18 15/24
Doyle [4] 1/21 20/12 20/19 20/19
drill [2] 9/11 10/17
Drinker [1] 1/18
Drive [1] 1/19
drug [3] 9/19 9/20 9/24
duplication [1] 17/7

E

e-mail [1] 13/13
each [3] 9/8 10/18 15/25
EASTERN [2] 1/2 20/13
educated [1] 12/15
efficiently [1] 9/9
effort [2] 17/13 18/5
eight [1] 14/3
ELDON [1] 1/9
electronically [1] 5/5
eligible [2] 11/8 12/6
else [1] 9/20
emphasize [1] 13/13
employees [1] 13/24
endeavors [1] 4/4
ending [1] 4/14
enlighten [1] 10/19
enter [1] 6/1
entered [7] 4/7 4/8 4/16 5/2 5/3 5/7 16/13
entitled [2] 8/14 20/16
entrance [1] 11/4
ESI [1] 15/2
ESQ [3] 1/13 1/16 1/19
essential [1] 6/2
etc [2] 6/11 12/16
even [1] 9/24
event [1] 7/23
eventually [1] 5/21
every [3] 15/21 15/22 18/5
everybody [2] 4/25 12/4
everybody's [1] 9/22
everything [2] 8/22 9/1
evidencing [1] 7/21
exactly [2] 17/8 17/19
exchanging [1] 9/5
Excuse [1] 14/1
executed [1] 12/14
explore [1] 14/6
extension [3] 11/11 11/14 11/25
extensions [3] 11/18 12/3 12/7
extent [1] 10/1

F

faced [2] 8/16 11/13
fact [29]
failure [3] 7/17 7/20 7/25
fair [2] 10/8 10/9
FALLON [1] 1/9
far [1] 8/2
fast [1] 12/4
FCRR [3] 1/21 20/12 20/19
FDA [9] 16/21 16/22 16/23 16/25 17/3 17/13 17/18 17/21 18/5
federal [2] 18/17 18/19
feedback [1] 15/6
fees [2] 4/11 4/15
few [1] 6/5
fifth [1] 8/6
file [2] 15/10 15/12
filed [9] 4/20 10/7 11/13 11/19 11/21 14/4 14/14 14/16 15/11
filing [3] 4/11 4/15 4/19
fill [1] 11/5
final [3] 5/2 12/9 12/20
finally [1] 17/25
find [1] 14/18
Fine [1] 8/15
Firm [1] 11/19
first [9] 4/5 6/12 7/17 9/13 10/5 10/24 15/7 18/9 18/11
five [2] 7/14 11/16
Florham [1] 1/20
following [1] 18/24
foregoing [1] 20/14
form [1] 5/23
format [1] 5/4
forms [2] 5/25 9/7
forum [1] 19/10
forward [5] 3/24 5/16 5/20 17/12 18/23
found [1] 6/16
four [1] 10/22
fourth [1] 8/4
frequently [1] 15/21
Fritchie [1] 1/15
full [1] 17/9
further [4] 15/1 15/13 17/13 17/16

G

Gainsburgh [1] 1/12
game [1] 16/3

G

gave [2] 15/9 19/21
gentlemen [1] 3/4
GERALD [1] 1/13
get [17] 7/11 7/16 7/23 8/12 8/13 9/1 10/15 11/6 12/5 13/9 15/6 15/15 17/9 17/22 18/1 18/13 18/13
gets [1] 9/22
getting [2] 11/17 18/22
give [8] 8/8 8/23 9/8 10/1 13/8 15/4 19/18 19/20
given [3] 5/15 12/22 14/17
giving [1] 9/4
go [5] 3/22 7/15 8/12 8/17 11/2
goal [1] 11/1
going [18] 3/22 4/23 7/4 9/13 9/17 10/4 10/5 10/13 10/22 11/2 11/6 12/4 12/6 13/23 14/18 16/2 17/12 17/20
good [3] 3/3 3/12 4/5
granting [1] 11/18
great [2] 3/24 18/21
group [3] 3/21 8/11 8/12
guess [1] 12/9
guidance [1] 15/6
guidelines [2] 16/13 16/16
guides [1] 5/18

