**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTION LIABILITY LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) Busby, et al. v. Janssen Research & ) Development, LLC, et al. ) Case No. 15-1751 ) Plaintiff Walter Shields and Judianne Shields ) ) ) _____) | MDL No. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH **STATEMENT NOTING A PARTY'S DEATH** |

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who represents Plaintiffs Walter Shields and Judianne Shields, notes the death during the pendency of this action of Plaintiff Walter Shields.

DATED: August 6, 2015      **CALLAHAN & BLAINE, APLC**

    By:    /s/ *Laura M. Morris*
        Daniel J. Callahan
        Daniel@callahan-law.com
        Brian J. McCormack
        bmccormack@callahan-law.com
        Laura M. Morris
        lmorris@callahan-law.com
        3 Hutton Centre Drive, Ninth Floor
        Santa Ana, CA 92707
        Tel: (714) 241-4444
        Fax: (714) 241-4445
        Attorneys for Plaintiffs,
        Walter Shields and Judianne Shields

Dated: August 6, 2015         **HODES MILMAN & LIEBECK, LLC**

By:    /s/ *Daniel Hodes*
Daniel Hodes
dhodes@hmlm.com
Jeff Milman
jmilman@hmlm.com
Jason Caruso
jcaruso@hmlm.com
9210 Irvine Center Drive
Irvine, CA 92618
Tel: (949) 640-8222
Fax: (949) 336-8114
Attorneys for Plaintiffs,
Walter Shields and Judianne Shields