UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L<br>JUDGE FALLON |
| ANN CIOLINO | MAG. JUDGE NORTH |

     Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,

     Defendants.

Civil Case No. 2:14-cv-02908-EEF-MBN

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COME NOW, attorneys Amanda K. Klevorn and Robin Myers Primeau of the Murray Law Firm, who move jointly for the withdrawal of Amanda K. Klevorn as counsel for Plaintiff Ann Ciolino in the above-captioned case, and for the substitution of attorney Robin Myers Primeau of the Murray Law Firm as counsel for Plaintiff Ann Ciolino.

I.

Effective August 17, 2015, Amanda K. Klevorn will no longer be employed with the Murray Law Firm. Therefore, Amanda K. Klevorn now seeks to withdraw as counsel in this case, and to substitute Robin Myers Primeau as additional counsel on behalf of Plaintiff Ann Ciolino.

II.

1

Attorneys Stephen B. Murray, Arthur M. Murray, and Jessica Hayes, all with the Murray Law Firm, are currently enrolled as Plaintiff Ann Ciolino's counsel and will continue to represent Plaintiff in this matter. Plaintiff will also continue to be represented by attorney George Recile.

WHEREFORE, movants pray that this Court grant the motion to withdraw Amanda K. Klevorn as counsel for Plaintiff Ann Ciolino, and to substitute Robin Myers Primeau as counsel in her place.

**DATED:  August 6, 2015**                             Respectfully submitted,

>                             **/s/ Amanda K. Klevorn**
>                             Amanda K. Klevorn (#35193)
>                             MURRAY LAW FIRM
>                             650 Poydras Street, Suite 2150
>                             New Orleans, LA 70130
>                             Telephone:  (504) 525-8100
>                             Facsimile:  (504) 584-5249
>                             E-mail:  aklevorn@murray-lawfirm.com
>
>                             **/s/ Robin Myers Primeau**
>                             Robin Myers Primeau (#32613)
>                             MURRAY LAW FIRM
>                             650 Poydras Street, Suite 2150
>                             New Orleans, LA 70130
>                             Telephone:  (504) 525-8100
>                             Facsimile:  (504) 584-5249
>                             E-mail:  rmyers@murray-lawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 6th day of August, 2015, electronically filed a copy of the foregoing with the Clerk of Court using the ECF system. Parties may access this filing through the Court's system

>                             **/s/ Amanda K. Klevorn**
>                             Amanda K. Klevorn