**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)  MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:  SECTION: L
             JUDGE FALLON
ANN CIOLINO        MAG. JUDGE NORTH

   Plaintiff,

v.

JANSSEN RESEARCH &
DEVELOPMENT LLC, et al.,

   Defendants.

Civil Case No. 2:14-cv-02908-EEF-MBN

**ORDER**

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel:

**IT IS HEREBY ORDERED** that Amanda K. Klevorn is removed as counsel of record for Plaintiff Ann Ciolino.

**IT IS FURTHER ORDERED** that Robin Myers Primeau, of the Murray Law Firm, is enrolled as additional counsel of record for Plaintiff Ann Ciolino.

DONE AND SIGNED this _____ day of _____, 2015, at New Orleans, Louisiana.

        _____
        UNITED STATES DISTRICT JUDGE