# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

JANETTE ROBINSON AS PLAINTIFF AD LITEM FOR BEATRICE MABRY, DECEASED

2:15-cv-02569

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED** that William K. Holland and Goldblatt & Singer, are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this __6th__ day of __August__, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE