UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

**Donna Samford, as Representative of the Estate of Stephen Samford, deceased
Civil Action No.: 2:15-cv-01327-EEF-MBN**

## ORDER

THIS MATTER, having come before the Court on Plaintiff Donna Samford, as Representative of the Estate of Stephen Samford, deceased's Motion for Leave to File Reply in support of Plaintiff's Voluntary Dismissal without Prejudice, and the Court being fully advised on the premises regarding same:

ORDERS that Plaintiff, Donna Samford, as Representative of the Estate of Stephen Samford, deceased's Motion for Leave to File Reply in support of Plaintiff's Voluntary Dismissal without Prejudice is GRANTED.

New Orleans, Louisiana this 6th day of August, 2015.

_____
United States District Judge

1