IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2592 |
| ****************************************** | * | JUDGE ELDON E. FALLON |
| *Jamie Pierce v. Janssen Research and Development LLC, et al.* | * * | |
| | * | |

## JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW, attorneys Michael A. London, W. Todd Harvey, Camille L. Edwards and Brian L. Kinsley and, pursuant to the request of Plaintiff, Jamie Pierce move jointly for the withdrawal of W. Todd Harvey of Burke Harvey, LLC, Camille L. Edwards of Burke Harvey, LLC, and Brian L. Kinsley of Crumley Roberts and substitution of Douglas & London, P.C. in place thereof.

_____
W. Todd Harvey
Burke Harvey, LLC

Date: _____

_____
Camille L. Edwards
Burke Harvey, LLC

Date: _____

_____
Michael A. London
Douglas & London, P.C.

Date: 8/5/15

_____
Brian L. Kinsley
Crumley Roberts

Date: _____