UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION  * MDL NO. 2592

* SECTION L
*
* JUDGE ELDON E. FALLON
*
* MAG. JUDGE NORTH

******************************************  *

THIS DOCUMENT RELATES TO:
*All Cases*

## ORDER

This Order shall serve to clarify this Court's Order (Rec. Doc. 1119), which scheduled bi-monthly telephone conferences to discuss discovery disputes. Only Lead and Liaison Counsel shall participate in those conferences, and the Court will issue Minute Entries memorializing the conferences.

New Orleans, Louisiana this 7th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE