IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 2:15-cv-01835

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2592 <br> SECTION L |
| THIS DOCUMENT RELATES TO: 2:15-CV-01835 | * * * * | |
| | * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE SHUSHAN |

**************************************************************************

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | * * | |
| DREUS LAPEYROUSE, | * * | |
| Plaintiff, | * * | |
| v. | * * | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG, | * * * * * * * * * * * * * * * * | AMENDED COMPLAINT <br><br> AND JURY DEMAND <br><br> Case No. 2:15-cv-01835 |
| Defendants | * * | |

**************************************************************************

## ORDER

Considering the foregoing;

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Plaintiff, Dreus Lapeyrouse, be and the same is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

NEW ORLEANS, LOUISIANA, this 6th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE