**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  PRODUCTS          *  **MDL NO. 2592**
LIABILITY LITIGATION

                                                                                     *  **SECTION L**
                                                                                     *
                                                                                     *  **JUDGE ELDON E. FALLON**
                                                                                     *
                                                                                     *  **MAG. JUDGE NORTH**
**************************************************  *

**THIS DOCUMENT RELATES TO:**
      **Jeri Wagner, 15-344**
      **Janis Viard, 15-1145**
      **Lawrence Kanserski, 15-1595**

<u>**ORDER**</u>

The parties have filed a Joint Stipulation of Dismissal Without Prejudice for Plaintiff Jeri

Wagner  (Rec. Doc. 1175) and  Joint Stipulations of Dismissal With Prejudice for Plaintiffs Janis

Viard (Rec. Doc. 1161) and  Lawrence Kanserski (Rec. Doc. 1176).  Prior to the filing of these

stipulations, Plaintiffs had filed Motions to Dismiss Without Prejudice.  (Rec. Docs. 1057, 1120

& 1141).

      **IT IS ORDERED** that these Motions to Dismiss Without Prejudice (Rec. Doc. 1057,

1120, & 1141) are hereby **DENIED AS MOOT**.

New Orleans, Louisiana this 7th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE