UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L<br>JUDGE FALLON |
| ANN CIOLINO | MAG. JUDGE NORTH |

      Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,

      Defendants.

Civil Case No. 2:14-cv-02908-EEF-MBN

# ORDER

Considering the foregoing Joint Motion to Withdraw and Substitute Counsel:

**IT IS HEREBY ORDERED** that Amanda K. Klevorn is removed as counsel of record for Plaintiff Ann Ciolino.

**IT IS FURTHER ORDERED** that Robin Myers Primeau, of the Murray Law Firm, is enrolled as additional counsel of record for Plaintiff Ann Ciolino.

DONE AND SIGNED this ___7th___ day of ___August___, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE