UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCT LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br> <br> SECTION: L <br> JUDGE FALLON <br> MAGISTRATE JUDGE <br> NORTH |

**THIS DOCUMENT RELATES TO:**

**Nancy Tatom and Alva M. Tatom vs. Janssen Research & Development, LLC, et al.
Civil Action No.: 2:15-cv-192-EEF-MBN**

## ORDER

Considering the Joint Motion for Withdrawal and Substitution of Counsel of Record:

**IT IS HEREBY ORDERED** that the Joint Motion for Withdrawal and Substitution of Counsel is hereby **GRANTED** and Carmen S. Scott of Motley Rice, LLC, is substituted for Benjamin D. Cunningham of Motley Rice, LLC.

New Orleans, Louisiana this the ____ day of August, 2015.

UNITED STATES DISTRICT JUDGE