UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCT LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAGISTRATE JUDGE |
| ) | NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

**Michael Didio and Phyllis Didio vs. Janssen Research & Development, LLC, et al.
Civil Action No.: 2:15-cv-706-EEF-MBN**

### JOINT MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

**COME NOW,** Attorneys Mathew P. Jasinski and Carmen S. Scott, and move jointly for the withdrawal of Mathew P. Jasinski of Motley Rice LLC and substitution of Carmen S. Scott of Motley Rice LLC, in place thereof, as counsel of record for the Plaintiffs.

Respectfully submitted this 10th day of August, 2015.

| | |
|---|---|
| s/ Mathew P. Jasinski | s/ Carmen S. Scott |
| MOTLEY RICE LLC | MOTLEY RICE LLC |
| 20 Church St, 17th Floor | 28 Bridgeside Blvd. |
| Hartford, CT 06103 | Mt. Pleasant, SC 29464 |
| Phone: (860) 218-2725 | Phone: (843) 216-9160 |
| Fax: (860) 882-1682 | Fax: (843) 216-9430 |
| mjasinski@motleyrice.com | cscott@motleyrice.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a complete copy of the foregoing Joint Motion to Withdraw and Substitution of Counsel has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 10th day of August, 2015.

                                                        s/ Carmen S. Scott