UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| ANA L. RIVERA, Individually and as Representative of the Estate of Sofia C. Garcia, Deceased; and EDNA C. GONZALEZ, MARIA N. GONZALEZ, and MARIA Y. SALINAS, Individually, | SECTION L |
| *Plaintiffs,* | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER CORPORATION, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and, BAYER AG, | STIPULATION OF DISMISSAL

Civil Action No.: 2:14-cv-02998 |
| *Defendants.* | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that the above-captioned case be dismissed without prejudice, each party to bear its own fees and costs.

The parties agree that, if Plaintiffs do not re-file this lawsuit within 90 days of the date of this stipulation, this dismissal shall be converted to a dismissal with prejudice.

The parties further agree that, if Plaintiffs do choose to re-file this lawsuit within 90 days, Plaintiffs must do so in a federal court. If Plaintiffs re-file in any other court or tribunal, the parties agree that this dismissal shall be treated as a dismissal with prejudice.

Dated this 12th day of August, 2015.   **Respectfully submitted,**

                                                          */s/ Ryan L. Thompson*
**WATTS GUERRA LLP**
**Ryan L. Thompson**
*Attorney in Charge*
Texas State Bar No. 24046969
5726 W. Hausman, Suite 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: rlt-bulk@wattsguerra.com
**ATTORNEY FOR PLAINTIFFS**

Dated this 12th day of August, 2015.   DRINKER BIDDLE & REATH LLP

Attorneys for Defendants
Janssen Pharmaceuticals, Inc.,
Janssen Research & Development, LLC,
Janssen Ortho LLC, and
Johnson & Johnson

*By: /s/ Susan M. Sharko*
Susan M. Sharko

Dated this 12th day of August, 2015.   KAYE SCHOLER LLP

Attorneys for Defendants
Bayer Healthcare Pharmaceuticals, Inc.
And Bayer Pharma AG

*By: /s/ William Hoffman*
William Hoffman

Dated this 12th day of August, 2015.   IRWIN FRITCHIE URQUHART & MOORE LLC

*By: /s/ James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART
& MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504.310.2100
Fax: 504.310.2120
Email: jirwin@irwinllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Ryan L. Thompson*
Ryan L. Thompson