UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE JUDGE<br>NORTH |

**THIS DOCUMENT RELATES TO:**

**Maria Carrillo vs. Janssen Research & Development, LLC, et al.**
**Civil Action No.: 2:15-cv-190-EEF-MBN**

### JOINT MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

**COME NOW,** Attorneys T. David Hoyle and Carmen S. Scott, and move jointly for the withdrawal of T. David Hoyle of Motley Rice LLC and substitution of Carmen S. Scott of Motley Rice LLC, in place thereof, as counsel of record for the Plaintiffs.

Respectfully submitted this 12th day of August, 2015.


s/ T. David Hoyle
MOTLEY RICE LLC
28 Bridgside Blvd.
Mt. Pleasant, SC 29464
Phone: (843) 216-9000
Fax: (843) 216-9430
dhoyle@motleyrice.com

s/ Carmen S. Scott
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Phone: (843) 216-9160
Fax: (843) 216-9430
cscott@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that a complete copy of the foregoing Joint Motion to Withdraw and Substitution of Counsel has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 12th day of August, 2015.

s/ Carmen S. Scott