# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | JUDGE FALLON |
| | ) | MAGISTRATE JUDGE |
| | ) | NORTH |
| | ) | |
| | ) | |

**THIS DOCUMENT RELATES TO:**

**Elizabeth Andersen, et al. vs. Janssen Research & Development, LLC, et al.**
**Civil Action No.: 2:15-cv-213-EEF-MBN**

## JOINT MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

**COME NOW,** Attorneys John D. Hurst and Carmen S. Scott, and move jointly for the

withdrawal of John D. Hurst of Motley Rice LLC and substitution of Carmen S. Scott of Motley

Rice LLC, in place thereof, as counsel of record for the Plaintiffs.

Respectfully submitted this 12th day of August, 2015.


s/ John D. Hurst

MOTLEY RICE LLC

28 Bridgeside Blvd.

Mt. Pleasant, SC 29464

Phone: (843) 216-9000

Fax: (843) 216-9430

jhurst@motleyrice.com

/s/ Carmen S. Scott

MOTLEY RICE LLC

28 Bridgeside Blvd.

Mt. Pleasant, SC 29464

Phone: (843) 216-9000

Fax: (843) 216-9430

cscott@motleyrice.com

## CERTIFICATE OF SERVICE

I hereby certify that a complete copy of the foregoing Joint Motion to Withdraw and Substitution of Counsel has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 12th day of August, 2015.

s/ Carmen S. Scott