UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> **THIS DOCUMENT RELATES TO:** <br><br> BRENDA ALLEN; DEBORAH BECKLES; GEORGE BOUSTANIA; CONNIE J. BRADLEY, as the administrator of estate for RONNIE DALE BRADLEY; JOHN BRAKEY; DENNIS COHEN, individually, as an heir, and as successor-in-interest to the estate of MYRA COHEN; MITCHELL COHEN; RANDY COHEN; JAMES CRAVER; LUTHER DAVIS; ROBIN EAVES; MARTHA ERICKSON; TIMOTHY J. HOGAN; MOLLIE MCCORMICK; MICHAEL MOUSKOURIE; WARREN NORMAN; EILEEN STEVENS; and CLIFTON WHITE, <br><br>         Plaintiffs, <br><br> vs. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC, et al., <br><br>         Defendants. <br><br> **Civil Case No.: 2:15-cv-03241** | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

COME NOW, attorneys Brian D. Depew, Elizabeth L. Crooke and Timothy M. Clark of the law firm of Engstrom, Lipscomb & Lack, hereby request this Court enter an Order withdrawing them as counsel of record for Plaintiffs in the matter captioned above.

1

Effective August 7, 2015, Timothy M. Clark has resigned and is no longer employed with the law firm of Engstrom, Lipscomb & Lack.  Therefore, Timothy M. Clark now seeks to withdraw as counsel in this case.

Attorneys Brian D. Depew and Elizabeth L. Crooke of Engstrom, Lipscomb & Lack also requests this Court enter an Order to withdraw as counsel in this case, and substitute Brian J. Leinbach and Ann A. Howitt of the law firm of Engstrom, Lipscomb & Lack, as counsel for Plaintiffs captioned above.

Attorney Walter J. Lack of the law firm of Engstrom, Lipscomb & Lack appears on the docket as counsel of record and will continue to represent Plaintiffs in this case.

WHEREFORE, movants pray that this Court grant the motion to withdraw Brian D. Depew, Elizabeth L. Crooke and Timothy M. Clark of the law firm of Engstrom, Lipscomb & Lack as counsel for Plaintiffs, and substitute Brian J. Leinbach and Ann A. Howitt of Engstrom, Lipscomb & Lack, in their place, in the main MDL No. 2592 and in member case *Brenda Allen et al.*, 2:15-cv-03241.

Dated: August 12, 2015          Respectfully submitted,

                                       /s/ Brian D. Depew
Brian D. Depew
ENGSTROM, LIPSCOMB & LACK
10100 Santa Monica Blvd., 12th Flr.
Los Angeles, CA 90067-4113
Brian D. Depew (#89339)
bdepew@ellaw.com
Elizabeth L. Crooke (#90305)
bcrooke@elllaw.com
Brian J. Leinbach (#161739
bleinbach@elllaw.com
Ann A. Howitt (169497)
ahowitt@elllaw.com

403580

## **CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that I have this 12th day of August, 2015, electronically filed a copy of the foregoing with the Clerk of Court using the ECF system. Parties may access this filing through the Court's system.

                                      */s/ Brian D. Depew*
                                      Brian D. Depew