# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           )        MDL No. 2592
PRODUCTS LIABILITY LITIGATION          )
——————————————————————————            )        SECTION:  L
                                       )        JUDGE FALLON
THIS DOCUMENT RELATES TO:              )        MAG. JUDGE NORTH
                                       )
BRENDA ALLEN; DEBORAH BECKLES;         )
GEORGE BOUSTANIA; CONNIE J.            )
BRADLEY, as the administrator of estate for )
RONNIE DALE BRADLEY; JOHN              )
BRAKEY; DENNIS COHEN, individually, as )
an heir, and as successor-in-interest to the )
estate of MYRA COHEN; MITCHELL         )
COHEN; RANDY COHEN; JAMES              )
CRAVER; LUTHER DAVIS; ROBIN            )
EAVES; MARTHA ERICKSON; TIMOTHY        )
J. HOGAN; MOLLIE MCCORMICK;            )
MICHAEL MOUSKOURIE; WARREN             )
NORMAN; EILEEN STEVENS; and            )
CLIFTON WHITE,                         )
                                       )
                 Plaintiffs,           )
                                       )
vs.                                    )
                                       )
JANSSEN RESEARCH & DEVELOPMENT         )
LLC, et al.,                           )
                 Defendants.           )
                                       )
**Civil Case No.: 2:15-cv-03241**      )
——————————————————————————            )

## [PROPOSED] ORDER
## ON JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Considering the foregoing Plaintiffs' *Brenda Allen et al.* Joint Motion to Withdraw and

Substitute Counsel,

**IT IS HEREBY ORDERED** that Brian D. Depew and Elizabeth Crooke of the law firm of Engstrom, Lipscomb & Lack, and Timothy M. Clark, formerly with the law firm of Engstrom, Lipscomb & Lack are withdrawn as Plaintiffs *Brenda Allen et al.* attorneys of record, and attorneys of record in MDL No. 2592.

**IT IS FURTHER ORDERED** that Brian J. Leinbach and Ann A. Howitt of the law firm of Engstrom, Lipscomb & Lack are enrolled as counsel of record for Plaintiffs *Brenda Allen et al.*

DONE AND SIGNED this _____ day of _____, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

403581