UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | Section: L |
| HENRIETTA GUSTE & BERNARD GUSTE | Judge Fallon |
| Plaintiffs | Mag. Judge North |
| versus | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | This filing relates to: Civil Action No.: 15-00949 |
| Defendants | |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Henrietta Guste and Bernard Guste, who respectfully moves this Court to enroll as additional co-counsel for Plaintiffs, Jeffrey S. Gennusa (La. Bar No. 33142), 4405 N. I-10 Service Road, Suite 200, Metairie, Louisiana 70006, Telephone (504) 455-0442, Facsimile (504) 455-7565, E-mail: jgennusa@gprlawyers.com.

1

Joseph S. Piacun, Thomas A. Gennusa, II, Reid S. Uzee, and William J. Guste shall remain as co-counsel for Plaintiffs.

Respectfully submitted,

_____/s/ Joseph S. Piacun_____
JOSEPH S. PIACUN  (25211)
THOMAS A. GENNUSA, II (6010)
REID S. UZEE (31345)
Gennusa, Piacun & Ruli
4405 North I-10 Service Road, Suite 200
Metairie, Louisiana 70006-6564
Telephone: (504) 455-0442
Facsimile: (504) 455-7565

--and--

WILLIAM J. GUSTE (6375)
Guste, Barnett, Schlesinger, Henderson & Alpaugh, LLP
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
**Attorneys for Plaintiffs,**
**Henrietta Guste and**
**Bernard Guste**

Certificate of Service

I hereby certify that on August 13, 2015, a copy of the above and foregoing *Motion to Enroll as Additional Counsel of Record* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

_____/s/ Joseph S. Piacun_____