UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| | | Section: L |
| HENRIETTA GUSTE & BERNARD GUSTE | ) ) | Judge Fallon |
| Plaintiffs | ) ) ) | Mag. Judge North |
| versus | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG Defendants | ) ) ) ) ) ) ) ) ) ) ) ) | This filing relates to: Civil Action No.: 15-00949 |

## **ORDER**

Considering the foregoing Motion to Enroll:

　　IT IS ORDERED that Jeffrey S. Gennusa is permitted to enroll as co-counsel for Plaintiffs, Henrietta Guste and Bernard Guste, Joseph S. Piacun, Thomas A. Gennusa, II, Reid S. Uzee, and William J. Guste shall remain as co-counsel.

　　New Orleans, Louisiana, on this ____ day of _____, 2015.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE