UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L

JUDGE ELDON E. FALLON

MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
ALL CASES

## PRE-TRIAL ORDER NO. 14A

The parties having agreed to amend Pre-Trial Order No. 14 (PTO 14) dated May 4, 2015, PTO 14 is hereby amended as follows:

1. In Section IV and VII.5 of the Defendant's Fact Sheet ("DFS"), Defendants have agreed, without objection to answer certain questions and provide certain data relating to the dispensing and prescribing practices of Plaintiffs' Prescribing and Primary Treating Health Care Providers as it relates to Xarelto if such data is within their possession, custody or control.

2. Defendants license information and data responsive to Section IV and VII.5 of the DFS from IMS Health Inc. ("IMS"). IMS has authorized Defendants to provide a copy of the responsive data to the Plaintiffs, with no fee, upon execution of the Consent Letter attached hereto as Exhibit 1 by the individual Plaintiff's counsel to whom the data will be produced.

3. Defendants shall, upon receipt of an executed Consent Letter from Plaintiff's counsel (sent to each Defendants' counsel by E-mail to jennifer.lamont@dbr.com, julie.tersigni@dbr.com, and rbreier@eckertseamans.com):

    a)  supplement its response to Section IV and VII.5 of any DFS already provided to Plaintiff and produce all responsive documents within ten (10) days of receiving the executed Consent Letter;

    b)  produce all responsive data and documents pursuant to Section IV and VII.5 of the DFS pursuant to PTO 14 in cases where a DFS has not yet been provided to Plaintiff.

    c)  all responsive data and documents will be produced in excel format.

  4.  All provisions of PTO 14 other than those amended herein shall remain unchanged and in full force and effect.

  New Orleans, Louisiana this 10th day of August, 2015

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE