**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          *          **MDL NO. 2592**
**PRODUCTS LIABILITY LITIGATION**     *
                                      *          **SECTION L**
                                      *
                                      *          **JUDGE ELDON E. FALLON**
                                      *
                                      *          **MAG. JUDGE NORTH**
* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
**EVETT ET AL V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL**
**2:15-CV-03015**

### EX PARTE MOTION FOR LEAVE TO FILE AMENDED JOINT COMPLANT

The Plaintiffs, Daniel Evett and Myrna Parker, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15, respectfully seeks leave to amend Joint Complaint filed in this Court on July 28, 2015 to correct the proper Plaintiff parties in this matter and correct proper case caption for these deceased plaintiffs.  Plaintiffs provide the following in support of their Motion:

A.   Daniel Evett:

1.   Plaintiff Daniel Evett, pursuant to CMO 11, filed a Joint Complaint in this Court on July 28, 2015.

2.   The Joint Complaint included factual assertions related to Plaintiff Daniel Evett.

3.   Plaintiff Daniel Evett's only modification to the Joint Complaint as set forth in the proposed Amended Joint Complaint, attached hereto, are the following:

a.   In the Caption, deleting "Daniel Evett" and replacing it with "Patricia Tabb, Administrator of the Estate of Daniel Evett, Deceased"

b.   No further changes in regards to Daniel Evett are requested.

B. Myrna Parker:

   1. Plaintiff Myrna Parker, pursuant to CMO 11, filed a Joint Complaint in this Court on
   July 28, 2015.

   2. The Joint Complaint included factual assertions related to Plaintiff Myrna Parker.

   3. Plaintiff Myrna Parker's only modifications to the Joint Complaint as set forth in the
   proposed Amended Joint Complaint, attached hereto, are the following:

      a. In the Caption, deleting "Myrna Parker" and replacing it with "Kemalyn Salter,
      Administrator of the Estate of Myrna Parker, Deceased"

      b. No further changes in regard to Myrna Parker are requested.

WHEREFORE, Plaintiffs Daniel Evett and Myrna Parker respectfully request this Court
to enter an ordered tendered herewith granting leave to file the Amended Joint Complaint and
directing the Clerk to correct the caption to reflect the Amended Joint Complaint.



Respectfully submitted on August 17, 2015,

_s/Bobby J. Bell, Jr._____
*Attorneys for Plaintiff(s)*
Bobby J. Bell, Jr.
ASB-3426-B63B
Tyler Vail
ASB-1474-Y84V
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Telephone: (205) 324-3600
Facsimile: (205) 324-3636
bob@hollis-wright.com
tylerv@hollis-wright.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of August 2015, a true copy of the foregoing Ex Parte Motion for Leave to Amend Joint Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Bobby J. Bell, Jr.

Bobby J. Bell, Jr.