# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) * | | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION * | | |
| * | | SECTION L |
| * | | |
| * | | JUDGE ELDON E. FALLON |
| * | | |
| * | | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
EVETT ET AL V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL
2:15-CV-03015

## ORDER

**IT IS ORDERED** that the Ex Parte Motion to Leave to Amend Joint Complaint filed by Plaintiffs, Daniel Evett and Myrna Parker, be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Joint Complaint into the record in this matter and further directed that the Caption be changed to reflect the Amended Joint Complaint.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2015

_____
**UNITED STATES DISTRICT JUDGE**