UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
**PARKER V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL**
**2:15-CV-03388**

**<u>EX PARTE MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLANT</u>**

The Plaintiff, Myrna Parker, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15, respectfully seeks leave to amend her Short Form Complaint filed in this Court on August 10, 2015 to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased plaintiff. Plaintiff provides the following in support of their Motion:

A. Myrna Parker:

1. Plaintiff Myrna Parker, pursuant to CMO 11, filed a Joint Complaint in this Court on July 28, 2015.

2. The Joint Complaint included factual assertions related to Plaintiff Myrna Parker.

3. On August 3, 2015, this Court issued a Severance Order in regards to this Plaintiff.

4. On August 10, 2015, Plaintiff filed her Short Form Complaint in this Court.

5. Plaintiff Myrna Parker's only modifications to the Short Form Complaint as set forth in the proposed Amended Short Form Complaint, attached hereto, are the following:

a. In the Caption, deleting "Myrna Parker" and replacing it with "Kemalyn Salter, Administrator of the Estate of Myrna Parker, Deceased"

b. No further changes in regard to Myrna Parker are requested.

WHEREFORE, Plaintiff Myrna Parker respectfully request this Court to enter an ordered tendered herewith granting leave to file the Amended Short Form Complaint and directing the Clerk to correct the caption to reflect the Amended Short Form Complaint.

Respectfully submitted on August 17, 2015,

_s/Bobby J. Bell, Jr._____
*Attorneys for Plaintiff(s)*
Bobby J. Bell, Jr.
ASB-3426-B63B
Tyler Vail
ASB-1474-Y84V
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Telephone: (205) 324-3600
Facsimile: (205) 324-3636
bob@hollis-wright.com
tylerv@hollis-wright.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th day of August 2015, a true copy of the foregoing Ex Parte Motion for Leave to Amend Short Form Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Bobby J. Bell, Jr.
Bobby J. Bell, Jr.