UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) * | | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION * | | |
| * | | SECTION L |
| * | | |
| * | | JUDGE ELDON E. FALLON |
| * | | |
| * | | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
Myrna Parker V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL
2:15-CV-03388

## MEMORANDUM IN SUPPORT OF EX PARTE
## MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

**MAY IT PLEASE THE COURT:**

The Plaintiff, Myrna Parker, desires to correct the case caption of the Short Form Complaint filed in this Court on August 10, 2015 and correct the party Plaintiff to reflect that this action is being undertaken by, Kemalyn Salter, Administrator of the Estate of Myrna Parker, Deceased.

Pursuant to Federal Rule of Civil Procedure 15(1), a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served.  In this matter the Joint Complaint was filed on July 28, 2015 pursuant to CMO 11 and this Plaintiff's Short Form Complaint was filed on August 10, 2015, neither the Joint Complaint or Short Form Complaint has been served upon the defendants nor has a responsive pleading been served.

## CONCLUSION

The Plaintiff, Myrna Parker, respectfully request that she be allowed to amend her Short Form Complaint to correct the proper party Plaintiff and correct the Caption with all of the allegations contained herein.

Respectfully submitted on August 17, 2015,

    s/Bobby J. Bell, Jr.
*Attorneys for Plaintiff(s)*
Bobby J. Bell, Jr.
ASB-3426-B63B
Tyler Vail
ASB-1474-Y84V
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Telephone: (205) 324-3600
Facsimile: (205) 324-3636
bob@hollis-wright.com
tylerv@hollis-wright.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of August 2015, a true copy of the foregoing Memorandum in Support of Ex Parte Motion for Leave to Amend Short Form Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

s/ Bobby J. Bell, Jr.

Bobby J. Bell, Jr.