UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
**MYRNA PARKER V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL**
**2:15-CV-03388**

## ORDER

**IT IS ORDERED** that the Ex Parte Motion to Leave to Amend Short Form Complaint filed by Plaintiff, Myrna Parker, be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Short Form Complaint into the record in this matter and further directed that the Caption be changed to reflect the Amended Short Form Complaint.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2015

_____
**UNITED STATES DISTRICT JUDGE**