UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:        **JURY TRIAL DEMANDED**

KEMALYN SALTER, ADMINISTRATOR OF THE ESTATE OF MYRNA PARKER, DECEASED

CIVIL ACTION NO. 2:15-cv-03388

## AMENDED SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, MYRNA PARKER, is identified more fully in Paragraph 2 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 1646 Trussell Road, Alexander City, Alabama 35010, Tallapoosa County, Alabama.

4. The Xarelto User resided at the time of death at _____Tallapoosa County, Alabama._____.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: August 17, 2015               _s/Bobby J. Bell, Jr._____

*Attorneys for Plaintiff(s)*
Bobby J. Bell, Jr.
ASB-3426-B63B
Tyler Vail
ASB-1474-Y84V
Hollis, Wright, Clay & Vail, P.C.
2201 Morris Avenue
Birmingham, AL 35203
Telephone: (205) 324-3600
Facsimile: (205) 324-3636
bob@hollis-wright.com
tylerv@hollis-wright.com

## CERTIFICATE OF SERVICE

I hereby certify that a complete copy of the foregoing Amended Short Form Complaint has been served upon all counsel of records by electronic filing via the CM/ECF filing system on this the 17th day of August 2015.

_s/Bobby J. Bell, Jr._____
Bobby J. Bell, Jr.