UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*John K. Yelverton v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:15-cv-01861**

<u>**NOTICE AND SUGGESTION OF DEATH**</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, here by informs the Honorable Court of the death of the Plaintiff, John K. Yelverton. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and for Leave to Amend Complaint will be filed by Brenda Ray, who is the duly appointed Personal Representative of John K. Yelverton's Estate. The Motion to Substitute Party Plaintiff and for Leave to Amend Complaint will also seek to add a wrongful death claim, in addition to substituting Brenda Ray as the Party Plaintiff due to the death of Plaintiff John K. Yelverton.

Respectfully Submitted,

Date: August 17, 2015        s/ Andy D. Birchfield, Jr._____
                             Andy D. Birchfield, Jr.

>C. Gibson Vance
>David B. Byrne, III
>BEASLEY, ALLEN, CROW,
>METHVIN, PORTIS & MILES, P.C.
>Post Office Box 4160
>Montgomery, Alabama 36103-4160
>(334) 269-2343
>(334) 954-7555 (facsimile)
>Andy.Birchfield@BeasleyAllen.com
>Gibson.Vance@BeasleyAllen.com
>David.Byrne@BeasleyAllen.com
>
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Substitution of Party Pursuant to Rule 25(a)(1) has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: August 17, 2015             s/Andy D. Birchfield, Jr.
                                                     Andy D. Birchfield, Jr.