# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____) | |

**THIS DOCUMENT RELATES TO:**

*John K. Yelverton v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-cv-01861**

## MOTION FOR SUBSTITUTION OF PARTY PURSUANT TO RULE 25(a)(1)

COMES NOW counsel for Plaintiff John K. Yelverton, now deceased, and pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, respectfully moves to substitute Brenda Ray, the personal representative and duly appointed administratrix of the Estate of John K. Yelverton, as a named party in place of John K. Yelverton, deceased. Plaintiff's counsel would show that Plaintiff John K. Yelverton, died on or about November 12, 2014. On June 12, 2015, the Probate Court for Marengo County, Alabama entered an order appointing Brenda Ray as the personal representative and administratrix of the estate of John K. Yelverton, deceased.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an order permitting the substitution of Brenda Ray as a named party in place of John K. Yelverton, deceased.

                                                      Respectfully submitted,

Date: August 17, 2015                s/ Andy D. Birchfield, Jr._____
                                                      Andy D. Birchfield, Jr.
                                                      C. Gibson Vance
                                                      David B. Byrne, III
                                                     BEASLEY, ALLEN, CROW,
                                                     METHVIN, PORTIS & MILES, P.C.
                                                     Post Office Box 4160
                                                     Montgomery, Alabama 36103-4160
                                                     (334) 269-2343
                                                     (334) 954-7555 (facsimile)
                                                     Andy.Birchfield@BeasleyAllen.com
                                                     Gibson.Vance@BeasleyAllen.com
                                                     David.Byrne@BeasleyAllen.com

                                                     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Motion for Substitution of Party Pursuant to Rule 25(a)(1) has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: August 17, 2015                s/Andy D. Birchfield, Jr.
                                                     Andy D. Birchfield, Jr.