**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____) | |

**THIS DOCUMENT RELATES TO:**
   *John K. Yelverton v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:15-cv-01861**

**NOTICE OF SUBMISSION OF MOTION FOR SUBSTITUTION OF PARTY
PURSUANT TO RULE 25(a)(1)**

COMES NOW, counsel for the Plaintiff, John K. Yelverton, now deceased, and hereby files this Notice of Submission of Motion to Substitute Party Plaintiff pursuant to Fed.R.Civ.P. 25(a)(1).

Respectfully submitted this 17th day of August, 2015.

>       s/ Andy D. Birchfield, Jr.
> Andy D. Birchfield, Jr.
> C. Gibson Vance
> David B. Byrne, III
> BEASLEY, ALLEN, CROW,
> METHVIN, PORTIS & MILES, P.C.
> Post Office Box 4160
> Montgomery, Alabama 36103-4160
> (334) 269-2343
> (334) 954-7555 (facsimile)
> Andy.Birchfield@BeasleyAllen.com
> Gibson.Vance@BeasleyAllen.com
> David.Byrne@BeasleyAllen.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing Notice of Submission of Motion for Substitution of Party Pursuant to Rule 25(a)(1) has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  August 17, 2015                             s/Andy D. Birchfield, Jr.
                                                                   Andy D. Birchfield, Jr.
                                                                   C.Gibson Vance
                                                                   David B. Byrne, III
                                                                   BEASLEY, ALLEN, CROW,
                                                                  METHVIN, PORTIS & MILES, P.C.
                                                                  Post Office Box 4160
                                                                 Montgomery, Alabama 36103-4160
                                                                 (334) 269-2343
                                                                 (334) 954-7555 (facsimile)
                                                                Andy.Birchfield@BeasleyAllen.com
                                                                Gibson.Vance@BeasleyAllen.com
                                                                David.Byrne@BeasleyAllen.com