**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____) | |

**THIS DOCUMENT RELATES TO**

*John K. Yelverton v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:15-cv-01861**

**ORDER**

This matter having come before the Court on Plaintiff Counsels' Motion to Substitute Party Plaintiff and the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Brenda Ray, as the Personal Representative and duly appointed Administratrix of the Estate of John K. Yelverton, may be substituted for John K. Yelverton, as the party plaintiff in this action.

New Orleans, Louisiana this_____ day of _____, 2015.

_____
Honorable Eldon E. Fallon
United States District Court Judge