UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*John K. Yelverton v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-cv-01861**

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW counsel for Plaintiff John K. Yelverton, now deceased, and respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A. In support of their motions, Plaintiff's counsel would show that Plaintiff John K. Yelverton, died on or about November 12, 2014. On June 12, 2015, the Probate Court for Marengo County, Alabama entered an order appointing Brenda Ray as the personal representative and administratrix of the estate of John K. Yelverton, deceased. Amending the Complaint will allow for the substitution of Brenda Ray as the proper party plaintiff and also permit the addition of a wrongful death claim.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A.

Respectfully submitted,

Date: August 17, 2015

s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: August 17, 2015

s/Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.

2