UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____) | |

**THIS DOCUMENT RELATES TO:**
   *John K. Yelverton v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:15-cv-01861**


### NOTICE OF SUBMISSION OF MOTION FOR LEAVE TO AMEND COMPLAINT

   COMES NOW, counsel for the Plaintiff, John K. Yelverton, now deceased, and hereby files this Notice of Motion for Leave to Amend Complaint.

   Respectfully submitted this 17th day of August, 2015.

                                      s/ Andy D. Birchfield, Jr.
                                      Andy D. Birchfield, Jr.
                                      C. Gibson Vance
                                      David B. Byrne, III
                                      BEASLEY, ALLEN, CROW,
                                      METHVIN, PORTIS & MILES, P.C.
                                      Post Office Box 4160
                                      Montgomery, Alabama 36103-4160
                                      (334) 269-2343
                                      (334) 954-7555 (facsimile)
                                      Andy.Birchfield@BeasleyAllen.com
                                      Gibson.Vance@BeasleyAllen.com
                                      David.Byrne@BeasleyAllen.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Submission of Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  August 17, 2015

s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com