UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
  Robert L. Jones
  Lois Manning
  Jacob McLeod
  Major Porterfield
  Tina Culpepper
  Jermaine McMillan

## ORDER

Before the Court is Plaintiffs' Motion to Withdraw their Motion for Extension of Plaintiff Fact Sheet Filing Deadlines (Rec. Doc. 1179). Defendants have communicated to the Court that they do not oppose this motion. Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion to Withdraw their Motion for Extension of Fact Sheet Filing Deadlines (Rec. Doc. 1179) is **GRANTED** and Plaintiff's Motion for Extension of Plaintiff Fact Sheet Deadlines (Rec. Doc. 1126) is hereby withdrawn from the record.

New Orleans, Louisiana this 14th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE