UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCT LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAGISTRATE JUDGE <br> NORTH |

**THIS DOCUMENT RELATES TO:**

**John S. Cannity vs. Janssen Research & Development, LLC, et al.**
**Civil Action No.: 2:15-cv-191-EEF-MBN**

## ORDER

Considering the Joint Motion for Withdrawal and Substitution of Counsel of Record:

**IT IS HEREBY ORDERED** that the Joint Motion for Withdrawal and Substitution of Counsel is hereby **GRANTED** and Carmen S. Scott of Motley Rice, LLC, is substituted for T. David Hoyle of Motley Rice, LLC.

New Orleans, Louisiana this the  11th  day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE