UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | JUDGE FALLON |
| | ) | MAGISTRATE JUDGE |
| | ) | NORTH |
| | ) | |
| | ) | |

THIS DOCUMENT RELATES TO:

Carolyn Hunnewell vs. Janssen Research &  Development, LLC, et al.
Civil Action No.: 2:15-cv-330-EEF-MBN

## ORDER

Considering the Joint Motion for Withdrawal and Substitution of Counsel of Record:

**IT IS HEREBY ORDERED** that the Joint Motion for Withdrawal and Substitution

of Counsel is hereby **GRANTED** and Carmen S. Scott of Motley Rice, LLC, is substituted

for T. David Hoyle of Motley Rice, LLC.


New Orleans, Louisiana this the 11th  day of August, 2015.


_____
UNITED STATES DISTRICT JUDGE