UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAGISTRATE JUDGE<br>NORTH |

**THIS DOCUMENT RELATES TO:**

Elizabeth Andersen, et al. vs. Janssen Research & Development, LLC, et al.
Civil Action No.: 2:15-cv-213-EEF-MBN

## ORDER

Considering the Joint Motion for Withdrawal and Substitution of Counsel of Record:

**IT IS HEREBY ORDERED** that the Joint Motion for Withdrawal and Substitution of Counsel is hereby **GRANTED** and Carmen S. Scott of Motley Rice LLC, is substituted for John D. Hurst of Motley Rice LLC.

New Orleans, Louisiana this the 13th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE