UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> BRENDA ALLEN; DEBORAH BECKLES; GEORGE BOUSTANIA; CONNIE J. BRADLEY, as the administrator of estate for RONNIE DALE BRADLEY; JOHN BRAKEY; DENNIS COHEN, individually, as an heir, and as successor-in-interest to the estate of MYRA COHEN; MITCHELL COHEN; RANDY COHEN; JAMES CRAVER; LUTHER DAVIS; ROBIN EAVES; MARTHA ERICKSON; TIMOTHY J. HOGAN; MOLLIE MCCORMICK; MICHAEL MOUSKOURIE; WARREN NORMAN; EILEEN STEVENS; and CLIFTON WHITE, <br><br>        Plaintiffs, <br><br> vs. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC, et al., <br>        Defendants. <br><br> **Civil Case No.: 2:15-cv-03241** | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## ORDER
## ON JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

      Considering the foregoing Plaintiffs' *Brenda Allen et al.* Joint Motion to Withdraw and Substitute Counsel,

1

**IT IS HEREBY ORDERED** that Brian D. Depew and Elizabeth Crooke of the law firm of Engstrom, Lipscomb & Lack, and Timothy M. Clark, formerly with the law firm of Engstrom, Lipscomb & Lack are withdrawn as Plaintiffs *Brenda Allen et al.* attorneys of record, and attorneys of record in MDL No. 2592.

**IT IS FURTHER ORDERED** that Brian J. Leinbach and Ann A. Howitt of the law firm of Engstrom, Lipscomb & Lack are enrolled as counsel of record for Plaintiffs *Brenda Allen et al.*

DONE AND SIGNED this 13th day of August, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

403581