UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 <br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
EVETT ET AL V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL
2:15-CV-03015

## ORDER

**IT IS ORDERED** that the Ex Parte Motion to Leave to Amend Joint Complaint filed by Plaintiffs, Daniel Evett and Myrna Parker, be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Joint Complaint into the record in this matter and further directed that the Caption be changed to reflect the Amended Joint Complaint.

**NEW ORLEANS, LOUISIANA,** this the   18th   day of          August          , 2015

_____
**UNITED STATES DISTRICT JUDGE**