UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABIITY LITIGATION**

MDL No. 2592

SECTION L

JUDGE: ELDON E. FALLON

MAGISTRATE JUDGE NORTH

*This document applies to the following:*

*LeBlanc, Ronald*: 2:15-cv-00132-EEF-MBN
*Fuller, Bernadette*: 2:15-cv-00197-EEF-MBN
*Ross, James*: 2:15-cv-00198-EEF-MBN
*Grantz, Victoria*: 2:15-cv-00199-EEF-MBN
*Lemoins, Sonja*: 2:15-cv-00717-EEF-MBN
*Hoover, Lovell*: 2:15-cv-00848-EEF-MBN
*Hernandez, Daniel*: 2:15-cv-00849-EEF-MBN
*Edens, Carl*: 2:15-cv-00850-EEF-MBN
*Ballinger, Vickie*: 2:15-cv-00851-EEF-MBN
*Broadnax, Patricia*: 2:15-cv-01267-EEF-MBN
*Sizemore, Nancy*: 2:15-cv-01268-EEF-MBN
*Ray, Ernest*: 2:15-cv-01269-EEF-MBN
*Aranda, Pete*: 2:15-cv-01270-EEF-MBN
*Earl, William*: 2:15-cv-01271-EEF-MBN
*Schneider, Kenneth*: 2:15-cv-01272-EEF-MBN
*Terrell, Lukesha*: 2:15-cv-01273-EEF-MBN
*Daniel, Lola*: 2:15-cv-01609-EEF-MBN
*Niemeier, Kenneth*: 2:15-cv-01610-EEF-MBN
*Burns, Anneliese*: 2:15-cv-02010-EEF-MBN
*Allen, John*: 2:15-cv-02091-EEF-MBN
*Cunningham, Arin*: 2:15-cv-02141-EEF-MBN
*Gonzales, Grace*: 2:15-cv-02143-EEF-MBN
*Hally, Ann*: 2:15-cv-02144-EEF-MBN
*Kirkwood, Martha*: 2:15-cv-02146-EEF-MBN
*Lentz, Charles*: 2:15-cv-02147-EEF-MBN
*Lynn, John*: 2:15-cv-02149-EEF-MBN
*Marzlin, Thomas*: 2:15-cv-02151-EEF-MBN
*Sharpe, Jeanette*: 2:15-cv-02155-EEF-MBN
*Shaw, Edwina*: 2:15-cv-02158-EEF-MBN
*Skinner, Tommie*: 2:15-cv-02160-EEF-MBN
*Tatum, Claire*: 2:15-cv-02163-EEF-MBN

*Temple, Billy*: 2:15-cv-02164-EEF-MBN
*Yevin, Art*: 2:15-cv-02165-EEF-MBN
*Baske, Richard:* 2:15-cv-02180-EEF-MBN
*Bennett, Gordon:* 2:15-cv-02180-EEF-MBN
*Browning, Joe:* 2:15-cv-02180-EEF-MBN
*Bryant, Robert Louis:* 2:15-cv-02180-EEF-MBN
*Clemons, Chris:* 2:15-cv-02180-EEF-MBN
*Doss, Richard:* 2:15-cv-02180-EEF-MBN
*England, Ronald:* 2:15-cv-02180-EEF-MBN
*Falk, Roger:* 2:15-cv-02180-EEF-MBN
*Fiese, Edna:* 2:15-cv-02180-EEF-MBN
*Fontenot, Susan:* 2:15-cv-02180-EEF-MBN
*Freeman, Jacqueline:* 2:15-cv-02180-EEF-MBN
*Gaines, Deanna:* 2:15-cv-02180-EEF-MBN
*Hall, Arkisha:* 2:15-cv-02180-EEF-MBN
*Hardy, Angela:* 2:15-cv-02180-EEF-MBN
*Hogue, Gary:* 2:15-cv-02180-EEF-MBN
*Howlan, Marion:* 2:15-cv-02180-EEF-MBN
*Hubbard, Lottie:* 2:15-cv-02180-EEF-MBN
*Morton, Charles:* 2:15-cv-02180-EEF-MBN
*Profitt, Bradley:* 2:15-cv-02180-EEF-MBN
*Redding, Elmer:* 2:15-cv-02180-EEF-MBN
*Robertson, Richard:* 2:15-cv-02180-EEF-MBN
*Rucker, Dorothy:* 2:15-cv-02180-EEF-MBN
*Twymon, Jacqueline:* 2:15-cv-02180-EEF-MBN
*Walker, Larry:* 2:15-cv-02180-EEF-MBN
*Wolf, Art:* 2:15-cv-02180-EEF-MBN

## ENTRY OF APPEARANCE

COMES NOW Andrew D. Kinghorn and enters his appearance as co-counsel for Plaintiffs, *LeBlanc, Ronald*; *Fuller, Bernadette*; *Ross, James*; *Grantz, Victoria*; *Lemoins, Sonja*; *Hoover, Lovell*; *Hernandez, Daniel*; *Edens, Carl*; *Ballinger, Vickie on behalf of Easley, Judith*; *Broadnax, Toney on behalf of Broadnax, Patricia*; *Sizemore, Nancy on behalf of Asher, Maxie*; *Ray, Rose on behalf of Ray, Ernest*; *Aranda, Pete*; *Earl, William*; *Schneider, Kenneth*; *Terrell,*

*Lukesha; Daniel, Lola; Niemeier, Kenneth; Burns, Anneliese; Allen, John; Cunningham, Arin; Gonzales, Grace*; *Hally, Ann; Cain, Karen on behalf of Kirkwood, Martha; Lentz, Charles; Lynn, John; Marzlin, Thomas; Sharpe, Jeanette; Shaw, Edwina; Skinner, Andrea on behalf of Skinner, Tommie; Tatum, Claire; Cloyd-Temple, Jean on behalf of Temple, Billy; Yevin, Art; Baske, Richard; Bennett, Gordon; Browning, Joe; Bryant, Robert Louis; Clemons, Chris; Doss, Richard; England, Ronald; Falk, Roger; Fiese, Edna; Fontenot, Susan; Freeman, Jacqueline; Gaines, Deanna; Hall, Arkisha; Hardy, Angela; Hogue, Gary; Howlan, Marion; Hubbard, Lottie; Morton, Charles; Profitt, Bradley; Redding, Elmer; Robertson, Richard; Rucker, Dorothy; Twymon, Jacqueline; Walker, Larry; and Wolf, Art*.

                Respectfully submitted,
                THE DRISCOLL FIRM, P.C.


       BY:   /s/ Andrew D. Kinghorn
           Andrew D. Kinghorn (MO #66006)
           THE DRISCOLL FIRM, P.C.
           211 North Broadway, Suite 4050
           St. Louis, Missouri 63012
           Telephone No. (314) 932-3232
           Fax No. (314) 932-3233
           Email: andrew@thedriscollfirm.com


**CERTIFICATE OF SERVICE**

  The undersigned certifies that on this 20th day of August, 2015 a copy of the foregoing was electronically transmitted to counsel of record in this matter by filing same with the Eastern District of Louisiana CM/ECF electronic filing system.

                /s/ Andrew D. Kinghorn