UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| SARAH ALLEN, an individual; GREGORY ARSENAULT, an individual; ALICE NUNNERY, an individual; and TIMOTHY YOST, an individual; | |
| Plaintiffs | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC., JANSSEN ORTHO LLC, JOHNSON & JOHNSON BAYER HEALTHCARE PHARMACEUTICALS, INC, BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and, BAYER AG, | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:15-cv-01036 |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 that the claims of plaintiff Alice Nunnery is dismissed with prejudice against all defendants, each party to bear its own fees and costs. The claims of plaintiffs Sarah Allen, Gregory Arsenault, and Timothy Yost are not impacted by the dismissals of the claims asserted by other plaintiffs named in the Complaint.

-2-

| | |
|---|---|
| THE BRADY LAW GROUP<br>Attorneys for Plaintiffs<br>Gregory Arsenault, Alice Nunnery,<br>and Timothy Yost | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC,<br>and Johnson & Johnson |
| By: __*s/ Steven J. Brady*_____<br>       Steven J. Brady | By: __*s/ Susan M. Sharko*_____<br>       Susan M. Sharko |
| Dated: August 25, 2015 | Dated: August 25, 2015 |

KAYE SCHOLER LLP
Attorneys for Defendants
Bayer Healthcare Pharmaceuticals, Inc. and
Bayer Pharma AG

By: __*s/ William Hoffman*_____
       William Hoffman

Dated: August 25, 2015

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
       James B. Irwin
       Kim E. Moore
       IRWIN FRITCHIE URQUHART
       & MOORE LLC
       400 Poydras Street
       Suite 2700
       New Orleans, LA 70130
       Telephone: (504) 310-2100
       Facsimile:  (504) 310-2120
       jirwin@irwinllc.com

Dated: August 25, 2015

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 25, 2015, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                */s/ James B. Irwin*
                                **James B. Irwin**