UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592<br>SECTION L |
| RICHARD SELLERS, an individual; MARIA BENGE, an individual; LINDA FARRIS, an individual; LISA MCDOUGAL, an individual; IRENE TRUJILLO, an individual; REYNALDO TRUJILLO, JR., an individual; JOSE TRUJILLO, an individual; JESSICA TRUJILLO, an individual; RAFAEL TRUILLO, an individual; CHARLES WOLFF, an individual; DONALD WOLFF, an individual; ANNA POLING, an individual; GERALDINE DENDINGER, an individual; | : : : : : : : : : : : : : | |
| Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC., JANSSEN ORTHO LLC, JOHNSON & JOHNSON BAYER HEALTHCARE PHARMACEUTICALS, INC, BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | : : : : : : : : : : : : : | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:15-cv-01373 |
| Defendants | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 that the claims of plaintiffs Linda Farris, Charles Wolff, Donald Wolff, Anna Poling and Geraldine Dendinger are dismissed with prejudice against all

-2-

defendants, each party to bear its own fees and costs. The claims of plaintiffs Irene Trujillo, Reynaldo Trujillo, Jr., Jose Trujillo, Jessica Trujillo, Francisca Trujillo, Rafael Trujillo, Richard Sellers, Maria Benge and Lisa McDougal are not impacted by the dismissals of the claims asserted by other plaintiffs named in the Complaint.

| THE BRADY LAW GROUP | DRINKER BIDDLE & REATH LLP |
|---|---|
| Attorneys for Plaintiffs<br>Richard Sellers, Maria Benge,<br>Linda Farris, Lisa McDougal,<br>Charles Wolff, Donald Wolff,<br>Anna Poling and Geraldine Dendinger | Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC,<br>and Johnson & Johnson |
| By:  *s/ Steven J. Brady*<br>       Steven J. Brady | By:  *s/ Susan M. Sharko*<br>       Susan M. Sharko |
| Dated: August 25, 2015 | Dated: August 25, 2015 |

KAYE SCHOLER LLP
Attorneys for Defendants
Bayer Healthcare Pharmaceuticals, Inc. and
Bayer Pharma AG

By:  *s/ William Hoffman*
       William Hoffman

Dated: August 25, 2015


IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART
& MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile:  (504) 310-2120
jirwin@irwinllc.com

Dated: August 25, 2015

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 25, 2015, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**