**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  **:**   **MDL No. 2592**
PRODUCTS LIABILITY LITIGATION **:**
                                       **:**   **SECTION L**
                                       **:**
                                       **:**   **JUDGE ELDON E. FALLON**
                                       **:**
                                       **:**   **MAGISTRATE JUDGE NORTH**
_____**:**

**THIS DOCUMENT RELATES TO:**
**ADAIR ET AL V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL**
**2:15-CV-03702**

### _EX PARTE_ MOTION FOR LEAVE TO FILE AMENDED JOINT COMPLAINT

Plaintiff Jenny Adair, on behalf of the estate of William Adair, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(1)(A), respectfully seeks leave to amend the Joint Complaint filed in this Court on August 21, 2015, to correct an inadvertent error in the factual allegation concerning the date of death of William Adair. Plaintiff Jenny Adair provides the following in support of her Motion:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served.

2. Plaintiff Jenny Adair, pursuant to CMO 11, filed a Joint Complaint in this Court on August 21, 2015.

3. The Joint Complaint has not been served upon the defendants nor has a responsive pleading been served.

1

4.  The Joint Complaint included factual assertions related to William Adair.

5.  Plaintiff Jenny Adair's only requested modification to the Joint Complaint, as set forth in the proposed Amended Joint Complaint attached hereto, is the following:

   a.  In Paragraph 1, deleting the sentence "William Adair ultimately died of his injuries on February 24, 2013," and replacing it with "William Adair ultimately died on February 24, 2014."

6.  No further changes to the Joint Complaint are requested.

WHEREFORE, Plaintiff Jenny Adair respectfully requests that this Court enter the proposed order tendered herewith granting leave to file the Amended Joint Complaint and directing the Clerk to enter the Amended Joint Complaint into the record of this matter

Respectfully submitted,

Dated: August 25, 2015

By:   /s/ Daniel J. Carr

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this the 25th day of August 2015, a true copy of the foregoing Ex Parte Motion for Leave to File Amended Joint Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

/s/ Daniel J. Carr