**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **:** | |
| **PRODUCTS LIABILITY LITIGATION** | **:** | **MDL No. 2592** |
| | **:** | |
| | **:** | **SECTION L** |
| | **:** | |
| | **:** | **JUDGE ELDON E. FALLON** |
| | **:** | |
| ______________________________ | **:** | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**
**ADAIR ET AL V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL**
**2:15-CV-03702**

**ORDER**

**IT IS ORDERED** that the Ex Parte Motion for Leave to File Amended Joint Complaint filed by Plaintiff Jenny Adair, on behalf of the estate of William Adair, be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Joint Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this the ______day of ____________________, 2015

______________________________
**UNITED STATES DISTRICT JUDGE**