# SHORT FORM COMPLAINT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2:14-md-02592-EEF-MBN |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

CLOTEE AGEE

2:15-cv-03163-EEF-MBN

## SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, _____Clotee Agee_____, is identified more fully in Paragraph _1__ of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at __Mobile, Alabama_____ _____.

4. The Xarelto User resides (or if deceased, resided at the time of death) at _____Mobile, Alabama_____.

SHORT FORM COMPLAINT

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: __August 25, 2015____  /s/ Drew R. Ferrandini_____
*Attorney for Plaintiff(s)*

# SHORT FORM COMPLAINT

## CERTIFICATE OF SERVICE

The undersigned counsel for Plaintiff, Clotee Agee hereby certify that on August 25, 2015 we electronically filed Clotee Agee Short Form Complaint with the United States District Court for the Eastern District of Louisiana, using the CM/ECF system which sent notification of such filing to all counsel of record and liaison counsel, and as indicated below via U.S. Postal Service:

**DRINKER BIDDLE & REATH LLP**
Susan M. Sharko
500 Campus Drive
Florham Park, New Jersey 07932
Tel: (973) 549-7350

**KAYE SCHOLER LLP**
Steven Glickstein
250 West Street
New York, NY 10019
Tel: (212) 836-6485

*Attorneys for Defendants, Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma, AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG.*

**KABATECK BROWN KELLNER, LLP**

By:  /s/ Lina B. Melidonian
Drew R. Ferrandini
644 South Figueroa Street
Los Angeles, CA 90017
Telephone (213) 217-5000

*Attorneys for Plaintiff, Clotee Agee*