UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE: FALLON |
| | | MAG. JUDGE: SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:
*Phillips v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-00006*

## MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT AND INCORPORATED MEMORANDUM

**NOW INTO COURT**, comes Plaintiff's counsel, who moves this Honorable Court for an Order allowing undersigned to supplement and amend the above numbered and captioned Complaint in accordance with Fed.R.Civ.P. 15(a).

Undersigned counsel seeks to supplement and amend the original complaint to add the recent death of Plaintiff, Emma Phillips, and substitute her major children Collins C. Phillips, Jr. and Lisa C. Phillips as the proper Plaintiffs.

This amendment would not cause undue delay nor would the defendants be unduly prejudiced by the proposed amendment.

**WHEREFORE**, **PREMISIS CONSIDERED**, undersigned counsel requests this Court enter and Order allowing for leave to file a supplemental and amended complaint and any other relief this Court deems just.

Respectfully submitted,

/s/ Anthony D. Irpino_____
**ANTHONY D. IRPINO (#24727)**
**LOUISE CROUCHET HIGGINS (#31780)**
**PEARL A. ROBERTSON (#34060)**
**IRPINO LAW FIRM**
2216 Magazine St.
New Orleans, Louisiana 70130
Tel: (504) 525-1500
Fax: (504) 525-1501

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record.

/s/ Anthony D. Irpino_____
Anthony D. Irpino