UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 |
| | | SECTION: L |
| | | JUDGE: FALLON |
| | | MAG. JUDGE: SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:
*Phillips v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-00006*

## NOTICE OF SUBMISSION OF MOTION FOR LEAVE TO AMEND COMPLAINT

**NOW INTO COURT**, comes undersigned counsel for the Plaintiff, Emma Phillips, now deceased, and hereby files this Notice of Motion for Leave to Amend Complaint.

Respectfully submitted this 26th day of August, 2015.

/s/ Anthony D. Irpino
**ANTHONY D. IRPINO (#24727)**
**LOUISE CROUCHET HIGGINS (#31780)**
**PEARL A. ROBERTSON (#34060)**
**IRPINO LAW FIRM**
2216 Magazine St.
New Orleans, Louisiana 70130
Tel: (504) 525-1500
Fax: (504) 525-1501

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record.

/s/ Anthony D. Irpino
Anthony D. Irpino