UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>Section L<br>Judge Eldon E. Fallon<br>Mag. Judge Michael North |
| *This Document Relates To:*<br>*Case No. 2:15-cv-3588 -RFD-PJH* | |
| Patricia Rivera,<br><br>           Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>           Defendants. | **NOTICE OF VOLUNTARY DISMISSAL** |

           COMES NOW, PATRICIA RIVERA, Plaintiff by and through her attorneys, SIMMONS HANLY CONROY, and hereby files her notice of voluntarily dismissal of her entire case against all Defendants.

Date:  August 27, 2015                              Respectfully submitted,

                                                                 *s/ Andrew S. Williams*
                                                                 Andrew S. Williams (IL #6288152)
                                                                 Trent B. Miracle (IL #6281491)


Page 1 of 3

**SIMMONS HANLY CONROY**
One Court Street
Alton, Illinois 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
awilliams@simmonsfirm.com
tmiracle@simmonsfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2015, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Andrew S. Williams*
