**UNITED STATES DISTRICT COURT OF THE**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2592<br>: SECTION: L<br>: JUDGE FALLON<br>: MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO:<br>SHIRLEY PALMER,<br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; AND DOES 1-100,<br>　　　　　　　　　Defendants. | : CIVIL ACTION NO. 2:14-cv-02918-EEF-MBN |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C. submit this Motion to Withdraw as counsel for Plaintiff, Shirley Palmer, and as grounds therefore state as follows:

1. Irreconcilable differences have arisen between the undersigned counsel and Plaintiff, Shirley Palmer, making continued representation impossible. Under these circumstances, the undersigned counsel move to withdraw as counsel of record for Plaintiff in the above-captioned action.

2. The undersigned counsel informed Plaintiff of counsel's intention to withdraw and provided her 60 days to seek other counsel in advance of the filing of this motion.

3. Plaintiff has informed the undersigned of her intention to seek other counsel, but has not informed the undersigned that she had retained other counsel, despite requests for this

information and despite the passage of 60 days since receiving notice of counsel's intention to withdraw.

4. Plaintiffs' last known contact information is as follows:

Ms. Shirley Palmer
3820 Southwest Kensworth Drive
Duncan, OK  73533
580-560-9123

WHEREFORE, the law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C. submit this Motion to Withdraw as counsel for Plaintiff, Shirley Palmer, and all counsel of those firms, move to withdraw as counsel of record for Plaintiff.

Dated:  August 27, 2015         By:   /s/ M. Elizabeth Graham
                                      M. Elizabeth Graham
                                      Thomas V. Ayala
                                      **GRANT & EISENHOFER P.A.**
                                      123 Justison Street
                                      Wilmington, DE 19801
                                      Tel: (302) 622-7000
                                      Fax:  (302) 622-7100
                                      egraham@gelaw.com
                                      tayala@gelaw.com

                                      Thomas Sims
                                      Stephen T. Blackburn
                                      **BARON & BUDD, P.C.**
                                      3102 Oak Lawn Avenue, Suite 1100
                                      Dallas, TX  75219
                                      Telephone: (214) 521-3605
                                      Facsimile:  (214) 520-1181
                                      tsims@baronbudd.com
                                      sblackburn@baronbudd.com

**CERTIFICATE OF SERVICE**

I, M. Elizabeth Graham, hereby certify that on the 27th day of August, 2015, the documents filed through the ECF system will be sent to Ms. Shirley Palmer via certified, return receipt mail. Furthermore, Ms. Shirley Palmer has been notified of all deadlines and pending court appearances.

/s/ M. Elizabeth Graham
M. Elizabeth Graham