MINUTE ENTRY
FALLON, J.
AUGUST 28, 2015

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a telephone status conference to discuss Case Management Order No. 2 ("CMO 2").  Lenny Davis, Gerald Meunier, Brian Barr, Andy Birchfield, and Roger Denton participated on behalf of the Plaintiffs.  Steven Glickstein, Jim Irwin, John Olinde, Susan Sharko, and William Hoffman participated on behalf of Defendants.  The parties asked the Court to withhold ruling on CMO 2 pending further discussions.

**IT IS ORDERED** that liaison and lead counsel will report to the Court on the status of these discussions during the telephone status conference scheduled for September 2, 2015 at 8:30 a.m.

JS10(00:03)