UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |

_____

## ENTRY OF APPEARANCE

COMES NOW William T. Dowd of Dowd & Dowd, P.C. and enters his appearance on behalf of Plaintiffs in the following actions:

**PARTIES REPRESENTED:**

Plaintiff Betty Byrum

Plaintiff Rodney Case

Plaintiff Gwendolyn J. Coleman

Plaintiff George J. Gleghorn, as Power of Attorney for Barbara M. Gleghorn

Plaintiff Sara J. Harner

Plaintiff Albert W. Helvey

Plaintiff Tamara R. Hodgman

Plaintiff Convers Anthony Holmes

Plaintiff Debra Mawyer, as natural daughter and Personal Representative of the Estate of Charles
    F. Longerbeam, Sr., deceased

Plaintiff Alan R. Rudolph, as surviving spouse and Personal Representative of the Estate of
    Erlinda C. Rudolph, deceased

Plaintiff Tommie M. Varnadoe

**CASES:**

*Byrum v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-3949-EEF-MBN

*Case v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-3964-EEF-MBN

*Coleman v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-3965-EEF-MBN

*Gleghorn v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-3967-EEF-MBN

*Harner v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-3970-EEF-MBN

*Helvey v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-3972-EEF-MBN

*Hodgman v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-3973-EEF-MBN

*Holmes v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-3974-EEF-MBN

*Mawyer v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-3975-EEF-MBN

*Rudolph v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-3976-EEF-MBN

*Varnadoe v. Janssen Research & Development LLC, et al.*: Case No. 2:15-cv-3977-EEF-MBN


Dated: September 1, 2015                                   Respectfully submitted,


By:     /s/ William T. Dowd
        William T. Dowd (Mo Bar #39648)
        DOWD & DOWD, P.C.
        211 N. Broadway, Suite 4050
        St. Louis, MO 63102
        (314) 621-2500
        Fax: (314) 621-2503
        bill@dowdlaw.net

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on September 1, 2015, a true and correct copy of the foregoing pleading was served upon counsel of record via the court's electronic case filing system.

                                                              /s/ William T. Dowd