# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| CHRISSA LEWIS, Individually and as Executor of the Estate of Decedent EARNEST DIAL AND BETTY DIAL Individually, | SECTION L |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC., JANSSEN ORTHO LLC, JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC, BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and, BAYER AG, | **STIPULATION OF DISMISSAL WITH PREJUDICE**  <br><br> Civil Action No.: 2:15-cv-01066 |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

-2-

| | |
|---|---|
| ANDRUS WAGSTAFF, PC<br>Attorneys for Plaintiffs<br>Chrissa Lewis, Individually<br>and as Executor of the Estate<br>of Earnest Dial, and<br>Betty Dial<br><br>By: __*s/David J. Wool*_____<br>      David J. Wool<br><br>Dated: September 2, 2015 | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson<br><br>By: __*s/ Susan M. Sharko*_____<br>      Susan M. Sharko<br><br>Dated: September 2, 2015<br><br>KAYE SCHOLER LLP<br>Attorneys for Defendants<br>Bayer Healthcare Pharmaceuticals, Inc. and<br>Bayer Pharma AG<br><br>By: __*s/ William Hoffman*_____<br>      William Hoffman<br><br>Dated: September 2, 2015<br><br>IRWIN FRITCHIE URQUHART & MOORE LLC<br><br>By: /s/ *James B. Irwin*<br>      James B. Irwin<br>      Kim E. Moore<br>      IRWIN FRITCHIE URQUHART<br>      & MOORE LLC<br>      400 Poydras Street<br>      Suite 2700<br>      New Orleans, LA 70130<br>      Telephone: (504) 310-2100<br>      Facsimile: (504) 310-2120<br>      jirwin@irwinllc.com<br><br>Dated: September 2, 2015 |

-3-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 2, 2015, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**