MINUTE ENTRY
FALLON, J.
SEPTEMBER 2, 2015

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a telephone status conference to discuss Case Management Order No. 2 ("CMO 2"). Lenny Davis, Brian Barr, and Andy Birchfield participated on behalf of the Plaintiffs. Steven Glickstein, Jim Irwin, John Olinde, Susan Sharko, and William Hoffman participated on behalf of Defendants. The parties asked the Court to withhold ruling on CMO 2 pending submission of their joint CMO2 proposal.

**IT IS ORDERED** that liaison and lead counsel will submit to the Court a copy of their joint proposal regarding agreed-upon components of CMO2 by September 11, 2015 at 5:00 p.m.

**IT IS FURTHER ORDERED** that the telephone discovery status conference scheduled for September 3, 2015, at 3:30 is hereby **CANCELED**.

1

JS10(00:13)