UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> *Schubach v. Janssen Research &* ) <br> *Development LLC, et al.* ) <br> Case No. 2:14-cv-03002-EEF-MBN ) <br> Plaintiff Joshua Schubach ) <br> ——————————————— ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**STIPULATION OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Joshua Schubach ("Plaintiff") and Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG ("Defendants"), through their undersigned counsel, that the above-captioned action is voluntarily dismissed as it pertains to the above-listed Plaintiff, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party

1

Respectfully submitted,

Dated: New York, New York
September 2, 2015

By: */s/ Michael A. London*_____
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com
*Attorneys for Plaintiff*

By: */s/ Susan M. Sharko*_____
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*Attorneys for Defendants*
*Janssen Research & Development, LLC,*
*Janssen Ortho LLC, and*
*Janssen Pharmaceuticals, Inc.*

By: */s/ William Hoffman*_____
William Hoffman
KAY SCHOLER LLP
*Attorneys for Defendants*
*Bayer Healthcare Pharmaceuticals, Inc.,*
*Bayer Pharma AG, Bayer Corporation,*
*Bayer Healthcare LLC, Bayer Healthcare AG,*
*and Bayer AG*

By: */s/ James B. Irwin*_____
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Fax: 504-310-2120
Email: jirwin@irwinllc.com
*Liaison Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              */s/ Michael A. London*
                                              Michael A. London