# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| This document relates to: ) | JUDGE FALLON |
| *Ramsey, et al. v. Janssen Research &* ) | MAG. JUDGE NORTH |
| *Development LLC, et al.* ) | |
| **Case No. 2:15-cv-03414-EEF-MBN** ) | |
| Plaintiffs Susan Ramsey, Edward Siravo, ) | |
| Carolyn Ostrander and Esther Phillis ) | |

## NOTICE OF APPEARANCE

COMES NOW attorney Andrew W. Callahan, of the Flint Law Firm, LLC, and hereby enters his appearance on behalf of Plaintiffs Edward Siravo, Carolyn Ostrander and Esther Phillis in the instant matter.

**FLINT LAW FIRM, LLC**

By: */s/ Andrew W. Callahan*
Andrew W. Callahan
IL Bar #6298280
112 Magnolia Drive
P.O. Box 930
Glen Carbon, IL 62034
618-288-4777
618-288-2864 (facsimile)
acallahan@flintfirm.com
*Attorney for Plaintiffs Edward Siravo*
*Carolyn Ostrander and Esther Phillis*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*