# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY PALMER,<br>                Plaintiff,<br><br>        v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; AND DOES 1-100,<br><br>                Defendants. | CIVIL ACTION NO. 2:14-cv-02918-EEF-MBN |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Upon consideration of the Motion to Withdraw as Counsel for Plaintiff filed by the law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C., it is hereby **ORDERED** as follows:

1. The Motion to Withdraw as Counsel for Plaintiff, Shirley Palmer, is hereby **GRANTED**.

2. The law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C. and all counsel of those firms are hereby discharged from any further obligation and relieved of any further appearance in this case on behalf of Plaintiff, Shirley Palmer.

3. Until a Notice of Appearance is filed by new counsel, all pleadings and future papers in this action shall be served upon Plaintiff at the following last known address:

    Ms. Shirley Palmer
    3820 Southwest Kensworth Drive
    Duncan, OK  73533

4. Plaintiff shall have 60 days from the date of this Order to obtain new counsel and have counsel appear in this action.

AND IT IS SO ORDERED this __4th__ day of __September__, 2015.

_____
UNITED STATES DISTRICT JUDGE