UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
ADAIR ET AL V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL
2:15-CV-03702

## ORDER

**IT IS ORDERED** that the Ex Parte Motion for Leave to File Amended Joint Complaint filed by Plaintiff Jenny Adair, on behalf of the estate of William Adair, be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Joint Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this the __4th__ day of _____September_____, 2015

_____
**UNITED STATES DISTRICT JUDGE**

1