UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| ) | | |
| ) | JUDGE FALLON | |
| ) | MAG. JUDGE NORTH | |
| THIS DOCUMENT RELATES TO: ) | | |
| *Thompson v. Janssen Research &* ) | | |
| *Development LLC, et al.* ) | | |
| Case No. 2:15-cv-00045 ) | | |
| Plaintiff Charlene Thompson ) | | |
| _____ ) | | |

**STIPULATION OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Charlene Thompson ("Plaintiff") and Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Bayer Healthcare Pharmaceuticals, Inc., Bayer AG, Bayer Corporation, Bayer Healthcare LLC, and Bayer Healthcare Pharmaceuticals Inc. ("Defendants"), through their undersigned counsel, that the above-captioned action is voluntarily dismissed as it pertains to the above-listed Plaintiff, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated: September 9, 2015  Respectfully submitted,

  *s/Caroline Fayard*_____
Caroline Fayard
FAYARD LAW FIRM, LLC
940 Gravier Street
New Orleans, La 70112
Telephone:     (504) 648-1484
Facsimile:     (504) 648-1499
*Attorneys for Plaintiff Charlene Thompson*

*s/William Hoffman*_____
Steven Glickstein
William Hoffman
KAYE SCHOLER LLP
250 W. 55th St.
New York, NY 10019
*Attorneys for Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Corporation, Bayer AG, and Bayer Healthcare LLC*

*s/Susan M. Sharko* _____
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Dr.
Florham Park, NJ 07932
*Attorneys for Defendants Janssen Research & Development, LLC, Janssen Ortho, LLC, and Janssen Pharmaceuticals, Inc.*

*s/James B. Irwin*_____
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras St., Ste. 2700
New Orleans, LA 70130
*Liaison Counsel for Defendants*