UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
2:15-cv-03202

## MOTION TO AMEND JOINT COMPLAINT

**NOW COMES** Attorney Matthew R. McCarley of Fears | Nachawati Law Firm and respectfully requests to amend his Joint Complaint filed in this Court on the 3rd day of August 2015.

Specifically, Matthew R. McCarley seeks to amend paragraph 33 of the Joint Complaint due to a typing error in this paragraph. Thus, paragraph 33 should read as follows:

33. George Ivos

    a. Plaintiff George Ivos ingested Xarelto from approximately January 5, 2014 to October 14, 2014 and suffered gastrointestinal bleeding and anemia on October 14, 2014 as a direct result of Xarelto. Plaintiff, George Ivos, ultimately died due to his injuries on November 2, 2014. Plaintiff was a resident of Middlesex County in the state of Massachusetts at the time of his death. Plaintiff George Ivos is represented herein by Michael Ivos, the Executor of his estate.

    Respectfully Submitted,

    **/s/ MATTHEW R. MCCARLEY**
    **Matthew R. McCarley**
    Texas Bar No. 24041426
    mccarley@fnlawfirm.com

    **FEARS NACHAWATI, PLLC**
    4925 Greenville Avenue, Suite 715
    Dallas, Texas 75206
    Tel. (214) 890-0711
    Fax (214) 890-0712

    **ATTORNEY FOR THE PLAINTIFF**
    **GEORGE IVOS**

## CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing Motion to Amend Joint Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/ Matthew R. McCarley
    Matthew R. McCarley