UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION  :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
_____ :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
2:15-cv-03202

## PROPOSED ORDER FOR MOTION TO AMEND JOINT COMPLAINT

This matter coming before the Court upon a motion to amend joint complaint filed on August 3, 2015 by Attorney Matthew R. McCarley;

IT IS ORDERED:

The motion to amend is granted and paragraph 33 of the Joint Complaint is to be amended as follows:

33. George Ivos

a. Plaintiff George Ivos ingested Xarelto from approximately January 5, 2014 to October 14, 2014 and suffered gastrointestinal bleeding and anemia on October 14, 2014 as a direct result of Xarelto. Plaintiff, George Ivos, ultimately died due to his injuries on November 2, 2014. Plaintiff was a resident of Middlesex County in the state of Massachusetts at the time of his death. Plaintiff George Ivos is represented herein by Michael Ivos, the Executor of his estate.

ENTERED: September ___, 2015

_____
Eldon E. Fallon
United States District Judge
Eastern District of Louisiana