UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WANDA BEVANS; JANIE CRAWFORD; RALPH EMERSON; RICHARD GEMBARA; and BILLIE STEPHAN | MDL NO. 2592<br><br>SECTION L |
| Plaintiffs, | JUDGE ELDON E. FALLON |
| v.<br>JANSSEN RESEARCH & DEVELOPMENT LLC | MAG. JUDGE MICHAEL NORTH |
| f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG, | **STIPULATION OF DISMISSAL**<br><br>CIVIL ACTION NO. 2:15-cv-2538 and 2:15-cv-4114 |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that the claims of plaintiff Janie Crawford in the above-captioned case be dismissed without prejudice, each party to bear its own fees and costs.

The parties agree that, if plaintiff Janie Crawford or her representative(s) or successor(s) does not re-file this lawsuit within 90 days of the date of this stipulation, this dismissal shall be converted to a dismissal with prejudice.

1

The parties further agree that, if plaintiff Janie Crawford or her representative(s) or successor(s) does choose to re-file this lawsuit within 90 days, Janie Crawford or her representative(s) or successor(s) must do so in federal court. If plaintiff Janie Crawford or her representative(s) or successor(s) re-files in any other court or tribunal, the parties agree that this dismissal shall be treated as a dismissal with prejudice. The claims of plaintiffs Wanda Bevans, Ralph Emerson, Richard Gembara and Billie Stephan are not impacted by dismissals of the claims asserted by other plaintiffs named in the Complaint.

| | |
|---|---|
| ELKUS SISSON & ROSENSTEIN, P.C | DRINKER, BIDDLE & REATH LLP |
| | Attorneys for Defendants |
| By:     /s/ Scott D. McLeod | Janssen Pharmaceuticals, Inc., |
|         Scott D. McLeod (CO #38564) | Janssen Research & Development, LLC |
|         501 South Cherry St., Ste. 920 | Janssen Ortho LLC, and |
|         Denver, CO 80246 | Johnson & Johnson |
|         Phone: 303-567-7981 | |
|         Fax: 303-431-3753 | By:/s/ Susan M. Sharko |
|         smcleod@elkusandsisson.com | Susan M. Sharko |
|         *Attorneys for Plaintiffs* | |
| | KAYE SCHOLER, LLP |
| | Attorneys for Defendants |
| | Bayer Healthcare Pharmaceuticals, Inc. |
| | And Bayer Pharma AG |
| | |
| | By:   /s/ William Hoffman |
| |         William Hoffman |
| | |
| | CHAFFE McCALL, LLP |
| | |
| | By:  /s/ John F. Olinde |
| |         John F. Olinde |
| |         1100 Poydras St., Suite 2300 |
| |         New Orleans, LA   70163-2300 |
| |         Telephone (504) 585-7000 |
| |         Facsimile:  (504) 585-7075 |
| |         Olinde@chaffe.com |

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 10, 2015, the foregoing pleadings was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                            ELKUS SISSON & ROSENSTEIN, P.C

                                            By:    /s/ Keri Roberts_____