UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
2:15-CV-02931

## MOTION TO AMEND JOINT COMPLAINT

**NOW COMES** Attorney Perry R. Sanders, Jr. of Sanders Law, LLC. respectfully requests to amend his Joint Complaint filed in this Court on the 24th day of July 2015.

> Specifically, Plaintiff seeks to amend paragraph 1, as well as the caption of the Joint Complaint to reflect the true spelling of her name, "Lorren Amendt." Due to a clerical error while creating the complaint, Ms. Amendt's name was incorrectly spelled as Lauren Amendt.

DATED: September 10, 2015

Respectfully Submitted,
By:_____
Perry R. Sanders Jr., Esq. (LA SBN 01577)
SANDERS LAW FIRM, LLC
31 North Tejon St., Suite 400
Colorado Springs, CO 80903
Tel: (877) 630-1556
Fax: (719) 630-7004
slf@perrysanderslaw.com

## CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing Motion to Amend Joint Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Perry R. Sanders Jr.
Perry R. Sanders Jr., Esq. (LA SBN 01577)