UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |
| LORREN AMENDT, an individual; PATRICIA CARROLL, an individual; FLORENCE DILLARD, an individual; RAYMOND FILLIPO, an individual;<br>               Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.<br><br>               Defendants. | CIVIL ACTION NO.: 2:15-CV-02931<br><br>**PROPOSED ORDER** |

**PROPOSED ORDER**

    This matter having come before the Court on the Motion for Leave to amend paragraph 1, as well as the caption of the Joint Complaint to reflect the true spelling of Plaintiff name, "Lorren Amendt", the Court having reviewed such and being otherwise sufficiently advised;

    IT IS HEREBY ORDERED that plaintiff's Motion is Granted.  Plaintiff is hereby granted leave to File the First Amended Complaint tendered with its Motion.

    Entered this _____ day of _____, 2015.

_____<br>
Judge Eldon E. Fallon
