# ATTACHMENT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS  * MDL NO. 2592
LIABILITY LITIGATION
                                        * SECTION L
                                        *
                                        * JUDGE ELDON E. FALLON
                                        *
                                        * MAG. JUDGE NORTH
*********************************************  *

**THIS DOCUMENT RELATES TO**

*Anderson et al v. Janssen Research & Development, LLC, et al.*, 15-4009

## ORDER

A Joint Complaint has been filed in the aforementioned case in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592. Pursuant to Pre-Trial Order No. 11 (Rec. Doc. 893), **IT IS ORDERED** that this complaint is **SEVERED** into separate, individual cases for each group of related plaintiffs. Plaintiffs are hereby directed to file separate, short form complaints for each case in accordance with Pre-Trial Order No. 11, paragraph 1 (c) (Rec. Doc. 893).

New Orleans, Louisiana, this 8th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE