UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: XARELTO (RIVAROXABAN) PRODUCTS
LIABILITY LITIGATION
    Booker v. Janssen Research & Development, LLC, et al.,   )
        E.D. Missouri, C.A. No. 4:15-01346               )         MDL No. 2592

**ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER**

    On August 31, 2015, the Panel filed in this docket a conditional transfer order (CTO-53) pertaining to, *inter alia*, this action (*Booker*). In the absence of any known opposition to the proposed transfer, the stay of transmittal with regard to *Booker* was lifted on September 9, 2015, and the action was transferred to the Eastern District of Louisiana. Subsequently, also on September 9, 2015, the Panel received from plaintiff a motion to reinstate the conditional transfer order. In her motion, plaintiff, through counsel, states that electronic notice of the Panel's August 31, 2015, order was redirected to her counsel's spam folder. Plaintiff only became aware of the order when a copy of finalized CTO-53 was filed in the Eastern District of Missouri. Under these circumstances, the Panel will reinstate the conditional transfer order in *Booker* in order to permit plaintiff to pursue her opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-53" filed on August 31, 2015 is REINSTATED.

    IT IF FURTHER ORDERED that plaintiff's notice of opposition to CTO-53 is accepted for filing as of the date of this order.

                                                      FOR THE PANEL:

                                                      Jeffery N. Lüthi
                                                      Clerk of the Panel