UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO CASE NO. 2:15-cv-03862-EEF-MBN, *Walter Helms v. Janssen, et al.* | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Drew R. Ferrandini of the law firm of Kabateck Brown Kellner L.L.P. enters his appearance as counsel for Plaintiff in *Walter Helms v. Janssen, et al..,* No. 2:15-cv-03862-EEF-MBN (E.D. La.).

Furthermore, counsel seeks to be entered into this Court's Electronic Case Filing System, and receive all notices, pleadings and papers filed in this matter, as well as those filed in *In Re Xarelto*, Case No. 2:14-md-2592.

Dated: September 9, 2015

                                              Respectfully submitted,

                                              KABATECK BROWN KELLNER LLP

                                       By /s/ Drew R. Ferrandini
                                           Drew R. Ferrandini
                                           644 South Figueroa Street
                                           Los Angeles, CA 90017
                                           df@kbklawyers.com
                                           Telephone: (213) 217-5000
                                           Facsimile: (213) 217-5010

                                           *Attorneys for Plaintiff, Walter Helms*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance was served via the Court's Electronic Case Filing System this 10th day of September, 2015.

/s/ Drew R. Ferrandini
Drew R. Ferrandini