## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
**2:15-cv-03202**

### PROPOSED ORDER FOR MOTION TO AMEND JOINT COMPLAINT

This matter coming before the Court upon a motion to amend joint complaint filed

on August 3, 2015 by Attorney Matthew R. McCarley;

IT IS ORDERED:

The motion to amend is granted and paragraph 33 of the Joint Complaint is to be

amended as follows:

33. George Ivos

      a.  Plaintiff George Ivos ingested Xarelto from approximately January 5, 2014 to October 14, 2014 and suffered gastrointestinal bleeding and anemia on October 14, 2014 as a direct result of Xarelto. Plaintiff, George Ivos, ultimately died due to his injuries on November 2, 2014. Plaintiff was a resident of Middlesex County in the state of Massachusetts at the time of his death. Plaintiff George Ivos is represented herein by Michael Ivos, the Executor of his estate.

ENTERED: September 10th, 2015

_____

Eldon E. Fallon
United States District Judge
Eastern District of Louisiana