UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 SECTION L |
| | : : | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: Stewart, et al. v. Janssen Research & Development, LLC, et al. | : : : | MAGISTRATE JUDGE NORTH |
| | : : | **STATEMENT NOTING A PARTY'S DEATH** |
| Case No. 2:15-cv-03308 Plaintiffs Susan L. Stewart And Evelyn Kendrick | : : : | |

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who represents Plaintiffs Susan L. Stewart and Evelyn Kendrick, notes the death during the pendency of this action of Plaintiff Evelyn Kendrick.

                                                                      Respectfully submitted,

Date:   September 11, 2015          **ROSS FELLER CASEY, LLP**
                                                    *Attorneys for Plaintiff(s)*

                                 By:    /s/ Mark A. Hoffman_____
                                              Mark A. Hoffman, Esquire
                                              Brian J. McCormick, Jr., Esquire
                                              Dena Young, Esquire
                                              One Liberty Place
                                              1650 Market Street, Suite 3450
                                              Philadelphia, PA. 19103
                                              Phone: (215) 574-2000
                                              Fax: (215) 574-3080
                                              mhoffman@rossfellercasey.com
                                              bmccormick@rossfellercasey.com
                                              dyoung@rossfellercasey.com