UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:**<br><br>*Linda Fitzwater v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*<br><br>No. 2:15-cv-03026 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

NOTICE OF DEATH OF PLAINTIFF,
NOTICE OF INTENT TO SUBSTITUTE PARTIES
AND
<u>REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET</u>

COME NOW Counsel for Plaintiff Linda Fitzwater, and hereby notify the Court and the parties of the death of Plaintiff Linda Fitzwater. A copy of Mrs. Fitzwater's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Counsel for Plaintiff contacted Mrs. Fitzwater's surviving family and anticipate filing a Motion to Substitute a Party in the near term.

Plaintiff's Fact Sheet ("PFS") is currently due on September 12, 2015. Counsel needs additional time to request substitution of a party for Plaintiff and to compile the necessary information for the PFS. Counsel for Plaintiff requests an extension of time, up to and including **December 12, 2015**, to submit the PFS.

WHEREFORE, based on the foregoing, Counsel for Plaintiff hereby request that the Court grant the additional time to submit the PFS; and for such further relief as the Court deems just.

1

Respectfully submitted,                            Dated: September 11, 2015

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

## Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on September 11, 2015 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward

# WEST VIRGINIA DEPARTMENT OF HEALTH & HUMAN RESOURCES
## BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION
### PHYSICIANS / MEDICAL EXAMINER'S CERTIFICATE OF DEATH
ROOM 165, 350 CAPITOL STREET, CHARLESTON, WV 25301

**STATE FILE NUMBER:** 010801

**TYPE/PRINT IN PERMANENT BLACK INK**

### DECEDENT
- **1. Decedent's Name (First, Middle, Last):** Linda Lou Fitzwater
- **2. Sex:** F
- **3. Date of Death:** 6/20/2015
- **4. Social Security Number:** [redacted]
- **5a. Age-Last Birthday (Years):** 75
- **5b. Under 1 Year:** —
- **5c. Under 1 Day:** —
- **6. Date of Birth:** 1940
- **7. Birthplace (City and State or Foreign Country):** Clay, WV
- **8. Was Decedent Ever in U.S. Armed Forces?** No
- **9a. Place of Death:** ER/Outpatient
- **9b. Facility Name:** CAMC Memorial
- **9c. City, Town, or Location of Death:** Charleston
- **9d. County of Death:** Kanawha
- **10. Marital Status:** Married
- **11. Surviving Spouse:** Sam Fitzwater
- **12a. Decedent's Usual Occupation:** Housewife
- **12b. Kind of Business/Industry:** Her Residence
- **13a. Residence-State:** WV
- **13b. County:** Clay
- **13c. City, Town, or Location:** Procious
- **13d. Street and Number:** [redacted]
- **13e. Inside City Limits?** No
- **13f. Zip Code:** 25164
- **14. Was Decedent of Hispanic Origin?** No
- **15. Race:** White
- **16. Decedent's Education:** 12th

### PARENTS
- **17. Father's Name:** Daffie Hall
- **18. Mother's Name:** Marie Young

### INFORMANT
- **19a. Informant's Name:** Sam Fitzwater
- **19b. Mailing Address:** [redacted] Procious WV, 25164

### DISPOSITION
- **20a. Method of Disposition:** Cremation
- **20b. Place of Disposition:** Cooke Funeral Home
- **20c. Location:** Nitro, WV
- **21. Signature of Funeral Service Licensee:** [signature]
- **22. Name and Address of Facility:** Wilson-Shamblin-Smith Funeral Home, PO Box 549, Clay WV 25043

### PRONOUNCING PHYSICIAN ONLY
- **23a. Signature and Title:** [blank]
- **23b. Date Signed:** [blank]

### ITEMS 24-26 MUST BE COMPLETED BY PERSON WHO PRONOUNCES DEATH
- **24. Time of Death:** 15:41 P.M.
- **25. Date Pronounced Dead:** 6/20/2015
- **26. Was Case Referred to Medical Examiner/Coroner?** No

### CAUSE OF DEATH
**27. Part I:**
- a. **Immediate Cause:** Unknown natural causes
- b. **Due to:** Lung cancer
- c. **Due to:** Atrial fibrillation
- d.

**Part II. Other significant conditions:** [blank]

- **28a. Was an Autopsy Performed?** No
- **28b. Were Autopsy Findings Available Prior to Completion of Cause of Death?** —
- **29. Manner of Death:** Natural
- **30a–f.** [blank]

### CERTIFIER
- **31a. Certifier:** Certifying Physician
- **31b. Signature and Title of Certifier:** [signature] MD
- **31c. Date Signed:** 6/24/15
- **32. Name and Address of Person Who Completed Cause of Death:** Elizabeth [Braun...] [redacted]

### REGISTRAR
- **33. Registrar's Signature:** [signature] Ramona Fox
- **34. Date Filed:** JUN 30 2015

FORM VS-002 (Rev. 7/2005)

STATE COPY

# STATE OF WEST VIRGINIA




D0411716



This is to certify that this document is a true and accurate reproduction of an official record, or the facts abstracted from an official record, on file with:

Vital Statistics
Bureau for Public Health
West Virginia Department of Health and Human Resources
Charleston, West Virginia.

Gary L. Thompson
State Registrar

Date Certified: Jun 30, 2015

**The certified copy or information appears on the reverse side on multicolor surface.
Document contains heat-sensitive stamp and watermark.**

**Do not accept without verifying watermark and heat-sensitive stamp.**

**WARNING!**
**It is a crime punishable by fine and imprisonment to counterfeit or alter this certificate or to use the vital statistics record of another person for deceptive purposes.**

WVDHHR-REVISED 11/2012