UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO.: 2:14-md-02592-EEF-MBN

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
2:15-cv-00864-EEF-MBN

| | |
|---|---|
| THIS DOCUMENT RELATES TO: ) <br> ) <br> RITA ORTIZ ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT LLC ) <br> f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) <br> JANSSEN PHARMACEUTICALS, INC. ) <br> f/k/a JANSSEN PHARMACEUTICA INC. ) <br> f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., ) <br> JOHNSON & JOHNSON COMPANY ) <br> BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC., ) <br> BAYER PHARMA AG, ) <br> BAYER CORPORATION, ) <br> BAYER HEALTHCARE LLC, ) <br> BAYER HEALTH CARE AG, and BAYER AG, ) <br> ) <br> Defendants. ) <br> ) | CIVIL ACTION: 2:15-cv-00864 |

**MOTION TO WITHDRAW AS COUNSEL**

NOW INTO COURT, come movers Anthony Irpino, the Irpino Law Firm, Dennis C. Reich

and Reich & Binstock Law Firm counsel for Plaintiff, Rita Ortiz, who respectfully move for an Order withdrawing them from any further representation in this litigation and specifically from any further representation of Plaintiff, Rita Ortiz, for the reasons set forth below.

1) In order to comply with Pre-Trial Order No. 13, relating to the Plaintiff Fact Sheets and Authorizations, counsel has attempted to gather the necessary information and signed authorizations.

2) Counsel for the plaintiff has contacted client via several mediums:

   a) June 23, 2015: telephone call unanswered – message left – no return call;

   b) June 24, 2015: telephone call unanswered – message left – no return call;

   c) June 25, 2015: telephone call unanswered – message left – no return call;

   d) June 25, 2015: FedEx package sent to plaintiff (confirmation from FedEx of delivery on June 26, 2015);

   e) June 29, 2015: telephone call unanswered – message left – no return call;

   f) July 3, 2015: telephone call to daughter – relayed importance of telephone call – no return call;

   g) August 17, 2015: telephone call unanswered – message left;

   h) August 17, 2015: certified letter to client (USPS confirmed receipt on August 22, 2015);

   i) August 19, 2015: plaintiff contacted counsel. Confirmed all contact information and stressed importance of returning necessary documents;

   j) August 25, 2015: email to plaintiff (Outlook delivery confirmation at 10:43am)

   k) August 28, 2015: email to plaintiff, telephone call to plaintiff and plaintiff's daughter – no return call (Outlook delivery confirmation at 12:22pm);

    l) <u>September 1, 2015</u>: telephone call to plaintiff – was able to leave message with her sister- relayed importance of telephone call - no return phone call.

    m) <u>September 3, 2015</u>: telephone call to plaintiff – message left – no return call.

3) The Plaintiff and movant have terminated their relationship for failure to communicate with counsel.

4) The Plaintiff has been made aware of applicable deadlines on numerous occasions.

5) The Plaintiff will remain in the litigation

6) The last known address of Plaintiff was:

> Ms. Rita Ortiz
> 4807 Prock Lane
> Austin, TX 78721
> (512) 826-5173
> Ritaortiz1955@yahoo.com

7) This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel moves this Court for an order allowing them to withdraw as counsel of record for Plaintiff, Rita Ortiz.

Respectfully Submitted,

/s/ Anthony Irpino
Anthony Irpino, LA Bar #24727
Louise C. Higgins, LA Bar #31780
IRPINO LAW FIRM
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinlaw.com

/s/ Dennis C. Reich  
Dennis C. Reich (Texas Bar # 16739600)  
Reich & Binstock  
4265 San Felipe − Suite 1000  
Houston, TX 77027  
Telephone: (713) 622−7271  
Fax: (713) 623−8724  
dreich@reichandbinstock.com  

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2015, the above and foregoing Motion to Withdraw as Counsel has been served on all counsel by EM/ECF.

I further certify that the Plaintiff has been made aware of applicable deadlines and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail, regular U.S. Mail and via email with confirmation of delivery to the Plaintiff Rita Ortiz, *Ritaortiz1955@yahoo.com*, 4807 Prock Lane Austin, TX 78721

/s/ Anthony Irpino  
Anthony Irpino