# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

CASE NO.: 2:14-md-02592-EEF-MBN

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
2:15-cv-00864-EEF-MBN

| | |
|---|---|
| THIS DOCUMENT RELATES TO: )<br>)<br>RITA ORTIZ )<br>         Plaintiff, )<br>)<br>  v. )<br>)<br>JANSSEN RESEARCH & DEVELOPMENT LLC )<br>f/k/a JOHNSON AND JOHNSON )<br>PHARMACEUTICAL RESEARCH AND )<br>DEVELOPMENT LLC, JANSSEN ORTHO LLC, )<br>JANSSEN PHARMACEUTICALS, INC. )<br>f/k/a JANSSEN PHARMACEUTICA INC. )<br>f/k/a ORTHO-MCNEIL-JANSSEN )<br>PHARMACEUTICALS, INC., )<br>JOHNSON & JOHNSON COMPANY )<br>BAYER HEALTHCARE )<br>PHARMACEUTICALS, INC., )<br>BAYER PHARMA AG, )<br>BAYER CORPORATION, )<br>BAYER HEALTHCARE LLC, )<br>BAYER HEALTH CARE AG, and BAYER AG, )<br>)<br>Defendants. )<br>) | CIVIL ACTION: 2:15-cv-00864 |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the Irpino Law Firm's Motion to Withdraw as

Counsel. The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby ORDER and ADJUDGED as follows:

The IRPINO LAW FIRM's Motion to Withdraw as Counsel as to Plaintiff, Rita Ortiz is hereby granted.

DONE and ORDERED in Chambers, at New Orleans, Louisiana on this _____ day of _____, 2015.

_____
Honorable Eldon E. Fallon
United States District Judge