## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

CASE NO.: 2:14-md-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)                MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

                                            SECTION: L
                                            JUDGE ELDON E. FALLON
                                            MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
2:15-cv-00864-EEF-MBN

_____

THIS DOCUMENT RELATES TO:              )
                                       )
RITA ORTIZ                             )
                Plaintiff,             )
                                       )    CIVIL ACTION: 2:15-cv-00864
        v.                             )
                                       )
JANSSEN RESEARCH & DEVELOPMENT LLC )
f/k/a JOHNSON AND JOHNSON              )
PHARMACEUTICAL RESEARCH AND            )
DEVELOPMENT LLC, JANSSEN ORTHO LLC,  )
JANSSEN PHARMACEUTICALS, INC.          )
f/k/a JANSSEN PHARMACEUTICA INC.       )
f/k/a ORTHO-MCNEIL-JANSSEN             )
PHARMACEUTICALS, INC.,                 )
JOHNSON & JOHNSON COMPANY              )
BAYER HEALTHCARE                       )
PHARMACEUTICALS, INC.,                 )
BAYER PHARMA AG,                       )
BAYER CORPORATION,                     )
BAYER HEALTHCARE LLC,                  )
BAYER HEALTH CARE AG, and BAYER AG,  )
                                       )
Defendants.                            )
_____)

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon Motion to Withdraw as Counsel filed by

Anthony Irpino, the Irpino Law Firm, Dennis C. Reich and Reich & Binstock Law Firm. The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby ORDER and ADJUDGED as follows:

The Motion to Withdraw as Counsel filed by Anthony Irpino, the Irpino Law Firm, Dennis C. Reich and Reich & Binstock Law Firm as to Plaintiff, Rita Ortiz is hereby granted.

DONE and ORDERED in Chambers, at New Orleans, Louisiana on this _____day of _____, 2015.

_____
Honorable Eldon E. Fallon
United States District Judge