UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**<br><br>*Vadace Hatfield v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:15-cv-03027<br><br>**No. 2:15-cv-03027** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## NOTICE OF DEATH OF PLAINTIFF

COME NOW Counsel for Plaintiff Vadace Hatfield, and hereby notify the Court and the parties of the death of Plaintiff Vadace Hatfield. A copy of Mrs. Hatfield's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Respectfully submitted,                  Dated: September 11, 2015

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

### Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on September 11, 2015 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward

1

# CERTIFICATION OF VITAL RECORD

# STATE OF ALASKA

**ALASKA DEPARTMENT OF HEALTH AND SOCIAL SERVICES - BUREAU OF VITAL STATISTICS**
P.O. Box 110675, Juneau, AK 99811-0675

**CERTIFICATE OF DEATH**

DATE FILED: 04/27/2015
STATE FILE NO. 2015001120

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | VADACE LEE HATFIELD |
| 2. SEX | Female |
| 4a. AGE-Last Birthday (Years) | 88 |
| 5. DATE OF BIRTH | 1926 |
| 6. BIRTHPLACE | Snow, OKLAHOMA |
| 7a. RESIDENCE-STATE | Alaska |
| 7b. COUNTY | Matanuska Susitna |
| 7c. CITY OR TOWN | Wasilla |
| 7f. ZIP CODE | 99654 |
| 7g. INSIDE CITY LIMITS? | Yes |
| 8. EVER IN US ARMED FORCES? | No |
| 9. MARITAL STATUS AT TIME OF DEATH | Widowed |
| 11. FATHER'S NAME | EDWARD LAFAYETTE LAKIN |
| 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | LELA MAE SHERRER |
| 13a. INFORMANT'S NAME | NANCY WILLIS |
| 13b. RELATIONSHIP TO DECEDENT | Daughter |
| 13c. MAILING ADDRESS | Wasilla, Alaska 99687 |
| 14. DECEDENT'S EDUCATION | High school graduate or GED |
| 15. DECEDENT OF HISPANIC ORIGIN? | No, not Spanish/Hispanic/Latino(a) |
| 16. DECEDENT'S RACE | White |
| 17. DECEDENT'S USUAL OCCUPATION | Homemaker |
| 18. KIND OF BUSINESS OR INDUSTRY | Own Home |
| 19. PLACE OF DEATH | Decedent's home |
| 20. FACILITY NAME | 3060 Southview Dr |
| 21. CITY OR TOWN, STATE AND ZIP CODE | Wasilla, Alaska 99654 |
| 22. COUNTY OF DEATH | Matanuska Susitna |
| 23. METHOD OF DISPOSITION | Cremation |
| 24. PLACE OF DISPOSITION | Valley Funeral Home & Crematory |
| 25. LOCATION - CITY, TOWN AND STATE | Wasilla, AK |
| 26. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | Valley Funeral Home & Crematory 151 E Herning Avenue Wasilla, Alaska 99654 |
| 27. NAME OF FUNERAL SERVICE LICENSEE | ALLEN KOPP |
| 28. LICENSE NUMBER | 463 |
| 29. DATE PRONOUNCED DEAD | 04/19/2015 |
| 30. TIME PRONOUNCED DEAD | 21:38 |
| 31. SIGNATURE OF PERSON PRONOUNCING DEATH | MELENDEZ, JEFFREY |
| 32. LICENSE NUMBER | 6554 |
| 33. DATE SIGNED | 04/23/2015 |
| 34. ACTUAL OR PRESUMED DATE OF DEATH | April 19, 2015 |
| 35. ACTUAL OR PRESUMED TIME OF DEATH | 2138 |
| 36. WAS MEDICAL EXAMINER OR CORONER CONTACTED? | No |

**37. CAUSE OF DEATH**

| | Cause | Approximate Interval Onset to death |
|---|---|---|
| a | SEVERE AORTIC STENOSIS | Unknown |
| b | CHRONIC OBSTRUCTIVE PULMONARY DISEASE | Unknown |
| c | ATRIAL FIBRILLATION | Unknown |

PART II: GASTROINTESTINAL BLEEDING

38. WAS AN AUTOPSY PERFORMED? No
39. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? No
40. DID TOBACCO USE CONTRIBUTE TO DEATH? No
41. IF FEMALE: Not pregnant within past year
42. MANNER OF DEATH: Natural

50a. CERTIFIER: Certifying physician
50b. NAME OF CERTIFIER: JEFFREY MELENDEZ
ADDRESS: Wasilla AK 99654
52. LICENSE NUMBER: 6554
53. DATE CERTIFIED: 04/23/2015

ORIGINAL - STATE COPY

001476837

I CERTIFY THAT THIS IS A TRUE, FULL AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE IN THE BUREAU OF VITAL STATISTICS, DEPARTMENT OF HEALTH AND SOCIAL SERVICES, JUNEAU, ALASKA.

DATE ISSUED: APRIL 28, 2015

State Registrar

This copy not valid unless prepared on engraved border displaying the date, seal and signature of the Alaska State Registrar.
PBNCO (Rev) 12/09

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

