UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:**<br><br>*Vadace Hatfield v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:15-cv-03027<br><br>**No. 2:15-cv-03027** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## MOTION FOR SUBSTITUTION OF PARTY

COME NOW Counsel for Plaintiff Vadace Hatfield, pursuant to Fed. R. Civ. P 25(a), based on the death of Plaintiff Vadace Hatfield, hereby move to substitute Nancy Jo Willis, the personal representative of Plaintiff's estate, as the Plaintiff in this action.

Respectfully submitted,                           Dated: September 11, 2015

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

### Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on September 11, 2015 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward

1