UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| | **MDL No. 2592** |
| **THIS DOCUMENTS RELATES TO:** | SECTION: L |
| *Vadace Hatfield v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* <br> **No. 2:15-cv-03027** | JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

**REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

COME NOW Counsel for Plaintiff Vadace Hatfield, based on the death of Plaintiff Vadace Hatfield and the currently pending motion to substitute party (filed contemporaneously herewith), hereby request an extension of time, up to **December 12, 2015** to submit the Plaintiff Fact Sheet, and for such further relief as the Court deems just.

Respectfully submitted,                              Dated: September 11, 2015

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

**Certificate of Service**

The undersigned hereby certifies the foregoing was filed with the Court on September 11, 2015 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward

1