UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**<br><br>*Joanna Rogers v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*<br>**No. 2:15-cv-03031** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## NOTICE OF DEATH OF PLAINTIFF

COME NOW Counsel for Plaintiff Joanna Rogers, and hereby notify the Court and the parties of the death of Plaintiff Joanna Rogers. A copy of Mrs. Rogers' death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Respectfully submitted,                    Dated: September 11, 2015

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

### Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on September 11, 2015 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward

1

H105.805 REV (9/11)

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING:** It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate, $6.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

P 22041247
Certification Number

*Beverly J. Baughman*
Local Registrar

AUG 14 2015
Date Issued

---

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS

## CERTIFICATE OF DEATH

State File Number: 1.192566

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | Joanna W. Rogers |
| 2. Sex | Female |
| 4. Date of Death | August 10, 2015 |
| 5a. Age | 91 |
| 6. Date of Birth | 1924 |
| 7a. Birthplace | Leven Fife, Scotland |
| 8a. Residence (State) | Pennsylvania |
| 8d. Residence (County) | York |
| 8e. Residence (Zip Code) | 17404 |
| 8c. Did Decedent Live in a Township? | No, decedent lived within limits of York city/boro |
| 9. Ever in US Armed Forces? | No |
| 10. Marital Status | Widowed |
| 12. Father's Name | John Whelan |
| 13. Mother's Name Prior to First Marriage | Alison [Thomson] Whelan |
| 14a. Informant's Name | Sarah Kyle |
| 14b. Relationship to Decedent | Granddaughter |
| Informant's Address | York, PA 17403 |
| 15a. Place of Death | Inpatient |
| 15b. Facility Name | York Hospital |
| 15c. City or Town, State, Zip Code | York, PA 17403 |
| 15d. County of Death | York |
| 16a. Method of Disposition | Cremation |
| 16b. Date of Disposition | August 13, 2015 |
| 16c. Place of Disposition | White Rose Crematorium |
| 16d. Location of Disposition | York, PA 17403 |
| 17a. Signature of Funeral Service Licensee | Albert L. Kuhner, Jr. |
| 17b. License Number | FD-012435-L |
| 17c. Name and Address of Funeral Facility | Kuhner Associates Funeral Directors, Inc., 863 South George Street, York, PA 17403 |
| 18. Decedent's Education | Bachelor's degree (e.g. BA, AB, BS) |
| 19. Hispanic Origin | No, not Spanish/Hispanic/Latino |
| 20. Decedent's Race | White |
| 21. Single Race Self-Designation | White |
| 22a. Usual Occupation | Registered Nurse |
| 22b. Kind of Business/Industry | School District |
| 23a. Date Pronounced Dead | August/10/2015 |
| 23c. License Number | MT199118 |
| 23d. Date Signed | August/10/2015 |
| 24. Time of Death | 07:56 PM |
| 25. Medical Examiner/Coroner Contacted? | No |

### 26. CAUSE OF DEATH

| Part | Cause | Interval |
|---|---|---|
| Immediate Cause (a) | Cardiogenic Shock | unknown |
| Due to (b) | ST-elevation Myocardial Infarction | unknown |

| Field | Value |
|---|---|
| 27. Autopsy Performed? | No |
| 29. If Female | Not pregnant within past year |
| 30. Tobacco Use Contribute to Death? | No |
| 31. Manner of Death | Natural |
| 39. Certifier | Pronouncing & Certifying |
| Title of certifier | MD |
| License Number | MT199118 |
| 39b. Name, Address | Janet Yoo, York, PA 17405 |
| 39c. Date Signed | August/10/2015 |
| 40. Registrar's District Number | 67-609 |
| 41. Registrar's Signature | Beverly J. Baughman |
| 42. Registrar File Date | Aug 14, 2015 |

ALIAS USED
NAME OF DECEDENT: ROGERS, JOANNA

H105-143