UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** *Joanna Rogers v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* **No. 2:15-cv-03031** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

**[proposed] ORDER**

Plaintiff's counsel's motion to substitute Christopher Rogers, the executor of Plaintiff Joanna Rogers' estate, as the Plaintiff in this action is **HEREBY GRANTED**.

**SO ORDERED:**

_____         **DATED:**_____