UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO:<br><br>*Pedro Castro-Chavira v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*<br>**No. 2:15-cv-03024** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

**REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

COMES NOW Plaintiff Pedro Castro-Chavira, and for his motion for an extension of time to submit his Plaintiff Fact Sheet, states:

1. Plaintiff's original bundled complaint was filed herein on July 14, 2015.

2. Plaintiff's Fact Sheet ("PFS") is currently due September 12, 2015.

3. Counsel for Plaintiff have made repeated attempts to contact Plaintiff in order to complete his PFS in a timely manner.

4. Plaintiff's telephone number is no longer in operation.

5. Plaintiff's counsel's certified mail to Plaintiff's last known address have been returned to sender.

6. Plaintiff's counsel is undertaking further additional measures to locate Plaintiff in order to proceed with Plaintiff's case and need additional time to locate Plaintiff.

7. The reasons for Plaintiff's inability or failure to respond to counsel are currently unknown. A common scenario in these types of cases is that a well-intended plaintiff is unable to be reached, or unable to complete the PFS, because of extenuating circumstances existing in his life.

1

WHEREFORE, Plaintiff respectfully requests additional time, up to and including December 12, 2015, to submit his PFS, and for such further relief as the Court deems just.

Respectfully submitted,                          Dated: September 11, 2015

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

**Certificate of Service**

The undersigned hereby certifies the foregoing was filed with the Court on September 11, 2015 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward