UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** *Pedro Castro-Chavira v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* **No. 2:15-cv-03024** | **MDL No. 2592** SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE: MICHAEL NORTH |
|---|---|

**[proposed] ORDER**

Plaintiff's counsel's request for an extension of time to submit the Plaintiff Fact Sheet ("PFS") is **HEREBY GRANTED**. The PFS is now due by **December 12, 2015.**

**SO ORDERED:**

_____     **DATED:**_____

1