UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL No. 2592 |
|---|---|
| *Victor Diaz v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*<br>**No. 2:15-cv-01976** | SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**REQUEST FOR THE EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

COMES NOW Plaintiff Victor Diaz, and for his motion for an extension of time to submit his Plaintiff Fact Sheet, states:

1. Plaintiff's complaint was filed herein on June 9, 2015.

2. Plaintiff's Fact Sheet ("PFS") was originally due August 10, 2015.

3. Plaintiff's Fact Sheet is currently due September 15, 2015.

4. Counsel for Plaintiff has made repeated attempts to contact Plaintiff in order to complete his PFS in a timely manner.

5. Plaintiff has recently informed Counsel that he is currently represented by multiple different law firms in connection with his Xarelto litigation.

6. Counsel for Plaintiff has undertaken discussions with Plaintiff's additional Counsel regarding substitution of counsel in order to proceed with Plaintiff's Xarelto litigation and need additional time to resolve the issue of Plaintiff's representation.

WHEREFORE, Plaintiff respectfully requests additional time, up to and including October 15, 2015, to submit his PFS, and for such further relief as the Court deems just.

Dated: September 14, 2015    /s/ Edward A. Wallace
Edward A. Wallace
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
312-346-0022 FAX
eaw@wexlerwallace.com
Attorney for Plaintiff