# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL No. 2592 |
|---|---|
| *Victor Diaz v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* **No. 2:15-cv-01976** | SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

## PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

BEFORE THE COURT is Plaintiffs' Motion for Extension of Time to Submit Plaintiff Fact Sheet. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to Submit Plaintiff Fact Sheet is GRANTED. The deadline to submit the Plaintiff Fact Sheet is now set for October 15, 2015.

Dated:_____

_____
Judge Eldon E. Fallon