UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No: 2592 |
| | SECTION: L |
| *This Document Relates To:* | |
| *Case No. 2:15-cv-00785* | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| DONNA MICHELS, | |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, ET AL, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW DONNA MICHELS, Plaintiff, by and through her attorney, Christopher L. Schnieders, and hereby files her notice of voluntary dismissal without prejudice of her entire case against all Defendants.

Date: September 14, 2015

Respectfully submitted,

/s/ *Christopher L. Schnieders*
Christopher L. Schnieders, MO 57725
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Missouri City, MO  64112
Phone: (816) 701-1100
Fax:  (816) 531-2372
cschnieders@wcllp.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2015, the foregoing document was filed utilizing this Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

>    */s/ Christopher L. Schnieders*
>    **Attorney for Plaintiff**