UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Elsie Smith v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* No. 2:15-cv-00525 | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| No. 2:15-cv-00525 | MAG. JUDGE: MICHAEL NORTH |

**UNOPPOSED MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT**

The Plaintiff, Elsie Smith, by and through her undersigned counsel, pursuant to Federal Rules of Civil Procedure 15, respectfully seeks leave to amend her Complaint, to amend the complaint in this matter and correct the case caption. Plaintiff provides the following in support of her Motion:

1. Plaintiff, Elsie Smith, filed a Complaint in the District Court of Connecticut on January 30, 2015.

2. The case was transferred to this Court on February 18, 2015.

3. The Complaint included factual assertions related to Plaintiff Elsie Smith.

4. Plaintiff Elsie Smith's only modification to the Complaint as set forth in the proposed Amended Complaint, attached hereto, are the following:

    a. In the caption, deleting "Elsie Smith" and replacing it with "ELSIE M. SMITH, by her attorney-in-fact, ELISA S. SMITH."

    b. In Paragraph 9, it is stated that Elisa S. Smith was and is the attorney-in-fact and is the Power of Attorney of ELSIE M. SMITH and is a citizen of the United States

      of America, and is a resident of the State of Connecticut.

   c. In Paragraph 10, it is stated that ELSIE M. SMITH brings the instant action by and through her Attorney-in-Fact and Power of Attorney, ELISA S. SMITH.

   d. No further changes with regard to ELSIE M. SMITH are requested.

5. On September 15, 2015, the undersigned received correspondence from Kelly Brilleaux of Irwin Fritchie Urquhart and Moore, Defendants' Liaison Counsel, who confirmed in writing that Defendants would not oppose ELSIE SMITH'S Motion to Amend the Complaint.

Dated: September 16, 2015                      Respectfully Submitted,

                                                      /s/Kelly A. Fitzpatrick
                                                          Kelly A. Fitzpatrick, Esquire (ct29764)
                                                          VENTURA RIBEIRO & SMITH
                                                          235 Main Street
                                                         Danbury, CT 06810
                                                         Ph: (203) 791-9040
                                                         Fax: (203) 791-9264
                                                         kfitzpatrick@vrslaw.com

## **CERTIFICATE OF SERVICE**

I hereby that a copy of the above and foregoing Motion to Amend Complaint has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kelly A. Fitzpatrick