UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Elsie Smith v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* No. 2:15-cv-00525 | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| No. 2:15-cv-00525 | |

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**MAY IT PLEASE THE COURT:**

The Plaintiff, ELSIE M. SMITH, desires to amend the Complaint and correct the case caption of the Complaint to reflect that the instant action is being undertaken by and through Plaintiff's Attorney-in-Fact and daughter, ELISA S. SMITH. At all times pertinent to the instant matter, ELISA S. SMITH, Plaintiff ELSIE M. SMITH's daughter, was her Attorney-in-Fact.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposing party's written consent or with the Court's leave when justice so requires. Here, justice requires that the Plaintiff, ELSIE M. SMITH, be allowed to amend the complaint to clarify that the instant action is being pursued on her behalf by her daughter, ELISA S. SMITH, as her Attorney-in-Fact. Plaintiff ELSIE M. SMITH executed a durable power of attorney dated November 21, 2013, attached hereto as Exhibit A, which has been separately provided to Defendants in discovery. Under the durable power of attorney, ELSIE SMITH is entitled to have a cause of action pursued on her behalf and by and through her daughter attorney-in-fact, ELISA

SMITH, based upon the powers conferred by her according to the duly executed durable power of attorney, which are broad and sweeping, and render a general grant of power "to exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to any person, matter, transaction or property….now owned or hereafter acquired by me, including, without limitation, the following specifically enumerated powers.." See Exhibit A, paragraph 1.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposing party's written consent or the Court's leave when justice so requires. In this case, the Plaintiff ELSIE M. SMITH has obtained consent from the opposing party and justice requires that Plaintiff is permitted to amend the Complaint. The amended complaint is attached hereto as Exhibit B.

## CONCLUSION

The Plaintiff, ELISE M. SMITH, respectfully requests that she be allowed to amend her Complaint and caption to reflect that she brings the instant action by and through her Attorney-in-Fact and Power of Attorney, ELISA S. SMITH

Dated: September 16, 2015        Respectfully Submitted,

/s/ Kelly A. Fitzpatrick
Kelly A. Fitzpatrick, Esquire (ct29764)
VENTURA RIBEIRO & SMITH
235 Main Street
Danbury, CT 06810
Ph: (203) 791-9040
Fax: (203) 791-9264
kfitzpatrick@vrslaw.com
Attorney for the Plaintiff Elsie M. Smith

## CERTIFICATE OF SERVICE

I hereby that a copy of the above and foregoing Motion to Amend Complaint has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kelly A. Fitzpatrick