# EXHIBIT

# A

## DURABLE POWER OF ATTORNEY

I, **ELSIE M. SMITH**, the principal, hereby designate **KIMBERLY SMITH** and **ELISA S. SMITH**, who are related to me as my daughters, as my joint and several attorneys in fact and agent (subsequently called "agent") in my name and for my benefit.

1. **General Grant of Power**. To exercise or perform any act, power, duty, right or obligation whatsoever that I now have or may hereafter acquire, relating to any person, matter, transaction or property, real or personal, tangible or intangible, now owned or hereafter acquired by me, including, without limitation, the following specifically enumerated powers. I grant to my agent full power and authority to do everything necessary in exercising any of the powers herein granted as fully as I might or could do if personally present, with full power of substitution or revocation, hereby ratifying and confirming all that my agent shall lawfully do or cause to be done by virtue of this power of attorney and the powers herein granted.

    A.    Powers of Collection and Payment. To forgive, request, demand, sue for, recover, collect, receive, hold all such sums of money, debts, dues, commercial paper, checks, drafts, accounts, deposits, legacies, bequests, devises, notes, interests, stock certificates, bonds, dividends, certificates of deposit, annuities, pension, profit sharing, retirement, social security, insurance and other contractual benefits and proceeds, all documents of title, all property, real or personal, intangible and tangible property and property

1

rights, and demands whatsoever, liquidated or unliquidated, now or hereafter owned by, or due, owing, payable or belonging to, me or in which I have or may hereafter acquire an interest: to have, use and take all lawful means and equitable and legal remedies and proceedings in my name for the collection and recovery thereof, and to adjust, sell, compromise, and agree for the same, and to execute and deliver for me, on my behalf, and in my name, all endorsements, releases, receipts, or other sufficient discharges for the same;

B. <u>Power to Acquire and Sell</u>.  To acquire, purchase, exchange, grant options to sell, and sell and convey real or personal property, tangible or intangible, or interests therein, on such terms and conditions as my agent shall deem proper;

C. <u>Management Powers</u>.  To maintain, repair, improve, invest, manage, insure, rent, lease, encumber, and in any manner deal with any real or personal property, tangible or intangible, or any interest therein, that I now own or may hereafter acquire, in my name and for my benefit, upon such terms and conditions as my agent shall deem proper;

D. <u>Banking Powers</u>.  To make, receive and endorse checks and drafts, deposit and withdraw funds, acquire and redeem certificates of deposit, in banks, savings and loan associations and other institutions, execute or release such deeds of trust or other security agreements as may be necessary or proper in the exercise of the rights and powers herein granted;

E. <u>Motor Vehicles</u>.  To apply for a Certificate of Title upon, and endorse and transfer title thereto, for any automobile, truck, pickup, van, motorcycle or other motor vehicle, and to represent in such transfer assignment that the title to said motor vehicle is free and clear of all liens and encumbrances except those specifically set forth in such transfer assignment;

F. <u>Business Interests</u>.  To conduct or participate in any lawful business of whatever nature for me and

2

        in my name; execute partnership agreements and amendments thereto; incorporate, reorganize, merge, consolidate, recapitalize, sell, liquidate or dissolve any business; elect or employ officers, directors and agents, carry out the provisions of any agreement for the sale of any business interest or the stock therein; and exercise voting rights with respect to stock, either in person or by proxy, and exercise stock options;

G.   <u>Tax Powers</u>.  To prepare, sign and file individual income tax returns or declarations of estimated tax for any year or years; to prepare, sign and file gift tax returns with respect to gifts made by me for any year or years; to consent to any gift and to utilize any applicable provision or other tax election; and to prepare, sign and file any claims for refund of any tax;

H.   <u>Safe Deposit Boxes</u>.  To have access at any time or times to any safe deposit box rented by me, wheresoever located, and to remove all or any part of the contents thereof, and to surrender or relinquish said safe deposit box, and any institution in which any such safe deposit box may be located shall not incur any liability to me or my estate as a result of permitting my agent to exercise this power;

