UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Elsie Smith v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* No. 2:15-cv-00525 <br><br> **No. 2:15-cv-00525** | SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

## ORDER

Considering the foregoing:

**IT IS ORDERED** that the Unopposed Motion For Leave to File Amended Complaint filed by Elsie Smith, Plaintiff, by her Attorney-in-Fact, Elisa Smith, be and be the same is hereby **GRANTED**, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2015.

_____
**UNITED STATES DISTRICT JUDGE**