UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court received proposals for Case Management Order No. 3 ("CMO 3") from liaison and lead counsel for both the Plaintiff and Defense.  Each party requested the opportunity to brief the Court on the relevant issues.

**IT IS ORDERED** that liaison and lead counsel will brief the Court regarding the aforementioned proposals for CMO3 in an in-chambers conference on September 17, 2015, immediately following the monthly Xarelto status conference scheduled for 9 a.m. of that day.

**IT IS FURTHER ORDERED** that the telephone discovery status conference scheduled for September 17, 2015, at 3:30 p.m. is hereby **CANCELED**.

New Orleans, Louisiana this 15th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE

1