UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

SCHWARTZ ET AL V. JANSSEN RESEARCH & DEVELOPEMENT, LLC ET AL
2:15-CV-02137

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff Esther Schwartz, individually, and Plaintiff Tammy Lieberman, on behalf of the estate of David Schwartz, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), respectfully seek leave to amend the Complaint and correct the case caption of the Complaint to reflect that Tammy Lieberman has been duly appointed as the Administrator of David Schwartz's estate. Plaintiffs provide the following in support of their Motion:

1. Plaintiffs filed their Complaint on June 16, 2015.

2. Tammy Lieberman is the daughter of Decedent, David Schwartz.

3. As of June 16, 2015, Tammy Lieberman had not yet been appointed Administrator of her father's estate and the Complaint named Ms. Lieberman as the Proposed Administrator.

4. On June 18, 2015, Defendants filed an Omnibus Answer to any Complaint pending in the MDL.

5. On July 20, 2015, Tammy Lieberman was appointed the Administrator of David Schwartz's Estate by the Surrogate's Court of the State of New York, Orange County.

6. Plaintiffs duly served a copy of the Complaint on September 16, 2015.

7. Plaintiffs' only modifications to the Complaint as set forth in the proposed Amended Complaint, attached hereto, are the following:

   a. In the Caption, deleting, "Proposed."

   b. Revision to Paragraph 6 as follows: "Plaintiff Tammy Lieberman is a daughter of DECEDENT and has been appointed as the Administrator of David Schwartz's Estate by the Surrogate's Court of the State of New York, Orange County."

   c. In Paragraphs 255, 257, and 260, deleting "Proposed."

   d. No further changes to the Complaint are requested.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

9. On September 11, 2015, Plaintiffs provided a copy of the proposed Amended Complaint to Defendants and obtained written consent from opposing counsel to amend the Complaint.

WHEREFORE, Plaintiffs Esther Schwartz and Tammy Lieberman respectfully request that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaint and directing the Clerk to enter the Amended Complaint into the record of this matter.

| | |
|---|---|
| Dated: September 16, 2015 | Respectfully Submitted, |
| | By:   /s/ Ellen Relkin_____ |
| | Ellen Relkin |
| | WEITZ & LUXENBERG, P.C. |
| | 700 Broadway |
| | New York, NY 10003 |
| | Telephone: (212) 558-5715 |
| | Facsimile: (212) 344-5461 |
| | E-mail: erelkin@weitzlux.com |
| | (NY Bar# 1977438) |
| | *Attorney for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September 2015, a true copy of the foregoing Ex Parte Motion for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

/s/ Ellen Relkin_____