# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Boening et al,** | Case No: 1:15-cv-04012 |
| Plaintiffs, | Judge Eldon E. Fallon |
| v. | Mag. Judge North |
| **Janssen Research & Development, LLC, et al.,** | **NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL** |
| Defendants. | |

**PLEASE TAKE NOTICE THAT** Attorney Pamela A. Borgess hereby withdraws as counsel of record for all Plaintiffs.

**PLEASE TAKE NOTICE THAT** James G. O'Brien shall continue to serve as counsel for above referenced Plaintiffs. It is therefore requested that Pamela A. Borgess be removed from any further notice on the above case.

Respectfully Submitted,

/s/ James G. O'Brien
James G. O'Brien (0088460)
Zoll & Kranz, LLC
6620 West Central Ave., Suite 100
Toledo, Ohio 43617
Tel: 419-841-9623
Fax: 419-841-9719
Email: jim@toledolaw.com
*Counsel for above Plaintiffs*

**CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was electronically filed through the Court's Electronic Case Filing (ECF) System on September 18, 2015. All parties may access this filing through that system.

                                      /s/ James G. O'Brien
                                      James G. O'Brien (0088460)
                                      *Counsel for above Plaintiffs*