UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO: 2592 <br><br> MASTER DOCKET CASE: <br> 2:14-md-02592 <br><br> JUDGE: ELDON E. FALLON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: <br><br> LORIA POWELL, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF JOHNNIE REYNOLDS; AND MICHAEL HARRIS, LINDA HARRIS, MONA WILSON, EARL REYNOLDS, BRUCE REYNOLDS, AND CATHY HARRIS, INDIVIDUALLY, AND SYLVERNIA HARPS <br><br><br> PLAINTIFFS <br><br> VERSUS <br><br> JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL <br><br> DEFENDANTS | * * * * * * * * * * * * * * * * * * * * * | CASE NO.: <br> 2:15-cv-02427 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE <br> MICHAEL NORTH <br><br> <u>JURY TRIAL DEMANDED</u> |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Sylvernia Harps, who with good cause shown pursuant to Pretrial Order 13(A), requests this Court grant Plaintiff an extension of the Plaintiff fact sheet deadline, as follows:

1.

The Plaintiff filed the above captioned proceeding on July 1, 2015.

2.

The Plaintiff's 60 day fact sheet deadline, therefore, was set on August 30, 2015.

3.

The Plaintiff's additional 20 days to submit the fact sheet is set to run on September 19, 2015.

4.

Counsel for Plaintiff has been in continual contact with Plaintiff.

5.

Due to difficulties in communication, the limited technology available to Plaintiff, and waiting on medical records, the Plaintiff is not able to complete the fact sheet at this time and respectfully requests a minimal extension from this Court of thirty (30) days.

WHEREFORE, Plaintiff requests, pursuant to Pretrial Order 13(A), an extension of time for Plaintiff's Fact Sheet Deadline until October 18, 2015.

Respectfully Submitted,

OFFNER & SCOTT
A Professional Law Corporation

/s/ David P. Vicknair
DAVID VICKNAIR, #34135
3850 N. Causeway Blvd., Suite 1130
Metairie, Louisiana 70002
(504) 264-1057-Phone
(504) 264-5557-Facsimile
david@offnerscott.com

/s/ Galen M. Hair
_____
Galen M. Hair, T.A. (La. Bar No. 32865)
Benjamin C. Varadi (La. Bar No. 33421)
Varadi, Hair & Checki, LLC
650 Poydras St., Ste. 1550
New Orleans, LA 70130
Facsimile: (504) 613-6351
hair@vhclaw.com
varadi@vhclaw.com

**Attorneys for Plaintiff**

C E R T I F I C A T E

I hereby certify that on September 18, 2015, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David P. Vicknair
DAVID P. VICKNAIR