UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO: 2592<br><br>MASTER DOCKET CASE:<br>2:14-md-02592<br><br>JUDGE: ELDON E. FALLON |

*************************************************************************

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO:<br><br>LORIA POWELL, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF JOHNNIE REYNOLDS; AND MICHAEL HARRIS, LINDA HARRIS, MONA WILSON, EARL REYNOLDS, BRUCE REYNOLDS, AND CATHY HARRIS, INDIVIDUALLY, AND SYLVERNIA HARPS<br><br><br><br>PLAINTIFFS<br><br>VERSUS<br><br>JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL<br><br>DEFENDANTS | * * * * * * * * * * * * * * * * * * * * * | CASE NO.:<br>2:15-cv-02427<br><br>SECTION: L<br><br>JUDGE: ELDON E.<br>FALLON<br><br><br>MAG. JUDGE<br>MICHAEL NORTH<br><br><u>JURY TRIAL DEMANDED</u> |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF SUBMISSION OF MOTION FOR**
<u>**EXTENSION OF PLAINTIFF'S FACT SHEET DEADLINE**</u>

NOW INTO COURT, through counsel, comes Plaintiff, Sylvernia Harps, and files this Notice of Submission of Motion for Extension of Plaintiff's Fact Sheet Deadline.

Respectfully submitted this 18th day of September, 2015.

1

OFFNER & SCOTT
A Professional Law Corporation


/s/ David P. Vicknair
DAVID VICKNAIR, #34135
3850 N. Causeway Blvd., Suite 1130
Metairie, Louisiana 70002
(504) 264-1057-Phone
(504) 264-5557-Facsimile
david@offnerscott.com


VARADI, HAIR, & CHECKI

/s/ Galen M. Hair
GALEN M. HAIR, #32865, T.A.
650 Poydras Street, Suite 1550
New Orleans, LA 70130
(504) 684-5200 - Phone
(504) 613-6351 - Fax
hair@vhclaw.com


C E R T I F I C A T E

I hereby certify that on September 18, 2015, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David P. Vicknair
DAVID P. VICKNAIR