UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO: 2592<br><br>MASTER DOCKET CASE:<br>2:14-md-02592<br><br>JUDGE: ELDON E. FALLON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO:<br><br>LORIA POWELL, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF JOHNNIE REYNOLDS; AND MICHAEL HARRIS, LINDA HARRIS, MONA WILSON, EARL REYNOLDS, BRUCE REYNOLDS, AND CATHY HARRIS, INDIVIDUALLY, AND SYLVERNIA HARPS<br><br><br><br>PLAINTIFFS<br><br>VERSUS<br><br>JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL<br><br>DEFENDANTS | * * * * * * * * * * * * * * * * * * * * * * | CASE NO.:<br>2:15-cv-02427<br><br>SECTION: L<br><br>JUDGE: ELDON E.<br>FALLON<br><br><br>MAG. JUDGE<br>MICHAEL NORTH<br><br><u>JURY TRIAL DEMANDED</u> |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER APPROVING EXTENSION OF PLAINTIFF'S FACT SHEET DEADLINE**

This Court, after reviewing the applicable motion and memorandum of Plaintiff, Sylvernia Harps, approves the extension of Plaintiff's Fact Sheet Deadline and grants Plaintiff until October 18, 2015 to submit Plaintiff's Fact Sheet.

1

DONE AND SIGNED in Chambers in New Orleans, Louisiana this _____ day of _____, 2015.

_____
THE HONORABLE ELDON E. FALLON
United States District Judge

Copies furnished to: All Counsel