**EXHIBIT 2**

Will Kemp, Esq.
Nevada Bar No.: 1205
Eric M. Pepperman, Esq.
Nevada Bar No.: 11679
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Pkwy., 17th Fl.
Las Vegas, NV 89169
m.jacobs@kempjones.com
702.385.6000 (work)
702.385.6001 (fax)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO® PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | Section: L<br>Judge Fallon |
| This Document Relates To: Case No: 2:14-cv-02944 | Mag. Judge Shushan |

### ORDER GRANTING EX PARTE/CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

IT IS HEREBY ORDERED that the ex parte/consent motion for leave to amend complaint filed by Plaintiff, JUDITH GAIL TAGGART, is hereby Granted.

Dated this _____ day of _____, 2015.

_____
UNITED STATES MAGISTRATE JUDGE