UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) ) <br> PRODUCT LIABILITY LITIGATION ) <br>  ) <br>  ) <br>  ) <br>  ) <br>  ) <br>  ) <br>  ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**FERDIE LABBIE V. JANSSEN PHARMACEUTICALS, INC., et al.**

**No. 2:15-cv-01569-EEF-MBN**

**CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

NOW INTO COURT, comes Ferdie Labbie, by and through counsel, and moves this Honorable Court for an order allowing him an additional fourteen (14) days from the date of this motion within which to serve process on defendants Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc. In support of this motion, plaintiff states as follows:

I.

This matter was transferred into In Re: Xarelto (Rivoroxaban) Product Liability Litigation, MDL No. 2592, on May 12, 2015.

1

II.

On July 10, 2015 plaintiff served a plaintiff fact sheet on the defendants through Brown Greer's MDL Centrality, pursuant to applicable Pre-Trial Orders.

III.

On July 13, 2015, plaintiff filed his First Amended Complaint and served process on Bayer Pharma AG and Bayer Healthcare Pharmaceuticals Inc. pursuant to the procedure set forth in this Court's Pre-Trial Order No. 10. However, counsel inadvertently omitted the summons for each Bayer defendant from this service attempt. Bayer has informed plaintiff of this error and plaintiff has resolved this mistake, re-serving the Bayer defendants pursuant to Pre-Trial Order No. 10.

IV.

Unfortunately, during the time period discussed above, plaintiff inadvertently failed to serve process on Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc.

V.

The 120 day time period prescribed in Fed. R. Civ. P. 4(m) has expired in this case. However, in such instances, it is within the authority of this Court to "order that service be made within a specified time."

VI.

In light of the foregoing, the plaintiff requests an order from this Court granting him fourteen (14) days from the date of this motion within which to serve process on the Janssen defendants, specifically Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc.

VII.

Counsel for plaintiff has communicated with the Janssen defendants and represents that they have consented to this extension and do not oppose this motion.

WHEREFORE, plaintiff moves for an order from this Court granting him fourteen (14) days from the date of this motion within which to serve process on the Janssen defendants, specifically Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc.

Dated: September 21, 2015

>By: /s/ Martin D. Crump
>Martin D. Crump (MS Bar No. )
>DAVIS & CRUMP, P.C.
>2601 14th Street
>Gulfport, MS 39501
>(228) 863-6000
>(228) 864-0907(facsimile)
>trevor.rockstad@daviscrump.com
>
>ATTORNEYS FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Consent Motion for Extension of Time Within Which to Serve Process has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      This the 21st day of September, 2015.

                                              /s/ Martin D. Crump
                                              Martin D. Crump

DAVIS & CRUMP, P.C.
Attorneys at Law
2601 14th Street
Gulfport, MS 39501
(228) 863-6000
(228) 864-0907 (facsimile)