UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

FERDIE LABBIE V. JANSSEN PHARMACEUTICALS, INC., et al.

No. 2:15-cv-01569-EEF-MBN

## ORDER

Considering the foregoing Motion for Extension of Time within Which to Serve Process:

IT IS HEREBY ORDERED that plaintiff Ferdie Labbie shall have fourteen (14) days from the date of the above referenced Motion within which to serve process on defendants Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc.

_____
Eldon K. Fallon, United States District Court Judge