MINUTE ENTRY
FALLON, J.
SEPTEMBER 23, 2015

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

Upon review, the Court finds an error in its Minute Entry regarding the status conference held on September 17, 2015.  (R. Doc. 1304).  The date for the next monthly status conference in this matter is October 21, 2015, and not November 16, 2015, as was originally stated in the Minute Entry.

**IT IS ORDERED** that Record Document 1304 be amended to state that the next monthly status conference in the Xarelto matter is scheduled for October 21, 2015, at 9 a.m.  Record Document 1304 is also amended to reflect that those auditing the next conference should call (800) 260-0712 and enter access code 369719.

1