UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH<br><br>**STATEMENT NOTING**<br>**A PARTY'S DEATH** |
| THIS DOCUMENT RELATES TO:<br>Eaton, et al. v. Janssen Research & Development, LLC, et al.<br><br>Case No. 2:15-cv-03115<br>Plaintiff Roland Eaton | | |

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who represents Plaintiff Roland Eaton, notes the death during the pendency of this action of Plaintiff Roland Eaton.

Respectfully submitted,

Date:  September 24, 2015

**ROSS FELLER CASEY, LLP**
*Attorneys for Plaintiff(s)*

By:  /s/ Mark A. Hoffman_____
 Mark A. Hoffman, Esquire
 Brian J. McCormick, Jr., Esquire
 Dena Young, Esquire
 One Liberty Place
 1650 Market Street, Suite 3450
 Philadelphia, PA. 19103
 Phone: (215) 574-2000
 Fax: (215) 574-3080
 mhoffman@rossfellercasey.com
 bmccormick@rossfellercasey.com
 dyoung@rossfellercasey.com