**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |
| | ) | |
| _____ | ) | |

**THIS DOCUMENT RELATES TO:**

***Marvin E. Williams v. Janssen Research & Development, LLC, et al.***
**Civil Action No. 2:15-cv-02718**

<u>**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**</u>
<u>**AND SUBSTITUTE PARTY PLAINTIFFS**</u>

COMES NOW counsel for Plaintiff Marvin E. Williams, now deceased, and respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A. In support of their motions, Plaintiff's counsel would show that Plaintiff Marvin E. Williams, died on or about July 6, 2015.  On August 26, 2015, the Probate Court for Montague County, Texas entered an order appointing Deadra Ann Holcomb as the Executrix of the Estate of Marvin E. Williams, deceased.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A.

Respectfully submitted,

Date:  September 24, 2015

s/ Andy D. Birchfield, Jr._____
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

*Attorneys for Plaintiff*

<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


Dated:  September 24, 2015    <u>s/Andy D. Birchfield, Jr.</u>
              Andy D. Birchfield, Jr.