UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Marvin E. Williams v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-cv-02718**

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND SUBSTITUTE PARTY PLAINTIFFS

**MAY IT PLEASE THE COURT**:

Counsel for Plaintiff Marvin E. Williams, seeks to substitute his surviving adult Daughter, Deadra Ann Holcomb, the Executrix of the Estate of Marvin E. Williams, as the named party in place of Marvin E. Williams, deceased. Plaintiff Marvin E. Williams, died on or about July 6, 2015. On August 26, 2015, the Probate Court for Montague County, Texas entered an order appointing Deadra Ann Holcomb as the Executrix of the Estate of Marvin E. Williams, deceased. On September 9, 2015, Mr. Steven Glickstein, Co-Lead Defense Counsel, indicated via email correspondence that Bayer Defendants do not oppose Deadra Ann Holcomb's Amended Complaint and substitution as party Plaintiff. On September 18, 2015, Deidre Kole, partner of Susan M. Sharko, Co-Lead Defense Counsel, indicated via email correspondence that Janssen Defendants do not oppose Deadra Ann Holcomb's Amended Complaint and substitution

as party Plaintiff.

## CONCLUSION

Plaintiff's counsel respectfully requests that they be allowed to amend the Joint Complaint to substitute Deadra Ann Holcomb, as party Plaintiff, in place of Marvin E. Williams, deceased.

Respectfully submitted,

Date:  September 24, 2015

s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  September 24, 2015         s/Andy D. Birchfield, Jr.
                                   Andy D. Birchfield, Jr.