## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  PRODUCTS      *  **MDL NO. 2592**
LIABILITY LITIGATION

                                                *  **SECTION L**
                                                *
                                                *  **JUDGE ELDON E. FALLON**
                                                *
                                                *  **MAG. JUDGE NORTH**

************************************************  *

**THIS DOCUMENT RELATES TO ALL CASES**

### <u>ORDER</u>

The Court has before it the formal resignation letter of Sindhu Daniel from the Xarelto

Plaintiffs' Steering Committee.  The Court thanks Ms. Daniel for her service, and looks forward

to her continued work on the Administrative, Privilege, and Bellwether Xarelto Committees.

**IT IS ORDERED** that Sindhu Daniel be removed from the Xarelto Plaintiffs' Steering

Committee.

**IT IS FURTHER ORDERED** that Jeffrey S. Grand of Seeger Weiss, LLP be appointed

to the Xarelto Plaintiffs' Steering Committee.


New Orleans, Louisiana this 23rd day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE