UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | JURY TRIAL DEMANDED |
| ELIZABETH CONKLIN Civil Action No.: 2:15-cv-04398 | |

SHORT FORM COMPLAINT

1. Plaintiff, Elizabeth Conklin, incorporates by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Elizabeth Conklin, is identified more fully in paragraph I. (1) of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 1098 Rt 42, Box 214, Sparrowbush, New York 12780.

4. The Xarelto User resides 1098 Rt 42, Box 214, Sparrowbush, New York 12780.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiff.

6. Attached as Attachment 2 is the list of the individual case caption for the plaintiffs named in the Joint Complaint.

Dated this 25th day of September, 2015.          **Respectfully submitted,**

                                                      /s/ *Ryan L. Thompson*
                                                     **WATTS GUERRA LLP**
                                                     **Ryan L. Thompson**
                                                     *Attorney in Charge*
                                                     Texas State Bar No. 24046969
                                                   5726 W. Hausman, Suite 119
                                                   San Antonio, Texas 78249
                                                   Telephone: 210.448.0500
                                                   Fax: 210.448.0501
                                                   Email: rlt-bulk@wattsguerra.com
                                                   **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on September 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                   /s/ *Ryan L. Thompson*
                                                    Ryan L. Thompson