UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | MDL No. 2592 |
|---|---|
| **THIS DOCUMENTS RELATES TO:** | SECTION: L |
| *Vadace Hatfield v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* <br> **No. 2:15-cv-03027** | JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

### ORDER

Plaintiff's counsel's request for an extension of time to submit the Plaintiff Fact Sheet ("PFS"), based on the death of Plaintiff, is **HEREBY GRANTED**. The PFS is now due by **December 12, 2015.**

**SO ORDERED:**

_____   DATED: September 24th 2015

1