IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) § <br> PRODUCTS LIABILITY LITIGATION § <br> § <br> § <br> § <br> THIS DOCUMENT RELATES TO: § <br> § <br> *Sally Boening, et al. v. Janssen Research* § <br> *& Development, LLC, et al.* § <br> Case No. 2:15-cv-04012-EEF-MBN § | MDL No. 2592 <br><br><br><br> Section: L <br> Judge Eldon E. Fallon <br> Mag. Judge North |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

Pamela A. Borgess, pursuant to Local Rule 83.2.11, hereby requests this Court enter an Order withdrawing her as counsel of record for plaintiffs in the above-referenced matter. Attorney James G. O'Brien from Zoll & Kranz, LLC has already appeared as counsel and will continue to represent the Plaintiffs in this case.

Respectfully submitted this 25th day of September, 2015,

/s/ James G. O'Brien
James G. O'Brien (0088460)
Zoll & Kranz, LLC
6620 West Central Ave., Suite 100
Toledo, Ohio 43617
Tel: 419-841-9623
Fax: 419-841-9719
Email: jim@toledolaw.com

/s/ Pamela A. Borgess
Pamela A. Borgess (0072789)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document was filed electronically with the United States Clerk of the Court, Eastern District of Louisiana and served on all counsel of record this 25th day of September, 2015 by way of the Court's CM/ECF System.

/s/ James G. O'Brien
James G. O'Brien (0088460)
*Counsel for above Plaintiffs*