UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

IN RE: XARELTO (RIVOROXABAN)     )     MDL No. 2592
PRODUCT LIABILITY LITIGATION    )

)     SECTION L

)

)     JUDGE ELDON E. FALLON

)

)     MAGISTRATE JUDGE NORTH

)

THIS DOCUMENT RELATES TO:

FERDIE LABBIE V. JANSSEN
PHARMACEUTICALS, INC., et al.

No. 2:15-cv-01569-EEF-MBN

ORDER

Considering the foregoing Motion for Extension of Time within Which to Serve Process:

IT IS HEREBY ORDERED that plaintiff Ferdie Labbie shall have fourteen (14) days

from the date of the above referenced Motion within which to serve process on defendants

Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc.

DONE AND SIGNED in Chambers in New Orleans, Louisiana, this 24th day of

September, 2015.

_____
Eldon K. Fallon, United States District Court Judge