UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**SCHWARTZ ET AL V. JANSSEN RESEARCH & DEVELOPEMENT, LLC ET AL 2:15-CV-02137**

### PROPOSED ORDER

**IT IS ORDERED** that the Unopposed Motion For Leave to File Amended Complaint filed by Plaintiff Esther Schwartz, individually, and Plaintiff Tammy Lieberman, on behalf of the estate of David Schwartz, be and be the same is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA, this** __24th__ **day of** __September__ **, 2015.**

_____
**UNITED STATES DISTRICT JUDGE**