UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | MDL No. 2592 |
|---|---|
| **THIS DOCUMENTS RELATES TO:** | SECTION: L |
| *Vadace Hatfield v. Janssen Research & Development LLC f/k/a  Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* | JUDGE: ELDON E. FALLON |
| No. 2:15-cv-03027 | MAG. JUDGE: MICHAEL NORTH |

**[proposed] ORDER**

Plaintiff's counsel's motion to substitute Nancy Jo Willis, the personal representative of Plaintiff Vadace Hatfield's estate, as the Plaintiff in this action is **HEREBY GRANTED**.

**SO ORDERED:**

_____    DATED: September 24th  2015