UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**  *Joanna Rogers v. Janssen Research & Development LLC f/k/a  Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*  **No. 2:15-cv-03031** | **MDL No. 2592**  SECTION: L  JUDGE: ELDON E. FALLON  MAG. JUDGE: MICHAEL NORTH |

**[proposed] ORDER**

Plaintiff's counsel's motion to substitute Christopher Rogers, the executor of Plaintiff Joanna Rogers' estate, as the Plaintiff in this action is **HEREBY GRANTED**.

**SO ORDERED:**

_____    DATED: September 24th  2015

1