UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO: Case Number 2:14-CV-02944

## ORDER

**IT IS ORDERED** that the ex parte/consent motion for leave to amend complaint filed by Plaintiff, Judith Gail Taggart, is hereby GRANTED.

NEW ORLEANS, LOUISIANA, this  24th  day of  September , 2015.

_____
**UNITED STATES DISTRICT JUDGE**