UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Master Docket Case No. 2:14-md-02592<br><br>JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>LOIS MANNING,<br><br>   Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>   Defendants. | MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES<br><br>Civil Action No.: 2:15-cv-01037-EEF-MBN |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

In support of Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1

## FACTUAL BACKGROUND

1. Plaintiff Lois Manning filed her Complaint in the Middle District of Florida on March 13, 2015. The case was subsequently transferred to MDL 2592, IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION, in the United States District Court for the Eastern District of Louisiana.

2. Plaintiff Lois Manning passed away on March 20, 2015.

3. Plaintiff Lois Manning's granddaughter, Jessica Smith, began the process of applying for Letters of Administration over her grandmother's estate shortly following her death.

4. The Plaintiff Fact Sheet for this matter was filed by Jessica Smith on July 20, 2015.

5. Defense counsel issued a Deficiency Notice on September 9, 2015, objecting to Jessica Smith's authorizations as next of kin and contending that Jessica Smith did not have authorization to sign Plaintiff Lois Manning's Plaintiff Fact Sheet or the corresponding authorizations.

6. Plaintiff's Counsel expected the Letters of Administration to be issued mid-September. However, due to a congested court docket, the Magistrate Judge assigned to the estate in the Circuit Court of Suwannee County, Florida, has delayed the processing of this case until October 7, 2015.

7. The Deficiency Deadline is set for September 28, 2015.

8. Plaintiff's counsel and Jessica Smith (who is expected to be named as Personal Representative for the Estate of Lois Manning) seek an extension of the deadline in which to satisfy the alleged deficiencies raised by Defendants. Upon information and belief, Ms. Smith should be appointed no later than October 31, 2015.

9. Plaintiffs' Counsel attempted to confer with Defense Counsel in order to reach an agreement to extend the deficiency deadline until the Letters of Administration are issued from the Probate Court, but Defense Counsel has not yet responded.

WHEREFORE, Plaintiff's counsel request an extension of time of 30 days (until October 31, 2015) to satisfy the Plaintiff Fact Sheet deficiencies alleged by Defendants.

Respectfully submitted, this the 28th day of September, 2015.

                **THE COCHRAN FIRM-DOTHAN**

                By: /s/ Joseph D. Lane
                Joseph D. Lane
                AL Bar ASB 9991 N75-J
                111 E. Main Street
                Dothan, AL 36301
                phone: (334) 673-1555
                fax: (334) 699-7229
                e-mail: JoeLane@CochranFirm.com
                *Counsel for plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 28th day of September, 2015.

                **THE COCHRAN FIRM-DOTHAN**

                By: /s/ Joseph D. Lane
                Joseph D. Lane
                AL Bar ASB 9991 N75-J
                111 E. Main Street
                Dothan, AL 36301
                phone: (334) 673-1555
                fax: (334) 699-7229
                e-mail: JoeLane@CochranFirm.com
                *Counsel for plaintiffs*