# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> Master Docket Case No. 2:14-md-02592 <br><br> JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: <br><br> LOIS MANNING, <br><br>    Plaintiff, <br><br> vs. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., BAYER HEALTHCARE PHARMACEUTICALS, INC.: BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG, <br><br>    Defendants. | NOTICE OF SUBMISSION <br><br> Civil Action No.: 2:15-cv-01037-EEF-MBN |

## NOTICE OF SUBMISSION

  COMES NOW the Plaintiff, by and through the undersigned counsel, and Notices the attached Motion and Memorandum To Extend the Time for Completing Plaintiff Fact Sheet Deficiencies before the Honorable Judge Eldon E. Fallon on the 14th day of October, 2015, at 9:00 am.

Respectfully submitted this the 28th day of September, 2015.

>THE COCHRAN FIRM-DOTHAN
>
> By: /s/ Joseph D. Lane
> Joseph D. Lane
> AL Bar ASB 9991 N75-J
> 111 E. Main Street
> Dothan, AL 36301
> phone: (334) 673-1555
> fax: (334) 699-7229
> e-mail: JoeLane@CochranFirm.com
> *Counsel for plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 28th day of September, 2015.

>THE COCHRAN FIRM-DOTHAN
>
> By: /s/ Joseph D. Lane
> Joseph D. Lane
> AL Bar ASB 9991 N75-J
> 111 E. Main Street
> Dothan, AL 36301
> phone: (334) 673-1555
> fax: (334) 699-7229
> e-mail: JoeLane@CochranFirm.com
> *Counsel for plaintiff*