# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | Section: L<br>Judge Eldon E. Fallon<br>Mag. Judge North |
| *Sally Boening, et al. v. Janssen Research & Development, LLC, et al.*<br>Case No. 2:15-cv-04012-EEF-MBN | |

## ORDER

Consider the forgoing Joint Motion to Withdraw and Substitution of Counsel,

**IT IS HEREBY ORDERED** that Pamela A. Borgess is withdrawn as Plaintiffs' attorney of record.

**IT IS FURTHER ORDERD** that attorney James G. O'Brien from Zoll & Kranz LLC is Plaintiffs' sole attorney of record herein.

DONE AND SIGNED this 29th day of September, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE