# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**<br><br>*Linda Nace v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*<br><br>**No. 2:15-cv-04369** | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## NOTICE OF DEATH OF PLAINTIFF

COMES NOW Counsel for Plaintiff Linda Nace, and hereby notifies the Court and the parties of the death of Plaintiff Linda Nace. Counsel for Plaintiff anticipate filing a Motion to Substitute a Party in the near term.

Respectfully submitted,                                   Dated: September 29, 2015

/s/ Seth S. Webb
**Seth S. Webb #51236**
BROWN AND CROUPPEN, PC
211 N. Broadway, Suite 1600
St. Louis, MO 63102
(314)421-0216
SethW@getbc.com
**Attorneys for Plaintiff**

## **Certificate of Service**

The undersigned hereby certifies the foregoing was filed with the Court on September 29, 2015 through the Court's CM/ECF system which will serve all counsel of record.

/s/ Seth S. Webb