UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Parton v. Janssen Research & Development, LLC, et al; LAED USDC   No. 2:15-cv-01219*

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

NOW COMES, Plaintiff, BRENDA PARTON, individually, by her undersigned counsel of record, and respectfully moves the Court for an order allowing her an additional fourteen (14) days from the date of this motion within which to serve process of Defendants: Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC.; Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc.; f/k/a Ortho-Mcneil-Janssen Pharmaceuticals, Inc.; and Bayer Healthcare Pharmaceuticals. Inc. In support of her motion, Plaintiff states as follows:

1. This matter was filed into In Re: Xarelto (Rivoraxaban) Product Liability Litigation, MDL No. 2592, on April 16, 2015.

2. On July 20, 2015, Plaintiff served plaintiff fact sheet on the Defendants through Brown Greer's MDL Centrality, pursuant to applicable Pre-Trial Orders.

3. Unfortunately, during the time period discussed above, Plaintiff inadvertently failed to properly serve process on: Janssen Research & Development, LLC f/k/a Johnson and

Johnson Pharmaceutical Research and Development LLC.; Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc.; f/k/a Ortho-Mcneil-Janssen Pharmaceuticals, Inc.; and Bayer Healthcare Pharmaceuticals. Inc.

4. The 120 day time period prescribed in Fed. R. Civ. P. 4(m) has expired in this case. However, in such instances, it is within the authority of this Court to "order that service be made within a specified time."

5. In light of the foregoing, the Plaintiff requests an order from this Court granting her fourteen (14) days from the date of this motion within to serve process on the Defendants, specifically: Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC.; Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc.; f/k/a Ortho-Mcneil-Janssen Pharmaceuticals, Inc.; and Bayer Healthcare Pharmaceuticals. Inc.

WHEREFORE, Plaintiff respectfully moves for an order from this Court granting her fourteen (14) days from the date of this motion within which to serve process on the Defandants: Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC.; Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc.; f/k/a Ortho-Mcneil-Janssen Pharmaceuticals, Inc.; and Bayer Healthcare Pharmaceuticals. Inc.

Dated: October 1, 2015

                                            Respectfully submitted,

                                            **WIGGINS, CHILDS PANTAZIS, FISHER, & GOLDFARB, LLC**

                                            BY: _____
                                               Dennis G. Pantazis

D.G. Pantazis, Jr.
Patrick L. Pantazis
**Wiggins, Childs, Pantazis, Fisher, Goldfarb, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: 205-314-0500
Email: dgp@wigginschilds.com

Andrew A. Lemmon
650 Poydras Street
Suite 2335
New Orleans, LA  70130
504-581-5644
Fax: 985-783-1333

Robert M. Foote
Kevin Noll
**Foote, Mielke, Chavez & O'Neil, LLC**
10 West State Street
Suite #200
Geneva, Illinois 60134
Tel. No. 630-232-7450
Email: rmf@fmcolaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 1st day of October, 2015.

/s/Patrick L. Pantazis