UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** <br><br> **PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br><br> **SECTION: L** <br> **JUDGE FALLON** <br> **MAG. JUDGE NORTH** |

**This Document Relates to:**

*Burton v. Janssen Research & Development, LLC, et al; LAED USDC   No. 2:15-cv-01217*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that Plaintiff Donald Burton shall have fourteen (14) days from the date of the above reference Motion within to serve process on Defendants: Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC., Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc.; f/k/a Ortho-Mcneil-Janssen Pharmaceuticals, Inc.; and Bayer Healthcare Pharmaceuticals. Inc.

New Orleans, Louisiana this_____day of_____,2015.

_____
Honorable Eldon E. Fallon,
U.S. District Court Judge