**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |

**This Document Relates to:**

*Parton v. Janssen Research & Development, LLC, et al; LAED USDC    No. 2:15-cv-01219*

## ORDER

Considering the foregoing Unopposed Motion for Leave to Amend Complaint:

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to Amend

Complaint and add Party Defendants is hereby GRANTED.

New Orleans, Louisiana this _____ day of _____, 2015.


_____
Honorable Eldon E. Fallon,
U.S. District Court Judge