UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Burton v. Janssen Research & Development, LLC, et al; LAED USDC   No. 2:15-cv-01217*

## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

NOW COMES, Plaintiff, DONALD BURTON, individually, by his undersigned counsel of record, and respectfully requests that this Court grant Plaintiff leave to amend his Complaint pursuant to Federal Rule of Civil Procedure 15, to add Defendants Johnson & Johnson Company; Bayer Pharma AG; and Bayer Healthcare AG as party Defendants. (Exhibit A: Proposed Amended Complaint). In support of his motion, Plaintiff states as follows:

1.   Under Federal Rule of Civil Procedure 15(a)(2), a court "should freely give leave [to amend] when justice so requires."

2.   On August 12, 2015, Plaintiff's Counsel became aware the aforementioned entities were not listed on the Complaint as Defendants.

3.   Thereafter, Plaintiff's Counsel reached out to Defense Counsel regarding filing an unopposed motion for leave to amend the complaint.

4.   On August 25, 2015, Janssen Defense Counsel Deirdre Kole indicated via email correspondence that Janssen Defendants do not oppose this motion.

5. On September 25, 2015, Bayer's counsel John Olinde indicated that service has not been properly effectuated for any Bayer entity and therefore they cannot respond to this motion.

6. Under Federal Rule of Civil Procedure 15(a)(2), a party "may amend its pleading only with the opposing party's written consent[.]"

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant his motion for leave to file an Amended Complaint.

Dated: October 1, 2015

                                        Respectfully submitted,

                                        **WIGGINS, CHILDS PANTAZIS, FISHER, &**
                                        **GOLDFARB, LLC**

BY: _____
                          Dennis G. Pantazis
                          D.G. Pantazis, Jr.
                          Patrick L. Pantazis
                          **Wiggins, Childs, Pantazis, Fisher, Goldfarb, LLC**
                          The Kress Building
                          301 19th Street North
                          Birmingham, Alabama 35203
                          Telephone: 205-314-0500
                          Email: dgp@wigginschilds.com

                          Andrew A. Lemmon
                          650 Poydras Street
                          Suite 2335
                          New Orleans, LA  70130
                          504-581-5644
                          Fax: 985-783-1333

                          Robert M. Foote
                          Kevin Noll
                          **Foote, Mielke, Chavez & O'Neil, LLC**
                          10 West State Street Suite #200
                          Geneva, Illinois 60134
                          Tel. No. 630-232-7450
                          Email: rmf@fmcolaw.com

                          *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

  This the 1st day of October, 2015.

                  */s/Patrick L.  Pantazis*