UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

ROLAND HAYES

2:15-cv-01640

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW the law firm of Goldblatt + Singer pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Roland Hayes in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Hayes retained the services of Goldblatt + Singer to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On May 14, 2015, the undersigned filed a complaint under Case Number 2:15-cv-01640 which included the instant cause of action.

3. On or about May 15, 2015, Goldblatt + Singer sent correspondence to Plaintiff Hayes requesting information essential to litigating this case, and requested a response by June 5, 2015.

4. The undersigned called Plaintiff Hayes multiple times to follow up regarding the information requested in the correspondence of May 15, 2015.

5. On or about June 24, 2015 the undersigned sent correspondence to Plaintiff Hayes requesting that he contact Goldblatt & Singer regarding his claim.

6. To date, Plaintiff Hayes has not provided the information requested or otherwise responded to the correspondence of June 24, 2015.

7. Plaintiff Hayes' current mailing address is 7920 Montauban Avenue, Stockton, California, 95210, and his phone number is 510-586-6123.

8. On September 17, 2015, Goldblatt + Singer served Plaintiff Hayes with correspondence via certified mail indicating that the law firm must withdraw.

9. For the foregoing reasons, Plaintiff Hayes failed substantially to fulfill an obligation to his attorney.

10. Further, Goldblatt + Singer gave Plaintiff Hayes reasonable warning of the law firm's intent to withdraw unless Hayes fulfilled the obligation to share information with his attorneys.

11. Goldblatt + Singer notified Plaintiff Hayes of past and future deadlines.

WHEREFORE, Goldblatt + Singer, by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deems just and proper under the circumstances.

/s/William K. Holland
William K. Holland
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2015, I electronically filed the forgoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I sent correspondence via certified mail to Roland Hayes at 7920 Montauban Avenue, Stockton, CA 95210 notifying him of all deadlines and court appearances.

GOLDBLATT + SINGER

/s/William K. Holland
William K. Holland
Attorney for Plaintiff