# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No.: 2592

THIS DOCUMENT APPLIES TO:

Civil Action No. 2:15-cv-03648

William Budrow,

      Plaintiff,

v.

**NOTICE OF VOLUNTARY
DISMISSAL
WITHOUT PREJUDICE**

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICALS INC. f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., JOHNSON &
JOHNSON COMPANY BAYER HEALTHCARE
PHARMACEUTICALS, INC., BAYER PHARMA
AG, BAYER CORPORATION, BAYER
HEALTHCARE LLC, BAYER HEALTHCARE
AG, and BAYER AG

      Defendants.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel, on

behalf of the Plaintiff, hereby provides notice of the dismissal of the above-captioned case against

Defendants in its entirety, without prejudice and without costs.

By:  /s/ Randi Kassan
SANDERS PHILLIPS GROSSMAN
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
F: (516) 741-0128
mgrossman@thesandersfirm.com
rkassan@thesandersfirm.com

*Counsel for Plaintiff*
*William Budrow*

Dated: 10/2/2015