UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

MAX O. SHOEMAKER

2:15-cv-03938-EEF-MN

**NOTICE OF SUBMISSION OF MOTION FOR
EXTENSION OF PLAINTIFF'S FACT SHEET DEADLINE**

COMES NOW Plaintiff, Max O. Shoemaker and files this Notice of Submission of Motion for Extension of Plaintiff's Fact Sheet Deadline.

Respectfully submitted,

Dated: October 5, 2015                                   **By:/S/ Steven J. Brady, Esq**

_____
Steven J. Brady (CA Bar 116651)
Dylan F. Pollard (CA Bar 180306)
Steven B. Stein (CA Bar 52829)
BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA 94901
(415)459-7300
(415)459-7303 (Fax)
steve@bradylawgroup.com
dylan@bradylawgroup.com
sbs@bradylawgroup.com

*Attorneys for Plaintiff*
*MAX O. SHOEMAKER*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2015, that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

|  |  |
|---|---|
| By: | **/S/STEVEN J. BRADY, ESQ.**<br>BRADY LAW GROUP<br>1015 Irwin Street<br>San Rafael, CA 94901<br>(415)459-7300<br>(415)459-7303 (Fax)<br>steve@bradylawgroup.com |