**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION    :          **MDL No. 2592**
                                                          :
                                                          :          **SECTION L**
                                                          :
                                                          :          **JUDGE ELDON E. FALLON**
                                                          :
_____:          **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

LARRY A. WHEELER

2:15-cv-03955-EEF-MN

**MOTION/REQUEST FOR EXTENSION OF TIME TO**
**SUBMIT PLAINTIFF FACT SHEET**

        COMES NOW Plaintiff, Larry A. Wheeler for his Motion for an Extension of Time to

submit his Plaintiff Fact Sheet, and who states as follows:

    1.  Plaintiff's original bundled complaint was filed on August 14, 2015, within a case

        entitled *Roberto Acosta et al. v. Janssen Research and Development LLC f/k/a  Johnson*

        *& Johnson Pharmaceutical Research and Development, LLC et al. (2:15-CV-03451-*

        *EEF-MN),* which was directly filed into the MDL Court.

    2.  Plaintiff timely complied with Court's August 21, 2015 severance order by filing a

        Short Form Complaint on August 28, 2015.

    3.  Plaintiff's Fact Sheet (hereinafter "PFS") is currently due to be served on October 13,

        2015, with the 20 day grace period for curing any deficiency to run on November 2,

        2015.

4. Counsel for Plaintiff will need some additional time to complete the PFS, and respectfully requests an additional 60 days from the October 13, 2015 deadline (i.e. through **December 11, 2015**) to serve the PFS, due to the overwhelming nature of properly and thoroughly preparing and completing the paperwork associated with compliance of the Court's CMO #1 and PTO 13 (A) pertaining to when PFSs for Plaintiffs in "bundled complaints" must be served. Plaintiff's counsel is a small firm, and has been working diligently to complete these tasks, but Plaintiff's counsel respectfully requests an accommodation on the time parameters set forth in that Order.

5. Specifically, Plaintiff's counsel is currently in full process of completing PFSs for 22 of the 32 Plaintiffs contained in the *Acosta* bundled filing. The remaining 10 cases in the *Acosta* bundled filing have had their PFSs served or the individual plaintiff case is in the process of being dismissed.

6. Plaintiff's counsel has been in continual contact with Plaintiff Wheeler who is committed to working with our Firm to getting his PFS completed, while we await the receipt of medical records, which in addition to paperwork requirement, has been the single most important element driving the need for the requested extension.

WHEREFORE, Plaintiff requests, pursuant to Pretrial Order 13(A), an extension of time to serve Plaintiff's PFS until December 11, 2015.  This requested accommodation is greatly appreciated.

Respectfully submitted,

Dated: October 5, 2015

**By:/S/ Steven J. Brady, Esq**

_____

Steven J. Brady (CA Bar 116651)
Dylan F. Pollard (CA Bar 180306)
Steven B. Stein (CA Bar 52829)
BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA 94901
(415)459-7300
(415)459-7303 (Fax)
steve@bradylawgroup.com
dylan@bradylawgroup.com
sbs@bradylawgroup.com

*Attorneys for Plaintiff*
*LARRY A. WHEELER*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 5, 2015, that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By:    **/S/STEVEN J. BRADY, ESQ.**
BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA 94901
(415)459-7300
(415)459-7303 (Fax)
steve@bradylawgroup.com