UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

ROBERT P. ZIGLAR

2:15-cv-03957-EEF-MN

**NOTICE OF SUBMISSION OF MOTION FOR
EXTENSION OF PLAINTIFF'S FACT SHEET DEADLINE**

COMES NOW Plaintiff, Robert P. Ziglar and files this Notice of Submission of Motion for Extension of Plaintiff's Fact Sheet Deadline.

Respectfully submitted,

Dated: October 5, 2015                                    **By:/S/ Steven J. Brady, Esq**

                                                          _____
                                                          Steven J. Brady (CA Bar 116651)
                                                          Dylan F. Pollard (CA Bar 180306)
                                                          Steven B. Stein (CA Bar 52829)
                                                          BRADY LAW GROUP
                                                          1015 Irwin Street
                                                          San Rafael, CA 94901
                                                          (415)459-7300
                                                          (415)459-7303 (Fax)
                                                          steve@bradylawgroup.com
                                                          dylan@bradylawgroup.com
                                                          sbs@bradylawgroup.com

                                                          *Attorneys for Plaintiff*
                                                          *ROBERT P. ZIGLAR*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 5, 2015, that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        By:    **/S/STEVEN J. BRADY, ESQ.**
                  BRADY LAW GROUP
                  1015 Irwin Street
                  San Rafael, CA 94901
                  (415)459-7300
                  (415)459-7303 (Fax)
                  steve@bradylawgroup.com