UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Helen Johnson v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*
Civil Action No.: 2:15-cv-03184

## MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Helen Johnson, through undersigned counsel, who with good cause shown pursuant to Pretrial Order 13, requests this Court grant Plaintiff an extension of the Plaintiff Fact Sheet ("PFS") deadline, as follows:

1. The Plaintiff filed the above captioned proceeding on August 3, 2015.

2. The Plaintiff's 60-day fact sheet deadline was set for October 2, 2015.

3. The Plaintiff's additional 20 days to submit the fact sheet is set to run on October 22, 2015.

4. Counsel for Plaintiff has been in continual contact with Plaintiff while awaiting the receipt of medical records. The medical records, along with the paperwork requirement, are been the driving need for the requested extension.

5. Plaintiff is not able to complete the fact sheet at this time and respectfully requests a minimal extension from this Court of sixty (60) days.

6. Counsel for Plaintiff tried to consult via email with defense counsel regarding an extension on October 2, 2015; however, defense counsel has yet to respond.

WHEREFORE, Plaintiff requests, pursuant to Pretrial Order 13, an extension for the Plaintiff's Fact Sheet Deadline until December 2, 2015.

Dated this 6th day of October, 2015.

Respectfully submitted,

*/s/ Ryan L. Thompson*
**WATTS GUERRA LLP**
**Ryan L. Thompson**
*Attorney in Charge*
Texas State Bar No. 24046969
5726 W. Hausman, Suite 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: rlt-bulk@wattsguerra.com
**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ryan L. Thompson*
Ryan L. Thompson