UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Helen Johnson v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*
**Civil Action No.: 2:15-cv-03184**

NOTICE OF SUBMISSION

COMES NOW the Plaintiff, Helen Johnson, by and through the undersigned counsel, and files this Notices of Submission of Motion for Extension of Time to Submit Plaintiff Fact Sheet before the Honorable Judge Eldon E. Fallon.

Dated this 6th day of October, 2015.

**Respectfully submitted,**

*/s/ Ryan L. Thompson*
**WATTS GUERRA LLP**
**Ryan L. Thompson**
*Attorney in Charge*
Texas State Bar No. 24046969
5726 W. Hausman, Suite 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: rlt-bulk@wattsguerra.com
**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ *Ryan L. Thompson*
Ryan L. Thompson