# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN  RE:  XARELTO  (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Helen Johnson v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*
**Civil Action No.: 2:15-cv-03184**

## ORDER

THIS MATTER, having come before the Court is Plaintiff, Helen Johnson's Motion for Extension of Time to Submit Plaintiff Fact Sheet ("PFS"). Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing.

IT IS HEREBY ORDERED that Plaintiff, Helen Johnson's Motion for Extension of Time to Submit Plaintiff Fact sheet is GRANTED. The deadline to submit the Plaintiff Fact Sheet is now set for December 2, 2015.

Dated: _____          _____
                                                          Judge Eldon E. Fallon