UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : SECTION L |
| | : JUDGE ELDON E. FALLON |
| | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*KELLY BELL JR.*
*2:15-cv-3499 -EEF-MN*

## MOTION/REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

    COMES NOW Plaintiff, Kelly Bell, Jr. and files this Notice of Submission of Motion for Extension of Plaintiff's Fact Sheet Deadline.

Dated: October 6, 2015             Respectfully submitted,

                                            ***By: /s/ Andrew S. Williams***
                                            Andrew S. Williams, Esq.
                                            Simmons Hanly Conroy
                                            One Court Street
                                            Alton, IL 62002
                                            Tel. 618-259-2222
                                            Fax 618-259-2251
                                            awilliams@simmonsfirm.com

                                            Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Andrew S. Williams, Esq.*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff