UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     : MDL No. 2592
PRODUCTS LIABILITY LITIGATION     : SECTION L
    : JUDGE ELDON E. FALLON
    : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*ROSEMARY BOOKER*
*2:15-cv-3505 -EEF-MN*

## MOTION/REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Rosemary Booker and files this Notice of Submission of Motion for Extension of Plaintiff's Fact Sheet Deadline.

Dated: October 6, 2015          Respectfully submitted,

                                           ***By: /s/ Andrew S. Williams***
                                           Andrew S. Williams, Esq.
                                           Simmons Hanly Conroy
                                           One Court Street
                                           Alton, IL 62002
                                           Tel. 618-259-2222
                                           Fax 618-259-2251
                                           awilliams@simmonsfirm.com

                                           Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Andrew S. Williams, Esq.*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff