**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)           : MDL No. 2592
PRODUCTS LIABILITY LITIGATION        : SECTION L
                                                           : JUDGE ELDON E. FALLON
_____: MAGISTRATE JUDGE NORTH
THIS DOCUMENT RELATES TO:
*TIMOTHY COOPER*
*2:15-cv-3513 -EEF-MN*

**<u>MOTION/REQUEST FOR EXTENSION OF TIME TO
SUBMIT PLAINTIFF FACT SHEET</u>**

COMES NOW Plaintiff, Timothy Cooper and files this Notice of Submission of Motion

for Extension of Plaintiff's Fact Sheet Deadline.

Dated:  October 6, 2015                    Respectfully submitted,

                                                           ***By: <u>/s/ Andrew S. Williams</u>***
                                                           Andrew S. Williams, Esq.
                                                           Simmons Hanly Conroy
                                                           One Court Street
                                                           Alton, IL 62002
                                                           Tel. 618-259-2222
                                                           Fax 618-259-2251
                                                           awilliams@simmonsfirm.com

                                                           Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 6, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

<u>*/s/ Andrew S. Williams, Esq.*</u>
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff