UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     : MDL No. 2592
PRODUCTS LIABILITY LITIGATION     : SECTION L
    : JUDGE ELDON E. FALLON
    : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*GERALD GIRARD*
*2:15-cv-3528 -EEF-MN*

## MOTION/REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Gerald Girard and files this Notice of Submission of Motion for Extension of Plaintiff's Fact Sheet Deadline.

Dated: October 6, 2015     Respectfully submitted,

    By: */s/ Andrew S. Williams*
    Andrew S. Williams, Esq.
    Simmons Hanly Conroy
    One Court Street
    Alton, IL 62002
    Tel. 618-259-2222
    Fax 618-259-2251
    awilliams@simmonsfirm.com

    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>*/s/ Andrew S. Williams, Esq.*
>Andrew S. Williams, Esq.
>Simmons Hanly Conroy
>One Court Street
>Alton, IL 62002
>Tel. 618-259-2222
>Fax 618-259-2251
>awilliams@simmonsfirm.com
>
>Attorneys for Plaintiff