UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **: MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | **: SECTION L** |
| | **: JUDGE ELDON E. FALLON** |
| | **: MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**
*GEORGE HAMILTON*
*2:15-cv-3537 -EEF-MN*

## MOTION/REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Plaintiff, George Hamilton and files this Notice of Submission of Motion for Extension of Plaintiff's Fact Sheet Deadline.

Dated:  October 6, 2015            Respectfully submitted,

                                                                    ***By: /s/ Andrew S. Williams***
                                                                    Andrew S. Williams, Esq.
                                                                    Simmons Hanly Conroy
                                                                    One Court Street
                                                                    Alton, IL 62002
                                                                    Tel. 618-259-2222
                                                                    Fax 618-259-2251
                                                                    awilliams@simmonsfirm.com

                                                                    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>*/s/ Andrew S. Williams, Esq.*
>Andrew S. Williams, Esq.
>Simmons Hanly Conroy
>One Court Street
>Alton, IL 62002
>Tel. 618-259-2222
>Fax 618-259-2251
>awilliams@simmonsfirm.com
>
>Attorneys for Plaintiff