UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : SECTION L |
| | : JUDGE ELDON E. FALLON |
| | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*MARGARET KEMP*
*2:15-cv-3551-EEF-MN*

## MOTION/REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

    COMES NOW Plaintiff, Margaret Kemp and files this Notice of Submission of Motion for Extension of Plaintiff's Fact Sheet Deadline.

Dated: October 6, 2015                  Respectfully submitted,

                                               ***By: /s/ Andrew S. Williams***
                                               Andrew S. Williams, Esq.
                                               Simmons Hanly Conroy
                                               One Court Street
                                               Alton, IL 62002
                                               Tel. 618-259-2222
                                               Fax 618-259-2251
                                               awilliams@simmonsfirm.com

                                               Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 6, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

            */s/ Andrew S. Williams, Esq.*
            Andrew S. Williams, Esq.
            Simmons Hanly Conroy
            One Court Street
            Alton, IL 62002
            Tel. 618-259-2222
            Fax 618-259-2251
            awilliams@simmonsfirm.com

            Attorneys for Plaintiff