UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE ELDON E. FALLON
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*DONNA MILLER*
*2:15-cv-3577-EEF-MN*

## MOTION/REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

    COMES NOW Plaintiff, Donna Miller and files this Notice of Submission of Motion for Extension of Plaintiff's Fact Sheet Deadline.

Dated: October 6, 2015          Respectfully submitted,

                       ***By: /s/ Andrew S. Williams***
                       Andrew S. Williams, Esq.
                       Simmons Hanly Conroy
                       One Court Street
                       Alton, IL 62002
                       Tel. 618-259-2222
                       Fax 618-259-2251
                       awilliams@simmonsfirm.com

                       Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                */s/ Andrew S. Williams, Esq.*
                Andrew S. Williams, Esq.
                Simmons Hanly Conroy
                One Court Street
                Alton, IL 62002
                Tel. 618-259-2222
                Fax 618-259-2251
                awilliams@simmonsfirm.com

                Attorneys for Plaintiff