UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592<br>: SECTION L<br>: JUDGE ELDON E. FALLON<br>: MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*GLORIA ROBINSON et al.*
*2:15-cv-3589-EEF-MN*

## MOTION/REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Gloria Robinson et al. and files this Notice of Submission of Motion for Extension of Plaintiff's Fact Sheet Deadline.

Dated: October 6, 2015

Respectfully submitted,

By: */s/ Andrew S. Williams*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Andrew S. Williams, Esq.*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff