UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  : MDL No. 2592
PRODUCTS LIABILITY LITIGATION  : SECTION L
: JUDGE ELDON E. FALLON
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*DONALD SMITH*
*2:15-cv-3596-EEF-MN*

## MOTION/REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Donald Smith for his Motion for an Extension of Time to submit his Plaintiff Fact Sheet, and who states as follows:

1. Plaintiff's original bundled complaint was filed on July 31, 2015, within a case entitled *Shirley Adcock et al. v. Janssen Research and Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC et al. (2:15-cv-3124 - EEF-MN)*, which was directly filed into the MDL Court.

2. Plaintiff timely complied with Court's August 6, 2015 severance order by filing a Short Form Complaints on August 17, 2015.

3. Plaintiff's Fact Sheet (hereinafter "PFS") was currently due to be served on September 30, 2015, with the 20 day grace period for curing any deficiency to run on October 20, 2015.

4. Counsel for Plaintiff will need some additional time to complete the PFS, and respectfully requests an additional 60 days from the October 20, 2015 deadline (i.e. through **December 20, 2015**) to serve the PFS, due to the overwhelming nature of properly and thoroughly preparing and completing the paperwork associated with compliance of the Court's CMO #1 and PTO 13 (A) pertaining to when PFSs for Plaintiffs in "bundled complaints" must

be served. Plaintiff's counsel is a small firm, and has been working diligently to complete these tasks, but Plaintiff's counsel respectfully requests an accommodation on the time parameters set forth in that Order.

5. Specifically, Plaintiff's counsel is currently in full process of completing PFSs for 67 of the 87 Plaintiffs contained in the *Adcock* bundled filing. The remaining 20 cases in the *Adcock* bundled filing have had their PFSs served or the individual plaintiff case is in the process of being dismissed.

6. Plaintiff's counsel has been in continual contact with Plaintiff who is committed to working with our Firm to getting his PFS completed, while we await the receipt of medical records, which in addition to paperwork requirement, has been the single most important element driving the need for the requested extension.

WHEREFORE, Plaintiff requests, pursuant to Pretrial Order 13(A), an extension of time to serve Plaintiff's PFS until December 20, 2015. This requested accommodation is greatly appreciated.

Dated: October 6, 2015                               Respectfully submitted,

**By: */s/ Andrew S. Williams***
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Andrew S. Williams, Esq.*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff