**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : SECTION L |
| | : JUDGE ELDON E. FALLON |
| | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*PEGGY ST. FORT*
*2:15-cv-3603-EEF-MN*

<u>**MOTION/REQUEST FOR EXTENSION OF TIME TO**</u>
<u>**SUBMIT PLAINTIFF FACT SHEET**</u>

COMES NOW Plaintiff, Peggy St. Fort and files this Notice of Submission of Motion for Extension of Plaintiff's Fact Sheet Deadline.

Dated: October 6, 2015         Respectfully submitted,

            ***By: /s/ Andrew S. Williams***
            Andrew S. Williams, Esq.
            Simmons Hanly Conroy
            One Court Street
            Alton, IL 62002
            Tel. 618-259-2222
            Fax 618-259-2251
            awilliams@simmonsfirm.com

            Attorneys for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 6, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

<u>*/s/ Andrew S. Williams, Esq.*</u>
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff