UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION    :   SECTION L
                                                :   JUDGE ELDON E. FALLON
                                                :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*DELBERT WHEELER*
*2:15-cv-3610-EEF-MN*

**MOTION/REQUEST FOR EXTENSION OF TIME TO
SUBMIT PLAINTIFF FACT SHEET**

      COMES NOW Plaintiff, Delbert Wheeler and files this Notice of Submission of Motion for Extension of Plaintiff's Fact Sheet Deadline.

Dated: October 6, 2015                  Respectfully submitted,

                                                   ***By: /s/ Andrew S. Williams***
                                                   Andrew S. Williams, Esq.
                                                   Simmons Hanly Conroy
                                                   One Court Street
                                                   Alton, IL 62002
                                                   Tel. 618-259-2222
                                                   Fax 618-259-2251
                                                   awilliams@simmonsfirm.com

                                                   Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 6, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                    ***/s/ Andrew S. Williams, Esq.***
                                    Andrew S. Williams, Esq.
                                    Simmons Hanly Conroy
                                    One Court Street
                                    Alton, IL 62002
                                    Tel. 618-259-2222
                                    Fax 618-259-2251
                                    awilliams@simmonsfirm.com

                                    Attorneys for Plaintiff