# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION* | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| *This Document Relates To:*<br><br>LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA, et al.<br><br>Plaintiffs,<br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 2:15-cv-03913-EEF-MBN |

## PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT

NOW COMES, Plaintiffs Louisiana Health Service and Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana (hereinafter, "BCBSLA"), and Allied Services Division Welfare Fund (hereinafter, "ASD Fund") (collectively, "Plaintiffs"), by and through their undersigned counsel, who respectfully requests that this Court grant Plaintiffs leave to amend their Class Action Complaint pursuant to Federal Rule of Civil Procedure 15, in order to add an additional named plaintiff, HMO Louisiana, Inc., and additional claims for relief. A copy of Plaintiffs' proposed First Amended Class Action Complaint is attached hereto as Exhibit A.

In support of this Motion, Plaintiffs state as follows:

1. Under Federal Rules of Civil Procedure 15(a)(1), a party "may amend its pleading once as a matter of course within 21 days after serving it."

2. On August 28, 2015, Plaintiffs filed their initial Class Action Complaint and stamped summons were issued to all Defendants on September 9, 2015. On September 17, 2015, Defendants Bayer Healthcare Pharmaceuticals, Inc. (BHCP), Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC, and Johnson & Johnson Company, were served via certified mail and as per Pre-Trial Order No. 10. Plaintiffs stand ready to file the summons returned executed if the Court deems it necessary.

3. In accordance with Pre-Trial Order No. 10, Plaintiffs attempted service on Bayer Pharma AG; however, on October 2, 2015, counsel for Bayer Pharma AG indicated that service was not properly effectuated; and therefore, Plaintiffs must re-serve their Complaint.

4. Accordingly, Plaintiffs proposed amendment is within the time delays set forth in Fed. R. Civ. P. 15(1)(a) and should be allowed as a matter of course.

WHEREFORE, Plaintiffs respectfully request leave to file their First Amended Class Action Complaint, attached hereto as Exhibit A.

Dated: October 7, 2015

                                                  Respectfully submitted:

                                                  */s/ James R. Dugan, II*
                                                  James R. Dugan, II (LSBA# 24785)
                                                  Douglas R. Plymale (LSBA# 28409)
                                                  David B. Franco (TXSBA# 24072097)
                                                  Lanson Bordelon (LSBA# 34251)
                                                  THE DUGAN LAW FIRM, APLC

One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
Email: jdugan@dugan-lawfirm.com
Email: dplymale@dugan-lawfirm.com
Email: dfranco@dugan-lawfirm.com
Email: lbordelon@dugan-lawfirm.com

*Attorneys for All Plaintiffs and the Proposed Class*

And

Charles A. O'Brien (LSBA #10143)
Blue Cross And Blue Shield of Louisiana
5525 Reitz Avenue
P.O. Box 98029
Baton Rouge, Louisiana 80809
Telephone: (225) 295-24454
Facsimile: (225) 297-2760

*Attorney for Plaintiff Louisiana Health Service and Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana*

Art Sadin (TXSBA #17508)
SADIN LAW FIRM, P.C.
121 E. Magnolia Street, Suite 102
Friendswood, Texas 77546
Telephone: (281) 648-7711
Facsimile: (281) 648-7799
Email: asadin@sadinlawfirm.com

*Attorney for Plaintiff Allied Services Division Welfare Fund*

3

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *EX PARTE* MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by F.R.C.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                     */s/ James R. Dugan, II*
                                                                     James R. Dugan, II