UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION* | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| *This Document Relates To:*<br><br>LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY d/b/a BLUE CROSS AND BLUE SHIELD OF LOUISIANA, et al.<br><br>　　　　　　　　　Plaintiffs,<br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION<br>NO. 2:15-cv-03913-EEF-MBN |

**ORDER**

This matter having come before the Court on Plaintiffs' *Ex Parte* Motion for Leave to File First Amended Class Action Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiffs' *Ex Parte* Motion for Leave to File First Amended Class Action Complaint is hereby GRANTED.

New Orleans, Louisiana this _____day of _____, 2015.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Eldon E. Fallon,
　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge