UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Parton v. Janssen Research & Development, LLC, et al; LAED USDC   No. 2:15-cv-01219*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that Plaintiff Brenda Parton shall have fourteen (14) days from the date of the above reference Motion within to serve process on Defendants: Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC., Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc.; f/k/a Ortho-Mcneil-Janssen Pharmaceuticals, Inc.; and Bayer Healthcare Pharmaceuticals. Inc.

New Orleans, Louisiana this  2nd  day of    October    ,2015.

_____
Honorable Eldon E. Fallon,
U.S. District Court Judge