# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

ROLAND HAYES

2:15-cv-01640

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED** that William K. Holland and Goldblatt & Singer, are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this __2nd__ day of ____October____, 2015, at New Orleans, Louisiana.

_____

UNITED STATES DISTRICT JUDGE