UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

     Due to an unavoidable conflict in the Court's schedule, the bi-weekly Xarelto telephone status conference scheduled for Thursday, October 15, at 3:30 p.m. will be canceled.  The Court does not intend to reschedule, and instead will receive updates regarding discovery and Case Management Order No. 3 in chambers preceding the monthly Xarelto teleconference scheduled for October 21, 2015 at 9:00 a.m.  Therefore,

     **IT IS ORDERED** that the bi-weekly discovery conference scheduled for Thursday, October 15, 2015, at 3:30 p.m. is hereby **CANCELED**.

     New Orleans, Louisiana this 2nd day of October, 2015.

                                                           UNITED STATES DISTRICT JUDGE