**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | |
| | **SECTION: L** <br> **JUDGE FALLON** <br> **MAG. JUDGE NORTH** |

**This Document Relates to:**

*Parton v. Janssen Research & Development, LLC, et al; LAED USDC   No. 2:15-cv-01219*

## <u>ORDER</u>

Considering the foregoing Unopposed Motion for Leave to Amend Complaint:

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to Amend Complaint and add Party Defendants is hereby GRANTED.

New Orleans, Louisiana this _____2nd_____ day of _____October_____, 2015.

_____
Honorable Eldon E. Fallon,
U.S. District Court Judge