UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Burton v. Janssen Research & Development, LLC, et al; LAED USDC   No. 2:15-cv-01217*

## ORDER

This matter having come before the Court on Plaintiff's Unopposed Motion for Leave to File Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint is hereby GRANTED.

New Orleans, Louisiana this __2nd__ day of ___October___, 2015.

_____
Honorable Eldon E. Fallon,
U.S. District Court Judge