UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: : | **JURY TRIAL DEMANDED** |
| DWAYNE SHREVE : | |
| Case #: 15-3438 L(5) | |

## NOTICE OF DEATH

Counsel for Plaintiff hereby notifies the Court of the death of the Plaintiff, DWAYNE SHREVE. A copy of the Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached as Attachment #1. Plaintiff is survived by his spouse, Carol Sickles, and counsel for Plaintiff anticipates filing a Motion to Substitute Party in the near term.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: October 9, 2015

                                    FREEDLAND HARWIN VALORI, PL
                                    110 SE 6th Street, Suite 2300
                                    Ft. Lauderdale, FL 33301
                                    Tel:    954-467-6400
                                    Fax:    954-670-2530

                                    __/s/ Raymond Valori_____
                                    RAYMOND VALORI
                                    Fla. Bar #: 33200
                                    Ray@westonlawyers.com
                                    AARON ROTHENBERG
                                    Fla. Bar #: 99634
                                    Aaron@westonlawyers.com