# CERTIFICATION OF VITAL RECORD

VIEW PRESENCE OF WATERMARK    HOLD TO LIGHT TO VIEW

## STATE OF MARYLAND
### Department of Health and Mental Hygiene
### Division of Vital Records

*320150307270000*

**Certificate of Death**

File Number *32015MD029691*

| | | |
|---|---|---|
| **1. Decedent's Name, AKA Name** (if any) DWAYNE R. SHREVE | **2. Date of Death** 09/04/2015 | **3. Time of Death** 1720 |
| **4a. Facility Name** 739 UNION CHURCH ROAD | **4b. City, Town or Location of Death** ELKTON | **4c. County of Death** CECIL |

| 5. Social Security Number 325408358 | 6. Sex M | 7. Age 68 YR | 8. Date of Birth 05/02/1947 | 9. Birthplace ILLINOIS |
|---|---|---|---|---|

Usual Residence of Decedent
| 10a. State MARYLAND | 10b. County CECIL | 10c. City, Town or Location ELKTON | 10d. Inside City Limits? NO |
|---|---|---|---|

10e. Address 739 UNION CHURCH ROAD    10f. Zip Code 21921

| 11. Marital Status MARRIED | 12. Ever in U.S. Armed Forces? NO | 13. Hispanic Origin? NO | 14. Race WHITE |
|---|---|---|---|

| 15. Decedent's Education BACHELOR | 16a. Decedent's Usual Occupation SOCIAL INSURANCE REP | 16b. Business/Industry U. S. GOVERNMENT |
|---|---|---|

| 17. Father's Name JOHN SHREVE | 18. Mother's Name Prior to First Marriage NORMA OLSON |
|---|---|

19. Surviving Spouse's Name CAROL E. SICKLES

| 20a. Informant's Name CAROL E. SICKLES | 20b. Informant's Relationship WIFE | 20c. Informant's Mailing Address 739 UNION CHURCH RAOD, ELKTON, MD 21921 |
|---|---|---|

| 21a. Method of Disposition CREMATION | 21b. Place of Disposition R. T. FOARD FUNERAL HOME, P.A. | 21c. Date of Disposition 09/09/2015 | 21d. Location 111 SOUTH QUEEN STREET, RISING SUN, MD 21911 |
|---|---|---|---|

| 22a. Signature of Funeral Service Licensee LOUIS A FIORUCCI, JR | 22b. License No M01481 | 22c. Name and Address of Funeral Facility R. T. FOARD FUNERAL HOME, P.A. 259 EAST MAIN STREET, ELKTON, MD 21921 |
|---|---|---|

**23a. Part I.** Disease, injuries, or complications that directly caused the death

Immediate Cause (final disease or condition resulting in death) a. LUNG CANCER    Approximate Interval Between Onset and Death: -

Conditions, if any, leading to immediate cause
b. Due to (or as a consequence of):
c. Due to (or as a consequence of):
d. Due to (or as a consequence of):

**Part II.** Other significant conditions contributing to death but not resulting in the underlying cause in Part I

23b. Did tobacco use contribute to the cause of death? UNK

| 24a. Was an autopsy performed? NO | 24b. Were autopsy findings available prior to completion of cause of death? NO | 25a. Was case referred to medical examiner? NO | 25b. Medical Examiner Countersignature |
|---|---|---|---|

| 26. Place of Death HOME | 27. Manner of Death NATURAL | 28a. Date of Injury | 28b. Time of Injury |
|---|---|---|---|

| 28c. How injury occurred | 28d. Injury at work? | 28e. Transportation Injury? | 28f. Place of injury |
|---|---|---|---|

28g. Location of Injury

| 29a. Certifier Type CERTIFYING PHYSICIAN | 29b. Signature and Title of Certifier GIZAN H. WOLDEHIWOT, M.D. | 29c. License No D63327 | 29d. Date signed 09/06/2015 |
|---|---|---|---|

| 30a. Name of person who completed cause of death GIZAN H. WOLDEHIWOT | 30b. Address of person who completed cause of death 6934 AVIATION BLVD., GLEN BERNIE, MD 21061 |
|---|---|

For Office Use Only:

| 31. Date Filed 09/08/2015 | 32. Registrar at Filing GENEVA G. SPARKS | 33. Date Issued 09/08/2015 | 34. This is to certify that this is a true and correct copy of the official record on file in the office of the Maryland Division of Vital Records. Registrar's Signature *Geneva G. Sparks* |
|---|---|---|---|

2207018





DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH SEAL OF VITAL RECORDS CLEARLY EMBOSSED

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE