UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: IN RE: XARELTO (RIVAROXABAN ) PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> THIS DOCUMENT RELATED TO: ) <br> ) <br> DONNA BLATCHER, individually, and on ) <br> behalf of the estate of BERTRAND ) <br> BLATCHER, JR., deceased, and wrongful death ) <br> heirs of BERTRAND BLATCHER, JR., ) <br> deceased, ) <br> ) <br>         Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT, ) <br> LLC f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT LLC; ) <br> JANSSEN ORTHO LLC; ) <br> JANSSEN PHARMACEUTICALS, INC. ) <br> f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ) <br> ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC.; ) <br> BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC.; ) <br> BAYER PHARMA AG; ) <br> BAYER CORPORATION; ) <br> BAYER HEALTHCARE LLC; ) <br> BAYER HEALTHCARE AG; and BAYER AG, ) <br> ) <br>         Defendants. ) | MDL No.2592 <br><br> Section: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br> Civil Action No.: 2:15-cv-00313 |

**UNOPPOSSED MOTION FOR LEAVE TO AMEND COMPLAINT
AND INCORPORATED MEMORANDUM**

COMES NOW, Plaintiff Donna Blatcher, individually, and on behalf of the estate of Bertrand Blatcher, Jr., deceased, and wrongful death heirs of Bertrand Blatcher, Jr., deceased, through the undersigned counsel, and respectfully requests leave to amend her Complaint pursuant to Federal Rule of Civil Procedure 15 to clarify her standing as a proper party

Plaintiff, name additional proper party Plaintiffs to this action and amend the case caption accordingly. Plaintiff also seeks leave to add Johnson & Johnson Company as a party Defendant to this action and add a survival cause of action to the allegations herein. In support thereof, Plaintiff states as follows:

1. Plaintiff filed this action on February 2, 2015.

2. Plaintiff Donna Blatcher wishes to clarify that she is a surviving daughter and wrongful death heir of decedent Bertrand Blatcher, Jr., and falls within the appropriate class of survivors to make claims under Louisiana Civil Code articles 2315.1 and 2315.2.

3. Krystal Blatcher is a surviving daughter and wrongful death heir of decedent Bertrand Blatcher, Jr., and falls within the appropriate class of survivors to make claims under Louisiana Civil Code articles 2315.1 and 2315.2.

4. Bertrand Woods is a surviving son and wrongful death heir of decedent Bertrand Blatcher, Jr., and falls within the appropriate class of survivors to make claims under Louisiana Civil Code articles 2315.1 and 2315.2.

5. Accordingly, the caption of this case should read, "Plaintiff, Donna Blatcher, Krystal Blatcher and Bertrand Woods, individually, and on behalf of Bertrand Blatcher, Jr., deceased."

6. The exemplar joint complaint prepared by the Plaintiffs' Steering Committee filed by this Court on May 21, 2015 as Pre-Trial Order No. 11A, Attachment A, led Plaintiff to discover that Johnson & Johnson Company is believed to be a proper party Defendant to this action.

7. Plaintiff recently discovered that an independent survival action was inadvertently omitted from the original complaint and should be alleged.

8. Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party "may amend its pleading only with the opposing party's written consent or the court's leave." It further states that a court "should freely give leave [to amend] when justice so requires."

9. On October 8, 2015, Deirdre Kole, partner of Susan M. Sharko, Co-Lead Defense Counsel, indicated via email that she does not oppose this motion.

10. On October 9, 2015, Steven Glickstein, Co-Lead Defense Counsel, indicated via email that he does not oppose this motion.

11. The parties will not be prejudiced by the filing and there has been no undue delay or bad faith by Plaintiff.

12. A copy of Plaintiff's First Amended Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file an amended complaint clarifying her standing as a proper party Plaintiff, naming additional proper party Plaintiffs to this action and amending the case caption accordingly, adding Johnson & Johnson Company as a party Defendant, and adding a survival cause of action.

Dated:                                              Respectfully Submitted,

                                                    s/ Merritt E. Cunningham
                                                    Michael G. Stag LSBA No. 23314
                                                    Merritt E. Cunningham, LSBA No. 32843
                                                    SMITH STAG, L.L.C.
                                                    365 Canal St., Ste. 2850
                                                    New Orleans, LA 70130
                                                    Telephone (504) 593-9600
                                                    Facsimile (504) 593-9601
                                                    mstag@smithstag.com
                                                    mcunningham@smithstag.com

COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2015, a true copy of the foregoing Unopposed Motion for Leave to Amend Complaint was filed electronically. Notice of this filingwas sent to all parties by operation of the Court's electronic filing system.

s/ Merritt E. Cunningham
Merritt E. Cunningham
