UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) | MDL No.2592 |
| ) | |
| THIS DOCUMENT RELATED TO: ) | Section: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| DONNA BLATCHER, individually, and on behalf of the estate of BERTRAND BLATCHER, JR., deceased, and wrongful death heirs of BERTRAND BLATCHER, JR., deceased, ) | Civil Action No.: 2:15-cv-00313 |
| Plaintiffs, ) | |
| v. ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG, ) | |
| Defendants. ) | |

## ORDER

**IT IS ORDERED** that the Unopposed Motion for Leave to Amend Complaint filed by Plaintiff, Donna Blatcher, is hereby **GRANTED**.

**NEW ORLEANS, LOUISIANA,** this_____day of_____, 2015.

_____
**UNITED STATES DISTRICT JUDGE**