UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

     The Court has been made aware of logistical concerns regarding the filing of motions for extensions of time to file plaintiff's fact sheets.  With this in mind, the Court finds it appropriate to schedule a meeting to discuss this issue with counsels for both the Plaintiffs and the Defense. Thus,

     **IT IS ORDERED** that counsel for the Plaintiffs, Lenny Davis, Steven Brady, and Andrew Williams, as well as counsel for the Defense, Jim Irwin, brief the Court regarding this matter in a telephone status conference scheduled for Friday, October 9, 2015, at 2:30 p.m.  The Court will initiate the call.

     New Orleans, Louisiana this 8th day of October, 2015.

                                                      UNITED STATES DISTRICT JUDGE