**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)   )      **MDL 2592**
PRODUCTS LIABILITY LITIGATION  )

                            )      **SECTION: L**
_____)

                            )

**THIS DOCUMENT RELATES TO:**    )      **JUDGE FALLON**
**Kermit Finkenbinder**                 )      **MAGISTRATE JUDGE NORTH**
**Civil Action No. 2:15-cv-2601**   )

                            )
_____)

## PLAINTIFF'S MOTION TO AMEND COMPLAINT AND CAPTION

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff seeks leave to file the First Amended Complaint that is attached as Exhibit 1.  The sole edit is to correct the spelling of the Plaintiff's first name in the caption, which inadvertently was listed as "Kermic," but should have been, and should be, listed as "Kermit."  Prior to filing this motion, Plaintiff sought and obtained the written consent of Defendants, which is attached as Exhibit 2.

         */s/  Dianne M. Nast*
         Dianne M. Nast (PA Atty. ID No. 24424)
         Daniel N. Gallucci (PA Atty. ID No. 81995)
         Joanne E. Matusko (PA Atty. ID No. 91059)
         Michele S. Burkholder (PA Atty. ID No. 78063)
         **NASTLAW, LLC**
         1101 Market Street, Suite 2801
         Philadelphia, Pennsylvania 19107
         Telephone: (215) 923-9300
         Facsimile: (215) 923-9302
         dnast@nastlaw.com
         dgallucci@nastlaw.com
         jmatusko@nastlaw.com
         mburkholder@nastlaw.com

         *Attorneys for Plaintiff*

DATED:  October 12, 2015