**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL 2592<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Kermit Finkenbinder<br>Civil Action No. 2:15-cv-2601 | | JUDGE FALLON<br>MAGISTRATE JUDGE NORTH |

**FIRST AMENDED COMPLAINT**

Plaintiff files this First Amended Complaint to amend the caption to correct the spelling of his name, which was inadvertently listed as Kermic Finkenbinder, but should have been, and should be, listed as **Kermit Finkenbinder**. With this one correction, the entirety of the original Complaint and Demand for Jury Trial is adopted by reference herein, pursuant to Federal Rule of Civil Procedure 10(c).

/s/ Dianne M. Nast
Dianne M. Nast (PA Atty. ID No. 24424)
Daniel N. Gallucci (PA Atty. ID No. 81995)
Joanne E. Matusko (PA Atty. ID No. 91059)
Michele S. Burkholder (PA Atty. ID No. 78063)
NastLaw, LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107
Telephone: (215) 923-9300
Facsimile: (215) 923-9302
dnast@nastlaw.com
dgallucci@nastlaw.com
jmatusko@nastlaw.com
mburkholder@nastlaw.com

*Attorneys for Plaintiff*

DATED: October 12, 2015