**Michele Burkholder**

| | |
|---|---|
| **From:** | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| **Sent:** | Monday, October 12, 2015 10:56 AM |
| **To:** | Michele Burkholder |
| **Cc:** | James Irwin; Deirde Kole; Meera Sossamon; Joanne Matusko |
| **Subject:** | RE: Xarelto MDL - Finkenbinder (2:15-cv-02601) - Request for Consent to Amend |

Michele,

Thank you for following up. Bayer and Janssen do not oppose the filing of this Motion.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Michele Burkholder [mailto:MBurkholder@NastLaw.com]
**Sent:** Monday, October 12, 2015 6:08 AM
**To:** Kelly Brilleaux
**Cc:** James Irwin; Deirde Kole; Meera Sossamon; Joanne Matusko
**Subject:** RE: Xarelto MDL - Finkenbinder (2:15-cv-02601) - Request for Consent to Amend

Hi, Kelly.

I am just following up to see if a decision has been made about this request for consent to amend.

Michele S. Burkholder, Esquire



1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107
215-923-9300
215-923-9302 Fax
MBurkholder@nastlaw.com

This e-mail communication contains CONFIDENTIAL INFORMATION WHICH MAY ALSO BE

LEGALLY PRIVILEGED, and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any use, dissemination, distribution, downloading or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by return e-mail. Please then delete the e-mail and destroy all copies. Thank you.

 **Please consider the environment before printing this email.**

---

**From:** Michele Burkholder
**Sent:** Wednesday, October 07, 2015 12:47 PM
**To:** 'Kelly Brilleaux'
**Cc:** James Irwin; Deirde Kole; Meera Sossamon
**Subject:** RE: Xarelto MDL - Finkenbinder (2:15-cv-02601) - Request for Consent to Amend

Hi, Kelly.

Thank you for your email and call of this afternoon.  I have attached copies of the materials that we propose filing.  Please advise whether we can represent to the court that Defendants consent to the relief requested in this motion.

Michele S. Burkholder, Esquire



1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107
215-923-9300
215-923-9302 Fax
MBurkholder@nastlaw.com


This e-mail communication contains CONFIDENTIAL INFORMATION WHICH MAY ALSO BE LEGALLY PRIVILEGED, and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any use, dissemination, distribution, downloading or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by return e-mail. Please then delete the e-mail and destroy all copies. Thank you.

 **Please consider the environment before printing this email.**

---

**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Wednesday, October 07, 2015 11:40 AM
**To:** Michele Burkholder
**Cc:** James Irwin; Deirde Kole; Meera Sossamon
**Subject:** Xarelto MDL - Finkenbinder (2:15-cv-02601) - Request for Consent to Amend

Michele,

We received your email regarding the request for consent to amend, as well as the proposed amended complaint. Can you also send the Motion for Leave to file the Amended Complaint that you plan to file? Once we review that, we will be able to determine whether the Defendants have any objections to the filing of the Motion. Thanks.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.