**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> Kermit Finkenbinder ) <br> Civil Action No. 2:15-cv-2601 ) <br> ) <br> _____) | MDL 2592 <br><br> SECTION: L <br><br><br> JUDGE FALLON <br> MAGISTRATE JUDGE NORTH |

**ORDER**

It is hereby ORDERED that Plaintiff's Motion to Amend Complaint and Caption is granted.  The Clerk of Court is directed to: (1) file the First Amended Complaint attached as Exhibit 1 to Plaintiff's Motion; and (2) edit the caption for this action to reflect "Kermit Finkenbinder" as the name of the Plaintiff.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2015

_____
UNITED STATES DISTRICT JUDGE