UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO *Sarah Allen v. Janssen Research & Development, LLC, et al.* Case No. 2:15-cv-1036 | | |

**STIPULATION OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Sarah Allen ("Plaintiff") and Defendants Janssen Research & Development LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc.; Johnson & Johnson (incorrectly named in the Complaint as Johnson & Johnson Company); Bayer Healthcare Pharmaceuticals Inc.; and Bayer Pharma AG ("Defendants"), through their undersigned counsel, that the above-captioned action is voluntarily dismissed as it pertains to the above-listed Plaintiff, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party. The claims of Gregory Arsenault and Timothy Yost are not impacted by the dismissal of the claims asserted by Plaintiff Sarah Allen.

Dated: October 12, 2015                              Respectfully submitted,

                                                      /s/ Dylan F. Pollard
                                                     Steven J. Brady
                                                     Dylan F. Pollard
                                                     Steven Stein
                                                     BRADY LAW GROUP
                                                     1015 Irwin Street
                                                     San Rafael, CA 94901
                                                     Telephone: (415) 459-7300
                                                     Facsimile: (415) 459-7303

Email: mail@bradylawgroup.com
*Attorneys for the Plaintiff*

/s/ William Hoffman
Steven Glickstein
William Hoffman
KAYE SCHOLER LLP
250 W. 55th St.
New York, NY 10019
*Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc. and Bayer Pharma AG*

/s/ Susan M. Sharko
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Dr.
Florham Park, NJ 07932
(973) 549-7000
susan.sharko@dbr.com
*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson*

/s/ James B. Irwin
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras St., Ste. 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com
*Liaison Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 12, 2015, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ James B. Irwin