UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| RUTH E. PFIESTER, | |
| | JUDGE ELDON E. FALLON |
| Plaintiff, | |
| v. | MAGISTRATE JUDGE NORTH |
| | Case No. 2:15-cv-00639 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; , JANSSEN ORTHO LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG f/k/a BAYER SCHERING PHARMA AG; BAYER CORPORATION, BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; BAYER AG; and JOHN DOES 1-10, | |
| Defendants. | |

_____

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice against all named defendants, each party to bear its own fees and costs.

| | |
|---|---|
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC<br>Attorneys for Plaintiff<br>Marenda Armstead | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson |
| By: __s/ Neil D. Overholz___<br>     Neil D. Overholz | By: __s/ Susan M. Sharko___<br>     Susan M. Sharko |
| Dated: October 13, 2015 | Dated: October 13, 2015 |
| | KAYE SCHOLER LLP<br>Attorneys for Defendants<br>Bayer Healthcare Pharmaceuticals, Inc. and<br>Bayer Pharma AG |
| | By: __s/ William Hoffman___<br>     William Hoffman |
| | Dated: October 13, 2015 |

   /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras St., Ste. 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com
*Liaison Counsel for Defendants*

Dated:   October 13, 2015

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on October 13, 2015, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                  /s/ *James B. Irwin*