UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) } | MDL No. 2592 | |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L | |
| } | JUDGE FALLON | |
| } | MAG. JUDGE NORTH | |
| } | | |

This Document relates to:

*Schlemmer vs. Janssen Research & Development, LLC et al;*
LAED USDC No. 2:15 – cv- 02231

### UNOPPOSED MOTION FOR AN ORDER APPOINTING INTERNATIONAL PROCESS SERVER

NOW COMES, plaintiff, FREDRIC N. SCHLEMMER, individually, by his undersigned counsel of record, and respectfully moves the Court for an Order appointing an international process server to serve process of Defendants BAYER AG, BAYER PHARMA AG, and BAYER HEALTHCARE AG in Germany through the Hague Convention.  In support of his motion, plaintiff states the following:

1.   This matter was filed into In Re Xarelto (Rivaroxaban) Product Liability litigation MDL No. 2592 on June 18, 2015

2.   As indicated by the Affidavits of Service annexed as Exhibit 1, all defendants have been served with process in this action, with the exception of the three defendants located in Germany, BAYER AG, BAYER PHARMA AG, and BAYER HEALTHCARE AG.

3.   While Pre-Trial Order No. 10 provides for a streamlined service on these three international defendants by certified and registered mail within sixty (60) days following commencement, the undersigned, unfortunately, did not become aware of this fact until approximately 68 days after commencement.

4.     Upon learning of this requirment, the undersigned counsel sought the "courtesy" from defense counsel of a brief extension of the provision to accept service via mail in this matter. However, defense counsel for the international defendants has refused to extend this courtesy.

5.     Accordingly, the plaintiff has been required to go to the considerable additional expense of having the Complaint translated for purposes of serving these three international defendants BAYER AG, BAYER PHARMA AG, and BAYER HEALTHCARE AG in Germany, through the provisions of the Hague Convention in accordance with FRCP 4(f)(1), which takes considerable extra time, and requires an Order from the Court appointing an International Process Server.

6.     Defendants have indicated by email, annexed as Exhibit 2, that they do not oppose the motion.

7.     Based upon the above, plaintiff respectfully requests that this Court issue an Order appointing an international process server Celeste Ingalls, and her agents, so that plaintiff may complete service of process via the Hague Convention procedures with regard to defendants BAYER AG, BAYER PHARMA AG, and BAYER HEALTHCARE AG.

**WHEREFORE**, Plaintiff respectfully moves for an Order from this Court appointing plaintiff's International Process Server, Celeste Ingalls, and her agents, to serve process on the international defendants BAYER AG, BAYER PHARMA AG, and BAYER HEALTHCARE AG, and for such other and further relief as this Court deems just and proper.

Dated: October 13, 2015

                                                   Respectfully Submitted,

                                                   THE SCHLEMMER FIRM, LLC

                                                   By: _/S/Paul N. Schlemmer
                                                   Paul N. Schlemmer (NY2895415)
                                                   Attorney for Plaintiff
                                                   830 Third Avenue, 5th Floor
                                                   New York, New York 10022
                                                   (212) 390-8030
                                                   email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 13th day of October 2015.

                                                   THE SCHLEMMER FIRM, LLC

                                                   BY: /S/ Paul N. Schlemmer
                                                   Paul N. Schlemmer (NY2895415)
                                                   Attorney for Plaintiff
                                                   830 Third Avenue, 5th Floor
                                                   New York, New York 10022
                                                   (212) 390-8030
                                                   email: paul@schlemmerfirm.com