United States District Court

County Of Eastern District Of Louisiana

| | |
|---|---|
| Fredric N. Schlemmer<br>Plaintiff<br><br>vs.<br><br>Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC, Et Al<br>Defendant | Civil Action Number: 15-CV-02231<br><br>Affidavit of Service of<br><br>Summons in a Civil Action Complaint and Demand for Jury Trial |

STATE OF NY COUNTY OF  NEW YORK:SS

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in Colts Neck, NJ.

That on 9/1/2015 at 11:15:00 AM at the address:

One Johnson And Johnson Plaza

New Brunswick, NJ 08933

Deponent served the within Summons in a Civil Action Complaint and Demand for Jury Trial

UPON:  **Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC**

By personally delivering a true copy of the Summons in a Civil Action Complaint and Demand for Jury Trial

to Kim Giganti,  Authorized Agent thereof.

Deponent describes the person actually served as follows:

| | |
|---|---|
| **Sex:** | Female |
| **Skin:** | White |
| **Hair:** | Brown |
| **Age** | 50-55 |
| **Height:** | 5ft 3ins-5ft 6ins |
| **Weight** | 120-130 |
| Other Features: | Glasses |

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal Statutes.

*Sworn to before me this*                         9/1/2015

ANA E. SANCHEZ

Notary Public: State Of   New York

NO: 01SA5067260

QUALIFIED IN: County Of  Bronx

COMMISSION Expires:                Monday, October 15, 2018

James Nicoletti

License NO:  826606

Job #: 68983

**AFFIDAVIT OF SERVICE**

| Case:<br>2:15-cv-02231 | Court:<br>United States District Court for the Eastern District of Louisiana | County:<br>, | Job:<br>637759 (686986) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Fredric N. Schlemmer | | **Defendant / Respondent:**<br>Janssen Research & Development, LLC et.al | |
| **Received by:**<br>Covert Intelligence, LLC | | **For:**<br>Nicoletti & Harris | |
| **To be served upon:**<br>Janssen Ortho, LLC | | | |

I, Edrick Narvaez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Anixa Rivera, Corporate: Stateroad 933 Km 0.1 Barrio Mamey, Gurabo, PR 00778

**Manner of Service:**   Corporation, Sep 1, 2015, 1:17 pm EDT

**Documents:**   Summons in a Civil Action, Complaint and Demand for Jury Trial (Received Aug 28, 2015 at 7:00pm)

**Additional Comments:**
1) Successful Service: Sep 1, 2015, 1:17 pm EDT at Corporate: Stateroad 933 Km 0.1 Barrio Mamey, Gurabo, PR 00778 received by Anixa Rivera. Age: 25-30; Ethnicity: Latino; Gender: Female; Weight: 125-130; Height: 5'5"; Hair: Brown; Eyes: Brown; Relationship: Authorized Agent; Other: Anixa Rivera , Human Resources Department No: 1034134.
The Process Server, (PS), went to the address provided in order to deliver the Service Of Process documents to Janssen Ortho. Upon arrival the PS proceed to indicate the purpose of his visit in the lobby security desk. Moments later an authorized Human Resources Representative meet with the PS to receive such documents on behalf of the company. The HR representative then identified herself as, Anixa Rivera with Janssen Ortho i.d. number: 1034134. The PS then fill out his report and left the area afterwards.

_____     _____
Edrick Narvaez                        Date   9/2/15

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

_____        _____
Date              Commission Expires   Does not expire

Covert Intelligence, LLC
PMB 255 P. O. Box 6022
Carolina, PR 00984-6022
787-276-5619

9397
09/02/2015
$5.00
$5 Sello Asistencia Legal
51812-2015-0902-58448682









United States District Court

County Of Eastern District Of Louisiana

| | |
|---|---|
| Fredric N. Schlemmer<br>Plaintiff<br><br>vs.<br><br>Janssen Research & Development, LLC f/k/a Johnson and Johnson<br>Pharmaceutical Research and Development, LLC, Et Al<br>Defendant | Civil Action Number: 15-CV-02231<br><br>Affidavit of Service of<br><br>Summons in a Civil Action Complaint and Demand for Jury<br>Trial |

STATE OF NY COUNTY OF NEW YORK:SS

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in Colts Neck, NJ.

That on 9/1/2015 at 11:15:00 AM at the address:

>      One Johnson & Johnson Plaza

>      New Brunswick, NJ 08933

Deponent served the within Summons in a Civil Action Complaint and Demand for Jury Trial

UPON: **Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals**

By personally delivering a true copy of the Summons in a Civil Action Complaint and Demand for Jury Trial

to Kim Giganti,  Authorized Agent thereof.

Deponent describes the person actually served as follows:

| | |
|---|---|
| **Sex:** | Female |
| **Skin:** | White |
| **Hair:** | Brown |
| **Age** | 50-55 |
| **Height:** | 5ft 3ins-5ft 6ins |
| **Weight** | 120-130 |
| **Other Features:** | Glasses |

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal Statutes.

Sworn to before me this                              9/1/2015

ANA E. SANCHEZ

Notary Public: State Of    New York

NO: 01SA5067260

QUALIFIED IN: County Of  Bronx

COMMISSION Expires:                    Monday, October 15, 2018

James Nicoletti

License NO:  826606

Job #: 69092

United States District Court

County Of Eastern District Of Louisiana

| | |
|---|---|
| Fredric N. Schlemmer<br>Plaintiff<br><br>vs.<br><br>Janssen Research & Development, LLC f/k/a Johnson and Johnson<br>Pharmaceutical Research and Development, LLC, Et Al<br>Defendant | Civil Action Number: 15-CV-02231<br><br>Affidavit of Service of<br><br>Summons in a Civil Action Complaint and Demand for Jury<br>Trial |

STATE OF NY COUNTY OF  NEW YORK:SS

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in New York, NY.

