The Schlemmer Firm, LLC Mail – MDL 2592 -- Indv. Case: Schlemmer vs. Janssen et al 2:15-cv-2231    10/13/15 6:35 PM

Case 2:14-md-02592-EEF-MBN   Document 1452-2   Filed 10/13/15   Page 1 of 2



Paul Schlemmer <paul@schlemmerfirm.com>

## MDL 2592 -- Indv. Case: Schlemmer vs. Janssen et al 2:15-cv-2231

**Haston, Tripp** <thaston@babc.com>  
To: "Paul N. Schlemmer" <paul@schlemmerfirm.com>

Tue, Oct 13, 2015 at 5:39 PM

Thanks Mr. Schlemmer. The defendants do not oppose.

Sent via wireless device  
[Quoted text hidden]

The Schlemmer Firm, LLC Mail - MDL2592 -- Indv. Case: Schlemmer vs. Janssen et al 2:15-cv-2231    10/13/15 6:35 PM

Case 2:14-md-02592-EEF-MBN   Document 1452-2   Filed 10/13/15   Page 2 of 2



Paul Schlemmer <paul@schlemmerfirm.com>

# MDL 2592 -- Indv. Case: Schlemmer vs. Janssen et al 2:15-cv-2231

**Paul N. Schlemmer** <paul@schlemmerfirm.com>  Tue, Oct 13, 2015 at 5:28 PM
To: "Haston, Tripp" <thaston@babc.com>

Hi. Mr. Haston-

I'm aware of the PTO. However, on this case I did not learn of it until day 68.  When I asked the Germany defendants to extend the service by mail for a few days I was refused the courtesy.  Accordingly, I have had the complaint translated and need to serve via The Hague Convention.  So, I simply need to know whether the Bayer defendants intend to oppose my motion to have an international process server appointed or if I can submit it on consent.  (All other defendants have been previously served in a timely fashion.)

Thanks

Paul Schlemmer

Sent from my iPhone
[Quoted text hidden]
> <PTO10.pdf>
>