MINUTE ENTRY
FALLON, J.
OCTOBER 9, 2015

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic hearing was held on this date in the Courtroom of Judge Eldon E. Fallon. At the hearing, Co-Plaintiffs' Liaison Counsel, Lenny Davis, Plaintiffs' Counsel, Andrew Williams and Steven Brady, and Defendants' Liaison Counsel, James Irwin, reported to the Court on the filing of numerous Motions for Extension of Deadlines regarding the filing of plaintiff's fact sheets. *See, e.g.*, R. Doc. 1349. Movants take the position that the client base in this litigation consists of many elderly, sick individuals, and that this causes difficulty with the timely filing of forms. After hearing the parties, the Court instructed counsel to submit all materials they presently have and supplement them by November 16th. Accordingly,

**IT IS ORDERED** that the Motions for Extension of Deadlines to Submit Plaintiff Fact Sheet, *see, e.g.*, R. Docs. 1349, 1368, 1370, and 1430, are rendered **MOOT**.

**IT IS FURTHER ORDERED** that the movants for the Motions for Extension of Deadlines at issue will submit all of their presently held materials, and supplement them by November 16th. The Court reserves the right for the Defense to file a motion in response to movant's filings of fact sheets, or lack thereof, if necessary and appropriate.

JS10(00:10)