UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No: 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

*Donald Beeler v. Janssen Research & Development, LLC, et al.*

Civil Action No.: 2:15-cv-1070

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Donald Beeler, which occurred on March 10, 2015. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties will be filed by the appropriate representative of Donald Beeler's estate.

Dated: October 14, 2015          Respectfully Submitted,

                                 THE SIMON LAW FIRM, P.C.

                                 By: /s/Todd S. Hageman
                                     Todd S. Hageman
                                     800 Market Street, Ste. 1700
                                     St. Louis, MO 63101
                                     Phone: 314-241-2929
                                     Fax: 314-241-2029
                                     thageman@simonlawp.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 14, 2015, I electronically filed the foregoing with the Clerk of the Court via CM/ECF.

                                      /s/Todd S. Hageman