UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No: 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

*Donald Beeler v. Janssen Research & Development, LLC, et al.*

Civil Action No.: 2:15-cv-1070

## MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW Plaintiff, Donald Beeler, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Donald Beeler passed away on March 10, 2015, as reported to the court in the Suggestion of Death filed on October 14, 2015. On May 1, 2015, the Court of the Commonwealth of Kentucky appointed Bernice Beeler as Executor of the Estate of Donald Beeler, attached hereto as Exhibit A. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Bernice Beeler, as Executor of the Estate of Donald Beeler, as the named party in the place of Donald Beeler.

WHEREFORE, Plaintiff prays that this Motion to Substitute Parties be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated: October 14, 2015　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　THE SIMON LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　By: /s/Todd S. Hageman
　　　　　　　　　　　　　　　　　　　　　Todd S. Hageman
　　　　　　　　　　　　　　　　　　　　　800 Market Street, Ste. 1700
　　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63101
　　　　　　　　　　　　　　　　　　　　　Phone: 314-241-2929
　　　　　　　　　　　　　　　　　　　　　Fax: 314-241-2029
　　　　　　　　　　　　　　　　　　　　　thageman@simonlawp.com

## CERTIFICATE OF SERVICE

　　　I hereby certify that on October 14, 2015, I electronically filed the foregoing with the Clerk of the Court via CM/ECF.

　　　　　　　　　　　　　　　　　　　　　/s/Todd S. Hageman