# EXHIBIT A



| AOC - 806<br>Rev. 12-03<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice  www.kycourts.net<br>KRS Chapters 394 and 395 | Doc. Code: OWF<br>04/14/2015 10:12 PM<br>Ver. 1.01 | ORDER PROBATING WILL AND<br>APPOINTING EXECUTOR/EXECUTRIX | Case No. 15-P-00549<br>Court     District Probate<br>County  Fayette |
|---|---|---|---|

IN RE: Estate of  Donald Elmo Beeler, Sr.

Decedent's Date of Death: 03/10/2015                          SSN: 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

> ENTERED
> ATTEST: VINCENT RIGGS, CLERK
> MAY 06 2015
> FAYETTE CIRCUIT CLERK
> BY                          DEPUTY

The Petition for probate of the Will of the above-named Decedent and for appointment of an Executor/Executrix came on for hearing on  May 1 _____, 2 015 . The Will was produced in open court and was ☑ self-proved under KRS 394.225 OR ☐ proved by _____ .

**IT IS THEREFORE ORDERED** that the Will be, and it is, hereby admitted to probate as the Last Will and Testament of the Decedent. **IT IS FURTHER ORDERED** that _Bernice L. Beeler_____ ,

with an address of  737 Lochmere Road_____

Lexington                   Kentucky        ☑  40509 _____ ,

be and is, hereby appointed Executor/Executrix of said estate. The Court fixes bond in the sum of $ _____.

**WHEREUPON** said Executor/Executrix took the oath prescribed by law and entered into and acknowledged the above-mentioned bond with ☐ approved Surety  **OR** ☑ Surety having been waived.

Date: ___May 4___, 2 015 .

_____ Judge

**NOTICE OF ENTRY WAIVED:**

_____
**Petitioner's OR Attorney's Signature**

A TRUE COPY
ATTEST: VINCENT RIGGS, CLERK
FAYETTE CIRCUIT COURT
_____ DEPUTY

---

## CERTIFICATION

I, _____ , Clerk of the _____ District Court, do certify this constitutes a true and correct copy of the Order Admitting Will to Probate and Appointing Executor/Executrix, as recorded in my office.

Date: _____, 2 ____ .

_____ Clerk

By: _____ , D.C.

---

**Distribution:**
  Original - Court File *(with certified copy of Will)*
  Copies -  Executor/Executrix
              Revenue Cabinet *(Inheritance Tax Section)*
  Certified Copy - County Clerk *(with original of Will)*; *Petitioner is responsible for recording fee.*