UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Duarte et al. v. Janssen Research & Development LLC et al.*<br>2:15-cv-3419 | : : : : | |

## PLAINTIFFS' MOTION TO AMEND COMPLAINT CAPTION

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff seeks leave to file the First Amended Complaint attached as Exhibit 1 and the full text of the Amended Complaint is attached as Exhibit 2. Plaintiffs' original complaint names Johnson & Johnson as a Defendant in the body of the complaint, but Johnson & Johnson was inadvertently omitted from the case caption of the original complaint. Prior to filing this motion, Plaintiffs sought and obtained the written consent of Defendants, which is attached as Exhibit 3.

By: /s/ Richard W. Schulte

Richard W. Schulte
WRIGHT & SCHULTE, LLC
812 E. National Road
Dayton, Ohio 45377
Tel: (937) 435-7500
Fax: (937) 435-7511
rschulte@legaldayton.com

*Attorney for Plaintiffs*

DATED: October 16, 2015