# Kate Vanschaik

| | |
|---|---|
| **From:** | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| **Sent:** | Thursday, October 15, 2015 1:39 PM |
| **To:** | cartim@legaldayton.com |
| **Cc:** | James Irwin; Meera Sossamon; rschulte@legaldayton.com; kvanschaik@yourlegalhelp.com |
| **Subject:** | RE: Duarte v. Janssen Research Development LLC, et al. 15-cv-3419 |

Corey,

Counsel for Defendants received your proposed Motion to Amend the Complaint and, although we do not agree that Johnson & Johnson is a proper defendant in these actions, we will not oppose the motion. Also, please note that the entity is Johnson & Johnson, not Johnson & Johnson Company.

If you have any further questions, please let me know.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

---

**From:** Corey Artim [mailto:cartim@legaldayton.com]
**Sent:** Tuesday, October 13, 2015 12:35 PM
**To:** James Irwin <jirwin@irwinllc.com>
**Cc:** kvanschaik@yourlegalhelp.com; Richard Schulte <rschulte@legaldayton.com>
**Subject:** Duarte v. Janssen Research Development LLC, et al. 15-cv-3419

Counsel,

Our office recently filed the above referenced Complaint. We recently discovered that J&J was inadvertently left off the caption on the original Complaint. The company is identified in the parties section of the body of the Complaint. As such, we would like to amend the Complaint to add J&J to the caption. There are no other amendments to the Complaint.

Attached is the Amended Complaint and Motion for Leave that we would like to file. Please advise if Defendants consent to the attached filing.

Thank you,

Corey

**Corey Artim**
Wright & Schulte, LLC
812 East National Road, Suite A
Vandalia, Ohio 45377
Tel: 937-435-9999
Toll-Free: 1-800-399-0795
Fax: 937-435-7511
CArtim@yourlegalhelp.com
**www.yourlegalhelp.com**

Corey Artim bio



Wright & Schulte LLC Online:


The information contained in this electronic message may contain attorney privileged and confidential information and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution printing or copying of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of this message and its attachments and notify us immediately by replying to the message and deleting it from your computer. Thank you.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*