## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing First Amended Complaint has been served on all parties of their attorneys in a manner authorized by FRCP(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                                         By: /s/ Richard W. Schulte

Dated: October 16, 2015