# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No: 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | |
| *Duarte et al. v. Janssen Research & Development LLC et al.*<br>2:15-cv-3419 | |

## ORDER

It is hereby ORDERED that Plaintiff's Motion to Amend Complaint Caption is granted. The Clerk is directed to: (1) file the First Amended Complaint attached as Exhibit 1 to Plaintiff's Motion; and (2) edit the caption for this action to reflect Defendant Johnson & Johnson as a named Defendant.

New Orleans, this _____ day of _____, 2015

_____
UNITED STATES DISTRICT JUDGE