UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITATION | MDL NO. 2592 |
| | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** Mark E. Stansbury v. Janssen Research & Development, LLC, et al | MAG. JUDGE MICHAEL NORTH |
| Case No.: 2:15-cv-04956 Plaintiff Mark E. Stansbury | **MOTION TO WITHDRAW AS COUNSEL** |

COMES NOW Neil D. Overholtz and Aylstock, Witkin, Kreis & Overholtz, PLLC, Counsel for Plaintiff Mark E. Stansbury, who respectfully move for an Order withdrawing them from any further representation in this litigation of Plaintiff Mark E. Stansbury, for the reasons set forth below.

1) In order to comply with Pre-Trial Order No. 13, relating to the Plaintiff Fact Sheets and Authorizations, counsel has attempted to gather the necessary information and signed authorizations.

2) Counsel for the Plaintiff has contacted the client via several mediums, including First Class Mail, Certified Mail, Federal Express, telephone calls and emails with no response.

3) The Plaintiff and movant have terminated their relationships for failure to communicate with counsel.

4) The Plaintiff has been made aware of applicable deadlines on numerous occasions.

5) The Plaintiff will remain in the litigation.

6) The last known address of Plaintiff is:

   Mr. Mark E. Stansbury
   203 Woodberry Dr.
   Danville, IN 46122

7) This motion is made in good faith and will not prejudice any party.

WEREFORE, the undersigned counsel moves this Court for an order allowing them to withdraw as counsel for Plaintiff Mark E. Stansbury.

Dated October 19, 2015.

Respectfully submitted,

By: /s/ Neil D. Overholtz_____
Florida Bar No.: 0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
Noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing Motion to Withdraw as Counsel has been served on all counsel by CM/ECF on October 19, 2015.

The undersigned further certifies that the Plaintiffs have been made aware of applicable deadlines and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by First Class Mail and Certified Mail to Plaintiffs Mark E. Stansbury to his last known address.

/s/ Neil D. Overholtz