# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITATION | MDL NO. 2592 |
| | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** Mark E. Stansbury v. Janssen Research & Development, LLC, et al | MAG. JUDGE MICHAEL NORTH |
| Case No.: 2:15-cv-04956 Plaintiff Mark E. Stansbury | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

THIS CAUSE came before the Court upon Motion to Withdraw as Counsel filed by Neil D. Overholtz and Aylstock, Witkin, Kreis & Overholtz, PLLC. The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby ORDERED and ADJUDGED as follows:

The Motion to Withdraw as Counsel filed by Neil D. Overholtz and Aylstock, Witkin, Kreis & Overholtz, PLLC as to Plaintiff Mark E. Stansbury is hereby granted.

DONE and ORDERED in Chambers, at New Orleans, Louisiana on this _____ day of _____, 2015.

_____
Honorable Eldon E. Fallon
United States District Judge