UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION ) ) ) THIS DOCUMENT RELATED TO: ) ) DONNA BLATCHER, individually, and on behalf of the estate of BERTRAND BLATCHER, JR., deceased, and wrongful death heirs of BERTRAND BLATCHER, JR., deceased, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG, ) ) ) ) ) ) ) ) ) ) ) ) ) ) Defendants. ) | MDL No.2592<br><br>Section: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:15-cv-00313 |

## ORDER

**IT IS ORDERED** that the Unopposed Motion for Leave to Amend Complaint filed by Plaintiff, Donna Blatcher, is hereby **GRANTED**.

**NEW ORLEANS, LOUISIANA,** this ___19th___ day of ___October___, 2015.

_____
**UNITED STATES DISTRICT JUDGE**