UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)   }   MDL No. 2592
                                }
PRODUCTS LIABILITY LITIGATION   }   SECTION L
                                }   JUDGE FALLON
                                }   MAG. JUDGE NORTH
                                }

This Document relates to:  *Schlemmer vs. Janssen Research & Development, LLC et al;*
LA.E.D., U.S.D..C.  Docket No. 2:15 – cv- 02231

## ORDER

Considering the foregoing motion to appoint an international process server so that plaintiff may complete service of process on international defendants BAYER AG, BAYER PHARMA AG, and BAYER HEALTHCARE AG:

IT IS HEREBY ORDERED that the motion is granted, and pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Celeste Ingalls, Crowe Foreign Services, 1020 SW Taylor St # 240, Portland, OR 97205, and her agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

New Orleans, Louisiana this  19th  day of    October   , 2015

_____
Honorable Eldon E. Fallon
U.S. District Court Judge