UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No: 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Donald Beeler v. Janssen Research & Development, LLC, et al.*

**Civil Action No.: 2:15-cv-1070**

## (Proposed) ORDER

This matter having come before the Court on Plaintiff's Motion to Substitute Bernice Beeler, the Executor of the Estate of Donald Beeler, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED.**

Dated this __19th__ day of __October__, 2015

_____
Honorable Eldon E. Fallon
United States District Court Judge