UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISANA

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No: 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Duarte et al. v. Janssen Research & Development LLC et al.*<br>2:15-cv-3419 | : : : : | |

## ORDER

It is hereby ORDERED that Plaintiff's Motion to Amend Complaint Caption is granted. The Clerk is directed to: (1) file the First Amended Complaint attached as Exhibit 1 to Plaintiff's Motion; and (2) edit the caption for this action to reflect Defendant Johnson & Johnson as a named Defendant.

New Orleans, this 19th day of October, 2015

_____
UNITED STATES DISTRICT JUDGE