# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | : : : : : : : : | **MDL No: 2592** |
| | | **SECTION L** |
| | | **JUDGE ELDON E. FALLON** |
| | | **MAGISTRATE JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | : : | |
| *Duarte et al. v. Janssen Research & Development LLC et al.* 2:15-cv-3419 | : : | |

## FIRST AMENDED COMPLAINT

Plaintiff files this First Amended Complaint to amend the caption to include Johnson & Johnson as a Defendant which was named in the body of the Complaint but inadvertently omitted from the caption of the Complaint. With this one correction, the entirety of the original Complaint and Demand for Jury Trial is adopted by reference herein, pursuant to Federal Rule of Civil Procedure 10(c).

By: /s/ Richard W. Schulte

Richard W. Schulte
WRIGHT & SCHULTE, LLC
812 E. National Road
Dayton, Ohio 45377
Tel: (937) 435-7500
Fax: (937) 435-7511
rschulte@legaldayton.com

*Attorney for Plaintiffs*

DATED: October 16, 2015