UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**CATHERINE WIGGERS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF EDWARD WIGGERS**
**Civil Case No. 2:15-cv-02501**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW B. Kristian W. Rasmussen, Mitchell Theo Theodore, and Cory Watson Attorneys, P.C., counsel for Plaintiff Catherine Wiggers, individually and as executor of the estate of Edward Wiggers, and respectfully move for an Order withdrawing them from any further representation in this litigation of Plaintiff for the reasons set forth below:

1. Plaintiff retained the services of undersigned counsel to represent her in the Xarelto Multidistrict Litigation.

2. On July 8, 2015, the undersigned filed a complaint under Case No. 2:15-cv-02501 which included the instant cause of action.

3. In order to comply with Pre-Trial Order No. 13, relating to the Plaintiff Fact Sheets and Authorizations, on or about July 10, 2015, the undersigned sent a correspondence to Plaintiff requesting information essential to litigating this case and requested a response by August 10, 2015.

4. The undersigned sent a follow up letter to Plaintiff on August 31, 2015, regarding the information requested in the July 10, 2015 correspondence.

5. Additionally, the undersigned called Plaintiff multiple times to follow up on the essential information requested in the July 10, 2015 correspondence.

6. Plaintiff has been made aware of applicable deadlines on numerous occasions.

7. To date, Plaintiff has not provided the information requested or otherwise responded to undersigned's contact attempts.

8. On September 28, 2015, undersigned served Plaintiff with a correspondence indicating that the law firm must withdraw. Again, Plaintiff did not respond.

9. For the foregoing reasons, Plaintiff failed substantially to fulfill an obligation to her attorneys.

10. Further, undersigned gave Plaintiff reasonable warning of the law firm's intent to withdraw unless Plaintiff fulfilled the obligation to share information with her attorneys.

11. The Plaintiff will remain in the litigation.

12. The last known address of Plaintiff is:

    Ms. Catherine Wiggers
    33 Antigua Dr.
    Kenner, LA 70065

13. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel moves this Court for an order allowing them to withdraw as counsel for Plaintiff Catherine Wiggers, individually and as executor of the estate of Edward Wiggers.

Dated: October 21, 2015                                         Respectfully Submitted,

                                                                *s/ Mitchell Theodore*

Kristian Rasmussen
Mitchell Theodore
CORY WATSON, P.C.
2131 Magnolia Avenue S.
Birmingham, AL 35205
krasmussen@corywatson.com
mtheodore@corywatson.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing Motion to Withdraw as Counsel has been served on all counsel by CM/ECF on October 21, 2015.

The undersigned further certifies that the Plaintiff has been made aware of applicable deadlines and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by First Class Mail and Certified Mail to Plaintiff Catherine Wiggers to her last known address.

*s/ Mitchell Theodore*
Mitchell Theodore