UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

_____

**THIS DOCUMENT RELATES TO:**

**CATHERINE WIGGERS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF EDWARD WIGGERS**
**Civil Case No. 2:15-cv-02501**

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

**IT IS HEREBY ORDERED** that B. Kristian W. Rasmussen, Mitchell Theo Theodore, and Cory Watson Attorneys, P.C., are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE