UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**MICHELE ROBINSON, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF CASSIE GLOVER**
**Civil Case No. 2:15-cv-02858**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

Undersigned counsel has discussed this issue fully with Plaintiff as well as defense counsel. All interested parties understand the situation and are in agreement with this dismissal.

Dated: October 21, 2015

*s/ Mitchell Theodore*
Kristian Rasmussen
Mitchell Theodore
CORY WATSON, P.C.
2131 Magnolia Avenue S.
Birmingham, AL 35205
krasmussen@corywatson.com
mtheodore@corywatson.com

*Attorneys for Plaintiff*

Respectfully Submitted,

*s/ Susan Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH, LLP
600 Campus Drive
Florham Park, NJ 07932

*s/ William Hoffman*
William Hoffman
KAYE SCHOLER, LLP
901 15TH Street NW
Washington, DC 20005

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 21st day of October 2015, the forgoing document was electronically filed with the Clerk of the Court using CM/ECF system which sent notification to all parties of record. This document was also served on the above-referenced plaintiff by U.S. Postal Service at their last known address.

*s/ Mitchell Theodore*
Mitchell Theodore