UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITATION** | MDL NO. 2592 |
| | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** Patty J. Wilson, et al v. Janssen Research & Development, LLC, et al | MAG. JUDGE MICHAEL NORTH |
| Case No.: 2:15-cv-03164 Plaintiff Patty J. Wilson | **<u>UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND SUBSTITUTE PARTY PLAINTIFFS</u>** |

   COMES NOW Counsel for Plaintiff Patty J. Wilson, now deceased, and respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A. In support of their motions, Plaintiff's counsel would show that Plaintiff Patty J. Wilson, died on or about July 21, 2015. On September 16, 2015, the Probate Court for Commonwealth of Kentucky, Cumberland District Court Probate Division, entered an order appointing Richard L. Wilson as the Administrator of the Estate of Patty J. Wilson, deceased, attached hereto as Exhibit B.

   WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A.

Dated October 21, 2015.

                        Respectfully submitted,

                        By:  /s/ Neil D. Overholtz_____
                        Florida Bar No.:  0188761
                        Aylstock, Witkin, Kreis & Overholtz, PLLC
                        17 East Main Street, Suite 200
                        Pensacola, FL 32502-5998
                        Telephone:  (850) 202-1010
                        Fax:  (850) 916-7449
                        Noverholtz@awkolaw.com

                        **ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: October 21, 2015                                          /s/ Neil D. Overholtz