UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITATION** | MDL NO. 2592 |
| | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** Patty J. Wilson, et al v. Janssen Research & Development, LLC, et al | MAG. JUDGE MICHAEL NORTH |
| Case No.: 2:15-cv-03164 Plaintiff Patty J. Wilson | **MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND SUBSTITUTE PARTY PLAINTIFFS** |

**MAY IT PLEASE THE COURT:**

Counsel for Plaintiff Patty J. Wilson, seeks to substitute her surviving adult Son, Richard Lee Wilson, the Administrator of the Estate of Patty J. Wilson, as the named party in place of Patty J. Wilson, deceased. Plaintiff Patty J. Wilson died on or about July 21, 2015. On September 16, 2015, the Probate Court for Commonwealth of Kentucky, Cumberland District Court Probate Division, entered an order appointing Richard Lee Wilson as the Administrator of the Estate of Patty J. Wilson, deceased. Co-Lead Counsel for Bayer and Janssen Defendants do not oppose Richard Lee Wilson's Amended Complaint and substitution as party Plaintiff.

## CONCLUSION

Plaintiff's counsel respectfully requests that they be allowed to amend the Joint Complaint to substitute Richard Lee Wilson as party Plaintiff, in place of Patty J. Wilson, deceased.

Dated October 21, 2015.

                          Respectfully submitted,

                          By:  /s/ Neil D. Overholtz_____
                          Florida Bar No.:  0188761
                          Aylstock, Witkin, Kreis & Overholtz, PLLC
                          17 East Main Street, Suite 200
                          Pensacola, FL 32502-5998
                          Telephone:  (850) 202-1010
                          Fax:  (850) 916-7449
                          Noverholtz@awkolaw.com

                          **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: October 21, 2015                                            /s/ Neil D. Overholtz