**EXHIBIT B**

**COMMONWEALTH OF KENTUCKY**
**CUMBERLAND DISTRICT COURT**
**PROBATE DIVISION**
**CASE NO. 2015-P-000 _74_**

IN RE:          **ESTATE OF PATTY J. WILSON, DECEASED**

**ORDER**

On Motion of Richard Lee Wilson who made oath according to law, administration of the Estate of Patty J. Wilson, who died testate on the 21st day of July, 2015, is granted.

And it is the order of this Court that Richard Lee Wilson be and he is hereby appointed as Administrator with the will annexed of the Estate of Patty J. Wilson, deceased, with vested rights to administer the estate of said decedent as required by law.

This the _16_ day of September, 2015.

_____
**JUDGE**
**CUMBERLAND DISTRICT COURT**

ATTEST:  Tracy B. Daniels, Clerk

By:_____ D.C.

ENTERED
THIS _16_ DAY OF _Sept._, 20_15_
TRACY BREWINGTON DANIELS, CLERK
BY:_____ D.C.

**CERTIFICATION OF COURT RECORDS**

I, TRACY BREWINGTON DANIELS, CLERK OF THE CUMBERLAND CIRCUIT/DISTRICT COURT, DO CERTIFY THAT THE FOREGOING ARE TRUE AND CORRECT COPY(S) OF THE ORIGINAL DOCUMENTS(S) AS RECORDED IN MY OFFICE.
IN TESTIMONY WHEREOF WITNESS MY HAND AS CLERK AFORESAID, THIS THE _16_ DAY OF _September_, 20_15_
BY:_____ D.C.