## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | |
| | ) | **SECTION: L** |
| | ) | |
| | ) | **JUDGE FALLON** |
| | ) | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| Uselton v. Janssen Research & | ) | |
| Development, LLC, et al. | ) | |
| Case No. 2:14-cv-02864-EEF-MBN | ) | |
| Plaintiff Carolyn Uselton | ) | |
| _____ | ) | |

### UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY
### PURSUANT TO RULE 25(a)(1)

COMES NOW counsel for Plaintiff Carolyn Uselton, now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves to substitute Tracey Britton, the oldest surviving child and successor of Plaintiff Carolyn Uselton, as a named party in place of Plaintiff Carolyn Uselton, deceased. Plaintiff's counsel previously filed a Statement Noting a Party's Death (ECF No. 1157) on July 29, 2015 indicating the death of Plaintiff Carolyn Uselton during the pendency of this action. Plaintiff's counsel would now further show that Plaintiff Carolyn Uselton died on or about November 1, 2014, and is survived by her children, Tracey Britton, Frederick Dwayne Britton, and James Michael Uselton. Moreover, on October 8, 2015 and October 15, 2015, counsel for the named Janssen Defendants (*i.e.*, Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc.) and the named Bayer Defendants (*i.e.*, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG), respectfully,

indicated via email correspondence that Defendants do not oppose Tracey Britton's substitution as party Plaintiff.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an order permitting the substitution of Tracey Britton as a named party in place of Plaintiff Carol Uselton, deceased.

Respectfully submitted,

Dated: New York, New York
October 22, 2015

By: */s/ Michael A. London*
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Michael A. London*
Michael A. London