# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | ) | |
| Uselton v. Janssen Research & | ) | |
| Development, LLC | ) | |
| Case No. 2:14-cv-02864-EEF-MBN | ) | |
| Plaintiff Carolyn Uselton | ) | |
| _____ | ) | |

## NOTICE OF SUBMISSION OF
## UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY
## PURSUANT TO RULE 25(a)(1)

COMES NOW counsel for Plaintiff Carolyn Uselton, now deceased, and hereby files this

Notice of Submission of Unopposed Motion for Substitution of Party Pursuant to Rule 25(a)(1).

Respectfully submitted,

Dated: New York, New York
　　　　October 22, 2015

By:  */s/ Michael A. London*
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Michael A. London*
Michael A. London