UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:**<br><br>*Linda Fitzwater v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*<br><br>No. 2:15-cv-03026 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COME NOW Counsel for Plaintiff Linda Fitzwater, and based on the death of Plaintiff Linda Fitzwater and the intention to file a motion to substitute parties in the near term, hereby respectfully request an extension of time to file the Plaintiff Fact Sheet ("PFS"). In support:

Counsel for Plaintiff contacted Mrs. Fitzwater's surviving family and anticipate filing a Motion to Substitute a Party in the near term.

Plaintiff's Fact Sheet ("PFS") was due on September 12, 2015. Counsel needs additional time to request substitution of a party for Plaintiff and to compile the necessary information for the PFS. Counsel for Plaintiff requests an extension of time, up to and including **December 12, 2015**, to submit the PFS.

A proposed order is submitted herewith.

WHEREFORE, based on the foregoing, Counsel for Plaintiff hereby request that the Court grant the additional time to submit the PFS; and for such further relief as the Court deems just.

1

Respectfully submitted,                                Dated: October 22, 2015

<u>/s/ John S. Steward</u>
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

**<u>Certificate of Service</u>**

The undersigned hereby certifies the foregoing was filed with the Court on October 22, 2015 through the Court's CM/ECF system which will serve all counsel of record.

<u>/s/ John S. Steward</u>