UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:**<br><br>*Linda Fitzwater v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*<br><br>No. 2:15-cv-03026 | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

### [proposed] ORDER

Plaintiff's counsel's request for an extension of time to submit the Plaintiff Fact Sheet ("PFS"), based on the death of Plaintiff, is **HEREBY GRANTED**. The PFS is now due by **December 12, 2015.**

SO ORDERED:

_____  **DATED:**_____