# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT ONLY APPLIES TO: ) <br> Tanya Creacy, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT ) <br> LLC f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) <br> JANSSEN PHARMACEUTICALS, INC. ) <br> f/k/a JANSSEN PHARMACEUTICA INC. ) <br> f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., ) <br> JOHNSON & JOHNSON COMPANY ) <br> BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC., ) <br> BAYER PHARMA AG, ) <br> BAYER CORPORATION, ) <br> BAYER HEALTHCARE LLC, ) <br> BAYER HEALTHCARE AG, and BAYER AG, ) <br> ) <br>     Defendants. ) | MDL No. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH <br><br><br> Case No. 2:15-cv-03514-EEF-MBN |

## UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT *INSTANTER*

Whittney Nance, a competent individual acting on behalf of herself and on behalf of Tanya Creacy ("the Decedent"), by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 15 and 25, respectfully requests that as the Special Administrator of the Estate of Tanya Creacy, deceased, and the daughter of the Decedent, she be substituted as Plaintiff in this action. Whittney Nance further seeks leave to amend the Complaint to include survival action claims pursuant to La. C.C. arts. 2315.1 and 2315.2. A memorandum

in support of this Motion is attached.  On October 22, 2015, Kelly E. Brilleaux of Irwin Fritchie Urquhart & Moore LLC, indicated via email correspondence that Defendants do not oppose Whittney Nance's Amended Complaint and substitution as party Plaintiff.

Dated:  October 22, 2015　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**By: /s/ Andrew S. Williams**
　　　　　　　　　　　　　　　　　　　　Andrew S. Williams, Esq.
　　　　　　　　　　　　　　　　　　　　Simmons Hanly Conroy
　　　　　　　　　　　　　　　　　　　　One Court Street
　　　　　　　　　　　　　　　　　　　　Alton, IL 62002
　　　　　　　　　　　　　　　　　　　　Tel. 618-259-2222
　　　　　　　　　　　　　　　　　　　　Fax 618-259-2251
　　　　　　　　　　　　　　　　　　　　awilliams@simmonsfirm.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Andrew S. Williams, Esq.*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff