UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592<br>: SECTION L<br>: JUDGE ELDON E. FALLON<br>: MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT ONLY APPLIES TO: )<br>Tanya Creacy, )<br>   )<br>   Plaintiff, )<br>   )<br>v. )<br>   )<br>JANSSEN RESEARCH & DEVELOPMENT )<br>LLC f/k/a JOHNSON AND JOHNSON )<br>PHARMACEUTICAL RESEARCH AND )<br>DEVELOPMENT LLC, JANSSEN ORTHO LLC, )<br>JANSSEN PHARMACEUTICALS, INC. )<br>f/k/a JANSSEN PHARMACEUTICA INC. )<br>f/k/a ORTHO-MCNEIL-JANSSEN )<br>PHARMACEUTICALS, INC., )<br>JOHNSON & JOHNSON COMPANY )<br>BAYER HEALTHCARE )<br>PHARMACEUTICALS, INC., )<br>BAYER PHARMA AG, )<br>BAYER CORPORATION, )<br>BAYER HEALTHCARE LLC, )<br>BAYER HEALTHCARE AG, and BAYER AG, )<br>   )<br>   Defendants. ) | Case No. 2:15-cv-03514-EEF-MBN |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO SUBSTITUTE
PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT *INSTANTER***

**MAY IT PLEASE THE COURT:**

The Plaintiff, Tanya Creacy, a resident of Madison County, Illinois, passed away on

August 4, 2015.  The Plaintiff filed a Notice of Suggestion of Death of Plaintiff with this

Court on October 7, 2015.  Tanya Creacy's daughter, Whittney Nancy, has been appointed

Special Administrator of the Estate of Tanya Creacy by the Third Judicial Circuit, Madison

1

County, Illinois.[1]

Tanya Creacy's claims survive her death and her daughter, Whittney Nance, is entitled to continue her cause of action. La. C.C. art. 2315.1. Federal Rule of Civil Procedure 25(a)(1) states that if a party dies and the claim is not extinguished due to the death, the court may order the substitution of parties.

Tanya Creacy was prescribed and ingested Xarelto, and as a result of that ingestion, Tanya Creacy suffered injuries including vaginal bleeding and anemia for which she was hospitalized and transfused multiple units. Tanya Creacy and Whittney Nance suffered injuries for which they are entitled to pursue causes of action against Defendants, JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, (collectively, "the Defendants"). Her death does not preclude or extinguish her cause of action against the Defendants. Tanya Creacy is entitled to have Whittney Nance, her daughter and the Special Administrator of her estate, substituted as Plaintiff in this action.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposing party's written consent or the Court's leave when justice so requires. In this case, justice requires that Whittney Nance be allowed to amend the Complaint

---

[1] A copy of the Order of Appointment is attached hereto as Exhibit A.

2

to include survival action claims. Tanya Creacy did not pass away until after the filing of the original Complaint, and therefore, the survival action claims could not be made until this time.

## CONCLUSION

Despite her death, the Plaintiff Tanya Creacy is entitled to pursue her cause of action against Defendants. Therefore, the Plaintiff respectfully requests that Whittney Nance, her daughter and Special Administrator of the Estate of Tanya Creacy, be substituted as the Plaintiff in this action.

Dated:  October 22, 2015    Respectfully submitted,

*By: /s/ Andrew S. Williams*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Andrew S. Williams, Esq.*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff