IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

FILED
SEP 15 2015
CLERK OF CIRCUIT COURT #1
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

In re: the Matter of )
Tanya Creacy, ) No. 15-P-410
)
Deceased, )
)

## ORDER

Cause coming on to be heard on the Petition of Whittney G. Nance to be appointed as Special Administrator of the Estate of Tanya Creacy, Deceased, and the Court being fully advised in the premises, hereby orders as follows:

1. Whittney G. Nance is appointed as Special Administrator pursuant to 740 ILCS 180/0.01-180/2.2.

2. Whittney G. Nance as Special Administrator is empowered to prosecute a cause of action on behalf of and in place of Tanya Creacy, Deceased, and the estate thereof, with full powers to file a complaint, compromise and/or settle any respective claims, executed all documents necessary to effectuate same, and to execute a release for information as authorized by §164.508 and §164.512 of the *Health Insurance Portability and Accountability Act of 1996* to obtain Tanya Creacy's medical records (including obtaining pathology materials). Any doctor or institution that accepts the H.I.P.A.A. release executed by the Special Administrator and provides medical records and/or pathology materials to the Special Administrator and/or his/her representatives will be afforded the same protections as if decedent executed said release.

3. Probate Clerk to close the file.

DATED: 9/15/15          ORDERED: _____
                                                JUDGE