# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | Judge Eldon E. Fallon |
| ) | Mag. Judge North |
| ) | Section L |
| ) | |
| THIS DOCUMENT APPLIES ONLY TO: ) | JURY TRIAL DEMANDED |
| ) | |
| Whittney Nancy, as Special Administrator ) | |
| Of the Estate of Tanya Creacy, Deceased, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cv-03514-EEF-MBN |
| ) | |
| v. ) | |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT ) | |
| LLC f/k/a JOHNSON AND JOHNSON ) | |
| PHARMACEUTICAL RESEARCH AND ) | |
| DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) | |
| JANSSEN PHARMACEUTICALS, INC. ) | |
| f/k/a JANSSEN PHARMACEUTICA INC. ) | |
| f/k/a ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS, INC., ) | |
| JOHNSON & JOHNSON COMPANY ) | |
| BAYER HEALTHCARE ) | |
| PHARMACEUTICALS, INC., ) | |
| BAYER PHARMA AG, ) | |
| BAYER CORPORATION, ) | |
| BAYER HEALTHCARE LLC, ) | |
| BAYER HEALTHCARE AG, and BAYER AG, ) | |
| ) | |
| Defendants. ) | |

## FIRST AMENDED SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint (No. 2:15-cv-03124-EEF-MBN) filed in In Re Xarelto Products Liability, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following Short Form Complaint is utilized in the above-captioned action.

1

2. Originally identified individual Plaintiff and now Decedent, Tanya Creacy, was identified more fully in Paragraph 21 of the Plaintiffs' Joint Complaint (Case No. 2:15-cv-3124) and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Plaintiff and now Decedent, Tanya Creacy resided at 422 W Wood Street, Apt 7, Hillsboro, IL 62049 at the time of her death.

4. Plaintiff, Whittney Nance, who resides at 750 South Moreland Road, Lot 42, Bethalto, IL, 62010, has been appointed over Decedent Tanya Creacy estate on September 15, 2015 by the Third Judicial Circuit, Madison County, Illinois.

Dated: October 22, 2015

*/s/ Andrew S. Williams*
Trent B. Miracle #IL 6281491
Andrew S. Williams, IL #6285527
**SIMMONS, HANLY, CONROY LLC**
One Court Street
Alton, IL 62002
Tel. (618) 259-2222
Fax (618) 259-2251
tmiracle@simmonsfirm.com
awilliams@simmonsfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

> */s/ Andrew S. Williams, Esq.*
> Andrew S. Williams, Esq.
> Simmons Hanly Conroy
> One Court Street
> Alton, IL 62002
> Tel. 618-259-2222
> Fax 618-259-2251
> awilliams@simmonsfirm.com
>
> Attorneys for Plaintiff