AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| Jimmy Brown and Vivian Brown ) | SECTION L |
| *Plaintiff* ) | JUDGE FALLON |
| v. ) | MAG. JUDGE NORTH |
| Johnson & Johnson et al. ) | Case No.   2:15-cv-936 |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Jimmy Brown and Vivian Brown                                                                                  .

Date:      10/22/2015

s/Jessica N. Beyer
*Attorney's signature*

Jessica N. Beyer NC Bar #40715
*Printed name and bar number*

Hardison & Cochran, PLLC
4800 Six Forks Rd., Ste. 220
Raleigh, NC  27614

*Address*

Jessica@lawyernc.com
*E-mail address*

(919) 829-0449
*Telephone number*

(919) 835-1379
*FAX number*