AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 SECTION L |
| Timothy Carpenter and Linda Carpenter | ) | JUDGE FALLON |
| *Plaintiff* | ) | MAG. JUDGE NORTH |
| v. | ) | Case No.   2:15-cv-929 |
| Johnson & Johnson et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Timothy Carpenter and Linda Carpenter.

Date:   10/22/2015

s/Jessica N. Beyer
*Attorney's signature*

Jessica N. Beyer NC Bar #40715
*Printed name and bar number*

Hardison & Cochran, PLLC
4800 Six Forks Rd., Ste. 220
Raleigh, NC  27614

*Address*

Jessica@lawyernc.com
*E-mail address*

(919) 829-0449
*Telephone number*

(919) 835-1379
*FAX number*