AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592<br>SECTION L |
| Joseph O. Cole and Karen Cole | ) | JUDGE FALLON<br>MAG. JUDGE NORTH |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:15-cv-539 |
| Johnson & Johnson et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Joseph O. Cole and Karen Cole                .

Date:    10/22/2015                              s/Jessica N. Beyer
                                          *Attorney's signature*

                                  Jessica N. Beyer NC Bar #40715
                                  *Printed name and bar number*

                                  Hardison & Cochran, PLLC
                                  4800 Six Forks Rd., Ste. 220
                                  Raleigh, NC  27614

                                  *Address*

                                  Jessica@lawyernc.com
                                  *E-mail address*

                                  (919) 829-0449
                                  *Telephone number*

                                  (919) 835-1379
                                  *FAX number*