AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Barbara Chavis, Executrix & Individually<br>*Plaintiff*<br>v.<br>Johnson & Johnson et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:15-cv-1415 |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Barbara Chavis, Executrix of the Estate of Andrew Chavis, and Individually.

Date:    10/22/2015

s/Jessica N. Beyer
*Attorney's signature*

Jessica N. Beyer NC Bar #40715
*Printed name and bar number*

Hardison & Cochran, PLLC
4800 Six Forks Rd., Ste. 220
Raleigh, NC 27614
*Address*

Jessica@lawyernc.com
*E-mail address*

(919) 829-0449
*Telephone number*

(919) 835-1379
*FAX number*