UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** | **MDL No. 2592** |
|---|---|
| *Linda & LeRoy Nace v. Janssen Research & Development LLC f/k/a LeRoyson & LeRoyson Pharmaceutical Research and Development, LLC, et al.* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| **No. 2:15-cv-04369** | MAG. JUDGE: MICHAEL NORTH |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Seth Webb and the law firm of Brown & Crouppen pursuant to Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiffs Linda and LeRoy Nace in the above-styled case. In support of this Motion, counsel for Plaintiffs states as follows:

1) On July 31, 2014, the undersigned filed the instant action on behalf of Linda and LeRoy Nace in a bundled complaint under case number 2:15-cv-03129.

2) The undersigned learned of Plaintiff Linda Nace's death during attempts to communicate with plaintiff regarding discovery.

3) The undersigned filed a Notice of Death concerning Plaintiff Linda Nace on September 29, 2015.

4) Seth Webb and Brown & Crouppen can no longer effectively represent LeRoy Nace or the Estate of Linda Nace due to an irreconcilable breakdown in the client-attorney

relationship.

5) The instant action does not have a trial date.

6) Plaintiff LeRoy Nace has been made aware of discovery obligations in multiple letters sent both via Federal Express and certified mail.

7) Plaintiff was given notice in a letter sent via Federal Express of the undersigned's intent to withdraw as attorneys in this matter.

8) Plaintiff will remain in this litigation.

9) Plaintiff's address is 1109 Phillips Street, New Athens, IL 62264.

10) Plaintiff's phone number is (618) 708-0624.

11) All future notices should be sent to plaintiff's address.

WHEREFORE, Seth Webb and Brown & Crouppen respectfully requests this Court to grant its Motion to Withdraw

Respectfully submitted,                                                                 Dated: October 23, 2015

/s/ Seth S. Webb
**Seth S. Webb #51236**
BROWN AND CROUPPEN, PC
211 N. Broadway, Suite 1600
St. Louis, MO 63102
(314)421-0216
SethW@getbc.com
**Attorneys for Plaintiff**

## Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on October 23, 2015 through the Easter District of Louisiana CM/ECF system which will serve all counsel of record.

I further certify, pursuant to Local Rule 83.2.11 that I sent correspondence via certified mail to Leroy Nace at 1109 Phillips Street, New Athens, IL 62264 notifying him of all deadlines and court appearances.

/s/ Seth S. Webb
Seth S. Webb
Attorney for Plaintiffs