UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** | **MDL No. 2592** |
|---|---|
| *Linda & LeRoy Nace v. Janssen Research & Development LLC f/k/a LeRoyson & LeRoyson Pharmaceutical Research and Development, LLC, et al.* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| **No. 2:15-cv-04369** | MAG. JUDGE: MICHAEL NORTH |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

**IT IS HEREBY ORDERED** that Seth Webb and the law firm of Brown & Crouppen are withdrawn as Plaintiff's attorneys of record.

ORDERED AND SIGNED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE