UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| VICTOR M. DIAZ, Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| | Civil Action No.: 2:15-cv-02256 |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff Victor M. Diaz hereby dismisses all claims in this matter with prejudice against all Defendants in this action only. This stipulation shall not affect the lawsuit filed by Victor Diaz, which is currently pending in the United States District Court for the Eastern District of Louisiana, Docket No. 2:15-cv-01976. All parties shall bear their own costs.

BERNSTEIN LIEBHARD LLP
Attorneys for Plaintiff
Victor M. Diaz

By: _s/ Felecia L. Stern_
  Felecia L. Stern

Dated: October 22, 2015

DRINKER BIDDLE & REATH LLP
Attorneys for Defendants
Janssen Pharmaceuticals, Inc.,
Janssen Research & Development LLC,
Janssen Ortho LLC, and
Johnson & Johnson

By: _s/ Susan M. Sharko_
  Susan M. Sharko

Dated: October 22, 2015

82193651.1
208078/478200

-2-

KAYE SCHOLER LLP
Attorneys for Defendants
Bayer Healthcare Pharmaceuticals, Inc. and
Bayer Pharma AG

By: *s/ William Hoffman*
William Hoffman

Dated: October 22, 2015

## CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing Stipulation of Dismissal With Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

                                                            *s/ Felecia L. Stern*
                                                          Felecia L. Stern