Case 2:14-md-02592-EEF-MBN Document 1482 Filed 10/23/15 Page 1 of 1

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | | MDL No. 2592<br>SECTION L |
| Jimmy Brown and Vivian Brown | ) | JUDGE FALLON |
| *Plaintiff* | ) | MAG. JUDGE NORTH |
| v. | ) | Case No. 2:15-cv-936 |
| Johnson & Johnson et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Jimmy Brown and Vivian Brown

Date: 10/22/2015

s/Jessica N. Beyer
*Attorney's signature*

Jessica N. Beyer NC Bar #40715
*Printed name and bar number*

Hardison & Cochran, PLLC
4800 Six Forks Rd., Ste. 220
Raleigh, NC 27614
*Address*

Jessica@lawyernc.com
*E-mail address*

(919) 829-0449
*Telephone number*

(919) 835-1379
*FAX number*