UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PROCUTS LIABILITY LITIGATION _____ | MDL No. 2592 SECTION:  L JUDGE FALLON MAG. JUDGE NORTH |
| TIMOTHY CARPENTER and LINDA CARPENTER,  Plaintiffs, v. JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON & JOHNSON RESEARCH & DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER AG,  Defendants. _____ | Civil Action No.: 2:15-cv-929-EEF-MBN |

MOTION BY KAREN COLLINS TO BE RELIEVED AS COUNSEL DUE TO RETIREMENT AND TO ADD/SUBSTITUTE ATTORNEY JESSICA N. BEYER AS COUNSEL

NOW COMES counsel for plaintiff(s), Karen Collins of Hardison & Cochran, PLLC, and respectfully requests that the Court relieve Karen Collins as attorney of record in the above captioned action, and add/substitute Attorney Jessica N. Beyer of Hardison & Cochran, PLLC, as attorney of record and notice counsel for plaintiff(s) this action, and respectfully shows to the Court the following:

1. The undersigned counsel is attorney of record for plaintiff(s) in this action.

2. After many years of the practice of law, the undersigned attorney intends to retire shortly.

3. Attorney Jessica N. Beyer of Hardison & Cochran, PLLC, has appeared in this action (Notice of Appearance is attached as Exhibit "A), and will continue as counsel of record for plaintiff(s) upon retirement of the undersigned counsel.

WHEREFORE, it is respectfully requested that this Court issue an Order relieving Karen Collins as attorney of record for plaintiff(s) in this action and add/substitute Attorney Jessica N. Beyer of Hardison & Cochran, PLLC, as attorney of record and notice counsel for plaintiff(s) this action.

Dated:  October 23, 2015                                   Respectfully submitted,

                                                           s/Karen Collins_____
                                                           Karen Collins (NC-36524)
                                                           Hardison & Cochran, PLLC
                                                           4800 Six Forks Rd., Ste. 220
                                                           Raleigh, NC  27609
                                                           Telephone:  (919) 829-0449
                                                           Fax:  (919) 835-1379
                                                           Email:  Karen@lawyernc.com