AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L |
| Timothy Carpenter and Linda Carpenter ) *Plaintiff* ) v. ) Johnson & Johnson et al. ) *Defendant* ) | JUDGE FALLON MAG. JUDGE NORTH Case No. 2:15-cv-929 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, Timothy Carpenter and Linda Carpenter .

Date: 10/22/2015

s/Jessica N. Beyer
*Attorney's signature*

Jessica N. Beyer NC Bar #40715
*Printed name and bar number*

Hardison & Cochran, PLLC
4800 Six Forks Rd., Ste. 220
Raleigh, NC 27614
*Address*

Jessica@lawyernc.com
*E-mail address*

(919) 829-0449
*Telephone number*

(919) 835-1379
*FAX number*