UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
PSC'S UNOPPOSED MOTION AND ORDER
FOR BRIEFING AND ARGUMENT ON CMO 3 ISSUES**

**MAY IT PLEASE THE COURT:**

As the Court is aware, the parties have continued to meet and confer in an effort to reach agreement on a proposed CMO 3 in this matter.  Nonetheless, despite these efforts, there are certain issues as to which an agreement cannot be reached, and as to which both sides believe the Court's input and decision-making will be needed.

The parties accordingly request an opportunity to submit written briefs and present oral argument on their respective CMO 3 proposals, and have consented to entry of the attached Order, which provides for the simultaneous submissions of briefs and competing versions of CMO 3 on Wednesday, November 4, the simultaneous submissions of any reply briefs on Wednesday, November 11, and the scheduling of oral argument on Monday, November 16, immediately following the scheduled status conference at 3:00 p.m. that afternoon.

Dated:  October 23, 2015

Respectfully submitted,

| | |
|---|---|
| /s/ Leonard A. Davis | /s/ Gerald E. Meunier |
| Leonard A. Davis (Bar No. 14190) | Gerald E. Meunier (Bar No. 9471) |
| ldavis@hhklawfirm.com | gmeunier@gainsben.com |
| **HERMAN, HERMAN & KATZ, LLC** | **GAINSBURGH BENJAMIN DAVID MEUNIER** |
| 820 O'Keefe Avenue | **& WARSHAUER, LLC** |
| New Orleans, LA  70113 | 2800 Energy Centre, 1100 Poydras Street |
| PH:  (504) 581-4892 | New Orleans, LA  70163-2800 |
| FAX: (504) 561-6024 | PH:  (504) 522-2304 |
| | FAX: (504) 528-9973 |
| **Co-Plaintiffs' Liaison Counsel** | **Co-Plaintiffs' Liaison Counsel** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 23, 2015, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                        /s/ Gerald E. Meunier
                                                                       **GERALD E. MEUNIER**