UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the foregoing unopposed motion,

IT IS ORDERED that the parties shall submit their respective, proposed versions of Case Management Order #3, with supporting briefs, no later than **Wednesday, November 4, 2015**, and shall submit any reply briefs no later than **Wednesday, November 11, 2015**; and

IT IS FURTHER ORDERED that the Court will hear oral argument on the competing versions of Case Management Order 3 on **Monday, November 16, 2015,** immediately following the status conference scheduled to begin at 3:00 p.m. that day.

THIS DONE the ____ day of _____, 2015, New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON