UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

HENRIETTA FERRINGTON

2:15-CV-03230-EEF-MBN

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Henrietta Ferrington, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Submit Plaintiff Fact Sheet before the Honorable Judge Eldon E. Fallon.

Signed: October 26, 2015

        Respectfully submitted,

        **SIMON GREENSTONE PANATIER BARTLETT, PC**

        */s/Amy M. Carter*
        AMY M. CARTER
        TX State Bar No. 24004580
        3232 McKinney Avenue, Suite 610
        Dallas, Texas 75204
        214-276-7680
        214-276-7699 fax
        acarter@sgpb.com

        **ATTORNEY FOR PLAINTIFF**