UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

HENRIETTA FERRINGTON

2:15-CV-03230-EEF-MBN

## ORDER

THIS MATTER, having come before the Court is Plaintiff, Henrietta Ferrington's Motion for Extension of Time to submit Plaintiff Fact Sheet ("PFS"). Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing.

IT IS HEREBY ORDERED that Plaintiff, Henrietta Ferrington's Motion for Extension of Time to submit Plaintiff Fact Sheet is GRANTED. The deadline to submit the Plaintiff Fact sheet is not set for December 25, 2015.

Dated:_____                    _____
                                                                         Judge Eldon E. Fallon

1