# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

TOMMY OVERSHOWN

2:15-CV-03232-EEF-MN

## MOTION/REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Tommy Overshown, by and through her attorney of record Amy M. Carter, for her Motion for an Extension of Time to submit her Plaintiff Fact Sheet, and who states as follows:

1. Plaintiff's original bundled complaint was filed on July 27, 2015, within a case entitled *Evelyn Fender, et al. v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC etal. (2:15-cv-02975-EEF-MDN), which was directly filed into the MDL Court.*

2. Plaintiff time complied with Court's August 4, 2015 severance order by filing a Short Form Complaint on August 4, 2015.

3. Plaintiff's Fact Sheet (hereinafter "PFS") was due to be served on October 6, 2015, with the 20 day grace period for curing any deficiency to run on October 26, 2015.

4. Counsel for Plaintiff will need some additional time to complete the PFS, and respectfully requests an additional 60 days from the October 26, 2015 deadline (i.e. through December 25, 2015) to serve the PFS, due to the overwhelming nature of properly and

1

thoroughly preparing and completing the paperwork associated with the compliance of the Court's CMO #1 and PTO 13 (A) pertaining to when PFSs for plaintiffs in "bundled complaints" must be served. Plaintiff's counsel respectfully requests an accommodation on the time parameters set forth in that Order.

5. Plaintiff's counsel has been in continual contact with Plaintiff Tommy Overshown who is committed to working with our firm to getting her PFS completed, while we await the receipt of medical records, which in addition to paperwork requirement, has been the single most important element driving the need for the requested extension.

Signed: October 26, 2015

Respectfully submitted,

**SIMON GREENSTONE PANATIER BARTLETT, PC**

*/s/Amy M. Carter*
AMY M. CARTER
TX State Bar No. 24004580
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
214-276-7680
214-276-7699 fax
acarter@sgpb.com

**ATTORNEY FOR PLAINTIFF**