UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

TOMMY OVERSHOWN

2:15-CV-03232-EEF-MBN

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Tommy Overshown, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Submit Plaintiff Fact Sheet before the Honorable Judge Eldon E. Fallon.

Signed: October 26, 2015

    Respectfully submitted,

    **SIMON GREENSTONE PANATIER BARTLETT, PC**

    */s/Amy M. Carter*
    AMY M. CARTER
    TX State Bar No. 24004580
    3232 McKinney Avenue, Suite 610
    Dallas, Texas 75204
    214-276-7680
    214-276-7699 fax
    acarter@sgpb.com

    **ATTORNEY FOR PLAINTIFF**