UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

TOMMY OVERSHOWN

2:15-CV-03232-EEF-MBN

## ORDER

THIS MATTER, having come before the Court is Plaintiff, Tommy Overshown's Motion for Extension of Time to submit Plaintiff Fact Sheet ("PFS"). Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing.

IT IS HEREBY ORDERED that Plaintiff, Tommy Overshown's Motion for Extension of Time to submit Plaintiff Fact Sheet is GRANTED. The deadline to submit the Plaintiff Fact sheet is not set for December 25, 2015.

Dated:_____          _____
                                                             Judge Eldon E. Fallon