UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| TAHKIYA DANIELS | |
| | JUDGE ELDON E. FALLON |
| Plaintiff, | |
| | MAGISTRATE JUDGE NORTH |
| v. | |
| | Civil Action No.: 2:15-cv-01783-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice against all named defendants, each party to bear its own fees and costs.

1

| | |
|---|---|
| THE COCHRAN FIRM-DOTHAN | DRINKER BIDDLE & REATH LLP |
| | Attorneys for Defendants |
| By: /s/*Joseph D. Lane* | Janssen Pharmaceuticals, Inc., |
| Joseph D. Lane | Janssen Research & Development LLC, |
| AL Bar ASB 9991 N75-J | Janssen Ortho LLC, and |
| 111 E. Main Street | Johnson & Johnson |
| Dothan, AL 36301 | |
| Phone: (334) 673-1555 | By: */s/Susan M Sharko* |
| Fax: (334) 669-7229 | Susan M. Sharko |
| e-mail: JoeLane@CochranFirm.com | |
| *Counsel for Plaintiff* | Dated: October 26, 2015 |
| | |
| | KAYE SCHOLER LLP |
| | Attorneys for Defendants |
| Dated: October 26, 2015 | Bayer Healthcare Pharmaceuticals, Inc. and |
| | Bayer Pharma AG |
| | |
| | By: */s/William Hoffman* |
| | William Hoffman |
| | |
| | Dated October 26, 2015 |
| | |
| | |
| | s/James B. Irwin |
| | James B. Irwin |
| | Kim E. Moore |
| | IRWIN FRITCHIE URQUHART & MOORE LLC |
| | 400 Poydras St., Ste, 2700 |
| | New Orleans, LA 70130 |
| | (504) 310-2100 |
| | jirwin@irwinllc.com |
| | kmoore@irwinllc.com |
| | *Liaison Counsel for Defendants* |
| | |
| | Dated: October 26, 2015 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 26, 2015, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/*Joseph D. Lane*
Joseph D. Lane