UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| This Document Relates to Case: | ) | |
| VICTOR DIAZ, | ) | **Civil Action No.: 2:15-CV-01976** |
| vs. | ) | |
| Janssen Research & Development LLC, et al. | ) | **MOTION FOR SUBSTITUTION OF COUNSEL** |

Felecia L. Stern hereby moves the Honorable Court to enter an Order substituting BERNSTEIN LIEBHARD LLP, as counsel of record for Plaintiff, VICTOR DIAZ, in place of Edward Wallace, Timothy Jackson, and any other previously retained attorney(s) in the above-captioned matter. A Consent Order Granting Substitution of Attorney is attached hereto, as Exhibit A.

                                                Bernstein Liebhard LLP

                                                s/ Felecia L. Stern
                                                Felecia L. Stern, Esq.
                                                Melissa Mendoza, Esq.
                                                10 East 40th Street
                                                New York, New York 10016
                                                Phone: (212) 779-1414
                                                Fax: (212) 779-3218
                                                Email: stern@bernlieb.com
                                                mmendoza@bernlieb.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing Motion For Substitution of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                     /S/ Felecia L. Stern
                                                      Felecia L. Stern, Esq.