# EXHIBIT A

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern  District of  Louisiana

Victor Diaz

Plaintiff (s),

V.

Janssen Research & Development LLC, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:15-cv-01976

Notice is hereby given that, subject to approval by the court, **VICTOR DIAZ** substitutes
(Party (s) Name)

**FELECIA L. STERN**, State Bar No. **2563641** as counsel of record in
(Name of New Attorney)

place of Edward Wallace, Timothy Jackson, and any other previously retained attorney(s)
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Bernstein Liebhard LLP
Address: 10 E. 40th St., 29 FL, New York, NY 10016
Telephone: (212) 779-1414  Facsimile (212) 779-3218
E-Mail (Optional): stern@bernlieb.com

I consent to the above substitution.
Date: 9-24-15

(Signature of Party (s))

I consent to being substituted.
Date: 9-21-15

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 10/8/15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]