UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Victor Diaz

2:15-cv-01976

# ORDER

Considering the foregoing Motion for Substitution of Counsel for the above-named case.

**IT IS HEREBY ORDERED** that Edward Wallace, Timothy Jackson, and Wexler Wallace LLP, are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this _____ day of _____, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE