**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)　　　　)
PRODUCTS LIABILITY LITIGATION　　　)　　　MDL No. 2592
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　SECTION L
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　JUDGE ELDON E. FALLON
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　　　MAGISTRATE JUDGE NORTH
_____

**THIS DOCUMENT RELATES TO:**

**CATHERINE WIGGERS, INDIVIDUALLY AND AS EXECUTOR OF THE ESTATE OF
EDWARD WIGGERS**
**Civil Case No. 2:15-cv-02501**

## ORDER

　　　　Considering the foregoing Motion to Withdraw as Counsel of Record for the above-

captioned case,

　　　　**IT IS HEREBY ORDERED** that B. Kristian W. Rasmussen, Mitchell Theo Theodore,

and Cory Watson Attorneys, P.C., are withdrawn as Plaintiff's attorneys of record.

　　　　DONE AND SIGNED this __23rd__ day of _____October_____, 2015.

_____
UNITED STATES DISTRICT JUDGE