UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITATION** | MDL NO. 2592 |
| | SECTION:  L |
| | JUDGE:  ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:**<br>Patty J. Wilson, et al v. Janssen Research & Development, LLC, et al | MAG. JUDGE MICHAEL NORTH |
| Case No.: 2:15-cv-03164<br>Plaintiff Patty J. Wilson | **MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND SUBSTITUTE PARTY PLAINTIFFS** |

**ORDER**

This matter having come before the Court on Plaintiff's Unopposed Motion for Leave to File Amended Complaint and Substitute Party Plaintiffs, the Court having review such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint and Substitute Party Plaintiffs is hereby GRANTED.

New Orleans, Louisiana this   23rd   day of    October   , 2015.

_____
Honorable Eldon E. Fallon
United States District Court Judge