UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> Uselton v. Janssen Research & ) <br> Development, LLC ) <br> Case No. 2:14-cv-02864-EEF-MBN ) <br> Plaintiff Carolyn Uselton ) <br> _____ ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |

## ORDER

This matter, having come before the Court on Plaintiff Counsel's Unopposed Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Tracey Britton on behalf of her deceased mother, Plaintiff Carolyn Uselton, may be substituted for Plaintiff Carolyn Uselton as the proper party plaintiff in this action.

New Orleans, Louisiana this 23rd day of October 2015.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1