# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PROCUTS LIABILITY LITIGATION | MDL No. 2592 |
|  | SECTION:  L |
|  | JUDGE FALLON |
| JOSEPH O. COLE and KAREN COLE, | **:**  MAG. JUDGE NORTH |
|  | **:** |
|  | **:**  Civil Action No.: 2:15-cv-00539-EEF-MBN |
| Plaintiffs, | **:** |
|  | **:** |
| v. | **:** |
|  | **:** |
| JOHNSON & JOHNSON; JANSSEN | **:** |
| PHARMACEUTICALS, INC.; JANSSEN | **:** |
| RESEARCH & DEVELOPMENT, LLC, f/k/a | **:** |
| JOHNSON & JOHNSON RESEARCH & | **:** |
| DEVELOPMENT, LLC; JANSSEN ORTHO, | **:** |
| LLC; BAYER HEALTHCARE LLC; BAYER | **:** |
| HEALTHCARE PHARMACEUTICALS, INC.; | **:** |
| BAYER PHARMA AG; BAYER | **:** |
| CORPORATION; BAYER HEALTHCARE AG; | **:** |
| BAYER AG, | **:** |
|  | **:** |
| Defendants. | **:** |
|  | **:** |

## ORDER

UPON reading and filing the motion of Karen Collins of Hardison & Cochran, PLLC, to be relieved as counsel for plaintiff(s) in this action due to retirement, and to add/substitute Attorney Jessica N. Beyer of Hardison & Cochran, PLLC, as attorney of record and notice counsel for plaintiff(s) in this action, it is hereby

ORDERED that Karen Collins is hereby relieved as attorney of record for plaintiff(s) in this action, and it is further

ORDERED that Attorney Jessica N. Beyer of Hardison & Cochran, PLLC, is now subtituted attorney of record and notice counsel for plaintiff(s) this action.

SO ORDERED this __23rd__ day of ____October____, 2015.

_____
HON.
UNITED STATES DISTRICT JUDGE