UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PROCUTS LIABILITY LITIGATION <br>_____ | MDL No. 2592 <br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |
| BARBARA CHAVIS AS EXECUTRIX OF THE ESTATE OF ANDREW CHAVIS, Deceased, and BARBARA CHAVIS, Individually, <br><br>                Plaintiffs, <br><br> v. <br><br> JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON & JOHNSON RESEARCH & DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER AG, <br><br>                Defendants. <br> _____ | <br><br><br><br> Civil Action No.: 2:15-cv-1415-EEF-MBN |

ORDER

UPON reading and filing the motion of Karen Collins of Hardison & Cochran, PLLC, to be relieved as counsel for plaintiff(s) in this action due to retirement, and to add/substitute Attorney Jessica N. Beyer of Hardison & Cochran, PLLC, as attorney of record and notice counsel for plaintiff(s) in this action, it is hereby

ORDERED that Karen Collins is hereby relieved as attorney of record for plaintiff(s) in this action, and it is further

ORDERED that Attorney Jessica N. Beyer of Hardison & Cochran, PLLC, is now subtituted attorney of record and notice counsel for plaintiff(s) this action.

SO ORDERED this __23rd__ day of ____October____, 2015.

_____
HON.
UNITED STATES DISTRICT JUDGE