UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| _____ * | MDL NO. 2592 |
| IN RE: XARELTO (RIVAROXABAN) * | |
| PRODUCTS LIABILITY LITIGATION * | SECTION L |
| * | |
| * | JUDGE ELDON E. FALLON |
| * | |
| _____ * | MAG. JUDGE NORTH |
| * | |
| * | |
| GREGORY A. BLUE, ON BEHALF OF THE * | |
| ESTATE OF GIRLEEN ANDRUS * | |
| * | CIVIL ACTION NO. <u>2:15-cv-00273</u> |
| Plaintiffs, * | |
| * | |
| V. * | MOTION FOR VOLUNATRY |
| * | DISMISSAL |
| JANSSEN RESEARCH & DEVELOPMENT * | WITHOUT PREJUDICE |
| LLC f/k/a JOHNSON AND JOHNSON * | |
| PHARMACEUTICAL RESEARCH AND * | |
| DEVELOPMENT LLC,   JANSSEN * | |
| ORTHO LLC, JANSSEN * | |
| PHARMACEUTICALS, INC. f/k/a JANSSEN * | |
| PHARMACEUTICA INC. f/k/a  ORTHO- * | |
| MCNEIL-JANSSEN PHARMACEUTICALS, * | |
| INC., BAYER HEALTHCARE * | |
| PHARMACEUTICALS, INC., BAYER * | |
| PHARMA AG, BAYER CORPORATION, * | |
| BAYER HEALTHCARE LLC, BAYER * | |
| HEALTHCARE AG, AND BAYER AG. * | |
| * | |
| Defendants. * | |
| * | |
| _____ | |

COMES NOW, Plaintiff, Gregory A. Blue, Individually and as Executor of the Estate of Girleen Andrus, Deceased, by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and request that the above-styled action be voluntarily

dismissed without prejudice against all defendants, each party to bear their own attorneys' fees and costs.  There have been no counterclaims filed against plaintiffs.

Date:   October 27, 2015

Respectfully submitted,

S/Allan Berger_____
ALLAN BERGER (BAR NO. 2977)
ANDREW J. GEIGER (BAR NO. 32467)
**ALLAN BERGER & ASSOCIATES PLC**
4173 Canal Street  New Orleans, Louisiana 70119
Telephone: (504) 486-9481
Fax:  (504) 483-8130
aberger@allan-berger.com

S/Robert J. Caluda_____
ROBERT J. CALUDA (BAR NO. 3804)
**THE CALUDA LAW FIRM**
3232 Edenborn Avenue
Metairie, Louisiana   70002
Telephone: (504) 586-0361
Fax: (504) 522-5161
rcaluda@rcaluda.com

*Counsels for Plaintiff*
*Gregory A. Blue, on behalf of the Estate of Girleen Andrus*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October 27, 2015, a copy of the above and foregoing Motion for Voluntary Dismissal without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

S/Allan Berger