# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| _____ ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Daniel Hernandez

2:15-cv-00920

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Daniel Hernandez in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Hernandez retained the services of The Driscoll Firm, P.C. to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On February 3, 2015, the undersigned filed a complaint under Case Number 15-L-58 in St. Clair County, Illinois, which included the instant cause of action, and was subsequently transferred to federal court and into the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about November 11, 2014 and January 6, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Hernandez requesting information essential to litigating this case, and requested a response by November 21, 2014 and January 27, 2015 respectively.

4. The undersigned called Plaintiff Hernandez numerous times to follow up regarding the information requested in the correspondence of November 11, 2014 and January 6, 2015; however, to date, Plaintiff Hernandez has not provided the information requested.

5. On or about May 12th, June 15th, July 1st, and July 7th, 2015, the undersigned sent correspondence to Plaintiff Hernandez requesting that he contact The Driscoll Firm, P.C. regarding his claim and the prior correspondence sent by the law firm. The Driscoll Firm, P.C. warned, in their prior correspondence, that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Hernandez.

6. To date, Plaintiff Hernandez has not provided the information requested or otherwise responded to the correspondence of May 12th, June 15th, July 1st, and July 7th, 2015.

7. Plaintiff Hernandez's current mailing address is 594 Aquidneck Ave., Middletown, RI 02842, and his phone number is 401-301-6836.

8. On October 27, 2015, The Driscoll Firm, P.C. served Plaintiff Hernandez with correspondence via certified mail indicating that the law firm must withdraw.

9. For the foregoing reasons, Plaintiff Hernandez failed substantially to fulfill an obligation to his attorney.

10. Further, The Driscoll Firm, P.C. gave Plaintiff Hernandez reasonable warning of the law firm's intent to withdraw unless Hernandez fulfilled the obligation to share information and to communicate with his attorneys.

11. The Driscoll Firm, P.C. notified Plaintiff Hernandez of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: October 27, 2015

                        Respectfully submitted,

                        **THE DRISCOLL FIRM, P.C.**

                        */s/John J. Driscoll*
                        JOHN J. DRISCOLL
                        MO State Bar No. 54729
                        211 N. Broadway, 40th Floor
                        St. Louis, MO 63102
                        314-932-3232
                        314-932-3233 fax
                        john@thedriscollfirm.com
                        **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2015, I electronically filed the forgoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I sent correspondence via certified mail to Daniel Hernandez at 594 Aquidneck Ave., Middletown, RI 02842 notifying him of all deadlines and court appearances.

        The Driscoll Firm, P.C.

        /s/John J. Driscoll
        John J. Driscoll
        Attorney for Plaintiff