## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| _____ ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Rose Ray as personal representative for Ernest Ray

2:15-cv-01269

### MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Rose Ray as personal representative for Ernest Ray, deceased, in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Ray retained the services of The Driscoll Firm, P.C. to represent her in the Xarelto Multidistrict Litigation for her claim.

2. On or about May 7, 2015, the undersigned filed a complaint under Case Number 2:15-cv-1269 which included the instant cause of action.

3. On or about August 31, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Ray via electronic mail requesting information essential to litigating this case, and requested a response within twenty (20) days.

4. The undersigned attempted to call Plaintiff Ray multiple times and sent multiple correspondence via electronic mail on September 8th, 9th, and 15th, 2015, to follow up regarding the information requested in the correspondence of August 31, 2015.

5. On or about October 5, 2015 the undersigned sent correspondence to Plaintiff Ray requesting that she contact The Driscoll Firm, P.C. regarding her claim and the prior correspondence sent by the law firm. The Driscoll Firm, P.C. warned that failure to respond to the October 5, 2015 letter would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Ray.

6. To date, Plaintiff Ray has not provided the information requested or otherwise responded to the correspondence of October 5, 2015.

7. Plaintiff Ray's current mailing address is 8301 Willow Place North, #2508, Houston, TX 77070, and her phone number is 832-614-9945.

8. On October 27, 2015, The Driscoll Firm, P.C. served Plaintiff Ray with correspondence via certified mail indicating that the law firm must withdraw.

9. For the foregoing reasons, Plaintiff Ray failed substantially to fulfill an obligation to her attorney.

10. Further, The Driscoll Firm, P.C. gave Plaintiff Ray reasonable warning of the law firm's intent to withdraw unless Ray fulfilled the obligation to share information and to communicate with her attorneys.

11. The Driscoll Firm, P.C. notified Plaintiff Ray of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: October 27, 2015

        Respectfully submitted,
        **THE DRISCOLL FIRM, P.C.**

        */s/John J. Driscoll*
        JOHN J. DRISCOLL
        MO State Bar No. 54729
        211 N. Broadway, 40th Floor
        St. Louis, MO 63102
        314-932-3232
        314-932-3233 fax
        john@thedriscollfirm.com
        **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2015, I electronically filed the forgoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I sent correspondence via certified mail to Rose Ray at 8301 Willow Place North, #2508, Houston, TX 77070 notifying her of all deadlines and court appearances.

    The Driscoll Firm, P.C.

    /s/John J. Driscoll
    John J. Driscoll
    Attorney for Plaintiff