UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Lynne Perry

2:15-cv-02153

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Lynne Perry in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Perry retained the services of The Driscoll Firm, P.C. to represent her in the Xarelto Multidistrict Litigation for her claim.

2. On or about June 12, 2015, the undersigned filed a joint complaint under Case Number 2:15-cv-2091 which included the instant cause of action, which was later severed and assigned Case Number 2:15-cv-02153.

3. On or about June 12, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Perry requesting information essential to litigating this case, and requested a response by June 30, 2015.

4. The undersigned called Plaintiff Perry multiple times and, on or about June 29, 2015, the undersigned sent additional correspondence to Plaintiff Perry, to follow up regarding the information requested in the correspondence of June 12, 2015.

5. On or about September 25, 2015 the undersigned sent correspondence to Plaintiff Perry requesting

   that she contact The Driscoll Firm, P.C. regarding her claim and the prior correspondence sent by the law firm. The Driscoll Firm, P.C. warned that failure to respond to the September 25, 2015 letter would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Perry.

6. To date, Plaintiff Perry has not provided the information requested or otherwise responded to the correspondence of September 25, 2015.

7. Plaintiff Perry's current mailing address is 601 Starkey Road, Lot #6, Largo, FL 33771, and her phone number is 727-530-5941.

8. On October 27, 2015, The Driscoll Firm, P.C. served Plaintiff Perry with correspondence via certified mail indicating that the law firm must withdraw.

9. For the foregoing reasons, Plaintiff Perry failed substantially to fulfill an obligation to her attorney.

10. Further, The Driscoll Firm, P.C. gave Plaintiff Perry reasonable warning of the law firm's intent to withdraw unless Perry fulfilled the obligation to share information and to communicate with her attorneys.

11. The Driscoll Firm, P.C. notified Plaintiff Perry of past and future deadlines.

   WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: October 27, 2015

                              Respectfully submitted,

                              **THE DRISCOLL FIRM, P.C.**

                              */s/John J. Driscoll*
                              JOHN J. DRISCOLL
                              MO State Bar No. 54729
                              211 N. Broadway, 40th Floor
                              St. Louis, MO 63102
                              314-932-3232
                              314-932-3233 fax
                              john@thedriscollfirm.com
                              **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2015, I electronically filed the forgoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I sent correspondence via certified mail to Lynne Perry at 601 Starkey Road, Lot #6, Largo, FL 33771 notifying her of all deadlines and court appearances.

          The Driscoll Firm, P.C.

          /s/John J. Driscoll
          John J. Driscoll
          Attorney for Plaintiff