UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) )
PRODUCTS LIABILITY LITIGATION ) MDL No. 2592
)
) SECTION L
)
) JUDGE ELDON E. FALLON
)
) MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Lynne Perry

2:15-cv-02153

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED** that John J. Driscoll, Christopher J. Quinn, Andrew D. Kinghorn and The Driscoll Firm, P.C., are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this _____ day of _____, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE