UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) |  MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

James Rider

2:15-cv-02180

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff James Rider in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Rider retained the services of The Driscoll Firm, P.C. to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On May 1, 2015, the undersigned filed a complaint under Case Number 2:15-cv-2180 which included the instant cause of action.

3. On or about May 12, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Rider requesting information essential to litigating this case, and requested a response by June 3, 2015.

4. The undersigned called Plaintiff Rider to follow up regarding the information requested in the correspondence of May 12, 2015; however, to date, Plaintiff Rider has not provided the information requested.

5. On or about September 25, 2015 the undersigned sent correspondence to Plaintiff Rider requesting that he contact The Driscoll Firm, P.C. regarding his claim and the prior correspondence sent by the

law firm. The Driscoll Firm, P.C. warned that failure to respond to the September 25, 2015 letter would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Rider.

6. To date, Plaintiff Rider has not provided the information requested or otherwise responded to the correspondence of September 25, 2015.

7. Plaintiff Rider's current mailing address is 2255 Bird St., Oroville, CA 95965, and his phone number is 530-370-3309.

8. On October 27, 2015, The Driscoll Firm, P.C. served Plaintiff Rider with correspondence via certified mail indicating that the law firm must withdraw.

9. For the foregoing reasons, Plaintiff Rider failed substantially to fulfill an obligation to his attorney.

10. Further, The Driscoll Firm, P.C. gave Plaintiff Rider reasonable warning of the law firm's intent to withdraw unless Rider fulfilled the obligation to share information and to communicate with his attorneys.

11. The Driscoll Firm, P.C. notified Plaintiff Rider of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: October 27, 2015

Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/John J. Driscoll*
JOHN J. DRISCOLL
MO State Bar No. 54729
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2015, I electronically filed the forgoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I sent correspondence via certified mail to James Rider at 2255 Bird St., Oroville, CA 95965 notifying him of all deadlines and court appearances.

The Driscoll Firm, P.C.

/s/John J. Driscoll
John J. Driscoll
Attorney for Plaintiff
