UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Angela Hardy

2:15-CV-02180

## MOTION/REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Angela Hardy, by and through her undersigned attorney of record, for her Motion for an Extension of Time to submit her Plaintiff Fact Sheet, and states as follows:

1. Plaintiff's complaint was filed on or about May 1, 2015, within a case entitled *Jacqueline Twymon, et al. v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, etal.* (15-L-260), which was filed in St. Clair County, IL, removed to federal court, and transferred into the MDL Court (2:15-cv-02180).

2. Plaintiff's Fact Sheet (hereinafter "PFS") was initially due to be served on August 23, 2015.

3. Counsel for Plaintiff attempted to contact Plaintiff numerous times, including correspondence sent on May 12th, June 15th, and August 24th, 2015, as well as attempted phone calls on June 11th, July 17th, August 14th, September 22nd, September 25th, October 5th, and October 12th, 2015; however, Counsel was not able to make contact with Plaintiff and did not receive any response from Plaintiff on any

of those occasions.

4. Counsel for Plaintiff learned on October 19, 2015 that Plaintiff is incarcerated. Therefore, Counsel will need some additional time to complete the PFS and, because 60 days falls between the Christmas and New Year holidays, Counsel respectfully requests an additional 75 days from the date of this filing, October 27, 2015 (i.e. through January 10, 2016) to serve the PFS, due to the fact that Counsel has been unable to make contact with Plaintiff while she has been incarcerated.

5. Plaintiff's Counsel has made continual efforts to contact Plaintiff Angela Hardy as described above, so that she can work with our firm to complete her PFS paperwork, and Plaintiff's Counsel will continue to follow up to find out when Plaintiff will be released.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests this Court to grant her Motion for Extension of Time to Submit Plaintiff Fact Sheet and for any further orders deemed just and proper under the circumstances.

Signed: October 27, 2015

        Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/John J. Driscoll*
JOHN J. DRISCOLL
MO State Bar No. 54729
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com

**ATTORNEY FOR PLAINTIFF**