UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Angela Hardy

2:15-CV-02180

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Angela Hardy, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Submit Plaintiff Fact Sheet before the Honorable Judge Eldon E. Fallon.

Signed: October 27, 2015

        Respectfully submitted,

        **THE DRISCOLL FIRM, P.C.**

        */s/John J. Driscoll*
        JOHN J. DRISCOLL
        MO State Bar No. 54729
        211 N. Broadway, 40th Floor
        St. Louis, MO 63102
        314-932-3232
        314-932-3233 fax
        john@thedriscollfirm.com

**ATTORNEY FOR PLAINTIFF**