UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** <br><br> *Linda Fitzwater v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* <br><br> No. 2:15-cv-03026 | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

**MOTION TO SUBSTITUTE PARTIES**

COME NOW Counsel for Plaintiff Linda Fitzwater, and pursuant to the previously filed notice of Mrs. Fitzwater's death [D.E. 1283], and pursuant to Fed. R. Civ. P 25(a), hereby move to substitute Carroll L. Fitzwater, the appointed Administrator CTA of the estate of Linda L. Fitzwater, as the Plaintiff in this action.

On September 8, 2015, Carroll L. Fitzwater was appointed as Administrator CTA of the estate of Linda L. Fitzwater by the Clerk of the County Commission of Clay County, West Virginia.

A proposed order is submitted herewith.

WHEREFORE, based on the foregoing, Counsel for Plaintiff hereby request that the Court grant the motion to substitute parties; and for such other relief as the Court deems just.

Respectfully submitted,	Dated: October 27, 2015

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

## Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on October 27, 2015 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward