UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO:<br><br>*Linda Fitzwater v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*<br><br>No. 2:15-cv-03026 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

**[proposed] ORDER**

Plaintiff's counsel's motion to substitute Carroll L. Fitzwater, the appointed Administrator CTA of the estate of Linda L. Fitzwater, as the Plaintiff in this action is **HEREBY GRANTED**.

**SO ORDERED:**


_____  **DATED:**_____

1