UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>**JURY TRIAL DEMANDED** |
| THIS DOCUMENT RELATES TO:<br><br>DWAYNE SHREVE<br><br>Case #: 15-3438 L(5) | |

## MOTION TO SUBSTITUTE PARTY

Counsel for Plaintiff, DWAYNE SHREVE, pursuant to the previously filed Notice of Death [DE 1443], hereby files this Motion to Substitute Party. Carol E. Sickles, the wife of the Plaintiff, has been appointed Personal Representative of the Estate of Dwayne Shreve. *See* Attachment 1 – Letters of Administration. A proposed order has been filed along with this Motion as Attachment 2.

**WHEREFORE**, based upon the foregoing, Counsel for Plaintiff respectfully requests that this Court **GRANT** Plaintiff's Motion and provide whatever further relief this Honorable Court deems reasonable and just.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: October 29, 2015

                                            FREEDLAND HARWIN VALORI, PL
                                            110 SE 6th Street, Suite 2300
                                            Ft. Lauderdale, FL 33301
                                            Tel:    954-467-6400
                                            Fax:    954-670-2530

                                            __/s/ Raymond Valori_____
                                            RAYMOND VALORI
                                            Fla. Bar #: 33200
                                            Ray@westonlawyers.com
                                            AARON ROTHENBERG
                                            Fla. Bar #: 99634
                                            Aaron@westonlawyers.com