

3BN   Document 1524-1

# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION
# OF A SMALL ESTATE

Estate No. 20069

I certify that administration of the Estate of

**DWAYNE R SHREVE**

was granted on the  2nd  day of  OCTOBER, 2015

to CAROL E SICKLES

as personal representative(s) and the appointment is in effect

this  2nd  day of  OCTOBER, 2015

- ☐ Will probated _____ (date)
- ☐ Intestate estate
- ☒ Unprobated Will – Probate Not Required

_Michael W. Dawson_
MICHAEL W. DAWSON
Register of Wills for
CECIL COUNTY

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW1107                                                                                    ROWNET
                                                                                          11/2009