UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** : : : : **THIS DOCUMENT RELATES TO:** : DWAYNE SHREVE : Case #: 15-3438 L(5) | **MDL No. 2592** **SECTION L** **JUDGE ELDON E. FALLON** **MAGISTRATE JUDGE NORTH** **JURY TRIAL DEMANDED** |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED.

2. CAROL E. SICKLES, as Personal Representative of the Estate of DWAYNE SHREVE, is substituted as Plaintiff in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on _____.

_____
JUDGE ELDON E. FALLON

Cc: All counsel of record