# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>HUDSON K. CARLTON AND KAREN J. CARLTON,<br><br>    Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br><br><br><br><br><br>Case No. 2:15-cv-03677-EEF-MBN |

## NOTICE OF APPEARANCE

COMES NOW Catherine T. Heacox of The Lanier Law Firm and formally enters her appearance as counsel for the Plaintiffs' in the above captioned matters.

Dated: October 29, 2015

Respectfully submitted,

By: /s/ Catherine T. Heacox
Counsel for Plaintiffs
The Lanier Law Firm
126 East 56th Street, Floor 6
New York, NY 10022
(212) 421-2800
Catherine.Heacox@LanierLawFirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing upon all counsel of record.

Dated: October 29, 2015                        Respectfully submitted,

By: /s/ Catherine T. Heacox
Counsel for Plaintiffs
The Lanier Law Firm
126 East 56th Street, Floor 6
New York, NY 10022
(212) 421-2800
Catherine.Heacox@LanierLawFirm.com