MINUTE ENTRY
FALLON, J.
OCTOBER 29, 2015

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a telephone status conference to discuss Case Management Order No. 2 ("CMO 2"). Lenny Davis, Gerald Meunier, Brian Barr, Andy Birchfield, and Dawn Barrios participated on behalf of the Plaintiffs. Jim Irwin, John Olinde, William Hoffman, and Deirdre Cole participated on behalf of Defendants. The parties updated the Court on the status of 30(b)(6) depositions and outreach efforts regarding state/federal coordination. The Court also stressed the importance of timely submitting plaintiff fact sheets to counsel.

1

JS10(00:25)