# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No: 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| DAVID N. HUGHES, CLAUD NEER, and DURWIN HAMPTION | |
| Plaintiff, | COMPLAINT AND JURY DEMAND |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:15-cv-05548 |
| Defendants. | |

## ENTRY OF APPEARANCE

COMES NOW Christopher Schnieders of the firm of Wagstaff & Cartmell LLP, and hereby enters his appearance on behalf of Plaintiffs David N. Hughes, Claud Neer, and Durwin Hampton in the above-captioned case.

Respectfully submitted,

/s/ *Christopher L. Schnieders*
Christopher L. Schnieders, MO 57725
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Missouri City, MO  64112
Phone: (816) 701-1100
Fax:  (816) 531-2372
tcartmell@wcllp.com
cschnieders@wcllp.com

**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2015, the foregoing document was filed utilizing this Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

*/s/ Christopher L. Schnieders*
**Attorney for Plaintiff**