UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joanne Fahy, Individually, and as Representative of Robert Rapp, Deceased v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*
**Civil Action No.: 2:15-cv-04534**

### MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Joanne Fahy, Individually, and as Representative of Robert Rapp, Deceased, through undersigned counsel, who with good cause shown pursuant to Pretrial Order 13, requests this Court grant Plaintiff an extension of the Plaintiff Fact Sheet ("PFS") deadline, as follows:

1. The Plaintiff filed the above captioned proceeding on September 3, 2015.

2. The Plaintiff's 60-day fact sheet deadline was set for November 2, 2015.

3. The Plaintiff's additional 20 days to submit the fact sheet is set to run on November 22, 2015.

4. Counsel for Plaintiff has been in constant communication with Plaintiff while awaiting the receipt of the Plaintiff Fact Sheet. On September 24, 2015, Plaintiff notified Counsel that she had been very ill and requested additional time to complete

   the paperwork. Counsel followed up with Plaintiff from October 12, 2015 through October 16, 2015 but was unable to speak to her.

5. On October 23, 2015, Plaintiff informed Counsel that she had mailed the declaration page but Counsel reiterated to Plaintiff that the Plaintiff Fact Sheet was still pending to be returned. Plaintiff requested Counsel to re-send the Plaintiff Fact Sheet to her via email which was done on October 26, 2015.

6. As stated, Counsel has been in constant communication with Plaintiff Joanne Fahy who is committed to completing the Plaintiff Fact Sheet; however, Plaintiff is requesting some additional time in order to complete it.

7. Plaintiff respectfully requests a minimal extension from this Court of thirty (30) days.

8. Counsel for Plaintiff tried to consult via email with defense counsel regarding an extension on October 29, 2015 but have not received a response yet.

  WHEREFORE, Plaintiff requests, pursuant to Pretrial Order 13, an extension for the Plaintiff's Fact Sheet Deadline until December 2, 2015.

Dated this 30th day of October, 2015.   **Respectfully submitted,**

                */s/ Ryan L. Thompson*
                **WATTS GUERRA LLP**
                **Ryan L. Thompson**
                *Attorney in Charge*
                Texas State Bar No. 24046969
                5726 W. Hausman, Suite 119
                San Antonio, Texas 78249
                Telephone: 210.448.0500
                Fax: 210.448.0501
                Email: rlt-bulk@wattsguerra.com
                **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                      */s/ Ryan L. Thompson*
                                                        Ryan L. Thompson