UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 | |
| ) | | |
| ) | SECTION L | |
| THIS DOCUMENT RELATES TO: ) | | |
| ) | JUDGE ELDON E. FALLON | |
| ADINE MILLER ) | | |
| ) | MAGISTRATE JUDGE NORTH | |
| 2:15-cv-5043 ) | | |
| ) | | |

## MOTION TO AMEND COMPLAINT

COMES NOW Counsel for Plaintiff Adine Miller, now deceased, and respectfully moves this court for leave to file an amended complaint in this action, substituting as Plaintiff Tammy Jeansonne, in the form attached hereto as Exhibit A.

1. Plaintiff's Counsel moves *ex parte* to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(A).

2. Plaintiff Adine Miller's Individual Complaint was filed October 8, 2015. Summons were issued to all Defendants by the Court on October 9, 2015.

3. No Defendants have been formally served with process. On December 15, 2015, Plaintiff mailed Summons to Bayer Pharma AG and Bayer Healthcare Pharmaceuticals Inc. pursuant to PTO No. 10.

4. Also on December 15, 2015, Plaintiff mailed Rule 4(d) Requests for Waiver of Service to Defendant Janssen Pharmaceuticals, Inc., Defendant Janssen Research and Development, LLC and Defendant Janssen Ortho, LLC. Plaintiff has not received a response from any of the Janssen Defendants to Plaintiff's Requests for Waiver of Service.

5. Plaintiff Adine Miller is deceased, and counsel for Plaintiff moves to name Adine Miller's daughter, Tammy Jeansonne as Plaintiff in the present action.

6. Because there has been no prior amendment to Plaintiff's Complaint and this

Motion is filed within applicable time limits set forth in Rule 15(a)(1)(A), Counsel moves for this motion to be granted as a matter of course.

WHEREFORE, Counsel for Plaintiff Adine Miller respectfully requests the Court grant leave for Plaintiff Tammy Jeansonne to file an amended complaint in this action in the form attached hereto as Exhibit A.

By: */s/ Andrew W. Callahan*_____
Andrew W. Callahan, IL Bar No. 6298280
Jacob A. Flint, IL Bar No. 6299777
Ethan A. Flint, IL Bar No. 6286170
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone: 618-288-4777
Fax: 618-288-2864
acallahan@toverdict.com
jflint@toverdict.com
eflint@toverdict.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*