UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ADINE MILLER ) <br> ) <br> 2:15-cv-5043 ) <br> ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> **JURY TRIAL DEMANDED** |

**FIRST AMENDED SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint (No. 15-cv-4825-EEF-MBN) filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The Following *Short Form Complaint* is utilized in the above-captioned action.

2. Decedent Adine Miller was originally identified as Plaintiff and identified more fully in Paragraph 8 of the Plaintiffs' Joint Complaint. All allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Decedent Adine Miller resided at the time of her death in Avoyelles Parish, State of Louisiana. Decedent Adine Miller was unmarried at the time of her death.

4. Plaintiff Tammy Jeansonne is the daughter of Decedent Adine Miller. Pursuant to La. Civ. Code Ann. Art. § 2315.1, Plaintiff Tammy Jeansonne is a proper party to prosecute this claim on behalf of the children of Decedent Adine Miller.

5. Plaintiff Tammy Jeansonne resides in Rapides Parish, State of Louisiana.

6. Plaintiff Tammy Jeansonne incorporates all allegations as set forth in Plaintiff's Joint Complaint, No. 15-cv-4825-EEF-MBN.

By: */s/ Andrew W. Callahan*_____
Andrew W. Callahan, IL Bar No. 6298280
Jacob A. Flint, IL Bar No. 6299777
Ethan A. Flint, IL Bar No. 6286170
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone: 618-288-4777
Fax: 618-288-2864
acallahan@toverdict.com
jflint@toverdict.com
eflint@toverdict.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 30, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*