**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)    ) <br> PRODUCTS LIABILITY LITIGATION   ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO:           ) <br> ) <br> ADINE MILLER                                         ) <br> ) <br> 2:15-cv-5043                                           ) <br> _____ ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**ORDER**

This matter comes before the Court on Plaintiff's Ex Parte Motion for Leave to File Amended Complaint. The Court having reviewed the same and being sufficiently advised:

It is hereby Ordered that Plaintiff's Motion for Leave to File Amended Complaint is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2015.

Signed: _____
Hon. Eldon E. Fallon