UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Linda Everett v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*
**Civil Action No.: 2:15-cv-04517**

UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Linda Everett, through undersigned counsel, who with good cause shown pursuant to Pretrial Order 13, requests this Court grant Plaintiff an extension of the Plaintiff Fact Sheet ("PFS") deadline, as follows:

1. The Plaintiff filed the above captioned proceeding on September 3, 2015.

2. The Plaintiff's 60-day fact sheet deadline was set on November 2, 2015.

3. The Plaintiff's additional 20 days to submit the fact sheet is set to run on November 22, 2015.

4. On September 22, 2015, Plaintiff's spouse informed counsel that she was seeking treatment for medical issues. On October 27, 2015, Counsel contacted Plaintiff via phone to discuss a status update on her health condition. Plaintiff stated she was currently in rehabilitation due to her medical conditions. Due to these reasons, she has been unable to complete the PFS and is therefore, requesting an extension. Please see attached Exhibit "A"

1

from the Plaintiff's treating physician stating she will remain hospitalized under his care through 11/13/15.

5. Plaintiff is not able to complete the fact sheet at this time due to the above reasons and respectfully requests a minimal extension from this Court of sixty (60) days.

6. Counsel for Plaintiff consulted via email with defense counsel regarding an extension on October 30, 2015 and on October 31, 2015, defense counsel James Irwin of Irwin Fritchie Urquhard & Moore, LLC replied that he had no objection to this motion.

WHEREFORE, Plaintiff requests, pursuant to Pretrial Order 13, an extension for the Plaintiff's Fact Sheet Deadline until January 2, 2016.

Dated this 31st day of October, 2015.    **Respectfully submitted,**

*/s/ Ryan L. Thompson*
**WATTS GUERRA LLP**
**Ryan L. Thompson**
*Attorney in Charge*
Texas State Bar No. 24046969
5726 W. Hausman, Suite 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: rlt-bulk@wattsguerra.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATION OF ACCEPTANCE OF CONTENT BY PARTIES

I, Ryan L. Thompson, declare under penalty of perjury and pursuant to the laws of Lousiana and the United States that I have in my possession e-mail correspondence from defense counsel dated October 31, 2015 that the content of this Unopposed Motion is acceptable to all persons required to sign it.

*s/ Ryan L. Thompson*
Ryan L. Thompson

## CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                              */s/ Ryan L. Thompson*
                                                Ryan L. Thompson