

## Mercy Health System

INTERNAL MEDICINE
Mercy Barrington Medical Center
500 W Highway 22
Barrington IL 60010
Department Phone: 847-381-3000
Department Fax: 847-382-4755
Location Phone 847-381-3000

October 29, 2015

Linda L Everett
28727 W Lamphere Rd
Island Lake IL 60042

To Whom It May Concern,

Linda L Everett is under my care and has been in the hospital and nursing home from 9/22/15 through 11/13/15 due to medical reasons.

Sincerely,

*[signature]*

Camelia E Marian, MD