UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ESTHER PHILLIS ) <br> ) <br> 2:15-cv-03414 ) <br> ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure,* hereby informs the Honorable Court of the death of the Plaintiff, Esther Phillis.

Dated: November 2, 2015         Respectfully submitted,

By: */s/ Andrew W. Callahan*
Andrew W. Callahan, IL Bar No. 6298280
Jacob A. Flint, IL Bar No. 6299777
Ethan A. Flint, IL Bar No. 6286170
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone: 618-288-4777
Fax: 618-288-2864
acallahan@toverdict.com
jflint@toverdict.com
eflint@toverdict.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*
Andrew W. Callahan, IL Bar No. 6298280
Jacob A. Flint, IL Bar No. 6299777
Ethan A. Flint, IL Bar No. 6286170
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone: 618-288-4777
Fax: 618-288-2864
acallahan@toverdict.com
jflint@toverdict.com
eflint@toverdict.com
*Attorneys for Plaintiffs*