UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Deadra Ann Holcomb, on behalf of herself, and as Executrix of the Estate of Marvin E. Williams, Deceased v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-cv-02718**

### MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW the Plaintiff Deadra Ann Holcomb, on behalf of herself, and as Executrix of the Estate of Marvin E. Williams, Deceased, by and through the undersigned counsel, and respectfully moves the Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline. The deadline is presently set for November 2, 2015, and Plaintiff's counsel requests an extension of the deadline to December 2, 2015.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff's counsel has been unable to obtain Plaintiff Deadra Ann Holcomb's original signature on the special medical authorization form that is required for Plaintiff's counsel to obtain her deceased father's pharmacy profile. Plaintiff has recently assured the undersigned counsel that she now has a copy of the required form and will

take the necessary steps to sign and return it so that the subject records can be ordered forthwith.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deficiency Deadline until December 2, 2015.

Respectfully submitted,

Date:  November 2, 2015                s/ Andy D. Birchfield, Jr.                     
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: November 2, 2015          s/Andy D. Birchfield, Jr.
         Andy D. Birchfield, Jr.