**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

***Deadra Ann Holcomb, on behalf of herself, and as Executrix of the Estate of Marvin E. Williams, Deceased v. Janssen Research & Development, LLC, et al.***
**Civil Action No. 2:15-cv-02718**

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

**MAY IT PLEASE THE COURT**:

In support of Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

**FACTUAL BACKGROUND**

1. Counsel for Decedent Marvin E. Williams, filed his Xarelto complaint in the United States District Court for the Eastern District of Louisiana on July 1, 2015.
2. Marvin E. Williams, died on or about July 6, 2015.
3. On August 26, 2015, the Probate Court for Montague County, Texas entered an order appointing Deadra Ann Holcomb as the Executrix of the Estate of Marvin E. Williams, deceased.
4. On September 9, 2015, Mr. Steven Glickstein, Co-Lead Defense Counsel,

indicated via email correspondence that Bayer Defendants did not oppose Deadra Ann Holcomb's Amended Complaint and substitution as party Plaintiff.

5. On September 18, 2015, Deidre Kole, partner of Susan M. Sharko, Co-Lead Defense Counsel, indicated via email correspondence that Janssen Defendants did not oppose Deadra Ann Holcomb's Amended Complaint and substitution as party Plaintiff.

6. On September 28, 2015, this Court granted Plaintiff's Motion to Substitute Decedent Marvin Williams' surviving adult Daughter, Deadra Ann Holcomb, the Executrix of the Estate of Marvin E. Williams, as the named party in place of Marvin E. Williams, deceased.

7. The Plaintiff Fact Sheet for this matter was filed by Deadra Ann Holcomb on August 31, 2015.

8. Defense Counsel issued a Deficiency Notice on October 13, 2015, seeking additional medical records.

9. Specifically, Plaintiff's counsel has been unable to obtain Plaintiff Deadra Ann Holcomb's original signature on the special medical authorization form that is required for Plaintiff's counsel to obtain her deceased father's pharmacy profile. Plaintiff has recently assured the undersigned counsel that she now has a copy of the required form and will take the necessary steps to sign and return it so that the subject records can be ordered forthwith.

10. Plaintiff's Counsel and Plaintiff Deadra Ann Holcomb, seek an extension of the deadline in which to satisfy the alleged deficiency raised by Defendants. Upon information and belief that Plaintiff's Counsel will be able to obtain the medical

record necessary to satisfy the Plaintiff Fact Sheet deficiency alleged by Defendants within 30 days.

11. The Plaintiff Fact Sheet Deficiency deadline for this matter is set for November 2, 2015.

WHEREFORE, Plaintiff's Counsel request an extension of time of 30 days (until December 2, 2015) to satisfy the Plaintiff Fact Sheet deficiency alleged by Defendants.

Respectfully submitted,

Date: November 2, 2015

s/ Andy D. Birchfield, Jr.______________
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: November 2, 2015

s/Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.