**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | **:** | **MDL No. 2592** |
| **IN RE:  XARELTO (RIVAROXABAN)** | **:** | |
| **PRODUCTS LIABILITY LITIGATION** | **:** | **SECTION L** |
| | **:** | |
| | **:** | **JUDGE ELDON E. FALLON** |
| | **:** | |
| | **:** | **MAGISTRATE JUDGE NORTH** |
| | **:** | |
| | **:** | **JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

**BILLY JACKSON**
**2:15-cv-04990**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned

counsel hereby informs the Honorable Court of the death of the Plaintiff, Billy Jackson.

Dated: November 3, 2015.

Respectfully submitted,

**BURNETT LAW FIRM**

By: *  /s/ Riley L. Burnett, Jr.*
_____

Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail:  rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail: acollins@rburnettlaw.com
55 Waugh Drive, Suite 803
Houston, Texas 77007
Telephone:  (832) 413-4410
Facsimile:  (832) 900-2120
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED:      November 3, 2015

*/s/ Riley L. Burnett, Jr.*

Riley L. Burnett, Jr.