# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH <br> **JURY TRIAL DEMANDED** |
| **THIS DOCUMENT RELATES TO:** | | |

**BILLY JACKSON**
**2:15-cv-04990**

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW counsel for Plaintiff Billy Jackson, now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves to substitute Teri Blount, the surviving child and successor of Plaintiff Billy Jackson, as the Personal Representative of the Estate of Billy Jackson and to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(A).

1. Plaintiff Billy Jackson's individual Complaint was filed on October 5, 2015. Summonses were issued to all Defendants by the Court on October 13, 2015.

2. Defendant Janssen Research & Development LLC f/k/a Johnson and Johnson Research and Development LLC was served on October 23, 2015.

3. Defendant Janssen Ortho LLC was served on October 20, 2015.

4. Defendant Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica, Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc. was served on October 23, 2015.

5. Defendant Johnson & Johnson Company was served on October 23, 2015.

6. Defendant Bayer Healthcare Pharmaceuticals, Inc. was served on October 16, 2015.

7. Defendant Bayer Pharma AG was served on October 22, 2015.

8. Summons were not issued to Defendants Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG and Bayer AG pursuant to Pre-Trial Order No. 10.

9. Counsel for Plaintiff Billy Jackson filed the Notice and Suggestion of Death on November 3, 2015. [Doc. 1542].

10. Plaintiff Billy Jackson is deceased, and counsel for Plaintiff moves to substitute Teri Blount as Personal Representative of the Estate of Billy Jackson, as Plaintiff in the present action.

11. Because there have been no prior amendments to Plaintiff's Complaint and this Motion is filed within the applicable time limits set forth in Rule 15(a)(1)(A), counsel moves for this motion to be granted as a matter of course.

WHEREFORE, counsel for Plaintiff Billy Jackson respectfully requests the Court grant Plaintiff's Motion to Substitute Teri Blount as the Personal Representative of the Estate of Billy Jackson and to permit Plaintiff to file a First Amended Complaint.

Respectfully submitted,

**BURNETT LAW FIRM**

By:   */s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail:  rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail: acollins@rburnettlaw.com
55 Waugh Drive, Suite 803
Houston, Texas 77007
Telephone:  (832) 413-4410
Facsimile:  (832) 900-2120
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the above and foregoing Notice has contemporaneously with, or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED:      November 3, 2015

                                              */s/ Riley L. Burnett, Jr.*
                                              Riley L. Burnett, Jr.