UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>**JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

BILLY JACKSON
2:15-cv-04990

### ORDER

This matter having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party and Amend Complaint, and the Court, being fully advised, hereby states:

IT IS ORDERED AND ADJUDGED THAT:

1. Counsel for Plaintiff's Motion is **GRANTED**.

2. Teri Blount, as Personal Representative of the Estate of Billy Jackson, is substituted as Plaintiff in this action.

SIGNED this _____ day of _____, 2015.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge