```
1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3     ****************************************************************

4     IN RE:  XARELTO (RIVAROXABAN)
      PRODUCTS LIABILITY LITIGATION
5
                              CIVIL ACTION NO. 14-MD-2592 "L"
6                             NEW ORLEANS, LOUISIANA
                              THURSDAY, OCTOBER 29, 2015, 3:30 P.M.
7
      THIS DOCUMENT RELATES TO
8     ALL CASES

9     ****************************************************************

10
          TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE PROCEEDINGS
11            HEARD BEFORE THE HONORABLE ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE
12

13    APPEARANCES:

14
      FOR THE PLAINTIFFS'
15    LIAISON COUNSEL:          HERMAN HERMAN & KATZ
                                BY:  LEONARD A. DAVIS, ESQUIRE
16                              820 O'KEEFE AVENUE
                                NEW ORLEANS, LA  70113
17

18
                                GAINSBURGH BENJAMIN DAVID
19                              MEUNIER AND WARSHAUER
                                BY:  GERALD E. MEUNIER, ESQUIRE
20                              2800 ENERGY CENTRE
                                1100 POYDRAS STREET, SUITE 2800
21                              NEW ORLEANS, LA  70163

22

23    FOR THE PLAINTIFFS:      LEVIN PAPANTONIO THOMAS MITCHELL
                                RAFFERTY & PROCTOR
24                              BY:  BRIAN H. BARR, ESQUIRE
                                316 SOUTH BAYLEN STREET, SUITE 600
25                              PENSACOLA, FL  32502
```

*OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2

 3
                         BEASLEY ALLEN CROW METHVIN
 4                       PORTIS & MILES
                         BY:  ANTHONY BIRCHFIELD JR., ESQUIRE
 5                       POST OFFICE BOX 4160
                         MONTGOMERY, AL   36103
 6

 7
                         ROSS FELLER CASEY
 8                       BY:  MARK A. HOFFMAN, ESQUIRE
                         1650 MARKET STREET, SUITE 3450
 9                       PHILADELPHIA, PA   19103

10

11                       BARRIOS, KINGSDORF & CASTEIX
                         BY:  DAWN M. BARRIOS, ESQUIRE
12                       701 POYDRAS STREET, SUITE 3650
                         NEW ORLEANS, LA   70139
13

14

15    FOR THE DEFENDANTS'
      LIAISON COUNSEL:    IRWIN FRITCHIE URQUHART & MOORE
16                        BY:  JAMES B. IRWIN, V, ESQUIRE
                          TEXACO CENTER
17                        400 POYDRAS STREET, SUITE 2700
                          NEW ORLEANS, LA   70130
18

19
      FOR THE DEFENDANTS:   CHAFFE MCCALL
20                          BY:  JOHN F. OLINDE, ESQUIRE
                            1100 POYDRAS STREET
21                          NEW ORLEANS, LA   70163

22

23                       DRINKER BIDDLE & REATH
                         BY:  SUSAN M. SHARKO, ESQUIRE
24                            DEIRDRE R. KOLE, ESQUIRE
                         500 CAMPUS DRIVE
25                       FLORHAM PARK, NJ   07932
```

***OFFICIAL TRANSCRIPT***

1    APPEARANCES CONTINUED:

2

3                            KAYE SCHOLER
                             BY:  STEVEN GLICKSTEIN, ESQUIRE
4                            250 WEST 55TH STREET
                             NEW YORK, NY  10019
5

6

7    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
8                                REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
9                                NEW ORLEANS, LA  70130
                                 (504) 589-7779
10                               Cathy_Pepper@laed.uscourts.gov

11

12   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

13

14

15

16

17

18

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

**I N D E X**

ITEMS                                                          PAGE


30(B)(6) NOTICES.......................................   6

STATE COORDINATION....................................   7

DATES ON THE JANSSEN 30(B)(6).........................  10

FACT SHEETS...........................................  11

PROFILE FORMS.........................................  11

DELINQUENT PROFILE FORMS..............................  12

|    |    |
|----|----|
| 1  | **P-R-O-C-E-E-D-I-N-G-S** |
| 2  | THURSDAY, OCTOBER 29, 2015 |
| 3  | (IN CHAMBERS VIA TELEPHONE) |
| 4  |    |
| 5  |    |
| 15:32:51 6  | THE COURT:  Good afternoon, everyone.  This is |
| 15:32:52 7  | Judge Fallon, who is on the line for the plaintiffs? |
| 15:32:56 8  | MR. DAVIS:  Hello, Your Honor.  This is Lenny, |
| 15:32:58 9  | Lenny Davis. |
| 15:32:59 10 | THE COURT:  Hi, Lenny. |
| 15:32:59 11 | MR. MEUNIER:  Jerry.  Jerry Meunier. |
| 15:33:01 12 | THE COURT:  Jerry.  Anyone else? |
| 15:33:03 13 | MR. BIRCHFIELD:  Andy Birchfield. |
| 15:33:05 14 | THE COURT:  Okay, Andy. |
| 15:33:05 15 | MR. BARR:  Good afternoon, Your Honor.  It's Brian. |
| 15:33:09 16 | THE COURT:  Okay, Brian. |
| 15:33:09 17 | MS. BARRIOS:  Your Honor, Dawn Barrios is on. |
| 15:33:11 18 | THE COURT:  All right, Dawn. |
| 15:33:11 19 | Anybody else for the plaintiffs? |
| 15:33:16 20 | For the defendants? |
| 15:33:16 21 | MR. IRWIN:  Good afternoon, Judge.  Jim Irwin. |
| 15:33:16 22 | THE COURT:  Okay, Jim. |
| 15:33:18 23 | Anyone else? |
| 15:33:19 24 | Susan, are you there?  Steve? |
| 15:33:22 25 | UNIDENTIFIED SPEAKER:  Airplane troubles. |

**OFFICIAL TRANSCRIPT**

15:33:24    1          THE COURT:  Okay.

15:33:24    2          MR. HOFFMAN:  William Hoffman, Your Honor.

15:33:28    3          THE COURT:  Okay.  Bill.

15:33:30    4          MR.  OLINDE:  John Olinde.

15:33:32    5          THE COURT:  All right, John.

15:33:37    6          MS. KOLE:  Deirdre Kole.  I'm with Susan's office.

15:33:40    7          THE COURT:  All right.  We have a status conference, so

15:33:43    8  one of the issues that the parties indicated they wanted to

15:33:46    9  discuss was the 30(b)(6) notices.  What did you have in mind,

15:33:52   10  Lenny?

15:33:53   11          MR. DAVIS:  Judge, we really just wanted to follow up

15:35:56   12  from what was discussed at the status conference.  As we

15:34:02   13  indicated to the Court, we had reached agreement on the

15:34:06   14  30(b)(6) corporate structure notice with J&J, Janssen, and

15:34:12   15  Bayer, and we are aiming to get those depositions taken.

