## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  PRODUCTS    *   MDL NO. 2592
LIABILITY LITIGATION

                 *   SECTION L

                 *

                 *   JUDGE ELDON E. FALLON

                 *

                 *   MAG. MICHAEL NORTH

**********************************************  *

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

**IT IS ORDERED** that the monthly Xarelto status conference scheduled for November 16 and referenced in this Court's October 21, 2015, Minute Entry, R. Doc. 1476, is hereby rescheduled for November 20, 2015 at 1:00 p.m.  The call-in information for those planning to audit the conference is unchanged.  To audit, please call (800) 707-9573 and enter access code 369396.

**IT IS FURTHER ORDERED** that the oral argument scheduled  in this Court's October 27, 2015, Order, R. Doc. 1511, for Monday, November 16, 2015, is hereby continued  to immediately follow the Xarelto monthly status conference referenced above.  The briefing schedule regarding this oral argument is unchanged.

New Orleans, Louisiana this 30th day of October, 2015.

_____

UNITED STATES DISTRICT JUDGE