# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| GREGORY A. BLUE, ON BEHALF OF THE ESTATE OF GIRLEEN ANDRUS | : : : | JUDGE ELDON E. FALLON |
| Plaintiff, | : : | MAGISTRATE JUDGE NORTH |
| v. | : : | Case No. 2:15-cv-00273 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | : : : : : : : : : : : : : : : | |
| Defendants. | : : : | |

_____

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice against all named defendants, each party to bear its own fees and costs. Gregory Blue, on behalf of his deceased mother Girleen Andrus, reserves his rights against all other defendants not related to

00317062

the Janssen and Bayer defendants who may have caused and/or contributed to Ms. Andrus' demise.

| | |
|---|---|
| ALLEN BERGER & ASSOCIATES PLC<br>Attorneys for Plaintiff | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson |
| By: __s/ Allan Berger__<br>Allan Berger | By: __s/ Susan M. Sharko__<br>Susan M. Sharko |
| Dated: November 2, 2015 | Dated: November 2, 2015 |
| | KAYE SCHOLER LLP<br>Attorneys for Defendants<br>Bayer Healthcare Pharmaceuticals, Inc. and<br>Bayer Pharma AG |
| | By: __s/ William Hoffman__<br>William Hoffman |
| | Dated: November 2, 2015 |
| | /s/ *James B. Irwin*<br>James B. Irwin<br>Kim E. Moore<br>IRWIN FRITCHIE URQUHART & MOORE LLC<br>400 Poydras St., Ste. 2700<br>New Orleans, LA 70130<br>(504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br>*Liaison Counsel for Defendants* |
| | Dated:   November 2, 2015 |

-3-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 2, 2015, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/

00317062

-3-