IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | | |
| THIS DOCUMENT RELATES TO: | * | |
| | | |
| GREGORY A. BLUE, ON BEHALF OF | * | SECTION L |
| THE ESTATE OF GIRLEEN ANDRUS | * | JUDGE ELDON E. FALLON |
| V. JANSSEN RESEARCH & | * | MAG. JUDGE NORTH |
| DEVELOPMENT LLC, ET AL | * | |
| CASE NO. 2:15-CV-00273 | * | |

## ORDER

THIS MATTER, having come before the Court on Plaintiff Gregory A. Blue, Individually and as Executor of the Estate of Girleen Andrus, Deceased's Motion for Voluntary Dismissal without Prejudice, and this Court Deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff Gregory A. Blue, Individually and as Executor of the Estate of Girleen Andrus, Deceased's Motion for Voluntary Dismissal without Prejudice is GRANTED, each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE