# EXHIBIT "A"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

CASE MANAGEMENT ORDER NO. 3

Pursuant to Case Management Order No. 2, the parties were to meet and confer and report to the Court regarding the method of selecting discovery pool plaintiffs and bellwether trial plaintiffs.  After fully considering each party's position, the Court hereby Orders as follows:

1.  **Process for Selection into the Bellwether Discovery Pool**

    a.  Forty individual plaintiff cases will be selected for the discovery pool.

    b.  The parties shall continue to meet and confer to reach consensus on the appropriate eligibility criteria for inclusion into the initial plaintiff bellwether discovery pool and the appropriate case categories based upon a census of the docket using data maintained by BrownGreer through MDL Centrality.  The eligibility criteria and case categories shall be subject to a later order of this Court. [1]

    c.  Plaintiffs will select 10 individual plaintiff cases, and Defendants (collectively) will select 10 individual plaintiff cases to be included in the

---

[1] All relevant criteria, including such factors as, proof of use of Xarelto; the injury alleged; the indication for which the plaintiff was prescribed Xarelto; and the federal district court where venue is proper, will be potential considerations for eligibility in order to achieve a discovery pool that is representative of the census of the docket.

discovery pool.  Plaintiffs' and Defendants' selections shall be allowed to select any eligible plaintiff from any category with the understanding that the purpose of the bellwether process is to identify representative plaintiffs for discovery and trial.  At least two (2) of each side's selections must be plaintiffs for whom venue is proper in the Eastern District of Louisiana.

d.  The remaining 20 individual plaintiff cases will be selected as set out in the below random selection process:

 i)  All eligible plaintiffs shall be categorized into the appropriate category;

 ii)  BrownGreer, using the identifying number utilized in MDL Centrality, shall randomly select an equivalent number of no less than 5 cases from each of the categories to create a randomly selected pool of at least 30 cases;

 iii)  Plaintiffs shall select 10 cases, and Defendants (collectively) shall select 10 cases from the randomly created pool for inclusion in the bellwether discovery pool.

## 2.  Bellwether Plaintiff Cases

a.  <u>Number of Bellwether Plaintiffs</u>

Four individual plaintiffs' cases will be selected as bellwether trial plaintiffs. The process for selecting the bellwether trial cases will be addressed in a separate order.

b.  <u>Selection Method.</u>

The parties are to meet and confer before **June 10, 2016** to propose a Case Management Order to address the selection method for bellwether plaintiff cases for trial. The parties will submit the proposed Case Management Order to the Court by **July 1, 2016.**

- 3 -

NEW ORLEANS, LOUISIANA this \_\_\_ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE