# EXHIBIT "B"

| Injury Event from Question 1.D.1 on the PFS | MDL Centrality Data as of November 2, 2015 across all venues |
|---|---|
| Fact Sheets Submitted | 2082 |
| Brain/Cerebral Hemorrhage | 184 |
| Death | 100 |
| Gastrointestinal Bleed | 1003 |
| Heart Attack | 16 |
| Kidney Bleeding | 19 |
| Nosebleeds | 42 |
| Rectal Bleeding | 135 |
| Respiratory Failure | 6 |
| Stroke (Hemorrhagic) | 35 |
| Stroke (Ischemic) | 15 |
| Vaginal or Uterine Bleeding | 89 |
| Unspecified Internal Bleeding | 142 |
| Other | 274 |
| Blank | 22 |
| Total Bleeding Related Events (including Death) | 1749 |

| Reason for Prescription from I.C. on the PFS | MDL Centrality Data as of November 3, 2015 across all venues |
|---|---|
| Fact Sheets Submitted | 2113 |
| Reducing the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation (AF) | 1041 |
| Treatment and/or Reduction of the Risk of a DVT or PE | 451 |
| Prophylaxis of a DVT or PE following Hip or Knee Surgery | 85 |
| Other | 484 |
| Blank | 52 |

| Residence of Plainitffs that Have Submitted Fact Sheets | MDL Centrality Data as of November 3, 2015 |
|---|---|
| MDL | 2113 |
| Eastern District of Louisiana | 107 |
| Texas | 179 |
| Mississippi | 45 |

| Hospitalization from I.D.1 | MDL Centrality Data as of November 2, 2015 |
|---|---|
| Fact Sheets Submitted | 2082 |
| Hospitalized "Yes" | 1889 |
| Hospitalized "No" | 193 |