UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　:
PRODUCTS LIABILITY LITIGATION　　:　　MDL No. 2592
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　　SECTION L
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:　　JUDGE ELDON E. FALLON
　　　　　　　　　　　　　　　　　　　　:
_____:　　MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:　　　　JURY TRIAL DEMANDED

*Haywood Chavis v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:15-cv-01016**

**NOTICE AND SUGGESTION OF DEATH**

　　Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Haywood Chavis, during the pendency of this action. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Evelyn Chavis, who is the surviving spouse of Haywood Chavis.

Dated: October 29, 2015

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　BARTIMUS, FRICKLETON, ROBERTSON
　　　　　　　　　　　　　　　　　　　　& GOZA

　　　　　　　　　　　　　　　　　　　　By: */s/ Michelle Marvel*_____
　　　　　　　　　　　　　　　　　　　　Bradley Honnold　　MO # 39818　KS #22972
　　　　　　　　　　　　　　　　　　　　Michelle Marvel　　MO # 59815　KS #23511
　　　　　　　　　　　　　　　　　　　　11150 Overbrook Road, Suite 250
　　　　　　　　　　　　　　　　　　　　Leawood, KS 66211
　　　　　　　　　　　　　　　　　　　　(913) 266-2300
　　　　　　　　　　　　　　　　　　　　(913) 266-2366 Facsimile
　　　　　　　　　　　　　　　　　　　　bhonnold@bflawfirm.com
　　　　　　　　　　　　　　　　　　　　mmarvel@bflawfirm.com

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS

1

## CERTIFICATE OF SERVICE

   I hereby certify that on October 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


\_\_\_/s/ *Michelle Marvel* _____