UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:** **JURY TRIAL DEMANDED**

*Haywood Chavis v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:15-cv-01016**

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Evelyn Chavis on behalf of her deceased husband, Haywood Chavis.

1. Haywood Chavis filed a products liability lawsuit against the defendants on April 1, 2015.

2. On April 25, 2015, Haywood Chavis died.

3. Haywood Chavis' products liability action against defendants survived his death and was not extinguished.

4. Evelyn Chavis, surviving spouse of Haywood Chavis, is a proper party to substitute for plaintiff-decedent Haywood Chavis and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Evelyn Chavis requests that this Court grant her request for substitution as plaintiff in this action.

1

Dated: October 29, 2015

                        Respectfully Submitted,

                        BARTIMUS, FRICKLETON, ROBERTSON & GOZA

                        By: */s/ Michelle Marvel*_____
                        Bradley Honnold     MO # 39818   KS #22972
                        Michelle Marvel     MO # 59815   KS #23511
                        11150 Overbrook Road, Suite 250
                        Leawood, KS 66211
                        (913) 266-2300
                        (913) 266-2366 Facsimile
                        bhonnold@bflawfirm.com
                        mmarvel@bflawfirm.com

                        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I hereby certify that on October 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


___/s/ *Michelle Marvel* _____