UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** : | **MDL No. 2592** |
| : | **SECTION L** |
| : | **JUDGE ELDON E. FALLON** |
| : | **MAGISTRATE JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO** : | **JURY TRIAL DEMANDED** |
| HAYWOOD CHAVIS : | |
| Case #: 2:15-cv-01016- EEF- MB | |

_____

**ORDER ON MOTION TO SUBSTITUTE PARTY**

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1. Counsel for Plaintiff's motion is GRANTED

2. EVELYN CHAVIS, as Personal Representative of the Estate of HAYWOOD CHAVIS, is substituted as Plaintiff in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on _____.

_____
JUDGE ELDON E. FALLON

Cc: All counsel of record