**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | **MDL No. 2592** |
| | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

**This Document Relates to:**

*Beatrice Thornton v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-01778*

**ORDER**

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that Plaintiff Beatrice Thornton shall have (20) days from the

date of the above referenced Motion within to serve process on Defendants: Bayer Health

Pharmaceuticals LLC, and Bayer Pharma AG.

New Orleans, Louisiana this _____day of <u>November</u>, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge