**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*June Sudduth v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-02124*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that Plaintiff June Sudduth shall have (20) days from the date of

the above referenced Motion within to serve process on Defendants: Bayer Health

Pharmaceuticals LLC, and Bayer Pharma AG.

New Orleans, Louisiana this _____day of <u>November</u>, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge