UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Gwendolyn Snow v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-02608*

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

NOW COMES, Plaintiff, GWENDOLYN SNOW, individually, by her undersigned counsel of record, and respectfully moves the Court for an order allowing her an additional twenty (20) days from the date of this motion within which to serve process of Defendants: Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG. In support of her motion, Plaintiff states as follows.

1. This matter was filed into In Re: Xarelto (Rivoraxaban) Product Liability Litigation, MDL No. 2592, on July 14, 2015.

2. On September 11, 2015 Plaintiff served plaintiff fact sheet on the Defendants through Brown Greer's MDL Centrality, pursuant to applicable Pre-Trial Orders.

3. Unfortunately, during the time period discussed above, Plaintiff inadvertently failed to properly serve process on: Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG.

4. In light of the foregoing, the Plaintiff requests an order from this Court granting her (20) days from the date of this motion within which to serve process on the Defendants, specifically: Bayer Healthcare Pharmaceuticals, Inc.; and Bayer Pharma AG.

2

WHEREFORE, Plaintiff respectfully moves for an order from this Court granting her twenty (20) days from the date of this motion within which to serve process on the Defendants; Bayer Healthcare Pharmaceuticals, Inc.; and Bayer Pharma AG.

Dated: November 5, 2015                                  Respectfully submitted,

                                                                                    Bernstein Liebhard LLP

                                                                                    /s/ Felecia L. Stern, Esq.
                                                                                    Felecia L. Stern, Esq.
Melissa Mendoza, Esq.
10 East 40th Street
New York, New York 10016
Tel:   (212) 779-1414
Fax:   (212) 779-3218
Email:   stern@bernlieb.com
          mmendoza@bernlieb.com

*Attorneys for the Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 5th day of November, 2015.

>      /s/ Felecia L. Stern
>      Felecia L. Stern, Esq.