# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Frances Carr v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-02539*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that Plaintiff Frances Carr shall have (20) days from the date of the above referenced Motion within to serve process on Defendants: Bayer Health Pharmaceuticals LLC, and Bayer Pharma AG.

New Orleans, Louisiana this _____ day of November, 2015.

 _____
 Honorable Eldon E. Fallon
 U.S. District Court Judge

4