UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Victor Diaz

2:15-cv-01976

## ORDER

Considering the foregoing Motion for Substitution of Counsel for the above-named case.

**IT IS HEREBY ORDERED** that Edward Wallace, Timothy Jackson, and Wexler Wallace LLP, are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this ___6th___ day of __November__ 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE