UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
|  | : | JUDGE ELDON E. FALLON |
|  | : | MAGISTRATE JUDGE NORTH |
|  | : | JURY TRIAL DEMANDED |

THIS DOCUMENT RELATES TO:

BILLY JACKSON
2:15-cv-04990

## ORDER

This matter having come before this Honorable Court on Counsel for Plaintiff's Motion

to Substitute Party and Amend Complaint, and the Court, being fully advised, hereby states:

IT IS ORDERED AND ADJUDGED THAT:

1. Counsel for Plaintiff's Motion is **GRANTED**.

2. Teri Blount, as Personal Representative of the Estate of Billy Jackson, is substituted

    as Plaintiff in this action.


SIGNED this _____6th_____ day of _____November_____, 2015.

Honorable Judge Eldon E. Fallon
United States District Court Judge