# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Joe Browning

2:15-cv-2180

## NOTICE AND SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Joe Browning, which occurred on May 21, 2015. Counsel respectfully informs this Court that a Motion to Substitute Party will be filed by the appropriate representative of Joe Browning's estate.

Signed: November 9, 2015

Respectfully submitted,
**THE DRISCOLL FIRM, P.C.**

*/s/John J. Driscoll*
JOHN J. DRISCOLL
MO State Bar No. 54729
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
**ATTORNEY FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing was filed with the Court on November 9, 2015 through the Court's CM/ECF system, which will serve all counsel of record.

                                                      The Driscoll Firm, P.C.

                                                     /s/John J. Driscoll
                                                     John J. Driscoll
                                                     Attorney for Plaintiff