UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Joe Browning
2:15-cv-2180

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Counsel for Plaintiff Joe Browning, pursuant to Fed. R. Civ. P 25(a), and because of the death of Plaintiff Joe Browning, hereby moves to substitute Larry Browning as the Plaintiff in this action. As stated in the Suggestion of Death filed with the Court in this matter, Plaintiff Joe Browning died on or about 5/21/2015. On October 7, 2015, an Order was entered in a probate action in St. Clair County, Illinois appointing Larry Browning as the Special Administrator on behalf of Joe Browning. (see Exhibit A attached hereto)

WHEREFORE, for the reasons set forth above, Plaintiff's Counsel respectfully moves the Court to substitute Larry Browning as the Plaintiff in the above-reference matter.

Signed: November 9, 2015

Respectfully submitted,
**THE DRISCOLL FIRM, P.C.**

*/s/John J. Driscoll*
JOHN J. DRISCOLL
MO State Bar No. 54729
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
**ATTORNEY FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing was filed with the Court on November 9, 2015 through the Court's CM/ECF system, which will serve all counsel of record.

                                                                                 The Driscoll Firm, P.C.

                                                                                 /s/John J. Driscoll
                                                                                 John J. Driscoll
                                                                                 Attorney for Plaintiff

# EXHIBIT A

2015P000638

# IN THE CIRCUIT COURT
# TWENTIETH JUDICIAL CIRCUIT
# ST. CLAIR COUNTY, ILLINOIS

IN RE: JOE BROWNING, DECEASED ) Case No:
) 15P0638
)

*FILED ST. CLAIR COUNTY OCT - 7 2015 Kathleen A. Clay CIRCUIT CLERK*

## ORDER OF APPOINTMENT

This cause now comes before the Court on the *Motion for the Appointment of Special Administrator*, the Court being fully advised of the premises, hereby appoints Larry Browning as Special Administrator for the deceased, Joe Browning.

_____
Judge

October 7, 2015
Date