# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | SECTION L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Joe Browning

2:15-cv-2180

## [Proposed] ORDER

Plaintiff's counsel's motion to substitute Larry Browning, the Special Administrator of Joe Browning, deceased, as the Plaintiff in the above-referenced action is **HEREBY GRANTED.**

**SO ORDERED:**

_____    **DATED:**_____