UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : | MDL No. 2592 <br><br> MASTER DOCKET CASE: 2:14-MD-02592 <br><br> JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: <br><br> *Brandon Murdock v. Janssen Research & Development LLC, et al.* | | CASE NO.: 2: 15-cv-03873 <br><br> SECTION: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH <br><br> <u>JURY TRIAL DEMANDED</u> |

**MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Brandon Murdock, who with good cause shown pursuant to PreTrial Order 13 (A), requests this Court grant Plaintiff an extension of the Plaintiff Fact Sheet deadline, as follows.

1. The Plaintiff filed the above captioned proceeding on August 27, 2015.

2. The Plaintiff's 60 day fact sheet deadline, therefore was set on October 26, 2015.

3. The Plaintiff's additional 20 days to submit the fact sheet is set to run on November 15, 2015.

4. Counsel for Plaintiff learned on October 22, 2015 that Plaintiff had been incarcerated.

1

5. Due to the above reason, Plaintiff is not able to complete the fact sheet at this time and respectfully requests a minimal extension from this Court of sixty (60) days.

WHEREFORE, Plaintiff requests, pursuant to Pretrial Order 13(A), an extension of time for Plaintiff's Fact Sheet Deadline until December 25, 2015.

Dated: November 9, 2015

Respectfully submitted,

Bernstein Liebhard LLP

/s/ Felecia L. Stern, Esq.
Felecia L. Stern, Esq.
Melissa Mendoza, Esq.
10 East 40th Street
New York, New York 10016
Tel:   (212) 779-1414
Fax:   (212) 779-3218
Email:  stern@bernlieb.com
          mmendoza@bernlieb.com

*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion For Extension of Time to File Plaintiff's Fact Sheet has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /S/ Felecia L. Stern
    Felecia L. Stern, Esq.