# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | * | |
| GREGORY A. BLUE, ON BEHALF OF THE ESTATE OF GIRLEEN ANDRUS V. JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL CASE NO. 2:15-CV-00273 | * * * * * | SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

## ORDER

THIS MATTER, having come before the Court on Plaintiff Gregory A. Blue, Individually and as Executor of the Estate of Girleen Andrus, Deceased's Motion for Voluntary Dismissal without Prejudice, and this Court Deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff Gregory A. Blue, Individually and as Executor of the Estate of Girleen Andrus, Deceased's Motion for Voluntary Dismissal without Prejudice is GRANTED, each party to bear their own attorney's fees and costs.

New Orleans, Louisiana, this __6th__ day of _____November_____, 2015.

_____
UNITED STATES DISTRICT JUDGE