UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : | MDL No. 2592<br><br>MASTER DOCKET CASE:<br>2:14-MD-02592<br><br>JUDGE: ELDON E. FALLON<br><br>CASE NO.:2: 15-cv-03715<br><br>SECTION: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><u>JURY TRIAL DEMANDED</u> |
| THIS DOCUMENT RELATES TO:<br><br>*Violet Robertson v. Janssen Research & Development LLC, et al.* | | |

**MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Violet Robertson, who with good cause shown pursuant to PreTrial Order 13 (A), requests this Court grant Plaintiff an extension of the Plaintiff Fact Sheet deadline, as follows.

1. The Plaintiff filed the above captioned proceeding on August 24, 2015.

2. The Plaintiff's 60 day fact sheet deadline, therefore was set on October 23, 2015.

3. The Plaintiff's additional 20 days to submit the fact sheet is set to run on November 12, 2015.

1

4. On October 26, 2015, Plaintiff's daughter informed counsel that Plaintiff is currently under medical care in a nursing home due to medical issues. On November 4, 2015, Plaintiff's daughter informed counsel that she attempted to contact her mother at the nursing home regarding the Plaintiff Fact Sheet and was unable to get in contact with anyone there. On November 6, 2015, Plaintiff's daughter informed counsel that she contacted the nursing home and has been informed that it has been quarantined and that we will not be able to speak with Plaintiff.

5. Plaintiff is not able to complete the fact sheet at this time due to the above reasons and respectfully requests a minimal extension from this Court of sixty (60) days.

WHEREFORE, Plaintiff requests, pursuant to Pretrial Order 13(A), an extension of time for Plaintiff's Fact Sheet Deadline until December 22, 2015.

Dated: November 9, 2015

    Respectfully submitted,

    Bernstein Liebhard LLP

    /s/ Felecia L. Stern, Esq.
    Felecia L. Stern, Esq.
    Melissa Mendoza, Esq.
    10 East 40th Street
    New York, New York 10016
    Tel:   (212) 779-1414
    Fax:  (212) 779-3218
    Email:  stern@bernlieb.com
           mmendoza@bernlieb.com

    *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Motion For Extension of Time to File Plaintiff's Fact Sheet has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /S/ Felecia L. Stern
                                                Felecia L. Stern, Esq.