UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    :    MDL No. 2592

                                :

PRODUCTS LIABILITY LITIGATION   :

                                :    SECTION L

                                :

                                :    JUDGE ELDON E. FALLON

                                :

                                :    MAGISTRATE JUDGE NORTH

This Document Relates to:

*June Sudduth v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-02124*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that Plaintiff June Sudduth shall have (20) days from the date of

the above referenced Motion within to serve process on Defendants: Bayer Health

Pharmaceuticals LLC, and Bayer Pharma AG.

New Orleans, Louisiana this ___6th___ day of November, 2015

_____
Honorable Eldon E. Fallon
U.S. District Court Judge

4