UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No.: 2592

THIS DOCUMENT APPLIES TO:

Civil Action No. 2:15-cv-03648

William Budrow,

  Plaintiff,

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICALS INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG

  Defendants.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel, on behalf of the Plaintiff, hereby provides notice of the dismissal of the above-captioned case against Defendants in its entirety, without prejudice and without costs.

          By: /s/ Randi Kassan
          SANDERS PHILLIPS GROSSMAN
          Randi Kassan, Esq.
          100 Garden City Plaza, Suite 500
          Garden City, NY 11530
          P: (516) 741-5600
          F: (516) 741-0128
          mgrossman@thesandersfirm.com
          rkassan@thesandersfirm.com

          *Counsel for Plaintiff*
          *William Budrow*

          Dated: 11/10/2015