UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Angela Hardy, 15-2180* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OPPOSITION TO MOTION/REQUEST FOR EXTENSION
OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC ("Janssen Defendants"), Johnson & Johnson ("J&J"), Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG ("Bayer Defendants") collectively referenced as "Defendants," through undersigned counsel, respectfully submit the instant Opposition to Plaintiff Angela Hardy's ("Plaintiff") Motion/Request for Extension of Time to Submit Plaintiff Fact Sheet ("PFS"). (Rec. Doc. No. 1521).

The request for an extension for an additional **140 days** from the original due date[1] of the PFS should be denied because Plaintiff's counsel essentially admits an ongoing failure to communicate with his client for nearly six months. The Motion references an alleged inability to contact Plaintiff due to her incarceration, but *provides no information* as to when or if Plaintiff

---

[1] Plaintiff admits that her PFS was originally due August 23, 2015. Her instant motion, filed October 27, 2015, seeks an extension until January 20, 2016. *See* Rec. Doc. 1521.

00318426                                   - 1 -

will be released, or whether there are any means of making the necessary communications to complete the PFS in the foreseeable future.[2]  Defendants cannot agree to any request for extension of deadlines on the basis of a failure to communicate between Plaintiff and Plaintiff's counsel, particularly when such an extension would be futile. It is the obligation of Plaintiff's counsel to communicate and consult with his client.  Further, Plaintiff's suit may well be ripe for dismissal given the inability to complete the PFS:

> I'm going to give enough time for you to do it.  But after enough time has gone by, then I will be issuing orders to show cause why the case should not be dismissed.  So it's important that you file the fact sheets in MDL Centrality so that we get into that case.  If not, I will be dismissing the cases.

*See* October 21, 2015 Status Conf. Tr. at 6:1-6.

Accordingly, Defendants respectfully request that the Court deny Plaintiff's Motion/Request for Extension of Time to Submit Plaintiff Fact Sheet. (Rec. Doc. No. 1521).  If the Court is notwithstanding inclined to grant Plaintiff an extension of time, Defendants respectfully request that it be conditioned upon medical record proof of use of Xarelto and an event, to be produced within one week of the Order granting such extension.

---

[2] Rec. Doc. No. 1521 at ¶¶ 3-4.

Respectfully submitted,

KAYE SCHOLER LLP

By: /s/ *William Hoffman*
William Hoffman
Steven Glickstein
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005
Telephone: (202) 682-3550
Facsimile: (202) 414-0355
william.hoffman@kayescholer.com

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@dbr.com

        IRWIN FRITCHIE URQUHART & MOORE LLC

        By: /s/ *James B. Irwin*
            James B. Irwin
            Kim E. Moore
            IRWIN FRITCHIE URQUHART
            & MOORE LLC
            400 Poydras Street
            Suite 2700
            New Orleans, LA 70130
            Telephone: (504) 310-2100
            Facsimile:  (504) 310-2120
            jirwin@irwinllc.com

        CHAFFE MCCALL L.L.P.

        By: /s/ *John F. Olinde*
            John F. Olinde
            CHAFFE McCALL L.L.P.
            1100 Poydras Street
            Suite 2300
            New Orleans, LA 70163
            Telephone: (504) 585-7241
            Facsimile: (504) 544-6084
            olinde@chaffe.com

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on November 10, 2015, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        */s/ James B. Irwin*
        **James B. Irwin**