# IRWIN FRITCHIE
# URQUHART & MOORE LLC
### COUNSELORS AT LAW

JAMES B. IRWIN
DIRECT DIAL: 504-310-2105
jirwin@irwinllc.com

400 POYDRAS STREET, SUITE 2700
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: 504.310.2100
FACSIMILE: 504.310.2101

November 10, 2015

**Via ECF**

Honorable Eldon E. Fallon
500 Poydras Street
Room C456
New Orleans, LA  70130

                *In Re:  Xarelto (Rivaroxaban) Products Liability Litigation, MDL No. 2592*
                      *Holcomb v. Janssen Research & Development, LLC, et al.*
                      *No. 2:15-cv-02718*

Dear Judge Fallon,

     On November 2, 2015, Plaintiff submitted a Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies in the above-referenced matter.  In light of Mr. Williams' recent passing, Defendants do not oppose this motion seeking an extension of time to December 2, 2015 to provide records not originally submitted with the Plaintiff Fact Sheet.

     Had counsel for Plaintiff contacted us in advance of filing the pending motion, we would have so advised them.

                                                        Respectfully,

                                                          James B. Irwin

JBI/smr

83483871.1

00318428