IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | | |
| THIS DOCUMENT RELATES TO: | * | |
| | | |
| GREGORY A. BLUE, ON BEHALF OF | * | SECTION L |
| THE ESTATE OF GIRLEEN ANDRUS | * | JUDGE ELDON E. FALLON |
| V. JANSSEN RESEARCH & | * | MAG. JUDGE NORTH |
| DEVELOPMENT LLC, ET AL | * | |
| CASE NO. 2:15-CV-00273 | * | |

## ORDER

THIS MATTER, having come before the Court on Plaintiff Gregory A. Blue, Individually and as Executor of the Estate of Girleen Andrus, Deceased's Motion for Voluntary Dismissal without Prejudice, and this Court Deemed fully advised of the premises:

**IT IS HEREBY ORDERED** that this Court's November 9, 2015, Order of Dismissal, R. Doc. 1562, is hereby **AMENDED** to reflect that Plaintiff's Dismissal is with prejudice.

New Orleans, Louisiana, this  9th  day of     November    , 2015.

_____
UNITED STATES DISTRICT JUDGE