UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| WILLIAM BROOKS, | SECTION L |
| Plaintiff, | JUDGE ELDON E. FALLON |
| vs. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; AND DOES 1-100, Defendants. | Civil Action No.: 2:15-cv-03960 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, this 9th day of November, 2015, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice against all named defendants, each party to bear its own fees and costs.

**GRANT & EISENHOFER P.A.**

By: /s/ M. Elizabeth Graham
Date: November 10, 2015

M. Elizabeth Graham
Thomas Ayala
Stephanie Smiertka
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
egraham@gelaw.com

Attorneys for Plaintiff

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
Date: November 10, 2015

Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7350
Susan.Sharko@dbr.com

Attorneys for Defendants
Janssen Pharmaceuticals, Inc., Johnson & Johnson; Janssen Research & Development,

00318307

| | LLC, and Janssen Ortho LLC |
|---|---|
| **BARON & BUDD, P.C.** | **KAYE SCHOLER LLP** |
| By: /s/ Thomas Sims<br>Date: November 10, 2015 | By: /s/William Hoffman<br>Date: November 10, 2015 |
| Thomas Sims<br>Stephen T. Blackburn<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX 75219<br>Telephone: (214) 521-3605<br>Facsimile: (214) 520-1181<br>tsims@baronbudd.com<br>sblackburn@baronbudd.com | William Hoffman<br>901 15th St NW<br>Washington, DC 20005<br>(202) 682-3500<br>william.hoffman@kayescholer.com |
| Attorneys for Plaintiff | Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG . |
| | **IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/James B. Irwin |
| | James B. Irwin<br>Kim E. Moore<br>400 Poydras St., Ste, 2700<br>New Orleans, LA 70130<br>(504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com |
| | Liaison Counsel for Defendants |

00318307

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 5, 2015, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *M. Elizabeth Graham*
M. Elizabeth Graham
Date: November 10, 2015

00318307