UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  　　　　　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION: L
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
*McBride v. Janssen et al*; 2:15-cv-277

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

NOW COME Plaintiffs, ROBERT AND KATIE MCBRIDE, by their undersigned counsel of record, and respectfully move the Court for an order allowing them an additional thirty (30) days from the date of this motion within which to serve process of Defendants: Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG. In support of their motion, Plaintiffs state as follows.

1. This matter was filed into In Re: Xarelto (Rivaroxaban) Product Liability Litigation, MDL No. 2592, on January 29, 2015.

2. On July 23, 2015, Plaintiffs served their plaintiff fact sheet on the Defendants through Brown Greer's MDL Centrality, pursuant to applicable Pre-Trial Orders.

3. Unfortunately, during the time period discussed above, Plaintiffs inadvertently failed to properly serve process on: Bayer Healthcare Pharmaceuticals, Inc. ("BHCP"), and Bayer Pharma AG.

4. On October 21, 2015, and October 22, 2015, Plaintiffs attempted service on BHCP and Bayer Pharma AG, respectively. On October 27, 2015, and November 3, 2015, BHCP and Bayer Pharma AG, respectively, notified Plaintiffs that service was improper since service was beyond the 60 day limit listed in Pre Trial Order No. 10.

5. In light of the foregoing, the Plaintiffs request an order from this Court denying Defendants' position that service is improper and granting them thirty (30) days from the date of this motion within which to perfect service on the Defendants, specifically: Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined process.

6. Counsel for Bayer, Lindy Brown, and Bayer Liaison Counsel, John Olinde, were contacted regarding the instant motion but declined consent to this request.

7. Plaintiffs show that all things considered, no party will be prejudiced nor will the progress of this MDL be adversely affected by the granting of the relief sought herein.

WHEREFORE, Plaintiffs respectfully move for an order from this Court granting them thirty (30) days from the date of this motion within which to serve process on the Defendants: Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG through the streamlined process.

Respectfully submitted,

By: */s/ Elwood Stevens*
ELWOOD C. STEVENS, JR. (La. Bar No. 12,459)
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Telephone:   (337) 233-3033
Telefax: (337) 232-8213
Email: elwoods@wrightroy.com
**ATTORNEYS FOR PLAINTIFFS,
ROBERT AND KATIE MCBRIDE**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 10th day of November, 2015.

*s/ Elwood C. Stevens, Jr.*
_____
ELWOOD C. STEVENS, JR.