# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*McBride v. Janssen et al*; 2:15-cv-277 | |

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that Plaintiffs Robert and Katie McBride shall have thirty (30) days from the date of the above referenced Motion within to serve process on Defendants: Bayer Health Pharmaceuticals, Inc., and Bayer Pharma AG.

New Orleans, Louisiana, this _____ day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE