UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : | MDL No. 2592<br><br>MASTER DOCKET CASE:<br>2:14-MD-02592<br><br>JUDGE: ELDON E. FALLON<br><br>CASE NO.: 2: 15-cv-03715<br><br>SECTION: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>JURY TRIAL DEMANDED |
| THIS DOCUMENT RELATES TO:<br><br>*Violet Robertson v. Janssen Research & Development LLC, et al.* | | |

## ORDER

Considering the foregoing Motion for Extension of Time within which to file Plaintiff's Fact Sheet:

IT IS HEREBY ORDERED that Plaintiff Violet Robertson shall have __60__ days from the date of the above referenced Motion within which to file Plaintiff's Fact Sheet.

New Orleans, Louisiana this __10th__ day of November, 2015.

                                                                Honorable Eldon E. Fallon
                                                                U.S. District Court Judge

4