UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : | MDL No. 2592<br><br>MASTER DOCKET CASE:<br>2:14-MD-02592<br><br>JUDGE: ELDON E. FALLON<br><br>CASE NO.: 2: 15-cv-03873<br><br>SECTION: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><u>JURY TRIAL DEMANDED</u> |
| THIS DOCUMENT RELATES TO:<br><br>*Brandon Murdock v. Janssen Research & Development LLC, et al.* | | |

## **ORDER**

Considering the foregoing Motion for Extension of Time within which to file Plaintiff's Fact Sheet:

IT IS HEREBY ORDERED that Plaintiff Brandon Murdock shall have  60  days from the date of the above referenced Motion within to file Plaintiff's Fact Sheet.

New Orleans, Louisiana this  10th   day of November, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge

4