**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Angela Hardy

2:15-CV-02180

## ORDER

THIS MATTER, having come before the Court is Plaintiff, Angela Hardy's Motion for Extension of Time to submit Plaintiff Fact Sheet ("PFS"). Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff, Angela Hardy's Motion for Extension of Time to submit Plaintiff Fact Sheet is GRANTED. The deadline to submit the Plaintiff Fact sheet is now set for January 10, 2016.

Dated: November 10th 2015

_____
Judge Eldon E. Fallon

1