# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        )
PRODUCTS LIABILITY LITIGATION       )        MDL No. 2592
                                    )
                                    )        SECTION: L
                                    )
                                    )        JUDGE ELDON E. FALLON
                                    )
                                    )        MAGISTRATE JUDGE NORTH
                                    )
_____)

**THIS DOCUMENT RELATES TO:**

*Deadra Ann Holcomb, on behalf of herself, and as Executrix of the Estate of Marvin E.*
*Williams, Deceased v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-cv-02718**

### ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion for Extension of

Time to File Response/Reply to Plaintiff Fact Sheet Deficiencies.  Upon consideration of all the

documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to File

Response/Reply to Plaintiff Fact Sheet Deficiencies is hereby GRANTED. The deadline to

submit the Plaintiff Fact Sheet is now December 2, 2015.

November 10, 2015 in New Orleans, Louisiana

_____
United States District Court Judge