# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Joe Browning

2:15-cv-2180

## ORDER

    Plaintiff's counsel's motion to substitute Larry Browning, the Special Administrator of Joe Browning, deceased, as the Plaintiff in the above-referenced action is **HEREBY GRANTED.**

**SO ORDERED:** _/s/ Eldon E. Fallon_

                                                   **DATED:** November 10, 2015