UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | WITHDRAWAL OF DOCUMENT No. 1537 |

*Linda Everett v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*
**Civil Action No.: 2:15-cv-04517**

## UNOPPOSED MOTION TO WITHDRAW DOCUMENT NO. 1537

Plaintiff hereby withdraws Document No. 1537, filed on October 31, 2015. Per an agreement between the undersigned counsel and Defense Counsel, James Irwin of Irwin Fritchie Urquhart & Moore, LLC, Plaintiff hereby respectfully withdraws Document No. 1537.

Dated this 10th day of November, 2015.   **Respectfully submitted,**

/s/ *Ryan L. Thompson*
**WATTS GUERRA LLP**
**Ryan L. Thompson**
*Attorney in Charge*
Texas State Bar No. 24046969
5726 W. Hausman, Suite 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: rlt-bulk@wattsguerra.com
**ATTORNEY FOR PLAINTIFF**

1

## CERTIFICATION OF ACCEPTANCE OF WITHDRAWAL BY PARTIES

I, Ryan L. Thompson, declare under penalty of perjury and pursuant to the laws of Lousiana and the United States that I have in my possession e-mail correspondence from defense counsel dated November 10, 2015 that the content of this Motion to Withdraw Document No. 1537 is acceptable.

*s/ Ryan L. Thompson*
Ryan L. Thompson

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ryan L. Thompson*
Ryan L. Thompson