UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Linda Everett v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*
**Civil Action No.: 2:15-cv-04517**

## PROPOSED ORDER

THIS MATTER, having come before the Court is Plaintiff, Linda Everett's Unopposed Motion to Withdraw Document No. 1537. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing.

IT IS HEREBY ORDERED that Plaintiff, Linda Everett's Unopposed Motion to Withdraw Document No. 1537 is GRANTED.

Dated: _____   _____
                                                                 Judge Eldon E. Fallon