UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : | MDL No. 2592 |
| | : : : : : | MASTER DOCKET CASE: 2:14-MD-02592 |
| | : : | JUDGE: ELDON E. FALLON |
| | : : | |
| THIS DOCUMENT RELATES TO: | : : | CASE NO.: 2: 15-cv-03980 |
| *Shayla Barger v. Janssen Research & Development LLC, et al.* | : : : | SECTION: ELDON E. FALLON |
| | : : | MAG. JUDGE MICHAEL NORTH |
| | : : | |
| | : : | JURY TRIAL DEMANDED |
| | : : : | |

## MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Shayla Barger, who with good cause shown pursuant to PreTrial Order 13 (A), requests this Court grant Plaintiff an extension of the Plaintiff Fact Sheet deadline, as follows.

1.  The Plaintiff filed the above captioned proceeding on August 31, 2015.

2.  The Plaintiff's 60 day fact sheet deadline, therefore was set on October 30, 2015.

3.  The Plaintiff's additional 20 days to submit the fact sheet is set to run on November 19, 2015.

4. On November 2, 2015, Plaintiff informed the undersigned counsel that she made a good

   faith effort to return a completed Plaintiff Fact Sheet to said counsel. On November 9,

   2015, having not received a completed Plaintiff Fact Sheet from Plaintiff and concerned

   with the upcoming deficiency deadline, the undersigned counsel sent  Plaintiff another

   Plaintiff Fact Sheet for Plaintiff to complete and return via overnight

   delivery.    Plaintiff's counsel has been in continual contact with Plaintiff, who has

   assured Counsel that she would take the necessary steps to sign and return the Plaintiff

   Fact Sheet as soon as possible.

5. Due to the above reasons, Plaintiff is not able to complete the fact sheet at this time and

   respectfully requests a minimal extension from this Court of thirty (30) days.

WHEREFORE, Plaintiff requests, pursuant to Pretrial Order 13(A), an extension of time for

Plaintiff's Fact Sheet Deadline until November 29, 2015.


  Dated: November 10, 2015


                                        Respectfully submitted,

                                        Bernstein Liebhard LLP

                                        /s/ Felecia L. Stern, Esq.
                                        Felecia L. Stern, Esq.
                                        Melissa Mendoza, Esq.
                                        10 East 40th Street
                                        New York, New York 10016
                                        Tel:   (212) 779-1414
                                        Fax:   (212) 779-3218
                                        Email:  stern@bernlieb.com
                                                mmendoza@bernlieb.com

                                        *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion For Extension of Time to File Plaintiff's Fact Sheet has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/S/ Felecia L. Stern
Felecia L. Stern, Esq.

3