UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : | MDL No. 2592 <br><br> MASTER DOCKET CASE: 2:14-MD-02592 <br><br> JUDGE: ELDON E. FALLON <br><br><br> CASE NO.: 2: 15-cv-03980 <br><br> SECTION: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH <br><br><br> JURY TRIAL DEMANDED |
| THIS DOCUMENT RELATES TO: *Shayla Barger v. Janssen Research & Development LLC, et al.* | | |

## ORDER

Considering the foregoing Motion for Extension of Time within which to file Plaintiff's Fact Sheet:

IT IS HEREBY ORDERED that Plaintiff Shayla Barger shall have _____ days from the date of the above referenced Motion within to file Plaintiff's Fact Sheet.

New Orleans, Louisiana this _____day of November, 2015.

                                                                                                                                        _____
                                                                                                                                         Honorable Eldon E. Fallon
                                                                                                                                         U.S. District Court Judge

4