UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH  **JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

BILLY JACKSON
CIVIL ACTION NO.:  2:15-cv-04990

## FIRST AMENDED SHORT FORM COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

1. Plaintiff incorporates by reference the Plaintiffs' First Amended Joint Complaint filed in *In Re Xarelto Products Liability,* MD. 2592 (E.D.La.) pursuant to Pretrial Order No. 11.  The following *First Amended Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, TERI BLOUNT, as Representative of the Estate of Billy Jackson, is identified more fully in Paragraph I of the Plaintiffs' First Amended Joint Complaint and all allegation set forth in the Plainitffs' First Amended Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

4. Plaintiff Toni Blount resides at 197 Palmwood Drive, Palm Coast, Florida 32164.

5. The Xarelto User resided at the time of death in Palm Beach County in the State of Florida.

Respectfully submitted,

**BURNETT LAW FIRM**

By: _/s/ Riley L. Burnett, Jr._
_____
Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail: rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail: acollins@rburnettlaw.com
55 Waugh Drive, Suite 803
Houston, Texas 77007
Telephone: (832) 413-4410
Facsimile: (832) 900-2120
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2015, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

_/s/ Riley L. Burnett, Jr._
_____
Riley L. Burnett, Jr.