✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __LOUISIANA__

TRACEY LOWE

     Plaintiff (s),

V.

JANSSEN PHARMACEUTICALS, INC., et al.

     Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: MDL 2592; 2:15-cv-3893

Notice is hereby given that, subject to approval by the court, __Tracey Lowe__ substitutes
(Party (s) Name)

__Clinton L. Kelly__ , State Bar No. __TN 016171__ as counsel of record in
(Name of New Attorney)

place of __Joseph T. Waechter and Michael Goetz__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: The Kelly Firm
 Address: 629 East Main Street, Hendersonville, TN 37075
 Telephone: (615) 824-3703  Facsimile
 E-Mail (Optional): clint@kellyfirm.org

I consent to the above substitution.
Date: 11/2/2015

Tracey W Lowe
(Signature of Party (s))

I consent to being substituted.
Date: 11/11/2015

/s/ Michael Goetz
/s/ Joseph T. Waechter
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/2/2015

Clinton L. Kelly
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
                      Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]