UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCT LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| TRACEY LOWE, ) | |
| As surviving spouse of ) | |
| JAMES RICHARD LOWE, JR., deceased, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:15-cv-03893-EEF-MBN |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT,) | |
| LLC, JOHNSON & JOHNSON COMPANY, ) | |
| JANSSEN ORTHO, LLC; ) | |
| JANSSEN PHARMACEUTICALS, INC., ) | |
| BAYER CORPORATION, BAYER AG, ) | |
| BAYER HEALTHCARE, LLC, ) | |
| BAYER HEALTHCARE ) | |
| PHARMACEUTICALS, INC., ) | |
| BAYER PHARMA AG, ) | |
| BAYER HEALTHCARE AG, ) | |
| ) | |
|     Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET**

    COMES NOW Plaintiff, Tracey Lowe, through undersigned counsel, and requests this Court grant her an extension of time for filing her Plaintiff's Fact Sheet ("PFS"). In support thereof, Plaintiff avers:

    1.    Plaintiff filed her Complaint [D-1] on August 28, 2015.

    2.    Pursuant to the Court's Pre-Trial Order No. 13(A), Plaintiff's PFS was due October 27, 2015.

3. On October 29, 2015, Plaintiff notified Attorneys Michael Goetz and Joe Waechter by letter that she terminated their representation and hired new counsel, Attorneys Clinton L. Kelly and Patrick Flynn.

4. On November 3, 2015, Plaintiff received notice that Plaintiff's PFS had not yet been served which states Plaintiff's PFS is due within twenty (20) days of the date of the notice (November 23, 2015).

5. On November 11, 2015, Plaintiff's former counsel had a telephone conference with Plaintiff's new counsel wherein they discussed transition of Plaintiff's case.

6. On November 11, 2015, Plaintiff filed a Consent Order Granting Substitution of Attorney [D-1592].

7. Plaintiff's new counsel has just received Plaintiff's information (on October 29, 2015) and has not had sufficient time to review Plaintiff's handwritten draft PFS to verify that all of Plaintiff's PFS information is complete and input Plaintiff's PFS into MDL Centrality.

8. Plaintiff's new counsel has been in continual contact with Plaintiff who is committed to getting her PFS completed and submitted.

9. Due to the transition of counsel and all things considered, no party will be prejudiced nor will the progress of this MDL be adversely affected by the granting the relief sought herein.

WHEREFORE, Plaintiff's new counsel needs sufficient time to review all of Plaintiff's information and electronically input her PFS and respectfully requests a minimal extension from this Court of sixty (60) days to January 21, 2016.

Dated: November 11, 2015   Respectfully submitted,

**THE KELLY FIRM**

/s/ Clinton L. Kelly
F. Dulin Kelly, TN BPR No. 04085
Clinton L. Kelly, TN BPR No. 16171
629 East Main Street
Hendersonville, Tennessee 37075
Telephone: (615) 824-3703
Facsimile: (615) 824-2674
dulin@kellyfirm.org
clint@kellyfirm.org

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2015, that a copy of the above and foregoing document has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Clinton L. Kelly
Clinton L. Kelly