UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court received a request from Plaintiffs and Defendants to cancel the bi-weekly discovery conference scheduled for Thursday, November 12, 2015.  Discussions regarding discovery issues and proposals for Case Management Order No. 3 would not be fruitful in advance of the already-scheduled oral argument in these matters. Therefore,

**IT IS ORDERED** that the bi-weekly discovery conference scheduled for Thursday, November 12, 2015, at 3:30 p.m. is hereby **CANCELED**.

New Orleans, Louisiana this 12th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE