UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | JURY TRIAL DEMANDED |
| JOHN BEATTIE Civil Action No.: 2:15-cv-05581 | |

SHORT FORM COMPLAINT

1. Plaintiff, John Beattie, incorporates by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, John Beattie is identified more fully in paragraph I. (1) of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 221 Church Ave., Ballston Spa, New York 12020.

4. The Xarelto User resides at 221 Church Ave., Ballston Spa, New York 12020.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiff.

6. Attached as Attachment 2 is the list of the individual case caption for the plaintiffs named in the Joint Complaint.

1

Dated this 12th day of November, 2015.    **Respectfully submitted,**

/s/ Ryan L. Thompson
**WATTS GUERRA LLP**
**Ryan L. Thompson**
*Attorney in Charge*
Texas State Bar No. 24046969
5726 W. Hausman, Suite 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: rlt-bulk@wattsguerra.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ryan L. Thompson
Ryan L. Thompson