## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| JOHN BEATTIE | MAG. JUDGE NORTH |
| Plaintiff, | |
| | COMPLAINT AND JURY DEMAND |
| vs. | |
| | Civil Action No.: 2:15-cv-5581 L (5) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| EDITH BROWN | MAG. JUDGE NORTH |
| Plaintiff, | |
| | COMPLAINT AND JURY DEMAND |
| vs. | |
| | Civil Action No.: |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON |
| JOSEPH COLLINS | ) ) | MAG. JUDGE NORTH |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | COMPLAINT AND JURY DEMAND<br><br>Civil Action No.: |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| FRANK CUTTLER | MAG. JUDGE NORTH |
| Plaintiff, | |
| | COMPLAINT AND JURY DEMAND |
| vs. | |
| | Civil Action No.: |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| ABIGAIL DEATON INDIVIDUALLY, AND AS REPRESENTATIVE OF LOUELLA BOUDOIN, DECEASED | MAG. JUDGE NORTH |
| Plaintiff, | |
| | COMPLAINT AND JURY DEMAND |
| vs. | |
| | Civil Action No.: |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| MARY INGHAM INDIVIDUALLY, AND AS REPRESENTATIVE OF BRIAN BARABOO, DECEASED | MAG. JUDGE NORTH |
| Plaintiff, | |
| | COMPLAINT AND JURY DEMAND |
| vs. | |
| | Civil Action No.: |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| PAMELA NEAL | MAG. JUDGE NORTH |
| Plaintiff, | |
| | COMPLAINT AND JURY DEMAND |
| vs. | |
| | Civil Action No.: |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ALEX ROMANO ) <br> ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH & ) <br> DEVELOPMENT LLC f/k/a JOHNSON ) <br> AND JOHNSON PHARMACEUTICAL ) <br> RESEARCH AND DEVELOPMENT LLC, ) <br> JANSSEN ORTHO LLC, ) <br> JANSSEN PHARMACEUTICALS, INC. ) <br> f/k/a JANSSEN PHARMACEUTICA INC. ) <br> f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., JOHNSON ) <br> & JOHNSON, BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC., ) <br> BAYER PHARMA AG, BAYER ) <br> CORPORATION, BAYER HEALTHCARE ) <br> LLC, BAYER HEALTHCARE AG, and ) <br> BAYER AG, ) <br> ) <br>    Defendants. ) <br> _____ ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> TERRY SCHEULEN ) <br> ) <br>    Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH & ) <br> DEVELOPMENT LLC f/k/a JOHNSON ) <br> AND JOHNSON PHARMACEUTICAL ) <br> RESEARCH AND DEVELOPMENT LLC, ) <br> JANSSEN ORTHO LLC, ) <br> JANSSEN PHARMACEUTICALS, INC. ) <br> f/k/a JANSSEN PHARMACEUTICA INC. ) <br> f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., JOHNSON ) <br> & JOHNSON, BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC., ) <br> BAYER PHARMA AG, BAYER ) <br> CORPORATION, BAYER HEALTHCARE ) <br> LLC, BAYER HEALTHCARE AG, and ) <br> BAYER AG, ) <br> ) <br>    Defendants. ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br> COMPLAINT AND JURY DEMAND <br><br> Civil Action No.: |