UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) |
| | MDL NO. 2592 |
| ROBERT JAMES FARRELL AND LINDA ACKERSON FARRELL, | ) ) ) SECTION: L |
| Plaintiffs, | ) ) JUDGE: ELDON E. FALLON |
| v. | ) ) MAGISTRATE JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson And Johnson Pharmaceutical Research And Development, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; JOHNSON & JOHNSON; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, AND BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **STIPULATION OF DISMISSAL WITH PREJUDICE** Civil Action No: 2:15-cv-02955-EEF-MBN |
| Defendants | ) ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| THE COCHRAN FIRM-DOTHAN<br>Attorneys for Plaintiffs<br>By: /s/Joseph D. Lane<br>Joseph D. Lane<br>AL Bar ASB 9991 N75-J<br>111 E. Main Street<br>Dothan, AL  36301<br>Phone: (334) 673-1555<br>Fax: (334) 669-7229<br>e-mail: JoeLane@CochranFirm.com<br><br>Dated: November 13, 2015 | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson<br><br>By: /s/Susan M Sharko<br>    Susan M. Sharko<br><br>Dated: November 13, 2015<br><br><br>KAYE SCHOLER LLP<br>Attorneys for Defendants<br>Bayer Healthcare Pharmaceuticals Inc. and<br>Bayer Pharma AG<br><br>By: /s/William Hoffman<br>    William Hoffman<br><br>Dated November 13, 2015<br><br><br>  s/James B. Irwin<br>James B. Irwin<br>Kim E. Moore<br>IRWIN FRITCHIE URQUHART & MOORE LLC<br>400 Poydras St., Ste, 2700<br>New Orleans, LA  70130<br>(504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br>*Liaison Counsel for Defendants*<br><br>Dated: November 13, 2015 |