UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) |
| | MDL NO. 2592 |
| ROBERT E. WILLIAMS AND SARAH CLARK, | ) ) ) |
| | SECTION: L |
| Plaintiffs, | ) ) |
| | JUDGE: ELDON E. FALLON |
| v. | ) ) |
| | MAGISTRATE JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson And Johnson Pharmaceutical Research And Development, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; JOHNSON & JOHNSON; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, AND BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| | Civil Action No: 2:15-cv-03559-EEF-MBN |
| Defendants. | ) ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

THE COCHRAN FIRM-DOTHAN
Attorneys for Plaintiffs
By: /s/Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
Phone: (334) 673-1555
Fax: (334) 669-7229
e-mail: JoeLane@CochranFirm.com

Dated: November 13, 2015

DRINKER BIDDLE & REATH LLP
Attorneys for Defendants
Janssen Pharmaceuticals, Inc.,
Janssen Research & Development LLC,
Janssen Ortho LLC, and
Johnson & Johnson

By: /s/Susan M Sharko
       Susan M. Sharko

Dated: November 13, 2015


KAYE SCHOLER LLP
Attorneys for Defendants
Bayer Healthcare Pharmaceuticals Inc. and
Bayer Pharma AG

By: /s/William Hoffman
       William Hoffman

Dated November 13, 2015


  s/James B. Irwin
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com
*Liaison Counsel for Defendants*

Dated: November 13, 2015