UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>CLARENCE L. SOEDER and MARY H. SOEDER,<br><br>2:15-cv-05630-EEF-MBN<br><br>and<br><br>PATRICK J. WESLEY,<br><br>2:15-cv-05634-EEF-MBN | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## MOTION TO AMEND FIRST JOINT COMPLAINT

COMES NOW Counsel for Plaintiffs, Clarence L. Soeder, Mary H. Soeder and Patrick J. Wesley, and respectfully move this court for leave to file an amended joint complaint in this action for amending paragraphs 19(a), 21, and 21(a), in the form attached hereto as Exhibit A.

1. Plaintiffs, Clarence L. Soeder, Mary H. Soeder and Patrick J. Wesley, cases were filed in a Joint Complaint on October 22, 2015 (*Rita I. Campagnari, et al. v. Janssen Research & Development LLC, et al.*, 2:15-cv-05383-EEF-MBN [Doc. 1]).

2. On October 29, 2015, a Severance Order was issued for the Joint Complaint *Rita I. Campagnari, et al. v. Janssen Research & Development LLC, et al.*, 2:15-cv-05383-EEF-MBN [Doc. 5].

3. On October 30, 2015, Plaintiffs, Clarence L. Soeder and Mary H. Soeder, filed their Short Form Complaint (*Clarence L. Soeder and Mary H. Soeder v. Janssen Research & Development LLC*, 2:15-cv-05630-EEF-MBN [Doc. 1]).

4. On October 30, 2015, Plaintiff, Patrick J. Wesley, filed his Short Form Complaint (*Patrick J. Wesley v. Janssen Research & Development LLC*, 2:15-cv-05634-EEF-MBN [Doc. 1]).

5. No Defendants have been formally served with process.

6. On November 4, 2015, Plaintiffs' counsel mailed the Joint Complaint, Severance Order and list of individual case captions, with the Summons to Bayer Pharma AG by registered mail, and to Bayer Healthcare Pharmaceuticals, Inc. by certified mail, pursuant to PTO No. 10.

7. Also on November 4, 2015, Plaintiff mailed Rule 4(d) Requests for Waiver of Service to Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC and Johnson & Johnson Company via certified mail.

8. At this time, Plaintiffs have not received a response from any of the above-named Defendants.

9. Paragraph 19(a) of the Joint Complaint (*Rita I. Campagnari, et al. v. Janssen Research & Development LLC, et al.*, 2:15-cv-05383-EEF-MBN [Doc. 1]), incorrectly referenced dates Plaintiff, Clarence L. Soeder, ingested Xarelto and suffered injuries directly caused by Xarelto.

10. Paragraphs 21 and 21(a) of the Joint Complaint (*Rita I. Campagnari, et al. v. Janssen Research & Development LLC, et al.*, 2:15-cv-05383-EEF-MBN [Doc. 1]), inadvertently omitted Plaintiff, Patrick J. Wesley's middle initial.

11. Plaintiffs' counsel moves to add the correct dates of ingest and injury for Plaintiff, Clarence L. Soeder, in the Joint Complaint (*Rita I. Campagnari, et al. v. Janssen Research & Development LLC, et al.*, 2:15-cv-05383-EEF-MBN [Doc. 1]).

12. Plaintiffs' counsel moves to add the Plaintiff, Patrick J. Wesley's middle initial to paragraphs 21 and 21(a) of the Joint Complaint (*Rita I. Campagnari, et al. v. Janssen Research & Development LLC, et al.*, 2:15-cv-05383-EEF-MBN [Doc. 1]).

13. Since there have been no prior amendments to Plaintiff's Joint Complaint and this Motion is filed within the applicable time limits set forth in Rule 15(a)(1)(A). Counsel moves for his motion to be granted as matter of course.

WHEREFORE, Counsel for Plaintiffs, Clarence L. Soeder, Mary H. Soeder and Patrick J. Wesley, respectfully requests the Court grant leave for Plaintiffs, Clarence L. Soeder, Mary H. Soeder and Patrick J. Wesley, to file an amended joint complaint in this action in the form attached hereto as Exhibit A.

Dated: November 13, 2015

Respectfully submitted,

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

**CERETIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 13th day of November, 2015.

                                                          By: s/Emanuella J. Paulos_____
                                                          Emanuella J. Paulos (FL Bar 99010)