UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA NEW
ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVOROXABAN) | * | |
| PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | |
| | * | SECTION: L |
| | * | |
| | * | JUDGE: ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE MICHAEL NORTH |
| | * | |

**THIS DOCUMENT RELATES TO:**

**PAULA KELLEY V. JANSSEN REASEARCH & DEVELOPMENT, LLC, ET AL.**

Civil Action No.: 2:15-cv-03981-EEF-MBN

## NOTICE OF APPEARANCE

COMES NOW, attorney Scott D. McLeod, of the firm Elkus Sisson & Rosenstein, P.C., hereby enters his appearance on behalf of Plaintiff Paula Kelley in the instant matter.

Dated: November 13, 2015   **ELKUS SISSON & ROSENSTEIN, P.C.**

By: */s/Scott D. McLeod*
Scott D. McLeod
Co. Bar #38564
501 South Cherry Street,
Suite 920
Denver, CO 80246
303-567-7981
smcleod@elkusandsisson.com
*Attorney for Plaintiff(s)*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2015, a copy of the above and foregoing **ENTRY OF APPEARANCE** has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/Keri Roberts*