## UNITED STATES DISTRICT COURT OF THE
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION** : : : : | MDL NO. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:**<br>Alfred Leon Rowe v Janssen Pharmaceuticals, Inc. et al<br>2:15-cv-05959 : : : : : | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Jessica R. Surber and Robert A. Young, of English, Lucas, Priest & Owsley, LLP, in the above captioned manner.


Dated: November 16, 2015        ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

                                  By:    /s/ Robert A. Young
                                                Robert A. Young
                                                English, Lucas, Priest & Owsley, LLP
                                                1101 College St., P.O. Box 770
                                                Bowling Green, KY 42102
                                                Telephone:  270-781-6500
                                                Facsimile:  270-782-7782
                                                byoung@elpolaw.com

                                                /s/ Jessica R. Surber
                                                Jessica R. Surber
                                                English, Lucas, Priest & Owsley, LLP
                                                1101 College St., P.O. Box 770
                                                Bowling Green, KY 42102
                                                Telephone:  270-781-6500
                                                Facsimile:  270-782-7782
                                                jrsurber@elpolaw.com