UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Alfred Leon Rowe v Janssen Pharmaceuticals, Inc. et al<br>2:15-cv-05959 | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Jessica R. Surber and Robert A. Young, of English, Lucas, Priest & Owsley, LLP, in the above captioned manner.


Dated: November 16, 2015        ENGLISH, LUCAS, PRIEST & OWSLEY, LLP

                                 By:    /s/ Robert A. Young
                                           Robert A. Young
                                           English, Lucas, Priest & Owsley, LLP
                                           1101 College St., P.O. Box 770
                                           Bowling Green, KY 42102
                                           Telephone:  270-781-6500
                                           Facsimile:  270-782-7782
                                           byoung@elpolaw.com

                                           /s/ Jessica R. Surber
                                           Jessica R. Surber
                                           English, Lucas, Priest & Owsley, LLP
                                           1101 College St., P.O. Box 770
                                           Bowling Green, KY 42102
                                           Telephone:  270-781-6500
                                           Facsimile:  270-782-7782
                                           jrsurber@elpolaw.com