UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXBAN)  ( MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION ( 
 ( SECTION: L
 ( 
 ( JUDGE FALLON
 ( 
 ( MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Howard Agee v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-CV-03364**

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF
TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

**FACTUAL BACKGROUND**

1. Counsel for Howard Agee filed his Xarelto complaint in the United District Court for the Eastern District of Louisiana on August 7, 2015.

2. The Plaintiff Fact Sheet for the matter was submitted by Howard Agee on October 6, 2015.

3. Defense Counsel issued a Deficiency Notice on November 5, 2015, alleging that the medical records did not demonstrate the alleged injury.

4. Plaintiff's Counsel submitted some medical records demonstrating the alleged injury when submitting the Plaintiff Fact Sheet on October 6, 2015.

5. Additional records Plaintiff's counsel believes will further support Plaintiff's injury have been requested, but they have not yet been received.

6. Plaintiff's Counsel and Plaintiff Howard Agee, seek an extension of the deadline in which to satisfy the alleged deficiency raised by Defendants.  Plaintiff's Counsel believes she will be able to obtain the medical records necessary to satisfy the alleged Plaintiff Fact Sheet deficiency within 60 days.

7. Plaintiff's Counsel emailed Defendant's liaison counsel regarding this request for an extension of time on November 12, 2015, and followed up with his office after receiving an "out of office" automatic reply message.  As of the date of filing this motion, Plaintiff's Counsel has not heard back from Defendant's counsel regarding the requested extension.

8. The Plaintiff Fact Sheet Deficiency deadline for this matter is set for November 25, 2015.

9. Plaintiff is not requesting an extension of time for purposes of delay but so that justice may be served.

WHEREFORE, Plaintiff's counsel request an extension of time of 60 days (until January 24, 2016) to satisfy the alleged Plaintiff Fact Sheet deficiency.

Date:   November 16, 2015

By: /s/ Lisa Causey-Streete
Lisa Causey-Streete
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
lcausey@salim-beasley.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

                                                                     By: /s/ Lisa Causey-Streete

Date:   November 16, 2015                            Lisa Causey-Streete