UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| JACQUELINE TWYMON, ET AL. | |
| | JUDGE: ELDON E. FALLON |
| v. | |
| | MAGISTRATE JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, AND BAYER AG | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No: 2:15-cv-02180-EEF-MBN |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Larry Browning, the Special Administrator of Joe Browning, deceased ("Plaintiff") and Defendants Janssen Research & Development LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc.; Bayer HealthCare Pharmaceuticals Inc.; and Bayer Pharma AG ("Defendants"), through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41, the above-captioned action is voluntarily dismissed as it pertains to the above-listed Plaintiff, with prejudice, each party to bear its own fees and costs. The claims of the remaining plaintiffs are not impacted by the dismissal of the claims asserted by Plaintiff Larry Browning, the Special Administrator of Joe Browning deceased.

1

| | |
|---|---|
| THE DRISCOLL FIRM, P.C.<br>Attorneys for Plaintiff<br>Larry Browning, the Special<br>Administrator of Joe Browning,<br>Deceased<br><br>By:＿＿s/ *John J. Driscoll*＿＿＿＿＿<br>　　　John J. Driscoll<br><br>Dated: November 18, 2015 | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.<br>Janssen Research & Development LLC, and<br>Janssen Ortho LLC<br><br>By:　＿＿*s/ Susan M. Sharko*＿＿＿＿＿<br>　　　Susan M. Sharko<br><br>Dated: November 18, 2015<br><br>KAYE SCHOLER LLP<br>Attorneys for Defendants<br>Bayer Healthcare Pharmaceuticals Inc. and<br>Bayer Pharma AG<br><br>By: ＿＿*s/ William Hoffman*＿＿＿＿＿<br>　　　William Hoffman<br><br>Dated: November 18, 2015<br><br>　*s/James B. Irwin*<br>James B. Irwin<br>Kim E. Moore<br>IRWIN FRITCHIE URQUHART &<br>MOORE LLC<br>400 Poydras St., Ste, 2700<br>New Orleans, LA  70130<br>(504) 310-21—<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br>*Liaison Counsel for Defendants*<br><br>Dated: November 18, 2015 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 18, 2015, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By:     s/ *John J. Driscoll*
        John J. Driscoll