UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| CHARLES CASCIO<br>    Plaintiff | JUDGE: ELDON E. FALLON |
| v. | MAGISTRATE JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, AND BAYER AG<br>    Defendants | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No: 2:15-cv-01370-EEF-MBN |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>Attorneys for Plaintiff<br>By: /s/Yvonne M. Flaherty<br>Yvonne M. Flaherty<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Phone: (612) 339-6900<br>Fax: (612) 339-0981<br>e-mail: ymflaherty@locklaw.com<br><br>Dated: November 18, 2015 | **DRINKER BIDDLE & REATH LLP**<br><br>By: /s/Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7350<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson; |

Janssen Research & Development, LLC, and Janssen Ortho LLC

Dated: November 18, 2015

**KAYE SCHOLER LLP**

By: /s/William Hoffman
William Hoffman
901 15th St NW
Washington, DC 20005
(202) 682-3500
william.hoffman@kayescholer.com

Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: November 18, 2015

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: November 18, 2015