## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*McBride v. Janssen et al*; 2:15-cv-277 | |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

NOW COME Plaintiffs, ROBERT AND KATIE MCBRIDE, by their undersigned counsel of record, and respectfully move the Court for an order declaring that the prior service of their Complaint and Summons on Defendant Bayer Healthcare Pharmaceuticals, Inc. (Wilmington, Delaware) and Bayer Pharma AG (Berlin, Germany) is valid; or alternatively, granting them a permissive extension under Rule 4(m) of thirty (30) days from entry of such order within which to serve process on these Defendants for the reasons set forth in the accompanying Memorandum in Support.

WHEREFORE, Plaintiffs respectfully request that this Court exercise its discretion and enter an order declaring service to be valid or granting them thirty (30) days within which to serve process on the Defendants, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined process.

Respectfully submitted,

By: */s/ Elwood Stevens*
ELWOOD C. STEVENS, JR. (La. Bar No. 12,459)
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Telephone: (337) 233-3033
Telefax: (337) 232-8213
Email: elwoods@wrightroy.com
**ATTORNEYS FOR PLAINTIFFS,**
**ROBERT AND KATIE MCBRIDE**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 18th day of November, 2015.

*s/ Elwood C. Stevens, Jr.*
_____
ELWOOD C. STEVENS, JR.