# Elwood Stevens

| | |
|---|---|
| **From:** | MDL Centrality Administrator <noreply@mdlcentrality.com> |
| **Sent:** | Thursday, July 23, 2015 5:16 PM |
| **To:** | Elwood Stevens |
| **Subject:** | New Plaintiff Fact Sheet |
| **Importance:** | High |

This is an automated message from MDL Centrality. You are receiving this message because you registered to receive notification of new Plaintiff Fact Sheet filings. A new Plaintiff Fact Sheet has been filed in MDL 2592: In Re Xarelto for the plaintiff(s) listed below. Login to MDL Centrality to view these Fact Sheets at www.mdlcentrality.com/MDL2592

| | Plaintiff ID | Name | Law Firm | Date Filed |
|---|---|---|---|---|
| 1. | 1763 | MCBRIDE, ROBERT R | Domengeaux Wright Roy Edwards & Colomb | 7/23/2015 |

