| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _William_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Corp Service Company<br>SOP Dept.<br>2711 Centerville Rd S 400<br>Wilmington, DE 19808<br><br>9590 9403 0326 5155 4983 22 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7015 0640 0002 1034 1958 | |
| PS Form 3811, April 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

7015 0640 0002 1034 1958

Certified Mail Fee  $ 3.45
Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)  $ 2.80
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $
Postage  $ 2.52
Total Postage and Fees  $ 6.77

Sent To  SOP Dept, Corp Serv Comp
Street and Apt. No., or PO Box No.  Suite 400 2711 Centerville Rd
City, State, ZIP+4  Wilmington, DE 19808

Postmark: JEFFERSON STATION  OCT 21 2015  USPS 70502

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

USPS TRACKING#

9590 9403 0326 5155 4983 22

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4® in this box●

Elwood C. Stevens, Jr.
556 Jefferson Street
Jefferson Towers, Suite 500
Post Office Box 3668
Lafayette, Louisiana 70502-3668

---

EXHIBIT B

PENGAD 800-631-6989

English    Customer Service    USPS Mobile      Register / Sign In



# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 9590940303265155498322**

## Product & Tracking Information

**Postal Product:**    **Features:**
First-Class Mail®    USPS Tracking™

## Available Actions

Text Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 29, 2015, 8:11 pm | Departed USPS Facility | BATON ROUGE, LA 70826 |

Email Updates

Your item departed our USPS facility in BATON ROUGE, LA 70826 on October 29, 2015 at 8:11 pm. The item is currently in transit to the destination.

Delivery Instructions

| October 29, 2015, 11:19 am | Arrived at USPS Facility | BATON ROUGE, LA 70826 |
|---|---|---|
| October 27, 2015, 5:35 am | Departed USPS Facility | WILMINGTON, DE 19850 |
| October 26, 2015, 11:04 pm | Arrived at USPS Facility | WILMINGTON, DE 19850 |

## Track Another Package

**Tracking (or receipt) number**

9590940303265155498322    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.