English     Customer Service     USPS Mobile                                                   Register / Sign In

# USPS.COM®

# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** RE964925428US

## Product & Tracking Information

**Postal Product:** First-Class Package International Service Registered Mail™
**Features:** Return Receipt

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 3, 2015, 11:59 pm | Delivered | GERMANY |

Your item was delivered in GERMANY at 11:59 pm on November 3, 2015.

| | | |
|---|---|---|
| November 3, 2015, 8:47 am | Missed delivery - Scheduled for another delivery attempt today | GERMANY |
| November 2, 2015, 8:47 am | Customs clearance processing complete | GERMANY |
| October 30, 2015, 5:27 pm | Processed Through Sort Facility | GERMANY |
| October 30, 2015, 5:27 pm | Customs Clearance | GERMANY |
| October 30, 2015, 9:28 am | Departed | Frankfurt, GERMANY |
| October 29, 2015, 7:42 pm | Departed | New York, UNITED STATES |
| October 29, 2015, 10:48 am | Arrived | New York, UNITED STATES |
| October 29, 2015, 7:21 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| October 29, 2015, 6:18 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| October 26, 2015, 11:20 am | Arrived at USPS Facility | CHICAGO, IL 60699 |
| October 23, 2015, 7:05 pm | Arrived at USPS Facility | NORTH HOUSTON, TX 77315 |
| October 23, 2015, 3:32 am | Arrived at USPS Facility | BATON ROUGE, LA 70810 |
| October 23, 2015, 12:06 am | Departed USPS Facility | LAFAYETTE, LA 70501 |
| October 23, 2015, 12:04 am | Arrived at USPS Facility | LAFAYETTE, LA 70501 |
| October 22, 2015, 5:06 pm | Departed Post Office | LAFAYETTE, LA 70501 |
| October 22, 2015, 3:05 pm | Acceptance | LAFAYETTE, LA 70501 |

EXHIBIT C

FROM:
Elwood C Stevens, Jr.
Domengeaux Wright Roy&Edwards
PO Box 3668
Lafayette, LA 70502
USA

TO:
Bayer Pharma AG
Attn Eva Gardyan Eisenlohr General Counsel
Muellerstrasse 178
13353 Berlin
Germany

REGISTERED MAIL
RE 964 925 428 US
Label 200, August 2005
PSN 7690-03-000-9311

## Registered Mail Receipt

RE 964 925 428 US

FROM:
Elwood C. Stevens Jr.
Domengeaux Wright Roy Edwards & Colomb
PO Box 3668
Lafayette, LA 70502

TO:
Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
Muellerstrasse 178
13353 Berlin Germany

---

## PS Form 3811 - Return Receipt

SENDER: COMPLETE THIS SECTION

1. Article Addressed to:
Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
Muellerstrasse 178
13353 Berlin Germany

9590 9403 0765 5196 0674 90

2. Article Number: RE 964 925 426 US

COMPLETE THIS SECTION ON DELIVERY

A. Signature: X
3. Service Type: Registered Mail

---

## USPS Customs Declaration – CN 22

From:
Elwood C. Stevens Jr.
Domengeaux Wright Roy Edwards
PO Box 3668
Lafayette, LA 70502

To:
Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
Muellerstrasse 178
13353 Berlin Germany

Documents [X]

Detailed description of contents (1): Legal Documents
Qty (2): 1
Weight (3): 0.9 lb
Value (4): 1 $

Signature and Date: 10/22/15

Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Elwood C. Stevens, Jr.
556 Jefferson Street
Jefferson Towers, Suite 500
Post Office Box 3668
Lafayette, Louisiana 70502-3668

USPS TRACKING#

9590 9403 0765 5196 0674 90