# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*McBride v. Janssen et al*; 2:15-cv-277 | |

## ORDER

Considering the foregoing Motion and Supporting Memorandum for Extension of Time within which to Serve Process filed by Plaintiffs:

IT IS HEREBY ORDERED that Plaintiffs, Robert and Katie McBride, be and they are hereby granted thirty (30) days from the date of this order within to serve process on Defendants, Bayer Health Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined process.

New Orleans, Louisiana, this _____ day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE