# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*McBride v. Janssen et al*; 2:15-cv-277 | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Plaintiffs, Robert and Katie Mcbride, will bring the attached Motion for Extension of Time within which to Serve Process for submission before the Honorable Judge Eldon E. Fallon on the 6th of January, 2016.

Respectfully submitted,

By: */s/ Elwood Stevens*
ELWOOD C. STEVENS, JR. (La. Bar No. 12,459)
556 Jefferson Street, Suite 500
Lafayette, LA 70501
Telephone: (337) 233-3033
Telefax: (337) 232-8213
Email: elwoods@wrightroy.com
**ATTORNEYS FOR PLAINTIFFS,**
**ROBERT AND KATIE MCBRIDE**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing NOTICE OF SUBMISSION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 18th day of November, 2015.

*s/ Elwood C. Stevens, Jr.*
_____
ELWOOD C. STEVENS, JR.