UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------X

IN RE: XARELTO (RIVAROXABAN) PRODUCTS      :   MDL No. 2592
LIABILITY LITIGATION

                                                          :   SECTION L
                                                                    JUDGE ELDON E. FALLON
                                                         :   MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
2:15-cv-00509-EEJ-MBN                                  :

-------------------------------------------------------------

                                                        :   AMENDED COMPLAINT AND
LOUIS ZANONI and KATHLEEN ZANONI,             DEMAND FOR JURY TRIAL

                                                        :

        Plaintiffs,

                                                        :   Case No.: 2:15-cv-00509-EEJ-MBN

      vs.

                                                        :

JANSSEN RESEARCH & DEVELOPMENT, LLC
f/k/a JOHNSON AND JOHNSON                            :
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT, LLC; JANSSEN ORTHO, LLC;        :
JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA, INC. f/k/a                :
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC; JOHNSON &                   :
JOHNSON COMPANY; BAYER HEALTHCARE
PHARMACEUTICALS, INC; BAYER PHARMA           :
AG; BAYER CORPORATION; BAYER
HEALTHCARE, LLC; BAYER HEALTHCARE AG;   :
 and BAYER AG,

                                                         :

        Defendants.

                                                        :

-------------------------------------------------------------------X

**UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

1

The Plaintiffs, Louis Zanoni and Kathleen Zanoni, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15, respectfully seeks leave to amend the Complaint to add Johnson & Johnson Company as a party Defendant and all of the allegations pursuant to the Plaintiff Steering Committee's Bundled Complaint and all its allegations contained herein and pursuant to PTO Nos. 11 and 11A. A memorandum in support of this Motion is attached. On November 18, 2015, Kelly E. Brilleaux, an associate of James B. Irwin, Defendants' Liaison Counsel, indicated via email correspondence that Defendants do not oppose Plaintiffs' Amended Complaint.

Dated: <u>November 18, 2015</u>                      RESPECTFULLY SUBMITTED,

 /s/ Gregory N. McEwen                 
Gregory McEwen, Esq. (273843)
**McEwen Law Firm, Ltd.**
5850 Blackshire Path
Inver Grove Heights, MN 55076
Telephone: 651-224-3833
Facsimile: 651-223-5790
gmcewen@mcewenlaw.com

***ATTORNEYS FOR PLAINTIFFS***

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by the FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Gregory N. McEwen _____
Gregory N. McEwen