UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L<br>JUDGE ELDON E. FALLON |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>2:15-cv-00474-EEJ-MBN | : | |
| -------------------------------------------------------------- | | |
| | : | AMENDED COMPLAINT AND |
| LISA LEWIS, | | DEMAND FOR JURY TRIAL |
| | : | |
| Plaintiff, | | |
| | : | Case No.: 2:15-cv-00474-EEJ-MBN |
| vs. | | |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG, | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------------X

**MEMORANDUM IN SUPPORT OF**
**UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

1

**MAY IT PLEASE THE COURT:**

The Plaintiff, Lisa Lewis, desires to add Johnson & Johnson Company as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint and all of its allegations contained herein pursuant to PTO Nos. 11 and 11A.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposed party's written consent or the Court's leave when justice so requires. In this case, justice requires that Lisa Lewis be allowed to amend the Complaint to add Johnson & Johnson Company as a party Defendant and to add all of the allegations contained in the Plaintiff Steering Committee's Bundled Complaint. The Plaintiffs recently discovered the involvement of Johnson & Johnson Company in the events giving rise to the Complaint when the Plaintiff's Steering Committee filed their Bundled Complaint.

## CONCLUSION

The Plaintiff, Lisa Lewis, respectfully requests that they be allowed to amend their Complaint to add Johnson & Johnson Company as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint with all of the allegations claimed therein.

Dated: November 18, 2015                          RESPECTFULLY SUBMITTED,

/s/ Gregory N. McEwen
Gregory McEwen, Esq. (273843)
**McEwen Law Firm, Ltd.**
5850 Blackshire Path
Inver Grove Heights, MN 55076
Telephone: 651-224-3833
Facsimile: 651-223-5790
gmcewen@mcewenlaw.com

*ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by the FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Gregory N. McEwen  
Gregory N. McEwen