UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


-------------------------------------------------------------------X

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   :   MDL No. 2592
LIABILITY LITIGATION

                                               :   SECTION L
                                                  JUDGE ELDON E. FALLON
                                               :   MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
2:15-cv-00474-EEJ-MBN   :
-----------------------------------------------------------------

                                             :   AMENDED COMPLAINT AND
LISA LEWIS,   DEMAND FOR JURY TRIAL

                                             :

       Plaintiff,

                                             :   Case No.: 2:15-cv-00474-EEJ-MBN

   vs.

                                             :

JANSSEN RESEARCH & DEVELOPMENT, LLC
f/k/a JOHNSON AND JOHNSON   :
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT, LLC; JANSSEN ORTHO, LLC;   :
JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA, INC. f/k/a   :
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC; JOHNSON &   :
JOHNSON COMPANY; BAYER HEALTHCARE
PHARMACEUTICALS, INC; BAYER PHARMA   :
AG; BAYER CORPORATION; BAYER
HEALTHCARE, LLC; BAYER HEALTHCARE AG;   :
 and BAYER AG,

                                             :

       Defendants.

                                             :
-------------------------------------------------------------------X

## <u>ORDER</u>


     Considering the foregoing;

**IT IS ORDERED** that the Unopposed Motion for Leave to Amend Complaint filed by Plaintiff, Lisa Lewis, be and the same is hereby **GRANTED**, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2015.

_____
Honorable Eldon E. Fallon,
United States District Judge