UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXBAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Howard Agee v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-CV-03364**

### UNOPPOSED MOTION TO WITHDRAW DOCUMENT No. 1609

Plaintiff hereby withdraws Document No. 1609, filed November 16, 2015. Per an agreement between the undersigned counsel and Defense Counsel, Kelly E. Brilleaux of Irwin Fritchie Urquhart & Moore, LLC, Plaintiff hereby respectfully withdraws Document No. 1609.

Date:   November 18, 2015

By: /s/ Lisa Causey-Streete
Lisa Causey-Streete
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
lcausey@salim-beasley.com

*Attorney for Plaintiff*

## CERTIFICATE OF ACCEPTANCE OF WITHDRAWAL BY PARTIES

I, Lisa Causey-Streete, declare under penalty of perjury and pursuant to the laws of Louisiana and the United States that I have in my possession email correspondence from defense counsel dated November 17, 2015 that the content of this Motion to Withdraw Document No. 1609 is acceptable.

By: /s/ Lisa Causey-Streete

Date:   November 18, 2015                    Lisa Causey-Streete

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Unopposed Motion to Withdraw Document No. 1609 has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

By: /s/ Lisa Causey-Streete

Date:   November 18, 2015                    Lisa Causey-Streete