## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXBAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Howard Agee v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-CV-03364**

## <u>PROPOSED ORDER</u>

THIS MATTER, having come before the Court is Plaintiff, Howard Agee's Unopposed Motion to Withdraw Document No. 1609.  Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing.

IT IS HEREBY ORDERED that Plaintiff, Howard Agee's Unopposed Motion to Withdraw Document No. 1609 is GRANTED.


Date:   November _____ , 2015              _____
                                          Judge Eldon E. Fallon