UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**PROPOSED AGENDA FOR
NOVEMBER 20, 2015 STATUS CONFERENCE**

1.      Pre-Trial Orders

2.      Case Management Order No. 2

3.      Proposed Case Management Order No. 3

4.      Counsel Contact Information Form

5.      MDL Centrality

6.      Plaintiff Fact Sheets

7.      Defendant Fact Sheets

8.      Bundling of Complaints/Answers/Responsive Pleadings

9.      Preservation Order

10.     Proposed Order Governing the Parties' Interactions with MDL Plaintiffs' Prescribing and Treating Physicians

11.     Discovery

12.     Deposition Guidelines

13.     Discovery Issued to Third Parties

14.     State/Federal Coordination

15.     Next Status Conference

00319679                                    1