UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>CLARENCE L. SOEDER and MARY H. SOEDER,<br><br>2:15-cv-05630-EEF-MBN<br><br>and<br><br>PATRICK J. WESLEY,<br><br>2:15-cv-05634-EEF-MBN | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## PROPOSED ORDER

  This matter having come before the Court on the Motion for Leave to File the First Amended Joint Complaint, the Court having reviewed such and being otherwise sufficiently advised:

  IT IS HEREBY ORDERED that Plaintiffs, Clarence L. Soeder, Mary H. Soeder and Patrick J. Wesley's Motion is GRANTED. Plaintiffs are hereby granted leave to file the First Amended Joint Complaint tendered with their Motion.

Entered this __18th__ day of __November__, 2015

_____
HONORABLE DISTRICT JUDGE FALLON