UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br>*Uzoamaka A. Onwuchekwa*<br>*individually and as Administratrix of*<br>*The Estate of Nwakego Molokwu*<br>*and on behalf of the heirs of said decedent*<br>*v.*<br>*Bayer Healthcare Pharmaceuticals, Inc.,*<br><br>ED. La. No 15-3989 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

TENDERED FOR FILING

## AFFIDAVIT OF SERVICE

NOV 13 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**Before me,** the undersigned authority, personally came and appeared:

**Uzoamaka A. Onwuchekwa**

Who, after being first duly sworn, did depose and state:

That she is the representative in the above captioned matter; that on October 21, 2015, she deposited in the United States Mail, postage prepaid, a certified copy of the Summons and Complaint for Damages in the above matter, properly addressed to defendant, Bayer Healthcare Pharmaceuticals, Inc. (BHCP), requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the Summons and Complaint for Damages have been received, that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rules of Civil Procedure 4(l).

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 6
Day of November, 2015

_____
Notary Public

_____
Uzoamaka A. Onwuchekwa
4623 Milfax Road, North Chesterfield, VA 23224
952-261-3224

ANGELIQUE N. PARKER
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES AUG. 31, 2019
COMMISSION # 7502490

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_   ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>SOP Department<br>Corporation Service Company,<br>Suite 400<br>2711 Centerville Road<br>Wilmington, DE 19808 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7015 0640 0005 8916 7050 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WILMINGTON, DE 19808   OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $3.45 | 0085  35 |
| $ $2.80 | |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | Postmark Here |
| ☐ Return Receipt (electronic) $ $0.00 | |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ $2.96 | 10/21/2015 |
| Total Postage and Fees $ $7.21 | |
| Sent To | |
| Street and Apt. No., or PO Box No. | |
| City, State, ZIP+4® | |

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 0640 0005 8916 7050

Uzoamaka Onwuchekwa
4623 Milfay Road
North Chesterfield, VA, 23224

United States District Court
Eastern District of Louisiana
500 Poydras Rm C151
New Orleans, LA 70130

NOV 09, 15
AMOUNT
$6.74
00114474-05

7015 1520 0000 7130 2079

70130$3367