UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | |
| | ) | MDL NO. 2592 |
| BETTY JEAN JACOBS, personally and as PENDING PERSONAL REPRESENTATIVE of the ESTATE of CHARLES ROBERT JACOBS, | ) ) ) ) ) ) | SECTION: L JUDGE: ELDON E. FALLON |
| Plaintiff, | ) ) | MAGISTRATE JUDGE: MICHAEL NORTH |
| v. | ) ) | STIPULATION OF DISMISSAL WITH PREJUDICE |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson And Johnson Pharmaceutical Research And Development, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a Ortho- McNeil-Janssen Pharmaceuticals, Inc.; JOHNSON & JOHNSON; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, AND BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No: 2:15-cv- 04008-EEF-MBN |
| Defendants | ) ) | |
| _____ | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each

party to bear its own fees and costs.

THE COCHRAN FIRM-DOTHAN
*Attorneys for Plaintiff*


By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL  36301
Phone: (334) 673-1555
Fax: (334) 669-7229
Email: JoeLane@CochranFirm.com

Dated: November 18, 2015


DRINKER BIDDLE & REATH LLP
*Attorneys for Defendants*
*Janssen Pharmaceuticals, Inc.,*
*Janssen Research & Development LLC,*
*Janssen Ortho LLC, and*
*Johnson & Johnson*


By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ  07932
Phone: (973) 549-7350
Fax: (973) 360-9831
Email: susan.sharko@dbr.com

Dated: November 18, 2015


KAYE SCHOLER LLP
*Attorneys for Defendants*
*Bayer Healthcare Pharmaceuticals Inc. and*
*Bayer Pharma AG*


By: /s/William Hoffman
William Hoffman
250 West 55th Street
New York, NY 10019-7910
Tel: (212) 836-8485
Fax: (212) 836-6485

Dated November 18, 2015


IRWIN FRITCHIE URQUHART &
MOORE LLC
*Liaison Counsel for Defendants*


By:/s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA  70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Dated: November 18, 2015