UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO:**

Ann Graham
Civil Action No.: 2:15-cv-1341

### PLAINTIFF'S JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COME NOW Plaintiff herein, and files this Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel, and would respectfully show unto this Court as follows:

Plaintiff requests that attorneys Joseph C. Peiffer and Daniel J. Carr of PEIFFER ROSCA WOLF ABDULLAH CARR & KANE, APLC, 201 St. Charles Avenue, Suite 4610, New Orleans, Louisiana 70170-4060 and Michael B. Lynch of THE MICHAEL BRADY LYNCH FIRM, 127 West Fairbanks, Avenue, Suite 528, Winter Park, Florida 32789, be granted leave to withdraw as counsel of record for Plaintiff.

Plaintiff further requests the substitution of attorneys Riley L. Burnett, Jr. and Amy L. Collins of BURNETT LAW FIRM, 55 Waugh Drive, Suite 803, Houston, Texas 77007 in place of Joseph C. Peiffer and Daniel J. Carr of PEIFFER ROSCA WOLF ABDULLAH CARR & KANE, APLC and Michael B. Lynch of THE MICHAEL BRADY LYNCH FIRM.

Attorney Riley L. Burnett has conferred with Joseph C. Peiffer and Daniel J. Carr and Michael B. Lynch, who are not opposed to this Motion.

1

WHEREFORE, Plaintiff respectfully requests that Joseph C. Peiffer and Daniel J. Carr of PEIFFER ROSCA WOLF ABDULLAH CARR & KANE, APLC and Michael B. Lynch of THE MICHAEL BRADY LYNCH FIRM, be granted leave to withdraw as counsel of record for Plaintiff. Plaintiff further requests that Attorneys Riley L. Burnett, Jr. and Amy L. Collins of BURNETT LAW FIRM be substituted.

DATED:  November 19, 2015.

Respectfully submitted,

**BURNETT LAW FIRM**

By: */s/ Riley L. Burnett, Jr./*
Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail:  rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail: acollins@rburnettlaw.com
55 Waugh Drive, Suite 803
Houston, Texas 77007
Telephone:  (832) 413-4410
Facsimile:  (832) 900-2120

**PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE**

By: */s/ Joseph C. Peiffer*
Joseph C. Peiffer
Louisiana Bar No.: 26459
Daniel J. Carr
Louisiana Bar No.: 31088
Email:  dcarr@prwlegal.com
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170-4600
Telephone: (504) 523-2434
Facsimile:  (504) 523-2464

                              **THE MICHAEL BRADY LYNCH FIRM**

By: */s/ Michael B. Lynch*
     Michael B. Lynch
     Email:  michael@mblynchfirm.com
     127 West Fairbanks Avenue, #528
     Winter Park, Florida   32789
     Telephone: (877) 513-9517
     Facsimile: (321) 972-3568

                              **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2015, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

                                      */s/ Riley L. Burnett, Jr.*
                                      Riley L. Burnett, Jr.