IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | | |
|---|---|---|
| <u>THIS DOCUMENT RELATES TO:</u> | * | |
| | * | |
| JONATHAN SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO.: 2:15-cv-01470 |
| | * | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG, | * * * * * * * * * * * | JUDGE: E. FALLON<br><br>MAGISTRATE: NORTH<br><br>JURY DEMAND |
| Defendants | * | |
| | * | |

<u>**NOTICE OF AND SUGGESTION OF DEATH**</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of the Plaintiff, Jonathan Smith ("the Plaintiff"). Counsel below respectfully informs this Court that a Motion To Substitute Party Plaintiff And For Leave to Amend Complaint will likely be filed by Debra Smith, the mother of the Plaintiff

1

and his only legal heir. The Motion To Substitute Party Plaintiff And For Leave to Amend the Complaint will also seek to add wrongful death and survival action claims and to add a Defendant, Johnson & Johnson Company, in addition to substituting Debra Smith as the party Plaintiff due to the death of Plaintiff Jonathan Smith.

         Respectfully Submitted,

         /s/ Mekel S. Alvarez
         Morris Bart (LA Bar #02788)
         Mekel S. Alvarez (LA Bar #22157)
         Morris Bart, LLC
         909 Poydras Street, 20th Floor
         New Orleans, LA 70112
         Telephone: 504-525-8000
         Facsimile: 504-599-3392
         morrisbart@morrisbart.com
         malvarez@morrisbart.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2015, a true copy of the foregoing Notice Of and Suggestion of Death was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system

         /s/ Mekel S. Alvarez