IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO:<br><br>JONATHAN SMITH,<br><br>     Plaintiff,<br><br>     v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>     Defendants | * * * * * * * * * * * * * * * * * * * * * * * | CASE NO.: 2:15-cv-01470<br><br>JUDGE: E. FALLON<br><br>MAGISTRATE: NORTH<br><br>JURY DEMAND |

**UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF
AND FOR LEAVE TO AMEND COMPLAINT**

Debra Smith, a competent individual acting on behalf of herself and on behalf of Jonathan Smith ("the Decedent"), by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 15 and 25, respectfully requests that as the sole legal heir of Jonathan Smith, deceased, and the mother of the Decedent, she be substituted as Plaintiff in this action.

1

Debra Smith further seeks leave to amend the Complaint to include wrongful death and survival action claims pursuant to La. C.C. arts. 2315.1 and 2315.2. In addition, Plaintiff also desires to add Johnson & Johnson Company as a party Defendant pursuant to the Plaintiff Steering Committee's Joint Complaint and all its allegations contained therein and pursuant to PTO Nos. 11 and 11A. A memorandum in support of this Motion is attached. On November ___, 2015, Deirdre Kole, partner of Susan M. Sharko, Co-Lead Defense Counsel, indicated via email correspondence that the Janssen Defendants do not oppose Debra Smith obo Jonathan Smith's First Amended Complaint and substitution as party Plaintiff. On November ___, 2015, Steven Glickstein of Kaye Scholer, LLP, Co-Lead Defense Counsel, indicated via email correspondence that the Bayer Defendants do not oppose Debra Smith obo Jonathan Smith's First Amended Complaint and substitution as party Plaintiff.

Respectfully Submitted,

/s/ Mekel S. Alvarez
Morris Bart (LA Bar #02788)
Mekel S. Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com
**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this <u>19th</u> day of November, 2015, a true copy of the foregoing Unopposed Motion to Substitute Party Plaintiff and for Leave to Amend Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                      <u>/s/ Mekel S. Alvarez</u>