IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

*************************************************************************

| | | |
|---|---|---|
| **THIS DOCUMENT RELATES TO:**<br><br>JONATHAN SMITH,<br><br>          Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER  CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>          **Defendants** | * * * * * * * * * * * * * * * * * * * * * | <br><br><br><br><br><br>CASE NO.: 2:15-cv-01470<br><br>JUDGE: E. FALLON<br><br>MAGISTRATE: NORTH<br><br>JURY DEMAND |

*************************************************************************

## ORDER

Considering the foregoing;

**IT IS ORDERED** that the Unopposed Motion for To Substitute Party Plaintiff and For Leave to Amend Complaint filed by the Plaintiff, Debra Smith on behalf of Jonathan Smith, deceased, be and the same is hereby **GRANTED,** and the Clerk of Court is ordered to file the First Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2015.

_____
**UNITED STATES DISTRICT JUDGE**