UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br><br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

**Sullivan v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-04089**

**DECLARATION OF ROOPAL P. LUHANA, ESQ., IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON BAYER PHARMA AG**

I, Roopal P. Luhana, Esq., hereby declare under oath as follows:

1. I am a Partner of Chaffin Luhana LLP, which represents Plaintiff Della Sullivan ("Plaintiff") in the above-captioned matter.

2. A true and correct copy of the Summons to Defendant, Bayer Healthcare AG, that was mailed to Bayer Pharma AG and receipt of the registered mailing, dated October 6, 2015, in the above-captioned matter is attached hereto as Exhibit A.

3. A true and correct copy of the correspondence from Defendant, Bayer Pharma AG, dated October 22, 2015, without enclosures, in the above-captioned matter is attached hereto as Exhibit B.

4. A true and correct copy of the correspondence sent to Defendant, Bayer Pharma AG, and corrected Summons to Bayer Pharma AG, dated November 2, 2015, with enclosures, in the above-captioned matter is attached hereto as Exhibit C.

5. A true and correct copy of the correspondence received from Defendant, Bayer Pharma AG, dated November 16, 2015, without enclosures, in the above-captioned matter is attached hereto as Exhibit D.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 19th DAY OF NOVEMBER, 2015.

                                           /s/ Roopal P. Luhana_____

                                           Roopal P. Luhana, Esq.

                                           **CHAFFIN LUHANA LLP**
                                           600 Third Avenue, 12th Floor
                                           New York, NY 10016
                                           Telephone: (347) 269-4472
                                           Facsimile: (888) 499-1123

                                           *Attorneys for Plaintiff*