# EXHIBIT B

# Bayer HealthCare



BY REGISTERED MAIL

Roopal P. Luhana  
Chaffin Luhana LLP  
600 Third Ave., 12th Fl.  
New York, NY 10016  
USA

Re: Della Sullivan v. Janssen Research and Development LLC, et al.;  
Civil Action Case Number: 2:15-cv-04089 (E.D. La.)

October 22, 2015

General Counsel  
BPH AG

Dear Ms. Luhana:

Bayer Pharma AG has received by registered mail the complaint and summons for Bayer HealthCare AG in the above-captioned case. This attempt at service by registered mail is not effective. We are returning the documents to you.

Bayer HealthCare AG is a German corporation and can only be served pursuant to international and German law. Service on Bayer HealthCare AG by registered mail does not comply with international and German law.

Because the complaint and summons were not properly served in accordance with international and German law, service is improper. Further, Bayer Pharma AG is not authorized to accept service on behalf of Bayer HealthCare AG.

Yours sincerely,  
Bayer Pharma AG

Eva Gardyan-Eisenlohr  
General Counsel

Enclosure

Bayer HealthCare Pharmaceuticals

Bayer Pharma AG

Postal address:  
13342 Berlin, Germany  
Visitor's address:  
Müllerstraße 178  
13353 Berlin, Germany  
Tel. +49-30-468 16924  
Fax +49-30-468 14086

www.bayerhealthcare pharmaceuticals.com

Board of Management:  
Dieter Weinand  
Chairman  
Hartmut Klusik  
Manfred Vehreschild

Chairman of the  
Supervisory Board:  
Michael König

Registered office:  
Berlin  
Local Court of Charlottenburg  
HRB 283 B