# EXHIBIT D

 **BRADLEY ARANT BOULT CUMMINGS** LLP

Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

November 16, 2015

**Via Electronic Mail (luhana@chaffinluhana.com)**

Roopal P. Luhana
Chaffin Luhana LLP
600 Third Ave., 12th Fl.
New York, NY 10016

> Re:   Della Sullivan v. Janssen Research and Development LLC, et al.;
> Civil Action Number: 2:15-cv-04089 (E.D. La.)

Dear Ms. Luhana:

This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG has received by Registered Mail, Return Receipt Requested, the Complaint and Summons in the above-captioned action. This attempt at service on Bayer Pharma AG is not effective. We are returning the documents to you.

Pre-Trial Order No. 10 ("PTO 10") in the MDL permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG . . . shall have 60 days to serve the Complaint with a Summons. For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order. Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL." Because Plaintiff in this action attempted service on Bayer Pharma AG by Registered Mail through the streamlined service process more than 60 days after the Complaint was docketed in the MDL, service is improper.

Sincerely,

Lindy D. Brown

Lindy D. Brown

LDB/cfo