UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | | SECTION: L |
| ) | | JUDGE FALLON |
| ) | | MAG. JUDGE NORTH |

**This Document Relates to:**

**Sullivan v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-04089**

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process on Bayer Pharma AG:

IT IS HEREBY ORDERED that Plaintiff, Della Sullivan, shall have thirty (30) days from the date of this Order to serve process on Defendant, Bayer Pharma AG, *via* the streamlined service procedures set forth in Pre-Trial Order 10. *See In Re: Xarelto (Rivaroxaban) Prods. Liab. Litig.,* Case No 2:14-md-02592-EEE-MBD, Pre-Trial Order 10 [Dkt. 357] ("PTO No. 10"), § II.

New Orleans, Louisiana this _____ day of November, 2015

 

                                                                  Honorable Eldon E. Fallon
                                                                   U.S. District Court Judge