MINUTE ENTRY
FALLON, J.
NOVEMBER 20, 2015

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                    MDL NO. 2592
      PRODUCTS  LIABILITY LITIGATION

                                         SECTION: L

THIS DOCUMENT RELATES TO:                       JUDGE FALLON
ALL CASES                                       MAGISTRATE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Terri Hourigan

Appearances:  Andy Birchfield, Esq. for Plaintiffs' Liaison Counsel
                  Steve Glickstein, Esq. Defendants'  Liaison Counsel

Motion of the Plaintiffs' Steering Committee, for Briefing and Argument on CMO 3 Issues (1492)

After argument - Court will issue its Order on the Matter

JS10:    :43