UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**This Document Relates to:**

*Fannie V. Russell v. Janssen Research & Development, LLC, et al*; **LAED USDC No. 2:15cv3892**

## MOTION FOR EXTENSION OF TIME TO SERVE PROCESS

COMES NOW, Plaintiff, FANNIE V. RUSSELL, by counsel, and respectfully moves this Court for an order allowing her an additional twenty (20) days from the date of this motion to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG. In support of her motion, Plaintiff states as follows:

1. This matter was filed into In Re: Xarelto (Rivoraxaban) Product Liability Litigation, MDL No. 2592 on August 28, 2015.

2. On November 19, 2015, Plaintiff served her Plaintiff Fact Sheet on Defendants through Brown Greer's MDL Centrality, pursuant to applicable Pre-Trial Orders.

3. Plaintiff attempted streamline service pursuant to Pre-Trial Order No. 10 (PTSO 10), but, unfortunately, the process was delivered outside the time period permitted therein.

4. In light of the foregoing, Plaintiff requests that this Court enter an order granting her twenty (20) days from the date of this motion to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG.

WEREFORE, Plaintiff respectfully moves for an order from this Court granting her twenty (20) days from the date of this motion to serve process on Defendants Bayer Healthcare

Pharmaceuticals, Inc. and Bayer Pharma AG.

Dated: November 21, 2015

Respectfully submitted,

PHELAN PETTY, PLC

/s/ Michael G. Phelan, Esq.
Michael G. Phelan, Esq.
PHELAN PETTY, PLC
6641 West Broad Street, Suite 406
Richmond, Virginia 23230
Tel: (804) 980-7100
Fax: (804) 767-4601
Email: mphelan@phelanpetty.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above MOTION FOR EXTENSION OF TIME TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Michael G. Phelan
Michael G. Phelan, Esq.