UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**This Document Relates to:**

*Fannie V. Russell v. Janssen Research & Development, LLC, et al*; LAED USDC No. 2:15cv3892

## ORDER

Considering the foregoing Motion for Extension of Time to Serve Process:

IT IS HEREBY ORDERED that Plaintiff Fannie V. Russell shall have twenty (20) days from the date of the above referenced Motion to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG.

New Orleans, Louisiana this ____ day of _____, 2015.

_____
Honorable Eldon E. Fallon,
U.S. District Court Judge