**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: XARELTO (RIVAROXABAN) PRODUCTS    *    MDL NO. 2592
LIABILITY LITIGATION                                               *
                                                                              *    SECTION L
                                                                              *    JUDGE ELDON E. FALLON
                                                                              *    MAG. JUDGE NORTH
                                                                              *
-------------------------------------------------------------------    *
THIS DOCUMENT RELATES TO:                              *
                                                                              *
TOMMY McGEE vs. JANSSEN RESEARCH &       *
DEVELOPMENT, LLC, et al.,                                    *
Civil Action No. 2:15-cv-04019-EEF-MBN          *
-----------------------------------------------------------------------

**NOTICE OF APPEARANCE OF COUNSEL**

To the Clerk of Court and all parties of record:

Please take notice that Laura L. Voght of the law firm of Kenneth S. Nugent, P.C., 1355 Peachtree Street, NE, Suite 1000, Atlanta, Georgia 30309, who is duly authorized to practice in these MDL proceedings pursuant to Pre-trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Plaintiff Tommy McGee in the above-styled action.

Respectfully submitted this 23rd day of November, 2015.

   /s/  **Laura L. Voght**
Laura L. Voght
Georgia Bar No. 980519
Florida Bar No. 558796

KENNETH S. NUGENT, P.C.
1355 Peachtree Street, NE, Suite 1000
Atlanta, Georgia  30309
(404) 885-1983 – phone
(404) 872-7562 –fax
lvoght@attorneykennugent.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appearance of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


Dated:   November 23, 2015          /s/  **Laura L. Voght**
                                    Laura L. Voght
                                    Georgia Bar No. 980519
                                    Florida Bar No. 558796

                                    KENNETH S. NUGENT, P.C.
                                    1355 Peachtree Street, NE, Suite 1000
                                    Atlanta, Georgia  30309
                                    (404) 885-1983 – phone
                                    (404) 872-7562 –fax
                                    lvoght@attorneykennugent.com
                                    *Attorney for Plaintiff*