UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592<br>*<br>* SECTION L<br>* JUDGE ELDON E. FALLON<br>* MAG. JUDGE NORTH<br>* |
| ———————————————————————<br>THIS DOCUMENT RELATES TO:<br><br>PHYLLIS HOLLAND vs. JANSSEN RESEARCH &DEVELOPMENT, LLC, et al.,<br>Civil Action No. 2:15-cv-02575-EEF-MBN<br>——————————————————————— | *<br>*<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record:

Please take notice that Laura L. Voght of the law firm of Kenneth S. Nugent, P.C., 1355 Peachtree Street, NE, Suite 1000, Atlanta, Georgia 30309, who is duly authorized to practice in these MDL proceedings pursuant to Pre-trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Plaintiff Phyllis Holland in the above-styled action.

Respectfully submitted this 23rd day of November, 2015.

  /s/  **Laura L. Voght**
Laura L. Voght
Georgia Bar No. 980519
Florida Bar No. 558796

KENNETH S. NUGENT, P.C.
1355 Peachtree Street, NE, Suite 1000
Atlanta, Georgia  30309
(404) 885-1983 – phone
(404) 872-7562 –fax
lvoght@attorneykennugent.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appearance of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:   November 23, 2015              /s/  **Laura L. Voght**
                                                            Laura L. Voght
                                                            Georgia Bar No. 980519
                                                            Florida Bar No. 558796

                                                            KENNETH S. NUGENT, P.C.
                                                            1355 Peachtree Street, NE, Suite 1000
                                                            Atlanta, Georgia  30309
                                                            (404) 885-1983 – phone
                                                            (404) 872-7562 –fax
                                                            lvoght@attorneykennugent.com
                                                            *Attorney for Plaintiff*