UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAND) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | Master Docket No. 2:14-md-02592 |
| *This document relates to:* | JUDGE ELDON E. FALLON |
| MOLLY ANN HARR AND DANIEL HARR, JR., v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al. *No. 2:15-cv-05481* | |

## JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

AND NOW, Plaintiff herein, and files this Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel, and would respectfully show unto this Court as follows:

Plaintiff requests that attorneys Michelle L. Kranz of ZOLL KRANZ & BORGESS, LLC of 6620 W. Central Ave., Suite 100, Toledo, OH 43617, be granted leave to withdraw as counsel of record for Plaintiff.

Plaintiff further requests the substitution of attorneys Laurence S. Berman and Fred S. Longer of LEVIN FISHBEIN SEDRAN & BERMAN of 510 Walnut Street, Suite 500, Philadelphia PA 19106.

Attorneys Laurence S. Berman and Fred S. Longer have conferred with Michelle L. Kranz, who is not opposed to this Motion.

WHEREFORE, Plaintiff respectfully requests that Michelle L. Kranz of Zoll Kranz & Borgess, LLC be granted leave to withdraw as counsel of record for Plaintiff. Plaintiff further requests that Attorneys Laurence S. Berman and Fred S. Longer of Levin Fishbein Sedran & Berman be substituted.

Respectfully submitted,

By: s/ Laurence S. Berman
Laurence S. Berman, Esquire
Fred S. Longer, Esquire
Michael M. Weinkowitz
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut St., Ste 500
Philadelphia, PA 19106
(Tel) 215-592-1500
(Fax) 215-592-4663

By: s/ Michelle L. Kranz
Michelle L. Kranz
**ZOLL KRANZ & BORGESS, LLC**
6620 W. Central Ave.
Suite 100
Toledo, OH 43617
(Tel) 419-841-9623

Dated: November 23, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2015, the foregoing document was filed and served upon all counsel of record via the Court's ECF system.

/s/ Laurence S. Berman
Laurence S. Berman