UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

Sullivan v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-04089

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON BAYER PHARMA AG

Plaintiff Della Sullivan ("Plaintiff"), by and through counsel, Chaffin Luhana LLP, respectfully requests that this Honorable Court grant Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant, Bayer Pharma AG, pursuant to Fed. R. Civ. P. 4(m) and enters an Order allowing her an additional thirty (30) days from the date the Order is entered in which to serve streamlined process on Defendant, Bayer Pharma AG, in accordance with the process established in the Xarelto MultiDistrict Litigation ("Xarelto MDL"). A Brief in Support of Plaintiff's Motion is submitted herewith.

Dated: November 23, 2015                      Respectfully Submitted,

/s/Roopal P. Luhana
Roopal P. Luhana, Esq.

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (347) 269-4472
Facsimile: (888) 499-1123

*Attorneys for Plaintiff*