UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> _____ ) | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

Sullivan v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-04089

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Plaintiff, Della Sullivan, will bring the attached Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG for submission before the Honorable Judge Eldon E. Fallon on the December 16, 2015.

Dated: November 23, 2015                    Respectfully Submitted,


/s/Roopal P. Luhana
Roopal P. Luhana, Esq.

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (347) 269-4472
Facsimile: (888) 499-1123

*Attorneys for Plaintiff*