## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ) | |
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL NO. 2592** |
| ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | **SECTION: L** |
| ) | **JUDGE FALLON** |
| ) | **MAG. JUDGE NORTH** |
| ) | |

**This Document Relates to:**

**Sullivan v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-04089**

### BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON BAYER PHARMA AG

NOW COMES, Plaintiff, DELLA SULLIVAN, individually, by her undersigned counsel of record, and respectfully moves this Court for an Order allowing her an additional thirty (30) days from the date the Order is entered in which to serve streamlined process on Defendant, Bayer Pharma AG, in accordance with the process established in the Xarelto MDL. *See In Re: Xarelto (Rivaroxaban) Prods. Liab. Litig.,* Case No 2:14-md-02592-EEE-MBD, Pre-Trial Order 10 [Dkt. 357] ("PTO No. 10"), § II. In support of her motion, Plaintiff states as follows:

1.      On September 30, 2015, this matter was filed into *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (the "Xarleto MDL").

2.      On November 2, 2015, Plaintiff served a Plaintiff Fact Sheet on the Defendants through BrownGreer's MDL Centrality website, pursuant to applicable Pre-Trial Orders.

3.      On October 6, 2015, due to a clerical error, Plaintiff inadvertently issued the Summons of Plaintiff's Complaint to Bayer Healthcare AG at Bayer Pharma AG's service address

instead of Bayer Pharma AG. (Exhibit A, to the November 19, 2015 Declaration of Roopal P. Luhana, Esq. ("Luhana Decl.")).[1]

4.      On October 22, 2015, Defendant Bayer Pharma AG in Germany sent Plaintiff's counsel correspondence notifying her of the improper service. (Exhibit B).

5.      On November 2, 2015, Plaintiff corrected the clerical error and re-served Bayer Pharma AG with the corrected Summons, (Exhibit C), in accordance with the process for serving streamlined service on Defendant Bayer Pharma AG set forth in PTO No. 10.

6.      The Registered Mail package was stamped, however, on November 3, 2015.

7.      On November 16, 2015, Defendant Bayer Pharma AG sent a second correspondence to Plaintiff's counsel stating that Plaintiff improperly served the Summons and Complaint on Bayer Pharma AG because it was not served within the 60 days allowed for streamlined service. (Exhibit D)

8.      Plaintiff's counsel's office contacted Bayer Pharma AG counsel on November 17, 2015, to request an extension to serve Bayer Pharma AG by the streamlined services procedures and was advised that Bayer Pharma AG would not consent to extend the time for Plaintiff to serve the Complaint.

9.      The sixty (60) day time period for streamlined service has expired in this case per PTO No. 10.  However, in such instances, it is within the authority of this Court to "order that service be made within a specified time." *See* Fed. R. Civ. P. 4(m).

10.      Accordingly, Plaintiff requests an Order from this Court granting her thirty (30) days from the date the Order is entered in which to serve Defendant, Bayer Pharma AG, *via* the streamlined service procedures established in the Xarelto MDL.

---

[1]      All exhibits hereinafter cited are attached to the Luhana Decl.

WHEREFORE, Plaintiff respectfully moves for an Order from this Court granting her thirty (30) days from the date the Order is entered to provide streamlined service of process on Defendant Bayer Pharma AG.

Dated: November 23, 2015                          Respectfully Submitted,


/s/Roopal P. Luhana
Roopal P. Luhana, Esq.

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (347) 269-4472
Facsimile: (888) 499-1123

*Attorneys for Plaintiff*