# EXHIBIT B

# Bayer HealthCare



BY REGISTERED MAIL

Roopal P. Luhana
Chaffin Luhana LLP
600 Third Ave., 12th Fl.
New York, NY 10016
USA

**Re: Della Sullivan v. Janssen Research and Development LLC, et al.;
Civil Action Case Number: 2:15-cv-04089 (E.D. La.)**

October 22, 2015

General Counsel
BPH AG

Bayer HealthCare
Pharmaceuticals

Bayer Pharma AG

Postal address:
13342 Berlin, Germany
Visitor's address:
Müllerstraße 178
13353 Berlin, Germany
Tel. +49-30-468 16924
Fax +49-30-468 14086

www.bayerhealthcare
pharmaceuticals.com

Board of Management:
Dieter Weinand
Chairman
Hartmut Klusik
Manfred Vehreschild

Chairman of the
Supervisory Board:
Michael König

Registered office:
Berlin
Local Court of Charlottenburg
HRB 283 B

Dear Ms. Luhana:

Bayer Pharma AG has received by registered mail the complaint and summons for Bayer HealthCare AG in the above-captioned case. This attempt at service by registered mail is not effective. We are returning the documents to you.

Bayer HealthCare AG is a German corporation and can only be served pursuant to international and German law. Service on Bayer HealthCare AG by registered mail does not comply with international and German law.

Because the complaint and summons were not properly served in accordance with international and German law, service is improper. Further, Bayer Pharma AG is not authorized to accept service on behalf of Bayer HealthCare AG.

Yours sincerely,
Bayer Pharma AG

Eva Gardyan-Eisenlohr
General Counsel

Enclosure