## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2015, a true copy of the foregoing:

1. *MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON BAYER PHARMA AG;*

2. *NOTICE OF SUBMISSION;*

3. *BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVICE PROCESS ON BAYER PHARMA AG;*

4. *NOVEMBER 19, 2015 DECLARATION OF ROOPAL P. LUHANA AND ATTACHED EXHIBITS A-D; and*

5. *PROPOSED ORDER*

have been contemporaneously, with or before filing, been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Roopal P. Luhana
Roopal P. Luhana, Esq.