# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No.: 2592 |
| THIS DOCUMENT APPLIES TO: | Civil Action No. 2:15-cv-04728 |
| Theresa Brimmage,<br><br>    Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICALS INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>    Defendants. | **SECTION: L**<br>**JUDGE ELDON E. FALLON**<br>**MAG. JUDGE NORTH**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel, on behalf of the Plaintiff, hereby provides notice of the dismissal of the above-captioned case against Defendants in its entirety, without prejudice and without costs.

By: <u>/s/ Randi Kassan</u>
SANDERS PHILLIPS GROSSMAN
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
F: (516) 741-0128
mgrossman@thesandersfirm.com
rkassan@thesandersfirm.com

*Counsel for Plaintiff*
*Theresa Brimmage*

Dated: 11/23/2015