UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court received a request from Plaintiffs and Defendants to cancel the bi-weekly discovery conference scheduled for Tuesday, November 24, 2015, at 8:30 a.m. The parties' discussions on other matters have not ripened to the point where a meeting immediately following the monthly status conference would be fruitful. Therefore,

**IT IS ORDERED** that the bi-weekly discovery conference scheduled for Tuesday, November 24, 2015, at 8:30 a.m. is hereby **CANCELED**.

New Orleans, Louisiana this 20th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

1