UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 | |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L | |
| } | JUDGE FALLON | |
| } | MAG. JUDGE NORTH | |
| } | | |

This Document relates to:

*Phillip Durham vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-04133

### MOTION FOR EXTENSION OF TIME TO SATISFY
### PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW the plaintiff Phillip Durham, by and through the undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline to January 13, 2016. The deadline was presently set for November 23, 2015 and defense counsel will only consent to November 30, 2015, which is an insufficient amount of time. Accordingly, Plaintiff's counsel requests an extension of the deadline to January 13, 2016.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff's counsel is waiting for various heath-care providers to respond to outstanding request for additional medical records.

This is Plaintiff's first motion requesting an extension of time. An extension of time is not sought for delay but so that justice may be served.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff fact Sheet Deficiency Deadline until January 13, 2016.

Dated: November 23, 2015                    Respectfully Submitted,

                                                  THE SCHLEMMER FIRM, LLC

                                                  By: _/S/Paul N. Schlemmer
                                                  Paul N. Schlemmer (NY2895415)
                                                  Attorney for Plaintiff
                                                  830 Third Avenue, 5th Floor
                                                  New York, New York 10022
                                                  (212) 390-8030
                                                  email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 23rd day of November 2015.

                                                  THE SCHLEMMER FIRM, LLC

                                                  BY: /S/ Paul N. Schlemmer
                                                  Paul N. Schlemmer (NY2895415)
                                                  Attorney for Plaintiff
                                                  830 Third Avenue, 5th Floor
                                                  New York, New York 10022
                                                  (212) 390-8030
                                                  email: paul@schlemmerfirm.com