UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

*Phillip Durham vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-04133

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is hereby GRANTED. The deadline to satisfy the alleged Plaintiff Fact Sheet Deficiency is now January 13, 2015.

Dated:  November ___, 2015

                                     _____
                                     Hon. Eldon E. Fallon
                                     United States District Court Judge