UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

*Mary Lillis vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-04134

## NOTICE OF SUBMISSION

COMES NOW the plaintiff Mary Lillis, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies to January 13, 2016 before the Honorable Judge Eldon E. Fallon on motion date December 16, 2015.

Dated: November 23, 2015                Respectfully Submitted,

                                        THE SCHLEMMER FIRM, LLC

                                        By: _/S/Paul N. Schlemmer
                                        Paul N. Schlemmer (NY2895415)
                                        Attorney for Plaintiff
                                        830 Third Avenue, 5th Floor
                                        New York, New York 10022
                                        (212) 390-8030
                                        email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 23rd day of November 2015.

                                          THE SCHLEMMER FIRM, LLC

                                          BY: /S/ Paul N. Schlemmer
                                          Paul N. Schlemmer (NY2895415)
                                          Attorney for Plaintiff
                                          830 Third Avenue, 5th Floor
                                          New York, New York 10022
                                          (212) 390-8030
                                          email: paul@schlemmerfirm.com