UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL NO. 2592 |
| ) | | |
| PRODUCTS LIABILITY LITIGATION ) | | SECTION: L |
| ) | | JUDGE FALLON |
| ) | | MAG. JUDGE NORTH |

This Document Relates to:

*Russell v. Janssen Research & Development, LLC et al*; LAED USDC No. 2:15cv3892

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiff, FANNIE V. RUSSELL, by counsel, Phelan Petty, PLC, respectfully requests that this Honorable Court grant Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant, Bayer Pharma AG, pursuant to Fed. R. Civ. P. 4(m) and enter an Order allowing her an additional thirty (30) days from the date the Order is entered in which to serve streamlined process on Defendant, Bayer Pharma AG, in accordance with the process established in the Xarelto MultiDistrict Litigation ("Xarelto MDL"). A Brief in Support of Plaintiff's Motion is submitted herewith.

Dated: November 23, 2015

/s/
Michael G. Phelan
VSB No. 29725
Phelan Petty, PLC
6641 West Broad Street, Suite 406
Richmond, VA 23230
Phone: (804) 980-7100
Fax: (804) 767-4601
E-Mail: mphelan@phelanpetty.com
*Counsel for Plaintiff*

1