UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |

This Document Relates to:

*Russell v. Janssen Research & Development, LLC et al*; LAED USDC No. 2:15cv3892

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Plaintiff, Fannie V. Russell, will bring the attached Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG for submission before the Honorable Judge Eldon E. Fallon on the December 16, 2015.

Dated: November 23, 2015

Respectfully Submitted,

/s/Michael G. Phelan
Michael G. Phelan, Esq.

**PHELAN PETTY, PCL**
6641 West Broad Street, Ste. 406
Richmond, VA 23230
Telephone: (804) 980-7100
Facsimile: (804) 767-4601
*Attorneys for Plaintiff*