UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)   }   MDL No. 2592
                                }
PRODUCTS LIABILITY LITIGATION   }   SECTION L
                                }   JUDGE FALLON
                                }   MAG. JUDGE NORTH
                                }

This Document relates to:

*Laura Banks vs. Janssen Research & Development, LLC et al;*
*Civil Action No. 2:15-cv-03812*

## NOTICE OF SUBMISSION

COMES NOW the plaintiff Laura Banks, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies to January 13, 2016 before the Honorable Judge Eldon E. Fallon on motion date December 16, 2015.

Dated: November 23, 2015            Respectfully Submitted,

                                    THE SCHLEMMER FIRM, LLC

                                    By: _/S/Paul N. Schlemmer
                                    Paul N. Schlemmer (NY2895415)
                                    Attorney for Plaintiff
                                    830 Third Avenue, 5th Floor
                                    New York, New York 10022
                                    (212) 390-8030
                                    email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 23rd day of November 2015.

                                  THE SCHLEMMER FIRM, LLC

                                  BY: /S/ Paul N. Schlemmer
                                  Paul N. Schlemmer (NY2895415)
                                  Attorney for Plaintiff
                                  830 Third Avenue, 5th Floor
                                  New York, New York 10022
                                  (212) 390-8030
                                  email: paul@schlemmerfirm.com