UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

>*Laura Banks vs. Janssen Research & Development, LLC et al;*
>Civil Action No. 2:15-cv-03812

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFYPLAINTIFF FACT SHEET DEFICIENCIES

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to Satisfy any alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. The plaintiff filed the above captioned proceeding as a bundled Complaint on behalf of multiple plaintiffs on August 26, 2015, and thereafter filed separate short form Complaints on September 3, 2015 for the individual plaintiffs.

2. The plaintiff's initial 60 day fact sheet period was therefore set for October 25, 2015 and defense counsel served plaintiff's counsel with a deficiency notice on November 3, 2015 from which the additional 20 days extended to November 23, 2015 for plaintiff's fact sheet information.

3. As of November 23, 2015, the Plaintiff has substantially complied with providing the fact sheet information and has uploaded her responses and authorizations for defense counsel to the MDL centrality website. However, plaintiff has had some difficulty obtaining her

complete medical records and requests additional time to obtain and upload the same and provide any remaining responses to the plaintiff fact sheet.

4. Plaintiff's counsel contacted defense counsel regarding an extension of the plaintiff's fact sheet deadline due to outstanding requests for plaintiff's medical records from the plaintiff's medical providers. However, defense counsel would only consent to November 30, 2015, the Monday following Thanksgiving.

5. It is anticipated that given the holidays this time of year, it will be difficult to obtain the medical records in this short period of time and plaintiff therefore requests an extension of the deadline to January 13, 2016 to correct any deficiencies in plaintiff's fact sheet submission.

6. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and will file plaintiff's information once it is received.

**WHEREFORE**, Plaintiff's counsel requests an extension of the deadline for satisfying deficiencies in plaintiff's fact sheet submission to January 13, 2015.

Dated: November 23, 2015

Respectfully Submitted,

THE SCHLEMMER FIRM, LLC

By:  /S/Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 2nd day of November 2015.

                                                                              THE SCHLEMMER FIRM, LLC

                                                                              BY: /S/ Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com