**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>ANN BRYANT; DOLAN COOK; DONNA RICHARDSON; JAMES DEARY, NAVEEN ANAND, REUBEN NEWMAN, and VALERIE THOMPSON<br><br>          Plaintiffs,<br><br>     v .<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>          Defendants. | **MDL NO. 2592**<br><br> **SECTION: L**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH**<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>**Civil Action No.: 2:15-cv-1832** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties,

pursuant to Fed. R. Civ. P. 41, that the claims of plaintiffs Donna Richardson (civil action no.

2:15-cv-04869), Valerie Thompson (civil action no. 2:15-cv-03688), and Reuben Newman (civil

action no. 2:15-cv-03695), are dismissed with prejudice against all defendants, each party to bear

its own fees and costs. The claims of plaintiffs Ann Bryant, Dolan Cook, James Deary, and

Naveen Anand are not impacted by the dismissals of the claims asserted by other plaintiffs named in

the Complaint.


WEITZ & LUXENBERG, P.C.
*Attorneys for Plaintiffs*
Donna Richardson, Valerie Thompson
and Reuben Newman

By:  *s/ Ellen Relkin*
Ellen Relkin
WEITZ & LUXENBERG, P.C.
700 Broadway,
New York, NY 10003
erelkin@weitzlux.com

Dated: November 23, 2015


DRINKER BIDDLE & REATH LLP
*Attorneys for Defendants*
Janssen Pharmaceuticals, Inc.,
Janssen Research & Development LLC,
Janssen Ortho LLC and
Johnson & Johnson

By:  *s/ Deirdre R. Kole*
Deirdre R. Kole
DRINKER BIDDLE & REATH, LLP
600 Campus Drive,
Florham Park, NJ 07932
Deirdre.Kole@dbr.com
Dated: November 23, 2015


KAYE SCHOLER LLP
*Attorneys for Defendants*
Bayer Healthcare Pharmaceuticals, Inc. and
Bayer Pharma AG

By:  *s/ Steven Glickstein*
Steven Glickstein
KAYE SCHOLER, LLP
901 15th Street NW
Washington, DC 20005

Dated: November 23, 2015

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of November, 2015, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of such filing.

/s/ Ellen Relkin
Ellen Relkin

3