UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |
| EARL CLEMENTS AND JACKIE CLEMENTS | ) ) ) | |
| Plaintiffs | ) ) | Civil Action No.: 2:15-cv-4278 |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL | ) ) ) | |
| Defendants | ) ) | |

## PLAINTIFFS' MOTION TO AMEND COMPLAINT AND CAPTION

Pursuant to Federal Rule of Civil Procedure 15(a)(2), plaintiffs seek leave to file the Plaintiffs' First Supplemental and Amended Complaint that is attached as **Exhibit 1**. The sole edit is to add plaintiff's spouse (Jacqueline Clements) and plaintiff's daughter (Pamela Clements Norfleet) as party plaintiffs and to supplement the Complaint to include claims for loss of consortium, loss of their loved one's support, companionship, services, society, love and affection on behalf of plaintiff's spouse and plaintiff's daughter.

Prior to filing this motion, Plaintiffs sought and obtained the written consent of Defendants, which is attached as **Exhibit 2**.

Dated: November 17, 2015

By: /s/ E. James Gaidry, Jr.
       E. JAMES GAIDRY, JR. #21600
       Gaidry Law Group
       7921 Park Avenue
       Houma, LA 70364
       Phone: (985) 223-4400
       Fax: (985) 223-4402
       jim@gaidrylaw.net


By: /s/ Edward James Gaidry
       EDWARD JAMES GAIDRY #5875
       Gaidry Law Group
       7921 Park Avenue
       Houma, LA 70364
       Phone: (985) 223-4400
       Fax: (985) 223-4402
       ejimmygaidry3891@hotmail.com

*Attorneys for Plaintiffs*