UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |
| EARL CLEMENTS AND JACKIE CLEMENTS <br><br> Plaintiffs <br><br> vs. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL <br><br> Defendants | Civil Action No.: 2:15-cv-4278 |

# **ORDER**

It is hereby ORDERED that Plaintiffs' Motion to Amend Complaint and Caption is granted. The Clerk of court is directed to: (1) file the First Amended Complaint attached as Exhibit 1 to Plaintiffs' Motion; and (2) edit the caption for this action to reflect "Jacqueline Clements" as Spouse Plaintiff and "Pamela Clements Norfleet" as Family Member Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2015.

Dated: November 17, 2015						By: /s/ E. James Gaidry, Jr.
									E. JAMES GAIDRY, JR. #21600
									Gaidry Law Group
									7921 Park Avenue
									Houma, LA 70364
									Phone: (985) 223-4400
									Fax: (985) 223-4402
									jim@gaidrylaw.net


									By: /s/ Edward James Gaidry
									EDWARD JAMES GAIDRY #5875
									Gaidry Law Group
									7921 Park Avenue
									Houma, LA 70364
									Phone: (985) 223-4400
									Fax: (985) 223-4402
									ejimmygaidry3891@hotmail.com

									*Attorneys for Plaintiffs*