# Laurie Burson

| | |
|---|---|
| **From:** | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| **Sent:** | Friday, November 06, 2015 12:51 PM |
| **To:** | laurie@gaidrylaw.net |
| **Cc:** | Meera Sossamon; James Irwin |
| **Subject:** | RE: Earl Clements |

Laurie,

The Janssen and Bayer Defendants do not oppose the filing of this motion.

Thank you,

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax

**IRWIN FRITCHIE**
**URQUHART & MOORE LLC**
COUNSELORS AT LAW

www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

---

**From:** Laurie Burson [mailto:laurie@gaidrylaw.net]
**Sent:** Wednesday, November 04, 2015 8:37 AM
**To:** James Irwin <jirwin@irwinllc.com>
**Subject:** Earl Clements

Dear Mr. Irvin:

I have tried several times to fax the attached document to your fax number (504) 310-2120, but it has not going through. I am going to e-mail it to you. Please let me know if you receive this e-mail.

Thanks.

*Laurie Burson*
**Legal Secretary to E. James Gaidry, Jr.**
**7921 Park Avenue**
**Houma, LA  70364**
**Telephone:  985-223-4400**



PLAINTIFF'S EXHIBIT 2

1