UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**    **JURY TRIAL DEMANDED**

JARROLD D. MACE

2:15-CV-03932-EEF-MN

NOTICE OF DEATH OF PLAINTIFF

COME NOW Counsel for Plaintiff Jarrold D. Mace, and hereby notifies the Court and the Parties hereto, in accordance with the Federal Rules of Civil Procedure 25(a), of the death of Plaintiff Jarrold D. Mace during the pendency of this Action. Counsel for Plaintiff anticipates filing a Motion to Substitute a Party in the near-term. In the interim, counsel for Plaintiff Mace hereby requests an extension of time, up to **December 24, 2015**, to submit a Plaintiff Fact Sheet on behalf of the now deceased Jarrold Mace, and for such further relief as the Court deems just.

Dated: November 24, 2015

                              **By:/S/ Steven J. Brady, Esq.**
                              _____
                              Steven J. Brady (CA Bar 116651)
                              BRADY LAW GROUP
                              1015 Irwin Street
                              San Rafael, CA 94901
                              (415)459-7300
                              (415)459-7303 (Fax)
                              steve@bradylawgroup.com

                              *Attorneys for Plaintiff JARROLD D. MACE*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 24, 2015, that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        By:    **/S/STEVEN J. BRADY, ESQ.**
        BRADY LAW GROUP
        1015 Irwin Street
        San Rafael, CA 94901
        (415)459-7300
        (415)459-7303 (Fax)
        steve@bradylawgroup.com