## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EVELYN KRIEGER** | MDL NO. 2592 |
| **Plaintiff** | SECTION: L |
| v. | JUDGE: ELDON E. FALLON |
| **JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; AND BAYER AG** | MAGISTRATE JUDGE: MICHAEL NORTH  <br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**  <br><br>Civil Action No: 2:15-cv-04549-EEF-MBN |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| MATTHEWS & ASSOCIATES<br>Attorneys for Plaintiff<br>Evelyn Krieger<br><br>By:  *s/ Rachal G. Rojas*<br>     Rachal G. Rojas<br>     2905 Sackett St<br>     Houston, TX  77098<br><br>Dated: November 24, 2015 | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson<br><br>By:  *s/ Susan M. Sharko*<br>     Susan M. Sharko<br><br>Dated: November 24, 2015 |

KAYE SCHOLER LLP
Attorneys for Defendants
Bayer Healthcare Pharmaceuticals Inc. and
Bayer Pharma AG

By: *s/ William Hoffman*
    William Hoffman

Dated: November 24, 2015


*s/James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART &
MOORE LLC
400 Poydras St., Ste, 2700
New Orleans, LA  70130
(504) 310-21—
jirwin@irwinllc.com
kmoore@irwinllc.com
*Liaison Counsel for Defendants*

Dated: November 24, 2015