UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**CAROLE HAMILLA**
Civil Case No.: 2:15-cv-05970

## MOTION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Carole Hamilla by and through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2), and requests that the above-styled action be dismissed with prejudice against all defendants, as a duplicate action. Plaintiff's original action, Civil Case No. 2:15-cv-00188, will survive. Undersigned counsel takes this action at the request of Carole Hamilla. There have been no counterclaims filed against Plaintiff Carole Hamilla. No other claims by any other Plaintiff are affected by this notice. Consent of Defendants has been sought but not yet obtained.

Dated:  November 24, 2015.

                                              Respectfully submitted,

                                              By:  /s/ Neil D. Overholtz
                                              Florida Bar No.:  0188761
                                              Aylstock, Witkin, Kreis & Overholtz, PLLC
                                              17 East Main Street, Suite 200
                                              Pensacola, FL 32502-5998
                                              Telephone:  (850) 202-1010
                                              Fax:  (850) 916-7449
                                              Noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 24th day of November 2015, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record. This document was also served on the above referenced plaintiff by U.S. Postal Service at their last known address.

/s/ Neil D. Overholtz