UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L

JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

**CAROLE HAMILLA**
Civil Case No.: 2:15-cv-05970

## ORDER

THIS MATTER, having come before the Court on Plaintiff, Carole Hamilla's Motion for Dismissal With Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Carole Hamilla's Motion for Dismissal With Prejudice is GRANTED, as it pertains to Civil Case No. 2:15-cv-05970 with each party to bear their own attorney's fees and costs. Plaintiff's duplicate action, Civil Case No. 2:15-cv-00188, shall survive.

Dated: _____, 2015         _____
                                              Judge