UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------------X

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : MDL No. 2592

: SECTION L
JUDGE ELDON E. FALLON
: MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
2:15-cv-00509-EEJ-MBN :

---------------------------------------------------------------

: AMENDED COMPLAINT AND
LOUIS ZANONI and KATHLEEN ZANONI, DEMAND FOR JURY TRIAL

:
     Plaintiffs,

: Case No.: 2:15-cv-00509-EEJ-MBN

   vs.

:

JANSSEN RESEARCH & DEVELOPMENT, LLC
f/k/a JOHNSON AND JOHNSON :
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; :
JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA, INC. f/k/a :
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC; JOHNSON & :
JOHNSON COMPANY; BAYER HEALTHCARE
PHARMACEUTICALS, INC; BAYER PHARMA :
AG; BAYER CORPORATION; BAYER
HEALTHCARE, LLC; BAYER HEALTHCARE AG; :
and BAYER AG,

:
     Defendants.
:
---------------------------------------------------------------------X

**ORDER**

    Considering the foregoing;

1

2

**IT IS ORDERED** that the Unopposed Motion for Leave to Amend Complaint filed by Plaintiffs, Louis Zanoni and Kathleen Zanoni, be and the same is hereby **GRANTED**, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this __24th__ day of _____November_____, 2015.

_____
Honorable Eldon E. Fallon,
United States District Judge