UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO 2:15-cv-00474-EEJ-MBN | : | |

---------------------------------------------------------------------

| | | |
|---|---|---|
| | : | AMENDED COMPLAINT AND |
| LISA LEWIS, | | DEMAND FOR JURY TRIAL |
| | : | |
| Plaintiff, | | |
| | : | Case No.: 2:15-cv-00474-EEJ-MBN |
| vs. | | |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG, | : : : : : : | |
| | : | |
| Defendants. | | |
| | : | |

---------------------------------------------------------------------X

**ORDER**

Considering the foregoing;

1

**IT IS ORDERED** that the Unopposed Motion for Leave to Amend Complaint filed by Plaintiff, Lisa Lewis, be and the same is hereby **GRANTED**, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this __24th__ day of _____November_____, 2015.

_____
Honorable Eldon E. Fallon,
United States District Judge