UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :    MDL No. 2592
                                     :
                                     :    SECTION L
                                     :
                                     :    JUDGE ELDON E. FALLON
                                     :
_____  :    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**        **JURY TRIAL DEMANDED**

*Melissa Jones v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:15-cv-05790**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Donae Jones on behalf of her deceased mother, Melissa Jones.

1.  Melissa Jones filed a products liability lawsuit against the defendants on October 23, 2015.

2.  Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Melissa Jones died on October 17, 2015.

3.  Melissa Jones' products liability action against defendants survived her death and was not extinguished.

4.  Donae Jones, daughter of Melissa Jones, is a proper party to substitute for plaintiff-decedent Melissa Jones and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Donae Jones requests that this Court grant her request for substitution as plaintiff in this action. Donae Jones is the appointed personal representative for the Estate of Melissa Jones.

Dated: November 25, 2015

Respectfully Submitted,

BARTIMUS, FRICKLETON, ROBERTSON & GOZA

By: */s/ Michelle Marvel*_____
Bradley Honnold     MO # 39818   KS #22972
Michelle Marvel     MO # 59815   KS #23511
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 266-2300
(913) 266-2366 Facsimile
bhonnold@bflawfirm.com
mmarvel@bflawfirm.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


___/s/ *Michelle Marvel* _____

2