UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

*Melissa Jones v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:15-cv-05790**

**NOTICE AND SUGGESTION OF DEATH**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Melissa Jones, during the pendency of this action. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Donae Jones, who is the daughter of Melissa Jones.

Dated: November 25, 2015

    Respectfully Submitted,

    BARTIMUS, FRICKLETON, ROBERTSON
    & GOZA

    By: */s/ Michelle Marvel*_____
    Bradley Honnold    MO # 39818   KS #22972
    Michelle Marvel    MO # 59815   KS #23511
    11150 Overbrook Road, Suite 250
    Leawood, KS 66211
    (913) 266-2300
    (913) 266-2366 Facsimile
    bhonnold@bflawfirm.com
    mmarvel@bflawfirm.com

    ATTORNEYS FOR PLAINTIFFS

1

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


\_\_\_/s/ *Michelle Marvel* _____