UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXBAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Howard Agee v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-CV-03364**

## PROPOSED ORDER

THIS MATTER, having come before the Court is Plaintiff, Howard Agee's Unopposed Motion to Withdraw Document No. 1609. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing.

IT IS HEREBY ORDERED that Plaintiff, Howard Agee's Unopposed Motion to Withdraw Document No. 1609 is GRANTED.

Date: November 24th, 2015

Judge Eldon E. Fallon