UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH  JURY TRIAL DEMANDED |
| THIS DOCUMENT RELATES TO: | | |

Ann Graham
Civil Action No.: 2:15-cv-1341

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that Joseph C. Peiffer and Daniel J. Carr of PEIFFER ROSCA WOLF ABDULLAH CARR & KANE, APLC and Michael B. Lynch of THE MICHAEL BRADY LYNCH FIRM, are withdrawn as Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that Riley L. Burnett, Jr. and Amy L. Collins of BURNETT LAW FIRM are substituted as Plaintiff's attorneys of record herein.

SIGNED this ___24th___ day of ___November___, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE