# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS | * | MDL NO. 2592 |
| LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| <u>THIS DOCUMENT RELATES TO</u>: | * | |
| | * | |
| JONATHAN SMITH, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CASE NO.: 2:15-cv-01470 |
| | * | |
| JANSSEN RESEARCH & DEVELOPMENT,     LLC | * | JUDGE: E. FALLON |
| f/k/a JOHNSON AND JOHNSON | * | |
| PHARMACEUTICAL RESEARCH AND | * | MAGISTRATE: NORTH |
| DEVELOPMENT LLC, JANSSEN ORTHO, LLC, | * | |
| JANSSEN PHARMACEUTICALS, INC. f/k/a | * | JURY DEMAND |
| JANSSEN PHARMACEUTICA INC. f/k/a | * | |
| ORTHO-MCNEIL-JANSSEN | * | |
| PHARMACEUTICALS, INC., BAYER | * | |
| HEALTHCARE PHARMACEUTICALS, INC., | * | |
| BAYER PHARMA AG, BAYER     CORPORATION, | * | |
| BAYER HEALTHCARE, LLC, BAYER | * | |
| HEALTHCARE AG, and BAYER AG, | * | |
| | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Considering the foregoing;

**IT IS ORDERED** that the Unopposed Motion for To Substitute Party Plaintiff and For Leave to Amend Complaint filed by the Plaintiff,  Debra Smith on behalf of Jonathan Smith, deceased, be and the same is hereby **GRANTED,** and the Clerk of Court is ordered to file the First Amended Complaint into the record in this matter.

**NEW ORLEANS,  LOUISIANA,** this __24th__ day of ___November___, 2015.

_____

**UNITED STATES DISTRICT JUDGE**