UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**LINDA J. HAWKINS**
Civil Case No.: 2:15-cv-04986

## ORDER

THIS MATTER, having come before the Court on Plaintiff, Linda J. Hawkins' Motion for Dismissal With Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Linda J. Hawkins' Motion for Dismissal With Prejudice is GRANTED with each party to bear their own attorney's fees and costs.

Dated: November 24th, 2015

_____
Judge