OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: 11/25/15

Roberto A. Acosta et al.

vs.

Janssen Research & Development LLC et al.

Case No. 2:15-cv-03451-EEF-MBN   Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) BAYER PHARMA AG
   (address) Muellerstrasse 178, 13353 Berlin, Germany
2. (name) BHCP
   (address) SOP Dept./Corporate Service Company, Suite 400, 2711 Centerville Rd, Wilmington, DE 19808
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

/S/ Steven J. Brady
"Signature"

Attorney for Plaintiffs

Address Brady Law Group
1015 Irwin St.
San Rafael, CA 94901
(415) 459-7300