# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

ROBERTO J. ACOSTA (2:15-CV-03451-EEF-MN); GREGORY G. ARSENAULT (2:15-CV-01036); MARIA BENGE (2:15-CV-01373); MILDRED BRITT (2:15-CV-01030); KATHRYN COOPER (2:15-CV-03921); LINDA FARRIS (2:15-CV-01373); JANET FREEMAN (2:15-CV-01030); BILLY LEE (2:15-CV-01030); LISA MCDOUGAL (2:15-CV-01373); TRUDY MILLER (2:15-CV-03933); ALICE NUNNERY (2:15-CV-01036); RICHARD SELLERS (2:15-CV-01373); IRENE TRUJILLO (2:15-CV-01373); MARY WALKER (2:15-CV-01030); CHARLES WOLFF (2:15-CV-01373); TIMOTHY YOST (2:15-CV-01036).

### NOTICE OF INTENTION TO FILE MOTIONS TO WITHDRAW ON BEHALF OF

### CERTAIN INDIVIDUAL PLAINTIFFS

COME NOW Counsel for the above-referenced Plaintiffs and hereby notifies the Court and the Parties hereto that Plaintiff's Counsel intends to file Motions to Withdraw as Counsel in the near-term (i.e. within the next 45 days) on behalf of the above-referenced Plaintiffs. In the interim, counsel for Plaintiffs above requests that no action be taken to dismiss any such case for non-compliance with Plaintiff Fact Sheet Deadlines so as to allow the affected Plaintiffs time to

locate and secure the services of new counsel should they wish to do so.

Dated: November 25, 2015	**By:/S/ Steven J. Brady, Esq.**

                                                         Steven J. Brady (CA Bar 116651)
BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA 94901
(415)459-7300
(415)459-7303 (Fax)
steve@bradylawgroup.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2015, a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: **/S/STEVEN J. BRADY, ESQ.**
BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA 94901
(415)459-7300
(415)459-7303 (Fax)
steve@bradylawgroup.com