UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Upon review, the Court finds it appropriate to clarify its language in Case Management Order No. 3 (CMO3).  R. Doc. 1632.  The discovery pool will be comprised of twenty party selections and twenty random selections.  Thus, the Court issues the following amendments, and attaches a copy of the amended Case Management Order hereto:

**IT IS ORDERED** that subparts (iv) – (v) of paragraph 1(d) be amended to clarify that the states chosen by Plaintiffs and Defendants must not include Louisiana, Texas, or Mississippi.

**IT IS FURTHER ORDERED** that subparts (iv) – (v) of paragraph 1(e) be amended to clarify that the states chosen by Plaintiffs and Defendants must not include Louisiana, Texas, or Mississippi.

**IT IS FURTHER ORDERED** that subpart (iv) of paragraph 1(e) be amended to reflect that three plaintiffs will be selected by Plaintiffs and four plaintiffs will be selected randomly from Plaintiffs' seven chosen states.

**IT IS FURTHER ORDERED** that subpart (v) of paragraph 1(e) be amended to reflect that three plaintiffs will be selected by Defendants and four plaintiffs will be selected randomly from Defendants' seven chosen states.

New Orleans, Louisiana, this 30th day of November, 2015

_____
UNITED STATES DISTRICT JUDGE