UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAND) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | Master Docket No. 2:14-md-02592 |
| *This document relates to:* | JUDGE ELDON E. FALLON |
| REUBEN KATZ v. JANSSEN RESEARCH AND DEVELOPMENT, LLC, et al.<br>*No. 2:15-cv-00188* | |

## JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

AND NOW, Plaintiff herein, and files this Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel, and would respectfully show unto this Court as follows:

Plaintiff requests that attorneys Patrick S. Montoya of COLSON HICKS & EIDSON of 255 Alhambra Circle, PH Coral Gables, FL 33134, be granted leave to withdraw as counsel of record for Plaintiff.

Plaintiff further requests the substitution of attorneys Laurence S. Berman and Fred S. Longer of LEVIN FISHBEIN SEDRAN & BERMAN of 510 Walnut Street, Suite 500, Philadelphia PA 19106.

Attorneys Laurence S. Berman and Fred S. Longer have conferred with Patrick S. Montoya, who is not opposed to this Motion.

WHEREFORE, Plaintiff respectfully requests that Patrick S. Montoya of Colson Hicks Edison be granted leave to withdraw as counsel of record for Plaintiff. Plaintiff further requests that Attorneys Laurence S. Berman and Fred S. Longer of Levin Fishbein Sedran & Berman be substituted.

Respectfully submitted,

By: s/ Laurence S. Berman
Laurence S. Berman, Esquire
Fred S. Longer, Esquire
Michael M. Weinkowitz
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut St., Ste 500
Philadelphia, PA 19106
(Tel) 215-592-1500
(Fax) 215-592-4663

By: s/ Patrick S. Montoya
Patrick S. Montoya, Esquire
**COLSON HICKS & EIDSON**
255 Alhambra Circle, PH
Coral Gables, FL 33134
(Tel) 305-476-7400
(Fax) 305-476-7444

Dated: November 30, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2015, the foregoing document was filed and served upon all counsel of record via the Court's ECF system.

/s/ Laurence S. Berman
Laurence S. Berman