UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAND) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | Master Docket No. 2:14-md-02592 |
| *This document relates to:* | JUDGE ELDON E. FALLON |
| BARBARA E. SCOTT, FIRST SUCCESSOR TRUSTEE OF THE ESTATE OF JOHN E. WRIGHT, deceased v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al. *No. 2:15-cv-05764* | |

**JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

AND NOW, Plaintiff herein, and files this Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel, and would respectfully show unto this Court as follows:

Plaintiff requests that attorneys Gabriel A. Hawkins of COHEN & MALAD, LLP of One Indiana Square, Suite 1400, Indianapolis IN 46204, be granted leave to withdraw as counsel of record for Plaintiff.

Plaintiff further requests the substitution of attorneys Laurence S. Berman and Fred S. Longer of LEVIN FISHBEIN SEDRAN & BERMAN of 510 Walnut Street, Suite 500, Philadelphia PA 19106.

Attorneys Laurence S. Berman and Fred S. Longer have conferred with Gabriel A. Hawkins, who is not opposed to this Motion.

WHEREFORE, Plaintiff respectfully requests that Gabriel A. Hawkins of Cohen & Malad, LLP be granted leave to withdraw as counsel of record for Plaintiff. Plaintiff further requests that

Attorneys Laurence S. Berman and Fred S. Longer of Levin Fishbein Sedran & Berman be substituted.

                                    Respectfully submitted,

                 By:    s/ Laurence S. Berman
                             Laurence S. Berman, Esquire
                             Fred S. Longer, Esquire
                             Michael M. Weinkowitz
                             **LEVIN FISHBEIN SEDRAN & BERMAN**
                             510 Walnut St., Ste 500
                             Philadelphia, PA 19106
                             (Tel) 215-592-1500
                             (Fax) 215-592-4663

                 By:    /s/ Gabriel A. Hawkins
                             Gabriel A. Hawkins, Esquire
                             **COHEN & MALAD, LLP**
                             One Indiana Square, Suite 1400
                             Indianapolis, Indiana 46204
                             (Tel) 317-636-6481
                             (Fax) 317-636-2593

Dated: November 30, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2015, the foregoing document was filed and served upon all counsel of record via the Court's ECF system.

/s/ Laurence S. Berman
Laurence S. Berman