# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ardolina, et al. v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:15-cv-02334

*Bloodworth, et al. v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:15-cv-2774

*Brown, et al. v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:15-cv-1937

*Guldan, Jr. v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:15-cv-01288

*Hurt, et al. v. Janssen Research & Development LLC, et al.*;
LAED USDC No.2: 15-cv-01791

*Lewis v. Janssen Research & Development LLC, et al.*,
LAED USDC No.2: 15-cv-02625

*Lowman v. Janssen Research & Development LLC, et al.*,
LAED USDC No.2: 15-cv-03817

*Ulm, Jr. v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:15-cv-01694

*Wall v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:15-cv-01287

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time within Which to Serve Process and issue an Order allowing them an additional twenty (20) days from the date the Order is entered in which to effect service on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals Inc., through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10. A brief memorandum in support of Plaintiffs' motion is submitted herewith.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 30, 2015 | By:   /s/ Daniel J. Carr |
|  | Joseph C. Peiffer, La. Bar # 26459<br>Daniel J. Carr, La. Bar # 31088<br>PEIFFER ROSCA WOLF<br>ABDULLAH CARR & KANE<br>A Professional Law Corporation<br>201 St. Charles Avenue, Suite 4610<br>New Orleans, Louisiana  70170-4600<br>Telephone:  (504) 523-2434<br>Facsimile:  (504) 523-2464<br>Email: dcarr@prwlegal.com |
|  | Michael B. Lynch, Esq.<br>THE MICHAEL BRADY LYNCH FIRM<br>127 West Fairbanks Ave. #528<br>Winter Park, Florida 32789<br>Office: (877) 513-9517<br>Fax: (321) 972-3568<br>Cell: (321) 239-8026<br>Email: michael@mblynchfirm.com |
|  | *Attorneys for the Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                  /s/ Daniel J. Carr