UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Ardolina, et al. v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:15-cv-02334

*Bloodworth, et al. v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:15-cv-2774

*Brown, et al. v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:15-cv-1937

*Guldan, Jr. v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:15-cv-01288

*Hurt, et al. v. Janssen Research & Development LLC, et al.*
LAED USDC No.2: 15-cv-01791

*Lewis v. Janssen Research & Development LLC, et al.*
LAED USDC No.2: 15-cv-02625

*Lowman v. Janssen Research & Development LLC, et al.*
LAED USDC No.2: 15-cv-03817

*Ulm, Jr. v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:15-cv-01694

*Wall v. Janssen Research & Development LLC, et al.*
LAED USDC No. 2:15-cv-01287

## MEMORANDUM IN SUPPORT OF MOTION
## FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Now come Plaintiffs in the above-listed actions, through undersigned counsel, and respectfully move this for an Order allowing them an additional twenty (20) days from the date the Order is entered in which to effect service on Defendants Bayer Pharma AG and/or Bayer Healthcare Pharmaceuticals Inc. (the "Bayer Defendants") through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.  In support of their motion, Plaintiffs state as follows:

All of the foregoing actions have been filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592.  However, due to inadvertent oversight on behalf of undersigned counsel, service of Plaintiffs' complaints in these actions was not properly effected within the time period for streamlined service set forth in Pre-Trial Order #10 as to one or both of the Bayer Defendants.  Undersigned counsel regrets its failure to properly oversee and accomplish the service of the complaints and summons in the above-listed actions and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10.

Undersigned counsel has contacted counsel for the Bayer Defendants to request an extension of time to complete streamlined service, but counsel for the Bayer Defendants has indicated that no such extensions would be granted.

Thus, Plaintiffs respectfully request that this Court grant this motion and allow them an additional twenty (20) days within which to effect service on the Bayer Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

Respectfully submitted,

Dated: November 30, 2015

By:   /s/ Daniel J. Carr
Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170-4600
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/ Daniel J. Carr