UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Ardolina, et al. v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:15-cv-02334

*Bloodworth, et al. v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:15-cv-2774

*Brown, et al. v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:15-cv-1937

*Guldan, Jr. v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:15-cv-01288

*Hurt, et al. v. Janssen Research & Development LLC, et al.*;
LAED USDC No.2: 15-cv-01791

*Lewis v. Janssen Research & Development LLC, et al.*,
LAED USDC No.2: 15-cv-02625

*Lowman v. Janssen Research & Development LLC, et al.*,
LAED USDC No.2: 15-cv-03817

*Ulm, Jr. v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:15-cv-01694

*Wall v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:15-cv-01287

## NOTICE OF SUBMISSION

     Please take notice that the Motion for Extension of Time within Which to Serve Process filed by Plaintiffs in the above-listed actions, through undersigned counsel will be submitted to the Court on Wednesday, the 16th of December, 2015, at 9:00am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

                                              Respectfully submitted,

Dated: November 30, 2015                    By:   /s/ Daniel J. Carr

                                              Joseph C. Peiffer, La. Bar # 26459
                                              Daniel J. Carr, La. Bar # 31088
                                              PEIFFER ROSCA WOLF
                                              ABDULLAH CARR & KANE
                                              A Professional Law Corporation
                                              201 St. Charles Avenue, Suite 4610
                                              New Orleans, Louisiana  70170-4600
                                              Telephone:  (504) 523-2434
                                              Facsimile:  (504) 523-2464
                                              Email: dcarr@prwlegal.com

                                              Michael B. Lynch, Esq.
                                              THE MICHAEL BRADY LYNCH FIRM
                                              127 West Fairbanks Ave. #528
                                              Winter Park, Florida 32789
                                              Office: (877) 513-9517
                                              Fax: (321) 972-3568
                                              Cell: (321) 239-8026
                                              Email: michael@mblynchfirm.com

                                              *Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                   /s/ Daniel J. Carr