UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |
| BEVERLEY KASPER, INDIVIDUALLY AND AS SURVIVING SPOUSE AND ON BEHALF OF THE ESTATE OF GEORGE BLESSING, DECEASED <br><br> Plaintiff, <br> vs. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, <br><br> Defendants. | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE <br><br><br> C.A. No. 2:15-cv-06284 |

COMES NOW, BEVERLY KASPER, INDIVIDUALLY AND AS SURVIVING

SPOUSE AND ON BEHALF OF THE ESTATE OF GEORGE BLESSING,

DECEASED, Plaintiff, by and through her attorneys, and hereby files her notice of

1

2

voluntary dismissal without prejudice of her entire case against all Defendants pursuant to Rule 41 of the Federal Rules of Civil Procedure.

        Respectfully submitted,

        s/ Ernest W. Boyd
        ERNEST W. BOYD
        Texas Bar #09177700)
        BUTCH BOYD LAW FIRM
        2905 Sackett Street
        Houston, TX 77098
        Telephone: (713) 589-8477
        Facsimile (713) 589-8563
        butchboyd@butchboydlawfirm.com

        Counsel for Plaintiff