UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAND) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | Master Docket No. 2:14-md-02592 |
| *This document relates to:* | JUDGE ELDON E. FALLON |
| REUBEN KATZ v. JANSSEN RESEARCH AND DEVELOPMENT, LLC, et al. *No. 2:15-cv-00188* | |

## ORDER

Upon Consideration of the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREY ORDERED** that Patrick S. Montoya of Colson Hicks & Eidson is withdrawn as Plaintiff's attorney of record.

**IT IS FURTHER ORDERED** that Laurence S. Berman and Fred S. Longer of Levin Fishbein Sedran & Berman are substituted as Plaintiff's attorneys of record.

**SIGNED** this  2nd  day of    December   , 2015, at New Orleans, Louisiana.

*/s/ Eldon E. Fallon*
**UNITED STATES DISTRICT JUDGE**