# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAND) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | Master Docket No. 2:14-md-02592 |
| *This document relates to:* | JUDGE ELDON E. FALLON |
| **BARBARA E. SCOTT, FIRST SUCCESSOR TRUSTEE OF THE ESTATE OF JOHN E. WRIGHT, deceased v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.** *No. 2:15-cv-05764* | |

## ORDER

Upon Consideration of the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREY ORDERED** that Gabriel A. Hawkins of Cohen & Malad, LLP is withdrawn as Plaintiff's attorney of record.

**IT IS FURTHER ORDERED** that Laurence S. Berman and Fred S. Longer of Levin Fishbein Sedran & Berman are substituted as Plaintiff's attorneys of record.

**SIGNED** this ___2nd___ day of _____December_____, 2015, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**