# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THERESA DELMORE, INDIVIDUALLY AND ON BEHALF OF JOANN DELMORE, | SECTION L |
| | JUDGE ELDON E. FALLON |
| Plaintiff, | MAGISTRATE JUDGE NORTH |
| vs. | Civil Action No.: 2:15-cv-02276 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; AND DOES 1-100, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, this 2nd day of December, 2015, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice against all named defendants, each party to bear its own fees and costs.

**GRANT & EISENHOFER P.A.**

By: /s/ M. Elizabeth Graham

M. Elizabeth Graham
Thomas Ayala
Stephanie Smiertka
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
egraham@gelaw.com

Attorneys for Plaintiff

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko

Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7350
Susan.Sharko@dbr.com

Attorneys for Defendants
Janssen Pharmaceuticals, Inc., Johnson & Johnson; Janssen Research & Development,

<table>
<tr><td>

**BARON & BUDD, P.C.**

By: /s/ Thomas Sims

Thomas Sims
Stephen T. Blackburn
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181
tsims@baronbudd.com
sblackburn@baronbudd.com

Attorneys for Plaintiff

</td><td>

LLC, and Janssen Ortho LLC

**KAYE SCHOLER LLP**

By: /s/William Hoffman

William Hoffman
901 15th St NW
Washington, DC 20005
(202) 682-3500
william.hoffman@kayescholer.com

Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin

James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

</td></tr>
</table>

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 2, 2015, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *M. Elizabeth Graham*
M. Elizabeth Graham