UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION L <br> * JUDGE ELDON E. FALLON <br> * MAG. JUDGE NORTH <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| KATHLEEN McWILLIAMS vs. JANSSEN RESEARCH &DEVELOPMENT, LLC, et al., Civil Action No. 2:15-cv-05142-EEF-MBN | * <br> * <br> * |

## NOTICE OF DEATH OF PLAINTIFF AND REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COME NOW Counsel for Plaintiff Kathleen McWilliams and hereby notify the Court and the parties of the death of Plaintiff Kathleen McWilliams. Counsel for Plaintiff is in contact with Ms. McWilliams next of kin and are in the process of identifying the proper heir and/or working toward resolution of related probate matters.

Plaintiff's Fact Sheet ("PFS") is currently due on December 3, 2015. Counsel needs additional time to address probate matters and identify the new proper party to substitute, as well as to compile the necessary information for the PFS. Counsel for Plaintiff accordingly request an extension of time, up to and including **February 3, 2016,** to submit the PFS.

WHEREFORE, based on the foregoing, Counsel for Plaintiff hereby request that the Court grant the additional time to submit the PFS, and/or for such further relief as the Court deems just.

Respectfully submitted this 2nd day of December, 2015.

/s/ Mekel Alvarez
Morris Bart (LA Bar #02788)
Mekel Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com

/s/ Laura L. Voght
Laura L. Voght (GA Bar #980519)
KENNETH S. NUGENT, P.C.
1355 Peachtree Street, Suite 1000
Atlanta, Georgia 30309
Telephone: 404-253-5813
Facsimile: 404-872-7562
LVoght@attorneykennugent.com

Seth W. Schanher (OH Bar #0085395)

Dyer, Garofalo, Mann & Schultz, L.P.A.
131 N. Ludlow St., Suite 1400
Dayton, OH 45402
Telephone: 937-223-8888
Facsimile: 937-223-0127
sschanher@dgmslaw.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This 2nd day of December, 2015.

/s/ Mekel Alvarez
Morris Bart (LA Bar #02788)
Mekel Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com