UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592<br>*<br>*  SECTION L<br>*  JUDGE ELDON E. FALLON<br>*  MAG. JUDGE NORTH<br>* |
| **THIS DOCUMENT RELATES TO:** | *<br>* |
| KATHLEEN McWILLIAMS vs. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al.,<br>Civil Action No. 2:15-cv-05142-EEF-MBN | *<br>*<br>* |

## ORDER

This matter having come before the Court upon Plaintiff's counsel's Notice of Death of Plaintiff and Request for Extension of Time to Submit Plaintiff Fact Sheet, Plaintiff's counsel's request is hereby GRANTED. The Plaintiff's Fact Sheet in this matter will now be due by February 3, 2016.

So ordered this ____ day of December, 2015.

_____
Honorable Eldon E. Fallon
United States District Court Judge