UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCT LIABILITY LITIGATION | )<br>)<br>)<br>)<br>)<br>) | MDL NO. 2592<br><br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| TRACEY LOWE,<br>As surviving spouse of<br>JAMES RICHARD LOWE, JR., deceased,<br><br>    Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT,<br>LLC, JOHNSON & JOHNSON COMPANY,<br>JANSSEN ORTHO, LLC;<br>JANSSEN PHARMACEUTICALS, INC.,<br>BAYER CORPORATION, BAYER AG,<br>BAYER HEALTHCARE, LLC,<br>BAYER HEALTHCARE<br>PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG,<br>BAYER HEALTHCARE AG,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>Civil Action No.: 2:15-cv-03893-EEF-MBN |

**MOTION REQUESTING COURT TO ENTER CONSENT ORDER
GRANTING SUBSTITUTION OF ATTORNEY**

COMES NOW Plaintiff, Tracey Lowe, through undersigned counsel, and requests this Court enter her Consent Order Granting Substitution of Attorney (previously filed in this MDL as D-1592). In support thereof, Plaintiff avers:

    1.    Plaintiff filed her Complaint [D-1] on August 28, 2015.

    2.    On October 29, 2015, Plaintiff notified Attorneys Michael Goetz and Joe Waechter by letter that she terminated their representation and hired new counsel, Attorneys Clinton L. Kelly and Patrick Flynn.

3. On November 11, 2015, Plaintiff's former counsel had a telephone conference with Plaintiff's new counsel wherein they discussed transition of Plaintiff's case.

4. On November 11, 2015, Plaintiff filed a Consent Order Granting Substitution of Attorney [D-1592].

5. Subsequently, Plaintiff filed a Motion for Extension of Time to File Plaintiff Fact Sheet [D-1595] and the granting of Plaintiff's Consent Order will deliberately move this case forward.

6. Due to the transition of counsel and all things considered, no party will be prejudiced nor will the progress of this MDL be adversely affected by the granting the relief sought herein.

WHEREFORE, Plaintiff respectfully requests the Court enter her Consent Order Granting Substitution of Attorney.

Dated: December 3, 2015                                Respectfully submitted,

**THE KELLY FIRM**

/s/ Clinton L. Kelly
F. Dulin Kelly, TN BPR No. 04085
Clinton L. Kelly, TN BPR No. 16171
629 East Main Street
Hendersonville, Tennessee 37075
Telephone:  (615) 824-3703
Facsimile:   (615) 824-2674
dulin@kellyfirm.org
clint@kellyfirm.org

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 2, 2015, that a copy of the above and foregoing document has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/ Clinton L. Kelly
                                                Clinton L. Kelly