✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN **District of** LOUISIANA

TRACEY LOWE

                   Plaintiff (s),

V.

JANSSEN PHARMACEUTICALS, INC., et al.

                   Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: MDL 2592; 2:15-cv-3893

Notice is hereby given that, subject to approval by the court, Tracey Lowe substitutes
(Party (s) Name)

Clinton L. Kelly , State Bar No. TN 016171 as counsel of record in
(Name of New Attorney)

place of   Joseph T. Waechter and Michael Goetz   .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: The Kelly Firm
    Address: 629 East Main Street, Hendersonville, TN 37075
    Telephone: (615) 824-3703    Facsimile
    E-Mail (Optional): clint@kellyfirm.org

I consent to the above substitution.
Date: 11/2/2015

Tracey W Lowe  *Digitally signed by Tracey W Lowe*
(Signature of Party (s))

I consent to being substituted.
Date: 11/11/2015

/s/ Michael Goetz

/s/ Joseph T. Waechter
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 11/2/2015

Clinton L. Kelly  *Digitally signed by Clinton L. Kelly*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:
                                                                                                   Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**