UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2592 <br><br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |
| TRACEY LOWE, <br> As surviving spouse of <br> JAMES RICHARD LOWE, JR., deceased, <br><br> **Plaintiff,** <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC, JOHNSON & JOHNSON COMPANY, JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., BAYER CORPORATION, BAYER AG, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER HEALTHCARE AG, <br><br> **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | <br><br><br><br><br><br><br> Civil Action No.: 2:15-cv-03893-EEF-MBN |

## **ORDER**

THIS MATTER, having come before the Court is Plaintiff's Motion for Extension of Time to File Plaintiff's Fact Sheet. Upon consideration of the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to File Plaintiff's Fact Sheet is hereby **GRANTED**. The deadline to for Plaintiff to file her Fact Sheet is now January 21, 2016.

Dated: December ___, 2015

_____
Hon. Eldon E. Fallon
United States District Court Judge

Prepared for entry by:

**THE KELLY FIRM**

/s/ Clinton L. Kelly
F. Dulin Kelly, TN BPR No. 04085
Clinton L. Kelly, TN BPR No. 16171
629 East Main Street
Hendersonville, Tennessee 37075
Telephone:   (615) 824-3703
Facsimile:    (615) 824-2674
dulin@kellyfirm.org
clint@kellyfirm.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2015, that a copy of the above and foregoing document has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Clinton L. Kelly
Clinton L. Kelly