UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> BEVERLEY KASPER, INDIVIDUALLY AND ) <br> AS SURVIVING SPOUSE AND ON BEHALF ) <br> OF THE ESTATE OF GEORGE BLESSING, ) <br> DECEASED ) <br> ) <br> ) <br> Plaintiff, ) <br> vs. **)** <br> **)** <br> JANSSEN RESEARCH & DEVELOPMENT ) <br> LLC f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) <br> JANSSEN PHARMACEUTICALS, INC. ) <br> f/k/a JANSSEN PHARMACEUTICA INC. ) <br> f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., ) <br> JOHNSON & JOHNSON COMPANY ) <br> BAYER HEALTHCARE PHARMACEUTICALS, ) <br> INC., BAYER PHARMA AG, BAYER ) <br> CORPORATION, BAYER HEALTHCARE ) <br> LLC, BAYER HEALTHCARE AG, and ) <br> BAYER AG, ) <br> ) <br> Defendants. ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br><br> MOTION TO WITHDRAW <br> NOTICE OF VOLUNTARY <br> DISMISSAL WITHOUT <br> PREJUDICE <br><br><br><br> C.A. No. 2:15-cv-06284 |

COMES NOW, BEVERLY KASPER, INDIVIDUALLY AND AS SURVIVING

SPOUSE AND ON BEHALF OF THE ESTATE OF GEORGE BLESSING,

DECEASED, Plaintiff, by and through her attorneys, and hereby files this her Motion to

1

Withdraw her previously filed Notice of Voluntary Dismissal Without Prejudice (Doc. 1689).  Plaintiff wishes to continue to pursue this cause of action against all Defendants and respectfully requests that this Court enter an order granting her Motion to Withdraw her previously filed Notice of Voluntary Dismissal Without Prejudice (Doc. 1689) that was filed on December 1, 2015.

Dated:  December 3, 2015

                                  Respectfully submitted,

                                  s/ Ernest W. Boyd
                                  ERNEST W. BOYD
                                  Texas Bar #09177700)
                                  BUTCH BOYD LAW FIRM
                                  2905 Sackett Street
                                  Houston, TX 77098
                                  Telephone: (713) 589-8477
                                  Facsimile (713) 589-8563
                                  butchboyd@butchboydlawfirm.com

                                  Counsel for Plaintiff


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of December, 2015, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record in accordance with the procedures established in MDL 2592 pursuant to PTO 17.

                                  s/ Ernest W. Boyd