UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| <u>THIS DOCUMENT RELATES TO:</u> | * * | CASE NO. 2:15-cv-05142 |
| KATHLEEN McWILLIAMS, | * * | SECTION |
|  | * | JUDGE: E. FALLON |
| Plaintiff | * |  |
| v. | * * | MAG. JUDGE NORTH |
|  | * | JURY TRIAL DEMANDED |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, AND BAYER AG, | * * * * * * * * * * * * * * * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION FOR**
<u>**EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET**</u>

1

**MAY IT PLEASE THE COURT:**

Plaintiff, Kathleen McWilliams, through undersigned counsel, requests this Court grant her an extension of time for filing her Plaintiff's Fact Sheet ("PFS") of sixty (60) days, and in support thereof, Plaintiff avers as follows:

Plaintiff filed her Complaint [D-1] on October 5, 2015. Thus, pursuant to the Court's Pre-Trial Order No. 13(A), Plaintiff's PFS is due on December 4, 2015. On November 11, 2015, Counsel was notified of the death of Plaintiff Kathleen McWilliams on July 22, 2015. Counsel for Plaintiff is in contact with the next of kin and are in the process of identifying the proper heir and/or working toward a resolution of related probate matters.

As previously stated, Plaintiff's Fact Sheet is currently due on December 4, 2015. Counsel is working diligently, but needs additional time to address probate matters and identify the new proper party to substitute, as well as to compile the necessary information for the PFS. Counsel for Plaintiff accordingly request an extension of time of sixty (60) days, up to and including February 2, 2016, to submit the PFS.

Undersigned counsel has attempted to contact counsel for the Defendants to request an extension of time to complete the PFS. However, undersigned counsel has been unable to reach Defendants for their response.

WHEREFORE, based on the foregoing, Counsel for Plaintiff hereby request that the Court grant the additional time to submit the PFS, and/or for such further relief as the Court

deems just.

December 3, 2015

        Respectfully Submitted,

        /s/ Mekel Alvarez
        Morris Bart (LA Bar #02788)
        Mekel Alvarez (LA Bar #22157)
        Morris Bart, LLC
        909 Poydras Street, 20th Floor
        New Orleans, LA 70112
        Telephone: 504-525-8000
        Facsimile: 504-599-3392
        morrisbart@morrisbart.com
        malvarez@morrisbart.com


        Laura L. Voght (GA Bar #980519)
        Ken S. Nugent, P.C.
        1355 Peachtree Street
        Suite 1000
        Atlanta, GA 30309
        Telephone: 404-253-5813
        Facsimile: 404-872-7562
        LVoght@attorneykennugent.com


        Seth W. Schanher (OH Bar #0085395)
        Dyer, Garofalo, Mann & Schultz, L.P.A.
        131 N. Ludlow St., Suite 1400
        Dayton, OH 45402
        Telephone: 937-223-8888
        Facsimile: 937-223-0127
        sschanher@dgmslaw.com

        **COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify than on December 3, 2015, a copy of the above and foregoing Memorandum in Support of Motion for Extension of time to File Plaintiff Fact Sheet has been served on all parties or their attorneys in a manner authorized b by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Mekel S. Alvarez