UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 <br> * <br> * SECTION L <br> * JUDGE ELDON E. FALLON <br> * MAG. JUDGE NORTH <br> * |
| ---------------------------------------------------------------------- <br> THIS DOCUMENT RELATES TO: <br><br> KATHLEEN McWILLIAMS vs. JANSSEN RESEARCH &DEVELOPMENT, LLC, et al., <br> Civil Action No. 2:15-cv-05142-EEF-MBN <br> ---------------------------------------------------------------------- | * <br> * <br> * <br> * <br> * <br> * <br> * |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Kathleen McWilliams, during the pendency of this action. Counsel for Plaintiff is in contact with Ms. McWilliams next of kin and are in the process of identifying the proper heir and/or working toward resolution of related probate matters.

Respectfully submitted this 3rd day of December, 2015.

/s/ Mekel Alvarez
Morris Bart (LA Bar #02788)
Mekel Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com

/s/ Laura L. Voght
Laura L. Voght (GA Bar #980519)
KENNETH S. NUGENT, P.C.
1355 Peachtree Street, Suite 1000
Atlanta, Georgia 30309
Telephone: 404-253-5813
Facsimile: 404-872-7562
LVoght@attorneykennugent.com

Seth W. Schanher (OH Bar #0085395)
Dyer, Garofalo, Mann & Schultz, LPA
131 N. Ludlow St., Suite 1400
Dayton, OH 45402
Telephone: 937-223-8888
Facsimile: 937-223-0127
sschanher@dgmslaw.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This 3rd day of December, 2015.

/s/ Mekel Alvarez
Morris Bart (LA Bar #02788)
Mekel Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com