UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| <u>THIS DOCUMENT RELATES TO:</u><br><br>KATHLEEN McWILLIAMS,<br><br><br>Plaintiff<br>v.<br><br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,  JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br><br>**Defendants** | * * * * * * * * * * * * * * * * * * * * * * * * | CASE NO. 2:15-cv-05142<br><br>SECTION<br><br>JUDGE: E. FALLON<br><br>MAG. JUDGE NORTH<br><br>JURY TRIAL DEMANDED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **<u>ORDER</u>**

Considering the foregoing Motion for Extension of Time To File Plaintiff Fact Sheet;

**IT IS HEREBY ORDERED** that Plaintiff in the above-listed action shall have sixty (60)

1

days, up to and including February 2, 2016, within which to file the Plaintiff's Fact Sheet.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2015.

_____
**THE HONORABLE ELDON E. FALLON**