**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)   :      MDL No. 2592
PRODUCTS LIABILITY LITIGATION   :
                                :      SECTION L
                                :
                                :      JUDGE ELDON E. FALLON
                                :
                                :      MAGISTRATE JUDGE NORTH
_____:

**THIS DOCUMENT RELATES TO:**

*Mary E. Bounds v. Janssen Research & Development, LLC, et al,* LAED USDC No. 15-4144;

*James N. Johnson v. Janssen Research & Development LLC, et al,* LAED USDC No. 15-4499;

*Kenneth Karl Kaiser and Linda Kaiser Riley obo Bobbie Kaiser v. Janssen Research & Development, LLC,* LAED USDC No. 15-4500;

*William Kouns and Billie Kouns v. Janssen Research & Development, LLC,* LAED USDC No. 15-4502;

*Linda Runyan, Karen Hamilton and Richard Robinson obo Richard T. Robinson v. Janssen Research & Development, LLC,* LAED USDC No. 15-4505;

*Randall Smith and Susan Smith v. Janssen Research & Development, LLC,* LAED USDC No. 15-4507;

*Imond Washington v. Janssen Research & Development, LLC,* LAED USDC No. 15-4510;

*Betty Wilcots v. Janssen Research & Development, LLC,* LAED USDC No. 15-4513.

**MEMORANDUM IN SUPPORT OF MOTION FOR**
**EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

**MAY IT PLEASE THE COURT:**

Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request

that this Court grant their Motion for Extension of Time Within Which to Serve Process and

issue an Order allowing them an additional twenty (20) days from the date of the above-

referenced Motion to serve the Joint Complaint and Joint Amended Complaint, the severance

Order, the list of individual cases, the Short-Form Complaints and Short-Form Amended

Complaints, and the summonses on Bayer Pharma AG through the streamlined procedures for

informal service of process set forth in Pre-Trial Order #10.

All of the foregoing actions have been filed and docketed into this consolidated

proceeding, *In re: Xarelto (Rivaroxaban) Products Liability Litigation,* MDL No. 2592.

However, due to an inadvertent oversight on behalf of undersigned counsel, service of Plaintiffs'

Joint Complaint and Joint Amended Complaint, the severance Order, the list of individual cases,

the Short-Form Complaints and Short-Form Amended Complaints, and the summonses in these

actions was not properly effected within the time period for streamlined service set forth in Pre-

Trial Order #10 as to Bayer AG.

Undersigned counsel regret the failure to properly oversee and accomplish the service of

Joint Complaint and Joint Amended Complaint, the severance Order, the list of individual cases,

the Short-Form Complaints and Short-Form Amended Complaints, and the summonses in the

above-listed actions within the time deadline and assures this Court that not only has counsel

instituted procedures to ensure that all future Complaints are properly and timely served

according to Pre-Trial Order #10, but undersigned has also already actually served Bayer AG

with the Complaints and Amended Complaints, the severance Order, the list of individual cases,

the Short-Form Complaints and Short-Form Amended Complaints on December 2, 2015, which

service will be effective pursuant to Pre-Trial Order #10 ten (10) days after delivery, or on or

about December 12, 2015.

Undersigned counsel has contacted counsel for the Bayer Defendant to request an

extension of time to complete streamlined service, but counsel for the Bayer Defendants has

indicated that the extension of time will not be granted, even though service has already actually been effected on December 2, 2015.

Thus, Plaintiffs respectfully request that this Court grant this Motion and allow them an additional twenty (20) days from the date of the above-referenced Motion within which to effect service on Bayer AG through the streamlined procedures for informal service of process as set forth in Pre-Trial Order #10.

Dated:  December 3, 2015

 /s/ Mekel S. Alvarez
Respectfully submitted,


Morris Bart (LA Bar #02788)
Mekel Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a complete copy of the foregoing pleading has been served upon all parties or their counsel of record in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, on this the 3rd day of December, 2015:


 /s/ Mekel S. Alvarez
Mekel S. Alvarez