UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mary E. Bounds v. Janssen Research & Development, LLC, et al,* LAED USDC No. 15-4144;

*James N. Johnson v. Janssen Research & Development LLC, et al,* LAED USDC No. 15-4499;

*Kenneth Karl Kaiser and Linda Kaiser Riley obo Bobbie Kaiser v. Janssen Research & Development, LLC,* LAED USDC No. 15-4500;

*William Kouns and Billie Kouns v. Janssen Research & Development, LLC,* LAED USDC No. 15-4502;

*Linda Runyan, Karen Hamilton and Richard Robinson obo Richard T. Robinson v. Janssen Research & Development, LLC,* LAED USDC No. 15-4505;

*Randall Smith and Susan Smith v. Janssen Research & Development, LLC,* LAED USDC No. 15-4507;

*Imond Washington v. Janssen Research & Development, LLC,* LAED USDC No. 15-4510;

*Betty Wilcots v. Janssen Research & Development, LLC,* LAED USDC No. 15-4513.

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process;

**IT IS HEREBY ORDERED** that Plaintiffs in the above-listed actions shall have twenty (20) days from the date of the above-referenced Motion within which to effect service on

Defendant Bayer Pharma AG.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2015.

_____

**THE HONORABLE ELDON E. FALLON**