UNITED STATES DISTRICT COURT OF
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>JOANN CARLSON, an individual<br><br>   Plaintiff,<br><br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.<br><br>   Defendants. | CIVIL ACTION NO.: 2:15-CV-05113<br><br>**Motion to Substitute counsel** |

## MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

   COMES NOW, Matthew R. McCarley, of the office of Fears | Nachawati Law Firm, with permission and consent of the client, and moves this Honorable Court to substitute Matthew R. McCarley of the offices of Fears | Nachawati Law Firm, as attorney for JoAnn Carlson, Plaintiff, in the place and stead of Perry R. Sanders, Jr., Sanders Law Firm, LLC, 31 North Tejon St., Suite 400, Colorado Springs, Colorado 80903.

Respectfully Submitted,

_____
Perry R. Sanders, Jr., ESQ(LA SBN 1577)
Sanders Law Firm, LLC
31 N. Tejon St., Ste. 400
Colorado Springs, CO 80903
Tel: (719)630-1556
Fax: (719) 630-7004

/s/ Matthew R. McCarley
Matthew R. McCarley
State Bar No. 24041426
mccarley@fnlawfirm.com

FEARS | NACHAWATI, PLLC
4925 Greenville Ave., Suite 715
Dallas, Texas  75206
Telephone: (214) 890-0711
Facsimile: (214) 890-0712
**ATTORNEY FOR PLAINTIFF**
**JOANN CARLSON**

## CERTIFICATE OF SERVICE

This will certify that on this 30th day of November, 2015, a true and correct copy of the foregoing instrument has been forwarded to counsel via the Federal ECF system.