UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| EARL CLEMENTS AND JACKIE CLEMENTS | |
| Plaintiffs | |
| | Civil Action No.: 2:15-cv-4278 |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL | |
| Defendants | |

## ORDER

It is hereby ORDERED that Plaintiffs' Motion to Amend Complaint and Caption is granted. The Clerk of court is directed to: (1) file the First Amended Complaint attached as Exhibit 1 to Plaintiffs' Motion; and (2) edit the caption for this action to reflect "Jacqueline Clements" as Spouse Plaintiff and "Pamela Clements Norfleet" as Family Member Plaintiff.

New Orleans, Louisiana, this ___3rd___ day of ___December___, 2015.

*Eldon E. Fallon*

Dated: November 17, 2015

By: /s/ E. James Gaidry, Jr.
E. JAMES GAIDRY, JR. #21600
Gaidry Law Group
7921 Park Avenue
Houma, LA 70364
Phone: (985) 223-4400
Fax: (985) 223-4402
jim@gaidrylaw.net

By: /s/ Edward James Gaidry
EDWARD JAMES GAIDRY #5875
Gaidry Law Group
7921 Park Avenue
Houma, LA 70364
Phone: (985) 223-4400
Fax: (985) 223-4402
ejimmygaidry3891@hotmail.com

*Attorneys for Plaintiffs*