UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| EARL CLEMENTS AND JACKIE CLEMENTS | ) ) ) | |
| Plaintiffs | ) ) | Civil Action No.: 2:15-cv-4278 |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL | ) ) ) | |
| Defendants | ) ) | |

## PLAINTIFFS' FIRST AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come the plaintiffs, Earl Clements and

Jacqueline Clements, by and through the undersigned counsel, who respectfully supplements and

amends the Complaint filed herein as follows:

### By amending the caption to read as follows:

| | | |
|---|---|---|
| EARL CLEMENTS, JACQUELINE CLEMENTS, AND PAMELA CLEMENTS NORFLEET | * | CASE NO.: 2:15-CV-4278 |
| Plaintiffs | * | SECTION: |
| v. | * | JUDGE: JUDGE ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND | * * | MAG. JUDGE: MAGISTRATE |



PLAINTIFF'S
EXHIBIT
1

DEVELOPMENT, LLC, JANSSEN ORTHO, LLC,        JUDGE MICHAEL NORTH
JANSSEN PHARMACEUTICALS, INC.             *
f/k/a JANSSEN PHARMACEUTICA, INC.
f/k/a ORTHO-MCNEIL-JANSSEN                 *
PHARMACEUTICALS, INC.,
BAYER HEALTHCARE                          *
PHARMACEUTICALS, INC.,
BAYER PHARMA AG,                          *
BAYER CORPORATION,
BAYER HEALTHCARE, LLC,                    *
BAYER HEALTHCARE AG, AND BAYER AG

       Defendants

### By supplementing the Complaint to include the following paragraphs:

198.    Plaintiffs incorporate by reference each preceding and succeeding paragraph as though set forth fully at length herein.  Plaintiffs plead this Court in the broadest sense, pursuant to all laws that may apply pursuant to choice of law principles, including the law of the Plaintiffs' resident State.

199.    At all relevant times hereto, where applicable, Plaintiff had a spouse, Jacqueline Clements (hereafter referred to as "Spouse Plaintiff") and/or family members, daughter Pamela Clements Norfleet (hereafter referred to as "Family Member Plaintiff") who have suffered injuries and losses as a result of the Plaintiff's injuries from Xarelto.

200.    For the reasons set forth herein, Spouse Plaintiff and/or Family Member Plaintiff have necessarily paid and have become liable to pay for medical aid, treatment, monitoring, medications, and other expenditures and will necessarily incur further expenses of a similar nature in the future as a proximate result of Defendants' misconduct.

201.    For the reasons set forth herein, Spouse Plaintiff and/or Family Member Plaintiff have suffered and will continue to suffer the loss of their loved one's support, companionship,

services, society, love and affection.

202.    For all Spouse Plaintiff, Plaintiff alleges that their marital relationship was impaired and depreciated, and the marital association between husband and wife has been altered.

203.    Spouse Plaintiff and/or Family Member Plaintiff have suffered great emotional pain and mental anguish.

204.    Spouse Plaintiff and/or Family Member Plaintiff are entitled to recover for their losses resulting from Plaintiff's injuries alleged herein.

Dated: _November 17 2015_

By: _/s/ E. James Gaidry, Jr._
E. JAMES GAIDRY, JR. #21600
Gaidry Law Group
7921 Park Avenue
Houma, LA 70364
Phone: (985) 223-4400
Fax: (985) 223-4402
jim@gaidrylaw.net

By: _/s/ Edward James Gaidry_
EDWARD JAMES GAIDRY #5875
Gaidry Law Group
7921 Park Avenue
Houma, LA 70364
Phone: (985) 223-4400
Fax: (985) 223-4402
ejimmygaidry3891@hotmail.com

*Attorneys for Plaintiffs*