✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

EASTERN  District of  LOUISIANA

TRACEY LOWE

       Plaintiff (s),

V.

JANSSEN PHARMACEUTICALS, INC., et al.

       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: MDL 2592; 2:15-cv-3893

Notice is hereby given that, subject to approval by the court, __Tracey Lowe__ substitutes
                   (Party (s) Name)

__Clinton L. Kelly__ , State Bar No. __TN 016171__ as counsel of record in
(Name of New Attorney)

place of __Joseph T. Waechter and Michael Goetz__ .
      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | The Kelly Firm |
| Address: | 629 East Main Street, Hendersonville, TN 37075 |
| Telephone: | (615) 824-3703  Facsimile |
| E-Mail (Optional): | clint@kellyfirm.org |

I consent to the above substitution.

Date: 11/2/2015

Tracey W Lowe  *Digitally signed by Tracey W Lowe*
(Signature of Party (s))

/s/ Michael Goetz

I consent to being substituted.

Date: 11/11/2015

/s/ Joseph T. Waechter
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 11/2/2015

Clinton L. Kelly  *Digitally signed by Clinton L. Kelly*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: December 4th 2015

*Eldon E. Fallon*
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**