UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| BEVERLEY KASPER, INDIVIDUALLY AND AS SURVIVING SPOUSE AND ON BEHALF OF THE ESTATE OF GEORGE BLESSING, DECEASED ) ) ) ) ) ) | |
| Plaintiff, ) | |
| vs. **)** **)** | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 2:15-cv-06284 |
| Defendants. ) ) | |

**ORDER**

THIS MATTER, having come before the Court on Plaintiff, Beverley Kasper's Motion to Withdraw Notice of Voluntary Dismissal Without Prejudice, and this Court deemed fully advised of the premises:

1

2

IT IS HEREBY ORDERED that Plaintiff, Beverley Kasper, Individually and as Surviving Spouse and on Behalf of the Estate of George Blessing, Deceased's Motion to Withdraw her previously filed Notice of Voluntary Dismissal Without Prejudice (Doc. 1689) is GRANTED and that such Notice is withdrawn.

Dated: December 4th 2015

_____
JUDGE

2