# UNITED STATES DISTRICT COURT OF
# THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | |
| *Carlson v. Janssen Research & Development LLC, et al* | CIVIL ACTION NO.: 2:15-CV-05113 |

## MOTION TO SUBSTITUTE COUNSEL

This matter coming before the Court upon a motion to withdraw as substitute counsel filed on December 3, 2015 by Matthew R. McCarley.

IT IS ORDERED:

The motion to substitute counsel is granted.

ENTERED: December 4, 2015

_____
Eldon E. Fallon
United States District Judge
Eastern District of Louisiana