UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

*O'Bryan, et al. v. Janssen Research & Development, LLC, et al., 15-3947*

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

NOW COME Plaintiffs in the above-listed action, through undersigned counsel, and respectfully move the Court for an order granting them up and until November 26, 2015 within which to serve process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10. In support of their motion, Plaintiffs state as follows:

1. This matter was filed into In Re: Xarelto (Rivoraxaban) Product Liability Litigation, MDL No. 2592, on August 31, 2015.

2. On October 30, 2015 Plaintiffs served Plaintiff's Fact Sheet on Defendants through Brown Greer's MDL Centrality, pursuant to applicable Pre-Trial Orders.

3. Unfortunately, during the time period discussed above, Plaintiffs inadvertently failed to serve process on Bayer Pharma AG.

4. Plaintiffs attempted to rectify the oversight and served Bayer Pharma AG on November 26, 2015; however counsel for Bayer Pharma AG returned the service packet to

Plaintiffs, citing that service was improper because it was more than 60 days after the Complaint was docketed in MDL.

5. In light of the foregoing, the Plaintiffs request an order from this Court granting them up and until November 26, 2015 within which to serve process on Defendant Bayer Pharma AG.

WHEREFORE, Plaintiffs respectfully move for an order from this Court granting them up and until November 26, 2015 within which to serve process on the Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

Dated: December 7, 2015

Respectfully submitted,

/s/ *Christopher L. Schnieders*
Christopher L. Schnieders, MO 57725
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Missouri City, MO  64112
Phone: (816) 701-1100
Fax:  (816) 531-2372
cschnieders@wcllp.com
**Attorneys for Plaintiffs**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule

5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 7th day of December, 2015.

                                              */s/ Christopher L. Schnieders*
                                              **Attorney for Plaintiff**