UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : | MDL No. 2592<br><br>MASTER DOCKET CASE:<br>2:14-MD-02592<br><br>JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>*Shayla Barger v. Janssen Research & Development LLC, et al.* | | CASE NO.: 2: 15-cv-03980<br><br>SECTION: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><u>JURY TRIAL DEMANDED</u> |

## ORDER

Considering the foregoing Motion for Extension of Time within which to file Plaintiff's Fact Sheet:

IT IS HEREBY ORDERED that Plaintiff Shayla Barger shall have  30  days from the date of the above referenced Motion within to file Plaintiff's Fact Sheet.

New Orleans, Louisiana this  7th  day of December, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge

4