# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : | MDL No. 2592 <br><br> MASTER DOCKET CASE: <br> 2:14-MD-02592 <br><br> JUDGE: ELDON E. FALLON <br><br><br> CASE NO.: 2: 15-cv-03873 <br><br> SECTION: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH <br><br><br> <u>JURY TRIAL DEMANDED</u> |
| THIS DOCUMENT RELATES TO: <br><br> *Brandon Murdock v. Janssen Research & Development LLC, et al.* | | |

## ORDER

Considering the foregoing Motion for Extension of Time, R. Doc. 1561, within which to file Plaintiff's Fact Sheet:

IT IS HEREBY ORDERED that the deadline for Plaintiff Brandon Murdock to file a Plaintiff Fact Sheet is extended to January 7, 2016.

New Orleans, Louisiana this ___7th___ day of <u>December</u>, 2015.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge

4