# EXHIBIT A

| Case Name | MDL Filing Date | Attempted Service on BPAG Date | Attempted Service on BHCP Date |
|---|---|---|---|
| Lia Ardolina | June 26, 2015 | November 5, 2015 | August 21, 2015/ September 23, 2015 |
| Dan Bloodworth | July 20, 2015 | November 5, 2015 | September 24, 2015 |
| Juanita Brown | June 5, 2015 | November 5, 2015 | August 21, 2015 |
| Stephen Guldan, Jr. | May 6, 2015 | None | November 19, 2015 |
| Dorothy Hurt | May 28, 2015 | November 5, 2015 | August 14, 2015 |
| Josephine Lewis | August 26, 2015 | None | October 19, 2015 |
| Dolores Lowman | July 15, 2015 | November 5, 2015 | August 28, 2015 |
| Michael G. Ulm, Jr. | May 19, 2015 | November 5, 2015 | July 31, 2015 |
| Ruth Wall | May 6, 2015 | None | November 19, 2015 |

2580858-1