UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

This Document Relates to:

*Winston v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-03766*

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

NOW COMES, Plaintiff, DOROTHY WINSTON, individually, by her undersigned counsel of record, and respectfully moves the Court for an order allowing her an additional twenty days (20) from the date of this motion within which to serve process of Defendant Bayer Pharma AG. In support of her motion, Plaintiff states as follows:

1. This matter was filed into In Re: Xarelto (Rivoraxaban) Product Liability Litigation, MDL No., 2592, on August 25, 2015.

2. However, on or about October 6, 2015, the undersigned Plaintiff's counsel inadvertently served "Bayer AG" with a copy of the Summons and Complaint via Registered Mail rather than properly serving "Bayer Pharma AG" with a copy of a Summons of Complaint, per the requirements of PTO # 10.

3. Although the 60-day time period for streamlined service of process for Defendant Bayer Pharma AG set by this Honorable Court in PTO # 10 has expired, it is within

1

the authority of this Court to "order that service be made within a specified time." (Fed. R. Civ. P. 4(m)).

4. In light of the foregoing, the Plaintiff requests an order from this Court granting her twenty (20) days from the date of this motion within to serve process on Defendant Bayer Pharma AG.

WHEREFORE, Plaintiff respectfully moves for an order from this Court granting her twenty (20) days from the date of this motion within which to serve process on Defendant Bayer Pharma AG.

Dated: December 8, 2015

Respectfully Submitted,

Joel L. DiLorenzo
Attorney for Plaintiff

The DiLorenzo Law Firm, LLC
505 20th Street North, Suite 1275
Birmingham, Alabama 35203
Telephone: 205-212-9988
Email: joel@dilorenzo-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has conmtemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic

filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 8th day of December, 2015

/s/ Joel L. DiLorenzo