UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592  SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

_____

**This Document Relates to:**

*Winston v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-03766*

**ORDER**

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that the Plaintiff in the above listed action shall have up to and until December 28, 2015, within which to effect process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order # 10.

New Orleans, Louisiana this _____ day of _____, 20____.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge