UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Russell v. Janssen Research & Development, LLC, et al*; LAED USDC No. 2:15-cv-3892

### BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON BAYER PHARMA AG

NOW COMES, Plaintiff, FANNIE V. RUSSELL, individually, by her undersigned counsel of record, and respectfully moves this Court for an Order allowing her an additional thirty (30) days from the date the Order is entered in which to serve streamlined process on Defendant, Bayer Pharmaceuticals, Inc. in accordance with the process established in the Xarelto MDL. *See In Re: Xarelto (Rivaroxaban) Prods. Liab. Litig.*, Case No 2:14-md-02592-EEE-MBD, Pre-Trial Order 10 [Dkt. 357] ("PTO No. 10"), § II. In support of her motion, Plaintiff states as follows:

1. On August 28, 2015, this matter was filed into *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (the "Xarleto MDL").

2. On November 19, 2015, Plaintiff served a Plaintiff Fact Sheet on the Defendants through BrownGreer's MDL Centrality website, pursuant to applicable Pre-Trial Orders.

3. Due to a clerical error, Plaintiff attempted streamlined service of process on Bayer Pharmaceuticals, Inc. more than 60 days after the Plaintiff's Complaint was docketed in the MDL.

4. On December 3, 2015, Defendant Bayer Pharmaceuticals, Inc. by counsel, sent Plaintiff's counsel correspondence notifying her of the improper service.

5. Plaintiff's counsel's office contacted Bayer Pharmaceuticals, Inc.'s counsel on December 6, 2015, to request an extension to serve Bayer Pharmaceuticals, Inc. by the streamlined services procedures and was advised that Bayer Pharmaceuticals, Inc. would not consent to extend the time for Plaintiff to serve the Complaint.

6. The sixty (60) day time period for streamlined service has expired in this case per PTO No. 10. However, in such instances, it is within the authority of this Court to "order that service be made within a specified time." *See* Fed. R. Civ. P. 4(m).

7. Accordingly, Plaintiff requests an Order from this Court granting her thirty (30) days from the date the Order is entered in which to serve Defendant, Bayer Pharmaceuticals, Inc. *via* the streamlined service procedures established in the Xarelto MDL.

WHEREFORE, Plaintiff respectfully moves for an Order from this Court granting her thirty (30) days from the date the Order is entered to provide streamlined service of process on Defendant Bayer Pharmaceuticals, Inc.

Dated: December 9, 2015                                  Respectfully Submitted,

/s/Michael G. Phelan
Michael G. Phelan, Esq.
**PHELAN PETTY, PLC**
6641 West Broad Street, Ste. 406
Richmond, VA 23230
Telephone: (804) 980-7100
Facsimile: (804) 767-4601

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of December, 2015, a true copy of the foregoing:

1. *MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON BAYER PHARMACEUTICALS, INC.*

2. *NOTICE OF SUBMISSION;*

3. *BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVICE PROCESS ON BAYER PHARMA AG; and*

4. *PROPOSED ORDER*

have been contemporaneously, with or before filing, been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Michael G. Phelan
Michael G. Phelan, Esq.