UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

This Document Relates to:

*Russell v. Janssen Research & Development, LLC et al*; LAED USDC No. 2:15cv3892

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiff, FANNIE V. RUSSELL, by counsel, Phelan Petty, PLC, respectfully requests that this Honorable Court grant Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant, Bayer Pharmaceuticals, Inc., pursuant to Fed. R. Civ. P. 4(m) and enter an Order allowing her an additional thirty (30) days from the date the Order is entered in which to serve streamlined process on Defendant, Bayer Pharmaceuticals, Inc., in accordance with the process established in the Xarelto MultiDistrict Litigation ("Xarelto MDL"). A Brief in Support of Plaintiff's Motion is submitted herewith.

Dated: December 9, 2015

/s/
Michael G. Phelan
VSB No. 29725
Phelan Petty, PLC
6641 West Broad Street, Suite 406
Richmond, VA 23230
Phone: (804) 980-7100
Fax: (804) 767-4601
E-Mail: mphelan@phelanpetty.com
*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December, 2015, a copy of the foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVICE PROCESS has contemporaneously, with or before filing, been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/
Michael G. Phelan
VSB No. 29725
Phelan Petty, PLC
6641 West Broad Street, Suite 406
Richmond, VA 23230
Phone: (804) 980-7100
Fax: (804) 767-4601
E-Mail: mphelan@phelanpetty.com
*Counsel for Plaintiff*

2