UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

This Document Relates to:

*Russell v. Janssen Research & Development, LLC et al*; LAED USDC No. 2:15cv3892

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Plaintiff, Fannie V. Russell, will bring the attached Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharmaceuticals, Inc. for submission before the Honorable Judge Eldon E. Fallon on the December 16, 2015.

Dated: December 9, 2015                     Respectfully Submitted,


                                            /s/Michael G. Phelan
                                            Michael G. Phelan, Esq.

                                            **PHELAN PETTY, PCL**
                                            6641 West Broad Street, Ste. 406
                                            Richmond, VA 23230
                                            Telephone: (804) 980-7100
                                            Facsimile: (804) 767-4601
                                            *Attorneys for Plaintiff*