| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| SUSAN L. STEWART, as Guardian for EVELYN KENDRICK, an Incapacitated Person | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Plaintiffs, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY<br>BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No. 2:15-cv-03308 |
| Defendants. | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Susan L. Stewart, Personal Representative of the Estate of Evelyn Kendrick, the deceased Plaintiff, moves the Court to substitute her as Plaintiff in place of Evelyn Kendrick in this civil action and states as follows:

1. Evelyn Kendrick ("Decedent") died testate on January 22, 2015. See Exhibit A, a true and correct copy of the Death Certificate.

2. A Notice Stating a Party's Death was filed in this case on September 11, 2015. [Docket ECF No. 1282].

3. On December 7, 2015, Susan Stewart, Decedent's daughter, was named as the Personal Representative of the Estate under Letters Testamentary issued from the District Court for Rogers County, Oklahoma. See Exhibit B, a true and correct copy of the Letters Testamentary.

4. Under Fed. R. Civ. P. 25 (a)(1), upon the death of a party, the Court may substitute any party as the decedent's successor or representative within 90 days of the date of the Suggestion of Death. Fed. R. Civ. P. 25(a)(1). *Broyle v. Eagle Picher Ind., et al*, 123 F.R.D. 230 (M.D. La. 1988)(granting motion to substitute surviving spouse as plaintiff in the action under Rule 25 of the Federal Rules of Civil Procedure).

5. Specifically, Fed. R. Civ. P. 25(a)(1) states in relevant part: "[i]f a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties. The motion for substitution may be made by any party or by the successors or representatives of the deceased party…." Fed. R. Civ. P. 25(a)(1).

6. Here, it is undisputed that Decedent's claims were not extinguished by reason of her death. Moreover, Plaintiff has a meritorious action for product liability against the Defendants.

7. In addition, Ms. Stewart, as the Personal Representative of the Estate of Evelyn Kendrick, is the appropriate party to substitute as Plaintiff. *See Washington v. Louisiana*, Civ. A.

No. 11-334, 2013 WL 4048561 *3 (M.D. La., Aug.9, 2013)(holding decedent's husband was a proper substitute under Fed. R. Civ. P. 25, as he was the Administrator of the Estate).  Ms. Stewart is authorized to make all decisions related to the Estate claims set forth in this civil action.  Additionally, she will properly dispose of any damage awards or settlement proceeds which may be awarded as a result of Decedent's claim.

8.	Furthermore, Ms. Stewart has filed her Motion within the specified time period set forth in the Rules.

9.	Finally, Defendants will not be prejudiced by this substitution of parties.

WHEREFORE, Susan L. Stewart, as Personal Representative of the Estate of Evelyn Kendrick, respectfully requests that this Court enter an Order consistent with the proposed form of Order substituting Susan L. Stewart, as the Personal Representative of the Estate of Evelyn Kendrick, as the Plaintiff in this action.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date:   December 9, 2015 | **ROSS FELLER CASEY, LLP**<br>*Attorneys for Plaintiff* |
| By: | /s/ Mark A. Hoffman_____<br>Mark A. Hoffman, Esquire<br>Brian J. McCormick, Jr., Esquire<br>Dena Young, Esquire<br>ROSS FELLER CASEY, LLP<br>One Liberty Place<br>1650 Market Street, Suite 3450<br>Philadelphia, PA. 19103<br>Phone: (215) 574-2000<br>Fax: (215) 574-3080<br>mhoffman@rossfellercasey.com<br>bmccormick@rossfellercasey.com<br>dyoung@rossfellercasey.com |