# EXHIBIT A

# STATE OF OKLAHOMA
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2015-004355

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | EVELYN KENDRICK |
| 1a. LAST NAME PRIOR TO FIRST MARRIAGE | ARMSTRONG |
| 2. SEX | FEMALE |
| 3. SOCIAL SECURITY NUMBER | [redacted] |
| 4. EVER IN US ARMED FORCES? | NO |
| 5a. AGE - Last birthday (years) | 93 |
| 6. DATE OF BIRTH | JUNE 9, 1921 |
| 7. BIRTHPLACE | BLUFFTON, ARKANSAS |
| 8a. RESIDENCE-State | OKLAHOMA |
| 8b. RESIDENCE-County | ROGERS |
| 8c. RESIDENCE-City or Town | CLAREMORE |
| 8d. RESIDENCE-Zip Code | 74017 |
| 8e. RESIDENCE-Inside City Limits? | NO |
| 8f. RESIDENCE-Street and Number | 14303 E 540 ROAD |
| 8g. RESIDENCE-Apt. Number | # A |
| 9. MARITAL STATUS AT TIME OF DEATH | Widowed |
| 11. FATHER'S NAME | THEODORE ARMSTRONG |
| 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | SELMA KILLIAN |
| 13. DECEDENT OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| 14. DECEDENT'S RACE | WHITE |
| 15. DECEDENT'S EDUCATION | SOME COLLEGE CREDIT BUT NO DEGREE |
| 16. DECEDENT'S USUAL OCCUPATION | SALES |
| 17. KIND OF BUSINESS / INDUSTRY | RETAIL |
| 18a. INFORMANT'S NAME | SUSAN STEWART |
| 18b. RELATIONSHIP TO DECEDENT | DAUGHTER |
| 18c. MAILING ADDRESS | 501 S INDIANWOOD AVE, BROKEN ARROW, OKLAHOMA 74012 |
| 19. METHOD OF DISPOSITION | Burial |
| 20. PLACE OF DISPOSITION | FLORAL HAVEN MEMORIAL GARDENS |
| 21. LOCATION - City, Town and State | BROKEN ARROW, OKLAHOMA |
| 22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | FLORAL HAVEN FUNERAL HOME, 6500 S. 129TH EAST AVE., BROKEN ARROW, OKLAHOMA 74012 |
| 23. FUNERAL HOME DIRECTOR | JACKIE L. LONDON |
| 24. FH ESTABLISHMENT LICENSE # | 1660ES |

### 25. PLACE OF DEATH
Nursing home/Long term care facility

| Field | Value |
|---|---|
| 26. FACILITY NAME | CLAREMORE NURSING CENTER |
| 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH | CLAREMORE, OKLAHOMA, 74017 |
| 28. COUNTY OF DEATH | ROGERS |
| 29. DATE OF DEATH | JANUARY 22, 2015 |
| 30. TIME OF DEATH | 05:33 |
| 31. WAS MEDICAL EXAMINER CONTACTED? | NO |
| 32. WAS AN AUTOPSY PERFORMED? | NO |

### 34. CAUSE OF DEATH
**PART I:**
- a. CARDIAC ARREST - PRESUMED
- b. PULMONARY EDEMA - HYPOXEMIA, RESPIRATORY ACIDOSIS
- c. CONGESTIVE HEART FAILURE

**PART II:** DEMENTIA

| Field | Value |
|---|---|
| 36. MANNER OF DEATH | Natural |
| 38. DID TOBACCO USE CONTRIBUTE TO DEATH? | No |
| 46. CERTIFIER | ATTENDING PHYSICIAN: Physician in charge of the patient's care |
| 47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | BRYAN K. LEDBETTER, DO, 11106 S. YALE AVE, TULSA, OKLAHOMA 74137 |
| Certifier | BRYAN K LEDBETTER, DO |
| 48. LICENSE NUMBER | 4427 |
| 49. DATE DEATH CERTIFIED | FEBRUARY 13, 2015 |
| 50. REGISTRAR'S SIGNATURE | Kelly M Baker |
| 52. DATE RECEIVED BY STATE REGISTRAR | FEBRUARY 20, 2015 |

REVISION 2013  VS 154 (08/13)

Friday, February 20, 2015 1:48:19 PM