# EXHIBIT B

IN THE DISTRICT COURT IN AND FOR ROGERS COUNTY
STATE OF OKLAHOMA

FILED IN THE DISTRICT COURT
ROGERS COUNTY OKLAHOMA
DEC 07 2015
KIM HENRY, COURT CLERK

IN THE MATTER OF THE ESTATE )
)
OF ) No. PB-2015-115
)
EVELYN KENDRICK, DECEASED. )

## LETTERS TESTAMENTARY

STATE OF OKLAHOMA )
) SS:
COUNTY OF ROGERS )

THE LAST WILL OF **EVELYN KENDRICK**, Deceased, having been proved and recorded in the District Court of said County, **SUSAN L. STEWART**, who is named therein is hereby appointed Personal Representative of the estate.

WITNESS, SHEILA A. CONDREN, Judge of the District Court of Rogers County, State of Oklahoma, this ____ day of December, 2015.

_____
JUDGE

## OATH OF PERSONAL REPRESENTATIVE

STATE OF OKLAHOMA )
) SS:
COUNTY OF ROGERS )

I, **SUSAN L. STEWART**, do solemnly swear that I will perform according to law the duties of Personal Representative of the Last Will and Testament of **EVELYN KENDRICK**, Deceased. So help me God.

_____
**SUSAN L. STEWART**

SUBSCRIBED AND SWORN to before me this ____ day of December, 2015.

_____
JUDGE

stewart.kendrick.letterstesta.wpd

I, Kim Henry, Court Clerk to Rogers County, Oklahoma hereby certify that the foregoing is a true and correct and full copy of the instrument herewith set out as appears of record in the Court Clerk's Office of Rogers County, Oklahoma this ____ day of _____, 20 __.
By _____ Kim Henry
DEPUTY COURT CLERK