# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| SUSAN L. STEWART, as Guardian for EVELYN KENDRICK, an Incapacitated Person | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Plaintiffs, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No. 2:15-cv-03308 |
| Defendants. | |

## **ORDER**

AND NOW this ____ day of _____, 2015, this matter having been brought before the Court by Susan L. Stewart, Personal Representative of the Estate of Evelyn Kendrick, the deceased Plaintiff; upon consideration of the Motion, any opposition thereto, and the arguments of counsel, it is hereby ORDERED that said Motion is GRANTED.

2

IT IS FURTHER ORDERED that Susan L. Stewart, Personal Representative of the Estate of Evelyn Kendrick, shall be substituted as Plaintiff; in place of Evelyn Kendrick, deceased, in this civil action.

BY THE COURT:

_____

J.