## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Motion and Memorandum of Law In Support of Motion To Substitute Party Plaintiff has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                 /s/ Brian J. McCormick, Jr.
                                                 Brian J. McCormick, Jr., Esquire

Dated: December 9, 2015