IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 HONORABLE JUDGE ELDON E. FALLON |

**This Document Relates to:**

*Sarah Irwin v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-1293*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

**IT IS ORDERED** that Plaintiff, Sarah Irwin, be granted thirty (30) days to effectuate service on all Defendants: Janssen Research & Development LLC., Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc.; f/k/a Ortho-Mcneil-Janssen Pharmaceuticals, In.; Bayer Healthcare Pharmaceuticals, Inc; Bayer AG; Bayer Healthcare AG; and Bayer Pharma AG.

**NEW ORLEANS, LOUISIANA,** this ____ day of _____, 2015.

_____
Honorable Eldon E. Fallon, U.S. District Court Judge