IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> HONORABLE JUDGE ELDON E. FALLON |

**This Document Relates to:**

*Laura Babbit v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-01295*

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Laura Babbit, who respectfully moves this Court, for an Order allowing Plaintiff an additional thirty (30) days from the granting date of this motion within which to serve process of Defendants: Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC.; Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc.; f/k/a Ortho-Mcneil-Janssen Pharmaceuticals, Inc.; Bayer Healthcare Pharmaceuticals; Bayer AG; Bayer Healthcare AG; and Bayer Pharma AG. Inc. In support of his motion, Plaintiff states as follows:

1. This matter was filed into In Re: Xarelto (Rivoraxaban) Product Liability Litigation, MDL No. 2592, on April 22, 2015.

2. Plaintiff effectively served the Plaintiff Fact Sheet ("PFS") upon Defendants pursuant to applicable Pre-Trial Orders ("PTO") through Brown Greer's MDL Centrality. Plaintiff effectively cured deficiencies to the PFS through Brown Greer's MDL Centrality on October 8, 2015.

3. The ninety (90) day time period prescribed in Fed. R. Civ. P. 4(m) has expired in this case. Pursuant to Federal Rules of Civil Procedure 4(m), a court may extend the time for service on a defendant past 90 days for good cause shown. And significantly, F.R.C.P. 4(m) expressly provides that the 90-day time limitation does not apply to service in a foreign country.

4. Unfortunately, during the time period discussed above, Plaintiff inadvertently failed to properly serve process on: Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC.; Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc.; f/k/a Ortho-Mcneil-Janssen Pharmaceuticals, Inc.; and Bayer Healthcare Pharmaceuticals. Inc.

5. Plaintiff initially served process upon the three foreign Defendants on June 10, 2015. Defendants rejected service on July 21, 2015 due to improper method of service. Plaintiffs again served Defendants on September 8, 2015 curing deficiencies cited in the July 21, 2015 rejection of service letter. Defendant rejected this service on October 8, 2015 stating service was outside of the sixty (60) day allowance allotted through Pre-Trial Order 10. It takes significant time to mail multiple documents to foreign Defendants, and Plaintiff was unable to effectuate service within the limited sixty (60) day time constraint. Plaintiff complied with service of process in form pursuant to PTO 10 and applicable PFS PTO's, however inadvertently did not serve process upon foreign Defendants within the prescribed sixty (60) day period.

6. Plaintiff avers that this is the first such extension that has been requested.

7. Plaintiff further avers that this matter is not yet set for trial or hearing, and thus the requested extension should not affect this Honorable Court's docket.

8. In light of the foregoing, the Plaintiff requests an order from this Court granting

thirty (30) days from the date of this motion within to serve process on the Defendants, specifically: Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC.; Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc.; f/k/a Ortho-Mcneil-Janssen Pharmaceuticals, Inc.; Bayer Healthcare Pharmaceuticals Inc.; Bayer AG; Bayer Healthcare AG; and Bayer Pharma AG.

**WHEREFORE**, Plaintiff, Laura Babbit, respectfully moves for an order from this Court granting thirty (30) days from the granting date of this motion within which to serve process on the Defendants: Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC.; Janssen Ortho, LLC; Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc.; f/k/a Ortho-Mcneil-Janssen Pharmaceuticals, Inc.; Bayer Healthcare Pharmaceuticals Inc.; Bayer AG; Bayer Healthcare AG; and Bayer Pharma AG.

Dated:  12/09/2015

Respectfully Submitted,

*/s/Rhett A. McSweeney*
Rhett A. McSweeney
McSweeney/Langevin
2116 2nd Avenue South
Minneapolis, MN 55404
Phone: (612) 746-4646
Fax: (612) 454-2678
ram@westrikeback.com
Counsel for Plaintiff(s)

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the __9th__ day of ____December____, 2015.

*/s/ Rhett A. McSweeney*