UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO *Kothe v. Janssen Research & Development, LLC, et al.* Case No. 2:15-cv-4552 | | |

**STIPULATION OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Regina Kothe ("Plaintiff") and Defendants Janssen Research & Development LLC; Janssen Ortho LLC; Janssen Pharmaceuticals, Inc.; Johnson & Johnson (incorrectly named in the Complaint as Johnson & Johnson Company); Bayer Healthcare Pharmaceuticals Inc.; Bayer Pharma AG ("Defendants"), through their undersigned counsel, that the above-captioned action is voluntarily dismissed as it pertains to the above-listed Plaintiff, with prejudice as to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

Dated: December 9, 2015            Respectfully submitted,

　　　　　　　　　　　　　　　　　　   /s/ Daniel J. Carr
　　　　　　　　　　　　　　　　Joseph C. Peiffer, La. Bar # 26459
　　　　　　　　　　　　　　　　Daniel J. Carr, La. Bar # 31088
　　　　　　　　　　　　　　　　PEIFFER ROSCA WOLF
　　　　　　　　　　　　　　　　ABDULLAH CARR & KANE
　　　　　　　　　　　　　　　　A Professional Law Corporation
　　　　　　　　　　　　　　　　201 St. Charles Avenue, Suite 4610
　　　　　　　　　　　　　　　　New Orleans, Louisiana  70170-4600
　　　　　　　　　　　　　　　　Telephone:  (504) 523-2434
　　　　　　　　　　　　　　　　Facsimile:  (504) 523-2464
　　　　　　　　　　　　　　　　Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com
*Attorneys for the Plaintiff*


　/s/ William Hoffman
Steven Glickstein
William Hoffman
KAYE SCHOLER LLP
250 W. 55th St.
New York, NY 10019
*Attorneys for Defendants Bayer Healthcare*
*Pharmaceuticals Inc., and Bayer Pharma AG*

　/s/ Susan M. Sharko
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Dr.
Florham Park, NJ 07932
(973) 549-7000
susan.sharko@dbr.com
*Attorneys for Defendants Janssen Pharmaceuticals,*
*Inc., Janssen Research & Development, LLC,*
*Janssen Ortho, LLC, and Johnson & Johnson*

　/s/ James B. Irwin
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras St., Ste. 2700
New Orleans, LA 70130
*Liaison Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 9, 2015, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.



/s/ Daniel J. Carr