**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

*O'Bryan, et al. v. Janssen Research & Development, LLC, et al., 15-3947*

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiffs in the above-listed action, through undersigned counsel, respectfully request that the Court grant their Motion for Extension of Time Within Which to Serve Process and issue an order granting them up and until November 26, 2015 within which to serve process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10. A brief memorandum in support of Plaintiffs' motion is submitted herewith.

Dated: December 9, 2015

                Respectfully submitted,

                /s/ *Christopher L. Schnieders*
                Christopher L. Schnieders, MO 57725
                Wagstaff & Cartmell, LLP
                4740 Grand Avenue, Suite 300
                Missouri City, MO  64112
                Phone: (816) 701-1100
                Fax:  (816) 531-2372
                cschnieders@wcllp.com
                **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 9th day of December, 2015.

*/s/ Christopher L. Schnieders*
**Attorney for Plaintiff**