**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

*O'Bryan, et al. v. Janssen Research & Development, LLC, et al., 15-3947*

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

**MAY IT PLEASE THE COURT:**

Plaintiffs in the above-listed action, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time Within Which to Serve Process and issue an Order granting them up and until November 26, 2015 within which to serve process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

The foregoing action has been filed and docketed into this consolidated proceeding, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592. However, due to an inadvertent oversight on behalf of undersigned counsel, service of Plaintiffs' Joint Complaint, the severance Order, the list of individual cases, and the summonses in this action was not properly effected within the time period for streamlined service set forth in Pre-Trial Order #10 as to Bayer AG.

Undersigned counsel regret the failure to properly oversee and accomplish service within the time deadline and assures this Court that not only has counsel instituted procedures to ensure that all future Complaints are properly and timely served according to Pre-Trial Order #10, but undersigned has also already actually served Bayer Pharma AG on November 26, 2015.

Undersigned counsel has contacted counsel for the Bayer Defendant to request an extension of time to complete streamlined service, but counsel for the Bayer Defendants has indicated that the extension of time will not be granted, even though service has already actually been effected on November 26, 2015.

Thus, Plaintiffs respectfully request that this Court grant this Motion and allow them up and until November 26, 2015 within which to effect service on Bayer Pharma AG through the streamlined procedures for informal service of process as set forth in Pre-Trial Order #10.

Dated: December 9, 2015

Respectfully submitted,

/s/ *Christopher L. Schnieders*
Christopher L. Schnieders, MO 57725
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Missouri City, MO  64112
Phone: (816) 701-1100
Fax:  (816) 531-2372
cschnieders@wcllp.com
**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

     This is the 9th day of December, 2015.

*/s/ Christopher L. Schnieders*
**Attorney for Plaintiff**