# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No: 2592 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| ) | JUDGE FALLON | |
| ) | MAG. JUDGE NORTH | |
| ) | | |
| ) | | |

**THIS DOCUMENT RELATES TO:**

*Bothe, et al. v. Janssen Research & Development, LLC, et al., 15-2179*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that Plaintiffs in the above listed action shall have up and until December 1, 2015 within which to effect process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

New Orleans, Louisiana this ___ day of _____, 20__.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge