**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Bothe, et al. v. Janssen Research & Development, LLC, et al., 15-2179*

**NOTICE OF SUBMISSION**

Please take notice that the Motion for Extension of Time Within Which to Serve Process filed by Plaintiffs in the above-listed action, through undersigned counsel, will be submitted to the Court on Wednesday, the 6th of January, 2016, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: December 9, 2015

Respectfully submitted,

/s/ *Christopher L. Schnieders*
Christopher L. Schnieders, MO 57725
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Missouri City, MO 64112
Phone: (816) 701-1100
Fax: (816) 531-2372
cschnieders@wcllp.com
**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 9th day of December, 2015.

                                                      */s/ Christopher L. Schnieders*
                                                    **Attorney for Plaintiff**