Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION:   L ) JUDGE FALLON ) MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | ) ) NOTICE OF INTENT TO FILE MOTIONS TO WITHDRAW AS COUNSEL ON BEHALF OF CERTAIN INDIVIDUAL PLAINTIFFS |
| Deborah Gatlin (2:15-cv-03737-EEF-MBN) | |
| Mary Kronberg, Individually and on Behalf of the Estate of Alfred Kronberg (2:15-cv-02998-EEF-MBN) | |
| Linda Tucker, Individually and on Behalf of the Estate of Bob Tucker (2:15-cv-02129-EEF-MBN) | |

The Mulligan Law Firm, counsel for the above-referenced individual Plaintiffs (Deborah Gatlin; Mary Kronberg, Individually and on Behalf of the Estate of Alfred Kronberg; and Linda Tucker, Individually and on Behalf of the Estate of Bob Tucker), hereby notifies the Court and the Parties hereto that Plaintiffs' counsel intends to file Motions to Withdraw as Counsel in the near-term (i.e., within the next 45 days if not sooner) on behalf of these individual Plaintiffs.  In the interim, counsel for Plaintiffs requests that no action be taken to dismiss any such case for

non-compliance with Plaintiff Fact Sheet Deadlines, including deadlines for curing deficiencies) so as to allow the affected Plaintiffs to locate and secure the services of new counsel should they wish to do so.

DATED:  December 9, 2015                    THE MULLIGAN LAW FIRM

                                                 By:     /s/ Charles G. Orr
                                                       Charles G. Orr
                                                       Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2015, a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                 By:     /s/ Charles G. Orr
                                                       Charles G. Orr
                                                       Attorney for Plaintiffs