UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE SHUSHAN |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court has been notified by counsels for both the Plaintiffs and the Defense that the bi-weekly discovery conference scheduled for December 10, 2015, is unnecessary. Thus,

**IT IS ORDERED** that the bi-weekly Xarelto status conference scheduled for December 10, 2015, at 3:30 p.m. is hereby **CANCELED**.

New Orleans, Louisiana this 9th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE