UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | JURY TRIAL DEMAND |

*Sherman V. Janssen Research & Development, LLC et al*
**Civil Action No. 2:15-CV-06483**

### EX PARTE MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLANT

The Plaintiff, Sherman Lee Alex, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15, respectfully seeks leave to amend the Short Form Complaint filed in this Court on December 3, 2015 to correct the proper Plaintiff party in this matter and correct proper case caption for this plaintiff. Plaintiff provides the following in support of their Motion:

A.  Sherman Lee Alex:

   1. Plaintiff Sherman Lee Alex, pursuant to CMO 11, filed a Joint Complaint in this Court on October 29, 2015.

   2. The Joint Complaint included factual assertions related to Plaintiff Sherman Lee Alex.

   3. Pursuant to this Court's Order and Pre-Trial Order No. 11, paragraph 1 (c) a Short Form Complaint was filed on December 3, 2015 [DE1].

1

4. Plaintiff Sherman Lee Alex's only modification to the Short Form Complaint as set forth in the proposed Amended Short Form Complaint, attached hereto, is the following:

   a. In the case caption, deleting "Alex Lee Sherman" and replacing it with "Sherman Lee Alex."

   b. No further changes in regards to Sherman Lee Alex are requested.

WHEREFORE, Plaintiff Sherman Lee Alex respectfully requests this Court to enter an ordered tendered herewith granting leave to file the Amended Short Form Complaint and directing the Clerk to correct the caption to reflect the Amended Short Form Complaint.

Date:  December 10, 2015                         Respectfully,

/s/ Rachal G. Rojas
DAVID P. MATTHEWS
Texas Bar No.: 13206200
STEVE FARIES
Texas Bar No.: 24040884
RACHAL G. ROJAS
Texas Bar No.: 24063161
Matthews & Associates
2905 Sackett St.
Houston, TX  77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
sfaries@dpmlawfirm.com
rrojas@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 10th day of December 2015, a true copy of the foregoing Ex Parte Motion for Leave to Amend Joint Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Rachal G. Rojas
Rachal G. Rojas