UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 SECTION L |
| JAMES ANDERSON, | : : | |
| Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and, BAYER AG, | : : : : : : : : : : | **STIPULATION OF DISMISSAL** Civil Action No.: 2:15-cv-04358 |
| Defendants | : : | |

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that the above-captioned case be dismissed without prejudice, each party to bear its own fees and costs.

    The parties agree that, if Plaintiff does not re-file this lawsuit within 90 days of the date of this stipulation, this dismissal shall be converted to a dismissal with prejudice.

    The parties further agree that, if Plaintiff does choose to re-file this lawsuit within 90 days, Plaintiff must do so in a federal court. If Plaintiff re-files in any other court or tribunal, the parties agree that this dismissal shall be treated as a dismissal with prejudice.

83592556.1

-2-

| | |
|---|---|
| LAW OFFICES OF<br>TERENCE J. SWEENEY<br>Attorneys for Plaintiff,<br>James Anderson | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson |
| By: __s/ Terennce Sweeney_____<br>       Terence J. Sweeney | By: __*s/ Susan M. Sharko*_____<br>       Susan M. Sharko |
| Dated: Dec. 11, 2015 | Dated: Dec. 9, 2015 |

KAYE SCHOLER LLP
Attorneys for Defendants
Bayer Healthcare Pharmaceuticals, Inc. and
Bayer Pharma AG

By: __*s/ William Hoffman*_____
       William Hoffman

Dated: Dec. 9, 2015

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
       James B. Irwin
       Kim E. Moore
       IRWIN FRITCHIE URQUHART
       & MOORE LLC
       400 Poydras Street
       Suite 2700
       New Orleans, LA 70130
       Telephone: (504) 310-2100
       Facsimile:  (504) 310-2120
       jirwin@irwinllc.com

Dated: Dec. 9, 2015