UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Ardolina, et al. v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:15-cv-02334

*Bloodworth, et al. v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:15-cv-2774

*Brown, et al. v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:15-cv-1937

*Guldan, Jr. v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:15-cv-01288

*Hurt, et al. v. Janssen Research & Development LLC, et al.*;
LAED USDC No.2: 15-cv-01791

*Lewis v. Janssen Research & Development LLC, et al.*,
LAED USDC No.2: 15-cv-02625

*Lowman v. Janssen Research & Development LLC, et al.*,
LAED USDC No.2: 15-cv-03817

*Ulm, Jr. v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:15-cv-01694

*Wall v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:15-cv-01287

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Plaintiffs in the above-listed actions ("Plaintiffs"), through undersigned counsel, respectfully move for leave to file the attached memorandum in support of their Motion for Extension of Time within Which to Serve Process (Dkt. 1686).  Plaintiffs seek leave to file a brief reply to some of the assertions made by Defendants in their opposition to Plaintiffs' motion

WHEREFORE, Plaintiffs respectfully request leave to file the attached reply memorandum to address those assertions.

Respectfully submitted,

Dated: December 11, 2015

By: __/s/ Daniel J. Carr__

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  /s/ Daniel J. Carr