UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Lukesha Terrell

2:15-cv-01273

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Lukesha Terrell in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Terrell retained the services of The Driscoll Firm, P.C. to represent her in the Xarelto Multidistrict Litigation for her claim.

2. On February 27, 2015, the undersigned filed a complaint under Case Number 15-L-110 in St. Clair County, Illinois, which was subsequently removed to federal court and transferred into the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about May 13, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Terrell requesting information essential to litigating this case, and requested a response by June 3, 2015.

4. The undersigned sent follow up letters to Plaintiff Terrell on June 15th, July 7th, August 14th, and October 15th, 2015 regarding the information requested in the correspondence of May 13, 2015.

5. The undersigned called Plaintiff Terrell to follow up regarding the information requested in

the above correspondence on October 27th, November 12th, November 17th, November 24th, and December 4th, 2015; however, to date, Plaintiff Terrell has not provided the information requested.

6. On or about November 2, 2015 the undersigned sent correspondence to Plaintiff Terrell requesting that she contact The Driscoll Firm, P.C. regarding her claim and the prior correspondence sent by the law firm. The Driscoll Firm, P.C. warned that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Terrell.

7. To date, Plaintiff Terrell has not provided the information requested or otherwise responded to the correspondence.

8. Plaintiff Terrell's current mailing address is 426C Dos Well Street, Farmville, VA 23901, and her phone number is 434-394-4773.

9. On December 14, 2015, The Driscoll Firm, P.C. served to Plaintiff Terrell correspondence via certified mail indicating that the law firm must withdraw.

10. For the foregoing reasons, Plaintiff Terrell failed substantially to fulfill an obligation to her attorney.

11. Further, The Driscoll Firm, P.C. gave Plaintiff Terrell reasonable warning of the law firm's intent to withdraw unless Terrell fulfilled the obligation to share information and to communicate with her attorneys.

12. The Driscoll Firm, P.C. notified Plaintiff Terrell of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: December 14, 2015

                        Respectfully submitted,

                        **THE DRISCOLL FIRM, P.C.**

                        */s/John J. Driscoll*
                        JOHN J. DRISCOLL
                        MO State Bar No. 54729
                        211 N. Broadway, 40th Floor
                        St. Louis, MO 63102
                        314-932-3232
                        314-932-3233 fax
                        john@thedriscollfirm.com
                        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2015, I electronically filed the forgoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I caused to be sent correspondence via certified mail to Lukesha Terrell at 426C DosWell Street, Farmville, VA 23901 notifying her of all deadlines and court appearances.

                                                    The Driscoll Firm, P.C.

                                                    /s/John J. Driscoll
                                                    John J. Driscoll
                                                    Attorney for Plaintiff