UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************* | * | |

**THIS DOCUMENT RELATES TO:**
HENRIETTA FERRINGTON, 2:15-CV-03230-EEF-MBN
TOMMY OVERSHOWN, 2:15-CV-03232-EEF-MBN
JOANNE FAHY, 2:15-CV-04534-EEF-MBN
TRACY LOWE, 2:15-CV-04893-EEF-MBN
KATHLEEN MCWILLIAMS, 2:15-CV-05142-EEF-MBN

## ORDER

**IT IS ORDERED** that the Court will hear oral argument on Plaintiffs' Motions for Extensions of Deadlines for Filing of Plaintiff Fact Sheets, R. Docs. 1495, 1496, 1535, 1698, and 1700, at the monthly Xarelto status conference scheduled for December 21, 2015 at 9:00 a.m. Parties may appear telephonically for purposes of this oral argument. Plaintiffs' counsel is encouraged to contact liaison counsel to discuss the matter further.

New Orleans, Louisiana this 11th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE