UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

Sullivan v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-04089

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process on Bayer Pharma AG:

IT IS HEREBY ORDERED that Plaintiff, Della Sullivan, shall have thirty (30) days from the date of this Order to serve process on Defendant, Bayer Pharma AG, *via* the streamlined service procedures set forth in Pre-Trial Order 10. *See In Re: Xarelto (Rivaroxaban) Prods. Liab. Litig.,* Case No 2:14-md-02592-EEE-MBD, Pre-Trial Order 10 [Dkt. 357] ("PTO No. 10"), § II.

New Orleans, Louisiana this 11th day of December, 2015

_____
Honorable Eldon E. Fallon
U.S. District Court Judge