# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Winston v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-03766*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that the Plaintiff in the above listed action shall have thirty days from the filing of this order within which to effect process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order # 10.

New Orleans, Louisiana this __11th__ day of __December__, 20_15_.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge