UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| SUSAN L. STEWART, as Guardian for EVELYN KENDRICK, an Incapacitated Person | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Plaintiffs, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY<br>BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No. 2:15-cv-03308 |
| Defendants. | |

**ORDER**

AND NOW this 11th day of December, 2015, this matter having been brought before the Court by Susan L. Stewart, Personal Representative of the Estate of Evelyn Kendrick, the deceased Plaintiff; upon consideration of the Motion, any opposition thereto, and the arguments of counsel, it is hereby ORDERED that said Motion is GRANTED.

2

IT IS FURTHER ORDERED that Susan L. Stewart, Personal Representative of the Estate of Evelyn Kendrick, shall be substituted as Plaintiff; in place of Evelyn Kendrick, deceased, in this civil action.

BY THE COURT:

_Eldon E. Fallon_____

J.