UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** *Pedro Castro-Chavira v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* **No. 2:15-cv-03024** | **MDL No. 2592** SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE: MICHAEL NORTH |
|---|---|

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

COME NOW John Steward, Joseph Klenofsky and Meyerkord & Meyerkord, LLC and for their motion to withdraw as counsel for Plaintiff Pedro Castro-Chavira, state:

1. John Steward and Joseph Klenofsky of Meyerkord & Meyerkord, LLC (collectively "Plaintiff's Counsel") are counsel of record for Plaintiff Pedro Castro-Chavira in this action.

2. Plaintiff's original bundled complaint was filed herein on July 14, 2015.

3. Since then, Plaintiff's Counsel have made repeated attempts to contact Plaintiff in order to prosecute this action and complete his PFS in a timely manner.

4. Plaintiff's telephone number is no longer in operation and Plaintiff's Counsel have been unable to locate any other telephone number for Plaintiff.

5. Plaintiff's Counsel's certified mail correspondence to Plaintiff's last known address have been returned to sender. Plaintiff's last known address is: **1725 Donald St. #B, Modesto, CA 95351.**

6. Plaintiff's Counsel has undertaken further additional measures to locate Plaintiff in order to proceed with Plaintiff's case, to no avail.

7. The reasons for Plaintiff's inability or failure to respond to Plaintiff's Counsel are currently unknown. However, Plaintiff's Counsel cannot effectively represent Plaintiff because of his inability or failure to respond to/cooperate with Plaintiff's Counsel.

8. A copy of this motion is being contemporaneously sent to Plaintiff at Plaintiff's last known address via Certified Mail – Return Receipt Requested.

9. A proposed order is submitted herewith.

WHEREFORE, Plaintiff's Counsel respectfully requests an order pursuant to Local Rule 83.2.11, permitting Plaintiff's Counsel to withdraw as counsel for Plaintiff in this matter, and for such further relief as the Court deems just.

Respectfully submitted,          Dated: December 14, 2015

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

## Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on December 15, 2015 through the Court's CM/ECF system which will serve all counsel of record, and that the foregoing was sent to Plaintiff via certified mail – return receipt requested to Plaintiff's last known address at 1725 Donald St. #B, Modesto, CA 95351.

/s/ John S. Steward