UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ********************************************** | * | |

**THIS DOCUMENT RELATES TO:**
TRACEY LOWE, 2:15-CV-03893-EEF-MBN

# ORDER

On December 11, 2015, Plaintiff filed a Motion for Issuance of Subpoenas Duces Tecum. R. Doc. 1743.  The Court has reviewed the motion, and finds it appropriate to issue the subpoenas under the special circumstances outlined in Plaintiff's brief.  Therefore,

**IT IS ORDERED** that Plaintiff's Motion for Issuance of Subpoenas Duces Tecum, R. Doc. 1743, is **GRANTED**.  The Clerk shall issue the subpoenas.

New Orleans, Louisiana, this 14th day of December, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE