AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| TRACEY LOWE <br> *Plaintiff* <br> v. <br> JANSSEN RESEARCH & DEVELOPMENT, LLC, et al. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 2:15-cv-03893-EEF-MBN |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: St. Thomas Midtown MEDICAL RECORDS CUSTODIAN
2000 Church Street, Nashville, Tennessee 37236

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Medical records of James Richard Lowe, Jr.
from September 1, 2013, through November 15, 2013

| Place: The Kelly Firm <br> 629 East Main Street, Hendersonville, TN 37075-2606 <br> phone (615) 824-3703 | Date and Time: <br><br> 12/21/2015 11:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: December 15th 2015

William W. Blevins
CLERK OF COURT

_____ OR _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Tracey Lowe, surviving spouse of James Richard Lowe, Jr._____, who issues or requests this subpoena, are:

Clinton L. Kelly, The Kelly Firm, 629 E Main St, Hendersonville, TN 37075-2606, (615) 824-3703 clint@kellyfirm.net

### Notice to the person who issues or requests this subpoena

A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:15-cv-03893-EEF-MBN

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* St. Thomas Midtown MEDICAL RECORDS CUSTO

on *(date)* Dec 15 20.15 (William Bell)

☒ I served the subpoena by delivering a copy to the named person as follows: Personally left copy of Subpoena with William Bell at Med Records Custodian at 2000 Church St. Nash TN 37203 on *(date)* 15 Dec 2015; or 3:45 Pm

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 15 Dec 2015

Paul M. Moore
*Server's signature*

Paul M. Moore
Independent Process Server
Moore Process & Courier Service
*Printed name and title*
P.O. Box 426
Gallatin, TN 37066
615-969-2443
*Server's address*

Additional information regarding attempted service, etc.: