UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**<br><br>*Pedro Castro-Chavira v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*<br>**No. 2:15-cv-03024** | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**ORDER GRANTING**
**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Considering the foregoing Motion to Withdraw as Counsel of Record for Plaintiff Pedro Castro-Chavira,

**IT IS HEREBY ORDERED** that John Steward, Joseph Klenofsky and Meyerkord & Meyerkord, LLC are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED on this 15th day of December, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

1