**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION:   L |
| THIS DOCUMENT RELATES TO: | |
| Joanne Nash v. Janssen Research & Development, LLC, et al. 2:15-cv-02004 | JUDGE:  ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |

**NOTICE OF APPEARANCE OF COUNSEL**

To the Clerk of Court and all parties of record:

Please take notice that Jonathan P. Staffeldt of the law firm of Milstein Adelman, LLP, 10250 Constellation Boulevard, 14th Floor, Los Angeles, CA 90067, who is duly authorized to practice in these MDL proceedings pursuant to Pre-trial Order No. 1 (December 17, 2014), hereby enters his appearance as counsel for Plaintiff in *Joanne Nash v. Janssen Research & Development, LLC, et al.* No. 2:15-cv-02004 (E.D.La.) in the above-captioned action.

Respectfully submitted this 16th day of December, 2015.

By:   /s/ Jonathan P. Staffeldt
Jonathan P. Staffeldt, CA Bar # 252326
Mark A. Milstein, CA Bar #155513
MILSTEIN ADELMAN, LLP
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Telephone:  (310) 396-9600
Facsimile:  (310) 396-9635
jstaffeldt@milsteinadelman.com
mmilstein@milsteinadelman.com
*Attorneys for the Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Appearance of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: December 16, 2015

By:   /s/ Jonathan P. Staffeldt
Jonathan P. Staffeldt, CA Bar # 252326
Mark A. Milstein, CA Bar #155513
MILSTEIN ADELMAN, LLP
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Telephone:  (310) 396-9600
Facsimile:  (310) 396-9635
jstaffeldt@milsteinadelman.com
mmilstein@milsteinadelman.com
*Attorneys for the Plaintiff*