UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | JURY TRIAL DEMAND |

*Probasco v. Janssen Research & Development LLC et al*

**Civil Action No.: 2:15-cv-06480**

## MEMORANDUM IN SUPPORT OF EXPARTE MOTION FOR LEAVE TO AMEND SHORT FORM COMPLAINT

**MAY IT PLEASE THE COURT:**

The Plaintiff, Janet Louise Probasco, desires to correct the case caption of the Short Form Complaint filed in this Court on December 3, 2015 [DE 1] and correct the party Plaintiff to reflect that this action is being undertaken by, Tom Probasco, Individually and as Representative of the Estate.

Pursuant to Federal Rule of Civil Procedure 15(1), a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served.  In this matter the Joint Complaint was filed on October 29, 2015 pursuant to CMO 11 (and captioned 2:15-cv-05559; *DeBruin et al v. Janssen Research & Development LLC et al.*).  The Plaintiff's Short Form Complaint was filed on December 3, 2015 [DE 1].   Neither the Joint

1

Complaint or Short Form Complaint has been served upon the defendants nor has a responsive pleading been served upon Plaintiff.

## CONCLUSION

The Plaintiff, Janet Louise Probasco, respectfully requests that she be allowed to amend her Short Form Complaint to correct the proper party Plaintiff and correct the Caption with all of the allegations contained herein.

Dated: December 17, 2015

Respectfully submitted,

/s/ Rachal G. Rojas
DAVID P. MATTHEWS
Texas Bar No.: 13206200
STEVE FARIES
Texas Bar No.: 24040884
RACHAL G. ROJAS
Texas Bar No.: 24063161
Matthews & Associates
2905 Sackett St.
Houston, TX  77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
sfaries@dpmlawfirm.com
rrojas@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of December 2015, a true copy of the foregoing Memorandum in Support of Ex Parte Motion for Leave to Amend Short Form Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Rachal G. Rojas
Rachal G. Rojas