**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Charles Edwards, Jr. v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO:  2:15-cv-04282-EEF-MBN**

**SUGGESTION OF DEATH**

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil

Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Charles

Edwards, Jr., which occurred on August 25, 2015.  Plaintiff respectfully informs this Court that a

Motion for Substitution of Plaintiff will be filed by the appropriate representative of Charles

Edwards, Jr.'s Estate.

Dated: December 17, 2015

Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
 Martin P. Schrama, Esq. (NJ #039581997)
 mschrama@stark-stark.com
 Stark & Stark
 993 Lenox Drive
 Lawrenceville, NJ 08648
 Tel: 609.896.9060
 Fax: 609.896.0629
 *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2015, a complete copy of the foregoing Suggestion

of Death has been electronically filed with the Clerk of the Court via the CM/ECF filing system,

which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*

Martin P. Schrama, Esq.
