EXHIBIT A

# EXHIBIT "A"

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

**NUMBER:** _____  **DIVISION:** _____

SUCCESSION OF CHARLES EDWARDS, JR.

**FILED:** _____  _____
                                                                                                                          DEPUTY CLERK

[Stamp: FILED 2015 OCT 26 A 11:47 CIVIL DISTRICT COURT]

## LETTERS OF INDEPENDENT ADMINISTRATION

**THIS IS TO CERTIFY** that Carrie Payton-Turner has been appointed independent administratrix of the Succession of Charles Edwards, Jr. by the Civil District Court for the Parish of Orleans, State of Louisiana, and that she has qualified for the office by complying with all of the requirements of law relating hereto.

**IN WITNESS WHEREOF,** these Letters of Independent Administration are issued in the name, and under the seal of the Civil District Court for the Parish of Orleans, State of Louisiana.

Orleans Parish, Louisiana, this _____ day of __OCT 2 6 2015__, 2015.

_____
Deputy Clerk

_/s/ Judge Christopher Bruno_
_____
JUDGE
CHRISTOPHER J. BRUNO
DIVISION "F"

A TRUE COPY
_____
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS