UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**This Document Relates to:**

*Lott v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-1472*

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, Joel L. DiLorenzo, and hereby moves this Honorable Court to enter an Order substituting THE DILORENZO LAW FIRM, LLC, as counsel of record for Plaintiff, JOHN LOTT in place of MICHAEL B. LYNCH, ESQ., and any other previously retained attorney(s) in the above-captioned matter. A Consent Order Granting Substitution of Attorney is attached hereto, as Exhibit A.

Dated: December 17, 2015

Respectfully Submitted,

/s/ Joel L. DiLorenzo
Joel L. DiLorenzo
Attorney for Plaintiff

1

The DiLorenzo Law Firm, LLC
505 20th Street North, Suite 1275
Birmingham, Alabama 35203
Telephone: 205-212-9988
Email: joel@dilorenzo-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has conmtemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 17th day of December, 2015

/s/ Joel L. DiLorenzo
Joel L. DiLorenzo