AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Eastern | District of | Louisiana |

John Lott

Plaintiff (s),

V.

Janssen Research & Development, LLC, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:15-cv-1472

Notice is hereby given that, subject to approval by the court, __John Lott__ substitutes
(Party (s) Name)

__Joel L. DiLorenzo__ , State Bar No. __AL 7575-J64D__ as counsel of record in
(Name of New Attorney)

place of __Michael B. Lynch, Esq. and any other previously retained attorney(s)__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | The DiLorenzo Law Firm, LLC |
| Address: | 505 20th Street North, Ste. 1275, Birmingham, AL 35203 |
| Telephone: | (205) 212-9988    Facsimile (205) 212-9989 |
| E-Mail (Optional): | joel@dilorenzo-law.com |

I consent to the above substitution.

Date: 11/11/15

(Signature of Party (s))

I consent to being substituted.

Date: 11/11/15

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 12-17-15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
                                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]