UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :     MDL No. 2592
                                     :
                                     :     SECTION L
                                     :
                                     :     JUDGE ELDON E. FALLON
                                     :
_____      :     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Roberto J. Acosta et al. v. Janssen Research & Development LLC, et al.*
(2:15-CV-03451-EEF-MN);

# MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS INC. AND BAYER PHARMA AG

Plaintiffs *Roberto J. Acosta et al.*, by and through the undersigned counsel, respectfully request that this Honorable Court grant Plaintiffs' Motion of Time Within Which To Serve Process on Defendants Bayer Healthcare Pharmaceuticals Inc. ("BHCP") and Bayer Pharma AG, pursuant to FRCP 4(m) and enter an Order allowing them an additional thirty (30) days from the date the Order is entered in which to serve streamlined process on these Defendants in accordance with the process established by PTO No. 10 in the Xarelto MultiDistrict Litigation ("Xarelto MDL"). A Brief in Support of Plaintiff's Motion is submitted herewith.

Dated: December 17, 2015                    **By:/S/ Steven J. Brady, Esq.**
                                            _____
                                            Steven J. Brady (CA Bar 116651)
                                            BRADY LAW GROUP
                                            1015 Irwin Street
                                            San Rafael, CA 94901
                                            (415)459-7300
                                            (415)459-7303 (Fax)
                                            stevebrady@bradylawgroup.com


                                            *Attorneys for Plaintiffs Roberto J.*
                                            *Acosta et al.*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 17, 2015, a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                                           By:    **/S/STEVEN J. BRADY, ESQ.**
                                                                                                          BRADY LAW GROUP
                                                                                                          1015 Irwin Street
                                                                                                          San Rafael, CA 94901
                                                                                                          (415)459-7300
                                                                                                          (415)459-7303 (Fax)
                                                                                                          stevebrady@bradylawgroup.com