UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Roberto J. Acosta et al. v. Janssen Research & Devlopment LLC, et al.*
(2:15-CV-03451-EEF-MN);

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE THAT Plaintiffs *Roberto J. Acosta et al.,* will bring the attached Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals Inc. ("BHCP") and Bayer Pharma AG by way of the streamlined process set forth in PTO 10, for submission before the Honorable Judge Eldon E. Fallon on the January 20, 2016 calendar.

Dated: December 17, 2015                                   **By:/S/ Steven J. Brady, Esq.**
                                                                            _____
                                                                            Steven J. Brady (CA Bar 116651)
                                                                            BRADY LAW GROUP
                                                                            1015 Irwin Street
                                                                            San Rafael, CA 94901
                                                                            (415)459-7300
                                                                            (415)459-7303 (Fax)
                                                                            stevebrady@bradylawgroup.com

                                                                            *Attorneys for Plaintiffs Roberto J. Acosta et al.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2015, a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By:   **/S/STEVEN J. BRADY, ESQ.**
BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA 94901
(415)459-7300
(415)459-7303 (Fax)
stevebrady@bradylawgroup.com