# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| PATRICIA RIVERA, Plaintiff | : : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC, JANSSEN ORTHO LLC, JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC, BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and, BAYER AG, Defendants | : : : : : : : : : : : : : : : | **STIPULATION OF DISMISSAL** <br><br> Civil Action No.: 2:15-cv-3588 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that the above-captioned case be dismissed without prejudice, each party to bear its own fees and costs.

The parties agree that, if Plaintiff does not re-file this lawsuit within 45 days of the date of this stipulation, this dismissal shall be converted to a dismissal with prejudice.

The parties further agree that, if Plaintiff does choose to re-file this lawsuit within 45 days, Plaintiff must do so in federal court. If Plaintiff re-files in any other court or tribunal, the parties agree that this dismissal shall be treated as a dismissal with prejudice.

00323434

-2-

| | |
|---|---|
| SIMMONS HANLY CONROY<br>Attorneys for Plaintiff<br>Patricia Rivera | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson |
| By: __s/ Andrew S. Williams__<br>       Andrew S. Williams | By: __s/ Susan M. Sharko__<br>       Susan M. Sharko |
| Dated: December 17, 2015 | Dated: December 17, 2015 |

KAYE SCHOLER LLP
Attorneys for Defendants
Bayer Healthcare Pharmaceuticals, Inc. and
Bayer Pharma AG

By: __s/ William Hoffman__
       William Hoffman

Dated: December 17, 2015

IRWIN FRITCHIE URQUHART & MOORE LLC
By: /s/*James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: December 17, 2015

-3-

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 17, 2015, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ James B. Irwin