UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592<br>*<br>*  SECTION L<br>*  JUDGE ELDON E. FALLON<br>*  MAG. JUDGE NORTH<br>* |
| ------------------------------------------------------------------ | * |
| THIS DOCUMENT RELATES TO: | *<br>* |
| KATHLEEN McWILLIAMS vs. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al., Civil Action No. 2:15-cv-05142-EEF-MBN | *<br>*<br>* |
| ------------------------------------------------------------------ | |

**MOTION TO WITHDRAW MOTION
FOR EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET**

COME NOW Counsel for Plaintiff Kathleen McWilliams and hereby file this Memorandum in Support of Motion to Withdraw Plaintiff's Motion for Extension of Time to File Plaintiff Fact Sheet in the above-captioned matter, respectfully showing as follows:

The Complaint on behalf of Kathleen McWilliams was filed on October 5, 2015. Thus, pursuant to Pre-Trial Order No. 13(A), Plaintiff's Fact Sheet was due by December 4, 2015. Counsel for Plaintiff was first notified of the death of Kathleen McWilliams on November 11, 2015. Counsel for Plaintiff immediately began communicating with Ms. McWilliams next of kin and working toward resolution of related probate matters. In an abundance of caution, counsel filed the subject Motion for Extension on December 3, 2015 [Doc. 1700].

It was thereafter determined that Ms. McWilliams died testate, and the rightful executor of her estate and sole beneficiary is Mr. Richard Young. (*See* Statement of Richard A. Grossman, Esq., attached as Exhibit A hereto). Counsel then promptly worked with Mr. Young to complete the Plaintiff Fact Sheet in this matter, which was filed on December 11, 2015.

That same day, the Court entered an Order directing that the Motion for Extension be heard on December 21, 2015 and encouraging Plaintiff's counsel to contact liaison counsel to discuss the matter further. On December 17, 2015, Plaintiff's counsel and liaison counsel for Defendants spoke and the parties are in agreement that the previously filed Motion for Extension is now moot, given that a Plaintiff's Fact Sheet has been submitted.

As previously stated, the Plaintiff's Fact Sheet has now been filed, supported by the best information available to Ms. Williams' surviving heir, up to the date of submission. Consequently, the Motion for Extension is moot.

WHEREFORE, based on the foregoing, Counsel for Plaintiff hereby request leave to withdraw their Motion for Extension.

Respectfully submitted this 18th day of December, 2015.

/s/ Mekel Alvarez
Morris Bart (LA Bar #02788)
Mekel Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com

/s/ Laura L. Voght
Laura L. Voght (GA Bar #980519)
KENNETH S. NUGENT, P.C.
1355 Peachtree Street, Suite 1000
Atlanta, Georgia 30309
Telephone: 404-253-5813
Facsimile: 404-872-7562
LVoght@attorneykennugent.com

s/ Seth W. Schanher
Seth W. Schanher (OH Bar #0085395)
DYER, GAROFALO, MANN & SCHULTZ, LPA
131 North Ludlow Street, Suite 1400
Dayton, OH 45402
Telephone: 937-223-8888
Facsimile: 937-223-0127
sschanher@dmgslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This 18th day of December, 2015.

/s/ Mekel Alvarez
Morris Bart (LA Bar #02788)
Mekel Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com