UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 <br> * <br> *  SECTION L <br> *  JUDGE ELDON E. FALLON <br> *  MAG. JUDGE NORTH <br> * |
| -------------------------------------------------------------------- <br> THIS DOCUMENT RELATES TO: <br> <br> KATHLEEN McWILLIAMS vs. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al., <br> Civil Action No. 2:15-cv-05142-EEF-MBN <br> -------------------------------------------------------------------- | * <br> * <br> * <br> * <br> * <br> * <br> * |

## ORDER

Having considered the foregoing Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time to File Plaintiff's Fact Sheet, Plaintiff's Motion is hereby GRANTED, and Plaintiff's memo shall be deemed filed into the record in this matter.

New Orleans, Louisiana this _____ day of December, 2015.

_____
Honorable Eldon E. Fallon
United States District Court Judge