UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

## PROPOSED AGENDA FOR DECEMBER 21, 2015 STATUS CONFERENCE

1. Pre-Trial Orders

2. Proposed Case Management Order No. 3

3. Counsel Contact Information Form

4. MDL Centrality

5. Plaintiff Fact Sheets

6. Defendant Fact Sheets

7. Bundling of Complaints/Answers/Responsive Pleadings

8. Preservation Order

9. Proposed Order Governing the Parties' Interactions with MDL Plaintiffs' Prescribing and Treating Physicians

10. Discovery

11. Deposition Guidelines

12. Discovery Issued to Third Parties

13. State/Federal Coordination

14. Matters Set for Hearing Following the Status Conference

15. Next Status Conference