UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         )
PRODUCTS LIABILITY LITIGATION        )    MDL No. 2592
                                     )
                                     )    SECTION L
                                     )
                                     )    JUDGE ELDON E. FALLON
                                     )
                                     )    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Larry Walker

2:15-cv-2180

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Larry Walker in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Walker retained the services of The Driscoll Firm, P.C. to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On May 1, 2015, the undersigned filed a complaint under Case Number 15-L-260 in St. Clair County, Illinois, which was subsequently removed to federal court and transferred into the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about May 12, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Walker requesting information essential to litigating this case, and requested a response by June 3, 2015.

4. The undersigned sent follow up letters to Plaintiff Walker on August 14th, October 30th, and November 18th regarding the requested information.

5. The undersigned called Plaintiff Walker to follow up regarding the information requested in the above correspondence on August 12th, October 13th, and November 18th, 2015; and the

undersigned sent emails to Plaintiff Walker to follow up on August 12th, August 19th, October 13th, October 23rd, October 27th, and November 9th, 2015; however, to date, Plaintiff Walker has not provided the information requested.

6. On or about November 18, 2015 the undersigned sent correspondence to Plaintiff Walker requesting that he contact The Driscoll Firm, P.C. regarding his claim and the prior correspondence sent by the law firm. The Driscoll Firm, P.C. warned that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Walker.

7. To date, Plaintiff Walker has not provided the information requested or otherwise responded to the correspondence.

8. Plaintiff Walker's current mailing address is 41560 Terwilliger Road, SPC 115, Anza, CA 92539, and phone number is 951-305-2770.

9. On December 18, 2015, The Driscoll Firm, P.C. served to Plaintiff Walker correspondence via certified mail indicating that the law firm must withdraw.

10. For the foregoing reasons, Plaintiff Walker failed substantially to fulfill an obligation to his attorney.

11. Further, The Driscoll Firm, P.C. gave Plaintiff Walker reasonable warning of the law firm's intent to withdraw unless Walker fulfilled the obligation to share information and to communicate with his attorneys.

12. The Driscoll Firm, P.C. notified Plaintiff Walker of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: December 18, 2015

                                        Respectfully submitted,

                                      **THE DRISCOLL FIRM, P.C.**

                                      /s/John J. Driscoll
                                      JOHN J. DRISCOLL
                                      MO State Bar No. 54729
                                      211 N. Broadway, 40th Floor
                                      St. Louis, MO 63102
                                      314-932-3232
                                      314-932-3233 fax
                                      john@thedriscollfirm.com
                                      **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that on December 18, 2015, I caused the forgoing document to be electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

     I further certify, pursuant to Local Rule 83.2.11, that I caused to be sent correspondence via certified mail to Larry Walker at 41560 Terwilliger Road, SPC 115, Anza, CA 92539 notifying him of all deadlines and court appearances.

                                                                     The Driscoll Firm, P.C.

                                                                     /s/John J. Driscoll
                                                                      John J. Driscoll
                                                                      Attorney for Plaintiff