UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Bradley Profitt

2:15-cv-2180

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Bradley Profitt in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Profitt retained the services of The Driscoll Firm, P.C. to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On May 1, 2015, the undersigned filed a complaint under Case Number 15-L-260 in St. Clair County, Illinois, which was subsequently removed to federal court and transferred into the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about May 12, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Profitt requesting information essential to litigating this case, and requested a response by June 3, 2015.

4. The undersigned called Plaintiff Profitt to follow up regarding the requested information on October 13th, October 23rd, and November 16th, 2015; however, to date, Plaintiff Profitt has not provided the information requested.

5. On or about December 4, 2015 the undersigned sent correspondence to Plaintiff Profitt requesting

      that he contact The Driscoll Firm, P.C. regarding his claim and the above requested information. The Driscoll Firm, P.C. warned that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Profitt.

6. To date, Plaintiff Profitt has not provided the information requested or otherwise responded to the correspondence.

7. Plaintiff Profitt's current mailing address is 91 Wood Tipple Dr., Whitesburg, KY 41858, and phone number is 606-633-4395.

8. On December 18, 2015, The Driscoll Firm, P.C. served to Plaintiff Profitt correspondence via certified mail indicating that the law firm must withdraw.

9. For the foregoing reasons, Plaintiff Profitt failed substantially to fulfill an obligation to his attorney.

10. Further, The Driscoll Firm, P.C. gave Plaintiff Profitt reasonable warning of the law firm's intent to withdraw unless Profitt fulfilled the obligation to share information and to communicate with his attorneys.

11. The Driscoll Firm, P.C. notified Plaintiff Profitt of past and future deadlines.

    WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: December 18, 2015

                                      Respectfully submitted,

                                     **THE DRISCOLL FIRM, P.C.**

                                      */s/John J. Driscoll*
                                      JOHN J. DRISCOLL
                                      MO State Bar No. 54729
                                      211 N. Broadway, 40th Floor
                                      St. Louis, MO 63102
                                      314-932-3232
                                      314-932-3233 fax
                                      john@thedriscollfirm.com
                                      **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2015, I caused the forgoing document to be electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I caused to be sent correspondence via certified mail to Bradley Profitt at 91 Wood Tipple Dr., Whitesburg, KY 41858 notifying him of all deadlines and court appearances.

                                                          The Driscoll Firm, P.C.

                                                          /s/John J. Driscoll
                                                          John J. Driscoll
                                                          Attorney for Plaintiff