UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| _____ ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Ronald England

2:15-cv-2180

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Ronald England in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff England retained the services of The Driscoll Firm, P.C. to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On May 1, 2015, the undersigned filed a complaint under Case Number 15-L-260 in St. Clair County, Illinois, which was subsequently removed to federal court and transferred into the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about May 12, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff England requesting information essential to litigating this case, and requested a response by June 3, 2015.

4. The undersigned sent follow up letters to Plaintiff England on June 15th, August 24th, and October 27th, 2015 regarding the requested information.

5. The undersigned called Plaintiff England to follow up regarding the information requested in the above correspondence on June 11th, August 14th, November 18th, and December 4th, 2015; and

the undersigned sent emails to Plaintiff England to follow up on June 11th, July 17th, August 14th, November 2nd, and November 9th, 2015; however, to date, Plaintiff England has not provided the information requested.

6. On or about November 18, 2015 the undersigned sent correspondence to Plaintiff England requesting that he contact The Driscoll Firm, P.C. regarding his claim and the prior correspondence sent by the law firm. The Driscoll Firm, P.C. warned that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff England.

7. To date, Plaintiff England has not provided the information requested or otherwise responded to the correspondence.

8. Plaintiff England's current mailing address is 672 Goin Rd., New Tazewell, TN 37825, and phone number is 865-278-6738.

9. On December 18, 2015, The Driscoll Firm, P.C. served to Plaintiff England correspondence via certified mail indicating that the law firm must withdraw.

10. For the foregoing reasons, Plaintiff England failed substantially to fulfill an obligation to his attorney.

11. Further, The Driscoll Firm, P.C. gave Plaintiff England reasonable warning of the law firm's intent to withdraw unless England fulfilled the obligation to share information and to communicate with his attorneys.

12. The Driscoll Firm, P.C. notified Plaintiff England of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: December 18, 2015

                          Respectfully submitted,

                          **THE DRISCOLL FIRM, P.C.**

                          */s/John J. Driscoll*
                          JOHN J. DRISCOLL
                          MO State Bar No. 54729
                          211 N. Broadway, 40th Floor
                          St. Louis, MO 63102
                          314-932-3232
                          314-932-3233 fax
                          john@thedriscollfirm.com
                          **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, I caused the forgoing document to be electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I caused to be sent correspondence via certified mail to Ronald England at 672 Goin Rd., New Tazewell, TN 37825 notifying him of all deadlines and court appearances.

                                                    The Driscoll Firm, P.C.

                                                    /s/John J. Driscoll
                                                    John J. Driscoll
                                                    Attorney for Plaintiff