## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Ronald England

2:15-cv-2180

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED** that John J. Driscoll, Christopher J. Quinn, Andrew D. Kinghorn and The Driscoll Firm, P.C., are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this _____ day of _____, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE