UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Chris Clemons

2:15-cv-2180

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Chris Clemons in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Clemons retained the services of The Driscoll Firm, P.C. to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On May 1, 2015, the undersigned filed a complaint under Case Number 15-L-260 in St. Clair County, Illinois, which was subsequently removed to federal court and transferred into the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about May 12, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Clemons requesting information essential to litigating this case, and requested a response by June 3, 2015.

4. The undersigned sent follow up letters to Plaintiff Clemons on June 15th and December 3$^{rd,}$ 2015 regarding the requested information.

5. The undersigned called Plaintiff Clemons to follow up regarding the requested information on September 29th and October 6th, 2015; and the undersigned sent emails to Plaintiff Clemons to

    follow up on October 12th and October 13th, 2015; however, to date, Plaintiff Clemons has not provided the information requested.

6. On or about December 3, 2015 the undersigned sent correspondence to Plaintiff Clemons requesting that he contact The Driscoll Firm, P.C. regarding his claim and the above requested information. The Driscoll Firm, P.C. warned that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Clemons.

7. To date, Plaintiff Clemons has not provided the information requested or otherwise responded to the correspondence.

8. Plaintiff Clemons's current mailing address is 322 Saunters Dr., Stafford, TX 77477, and phone number is 281-919-7471.

9. On December 18, 2015, The Driscoll Firm, P.C. served to Plaintiff Clemons correspondence via certified mail indicating that the law firm must withdraw.

10. For the foregoing reasons, Plaintiff Clemons failed substantially to fulfill an obligation to his attorney.

11. Further, The Driscoll Firm, P.C. gave Plaintiff Clemons reasonable warning of the law firm's intent to withdraw unless Clemons fulfilled the obligation to share information and to communicate with his attorneys.

12. The Driscoll Firm, P.C. notified Plaintiff Clemons of past and future deadlines.

    WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: December 18, 2015

                          Respectfully submitted,

                       **THE DRISCOLL FIRM, P.C.**

                    */s/John J. Driscoll*
                    JOHN J. DRISCOLL
                    MO State Bar No. 54729
                    211 N. Broadway, 40th Floor
                    St. Louis, MO 63102
                    314-932-3232
                    314-932-3233 fax
                    john@thedriscollfirm.com
                    **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, I caused the forgoing document to be electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I caused to be sent correspondence via certified mail to Chris Clemons at 322 Saunters Dr., Stafford, TX 77477 notifying him of all deadlines and court appearances.

                                        The Driscoll Firm, P.C.

                                        /s/John J. Driscoll
                                        John J. Driscoll
                                        Attorney for Plaintiff