UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

HENRIETTA FERRINGTON

2:15-CV-03230-EEF-MBN

### MOTION TO WITHDRAW FOR MOTION/REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Henrietta Ferrington, by and through her attorney of record Amy M. Carter, her Motion to Withdraw for Motion to Motion/Request for an Extension of Time to submit her Plaintiff Fact Sheet in the above-captioned matter, respectfully showing the following:

1. Plaintiff's Motion/Request was filed on October 26, 2015. Plaintiff's counsel continued to communicate with Plaintiff regarding the importance of completing the Plaintiff's Fact Sheet.

2. Plaintiff's counsel completed and submitted the completed Plaintiff Fact Sheet via the portal on November 18, 2018.

3. Plaintiff's counsel received a notice of deficiency on December 15, 2015.

4. Plaintiff's counsel has uploaded the executed verification page to cure one of two deficiencies and is awaiting the executed HIPAA authorizations from the Plaintiff. With the exception the HIPPA authorizations a complete Plaintiff's Fact Sheet has now been filed.

1

5. Wherefore, based on the foregoing Counsel for Plaintiff hereby request leave to withdraw their Motion for Extension.

Signed: December 18, 2015

Respectfully submitted,

**SIMON GREENSTONE PANATIER BARTLETT, PC**

*/s/Amy M. Carter*
AMY M. CARTER
TX State Bar No. 24004580
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
214-276-7680
214-276-7699 fax
acarter@sgpb.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel attempted to confer with James Irwin regarding this motion. Plaintiff's counsel left a voicemail message with Mr. Irvin on December 18, 2015.

## CERTICIATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties of their attorneys in a manner authorized by FRCP5(b)(2), Local Rule 5.1 of Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/Amy M. Carter*
AMY M. CARTER