UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

HENRIETTA FERRINGTON

2:15-CV-03230-EEF-MBN

## ORDER

Having considered the foregoing Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time to file Plaintiff's Fact Sheet, Plaintiff's Motion is hereby GRANTED.

New Orleans, Louisiana this _____ day of December, 2015

_____
Honorable Eldon E. Fallon
United States District Court Judge

1