UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL No. 2592 |
|---|---|
| *Trisha Pelinsky v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| **Case No. 2:15-cv-05590** | |

**NOTICE OF DEATH OF PLAINTIFF,
NOTICE OF INTENT TO SUBSTITUTE PARTIES,
AND
REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

COMES NOW Counsel for Plaintiff Trisha Pelinsky, and hereby notifies the Court and the parties of the death of Plaintiff Trisha Pelinsky pursuant to Fed. R. Civ. P. 25(a). A copy of Mrs. Pelinsky's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Counsel for Plaintiff has contacted Mrs. Pelinsky's surviving family and anticipates filing a Motion to Substitute a Party soon.

Plaintiff's Fact Sheet ("PFS") is currently due on or before December 28, 2015. Counsel needs additional time to request substitution of a party for Plaintiff and to compile the necessary information for the PFS. Counsel for Plaintiff requests an extension of time of 90 days to submit the PFS.

WHEREFORE, based on the foregoing, Counsel for Plaintiff hereby requests that the Court grant the additional time to submit the PFS and for such further relief as the Court deems just and/or necessary.

Respectfully Submitted,                                             DATED: December 18, 2015

/s/ Zachary Peter Lowe
Zachary Peter Lowe, Esq.
Nathan Buttars, Esq.
LOWE LAW GROUP
6028 S. Ridgeline Dr., #203
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
pete@lowelawgroup.com
nate@lowelawgroup.com

*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Notice of Death*, *etc*. has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Nathan Buttars

# EXHIBIT 1

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

WARNING: It is illegal to duplicate this copy by photostat or photograph.

Fee for this certificate, $6.00

P 22175918
Certification Number

This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

*Lena A. Miller* 11/21/15
Local Registrar — Date Issued

## CERTIFICATE OF DEATH
COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS

1. Decedent's Legal Name: **Trisha Leigh Pelinsky**
2. Sex: F
3. Social Security Number: -5429
4. Date of Death: November 17, 2015
5a. Age: 36
6. Date of Birth: 1979
7a. Birthplace: Erie, PA
7b. Birthplace (County): Erie Co.
8a. Residence (State): PA
8b. Residence (Street and Number): 1354 Prendergast Dr.
8c. Did Decedent Live in a Township? Yes, decedent lived in Harborcreek twp.
8d. Residence (County): Erie
8e. Residence (Zip Code): 16421
9. Ever in US Armed Forces? No
10. Marital Status at Time of Death: Married
11. Surviving Spouse's Name: Geoffrey I. Pelinsky
12. Father's Name: Charles W. Kinney
13. Mother's Name Prior to First Marriage: Diana M. Ellsworth
14a. Informant's Name: Geoffrey I. Pelinsky
14b. Relationship to Decedent: Husband
14c. Informant's Mailing Address: 1354 Prendergast Dr. Harborcreek, PA 16421
15. Place of Death: Decedent's Home
15b. Facility Name: 929 King Rd.
15c. City or Town, State, and Zip Code: Harborcreek, PA 16421
15d. County of Death: Erie
16a. Method of Disposition: Burial
16b. Date of Disposition: 11-21-2015
16c. Place of Disposition: North East Cemetery
16d. Location of Disposition: North East, PA
17a. Signature of Funeral Service Licensee: *William D. Elkin*
17b. License Number: 010705L
17c. Name and Complete Address of Funeral Facility: William D. Elkin Funeral Home 65 S. Lake St. North East, PA 16428
18. Decedent's Education: High school graduate or GED completed
19. Decedent of Hispanic Origin: No, not Spanish/Hispanic/Latino
20. Decedent's Race: White
21. Decedent's Single Race Self-Designation: White
22a. Decedent's Usual Occupation: sales person
22b. Kind of Business/Industry: automobile

24. Time of Death: 10:55 PM
25. Was Medical Examiner or Coroner Contacted? No

### CAUSE OF DEATH

26. Part I.
   Immediate Cause (a): BREAST CANCER — Approximate Interval Onset to Death: WEEKS

27. Was an autopsy performed? No

29. If Female: Not pregnant within past year
30. Did Tobacco Use Contribute to Death? No
31. Manner of Death: Natural

33a. Certifier: Certifying only
Signature of certifier: *C. Yovko D.O.*
Title of certifier: OSTEOPATHIC PHYSICIAN
License Number: OS00802L
35b. Name, Address and Zip Code of Person Completing Cause of Death: CHRIS YOVKO D.O., 2828 STERRETTANIA ROAD ERIE PA 16506
35c. Date Signed: 11/18/2015

40. Registrar's District Number: 25-251
41. Registrar's Signature: *Lena A. Miller*
42. Registrar File Date: 11-21-15

Disposition Permit No. 1265454