**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brown v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:15-cv-02273

<u>**OPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE**</u>
<u>**PROCESS**</u>

Plaintiff in the above-listed action, through her undersigned Counsel, respectfully requests that this Court grant her Opposed Motion for Extension of Time Within Which to Serve Process and issue an Order allowing her an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc., through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.  A brief memorandum in support of Plaintiff's Motion is submitted herewith.

Respectfully submitted,

Dated:  December 21, 2015        By:____/s/ Jim M. Perdue, Jr._____
Jim M. Perdue, Jr., Texas Bar No. 00788180
Donald H. Kidd, Texas Bar No. 11383100
Brian B. Winegar, Texas Bar No. 24081218
PERDUE & KIDD
510 Bering Dr., Suite 550
Houston, TX  77057-1469
Telephone:  713-520-2500
Facsimile:  713-520-2525
Email: jperduejr@perdueandkidd.com
Email: dkidd@perdueandkidd.com
Email: bwinegar@perdueandkidd.com
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on December 21, 2015.

_____ /s/ Jim M. Perdue, Jr._____