UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Brown v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:15-cv-02273

### MEMORANDUM IN SUPPORT OF OPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

NOW COMES Plaintiff in the above-listed action, through her undersigned counsel, and respectfully moves for an Order allowing her an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals Inc. (the "Bayer Defendants") through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10. In support of her motion, Plaintiff states as follows:

The foregoing action has been filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592. However, due to an inadvertent oversight on behalf of undersigned counsel, service of Plaintiff's complaint in this action was not properly effected within the time period for streamlined service set forth in Pre-Trial Order #10 as to one or both of the Bayer Defendants. Undersigned counsel regrets its failure to properly oversee and accomplish the service of the complaint and summons in the above-listed action and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10.

Undersigned counsel has contacted counsel for the Bayer Defendants to request an

extension of time to complete streamlined service, but counsel for the Bayer Defendants has indicated that no such extensions would be granted.

Thus, Plaintiff respectfully requests that this Court grant this motion and allow her an additional thirty (30) days within which to effect service on the Bayer Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

Respectfully submitted,

Dated:  December 21, 2015

By:_____/s/ Jim M. Perdue, Jr._____
Jim M. Perdue, Jr., Texas Bar No. 00788180
Donald H. Kidd, Texas Bar No. 11383100
Brian B. Winegar, Texas Bar No. 24081218
PERDUE & KIDD
510 Bering Dr., Suite 550
Houston, TX  77057-1469
Telephone:  713-520-2500
Facsimile:  713-520-2525
Email: jperduejr@perdueandkidd.com
Email: dkidd@perdueandkidd.com
Email: bwinegar@perdueandkidd.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on December 21, 2015.

_____/s/ Jim M. Perdue, Jr._____