**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Brown v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:15-cv-02273

**NOTICE OF SUBMISSION**

Please take notice that the Opposed Motion for Extension of Time within Which to Serve Process filed by Plaintiff in the above-listed action, through her undersigned counsel will be submitted to the Court on Wednesday, the 20th of January, 2016, at 9:00am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Respectfully submitted,

Dated:  December 21, 2015

By:    /s/ Jim M. Perdue, Jr.
Jim M. Perdue, Jr., Texas Bar No. 00788180
Donald H. Kidd, Texas Bar No. 11383100
Brian B. Winegar, Texas Bar No. 24081218
PERDUE & KIDD
510 Bering Dr., Suite 550
Houston, TX  77057-1469
Telephone:  713-520-2500
Facsimile:  713-520-2525
Email: jperduejr@perdueandkidd.com
Email: dkidd@perdueandkidd.com
Email: bwinegar@perdueandkidd.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on December 21, 2015.

/s/ Jim M. Perdue, Jr.