UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| LINDA TUCKER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF BOB TUCKER, | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| Plaintiffs, | |
| | CIVIL CASE NO.: 2:15-cv-02250-EEF-MBN |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice against all named defendants, each party to bear its own fees and costs.

-2-

| | |
|---|---|
| THE MULLIGAN LAW FIRM<br>Attorneys for Plaintiff<br>Linda Tucker, Individually and<br>On Behalf of the<br>Estate of Bob Tucker | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson |
| By: _s/ Charles G. Orr_<br>     Charles G. Orr | By: _s/ Susan M. Sharko_<br>     Susan M. Sharko |
| Dated: December 21, 2015 | Dated: December 21, 2015 |
| | KAYE SCHOLER LLP<br>Attorneys for Defendants<br>Bayer Healthcare Pharmaceuticals, Inc. and<br>Bayer Pharma AG |
| | By: _s/ William Hoffman_<br>     William Hoffman |
| | Dated: December 21, 2015 |

83800980.1