UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :   MDL No. 2592
                                      :
                                      :   SECTION L
                                      :
                                      :   JUDGE ELDON E. FALLON
                                      :
_____ :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Roberto J. Acosta et al. v. Janssen Research & Devlopment LLC, et al.*
(2:15-CV-03451-EEF-MN);

# ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals Inc. ("BHCP") and Bayer Pharma AG via the streamlined process as set forth in PTO 10, it is hereby ORDERED that Plaintiff Roberto J. Acosta et al. shall have thirty (30) days from the date hereof to serve process on Defendants BHCP and Bayer Pharma AG.

New Orleans, LA, this __17th__ day of _____December_____, 2016

_____
Hon. Eldon E. Fallon
U.S. District Court Judge