UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Charles Edwards, Jr. v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:15-cv-04282-EEF-MBN**

## (Proposed) ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Carrie Payton-Turner, as Administratrix of the Estate of Charles Edwards, Jr., as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED.**

Dated this 17th day of December, 2015

_____
Honorable Eldon E. Fallon
United States District Court Judge