UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:         JURY TRIAL DEMAND

*Tom Probasco, Individually and as Representative of the Estate of Jane Louise Probasco v. Janssen Research & Development LLC et al*

Civil Action No.: 2:15-cv-06480

## AMENDED SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint filed in In Re Xarelto Products Liability, MDL 2592 (E.D.La) pursuant to Pretrial Order No. 11. Plaintiffs' Joint Complaint filed on October 29, 2015 was captioned 2:15-cv-05559; *DeBruin et al v. Janssen Research & Development LLC et al.* The following Amended Short Form Complaint is utilized in the above-captioned action.

2. Individual Plaintiff, Janet Louise Probasco, is identified more fully in Paragraph 6 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff, the Xarelto user, resided in Somerset, Perry County, in the State of Ohio.

Dated: December 17, 2015                    Respectfully submitted,

/s/ Rachal G. Rojas
DAVID P. MATTHEWS
Texas Bar No.: 13206200
STEVE FARIES
Texas Bar No.: 24040884
RACHAL G. ROJAS
Texas Bar No.: 24063161
Matthews & Associates
2905 Sackett St.
Houston, TX  77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
sfaries@dpmlawfirm.com
rrojas@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 17th day of December 2015, the foregoing document was filed with the Clerk via CM/ECF.  Notice of this filing will be sent by operation of the Court's electronic filings system to all parties indicated on the electronic filings receipt. Parties may access this filing through the Court's system.

/s/ Rachal G. Rojas
Rachal G. Rojas