| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| ROLAND EATON | |
| Plaintiff, | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY<br>BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No. 2:15-cv-03115 |
| Defendants. | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Carole Eaton-Spring, moves the Court to substitute her as Plaintiff in place of Roland Eaton, Deceased in this civil action and states as follows:

1. Roland Eaton ("Decedent") died intestate on August 29, 2015. See Exhibit A, a true and correct copy of the Death Certificate.

2. A Notice Stating a Party's Death was filed in this case on September 24, 2015. [Docket ECF No. 1312].

3. On December 16, 2015, Carole Eaton-Spring, Decedent's daughter, filed a Petition to be named Administrator of the Estate of Roland Eaton with the Superior Court of California, San Joaquin County.  See Exhibit B, a true and correct copy of the Petition for Letters of Administration.

The Superior Court of California, San Joaquin County, has set a hearing to name Ms. Eaton-Spring as the Administrator on February 10, 2016.  See Ex. B, p. 1. At that time, it is likely that Ms. Eaton Spring will be named the Administrator.

4. Under Fed. R. Civ. P. 25 (a)(1), upon the death of a party, the Court may substitute any party as the decedent's successor or representative within 90 days of the date of the Suggestion of Death. Fed. R. Civ. P. 25(a)(1).  *Broyle v. Eagle Picher Ind., et al*, 123 F.R.D. 230 (M.D. La. 1988)(granting motion to substitute surviving spouse as plaintiff in the action under Rule 25 of the Federal Rules of Civil Procedure).

5. Specifically, Fed. R. Civ. P. 25(a)(1) states in relevant part:  "[i]f a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties.  The motion for substitution may be made by any party or by the successors or representatives of the deceased party…." Fed. R. Civ. P. 25(a)(1).

6. Here, it is undisputed that Decedent's claims were not extinguished by reason of his death.  Moreover, Plaintiff has a meritorious action for product liability against the Defendants.

7. In addition, Ms. Eaton-Spring, as the proposed Administrator of the Estate of Ronald Eaton, is the appropriate party to substitute as Plaintiff. *See Washington v. Louisiana*, Civ. A. No. 11-334, 2013 WL 4048561 *3 (M.D. La., Aug.9, 2013)(holding decedent's husband was a proper substitute under Fed. R. Civ. P. 25, as he was the Administrator of the Estate).

If Ms. Eaton-Spring is appointed Administrator, she will be authorized to make all decisions related to the Estate claims set forth in this civil action. Additionally, she will properly dispose of any damage awards or settlement proceeds which may be awarded as a result of Decedent's claim.

8. Furthermore, Ms. Eaton-Spring has filed her Motion within the specified time period set forth in the Rules.

9. Finally, Defendants will not be prejudiced by this substitution of parties.

WHEREFORE, Carole Eaton-Spring, the proposed Administrator of the Estate of Ronald Eaton, respectfully requests that this Court enter an Order consistent with the proposed form of Order substituting Carole Eaton-Spring as the Plaintiff in this action.

Respectfully submitted,

Date:  December 22, 2015　　　　**ROSS FELLER CASEY, LLP**
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　`

By:   /s/ Mark A. Hoffman_____
　　　Mark A. Hoffman, Esquire
　　　Brian J. McCormick, Jr., Esquire
　　　Dena Young, Esquire
　　　ROSS FELLER CASEY, LLP
　　　One Liberty Place
　　　1650 Market Street, Suite 3450
　　　Philadelphia, PA. 19103

3

Phone: (215) 574-2000  
Fax: (215) 574-3080  
mhoffman@rossfellercasey.com  
bmccormick@rossfellercasey.com  
dyoung@rossfellercasey.com