| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| RONALD EATON, | |
| Plaintiffs, | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY<br>BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No. 2:15-cv-03115 |
| Defendants. | |

## MEMORANDUM OF LAW IN SUPPORT OF
## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY PLAINTIFF

Carole Eaton-Spring, proposed Administrator of the Estate of Roland Eaton, the deceased Plaintiff, hereby submits this Memorandum of Law in Support of her Motion to substitute her as Plaintiff in place of Ronald Eaton in this civil action and states as follows:

I. Factual Background

Roland Eaton ("Decedent") died intestate on August 29, 2015. See Exhibit A, a true and correct copy of the Death Certificate. A Notice Stating a Party's Death was filed in this case on September 24, 2015. [Docket ECF No. 1312].

On December 16, 2015, Carole Eaton-Spring, Decedent's daughter, filed a Petition to be named Administrator of the Estate of Roland Eaton with the Superior Court of California, San Joaquin County. See Exhibit B, a true and correct copy of the Petition for Letters of Administration. The Superior Court of California, San Joaquin County, has set a hearing to name Ms. Eaton-Spring as the Administrator on February 10, 2016. See Ex. B p 1. At that time, it is likely that Ms. Eaton Spring will be named the Administrator.

Ms. Carole Eaton-Spring now seeks to be substituted as the Plaintiff as set forth in detail below. Ms. Eaton-Spring is the proper substitute. Accordingly, Ms. Eaton-Spring respectfully requests that the Court grant her Motion.

II. Legal Argument

Under Fed. R. Civ. P. 25 (a)(1), upon the death of a party, the Court may substitute any party as the decedent's successor or representative within 90 days of the date of the Suggestion of Death. Fed. R. Civ. P. 25(a)(1). *Broyle v. Eagle Picher Ind., et al*, 123 F.R.D. 230 (M.D. La. 1988)(granting motion to substitute surviving spouse as plaintiff in the action under Rule 25 of the Federal Rules of Civil Procedure).

Specifically, Fed. R. Civ. P. 25(a)(1) states in relevant part: "[i]f a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties. The

2

motion for substitution may be made by any party or by the successors or representatives of the deceased party…." Fed. R. Civ. P. 25(a)(1).

Here, it is undisputed that Decedent's claims were not extinguished by reason of his death. Moreover, Plaintiff has a meritorious action for product liability against the Defendants.

In addition, Ms. Eaton-Spring, as the proposed Administrator of the Estate of Ronald Eaton, is the appropriate party to substitute as Plaintiff. *See Washington v. Louisiana*, Civ. A. No. 11-334, 2013 WL 4048561 *3 (M.D. La., Aug.9, 2013)(holding decedent's husband was a proper substitute under Fed. R. Civ. P. 25, as he was the Administrator of the Estate). If Ms. Eaton-Spring is appointed Administrator, she will be authorized to make all decisions related to the Estate claims set forth in this civil action. Additionally, she will properly dispose of any damage awards or settlement proceeds which may be awarded as a result of Decedent's claim.

Furthermore, Ms. Eaton-Spring has filed her Motion within the specified time period set forth in the Rules. Finally, Defendants will not be prejudiced by this substitution of parties.

WHEREFORE, Carole Eaton-Spring, the proposed Administrator of the Estate of Ronald Eaton, respectfully requests that this Court enter an Order consistent with the proposed form of Order substituting Carole Eaton-Spring as the Plaintiff in this action.

Respectfully submitted,

Date: December 22, 2015   **ROSS FELLER CASEY, LLP**
*Attorneys for Plaintiff*
`

By:   /s/ Mark A. Hoffman_____
Mark A. Hoffman, Esquire
Brian J. McCormick, Jr., Esquire
Dena Young, Esquire
ROSS FELLER CASEY, LLP
One Liberty Place

3

1650 Market Street, Suite 3450  
Philadelphia, PA. 19103  
Phone: (215) 574-2000  
Fax: (215) 574-3080  
<u>mhoffman@rossfellercasey.com</u>  
<u>bmccormick@rossfellercasey.com</u>  
<u>dyoung@rossfellercasey.com</u>