# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| ROLAND EATON, | |
| Plaintiff, | JUDGE: ELDON E. FALLON |
| v. | MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, Defendants. | Civil Action No. 2:15-cv-03115 |

## ORDER

AND NOW this ____ day of _____, 2015, this matter having been brought before the Court by Carole Eaton-Spring, upon consideration of the Motion, any opposition thereto, and the arguments of counsel, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Carole Eaton-Spring, shall be substituted as Plaintiff; in place of Roland Eaton, deceased, in this civil action.

BY THE COURT:

_____

J.