# EXHIBIT A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## SAN JOAQUIN COUNTY
### PUBLIC HEALTH SERVICES
### STOCKTON, CALIFORNIA

**STATE FILE NUMBER:** 3052015169863
**LOCAL REGISTRATION NUMBER:** 3201539003382

### CERTIFICATE OF DEATH

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | ROLAND |
| 2. MIDDLE | D |
| 3. LAST (Family) | EATON |
| 4. DATE OF BIRTH (mm/dd/ccyy) | 09/09/1925 |
| 5. AGE Yrs | 89 |
| 6. SEX | M |
| 8. BIRTH STATE/FOREIGN COUNTRY | CT |
| 10. SOCIAL SECURITY NUMBER | 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 |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | DIVORCED |
| 7. DATE OF DEATH (mm/dd/ccyy) | 08/29/2015 |
| 9. HOUR (24 Hours) | 1530 |
| 13. EDUCATION – Highest Level | HS GRADUATE |
| 14/15. HISPANIC? | NO |
| 16. DECEDENT'S RACE | CAUCASIAN |
| 17. USUAL OCCUPATION | DAIRY FARMER |
| 18. KIND OF BUSINESS OR INDUSTRY | DAIRY |
| 19. YEARS IN OCCUPATION | 55 |
| 20. DECEDENT'S RESIDENCE | 6884 ANNAPOLIS QUAY CIRCLE |
| 21. CITY | STOCKTON |
| 22. COUNTY/PROVINCE | SAN JOAQUIN |
| 23. ZIP CODE | 95219 |
| 24. YEARS IN COUNTY | 5 |
| 25. STATE/FOREIGN COUNTRY | CA |
| 26. INFORMANT'S NAME, RELATIONSHIP | CAROLE EATON-SPRING, DAUGHTER |
| 27. INFORMANT'S MAILING ADDRESS | 6884 ANNAPOLIS QUAY CIRCLE, STOCKTON, CA 95219 |
| 31. NAME OF FATHER/PARENT – FIRST | JAMES |
| 32. MIDDLE | T |
| 33. LAST | EATON |
| 34. BIRTH STATE | CT |
| 35. NAME OF MOTHER/PARENT – FIRST | LILLIAN |
| 37. LAST (BIRTH NAME) | DUNHAM |
| 38. BIRTH STATE | CT |
| 39. DISPOSITION DATE | 09/03/2015 |
| 40. PLACE OF FINAL DISPOSITION | MANSFIELD CENTER CEMETERY, CEMETERY ROAD, MANSFIELD CENTER, CT 06250 |
| 41. TYPE OF DISPOSITION(S) | TR/BU |
| 42. SIGNATURE OF EMBALMER | JEROME RUDOW |
| 43. LICENSE NUMBER | EMB7989 |
| 44. NAME OF FUNERAL ESTABLISHMENT | ABC WALLACE FUNERAL SERVICES |
| 45. LICENSE NUMBER | FD1496 |
| 46. SIGNATURE OF LOCAL REGISTRAR | ALVARO GARZA, MD, MPH |
| 47. DATE (mm/dd/ccyy) | 09/02/2015 |
| 101. PLACE OF DEATH | RESIDENCE |
| 104. COUNTY | SAN JOAQUIN |
| 105. FACILITY ADDRESS OR LOCATION | 6884 ANNAPOLIS QUAY CIRCLE |
| 103. IF OTHER THAN HOSPITAL | Decedent's Home |
| 106. CITY | STOCKTON |
| 107. CAUSE OF DEATH – IMMEDIATE CAUSE (a) | CONGESTIVE HEART FAILURE |
| Time interval between onset and death | MONS |
| 108A. DEATH REPORTED TO CORONER? | NO |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | NO |
| 111. USED IN DETERMINING CAUSE? | NO |
| 112. OTHER SIGNIFICANT CONDITIONS | NO |
| 113. WAS OPERATION PERFORMED | NONE |
| 114. I CERTIFY... | Decedent Attended Since: 03/20/2015; Last Seen Alive: 08/29/2015 |
| 115. SIGNATURE AND TITLE OF CERTIFIER | JAMES KIMBERLY SAFFIER, M.D. |
| 116. LICENSE NUMBER | G53151 |
| 117. DATE (mm/dd/ccyy) | 09/01/2015 |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | JAMES KIMBERLY SAFFIER M.D., 3888 PACIFIC AVE, STOCKTON, CA 95204 |

**STATE REGISTRAR**

`*010001003026557*`

## CERTIFIED COPY OF VITAL RECORDS

**STATE OF CALIFORNIA** } SS
**COUNTY OF SAN JOAQUIN**

**DATE ISSUED:** SEP 03 2015

`*000716318*`

This is a true and exact reproduction of the document officially registered and placed on file with San Joaquin County Public Health Services.

ALVARO GARZA, M.D., M.P.H.
LOCAL REGISTRAR

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.