UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

Lora Cochneuer

Civil Action No. 2:15-cv-00464

## PLAINTIFF'S JOINT MOTION FOR WITHDRAWAL AND SUBSITUTION OF COUNSEL

COME NOW Plaintiff herein, and files this Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel, and would respectfully show unto this Court as follows:

Plaintiff requests that attorney Allan Kanner of KANNER & WHITELEY, LLC, 701 Camp Street, New Orleans, LA 70130, be granted leave to withdraw as counsel of record for Plaintiff.

Plaintiff further requests that substitution of attorney Ellen Relkin of WEITZ & LUXENBERG, P.C., 700 Broadway, New York, NY 10003 in place of Allan Kanner of KANNER & WHITELEY, LLC.

Attorney Ellen Relkin has conferred with Allan Kanner, who is not opposed to this motion.

WHEREFORE, Plaintiff respectfully requests that Allan Kanner of KANNER & WHITELEY, LLC be granted to withdraw as counsel of record for Plaintiff. Plaintiff further requests that attorney Ellen Relkin of WEITZ & LUXENBERG, P.C. be substituted.

Date: December 17, 2015

Respectfully submitted,

By: _____
Ellen Relkin
700 Broadway,
New York, NY 10003
Telephone: (212)558-5715
Fax: (212)344-5461
Email: ERelkin@weitzlux.com

WEITZ & LUXENBERG, P.C.

By: _____
Allan Kaner
701 Camp Street,
New Orleans, LA 70130
Telephone: (504) 894-9654
Fax:
Email:

KANNER & WHITELEY, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on December 22, 2015, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

      /s/ *Ellen Relkin*
      Ellen Relkin