UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| | **JURY TRIAL DEMANDED** |

THIS DOCUMENT RELATES TO:

Lora Cochneuer

Civil Action No. 2:15-cv-00464

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that Allan Kanner of KANNER & WHITELEY, LLC is withdrawn as Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that Ellen Relkin of WEITZ & LUXENBERG, P.C. is substituted as Plaintiff's attorneys of record herein.

SIGNED this _____ day of _____, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE