UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

HENRIETTA FERRINGTON

2:15-CV-03230-EEF-MBN

# ORDER

Having considered the foregoing Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time to file Plaintiff's Fact Sheet, Plaintiff's Motion is hereby GRANTED.

New Orleans, Louisiana this ___22nd___ day of December, 2015

_____
Honorable Eldon E. Fallon
United States District Court Judge

1