UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

TOMMY OVERSHOWN

2:15-CV-03232-EEF-MN

## ORDER

Having considered the foregoing Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time to file Plaintiff's Fact Sheet, Plaintiff's Motion is hereby GRANTED, and Plaintiff's memo shall be deemed filed into the record in this matter.

New Orleans, Louisiana this ___22nd___ day of December, 2015

_____
Honorable Eldon E. Fallon
United States District Court Judge

1