AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| LEON ANDERSON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:15-cv-03162 L(5) |
| | ) | |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICALS RESEARCH AND | ) | |
| DEVELOPMENT LLC. et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company 2711
Centerville Road, Suite 400 Wilmington,
DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Deputy clerk's signature

Date:   Nov 09 2015

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.    2:15-cv-03162 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is

designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*   12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   12/15/15

_____
*Server's signature*

KEVIN S. DUNN      PROCESS SERVER
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Earl Brown, as personal representative of the Estate of Patricia Eloise Brown | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  2:15-cv-04519 L(5) |
| v. | ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC. et al. | ) ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

Date:   Nov 09 2015                              _____
*Deputy clerk's signature*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-04519 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is

designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD, WILMINGTON, DE 19808    on *(date)* 12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/15/15

_____
*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | |
|---|---|
| JOSEPH CARTER | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC. et al. | ) |
| _Defendant(s)_ | ) |

Civil Action No.  2:15-cv-04448 L(5)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company 2711
Centerville Road, Suite 400 Wilmington,
DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: ___Nov 09 2015___

_Deputy clerk's signature_

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.    2:15-cv-04448 L(5)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT) , who is
designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD, WILMINGTON, DE 19808   on *(date)*   12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   12/15/15

_____
*Server's signature*

KEVIN S. DUNN      PROCESS SERVER
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| CHRISTINE PIPKIN as Personal Representative of<br>the Estate of WILMA DAVIDSON<br><br>_____<br>*Plaintiff(s)*<br>v.<br>JANSSEN RESEARCH & DEVELOPMENT,<br>LLC f/k/a JOHNSON AND JOHNSON<br>PHARMACEUTICALS RESEARCH AND<br>DEVELOPMENT LLC. et al.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  2:15-cv-04522 L(5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

Date:   __Nov 09 2015__     _____
*Deputy clerk's signature*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-04522 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is

designated by law to accept service of process on behalf of *(name of organization)*  BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*   12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  12/15/15

_____
*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| BEVERLY DUVALL <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> JANSSEN RESEARCH & DEVELOPMENT, <br> LLC f/k/a JOHNSON AND JOHNSON <br> PHARMACEUTICALS RESEARCH AND <br> DEVELOPMENT LLC. et al. <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No.   2:15-cv-04449 L(5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company 2711
Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:   Nov 09 2015

Deputy clerk's signature

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-04449 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is
designated by law to accept service of process on behalf of *(name of organization)*  BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808  on *(date)*  12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   12/15/15

_____
Server's signature

KEVIN S. DUNN                    PROCESS SERVER
Printed name and title


_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Louisiana

| | | |
|---|---|---|
| STEPHEN ELLIOTT as Personal Representative of the Estate of MARILYN ELLIOTT | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) ) | Civil Action No.   2:15-cv-04523 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC. et al. | ) ) ) ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

_Deputy clerk's signature_

Date:   Nov 09 2015

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.     2:15-cv-04523 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is

designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*  12/15/15 at 12:45 pm _____

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  12/15/15

_____
*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| SAMUEL FERGUSON | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) Civil Action No.  2:15-cv-04460 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, | ) |
| LLC f/k/a JOHNSON AND JOHNSON | ) |
| PHARMACEUTICALS RESEARCH AND | ) |
| DEVELOPMENT LLC. et al. | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_    Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company 2711
Centerville Road, Suite 400 Wilmington, DE
19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:    Nov 09 2015

_Deputy clerk's signature_

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-04460 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is

designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*  12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  12/15/15 _____

_____
*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| RAYMOND FREDRICK III | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  2:15cv4464 "L"(5) |
| v. | ) | |
| | ) | |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC, et al. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*William W. Blevins*
Name of clerk of court

Date:  **Nov 09 2015**   _____
Deputy clerk's signature

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-04464 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)* 12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (MANAGING AGENT) , who is

designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)* 12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/15/15

_____
*Server's signature*

KEVIN S. DUNN          PROCESS SERVER
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |  |
|---|---|---|
| MICHAEL HAGGARD | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No.   2:15cv4467 "L"(5) |
| v. | ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, et al. | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*William W. Blevins*
Name of clerk of court

_____
Deputy clerk's signature

Date:   **Nov 09 2015**

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.  2:15-cv-04467 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*  12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  LYNANNE GARES (MANAGING AGENT) , who is

designated by law to accept service of process on behalf of *(name of organization)*  BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808  on *(date)*  12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  12/15/15

*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| ROBERT HAMLIN | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:15-cv-04472  L (5) |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICALS RESEARCH AND | ) | |
| DEVELOPMENT LLC. et al. | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals Inc.
　　　　　　　　　　　　　　　　　SOP Department
　　　　　　　　　　　　　　　　　Corporation Service Company 2711
　　　　　　　　　　　　　　　　　Centerville Road, Suite 400
　　　　　　　　　　　　　　　　　Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
　　　　　　　　　　　　　　　　　Jensen & Associates
　　　　　　　　　　　　　　　　　1024 North Main Street
　　　　　　　　　　　　　　　　　Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_William W. Blevins_
　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of clerk of court

