

Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

December 21, 2015

<u>Via Electronic Mail (bhs@jensen-law.com)</u>

Brandon H. Steffey
Jensen & Associates
1024 North Main Street
Fort Worth, Texas 76164

Re: Leon Anderson v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-03162 (E.D. La.), and 27 Severed Plaintiffs (Earl Brown as personal representative of the Estate of Patricia Eloise Brown, Joseph B. Carter, Christine Pipkin as personal representative of the Estate of Wilma Davidson, Beverly Duvall, Stephen Elliott as personal representative of the Estate of Marilyn Elliott, Samuel Ferguson, Raymond Fredrick III, Michael Haggard, Robert Hamlin, Josie F. Ingram, Jules Kolo, Darlene Lance, Kenneth McGuire, Donna Mille as personal representative of the Estate of Clifford Miller, Claudia Myles, Sherry Rost as personal representative of the Estate of Wayne Rogers, Billie E. Smith as personal representative of the Estate of Juda Smith, Shiffa Spitzer, James Staton, Cora Thomas, Linda Trissell, Dannette Washington, Gordon Whipple, Lawrence Wolfe, Sr., Lorraine Woods as personal representative of the Estate of Charles Woods, and Robert Zuelich)

Dear Mr. Steffey:

This firm, with others, represents Bayer HealthCare Pharmaceuticals Inc. in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer HealthCare Pharmaceuticals Inc. has received by personal service the Joint Complaint and Summons in *Leon Anderson* and the Short Form Complaint and Summons in each of the 27 individually cases severed from *Leon Anderson* listed in the above-caption. Bayer HealthCare Pharmaceuticals Inc. rejects this service as ineffective.

Federal Rule of Civil Procedure 4(m) sets out the time period by which service must be made after the Complaint is filed. Service in each of these cases did not occur within the time period set out in Federal Rule of Civil Procedure 4(m), and therefore service on Bayer HealthCare Pharmaceuticals Inc. in each case is improper.

Sincerely,

*Lindy D Brown*

Lindy D. Brown