,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Anderson v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-03162;*

*Brown v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04519;*

*Carter v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04448;*

*Pipkin, v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04522;*

*Duvall v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04449;*

*Elliott v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04523;*

*Ferguson v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04460;*

*Frederick III v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04464;*

*Haggard v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04467;*

*Hamlin v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04472;*

*Ingram v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04473;*

*Kolo v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04474;*

*Lance v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-4476;*

*Miller v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-4524;*

*Myles v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-4485;*

*McGuire v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04477;*

*Rogers v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04526;*

,

*Smith v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04527;*

*Spitzer v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04490;*

*Staton v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04492;*

*Thomas v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04497;*

*Trissel v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04493;*

*Washington v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04494*

*Whipple v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04495;*

*Wolfe v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04496;*

*Woods v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04528;*

*Zuelich v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04511;*

## ORDER

Considering the foregoing Motion and Supporting Memorandum for Extension of Time within which to Serve Process filed by Plaintiffs:

IT IS HEREBY ORDERED that Plaintiffs referenced above are hereby granted thirty (30) days from the date of this order within to serve process on Defendant Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined process.

New Orleans, Louisiana, this \_\_\_\_ day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE