AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| ROY MORGAN, JR., Individually and as Personal Representative of the Estate of LOIS MORGAN<br><br>*Plaintiff(s)*<br>v.<br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC. et al.<br>*Defendant(s)* | Civil Action No. 2:15-cv-01876 L (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company 2711
Centerville Road, Suite 400
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: __Nov 09 2015__                                            _____
                                                                                       Deputy clerk's signature

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-CV-01876 L (5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* BAYER HEALTHCARE PHARMACEUTICALS, INC
was received by me on *(date)* 11/13/15

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* LYNANNE GARES (MANAGING AGENT) , who is
designated by law to accept service of process on behalf of *(name of organization)* BAYER HEALTHCARE PHARMACEUTICALS, INC
C/O CORPORATION SERVICE CO AT 2711 CENTERVILLE RD. WILMINGTON, DE 19808 on *(date)* 11/13/15 AT 4:00 PM

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 11/13/2015

_____
Server's signature

KEVIN S. DUNN                                     PROCESS SERVER
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: