AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| ROy MORGAN, JR., Individually and as Personal Representative of the Estate of LOIS MORGAN<br><br>*Plaintiff(s)*<br>v.<br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC. et al.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:15-cv-01876 L (5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas 76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Nov 09 2015__

__William W. Blevins__
Name of clerk of court

*[signature]*
Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-01876

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BAYER Pharma AG
was received by me on *(date)* 11/13/15 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* EVA GARDYAN-ESONLOHR , who is
designated by law to accept service of process on behalf of *(name of organization)* BAYER Pharma AG
MUELLERSTRASSE 178, 13353 Berlin on *(date)* 11/30/15 at 11:59 AM ; or
Germany via Registered Mail (Intl)

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/18/15

_____
Server's signature

C. T. HORT   Ser #768 (7-31-17)
Printed name and title

**Legal Eagle, Inc.**
3600 W Pioneer Pkwy, #6
Arlington, TX 76013-4501
Server's address

Additional information regarding attempted service, etc:

English    Customer Service    USPS Mobile                                    Register / Sign in



# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: RE267284208US

## Product & Tracking Information

**Postal Product:** First-Class Package International Service
**Features:** Registered Mail™    Return Receipt

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 30, 2015, 11:59 pm | Delivered | GERMANY |

Your item was delivered in GERMANY at 11:59 pm on November 30, 2015.

| | | |
|---|---|---|
| November 30, 2015, 9:04 am | Missed delivery - Scheduled for another delivery attempt today | GERMANY |
| November 29, 2015, 9:04 am | Customs clearance processing complete | GERMANY |
| November 26, 2015, 2:25 pm | Processed Through Sort Facility | GERMANY |
| November 26, 2015, 2:25 pm | Customs Clearance | GERMANY |
| November 22, 2015, 9:59 am | Departed | Frankfurt, GERMANY |
| November 21, 2015, 7:36 pm | Departed | New York, UNITED STATES |
| November 20, 2015, 8:32 pm | Arrived | New York, UNITED STATES |
| November 19, 2015, 9:48 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| November 19, 2015, 9:44 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| November 14, 2015, 7:50 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| November 13, 2015, 9:41 pm | Departed USPS Facility | FORT WORTH, TX 76161 |
| November 13, 2015, 7:06 pm | Arrived at USPS Facility | FORT WORTH, TX 76161 |
| November 13, 2015, 6:51 pm | Departed Post Office | NORTH RICHLAND HILLS, TX 76180 |
| November 13, 2015, 12:02 pm | Acceptance | NORTH RICHLAND HILLS, TX 76180 |