,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Casne v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-02236*

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

NOW COME Plaintiff, Patricia Casne, by her undersigned counsel of record, and respectfully moves the Court for an order declaring that the prior service of their Complaint and Summons on Defendants Bayer Healthcare Pharmaceuticals, Inc. (Wilmington, DE) and Bayer Pharma AG (Berlin, Germany) is valid; or alternatively, granting her a permissive extension under Rule 4(m) of thirty (30) days from entry of such order within which to serve process on these Defendants for the reasons set forth in the accompanying Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter an order declaring service to be valid or granting them thirty (30) days within which to serve process on the Defendants Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined process.

,

                                        **JENSEN & ASSOCIATES**
                                        1024 N. Main Street
                                        Fort Worth, TX  76164
                                        Telephone:  (817) 34-0762
                                        Fax:  (817) 334-0110
                                        bhs@jensen-law.com


                                        /s/ Brandon H. Steffey
                                        Brandon H. Steffey
                                        Texas Bar No.: 24047207


                                        **ATTORNEY FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

      This the 22nd day of December, 2015.

                                          /s/ Brandon H. Steffey
                                        Brandon H. Steffey