AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| PATRICIA CASNE )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>)<br>JANSSEN RESEARCH & DEVELOPMENT, )<br>LLC f/k/a JOHNSON AND JOHNSON )<br>PHARMACEUTICALS RESEARCH AND )<br>DEVELOPMENT LLC. et al. )<br>*Defendant(s)* ) | Civil Action No. 2:15-cv-02236 L(5) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date:  Nov 09 2015

Deputy clerk's signature

Case 2:14-md-02592-EEF-MBN   Document 1815-4   Filed 12/22/15   Page 2 of 3
Case 2:15-cv-02236-EEF-MBN   Document 6   Filed 11/09/15   Page 8 of 18

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-02236-EEF-MBN

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BAYER PHARMA AG__

was received by me on *(date)* __11/13/15__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __EVA GARDYAN-EISENLOHR__, who is
designated by law to accept service of process on behalf of *(name of organization)* __BAYER PHARMA AG__
__MUELLERSTRASSE 178, 13353 BERLIN GERMANY VIA REGISTERED MAIL (INTL)__ on *(date)* __12/1/15 AT 11:11 AM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/18/15__

_____
Server's signature

__C.J. HOLT  SCH#468 (7-31-17)__
Printed name and title

**Legal Eagle, Inc.**
3600 W Pioneer Pkwy, #6
Arlington, TX 76013-4501
Server's address

Additional information regarding attempted service, etc:

| English | Customer Service | USPS Mobile | Register / Sign In |



# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: RE267284211US**

## Product & Tracking Information

**Postal Product:**
First-Class Package International Service

**Features:**
Registered Mail™   Return Receipt

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 1, 2015 , 11:59 pm | Delivered | GERMANY |

Your item was delivered in GERMANY at 11:59 pm on December 1, 2015.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 1, 2015 , 8:35 am | Missed delivery - Scheduled for another delivery attempt today | GERMANY |
| November 30, 2015 , 8:35 am | Customs clearance processing complete | GERMANY |
| November 26, 2015 , 10:07 am | Customs Clearance | GERMANY |
| November 26, 2015 , 10:07 am | Processed Through Sort Facility | GERMANY |
| November 21, 2015 , 11:36 am | Departed | Frankfurt, GERMANY |
| November 20, 2015 , 8:32 pm | Departed | New York, UNITED STATES |
| November 20, 2015 , 2:33 pm | Arrived | New York, UNITED STATES |
| November 20, 2015 , 10:33 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| November 20, 2015 , 10:21 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| November 14, 2015 , 7:50 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| November 13, 2015 , 9:41 pm | Departed USPS Facility | FORT WORTH, TX 76161 |
| November 13, 2015 , 7:06 pm | Arrived at USPS Facility | FORT WORTH, TX 76161 |
| November 13, 2015 , 6:51 pm | Departed Post Office | NORTH RICHLAND HILLS, TX 76180 |
| November 13, 2015 , 12:04 pm | Acceptance | NORTH RICHLAND HILLS, TX 76180 |