,

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Casne v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-02236*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Plaintiff, Patricia Casne, will bring the attached Motion for Extension of Time within which to Serve Process for submission before the Honorable Judge Eldon E. Fallon on the 3rd of February, 2016.

                          **JENSEN & ASSOCIATES**
                          1024 N. Main Street
                          Fort Worth, TX  76164
                          Telephone:  (817) 34-0762
                          Fax:  (817) 334-0110
                          bhs@jensen-law.com


                          /s/ Brandon H. Steffey
                          Brandon H. Steffey
                          Texas Bar No.: 24047207


                          **ATTORNEY FOR PLAINTIFFS**

,

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing NOTICE OF SUBMISSION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 22nd day of December, 2015.

/s/ Brandon H. Steffey
Brandon H. Steffey