AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Eastern District of Louisiana

| | |
|---|---|
| TINA MOODY as Personal Representative of the Estate of JAMES T. MOODY | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No.  2:15-cv-02607 L(5) ) |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC. et al. | ) ) ) ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon H. Steffey, Esquire
Jensen & Associates
1024 North Main Street
Fort Worth, Texas  76164

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
_Name of clerk of court_

Date: ___Nov 09 2015___

_____
_Deputy clerk's signature_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:15-cv-02607

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Bayer Pharma AG_

was received by me on *(date)* _11/13/15_ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _Eva Gardyan-Eisenlohr_ , who is

designated by law to accept service of process on behalf of *(name of organization)* _Bayer Pharma AG_

_at Muellerstrasse 178, 13353_ on *(date)* _11/30/15 at 11:57 ; or_ _Berlin Germany via Registered Mail (Int'l)_

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _12/18/15_

_____
Server's signature

_C.J. Hurt   Cert#68 (7-31-17)_
Printed name and title

**Legal Eagle, Inc.**
Server's address
3600 W Pioneer Pkwy, #6
Arlington, TX 76013-4501

Additional information regarding attempted service, etc:

English        Customer Service        USPS Mobile                                    Register / Sign In



## USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: RE267284225US

## Product & Tracking Information

| **Postal Product:** | **Features:** | | **Available Actions** |
|---|---|---|---|
| First-Class Package International Service | Registered Mail™ | Return Receipt | Text Updates |

| DATE & TIME | STATUS OF ITEM | LOCATION | |
|---|---|---|---|
| | | | Email Updates |
| November 30, 2015 , 11:59 pm | Delivered | **GERMANY** | |

Your item was delivered in GERMANY at 11:59 pm on November 30, 2015.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 30, 2015 , 9:04 am | Missed delivery - Scheduled for another delivery attempt today | GERMANY |
| November 29, 2015 , 9:04 am | Customs clearance processing complete | GERMANY |
| November 26, 2015 , 2:25 pm | Processed Through Sort Facility | GERMANY |
| November 26, 2015 , 2:25 pm | Customs Clearance | GERMANY |
| November 22, 2015 , 9:59 am | Departed | Frankfurt, GERMANY |
| November 21, 2015 , 7:36 pm | Departed | New York, UNITED STATES |
| November 20, 2015 , 8:32 pm | Arrived | New York, UNITED STATES |
| November 19, 2015 , 9:48 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| November 19, 2015 , 9:44 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| November 14, 2015 , 7:50 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| November 13, 2015 , 9:41 pm | Departed USPS Facility | FORT WORTH, TX 76161 |
| November 13, 2015 , 7:06 pm | Arrived at USPS Facility | FORT WORTH, TX 76161 |
| November 13, 2015 , 6:51 pm | Departed Post Office | NORTH RICHLAND HILLS, TX 76180 |
| November 13, 2015 , 12:07 pm | Acceptance | NORTH RICHLAND HILLS, TX 76180 |