

Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

December 1, 2015

**Via Electronic Mail (bhs@jensen-law.com)**

Brandon H. Steffey
Jensen & Associates
1024 North Main Street
Fort Worth, Texas 76164

    Re:    Tina Moody as Personal Representative of the Estate of James T. Moody v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-02607 (E.D. La.)

            Roy Morgan, Jr., Individually and as Personal Representative of the Estate of Lois Morgan v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-01876 (E.D. La.)

Dear Mr. Steffey:

    This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG received the Complaint and Summons in the above-captioned actions by Registered Mail, Return Receipt Requested.

    Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, and on Bayer HealthCare Pharmaceuticals Inc. ("BHCP") by Certified Mail under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG or BHCP shall have 60 days to serve the Complaint with a Summons. For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order. Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL."

    Because Plaintiff attempted service on Bayer Pharma AG by Registered Mail, Return Receipt Requested through the streamlined service process more than 60 days after the Complaint was docketed in the MDL, service in both cases is improper, and we are returning the documents to you.

                              Sincerely,

                              Lindy D. Brown

LDB/cfo