**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No: 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jurine Wickersham, Individually and as Executor of the Estate of Robert Wickersham, Decedent v. Janssen Research & Development, LLC, et al., 15-05670*

**MOTION FOR EXTENSION OF TIME TO SATISFY AMENDED PLAINTIFF FACT SHEET DEFICIENCIES**

COMES NOW the Plaintiff, by and through the undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the Amended Plaintiff Fact Sheet Deficiency Deadline to February 10, 2016. The deadline is presently set for January 11, 2016.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff is in the process of opening a probate case in order to establish her authority to sign the HIPPA authorization and declaration on behalf of the Xarelto user in order to satisfy the alleged deficiencies of her amended plaintiff fact sheet.

This is Plaintiff's first motion requesting an extension of time. An extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until February 10, 2016.

Dated: December 23, 2015

                                    Respectfully submitted,

                                    /s/ *Christopher L. Schnieders*
                                    Christopher L. Schnieders, MO 57725
                                    Wagstaff & Cartmell, LLP
                                    4740 Grand Avenue, Suite 300
                                    Missouri City, MO  64112
                                    Phone: (816) 701-1100
                                    Fax:  (816) 531-2372
                                    cschnieders@wcllp.com
                                    **Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        This is the 23rd day of December, 2015.

                                      */s/ Christopher L. Schnieders*
                                      **Attorney for Plaintiff**