**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jurine Wickersham, Individually and as Executor of the Estate of Robert Wickersham, Decedent v. Janssen Research & Development, LLC, et al., 15-05670*

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY AMENDED PLAINTIFF FACT SHEET DEFICIENCIES

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to Satisfy and alleged Amended Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. The plaintiff filed the above captioned proceeding as a bundled Complaint on behalf of multiple plaintiffs on June 17, 2015, and thereafter filed separate short form Complaints on November 2, 2015 for the individual plaintiffs.

2. The plaintiff's initial 60 day fact sheet period was therefore set for August 17, 2015. On August 13, 2015, Plaintiff substantially complied with providing the fact sheet information and uploaded her responses and authorizations for defense counsel to the MDL centrality website.

3. Defense counsel served plaintiff's counsel with a deficiency notice on September 25, 2015. Plaintiff attempted to cure this deficiency by submitting an Amended Plaintiff Fact Sheet on October 15, 2015.

4.  On December 22, 2015 defense counsel served plaintiff's counsel with an Amended Core Deficiency Notice, requiring Plaintiff to provide documentation of her authority to sign the HIPPA authorization and declaration on behalf of her deceased spouse, the Xarelto user.

5.  Plaintiff is currently in the process of opening a probate case in order to provide documentation of her authority to sign the HIPPA authorization and declaration on behalf of her deceased spouse, the Xarelto user. However, Plaintiff needs additional time to complete the process of opening the probate case and to obtain the necessary documentation from the probate court in order to correct any deficiencies in plaintiff's fact sheet submission.

6.  Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and will file plaintiff's information once it is received.

**WHEREFORE,** Plaintiff's counsel requests an extension of the deadline for satisfying deficiencies in plaintiff's amended fact sheet submission to February 10, 2016.

Dated: December 23, 2015

        Respectfully submitted,

        /s/ *Christopher L. Schnieders*
        Christopher L. Schnieders, MO 57725
        Wagstaff & Cartmell, LLP
        4740 Grand Avenue, Suite 300
        Missouri City, MO  64112
        Phone: (816) 701-1100
        Fax:  (816) 531-2372
        cschnieders@wcllp.com
        **Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 23rd day of December, 2015.

                                          */s/ Christopher L. Schnieders*
                                          **Attorney for Plaintiff**