**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No: 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Jurine Wickersham, Individually and as Executor of the Estate of Robert Wickersham, Decedent v. Janssen Research & Development, LLC, et al., 15-05670*

**NOTICE OF SUBMISSION**

Please take notice that the Motion for Extension of Time To Satisfy Amended Plaintiff Fact Sheet Deficiencies filed by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the Court on Wednesday, the 20th of January, 2016, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: December 23, 2015

                                      Respectfully submitted,

                                      /s/ *Christopher L. Schnieders*
                                      Christopher L. Schnieders, MO 57725
                                      Wagstaff & Cartmell, LLP
                                      4740 Grand Avenue, Suite 300
                                      Missouri City, MO  64112
                                      Phone: (816) 701-1100
                                      Fax:  (816) 531-2372
                                      cschnieders@wcllp.com
                                      **Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 23rd day of December, 2015.

>*/s/ Christopher L. Schnieders*
>**Attorney for Plaintiff**