UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :  MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
                              :  SECTION L
                              :
                              :  JUDGE ELDON E. FALLON
                              :
                              :  MAGISTRATE JUDGE NORTH
                              :
                              :  **JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

Lora Cochneuer

Civil Action No. 2:15-cv-00464

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that Allan Kanner of KANNER & WHITELEY, LLC is withdrawn as Plaintiff's attorneys of record.

**IT IS FURTHER ORDERED** that Ellen Relkin of WEITZ & LUXENBERG, P.C. is substituted as Plaintiff's attorneys of record herein.

SIGNED this ___22nd___ day of ___December___, 2015, at New Orleans, Louisiana.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE