UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE NORTH |
| *Gerald Alldaffer, et al. v. Janssen Research & Development LLC, et al* Case No. 2:15-cv-03816 | |

## MOTION FOR EXTENSION OF TIME TO SERVE BAYER PHARMA AG

NOW COME Plaintiffs in the above-listed action, through undersigned counsel, and respectfully moves the Court for an order granting them up and until January 25, 2016 to serve process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10. In support of their motion, Plaintiffs state as follows:

1. This matter was filed into In Re: Xarelto (Rivoraxaban) Product Liability Litigation, MDL No. 2592, on August 26, 2015.

2. On October 23, 2015 Plaintiffs served Plaintiff's Fact Sheet on Defendants through Brown Greer's MDL Centrality, pursuant to applicable Pre-Trial Orders.

3. However Plaintiffs inadvertently failed to serve process on Bayer Pharma AG using the streamlined procedures for informal service of process outlined by PTO 10 within 60 days.

4. Although not quite expired, Plaintiffs do not have enough time remaining to serve Bayer Pharma AG through traditional means under Fed. R. Civ. P. 4.

1

5. In light of the foregoing, the Plaintiffs request an order from this Court granting them up and until January 25, 2016 within which to serve process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

WHEREFORE, Plaintiffs respectfully move for an order from this Court granting them up and until November 26, 2015 within which to serve process on the Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

Dated: December 23, 2015

Respectfully submitted,

DUGAN LAW FIRM, PLC

/S/ Douglas R. Plymale
Douglas R. Plymale, (La. Bar No. 28409)
dplymale@dugan-lawfirm.com
James R. Dugan, II (La. Bar No. 24785)
jdugan@dugan-lawfirm.com
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone:    (504) 648-0180
Fax:             (504) 648-0181

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Douglas R. Plymale
Douglas R. Plymale, Ph.D.

2