UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE NORTH |
| *Gerald Alldaffer, et al. v. Janssen Research & Development LLC, et al* Case No. 2:15-cv-03816 | |

**[Proposed] ORDER**

Considering the foregoing Motion and finding it to have merit,

**IT IS ORDERED that** Plaintiffs Motion in the captioned matter is **GRANTED** and Plaintiffs are **GRANTED** up and until January 25, 2016 to serve Defendant Bayer Pharm AG under the provisions of PTO 10.

New Orleans, Louisiana on this _____ day of _____, 2016

_____
**ELDON E. FALLON**
**UNITED STATE DISTRICT JUDGE**