## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | : : : : : : : : : : : : : : | **MDL No. 2592** |
| | | **SECTION L** |
| | | **JUDGE ELDON E. FALLON** |
| _____ **THIS DOCUMENT RELATES TO:** | | **MAGISTRATE JUDGE NORTH** |
| *Gerald Alldaffer, et al. v. Janssen Research & Development LLC, et al* Case No. 2:15-cv-03816 | | |

### NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time to Serve Bayer Pharma AG  will be submitted to the Court on Wednesday, January 20, 2016 at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: December 23, 2015

Respectfully submitted,

DUGAN LAW FIRM, PLC

/s/ Douglas R. Plymale
Douglas R. Plymale, (La. Bar No. 28409)
dplymale@dugan-lawfirm.com
James R. Dugan, II (La. Bar No. 24785)
jdugan@dugan-lawfirm.com
One Canal Place
365 Canal Street, Suite 1000
New Orleans, LA 70130
Telephone:     (504) 648-0180

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/  Douglas R. Plymale
Douglas R. Plymale, Ph.D.