UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*BRYANT ET AL V. JANSSEN RESEARCH & DEVELOPEMENT, LLC ET AL*
Civil Action No. 2:15-CV-01832

### UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs Ann Bryant and Richard Bryant (case caption: 2-15-cv-01832), Plaintiff Mavin Cook, individually, and on behalf of Dolan Cook (case caption: 2-15-cv-3694), and Plaintiffs Naveen Anand and Madhu Anand (case caption 2:15-cv-3680), by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), respectfully seek leave to amend the Complaint and correct the case caption of the Complaint to reflect the inclusion of plaintiffs' spouses, who are expressly mentioned, identified, and claimed for consortium in the body of the complaint. Additionally, Plaintiff Mavin Cook, on behalf of the estate of Dolan Cook, respectfully seeks to amend the Complaint and correct the case caption of the Complaint to reflect that Mavin Cook is the duly appointed Administrator of Dolan Cook's estate. Plaintiffs provide the following in support of their Motion:

1. Plaintiffs filed their Complaint on May 29, 2015.

2. Richard Bryant, Mavin Cook, and Madhu Anand are the spouses of Ann Bryant, Dolan Cook, and Naveen Anand, respectively.

3. On June 18, 2015, Defendants filed an Omnibus Answer to any Complaint pending in the MDL.

4. Plaintiffs duly served a copy of the Complaint on August 21, 2015.

5. On November 19, 2015, Plaintiffs obtained written consent from opposing counsel to dismiss the claims of Donna Richardson, Reuben Newman, and Valerie Thompson.

6. On November 23, 2015, Plaintiffs filed Notice of Voluntary Dismissal for Plaintiffs Donna Richardson, Reuben Newman, and Valerie Thompson, with no effect to the other Plaintiffs in the Joint Bundled Complaint.

7. Plaintiffs' only modifications to the Complaint as set forth in the proposed Amended Complaint, attached hereto, are the following:

   a. In the Caption, adding "and Richard Bryant," "Mavin Cook, Individually and Administrator of the Estate of," and "and Madhu Anand."

   b. Revision to Paragraph 1 as follows: inserting "and Richard Bryant" and to Paragraph 1b: inserting "Ann."

   c. Revision to Paragraph 2 as follows: "Mavin Cook, Individually and as Administrator of the Estate of Dolan Cook, deceased," and to Paragraph 2a as follows: "On July 21, 2015, Mavin Cook was duly appointed as Administrator of the Estate of Dolan Cook by the General Court of Justice Superior Court Division of Randolph County in the state of North Carolina," to Paragraph 2b as follows: deleting the word "Plaintiff" in favor of the word "Decedent" and "executor" in favor of the word "administrator," and to Paragraph 2c as follows: inserting "the Decedent" and deleting "Plaintiff Cook."

   d. Revision to Paragraph 3 as follows: deleting the paragraph pertaining to

        Donna Richardson's complaint pursuant to Plaintiff's Voluntary Dismissal.

e. Revision to Paragraph 5 as follows: inserting "and Madhu Anand" and to Paragraph 5b as follows: inserting "Naveen."

f. Revision to Paragraph 6 and 7 as follows: deleting the paragraphs pertaining to Reuben Newman and Valerie Thompson, respectively, pursuant to Plaintiffs' Voluntary Dismissal.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

9. On September 11, 2015, Plaintiffs provided a copy of the proposed Amended Complaint to Defendants and obtained written consent from opposing counsel to amend the Complaint.

WHEREFORE, Plaintiffs Ann Bryant and Richard Bryant, Mavin Cook, and Naveen Anand and Madhu Anand respectfully request that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint into the record of this matter.

Dated: December 23, 2015

Respectfully Submitted,

By: /s/ Ellen Relkin
Ellen Relkin
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5715
Facsimile: (212) 344-5461
E-mail: erelkin@weitzlux.com
(NY Bar# 1977438)

Attorney for Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 23rd day of December 2015, a true copy of the foregoing Motion for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                                             <u>/s/ Ellen Relkin</u>
                                                                             Ellen Relkin