UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mary L. Walker et al. v. Janssen Research & Development LLC, et al.* (2:15-CV-01030-EEF-MN);

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Plaintiffs *Mary L. Walker et al.,* will bring the attached Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals Inc. ("BHCP") and Bayer Pharma AG by way of the streamlined process set forth in PTO 10, for submission before the Honorable Judge Eldon E. Fallon on the January 20, 2016 calendar.

Dated: December 28, 2015                    **By:/S/ Steven J. Brady, Esq.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Steven J. Brady (CA Bar 116651)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　BRADY LAW GROUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1015 Irwin Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　San Rafael, CA 94901
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(415)459-7300
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(415)459-7303 (Fax)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　stevebrady@bradylawgroup.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs Roberto J. Acosta et al.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 28, 2015, a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By:    **/S/STEVEN J. BRADY, ESQ.**
BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA 94901
(415)459-7300
(415)459-7303 (Fax)
stevebrady@bradylawgroup.com
