UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : | MDL NO. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| ****************************************** | | |
| THIS DOCUMENT RELATES TO: | | |
| ROBERT R. GENTRY and KIMBERELY GENTRY, | | Civil Case No. 2:15-cv-00087-EEF-MBN |
| Plaintiffs, | | |
| v. | | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.*, | | |
| Defendants. | | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

     Please take notice that Emanuella J. Paulos of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. hereby enters her appearance as counsel for Plaintiffs, Robert R. Gentry and Kimberely Gentry, in the above captioned matter.

DATED: December 29, 2015

                                              LEVIN, PAPANTONIO, THOMAS,
                                              MITCHELL, RAFFERTY &
                                              PROCTOR, P.A.
                                              By: s/Emanuella J. Paulos_____
                                              Emanuella J. Paulos (FL Bar 99010)

1

2

                      LEVIN, PAPANTONIO, THOMAS,
                      MITCHELL, RAFFERTY &
                      PROCTOR, P.A.
                      316 South Baylen Street, Suite 600
                      Pensacola, Florida 32502
                      (850) 435-7059
                      (850) 435-7020 (Fax)
                      epaulos@levinlaw.com

                      *Attorney for the Plaintiff*

## CERETIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 29th day of December, 2015.

                      By: s/ Emanuella J. Paulos
                          Emanuella J. Paulos