UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 2592 |
| ) | SECTION: L |
| WESLEY E. TALIAFERRO ) Plaintiff ) ) | JUDGE: ELDON E. FALLON |
| v. ) ) | MAGISTRATE JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & ) DEVELOPMENT, LLC, ) f/k/a JOHNSON AND JOHNSON ) PHARMACEUTICAL RESEARCH AND ) DEVELOPMENT, LLC; JANSSEN ) ORTHO, LLC; JANSSEN ) PHARMACEUTICA, INC., f/k/a ) JANSSEN PHARMACEUTICALS, INC. ) f/k/a ORTHO-MCNEIL-JANSSEN ) PHARMACEUTICALS, INC.; ) JOHNSON & JOHNSON COMPANY; ) BAYER HEALTHCARE ) PHARMACEUTICALS, INC.; BAYER ) PHARMA AG; BAYER ) CORPORATION; BAYER ) HEALTHCARE, LLC; BAYER ) HEALTHCARE AG, AND BAYER AG ) Defendants ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** Civil Action No: 2:15-cv-04892-EEF-MBN |

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **STARK & STARK** **A Professional Corporation** By: /s/Martin P. Schrama Martin P. Schrama, Esq. 993 Lenox Drive Lawrenceville, NJ 08648 Phone: (609) 896-9060 Fax: (609) 896-0629 e-mail: mschrama@stark-stark.com  Attorneys for Plaintiff | **DRINKER BIDDLE & REATH LLP** By: /s/Susan M. Sharko Susan Sharko 600 Campus Dr. Florham Park, NJ 07932 Tel: (973) 549-7350 Susan.Sharko@dbr.com  Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson; |

Dated: December 31, 2015

Janssen Research & Development, LLC, and Janssen Ortho LLC

Dated: December 31, 2015

**KAYE SCHOLER LLP**

By: /s/William Hoffman
William Hoffman
901 15th St NW
Washington, DC 20005
(202) 682-3500
william.hoffman@kayescholer.com

Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: December 31, 2015

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: December 31, 2015

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 31, 2015, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ James B. Irwin