UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    Hazel Elliott *vs. Janssen Research & Development, LLC et al;*
    Civil Action No. 2:15-cv-3606

## MOTION FOR EXTENSION OF TIME TO SATISFY
## PLAINTIFF FACT SHEET DEFICIENCIES

    COMES NOW the Plaintiff Hazel Elliott, by and through the undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline to February 4, 2016. The deadline is presently set for January 4, 2015. This is an insufficient time to gather the inadvertently missing medical records. Accordingly, Plaintiff's counsel requests an extension of the deadline to February 4, 2016.

    In support of their motion, Plaintiff's counsel states that it cannot meet the current deadline of January 4, 2015 due to circumstances beyond its control. Specifically, Plaintiff's counsel is waiting for various health-care providers to respond to outstanding request for additional medical records which were missing from their initial response. The medical providers have informed counsel for Plaintiff that it may take up to thirty more days to comply with our request. This is Plaintiff's first motion requesting an extension of time. An extension of time is not sought for delay but so that justice may be served.

    **WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff fact Sheet Deficiency Deadline until February 4, 2016.

Dated: December 31, 2015                                          Respectfully Submitted,

                                                                       /s/ Jacob Levy

                                                                       Jacob Levy
                                                                       Gray & White

713 E. Market St. #200<br>
Louisville, KY 40202

## CERTIFICATE OF SERVICE

 I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 31st day of December 2015.

/s/ Jacob Levy<br>
Gray & White