UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 |
| } | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L |
| } | JUDGE FALLON |
| } | MAG. JUDGE NORTH |
| } | |

This Document relates to:

**Hazel Elliott** *vs. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:15-cv-3606**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion for Extension of Time To Satisfy Plaintiff Fact Sheet Deficiencies was filed in the above referenced case.

Dated: December 31, 2015                Respectfully Submitted,

/s/ Jacob Levy

Jacob Levy
Gray & White
713 E. Market St. #200
Louisville, KY 40202

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 31st day of December 2015.

/s/ Jacob Levy
Gray & White