# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Toney Broadnax, personal representative for
Patricia Zachery-Broadnax, deceased

2:15-cv-1267

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Toney Broadnax, personal representative for Patricia Zachery-Broadnax, deceased, in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Broadnax retained the services of The Driscoll Firm, P.C. to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On March 6, 2015, the undersigned filed a complaint under Case Number 15-L-133 in St. Clair County, Illinois, which was subsequently removed to federal court and transferred into the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about May 13, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Broadnax requesting information essential to litigating this case, and requested a response by June 3, 2015.

4. The undersigned sent follow up letters to Plaintiff Broadnax on June 15th, July 7th, October 12th, and November 18th, 2015 regarding the requested information.

5. The undersigned called Plaintiff Broadnax to follow up regarding the information

requested in the above correspondence on September 8th, September 18th, and November 18th, 2015; and the undersigned sent emails to Plaintiff Broadnax to follow up on September 2nd, September 15th, September 23rd, October 26th, and November 9th, 2015; however, to date, Plaintiff Broadnax has not provided the information requested.

6. On or about December 11th and December 21st, 2015 the undersigned sent correspondence to Plaintiff Broadnax requesting that he contact The Driscoll Firm, P.C. regarding his claim and the prior correspondence sent by the law firm. The Driscoll Firm, P.C. warned that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Broadnax.

7. To date, Plaintiff Broadnax has not provided the information requested or otherwise responded to the correspondence.

8. Plaintiff Broadnax's current mailing address is 715 Plainville Dr., Atlanta, GA 30331, and phone number is 404-696-0991.

9. On January 4, 2016, The Driscoll Firm, P.C. served to Plaintiff Broadnax correspondence via certified mail indicating that the law firm must withdraw.

10. For the foregoing reasons, Plaintiff Broadnax failed substantially to fulfill an obligation to his attorney.

11. Further, The Driscoll Firm, P.C. gave Plaintiff Broadnax reasonable warning of the law firm's intent to withdraw unless Broadnax fulfilled the obligation to share information and to communicate with his attorneys.

12. The Driscoll Firm, P.C. notified Plaintiff Broadnax of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: January 4, 2016

                         Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/John J. Driscoll*
JOHN J. DRISCOLL
MO State Bar No. 54729
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2016, I caused the forgoing document to be electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I caused to be sent correspondence via certified mail to Plaintiff Broadnax at 715 Plainville Dr., Atlanta, GA 30331 notifying him of all deadlines and court appearances.

                         The Driscoll Firm, P.C.

                         /s/John J. Driscoll
                         John J. Driscoll
                         Attorney for Plaintiff