**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)           MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

                                        SECTION: L
                                        JUDGE: ELDON E. FALLON
                                        MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

*Patricia Sutphin, on behalf of Ronald Goodermuth v. Janssen Research & Development, LLC, et al., 15-05387*

<u>**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**</u>

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. The Plaintiff filed the above captioned proceeding as a bundled Complaint on behalf of multiple plaintiffs on September 30, 2015, and thereafter filed separate short form Complaints on October 22, 2015 for the individual plaintiffs.

2. The Plaintiff's initial 60 day fact sheet period was set for November 30, 2015. On November 30, 2015, Plaintiff substantially complied with providing the fact sheet information and uploaded her responses and authorizations for defense counsel to the MDL centrality website.

3. Defense counsel served Plaintiff's counsel with a deficiency notice on December 15, 2015, requiring Plaintiff to provide medical records demonstrating the alleged injury.

4. Plaintiff is currently in the process of opening probate on behalf of her brother, the Xarelto user, in order to provide documentation of her authority to sign the HIPPA authorization.

However, as the deceased was domiciled in California and the family is domiciled in Pennsylvania, the Plaintiff needs additional time to complete the process of opening the probate case to obtain the necessary documentation to correct any deficiencies.

5. Counsel has attempted to gather the medical information with the previously approved patient's personal HIPPA on file with the medical provider (the deceased authorized an individual, other than a family member, to obtain the medical information prior to his death). Although this is an approved policy with the U.S. Department of Health & Human Services[1] the medical provider's internal policy does not allow for the release of a deceased person's medical records to any person not considered an heir.

6. Counsel for Plaintiff contacted Defense Counsel by telephone on December 30, 2015, and via email but upon the filing of this motion has not received a response in regards to any opposition.

7. As this claim had a core deficiency as of December 15, 2015, it could not be considered for bellwether pool selection in accordance with CMO #4. An extension to settle the probate issue should not disrupt the bellwether selection process.

8. Plaintiff is not requesting an extension for the purposed of delay but so that justice may be served, and will file Plaintiff's information once it is received.

**WHEREFORE,** Plaintiff's counsel requests an extension to correct the deficiencies contained in Plaintiff's fact sheet. Specifically, Plaintiff requests that this Honorable Court allow Plaintiff to correct the deficiencies following receipt of Plaintiff's medical records, which Plaintiff

---

[1] See http://www.hhs.gov/hipaa/for-professionals/privacy/guidance/health-information-of-deceased-individuals/index.html

believes will be in sixty (60) days.  If the records are not received within sixty (60) days, the

plaintiff will notify defense and this Honorable Court immediately.


Dated: January 4, 2016

                                                    /s/ *Anthony D. Irpino*

                                                    _____
                                                    ANTHONY D. IRPINO (#24727)
                                                    LOUISE C. HIGGINS (#31780)
                                                    PEARL A. ROBERTSON (#34060)
                                                    Irpino Law Firm
                                                    2216 Magazine St.
                                                    New Orleans, Louisiana 70130
                                                    Telephone: (504) 525-1500
                                                    Facsimile: (504) 525-1501
                                                    airpino@irpinolaw.com
                                                    lhiggins@irpinolaw.com
                                                    probertson@irpinolaw.com
                                                    ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2016, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel.


                                                    ___*/s/ Anthony D. Irpino*_____

                                                    ANTHONY D. IRPINO