UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL No. 2592 |
|---|---|
| *Gregory Stark v. Janssen Research & Development LLC, LLC, et al.*<br>**No. 2:15-cv-04921** | SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## MOTION FOR THE EXTENSION OF TIME TO SATISTY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW the Plaintiff, Gregory Stark, by and through undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the Plaintiff's Fact Sheet Deficiency. In support of Plaintiff's Motion, Plaintiff states the following:

1. Plaintiff's complaint was filed herein on October 1, 2015.

2. Plaintiff's Fact Sheet ("PFS") was submitted via MDL Centrality on December 12, 2015.

3. Plaintiffs received a deficiency notice regarding Mr. Stark's PFS on December 14, 2015.

4. This deficiency notice identified the following deficiencies:

    1) Failure to provide Authorizations to Disclose Health Information for each healthcare provider identified in PFS Section I;

    2) Failure to provide Declaration signed by plaintiff, Xarelto user, or Xarelto user's representative; and

    3) Prescription 1 – Failure to provide response containing city and state for each prescribing physician identified.

5. Counsel for Plaintiff has been in contact with Plaintiff regarding the deficient information.

6. Plaintiff has informed Counsel that he will need additional time to complete and return the PFS to Plaintiff's Counsel.

WHEREFORE, Plaintiff respectfully requests additional time, up to and including February 1, 2016, to submit his PFS. If the completed Plaintiff Fact Sheet has not been returned by February 1, 2016, Plaintiff will notify defense and this Honorable Court immediately.

Dated: January 5, 2016

/s/ Edward A. Wallace
Edward A. Wallace
WEXLER WALLACE LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
312-346-0022 FAX
eaw@wexlerwallace.com
Attorney for Plaintiff