UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

* MDL NO. 2592

* SECTION L
*
* JUDGE ELDON E. FALLON
*
* MAG. JUDGE NORTH

*************************************** *

**THIS DOCUMENT RELATES TO:**
   *All Cases*

# ORDER

As discussed in the Monthly Status Conference, held on December 21, 2015, the parties will continue to participate in bi-monthly telephone conferences to discuss discovery disputes. Only Lead and Liaison Counsel shall participate in those conferences, and the Court will issue Minute Entries memorializing the conferences.

**IT IS ORDERED** that the parties shall participate in bi-weekly telephone conferences on the following days:

- Wednesday, January 13, 2016 at 3:30 p.m.;
- Tuesday, January 26, 2016 at 3:30 p.m.;
- Thursday, February 11, 2016 at 8:30 a.m.;
- Thursday, February 25, 2016 at 3:30 p.m.;
- Tuesday, March 8, 2016 at 3:30 p.m.;
- Thursday, March 24, 2016 at 3:30 p.m.;
- Thursday, April 7, 2016 at 3:30 p.m.;
- Thursday, April 21, 2016 at 3:30 p.m.;
- Thursday, May 5, 2016 at 3:30 p.m.;

- Thursday, May 19, 2016 at 8:30 a.m.;

- Thursday, June 2, 2016 at 3:30 p.m.;

- Thursday, June 16, 2016 at 3:30 p.m.;

- Thursday, June 30, 2016 at 3:30 p.m.

**IT IS FURTHER ORDERED** that the parties shall provide notice to the Court and to one another of the issues that they intend to discuss at least forty-eight (48) hours in advance of the conference to provide sufficient time to meet and confer prior to the conference.

New Orleans, Louisiana this 6th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE