## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION  This Document relates to: Eleanor Ahearn, et al. v. Janssen Research & Development, LLC E.D. La. No. 2:15-cv-07143 | MDL NO. 2592  SECTION L  JUDGE ELDON E. FALLON  MAG. JUDGE NORTH |

## PLAINTIFF'S MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Brandy Cummings, who respectfully moves this Honorable Court to enter an order for voluntary dismissal of their case, with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(2), each party to bear their own costs.

WHEREFORE, plaintiffs hereby request that their claims against all defendants in this action (E.D. La. No. 2:15-cv-07143) be voluntarily dismissed, with prejudice.

Dated: January 6, 2016

By: /s/ Aimee Robert
Aimee Robert, Esquire
TX Bar #24046729
55 Waugh Dr., Suite 800
Houston, TX 77007
Telephone: (713) 626- 9336
*Attorneys for Plaintiff*