## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Eleanor Ahearn, et al. v. Janssen Research & Development, LLC E.D. La. No. 2:15-cv-07143 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## ORDER

Considering the foregoing motion,

IT IS ORDERED that Plaintiff's Motion to Dismiss is hereby GRANTED and that plaintiff's claims against all defendants in *Ahearn, et al. v. Janssen Research & Development, LLC, et al* (No. 2:15-cv-07143) are hereby voluntarily DISMISSED, with prejudice, each party to bear their own costs

New Orleans, Louisiana this ____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge