UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * * * | |

* * * * * * * * * * * * * * * * * * * * * * *

## *EX PARTE* MOTION TO SET HEARING DATE OF JANUARY 22, 2016 ON DEFENDANTS' MOTION FOR ENTRY OF PROPOSED ORDER REGARDING CONTACT WITH PHYSICIANS

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG collectively referenced as "Defendants," through undersigned counsel, respectfully move the Court for an Order setting a hearing date of **January 22, 2016** for Defendants' Motion for Entry of Proposed Order Regarding Contact with Physicians (Rec. Doc. 1844). The Court's next available Motion Date is February 3, 2016;[1] however, Defendants respectfully suggest setting Defendants' forthcoming Motion for Proposed Order for hearing on January 22, 2016, to allow for oral argument immediately following the status conference on that date. Accordingly, Defendants submit the attached proposed order setting a hearing date of January 22, 2016, with accompanying briefing schedule per the Local Rules.

---

[1] Available at: http://www.laed.uscourts.gov/judges-info/hearing-dates/judge-eldon-e-fallon

00325229                                       - 1 -

By way of background, Plaintiffs' and Defendants' Lead Counsel have previously conferred at length and exchanged positions surrounding the issues involving *ex parte* contacts with prescribing doctors, and it was agreed that the matter was best presented by motion to be scheduled and resolved by the Court. Accordingly, the Defendants' Motion for Entry of Proposed Order Regarding Contact with Physicians presents the matter for the Court's determination, and the instant Motion requests a Hearing at the January 22 Monthly Status Conference and proposes a briefing schedule for the Court's consideration.

Defendants certify that Plaintiffs' counsel have been informed of Defendants' intent to submit a Motion for Entry of Proposed Order Regarding Contact with Physicians for hearing on January 22, 2016. The instant Motion has been discussed with Plaintiff's lead counsel, and Plaintiffs oppose the schedule.

Respectfully submitted,

KAYE SCHOLER LLP

By: /s/ *Steven Glickstein*
Steven Glickstein
William Hoffman
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
sglickstein@kayescholer.com

*Co-Lead Defense Counsel*


DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Co-Lead Defense Counsel*

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART
& MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile:  (504) 310-2120
jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 6, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>  */s/ James B. Irwin*
>  **James B. Irwin**