1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

MICHAEL WADSWORTH, Individually,
and on Behalf of the Estate of TAMMY
DANIELLE WADSWORTH,

Plaintiff,

vs.

JANSSEN RESEARCH &
DEVELOPMENT, LLC f/k/a JOHNSON
AND JOHNSON PHARMACEUTICALS
RESEARCH AND DEVELOPMENT LLC;
JOHNSON & JOHNSON COMPANY;
JANSSEN ORTHO, LLC; JANSSEN
PHARMACEUTICALS, INC., f/k/a
ORTHO- MCNEIL-JANSSEN
PHARMACEUTICALS, INC.; BAYER
CORPORATION; BAYER AG; BAYER
HEALTHCARE LLC; and BAYER
HEALTHCARE PHARMACEUTICALS
INC.; and JOHN DOES 1-100,

Defendants.

SECTION:  L
JUDGE FALLON
MAG. JUDGE NORTH

**MOTION AND PROPOSED ORDER TO
AMEND COMPLAINT**

Civil Action No.: 2:15-cv-6513

Plaintiff Michael Wadsworth, by and through his counsel of record, pursuant to Federal

Rules of Civil Procedure 15, respectfully seeks leave to amend the Complaint filed in this Court

on December 4, 2015, to correct the caption and correctly name all defendants.

The original complaint has not yet been served on any parties. A copy of the proposed

Amended Complaint is attached hereto, as is a proposed Order granting Plaintiff Wadsworth

leave to file the Amended Complaint.

WHEREFORE, Plaintiff Wadsworth requests this Court to enter an order granting leave

to file the proposed Amended Complaint and directing the Clerk to correct the caption to reflect

1  the Amended Complaint.

2       Respectfully submitted this 6th day of January, 2016.

3

4                                        /s/ Thomas A. Ericsson
                                         THOMAS A. ERICSSON, ESQ.
5                                        ORONOZ & ERICSSON LLC
                                         700 South Third Street
6                                        Las Vegas, Nevada 89101
                                         Telephone:  (702) 878-2889
7                                        Facsimile:  (702) 522-1542
                                         Attorneys for Plaintiff
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

This is to certify that on January 6, 2016, I electronically filed the foregoing **MOTION AND PROPOSED ORDER TO AMEND COMPLAINT** with the clerk of the Court by using the CM/ECF system. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Rachael Stewart
An employee of Oronoz & Ericsson LLC