UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

MICHAEL WADSWORTH, Individually,
and on Behalf of the Estate of TAMMY
DANIELLE WADSWORTH,

SECTION:  L
JUDGE FALLON
MAG. JUDGE NORTH

        Plaintiff,

vs.

Civil Action No.: 2:15-cv-6513

JANSSEN RESEARCH &
DEVELOPMENT, LLC f/k/a JOHNSON
AND JOHNSON PHARMACEUTICALS
RESEARCH AND DEVELOPMENT LLC;
JOHNSON & JOHNSON COMPANY;
JANSSEN ORTHO, LLC; JANSSEN
PHARMACEUTICALS, INC., f/k/a
ORTHO- MCNEIL-JANSSEN
PHARMACEUTICALS, INC.; BAYER
CORPORATION; BAYER AG; BAYER
HEALTHCARE LLC; and BAYER
HEALTHCARE PHARMACEUTICALS
INC.; and JOHN DOES 1-100,

        Defendants.

## ORDER

This matter having come before the Court on the Plaintiff's Motion and Proposed Order to Amend Complaint, and the Court having reviewed such and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint is granted.

IT IS FURTHER ORDERED that the Clerk shall correct the caption to reflect the Amended Complaint.

/ / /
/ / /

1

2          ORDERED this _____ day of _____, 2016

3

4                                                          _____
                                                          UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28