# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION)** | **MDL No. 2592** |
| **THIS DOCUMENT RELATES TO:** | **SECTION L** |
| **ROLAND EATON,** | |
| Plaintiff, | **JUDGE: ELDON E. FALLON** |
| v. | **MAG. JUDGE MICHAEL NORTH** |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | **Civil Action No. 2:15-cv-03115** |
| Defendants. | |

## ORDER

AND NOW this _6th_ day of _____January_____, 2015, this matter having been brought before the Court by Carole Eaton-Spring, upon consideration of the Motion, any opposition thereto, and the arguments of counsel, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Carole Eaton-Spring, shall be substituted as Plaintiff; in place of Roland Eaton, deceased, in this civil action.

BY THE COURT:

_Eldon E. Fallon_

J.