UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     MDL DOCKET NO. 2592
PRODUCTS LIABILITY LITIGATION

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

**This Document Relates to:**

*Fannie V. Russell v. Janssen Research & Development, LLC, et al;* LAED USDC No. 2:15cv3892

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process:

IT IS HEREBY ORDERED that Plaintiff Fannie V. Russell shall have thirty (30) days from the date hereof to serve process on Defendant Bayer Pharma AG.

New Orleans, Louisiana this  6th  day of      January     , 2016.

_____
Honorable Eldon E. Fallon,
U.S. District Court Judge