UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
|    *ALL CASES* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing *Ex Parte* Motion to Set Hearing Date of January 22, 2016 on Defendants' Motion for Entry of Proposed Order Regarding Contact with Physicians,

**IT IS ORDERED** that said Motion is **GRANTED** and the Court will hear oral argument on the Proposed Order on **January 22, 2016**, immediately following the status conference set to begin at 9:00 a.m. that day. Accordingly,

**IT IS FURTHER ORDERED** that Defendants shall submit their briefing and Proposed Order no later than **Thursday, January 7, 2016**; Plaintiffs shall submit their response no later than **Thursday, January 14, 2016**; and Defendants are granted leave to file a reply, provided said reply is filed no later than **Wednesday, January 20, 2016**.

New Orleans, Louisiana, this __7th__ day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE