## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION: L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

*BRYANT ET AL V. JANSSEN RESEARCH & DEVELOPEMENT, LLC ET AL*
**Civil Action No.: 2:15-CV-01832**

### PROPOSED ORDER

**IT IS ORDERED** that the Unopposed Motion For Leave to File Amended Complaint filed by Plaintiffs Ann Bryant and Richard Bryant, Mavin Cook, on behalf of the Estate of Dolan Cook, and Naveen Anand and Madhu Anand, be and the same is hereby GRANTED, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA, this** __6th__ **day of** ___January___ **, 2016.**

_____
**UNITED STATES DISTRICT JUDGE**