UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| MICHAEL WADSWORTH, Individually, and on Behalf of the Estate of TAMMY DANIELLE WADSWORTH, | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Plaintiff, | |
| vs. | Civil Action No.: 2:15-cv-6513 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS INC.; and JOHN DOES 1-100, | |
| Defendants. | |

**ORDER**

This matter having come before the Court on the Plaintiff's Motion and Proposed Order to Amend Complaint, and the Court having reviewed such and being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Complaint is granted.

IT IS FURTHER ORDERED that the Clerk shall correct the caption to reflect the Amended Complaint.

/ / /
/ / /

Page 1 of 2

ORDERED this ___7th___ day of _____January_____, 2016

_____
UNITED STATES DISTRICT JUDGE