UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |

**This Document Relates to:**

**Phyllis Mugrage, Proposed Personal Representative of the Estate of Donald Mugrage v. Janssen Research & Development, LLC, et. al; LAED USDC No. 2:15-cv-5778**

**PLAINTIFF'S UNOPPOSED *EX PARTE* MOTION FOR LEAVE TO FILE AN AMENDED SHORT FORM COMPLAINT TO SUBSTITUTE THE PLAINTIFF AND TO CONFORM THE CAPTION OF THE COMPLAINT**

Plaintiff Phyllis Mugrage, formerly the Proposed Personal Representative of the Estate of Donald Mugrage ("Plaintiff"), by and through counsel, Chaffin Luhana LLP, respectfully requests that this Honorable Court grant Plaintiff's Unopposed *Ex Parte* Motion for Leave to File an Amended Short Form Complaint to Substitute the Plaintiff and to Conform the Caption of the Complaint, in the form attached hereto. Defendants do not oppose Plaintiff's request to file an Amended Short Form Complaint to substitute the Plaintiff in this matter and to conform the caption of the Complaint. On December 16, 2015, the County Clerk and Clerk of the Probate Court of Guadalupe County, Texas issued Letters of Independent Administration naming Phyllis Grace Mugrage as the Independent Administrator of the Estate of Donald Clark Mugrage. Plaintiff respectfully seeks to substitute the Plaintiff in this matter for Plaintiff, Phyllis Mugrage, Individually and as the Independent Administrator of the Estate of Donald Mugrage and to conform the caption of the Complaint accordingly. A Brief in Support of Plaintiff's Motion is submitted herewith.

Dated: January 7, 2016					Respectfully Submitted,

						/s/Roopal P. Luhana
						Roopal P. Luhana, Esq.

						**CHAFFIN LUHANA LLP**
						600 Third Avenue, 12th Floor
						New York, NY 10016
						Telephone: (347) 269-4472
						Facsimile: (888) 499-1123

						*Attorneys for Plaintiff*