UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |

**This Document Relates to:**

**Phyllis Mugrage, Proposed Personal Representative of the Estate of Donald Mugrage v. Janssen Research & Development, LLC, et. al; LAED USDC No. 2:15-cv-5778**

**BRIEF IN SUPPORT OF PLAINTIFF'S UNOPPOSED *EX PARTE* MOTION FOR LEAVE TO FILE AN AMENDED SHORT FORM COMPLAINT TO SUBSTITUTE THE PLAINTIFF AND TO CONFORM THE CAPTION OF THE COMPLAINT**

NOW COMES Plaintiff, Phyllis Mugrage, formerly the Proposed Personal Representative of the Estate of Donald Mugrage, by her undersigned counsel of record, and respectfully moves this Court for an Order allowing leave for Plaintiff to file an Amended Short Form Complaint to substitute the Plaintiff in this matter with Plaintiff, Phyllis Mugrage, Individually and as the Independent Administrator of the Estate of Donald Mugrage, following her receipt of Letters of Independent Administration from the Probate Court of Guadalupe County, Texas, and to conform the caption of the Complaint accordingly. In support of her Motion, Plaintiff states as follows:

1. Plaintiff, Donald Mugrage ("Plaintiff-Decedent"), took Xarleto and on or around October 22, 2013, as a direct result of his use of Xarelto, suffered hemorrhagic pleural effusions and anemia, which required that he be admitted to the hospital for over a week and that he undergo transfusions and related medical treatment.

1

2. Plaintiff-Decedent died on December 1, 2013, as a result of his use of Xarelto. (*See* Exhibit A, to the January 7, 2016, Declaration of Roopal P. Luhana, Esq. ("Luhana Decl.")).

3. Plaintiff-Decedent was a resident of Guadalupe County, Texas on the date of his death.

4. At all relevant times, Plaintiff-Decedent was lawfully married to his wife, Plaintiff, Phyllis Mugrage.

5. On September 17, 2015, Probate proceedings were commenced on behalf of Phyllis Mugrage in the County Court at Law of Guadalupe County to establish Phyllis Mugrage as the Independent Administrator of the Estate of Donald Mugrage.

6. On October 9, 2015, this matter was filed into *In Re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (the "Xarleto MDL"), at which time Phyllis Mugrage was listed as the Proposed Personal Representative of the Estate of Donald Mugrage.

2. On November 9, 2015, following the receipt of the Court's Severance Order, Plaintiff filed a Short Form Complaint.

3. On December 8, 2015, Plaintiff served the Plaintiff Fact Sheet on the Defendants through BrownGreer's MDL Centrality website, pursuant to applicable Pre-Trial Orders.

4. On December 16, 2015, the County Clerk and Clerk of the Probate Court of Guadalupe County, Texas issued Letters of Independent Administration naming Phyllis Grace Mugrage as the Independent Administrator of the Estate of Donald Clark Mugrage. (*See* Exhibit B, to the Luhana Decl.).

5. Based on the forgoing, Plaintiff seeks to file an Amended Short Form Complaint in the above-reference matter, in the form attached herewith, to substitute the Plaintiff in this matter with Plaintiff, Phyllis Mugrage, Individually and as Independent Administrator of the

Estate of Donald Mugage and to further conform the caption of the Complaint to reflect said change.

6.  Defendants do not oppose Plaintiff's request to file an Amended Short Form Complaint to substitute the Plaintiff and to conform the caption of the complaint.

WHEREFORE, Plaintiff respectfully move for an Order from this Court granting her Unopposed *Ex Parte* Motion for Leave to File an Amended Short Form Complaint to Substitute the Plaintiff and to Conform the Caption of the Complaint, in the form attached hereto.

Dated: January 7, 2016                                                         Respectfully Submitted,

/s/Roopal P. Luhana
Roopal P. Luhana, Esq.

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (347) 269-4472
Facsimile: (888) 499-1123

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this <u>7th</u> day of January, 2016, a true copy of the foregoing:

1. *UNOPPOSED EX PARTE MOTION FOR LEAVE TO FILE AN AMENDED SHORT FORM COMPLAINT TO SUBSTITUTE THE PLAINTIFF AND TO CONFORM THE CAPTION OF THE COMPLAINT;*

2. *BRIEF IN SUPPORT OF PLAINTIFF'S UNOPPOSED EX PARTE MOTION FOR LEAVE TO FILE AN AMENDED SHORT FORM COMPLAINT TO SUBSTITUTE THE PLAINTIFF AND TO CONFORM THE CAPTION OF THE COMPLAINT;* and

3. *PROPOSED ORDER*

have been contemporaneously, with or before filing, been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Roopal P. Luhana
Roopal P. Luhana, Esq.