UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL NO. 2592 |
| ) | | |
| PRODUCTS LIABILITY LITIGATION ) | | SECTION: L |
| ) | | JUDGE FALLON |
| ) | | MAG. JUDGE NORTH |
| ) | | |

**This Document Relates to:**

**Phyllis Mugrage, Proposed Personal Representative of the Estate of Donald Mugrage v. Janssen Research & Development, LLC, et. al; LAED USDC No. 2:15-cv-5778**

### DECLARATION OF ROOPAL P. LUHANA, ESQ., IN SUPPORT OF PLAINTIFF'S UNOPPOSED *EX PARTE* MOTION FOR LEAVE TO FILE AN AMENDED SHORT FORM COMPLAINT TO SUBSTITUTE THE PLAINTIFF AND TO CONFORM THE CAPTION OF THE COMPLAINT

I, Roopal P. Luhana, Esq., hereby declare under oath as follows:

1. I am a Partner of Chaffin Luhana LLP, which represents Plaintiff, Phyllis Mugrage, formerly the Proposed Personal Representative of the Estate of Donald Mugrage ("Plaintiff"), in the above-captioned matter.

2. A true and correct copy of Donald Mugrage's Death Certificate is attached hereto as Exhibit A.

3. A true and correct copy of the Letters of Independent Administration naming Phyllis Grace Mugrage as the Independent Administrator of the Estate of Donald Clark Mugrage is attached hereto as Exhibit B.

SIGNED UNDER THE PENALTIES OF PERJURY

THIS 7th DAY OF JANUARY, 2016.

/s/ Roopal P. Luhana_____

Roopal P. Luhana, Esq.

**CHAFFIN LUHANA LLP**
600 Third Avenue, 12th Floor
New York, NY 10016
Telephone: (347) 269-4472
Facsimile: (888) 499-1123

*Attorneys for Plaintiff*