# Exhibit A

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
DEC 05 2013

**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — **STATE FILE NUMBER** 142-13-160293

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last): **DONALD CLARK MUGRAGE**
   (Maiden):
2. DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy): **DECEMBER 1, 2013**
3. SEX: **MALE**
4. DATE OF BIRTH (mm-dd-yyyy): **OCTOBER 23, 1945**
5. AGE-Last Birthday (Years): **68**
6. BIRTHPLACE (City & State or Foreign Country): **SEALY, TX**
7. SOCIAL SECURITY NUMBER: **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**
8. MARITAL STATUS AT TIME OF DEATH: ☒ Married
9. SURVIVING SPOUSE'S NAME (if wife, give name prior to first marriage): **PHYLLIS GRACE WILLSON**
10a. RESIDENCE STREET ADDRESS: **358 GERDES STREET**
10c. CITY OR TOWN: **SEGUIN**
10d. COUNTY: **GUADALUPE**
10e. STATE: **TEXAS**
10f. ZIP CODE: **78155**
10g. INSIDE CITY LIMITS?: ☒ Yes
11. FATHER'S NAME: **CLARK MUGRAGE**
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: **JESSE HINZE**
13. PLACE OF DEATH (CHECK ONLY ONE): ☒ ER/Outpatient
14. COUNTY OF DEATH: **GUADALUPE**
15. CITY/TOWN, ZIP: **SEGUIN, 78155**
16. FACILITY NAME: **GUADALUPE REGIONAL MEDICAL CENTER**
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: **GRACE MUGRAGE - WIFE**
18. MAILING ADDRESS OF INFORMANT: **358 GERDES STREET, SEGUIN, TX 78155**
19. METHOD OF DISPOSITION: ☒ Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: **TRES HEWELL, BY ELECTRONIC SIGNATURE - 8697**
21. ☒ Unknown
22. PLACE OF DISPOSITION: **SCHERTZ CREMATORY**
23. LOCATION (City/Town, and State): **SCHERTZ, TX**
24. NAME OF FUNERAL FACILITY: **TRES HEWELL MORTUARY**
25. COMPLETE ADDRESS OF FUNERAL FACILITY: **165 TOR DR., SEGUIN, TX 78155**
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: **NICOLE TALBOT, BY ELECTRONIC SIGNATURE**
28. DATE CERTIFIED: **DECEMBER 4, 2013**
29. LICENSE NUMBER: **M4578**
30. TIME OF DEATH: **09:14 PM**
31. PRINTED NAME, ADDRESS OF CERTIFIER: **NICOLE TALBOT  515 N. KING ST. #103, SEGUIN, TX 78155**
32. TITLE OF CERTIFIER: **DO**

33. PART 1. CHAIN OF EVENTS:

| Line | Cause | Approximate interval Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | CORONARY ARTERY DISEASE WITH STENT PLACEMENT | 05/2011 |
| b. | CONGESTIVE HEART FAILURE | 10/2013 |
| c. | COPD | 06/2009 |
| d. | PERIPHERAL VASULAR DISEASE | 8/2011 |

PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: **MYOCARDIAL INFARCTION**
34. WAS AN AUTOPSY PERFORMED?: ☒ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?: ☐ Yes ☐ No
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH?: ☒ Yes
38. IF FEMALE: —
39. IF TRANSPORTATION INJURY, SPECIFY: —

42a. REGISTRAR FILE NO.: **01-641**
42b. DATE RECEIVED BY LOCAL REGISTRAR: **DECEMBER 5, 2013**
REGISTRAR - GUADALUPE COUNTY CLERK, ELECTRONICALLY FILED
EDR NUMBER 000001423654

VS-112 REV 1/2006                                                                                                                                   LHA

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

**ISSUED DEC 06 2013**

*Geraldine L. Harris*
GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                               DONALD_MUGRAGE_000001