# Exhibit B

# No. 2015-PC-0292
# LETTERS OF INDEPENDENT ADMINISTRATION

*****************************************************

**THE STATE OF TEXAS**
**COUNTY OF GUADALUPE**

I, TERESA KIEL, County Clerk and Clerk of the Probate Court of Guadalupe County, Texas, do hereby certify that on **December 16, 2015**,

**PHYLLIS GRACE MUGRAGE**

was duly appointed by said Court **INDEPENDENT ADMINISTRATOR** of the Estate of:

**DONALD CLARK MUGRAGE**, Deceased,

and that she qualified as such on **December 16, 2015**, as the law requires, and that said appointment is in full force and effect at this date.

**Witness my hand and seal of office** at Seguin, Texas, on this the 16th day of December, 2015.

COUNTY COURT AT LAW GUADALUPE COUNTY, TEXAS

**TERESA KIEL**, County Clerk
Guadalupe County, Texas

By: ______________________, Deputy
Christina Trinidad