**ATTACHMENT 2**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :   MDL No. 2592
                                       :
                                       :   SECTION L
                                       :
                                       :   JUDGE ELDON E. FALLON
                                       :
                                       :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:                  **JURY TRIAL DEMANDED**

PHYLLIS MUGRAGE, INDIVIDUALLY
AND AS THE INDEPENDENT ADMINISTRATOR
OF THE ESTATE OF DONALD MUGRAGE
Case No.: 2:15-CV-5778

## LIST OF RELATED CASES

1. Plaintiff, DANIEL BARNEY, against Defendants, JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, Civil Action No.: 2:15-CV-5065.

2. Plaintiff, BUFORD CORMAN, against Defendants, JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, Civil Action No.: 2:15-CV-5502.

3. Plaintiff, NINA GLASS, against Defendants, JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER

PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, Civil Action No.: 2:15-CV-5505.

Dated: January 7, 2016                                          /s/Roopal P. Luhana
                                                                  Roopal P. Luhana, Esq.
                                                                  Chaffin Luhana LLP
                                                                  600 Third Ave., 12th Fl.
                                                                  New York, NY 10016
                                                                  Telephone: (347) 269-4472
                                                                  Facsimile: (888) 499-1123
                                                                  luhana@chaffinluhana.com
                                                                  *Attorneys for Plaintiff*