UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |

**This Document Relates to:**

**Phyllis Mugrage, Proposed Personal Representative of the Estate of Donald Mugrage v. Janssen Research & Development, LLC, et. al; LAED USDC No. 2:15-cv-5778**

## ORDER

Considering the foregoing Plaintiff's Unopposed *Ex Parte* Motion for Leave to File an Amended Short Form Complaint to Substitute the Plaintiff and to Conform the Caption of the Complaint and in light of the motion being unopposed:

IT IS HEREBY ORDERED that Plaintiff's Unopposed *Ex Parte* Motion for Leave to File an Amended Short Form Complaint to Substitute the Plaintiff and to Conform the Caption of the Complaint has been Granted and Plaintiff's Amended Short Form Complaint, in the form attached to the Motion, is deemed filed as of the date of this Order.

New Orleans, Louisiana this _____ day of January, 2016

_____
Honorable Eldon E. Fallon
U.S. District Court Judge