**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   XARELTO (RIVAROXABAN) ) | **MDL No. 2592** |
| ) | |
| PRODUCTS LIABILITY LITIGATION      ) | SECTION L |
| ) | |
| ) | JUDGE ELDON D. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gilliland v. Janssen Research & Development LLC., et al.*, LAED USDC No. 2:15-cv-5846

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG**

In support of his Motion, Plaintiff states as follows:

Plaintiff filed this matter into *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 on November 12, 2015.  Pursuant to Pre-Trial Order No. 10, Plaintiff has 30 days from that date, until January 11, 2016, to complete the streamlined service of process as to Bayer Pharma AG.

On November 16, 2015, Plaintiff sent a copy of the Complaint and Summons to Defendant Bayer Pharma AG via Registered Mail No. RE680855974US, in accord with the specifications for streamlined service of process set out in Pre-Trial Order No. 10. (Ex. A). On that same day, Plaintiff sent notice of service, including a copy of the Complaint and Summons, to xareltocomplaints@babc.com as specified in Pre-Trial Order No. 10.

Since November 23, 2015, the United States Postal Service Tracking system has shown that the package containing the Complaint and Summons sent to Defendant Bayer Pharma AG is being processed by customs in Germany. (Ex. B). Accordingly, Plaintiff has not yet been able to

complete streamlined service of process on Bayer Pharma AG in the manner set out Pre-Trial Order No. 10.  Though Plaintiff has made efforts to do so, he has been unable to determine why the package sent to Defendant Bayer Pharma AG containing the Complaint and Summons has yet to clear German customs.

Due to the aforedescribed delay in delivery to Defendant Bayer Pharma AG, Plaintiff will not be able to complete process of service as to Bayer Pharma AG within the time allotted by Pre-Trial Order No. 10.  Accordingly, Plaintiff respectfully requests that this Court enter an Order granting him an additional thirty (30) days, until and including February 10, 2016, within which to serve process on Defendant Bayer Pharma AG through the streamlined process set out in Pre-Trial Order No. 10.

Dated: January 8, 2016

Respectfully submitted,

*Robert P. Miller*
Robert P. Miller            (Ohio 0073037)
**ROURKE & BLUMENTHAL, LLP**
495 S. High Street, Suite 450
Columbus, OH  43215
T:  614.220.9200
F:  614.220.7900
rmiller@randbllp.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Memorandum In Support of Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: January 8, 2016

*Robert P. Miller*
Robert P. Miller            (Ohio 0073037)