# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | **MDL No. 2592** |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON D. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gilliland v. Janssen Research & Development LLC., et al.*, LAED USDC No. 2:15-cv-5846

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG; **IT IS HEREBY ORDERED** that Plaintiff in the above-listed action shall have an additional thirty (30) days, until and including February 10, 2016, within which to complete streamlined service of process on Defendant Bayer Pharma AG.

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
United States District Judge