## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | ) | **MDL No. 2592** |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON D. FALLON |
| | ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gilliland v. Janssen Research & Development LLC., et al.*, **LAED USDC No. 2:15-cv-5846**

### NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG filed by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the Court on January 27, 2016, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: January 8, 2016

Respectfully submitted,

*Robert P. Miller*
Robert P. Miller          (Ohio 0073037)
**ROURKE & BLUMENTHAL, LLP**
495 S. High Street, Suite 450
Columbus, OH  43215
T:  614.220.9200
F:  614.220.7900
rmiller@randbllp.com

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Notice of Submission has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: January 8, 2016

*Robert P. Miller*
Robert P. Miller                (Ohio 0073037)