## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)          )          **MDL No. 2592**
                                                               )
PRODUCTS LIABILITY LITIGATION          )          SECTION L
                                                               )
                                                               )          JUDGE ELDON D. FALLON
                                                               )          MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Gilliland v. Janssen Research & Development LLC., et al.*, **LAED USDC No. 2:15-cv-5846**

### MOTION FOR EXTENSION OF TIME WITHIN
### WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

NOW COMES Plaintiff, William Gilliland, by and through his undersigned counsel of record, and respectfully moves this Court for an Order granting him an additional thirty (30) days, until and including February 10, 2016, within which to serve process on Defendant Bayer Pharma AG through the streamlined procedure for informal service of process set forth in Pre-Trial Order No. 10.  A brief memorandum in support of this Motion is submitted herewith.

Dated: January 8, 2016.

Respectfully submitted,

*Robert P. Miller*
Robert P. Miller               (Ohio 0073037)
**ROURKE & BLUMENTHAL, LLP**
495 S. High Street, Suite 450
Columbus, OH  43215
T:  614.220.9200
F:  614.220.7900
rmiller@randbllp.com

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: January 8, 2016

*Robert P. Miller*
Robert P. Miller                    (Ohio 0073037)