**Registered No.**

**Postage** $  $11.14

**Extra Services & Fees**
- ☐ Registered Mail  $.95
- ☐ Return Receipt (hardcopy)  $0.00
- ☐ Return Receipt (electronic)  $0.00
- ☐ Restricted Delivery  $0.00

**Extra Services & Fees** (continued)
- ☐ Signature Confirmation  $0.00
- ☐ Signature Confirmation Restricted Delivery  $0.00

**Total Postage & Fees**  $ 25.09

**Customer Must Declare Full Value**  $0.00

**Date Stamp**  0216  NOV 14 2015  11/16/15

**Received by** ___

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM:** Robert P. Miller, ESQ.
Rourke + Blumenthal LLP
495 S. High St., Suite 450
Columbus, OH 43215

**TO:** BAYER PHARMA AG
Attn: Eva Garyan-Eisenlohr, Gen Coun
Muellerstrasse 178
13353 Berlin Germany

PS Form **3806**, Registered Mail Receipt, April 2015, PSN 7530-02-000-9051    Copy 2 - Post Office

---

MAIN OFFICE WINDOW UNIT
COLUMBUS, Ohio
432169712
3817950216-0097
11/16/2015  (800)275-8777  04:40:54 PM

—————— Sales Receipt ——————

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| Germany - FCMI Large Envelope 10.20 oz. | | | $11.14 |
| Registered | | | $13.95 |
| Insured Value: | | $0.00 | |
| Article Value: | | $0.00 | |
| Label #: RE680855974US | | | |

Issue Postage:  $25.09

Total:  $25.09

Paid by:
VISA                           $25.09
  Account #:     XXXXXXXXXXXX9925
  Approval #:    064016
  Transaction #: 921
  23902990159

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Save this receipt as evidence of insurance. For information on filing an insurance claim go to https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
****************************************
****************************************
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.



EXHIBIT A