English     Customer Service     USPS Mobile                                                    Register / Sign In



# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: RE680855974US**

## Product & Tracking Information

**Postal Product:**
First-Class Package International Service

**Features:**
Registered Mail™

## Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 23, 2015, 11:34 am | Customs Clearance | GERMANY |

Your item is being processed by customs in GERMANY at 11:34 am on November 23, 2015.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 23, 2015, 11:34 am | Processed Through Sort Facility | GERMANY |
| November 22, 2015, 9:59 am | Departed | Frankfurt, GERMANY |
| November 21, 2015, 7:36 pm | Departed | New York, UNITED STATES |
| November 20, 2015, 8:33 pm | Arrived | New York, UNITED STATES |
| November 19, 2015, 9:53 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| November 19, 2015, 9:52 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| November 17, 2015, 5:19 am | Departed USPS Facility | COLUMBUS, OH 43218 |
| November 16, 2015, 10:20 pm | Arrived at USPS Facility | COLUMBUS, OH 43218 |
| November 16, 2015, 7:14 pm | Departed Post Office | COLUMBUS, OH 43216 |
| November 16, 2015, 4:38 pm | Acceptance | COLUMBUS, OH 43216 |

## Track Another Package

**Tracking (or receipt) number**

RE680855974US                                      Track It

## Manage Incoming

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

