UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| James Ferguson<br>Vickie Ferguson<br><br>        Plaintiff,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>        Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><br>**Civil Action No.: 2:15-cv-06737** |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WIHTOUT PREJUDICE

COME NOW, Plaintiffs James and Vickie Ferguson, in the above-referenced civil action, and by and through their counsel of record hereby files a Motion for Voluntary Dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

1

WHEREFORE, Plaintiffs hereby request that their claims against all defendants in this action be voluntarily dismissed, without prejudice.

Dated: January 11, 2016

        Respectfully submitted,

        /s/ Raymond L. Panneton_____

        Attorney for Plaintiff

        Raymond L. Panneton
        Admitted Pro Hac Vice
        State Bar of Texas: 24082079
        **The Talaska Law Firm, PLLC**
        442 Heights Boulevard
        Houston, Texas 77007
        713-869-1240
        713-869-1465 – Fax
        ray@ttlf.com

        AND

        Ben C. Martin
        **The Law Office of Ben C. Martin**
        3219 McKinney Ave., Suite 100
        Dallas, Texas 75204
        (214)761-6614
        (214)744-7590 - Fax
        bmartin@bencmartin.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| James Ferguson<br>Vickie Ferguson<br><br>        Plaintiff,<br><br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>        Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**Civil Action No.: 2:15-cv-06737** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

(Signature Block on Following Page)

Respectfully submitted,

/s/ Raymond L. Panneton

Attorney for Plaintiff

Raymond L. Panneton
Admitted Pro Hac Vice
State Bar of Texas: 24082079
**The Talaska Law Firm, PLLC**
442 Heights Boulevard
Houston, Texas 77007
713-869-1240
713-869-1465 – Fax
ray@ttlf.com

AND

Ben C. Martin
**The Law Office of Ben C. Martin**
3219 McKinney Ave., Suite 100
Dallas, Texas 75204
(214)761-6614
(214)744-7590 - Fax
bmartin@bencmartin.com