UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    **Hazel Elliott** *vs. Janssen Research & Development, LLC et al;*
    **Civil Action No. 2:15-cv-3606**

# MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET

    COMES NOW the Plaintiff Hazel Elliott, by and through the undersigned counsel, and respectfully withdraws its motion currently pending before the Court. The extension was sought because counsel for Plaintiff did not believe it would receive missing medical records in time to submit them in the allotted time period. However, this issue is now moot as the Plaintiff received the medical records and submitted them before expiration of the allotted time period.

    **WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully requests the Court withdraw its December 31, 2015 motion.

Dated: January 11, 2016                        Respectfully Submitted,

                                                                /s/ Jacob Levy

                                                                Jacob Levy
                                                                Gray & White
                                                                713 E. Market St. #200
                                                                Louisville, KY 40202

## CERTIFICATE OF SERVICE

    I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 11th day of January 2016.

                                                                         /s/ Jacob Levy
                                                                        Gray & White