**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    **Hazel Elliott *vs. Janssen Research & Development, LLC et al;***
    **Civil Action No. 2:15-cv-3606**

**ORDER**

    This matter having come before the Court on the Plaintiff's Notice of Withdraw of Plaintiff's Motion For Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, the Court having reviewed the parties' filings and the record herein and being otherwise duly and sufficiently advised,

    **IT IS HEREBY ORDERED** that Plaintiffs' motion is **withdrawn**.


                                              _____
                                              JUDGE, Eastern District of Louisiana


                                              DATE: _____

Tendered by:

/s/ Jacob Levy

GRAY& WHITE