UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 |
| } | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L |
| } | JUDGE FALLON |
| } | MAG. JUDGE NORTH |
| } | |

This Document relates to:

**Hazel Elliott** *vs. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:15-cv-3606**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Notice of Withdraw of Plaintiff's Motion for Extension of Time To Satisfy Plaintiff Fact Sheet Deficiencies was filed in the above referenced case.

Dated: January 11, 2016                    Respectfully Submitted,

                                                                    /s/ Jacob Levy

                                                                    Jacob Levy
                                                                    Gray & White
                                                                    713 E. Market St. #200
                                                                    Louisville, KY 40202

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this January 11th 2016.

                                                                    /s/ Jacob Levy
                                                                    Gray & White