UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| JOHNNIE JACKSON, | SECTION: L |
| Plaintiff, | JUDGE: ELDON E. FALLON |
| v. | MAGISTRATE JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson And Johnson Pharmaceutical Research And Development, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; JOHNSON & JOHNSON; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, AND BAYER AG, | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No: 2:15-cv-06334 |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| THE COCHRAN FIRM-DOTHAN<br>*Attorneys for Plaintiff* | KAYE SCHOLER LLP<br>*Attorneys for Defendants*<br>*Bayer Healthcare Pharmaceuticals Inc. and*<br>*Bayer Pharma AG* |
| By: /s/ Joseph D. Lane<br>Joseph D. Lane<br>AL Bar ASB 9991 N75-J<br>111 E. Main Street<br>Dothan, AL  36301<br>Phone: (334) 673-1555<br>Fax: (334) 669-7229<br>Email: JoeLane@CochranFirm.com<br><br>Dated: January 11, 2016 | By: /s/William Hoffman<br>William Hoffman<br>250 West 55th Street<br>New York, NY 10019-7910<br>Tel: (212) 836-8485<br>Fax: (212) 836-6485<br><br>Dated: January 11, 2016 |
| DRINKER BIDDLE & REATH LLP<br>*Attorneys for Defendants*<br>*Janssen Pharmaceuticals, Inc.,*<br>*Janssen Research & Development LLC,*<br>*Janssen Ortho LLC, and*<br>*Johnson & Johnson* | IRWIN FRITCHIE URQUHART & MOORE LLC<br>*Liaison Counsel for Defendants* |
| By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Drive<br>Florham Park, NJ  07932<br>Phone: (973) 549-7350<br>Fax: (973) 360-9831<br>Email: susan.sharko@dbr.com<br><br>Dated: January 11, 2016 | By:/s/James B. Irwin<br>James B. Irwin<br>Kim E. Moore<br>400 Poydras St., Ste, 2700<br>New Orleans, LA  70130<br>(504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br><br>Dated: January 11, 2016 |