UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Compel Discovery;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Defendants, Janssen Research & Development, LLC, Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson, are ordered to produce the documents requested in the Plaintiffs' Third Request for Production of Documents.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge