**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   XARELTO (RIVAROXABAN)   ) | **MDL No. 2592** |
| ) | |
| PRODUCTS LIABILITY LITIGATION   ) | SECTION L |
| ) | |
| ) | JUDGE ELDON D. FALLON |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gilliland v. Janssen Research & Development LLC., et al.*, LAED USDC No. 2:15-cv-5846

**ORDER**

Considering the foregoing Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG; **IT IS HEREBY ORDERED** that Plaintiff in the above-listed action shall have an additional thirty (30) days, until and including February 10, 2016, within which to complete streamlined service of process on Defendant Bayer Pharma AG.

**NEW ORLEANS, LOUISIANA**, this 11th day of  January , 2016.

_____
Hon. Eldon E. Fallon
United States District Judge