**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)    }          MDL No. 2592
                                                          }
PRODUCTS LIABILITY LITIGATION }          SECTION L
                                                          }          JUDGE FALLON
                                                          }          MAG. JUDGE NORTH
                                                          }
_____

This Document relates to:

      **Hazel Elliott** *vs. Janssen Research & Development, LLC et al;*
      **Civil Action No. 2:15-cv-3606**

**ORDER**

    This matter having come before the Court on the Plaintiff's Notice of Withdraw of Plaintiff's

Motion For Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, the Court having reviewed the

parties' filings and the record herein and being otherwise duly and sufficiently advised,

    **IT IS HEREBY ORDERED** that Plaintiffs' motion is **withdrawn**.

_____

JUDGE, Eastern District of Louisiana

DATE: _____January 11, 2016_____

Tendered by:

/s/ Jacob Levy

GRAY& WHITE