UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
                                                       :
                                                       : SECTION L
                                                       :
                                                       : JUDGE ELDON E. FALLON
                                                       :
                                                       : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**      **JURY TRIAL DEMANDED**

PHYLLIS MUGRAGE, INDIVIDUALLY AND
AS THE INDEPENDENT ADMINISTRATOR
OF THE ESTATE OF DONALD MUGRAGE

2:15-CV-5778

## AMENDED SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Phyllis Mugrage, Individually and as the Independent Administrator of the Estate of Donald Mugrage, is identified more fully in Paragraph 4 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at Guadalupe County in the state of Texas.

4. The Xarelto User resided (or if deceased, resided at the time of death) in Guadalupe County in the state of Texas.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is List of Related Cases.

Dated: January 7, 2016          /s/ Roopal P. Luhana
Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Avenue
12th Floor
New York, NY 10016
(347) 269-4472

*Attorney for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

    I hereby certify that on  January 7, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/EDF system, which will notify all attorneys of record of such filing.

                                            /s/ Roopal P. Luhana