UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
                               :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
                               :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**   **JURY TRIAL DEMANDED**

**JOHN TAYLOR**

CIVIL ACTION NO.: 2:15-CV-772

## ORDER

IT IS ORDERED that Plaintiffs' Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiffs' claims against all defendants in Taylor v. Janssen Research & Development, LLC, et al (2:15-cv-772 L(5)) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this  11th  day of        January       , 2016

Hon. Eldon E. Fallon
U.S. District Court Judge