UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

**JURY TRIAL DEMANDED**

**MARY MEADOWS**

CIVIL ACTION NO.: 2:15-CV-4294

## ORDER

IT IS ORDERED that Plaintiffs' Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiffs' claims against all defendants in Meadows v. Janssen Research & Development, LLC, et al (2:15-CV-4294) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this 11th day of January, 2016

Hon. Eldon E. Fallon
U.S. District Court Judge