UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**************************************************

**THIS DOCUMENT RELATES TO:**
   *All Cases*

## ORDER

The Court has been informed that the parties would like to schedule a status conference for the purpose of discussing the discovery pool eligibility of plaintiffs whose cases lack subject matter jurisdiction. Thus,

It is **ORDERED** that lead and liaison counsel for the parties will attend a telephone status conference at 10:00 a.m. on Friday, January 15, 2016. Counsel shall use the following call-in information: (877) 336-1839; Access Code: 4227405; Security Code: 011516.

New Orleans, Louisiana this 12th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE