UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibits E and F attached to the Motion to Compel Discovery [Rec. Doc. 1873] be and they are hereby filed UNDER SEAL.

New Orleans, Louisiana, this 11th day of _____January_____, 2016.

_____
Eldon E. Fallon
United States District Court Judge