UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 | |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L | |
| } | JUDGE FALLON | |
| } | MAG. JUDGE NORTH | |
| } | | |

This Document relates to:

*Mary Lillis vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-04134

## MOTION FOR EXTENSION OF TIME TO SATISFY
## PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW the plaintiff Laura Banks, by and through the undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline to March 16, 2016. The deadline was presently set for January 13, 2016 which is an insufficient amount of time for plaintiff to obtain plaintiff's medical records from her medical providers. Accordingly, Plaintiff's counsel requests an extension of the deadline to March 16, 2016.

In support of the motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff's counsel is waiting for various heath-care providers to respond to outstanding request for additional medical records. This is Plaintiff's second motion requesting an extension of time.

An extension of time is not sought for delay but so that justice may be served.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff fact Sheet Deficiency Deadline until March 16, 2016.

Dated: January 12, 2016                                        Respectfully Submitted,

                                                               THE SCHLEMMER FIRM, LLC

                                                               By:  /S/Paul N. Schlemmer
                                                               Paul N. Schlemmer (NY2895415)
                                                               Attorney for Plaintiff
                                                               830 Third Avenue, 5th Floor
                                                               New York, New York 10022
                                                               (212) 390-8030
                                                               email: paul@schlemmerfirm.com


## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 12th day of January 2016.

                                                               THE SCHLEMMER FIRM, LLC

                                                               BY: /S/ Paul N. Schlemmer
                                                               Paul N. Schlemmer (NY2895415)
                                                               Attorney for Plaintiff
                                                               830 Third Avenue, 5th Floor
                                                               New York, New York 10022
                                                               (212) 390-8030
                                                               email: paul@schlemmerfirm.com