UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

*Phillip Durham vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-04133

## NOTICE OF SUBMISSION

COMES NOW the plaintiff Phillip Durham, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies to March 16, 2016 before the Honorable Judge Eldon E. Fallon on motion date February 17, 2016.

Dated: January 12, 2016　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　THE SCHLEMMER FIRM, LLC

　　　　　　　　　　　　　　　　　　　　By: _/S/Paul N. Schlemmer
　　　　　　　　　　　　　　　　　　　　Paul N. Schlemmer (NY2895415)
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　830 Third Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　(212) 390-8030
　　　　　　　　　　　　　　　　　　　　email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 12th day of January 2016.

                                            THE SCHLEMMER FIRM, LLC

                                            BY: /S/ Paul N. Schlemmer
                                            Paul N. Schlemmer (NY2895415)
                                            Attorney for Plaintiff
                                            830 Third Avenue, 5th Floor
                                            New York, New York 10022
                                            (212) 390-8030
                                            email: paul@schlemmerfirm.com