UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)   }   MDL No. 2592
                                }
PRODUCTS LIABILITY LITIGATION   }   SECTION L
                                }   JUDGE FALLON
                                }   MAG. JUDGE NORTH
                                }

This Document relates to:

*Phillip Durham vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-04133

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to Satisfy any alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. The plaintiff filed the above captioned proceeding as a bundled Complaint on behalf of multiple plaintiffs on August 26, 2015, and thereafter filed separate short form Complaints on September 3, 2015 for the individual plaintiffs.

2. While the Plaintiff has substantially complied with providing the other fact sheet information and has uploaded his responses and authorizations for defense counsel to the MDL centrality website back in November, plaintiff has had significant difficulty obtaining his complete medical records from providers and requests additional time to obtain and upload the same and provide any remaining responses to the plaintiff fact sheet.

3. By Court Order dated December 7, 2015 plaintiff's time was extended to January 13, 2016 with the anticipation that plaintiff could obtain and upload her medical records and correct any deficiencies in that time period.  However, plaintiff's counsel is still not in receipt of

the medical records from the plaintiff's medical providers, and is therefore unable to upload or supplement the information that is contained in the same.

4. Accordingly, contemporaneous to this motion, Plaintiff's counsel has once again sought to obtain the medical records from the providers via additional request and Plaintiff therefore requests an extension of the deadline to March 16, 2016 to allow sufficient time to obtain responses and upload the medical records and to correct any deficiencies in plaintiff's fact sheet submission.

5. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and will file plaintiff's information once it is received.

**WHEREFORE**, Plaintiff's counsel requests an extension of the deadline for satisfying deficiencies in plaintiff's fact sheet submission to March 16, 2016.

Dated: January 12, 2016

Respectfully Submitted,

THE SCHLEMMER FIRM, LLC

By: _/S/Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 12th day of January 2016.

                                              The Schlemmer Firm, LLC

                                              BY: /S/ Paul N. Schlemmer
                                              Paul N. Schlemmer (NY2895415)
                                              Attorney for Plaintiff
                                              830 Third Avenue, 5th Floor
                                              New York, New York 10022
                                              (212) 390-8030
                                              email: paul@schlemmerfirm.com