UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

*Laura Banks vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-03812

## NOTICE OF SUBMISSION

COMES NOW the plaintiff Laura Banks, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies to March 16, 2016 before the Honorable Judge Eldon E. Fallon on motion date February 17, 2016.

Dated: January 12, 2016     Respectfully Submitted,

THE SCHLEMMER FIRM, LLC

By: _/S/Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 12th day of January 2016.

                                      THE SCHLEMMER FIRM, LLC

                                      BY: /S/ Paul N. Schlemmer
                                      Paul N. Schlemmer (NY2895415)
                                      Attorney for Plaintiff
                                      830 Third Avenue, 5th Floor
                                      New York, New York 10022
                                      (212) 390-8030
                                      email: paul@schlemmerfirm.com