UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Charles Haugh on Behalf of the Estate of Wilma Haugh (15-6314)* | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |
| | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OPPOSITION TO MOTION FOR EXTENSION
OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC ("Janssen Defendants"), Johnson & Johnson ("J&J"), Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG ("Bayer Defendants") collectively referenced as "Defendants," through undersigned counsel, respectfully submit the instant Opposition to Plaintiff Charles Haugh's ("Plaintiff") Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. (Rec. Doc. No. 1839).

As explained *infra*, Plaintiff's request for an extension of time to cure the PFS deficiencies due to the need to gather "inadvertently missing medical records" should be denied because: (1) as repeatedly emphasized by the Court, timely submission of the completed PFSs is *essential* to

- 1 -

this litigation; and (2) allowing such extensions absent *extraordinary circumstances* (which are not present here) would be unfairly prejudicial to Defendants:[1]

1. The Court has repeatedly emphasized that the timely submission of Plaintiff Fact Sheets is an essential step in this litigation and that the failure to submit a completed PFS will result in the dismissal of the case. *See* November 20, 2015 Status Conf. Tr. at 8:15-19 ("**[I]f the fact sheets are not going to be filled out, then I will be dismissing cases. I will dismiss the case. My intent is to dismiss the case with prejudice, not without prejudice**."); October 21, 2015 Status Conf. Tr. at 6:1-6 (again noting that failure to file timely PFSs will result in dismissal of cases).

2. Timely completion of the completed PFS is critical in order to achieve the maximum benefit from MDL Centrality. The only way the MDL Centrality system can provide meaningful data as to composition of the docket is to have information on all the cases on the docket. Because of the prejudice that Defendants would suffer without timely production of individual PFSs, absent extraordinary circumstances, all Plaintiffs in this litigation should be required to submit individual PFSs in accordance with the established deadlines.

Accordingly, Defendants respectfully request that the Court deny Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. (Rec. Doc. No. 1839.)

---

[1] Where such extraordinary circumstances are present, Defendants have worked with individual Plaintiff's counsel to consent to a reasonable extension of time to submit plaintiff fact sheets and cure PFS deficiencies, obviating the need for contested motion practice.

- 3 -

        Respectfully submitted,

        KAYE SCHOLER LLP

        By: /s/ *William Hoffman*
            William Hoffman
            Steven Glickstein
            KAYE SCHOLER LLP
            The McPherson Building
            901 Fifteenth Street, NW
            Washington, DC 20005
            Telephone: (202) 682-3550
            Facsimile: (202) 414-0355
            william.hoffman@kayescholer.com

        DRINKER BIDDLE & REATH LLP

        By: /s/ *Susan M. Sharko*
            Susan M. Sharko
            DRINKER BIDDLE & REATH LLP
            600 Campus Drive
            Florham Park, NJ 07932-1047
            Telephone: (973) 549-7000
            Facsimile: (973) 360-9831
            susan.sharko@dbr.com

>IRWIN FRITCHIE URQUHART & MOORE LLC
>
>By: /s/ *James B. Irwin*
>     James B. Irwin
>     Kim E. Moore
>     IRWIN FRITCHIE URQUHART
>     & MOORE LLC
>     400 Poydras Street
>     Suite 2700
>     New Orleans, LA 70130
>     Telephone: (504) 310-2100
>     Facsimile:  (504) 310-2120
>     jirwin@irwinllc.com
>
>CHAFFE MCCALL L.L.P.
>
>By: /s/ *John F. Olinde*
>     John F. Olinde
>     CHAFFE McCALL L.L.P.
>     1100 Poydras Street
>     Suite 2300
>     New Orleans, LA 70163
>     Telephone: (504) 585-7241
>     Facsimile: (504) 544-6084
>     olinde@chaffe.com
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 12, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>*/s/ James B. Irwin*
>**James B. Irwin**