UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : GARY OBIT, : : Plaintiffs, : : v. : : : JANSSEN RESEARCH & DEVELOPMENT : LLC f/k/a JOHNSON AND JOHNSON : PHARMACEUTICAL RESEARCH AND : DEVELOPMENT LLC, JANSSEN ORTHO : LLC, JANSSEN PHARMACEUTICALS, : INC. f/k/a JANSSEN PHARMACEUTICA : INC. f/k/a ORTHO-MCNEIL-JANSSEN : PHARMACEUTICALS, INC., : JOHNSON & JOHNSON COMPANY : BAYER HEALTHCARE : PHARMACEUTICALS, INC., : BAYER PHARMA AG, : BAYER CORPORATION, : BAYER HEALTHCARE LLC, : BAYER HEALTHCARE AG, and BAYER : AG, : : Defendants. : : : _____ | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH CIVIL CASE NO.: 2:15-cv-04488 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice against all named defendants, each party to bear its own fees and costs.

-2-

| | |
|---|---|
| JENSEN & ASSOCIATES<br>Attorneys for Plaintiff<br>Gary Obit | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson |
| By: __s/ Brandon H. Steffey____<br>        Brandon H. Steffey | By: __s/ Susan M. Sharko_____<br>        Susan M. Sharko |
| Dated:  January 12, 2016 | Dated:  January 12, 2016 |
| | KAYE SCHOLER LLP<br>Attorneys for Defendants<br>Bayer Healthcare Pharmaceuticals, Inc. and<br>Bayer Pharma AG |
| | By: __s/ William Hoffman_____<br>          William Hoffman |
| | Dated:  January 12, 2016 |

82355479.1