**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)      :      **MDL No. 2592**
PRODUCTS LIABILITY LITIGATION  :

                                                   **SECTION L**

                    :

                                                 **JUDGE ELDON E. FALLON**

                    :

                                               **MAGISTRATE JUDGE NORTH**

_____  :

**THIS DOCUMENT RELATES TO:**

*James H. Widdison and Mary Ann Widdison v. Janssen Research & Development, LLC f/k/a/ Johnson & Johnson Pharmaceutical Research & Development, LLC, et al.* EDLA USDC No. 2:15-cv-05956;

*Kenneth Duncan and Bonnie Duncan v. Janssen Research & Development, LLC f/k/a/ Johnson & Johnson Pharmaceutical Research & Development, LLC, et al.* EDLA USDC No. 2:15-cv-05957.

## <u>MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS</u>

      **COMES NOW** Plaintiffs, through undersigned counsel, in the above-listed actions and

respectfully request that this Court grant their Motion for Extension of Time Within Which to

Serve Process and that this Court issue an Order allowing them an additional twenty (20) days

from the date of the above-referenced Motion to serve the Complaints, the Severance Order, and

the summonses in the above-listed action on Bayer Healthcare Pharmaceuticals, Inc. (BHCP) and

Bayer Pharma AG through the streamlined procedures for informal service of process set forth in

Pre-Trial Order #10.  A brief memorandum in support of Plaintiffs' Motion is submitted

herewith.

                                                Respectfully submitted,

Dated: January 13, 2016                    <u>/s/ *Zachary Lowe*</u>
                                          Zachary Peter Lowe (UT-13792)
                                          Nathan Buttars (UT-13659)
                                          Lowe Law Group

6028 S. Ridgeline Dr., Suite 203
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
E: pete@lowelawgroup.com
   nate@lowelawgroup.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January, 2016, a copy of the above and foregoing *Motion for Extension of Time Within Which to Serve Process* has contemporaneously with or before filing been served on all parties or their counsel of record in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


/s/ Nathan Buttars