UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James H. Widdison and Mary Ann Widdison v. Janssen Research & Development, LLC f/k/a/ Johnson & Johnson Pharmaceutical Research & Development, LLC, et al.,* EDLA USDC No. 2:15-cv-05956;

*Kenneth Duncan and Bonnie Duncan v. Janssen Research & Development, LLC f/k/a/ Johnson & Johnson Pharmaceutical Research & Development, LLC, et al.,* EDLA USDC No. 2:15-cv-05957.

<u>**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**</u>

**MAY IT PLEASE THE COURT:**

Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time Within Which to Serve process and issue an Order allowing them an additional twenty (20) days from the date of the above-referenced Motion to serve the Complaint, the Severance Order, and the summonses on Bayer Healthcare Pharmaceuticals, Inc. (BHCP) and Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

All of the foregoing actions have been filed and docketed into this consolidated proceeding, *In re: Xarelto (Rivaroxaban) Products Liability Litigation,* MDL No. 2592. However, due to an inadvertent oversight on behalf of undersigned counsel, and not to purposefully delay service, service of Plaintiffs' Complaints, Severance Order, and summonses

in these actions was not properly effected within the time period for streamlined service set forth in Pre-Trial Order #10 as to BHCP and Bayer Pharma AG.

Undersigned counsel regret the failure to properly oversee and accomplish the service of process in the above-listed actions within the time deadline and assure this Court that counsel has instituted procedures to ensure that all future Complaints are properly and timely served according to Pre-Trial Order #10.  Furthermore, undersigned counsel has already actually sent for service of process to BHCP and Bayer Pharma AG.  Service to BHCP is expected to occur on January 14, 2016.  Service of process for the above-listed cases was sent according to PTO #10 to BHCP and Bayer Pharma AG on January 11, 2016.  See Exhibit A.

Undersigned counsel has contacted counsel for Bayer defendants to request an extension of time to complete streamlined service, but counsel for Bayer defendants declined to grant the extension, even though service will be effected in the next few days.

Plaintiffs therefore respectfully request that this Court grant this Motion allow them an additional twenty (20) days from the date of the above-referenced Motion within which to effect service on BHCP and Bayer Pharma AG through the streamlined procedures for informal service of process as set forth in Pre-Trial Order #10.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 13, 2016 | /s/ *Zachary Lowe*<br>Zachary Peter Lowe (UT-13792)<br>Nathan Buttars (UT-13659)<br>Lowe Law Group<br>6028 S. Ridgeline Dr., Suite 203<br>Ogden, UT 84405<br>T: 801-917-8500<br>F: 801-917-8484<br>E: pete@lowelawgroup.com<br>    nate@lowelawgroup.com |
|  | Counsel for Plaintiffs |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2016, a copy of the above and foregoing *Memorandum in Support of Motion for Extension of Time Within Which to Serve Process* has contemporaneously with or before filing been served on all parties or their counsel of record in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Nathan Buttars

# Exhibit A


