UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James H. Widdison and Mary Ann Widdison v. Janssen Research & Development, LLC f/k/a/ Johnson & Johnson Pharmaceutical Research & Development, LLC, et al.* EDLA USDC No. 2:15-cv-05956;

*Kenneth Duncan and Bonnie Duncan v. Janssen Research & Development, LLC f/k/a/ Johnson & Johnson Pharmaceutical Research & Development, LLC, et al.* EDLA USDC No. 2:15-cv-05957.

**NOTICE OF SUBMISSION**

Please take notice that the Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG filed by Plaintiffs in the above-listed actions, through undersigned counsel, will be submitted to the Court on February 3, 2016, at 9:00a.m. before the Honorable Eldon E. Fallon.

Respectfully submitted,

Dated: January 13, 2016

/s/ *Zachary Lowe*
Zachary Peter Lowe (UT-13792)
Nathan Buttars (UT-13659)
Lowe Law Group
6028 S. Ridgeline Dr.
Suite 203
Ogden, UT 84405
T: 801-917-8500

F: 801-917-8484
E: pete@lowelawgroup.com
   nate@lowelawgroup.com

Counsel for Plaintiffs

### **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January, 2016, a copy of the above and foregoing *Notice of Submission* has contemporaneously with or before filing been served on all parties or their counsel of record in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Nathan Buttars