# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| ************************************** | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| MARY KATE JOYNER, | Civil Case No. 2:15-cv-05204-EEF-MBN |
| Plaintiffs, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please take notice that Nathan A. Duncan hereby enters his appearance as counsel for Plaintiff, Mary Kate Joyner.

Please serve a copy of all notices, correspondence or orders for this case to Nathan A. Duncan, Douglas, Haun & Heidemann, P.C, 111 West Broadway, P. O. Box 117, Bolivar, Missouri 65613-0117 nathan@dhhlawfirm.com.

DATED: January 13, 2016

DOUGLAS, HAUN & HEIDEMANN, P.C.

By: s/Nathan A. Duncan
Craig R. Heidemann (MO Bar 42778)

1

Nathan A. Duncan (MO Bar 60186)
111 West Broadway, P. O. Box 117
Bolivar, Missouri 65613-0117
Telephone:  (417) 326 5261
Facsimile:  (417) 326-2845
craig@dhhlawfirm.com
nathan@dhhlawfirm.com

*Attorney for the Plaintiff*

## **CERETIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 13th day of January, 2016.


                          By: s/Nathan A. Duncan_____