UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** : | MDL NO. 2592 |
| : | SECTION: L |
| : | JUDGE FALLON |
| ************************************** : | MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** : | |
| MARY KATE JOYNER, : | Civil Case No. 2:15-cv-05204-EEF-MBN |
| Plaintiffs, : | |
| v. : | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.*, : | |
| Defendants. : | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

    Please take notice that Craig R. Heidemann hereby enters his appearance as counsel for Plaintiff, Mary Kate Joyner.

    Please serve a copy of all notices, correspondence or orders for this case to Craig R. Heidemann, Douglas, Haun & Heidemann, P.C, 111 West Broadway, P. O. Box 117, Bolivar, Missouri 65613-0117 craig@dhhlawfirm.com.

DATED: January 13, 2016

                                                                DOUGLAS, HAUN & HEIDEMANN, P.C.

                                                                By: s/Craig R. Heidemann_____
                                                                 Craig R. Heidemann (MO Bar 42778)

Nathan A. Duncan (MO Bar 60186)
111 West Broadway, P. O. Box 117
Bolivar, Missouri 65613-0117
Telephone:  (417) 326 5261
Facsimile:  (417) 326-2845
craig@dhhlawfirm.com
nathan@dhhlawfirm.com

*Attorney for the Plaintiff*

**CERETIFICATE OF SERVICE**

   The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 13th day of January, 2016.


                By: s/Craig R. Heidemann_____