# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____: | | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Henri E. Cooke v. Janssen Research & Development, LLC, et al., 15-02352*

*Lowell Hershberger v. Janssen Research & Development, LLC, et al., 15-02482*

*Mary S. McDowell v. Janssen Research & Development, LLC, et al., 15-02484*

*Billy D. Wafford v. Janssen Research & Development, LLC, et al., 15-02485*

*Iona Austin O/B/O George Austin, deceased v. Janssen Research & Development, LLC, et al., 15-03233*

*Sterling Brown v. Janssen Research & Development, LLC, et al., 15-3402*

*Carroll Ellis- Green O/B/O Sarah Green, deceased v. Janssen Research & Development, LLC, et.al., 15-03404*

*Curtis Nottingham v. Janssen Research & Development, LLC, et al., 15-3405*

*Dorothy Stephens v. Janssen Research & Development, LLC, et al., 15-3407*

*Ralph Stern O/B/O Mary Stern, deceased v. Janssen Research & Development, LLC, et al., 15-3411*

*Emma Thompson O/B/O Mattie Thomas, deceased v. Janssen Research & Development, LLC, et al., 15-3412*

*Mary Robinson O/B/O Frances Anderson, deceased v. Janssen Research & Development, LLC, et al., 15-4141*

*Margaret Bowen O/B/O Willard Bowen, deceased v. Janssen Research & Development LLC, et al., 15-04813*

*May Veselovsky O/B/O Fong Fat Gee, deceased v. Janssen Research & Development LLC, et al., 15-04815*

*June Hodgkin v. Janssen Research & Development LLC, et al., 15-04817*

*Richard Whittington v. Janssen Research & Development LLC, et al., 15-04820*

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

Plaintiffs in the above- listed actions, through undersigned counsel, respectfully request that the Court grant their Motion for Extension of Time within which to Serve Process and issue an order granting them up and until January 6, 2016 within which to serve process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10. A brief memorandum in support of Plaintiffs' motion is submitted herewith.

Dated: January 13, 2016

Respectfully Submitted,

BARTIMUS, FRICKLETON, ROBERTSON & GOZA

By: */s/ Michelle Marvel*
Bradley Honnold     MO # 39818   KS #22972
Michelle Marvel     MO # 59815   KS #23511
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 266-2300
(913) 266-2366 Facsimile
bhonnold@bflawfirm.com

        mmarvel@bflawfirm.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

     This is the 13th day of January, 2016.


___/s/ *Michelle Marvel* _____