UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Henri E. Cooke v. Janssen Research & Development, LLC, et al., 15-02352*

*Lowell Hershberger v. Janssen Research & Development, LLC, et al., 15-02482*

*Mary S. McDowell v. Janssen Research & Development, LLC, et al., 15-02484*

*Billy D. Wafford v. Janssen Research & Development, LLC, et al., 15-02485*

*Iona Austin O/B/O George Austin, deceased v. Janssen Research & Development, LLC, et al., 15-03233*

*Sterling Brown v. Janssen Research & Development, LLC, et al., 15-3402*

*Carroll Ellis- Green O/B/O Sarah Green, deceased v. Janssen Research & Development, LLC, et.al., 15-03404*

*Curtis Nottingham v. Janssen Research & Development, LLC, et al., 15-3405*

*Dorothy Stephens v. Janssen Research & Development, LLC, et al., 15-3407*

*Ralph Stern O/B/O Mary Stern, deceased v. Janssen Research & Development, LLC, et al., 15-3411*

*Emma Thompson O/B/O Mattie Thomas, deceased v. Janssen Research & Development, LLC, et al., 15-3412*

*Mary Robinson O/B/O Frances Anderson, deceased v. Janssen Research & Development, LLC, et al., 15-4141*

*Margaret Bowen O/B/O Willard Bowen, deceased v. Janssen Research & Development LLC, et al., 15-04813*

*May Veselovsky O/B/O Fong Fat Gee, deceased v. Janssen Research & Development LLC, et al., 15-04815*

*June Hodgkin v. Janssen Research & Development LLC, et al., 15-04817*

*Richard Whittington v. Janssen Research & Development LLC, et al., 15-04820*

## NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time within which to Serve Process filed by Plaintiffs in the above-listed action, through undersigned counsel, will be submitted to the Court on February, the 1st of 2016, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: January 13, 2016

          Respectfully Submitted,

          BARTIMUS, FRICKLETON, ROBERTSON
          & GOZA

          By: */s/ Michelle Marvel*
          Bradley Honnold    MO # 39818   KS #22972
          Michelle Marvel    MO # 59815   KS #23511
          11150 Overbrook Road, Suite 250
          Leawood, KS 66211
          (913) 266-2300
          (913) 266-2366 Facsimile
          bhonnold@bflawfirm.com

mmarvel@bflawfirm.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 13th day of January, 2016.


___/s/ *Michelle Marvel* _____