UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMANDED**

*Henri E. Cooke v. Janssen Research & Development, LLC, et al., 15-02352*

*Lowell Hershberger v. Janssen Research & Development, LLC, et al., 15-02482*

*Mary S. McDowell v. Janssen Research & Development, LLC, et al., 15-02484*

*Billy D. Wafford v. Janssen Research & Development, LLC, et al., 15-02485*

*Iona Austin O/B/O George Austin, deceased v. Janssen Research & Development, LLC, et al., 15-03233*

*Sterling Brown v. Janssen Research & Development, LLC, et al., 15-3402*

*Carroll Ellis- Green O/B/O Sarah Green, deceased v. Janssen Research & Development, LLC, et.al., 15-03404*

*Curtis Nottingham v. Janssen Research & Development, LLC, et al., 15-3405*

*Dorothy Stephens v. Janssen Research & Development, LLC, et al., 15-3407*

*Ralph Stern O/B/O Mary Stern, deceased v. Janssen Research & Development, LLC, et al., 15-3411*

*Emma Thompson O/B/O Mattie Thomas, deceased v. Janssen Research & Development, LLC, et al., 15-3412*

*Mary Robinson O/B/O Frances Anderson, deceased v. Janssen Research & Development, LLC, et al., 15-4141*

*Margaret Bowen O/B/O Willard Bowen, deceased v. Janssen Research & Development LLC, et al., 15-04813*

*May Veselovsky O/B/O Fong Fat Gee, deceased v. Janssen Research & Development LLC, et al., 15-04815*

*June Hodgkin v. Janssen Research & Development LLC, et al., 15-04817*

*Richard Whittington v. Janssen Research & Development LLC, et al., 15-04820*

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

**MAY IT PLEASE THE COURT:**

Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time Within Which to Serve Process and issue an Order granting them up and until January 6, 2016 within which to serve process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

The foregoing actions have been filed and docketed into this consolidated proceeding, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592. However, due to an inadvertent oversight on behalf of undersigned counsel, service of Plaintiffs' Joint Complaints, the severance Order, the list of individual cases, and the summonses in this action was not properly effected within the time period for streamlined service set forth in Pre-Trial Order #10 as to Bayer Pharma AG.

Undersigned counsel regret the failure to properly oversee and accomplish service within the time deadline and assures this Court that not only has counsel instituted procedures to ensure that all future Complaints are properly and timely served according to Pre-Trial Order #10, but undersigned has also already actually served Bayer Pharma AG on January 6, 2016.

Undersigned counsel has contacted counsel for the Bayer Defendant to request an extension of time to complete streamlined service, but counsel for the Bayer Defendants has indicated that the extension of time will not be granted, even though service has already actually been effected on January 6, 2016. (See attached Exhibit A).

Thus, Plaintiffs respectfully request that this Court grant this Motion and allow them up and until January 6, 2016 within which to effect service on Bayer Pharma AG through the streamlined procedures for informal service of process as set forth in Pre-Trial Order #10.

Dated: <u>January 13, 2016</u>

                          Respectfully Submitted,

                          BARTIMUS, FRICKLETON, ROBERTSON & GOZA

By: */s/ Michelle Marvel*
Bradley Honnold    MO # 39818   KS #22972
Michelle Marvel    MO # 59815   KS #23511
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 266-2300
(913) 266-2366 Facsimile
bhonnold@bflawfirm.com
mmarvel@bflawfirm.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

3

I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 13th day of January, 2016.

___/s/ *Michelle Marvel* _____