

**Bartimus Frickleton Robertson Goza**

11150 Overbrook Road, Suite 200 | Leawood, KS 66211
Phone 913.266.2300 | Fax 913.266.2366 | bflawfirm.com

December 14, 2015

**Via Certified & Electronic Mail (lbrown@babc.com)**
Lindy D. Brown, Esq.
Bradley, Arant, Boult, Cummings, LLP
One Jackson Place
188 E. Capitol Place
Suite 400
Jackson, MS 39201

*Re: Xarelto Products Liability Litigation: Bayer Pharma AG and Bayer Corporation Process of Service*

Dear Ms. Brown,

As you know, Brad Honnold and I represent several plaintiffs in the Xarelto Products Liability Litigation, MDL 2592. We apologize for the delayed response as we did not receive your prior correspondence until recently. On December 2, 2015, we discovered multiple letters (dated September 17, 2015, September 18, 2015, October 23, 2015, November 30, 2015 and December 2, 2015), which were sent via electronic mail to *bhonnold@bflawfirm.com* and routed to a junk mail folder. The referenced letters also mention an earlier July 6, 2015 letter, which we have no record of receiving. We reviewed the various service of process objections and respond as follows.

Registered Mail v. Certified Mail

We acknowledge that PTO 10 requires service documents be sent to Bayer Pharma AG by Registered Mail, Return Receipt Requested. Due to misinformation from our postal carrier, we were under the impression that we could use the same form for registered mail and certified mail so long as we added the extra postage for registered mail, return receipt. We added additional postage to the meter for registered mail, but apparently used the incorrect form/mail card. We apologize for the inadvertent oversight in using certified mail versus registered mail. Before receipt of your letters, we believed service to Bayer AG complied with PTO 10.

Based on my review of your letters, you are objecting to service to Bayer Pharma AG of the following cases due to the registered mail issue.

| Joint Complaint Date | Attempted Service Date | Case name | Number |
|---|---|---|---|
| 6/29/15 | 8/13/15 | Henri Cooke | 2:15-cv-02352 |

| | | | |
|---|---|---|---|
| 6/29/15 | 8/13/15 | Lowell Hershberger | 2:15-cv-02482 |
| 6/29/15 | 8/13/15 | Mary McDowell | 2:15-cv-02484 |
| 6/29/15 | 8/13/15 | Billy Wafford | 2:15-cv-02485 |

| Joint Complaint Date | Attempted Service Date | Case name | Number |
|---|---|---|---|
| 8/4/15 | 9/18/15 | Iona Austin o/b/o George Austin, deceased | 2:15-cv-03233 |
| 8/4/15 | 9/18/15 | Ralph Stern o/b/o Mary Stern, deceased | 2:15-cv-03411 |
| 8/4/15 | 9/18/15 | Carol Ellis-Green o/b/o Sarah Green, deceased | 2:15-cv-03404 |
| 8/4/15 | 9/18/15 | Emma Thompson o/b/o Mattie Thomas, deceased | 2:15-cv-03412 |
| 8/4/15 | 9/18/15 | Sterling Brown | 2:15-cv-03402 |
| 8/4/15 | 9/18/15 | Curtis Nottingham | 2:15-cv-03405 |
| 8/4/15 | 9/18/15 | Dorothy Stephens | 2:15-cv-03407 |

| Joint Complaint Date | Attempted Service Date | Case name | Number |
|---|---|---|---|
| 9/4/15 | 10/23/15 | Mary Robinson o/b/o Frances Anderson, deceased | 2:15-cv-04141 |
| 9/4/15 | 10/23/15 | Margaret Bowen o/b/o Willard Bowen, deceased | 2:15-cv-04813 |
| 9/4/15 | 10/23/15 | May Veselovsky o/b/o Fong Fat Gee, deceased | 2:15-cv-04815 |
| 9/4/15 | 10/23/15 | June Hodgkin | 2:15-cv-04817 |
| 9/4/15 | 10/23/15 | Richard Whittington | 2:15-cv-04820 |

| Joint Complaint Date | Attempted Service Date | Case name | Number |
|---|---|---|---|
| 10/23/15 | 12/2/15 | Norma Dickinson | 2:15-cv-05415 |
| 10/23/15 | 12/2/15 | Samuel Jackson | 2:15-cv-05784 |
| 10/23/15 | 12/2/15 | Melissa Jones | 2:15-cv-05790 |
| 10/23/15 | 12/2/15 | Helen King | 2:15-cv-05793 |
| 10/23/15 | 12/2/15 | Bernice Lawson | 2:15-cv-05795 |
| 10/23/15 | 12/2/15 | Clement Martins | 2:15-cv-05804 |
| 10/23/15 | 12/2/15 | Martha Mayberry | 2:15-cv-05806 |
| 10/23/15 | 12/2/15 | Ellis Morgan | 2:15-cv-05808 |



2 | Page

In order to cure any potential deficiencies as soon as possible, we re-served the above referenced cases to Bayer Pharma AG by Registered Mail, Return Receipt Requested, post marked December 11, 2015. The Joint Complaint filed on October 23, 2015 is within the 60 day deadline for service. Please let me know if you are willing to accept service of the Joint Complaints, and individual severed cases, filed on June 29, 2015, August 4, 2015, and September 4, 2015 out of time, or whether it will be necessary to file a motion with the court requesting an extension of time to serve Bayer Pharma AG through the streamlined procedures for informal service of process set forth in PTO 10.

Other objections

It appears that your September 18, 2015 letter claims deficient service to Bayer Corporation due to failure to serve a summons in the *Iona Austin* (2:15-cv-03233) case. Our records indicate that the summons was properly obtained on August 5, 2015 and provided to the process server for service on September 8, 2015 (see attached). Unfortunately, at this time, we are unable to locate the executed proof of service. Accordingly, we will take steps to re-serve Bayer Corporation in the Iona Austin case. Please let me know if you will accept service out of time.

Similarly, your November 30, 2015 letter claims deficient service to Bayer Corporation due to failure to serve a summons in the *Norma Dickinson* (2:15-cv-05415) case. However, our records indicate that the summons was properly served by Tonya M. Welmer to Bayer Corporation on November 20, 2015, along with the Joint Complaint, the Severance Order and the List of Cases, in compliance with PTO 11. Please see the attached summons and proof of service.

I believe we have fully addressed your objections in the letters received to date. If you are aware of any other outstanding issues, please let me know. Again, we apologize for the confusion caused by our unintentional use of certified mail. We intend to correct the error with your permission or leave the Court. If you have questions or prefer to discuss the matter further, I welcome your call.

Best regards,

M. Marvel

Michelle L. Marvel
mmarvel@bflawfirm.com

MLM/sam

cc: Brad Honnold



3 | Page