UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Arin Cunningham

2:15-CV-02141

## MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, Arin Cunningham, by and through his undersigned attorney of record, for his Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, and states as follows:

1. Plaintiff's complaint was initially filed on or about June 15, 2015, as part of a bundled complaint filed directly in the MDL Court.

2. While the Plaintiff has substantially complied with providing the other Plaintiff Fact Sheet (hereinafter "PFS") information and has uploaded his responses and authorizations for defense counsel to the MDL Centrality website, Plaintiff has had significant difficulty obtaining his medical records from providers and requests additional time to obtain and upload the same and provide any remaining responses to the PFS.

3. Plaintiff received a Notice of Deficiency from Defendants on or about November 5, 2015.

4. On or about November 6, 2015, Plaintiff submitted a request for records, which,

upon information and belief, he believed would produce records allowing him to respond to the Notice of Deficiency.

5. Said record request did not produce records which would allow Plaintiff to respond to the Notice of Deficiency; however, Plaintiff, upon information and belief, believed that another provider would be able to produce such records.

6. On or about December 11, 2015, Plaintiff submitted a request for records from said provider and Plaintiff is currently awaiting the production of said records.

7. Plaintiff's Counsel has made continual efforts to request the necessary records to respond to the Notice of Deficiency, and although such requests have not produced the necessary records to respond to the Deficiency yet, there is a currently pending record request.

8. Upon information and belief, Plaintiff believes his currently pending record request will allow him to respond to the Notice of Deficiency.

9. Therefore, Plaintiff will need some additional time to satisfy the PFS Deficiencies, as he awaits the provider's response to his request for records, and Counsel respectfully requests an additional sixty (60) days from the date of this filing (i.e., through March 14, 2016) to satisfy the PFS Deficiencies.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests this Court to grant his Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies and for any further orders deemed just and proper under the circumstances.

Signed: January 14, 2016    Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ John J. Driscoll*
JOHN J. DRISCOLL (MO Bar #54729)
ANDREW KINGHORN (MO Bar #66006)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEY FOR PLAINTIFF**