# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

John Lynn

2:15-CV-02149

## ORDER

THIS MATTER, having come before the Court is Plaintiff, John Lynn's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff, John Lynn's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet is GRANTED. The deadline to satisfy the Plaintiff Fact Sheet Deficiencies is now set for March 14, 2016.

Dated:_____   _____
                                                               Judge Eldon E. Fallon

1