UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Kenneth Niemeier

2:15-CV-01610

## MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, Kenneth Niemeier, by and through his undersigned attorney of record, for his Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, and states as follows:

1. Plaintiff's complaint was filed on or about May 20, 2015 in St. Clair County, Illinois (15-L-185), subsequently removed to federal court, and transferred into the MDL Court (2:15-cv-01610).

2. While the Plaintiff has substantially complied with providing the other Plaintiff Fact Sheet (hereinafter "PFS") information and has uploaded his responses and authorizations for defense counsel to the MDL Centrality website, Plaintiff has had significant difficulty obtaining his medical records from providers and requests additional time to obtain and upload the same and provide any remaining responses to the PFS.

3. Plaintiff received a Notice of Deficiency from Defendants on or about December 9, 2015.

4. At the time Plaintiff received the Notice of Deficiency, he had already previously submitted medical records which he believes provide proof of Xarelto use and proof of his alleged injury.

5. Plaintiff resubmitted said medical records on December 22, 2015; this time highlighting the relevant portions of the records that demonstrate proof of Xarelto use and proof of Plaintiff's alleged injury. In addition, Plaintiff requested additional medical and pharmacy records from a different provider that, on information and belief, Plaintiff believes will produce records with which he can respond to the Notice of Deficiency.

6. Plaintiff is currently awaiting the production of said requested records.

7. Plaintiff's Counsel has made continual efforts to request the necessary records to respond to the Notice of Deficiency and there is currently a pending record request.

8. Upon information and belief, Plaintiff believes his currently pending record request will allow him to respond to the Notice of Deficiency.

9. Therefore, Plaintiff will need some additional time to satisfy the PFS Deficiencies, as he awaits the provider's response to his request for records, and Counsel respectfully requests an additional sixty (60) days from the date of this filing (i.e., through March 14, 2016) to satisfy the PFS Deficiencies.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests this Court to grant his Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies and for any further orders deemed just and proper under the circumstances.

| | |
|---|---|
| Signed: January 14, 2016 | Respectfully submitted,<br><br>**THE DRISCOLL FIRM, P.C.**<br><br>*/s/ John J. Driscoll*<br>JOHN J. DRISCOLL (MO Bar #54729)<br>ANDREW KINGHORN (MO Bar #66006)<br>211 N. Broadway, 40th Floor<br>St. Louis, MO 63102<br>314-932-3232<br>314-932-3233 fax<br>john@thedriscollfirm.com<br>andrew@thedriscollfirm.com<br><br>**ATTORNEY FOR PLAINTIFF** |