UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   )
PRODUCTS LIABILITY LITIGATION  )   MDL No. 2592
                               )
                               )   SECTION L
                               )
                               )   JUDGE ELDON E. FALLON
                               )
                               )   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Grace Gonzales

2:15-cv-02043

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Grace Gonzales in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Gonzales retained the services of The Driscoll Firm, P.C. to represent her in the Xarelto Multidistrict Litigation for her claim.

2. On or about June 12, 2015, the undersigned filed a joint complaint under Case Number 2:15-cv-2091 which included the instant cause of action, which was later severed and assigned Case Number 2:15-cv-02043.

3. On or about June 12, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Gonzales requesting information essential to litigating this case, and requested a response by June 30, 2015.

4. The undersigned called Plaintiff Gonzales multiple times including on July 8th, August 14th, and October 27th, 2015; the undersigned sent additional correspondence to Plaintiff Gonzales, to follow up regarding the information requested in the June 12, 2015 correspondence including letters dated June 29th, August 17th, October 15th, and December 29th, 2015.

5. On or about December 29, 2015 the undersigned sent correspondence to Plaintiff Gonzales requesting that she contact The Driscoll Firm, P.C. regarding her claim and the prior correspondence sent by the law firm. The Driscoll Firm, P.C. warned that failure to respond within ten (10) days would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Gonzales.

6. To date, Plaintiff Gonzales has not provided the information requested or otherwise responded to the correspondence.

7. On information and belief, Plaintiff Gonzales's current mailing address is 6302 Sun Valley Drive, Apt. 1, San Antonio, TX 78227, and her phone number is 210-797-8466.

8. On January 14, 2016, The Driscoll Firm, P.C. served Plaintiff Gonzales with correspondence via certified mail indicating that the law firm must withdraw.

9. For the foregoing reasons, Plaintiff Gonzales failed substantially to fulfill an obligation to her attorney.

10. Further, The Driscoll Firm, P.C. gave Plaintiff Gonzales reasonable warning of the law firm's intent to withdraw unless Gonzales fulfilled the obligation to share information and to communicate with her attorneys.

11. The Driscoll Firm, P.C. notified Plaintiff Gonzales of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: January 14, 2016

                        Respectfully submitted,

                        **THE DRISCOLL FIRM, P.C.**

                        */s/John J. Driscoll*
                        JOHN J. DRISCOLL
                        MO State Bar No. 54729
                        211 N. Broadway, 40th Floor
                        St. Louis, MO 63102
                        314-932-3232
                        314-932-3233 fax
                        john@thedriscollfirm.com
                        **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, I electronically filed the forgoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I caused correspondence to be sent via certified mail to Grace Gonzales at 6302 Sun Valley Drive, Apt. 1, San Antonio, TX 78227 notifying her of all deadlines and court appearances.

                                                          The Driscoll Firm, P.C.

                                                          /s/John J. Driscoll
                                                          John J. Driscoll
                                                          Attorney for Plaintiff