UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Grace Gonzales

2:15-cv-2043

### ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED** that John J. Driscoll, Christopher J. Quinn, Andrew D. Kinghorn and The Driscoll Firm, P.C., are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this _____ day of _____, 2015, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE