# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Art Wolf

2:15-cv-2180

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Art Wolf in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Wolf retained the services of The Driscoll Firm, P.C. to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On May 1, 2015, the undersigned filed a complaint under Case Number 15-L-260 in St. Clair County, Illinois, which was subsequently removed to federal court and transferred into the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about May 12, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Wolf requesting information essential to litigating this case, and requested a response by June 3, 2015.

4. The undersigned sent follow up letters to Plaintiff Wolf on June 15th, June 21st, October 6th, October 27th, November 17th, and December 4th, 2015 regarding the requested information; and the undersigned called Plaintiff Wolf to follow up regarding the requested information on June 12th, July 7th, July 20th, August 25th, September 29th, October 14th, October 16th, November 9th, November 17th,

December 23rd, and December 28th, 2015 and January 11th, 2016; however, to date, Plaintiff Wolf has not provided the information requested.

5. On or about December 4, 2015 the undersigned sent correspondence to Plaintiff Wolf requesting that he contact The Driscoll Firm, P.C. regarding his claim and the above requested information. The Driscoll Firm, P.C. warned that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Wolf.

6. To date, Plaintiff Wolf has not provided the information requested or otherwise responded to the correspondence.

7. On information and belief, Plaintiff Wolf's current mailing address is 3667 Valley Blvd., Space 90, Pomona, CA 91768, and phone number is 909-569-2300.

8. On January 14, 2016, The Driscoll Firm, P.C. served to Plaintiff Wolf correspondence via certified mail indicating that the law firm must withdraw.

9. For the foregoing reasons, Plaintiff Wolf failed substantially to fulfill an obligation to his attorney.

10. Further, The Driscoll Firm, P.C. gave Plaintiff Wolf reasonable warning of the law firm's intent to withdraw unless Wolf fulfilled the obligation to share information and to communicate with his attorneys.

11. The Driscoll Firm, P.C. notified Plaintiff Wolf of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: January 14, 2016

          Respectfully submitted,

          **THE DRISCOLL FIRM, P.C.**

          */s/John J. Driscoll*
          JOHN J. DRISCOLL
          MO State Bar No. 54729
          211 N. Broadway, 40th Floor
          St. Louis, MO 63102
          314-932-3232
          314-932-3233 fax
          john@thedriscollfirm.com
          **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2016, I caused the forgoing document to be electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I caused to be sent correspondence via certified mail to Art Wolf at 3667 Valley Blvd., Space 90, Pomona, CA 91768 notifying him of all deadlines and court appearances.

          The Driscoll Firm, P.C.

          /s/John J. Driscoll
          John J. Driscoll
          Attorney for Plaintiff