UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Patricia Sutphin, on behalf of Ronald Goodermuth v. Janssen Research & Development, LLC, et al., 15-05387*

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum to Defendants' Opposition to Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies filed on behalf of Plaintiff, Patricia Sutphin on behalf of Ronald Goodermuth;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Leave to File Reply Memorandum to Defendants' Opposition to the Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies is **GRANTED** and Plaintiff's Reply Memorandum shall be filed into the record in this matter.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge