UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2592 SECTION: L JUDGE FALLON MAG. JUDGE SHUSHAN |
| THIS DOCUMENT RELATES TO: NEREIDA DIAZ, deceased | : : : : | CIVIL ACTION NO. 2:15-cv-00216-EEF-MBN |

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The law firm of Levin, Fishbein, Sedran & Berman ("LFSB") hereby submits this Motion to Withdraw as counsel for Plaintiff, Nereida Diaz, deceased, and as grounds therefore state as follows:

1. Irreconcilable differences have arisen between the undersigned counsel and Wanda Viswanathan, personal representative of the Estate of Nereida Diaz, appointed on October 8, 2015,[1] making continued representation impossible. Under these circumstances, the undersigned counsel moves to withdraw as counsel of record for Plaintiff in the above-captioned action.

2. Ms. Viswanathan has been informed of counsel's intention to withdraw and provided her 30 days to seek other counsel in advance of the filing of this motion.

3. Ms. Viswanathan informed the undersigned of her intention to seek other counsel after terminating the attorney/client relationship on November 24, 2015. On January 7, 2015, Ms. Viswanathan provided contact information for other counsel. Upon promptly forwarding her materials to her new counsel, counsel has informed LFSB that they will not be taking her case.

---

[1] *See* Letters of Administration, attached hereto as Exhibit "A."

5. Ms. Viswanathan's last known contact information is as follows:

>Wanda Viswanathan
>8234 Swann Hollow Drive
>Tampa FL 33647
>914-310-1254

6. It is apparent that there may exist persistent and ongoing irreconcilable differences between counsel and client.

7. Plaintiff's counsel is unable to detail all of the events which resulted in the conclusion to file this Motion. Without waiving this privilege, Plaintiff's counsel is prepared to discuss these events, *in camera*, with the court, if warranted.

8. Because these same rules seek to preserve the attorney-client privilege (R.P.C. 1.6), **WHEREFORE**, the law firm of Levin Fishbein Sedran & Berman submits this Motion to Withdraw as counsel for Plaintiff, Nereida Diaz, deceased, and all counsel of this firm, move to withdraw as counsel of record for Plaintiff.

By: /s/ Michael M. Weiinkowitz
Arnold Levin, Esquire
Fred S. Longer, Esquire
Michael M. Weinkowitz, Esquire
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia PA 19106
Telephone: (215) 592-1500
Facsimile: (215) 592-4663
alevin@lfsblaw.com
flonger@lfsblaw.com
mweinkowitz@lfsblaw.com

*Attorneys for Plaintiff*

Dated: January 14, 2016

2

## CERTIFICATE OF SERVICE

I, Michael M. Weinkowitz, hereby certify that on this 14th day of January, 2016, a true and correct copy of the Motion to Withdraw as Counsel was served upon all interested parties via ECF electronic filing. Additionally, I hereby certify that a true and correct copy of the Motion to Withdraw as Counsel was served via Certified U.S. Mail, return receipt requested, upon the individual listed below:

Wanda Viswanathan<br>
8234 Swann Hollow Drive<br>
Tampa FL 33647<br>
914-310-1254

/s/ Michael M. Weinkowitz
Michael M. Weinkowitz