**UNITED STATES DISTRICT COURT OF THE**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE SHUSHAN |
| | : | |
| THIS DOCUMENT RELATES TO: | : | CIVIL ACTION NO. 2:15-cv-00216-EEF- |
| | : | MBN |
| NEREIDA DIAZ, deceased | : | |
| | : | |

## ORDER OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Upon consideration of the Motion to Withdraw as Counsel for Plaintiff filed by the law

firm of Levin Fishbein Sedran & Berman, it is hereby **ORDERED** as follows:

1.      The Motion to Withdraw as Counsel for Plaintiff, Nereida Diaz, deceased, is hereby

**GRANTED**.

2.      The law firm of Levin Fishbein Sedran & Berman and all counsel of this firm are

hereby discharged from any further obligation and relieved of any further appearance in this case

on behalf of Plaintiff, Nereida Diaz, deceased.

3.      Until a Notice of Appearance is filed by new counsel, all pleadings and future

papers in this action shall be served upon Plaintiff at the following last known address:

Wanda Viswanathan
8234 Swann Hollow Drive
Tampa FL 33647
914-310-1254

4.      Plaintiff shall have 60 days from the date of this Order to obtain new counsel and

have counsel appear in this action.

1

2

**AND IT IS SO ORDERED** this ___ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE