IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF                    File No.: 15-CP-002446
NEREIDA L. DIAZ,                    Division: Probate

      Deceased.

LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

    WHEREAS, NEREIDA L. DIAZ, a resident of 8234 Swan Hollow Drive, Tampa, Florida, 33647, died on February 13, 2015, owning assets in the State of Florida, and

    WHEREAS, WANDA VISWANATHAN has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

    NOW, THEREFORE, I, the undersigned circuit judge, declare WANDA VISWANATHAN duly qualified under the laws of the State of Florida to act as personal representative of the estate of NEREIDA L. DIAZ, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

    ORDERED Signed on __8__ day of __October__, 2015.

                                          Electronically Conformed 10/8/2015
                                          Circuit Court Judge