UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION: L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

**ORDER**

Considering the foregoing Consent Motion to Set Briefing Deadline and Oral Argument on Deposition Protocol (Rec. Doc.1902 ),

**IT IS ORDERED** that said Motion is **GRANTED** and that Plaintiffs and Defendants shall file briefing regarding proposed deposition protocol issues no later than **January 15, 2016.**

**IT IS FURTHER ORDERED** that the Court shall hear oral argument regarding proposed deposition protocol issues on **January 22, 2016**, immediately following the status conference set to begin at 9:00 a.m. that day.

New Orleans, Louisiana, this  13th  day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

00326115