UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 |
| | | Judge: Eldon E. Fallon |
| THIS DOCUMENT APPLIES TO: | | |
| *Lies v. Janssen Research & Development, et al.* | | 2:15-cv-00420 |
| *Swoopes v. Janssen Research & Development, et al.* | | 2:15-cv-00421 |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: January 15, 2016

                                                                                                              Respectfully submitted,

                                                                                                          /s/ Christopher LoPalo
                                                                                                Christopher LoPalo, Esq.
                                                                                                Napoli Shkolnik & Associates LLP
                                                                                                1301 Avenue of the Americas, 10th Fl.
                                                                                                New York, New York 10019
                                                                                                Tel: (212) 397-1000
                                                                                                Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: January 15, 2016

                                              /s/ Christopher LoPalo
                                            Christopher LoPalo, Esq.