UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| GERALD ALLDAFFER, ET AL.<br>      Plaintiff | JUDGE: ELDON E. FALLON |
| v. | MAGISTRATE JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.<br>      Defendants | Civil Action No: 2:15-cv-03816-EEF-MBN |

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

Defendant Bayer Pharma AG, by and through counsel, appearing specially, and reserving all defenses including without limitation insufficient process, insufficient service of process, and lack of personal jurisdiction, respectfully moves for a second extension of time to respond to Plaintiffs' motion for extension of time within which to serve process. Bayer Pharma AG's response was due on January 12, 2016, and it obtained an extension until Friday, January 15, 2016. However Bayer Pharma AG represents that it needs some additional time, until Tuesday, January 19, 2016, to file its response to Plaintiffs' motion.

Plaintiffs' counsel Douglas R. Plymale was consulted and advised he did not oppose the extension requested herein.

WHEREFORE, Bayer Pharma AG respectfully requests that the Court grant its motion for second extension and give it until Tuesday, January 19, 2016, to respond to Plaintiffs' Motion for Extension of Time to Serve Bayer Pharma AG.

1

2610256-1

January 15, 2016.

        Respectfully submitted,

        By: /s/ *Steven Glickstein*
        Steven Glickstein
        William Hoffman
        KAYE SCHOLER LLP
        250 West 55th Street
        New York, New York 10019-9710
        Telephone: (212) 836-8485
        Facsimile: (212) 836-6485
        sglickstein@kayescholer.com

        By: /s/ *John F. Olinde*
        John F. Olinde (LA Bar #1515)
        CHAFFE McCALL L.L.P.
        1100 Poydras Street
        Suite 2300
        New Orleans, LA 70163
        Telephone: (504) 585-7241
        Facsimile: (504) 544-6084
        olinde@chaffe.com
        *Attorneys for Bayer Pharma AG*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

        /s/      John F. Olinde

2610256-1