**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) | MDL NO. 2592 |
| | ) | SECTION: L |
| GERALD ALLDAFFER, ET AL. | ) | |
|      Plaintiff | ) | JUDGE: ELDON E. FALLON |
| | ) | |
| v. | ) | MAGISTRATE JUDGE: MICHAEL |
| | ) | NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | ) ) | |
|     Defendants | ) | Civil Action No: 2:15-cv-03816-EEF-MBN |
| _____ | ) | |

**ORDER**

Considering the forgoing Motion,

**IT IS ORDERED** that Bayer Pharma AG's Second Motion for Extension of Time to File

Response to Motion for Extension of Time to Serve Bayer Pharma AG be and the same is hereby

**GRANTED.** Bayer Pharma AG is to file its response to Plaintiffs' Motion for Extension of Time

to Serve Bayer Pharma AG by Tuesday, January 19, 2016.

NEW ORLEANS, LOUISIANA, this _____ day of January, 2016.

                                              _____

                                              **ELDON E. FALLON**

                                              **UNITED STATES DISTRICT JUDGE**