UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
   *All Cases*

## ORDER

The Court has been informed that the parties would like to schedule a telephone conference for the purpose of arguing Plaintiffs' Motion to Compel Discovery. R. Doc. 1873. Thus,

It is **ORDERED** that lead and liaison counsel for the parties will attend a telephone conference at 3:30 p.m. on Wednesday, February 3, 2016. Counsel shall use the following call-in information: (877) 336-1839; Access Code: 4227405; Security Code: 020316.

New Orleans, Louisiana this 15th day of January, 2016.

UNITED STATES DISTRICT JUDGE