# EXHIBIT 24

Keith R. Abrams

```
 1            IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2

      IN RE:  XARELTO (RIVAROXABAN): MDL 2592
 3    PRODUCTS LIABILITY LITIGATION:
                                    : SECTION L
 4    THIS DOCUMENT RELATES TO       :
      ALL CASES:                     : JUDGE
 5                                   : ELDON E. FALLON
                                     : MAG. JUDGE NORTH
 6
                            - - -
 7
                       December 15, 2015
 8
                            - - -
 9

10         DEPOSITION OF KEITH R. ABRAMS, a
11    witness herein, called by the Plaintiffs, for
12    examination, taken pursuant to the Federal
13    Rules of Civil Procedure, by and before Karen
14    A. Nickel, a Certified Realtime Reporter and a
15    notary public in and for the Commonwealth of
16    Pennsylvania, at the offices of Eckert,
17    Seamans, Cherin & Mellott, LLC, 600 Grant
18    Street, 44th Floor, Pittsburgh, Pennsylvania,
19    on Tuesday, December 15, 2015, at 9:05 a.m.
20
21
22
23              GOLKOW TECHNOLOGIES, INC.
24         877.370.3377 ph | 917.591.5672 fax
25                  deps@golkow.com
```

Keith R. Abrams

```
 1   COUNSEL PRESENT:
 2
 3   LEVIN, FISHBEIN, SEDRAN & BERMAN
 4   BY:  MICHAEL M. WEINKOWITZ, ESQUIRE
 5   510 Walnut Street, Suite 500
 6   Philadelphia, Pennsylvania 19106
 7   mweinkowitz@lfsblaw.com
 8   Counsel for Plaintiffs
 9
10   SEEGER WEISS, LLP
11   BY:  JEFFREY S. GRAND, ESQUIRE
12   One William Street
     New York, New York 10004
13   jgrand@seegerweiss.com
     Counsel for Plaintiffs
14
     SCHLICTER, BOGARD & DENTON, LLP
15   BY:  ROGER C. DENTON, ESQUIRE
16   100 South Fourth Street, Suite 900
     St. Louis, Missouri 63102
17   rdenton@uselaw.com
     For the Plaintiffs
18
     BRADLEY ARANT BOULT CUMMINGS, LLP
19   BY:  TRIPP HASTON, ESQUIRE
     One Federal Place
20   1819 Fifth Avenue North
     Birmingham, Alabama 35203
21   thaston@babc.com
     Counsel for Defendants
22   Bayer Healthcare Pharmaceuticals, Inc.
23   and Bayer Pharma AG
24
25
```

```
 1   KAYE SCHOLER, LLP
     BY:  MICHAEL L. GRUVER, ESQUIRE
 2   250 West 55th Street
     New York, New York 10019
 3   michael.gruver@kayescholer.com
     Counsel for the Defendant Bayer
 4

     DRINKER BIDDLE & REATH, LLP
 5   BY:  DEIRDRE R. KOLE, ESQUIRE
 6   600 Campus Drive
     Florham Park, New Jersey 07932
 7   deirdre.kole@dbr.com
     Counsel for the Defendant Janssen
 8
 9
10                     -    -    -
                     I N D E X
11                     -    -    -
     WITNESS                                PAGE
12   Keith R. Abrams
13
14       By Mr. Weinkowitz                    5
15       By Mr. Grand                  219, 255
16       By Mr. Haston                      252
17
18
19
20
21
22
23
24
25
```

Angela Giusti, Ph.D.

```
 1       IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2                    - - -
 3
    IN RE: XARELTO®            :
 4  (RIVAROXABAN)               : MDL 2592
    PRODUCTS LIABILITY          :
 5  LITIGATION                  : SECTION L
                                :
 6  THIS DOCUMENT RELATES       : JUDGE ELDON FALLON
    TO ALL CASES                : MAG. JUDGE NORTH
 7
 8                    - - -
 9            December 11, 2015
10                    - - -
11            Videotape deposition of
12  ANGELA GIUSTI, PH.D., taken pursuant to
13  notice, was held at the law offices of
14  Drinker Biddle and Reath, LLP, 105 College
15  Road East, Suite 300, Princeton, New Jersey
16  08542, commencing at 9:00 a.m., on the
17  above date, before Amanda Dee
18  Maslynsky-Miller, a Certified Realtime
19  Reporter and Certified Court Reporter for
20  the State of New Jersey.
21
22                    - - -
23          GOLKOW TECHNOLOGIES, INC.
        877.370.3377 ph | 917.591.5672 fax
24             deps@golkow.com
```

