# EXHIBIT 26

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

In Re: Testosterone Replacement Therapy Products
Liability Litigation, et al.

Plaintiff,

v.

Case No.:
1:14−cv−01748
Honorable
Matthew F.
Kennelly

Eli Lilly and Company, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 1, 2015:

    MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 10/1/2015. Motion by plaintiffs' steering committee's motion to compel production of deponent personnel files [995] is granted in part as discussed in open court. A draft order is to be submitted to Judge Kennelly's proposed order email address. Motion for supplemental request for information on case pool [992] is denied without prejudice; the requested information need not be produced in advance of the bellwether selections by the parties. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.