# EXHIBIT 28

**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, NJ 07102
(973) 639-9100

**Attorneys for Plaintiff**

**FILED**

OCT 1 4 2004

CAROL E. HIGBEE, J.S.C.

```
------------------------------------------------------------ x
                                                             :
In Re: VIOXX LITIGATION                                      :    SUPERIOR COURT OF NEW JERSEY
                                                             :    LAW DIVISION: ATLANTIC COUNTY
                                                             :
                                                             :    CASE CODE 619
                                                             :    CIVIL ACTION
                                                             :
                                                             :          ORDER
                                                             :
------------------------------------------------------------ x
                                                             :
APPLICABLE TO ALL CASES                                      :
                                                             :
                                                             :
------------------------------------------------------------ x
```

**THIS MATTER** having come before the Court on September 28, 2004 and

counsel for plaintiffs and counsel for defendant having been present and for good cause

shown,

**IT IS** on this 14 day of ~~September~~ Oct, 2004,

**ORDERED** as follows:

1.      Subject to paragraph 2, Defendant Merck & Co., Inc. ("Merck") shall

produce VIOXX-related information from the personnel files of any deponent that is a

current or former employee of Merck.

2.      Where Defendant objects to the production of such files on the basis that

the VIOXX-related information is not relevant or otherwise should not be produced,

NY 887147_1

Defendant shall, upon notice to Plaintiffs, submit such documents to the Court for *in camera* review.

        3.      In the event there is no VIOXX®-related information in the personnel file of a deponent, Merck shall provide a certification to that effect.

_____

Honorable Carol E. Higbee, J.S.C.

  **X**  Opposed

_____ Unopposed

NY 887147_1