# EXHIBIT 30

1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

12

13

IN RE:  BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
PRODUCT LIABILITY LITIGATION

CASE NO. M:05-CV-01699-CRB

MDL No. 1699

14

15

This Order Relates to:

ALL CASES.

**PRETRIAL ORDER NO. 17:  EQUIPMENT
AND TECHNIQUES FOR VIDEOTAPED
DEPOSITIONS**

16

17          1.      <u>Order Applicable to All Cases in MDL Proceedings</u>.  This Order shall

18   apply to all cases currently pending in MDL No. 1699 and to all related actions that have been or

19   will be originally filed in, transferred to, or removed to this Court and assigned thereto

20   (collectively, "the MDL proceedings").  This Order is binding on all parties and their counsel in

21   all cases currently pending or subsequently made a part of these proceedings and shall govern

22   each case in the proceedings unless it explicitly states that it relates only to specific cases.

23          2.      <u>Scope of Order</u>.  Pursuant to paragraph 34(b) of Pretrial Order No. 4, the

24   parties have met and conferred regarding the equipment and techniques to be used to videotape

25   depositions of witnesses in the MDL proceedings, and in particular have reviewed the sample

26   order in the *Manual for Complex Litigation, Fourth*, § 40.29, paragraph 9(b)(1)(i) to (v).  This

27   Order shall govern any and all depositions in the MDL proceedings.

28   /////

-1-

1          3.     Video Operator.  The operator(s) of the videotape recording equipment

2    shall be subject to the provisions of Fed. R. Civ. P. 28(c).  At the commencement of the

3    deposition the operator(s) shall swear or affirm to record the proceedings fairly and accurately.

4          4.     Attendance.  Each witness, attorney, and other person attending the

5    deposition shall be identified on camera at the commencement of the deposition.  Thereafter, only

6    the deponent (and any demonstrative materials and exhibits used during the deposition, which

7    may be taped via split screen) will be videotaped.

8          5.     Standards.  The deposition will be conducted in a manner to replicate, to

9    the extent feasible, the presentation of evidence at a trial.  Unless physically incapacitated, the

10   deponent shall be seated at a table or in a witness box except when reviewing or presenting

11   demonstrative materials for which a change in position is needed.  To the extent practicable, the

12   deposition will be conducted in a neutral setting, against a solid background, with only such

13   lighting as is required for accurate video recording.  Lighting, camera angle, lens setting, and field

14   of view will be changed only as necessary to record accurately the natural body movements of the

15   deponent or to portray exhibits and materials used during the deposition.  Sound levels will be

16   altered only as necessary to record satisfactorily the voices of counsel and the deponent.  Eating

17   and smoking by deponents or counsel during the deposition will not be permitted.

18         6.     Interruptions.  Videotape recording will be suspended during all "off the

19   record" discussions.

20         7.     Index.  The videotape operator shall use a counter on the recording

21   equipment and after completion of the deposition shall prepare a log, cross-referenced to counter

22   numbers, that identifies the positions on the tape at which examination by different counsel

23   begins and ends, objections are made and examination resumes at which exhibits are identified,

24   and any interruption of continuous tape recording occurs, whether for recesses, "off the record"

25   discussions, mechanical failure, or otherwise.

26         8.     Use of Depositions at Trial.  Prior to any trial, the parties shall meet and

27   confer with respect to the use of any videotaped deposition testimony or exhibits (including

28   exhibits displayed through trial software such as Trial Director, Summation, or Concordance).

PRETRIAL ORDER NO. 17:  EQUIPMENT AND TECHNIQUES FOR
VIDEOTAPED DEPOSITIONS – M:05-CV-01699-CRB

1    The procedures for and manner of display of any such testimony or exhibits to the jury at trial

2    shall be the subject of a further order by this Court.

3              9.     <u>No Amendment to Other Pretrial Orders</u>.  This Order shall not be construed

4    to amend any other provision of the Pretrial Orders entered by this Court.

5    **IT IS SO ORDERED.**

6

7    Dated:  October 20, 2006                                   _____/s/_____

8                                                                        HONORABLE CHARLES R. BREYER
                                                                         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

PRETRIAL ORDER NO. 17:  EQUIPMENT AND TECHNIQUES FOR
VIDEOTAPED DEPOSITIONS – M:05-CV-01699-CRB