# EXHIBIT 31

Keith R. Abrams

```
 1              IN THE UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA
 2

       IN RE:  XARELTO (RIVAROXABAN): MDL 2592
 3     PRODUCTS LIABILITY LITIGATION:
                                     : SECTION L
 4     THIS DOCUMENT RELATES TO       :
       ALL CASES:                     : JUDGE
 5                                    : ELDON E. FALLON
                                      : MAG. JUDGE NORTH
 6
                                - - -
 7
                         December 15, 2015
 8
                                - - -
 9

10           DEPOSITION OF KEITH R. ABRAMS, a
11     witness herein, called by the Plaintiffs, for
12     examination, taken pursuant to the Federal
13     Rules of Civil Procedure, by and before Karen
14     A. Nickel, a Certified Realtime Reporter and a
15     notary public in and for the Commonwealth of
16     Pennsylvania, at the offices of Eckert,
17     Seamans, Cherin & Mellott, LLC, 600 Grant
18     Street, 44th Floor, Pittsburgh, Pennsylvania,
19     on Tuesday, December 15, 2015, at 9:05 a.m.
20
21
22
23              GOLKOW TECHNOLOGIES, INC.
24         877.370.3377 ph | 917.591.5672 fax
25                 deps@golkow.com
```

```
 1   identify this document for the record?
 2        A.    Yes.  This document is the
 3   organizational structure of Bayer Healthcare
 4   Pharmaceuticals, Inc., as of January 1, 2013.
 5        Q.    No. 11, Exhibit 11 XARELTO_BHCP
 6   06291217 through XARELTO_BHCP 06291229, can you
 7   identify this document for the record?
 8        A.    This document states that it is the
 9   organizational structure of Bayer Healthcare
10   Pharmaceuticals, Inc. as of January 1, 2014.
11        Q.    Did you review Exhibits 10 and 11 in
12   preparation for your deposition today?
13        A.    Yes.
14        Q.    BHCP -- I am sorry, No. 12,
15   XARELTO_BHCP 06291194 through XARELTO_BHCP
16   06291216, can you identify this document for
17   the record?
18        A.    Yes.  This document states it is the
19   organizational structure of Bayer Healthcare
20   Pharmaceuticals, Inc. as of January 1, 2015.
21        Q.    Did you review this document in
22   preparation for your deposition today?
23        A.    I did, yes.
24        Q.    And were all of these documents
25   prepared in the regular course of business
```

Keith R. Abrams

```
 1   before --
 2                MR. HASTON:   Object to the
 3   form.
 4                THE WITNESS:   I don't have
 5   the knowledge of how these were prepared.
 6        Q.   Do these appear to be business
 7   documents, sir?
 8                MR. HASTON:   Object to the
 9   form.
10                THE WITNESS:   These appear to
11   be documents which I have generated by a
12   program which -- from which you can prepare
13   organizational charts or employ organizational
14   charts.
15        Q.   Is that program used in the regular
16   course of BHCP's business?
17        A.   I don't have an answer to that.
18                MR. WEINKOWITZ:   Can we
19   stipulate these are business records?
20                MR. HASTON:   No, we can't do
21   that, but we can stipulate that they are
22   documents that he produced and reviewed in
23   preparation for his deposition.
24                MR. WEINKOWITZ:   So are we
25   going to have a difficulty with business
```