UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EXHIBIT 32 TO MEMORANDUM IN SUPPORT OF THE ENTRY OF THE PLAINTIFFS' STEERING COMMITTEE'S VERSION OF A PRE-TRIAL ORDER REGARDING DEPOSITION GUIDELINES**

# FILED UNDER SEAL