UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Unredacted Version of Brief and Exhibit Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached UNREDACTED version of Memorandum in Support of the Entry of the Plaintiffs' Steering Committee's Version of a Pre-Trial Order Regarding Deposition Guidelines [Rec. Doc. 1920] and Exhibit 32 attached thereto, be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge