UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**UNREDACTED VERSION OF MEMORANDUM IN SUPPORT OF THE ENTRY OF THE PLAINTIFFS' STEERING COMMITTEE'S VERSION OF A PRE-TRIAL ORDER REGARDING DEPOSITION GUIDELINES AND EXHIBIT 32**

# FILED UNDER SEAL