# EXHIBIT C

**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, NJ 07102
(973) 639-9100

**Attorneys for Plaintiff**

**FILED**

OCT 1 4 2004

CAROL E. HIGBEE, J.S.C.

---------------------------------------------------------- x
                                                           :
In Re: VIOXX LITIGATION                                    :   SUPERIOR COURT OF NEW JERSEY
                                                           :   LAW DIVISION: ATLANTIC COUNTY
                                                           :
                                                           :   CASE CODE 619
                                                           :   CIVIL ACTION
                                                           :
                                                           :        **ORDER**
                                                           :
---------------------------------------------------------- x
                                                           :
APPLICABLE TO ALL CASES                                    :
                                                           :
                                                           :
---------------------------------------------------------- x

**THIS MATTER** having come before the Court on September 28, 2004 and counsel for plaintiffs and counsel for defendant having been present and for good cause shown,

IT IS on this 14th day of ~~September~~ Oct, 2004,

**ORDERED** as follows:

1. Subject to paragraph 2, Defendant Merck & Co., Inc. ("Merck") shall produce VIOXX-related information from the personnel files of any deponent that is a current or former employee of Merck.

2. Where Defendant objects to the production of such files on the basis that the VIOXX-related information is not relevant or otherwise should not be produced,

NY 887147_1

Defendant shall, upon notice to Plaintiffs, submit such documents to the Court for *in camera* review.

3.  In the event there is no VIOXX®-related information in the personnel file of a deponent, Merck shall provide a certification to that effect.

_____
Honorable Carol E. Higbee, J.S.C.

**X** Opposed

\_\_\_\_ Unopposed