# EXHIBIT D

HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 HUDSON STREET, SUITE 3601
JERSEY CITY, NEW JERSEY 07302-3918
Telephone: (201) 536-9220
Telecopy: (201) 536-0799

DECHERT LLP
A Pennsylvania Limited Liability Partnership
Princeton Pike Corporate Center
(Mail To)      P.O. Box 5218, Princeton,
               New Jersey 08543-5218
(Deliver To)   997 Lenox Drive,
               Building Three, Suite 210
               Lawrenceville, New Jersey
               08648
(609) 620-3200

**FILED**

APR 21 2005

**CAROL E. HIGBEE, J.S.C.**

Attorneys for Defendant Merck & Co., Inc.

|  |  |
|---|---|
| IN RE: VIOXX® LITIGATION | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: ATLANTIC COUNTY<br><br>CASE NO. 619<br><br>CIVIL ACTION<br>*APPLICABLE TO ALL CASES*<br><br>**STIPULATION AND ORDER<br>GOVERNING THE USE AND<br>DISTRIBUTION OF MERCK & CO., INC.<br>PERSONNEL DOCUMENTS** |

IT IS ON THIS 21 DAY OF APRIL 2005 HEREBY STIPULATED, AGREED TO AND ORDERED:

1.   This Court previously ordered Merck to produce certain personnel documents of certain current and former Merck employees. This Stipulation and Order will govern the use of documents and distribution of Merck's personnel documents to the extent the terms hereof differ

from the Amended Stipulation and Protective Order Regarding Confidential Information, dated December 16, 2004.

2. The parties agree and it is ordered that Merck will produce the personnel documents on paper to plaintiffs.

3. The parties agree and it is ordered that plaintiffs may not mark a personnel document nor specifically attribute information to personnel documents except:

    a. if the deponent is the subject of that specific personnel document;

    b. if the deponent is a superior of the person reviewed;

    c. if the deponent has authored any portion of the personnel documents, that portion may be used at the deposition of the person who had authored that portion of the personnel documents.

4. If there is a disagreement as to whether a proposed use of a personnel document conforms with this stipulation or is otherwise proper, the parties shall promptly and in good faith meet and confer to attempt to resolve this disagreement.

_____
Wilfred P. Coronato
HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918

DECHERT LLP
A Pennsylvania Limited Liability Partnership
Princeton Pike Corporate Center
P.O. Box 5218, Princeton,
New Jersey 08543-5218

Attorneys for Defendant Merck & Co., Inc.

_____
David R. Buchanan
SEEGER WEISS LLP
550 BROAD STREET, SUITE 920
Newark, New Jersey 07102
(973) 639-9100

ANAPOL, SCHWARTZ, WEISS, COHAN
FELDMAN & SMALLEY
402 Park Boulevard
Cherry Hill, New Jersey 08002
(856) 427-9229

Attorneys for Plaintiffs and Co-Liaison Counsel

SO ORDERED:

_____
Hon. Carol E. Higbee, J.S.C.