UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Elsie Smith v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| No. 2:15-cv-00525 | MAG. JUDGE: MICHAEL NORTH |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

**COMES NOW** Plaintiff, through undersigned counsel, in the above-listed action and respectfully requests that this Court grant her Motion for Extension of Time Within Which to Serve Process and that this Court issue an Order allowing her an additional thirty (30) days from the date of the date of same to serve the Complaint and Summons in the above-listed action on Bayer Pharma AG through the streamlined service procedures for informal service of process set forth in Pre-Trial Order #10. A brief memorandum in support of Plaintiff's Motion is submitted herewith.

Dated: January 18, 2016                    Respectfully Submitted,

                                              /s/Kelly A. Fitzpatrick
                                              Kelly A. Fitzpatrick
                                              VENTURA RIBEIRO & SMITH
                                              235 Main Street
                                              Danbury, CT 06810
                                              Ph: (203) 791-9040
                                              Fax: (203) 791-9264
                                              kfitzpatrick@vrslaw.com

**CERTIFICATE OF SERVICE**

I hereby that a copy of the above and foregoing Motion for Extension of Time Within Which to Serve Process has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kelly A. Fitzpatrick