UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Elsie Smith v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* | SECTION: L |
|  | JUDGE: ELDON E. FALLON |
|  | MAG. JUDGE: MICHAEL NORTH |
| No. 2:15-cv-00525 |  |

## NOTICE OF SUBMISSION

Pursuant to Local Rule 7.2, Plaintiff provides notice that the Motion for Extension of Time Within Which to Serve Process will be submitted to the Court on Wednesday, February 3, 2016 at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: January 18, 2016

Respectfully Submitted,

/s/Kelly A. Fitzpatrick
Kelly A. Fitzpatrick
VENTURA RIBEIRO & SMITH
235 Main Street
Danbury, CT 06810
Ph: (203) 791-9040
Fax: (203) 791-9264
kfitzpatrick@vrslaw.com

## **CERTIFICATE OF SERVICE**

I hereby that a copy of the above and foregoing pleading has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kelly A. Fitzpatrick