UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Elsie Smith by her Attorney In Fact Elisa Smith v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| No. 2:15-cv-00525 | |

## ORDER

Considering the foregoing:

**IT IS ORDERED** that the Motion for Extension of Time Within Which To Serve Process, be and be the same is hereby **GRANTED**, and that the Plaintiff if the above-listed action shall have thirty (30) days from the date of this Order within which to effect service on Defendants Bayer Pharma AG.

NEW ORLEANS, LOUISIANA**,** this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon,
U.S. District Court Judge