# IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

**MDL 2592**  **Section L**  **Judge Eldon Fallon**

## MDL 2592 Counsel Contact Information (Form PTO-4)
Please print or type below.

### ATTORNEY INFORMATION

Check One: [✓] Plaintiff Counsel  [ ] Defense Counsel  [ ] Third Party Defense Counsel

**Last Name:** THALER
**First Name:** LOUIS
**Middle Name/Maiden:**
**Suffix:**

**Address:** 4000 Ponce De Leon Blvd Suite 790
**City:** Coral Gables
**State:** FLORIDA
**Zip:** 33146

**Phone:** 305 446-0100
**Fax:** 305 204-9595
**Direct Dial No.:** ext 600
**Cell Phone:** 305 984-5004
**State/Bar No.:** 360627
**Email Address:** thalerlaw@bellsouth.net

**Party Representing:** Plaintiff Chiara Walshe Crawford, personal representative 2:15-cv-05269 EEF-MBN

**Other Members of Firm Involved in this Litigation:** None

**Assistant Name:** Karla
**Paralegal Name:**

### Choose One Option Below:

[✓] I elect to have Liaison Counsel transmit documents to me via email and consent on an ongoing basis to notify Liaison Counsel of any changes in the above information.

[ ] I do not want to receive orders or other documents form Liaison Counsel.

**Signed:** Louis Thaler
**Date:** 1/18/2016
**Print Name:** LOUIS THALER

Please remit form to: Plaintiffs' Liaison Counsel - Leonard Davis, Herman, Herman & Katz, 820 O'Keefe Ave., New Orleans, LA 70113/Gerald Meunier, Gainsburgh Benjamin, 2800 Energy Centre, 1100 Poydras St., New Orleans, LA 70113 to PLC@MDL2592.com; and Defendants' Liaison Counsel - James Irwin, Irwin Fritchie, 400 Poydras St., Suite 2700, New Orleans, LA 70130 to jirwin@irwinllc.com.