UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO. 2592
SECTION L

CASE NO. 2:15-cv-05269-EEF-MBN
LEAD CASE NO. 2-14-md-02592-EEF-MBN
S.D.FLA. CASE NO. 1:15-cv-23657

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION
*******************************************

CLIONA WALSHE CRAWFORD,
Personal Representative of the ESTATE
of RICHARD BRANDON CRAWFORD,
deceased,
       Plaintiff,
vs.

JANSSEN PHARMACEUTICALS, INC.
and WALGREEN CO. doing business as
WALGREENS #10900, JANSSEN RESEARCH
& DEVELOPMENT, LLC, JOHNSON &
JOHNSON COMPANY, BAYER HEALTHCARE
PHARMACEUTICALS, INC., BAYER
CORPORATION, BAYER HEALTHCARE, LLC,

       Defendants.
_____/

## PLAINTIFF'S INITIAL DISCLOSURES

COMES NOW Plaintiff, CLIONA WALSHE CRAWFORD, Personal Representative of the ESTATE of RICHARD BRANDON CRAWFORD, Deceased, and files her Initial Disclosures pursuant to Rule 26(1) of the Federal Rules of Civil Procedure:

1

1. (a)(1)(A)(i). The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

    (A)    WITNESSES

    1.    Cliona Walshe Crawford, Spouse
           2325 Tequesta Lane
           Coconut Grove, Florida 33133

    2.    Kathyrn Elaine Crawford, Daughter
           320 North Pebble Creek Terrace
           Mustang, Oklahoma 73064

    3.    Anna Joyce Crawford, Daughter
           320 North Pebble Creek Terrace
           Mustang, Oklahoma 73064

    4.    Efrain Garcia, M.D. (PCP for deceased)
           3661 S. Miami Ave - Suite 702
           Miami, FL 33133
           305-857-3330

    5.    Angela Marie Giron, M.D. (PCP for wife)
           3661 S. Miami Ave
           Ste 702
           Miami, FL 33133
           305-857-3330

    6.    Records Custodian
           Mercy Hospital ER (provided initial treatment for injury)
           3661 South Miami Avenue
           Miami, Florida 33133

7. Thomas P. San Giovanni, M.D. (Orthopedic Surgeon)
   UHZ Sports Medicine Institute
   1150 Campo Sano, Suite 200
   Coral Gables, Florida 33146

8. Records Custodian
   Doctors Hospital (place of ankle surgery)
   5000 University Drive
   Coral Gables, Florida 33146

9. Maria Triana, RN (nurse involved in care)
   Doctors Hospital
   5000 University Drive
   Coral Gables, Florida 33146

10. Jon Rivera, RN (nurse involved in care)
    Doctors Hospital
    5000 University Drive
    Coral Gables, Florida 33146

11. Select Physical Therapy (place of physical therapy)
    2150 South Dixie Highway
    Miami, Florida 33133

12. Walgreens (place where Xarelto prescription was filled)
    3490 Bird Road
    Coconut Grove, Florida 33133

13. Miami-Dade County Medical Examiner (performed autopsy)
    1851 N.W. 10th Avenue
    Miami, Florida 33136
    (305) 545-2400

14. Erika Crawford (natural mother of children Kathyrn and Anna; ex-wife of deceased)
    320 North Pebble Creek Terrace
    Mustang, Oklahoma 73064

15. Medical Malpractice Presuit Screening Experts which under Florida Statute Chapter 766 are not subject to discovery

16. Records Custodian (employer of deceased)
    Mentor Worldwide LLC
    33 Technology Drive
    Irvine, CA

2. (a)(1)(A)(ii). A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

(A) Medical/Health records of:

1. Efrain Garcia, M.D.

2. Mercy Hospital ER

3. Thomas P. San Giovanni, M.D., UHZ Sports Medicine Institute

4. Doctors Hospital

5. Select Physical Therapy

6. Walgreens

7. Miami-Dade County Medical Examiner

(B) Employment Records of deceased

(C) Tax returns and wage records of deceased.

3. (a)(1)(A)(iii). Computation of each category of the following damages have not been determined and/or calculated to date unless indicated below:

(A) pain and suffering damages of surviving spouse CLIONA WALSHE CRAWFORD in the past and future;

(B) pain and suffering damages of surviving minor child KATHYRN CRAWFORD in the past and future;

(C) pain and suffering damages of surviving minor child ANNA CRAWFORD in the past and future;

(D) loss of support of each survivor, past and future;

(E) loss of services of each survivor, past and future;

(F) loss of net accumulations;

(G) loss of earnings, past and future;

(H) medical expenses – as the deceased expired at his home, it does not appear as there were medical expenses.

(F) funeral expenses - Vior Funeral Home ($6,435.00)

4. (a)(1)(A)(iv). Any insurance agreement under which an insurance business may be liable:

1. Plaintiff is not yet in possession of any insurance agreements under which an insurance business may be liable.

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed and served this 18th of January, 2016.

*[signature]*

Louis Thaler, Esquire
The Florida Bar No. 360627
LOUIS THALER, P.A.
4000 Ponce De Leon Boulevard
Suite 790
Coral Gables, Florida 33134
(305) 446-0100
(305) 204-9595-Fax
thalerlaw@bellsouth.net