UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>**JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

   DAVID YOUNG

**INDIVIDUAL CIVIL ACTION NO:  2:15-cv-05912**

## MOTION FOR LEAVE TO WITHDRAW

**COMES NOW** Stark & Stark, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff David Young in the above-named case. In support of said Motion, counsel will rely upon the accompanying Declaration of Martin P. Schrama, Esquire, submitted herewith.

A proposed form of Order has been submitted herewith.

Dated: January 19, 2016            Respectfully submitted,

                                   **STARK & STARK**
                                   **A Professional Corporation**

                                   */s/ Martin P. Schrama*
                                    Martin P. Schrama, Esq. (NJ #039581997)
                                    mschrama@stark-stark.com
                                    Stark & Stark
                                    993 Lenox Drive
                                    Lawrenceville, NJ 08648
                                    Tel: 609.896.9060
                                    Fax: 609.896.0629
                                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, a complete copy of the foregoing Motion for Leave to Withdraw as Counsel has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

I further certify, pursuant to Local Rule 83.2.11, that I caused to be sent correspondence via regular and certified mail to David Young at 1920 108 Avenue, Oakland, California 94603 notifying him of all deadlines and court appearances.

>*/s/ Martin P. Schrama*
> Martin P. Schrama, Esq.