# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| WANDA PAYNE, | |
|     Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC., JANSSEN ORTHO LLC, JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC, BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and, BAYER AG, | **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Civil Action No.: 2:15-cv-05310 |
|     Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

84128730.1

| | |
|---|---|
| BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. | DRINKER BIDDLE & REATH LLP |
| Attorneys for Plaintiff<br>Wanda Payne | Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson |
| By: *s/ Andy D. Birchfield, Jr.*<br>     Andy D. Birchfield, Jr. | By: *s/ Susan M. Sharko*<br>     Susan M. Sharko |
| Dated: January 13, 2016 | Dated: January 13, 2016 |
| | KAYE SCHOLER LLP<br>Attorneys for Defendants<br>Bayer Healthcare Pharmaceuticals, Inc. and<br>Bayer Pharma AG |
| | By: *s/ William Hoffman*<br>     William Hoffman |
| | Dated: January 13, 2016 |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  January 19, 2016                    s/Andy D. Birchfield, Jr.
                                                                 Andy D. Birchfield, Jr.