UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO. 2592
SECTION L

CASE NO. 2:15-cv-05269-EEF-MBN
LEAD CASE NO. 2-14-md-02592-EEF-MBN
S.D.FLA. CASE NO. 1:15-cv-23657

IN RE: XARELTO (RIVAROXABAN) PRODUCTS
LIABILITY LITIGATION
**************************************************

CLIONA WALSHE CRAWFORD,
Personal Representative of the ESTATE
of RICHARD BRANDON CRAWFORD,
deceased,
        Plaintiff,
vs.

JANSSEN PHARMACEUTICALS, INC.
and WALGREEN CO. doing business as
WALGREENS #10900, JANSSEN RESEARCH
& DEVELOPMENT, LLC, JOHNSON &
JOHNSON COMPANY, BAYER HEALTHCARE
PHARMACEUTICALS, INC., BAYER
CORPORATION, BAYER HEALTHCARE, LLC,

        Defendants.
_____/

**PLAINTIFF'S NOTICE OF SERVICE OF FACT SHEET (PFS),
REQUESTED EXECUTED AUTHORIZATIONS, AND RECORDS**

    COMES NOW Plaintiff, CLIONA WALSHE CRAWFORD, Personal

Representative of the ESTATE of RICHARD BRANDON CRAWFORD,

Deceased, and files this Notice of Service of Fact Sheet (PFS), Requested

1

CASE NO. 2:15-cv-05269-EEF-MBN

Executed Authorizations and Records as follows:

1. Plaintiff has this date served a verified Plaintiff's Fact Sheet.

2. Plaintiff has this date served the following requested executed Authorizations:

   A. All Health and Medical Providers of Richard Brandon Crawford, deceased.

   B. Employment Records and Information.

   C. Workers Compensation Records (there are none).

   D. Disability Claim Records (there are none).

   E. Health Insurance Records.

   F. All Psychiatric, Psychological and/or Mental Health Providers of Richard Brandon Crawford, deceased (there are none).

3. Plaintiff has this date produced the following medical and health records of Richard Brandon Crawford:

   A. Efrain Garcia, M.D.

   B. Mercy Hospital ER

   C. Thomas P. San Giovanni, M.D., UHZ Sports Medicine Institute

   D. Doctors Hospital

   E. Select Physical Therapy

2

CASE NO. 2:15-cv-05269-EEF-MBN

F. Walgreens

G. Miami-Dade County Medical Examiner

4. Plaintiff has this date produced the W-2 Forms for Richard Brandon Crawford for the years 2009, 2010, 2011, 2012.

5. Plaintiff has this date produced a copy of the docket In Re: *Estate of Richard Brandon Crawford*, Miami-Dade County Probate Case No. 13-1973 (2).

6. Plaintiff has this date produced the Certificate of Death of Richard Brandon Crawford.

7. Plaintiff has this date produced four (4) color photographs of varying angles of the Walgreens Prescription Bottle of Xarelto.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Service of Plaintiff's Fact Sheet (PFS), Requested Executed Authorizations and Records, without attachments, was electronically filed and served this 19th of January, 2016 upon:

**Plaintiff's Liaison Counsel at PLC@MDL2592.com:**
Leonard Davis, Esquire
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, LA 70113
**ldavis@hhklawfirm.com**

3

CASE NO. 2:15-cv-05269-EEF-MBN

Gerald Meunier, Esquire
Gainsburgh Benjamin
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70113
**gmeunier@gainsben.com**

**Defendant's Liaison Counsel:**
James Irwin, Esquire
Irwin Fritchie
400 Poydras Street - Suite 2700
New Orleans, LA 70130
**jirwin@irwinllc.com**

**I FURTHER HEREBY CERTIFY** that the Plaintiff's (unredacted) Fact Sheet (PFS), and any attachments to the Plaintiff's Fact Sheet (PFS), the original Requested Executed Authorizations and the aforementioned Records itemized above, were sent this 19th day of January 2016 by Federal Express to **Defendants' Liaison Counsel** James Irwin, Esquire at the above address. **Should any other counsel or party require copies of these documents, please send a request to undersigned counsel.**

*[signature]*

Louis Thaler, Esquire
The Florida Bar No. 360627
LOUIS THALER, P.A.
4000 Ponce De Leon Boulevard
Suite 790
Coral Gables, Florida 33134
(305) 446-0100
(305) 204-9595-Fax
thalerlaw@bellsouth.net

4