UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LAIBILITY LITIGATION ) | |
| ) | SECTION:L |
| THIS DOCUMENT RELATES TO: ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| *Maria Aparo  et al. v. Janssen Research &* ) | |
| *Development LLC et al.* ) | |
| Case No. 2:15-CV-07151-EEF-MN ) | |

**PLAINTIFF SCOTT L.E. SHUBERT'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

TAKE NOTICE that Plaintiff Scott L.E. Shubert, by and through his attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this Action without prejudice. Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i), no Court order is required or requested. Plaintiff considers this matter closed before this Court and requests that the Court take appropriate action to remove this case from its docket.  The filing of this Notice of Voluntary Dismissal is not intended to have any effect on any of the other bundled Plaintiffs filed in this Action.

Respectfully submitted this 19th day of January, 2016.

By:  **/s/ Steven J. Brady, Esq.**
Steven J. Brady, Esq. (California Bar No. 116651)
Dylan F. Pollard, Esq. (California Bar No. 180306)
BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA  94901
Telephone:	(415) 459-7300
Fax:		(415) 459-7303
E-Mail:		mail@bradylawgroup.com

ATTORNEYS FOR PLAINTIFF SCOTT L.E. SHUBERT

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2016, that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By:   **/S/STEVEN J. BRADY, ESQ.**
     BRADY LAW GROUP
     1015 Irwin Street
     San Rafael, CA 94901
     (415)459-7300
     (415)459-7303 (Fax)
     steve@bradylawgroup.com