# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No: 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |
| MAE HELEN JACKSON, INDIVIDUALLY, AND AS WRONGFUL DEATH HEIR OF RUSSELL JACKSON, DECEASED <br><br> Plaintiff, <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, ET AL, <br><br> Defendants. | Civil Action No.: 2:15-cv-05638 |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff Mae Helen Jackson, Individually, and as Wrongful Death Heir of Russel Jackson, Deceased, in the above-referenced civil action, and by and through her counsel of record hereby files a Motion for Voluntary Dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

1

WHEREFORE, Plaintiff hereby requests that her claim against defendants in this action be voluntarily dismissed without prejudice.

Dated: January 20, 2016

Respectfully submitted,

/s/ *Christopher L. Schnieders*
Christopher L. Schnieders, MO 57725
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Missouri City, MO  64112
Phone: (816) 701-1100
Fax:  (816) 531-2372
cschnieders@wcllp.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 20, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Christopher L. Schnieders*