# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No: 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| MAE HELEN JACKSON, INDIVIDUALLY, AND AS WRONGFUL DEATH HEIR OF RUSSELL JACKSON, DECEASED | |
| | Civil Action No.: 2:15-cv-05638 |
| Plaintiff, | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, ET AL, | |
| Defendants. | |

## ORDER

Considering the foregoing motion,

IT IS ORDERED that Plaintiff's Motion for Voluntary Dismissal Without Prejudice is hereby GRANTED and that Plaintiff's claims against all defendants in *Jackson v. Janssen Research & Development, LLC, et al* (2:15-cv-05638) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge