UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WALTER HELMS, an individual.<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG.<br><br>　　　　　Defendants. | 2:14-md-02592<br>MDL 2592<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.: 2:15-cv-03862-EEF-MBN<br>　　　　ECF Designated |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**

**F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff WALTER HELMS ("Plaintiff") and his counsel hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against Defendants JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN ORTHO LLC,JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON

COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG ("Defendants").  Each party shall bear their own costs and attorney fees.

                                                Respectfully submitted,

DATED:     January 19, 2016     KABATECK BROWN KELLNER LLP


                                           By: /s/        Lina B. Melidonian
                                                  Lina B. Melidonian
                                              Attorneys for Plaintiff