UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| GERALD ALLDAFFER, ET AL.<br>    Plaintiff | JUDGE: ELDON E. FALLON |
| v. | MAGISTRATE JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.<br>    Defendants | Civil Action No: 2:15-cv-03816-EEF-MBN |

## ORDER

Considering the forgoing Motion,

**IT IS ORDERED** that Bayer Pharma AG's Motion for Extension of Time to File Response to Motion for Extension of Time to Serve Bayer Pharma AG be and the same is hereby **GRANTED.** Bayer Pharma AG is to file its response to Plaintiffs' Motion for Extension of Time to Serve Bayer Pharma AG by Friday, January 15, 2016.

NEW ORLEANS, LOUISIANA, this __19th__ day of January, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE