## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :    **MDL No. 2592**
              :
              :    **SECTION L**
              :
              :    **JUDGE ELDON E. FALLON**
              :
_____:    **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**    <u>**JURY TRIAL DEMANDED**</u>

**WILLIAM T. PRECHT**

CIVIL ACTION NO.: 2:15-cv-4718

## <u>ORDER</u>

IT IS ORDERED that Plaintiffs' Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiffs' claims against all defendants in Precht v. Janssen Research & Development, LLC, et al (2:15-cv-4718) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this _____ day of _____, 2016

_____ _____
Hon. Eldon E. Fallon
U.S. District Court Judge