UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2592 |
| | : | SECTION L |
| This Document relates to: | : | |
|    Trisha Pelinsky, et al. v. Janssen | : | JUDGE E. FALLON |
|    Research & Development, LLC, et al. | : | |
|    E.D. La. No. 15-05590 | : | MAG. JUDGE NORTH |

----------------------------------------------------------------

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, who respectfully requests that this Court enter an order for the voluntary dismissal of her case, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(2), each party to bear their own costs. There have been no counterclaims filed against Plaintiff, Trisha Pelinsky. No other claims by any other Plaintiff are affected by this motion.

                                                              Respectfully Submitted

Dated: January 21, 2016                  /s/ Zachary Lowe
                                                              Zachary Peter Lowe (UT 13792)
                                                              Nathan Buttars (UT 13659)
                                                              LOWE LAW GROUP
                                                             6028 S. Ridgeline Drive, Suite 203
                                                             Ogden, UT 84405
                                                             T: 801-917-8500
                                                             F: 801-917-8484
                                                             pete@lowelawgroup.com
                                                             nate@lowelawgroup.com
                                                             *Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2592 <br> SECTION L <br> JUDGE E. FALLON <br> MAG. JUDGE NORTH |

-----------------------------------------------------------------

**THIS DOCUMENT RELATES TO:**                    **JURY TRIAL DEMANDED**

**TRISHA PELINSKY**

CIVIL ACTION NO.: 2:15-CV-05590

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Dismiss Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Nathan Buttars*
Nathan Buttars