# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2592 |
| | : | SECTION L |
| | : | JUDGE E. FALLON |
| | : | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**TRISHA PELINSKY**

CIVIL ACTION NO.: 2:15-CV-05590

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against all defendants in Pelinsky v. Janssen Research & Development, LLC, et al. (2:15-cv-05590) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this ____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge