MINUTE ENTRY
FALLON, J.
JANUARY 22, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　　　MDL NO. 2592
　　　　PRODUCTS LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION: L

THIS DOCUMENT RELATES TO:　　　　　　　　JUDGE FALLON
ALL CASES　　　　　　　　　　　　　　　　　　MAGISTRATE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Toni Tusa

Appearances:　Brian Barr, Esq. and Leonard Davis, Esq. for Plaintiffs' Liaison Counsel
　　　　　　　James Irwin, Esq., William Hoffman, Esq. and Susan Sharko, Esq. for
　　　　　　　　Defendants' Liaison Counsel

1. Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG's Motion for Entry of a Proposed Order Regarding Contact with Physicians   (1844)

After argument - Motion was Taken under Advisement

2. Defendants Bayer Corporation, Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC's Motion for Two Cameras at Depositions (1923)

After argument - Motion was Taken under Advisement


JS10:  1:11