MINUTE ENTRY **<u>AMENDED</u>**
FALLON, J.
JANUARY 22, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        MDL NO. 2592
     PRODUCTS LIABILITY LITIGATION
                                                           SECTION: L

THIS DOCUMENT RELATES TO:           JUDGE FALLON
ALL CASES                                         MAGISTRATE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances: Brian Barr, Esq. and Leonard Davis, Esq. for Plaintiffs' Liaison Counsel
                 James Irwin, Esq., William Hoffman, Esq. and Susan Sharko, Esq. for
                 Defendants' Liaison Counsel

---

Oral Argument was heard regarding Entry of the Plaintiffs' Steering Committee's Version of a Pretrial Order Regarding Deposition Guidelines by Plaintiff Steering Committee

After argument - the Court will issue it's written reasons


Defendants Bayer Corporation, Bayer Pharma AG, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC's Motion for Two Cameras at Depositions (1923)

After argument - Motion was Taken under Advisement


JS10: 1:11