UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Gerald Alldaffer, et al. v. Janssen Research & Development LLC, et al*<br>Case No. 2:15-cv-03816 | | |

# ORDER

Considering the foregoing Motion and finding it to have merit,

**IT IS ORDERED that** Plaintiffs Motion in the captioned matter is **GRANTED** and Plaintiffs are **GRANTED** up and until January 25, 2016 to serve Defendant Bayer Pharm AG under the provisions of PTO 10.

New Orleans, Louisiana on this ____21st____ day of ____January____, 2016

_____
ELDON E. FALLON
UNITED STATE DISTRICT JUDGE