UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Mary L. Walker et al. v. Janssen Research & Development LLC, et al.*
(2:15-CV-01030-EEF-MN);

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals Inc. ("BHCP") and Bayer Pharma AG via the streamlined process as set forth in PTO 10, it is hereby ORDERED that Plaintiffs Mary L. Walker et al. shall have twenty (20) days from the date hereof to serve process on Defendants BHCP and Bayer Pharma AG.

New Orleans, LA, this __21st__ day of _____January_____, 2016

_____
Hon. Eldon E. Fallon
U.S. District Court Judge