## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION | * **MDL NO. 2592** |
| | * **SECTION L** |
| | * |
| | * **JUDGE ELDON E. FALLON** |
| | * |
| | * **MAG. JUDGE NORTH** |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
   *All Cases*

<u>**ORDER**</u>

The Court has been informed that the parties would like to reschedule the bi-weekly telephone discovery conference set for January 26, 2016, at 3:30.  Therefore,

It is **ORDERED** that this conference is scheduled to 2:00 on January 26, 2016, and that lead and liaison counsel will attend.  Counsel shall use the following call-in information: (877) 336-1839; Access Code: 4227405; Security Code: 012616.

New Orleans, Louisiana this 22nd day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE