UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO: *Twyla Gunther v. Janssen Research & Development LLC, et al.* **2:15-cv-06777** | MDL No. 2592 SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE: MICHAEL NORTH |
|---|---|

## MOTION TO DISMISS

COMES NOW Plaintiff, Twyla Gunther, by and through her attorney Seth Webb and Brown & Crouppen, P.C., and, pursuant to Federal Rule of Civil Procedure 41(a)(2), respectfully moves this court to dismiss the above styled action against all defendants **without** prejudice. In support of this motion, counsel for Plaintiff states:

1) Counsel has been unable to contact Ms. Gunther since November 5, 2015.

2) Counsel learned through Ms. Gunther's landlord that Ms. Gunther died sometime later in November.

3) Plaintiff has no spouse or surviving children.

WHEREFORE, the plaintiff prays that this Court enter an order dismissing defendants **without** prejudice.

Dated: January 22, 2016                                              Respectfully submitted,

/s/ Seth S. Webb
**Seth S. Webb #51236**
BROWN AND CROUPPEN, PC
211 N. Broadway, Suite 1600
St. Louis, MO 63102
(314)421-0216
SethW@getbc.com
**Attorneys for Plaintiff**

**Certificate of Service**

I hereby certify that on January 22, 2016 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, and service will be effected according to PTO 11, paragraph 1 (e).

/s/ Seth S. Webb
Seth S. Webb
Attorney for Plaintiffs