UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO:<br><br>*Twyla Gunther v. Janssen Research & Development LLC, et al.*<br><br>**2:15-cv-06777** | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

**ORDER**

Considering the foregoing Motion to Dismiss the above-captioned case,

**IT IS HEREBY ORDERED** that the above-captioned case is hereby dismissed without prejudice as to all defendants.

ORDERED AND SIGNED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE