# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BARBARA RHOADES, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.<br><br>      Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><br>**LEAD DOCKET NO.**<br>**2:16-CV-00234-EEF-MBN** |

## PLAINTIFF ANNIE FOSTER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER HEALTHCARE, LLC

TAKE NOTICE that Plaintiffs Barbara Rhoades, et al., by and through their attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss this Action solely against Bayer Healthcare, LLC without prejudice. Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i), no Court order is required or requested. The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare, LLC is not intended to have any effect on any of the other bundled Plaintiffs filed in this action.

Dated: January 25, 2016

Respectfully submitted,

/s/Lisa Causey-Streete
Lisa Causey-Streete
LA Bar Roll No. 33767
Robert L. Salim
LA Bar Roll No. 11663
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
lcausey@salim-beasley.com
robertsalim@cp-tel.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: January 25, 2016                                                                 /s/Lisa Causey-Streete