UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ESTHER PHILLIS ) <br> ) <br> 2:15-cv-03414 ) <br> ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## MOTION TO AMEND PETITION BY INTERLINEATION
## SUBSTITUTING PLAINTIFFS

COMES NOW Counsel for Plaintiff Esther Phillis, now deceased, and respectfully moves this court for leave to amend Plaintiffs' Petition by interlineation in this action, pursuant to Federal Rule of Civil Procedure 15(a)(2), substituting as Plaintiffs Terry Newman and Kevin Newman, in the form attached hereto as Exhibit A. In support thereof, Counsel has contemporaneously filed a Memorandum of Law in Support.

WHEREFORE, Counsel respectfully requests leave to substitute Plaintiffs Terry Newman and Kevin Newman for former Plaintiff Esther Phillis and to amend Plaintiffs' Petition by interlineation in the form attached hereto as Exhibit A, and for such other relief as is just and reasonable.

By: */s/ Andrew W. Callahan*
Andrew W. Callahan, IL Bar No. 6298280
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone: 618-288-4777
Fax: 618-288-2864
acallahan@toverdict.com
jflint@toverdict.com eflint@toverdict.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*