UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ESTHER PHILLIS 2:15-cv-03414 | | |

**MEMORANDUM OF LAW IN SUPPORT OF MOTION TO AMEND PLAINTIFFS' PETITION BY INTERLINEATION SUBSTITUTING PLAINTIFFS**

COMES NOW Counsel for Plaintiff Esther Phillis, and in support of Counsel's Motion to Amend Plaintiffs' Petition by Interlineation Substituting Plaintiffs, states as follows:

1. This case was filed on March 5, 2015 in Circuit Court for the City of St. Louis, Missouri, as a multi-plaintiff petition. This case was subsequently removed to federal court and transferred into MDL No. 2592 before the instant Court.

2. Plaintiff Esther Phillis died on October 6, 2015. Counsel has previously filed a Suggestion of Death.

3. Counsel now moves this court for leave to amend Plaintiffs' Petition in this action by interlineation, pursuant to Federal Rule of Civil Procedure 15(a)(2).

4. Counsel seeks to substitute Plaintiffs Terry Newman and Kevin Newman for former Plaintiff Esther Phillis, and to amend by interlineation Paragraph 5 (only) of Plaintiffs' Petition in the form attached hereto as Exhibit A.

5. Counsel does not intend to alter or amend the claims of the other named Plaintiffs in this Petition in any way.

6. In support thereof, counsel states that Esther Phillis died unmarried and a

resident of the State of Oklahoma.  Proposed Plaintiffs Terry Newman and Kevin Newman are the only surviving children of Esther Phillis and are the proper parties to bring this action pursuant to Okla. Stat. Ann. tit. 12, § 1054.

7. The proposed amendment by interlineation to paragraph 5 of Plaintiffs' Petition is attached hereto as Exhibit A.

WHEREFORE, Counsel respectfully requests leave to substitute Plaintiffs Terry Newman and Kevin Newman for former Plaintiff Esther Phillis and to amend Plaintiffs' Petition by interlineation in the form attached hereto as Exhibit A, and for such other relief as is just and reasonable.

By: */s/ Andrew W. Callahan*
Andrew W. Callahan, IL Bar No. 6298280
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone: 618-288-4777
Fax: 618-288-2864
acallahan@toverdict.com
jflint@toverdict.com eflint@toverdict.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*