# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ESTHER PHILLIS ) <br> ) <br> 2:15-cv-03414 ) <br> ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## AMENDMENT TO PLAINTIFFS' PETITION BY INTERLINEATION

5. Esther Phillis, deceased, died on October 6, 2015, unmarried and a citizen of the State of Oklahoma. At all pertinent times, Esther Phillis took Xarelto® in the State of Oklahoma, pursuant to a doctor's prescription. On or around February 24, 2014, Esther Phillis suffered an injury in the form of a wrongfully caused bleeding event in the State of Oklahoma. Esther Phillis suffered this bleeding event and the effects attendant thereto, as a direct and proximate result of the unreasonably dangerous and defective nature of Xarelto® and Defendants' wrongful and negligent conduct in the research, development, testing, manufacture, production, promotion, distribution, marketing, and sale of Xarelto®. As a direct and proximate result of these injuries, Esther Phillis incurred medical expenses, endured pain and suffering and loss of enjoyment of life, and was otherwise damaged in a personal and pecuniary nature. Plaintiffs Terry Newman and Kevin Newman are the only surviving children of Esther Phillis, and are the proper parties to bring this action pursuant to Okla. Stat. Ann. tit. 12, § 1054.

By: */s/ Andrew W. Callahan*

Andrew W. Callahan, IL Bar No. 6298280
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone: 618-288-4777
Fax: 618-288-2864
acallahan@toverdict.com
jflint@toverdict.com eflint@toverdict.com
*Attorneys for Plaintiffs*