UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> ESTHER PHILLIS ) <br> ) <br> 2:15-cv-03414 ) <br> ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## ORDER

This matter comes before the Court on Plaintiff's Motion for Leave to Amend Plaintiffs' Petition by Interlineation. The Court having reviewed the same and being sufficiently advised:

It is hereby Ordered that Counsel's Motion to Amend Plaintiff's Petition by Interlineation Substituting Plaintiffs is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2016.

Signed: _____
Hon. Eldon E. Fallon