UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    :
PRODUCTS LIABILITY LITIGATION   :   MDL No. 2592
                                :
                                :   SECTION L
                                :
                                :   JUDGE ELDON E. FALLON
                                :
                                :   MAG. JUDGE MICHAEL NORTH

THIS DOCUMENT RELATES TO:

TAMARA R. HODGMAN,

Civil Action No. 2:15-cv-3973-EEF-MBN

## PLAINTIFF TAMARA HODGMAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER CORPORATION

TAKE NOTICE that Plaintiff Tamara Hodgman, by and through her attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses her Action solely against Bayer Corporation without prejudice. Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i) and Bayer Corporation has not filed an Answer or Motion for Summary Judgment, no Court order is required or requested. The filing of this Notice of Voluntary Dismissal as to Bayer Corporation is not intended to have any effect on any claims against any other Defendants in this action.

Dated:  January 25, 2016                    Respectfully submitted,

                                    By:   /s/ Laura G. Lumaghi
                                          Laura G. Lumaghi (MO Bar #50186)
                                          William T. Dowd (MO Bar #39648)
                                          DOWD & DOWD, P.C.
                                          211 N. Broadway, Suite 4050
                                          St. Louis, MO 63102
                                          (314) 621-2500
                                          Fax: (314) 621-2503

                                                         laura@dowdlaw.net
                                                         bill@dowdlaw.net

                                                     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Notice of Dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                /s/ Laura G. Lumaghi