# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Angela Hardy

2:15-cv-2180

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Angela Hardy in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Hardy retained the services of The Driscoll Firm, P.C. to represent her in the Xarelto Multidistrict Litigation for her claim.

2. On May 1, 2015, the undersigned filed a complaint under Case Number 15-L-260 in St. Clair County, Illinois, which was subsequently removed to federal court and transferred into the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about May 12, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Hardy requesting information essential to litigating this case, and requested a response by June 3, 2015.

4. Counsel sent follow up letters to Plaintiff Hardy on June 15th and August 24th, 2015 regarding the requested information; and Counsel called Plaintiff Hardy to follow up regarding the requested information on June 11th, July 17th, August 14th, November 13th, November 19th, November 30th, December 7th, December 14th, December 18th, December 30th, 2015 and January 7th, January 11th,

January 18th, and January 25th, 2016; however, to date, Plaintiff Hardy has not provided the information requested.

5. On or about December 30, 2015 the undersigned sent correspondence to Plaintiff Hardy requesting that she provide The Driscoll Firm, P.C. with the above requested information. The Driscoll Firm, P.C. warned that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Hardy.

6. To date, Plaintiff Hardy has not provided the information requested or otherwise responded to the correspondence.

7. On information and belief, Plaintiff Hardy's current mailing address is 3069 Henry Ave., Memphis, TN 38112, and phone number is 901-848-1055.

8. On January 25, 2016, The Driscoll Firm, P.C. served to Plaintiff Hardy correspondence via certified mail indicating that the law firm must withdraw.

9. For the foregoing reasons, Plaintiff Hardy failed substantially to fulfill an obligation to her attorney.

10. Further, The Driscoll Firm, P.C. gave Plaintiff Hardy reasonable warning of the law firm's intent to withdraw unless Hardy fulfilled the obligation to share information and to communicate with her attorneys.

11. The Driscoll Firm, P.C. notified Plaintiff Hardy of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: January 25, 2016

          Respectfully submitted,

          **THE DRISCOLL FIRM, P.C.**

         */s/John J. Driscoll*
         JOHN J. DRISCOLL
         MO State Bar No. 54729
         211 N. Broadway, 40th Floor
         St. Louis, MO 63102
         314-932-3232
         314-932-3233 fax
         john@thedriscollfirm.com
         **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2016, I caused the forgoing document to be electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I caused to be sent correspondence via certified mail to 3069 Henry Ave., Memphis, TN 38112 notifying Plaintiff of all deadlines and court appearances.

                  The Driscoll Firm, P.C.

                  /s/John J. Driscoll
                  John J. Driscoll
                  Attorney for Plaintiff