UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Angela Hardy

2:15-cv-2180

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED** that John J. Driscoll, Christopher J. Quinn, Andrew D. Kinghorn and The Driscoll Firm, P.C., are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this _____ day of _____, 2016, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE