## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Andrew Skinner, personal representative for
Tommie Skinner, deceased

2:15-cv-2160

## <u>MOTION FOR LEAVE TO WITHDRAW</u>

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Andrea Skinner in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Skinner retained the services of The Driscoll Firm, P.C. to represent her in the Xarelto Multidistrict Litigation for her claim.

2. On or about June 15, 2015, the undersigned filed the above-referenced case as part of a bundled complaint directly in the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about June 12, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Skinner requesting information essential to litigating this case, and requested a response by June 30, 2015.

4. Counsel sent follow up letters to Plaintiff Skinner on June 29th, August 17th, October 15th, and October 30th, 2015 regarding the requested information; and Counsel called Plaintiff Skinner to follow up regarding the requested information on July 8th, August 14th, August 24th, October 27th, November 12th, November 18th, 2015 and January 19th, January 20th, and January 25th, 2016; however, to date, Plaintiff Skinner has not provided the information requested.

5.  On or about January 12, 2016 the undersigned sent correspondence to Plaintiff Skinner requesting that she contact The Driscoll Firm, P.C. regarding her claim and the above requested information. The Driscoll Firm, P.C. warned that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Skinner.

6.  To date, Plaintiff Skinner has not provided the information requested or otherwise responded to the correspondence.

7.  On information and belief, Plaintiff Skinner's current mailing address is 117 Zuber St., Starkville, MS 39759, and phone number is 662-268-8324.

8.  On January 25, 2016, The Driscoll Firm, P.C. served t o Plaintiff Skinner correspondence via certified mail indicating that the law firm must withdraw.

9.  For the foregoing reasons, Plaintiff Skinner failed substantially to fulfill an obligation to her attorney.

10. Further, The Driscoll Firm, P.C. gave Plaintiff Skinner reasonable warning of the law firm's intent to withdraw unless Skinner fulfilled the obligation to share information and to communicate with her attorneys.

11. The Driscoll Firm, P.C. notified Plaintiff Skinner of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: January 25, 2016

Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/John J. Driscoll*
JOHN J. DRISCOLL
MO State Bar No. 54729
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
**ATTORNEY FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2016, I caused the forgoing document to be electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I caused to be sent correspondence via certified mail to 117 Zuber St., Starkville, MS 39759 notifying Plaintiff of all deadlines and court appearances.


The Driscoll Firm, P.C.

/s/John J. Driscoll
John J. Driscoll
Attorney for Plaintiff