**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Andrew Skinner, personal representative for Tommie Skinner, deceased

2:15-cv-2160

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED** that John J. Driscoll, Christopher J. Quinn, Andrew D. Kinghorn and The Driscoll Firm, P.C., are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this _____ day of _____, 2016, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE