UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*All Cases*

## ORDER

The Court has been informed that the parties would like to reschedule the bi-weekly telephone discovery conference set for January 26, 2016, at 2:00. Therefore,

It is **ORDERED** that the telephone discovery conference set for January 26, 2016, at 2:00 is rescheduled for 3:00 p.m. on Friday, January 29, 2016. Lead and liaison counsel for the parties shall use the following call-in information: (877) 336-1839; Access Code: 4227405; Security Code: 012916.

New Orleans, Louisiana this 25th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE