UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LAIBILITY LITIGATION ) ) ) | MDL NO. 2592 |
| | SECTION:L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON MAG. JUDGE NORTH |
| *Maria Aparo et al. v. Janssen Research & Development LLC et al.* ) ) | |
| Case No. 2:15-CV-07151-EEF-MN ) | |

## PLAINTIFF SCOTT L.E. SHUBERT'S MOTION TO DISMISS WITHOUT PREJUDICE

TAKE NOTICE that Plaintiff Scott L.E. Shubert, by and through his attorneys, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby respectfully requests that this Court enter an order for the voluntary dismissal of his case without prejudice, each party to bear their own costs. There have been no counterclaims filed against Plaintiff Shubert. The filing of this Motion is not intended to have any effect on any of the other bundled Plaintiffs filed in this Action.

Respectfully submitted this 26th day of January, 2016.

By:  **/s/ Steven J. Brady, Esq.**
Steven J. Brady, Esq. (California Bar No. 116651)
BRADY LAW GROUP
1015 Irwin Street
San Rafael, CA  94901
Telephone:     (415) 459-7300
Fax:               (415) 459-7303
E-Mail:          mail@bradylawgroup.com

ATTORNEYS FOR PLAINTIFF SCOTT L.E. SHUBERT

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2016, that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

          By:    **/S/STEVEN J. BRADY, ESQ.**
                 BRADY LAW GROUP
                 1015 Irwin Street
                 San Rafael, CA 94901
                 (415)459-7300
                 (415)459-7303 (Fax)
                 steve@bradylawgroup.com