UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LAIBILITY LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) *Maria Aparo et al. v. Janssen Research &* ) *Development LLC et al.* ) Case No. 2:15-CV-07151-EEF-MN ) | MDL NO. 2592 SECTION:L JUDGE FALLON MAG. JUDGE NORTH |

## **ORDER**

IT IS ORDERED that Plaintiff Scott L.E. Shubert's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against all defendants in *Shubert v. Janssen Research and Development LLC et al.* (2:15-CV-07151) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this_____ day of _____, 2016

Hon. Eldon E. Fallon

U.S. District Judge

1