# EXHIBIT 1



European Medicines Agency - Science, medicines, health

# Meeting highlights from the Committee for Medicinal Products for Human Use (CHMP) 14-17 December 2015

18/12/2015

## Meeting highlights from the Committee for Medicinal Products for Human Use (CHMP) 14-17 December 2015

**Nine medicines recommended for authorisation, 93 overall in 2015**

The European Medicines Agency's Committee for Medicinal Products for Human Use (CHMP) recommended nine new medicines for marketing authorisation at its December 2015 meeting. This brings the total number of medicines recommended for approval by the CHMP in 2015 to 93.

The CHMP recommended granting a conditional marketing authorisation for **Tagrisso** (osimertinib) for the treatment of non-small cell lung cancer (NSCLC). The Committee reviewed Tagrisso under EMA's accelerated assessment program. Conditional approval and accelerated assessment are two of the Agency's main mechanisms to facilitate earlier access by patients to medicines that fulfil unmet medical needs. For more information, please see the press release in the grid below.

Another medicine for NSCLC, **Portrazza** (necitumumab), also received a positive opinion from the Committee.

**Neofordex** (dexamethasone), a medicine with an orphan designation, received a positive opinion for the treatment of symptomatic multiple myeloma. Neofordex was submitted as a hybrid application. This type of application relies in part on the results of studies carried out with a reference product and in part on new data.

The CHMP recommended granting a marketing authorisation for **Feraccru** (ferric maltol) for the treatment of iron deficiency anaemia in patients with inflammatory bowel disease.

**Zurampic** (lesinurad) received a positive opinion from the Committee for the treatment of hyperuricaemia (an excess of uric acid in the blood).

The CHMP recommended granting a marketing authorisation for **Vaxelis**, a vaccine against diphtheria, tetanus, pertussis, hepatitis B, poliomyelitis and invasive diseases caused by *Haemophilus influenzae* type B.

**Iblias** and **Kovaltry** (octocog alfa) received positive opinions for the treatment and prophylaxis of bleeding in patients with haemophilia A. These are duplicate applications, meaning that the

company provided the same sets of clinical data to support the marketing authorisation applications of both medicines.

One generic medicine received a positive opinion from the Committee: **Caspofungin Accord** (caspofungin) for the treatment of fungal infections.

### Negative opinion on new medicine

The CHMP adopted a negative opinion for **Dropcys** (mercaptamine hydrochloride) which was intended to prevent and treat cystinosis affecting the eye. For more information, please see the questions-and-answers document in the grid below.

### Six recommendations on extensions of therapeutic indication

The Committee recommended extensions of indication for **Brilique**, **Nplate**, **Revolade, Tarceva** and two extensions of indication for **Cyramza**.

### New advice for doctors and patients on Gilenya

The CHMP gave new advice for doctors and patients to minimise the risk of progressive multifocal leukoencephalopathy (PML) and basal cell carcinoma in patients treated with the multiple sclerosis medicine **Gilenya** (fingolimod). For more information, please see the public health communication in the grid below.

### Update on Xarelto

The CHMP is currently evaluating whether a defect with a blood clotting test device used in a study of the anti-clotting medicine **Xarelto** (rivaroxaban) had an impact on the study results. The study, called ROCKET-AF, was used to support the approval of Xarelto for patients with non-valvular atrial fibrillation (a type of irregular heartbeat). The CHMP expects to conclude its assessment in the first quarter of 2016. Once finalised, the CHMP assessment report will be made public.

### Agenda and minutes

The agenda of the December 2015 meeting is published on EMA's website. Minutes of the November 2015 CHMP meeting will be published next week.

### CHMP statistics

Key figures from the December 2015 CHMP meeting are represented in the graphic below.

More information on this, and all other outcomes of the CHMP's December 2015 meeting, is available in the grid below.

## CHMP statistics: December 2015

### Positive opinions on new medicines




### Negative opinions on new medicines




### Positive opinions on extensions of therapeutic indications




### Withdrawn applications

Withdrawn applications   0



[Download image in PDF format](#)

**Positive recommendations on new medicines**

| Name of medicine | Feraccru |
|---|---|
| INN | ferric maltol |
| Marketing-authorisation applicant | Iron Therapeutics (UK) Ltd |
| Therapeutic indication | Treatment of iron deficiency anaemia in patients with inflammatory bowel disease |
| More information | Summary of opinion for Feraccru |

| Name of medicine | Iblias |
|---|---|
| INN | octocog alfa |
| Marketing-authorisation applicant | Bayer Pharma AG |
| Therapeutic indication | |

| | |
|---|---|
| **Name of medicine** | **Iblias** |
| | Treatment and prophylaxis of bleeding in patients with haemophilia A |
| More information | Summary of opinion for Iblias |

