# EXHIBIT 3



# URGENT: MEDICAL DEVICE CORRECTION

## Alere™ INRatio® PT/INR Monitor system

December 5, 2014

Dear Healthcare Professional,

This letter contains important information concerning the Alere™ INRatio® PT/INR Monitor system (INRatio® Monitor or INRatio® 2 Monitor and INRatio® Test Strips).  A complete list of affected products is attached (Appendix A).  In certain cases an INRatio® PT/INR Monitor system may provide an INR result that is clinically significantly lower than a result obtained using a reference INR system (laboratory method).  This issue can arise if the patient has certain medical conditions, as discussed below.  It can also occur if the instructions in the labeling for performing the test are not followed.

Do <u>NOT</u> use the INRatio® PT/INR Monitor system on patients with any of the following conditions:
- anemia of any type with hematocrit <30%
- any conditions associated with elevated fibrinogen levels including:
    - acute inflammatory conditions (examples may include acute viral or bacterial infections such as pneumonia or influenza)
    - chronic inflammatory conditions (examples may include rheumatoid arthritis, Crohn's disease, ulcerative colitis, infectious liver diseases such as hepatitis, or inflammatory kidney diseases such as diabetic nephropathy and glomerulonephritis)
    - severe infection (e.g. sepsis)
    - chronically elevated fibrinogen for any reason
    - hospitalized or advanced stage cancer or end stage renal disease patients requiring hemodialysis
- any bleeding or unusual bruising, clinically observed or reported by the patient

Patients with any of the conditions listed above should immediately be transitioned to a laboratory INR method for monitoring their INR and warfarin therapy.

In addition, please review and ensure you and your patients (either patients being tested at your facility or your patients who self-test at home) adhere to the following precautions in order to obtain the most accurate results:

- Only patients who have already been stabilized on warfarin should be tested with the INRatio® Monitor system.

- If the INRatio® Monitor system's INR result falls within the therapeutic range, but there is reason to believe the INR could be significantly different (e.g. symptoms such as bleeding or bruising which suggests the therapeutic INR value may be falsely low), testing by an alternative method should be performed immediately.

- Please be aware that the actual value of a supratherapeutic INR result could be higher than the value as measured by the INRatio® Monitor system.

- Only use the Alere INRatio® PT/INR Monitor system on patient samples within the hematocrit range of 30% to 55%.

 **URGENT: MEDICAL DEVICE CORRECTION**

- Apply ONLY one large drop of blood immediately to the test strip.  Never add more blood to a test strip after the test has begun.  Applying additional sample may result in a discrepant result.  If in doubt, repeat the test with a fresh test strip and a fresh drop of blood from a new fingerstick site using a new lancet.

- The monitor should be on a stable surface during the test.  Do not move the monitor during the test.

In addition to the precautions outlined above, Alere recommends that you arrange for your patients to have periodic verification of their INR using a laboratory INR method.  Any patient having a significant discrepant low result on the INRatio® monitor system as compared to the plasma-based laboratory INR method should immediately be transitioned to an alternative method for monitoring their INR and warfarin therapy.  Significant discrepancy in INR results may lead to a delay in an urgent medical decision to reverse a supratherapeutic INR level following the established guidelines for monitoring warfarin therapy.  Such discrepancies are of particular concern when the erroneous INR result is within the therapeutic range but the actual value is supratherapeutic, i.e. when the actual INR value is 6 or greater.  For example, discrepancies in which the laboratory INR value is 6 or greater and the INRatio® INR value is 3 or less are of particular concern.  In such cases, actions should be taken not only to reverse the high INR, but also to transition the patient from the INRatio® system to an alternative INR monitoring method.  You may also consider discrepancies of a lower magnitude to be significantly discrepant, including discrepancies of 1 or 2 INR units compared to the laboratory INR value, based on your professional judgement and medical practice.

