# EXHIBIT 5



EUROPEAN MEDICINES AGENCY
SCIENCE MEDICINES HEALTH

18 December 2015
EMA/CHMP/851760/2015
Procedure Management and Committees Support Division

# Committee for medicinal products for human use (CHMP)

## Minutes for the meeting on 16-19 November 2015

Chair: Tomas Salmonson – Vice-Chair: Pierre Demolis

**Health and safety information**

In accordance with the Agency's health and safety policy, delegates are to be briefed on health, safety and emergency information and procedures prior to the start of the meeting.

**Disclaimers**

Some of the information contained in this agenda is considered commercially confidential or sensitive and therefore not disclosed. With regard to intended therapeutic indications or procedure scopes listed against products, it must be noted that these may not reflect the full wording proposed by applicants and may also vary during the course of the review. Additional details on some of these procedures will be published in the CHMP meeting highlights once the procedures are finalised and start of referrals will also be available.

Of note, this agenda is a working document primarily designed for CHMP members and the work the Committee undertakes.

**Note on access to documents**

Some documents mentioned in the agenda cannot be released at present following a request for access to documents within the framework of Regulation (EC) No 1049/2001 as they are subject to on-going procedures for which a final decision has not yet been adopted. They will become public when adopted or considered public according to the principles stated in the Agency policy on access to documents (EMA/127362/2006).

---

30 Churchill Place ● Canary Wharf ● London E14 5EU ● United Kingdom
**Telephone** +44 (0)20 3660 6000 **Facsimile** +44 (0)20 3660 5555
**Send a question via our website** www.ema.europa.eu/contact



An agency of the European Union

© European Medicines Agency, 2015. Reproduction is authorised provided the source is acknowledged.

# Table of contents

## 1.    Introduction    7

**1.1.    Welcome and declarations of interest of members, alternates and experts** ............ 7

**1.2.    Adoption of agenda** ..................................................................................................... 7

**1.3.    Adoption of the minutes** .............................................................................................. 7

**1.4.    Membership Announcement** ........................................................................................ 7

## 2.    Oral Explanations    7

**2.1.    Pre-authorisation procedure oral explanations** ......................................................... 7

2.1.1.    - mercaptamine - Orphan - EMEA/H/C/003769 .............................................................. 7

2.1.2.    - mercaptamine - Orphan - EMEA/H/C/004038 .............................................................. 8

2.1.3.    - ferric maltol - EMEA/H/C/002733 ................................................................................. 8

2.1.4.    - dexamethasone - Orphan - EMEA/H/C/004071 ............................................................ 8

2.1.5.    - necitumumab - EMEA/H/C/003886 ............................................................................... 8

**2.2.    Re-examination procedure oral explanations** ............................................................ 9

**2.3.    Post-authorisation procedure oral explanations** ....................................................... 9

**2.4.    Referral procedure oral explanations** ........................................................................ 9

## 3.    Initial applications    9

**3.1.    Initial applications; Opinions** ..................................................................................... 9

3.1.1.    Benepali - etanercept - EMEA/H/C/004007 ................................................................... 9

3.1.2.    Briviact - brivaracetam - EMEA/H/C/003898 ................................................................. 9

3.1.3.    Episalvan  - birch bark extract - EMEA/H/C/003938 ...................................................... 10

3.1.4.    Eptifibatide Accord - eptifibatide - EMEA/H/C/004104 ................................................... 10

3.1.5.    Lopinavir/Ritonavir Mylan - lopinavir / ritonavir - EMEA/H/C/004025 ............................ 11

3.1.6.    Oncaspar - pegaspargase - EMEA/H/C/003789 ............................................................ 11

3.1.7.    Pemetrexed Accord - pemetrexed - EMEA/H/C/004072 ................................................. 12

3.1.8.    Pemetrexed Actavis - pemetrexed - EMEA/H/C/004109 ................................................ 12

3.1.9.    Spectrila - asparaginase - Orphan - EMEA/H/C/002661 ................................................ 13

3.1.10.    Solumarv - insulin human - EMEA/H/C/003858 ........................................................... 13

3.1.11.    Wakix - pitolisant - Orphan - EMEA/H/C/002616 ......................................................... 14

**3.2.    Initial applications; Day 180 list of outstanding issues** ........................................... 14

3.2.1.    - amlodipine / valsartan - EMEA/H/C/004037 ................................................................ 14

3.2.2.    - albutrepenonacog alfa - Orphan - EMEA/H/C/003955 ................................................. 15

3.2.3.    - opicapone - EMEA/H/C/002790 .................................................................................. 15

3.2.4.    - dexamethasone - Orphan - EMEA/H/C/004071 ........................................................... 15

3.2.5.    - necitumumab - EMEA/H/C/003886 .............................................................................. 16

3.2.6.    - mercaptamine - Orphan - EMEA/H/C/003769 ............................................................. 16

**3.3.**      **Initial applications; Day 120 list of questions** ........................................................ 16

3.3.1.    - cediranib - Orphan - EMEA/H/C/004003 ............................................................ 16

3.3.3.    - factor X - Orphan - EMEA/H/C/003855 .............................................................. 17

3.3.3.    - elotuzumab - Orphan - EMEA/H/C/003967 ....................................................... 17

3.3.4.    - emtricitabine / tenofovir disoproxil - EMEA/H/C/004050 ............................... 17

3.3.5.    - grazoprevir / elbasvir - EMEA/H/C/004126 ...................................................... 17

3.3.6.    - reslizumab - EMEA/H/C/003912 ........................................................................ 18

**3.4.**      **Update on on-going initial applications for Centralised procedure** ...................... 18

3.4.1.    - ixazomib - Orphan - EMEA/H/C/003844 ............................................................ 18

3.4.2.    - eluxadoline - EMEA/H/C/004098 ....................................................................... 18

3.4.3.    - methotrexate - EMEA/H/C/003756 ................................................................... 18

3.4.4.    - allogeneic t cells genetically modified to express suicide gene - Orphan - ATMP - EMEA/H/C/002801 ........................................................................................................... 19

**3.5.**      **Re-examination of initial application procedures under Article 9(2) of Regulation no 726/2004** ...................................................................................................................... 19

**3.6.**      **Initial applications in the decision-making phase** ................................................. 19

**3.7.**      **Withdrawals of initial marketing authorisation application** ................................. 19

**4.      Extension of marketing authorisation according to Annex I of Commission Regulation (EC) No 1234/2008      19**

**4.1.**      **Extension of marketing authorisation according to Annex I of Commission Regulation (EC) No 1234/2008; Opinion** ............................................................... 19

4.1.1.    Pyramax - pyronaridine / artesunate - EMEA/H/W/002319/X/0008/G ............................ 19

**4.2.**      **Extension of marketing authorisation according to Annex I of Commission Regulation (EC) No 1234/2008; Day 180 list of outstanding issues** ...................................... 20

4.2.1.    Brilique - ticagrelor - EMEA/H/C/001241/X/0029/G ............................................. 20

4.2.2.    Exjade - deferasirox - Orphan - EMEA/H/C/000670/X/0043 ................................. 20

4.2.3.    Revolade - eltrombopag / eltrombopag olamine - EMEA/H/C/001110/X/0022/G .............. 21

**4.3.**      **Extension of marketing authorisation according to Annex I of Commission Regulation (EC) No 1234/2008; Day 120 List of question** ................................. 21

4.3.1.    Zebinix - eslicarbazepine acetate - EMEA/H/C/000988/X/0050/G .................................... 21

**4.4.**      **Update on on-going extension application according to Annex I of Commission Regulation (EC) No 1234/2008** .......................................................................... 22

**4.5.**      **Re-examination procedure of extension of marketing authorisation according to Annex I of Commission Regulation (EC) No 1234/2008** ...................................... 22

**5.      Type II variations - variation of therapeutic indication procedure according to Annex I of Commission Regulation (EC) No 1234/2008      22**

**5.1.**      **Type II variations - variation of therapeutic indication procedure according to Commission Regulation (EC) No 1234/2008; Opinions or Requests for supplementary information** ................................................................................................ 22

5.1.1.    Afinitor - everolimus - EMEA/H/C/001038/II/0048 ...................................................... 22

5.1.2.   Caprelsa - vandetanib - EMEA/H/C/002315/II/0016 ...................................................... 23

5.1.3.   Cervarix - human papillomavirus vaccine [types 16, 18] (recombinant, adjuvanted, adsorbed) - EMEA/H/C/000721/II/0067 ................................................................................................. 23

5.1.4.   Cimzia - certolizumab pegol - EMEA/H/C/001037/II/0045............................................. 23

5.1.5.   Halaven - eribulin - EMEA/H/C/002084/II/0028 ........................................................... 24

5.1.6.   Pyramax - pyronaridine / artesunate - EMEA/H/W/002319/II/0002............................... 24

5.1.7.   Revestive - teduglutide - Orphan - EMEA/H/C/002345/II/0020...................................... 25

5.1.8.   Tysabri - natalizumab - EMEA/H/C/000603/II/0077 ..................................................... 25

5.1.9.   Zutectra - human hepatitis b immunoglobulin - EMEA/H/C/001089/II/0024 ................... 26

**5.2.     Update on on-going Type II variation; variation of therapeutic indication procedure according to Commission Regulation (EC) No 1234/2008 ..................................... 26**

5.2.1.   Opdivo - nivolumab - EMEA/H/C/003985/II/0002 ......................................................... 26

5.2.2.   Imbruvica - ibrutinib - Orphan (EMEA/H/C/003791/II/0016) ......................................... 27

**5.3.     Re-examination of Type II variation; variation of therapeutic indication procedure according to Commission Regulation (EC) No 1234/2008 ..................................... 27**

**6.        Ancillary medicinal substances in medical devices                                      27**

**6.1.     Ancillary medicinal substances in medical devices; Opinions/ Day 180 list of outstanding issues / Day 120 list of questions ....................................................... 27**

**6.2.     Update of Ancillary medicinal substances in medical devices ............................. 27**

**7.        Procedure under Article 83(1) of Regulation (EC) 726/2004 (Compassionate Use)                                                                          27**

**7.1.     Procedure under Article 83(1) of Regulation (EC) 726/2004 (Compassionate Use)27**

**8.        Pre-submission issues                                                                 28**

**8.1.     Pre-submission issue.............................................................................................. 28**

8.1.1.   - lenvatinib - H0004224 ........................................................................................... 28

**9.        Post-authorisation issues                                                             28**

**9.1.     Post-authorisation issues ...................................................................................... 28**

9.1.1.   Xarelto - Rivaroxaban - EMEA/H/C/000944 ................................................................ 28

9.1.2.   Enbrel - etanercept - EMEA/H/C/000262/II/0184......................................................... 28

9.1.3.   Simponi - golimumab - EMEA/H/C/000992/II/0063....................................................... 29

9.1.4.   Pheburane - sodium phenylbutyrate - EMEA/H/C/002500/II/0007 ................................. 29

9.1.5.   Voncento - human coagulation factor VIII / human von willebrand factor - EMEA/H/C/002493/II/0017/G ........................................................................................... 30

9.1.6.   Strensiq - Asfotase Alfa - Orphan - EMEA/H/C/003794/ ANX/PRO 001............................ 30

**10.       Procedure for Centrally Authorised products under Article 20 Council Regulation (EC) No 726/2004                                                             30**

10.1.1.  CERVARIX -Human papillomavirus vaccine [types 16, 18] (recombinant, adjuvanted, adsorbed) – EMEA/H/A20/1421/C/0721/0071 GARDASIL , SILGARD - Human papillomavirus vaccine [types 6, 11, 16, 18] (recombinant, adsorbed) – EMEA/H/A20/1421/C/0703/0060 /

EMEA/H/A20/1421/C/0732/0054 GARDASIL 9 (Human papillomavirus vaccine [types 6, 11, 16, 18, 31, 33, 45, 52, 58] (recombinant, adsorbed) - EMEA/H/A20/1421/C/3852/0001........ 30

10.1.2.  Tysabri - Natalizumab - EMEA/H/A-20/1416/C/000603/0083 ......................................... 31

**10.2.   Requests for CHMP Opinion under Article 5(3) of Regulation (EC) No 726/2004 . 32**

**10.3.   Procedure under Articles 5(2) and 10 of the Regulation (EC) No 726/2004 ......... 32**

**10.4.   Disagreement between Member States on application for medicinal product (potential serious risk to public health) −under Article 29(4) of Directive 2001/83/EC ....... 32**

