UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO: JURY TRIAL DEMANDED

CHARLES BERRY
2:15-cv-05557-EEF-MBN

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff Charles Berry, in the above reference civil action, and by and through his counsel of records hereby files a Motion for Voluntary Dismissal of this actions without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

WHEREFORE, Plaintiff hereby requests that his claims against all Defendants in this action be voluntarily dismissed, without prejudice.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff Charles Berry hereby dismisses all claims in this matter with prejudice against all Defendants in this action only. This stipulation shall not affect the lawsuit filed by Nast Law lead attorney Daniel N. Galluci, which is currently pending in the Philadelphia Court of Common Pleas, Case No. September Term 2015 No. 00874. All parties shall bear their own costs.

Date: January 25, 2016.

Respectfully submitted,
/s/ *Andrew B. Sommerman*
**SOMMERMAN, MCCAFFITY & QUESADA, LLP**
Andrew B. Sommerman
Texas State Bar No. 18842150
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219-4461
214/720-0720 (telephone)
214/720-0184 (fax)
Andrew@textrial.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,
/s/ *Andrew B. Sommerman*
**SOMMERMAN, MCCAFFITY & QUESADA, LLP**
Andrew B. Sommerman
Texas State Bar No. 18842150
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219-4461
214/720-0720 (telephone)
214/720-0184 (fax)
Andrew@textrial.com

*Attorneys for Plaintiff*