UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____ : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:           JURY TRIAL DEMANDED

*CHARLES BERRY*
*2:15-cv-05557-EEF-MBN*

## ORDER

IT IS ORDERED that Plaintiffs' Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against all defendants in Charles Berry v. Janssen Research & Development, LLC, et al 2:15-cv- 05557 are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this_____day of_____, 2016

_____
U.S. District Court Judge