UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>HANNELORE KRCH<br>Civil Action No.: 2:15-cv-06973 | **JURY TRIAL DEMANDED** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Plaintiff Hannelore Krch, will bring the attached Motion for Voluntary Dismissal Without Prejudice for submission before the Honorable Judge Eldon E. Fallon on the 17th of February, at 9:00 a.m.

Dated: January 26, 2016

                                                                 Respectfully submitted,

                                                                 KENNEDY HODGES, LLP

                                                                 By: /s/ Gabriel A. Assaad
                                                                 Gabriel A. Assaad
                                                                gassaad@kennedyhodges.com
                                                               711 W. Alabama St.
                                                               Houston, TX 77006
                                                               Telephone: (713) 523-0001
                                                               Facsimile: (713) 523-1116

                                                               ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                            /s/ Gabriel A. Assaad
                                            Gabriel A. Assaad