UNITED STATES DISTRICTCOURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE: ELDON E. FALLON<br><br>JUDGE MAGISTRATE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>DAVID BASS<br>Civil Action No.: 2:15-cv-06072 | **JURY TRIAL DEMANDED** |

**MOTION TO ENROLL CO-COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes the plaintiff **DAVID BASS** who informs this Honorable Court, as follows:

1. On January 22, 2016, the Plaintiff learned of his selection, by Defendants, to the Bellwether discovery pool.

2. The Plaintiff anticipates the need for additional litigation counsel and wishes to enroll Samuel "Chuck" Ward of Samuel C. Ward, Jr., & Associates. 660 Saint Ferdinand Street, Baton Rouge, LA 70802. Louisiana State Bar number 29508. (225) 330-6677 (tel.), (225) 330-6680 (fax), and (e) samuelcward@aol.com.

**WHEREFORE**, the Plaintiff, **DAVID BASS,** prays for an order enrolling Samuel "Chuck" Ward as Co-Counsel of record.

Respectfully submitted,

By: /s/ John Jewell Pace
John Jewell Pace
John Jewell Pace, A.P.L.C
Louisiana State Bar No. 01115
29347 S. Frost Rd.
Livingston, LA 70754
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com
*Attorney for the Plaintiff,
David Bass*