# UNITED STATES DISTRICTCOURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE: ELDON E. FALLON <br><br> JUDGE MAGISTRATE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> DAVID BASS <br> Civil Action No.: 2:15-cv- 06072 | **JURY TRIAL DEMANDED** |

## ORDER

Considering the foregoing **MOTION TO ENROLL CO-COUNSEL OF RECORD**:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREEED** that Samuel "Chuck" Ward be and is hereby enrolled as co- counsel of record on behalf of Plaintiff, **DAVID BASS**.

Signed this _____ day of January 2016, New Orleans, Louisiana.

_____
Eldon K. Fallon, Judge
United States District Court