**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE : XARELTO (RIVAROXABAN) PRODUCTS LIABILITY | : : : : : : : | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert C. Stoddart, et al. v. Janssen Research & Development, LLC, et al.*
*2:15-cv-03768-EEF-MBN*

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff Robert C. Stoddart, in the above referenced civil action, and by and through his counsel of records hereby files a Motion for Voluntary Dismissal of this action solely against Bayer Healthcare, LLC without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

WHEREOF, Plaintiff hereby requested that his claims solely against Bayer Healthcare, LLC in this action be voluntarily dismissed, without prejudice. The filing of this Motion for Voluntary Dismissal as to Bayer Healthcare, LLC is not intended to have any effect on any of the other bundled Plaintiff filed in this action.

Dated: January 27, 2016                              Respectfully submitted,

/s/ John S. Selinger
John S. Selinger, (JS9509)
Zeccola & Selinger, LLC
2127 Crompond Road, Suite 205
Cortlandt Manor, NY 10567
Phone: (914) 402-7290
Facsimile: (914) 737-4260
john@zslawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Plaintiff's Motion to Dismiss without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: January 27, 2016                                              /s/ John S. Selinger