**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE : XARELTO (RIVAROXABAN)** | : | MDL No. 2592 |
| **PRODUCTS LIABILITY** | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE: ELDON E. FALLON |
| | : | |
| | : | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Robert C. Stoddart, et al. v. Janssen Research & Development, LLC, et al.*
*2:15-cv-03768-EEF-MBN*

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims are solely against Bayer Healthcare, LLC in *Robert C. Stoddart, et al. v. Janssen Research & Development, LLC, et al 2:15-cv-03768* are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this _____day of _____, 2016

_____
Honorable Eldon E. Fallon
U.S. District Court Judge