**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE : XARELTO (RIVAROXABAN) | : | **MDL No. 2592** |
| **PRODUCTS LIABILITY** | : | |
| | : | **SECTION: L** |
| | : | |
| | : | **JUDGE: ELDON E. FALLON** |
| | : | |
| | : | **MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

*Mary R. Sudol, et al. v. Janssen Research & Development, LLC, et al.*
*2:15-cv-01500-EEF-MBN*

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby

GRANTED and that Plaintiff's claims are solely against Bayer Healthcare, LLC in

*Mary R. Sudol, et al. v. Janssen Research & Development, LLC, et al 2:15-cv-01500* are hereby

voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this _____day of _____, 2016

_____
Honorable Eldon E. Fallon
U.S. District Court Judge