UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| ELLIOT BOKA AND DIANE BOKA, h/w, | JUDGE: ELDON E. FALLON |
| Plaintiff, v. | MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, Defendants. | Civil Action No. 2:15-cv-05278-EEF-MBN |

**PLAINTIFFS ELLIOT BOKA and DIANE BOKA'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT <u>BAYER HEALTHCARE LLC</u>**

**TAKE NOTICE** that Plaintiffs Elliot Boka and Diane Boka, by and through their attorneys, Ross Feller Casey, LLP and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss this Action solely against Bayer Healthcare LLC without prejudice. Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i), and Bayer Healthcare LLC has not filed an Answer or Motion for Summary Judgment, no Court order is

required or requested. The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare LLC is not intended to have any effect on any claims against any other Defendants in this action.

Respectfully submitted,

Date:   January 27, 2016

**ROSS FELLER CASEY, LLP**
*Attorneys for Plaintiffs*

By:   /s/ Mark A. Hoffman
Mark A. Hoffman, Esquire
Brian J. McCormick, Jr., Esquire
Dena Young, Esquire
ROSS FELLER CASEY, LLP
One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA. 19103
Phone: (215) 574-2000
Fax: (215) 574-3080
mhoffman@rossfellercasey.com
bmccormick@rossfellercasey.com
dyoung@rossfellercasey.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing Notice of Voluntary Dismissal Without Prejudice as to Defendant Bayer Healthcare LLC has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: January 27, 2016

                                                   /s/ Mark A. Hoffman, Esquire
                                                   Mark A. Hoffman, Esquire