## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION)** | **MDL No. 2592** |
| **THIS DOCUMENT RELATES TO:** | **SECTION L** |
| **ELAINE MURRILL,** | |
| Plaintiff,<br>v . | **JUDGE: ELDON E. FALLON**<br>**MAG. JUDGE MICHAEL NORTH** |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | **Civil Action No.**<br>2:15-cv-06564-EEF-MBN |
| Defendants. | |

## PLAINTIFF ELAINE MURRILL'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER HEALTHCARE LLC

**TAKE NOTICE** that Plaintiff Elaine Murrill, by and through her attorneys, Ross Feller Casey, LLP and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this Action solely against Bayer Healthcare LLC without prejudice. Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i), and Bayer Healthcare LLC has not filed an Answer or Motion for Summary Judgment, no Court order is required or requested. The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare LLC is not intended to have any effect on any claims against any other Defendants in this action.

Respectfully submitted,

Date:   January 27, 2016                    **ROSS FELLER CASEY, LLP**
                                            ***Attorneys for Plaintiffs***

                        By:     /s/ Mark A. Hoffman_____
                                Mark A. Hoffman, Esquire
                                Brian J. McCormick, Jr., Esquire
                                Dena Young, Esquire
                                ROSS FELLER CASEY, LLP
                                One Liberty Place
                                1650 Market Street, Suite 3450
                                Philadelphia, PA. 19103
                                Phone: (215) 574-2000
                                Fax: (215) 574-3080
                                mhoffman@rossfellercasey.com
                                bmccormick@rossfellercasey.com
                                dyoung@rossfellercasey.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Voluntary Dismissal Without Prejudice as to Defendant Bayer Healthcare LLC has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: January 27, 2016

/s/ Mark A. Hoffman, Esquire
Mark A. Hoffman, Esquire