UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

### PRETRIAL ORDER NO. 11D
(Bundling of Complaints and Answers)

The Court outlined the procedure for the filing of joint complaints in Pretrial Order 11. (Rec. Doc. 893). The Plaintiffs' Steering Committee later provided the Court with an exemplar joint complaint and exemplar short form complaint, which the Court issued as Pretrial Order No. 11A. The Plaintiffs' Steering Committee has provided the Court with an updated exemplar joint complaint (Attachment A) for the use of Plaintiffs' counsel when filing their joint complaints. These forms are intended to provide guidance, but individual counsel bears the responsibilty first to decide whether this form appplies to his or her client's case, and then to tailor this form to correspond to each Plaintiff's claims/allegations. Counsel shall contact Plaintiffs' Liaison Counsel, Leonard Davis or Gerald Meunier, with any questions regarding these forms.

NEW ORLEANS, LOUISIANA this 27th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

1