UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | | SECTION: L |
| ) | | JUDGE FALLON |
| ) | | MAG. JUDGE NORTH |

This Document Relates to:

*Russell v. Janssen Research & Development, LLC et al*; LAED USDC No. 2:15cv3892

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiff, FANNIE V. RUSSELL, by counsel, Phelan Petty, PLC, respectfully requests that this Honorable Court grant Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant, Bayer Healthcare Pharmaceuticals, Inc., pursuant to Fed. R. Civ. P. 4(m) and enter an Order allowing her an additional thirty (30) days from the date the Order is entered in which to serve streamlined process on Defendant, Bayer Healthcare Pharmaceuticals, Inc., in accordance with the process established in the Xarelto MultiDistrict Litigation ("Xarelto MDL").  A Brief in Support of Plaintiff's Motion is submitted herewith.

Dated: January 27, 2016

                                              _____/s/_____
                                              Michael G. Phelan
                                              VSB No. 29725
                                              Phelan Petty, PLC
                                              6641 West Broad Street, Suite 406
                                              Richmond, VA  23230
                                              Phone:  (804) 980-7100
                                              Fax:  (804) 767-4601
                                              E-Mail:  mphelan@phelanpetty.com
                                              *Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2016, a copy of the foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVICE PROCESS has contemporaneously, with or before filing, been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  _____/s/_____
                                                  Michael G. Phelan
                                                  VSB No. 29725
                                                  Phelan Petty, PLC
                                                  6641 West Broad Street, Suite 406
                                                  Richmond, VA  23230
                                                  Phone:  (804) 980-7100
                                                  Fax:  (804) 767-4601
                                                  E-Mail:  mphelan@phelanpetty.com
                                                  *Counsel for Plaintiff*