UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**This Document Relates to:**

*Fannie V. Russell v. Janssen Research & Development, LLC, et al*; LAED USDC No. 2:15cv3892

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process:

IT IS HEREBY ORDERED that Plaintiff Fannie V. Russell shall have thirty (30) days from the date hereof to serve process on Defendant Bayer Healthcare Pharmaceuticals, Inc.

New Orleans, Louisiana this ____ day of _____, 2016.

_____
Honorable Eldon E. Fallon,
U.S. District Court Judge