Roger C. Denton, Esq. (MO # 30292)
Kristine K. Kraft, Esq. (MO # 37971)
Ashley Brittain Landers, Esq. (MO # 62763)
**SCHLICHTER, BOGARD & DENTON**
100 South 4th Street
Saint Louis, MO 63102
Telephone:  (314) 621-6115
Facsimile:   (314) 621-7151

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>JOANNE O'FALLON,<br><br>        Plaintiff,<br><br>        v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br><br>        Defendants | MDL No. 2592<br><br>SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br><br>Civil Action No.: 2:15-cv-03833-EEF-MBN<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, Plaintiff JoAnn O'Fallon and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Healthcare LLC.  All other Defendants remain in the case.  Costs and fees shall be borne by the party that incurred them.

1

DATED:  January 27, 2016             Respectfully submitted,


By: /s/ *Roger C. Denton*
  Roger C. Denton, Esq. (MO # 30292)
  Kristine K. Kraft, Esq. (MO # 37971)
  Ashley Brittain Landers, Esq. (MO # 62763)
  SCHLICHTER, BOGARD & DENTON, LLP
  100 South 4th Street
  Saint Louis, MO 63102
  Telephone:  (314) 621-6115
  Fax:   (314) 621-7151
  rdenton@uselaws.com
  kkraft@uselaws.com
  abrittain@uselaws.com
  *Attorneys for Plaintiff*


By: /s/ *Steven Glickstein*
  Steven Glickstein
  KAYE SCHOLER LLP
  250 West 55th Street
  New York, New York 10019-9710
  Telephone: (212) 836-8485
  Facsimile: (212) 836-6485
  sglickstein@kayscholer.com
  *Attorneys for Defendant Bayer HealthCare LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


            By: /s/ *Roger C. Denton*
              Roger C. Denton
              Attorney for Plaintiff

2