UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) | ) MDL No. 2592<br>) SECTION L<br>) JUDGE ELDON E. FALLON<br>) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT ONLY APPLIES TO:<br>Joyce Ventura,<br><br>    Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | )<br>)<br>)<br>)   Case No. 2:15-cv-06129-EEF-MBN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF
AND FOR LEAVE TO AMEND COMPLAINT *INSTANTER***

Franette Liebow, a competent individual acting on behalf of herself and on behalf of Joyce Ventura ("the Decedent"), by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 15 and 25, respectfully requests that as the Executor of the Estate of Joyce Ventura, deceased, she be substituted as Plaintiff in this action. A copy

of the Order of Appointment and death certificate are attached hereto as Exhibit A.

Franette Liebow further seeks leave to amend the Complaint to include survival action claims pursuant to La. C.C. arts. 2315.1 and 2315.2. Attached as Exhibit B is a copy of the First Amended Complaint. A memorandum in support of this Motion is attached. Defendants are not opposed to this relief.

Dated: January 27, 2016                  Respectfully submitted,

BY:     */s/Jeffrey D. Meyer*

Jeffrey D. Meyer
Texas Bar #: 00788048
The Meyer Law Firm, PC
6363 Woodway Drive Suite 720
Houston, Texas 77057
Telephone: (713) 974-4100
Fax: (713) 974-0225

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF CONFERENCE**

I certify that Defendants' counsel has been contacted with respect to the relief requested herein and Defendants are not opposed.

        */s/Jeffrey D. Meyer*

Jeffrey D. Meyer
Texas Bar #: 00788048
The Meyer Law Firm, PC
6363 Woodway Drive Suite 720
Houston, Texas 77057
Telephone: (713) 974-4100
Fax: (713) 974-0225

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2015, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

          /s/Jeffrey D. Meyer

Jeffrey D. Meyer
Texas Bar #: 00788048
The Meyer Law Firm, PC
6363 Woodway Drive Suite 720
Houston, Texas 77057
Telephone: (713) 974-4100
Fax: (713) 974-0225

**ATTORNEY FOR PLAINTIFFS**

# EXHIBIT A

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

ESTATE OF )
)
)
JOYCE M. VENTURA )  Case No. 15P 1155    JAN 2 1 2016
)
Deceased )

FILED

*Keith ___*
CIRCUIT CLERK

### ORDER APPOINTING REPRESENTATIVE OF DECEDENT'S ESTATE

On the verified petition for issuance of letters of office and:

- ☒ the petition for admission to probate of the will of the decedent;
- ☐ no petition having been filed for admission to probate of the will of the decedent;

1. IT IS ORDERED THAT:
   - ☒ The will of JOYCE M. VENTURA dated MAY 27, 2015,
     (name of decedent)
     (and codicil dated _____, _____) be admitted to probate.
   - ☐ No will is admitted to probate.

2. Administration of the estate shall be:
   - ☒ Independent. The representative in independent administration shall file annual reports; the first of which is due on or before 60 days after the expiration of the one year anniversary of this Order and annually thereafter.
   - ☐ Supervised. The representative in supervised administration shall file an inventory within 60 days; and shall file annual reports and accounts, the first of which is due on or before 60 days after the expiration of the one year anniversary of this Order and annually thereafter.

3. Letters of office shall issue to FRANETTE R. LIEBOW as:
   (insert name)
   - ☒ Executor(s).
   - ☐ Administrator(s).
   - ☐ Administrator(s) With Will Annexed.

4. PREVIOUS ORDER OF 12/28/15 APPOINTING JOYCE M. VENTURA IS STRICKEN

Donna-Jo R. Vorderstrasse
_____
JUDGE

Dated this _____ day of JANUARY, 20 16.

Prepared by:
Name: THOMAS F. MEYER
Attorney's Name: THOMAS F. MEYER
Address: 33 N. WAUKEGAN ROAD, SUITE 105
City: LAKE BLUFF          State: IL
Phone: 847-295-0070    Zip Code: 60044
Fax: 847-295-0-072
ARDC #: 3126272

171P-13   (Rev. 12/11)

# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

STATE FILE NUMBER: 2015 0084616  
DATE ISSUED: 10/29/2015

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | JOYCE MARJORIE VENTURA |
| SEX | FEMALE |
| DATE OF DEATH | OCTOBER 25, 2015 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 83 YEARS |
| DATE OF BIRTH | MAY 16, 1932 |
| CITY OR TOWN | CHICAGO |
| HOSPITAL OR OTHER INSTITUTION NAME | NORTHWESTERN MEMORIAL HOSPITAL |
| PLACE OF DEATH | INPATIENT |
| BIRTHPLACE | UNKNOWN, RI |
| SOCIAL SECURITY NUMBER | 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 |
| STATUS AT TIME OF DEATH | WIDOWED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 670 ROCKEFELLER ROAD |
| APT. NO. | |
| CITY OR TOWN | LAKE FOREST |
| INSIDE CITY LIMITS? | YES |
| COUNTY | LAKE |
| STATE | IL |
| ZIP CODE | 60045 |
| FATHER/CO-PARENTS NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | UNKNOWN UNKNOWN |
| MOTHER/CO-PARENTS NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | UNKNOWN UNKNOWN |
| INFORMANT'S NAME | FRANETTE RONNA LIEBOW |
| RELATIONSHIP | POWER OF ATTORNEY |
| MAILING ADDRESS | 544 THATCHER AVENUE, RIVER FOREST, IL 60305 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | FOREST CREMATORY |
| LOCATION - CITY OR TOWN AND STATE | ROMEOVILLE, IL |
| DATE OF DISPOSITION | OCTOBER 29, 2015 |
| FUNERAL HOME | CREMATION SOCIETY OF ILLINOIS - EDISON PARK, 6471 NORTHWEST HIGHWAY, CHICAGO, IL, 60631 |
| FUNERAL DIRECTOR'S NAME | KATHRYN A HOWES |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034016422 |
| LOCAL REGISTRAR'S NAME | DAVID ORR |
| DATE FILED WITH LOCAL REGISTRAR | OCTOBER 29, 2015 |

**CAUSE OF DEATH**

PART I.  
a. IMMEDIATE CAUSE (Final disease or condition resulting in death): RIGHT MIDDLE ARTERY STROKE — APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: UNKNOWN  
b. Due to (or as a consequence of): ATRIAL FIBRILLATION — UNKNOWN  
c. Due to (or as a consequence of):  
Due to (or as a consequence of):

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | NO |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |
| FEMALE PREGNANCY STATUS | NOT APPLICABLE |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | YES |
| DATE LAST SEEN ALIVE | OCTOBER 25, 2015 |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | NO |
| DATE PRONOUNCED | |
| TIME OF DEATH | 08:11 PM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | OCTOBER 25, 2015 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | SHISHIR SHARMA, 251 EAST HURON, CHICAGO, ILLINOIS, 60611 |
| PHYSICIAN'S LICENSE NUMBER | 036136739 |





This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

David Orr  
Cook County Clerk

# EXHIBIT B