# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592<br>: SECTION L<br>: JUDGE ELDON E. FALLON<br>: MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT ONLY APPLIES TO:<br>Joyce Ventura,<br><br>    Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | Case No. 2:15-cv-06129-EEF-MBN |

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT *INSTANTER*

**MAY IT PLEASE THE COURT:**

The Plaintiff, Joyce Ventura, a resident of Lake County, Illinois, passed away on October 25, 2015. The Plaintiff filed a Notice of Suggestion of Death of Plaintiff with this Court on January 27, 2016. Franette Liebow, has been appointed Executor of the Estate of

3

Joyce Ventura by the Nineteenth Judicial Circuit, Lake County, Illinois.

Joyce Ventura's claims survive her death; and the Executor of Ms. Venturas' Estate, Franette Liebow, is entitled to continue her cause of action. La. C.C. art. 2315.1. Federal Rule of Civil Procedure 25(a)(1) states that if a party dies and the claim is not extinguished due to the death, the court may order the substitution of parties.

Joyce Ventura, ingested Xarelto from approximately October 9, 2013 to October 26, 2013 and suffered bruising, a bleed and left flank hematoma that resulted in a hospitalization on approximately October 27, 2013 as a direct result of ingesting Xarelto.  Joyce Ventura suffered injuries for which she is entitled to pursue causes of action against Defendants, JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, (collectively, "the Defendants"). Her death does not preclude or extinguish her cause of action against the Defendants.  Joyce Ventura is entitled to have Franette Liebow, the Executor of her estate, substituted as Plaintiff in this action.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposing party's written consent or the Court's leave when justice so requires. In this case, justice requires that Franette Liebow be allowed to amend the Complaint to include survival

action claims. Joyce Ventura did not pass away until after the filing of the original Complaint, and, therefore, the survival action claims could not be made at that time.

## CONCLUSION

Despite her death, the Plaintiff Joyce Ventura is entitled to pursue her cause of action against Defendants. Therefore, the Plaintiff respectfully requests that Franette Liebow, the Executor of the Estate of Joyce Ventura, be substituted as the Plaintiff in this action.

Dated: January 27, 2016                    Respectfully submitted,

                                BY:    /s/Jeffrey D. Meyer

                                    Jeffrey D. Meyer
                                    Texas Bar #: 00788048
                                    The Meyer Law Firm, PC
                                    6363 Woodway Drive Suite 720
                                    Houston, Texas 77057
                                    Telephone: (713) 974-4100
                                    Fax: (713) 974-0225

                                **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2016, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                               */s/Jeffrey D. Meyer*

                                                               Jeffrey D. Meyer
Texas Bar #: 00788048
The Meyer Law Firm, PC
6363 Woodway Drive Suite 720
Houston, Texas 77057
Telephone: (713) 974-4100
Fax: (713) 974-0225

**ATTORNEY FOR PLAINTIFFS**