UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : SECTION L |
| | : JUDGE ELDON E. FALLON |
| | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*JOYCE VENTURA*
*2:15-cv-06129 -EEF-MBN*

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, here by informs the Honorable Court of the death of the Plaintiff, Joyce Ventura, on October 25, 2015. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and for Leave to Amend Complaint will be filed by Franette Liebow, who is the duly appointed Executor of Joyce Ventura's Estate. The Motion to Substitute Party Plaintiff and for Leave to Amend Complaint will seek to substitute Franette Liebow as the Party Plaintiff due to the death of Plaintiff Joyce Ventura.

Dated: January 27, 2016    Respectfully submitted,

BY:  /s/Jeffrey D. Meyer

Jeffrey D. Meyer
Texas Bar #: 00788048
The Meyer Law Firm, PC
6363 Woodway Drive Suite 720
Houston, Texas 77057
Telephone: (713) 974-4100
Fax: (713) 974-0225

**ATTORNEY FOR PLAINTIFFS**

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2016, that a copy of the above and foregoing document as contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                               /s/Jeffrey D. Meyer

                                                  Jeffrey D. Meyer
                                                  Texas Bar #: 00788048
                                                  The Meyer Law Firm, PC
                                                  6363 Woodway Drive Suite 720
                                                  Houston, Texas 77057
                                                  Telephone: (713) 974-4100
                                                  Fax: (713) 974-0225

                                                  **ATTORNEY FOR PLAINTIFFS**