# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Juli Ann Chappell and Richard Chappell*
*Civil Action No. 2:16-cv-00172-EEF-MBN*

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER CORPORATION

**COMES NOW,** Plaintiffs Juli Ann Chappell and Richard Chappell in the above-referenced matter, by and through undersigned counsel of record, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby files this Motion for Voluntary Dismissal solely against Bayer Corporation, without prejudice, with each party to bear its own costs.

The filing of this Motion for Voluntary Dismissal as to Bayer Corporation, without prejudice, is not intended to have any effect on any claims against any other Defendants in this action.

**WHEREFORE,** Plaintiffs hereby request that their claims against Bayer Corporation be voluntarily dismissed, without prejudice, without having any effect on any claims against any other Defendants in this action.

Dated: January 27, 2016

Respectfully Submitted,

　/s/ Patrick L. Pantazis
Patrick L. Pantazis
Dennis G. Pantazis
D.G. Pantazis, Jr.
**WIGGINS CHILDS PANTAZIS**
**FISHER GOLDFARB, LLC**
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203
Telephone: 205-314-0500
Email: ppantazis@wigginschilds.com

Robert M. Foote
Kevin Noll
Foote, Mielke, Chavez & O'Neil, LLC
10 West State Street
Suite #200
Geneva, Illinois 60134
Tel. No. 630-232-7450
Email: rmf@fmcolaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Motion for Voluntary Dismissal Without Prejudice has been filed and served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    This the 27th day of January, 2016.

                                            */s/ Patrick L. Pantazis*
                                            Of Counsel