UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Juli Ann Chappell and Richard Chappell*
*Civil Action No. 2:16-cv-00172-EEF-MBN*

## ORDER

**IT IS ORDERED** that Plaintiffs' Motion for Voluntary Dismissal Without Prejudice is hereby GRANTED and that Plaintiffs' claims solely against Bayer Corporation in *Juli Ann Chappell and Richard Chappell v. Janssen Research & Development, LLC, et al.*, 2:16-cv-00172, are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs, with all claims against any other Defendants to remain pending in this action.

Signed, this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge