UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)            :
PRODUCTS LIABILITY LITIGATION           :     MDL No. 2592
                                        :
                                        :     SECTION L
                                        :
                                        :     JUDGE ELDON E. FALLON
                                        :
_____  :     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:                     **JURY TRIAL DEMANDED**

**JOE MCCORMICK**
**CIVIL ACTION NO.: 2:16-CV-00335**

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Joe McCormick, in the above referenced civil action, and by and through his counsel of record hereby files a Motion for Voluntary Dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

WHEREFORE, Plaintiff hereby requests that his claims against all defendants in this action be voluntarily dismissed, without prejudice.

Dated: January 28, 2016            Respectfully submitted,

                                   **JACKSON ALLEN & WILLIAMS, LLP**

                                   /s/ Jennifer Williams
                                   John H. Allen, III, Esq. - Trial/Lead Counsel
                                   tallen@jacksonallenfirm.com
                                   Jennifer Williams, Esq.
                                   jwilliams@jacksonallenfirm.com
                                   3838 Oak Lawn Ave., Suite 1100
                                   Dallas, Texas 75219
                                   (214) 521-2300
                                   (214) 528-7755 (Facsimile)

                                   *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jennifer Williams
Jennifer Williams, Esq.