UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:        **JURY TRIAL DEMANDED**

JOE MCCORMICK
CIVIL ACTION NO.: 2:16-CV-00335

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against all defendants in *McCormick v. Janssen Research & Development, LLC, et al* (2:16-cv-00335) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this _____ day of_____, 2016

_____
Hon. Eldon E. Fallon
U.S. District Court Judge