UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| MIKE SCOLARO, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF DOMINIC SCOLARO, DECEASED, | JUDGE ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| Plaintiff, | Civil Action No. 2:15-cv-01248-EEF-MBN |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al. | |
| Defendants. | |

**PLAINTIFF MIKE SCOLARO, INDIVIDUALLY, AND AS REPRESENTATIVE OF THE ESTATE OF DOMINIC SCOLARO, DECEASED'S, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER HEALTHCARE, LLC**

TAKE NOTICE that Plaintiff Mike Scolaro, Individually, and as Representative of the Estate of Dominic Scolaro, Deceased, by and through his counsel of record and pursuant to Rule 4(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this Action solely against Bayer Healthcare, LLC without prejudice. Due to this Notice being filed pursuant to Rule 4(a)(1)(A)(i), no Court order is required or requested. The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare, LLC is not intended to have any effect on any claims against any other Defendants in this action.

Dated this 28th day of January, 2016.            **Respectfully submitted,**

/s/ Ryan L. Thompson
**WATTS GUERRA LLP**
**Ryan L. Thompson**
*Attorney in Charge*
Texas State Bar No. 24046969
5726 W. Hausman, Suite 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: rlt-bulk@wattsguerra.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2016, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice as to Defendant Bayer Healthcare, LLC with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ryan L. Thompson
Ryan L. Thompson