UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| TEODOR MAGDA, | |
| Plaintiff, | JUDGE ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al. | Civil Action No. 2:15-cv-07075-EEF-MBN |
| Defendants. | |

**PLAINTIFF TEODOR MAGDA'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER HEALTHCARE, LLC**

TAKE NOTICE that Plaintiff Teodor Magda, by and through his counsel of record and pursuant to Rule 4(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this Action solely against Bayer Healthcare, LLC without prejudice. Due to this Notice being filed pursuant to Rule 4(a)(1)(A)(i), no Court order is required or requested. The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare, LLC is not intended to have any effect on any claims against any other Defendants in this action.

Dated this 28th day of January, 2016.

Respectfully submitted,

*/s/ Ryan L. Thompson*
**WATTS GUERRA LLP**
**Ryan L. Thompson**
*Attorney in Charge*

Texas State Bar No. 24046969<br>
5726 W. Hausman, Suite 119<br>
San Antonio, Texas 78249<br>
Telephone: 210.448.0500<br>
Fax: 210.448.0501<br>
Email: rlt-bulk@wattsguerra.com<br>
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2016, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice as to Defendant Bayer Healthcare, LLC with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Ryan L. Thompson<br>
Ryan L. Thompson