UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :    MDL No. 2592
                                    :
                                    :    SECTION L
                                    :    JUDGE ELDON E. FALLON
                                    :    MAGISTRATE JUDGE NORTH
                                    :
_____      :    **JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

JOHN COWITCH
Civil Action No. : 2:15-cv-05410

### PLAINTIFF JOHN COWITCH'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff John Cowitch, in the above-referenced action, and by and through his counsel of records hereby files a Motion for Voluntary Dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

WHEREFORE, Plaintiff John Cowitch hereby requests that his claims against all Defendants in this action be voluntarily dismissed, WITHOUT prejudice.

Plaintiff John Cowitch dismisses all claims in this matter WITHOUT prejudice against all Defendants in THIS action only. This dismissal is not intended to affect the lawsuit filed by Childers, Schlueter & Smith, LLC and Feldman & Pinto P.C. which is currently pending in the Philadelphia Court of Common Pleas, Case No. November Term 2015 No. 00259. All parties shall bear their own costs.

1

Dated: This 28th day of January, 2016

                                              Respectfully submitted,

                                            <u>/s/ C. Andrew Childers</u>
                                            C. Andrew Childers
                                            Georgia Bar No. 124398
                                            **CHILDERS, SCHLUETER & SMITH, LLC**
                                            1932 North Druid Hills Road, NE
                                            Suite 100
                                            Atlanta, Georgia 30319
                                            (404) 419-9500 – telephone
                                            (404) 419-9501 – facsimile
                                            achilders@cssfirm.com

                                            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing Plaintiff John Cowitch 's Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

          Respectfully submitted,

          /s/ C. Andrew Childers
          C. Andrew Childers
          Georgia Bar No. 124398
          **CHILDERS, SCHLUETER & SMITH, LLC**
          1932 North Druid Hills Road, NE
          Suite 100
          Atlanta, Georgia 30319
          (404) 419-9500 – telephone
          (404) 419-9501 – facsimile
          achilders@cssfirm.com

          *Attorneys for Plaintiff*