UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |
| _____ | : | **JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

**JOHN COWITCH**
**Civil Action No. : 2:15-cv-05410**

## ORDER

IT IS ORDERED that Plaintiff John Cowitch's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff John Cowitch's claims against all Defendants in *John Cowitch v. Janssen Research & Development LLC et al,* Civil Action No. 2:15-cv-05410 are hereby voluntarily DISMISSED, without prejudice, each party to bear its own costs.

Signed, this _____ day of _____, 2016.

_____

U.S. District Court Judge