# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| _____ ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| *Joyce Reid v. Janssen* ) | |
| *Research & Development LLC, et al* ) | |
| **Case No. 2:15-cv-05193** ) | |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC.

NOW COMES Plaintiff, Joyce Reid, by and through her undersigned counsel of record, and respectfully moves this Court for an Order declaring that the prior service of her Complaint and Summons on Defendant Bayer HealthCare Pharmaceuticals, Inc., is valid; or alternatively, granting her an additional thirty (30) days from the date the Order is entered within which to serve process on Defendant Bayer HealthCare Pharmaceuticals, Inc., through the streamlined procedure for informal service of process set forth in Pre-Trial Order No. 10. A brief memorandum in support of this Motion is submitted herewith.

Dated: January 28, 2016                                    Respectfully submitted,

*s/ Mitchell Theodore*
KRISTIAN RASMUSSEN
Alabama Bar No.: ASB-1068-R64R
MITCHELL THEODORE
Alabama Bar No.: ASB-6549-I00D
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200

Fax: (205) 324-7896  
Email:  
Kristian Rasmussen  
krasmussen@corywatson.com  
Mitchell Theodore  
mtheodore@corywatson.com  

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*s/ Mitchell Theodore*  
Mitchell Theodore