H

had [4] 11/15 11/17 15/7 15/11
hand [1] 17/7
handle [1] 4/17
handling [1] 14/5
happening [1] 6/21
hard [1] 12/7
has [16] 4/2 6/19 6/19 9/2 10/2 11/10 11/19 12/11 13/20 14/7 15/3 16/24 17/5 18/10 18/21 19/6
have [61]
haven't [4] 7/19 7/21 9/19 9/24
he [1] 6/19
hear [4] 15/22 15/24 16/9 17/18
help [3] 9/25 15/14 18/21
helpful [6] 6/2 7/14 9/5 13/7 15/7 18/12
helpfully [1] 15/3
her [7] 3/21 3/23 3/23 3/24 3/24 4/3 4/4
here [5] 3/14 9/19 18/14 18/18 19/5
highlight [2] 4/6 6/5
himself [1] 6/20
Honor [17] 3/12 4/1 5/6 11/9 11/20 12/2 12/9 13/12 14/3 14/16 15/8 15/14 16/14 18/24 19/16 19/22 19/24
HONORABLE [1] 1/9
Hopefully [1] 10/16
house [1] 13/24
Houston [1] 10/24
how [3] 4/14 4/17 11/2
hundred [1] 3/15

I

I'll [1] 20/6
I'm [6] 9/17 14/2 14/10 14/14 16/9 16/10
Idaho [1] 18/25
identification [1] 8/6
identify [2] 8/10 8/13
identity [1] 12/22
if [20] 4/22 4/25 5/1 7/10 7/14 9/16 9/18 9/19 11/4 11/6 11/7 12/5 13/7 15/13 15/21 16/5 18/5 18/12 19/16 19/19
immediately [1] 16/11
importance [1] 13/13
important [8] 6/15 7/15 8/7 11/3 11/5 12/12 16/17 17/8
in [62]
In Re [1] 3/6
in-house [1] 13/24
include [1] 17/4
increasingly [1] 6/8
Indiana [1] 18/25
individual [1] 5/15
individuals [1] 13/7
informally [1] 12/1
information [13] 5/5 5/23 5/25 6/22 7/16 8/9 8/12 9/5 9/8 10/1 12/12 12/23 18/22
informational [1] 10/12
informed [1] 14/10
infrastructure [2] 5/18 5/19
injury [1] 7/21
input [2] 5/11 18/10
internal [1] 16/25
interrogatories [2] 8/19 8/20
into [4] 3/22 6/7 6/10 9/17
involve [3] 16/19 17/20 18/6
involved [3] 18/12 18/13 18/13
involves [1] 11/21
Irwin [3] 1/15 1/16 3/12
is [65]
issue [10] 6/13 13/22 15/11 15/15 16/5 16/21 17/2 17/6 18/4 18/8
issued [2] 13/19 16/22
issues [3] 7/3 15/1 15/5
issuing [1] 5/12
it [16] 3/18 7/13 8/24 9/25 10/2 10/7 11/2 11/20 11/21 12/5 12/25 15/25 16/7 16/11 17/19 18/10
it's [15] 6/2 7/15 8/5 9/22 10/8 10/9 11/5 11/20 13/7 13/21 15/22 16/8 17/7 18/12 19/21
item [9] 4/5 5/6 5/22 6/4 13/16 13/17 13/25 15/3 16/20
items [2] 5/13 6/5

J

Jake [1] 6/18
JAMES [1] 1/16
Janssen [2] 7/6 14/25
Jerry [1] 3/10
Jersey [2] 1/20 19/1
Jim [1] 3/12
join [1] 18/20
joint [4] 4/12 4/19 5/8 16/15
Jones [1] 11/22
JUDGE [7] 1/10 4/5 4/10 5/22 6/5 13/25 14/24
judges [1] 19/17
July [6] 4/8 4/9 4/17 11/12 11/14 14/25
July 14 [2] 4/9 4/17
July 15 [1] 14/25
July 3 [2] 11/12 11/14
July 9 [1] 4/8
June [1] 5/3
June 15 [1] 5/3
just [11] 4/6 6/23 8/5 9/2 9/25 12/5 16/3 17/21 18/11 19/8 19/17

K

Kanserski [1] 14/11
keep [2] 13/8 16/9
know [8] 4/1 4/10 10/10 16/21 17/8 18/21 19/11 19/16