I.   <u>Revocable Trusts</u>.  To transfer and convey to the trustee or trustees then acting under any revocable trust agreement executed by me (regardless of whether such trust agreement was executed or amended prior to or subsequent to the date hereof and regardless of whether, by virtue of the terms of such trust agreement, the property transferred to the trustee(s) of such trust will, upon my death, be distributed pursuant to the provisions of such trust agreement instead of being made a part of my probate estate and thus being ultimately distributed in accordance with the provisions of my will or pursuant to laws of descent and distribution) any and all assets, real or personal, now or at any time hereafter standing in my name (or owned jointly, commonly or otherwise with any other person or persons).  This shall include the

    power to transfer the same into the names of any nominee or nominees as such trustee or trustees shall direct (even into the names of persons or firms which would not cause the ownership of public records to appear as being in the name of such trust).

J. <u>Power to Make Gifts</u>. To make gifts, outright or in trust, of my property to or for the benefit of such persons within the class of permitted donees hereafter described as, in the opinion of my attorney-in-fact, would be the donees I might choose, having in mind the resources, both public and private, available for my care after the making of such gifts, and having in mind the objective of preserving the largest amount of my property for my family as a whole. The class of permitted donees shall consist solely of my children (including my attorneys in fact), my grandchildren, my great-grandchildren and the spouses of my children or grandchildren or any trust for the benefit of any of the foregoing.

K. <u>Qualified Plans</u>. To transfer assets between and withdraw amounts from any qualified retirement benefit plan or IRA; to make elections with respect to the timing, method and amounts of withdrawals, distributions and/or rollovers, methods of calculating minimum required distributions, and methods of distribution as a beneficiary of another's plan or IRA; and to take any other actions with respect to any such plan or IRA as I could take.

L. <u>Transfer interest in my real estate</u>. To transfer my interests in my real estate at 45 Brinsmade Road in Hamden, Connecticut.

M. <u>Transfer my personal property interest in my "Lamphier's Cove" cabin</u>. To transfer my leasehold and/or any personal property interests in my cabin at Lamphier's Cove, Branford, Connecticut.

2. **<u>Interpretation and Governing Law</u>**. This instrument is to be construed and interpreted as a durable family power of

4

attorney. The enumeration of specific powers herein is not intended to, nor does it, limit or restrict the general powers herein granted to my agent. The laws of the State of Connecticut shall govern all questions as to the validity of this power and the construction of its provisions.

3. **Third-Party Reliance**. Third parties may rely upon the representations of my agent as to all matters relating to any power granted to my agent, and no person who may act in reliance upon the representations of my agent or the authority granted to my agent shall incur any liability to me or my estate as a result of permitting my agent to exercise any power.

4. **Ratification of Agent's Acts**. I hereby ratify and confirm all that my agent shall do or cause to be done by virtue of these presents. I specifically direct that my agent shall not be subject to any liability by reason of my agent's decisions, acts or failures to act, all of which shall be conclusive and binding upon me, my estate and my heirs. Furthermore, I agree to indemnify my agent, and hold my agent harmless, from all claims which may be made against my agent as a result of serving hereunder, and I agree to reimburse my agent in the amount of any damages, costs and expenses which may be incurred as a result of any such claim.

5. **Disability of Principal**. This durable family power of

attorney shall not be affected by my disability, except as provided by statute.

    6. **Effective Date**.  This durable family power of attorney is effective as of the date of this instrument.

IN WITNESS WHEREOF, I have executed this durable family power of attorney in two (2) counterparts and I have directed that photographic copies of this power be made, which shall have the same force and effect as an original.

DATED AT New Haven, Connecticut, on November 21, 2013.

Signed, sealed and delivered
in the presence of:

_Deborah L. Kearse_            _Elsie M. Smith_
Deborah L. Kearse            **ELSIE M. SMITH**

_Catharine R Beaumont_
Catharine R Beaumont

STATE OF CONNECTICUT    )
                                   ) SS. New Haven      November 21, 2013.
COUNTY OF NEW HAVEN     )

    I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid to take acknowledgements, personally appeared **ELSIE M. SMITH**, known to me to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

    WITNESS my hand and official seal in the State and County last aforesaid this 21st day of November, 2013.

_Matthew T. Stillman_
MATTHEW T. STILLMAN
Commissioner of Superior Court

7