That on 9/2/2015 at 10:38:00 AM at the address:

>    100 Bayer Boulevard

>    Whippany, NJ 07981

Deponent served the within Summons in a Civil Action Complaint and Demand for Jury Trial

UPON:  **Bayer Healthcare Pharmaceuticals, Inc.**
>           **North American Headquarters**

By personally delivering a true copy of the Summons in a Civil Action Complaint and Demand for Jury Trial

to Ben Barrameda  ,  Authorized Agent thereof.

Deponent describes the person actually served as follows:

| | |
|---|---|
| **Sex:** | Male |
| **Skin:** | White |
| **Hair:** | Gray |
| **Age** | 60 |
| **Height:** | 5ft8in-5ft11in |
| **Weight** | 161-200 lbs |

Other Features:

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal Statutes.

*Sworn to before me this*                        9/2/2015

Regenia L. Hyman
Notary Public: State Of   New York
NO: O1HY6045811
QUALIFIED IN: County Of  Bronx
COMMISSION Expires:                        Tuesday, July 31, 2018

Angelo Rodriguez
License NO:  1000177

Job #: 68981

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA

FREDERIC N. SCHLEMMER

                    Plaintiff(s),

                                        Civil Action No. 2:15-CV-02231-L (5)

          -against-


JANSSEN RESEARCH & DEVELOPMENT, LLC, *et al.,*

                    Defendant(s).

-----------------------------------------------------------------------X


I, John A. Garber, State of Delaware, County of New Castle, being duly sworn, say
on the 31st day of August, 2015 at 11:12 a.m., I personally served a copy of a
SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL
on the defendant **BAYER HEALTHCARE PHARMACEUTICALS, INC.,** by serving
the registered agent, Corporation Service Company, 2711 Centerville Road, Wilmington,
DE 19808.

Name of individual accepting service: Lynanne Gares-Authorized to accept
Description of individual: White female, 35, 5'5" tall, 150lbs with brown hair.


Subscribed and sworn before me
this 31st day of August, 2015

Notary Public

My commission expires:

Nicoletti & Harris
132 Nassau Street
New York, NY 10038

United States District Court

County Of Eastern District Of Louisiana

Fredric N. Schlemmer
Plaintiff

Civil Action Number: 15-CV-02231

Affidavit of Service of

vs.

Summons in a Civil Action Complaint and Demand for Jury Trial

Janssen Research & Development, LLC f/k/a Johnson and Johnson
Pharmaceutical Research and Development, LLC, Et Al
Defendant

STATE OF $\underline{PA}$     COUNTY OF $\underline{ALLIGHANY}$   :SS

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in Latrobe, PA.

That on 9/1/2015 at 1:30:00 PM at the address:

100 Bayer Road

Pittsburgh, PA 15205

Deponent served the within Summons in a Civil Action Complaint and Demand for Jury Trial

UPON:   **Bayer Corporation**

By personally delivering a true copy of the Summons in a Civil Action Complaint and Demand for Jury Trial

to THOMAS POHI,  Authorized Agent thereof.

Deponent describes the person actually served as follows:

| | |
|---|---|
| **Sex:** | Male |
| **Skin:** | Brown |
| **Hair:** | Brown |
| **Age** | 30-35 |
| **Height:** | 5ft 10ins-6ft |
| **Weight** | 100-120 |

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal Statutes.

Sworn to before me this  9/15/2015

Notary Public: State Of Pennsylvania
NO: 1282020

QUALIFIED IN: County Of Allegheny
COMMISSION Expires: 3ʳ March 2018

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Nicholas T. DeSanto, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires March 3, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Paul Destefano
License NO:

Job #: 68984

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Barbara J. Dossman, Notary Public
City of Philadelphia, Allegheny County
My Commission Expires March 3, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

United States District Court

County Of Eastern District Of Louisiana

| | |
|---|---|
| Fredric N. Schlemmer<br>Plaintiff<br><br>vs.<br><br>Janssen Research & Development, LLC f/k/a Johnson and Johnson<br>Pharmaceutical Research and Development, LLC, Et Al<br>Defendant | Civil Action Number: 15-CV-02231<br><br>Affidavit of Service of<br><br>Summons in a Civil Action Complaint and Demand for Jury<br>Trial |

STATE OF NY COUNTY OF NEW YORK:SS

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides in New York, NY.

That on 9/2/2015 at 10:38:00 AM at the address:

> 100 Bayer Boulevard
>
> Whippany, NJ 07981

Deponent served the within Summons in a Civil Action Complaint and Demand for Jury Trial

UPON: **Bayer Healthcare LLC**
**North American Headquarters**

By personally delivering a true copy of the Summons in a Civil Action Complaint and Demand for Jury Trial

to Ben Barrameda , Authorized Agent thereof.

Deponent describes the person actually served as follows:

| | |
|---|---|
| **Sex:** | Male |
| **Skin:** | White |
| **Hair:** | Gray |
| **Age** | 60 |
| **Height:** | 5ft8in-5ft11in |
| **Weight** | 161-200 lbs |

Other Features:

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal Statutes.

*Sworn to before me this*        9/2/2015

Regenia L. Hyman
Notary Public: State Of New York
NO: O1HY6045811
QUALIFIED IN: County Of Bronx
COMMISSION Expires:        Tuesday, July 31, 2018

Angelo Rodriguez
License NO: 1000177

Job #: 68980