15:34:17   16          We've had communications, meet and confers with

15:34:20   17  the defendants to try to select a date.  Bayer has provided us

15:34:24   18  a date, and I've told William that we would get back to him.

15:34:32   19          What we're doing is checking to see availability

15:34:34   20  of questioners, and now that we have a location where Bayer

15:34:41   21  suggests, we will be getting back to them on that, and we would

15:34:46   22  like to get moving with that deposition.

15:34:49   23          We're still waiting on J&J, Janssen to get us a

15:34:54   24  date.  I expect that they will be getting us a date soon.  I'm

15:34:58   25  hopeful that they will.

                              **OFFICIAL TRANSCRIPT**

15:34:59  1          THE COURT:  Okay.  Where are you going to take them,

15:35:01  2     William?  Where are y'all going to take them, William?

15:35:05  3          MR. HOFFMAN:  I apologize, Your Honor.  I had my phone

15:35:07  4     on mute.

15:35:08  5               The witness is in Pittsburgh and that's what I

15:35:11  6     proposed for Lenny.  We need to do something different,

15:35:15  7     obviously, to try to work that out.

15:35:17  8          THE COURT:  It's very helpful to take the 30(b)(6)'s --

15:35:22  9     usually it's helpful to take them where the people are.  In the

15:35:26 10     event you need some document or you need some verification of

15:35:29 11     something, they can just go in the next office and get it, as

15:35:33 12     opposed to saying, Well, I'll send it to you in a week or two.

15:35:41 13          MR. HOFFMAN:  That's exactly what we were thinking.

15:35:43 14          MR. DAVIS:  We have no issue with that.  We haven't

15:35:45 15     raised that issue at all.  We actually think that makes a lot

15:35:48 16     of sense.  The only issue is getting the date pinned down and

15:35:52 17     we're working on that.  I don't expect that we'll have a

15:35:55 18     problem with William on that.

15:35:58 19          THE COURT:  All right.  What about the state

15:36:01 20     coordination, Dawn?  You talked to me last time about

15:36:06 21     contacting the judges.  Do you have the list of the judges and

15:36:10 22     addresses?

15:36:12 23          MS. BARRIOS:  Yes, Your Honor, I have that.  I had

15:36:17 24     prepared a draft of the letter and sent it to, obviously, to

15:36:20 25     the PEC and defense.  I don't want to speak for everybody, but

**OFFICIAL TRANSCRIPT**

15:36:25 1    I think all parties are in agreement with the content of the
15:36:28 2    letter, but the issue is who should send the letter out?
15:36:34 3    Should it be Your Honor or should it be me?
15:36:39 4         THE COURT:  Either way.  Give me some input.
15:36:41 5         MS. DAVIS:  Your Honor, Jim and I spoke earlier today
15:36:43 6    specifically about this issue, and we really could use some
15:36:47 7    guidance from the Court.
15:36:49 8              Jim was concerned that the letter come from one
15:36:54 9    of the parties, and I told Jim that we didn't have any
15:36:58 10   disagreement with that, that it may be appropriate for the
15:37:01 11   Court, but we didn't know what Your Honor's thought was.  We
15:37:05 12   also didn't know what Your Honor's view was with respect to the
15:37:08 13   content of the letter.
15:37:09 14        THE COURT:  Yes, well, it doesn't matter from my
15:37:12 15   standpoint who writes it.  I would like to call judges and at
15:37:18 16   least visit with them on the phone, and I think it's better for
15:37:26 17   the federal judge to contact the state judges rather than have
15:37:29 18   the state judges call the federal judge.  It's just one of
15:37:34 19   those things that make for a better relationship as the case
15:37:37 20   goes on.
15:37:39 21             So I would be talking to them, but I don't have
15:37:42 22   any problem if you all feel that a party should write it,
15:37:47 23   that's fine with me.  If you feel that the Court should write
15:37:51 24   it, I'll do it.
15:37:52 25        MR. IRWIN:  Your Honor, this is Jim.  We would prefer

**OFFICIAL TRANSCRIPT**

15:37:54  1   that it came from you.  I did speak to Lenny about that.  I

15:37:58  2   talked about it on our side.  We think it's a nice letter, and

15:38:02  3   we don't have any issues with the content.

15:38:06  4          We're not sure it needs to go out now, but if

15:38:08  5   that's Your Honor's feeling, if that's the group's feeling,

15:38:12  6   that's fine, but we would prefer that it came from you.

15:38:15  7          It could be very appropriate that it have an

15:38:18  8   introduction about Dawn because she knows she can very capably

15:38:23  9   facilitate some of that.  That's our preference.

15:38:25 10          THE COURT:  Okay.  All right.  That's fine.  I don't

15:38:27 11   have any problem with that.

15:38:30 12          MR. DAVIS:  Your Honor, I'm going to ask Dawn to please

15:38:32 13   make sure that it gets sent over to you and copy Jim and the

15:38:36 14   rest of the folks so that everybody is aware of the letter

15:38:41 15   that's being sent to you.

15:38:43 16          MS. BARRIOS:  I will could that this afternoon, Lenny.

15:38:46 17   And, Jim --

15:38:47 18          THE COURT:  Okay.  If I have to proof it, this

15:38:47 19   afternoon --

15:38:48 20          MS. BARRIOS:  (Speaking simultaneously) If I might just

15:38:50 21   address, I'm sorry, something that Jim said about the timing of

15:38:53 22   the letter.

15:38:55 23          THE COURT:  Go ahead.

15:38:56 24          MS. BARRIOS:  We have reached out to all plaintiffs'

15:38:58 25   counsel in the nonPennsylvania cases.  I would like the letter

**OFFICIAL TRANSCRIPT**

15:39:02  1   to go out sooner rather than later because I do not want an

15:39:07  2   issue to arise when they want to take a deposition in their

15:39:10  3   state court case and then we have a problem.

15:39:13  4            If we let them know of the existence of the MDL,

15:39:16  5   I'm not sure that the state court judges know that there is an

15:39:21  6   MDL, I think it would be better to handle it in front rather

15:39:25  7   than to have a problem later and then try to fix it.

15:39:29  8        MR. IRWIN:  That's fine.  We appreciate that.  I think

15:39:32  9   that also speaks to why we think it's best coming from the

15:39:37 10   judge.

15:39:41 11        THE COURT:  That's fine.  I'll do that.  If I have to

15:39:42 12   tweak it, I'll tweak it but I'll send you all a draft before I

15:39:46 13   send it out.

15:39:47 14            Okay.  Get it over to me, Dawn, so I can --

15:39:49 15        MS. BARRIOS:  (Speaking simultaneously)  Yes, sir.

15:39:51 16   I'll do that right now.