Date:  ___Nov 10 2015___　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy clerk's signature

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-04472 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT) , who is

designated by law to accept service of process on behalf of *(name of organization)*  BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*  12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  12/15/15

_____
*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| JOSIE F. INGRAM | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:15-cv-04473 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICALS RESEARCH AND | ) | |
| DEVELOPMENT LLC. et al. | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

Date: ___Nov 09 2015___                                  _____
*Deputy clerk's signature*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.    2:15-cv-04473 L(5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is
designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*   12/15/15 at 12:45 pm _____

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   12/15/15 _____

                               *Server's signature*

          KEVIN S. DUNN                 PROCESS SERVER
                             *Printed name and title*


                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| JULES KOLO | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  2:15-cv-04474 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICALS RESEARCH AND | ) | |
| DEVELOPMENT LLC. et al. | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: ___Nov 09 2015___

_Deputy clerk's signature_

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.   2:15-cv-04474 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*

on *(date)* , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT) , who is

designated by law to accept service of process on behalf of *(name of organization)*  BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808     on *(date)*   12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because , or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $

I declare under penalty of perjury that this information is true.

Date:   12/15/15

*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | | |
|---|---|---|
| DARLENE LANCE | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No. 2:15-cv-04476 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC. et al. | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas 76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

_Melissa Verdi_
Deputy clerk's signature

Date: _Nov 09 2015_

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.
2:15-cv-04476 L(5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is

designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*  12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  12/15/15

_____
Server's signature

KEVIN S. DUNN                    PROCESS SERVER
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| KENNETH MCGUIRE | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| | ) |
| JANSSEN RESEARCH & DEVELOPMENT, | ) |
| LLC f/k/a JOHNSON AND JOHNSON | ) |
| PHARMACEUTICALS RESEARCH AND | ) |
| DEVELOPMENT LLC. et al. | ) |
| _Defendant(s)_ | ) |

Civil Action No.  2:15-cv-04477 L(5)

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: __Nov 09 2015__

_Deputy clerk's signature_

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.     2:15-cv-04477 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*     BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*     12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*     LYNANNE GARES (MANAGING AGENT)     , who is

designated by law to accept service of process on behalf of *(name of organization)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808     on *(date)*   12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  12/15/15

_____
*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| CLAUDIA MYLES | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  2:15-cv-04485 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICALS RESEARCH AND | ) | |
| DEVELOPMENT LLC. et al. | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

_Melissa Verdin_
Deputy clerk's signature

Date:   Nov 09 2015

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.     2:15-cv-04485 L(5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC
was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT) _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC
C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*   12/15/15 at 12:45 pm   _____

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   12/15/15   _____

_____
Server's signature

KEVIN S. DUNN                    PROCESS SERVER
_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| SHIRLEY ROST as Personal Representative of the Estate of WAYNE ROGERS | ) ) ) ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.  2:15-cv-04526 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC. et al. | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:   **Nov 09 2015**

*Melissa Verdin*
Deputy clerk's signature

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.
    2:15-cv-04526 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*  BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*  12/15/15

   ❑ I personally served the summons on the individual at *(place)*

on *(date)*    , or

   ❑ I left the summons at the individual's residence or usual place of abode with *(name)*

    , a person of suitable age and discretion who resides there,

on *(date)*    , and mailed a copy to the individual's last known address; or

   ☒ I served the summons on *(name of individual)*  LYNANNE GARES (MANAGING AGENT)  , who is

designated by law to accept service of process on behalf of *(name of organization)*  BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808  on *(date)*  12/15/15 at 12:45 pm

   ❑ I returned the summons unexecuted because    , or

   ❑ Other *(specify):*

My fees are $    for travel and $    for services, for a total of $

I declare under penalty of perjury that this information is true.

Date:  12/15/15

                    *Server's signature*

        KEVIN S. DUNN           PROCESS SERVER
                    *Printed name and title*

                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| BILLIE E. SMITH as Personal Representative of the Estate of JUDA SMITH <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC. et al. <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.  2:15-cv-04527 L(5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:   Nov 09 2015   _____

Deputy clerk's signature

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.   2:15-cv-04527 L(5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC
was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is
designated by law to accept service of process on behalf of *(name of organization)*  BAYER HEALTHCARE PHARMACEUTICALS, INC
C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808     on *(date)*   12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   12/15/15

_____
Server's signature

KEVIN S. DUNN                    PROCESS SERVER
_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | | |
|---|---|---|
| SHIFFA SPITZER | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:15-cv-04490   L (5) |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICALS RESEARCH AND | ) | |
| DEVELOPMENT LLC. et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:  _____ Nov 16 2015