Angela Giusti, Ph.D.

```
 1   APPEARANCES:
 2
 3
     REPRESENTING THE PLAINTIFFS' STEERING
 4   COMMITTEE:
 5
 6         SCHLICHTER, BOGARD & DENTON, LLP
           BY:  ROGER C. DENTON, ESQUIRE
 7         100 South Fourth Street
           St. Louis, Missouri 63102
 8         (314) 621-6115
           Rdenton@uselaws.com
 9
10
11
           THE D'ONOFRIO FIRM, LLC
12         BY: LOUIS F. D'ONOFRIO, ESQUIRE
           303 Chestnut Street
13         Philadelphia, Pennsylvania 19106
           (215) 923-1056
14         Ldonofrio@donofriofirm.com
15
16
17         NAST LAW, LLC
           BY: DANIEL N. GALLUCCI, ESQUIRE
18         1101 Market Street, Suite 2801
           Philadelphia, Pennsylvania 19107
19         (215) 923-9300
           Dgallucci@nastlaw.com
20
21
22
23
24
```

```
 1   APPEARANCES CONT.
 2
     REPRESENTING THE PLAINTIFFS' STEERING
 3   COMMITTEE:
 4   VIA TELEPHONE:
 5
            LEVIN, FISHBEIN, SEDRAN & BERMAN
 6          BY:  MICHAEL M. WEINKOWITZ, ESQUIRE
            510 Walnut Street, Suite 500
 7          Philadelphia, Pennsylvania 19106
            (215) 592-1500
 8          MWeinkowitz@lfsblaw.com
 9
10   REPRESENTING DEFENSE:
11
12          DRINKER BIDDLE & REATH, LLP
            BY: DEIRDRE R. KOLE, ESQUIRE
13          BY: SUSAN M. SHARKO, ESQUIRE
            BY: JULIE L. TERSIGNI, ESQUIRE
14          600 Campus Drive
            Florham Park, New Jersey 07932
15          (973) 549-7000
            Deirdre.Kole@dbr.com
16          Susan.Sharko@dbr.com
            Julie.Tersigni@dbr.com
17
18
19
            BRADLEY ARANT BOULT CUMMINGS, LLP
20          BY: TRIPP HASTON, ESQUIRE
            One Federal Place
21          1819 Fifth Avenue North
            Birmingham, Alabama 35203
22          (205) 521-8303
            Thaston@babc.com
23
24
```

Protected - Subject to Further Protective Review

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2

     IN RE:  XARELTO (RIVAROXABAN) :MDL 2592
 3   PRODUCTS LIABILITY LITIGATION :
                                   :SECTION L
 4   THIS DOCUMENT RELATES TO       :
     ALL CASES                     :JUDGE ELDON E. FALLON
 5                                 :MAG. JUDGE NORTH
 6                     - - -
 7            PROTECTED - SUBJECT TO FURTHER
                   PROTECTIVE REVIEW
 8
 9                  July 15, 2015
10                     - - -
11       Oral sworn videotaped deposition of JAMES
12   P. MITTENTHAL, held at DRINKER BIDDLE and REATH,
13   LLP, 600 Campus Center, Florham Park, New
14   Jersey, on the above date, beginning at
15   approximately 9:11 a.m., before Margaret M.
16   Reihl, a Registered Professional Reporter,
17   Certified Realtime Reporter and Notary Public.
18
19
20
21
22            GOLKOW TECHNOLOGIES, INC.
23         877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

Golkow Technologies, Inc.                                    Page 1

```
        Protected - Subject to Further Protective Review

 1   A P P E A R A N C E S:
 2
     SEEGER WEISS LLP
 3   BY:  DAVID R. BUCHANAN, ESQUIRE
          CALYPSO TAYLOR, PARALEGAL
 4   77 Water Street
     New York, New York  10005
 5   (212) 584-0700
     dbuchanan@seegerweiss.com
 6   Counsel for Plaintiffs
 7
 8   SCHLICHTER, BOGARD & DENTON, LLP
     BY:  ROGER C. DENTON, ESQUIRE
 9   100 South Fourth Street
     St. Louis, Missouri 63102
10   (314) 621-6115
     rdenton@uselaw.com
11   Counsel for Plaintiffs
12
13   ECKERT SEAMANS CHERIN & MELLOTT, LLC
     BY:  TIMOTHY S. COON, ESQUIRE
14   600 Grant Street
     44th Floor
15   Pittsburgh, Pennsylvania  15219
     (412) 566-1214
16   tcoon@eckertseamans.com
     Counsel for Bayer Defendants
17
18
     TUCKER ELLIS, LLP
19   BY:  MICHAEL C. ZELLERS, ESQUIRE
     515 South Flower Street
20   Forty-Second Floor
     Los Angeles, California  90071
21   (213) 430-3301
     michael.zellers@tuckerellis.com
22   Counsel for Defendants
     Janssen and Johnson & Johnson
23
24
```

Protected - Subject to Further Protective Review

```
 1  A P P E A R A N C E S:  (continued)
 2
    DRINKER, BIDDLE & REATH LLP
 3  BY:  JENNIFER LA MONT, ESQUIRE
    600 Campus Drive
 4  Florham Park, New Jersey   07932
    (973) 549-7000
 5  jennifer.lamont@dbr.com
          - AND -
 6  BY:  MOLLY E. FLYNN, ESQUIRE
    One Logan Square, Suite 2000
 7  Philadelphia, Pennsylvania  19103
    (215) 988-2836
 8  molly.flynn@dbr.com
    Counsel for Defendants
 9  Janssen and Johnson & Johnson
10
11
12  Also Present:  Greg Fields, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
```