| | |
|---|---|
| **Name of medicine** | **Kovaltry** |
| INN | octocog alfa |
| Marketing-authorisation applicant | Bayer Pharma AG |
| Therapeutic indication | Treatment and prophylaxis of bleeding in patients with haemophilia A |
| More information | Summary of opinion for Kovaltry |

| | |
|---|---|
| **Name of medicine** | **Portrazza** |
| INN | necitumumab |
| Marketing-authorisation applicant | Eli Lilly Nederland B.V. |
| Therapeutic indication | Treatment of squamous non-small cell lung cancer |
| More information | Summary of opinion for Portrazza |

| | |
|---|---|
| **Name of medicine** | **Tagrisso** |
| INN | osimertinib |
| Marketing-authorisation applicant | AstraZeneca AB |
| Therapeutic indication | Treatment of non-small cell lung cancer |
| More information | Summary of opinion for Tagrisso<br><br>Press release: EMA fast-tracks new oral treatment for non-small cell lung cancer |

| | |
|---|---|
| **Name of medicine** | **Vaxelis** |
| INN | diphtheria, tetanus, pertussis (acellular, component), hepatitis b (rdna), poliomyelitis (inact.) and haemophilus type b conjugate vaccine (adsorbed) |
| Marketing-authorisation applicant | Sanofi Pasteur MSD SNC |
| Therapeutic indication | |

| | |
|---|---|
| **Name of medicine** | **Vaxelis** |
| | Intended for prophylaxis against diphtheria, tetanus, pertussis, hepatitis B, poliomyelitis and invasive diseases caused by *Haemophilus influenzae* type B |
| More information | Summary of opinion for Vaxelis |

| | |
|---|---|
| **Name of medicine** | **Zurampic** |
| INN | lesinurad |
| Marketing-authorisation applicant | AstraZeneca AB |
| Therapeutic indication | Treatment of hyperuricaemia |
| More information | Summary of opinion for Zurampic |

## Negative recommendation on new medicine

| | |
|---|---|
| **Name of medicine** | **Dropcys** |
| INN | mercaptamine hydrochloride |
| Marketing-authorisation applicant | Lucane Pharma |
| Therapeutic indication | Treatment of corneal cystine deposits |
| More information | Questions and answers on Dropcys |

## Positive recommendation on new generic medicine

| | |
|---|---|
| **Name of medicine** | **Caspofungin Accord** |
| INN | caspofungin |
| Marketing-authorisation applicant | Accord Healthcare Ltd |
| Therapeutic indication | Treatment of fungal infections |
| More information | Summary of opinion for Caspofungin Accord |

## Positive recommendation on new hybrid medicine

| | |
|---|---|
| **Name of medicine** | **Neofordex** |
| INN | dexamethasone |
| Marketing-authorisation applicant | Laboratoires CTRS |
| Therapeutic indication | Treatment of multiple myeloma |
| More information | Summary of opinion for Neofordex |

## Positive recommendations on extensions of therapeutic indications

| Name of medicine | **Brilique** |
|---|---|
| INN | ticagrelor |
| Marketing-authorisation holder | AstraZeneca AB |
| More information | Summary of opinion for Brilique |

| Name of medicine | **Cyramza** |
|---|---|
| INN | ramucirumab |
| Marketing-authorisation holder | Eli Lilly Nederland B.V. |
| More information | Summary of opinion for Cyramza |

| Name of medicine | **Nplate** |
|---|---|
| INN | romiplostim |
| Marketing-authorisation holder | Amgen Europe B.V. |
| More information | Summary of opinion for Nplate |

| Name of medicine | **Revolade** |
|---|---|
| INN | eltrombopag / eltrombopag olamine |
| Marketing-authorisation holder | Novartis Europharm Ltd |
| More information | Summary of opinion for Revolade |

| Name of medicine | **Tarceva** |
|---|---|
| INN | erlotinib |
| Marketing-authorisation holder | Roche Registration Ltd |
| More information | Summary of opinion for Tarceva |

## Public health recommendation

| Name of medicine | **Gilenya** |
|---|---|
| INN | fingolimod |
| Marketing-authorisation holder | Novartis Europharm Ltd |
| More information | New recommendations to minimise risks of the rare brain infection PML and a type of skin cancer with Gilenya |

## Other updates

[Opinions on annual re-assessments, renewals of marketing authorisations and accelerated assessment procedures](#)

[Opinions on safety variations](#)

[Start of Community reviews](#)

[Scientific advice and protocol assistance](#)

[Guidelines and concept papers adopted](#)

[Overview of invented names reviewed in November 2015 by the Name Review Group (NRG)](#)

[Organisational matters](#)

Opinions on consultation procedures on ancillary medicinal substances in medical devices

**How useful is this page?**

**Average rating:**

on
on
on
on
on
on
on
on
on
on

Based on 20 ratings

**Add your rating:**

1
2
3
4
5


[See all ratings](#)


Share
Loading