Alere also recommends that you arrange to have your patients tested to verify that their hematocrit falls within the range of 30% to 55%.  Patients with hematocrit outside this range should be immediately transitioned to a plasma-based laboratory INR monitoring method.

As part of its commitment to ensuring the safety of patients, Alere has reported these device concerns to the U.S. Food and Drug Administration and is conducting a thorough investigation into these events.

Customers with questions regarding this issue can contact Alere INRatio Recall Hotline at 1-877-929-2579. For additional information customers should go to www.inr-care.com.

Adverse events or quality problems experienced with the use of this product may be reported to the FDA's MedWatch Adverse Event Reporting program either online, by regular mail or by fax.

- Complete and submit the report **Online:**  www.fda.gov/medwatch/report.htm
- **Regular Mail or Fax** Download form www.fda.gov/MedWatch/getforms.htm or call 1-800-332-1088 to request a reporting form, then complete and return to the address on the pre-addressed form, or submit by fax to 1-800-FDA-0178.



# URGENT: MEDICAL DEVICE CORRECTION

## CUSTOMER REQUIRED ACTION

- Ensure you have read and understand the precautions described in the current product labeling (a complete list of product labeling is provided in Appendix A) and the additional precautions in this notice describing medical conditions that may increase the risk of obtaining a (falsely or erroneously) lower than expected INR result.  The INRatio® PT/INR Monitor system should NOT be used if your patient has any of the medical conditions described.

- Verify that your patient has hematocrit within the range of 30% to 55%.  If not, immediately transition your patient to an alternate INR monitoring method.

- Perform INR verification testing for your patients using a laboratory INR test method. Immediately transition any patient with a significantly discrepant low result on the INRatio® PT/INR Monitor system to an alternative INR monitoring method.

- If you have forwarded product to another customer, please provide a copy of this letter to them.

- Please complete and FAX or e-mail the enclosed Reply Form (Appendix B – the last page of this notice) within 10 days to confirm your receipt of this notice. If you have questions regarding this notification, please contact Alere INRatio Recall Hotline by phone at 1-877-929-2579. Additionally we have established a website providing information and frequently asked questions. www.inr-care.com

**Please FAX or e-mail the completed Reply Form to:**
**Alere San Diego, Inc.**
**Fax:  1-877-929-2580**
**Email: Alere4319@stericycle.com.**

We apologize for any inconvenience that this may cause you and your patients.  We appreciate your attention and cooperation in this matter.

Sincerely,

Keith McLain, VP Quality Alere San Diego

 **URGENT: MEDICAL DEVICE CORRECTION**

**Appendix A:  Product List**

| Product | Ref Number | Product Description |
|---|---|---|
| INRatio® Test Strips | 0100071 | Alere INRatio® PT/INR Test Strips, Box of 12 |
|  | 0100139 | Alere INRatio® PT/INR Test Strips, Box of 48 |
|  |  |  |
| INRatio® Monitors | 0100004 | Alere INRatio® PT/INR System Professional |
|  | 0100007 | INRatio® Prothrombin Time (PT) Monitoring System |
|  |  |  |
| INRatio®2 Monitors | 0200431 | Alere INRatio®2 PT/INR Professional Testing System |
|  | 0200432 | Alere INRatio®2 PT/INR Home Monitoring System |
|  | 55128A | Alere INRatio®2 PT/INR Professional Monitoring System |
|  | 55130 | Alere INRatio®2 PT/INR Monitor |

**If you would like to receive an additional copy of the labeling for your product, please contact Alere at 1-877-866-5313.**

 **URGENT: MEDICAL DEVICE CORRECTION**

**Appendix B:  Reply Form**

> **This is a sample Urgent Medical Device Correction. Please use the barcoded Reply Form included with the Urgent Medical Device Correction you receive in the mail.  You may also call 1-877-929-2579 or send an email to Alere4319Web@stericycle.com if you have additional questions regarding this notice.**