**10.5.   Harmonisation - Referral procedure under Article 30 of Directive 2001/83/EC.... 32**

10.5.1.  Clenil and associated names - Beclometasone dipropionate - EMEA/H/A-30/1418 ............ 32

10.5.2.  Cymevene IV and associated names - ganciclovir - EMEA/H/A-30/1406.......................... 33

10.5.3.  Novantrone and associated names - mitoxantrone - EMEA/H/A-30/1399 ........................ 33

10.5.4.  Lovenox and associated names − enoxaparin - EMEA/H/A-30/1429................................ 34

**10.6.   Community Interests - Referral under Article 31 of Directive 2001/83/EC .......... 34**

**10.7.   Re-examination Procedure under Article 32(4) of Directive 2001/83/EC............. 34**

**10.8.   Procedure under Article 107(2) of Directive 2001/83/EC .................................... 35**

**10.9.   Disagreement between Member States on Type II variation− Arbitration procedure initiated by MAH under Article 6(13) (EC) No 1084/2003 ..................................... 35**

**10.10.  Procedure under Article 29 Regulation (EC) 1901/2006.................................... 35**

**10.11.  Referral under Article 13 Disagreement between Member States on Type II variation− Arbitration procedure initiated by Member State under Article 13 (EC) No 1234/2008) ............................................................................................................ 35**

## 11.   Pharmacovigilance issue                                                              35

**11.1.   Early Notification System ...................................................................................... 35**

## 12.   Inspections                                                                              35

**12.1.   GMP inspections ................................................................................................... 35**

**12.2.   GCP inspections .................................................................................................... 35**

**12.3.   Pharmacovigilance inspections............................................................................ 36**

**12.4.   GLP inspections .................................................................................................... 36**

## 13.   Innovation Task Force                                                                   36

**13.1.   Minutes of Innovation Task Force ........................................................................ 36**

**13.2.   Innovation Task Force briefing meetings.............................................................. 36**

**13.3.   Requests for CHMP Opinion under Article 57(1)J and (1)P of Regulation (EC) No 726/2004 .............................................................................................................. 36**

**13.4.   Nanomedicines activities ...................................................................................... 36**

## 14.   Organisational, regulatory and methodological matters                               36

**14.1.   Mandate and organisation of the CHMP ............................................................... 36**

14.1.1.  Guideline on the scientific application and the practical arrangements necessary to implement Commission Regulation (EC) No 507/2006 on the conditional marketing authorisation for medicinal products for human use falling within the scope of Regulation (EC) No 726/2004 ... 36

14.1.2.  Information on data gathering ................................................................................... 37

14.1.3.  Guideline on clinical investigation of medicinal products for the treatment of amyotrophic lateral sclerosis (ALS) ............................................................................................................ 37

14.1.4.  Survey on the experience with Early Background Summaries ......................................... 37

14.1.5.  Follow-up from the CHMP Strategic Review and Learning meeting in Luxembourg: action items and members' feedback ......................................................................................... 37

14.1.6.  Revision of the Guideline on the scientific application and the practical arrangements necessary to implement the procedure for accelerated assessment pursuant to article 14(9) of regulation (EC) No 726/2004 – Rev 1 .................................................................................................. 38

14.1.7.  Update on call for nomination for the 5th CHMP co-opted member .................................. 38

14.1.8.  Strategic Review & Learning Meeting under Dutch Presidency ....................................... 38

**14.2.    Coordination with EMA Scientific Committees ........................................................ 38**

14.2.1.  Pharmacovigilance Risk Assessment Committee (PRAC) ............................................... 38

14.2.2.  Committee for Advanced Therapies (CAT) .................................................................. 39

14.2.3.  Committee for Herbal Medicinal Products (HMPC ) ...................................................... 39

14.2.4.  Paediatric Committee (PDCO) .................................................................................. 39

14.2.5.  Committee for Orphan Medicinal Products (COMP) ...................................................... 39

14.2.6.  CMDh ..................................................................................................................... 39

**14.3.    Coordination with EMA Working Parties/Working Groups/Drafting Groups ......... 40**

14.3.1.  Scientific Advice Working Party (SAWP) ..................................................................... 40

14.3.2.  Proposal for establishment of the Respiratory drafting group ........................................ 41

14.3.3.  Call for nomination for Vice-chair of CVSWP - Cardiovascular Working Party ................... 41

14.3.4.  Call for nomination for Vice-chair of ONCWP – Oncology Working Party ......................... 41

14.3.5.  Call for nomination for Vice-chair of RIWP - Rheumatology/Immunology Working Party.... 41

14.3.6.  Excipients Drafting Group (ExcpDG) .......................................................................... 41

14.3.7.  Call for nomination for Chair of the Joint CHMP/CVMP/CMDh/CMDv Active Substance Master File WG ....................................................................................................................... 42

**14.4.    Cooperation within the EU regulatory network ....................................................... 42**

**14.5.    Cooperation with International Regulators ............................................................. 42**

**14.6.    Contacts of the CHMP with external parties and interaction with the Interested Parties to the Committee ...................................................................................................... 42**

**14.7.    CHMP work plan ..................................................................................................... 42**

14.7.1.  CHMP 2016 work plan .............................................................................................. 42

**14.8.    Planning and reporting .......................................................................................... 42**

**14.9.    Others ................................................................................................................... 42**

**15.      Any other business                                                          42**

**15.1.    AOB topic ............................................................................................................. 42**

**16.      List of participants                                                        43**

**17.      Explanatory notes                                                          47**

# 1. Introduction

## 1.1. Welcome and declarations of interest of members, alternates and experts

Pre-meeting list of participants and restrictions in relation to declarations of interests applicable to the items of the agenda for the CHMP plenary session to be held 16-19 November 2015. See (current) November 2015 CHMP minutes (to be published post December 2015 CHMP meeting).

## 1.2. Adoption of agenda

CHMP agenda for 16-19 November 2015.

The CHMP adopted the agenda.

## 1.3. Adoption of the minutes

CHMP minutes for 19-22 October 2015.

The CHMP adopted the minutes.

## 1.4. Membership Announcement

The Committee noted that UK alternate member Dr Rafe Suvarna resigned from his position since end of November CHMP Plenary. The Committee thanked Dr Suvarna for his contributions.

# 2. Oral Explanations

## 2.1. Pre-authorisation procedure oral explanations

### 2.1.1. - mercaptamine - Orphan - EMEA/H/C/003769

Orphan Europe S.A.R.L.; treatment of cystinosis

Scope: Oral explanation

**Action**: Oral explanation to be held on Wednesday 18 November 2015 at 14:15.

Lists of Outstanding Issues adopted on 25.06.2015 and 22.10.1015. List of Questions adopted on 22.01.2015.

An oral explanation was held on Wednesday 18 November 2015 at 14:15.

A 3rd List of Outstanding Issues was adopted.

See 3.2.6 LoOI

## 2.1.2.        - mercaptamine - Orphan - EMEA/H/C/004038

Lucane Pharma; treatment of corneal cystine deposits

Scope: Oral explanation

**Action**: Oral explanation to be held on Wednesday 18 November 2015 at 09:00.

List of Outstanding Issues adopted on 24.09.2015. List of Questions adopted on 26.03.2015.

An oral explanation was held on Wednesday 18 November 2015 at 09:00. The oral explanation focused on clinical efficacy data and some quality aspects like the formulation and the packaging/container closure system.

## 2.1.3.        - ferric maltol - EMEA/H/C/002733

treatment of iron deficiency anaemia

Scope: Oral explanation

**Action**: Oral explanation to be held on Tuesday 17 November 2015 at 09:00.

List of Outstanding Issues adopted on 24.09.2015. List of Questions adopted on 23.04.2015.

An oral explanation was held on Tuesday 17 November 2015 at 09:00.

The oral explanation focused on the wording of the indication and appropriate patient population.

## 2.1.4.        - dexamethasone - Orphan - EMEA/H/C/004071

Laboratoires CTRS; treatment of symptomatic multiple myeloma in combination with other medicinal products.

Scope: Oral explanation

**Action**: Possible oral explanation to be held on Wednesday 18 November 2015 at 11:00.

List of Outstanding Issues adopted on 24.09.2015. List of Questions adopted on 18.12.2014.

The CHMP agreed that no Oral Explanation was required at this time.

See 3.2.4 LoOI

## 2.1.5.        - necitumumab - EMEA/H/C/003886

 treatment of squamous non-small cell lung cancer

Scope: Oral explanation

**Action**: Oral explanation was held on Tuesday 17 November 2015 at 11:00.

List of Outstanding Issues adopted on 24.09.2015. List of Questions adopted on 23.04.2015.

The Committee adopted the BWP report.

See 3.2.5 LoOI

## 2.2.　Re-examination procedure oral explanations

No items

## 2.3.　Post-authorisation procedure oral explanations

No items

## 2.4.　Referral procedure oral explanations

No items

# 3.　Initial applications

## 3.1.　Initial applications; Opinions

### 3.1.1.　Benepali - etanercept - EMEA/H/C/004007

Samsung Bioepis UK Limited (SBUK); treatment of arthritis

Scope: Opinion

**Action**: For adoption

Similar biological application (Article 10(4) of Directive No 2001/83/EC)

List of Outstanding Issues adopted on 24.09.2015. List of Questions adopted on 23.04.2015.

The Committee confirmed that all issues previously identified in this application had been addressed.

The Committee adopted a positive opinion recommending the granting of a marketing authorisation by consensus together with the CHMP assessment report and translation timetable.

The Icelandic and Norwegian Members were in agreement with the CHMP recommendation.

The legal status was agreed as medicinal product subject to restricted medical prescription.

The CHMP noted the letter of recommendation dated 18.11.2015.

The summary of opinion was circulated for information.

The CHMP adopted the BWP report.

### 3.1.2.　Briviact - brivaracetam - EMEA/H/C/003898

UCB Pharma SA; treatment of partial-onset seizures

Scope: Opinion

**Action**: For adoption

New active substance (Article 8(3) of Directive No 2001/83/EC)

List of Outstanding Issues adopted on 24.09.2015. List of Questions adopted on 23.04.2015.

The Committee confirmed that all issues previously identified in this application had been addressed.

The Committee adopted a positive opinion recommending the granting of a marketing authorisation by consensus together with the CHMP assessment report and translation timetable.

Furthermore, the CHMP considered that brivaracetam is a new active substance, as claimed by the applicant.

The Icelandic and Norwegian Members were in agreement with the CHMP recommendation.

The legal status was agreed as medicinal product subject to medical prescription.

The CHMP noted the letter of recommendation dated 19.11.2015.

The summary of opinion was circulated for information.

### 3.1.3.   Episalvan  - birch bark extract - EMEA/H/C/003938

Birken AG; treatment of partial thickness wounds

Scope: Opinion

**Action**: For adoption

New active substance (Article 8(3) of Directive No 2001/83/EC)

List of Outstanding Issues adopted on 24.09.2015. List of Questions adopted on 26.02.2015.

The Committee confirmed that all issues previously identified in this application had been addressed.

Furthermore, the CHMP considered that birch bark extract is a new active substance, as claimed by the applicant.

The Committee adopted a positive opinion recommending the granting of a marketing authorisation by consensus together with the CHMP assessment report and translation timetable.

The Icelandic and Norwegian Members were in agreement with the CHMP recommendation.

The legal status was agreed as medicinal product subject to medical prescription.

The summary of opinion was circulated for information.

### 3.1.4.   Eptifibatide Accord - eptifibatide - EMEA/H/C/004104

Accord Healthcare Limited; prevention of early myocardial infarction

Scope: Opinion

**Action**: For adoption

Generic application (Article 10(1) of Directive No 2001/83/EC), Generic of Integrilin

List of Outstanding Issues adopted on 24.09.2015. List of Questions adopted on 23.04.2015.

The Committee confirmed that all issues previously identified in this application had been addressed.

The Committee adopted a positive opinion recommending the granting of a marketing authorisation by consensus together with the CHMP assessment report and translation timetable.

The Icelandic and Norwegian Members were in agreement with the CHMP recommendation.

The legal status was agreed as medicinal product subject to restricted medical prescription.

The summary of opinion was circulated for information.

### 3.1.5.   Lopinavir/Ritonavir Mylan - lopinavir / ritonavir - EMEA/H/C/004025

MYLAN S.A.S.; treatment of human immunodeficiency virus (HIV-1) infected adults, adolescents and children above the age of 2 years.

Scope: Opinion

**Action**: For adoption

Generic application (Article 10(1) of Directive No 2001/83/EC), Generic of Kaletra

List of Outstanding Issues adopted on 22.10.2015. List of Questions adopted on 21.05.2015.

The Committee confirmed that all issues previously identified in this application had been addressed.

The Committee adopted a positive opinion recommending the granting of a marketing authorisation by consensus together with the CHMP assessment report and translation timetable.

The Icelandic and Norwegian Members were in agreement with the CHMP recommendation.

The legal status was agreed as medicinal product subject to medical prescription.

The summary of opinion was circulated for information.

### 3.1.6.   Oncaspar - pegaspargase - EMEA/H/C/003789

Baxalta Innovations GmbH; indicated as a component of antineoplastic combination therapy in acute lymphoblastic leukaemia (ALL) in paediatric patients from birth to 18 years, and adult patients

Scope: Opinion

Action: For adoption

Known active substance (Article 8(3) of Directive No 2001/83/EC)

List of Outstanding Issues adopted on 23.07.2015. List of Questions adopted on 20.11.2014.

The Committee discussed the wording of the indication, the posology and the post authorisation measures and confirmed that all issues previously identified in this application had been addressed.

The Committee adopted a positive opinion recommending the granting of a marketing

authorisation by consensus together with the CHMP assessment report and translation timetable.

The Icelandic and Norwegian Members were in agreement with the CHMP recommendation.

The legal status was agreed as medicinal product subject to restricted medical prescription.

The CHMP noted the letter of recommendation dated 16.11.2015.

The summary of opinion was circulated for information.

The CHMP adopted the similarity assessment report

The Committee adopted the BWP report.

Note: The final opinion and similarity assessment report was adopted on 26 November 2015 via written procedure.

## 3.1.7.  Pemetrexed Accord - pemetrexed - EMEA/H/C/004072

Accord Healthcare Ltd; unresectable malignant pleural mesothelioma
metastatic non-small cell lung cancer

Scope: Opinion

**Action**: For adoption

Generic application (Article 10(1) of Directive No 2001/83/EC), Generic of Alimta

List of Outstanding Issues adopted on 24.09.2015. List of Questions adopted on 26.03.2015.

The Committee confirmed that all issues previously identified in this application had been addressed.

The Committee adopted a positive opinion recommending the granting of a marketing authorisation by consensus together with the CHMP assessment report and translation timetable.

The Icelandic and Norwegian Members were in agreement with the CHMP recommendation.

The legal status was agreed as medicinal product subject to restricted medical prescription.

The summary of opinion was circulated for information.

## 3.1.8.  Pemetrexed Actavis - pemetrexed - EMEA/H/C/004109

Actavis Group PTC ehf; Treatment of malignant pleural mesothelioma and non-small cell lung cancer.

Scope: Opinion

**Action**: For adoption

Hybrid application (Article 10(3) of Directive No 2001/83/EC)

List of Outstanding Issues adopted on 22.10.2015, 24.09.2015. List of Questions adopted on 25.06.2015.

The Committee confirmed that all issues previously identified in this application had been addressed.

The Committee adopted a positive opinion recommending the granting of a marketing authorisation by consensus together with the CHMP assessment report and translation timetable.

The Icelandic and Norwegian Members were in agreement with the CHMP recommendation.

The legal status was agreed as medicinal product subject to restricted medical prescription.

The summary of opinion was circulated for information.

### 3.1.9.    Spectrila - asparaginase - Orphan - EMEA/H/C/002661

medac Gesellschaft fuer klinische Spezialpraeparate mbH; Spectrila is indicated as a component of antineoplastic combination therapy for the treatment of acute lymphoblastic leukaemia (ALL) in paediatric patients from birth to 18 years and adults.

Scope: Opinion

Action: For adoption

Known active substance (Article 8(3) of Directive No 2001/83/EC)

List of Outstanding Issues adopted on 24.09.2015, 21.05.2015. List of Questions adopted on 25.04.2014.

The Committee discussed the wording of the indication, the posology and the post-authorisation measures and confirmed that all issues previously identified in this application had been addressed.

The Committee adopted a positive opinion recommending the granting of a marketing authorisation by consensus, together with the CHMP assessment report and translation timetable.

The Icelandic and Norwegian Members were in agreement with the CHMP recommendation.

The legal status was agreed as medicinal product subject to restricted medical prescription.

The CHMP noted the letter of recommendations dated 16.11.2015.

The summary of opinion was circulated for information.

The CHMP adopted the similarity assessment

The Committee adopted the BWP report.

Post-meeting note: The final opinion and similarity assessment report were adopted on 26 November 2015 by written procedure.

### 3.1.10.    Solumarv - insulin human - EMEA/H/C/003858

Marvel Lifesciences Ltd; treatment of diabetes

Scope: Opinion

**Action**: For adoption

Similar biological application (Article 10(4) of Directive No 2001/83/EC)

Oral explanation was held on 20 October 2015.

List of Outstanding Issues adopted on 25.06.2015. List of Questions adopted on 23.10.2014.

The Committee noted that the company did not define the manufacturing process for Solumarv in sufficient detail. The company did not show that Solumarv used in clinical studies was representative of batches intended for the market and that its quality was comparable to the reference product Humulin S.

The Committee concluded that Solumarv could not be approved as a biosimilar of Humulin S and recommended that it to be refused marketing authorisation.

The CHMP adopted a negative opinion by consensus, together with the Assessment Report.

The Icelandic and Norwegian Members were in agreement with the CHMP recommendation.

The refusal question and answers document was circulated for information.

## 3.1.11.   Wakix - pitolisant - Orphan - EMEA/H/C/002616

Bioprojet Pharma; treatment of narcolepsy

Scope: Opinion

**Action**: For adoption

New active substance (Article 8(3) of Directive No 2001/83/EC)

List of Outstanding Issues adopted on 22.10.2015, 21.05.2015. List of Questions adopted on 25.09.2014.

The Committee confirmed that all issues previously identified in this application had been addressed.

The Committee adopted a positive opinion recommending the granting of a marketing authorisation by consensus together with the CHMP assessment report and translation timetable.

The Icelandic and Norwegian Members were in agreement with the CHMP recommendation.

The legal status was agreed as medicinal product subject to restricted medical prescription.

The summary of opinion was circulated for information.

## 3.2.   Initial applications; Day 180 list of outstanding issues

## 3.2.1.   - amlodipine / valsartan - EMEA/H/C/004037

treatment of essential hypertension

Scope: Day 180 list of outstanding issue

**Action**: For adoption

List of Questions adopted on 25.06.2015.

The Committee was reminded of the status of this application and its remaining outstanding issues,

The Committee adopted a list of outstanding issues with a specific timetable.

### 3.2.2.      - albutrepenonacog alfa - Orphan - EMEA/H/C/003955

CSL Behring GmbH; prophylaxis and treatment of bleeding in all patients with haemophilia B, treatment of bleeding in all patients with haemophilia B

Scope: Day 180 list of outstanding issue

**Action**: For adoption

List of Questions adopted on 23.07.2015.

The Committee was reminded of the status of this application and its remaining outstanding issues

The Committee adopted a list of outstanding issues with a specific timetable.

The Committee adopted the BWP report.

### 3.2.3.      - opicapone - EMEA/H/C/002790

Parkinson's disease and motor fluctuations

Scope: Day 180 list of outstanding issue

**Action**: For adoption

List of Outstanding Issues adopted on 24.09.2015. List of Questions adopted on 23.04.2015.

The Committee was reminded of the status of this application and its remaining outstanding issues.

The Committee adopted a list of outstanding issues with a specific timetable.

### 3.2.4.      - dexamethasone - Orphan - EMEA/H/C/004071

Laboratoires CTRS; treatment of symptomatic multiple myeloma in combination with other medicinal products.

Scope: Oral explanation

**Action**: Possible oral explanation to be held on Wednesday 18 November 2015 at 11:00.

List of Outstanding Issues adopted on 24.09.2015. List of Questions adopted on 18.12.2014.

The CHMP agreed that no Oral Explanation was required at this time.

The Committee adopted a 2nd list of outstanding issues with a specific timetable.

See 2.1.4 Oral Explanation

### 3.2.5.        - necitumumab - EMEA/H/C/003886

treatment of squamous non-small cell lung cancer

Scope: Oral explanation

**Action**: Oral explanation was held on Tuesday 17 November 2015 at 11:00.

List of Outstanding Issues adopted on 24.09.2015. List of Questions adopted on 23.04.2015.

The Committee adopted a 2nd list of outstanding issues with a specific timetable.

The Committee adopted the BWP report.

See 2.1.5

### 3.2.6.        - mercaptamine - Orphan - EMEA/H/C/003769

Orphan Europe S.A.R.L.; treatment of cystinosis

Scope: Oral explanation

**Action**: Oral explanation to be held on Wednesday 18 November 2015 at 14:15.

Lists of Outstanding Issues adopted on 25.06.2015 and 22.10.2015. List of Questions adopted on 22.01.2015.

An oral explanation was held on Wednesday 18 November 2015 at 14:15.

See 2.1.1 oral explanations

The oral explanation focused on the container closure system and the sterilisation process.

The Committee adopted a 3rd list of outstanding issues.

The CHMP agreed to the request by the applicant for an extension to the clock stop with a specific timetable.

## 3.3.    Initial applications; Day 120 list of questions

### 3.3.1.        - cediranib - Orphan - EMEA/H/C/004003

AstraZeneca AB; treatment of platinum sensitive relapsed (PSR) ovarian cancer
relapsed (PSR) ovarian cancer

Scope: Day 120 list of questions

**Action**: For adoption

The Committee discussed the issues identified in this application,
The Committee adopted the CHMP recommendation and scientific discussion together with the list of questions.

### 3.3.2.       - factor X - Orphan - EMEA/H/C/003855

BIO PRODUCTS LABORATORY; treatment of factor X deficiency

Scope: Day 120 list of questions

**Action**: For adoption

BWP report

The Committee discussed the issues identified in this application.

The CHMP adopted a List of Questions to the BPWP. The CHMP noted the BPWP report at the same plenary meeting.

The Committee adopted the CHMP recommendation and scientific discussion together with the list of questions.

The Committee adopted the BWP report.

### 3.3.3.       - elotuzumab - Orphan - EMEA/H/C/003967

Bristol-Myers Squibb; treatment of myeloma

Scope: Day 120 list of questions

**Action**: For adoption

The Committee discussed the issues identified in this application.
The Committee adopted the CHMP recommendation and scientific discussion together with the list of questions.

The Committee adopted the BWP report.

### 3.3.4.       - emtricitabine / tenofovir disoproxil - EMEA/H/C/004050

treatment of HIV

Scope: Day 120 list of questions

**Action**: For adoption

The Committee discussed the issues identified in this application.
The Committee adopted the CHMP recommendation and scientific discussion together with the list of questions.

### 3.3.5.       - grazoprevir / elbasvir - EMEA/H/C/004126

treatment of chronic hepatitis C (CHC) in adults

Scope: Day 120 list of questions

**Action**: For adoption

The Committee discussed the issues identified in this application
The Committee adopted the CHMP recommendation and scientific discussion together with the list of questions.

### 3.3.6.      - reslizumab - EMEA/H/C/003912

treatment of asthma and elevated blood eosinophils who are inadequately controlled on inhaled corticosteroids

Scope: Day 120 list of questions

**Action**: For adoption

The Committee discussed the issues identified in this application.
The Committee adopted the CHMP recommendation and scientific discussion together with the list of questions .

The Committee adopted the BWP report and a new active substance report.

## 3.4.    Update on on-going initial applications for Centralised procedure

### 3.4.1.      - ixazomib - Orphan - EMEA/H/C/003844

Takeda Pharma A/S; multiple myeloma

Scope: Assessment of similarity

**Action**: For adoption

The Committee adopted a list of questions.

The CHMP agreed on the timetable for continuation of the similarity assessment.

### 3.4.2.      - eluxadoline - EMEA/H/C/004098

for the treatment of irritable bowel syndrome with diarrhoea

Scope: Letter from the applicant dated 6 November 2015 requesting extension of timeframe to respond to Day 120 list of questions adopted on 24.09.2015.

**Action**: For adoption

The CHMP agreed to the request by the applicant for an extension of timeframe to respond to Day 120 list of questions adopted on 24.09.2015.

### 3.4.3.      - methotrexate - EMEA/H/C/003756

treatment of rheumatological and dermatological diseases

Scope: Letter from the applicant dated 02 November 2015 requesting an extension of clock stop to respond to Day 120 list of questions adopted on 23 July 2015 .

**Action**: For adoption

The CHMP agreed to the request by the applicant for an extension of clock stop to respond to Day 120 list of questions adopted on 23 July 2015.

3.4.4.     - allogeneic t cells genetically modified to express suicide gene - Orphan - ATMP - EMEA/H/C/002801

treatment in haploidentical haematopoietic stem cell transplantation

Scope: Revised timetable

**Action**: For adoption
The CHMP agreed to the revised timetable adopted by the CAT.

## 3.5.    Re-examination of initial application procedures under Article 9(2) of Regulation no 726/2004

No items

## 3.6.    Initial applications in the decision-making phase

No items

## 3.7.    Withdrawals of initial marketing authorisation application

No items

# 4.    Extension of marketing authorisation according to Annex I of Commission Regulation (EC) No 1234/2008

## 4.1.    Extension of marketing authorisation according to Annex I of Commission Regulation (EC) No 1234/2008; Opinion

### 4.1.1.    Pyramax - pyronaridine / artesunate - EMEA/H/W/002319/X/0008/G

Shin Poong Pharmaceutical Co., Ltd.

Rapporteur: Joseph Emmerich, Co-Rapporteur: Johann Lodewijk Hillege, PRAC Rapporteur: Arnaud Batz

Scope: "Line Extension to add a new paediatric formulation PYRAMAX 60 mg/20 mg Granules for Oral Suspension.
The PI for Pyramax 180 mg/60 mg Film Coated Tablets has also been updated with data submitted for the line extension."

**Action**: For adoption

List of Outstanding Issues adopted on 24.09.2015. List of Questions adopted on 26.02.2015.

The Committee confirmed that all issues previously identified in this application had been resolved.

The Committee adopted a positive opinion by consensus together with the CHMP Assessment Report and translation timetable.

The Icelandic and Norwegian CHMP members were in agreement with the CHMP recommendations.

The summary of opinion was circulated for information.

## 4.2. Extension of marketing authorisation according to Annex I of Commission Regulation (EC) No 1234/2008; Day 180 list of outstanding issues

### 4.2.1. Brilique - ticagrelor - EMEA/H/C/001241/X/0029/G

AstraZeneca AB

Rapporteur: Pieter de Graeff, Co-Rapporteur: Arantxa Sancho-Lopez, PRAC Rapporteur: Menno van der Elst

Scope: "Annex I_2.(c) - extension application for a new strength of 60mg with a new indication: History of Myocardial Infarction.
C.I.4. Type II - To update the product information of the existing Brilique 90mg license with important clinical information from the PEGASUS study."

**Action**: For adoption

List of Questions adopted on 23.07.2015.

The Committee was reminded of the status of this application and its remaining outstanding issues related to the proposal for unified wording of section 4.1 of the SmPC for the new 60 mg and existing 90 mg strengths. The Committee discussed the proposal for simplification of indication. The Committee concluded that other issues were remaining including further exploring inconsistencies in effect in subgroups, further discussion on data exclusivity that has not been met and clarification regarding consequences of treatment discontinuations.

The CHMP adopted a list of outstanding issues with a specific timetable.

### 4.2.2. Exjade - deferasirox - Orphan - EMEA/H/C/000670/X/0043

Novartis Europharm Ltd

Rapporteur: Pierre Demolis, PRAC Rapporteur: Corinne Fechant

Scope: "Extension application for a new pharmaceutical form and new strengths (Exjade 90, 180 and 360 mg film-coated tablets)."

**Action**: For adoption

List of Questions adopted on 23.07.2015.

The Committee was reminded of the status of this application and its remaining outstanding issues. The Committee noted that the available data fully supports the therapeutic equivalence of the strength-adjusted new pharmaceutical form. However, the tolerance profile of new pharmaceutical form needs to be specified, as the study data included a low number of patients treated so far. Additional risk minimisation measures were proposed for the safe and effective use.

The CHMP adopted a list of outstanding issues with a specific timetable.

### 4.2.3.    Revolade - eltrombopag / eltrombopag olamine - EMEA/H/C/001110/X/0022/G

Novartis Europharm Ltd

Rapporteur: Arantxa Sancho-Lopez, Co-Rapporteur: Greg Markey, PRAC Rapporteur: Dolores Montero Corominas

Scope: "Extension of indication for paediatric (age 1 year and above) chronic immune (idiopathic) thrombocytopenic purpura (ITP) patients who had an insufficient response to other treatments (e.g. corticosteroids, immunoglobulins).

Grouping with the line extension for one new tablet strength (12.5mg) and a new Powder for Oral Suspension formulation (25mg).

The Type II variation and the Extension are grouped within this Application. This grouping is justified, as one of the variations in the group is an extension of the marketing authorisation (Annex III of Commission Regulation (EC) No 1234/2008 of November 2008). Agreed justification. 120 day timetable follows Line extension."

**Action**: For adoption

List of Questions adopted on 25.06.2015.

The Committee was reminded of the status of this application and its remaining outstanding issues. The Committee noted that safety profile in paediatric population appears similar to that seen in adults and was considered acceptable in front of the expected benefits. It was highlighted that the limited number of paediatric patients and the lack of long term data, needs to be clarified. Therefore, the MAH is expected to further address safety in the long term in the paediatric population at post-approval. In addition, the wording of the indication needs to be specified appropriately.

The CHMP adopted a list of outstanding issues with a specific timetable.


## 4.3.    Extension of marketing authorisation according to Annex I of Commission Regulation (EC) No 1234/2008; Day 120 List of question

### 4.3.1.    Zebinix - eslicarbazepine acetate - EMEA/H/C/000988/X/0050/G

Bial - Portela & Cª, S.A.

Rapporteur: Martina Weise, Co-Rapporteur: Ondřej Slanař, PRAC Rapporteur: Martin Huber

Scope: "Grouping of a line extension application to add a new pharmaceutical form (50 mg/ml oral suspension) and a type II variation (C.I.6.a New indication (paediatric indication)) to add treatment of children aged 2 years and older. Consequently, sections 4.1, 4.2, 4.4, 4.8, 5.1, 5.2 and 5.3 of the SmPC have been updated and the Package Leaflet has been updated accordingly. In addition, the MAH took the opportunity to make minor editorial changes in the SmPC and Package Leaflet.
The application included a revised RMP version 14.0."

**Action**: For adoption

The Committee discussed the issues identified in this application, which were related to clinical Major Objections concerning the demonstration of efficacy in the treatment of refractory

partial-onset seizures in children aged 2 years and older as well as bioequivalence of the commercial formulation of the oral suspension compared to the tablets. Further discussion of the reasons for the failure of the pivotal trial in children was requested, in light of the fact that the Guideline on clinical investigation of medicinal products in the treatment of epileptic disorders (CHMP/EWP/566/98 Rev.2/Corr) provides for the possibility to extrapolate to some degree the results from efficacy trials in adults with refractory focal epilepsy to children down to 4 years. Further discussion by the MAH of the reasons for the study failure was requested. The CHMP will consider PDCO involvement at a later stage.

The Committee adopted the CHMP recommendation and scientific discussion together with the list of questions

## 4.4.   Update on on-going extension application according to Annex I of Commission Regulation (EC) No 1234/2008

No items

## 4.5.   Re-examination procedure of extension of marketing authorisation according to Annex I of Commission Regulation (EC) No 1234/2008

No items

# 5.   Type II variations - variation of therapeutic indication procedure according to Annex I of Commission Regulation (EC) No 1234/2008

## 5.1.   Type II variations - variation of therapeutic indication procedure according to Commission Regulation (EC) No 1234/2008; Opinions or Requests for supplementary information

### 5.1.1.   Afinitor - everolimus - EMEA/H/C/001038/II/0048

Novartis Europharm Ltd

Rapporteur: Harald Enzmann, Co-Rapporteur: Filip Josephson, PRAC Rapporteur: Martin Huber

Scope: "Extension of Indication to include a new indication for the treatment of unresectable or metastatic, well-differentiated non-functional neuroendocrine tumours of gastrointestinal or lung origin in adults with progressive disease for Afinitor.
As a consequence, sections 4.1, 4.4, 4.8 and 5.1 of the SmPC are updated. The Package Leaflet is updated in accordance. Furthermore, the PI is brought in line with the latest QRD template version 9.1."

**Action**: For adoption

The Committee discussed the issues identified in this application related to the issues in clinical efficacy, safety and risk management plan.

The Committee adopted Request for Supplementary Information with a specific timetable.

### 5.1.2.    Caprelsa - vandetanib - EMEA/H/C/002315/II/0016

AstraZeneca AB

Rapporteur: Pierre Demolis

Scope: "Extension of Indication to include paediatric indication population for Caprelsa.
As a consequence, sections 4.1, 4.2, 4.6, 4.8, 5.1 and 5.2 of the SmPC are updated in update the safety information. The Package Leaflet is updated in accordance."

**Action**: For adoption

The Committee discussed the issues identified in this application, related to the long term safety data.

The Committee adopted Request for Supplementary Information with a specific timetable.

### 5.1.3.    Cervarix - human papillomavirus vaccine [types 16, 18] (recombinant, adjuvanted, adsorbed) - EMEA/H/C/000721/II/0067

GlaxoSmithKline Biologicals

Rapporteur: Daniel Brasseur, PRAC Rapporteur: Jean-Michel Dogné

Scope: "Extension of Indication to include prevention against premalignant anal lesions and anal cancer as of 9 years of age for Cervarix.
As a consequence, sections 4.1, 4.8 and 5.1 of the SmPC are updated. The Package Leaflet is updated in accordance.
In addition, the Marketing authorisation holder (MAH) took the opportunity to update the RMP (v.11.0) including the new indication."

**Action**: For adoption

Request for Supplementary Information adopted on 25.06.2015.

The Committee adopted a 2nd Request for Supplementary information  together with a specific timetable.

### 5.1.4.    Cimzia - certolizumab pegol - EMEA/H/C/001037/II/0045

UCB Pharma SA

Rapporteur: Kristina Dunder, Co-Rapporteur: Agnes Gyurasics

Scope: "Extension of indication to include treatment of severe, active and progressive rheumatoid arthritis in adults not treated previously with methotrexate or other disease-modifying anti-rheumatic drugs (DMARDs); as a consequence, sections 4.1 and 5.1 of the SmPC are revised in order to update the efficacy and safety information. The Package Leaflet is updated accordingly."

**Action**: For adoption

Request for Supplementary Information adopted on 21.05.2015.

The Committee confirmed that all issues previously identified in this application had been resolved.

The Committee adopted a positive opinion by consensus together with the CHMP Assessment Report and translation timetable.

The Icelandic and Norwegian CHMP members were in agreement with the CHMP recommendations.

The summary of opinion was circulated for information.

## 5.1.5.    Halaven - eribulin - EMEA/H/C/002084/II/0028

Eisai Europe Ltd.

Rapporteur: Filip Josephson, Co-Rapporteur: Sinan B. Sarac, PRAC Rapporteur: Ulla Wändel Liminga

Scope: "Extension of Indication to include a new indication for Halaven 0.44 mg/ml solution for injection to expand its use to the treatment of soft tissue sarcoma, following the outcome of a Phase 3 study, Study 309.
As a consequence, sections 4.1, 4.4, 4.8, and 5.1 of the SmPC are updated in order to update the safety information. The Package Leaflet and RMP are updated in accordance.
In addition, the Marketing authorisation holder (MAH) took the opportunity to update the PI in line with the latest QRD template version 9.1."

**Action**: For adoption

The Committee discussed the issues identified in this application which related to several aspects of the clinical safety and efficacy.
The Committee adopted a request for supplementary information with a specific timetable.

## 5.1.6.    Pyramax - pyronaridine / artesunate - EMEA/H/W/002319/II/0002

Shin Poong Pharmaceutical Co., Ltd.

Rapporteur: Joseph Emmerich, Co-Rapporteur: Johann Lodewijk Hillege, PRAC Rapporteur: Arnaud Batz

Scope: "To amend SmPC section 4.1 (Therapeutic Indications) to remove restrictions on repeated course of treatment in any individual and use only in areas of low transmission with evidence of artemisinin resistance, based on further clinical experience. Consequent changes in SmPC sections 4.2 (Posology), 4.4 (Special warnings and precautions), 4.8 (Undesirable effects) and the PL are also included. A recommended change is made to SmPC Section 4.2 (Posology) in relation to dosing in mild to moderate renal impairment. A minor editorial adjustment is proposed to SmPC section 5.1 (Pharmacodynamic properties)."

**Action**: For adoption

Request for Supplementary Information adopted on 24.09.2015, 23.04.2015, 18.12.2014,

26.06.2014.

The Committee confirmed that all issues previously identified in this application had been resolved.

The Committee adopted a positive opinion by consensus together with the CHMP Assessment Report and translation timetable.

The Icelandic and Norwegian CHMP members were in agreement with the CHMP recommendations.

The summary of opinion was circulated for information.

## 5.1.7. Revestive - teduglutide - Orphan - EMEA/H/C/002345/II/0020

NPS Pharma Holdings Limited

Rapporteur: Sinan B. Sarac, PRAC Rapporteur: Torbjorn Callreus

Scope: "Extension of Indication to include paediatric population for Revestive.
As a consequence, sections 4.1, 4.2, 4.4, 4.8, 5.1, 5.2 and 6.6 of the SmPC are updated in order to update the safety information. The Package Leaflet is updated in accordance."

**Action**: For adoption

The Committee discussed the issues identified in this application which mainly related to the available clinical data and the possibility to extrapolate data from adults into the paediatric population.  Furthermore the appropriate posology for children was discussed.
The Committee adopted a request for supplementary information with a specific timetable.

## 5.1.8. Tysabri - natalizumab - EMEA/H/C/000603/II/0077

Biogen Idec Ltd

Rapporteur: Jan Mueller-Berghaus, Co-Rapporteur: Daniela Melchiorri, PRAC Rapporteur: Brigitte Keller-Stanislawski

Scope: "Extension of Indication to include new indication for Tysabri.
As a consequence, sections 4.1 AND 4.4 of the SmPC are updated in order to provide physicians with more options for treating RRMS patients with high disease activity who fail an initial disease modifying therapy (DMT). Consequential changes to sections 4.2, 4.3, 5.1 and Package Leaflet in Sections 2 and 3 are also proposed."

**Action**: For adoption

Request for Supplementary Information adopted on 25.06.2015.

The Committee discussed the issues identified in this application which related to several aspects of the clinical safety and efficacy.
The Committee adopted a 2nd request for supplementary information  with a specific timetable.

### 5.1.9.    Zutectra - human hepatitis b immunoglobulin - EMEA/H/C/001089/II/0024

Biotest Pharma GmbH, Prevention of hepatitis B virus (HBV) re-infection in HBV-DNA negative adult patients at least 6 months after liver transplantation for hepatitis B induced liver failure.

Rapporteur: Jan Mueller-Berghaus, Co-Rapporteur: Robert James Hemmings, PRAC Rapporteur: Brigitte Keller-Stanislawski

Scope: "Extension of Indication to Prevention of hepatitis B virus (HBV) re-infection in HBsAg and HBV-DNA negative patients at least one week – instead of the approved at least 6 months - after liver transplantation for hepatitis B induced liver failure.

As a consequence, sections 4.1, 4.2, 4.4, 4.8 and 5.1 of the SmPC are updated. The Package Leaflet is updated accordingly. In addition, the MAH took the opportunity of this procedure to update the Annex II in compliance with the QRD template version 9.1.

An updated RMP version 2 has been agreed."

**Action**: For adoption

Request for Supplementary Information adopted on 22.10.2015, 23.07.2015.

The Committee confirmed that all issues previously identified in this application had been resolved.

The Committee adopted a positive opinion by consensus together with the CHMP Assessment Report and translation timetable.

The Icelandic and Norwegian CHMP members were in agreement with the CHMP recommendations.

The summary of opinion was circulated for information.


## 5.2.    Update on on-going Type II variation; variation of therapeutic indication procedure according to Commission Regulation (EC) No 1234/2008

### 5.2.1.    Opdivo - nivolumab - EMEA/H/C/003985/II/0002

Bristol-Myers Squibb Pharma EEIG

Rapporteur: Arancha Sancho, Co-Rapporteur: Pieter de Graeff, PRAC Rapporteur: Brigitte Keller-Stanislawski

Scope: Timetable for the assessment of similarity

 "Extension of Indication to add treatment as monotherapy of patients with advanced renal cell carcinoma (RCC) after prior therapy in adults, based on Study CA209025; a phase 3 study of nivolumab vs. everolimus in subjects with advanced or metastatic clear-cell RCC who have received prior anti-angiogenic therapy, and the CA209010 addendum study report; phase 2 dose-ranging study of nivolumab in subjects with progressive advanced/metastatic clear-cell RCC who have received prior anti-angiogenic therapy. As a consequence, sections 4.1, 4.4, 4.8 and 5.1 of the SmPC are proposed to be updated and the Package Leaflet is proposed to be updated accordingly. In addition, the MAH took the opportunity to make editorial changes in the SmPC and Package Leaflet.

An updated RMP version 4.0 was provided as part of the application. Further, the MAH requested one additional year of market protection for a new indication."

### 5.2.2.    Imbruvica - ibrutinib - Orphan (EMEA/H/C/003791/II/0016)

MAH: Janssen-Cilag International NV,

Rapporteur: Filip Josephson, PRAC Rapporteur: Julie Williams,

Scope: Timetable for the assessment of similarity

"Extension of Indication to broaden the existing indication for chronic lymphocytic leukaemia (CLL) to include all previously untreated patients including those with 17p deletion or TP53 mutation based on the results from the final CSR of study PCYC-1115-CA (MEA 021) for Imbruvica. As a consequence, sections 4.1, 4.6, 4.8, 5.1 and 5.3 of the SmPC are being updated. The Package Leaflet is updated accordingly. In addition, the Marketing authorisation holder (MAH) took the opportunity to make minor editorial changes to the SmPC and to bring Annex II in line with the latest QRD template version 9.1. Moreover, the updated RMP version 5.0 has been submitted."

### 5.3.    Re-examination of Type II variation; variation of therapeutic indication procedure according to Commission Regulation (EC) No 1234/2008

No items

## 6.    Ancillary medicinal substances in medical devices

### 6.1.    Ancillary medicinal substances in medical devices; Opinions/ Day 180 list of outstanding issues / Day 120 list of questions

No items

### 6.2.    Update of Ancillary medicinal substances in medical devices

No items

## 7.    Procedure under Article 83(1) of Regulation (EC) 726/2004 (Compassionate Use)

### 7.1.    Procedure under Article 83(1) of Regulation (EC) 726/2004 (Compassionate Use)

No items

# 8.      Pre-submission issues

## 8.1.     Pre-submission issue

### 8.1.1.       - lenvatinib - H0004224

treatment for advanced and/or metastatic RCC following disease progression after failure of treatment with 1 prior VEGF-targeted therapy

Scope: Request for an accelerated assessment

**Action:** For adoption

Letter from the company dated 14 October 2015 requesting an accelerated assessment

The CHMP **agreed** to the request for accelerated assessment and adopted the briefing note and Rapporteurs' recommendation on the Request for Accelerated Assessment.

The CHMP noted the tentative accelerated timetable.

# 9.      Post-authorisation issues

## 9.1.     Post-authorisation issues

### 9.1.1.     Xarelto - Rivaroxaban - EMEA/H/C/000944

Bayer Pharma AG, prevention of venous thromboembolism (VTE), prevention of venous thromboembolism (VTE), prevention of stroke and systemic embolism

Rapporteur: Kristina Dunder, Co-Rapporteur: Martina Weise,

**Scope:** Update on ROCKET Trial.

**Action:** For discussion

The Committee noted the update and answers from the MAH.

The Committee discussed the issues identified in this application.

The Committee adopted a Request for Supplementary Information with a specific timetable.

### 9.1.2.     Enbrel - etanercept - EMEA/H/C/000262/II/0184

Pfizer Limited, Rapporteur: Robert James Hemmings, PRAC Rapporteur: Rafe Suvarna,

Scope: Opinion or Request for Supplementary Information

"Update of section 4.6 of the SmPC in order to update the information on the effects of etanercept on pregnancy and lactation. The Package Leaflet and the RMP are updated accordingly. In addition, the Marketing authorisation holder (MAH) took the opportunity to

update the RMP in reference to past approved variations."

**Action:** For adoption

Request for Supplementary Information adopted on 24.09.2015, 25.06.2015.

The CHMP agreed with the PRAC advice.

The Committee confirmed that all issues previously identified in this application had been addressed.

The Committee adopted a positive opinion by consensus together with the CHMP assessment report and Translation timetable.

The Icelandic and Norwegian members were in agreement with the CHMP recommendation.

### 9.1.3.    Simponi - golimumab - EMEA/H/C/000992/II/0063

Janssen Biologics B.V.,

Rapporteur: Kristina Dunder, PRAC Rapporteur: Ulla Wändel Liminga,

Scope: Opinion or Request for Supplementary Information

"Update of the SmPC sections 4.2 and 5.1 in order to reflect the data from a multicentre, placebo-controlled, double-blind, randomised-withdrawal, parallel group study (GO KIDS) in children (2 to 17 years of age) with active polyarticular juvenile idiopathic arthritis (pJIA). The Package leaflet is proposed to be updated accordingly. This procedure includes also an update to the RMP."

**Action:** For adoption

Request for Supplementary Information adopted on 26.03.2015.

The Committee discussed the issues identified in this application.

The Committee adopted a Request for Supplementary Information with a specific timetable.

### 9.1.4.    Pheburane - sodium phenylbutyrate - EMEA/H/C/002500/II/0007

Lucane Pharma, (treatment of chronic management of urea cycle disorders

Rapporteur: David Lyons,

Scope: Letter from the MAH dated 13 November 2015 informing of the decision to withdraw the procedure.

"Update of sections 4.2 and 6.6 of the SmPC in order to providing information on the administration of the product by nasogastric tube. The Package Leaflet is updated accordingly."

**Action:** For adoption

Request for Supplementary Information adopted on 30.07.2015, 28.05.2015.

The Committee noted the withdrawal letter.

### 9.1.5.   Voncento - human coagulation factor VIII / human von willebrand factor - EMEA/H/C/002493/II/0017/G

CSL Behring GmbH,

Rapporteur: Pieter de Graeff, PRAC Rapporteur: Sabine Straus,

Scope: Opinion or Request for Supplementary information

"C.I.4 (type II): Update of section 4.8 of the SmPC in order to update the frequencies of undesirable effects to reflect the final clinical study data from study CSLCT-BIO-08-53 in haemophilia A paediatric patients. The Package Leaflet is updated accordingly. The submission of the final CSR CSLCT-BIO-08-53 also leads to changes to the RMP (ver. 6.1) in order update the Company Core Safety Information (CCSI).

C.I.11.z (type IB): Submission of a revised RMP in order to remove the commitment to conduct a post-marketing study for haemophilia A patients (CSLCT-BIO-12-78) for Voncento as consequence of new data from study CSLCT-BIO-08-53.

In addition, the Marketing authorisation holder (MAH) took the opportunity to combine different strengths in the SmPC and Package Leaflet."

**Action:** For adoption

The Committee discussed the issues identified in this application and agreed to refer this procedure for discussion at the BPWP.

The Committee adopted a Request for Supplementary Information with a specific timetable.

### 9.1.6.   Strensiq - Asfotase Alfa - Orphan - EMEA/H/C/003794/ ANX/PRO 001

Alexion Europe SAS, treatment of paediatric-onset hypophosphatasia

Rapporteur: Greg Markey, Co-Rapporteur: Daniela Melchiorri,

Scope: Assessment Report for the Post-Authorisation Measure ANX/PRO 001

**Action:** For adoption

The CHMP adopted the assessment report.

## 10.   Procedure for Centrally Authorised products under Article 20 Council Regulation (EC) No 726/2004

### 10.1.1.   CERVARIX  -Human papillomavirus vaccine [types 16, 18] (recombinant, adjuvanted, adsorbed) — EMEA/H/A20/1421/C/0721/0071
GARDASIL , SILGARD - Human papillomavirus vaccine [types 6, 11, 16, 18] (recombinant, adsorbed) — EMEA/H/A20/1421/C/0703/0060 / EMEA/H/A20/1421/C/0732/0054
GARDASIL 9 (Human papillomavirus vaccine [types 6, 11, 16, 18, 31, 33, 45, 52, 58] (recombinant, adsorbed) - EMEA/H/A20/1421/C/3852/0001

MAHs: GlaxoSmithKline Biologicals S.A. (Cervarix), Sanofi Pasteur MSD SNC (Gardasil, Gardasil 9), Merck Sharp & Dohme Limited (Silgard)

Rapporteurs for the Article 20 referral:  PRAC Rapporteur: Julie Williams, PRAC Co-rapporteurs: Qun-Ying Yue and Jean-Michel Dogne

Individual product Rapporteurs: Rapporteur: Daniel Brasseur, Co-Rapporteur: Jan Mueller-Berghaus (Cervarix), Rapporteur: Kristina Dunder, Co-Rapporteur: Pierre Demolis (Gardasil / Silgard), Rapporteur: Kristina Dunder, Co-Rapporteur: Jan Mueller-Berghaus (Gardasil 9),

Scope: Review of the HPV vaccines to further clarify aspects of their safety profile following notification by the European Commission of a referral under Article 20 of Regulation (EC) No 726/2004, based on pharmacovigilance data.

Procedure started at PRAC in July 2015. The PRAC recommendation was adopted by PRAC during their November 2015 Plenary

**Action:** For adoption

The Committee concurred that the available evidence does not support that complex regional pain syndrome (CRPS) and postural orthostatic tachycardia syndrome (POTS) in young women are caused by human papillomavirus (HPV) vaccines. The CHMP did not recommend any changes to the terms of licensing or the product information for these medicines. The CHMP noted the recommendations to the MAHs that had been made by the PRAC in terms of future monitoring.

Furthermore, the CHMP considered that an increase in reporting rates is likely to happen, due to media attention and increased awareness in the future and that 'Observed versus expected' analysis should continue to be performed in PSURs considering changes in reporting rates.

The CHMP was informed about letters received from patients' organisations on the referral. The CHMP discussed the raised issues and considered that they had been addressed in the assessment report. The CHMP did not agree to the request for a delay of the opinion by 30 days to gather further information as it was considered that all relevant information has been taken into account and the opinion should not be delayed, especially since it concerns a safety matter.

The CHMP having considered the PRAC recommendation and the letters received from patients' organisations adopted an opinion by consensus recommending that the marketing authorisations for Cervarix, Gardasil, Gardasil 9 and Silgard should be maintained.

The Icelandic and the Norwegian CHMP members agree with the above-mentioned opinion of the CHMP.

The Committee agreed to the Communication Plan and noted the letters from patients' organisations.

## 10.1.2.    Tysabri - Natalizumab - EMEA/H/A-20/1416/C/000603/0083

Biogen Idec Ltd, treatment of multiple sclerosis

Rapporteur: Jan Mueller-Berghaus, Co-rapporteur: Daniela Melchiorri, PRAC Rapporteur: Brigitte Keller-Stanislawski;PRAC Co-Rapporteur: Carmela Macchiarulo
Scope: Report from Scientific Advisory Group meeting held on 06.11.2015

Review of the benefit-risk balance following notification by the European Commission of a referral under Article 20(8) of Regulation (EC) No 726/2004, based on pharmacovigilance data

**Action:** For discussion

The CHMP noted the report from the SAG meeting held on 06.11.2015.


## 10.2. Requests for CHMP Opinion under Article 5(3) of Regulation (EC) No 726/2004

No items


## 10.3. Procedure under Articles 5(2) and 10 of the Regulation (EC) No 726/2004

No items


## 10.4. Disagreement between Member States on application for medicinal product (potential serious risk to public health) –under Article 29(4) of Directive 2001/83/EC

No items


## 10.5. Harmonisation - Referral procedure under Article 30 of Directive 2001/83/EC


### 10.5.1. Clenil and associated names - Beclometasone dipropionate - EMEA/H/A-30/1418

Chiesi group of companies and associated companiesScope: Opinion or List of outstanding issues

Harmonisation exercise for Clenil and associated names (beclometasone dipropionate). The review was triggered by Italy due to the need to harmonise the product information across all Member States, including the therapeutic indication, the target populations and the posology recommendations.

**Action:** For adoption

List of Questions adopted on 25.06.2015.

The Committee discussed different SmPC sections to be harmonised.

The CHMP adopted a list of questions with a specific timetable.

Adoption of list of outstanding issues: 19.11.2015 CHMP

Submission of responses: 14.01.2016

Re-start of the procedure: 28.01.2016

Rapporteur and co-rapporteur assessment reports circulated to CHMP: 10.02.2016

CHMP member comments: 15.02.2016

Updated rapporteur and co-rapporteur assessment reports circulated to CHMP: 18.02.2016

Adoption of second list of outstanding issues / CHMP Opinion: February 2016 CHMP

### 10.5.2.   Cymevene IV and associated names - ganciclovir - EMEA/H/A-30/1406

F. Hoffmann-La Roche

Rapporteur: Rugile Pilviniene, Co-Rapporteur: Alar Irs,

Scope: Opinion

Harmonisation exercise for Cymevene IV and associated names. The review was triggered by the European Commission in September 2014, due to the need of harmonisation of the Summary of Product Characteristics across Member State.

**Action:** For adoption

List of Outstanding Issues adopted on 23.07.2015 and 26.02.2015. List of Questions adopted on 25.09.2014.

The CHMP discussed the wording of therapeutic indication, including use in paediatric population.

The CHMP adopted a 3rd list of questions with a specific timetable.

List of outstanding issues 3: November 2015 CHMP

Submission of responses: 25.01.016

Re-start of the procedure: 12.02.2016

Rapporteur/co-rapporteur joint assessment report circulated to CHMP: 15.02.2016

Comments: 17.02.2016

Joint updated assessment report circulated to CHMP: 19.02. 2016

CHMP opinion: February 2016 CHMP

### 10.5.3.   Novantrone and associated names - mitoxantrone - EMEA/H/A-30/1399

MEDA group of companies and associated companies

Rapporteur: Pieter de Graeff, Co-Rapporteur: Robert Hemmings,

Scope: Opinion or List of outstanding issues, report from Scientific Advisory Group meeting held on 06.11.2015

Harmonisation exercise for Novantrone and associated names. The review was triggered by the European Commission, due to the need of harmonisation of the Summary of Product Characteristics across Member States.

The CHMP noted the report from the SAG meeting held 06.11.2015.

The Committee agreed to ask PRAC advice regarding additional risk minimisation measures.

The CHMP adopted a list of questions to the PRAC requesting their advice.

**Action:** For adoption

List of Outstanding Issues adopted on 26.03.2015.

The CHMP adopted a 3rd list of questions with a specific timetable.

List of outstanding issues: November, 2015 CHMP

Submission of responses: 17.12.2015

Re-start of the procedure: 31.12.2015

Rapporteur joint assessment report circulated to CHMP: 13.01.2016

Comments from CHMP members: 18.01.2016

Updated joint assessment report: 21.01.2016

List of outstanding issues/CHMP opinion January 2016 CHMP

### 10.5.4. Lovenox and associated names – enoxaparin - EMEA/H/A-30/1429

Sanofi Aventis group of companies and associated companies

Rapporteur: Joseph Emmerich, Co-Rapporteur: Pieter de Graeff,

Scope: List of questions and timetable, appointment of (Co)Rapporteur

Harmonisation exercise for Lovenox and associated names. The review was triggered by France, due to the need of harmonisation of the Summary of Product Characteristics across Member States.

**Action:** For adoption

The CHMP noted the letter from the National Agency for Medicines and Health Products Safety (ANSM) in France dated 12 November 2015 notifying of an official referral under Article 30.

The CHMP appointed Joseph Emmerich as Rapporteur (interest level 1) and Pieter de Graeff as Co-Rapporteur (interest level 1).

The CHMP adopted a list of questions with a specific timetable.

Notification: 12 November 2015

Start of procedure: November 2015 CHMP

List of Questions: 19.11.2015

Submission of responses: 14.01.2016

Re-start of the procedure: 28.01.2016

Rapporteur and co-rapporteur assessment reports circulated to CHMP: 10.02.2016

Comments: 15.02.2016

Updated rapporteur and co-rapporteur assessment reports circulated to CHMP: 18.02.2016

Adoption of list of outstanding issues / CHMP Opinion: February 2016 CHMP

## 10.6. Community Interests - Referral under Article 31 of Directive 2001/83/EC

No items

## 10.7. Re-examination Procedure under Article 32(4) of Directive 2001/83/EC

No items

### 10.8.   Procedure under Article 107(2) of Directive 2001/83/EC

No items

### 10.9.   Disagreement between Member States on Type II variation– Arbitration procedure initiated by MAH under Article 6(13) (EC) No 1084/2003

No items

### 10.10.   Procedure under Article 29 Regulation (EC) 1901/2006

No items

### 10.11.   Referral under Article 13 Disagreement between Member States on Type II variation– Arbitration procedure initiated by Member State under Article 13 (EC) No 1234/2008)

No items

## 11.   Pharmacovigilance issue

### 11.1.   Early Notification System

November 2015 Early Notification System on Envisaged CHMP Recommendations for Regulatory Action (based on Identified Safety Concerns) Accompanied by communication to the General Summary of recommendations and advice of PRAC meeting held on 03-06 November 2015.

**Action**: For information

## 12.   Inspections

### 12.1.   GMP inspections

Disclosure of information related to GMP inspections will not be published as it undermines the purpose of such inspections

### 12.2.   GCP inspections

Disclosure of information related to GCP inspections will not be published as it undermines the purpose of such inspections

### 12.3.    Pharmacovigilance inspections

Disclosure of information related to Pharmacovigilance inspections will not be published as it undermines the purpose of such inspections

### 12.4.    GLP inspections

Disclosure of information related to GLP inspections will not be published as it undermines the purpose of such inspections

## 13.    Innovation Task Force

### 13.1.    Minutes of Innovation Task Force

**Action**: For information

### 13.2.    Innovation Task Force briefing meetings

Disclosure of information related to briefing meetings taking place with applicants cannot be released at present time as deemed to contain commercially confidential information

ITF Briefing Meeting

**Action:** For adoption

The CHMP adopted to the ITF Briefing meeting.

### 13.3.    Requests for CHMP Opinion under Article 57(1)J and (1)P of Regulation (EC) No 726/2004

No items

### 13.4.    Nanomedicines activities

No items

## 14.    Organisational, regulatory and methodological matters

### 14.1.    Mandate and organisation of the CHMP

#### 14.1.1.    Guideline on the scientific application and the practical arrangements necessary to implement Commission Regulation (EC) No 507/2006 on the conditional marketing authorisation for medicinal products for human use falling within the scope of Regulation (EC) No 726/2004

Scope: CHMP guideline on conditional marketing authorisation

**Action:** For adoption for circulation to the European Commission as per Article 11 of

Regulation (EC) No 507/2006

Overview of comments received on the CHMP guideline concerning conditional marketing authorisation

The CHMP considered that further discussion is required prior to the circulation of the guideline to the European Commission as per Article 11 of Regulation (EC) No 507/2006. The CHMP noted the overview of comments.

## 14.1.2.   Information on data gathering

**Action:** For discussion

The project started in March 2014 to gather evidence needed by European Commission in drafting future legislative proposal on fees. The goal was to assemble evidence about the time spent on procedures at EMA and NCA's. The data was gathered about scientific advice procedures so far, the intention is to continue with initial procedures and type II variations. The objective of this Pilot is to validate prospective time collection methodology across Network in 2016. The CHMP noted the information.

## 14.1.3.   Guideline on clinical investigation of medicinal products for the treatment of amyotrophic lateral sclerosis (ALS)

**Action:** For adoption

The Guideline is intended to provide guidance for the evaluation of drugs for the treatment of ALS. Primary lateral sclerosis with pure UMN involvement and progressive muscular atrophy with pure LMN involvement are presently not within the scope of this guideline. The guideline focuses on treatment aimed to modify disease progression. In addition, some guidance is given on symptomatic treatment of muscle strength. At the time of the development of the guideline the most up-to-date research data and data from available clinical trials in ALS have been taken into account.

The CHMP adopted the guideline.

## 14.1.4.   Survey on the experience with Early Background Summaries

**Action:** For discussion

The CHMP noted the planned survey. Questionnaires will be sent to rapporteurs and assessors from CHMP, PRAC and CAT for MAAs where an EBS was produced. Questionnaires will be sent to all MAAs since start of the pilot. The results will be reported back to the plenary 1Q16.

## 14.1.5.   Follow-up from the CHMP Strategic Review and Learning meeting in Luxembourg: action items and members' feedback

**Action:** For discussion

The CHMP discussed and noted the survey results. The feedback on the programme of the meeting in Luxembourg was very positive, both in terms of topic selection as well as the delivery. An increased number of proposals for topics to be addressed in future meeting has been noted, which is helpful for drafting the agenda of the next meeting.

### 14.1.6. Revision of the Guideline on the scientific application and the practical arrangements necessary to implement the procedure for accelerated assessment pursuant to article 14(9) of regulation (EC) No 726/2004 – Rev 1

Scope: Comments received during public consultation

**Action:** For discussion

The CHMP discussed and noted the Overview of changes proposed and comments received during public consultation. The changes will include introduction of more detailed guidance how to justify major public health interest based on the existing three key elements (existing methods, unmet medical need, and strength of evidence); acknowledgment that comprehensive clinical data may not be available in certain situations, allowing accelerated assessment in the context of a conditional marketing authorisation for example; stressing the importance of proactive early dialogue to advise on MAA submission strategy; optimisation of the assessment timetable by better balancing evaluation phases to reach a CHMP opinion within 150 days.

### 14.1.7. Update on call for nomination for the 5th CHMP co-opted member

Nominations for a co-opted member with expertise in Statistics and methodology, Epidemiology, Geriatrics and/or Pharmacology should be submitted by 9 December 2015.

The election of co-opted member is planned for the December 2015 CHMP Plenary.

**Action:** For discussion

The CHMP discussed and noted the call for nomination for the 5th CHMP co-opted member.

### 14.1.8. Strategic Review & Learning Meeting under Dutch Presidency

Joint CHMP /COMP strategic review & learning meeting to be held in Utrecht on 30 May -1 June 2016

**Action:** For information

The CHMP noted the information about Strategic Review & Learning Meeting under Dutch Presidency, meeting will be held in Utrecht on 30 May -1 June 2016.

## 14.2. Coordination with EMA Scientific Committees

### 14.2.1. Pharmacovigilance Risk Assessment Committee (PRAC)

**Summary of recommendations and advice of PRAC meeting held on 03-06 November 2015**

**Action:** For information

The CHMP noted the Summary of recommendations.

**List of Union Reference Dates and frequency of submission of Periodic Safety Update Reports (EURD list) for November 2015**

**Action:** For adoption

The CHMP adopted the document.

## 14.2.2.    Committee for Advanced Therapies (CAT)

CAT draft minutes of meeting held on 12-13 November 2015
**Action**: For information

The CHMP noted the draft minutes.

## 14.2.3.    Committee for Herbal Medicinal Products (HMPC )

Pulegone/menthofurane request from HMPC

Scope: Additional CHMP questions to SWP

**Action:** For discussion and adoption

The CHMP discussed the additional CHMP questions to SWP. The CHMP adopted the list of questions to the SWP.

## 14.2.4.    Paediatric Committee (PDCO)

**PIPs reaching D30 at November 2015 PDCO**

**Action:** For information

The CHMP noted the document.

**Report from the PDCO meeting held on 11-13 November 2015**

**Action:** For information

The CHMP noted the report.

## 14.2.5.    Committee for Orphan Medicinal Products (COMP)

Report from the COMP meeting held on 10-12 November 2015
**Action:** For information

The CHMP noted the report.

## 14.2.6.    CMDh

**Report from the Coordination Group for Mutual Recognition and Decentralised Procedures – Human (CMDh) on the meeting held on 16-18 November 2015**

**Action:** For information

The CHMP noted the report.

Scope: **Letter from CMDh dated 4 November 2015 to CHMP / PKWP requesting advice on exenatide prolonged-release suspension for injection**

**Action:** For adoption

The CHMP adopted the letter from CMDh dated 4 November 2015 to CHMP / PKWP requesting advice on exenatide prolonged-release suspension for injection and agreed to the involvement of the PKWP.

Scope: **Response from PKWP and RIWP on CMDh question on everolimus regarding classification of everolimus in transplant setting as narrow therapeutic index drug**

**Action:** For adoption

The CHMP discussed the Response from PKWP and RIWP on CMDh question on everolimus. It was noted that RIWP needs to reconsider the response and come back to the Committee.

Scope: **Response from PKWP on CMDh Question on bioequivalence requirements for generics of amoxicillin and clavulanic acid**

**Action:** For adoption

The CHMP adopted the Response from PKWP on CMDh Question on bioequivalence requirements for generics of amoxicillin and clavulanic acid.

Scope: **Letter from the CMDh dated 17 November 2015 regarding shortage of pertussis-containing vaccines in the EU**

**Action:** For discussion

The CHMP discussed the Letter from the CMDh. It was agreed to send the letter to Biologics Working Party and Vaccines Working Party.

## 14.3.  Coordination with EMA Working Parties/Working Groups/Drafting Groups

### 14.3.1.  Scientific Advice Working Party (SAWP)

**Report from the SAWP meeting held on 3-6 November 2015. Table of conclusions**

**Action:** For information

The CHMP noted the report.

**Scientific advice letters:** Disclosure of information related to scientific advice letters cannot be released at present time as these contain commercially confidential information.

**Election of SAWP Member**

Scope: Election of a new SAWP member with expertise haematology, oncology, infectious diseases

**Action:** For adoption

The CHMP appointed Jan Sjoberg (MPA) and Paolo Foggi (AIFA) as new SAWP members.

### 14.3.2. Proposal for establishment of the Respiratory drafting group

Scope: Proposal to re-establish the respiratory drafting group and call for nomination of chairperson

**Action:** For discussion

The CHMP agreed to re-establish the respiratory drafting group noted the call for chairperson. Nominations should be sent by 11 December 2015.

### 14.3.3. Call for nomination for Vice-chair of CVSWP - Cardiovascular Working Party

Please send your nomination for Vice-chair by 4 December 2015.

**Action:** For information

The CHMP noted the call for vice-chair

### 14.3.4. Call for nomination for Vice-chair of ONCWP – Oncology Working Party

Please send your nomination for Vice-chair by 4 December 2015.

**Action:** For information

The CHMP noted the call for vice-chair

### 14.3.5. Call for nomination for Vice-chair of RIWP - Rheumatology/Immunology Working Party

Please send your nomination for Vice-chair by 4 December 2015.

**Action:** For information

The CHMP noted the call for vice-chair

### 14.3.6. Excipients Drafting Group (ExcpDG)

New mandate of the Excipient drafting group

**Action:** for information

The CHMP noted the amended mandate of the Excipients Drafting Group.

### 14.3.7.  Call for nomination for Chair of the Joint CHMP/CVMP/CMDh/CMDv Active Substance Master File WG

Nominations should be sent by Wednesday 9 December 2015. Please note that the chair does not have to be a member of this Working Group but can be any expert.

**Action:** for information

The CHMP noted the call for chair.

## 14.4.  Cooperation within the EU regulatory network

No items

## 14.5.  Cooperation with International Regulators

No items

## 14.6.  Contacts of the CHMP with external parties and interaction with the Interested Parties to the Committee

No items

## 14.7.  CHMP work plan

### 14.7.1.  CHMP 2016 work plan

**Action:** for information

Comments are awaited on the 2016 Draft Work Plan until 4th December 2015

The CHMP noted the updated draft 2016 Work Plan.

## 14.8.  Planning and reporting

No items

## 14.9.  Others

No items

## 15.  Any other business

## 15.1.  AOB topic

# 16.    List of participants

List of participants including any restrictions with respect to involvement of members / alternates / experts following evaluation of declared interests for the 16-19 November 2015 meeting.

| Name | Role | Member state or affiliation | Outcome restriction following evaluation of e-DoI | Topics on agenda for which restrictions apply |
|---|---|---|---|---|
| Tomas Salmonson | Chair | Sweden | No interests declared | |
| Andrea Laslop | Member | Austria | No interests declared | |
| Milena Stain | Alternate | Austria | No interests declared | |
| Daniel Brasseur | Member | Belgium | No interests declared | |
| Bart Van der Schueren | Alternate | Belgium | No interests declared | |
| Mila Vlaskovska | Member | Bulgaria | No interests declared | |
| Viola Macolić Šarinić | Member | Croatia | No interests declared | |
| Ana Dugonjić | Alternate | Croatia | No interests declared | |
| Panayiotis Triantafyllis | Member | Cyprus | No interests declared | |
| Ondřej Slanař | Member | Czech Republic | No interests declared | |
| Radka Montoniová | Alternate | Czech Republic | No interests declared | |
| Jens Heisterberg | Member | Denmark | No restrictions applicable to this meeting | |
| Sinan B. Sarac | Alternate | Denmark | No interests declared | |
| Alar Irs | Member | Estonia | No restrictions applicable to this meeting | |
| Outi Mäki-Ikola | Member | Finland | No restrictions applicable to this meeting | |
| Tuomo Lapveteläinen | Alternate | Finland | No interests declared | |
| Pierre Demolis | Member (Vice-Chair) | France | No interests declared | |
| Joseph Emmerich | Alternate | France | No interests declared | |
| Harald Enzmann | Member | Germany | No interests declared | |
| Martina Weise | Alternate | Germany | No restrictions applicable to this meeting | |
| Dimitrios Kouvelas | Member | Greece | No interests declared | |
| George Aislaitner | Alternate | Greece | No interests declared | |
| Agnes Gyurasics | Member | Hungary | No interests declared | |
| Melinda Sobor | Alternate | Hungary | No interests declared | |
| Kolbeinn Gudmundsson | Member | Iceland | No interests declared | |
| Hrefna Gudmundsdottir | Alternate | Iceland | No interests declared | |
| David Lyons | Member | Ireland | No restrictions applicable to this meeting | |
| Daniela Melchiorri | Member | Italy | No interests declared | |

| Name | Role | Member state or affiliation | Outcome restriction following evaluation of e-DoI | Topics on agenda for which restrictions apply |
|------|------|------|------|------|
| Luca Pani | Alternate | Italy | No interests declared | |
| Juris Pokrotnieks | Member | Latvia | not attending this month | |
| Natalja Karpova | Alternate | Latvia | No interests declared | |
| Romaldas Mačiulaitis | Member | Lithuania | No restrictions applicable to this meeting | |
| Rugile Pilviniene | Alternate | Lithuania | No interests declared | |
| Jacqueline Genoux-Hames | Member | Luxembourg | No interests declared | |
| John Joseph Borg | Member | Malta | No interests declared | |
| Pieter de Graeff | Member | Netherlands | No interests declared | |
| Johann Lodewijk Hillege | Alternate | Netherlands | No interests declared | |
| Karsten Bruins Slot | Member | Norway | No interests declared | |
| Bjorg Bolstad | Alternate | Norway | No restrictions applicable to this meeting | |
| Piotr Fiedor | Member | Poland | No interests declared | |
| Bruno Sepodes | Member | Portugal | No interests declared | |
| Patricia Silva | Alternate | Portugal | No interests declared | |
| Nela Vilceanu | Member | Romania | No interests declared | |
| Jan Mazag | Member | Slovakia | No interests declared | |
| Stanislav Primožič | Member | Slovenia | No interests declared | |
| Nevenka Tršinar | Alternate | Slovenia | No interests declared | |
| Concepcion Prieto Yerro | Member | Spain | No interests declared | |
| Arantxa Sancho-Lopez | Alternate | Spain | No interests declared | |
| Kristina Dunder | Member | Sweden | No interests declared | |
| Filip Josephson | Alternate | Sweden | No interests declared | |
| Greg Markey | Member | United Kingdom | No interests declared | |
| Rafe Suvarna | Alternate | United Kingdom | No interests declared | |
| Robert James Hemmings | Co-opted member | United Kingdom | No restrictions applicable to this meeting | |
| Jan Mueller-Berghaus | Co-opted member | Germany | No interests declared | |
| Jean-Louis Robert | Co-opted member | Luxembourg | No interests declared | |
| Sol Ruiz | Co-opted member | Spain | No interests declared | |
| Anne Hasle Buur | Expert - in person* | Denmark | No interests declared | |
| Astrid van Ee | Expert - in person* | Netherlands | No interests declared | |
| Valerie Lescrainier | Expert - in person* | Belgium | No interests declared | |
| Tiina Reinivuori | Expert - in person* | Finland | No interests declared | |
| Roberta Agius | Expert - in person* | Malta | No restrictions applicable to this meeting | |
| Alison Attard | Expert - in person* | Malta | No interests declared | |
| Jana | Expert - in | Slovakia | No restrictions | |

| Name | Role | Member state or affiliation | Outcome restriction following evaluation of e-DoI | Topics on agenda for which restrictions apply |
|------|------|------|------|------|
| Schweigertova | person* | | applicable to this meeting | |
| Sabine Mayrhofer | Expert - in person* | Germany | No interests declared | |
| Yvonne   Belin | Expert - in person* | Sweden | No interests declared | |
| Margareta Gullberg | Expert - in person* | Sweden | No interests declared | |
| Christina   Dahlén | Expert - in person* | Sweden | No interests declared | |
| Lisa Landberg | Expert - in person* | Sweden | No interests declared | |
| Julie   Williams | Expert - in person* | UK | No interests declared | |
| Philip  Bryan | Expert - in person* | UK | No interests declared | |
| Patrick   Batty | Expert - in person* | UK | No interests declared | |
| Valentine  Ibekwe | Expert - in person* | UK | No interests declared | |
| Kristofer Olofsson | Expert - in person* | Sweden | No restrictions applicable to this meeting | |
| Macela Vostarkova | Expert - in person* | Czech Republic | No interests declared | |
| Elena  Martinez Alonso | Expert - via telephone* | Spain | No interests declared | |
| Jose Maria Rodríguez Pachón | Expert - via telephone* | Spain | No interests declared | |
| Carmen  de la Morena-Criado | Expert - via telephone* | Spain | No interests declared | |
| Macarena Rodriguez Mendizabal | Expert - via telephone* | Spain | No interests declared | |
| Paolo  Foggi | Expert - via telephone* | Italy | No interests declared | |
| Nuria  Prieto | Expert - via telephone* | Spain | No interests declared | |
| Rosa    Virto | Expert - via telephone* | Spain | No interests declared | |
| Luisa  Arreaza Lopez | Expert - via telephone* | Spain | No interests declared | |
| Serge Bakchine | Expert - via telephone* | France | No restrictions applicable to this meeting | |
| Susanne Flemisch | Expert - via telephone* | Germany | No interests declared | |
| Klaus  Reh | Expert - via telephone* | Germany | No interests declared | |
| Henning Brohmann | Expert - via telephone* | Germany | No interests declared | |
| Janet   Schriever | Expert - via telephone* | Germany | No interests declared | |
| Kofi  Owusu | Expert - via telephone* | UK | No interests declared | |
| Sabine   Lenton | Expert - via telephone* | UK | No interests declared | |

| Name | Role | Member state or affiliation | Outcome restriction following evaluation of e-DoI | Topics on agenda for which restrictions apply |
|------|------|---------------------------|--------------------------------------------------|----------------------------------------------|
| Ingela Thorson-Kaija | Expert - via telephone* | Sweden | No interests declared | |
| Anneliese Hilger | Expert - via telephone* | Germany | No interests declared | |
| Mair Powell | Expert - via telephone* | UK | No interests declared | |
| Anita Andersson | Expert - via telephone* | Sweden | No interests declared | |
| Erika Gustafsson | Expert - via telephone* | Sweden | No interests declared | |
| Ingrid Schellens | Expert - via telephone* | Netherlands | No interests declared | |
| Susan Cole | Expert - via telephone* | UK | No interests declared | |
| Zoran Simic | Expert - via telephone* | UK | No interests declared | |
| Parvinder Singh Phul | Expert - via telephone* | UK | No interests declared | |
| Jan Welink | Expert - via telephone* | Netherlands | No interests declared | |
| Hanneke Van der Woude | Expert - via telephone* | Netherlands | No interests declared | |
| Darius Śladowski | Expert - via telephone* | UK | No restrictions applicable to this meeting | |
| Bertil Jonsson | Expert - via telephone* | Sweden | No interests declared | |
| Ingela Thorson-Kaija | Expert - via telephone* | Sweden | No interests declared | |
| A representative from the European Commission attended the meeting | | | | |
| Meeting run with support from relevant EMA staff | | | | |

\* Experts were only evaluated against the product(s) they have been invited to talk about.

# 17.    Explanatory notes

The Notes give a brief explanation of relevant agenda items and should be read in conjunction with the agenda.

The notes below give a brief explanation of the main sections and headings in the CHMP agenda and should be read in conjunction with the agenda or the minutes.

**Oral explanations** *(section 2)*

The items listed in this section are those for which marketing authorisation holders (MAHs) or applicants have been invited to the CHMP plenary meeting to address questions raised by the Committee. Oral explanations normally relate to on-going applications (section 3, 4 and 5) or referral procedures (section 10) but can relate to any other issue for which the CHMP would like to discuss with company representatives in person.

**Initial applications** *(section 3)*

This section lists applications for marketing authorisations of new medicines that are to be discussed by the Committee.

Section 3.1 is for medicinal products nearing the end of the evaluation and for which the CHMP is expected to adopt an **opinion** at this meeting on whether marketing authorisation should be granted. Once adopted, the CHMP opinion will be forwarded to the European Commission for a final legally binding decision valid throughout the EU.

The other items in the section are listed depending on the stage of the evaluation, which is shown graphically below:



The assessment of an application for a new medicine takes up to 210 'active' days. This active evaluation time is interrupted by at least one 'clock-stop' during which time the applicant prepares the answers to questions from the CHMP. The clock stop happens after day 120 and may also happen after day 180, when the CHMP has adopted a list of questions or outstanding issues to be addressed by the company. Related discussions are listed in the agenda under sections 3.2 (**Day 180 List of outstanding issues**) and 3.3 (**Day 120 list of questions**).

CHMP discussions may also occur at any other stage of the evaluation, and these are listed under section 3.4, **update on ongoing new applications for centralised procedures**.

The assessment leads to an opinion from the CHMP by day 210. Following a CHMP opinion the European Commission takes usually 67 days to issue a legally binding decision (i.e. by day 277 of the procedure). CHMP discussions on products that have received a CHMP opinion and are awaiting a decision are listed under section 3.6, **products in the decision making phase**.

**Extension of marketing authorisations according to Annex I of Reg. 1234/2008** *(section 4)*

Extensions of marketing authorisations are applications for the change or addition of new strengths, formulations or routes of administration to existing marketing authorisations. Extension applications follow a 210-day evaluation process, similarly to applications for new medicines (see figure above).

**Type II variations - Extension of indication procedures** *(section 5)*

Type II variations are applications for a change to the marketing authorisation which requires an update of the product information and which is not covered in section 4. Type II variations include applications for a new use of the medicine (extension of indication), for which the assessment takes up to 90 days. For the applications listed in this section, the CHMP may adopt an opinion or request supplementary information from the applicant.

**Ancillary medicinal substances in medical devices** *(section 6)*

Although the EMA does not regulate medical devices it can be asked by the relevant authorities (the so-called Notified Bodies) that are responsible for regulating these devices to give a scientific opinion on a medicinal substance contained in a medical device.

**Re-examination procedures (new applications) under article 9(2) of regulation no 726/2004** *(section 3.5)*

This section lists applications for new marketing authorisation for which the applicant has requested a re-examination of the opinion previously issued by the CHMP.

**Re-examination procedures** *(section5.3)*

This section lists applications for type II variations (including extension of indication applications) for which the applicant has requested re-examination of the opinion previously issued by the CHMP.

**Withdrawal of application** *(section 3.7)*

Applicants may decide to withdraw applications at any stage during the assessment and a CHMP opinion will therefore not be issued. Withdrawals are included in the agenda for information or discussion, as necessary.

**Procedure under article 83(1) of regulation (EC) 726/2004 (compassionate use)** *(section 7)*

Compassionate use is a way of making available to patients with an unmet medical need a promising medicine which has not yet been authorised (licensed) for their condition. Upon request, the CHMP provides recommendations to all EU Member States on how to administer, distribute and use certain medicines for compassionate use.

**Pre-submission issues** *(section 8)*

In some cases the CHMP may discuss a medicine before a formal application for marketing authorisation is submitted. These cases generally refer to requests for an accelerated assessment for medicines that are of major interest for public health or can be considered a therapeutic innovation. In case of an accelerated assessment the assessment timetable is reduced from 210 to 150 days.

**Post-authorisation issues** *(section 9)*

This section lists other issues concerning authorised medicines that are not covered elsewhere in the agenda. Issues include supply shortages, quality defects, some annual reassessments or renewals or type II variations to marketing authorisations that would require specific discussion at the plenary.

**Referral procedures** *(section 10)*

This section lists referrals that are ongoing or due to be started at the plenary meeting. A referral is a procedure used to resolve issues such as concerns over the safety or benefit-risk balance of a medicine or a class of medicines. In a referral, the EMA is requested to conduct a scientific assessment of a particular medicine or class of medicines on behalf of the EU. Further information on such procedures can be found here.

**Pharmacovigilance issues** *(section 11)*

This section lists issues that have been discussed at the previous meeting of the PRAC, the EMA's committee responsible for evaluating and monitoring safety issues for medicines. Feedback is provided by the PRAC. This section also refers to the early notification system, a system used to notify the European regulatory network on proposed EMA communication on safety of medicines.

**Inspections Issues** *(section 12)*

This section lists inspections that are undertaken for some medicinal products. Inspections are carried out by regulatory agencies to ensure that marketing authorisation holders comply with their obligations. Inspection can relate to good manufacturing practice (GMP), good clinical practice (GCP), good laboratory practice (GLP) or good pharmacovigilance practice (GVP).

**Innovation task force** *(section 13)*

The Innovation Task Force (ITF) is a body set up to encourage early dialogue with applicants developing innovative medicines. Minutes from the last ITF meeting as well as any related issue that requires discussion with the CHMP are listed in this section of the agenda. Further information on the ITF can be found here.

**Scientific advice working party (SAWP)** *(section 14.3.1)*

This section refers to the monthly report from the CHMP's Scientific Advice Working Party (SAWP) on scientific advice given to companies during the development of medicines. Further general information on SAWP can be found here.

**Satellite groups / other committees** *(section 14.2)*

This section refers to the reports from groups and committees making decisions relating to human medicines: the Coordination Group for Mutual Recognition and Decentralised Procedures – Human (CMDh), the Committee for Orphan Medicinal Products (COMP), the Committee for Herbal Medicinal Products (HMPC), Paediatric Committee (PDCO), the Committee for Advanced Therapies (CAT) and the Pharmamacovigilance Risk Assessment Committee (PRAC).

**Invented name issues** *(section 14.3)*

This section list issues related to invented names proposed by applicants for new medicines. The CHMP has established the Name Review Group (NRG) to perform reviews of the invented names. The group's main role is to consider whether the proposed names could create a public-health concern or potential safety risk. Further information can be found here.

More detailed information on the above terms can be found on the EMA website: www.ema.europa.eu/