L

ladies [1] 3/3
last [3] 3/21 4/7 5/3
later [1] 5/8
law [3] 3/20 3/23 16/5
lawyers [1] 14/18
lay [1] 5/17
lead [2] 3/17 4/11
least [3] 10/22 11/1 13/9
left [1] 12/7
let [3] 3/20 8/15 19/11
Let's [2] 3/25 12/3
letters [4] 7/11 13/19 13/22 13/24
LIABILITY [2] 1/4 3/7
liaison [3] 3/8 3/10 3/17
lifted [1] 19/6
like [6] 6/5 9/2 10/7 18/20 19/11 19/16
linger [1] 9/2
lingered [1] 9/2
listed [1] 3/19
litigation [5] 1/4 3/7 9/14 9/15 16/19
little [1] 9/12
LLC [2] 1/13 1/16
LLP [1] 1/18
log [1] 17/25
look [2] 3/24 7/15
looked [2] 7/8 8/2
looks [1] 10/7
lot [3] 7/10 8/24 12/12
LOUISIANA [6] 1/2 1/6 1/14 1/17 1/22 20/14

M

mail [1] 13/13
make [6] 3/8 12/20 12/23 15/25 17/12 18/5
making [1] 6/20
management [2] 2/5 6/2
mandatory [2] 7/18 8/1
Manning [1] 11/22
Many [2] 5/13 7/21
mark [1] 17/23
massage [2] 9/12 11/1
material [2] 16/22 17/23
matter [3] 9/22 19/24 20/16
may [4] 9/15 11/1 15/24 17/5
McLeod [1] 11/23
McMillan [1] 11/24
MD [1] 1/4
MDL [6] 3/6 6/8 7/16 9/10 19/2 19/14
MDL Centrality [1] 9/10
me [9] 3/20 5/15 8/15 14/1 16/8 18/21 19/5 19/16 19/20
meaning [1] 6/24
mechanical [1] 1/24
mechanisms [1] 8/17
medical [9] 7/20 7/25 8/11 8/12 12/11 12/13 12/18 12/21 12/24
meet [2] 15/20 15/21
meeting [1] 3/21
members [1] 19/13
memo [1] 15/10
mention [2] 6/12 7/4
mentioned [1] 17/19
met [1] 3/17
method [1] 14/5
methods [1] 9/4
Meunier [4] 1/12 1/13 3/10 18/20
microphones [1] 3/16
might [1] 13/5
miss [1] 3/23
Mississippi [1] 10/25
Missouri [1] 19/1
moment [2] 3/17 6/16
monthly [1] 3/14
Moore [1] 1/16
more [2] 9/12 15/21
morning [7] 3/3 3/12 4/5 6/23 14/10

## M

morning... [2] 15/12 17/11
most [4] 9/5 16/5 18/3 19/3
motion [8] 8/24 9/1 11/19 12/1 14/13 14/16 14/19 19/10
motions [5] 4/18 14/3 14/7 14/7 15/20
move [7] 3/22 5/16 12/4 15/25 16/11 18/5 18/23
moving [2] 5/20 9/2
Mr. [2] 14/18 18/20
Mr. Barr [1] 14/18
Mr. Meunier [1] 18/20
Ms. [2] 7/4 18/18
Ms. Barrios [1] 18/18
Ms. Sharko [1] 7/4
much [6] 10/16 14/22 15/16 17/4 19/23 20/6
my [3] 3/20 16/10 20/15
myself [1] 16/5

## N

names [1] 14/17
nature [1] 16/2
necessary [5] 10/19 15/22 16/6 16/8 18/22
need [2] 4/25 8/1
needed [1] 17/17
needs [2] 15/16 20/4
negotiating [1] 16/14
New [8] 1/6 1/14 1/17 1/20 1/22 3/22 10/24 19/1
New Jersey [1] 19/1
New Orleans [1] 10/24
New York [1] 3/22
Newkirk [1] 14/21
next [8] 5/6 5/12 17/12 17/20 18/17 19/25 20/2 20/6
No [3] 11/22 11/22 11/23
No. [3] 11/23 11/24 11/24
No. 11 [1] 11/23
No. 19 [1] 11/24
No. 498 [1] 11/24
non [1] 19/10
not [18] 5/14 9/13 9/15 9/15 9/18 9/19 10/8 10/9 10/11 11/6 11/7 12/6 13/20 13/23 14/14 14/19 16/8 17/21
nothing [2] 10/10 13/15
notice [1] 19/14
now [10] 3/21 5/10 5/19 6/9 7/2 9/10 10/6 15/19 18/4 19/12
number [3] 5/7 18/25 19/18
numbers [1] 19/20

## O

obligations [1] 11/16
obtained [1] 12/13
obtaining [1] 12/17
obviously [2] 15/16 17/16
Occasionally [1] 18/12
October [1] 20/3
October 21 [1] 20/3
Official [3] 1/21 20/12 20/20
often [1] 18/8
Okay [2] 14/22 20/6
on [38]
Once [1] 17/18
one [10] 7/17 9/5 10/24 10/25 11/9 11/19 14/9 14/10 18/25 20/2
ones [1] 8/2
ongoing [1] 15/19
online [1] 9/10
only [2] 14/24 19/24
opportunities [1] 13/9
opportunity [2] 10/2 15/15
opposing [1] 12/10
opposition [1] 14/16
or [18] 4/12 4/14 4/19 5/12 6/14 6/24 8/11 9/13 9/23 10/11 13/24 14/19 15/13 15/23 15/23 16/6 17/15 17/24
oral [1] 14/19
order [6] 2/5 3/19 5/2 14/23 16/16 17/24
ordering [1] 9/17
orders [2] 3/25 4/6
Ordinarily [1] 16/8
Orleans [5] 1/6 1/14 1/17 1/22 10/24
other [7] 4/11 4/25 7/22 11/9 16/10 16/17 17/7
Otherwise [1] 8/5
ought [2] 9/14 9/19
our [9] 3/14 6/2 7/9 11/1 12/23 13/1 14/5 15/7 19/11
out [7] 9/23 11/5 13/12 14/18 17/22 18/5 19/15
outlined [1] 7/14
outside [5] 8/17 12/7 13/22 19/2 19/13
over [3] 6/23 6/25 7/18
overlap [1] 17/7

## P

Page [1] 2/2
paragraph [1] 14/5
Park [1] 1/20
part [1] 16/5
participating [1] 6/18
particular [1] 18/16
particularly [1] 10/9
parties [5] 10/8 10/17 15/15 15/20 16/20
payment [2] 4/10 4/15
Pennsylvania [1] 19/1
people [7] 3/15 7/14 7/19 7/21 7/22 9/14 9/24
percent [3] 7/12 7/18 8/2
perhaps [3] 9/14 10/24 10/25
permission [1] 4/25
Perry [1] 14/20
personally [1] 18/21
PFS [4] 8/4 8/5 11/14 11/25
Pharma [1] 13/20
phase [2] 6/10 15/17
Philly [2] 19/4 19/4
phone [3] 3/15 6/19 19/18
physician [1] 8/7
pick [8] 10/9 10/11 10/13 10/14 10/14 10/15 10/20 10/22
place [5] 5/19 8/10 18/9 19/12 19/14
plaintiff [9] 4/11 6/4 6/14 7/7 9/6 11/10 12/14 14/6 14/17
plaintiffs [6] 1/12 3/11 4/11 9/23 10/14 19/9
plaintiffs' [3] 4/17 6/3 13/13
plans [1] 5/18
pleadings [2] 4/24 13/18
please [6] 3/3 3/5 3/16 7/23 8/4 8/12
plethora [1] 15/19
pool [11] 6/11 10/6 10/13 10/16 10/16 11/4 11/7 11/7 12/6 12/16 13/4
Porterfield [1] 11/23
position [2] 15/14 16/23
possesses [1] 17/3
possible [3] 10/2 10/16 12/25
potential [2] 15/23 18/9
Poydras [3] 1/14 1/17 1/21
practice [3] 3/23 8/24 9/1
predicate [2] 15/16 17/16
prejudice [5] 4/22 14/4 14/8 14/12 14/13
prepare [1] 5/15
preparing [1] 19/9
prescriber [3] 8/7 8/9 8/13
prescription [1] 7/18
present [2] 10/25 15/21
presented [1] 18/8
presently [1] 11/25
preservation [2] 13/25 14/23
pressing [1] 18/4
pretrial [4] 3/25 4/6 5/2 16/16
prevent [1] 6/20
privilege [1] 17/25
privileged [1] 18/9
probably [4] 13/12 17/5 17/20 18/3
problem [4] 5/1 8/16 18/14 18/16
procedure [1] 19/12
proceedings [4] 1/24 3/1 20/9 20/16
process [9] 5/10 6/24 7/9 7/10 9/25 10/4 13/2 15/7 17/12
produce [2] 16/24 16/24
produced [1] 17/6
produces [1] 12/24
producing [1] 19/8
production [8] 5/4 13/1 15/2 15/11 15/15 16/22 17/9 17/25
PRODUCTS [2] 1/4 3/6
professional [1] 4/4
profile [1] 9/7
proof [1] 7/17
proper [1] 8/10
properly [1] 13/21
proposed [3] 2/5 3/18 16/16
protective [1] 17/24
protocol [1] 17/22
provision [1] 19/14
PSC [8] 4/2 13/8 15/9 16/21 17/6 17/8 17/18 18/22
PTO [6] 4/8 4/10 4/13 4/16 5/3 13/20
PTO 10 [1] 13/20
PTO 11 [1] 4/10
PTO 11B [2] 4/8 4/13
PTO 11C [1] 4/16
PTO 20 [1] 5/3
purely [1] 16/25
pursuant [2] 13/20 17/11

## Q

question [3] 6/17 13/22 16/17
questions [1] 8/20
quickly [2] 9/9 10/2

## R

randomly [1] 10/15
Rather [1] 15/19
RE [2] 1/4 3/6
reach [2] 13/18 18/5
ready [1] 11/17
real [1] 3/22
really [5] 8/1 8/7 12/4 12/14 13/15
reasons [1] 14/6
Reath [1] 1/18
receive [1] 5/24
received [1] 6/22
recognize [2] 3/20 12/5
record [4] 3/9 7/25 15/14 20/16
recorded [1] 1/24
records [11] 7/21 7/22 7/24 12/11 12/13 12/18 12/21 12/24 13/2 13/9 13/10
referring [1] 7/2
regard [2] 4/21 17/15
regards [1] 5/4
reinforce [1] 8/15
rejection [2] 13/19 13/22

R

Relates [1] 1/6
remained [1] 15/1
remaining [1] 19/24
report [8] 4/6 5/8 13/16 14/24 15/5 18/18 19/4 19/5
reported [1] 14/4
reporter [4] 1/21 15/21 20/13 20/20
represent [1] 10/17
representative [1] 12/16
representing [1] 13/7
reproduction [1] 12/21
requests [3] 11/11 11/14 11/25
require [1] 13/23
resolve [1] 6/13
resolving [1] 4/14
respect [7] 6/5 6/14 11/9 15/2 16/21 17/2 17/13
response [2] 15/10 19/9
responses [1] 19/7
responsibility [1] 4/15
responsive [2] 13/18 17/3
result [2] 8/24 15/9
resulted [1] 14/7
review [2] 4/6 6/17
reviewing [1] 13/2
right [2] 5/11 18/4
rise [1] 20/8
RIVAROXABAN [1] 1/4
road [1] 15/24
Room [1] 1/21
rule [2] 14/3 16/7
ruling [2] 15/25 16/10

S

same [2] 12/18 12/23
Samford [1] 14/20
satisfactorily [1] 18/6
say [2] 8/11 13/5
saying [1] 4/2
scenarios [2] 4/13 4/14
schedule [1] 10/25
scheduled [2] 15/4 15/22
seated [1] 3/3
second [1] 7/20
Section [1] 1/5
see [7] 8/11 8/11 9/13 10/11 15/24 18/14 20/6
select [1] 10/6
selecting [1] 10/5
selection [2] 5/21 13/3
send [1] 13/12
September [3] 19/25 20/1 20/2
September 17 [2] 20/1 20/2
served [2] 4/19 13/21
service [2] 13/19 13/22
set [1] 18/3
several [1] 4/7
SHARKO [3] 1/19 7/4 7/5
She [2] 3/21 18/21
sheet [5] 6/15 6/17 8/8 9/16 9/17
sheets [20] 6/4 6/6 6/8 6/23 6/25 7/3 7/7 7/12 7/15 9/6 9/6 9/7 9/8 9/20 11/3 11/6 11/10 12/11 12/12 13/16
shortly [1] 11/14
should [3] 5/20 9/18 17/15
show [4] 7/23 9/16 9/18 9/21
shows [1] 9/16
side [7] 6/3 9/9 10/18 12/25 13/1 15/25 16/10
sides [4] 5/8 6/9 12/15 13/1
sign [1] 8/5
signing [1] 8/4
simultaneously [1] 12/25
since [2] 4/7 5/2
Sitton [1] 14/12
six [2] 11/21 19/1
so [36]
software [1] 1/25
some [11] 5/7 5/14 5/18 7/2 7/7 7/12 10/12 10/23 17/24 18/9 18/12
something [1] 9/20
sometimes [1] 9/7
soon [1] 9/17
sorry [1] 14/2
speak [2] 4/1 14/6
specifies [2] 4/13 4/17
spokesman [1] 17/13
standby [1] 17/15
standpoint [1] 13/6
start [1] 3/25
started [1] 16/24
starting [1] 4/8
state [4] 16/18 18/17 18/19 19/17
state/federal [2] 18/17 18/19
statement [1] 15/13
STATES [3] 1/1 1/10 20/13
statistically [1] 18/24
status [7] 1/9 3/14 4/8 11/11 11/25 19/18 19/25
stay [1] 19/6
stenography [1] 1/24
step [3] 6/10 7/9 17/20
stipulation [1] 14/11
stipulations [1] 14/8
stopped [1] 16/3
stops [1] 9/1
stored [1] 5/5
streamline [1] 12/17
Street [3] 1/14 1/17 1/21
subject [2] 16/25 17/24
submit [3] 7/17 7/20 7/25
submitted [7] 5/9 6/23 7/8 7/22 7/22 11/20 14/15
submitting [1] 16/15
subpoena [5] 16/22 17/1 17/3 17/10 17/14
suitable [1] 13/3
Suite [2] 1/14 1/17
summonses [1] 4/19
supplement [1] 6/15
sure [1] 14/14
surreply [1] 15/13
SUSAN [2] 1/19 7/5
system [3] 4/3 6/8 7/1

T

take [3] 3/18 10/19 16/6
taken [4] 9/15 9/19 9/20 9/24
taking [1] 16/18
talk [2] 18/14 19/20
talked [2] 12/17 20/5
telephone [3] 15/4 15/20 18/2
tell [1] 19/17
than [3] 4/11 4/25 15/19
thank [7] 3/23 7/5 8/15 14/22 19/22 19/23 20/6
thanking [1] 18/20
that [100]
that's [19] 5/1 5/19 6/1 6/13 7/18 8/7 9/5 9/20 10/25 11/1 11/1 11/3 12/1 12/15 14/9 14/14 15/6 16/2 16/11
their [6] 3/8 5/15 6/16 9/18 19/9 19/20
them [13] 3/18 9/7 9/10 9/17 10/9 10/19 13/8 14/17 19/3 19/15 19/17 19/18 19/20
themselves [1] 13/7
then [13] 5/1 8/6 9/11 9/17 9/20 10/17 10/20 12/5 12/13 15/14 16/6 17/20 19/19
there [10] 3/23 6/4 6/23 6/24 7/10 9/14 13/1 14/15 16/21 18/10
there's [5] 7/2 17/6 18/9 18/11 18/25
thereafter [1] 20/3
these [8] 5/17 8/16 8/18 9/12 11/3 11/17 11/21 14/5
they [31]
thing [1] 6/12
things [1] 16/17
think [8] 6/18 7/2 7/3 9/23 16/1 18/3 18/18 19/19
third [2] 7/25 16/20
this [23]
those [14] 4/14 4/15 7/22 7/23 9/20 10/18 10/20 10/20 12/20 14/9 14/18 14/19 16/24 17/2
thought [1] 7/13
thousands [3] 8/25 8/25 10/8
three [2] 14/7 14/15
through [3] 6/25 12/14 15/15
tied [1] 9/1
time [3] 6/17 8/23 20/7
timely [1] 11/13
times [1] 18/8
today [3] 3/14 6/18 19/5
told [2] 6/19 16/23
Toni [4] 1/21 20/12 20/19 20/19
too [1] 19/20
tool [1] 6/9
top [1] 7/14
topic [1] 11/9
topics [1] 5/7
total [2] 6/24 19/1
touch [1] 13/8
traditional [2] 8/17 8/19
transcript [1] 20/15
transcription [1] 1/25
treater [2] 8/9 8/13
treating [1] 8/7
trial [3] 6/10 10/23 15/17
trials [5] 5/21 10/3 10/5 11/8 11/17
tried [1] 11/5
true [1] 20/14
try [4] 5/17 10/23 14/6 17/22
trying [2] 12/4 12/17
Tusa [4] 1/21 20/12 20/19 20/19
two [9] 5/12 7/9 7/11 10/24 13/9 15/21 15/22 18/25 19/1
two-step [1] 7/9

U

U.S. [1] 18/14
U.S. attorney [1] 18/14
ultimately [1] 7/11
under [5] 6/17 8/14 11/20 12/1 17/9
understand [5] 5/10 6/22 11/20 15/12 17/12
understanding [2] 12/22 20/15
understood [1] 13/21
UNITED [3] 1/1 1/10 20/13
until [1] 15/10
up [6] 6/14 9/1 9/16 9/16 16/9 18/3
upcoming [1] 6/10
update [1] 6/14
updated [1] 5/25
uploaded [1] 6/7
upon [2] 5/14 5/14
urge [1] 7/23

U

Urquhart [1] 1/15
us [8] 6/19 7/11 8/10 10/1 10/2 15/4 15/4 17/22
use [2] 3/16 7/16
using [2] 1/24 12/18

V

value [1] 7/2
various [1] 6/1
vehicles [1] 8/18
vendor [5] 12/18 12/21 12/23 12/24 13/11
versions [1] 5/9
very [10] 6/1 11/14 11/17 12/7 12/7 14/22 15/7 16/14 19/23 20/6
Viard [1] 14/9
view [1] 18/10
views [1] 5/15
virtue [1] 6/16
voluntarily [1] 4/22
voluntary [3] 4/18 4/21 4/24

W

Wagner [1] 14/10
waiting [1] 19/6
want [5] 8/23 9/23 11/5 14/19 16/3
wanted [1] 19/16
wants [1] 8/22
Warshauer [1] 1/13
was [3] 4/16 5/3 11/13
watch [1] 12/3
way [1] 8/8
we [85]
week [1] 18/3
weeks [2] 15/21 15/22
well [2] 8/18 19/15
were [3] 11/13 11/13 14/4
what [14] 5/17 5/17 5/19 7/8 7/13 8/13 9/9 11/15 15/10 15/18 16/11 17/19 17/25 18/14
what's [1] 17/8
whatever [1] 17/23
when [6] 8/25 10/10 12/20 12/24 13/19 19/14
where [3] 13/20 19/3 19/12
whether [6] 9/13 10/11 12/15 13/3 14/19 18/15
which [18] 4/7 4/16 5/3 5/7 5/8 5/9 6/15 12/13 13/16 14/12 14/20 15/1 15/15 16/16 16/25 17/3 17/4 19/25
while [1] 16/4
who [9] 6/1 6/14 8/10 8/22 8/23 9/14 9/24 13/6 14/18
whole [4] 9/25 10/17 16/3 18/22
why [2] 9/18 11/3
will [40]
willing [1] 17/14
wish [2] 4/3 15/12
withdrawn [1] 14/13
without [4] 4/22 13/2 14/4 14/13
witnesses [1] 16/19
won't [1] 11/8
wonderful [1] 4/3
Woody [1] 6/18
work [4] 3/24 5/13 8/18 17/22
working [2] 6/13 6/25
works [1] 8/8
world [1] 3/22
would [8] 6/5 7/13 7/23 17/3 18/20 19/11 19/16 19/19

X

XARELTO [4] 1/4 3/6 7/18 9/15

Y

years [1] 9/3
Yes [3] 7/5 18/8 19/19
yesterday [1] 15/10
yet [1] 14/14
York [1] 3/22
you [37]
your [21]
Your Honor [15] 3/12 4/1 5/6 11/9 11/20 12/2 12/9 13/12 14/3 14/16 15/8 15/14 16/14 18/24 19/16