15:39:52 17        THE COURT:  Any other thing that we have to talk about?

15:39:55 18   Brian, you or Andy have anything?

15:39:58 19        MR. BARR:  Not presently, Your Honor.

15:40:00 20        THE COURT:  Jerry --

15:40:01 21        MR. MEUNIER:  I'm fine, Judge.  Nothing else.

15:40:03 22        THE COURT:  Jim?

15:40:04 23        MR. IRWIN:  Judge, I just wanted you to know that Susan

15:40:09 24   is working on those dates for Lenny on the Janssen 30(b)(6),

15:40:12 25   and I did mention that to Lenny today when we talked.

**OFFICIAL TRANSCRIPT**

15:40:16  1          MR. DAVIS:  And we appreciate that.

15:40:18  2          THE COURT:  Oh, yes, give me some input, Lenny,

15:40:22  3  particularly you and Jerry.  I'm getting some motions from

15:40:26  4  plaintiff's counsel.  Some of them, you know, if a plaintiff

15:40:31  5  dies or something of that sort, it's one thing, but some folks

15:40:36  6  are dragging their heels on the fact sheets.

15:40:41  7          We've got to be able to push on that because a

15:40:47  8  lot of it is going to be helpful in deciding the discovery pool

15:40:53  9  and getting our hands around the litigation and then working

15:40:58 10  toward the picking of bellwethers, and it holds matters up if

15:41:06 11  we just linger with that.

15:41:07 12          It's not the traditional one where we go on to

15:41:11 13  the next step regardless of whether the Answers to

15:41:18 14  Interrogatories are coming.  You move to the next discovery

15:41:20 15  procedure, but here it's sort of a building block situation.

15:41:28 16  This is one of our key building blocks so that we can get to

15:41:31 17  the next step, and that can be a problem with folks.  I don't

15:41:38 18  like to dismiss the cases Willy-nilly, but we've got to get

15:41:43 19  that message to them.

15:41:47 20          MR. MEUNIER:  We can maybe do a letter, Judge, to

15:41:51 21  plaintiff's counsel.

15:41:51 22          MR. DAVIS:  We have consistently told people and

15:41:54 23  purposefully made the comments at the status conferences that

15:41:57 24  getting the profile forms in on a timely basis is really

15:42:02 25  necessary and important.

**OFFICIAL TRANSCRIPT**

15:42:04  1          We have put our administrative committee to the

15:42:10  2   task of reaching out to folks and encouraging them and

15:42:18  3   attempting to assist people to get their profile forms in on a

15:42:22  4   timely basis.

15:42:23  5          We've also dealt with -- yeah, I guess it's Susan

15:42:29  6   who we dealt with -- who has reached out to us recently about

15:42:36  7   delinquent profile forms, and we're setting up a conference

15:42:39  8   with her next week with our folks -- in particular

15:42:45  9   Sindhu Daniel, who is on the administrative committee -- to

15:42:50 10   deal with a number of these issues and try to get them

15:42:54 11   addressed so that if, in fact, there is a deficiency and there

15:42:59 12   is a reason for the deficiency, such as maybe the case is to be

15:43:04 13   dismissed or something like that, we can walk through those and

15:43:07 14   clean that docket up.

15:43:09 15          As to getting people to fill out profile forms,

15:43:13 16   we will send a letter out.  As Jerry said a minute ago, we can

15:43:18 17   do that, and we can continue to encourage people, and I think

15:43:23 18   it's something that we certainly ought to stress at the status

15:43:26 19   conferences as well.

15:43:28 20      THE COURT:  Yes.  I'm going to have to set some motions

15:43:30 21   for them, too, some show cause motions because the way we're

15:43:36 22   trying to deal with this litigation is a little different than

15:43:38 23   we've done in the past in the sense that the profile forms, the

15:43:46 24   early fact sheets are really significant on various levels.

15:43:51 25   The ability to search them, to collect them and to try to make

15:44:00 1    some sense out of the census of the litigation is going to be

15:44:06 2    helpful in moving the case, and so it's just an important

15:44:14 3    block.  It can create some issues.

15:44:18 4            Frankly, you all have to know, too, is that this

15:44:22 5    is the first opportunity to do some culling of cases that don't

15:44:32 6    necessarily or shouldn't be in this particular litigation.  You

15:44:38 7    really find in a case oftentimes that there are some people

15:44:43 8    that, frankly, haven't taken the drug, and they may have a case

15:44:49 9    against another drug company but not this drug because they

15:44:53 10   didn't take it.  If that's the situation, they ought not to

15:45:00 11   hold up the litigation and they ought not to create problems

15:45:04 12   that we have to deal with later on.  We'll get them out as

15:45:11 13   quickly as we can.

15:45:12 14           Hopefully there are none of those, but it's been

15:45:15 15   my experience that we come across that situation.  Then if you

15:45:18 16   do it later on, when it becomes appropriate for *Lone Pine* and

15:45:24 17   when it's appropriate for getting through various gates, if

15:45:28 18   that ever comes about, it's really cumbersome and it infects

15:45:37 19   the whole litigation; so, I'm really anxious to focus on those

15:45:42 20   and get them out and get them back.

15:45:48 21      MR. BIRCHFIELD:  Judge, this is Andy.  This is an issue

15:45:50 22   that we are pushing very hard on.  In any litigation you will

15:45:55 23   have some folks that tend to be foot dragging, but we're

15:46:00 24   finding that there are so many of the plaintiffs have multiple,

15:46:04 25   a large number of medical providers, and they have some

15:46:10   1   difficulty with that information.  Some of them are really
15:46:14   2   making legitimate efforts, but we know that this is a key
15:46:18   3   matter.  It drives the bellwether selection process, and so
15:46:22   4   we're pushing this issue very hard.
15:46:24   5          THE COURT:  Good.
15:46:25   6          Jim, next time, if there is a next time on these
15:46:28   7   profile forms, you've got to give some thought to some key
15:46:31   8   questions that you can craft to focus, really, on that, whether
15:46:41   9   or not people should be in.  I've seen it done or at least been
15:46:46  10   thinking about it being done in a when did you take the drug
15:46:51  11   and attach something that indicates that you took the drug.
15:46:55  12          Now, it's hard for somebody to attach all of the
15:47:00  13   medicals immediately because it's cumbersome and it's hard
15:47:05  14   sometime to get them and it's certainly expensive to get them,
15:47:09  15   but everybody ought to be able to have something to show that
15:47:12  16   they took the drug.
15:47:12  17          I mean, the best test would be a prescription or
15:47:19  18   something, but if you don't have that, maybe there is some
15:47:23  19   other thing, but they ought to be able to attach that to a fact
15:47:29  20   sheet so that part can be dealt with easily, but that's
15:47:35  21   probably for the next stage in the case.
15:47:41  22          MR. IRWIN:  Your Honor, we do have that built into the
15:47:44  23   PFS.  There is a requirement to show two important
15:47:47  24   establishment events.  One is a prescription and the other is
15:47:50  25   and event.  It's designed to be able to put that eligibility

**OFFICIAL TRANSCRIPT**

15:47:56  1    question, if it were, right up front.

15:47:56  2              I'm glad to hear from Lenny that there will be a

15:48:06  3    meeting next week on these issues with Susan -- and Deidre

15:48:11  4    knows, who is on this call right now -- knows a great deal

15:48:15  5    about the timing and the adequacy or lack thereof of PFS's.

15:48:22  6              I know that the PEC people and Lenny and Jerry,

15:48:29  7    who are on this call, are working diligently to get that done.

15:48:36  8              I do have some concerns, Judge, that sometime

15:48:38  9    there are some plaintiff firms out there that have harvested a

15:48:42 10    lot of cases, and I worry that they don't have the resources to

15:48:45 11    get this done.

15:48:46 12         THE COURT:  Yes, that's a particular problem that we're

15:48:50 13    seeing in a lot of these cases, and it's brought about,

15:48:55 14    obviously, by advertisers.  You get folks who have the cases,

15:49:00 15    and they are not in the room with you all, and they are not on

15:49:05 16    various committees, and it's sometimes -- well, enough said.

15:49:15 17    We've got to deal with that because it holds up the litigation

15:49:19 18    and presents some problems that down the line.

15:49:25 19              The problem is not only from the defendants'

15:49:29 20    standpoint but from the plaintiffs' standpoint, too, and

15:49:31 21    sometimes it's a larger problem from the plaintiffs' standpoint

15:49:35 22    than from the defendants' standpoint.  So, we can head some of

15:49:41 23    that off at the pass and use the energies and the resources for

15:49:47 24    good purposes as opposed to just putting out fires.

15:49:52 25              All right.  I think I've got everybody's

**OFFICIAL TRANSCRIPT**

15:49:55  1      attention on it.  I am interested in keeping moving on that

15:49:59  2      aspect of the case.

15:50:03  3                   Jerry, you wanted to say something?

15:50:05  4           MR. DAVIS:  We'll continue to do that, Your Honor.

15:50:07  5      Like I said, it is in everyone's best interest to get those in.

15:50:11  6      We recognize it, especially with bellwether selections.

15:50:14  7           THE COURT:  Yes, right.

15:50:16  8               Okay.  All right.  Anything else?  Jim, do you

15:50:19  9      have anything?

15:50:19 10           MR. IRWIN:  No, thank you, Your Honor.

15:50:21 11           THE COURT:  How about, you Lenny?  Jerry?

15:50:25 12           MR. MEUNIER:  We're fine.

15:50:25 13           MR. DAVIS:  I think that's it.

15:50:26 14           THE COURT:  All right, folks.  Thanks, everybody.

         15               (WHEREUPON, at 3:50 p.m. the proceedings were

         16      concluded.)

         17                      REPORTER'S CERTIFICATE

         18           I, Cathy Pepper, Certified Realtime Reporter, Registered
                 Merit Reporter, Certified Court Reporter in and for the State
         19      of Louisiana, Official Court Reporter for the United States
                 District Court, Eastern District of Louisiana, do hereby
         20      certify that the foregoing is a true and correct transcript to
                 the best of my ability and understanding from the record of the
         21      proceedings in the above-entitled and numbered matter.

         22

         23                         s/Cathy Pepper
                                    _____
                                    Cathy Pepper, CRR, RMR, CCR
         24                         Certified Realtime Reporter
                                    Registered Merit Reporter
         25                         Official Court Reporter
                                    United States District Court
                                    Cathy_Pepper@laed.uscourts.gov

                              **OFFICIAL TRANSCRIPT**

| 0 | 7 |
|---|---|

**07932** [1] - 2:25

**1**

**10** [1] - 4:7
**10019** [1] - 3:4
**11** [2] - 4:8, 4:9
**1100** [2] - 1:20, 2:20
**12** [1] - 4:10
**14-MD-2592** [1] - 1:5
**1650** [1] - 2:8
**19103** [1] - 2:9

**2**

**2015** [2] - 1:6, 5:2
**250** [1] - 3:4
**2700** [1] - 2:17
**2800** [2] - 1:20, 1:20
**29** [2] - 1:6, 5:2

**3**

**30(B)(6** [1] - 4:5
**30(b)(6** [3] - 6:9, 6:14, 10:24
**30(b)(6)'s** [1] - 7:8
**30(B)(6)............** [1] - 4:7
**316** [1] - 1:24
**32502** [1] - 1:25
**3450** [1] - 2:8
**36103** [1] - 2:11
**3650** [1] - 2:12
**3:30** [1] - 1:6
**3:50** [1] - 16:15

**4**

**400** [1] - 2:17
**4160** [1] - 2:5

**5**

**500** [2] - 2:24, 3:8
**504** [1] - 3:9
**55TH** [1] - 3:4
**589-7779** [1] - 3:9

**6**

**6** [1] - 4:5
**600** [1] - 1:24

**7** [1] - 4:6
**701** [1] - 2:12
**70113** [1] - 1:16
**70130** [2] - 2:17, 3:9
**70139** [1] - 2:12
**70163** [2] - 1:21, 2:21

**8**

**820** [1] - 1:16

**A**

**ability** [2] - 12:25, 16:20
**able** [4] - 11:7, 14:15, 14:19, 14:25
**above-entitled** [1] - 16:21
**ACTION** [1] - 1:5
**address** [1] - 9:21
**addressed** [1] - 12:11
**addresses** [1] - 7:22
**adequacy** [1] - 15:5
**administrative** [2] - 12:1, 12:9
**advertisers** [1] - 15:14
**afternoon** [5] - 5:6, 5:15, 5:21, 9:16, 9:19
**ago** [1] - 12:16
**agreement** [2] - 6:13, 8:1
**ahead** [1] - 9:23
**aiming** [1] - 6:15
**airplane** [1] - 5:25
**AL** [1] - 2:5
**ALL** [1] - 1:8
**ALLEN** [1] - 2:3
**AND** [1] - 1:19
**Andy** [4] - 5:13, 5:14, 10:18, 13:21
**Answers** [1] - 11:13
**ANTHONY** [1] - 2:4
**anxious** [1] - 13:19
**apologize** [1] - 7:3
**APPEARANCES** [3] - 1:13, 2:1, 3:1
**appreciate** [2] - 10:8, 11:1
**appropriate** [4] - 8:10, 9:7, 13:16, 13:17
**arise** [1] - 10:2
**aspect** [1] - 16:2
**assist** [1] - 12:3

**attach** [3] - 14:11, 14:12, 14:19
**attempting** [1] - 12:3
**attention** [1] - 16:1
**availability** [1] - 6:19
**AVENUE** [1] - 1:16
**aware** [1] - 9:14

**B**

**BARR** [3] - 1:24, 5:15, 10:19
**Barrios** [1] - 5:17
**BARRIOS** [8] - 2:11, 2:11, 5:17, 7:23, 9:16, 9:20, 9:24, 10:15
**basis** [2] - 11:24, 12:4
**Bayer** [3] - 6:15, 6:17, 6:20
**BAYLEN** [1] - 1:24
**BEASLEY** [1] - 2:3
**becomes** [1] - 13:16
**BEFORE** [1] - 1:11
**bellwether** [2] - 14:3, 16:6
**bellwethers** [1] - 11:10
**BENJAMIN** [1] - 1:18
**best** [4] - 10:9, 14:17, 16:5, 16:20
**better** [3] - 8:16, 8:19, 10:6
**BIDDLE** [1] - 2:23
**bill** [1] - 6:3
**BIRCHFIELD** [3] - 2:4, 5:13, 13:21
**Birchfield** [1] - 5:13
**block** [2] - 11:15, 13:3
**blocks** [1] - 11:16
**BOX** [1] - 2:5
**Brian** [3] - 5:15, 5:16, 10:18
**BRIAN** [1] - 1:24
**brought** [1] - 15:13
**building** [2] - 11:15, 11:16
**built** [1] - 14:22
**BY** [12] - 1:15, 1:19, 1:24, 2:4, 2:8, 2:11, 2:16, 2:20, 2:23, 3:3, 3:11, 3:12

**C**

**CAMPUS** [1] - 2:24
**capably** [1] - 9:8
**case** [8] - 8:19, 10:3,

12:12, 13:2, 13:7, 13:8, 14:21, 16:2
**CASES** [1] - 1:8
**cases** [6] - 9:25, 11:18, 13:5, 15:10, 15:13, 15:14
**CASEY** [1] - 2:7
**CASTEIX** [1] - 2:11
**Cathy** [2] - 16:18, 16:23
**CATHY** [1] - 3:7
**Cathy_Pepper@laed .uscourts.gov** [1] - 16:25
**cathy_pepper@laed. uscourts.gov** [1] - 3:10
**CCR** [2] - 3:7, 16:23
**census** [1] - 13:1
**CENTER** [1] - 2:16
**CENTRE** [1] - 1:20
**certainly** [2] - 12:18, 14:14
**CERTIFICATE** [1] - 16:17
**CERTIFIED** [1] - 3:7
**Certified** [3] - 16:18, 16:18, 16:23
**certify** [1] - 16:20
**CHAFFE** [1] - 2:19
**CHAMBERS** [1] - 5:3
**checking** [1] - 6:19
**CIVIL** [1] - 1:5
**clean** [1] - 12:14
**collect** [1] - 12:25
**coming** [2] - 10:9, 11:14
**comments** [1] - 11:23
**committee** [2] - 12:1, 12:9
**committees** [1] - 15:16
**communications** [1] - 6:16
**company** [1] - 13:9
**COMPUTER** [1] - 3:12
**concerned** [1] - 8:8
**concerns** [1] - 15:8
**concluded** [1] - 16:16
**CONFERENCE** [1] - 1:10
**conference** [3] - 6:7, 6:12, 12:7
**conferences** [2] - 11:23, 12:19
**confers** [1] - 6:16
**consistently** [1] - 11:22
**contact** [1] - 8:17

**contacting** [1] - 7:21
**content** [3] - 8:1, 8:13, 9:3
**continue** [2] - 12:17, 16:4
**CONTINUED** [2] - 2:1, 3:1
**coordination** [1] - 7:20
**COORDINATION....... ...........................** [1] - 4:6
**copy** [1] - 9:13
**corporate** [1] - 6:14
**correct** [1] - 16:20
**counsel** [3] - 9:25, 11:4, 11:21
**COUNSEL** [2] - 1:15, 2:15
**Court** [9] - 6:13, 8:7, 8:11, 8:23, 16:18, 16:19, 16:19, 16:24, 16:25
**COURT** [32] - 1:1, 3:7, 5:6, 5:10, 5:12, 5:14, 5:16, 5:18, 5:22, 6:1, 6:3, 6:5, 6:7, 7:1, 7:8, 7:19, 8:4, 8:14, 9:10, 9:18, 9:23, 10:11, 10:17, 10:20, 10:22, 11:2, 12:20, 14:5, 15:12, 16:7, 16:11, 16:14
**court** [2] - 10:3, 10:5
**craft** [1] - 14:8
**create** [2] - 13:3, 13:11
**CROW** [1] - 2:3
**CRR** [2] - 3:7, 16:23
**culling** [1] - 13:5
**cumbersome** [2] - 13:18, 14:13

**D**

**Daniel** [1] - 12:9
**date** [5] - 6:17, 6:18, 6:24, 7:16
**dates** [1] - 10:24
**DATES** [1] - 4:7
**DAVID** [1] - 1:18
**Davis** [1] - 5:9
**DAVIS** [10] - 1:15, 5:8, 6:11, 7:14, 8:5, 9:12, 11:1, 11:22, 16:4, 16:13
**DAWN** [1] - 2:11
**Dawn** [6] - 5:17, 5:18, 7:20, 9:8, 9:12,

10:14
**deal** [5] - 12:10, 12:22, 13:12, 15:4, 15:17
**dealt** [3] - 12:5, 12:6, 14:20
**deciding** [1] - 11:8
**DEFENDANTS** [1] - 2:19
**defendants** [2] - 5:20, 6:17
**defendants'** [2] - 15:19, 15:22
**DEFENDANTS'** [1] - 2:15
**defense** [1] - 7:25
**deficiency** [2] - 12:11, 12:12
**Deidre** [1] - 15:3
**DEIRDRE** [1] - 2:24
**Deirdre** [1] - 6:6
**delinquent** [1] - 12:7
**DELINQUENT** [1] - 4:10
**deposition** [2] - 6:22, 10:2
**depositions** [1] - 6:15
**designed** [1] - 14:25
**dies** [1] - 11:5
**different** [2] - 7:6, 12:22
**difficulty** [1] - 14:1
**diligently** [1] - 15:7
**disagreement** [1] - 8:10
**discovery** [2] - 11:8, 11:14
**discuss** [1] - 6:9
**discussed** [1] - 6:12
**dismiss** [1] - 11:18
**dismissed** [1] - 12:13
**DISTRICT** [3] - 1:1, 1:1, 1:11
**District** [3] - 16:19, 16:25
**docket** [1] - 12:14
**document** [1] - 7:10
**DOCUMENT** [1] - 1:7
**done** [5] - 12:23, 14:9, 14:10, 15:7, 15:11
**down** [2] - 7:16, 15:18
**draft** [2] - 7:24, 10:12
**dragging** [2] - 11:6, 13:23
**DRINKER** [1] - 2:23
**DRIVE** [1] - 2:24
**drives** [1] - 14:3
**drug** [6] - 13:8, 13:9, 14:10, 14:11, 14:16

**E**

**early** [1] - 12:24
**easily** [1] - 14:20
**EASTERN** [1] - 1:1
**Eastern** [1] - 16:19
**efforts** [1] - 14:2
**either** [1] - 8:4
**ELDON** [1] - 1:11
**eligibility** [1] - 14:25
**encourage** [1] - 12:17
**encouraging** [1] - 12:2
**energies** [1] - 15:23
**ENERGY** [1] - 1:20
**entitled** [1] - 16:21
**especially** [1] - 16:6
**ESQUIRE** [8] - 1:15, 1:19, 1:24, 2:4, 2:8, 2:11, 2:16, 2:20, 2:23, 2:24, 3:3
**establishment** [1] - 14:24
**event** [2] - 7:10, 14:25
**events** [1] - 14:24
**exactly** [1] - 7:13
**existence** [1] - 10:4
**expect** [2] - 6:24, 7:17
**expensive** [1] - 14:14
**experience** [1] - 13:15

**F**

**facilitate** [1] - 9:9
**FACT** [1] - 4:8
**fact** [4] - 11:6, 12:11, 12:24, 14:19
**FALLON** [1] - 1:11
**Fallon** [1] - 5:7
**federal** [2] - 8:17, 8:18
**FELLER** [1] - 2:7
**fill** [1] - 12:15
**fine** [7] - 8:23, 9:6, 9:10, 10:8, 10:11, 10:21, 16:12
**fires** [1] - 15:24
**firms** [1] - 15:9
**first** [1] - 13:5
**fix** [1] - 10:7
**FL** [1] - 1:25
**FLORHAM** [1] - 2:25
**focus** [2] - 13:19, 14:8
**folks** [8] - 9:14, 11:5, 11:17, 12:2, 12:8, 13:23, 15:14, 16:14
**follow** [1] - 6:11
**foot** [1] - 13:23
**FOR** [5] - 1:14, 1:23,

2:15, 2:19, 4:7
**foregoing** [1] - 16:20
**forms** [6] - 11:24, 12:3, 12:7, 12:15, 12:23, 14:7
**FORMS.....................**
**.......** [1] - 4:10
**FORMS.....................**
**...............** [1] - 4:9
**frankly** [2] - 13:4, 13:8
**FRITCHIE** [1] - 2:15
**front** [2] - 10:6, 15:1

**G**

**GAINSBURGH** [1] - 1:18
**gates** [1] - 13:17
**GERALD** [1] - 1:19
**glad** [1] - 15:2
**GLICKSTEIN** [1] - 3:3
**great** [1] - 15:4
**group's** [1] - 9:5
**guess** [1] - 12:5
**guidance** [1] - 8:7

**H**

**handle** [1] - 10:6
**hands** [1] - 11:9
**hard** [4] - 13:22, 14:4, 14:12, 14:13
**harvested** [1] - 15:9
**HB406** [1] - 3:8
**head** [1] - 15:22
**hear** [1] - 15:2
**HEARD** [1] - 1:11
**heels** [1] - 11:6
**hello** [1] - 5:8
**helpful** [4] - 7:8, 7:9, 11:8, 13:2
**hereby** [1] - 16:19
**HERMAN** [2] - 1:15
**hi** [1] - 5:10
**HOFFMAN** [4] - 2:8, 6:2, 7:3, 7:13
**Hoffman** [1] - 6:2
**hold** [1] - 11:3
**holds** [2] - 11:10, 15:17
**Honor** [14] - 5:8, 5:15, 5:17, 6:2, 7:3, 7:23, 8:3, 8:5, 8:25, 9:12, 10:19, 14:22, 16:4, 16:10
**Honor's** [3] - 8:11, 8:12, 9:5
**HONORABLE** [1] -

1:11
**hopeful** [1] - 6:25
**hopefully** [1] - 13:14

**I**

**immediately** [1] - 14:13
**important** [3] - 11:25, 13:2, 14:23
**IN** [2] - 1:4, 5:3
**indicated** [2] - 6:8, 6:13
**indicates** [1] - 14:11
**infects** [1] - 13:18
**information** [1] - 14:1
**input** [2] - 8:4, 11:2
**interest** [1] - 16:5
**interested** [1] - 16:1
**Interrogatories** [1] - 11:14
**introduction** [1] - 9:8
**Irwin** [1] - 5:21
**IRWIN** [8] - 2:15, 2:16, 5:21, 8:25, 10:8, 10:23, 14:22, 16:10
**issue** [8] - 7:14, 7:15, 7:16, 8:2, 8:6, 10:2, 13:21, 14:4
**issues** [5] - 6:8, 9:3, 12:10, 13:3, 15:3
**ITEMS** [1] - 4:3

**J**

**J&J** [2] - 6:14, 6:23
**JAMES** [1] - 2:16
**JANSSEN** [1] - 4:7
**Janssen** [3] - 6:14, 6:23, 10:24
**Jerry** [9] - 5:11, 5:12, 10:20, 11:3, 12:16, 13:16, 16:3, 16:11
**Jim** [12] - 5:21, 5:22, 8:5, 8:8, 8:9, 8:25, 9:13, 9:17, 9:21, 10:22, 14:6, 16:8
**JOHN** [1] - 2:20
**John** [2] - 6:4, 6:5
**JR** [1] - 2:4
**Judge** [6] - 5:7, 5:21, 10:21, 11:20, 13:21, 15:8
**JUDGE** [1] - 1:11
**judge** [6] - 6:11, 8:17, 8:18, 10:10, 10:23
**judges** [6] - 7:21, 8:15, 8:17, 8:18,

10:5

**K**

**KATZ** [1] - 1:15
**KAYE** [1] - 3:3
**keeping** [1] - 16:1
**key** [3] - 11:16, 14:2, 14:7
**KINGSDORF** [1] - 2:11
**knows** [3] - 9:8, 15:4
**KOLE** [2] - 2:24, 6:6
**Kole** [1] - 6:6

**L**

**LA** [6] - 1:16, 1:21, 2:12, 2:17, 2:21, 3:9
**lack** [1] - 15:5
**large** [1] - 13:25
**larger** [1] - 15:21
**last** [1] - 7:20
**least** [2] - 8:16, 14:9
**legitimate** [1] - 14:2
**LENNY** [1] - 4:7
**Lenny** [13] - 5:8, 5:9, 5:10, 6:10, 7:6, 9:1, 9:16, 10:24, 10:25, 11:2, 15:2, 15:6, 16:11
**LEONARD** [1] - 1:15
**letter** [11] - 7:24, 8:2, 8:8, 8:13, 9:2, 9:14, 9:22, 9:25, 11:20, 12:16
**levels** [1] - 12:24
**LEVIN** [1] - 1:23
**LIABILITY** [1] - 1:4
**LIAISON** [2] - 1:15, 2:15
**line** [2] - 5:7, 15:18
**linger** [1] - 11:11
**list** [1] - 7:21
**LITIGATION** [1] - 1:4
**litigation** [8] - 11:9, 12:22, 13:1, 13:6, 13:11, 13:19, 13:22, 15:17
**location** [1] - 6:20
**Lone** [1] - 13:16
**Louisiana** [2] - 16:19, 16:19
**LOUISIANA** [2] - 1:1, 1:6

## M

**MARK** [1] - 2:8
**MARKET** [1] - 2:8
**matter** [3] - 8:14, 14:3, 16:21
**matters** [1] - 11:10
**MCCALL** [1] - 2:19
**MDL** [2] - 10:4, 10:6
**mean** [1] - 14:17
**MECHANICAL** [1] - 3:11
**medical** [1] - 13:25
**medicals** [1] - 14:13
**meet** [1] - 6:16
**meeting** [1] - 15:3
**mention** [1] - 10:25
**Merit** [2] - 16:18, 16:24
**MERIT** [1] - 3:8
**message** [1] - 11:19
**METHVIN** [1] - 2:3
**Meunier** [1] - 5:11
**MEUNIER** [6] - 1:19, 1:19, 5:11, 10:21, 11:20, 16:12
**might** [1] - 9:20
**MILES** [1] - 2:4
**mind** [1] - 6:9
**minute** [1] - 12:16
**MITCHELL** [1] - 1:23
**MONTGOMERY** [1] - 2:5
**MOORE** [1] - 2:15
**motions** [3] - 11:3, 12:20, 12:21
**move** [1] - 11:14
**moving** [3] - 6:22, 13:2, 16:1
**MR** [26] - 5:8, 5:11, 5:13, 5:15, 5:21, 6:2, 6:4, 6:11, 7:3, 7:13, 7:14, 8:25, 9:12, 10:8, 10:19, 10:21, 10:23, 11:1, 11:20, 11:22, 13:21, 14:22, 16:4, 16:10, 16:12, 16:13
**MS** [8] - 5:17, 6:6, 7:23, 8:5, 9:16, 9:20, 9:24, 10:15
**multiple** [1] - 13:24
**mute** [1] - 7:4

## N

**necessarily** [1] - 13:6
**necessary** [1] - 11:25

**need** [3] - 7:6, 7:10
**needs** [1] - 9:4
**NEW** [8] - 1:6, 1:16, 1:21, 2:12, 2:17, 2:21, 3:4, 3:9
**next** [9] - 7:11, 11:13, 11:14, 11:17, 12:8, 14:6, 14:21, 15:3
**nice** [1] - 9:2
**nilly** [1] - 11:18
**NJ** [1] - 2:25
**NO** [1] - 1:5
**none** [1] - 13:14
**nonPennsylvania** [1] - 9:25
**nothing** [1] - 10:21
**notice** [1] - 6:14
**notices** [1] - 6:9
**NOTICES...................
................. [1] - 4:5
**number** [2] - 12:10, 13:25
**numbered** [1] - 16:21
**NY** [1] - 3:4

## O

**O'KEEFE** [1] - 1:16
**obviously** [3] - 7:7, 7:24, 15:14
**OCTOBER** [2] - 1:6, 5:2
**OF** [2] - 1:1, 1:10
**office** [2] - 6:6, 7:11
**OFFICE** [1] - 2:5
**Official** [2] - 16:19, 16:24
**OFFICIAL** [1] - 3:7
**oftentimes** [1] - 13:7
**Olinde** [1] - 6:4
**OLINDE** [2] - 2:20, 6:4
**ON** [1] - 4:7
**one** [7] - 6:8, 8:8, 8:18, 11:5, 11:12, 11:16, 14:24
**opportunity** [1] - 13:5
**opposed** [2] - 7:12, 15:24
**ORLEANS** [7] - 1:6, 1:16, 1:21, 2:12, 2:17, 2:21, 3:9
**ought** [5] - 12:18, 13:10, 13:11, 14:15, 14:19

## P

**P.M** [1] - 1:6

**p.m** [1] - 16:15
**PA** [1] - 2:9
**PAGE** [1] - 4:3
**PAPANTONIO** [1] - 1:23
**PARK** [1] - 2:25
**part** [1] - 14:20
**particular** [2] - 12:8, 13:6, 15:12
**particularly** [1] - 11:3
**parties** [3] - 6:8, 8:1, 8:9
**party** [1] - 8:22
**pass** [1] - 15:23
**past** [1] - 12:23
**PEC** [2] - 7:25, 15:6
**PENSACOLA** [1] - 1:25
**people** [8] - 7:9, 11:22, 12:3, 12:15, 12:17, 13:7, 14:9, 15:6
**PEPPER** [1] - 3:7
**Pepper** [3] - 16:18, 16:22, 16:23
**PFS** [1] - 14:23
**PFS's** [1] - 15:5
**PHILADELPHIA** [1] - 2:9
**phone** [2] - 7:3, 8:16
**picking** [1] - 11:10
**Pine** [1] - 13:16
**pinned** [1] - 7:16
**Pittsburgh** [1] - 7:5
**plaintiff** [2] - 11:4, 15:9
**plaintiff's** [2] - 11:4, 11:21
**PLAINTIFFS** [1] - 1:23
**plaintiffs** [3] - 5:7, 5:19, 13:24
**plaintiffs'** [3] - 9:24, 15:20, 15:21
**PLAINTIFFS'** [1] - 1:14
**pool** [1] - 11:8
**PORTIS** [1] - 2:4
**POST** [1] - 2:5
**POYDRAS** [5] - 1:20, 2:12, 2:17, 2:20, 3:8
**prefer** [2] - 8:25, 9:6
**preference** [1] - 9:9
**prepared** [1] - 7:24
**prescription** [2] - 14:17, 14:24
**presently** [1] - 10:19
**presents** [1] - 15:18
**problem** [9] - 7:18, 8:22, 9:11, 10:3, 10:7, 11:17, 15:12,

15:19, 15:21
**problems** [2] - 13:11, 15:18
**procedure** [1] - 11:15
**proceedings** [2] - 16:15, 16:21
**PROCEEDINGS** [3] - 1:10, 3:11, 5:1
**process** [1] - 14:3
**PROCTOR** [1] - 1:23
**PRODUCED** [1] - 3:12
**PRODUCTS** [1] - 1:4
**profile** [6] - 11:24, 12:3, 12:7, 12:15, 12:23, 14:7
**PROFILE** [2] - 4:9, 4:10
**proof** [1] - 9:18
**proposed** [1] - 7:6
**provided** [1] - 6:17
**providers** [1] - 13:25
**purposefully** [1] - 11:23
**purposes** [1] - 15:24
**push** [1] - 11:7
**pushing** [2] - 13:22, 14:4
**put** [2] - 12:1, 14:25
**putting** [1] - 15:24

## Q

**questioners** [1] - 6:20
**questions** [1] - 14:8
**quickly** [1] - 13:13

## R

**RAFFERTY** [1] - 1:23
**raised** [1] - 7:15
**rather** [3] - 8:17, 10:1, 10:6
**RE** [1] - 1:4
**reached** [3] - 6:13, 9:24, 12:6
**reaching** [1] - 12:2
**really** [9] - 6:11, 8:6, 11:24, 12:24, 13:7, 13:18, 13:19, 14:1, 14:8
**REALTIME** [1] - 3:7
**Realtime** [2] - 16:18, 16:23
**reason** [1] - 12:12
**REATH** [1] - 2:23
**recently** [1] - 12:6
**recognize** [1] - 16:6
**record** [1] - 16:20

**RECORDED** [1] - 3:11
**regardless** [1] - 11:13
**Registered** [1] - 16:18
**REGISTERED** [1] - 3:8
**registered** [1] - 16:24
**RELATES** [1] - 1:7
**relationship** [1] - 8:19
**Reporter** [7] - 16:18, 16:18, 16:19, 16:23, 16:24, 16:24
**REPORTER** [3] - 3:7, 3:7, 3:8
**REPORTER'S** [1] - 16:17
**requirement** [1] - 14:23
**resources** [2] - 15:10, 15:23
**respect** [1] - 8:12
**rest** [1] - 9:14
**RIVAROXABAN** [1] - 1:4
**RMR** [2] - 3:7, 16:23
**room** [1] - 15:15
**ROOM** [1] - 3:8
**ROSS** [1] - 2:7

## S

**s/Cathy** [1] - 16:22
**SCHOLER** [1] - 3:3
**search** [1] - 12:25
**see** [1] - 6:19
**seeing** [1] - 15:13
**select** [1] - 6:17
**selection** [1] - 14:3
**selections** [1] - 16:6
**send** [5] - 7:12, 8:2, 10:12, 10:13, 12:16
**sense** [3] - 7:16, 12:23, 13:1
**sent** [3] - 7:24, 9:13, 9:15
**set** [1] - 12:20
**setting** [1] - 12:7
**SHARKO** [1] - 2:23
**sheet** [1] - 14:20
**sheets** [2] - 11:6, 12:24
**SHEETS..................
................. [1] - 4:8
**show** [3] - 12:21, 14:15, 14:23
**side** [1] - 9:2
**significant** [1] - 12:24
**simultaneously** [2] - 9:20, 10:15
**Sindhu** [1] - 12:9
**situation** [3] - 11:15,

4

13:10, 13:15
**sometime** [2] - 14:14, 15:8
**sometimes** [2] - 15:16, 15:21
**soon** [1] - 6:24
**sooner** [1] - 10:1
**sorry** [1] - 9:21
**sort** [2] - 11:5, 11:15
**SOUTH** [1] - 1:24
**SPEAKER** [1] - 5:25
**Speaking** [2] - 9:20, 10:15
**speaks** [1] - 10:9
**specifically** [1] - 8:6
**stage** [1] - 14:21
**standpoint** [5] - 8:15, 15:20, 15:21, 15:22
**State** [1] - 16:18
**STATE** [1] - 4:6
**state** [5] - 7:19, 8:17, 8:18, 10:3, 10:5
**States** [2] - 16:19, 16:25
**STATES** [2] - 1:1, 1:11
**status** [4] - 6:7, 6:12, 11:23, 12:18
**STATUS** [1] - 1:10
**STENOGRAPHY** [1] - 3:11
**step** [2] - 11:13, 11:17
**Steve** [1] - 5:24
**STEVEN** [1] - 3:3
**still** [1] - 6:23
**STREET** [8] - 1:20, 1:24, 2:8, 2:12, 2:17, 2:20, 3:4, 3:8
**stress** [1] - 12:18
**structure** [1] - 6:14
**suggests** [1] - 6:21
**SUITE** [5] - 1:20, 1:24, 2:8, 2:12, 2:17
**Susan** [4] - 5:24, 10:23, 12:5, 15:3
**SUSAN** [1] - 2:23
**Susan's** [1] - 6:6

## T

**task** [1] - 12:2
**TELEPHONE** [1] - 5:3
**TELEPHONIC** [1] - 1:10
**tend** [1] - 13:23
**test** [1] - 14:17
**TEXACO** [1] - 2:16
**THE** [36] - 1:11, 1:14, 1:23, 2:15, 2:19, 4:7, 5:6, 5:10, 5:12, 5:14,

5:16, 5:18, 5:22, 6:1, 6:3, 6:5, 6:7, 7:1, 7:8, 7:19, 8:4, 8:14, 9:10, 9:18, 9:23, 10:11, 10:17, 10:20, 10:22, 11:2, 12:20, 14:5, 15:12, 16:7, 16:11, 16:14
**thereof** [1] - 15:5
**thinking** [2] - 7:13, 14:10
**THIS** [1] - 1:7
**THOMAS** [1] - 1:23
**THURSDAY** [2] - 1:6, 5:2
**timely** [2] - 11:24, 12:4
**timing** [2] - 9:21, 15:5
**TO** [1] - 1:7
**today** [2] - 8:5, 10:25
**took** [2] - 14:11, 14:16
**toward** [1] - 11:10
**traditional** [1] - 11:12
**transcript** [1] - 16:20
**TRANSCRIPT** [2] - 1:10, 3:11
**troubles** [1] - 5:25
**true** [1] - 16:20
**try** [5] - 6:17, 7:7, 10:7, 12:10, 12:25
**trying** [1] - 12:22
**tweak** [2] - 10:12
**two** [2] - 7:12, 14:23

## U

**UNIDENTIFIED** [1] - 5:25
**UNITED** [2] - 1:1, 1:11
**United** [2] - 16:19, 16:25
**up** [7] - 6:11, 11:10, 12:7, 12:14, 13:11, 15:1, 15:17
**URQUHART** [1] - 2:15

## V

**various** [3] - 12:24, 13:17, 15:16
**verification** [1] - 7:10
**VIA** [1] - 5:3
**view** [1] - 8:12
**visit** [1] - 8:16

## W

**waiting** [1] - 6:23
**walk** [1] - 12:13

**WARSHAUER** [1] - 1:19
**week** [3] - 7:12, 12:8, 15:3
**WEST** [1] - 3:4
**WHEREUPON** [1] - 16:15
**whole** [1] - 13:19
**William** [5] - 6:2, 6:18, 7:2, 7:18
**Willy** [1] - 11:18
**Willy-nilly** [1] - 11:18
**witness** [1] - 7:5
**worry** [1] - 15:10
**write** [2] - 8:22, 8:23
**writes** [1] - 8:15

## X 

**XARELTO** [1] - 1:4

## Y

**y'all** [1] - 7:2
**YORK** [1] - 3:4

**OFFICIAL TRANSCRIPT**