Deputy clerk's signature

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.     2:15-cv-04490 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is

designated by law to accept service of process on behalf of *(name of organization)*  BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*   12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   12/15/15

_____
*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| JAMES STATON | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  2:15-cv-04492 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICALS RESEARCH AND | ) | |
| DEVELOPMENT LLC. et al. | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company 2711
Centerville Road, Suite 400 Wilmington, DE
19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:  Nov 09 2015 _____

_____
Deputy clerk's signature

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.    2:15-cv-04492 L(5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC
was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT) _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC
C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*   12/15/15 at 12:45 pm _____

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  12/15/15 _____          _____
                                                          *Server's signature*

                                        KEVIN S. DUNN              PROCESS SERVER
                                                       *Printed name and title*


                                        _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| CORA THOMAS | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.   2:15-cv-04497 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICALS RESEARCH AND | ) | |
| DEVELOPMENT LLC. et al. | ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
_Name of clerk of court_

Date:   **Nov 09 2015**                          _Deputy clerk's signature_

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-04497 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)* 12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (MANAGING AGENT) , who is

designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808 on *(date)* 12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date: 12/15/15

_____
Server's signature

KEVIN S. DUNN            PROCESS SERVER
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| LINDA TRISSELL | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) | Civil Action No.  2:15-cv-04493 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC. et al. | ) ) ) ) | |
| _Defendant(s)_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

_Melissa Verdu_
Deputy clerk's signature

Date:   Nov 09 2015

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.   2:15-cv-04493 L(5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC
was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is

designated by law to accept service of process on behalf of *(name of organization)*  BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*  12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____


I declare under penalty of perjury that this information is true.

Date:   12/15/15

_____
*Server's signature*

KEVIN S. DUNN                      PROCESS SERVER
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| DANNETTE WASHINGTON | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:15-cv-04494 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICALS RESEARCH AND | ) | |
| DEVELOPMENT LLC. et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:   Nov 09 2015

Deputy clerk's signature

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-04494 L(5)

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC
was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)      , who is
designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC
C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD, WILMINGTON, DE 19808   on *(date)*   12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  12/15/15

_____
*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

|  |  |  |
|---|---|---|
| GORDON WHIPPLE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:15-cv-04495 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICALS RESEARCH AND | ) | |
| DEVELOPMENT LLC. et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company 2711
Centerville Road, Suite 400 Wilmington,
DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:   Nov 10 2015 _____    _____
Deputy clerk's signature

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.        2:15-cv-04495 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC
was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is
designated by law to accept service of process on behalf of *(name of organization)*  BAYER HEALTHCARE PHARMACEUTICALS, INC
C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*   12/15/15 at 12:45 pm _____

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   12/15/15

_____
*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| LAWRENCE WOLFE, SR. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:15-cv-04496 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICALS RESEARCH AND | ) | |
| DEVELOPMENT LLC. et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:   Nov 10 2015

*Deputy clerk's signature*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.   2:15-cv-04496 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC

was received by me on *(date)*   12/15/15

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is

designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC

C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*   12/15/15 at 12:45 pm

❏ I returned the summons unexecuted because _____ , or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  12/15/15

_____
*Server's signature*

KEVIN S. DUNN                PROCESS SERVER
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| LORRAINE WOODS as Personal Representative of the Estate of CHARLES WOODS | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No.  2:15-cv-04528 L(5) |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC. et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:  Nov 10 2015

Deputy clerk's signature

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.    2:15-cv-04528 L(5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC
was received by me on *(date)*   12/15/15

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is
designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC
C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*   12/15/15 at 12:45 pm

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   12/15/15

*Server's signature*

KEVIN S. DUNN                    PROCESS SERVER
*Printed name and title*



*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | |
|---|---|---|
| ROBERT ZUELICH | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  2:15-cv-04511 L(5) |
| | ) | |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICALS RESEARCH AND | ) | |
| DEVELOPMENT LLC. et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company 2711
Centerville Road, Suite 400 Wilmington,
DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: _____ **Nov 10 2015** _____        _____
Deputy clerk's signature

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.    2:15-cv-04511 L(5)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*   BAYER HEALTHCARE PHARMACEUTICALS, INC
was received by me on *(date)*   12/15/15

◻ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

◻ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (MANAGING AGENT)   , who is
designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC
C/O CORPORATION SERVICE CO  AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808   on *(date)*   12/15/15 at 12:45 pm

◻ I returned the summons unexecuted because _____ , or

◻ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:   12/15/15

                                     *Server's signature*

         KEVIN S. DUNN                PROCESS SERVER
                       *Printed name and title*

                                       *Server's address*

Additional information regarding attempted service, etc: