UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) _____ ) ) ) **THIS DOCUMENT RELATES TO:** ) ) ) *Joyce Reid v. Janssen Research & Development LLC, et al* ) Case No. 2:15-cv-05193 ) ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC.**

In support of her Motion, Plaintiff states as follows:

Plaintiff filed this matter into *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 on October 15, 2015. Pursuant to Pre-Trial Order No. 10, Plaintiff has 60 days from that date to complete the streamlined service of process as to Bayer HealthCare Pharmaceuticals, Inc. (hereinafter referred to as "BHCP"). Plaintiff believes she has effectuated service on BHCP and requests this Court declare her prior service attempts have been effective or alternatively, grant her thirty (30) days within which to serve process on BHCP.

On October 29, 2015, Plaintiff sent a copy of the Complaint and Summons to Defendant BHCP via Certified Mail, Return Receipt Requested, No. 70141200000076284387, in accord with the specifications for streamlined service of process set out in Pre-Trial Order No. 10 (**Ex. A**). On November 5, 2015, Plaintiff received the envelope back without the Return Receipt. In response, Plaintiff resent a copy of the Complaint and Summons to BHCP via Certified Mail, Return Receipt Requested, No. 70141200000076284431, on November 16, 2015 (**Ex. B**).

It appears that on November 25, 2015, the Return Receipt from the November 16, 2015 service attempt was delivered and signed for (**Ex. C**). On December 21, 2015, Plaintiff received a letter from The Corporation Trust Company, an entity previously unknown to Plaintiff, explaining it had received the Complaint and Summons but was not the registered agent for BHCP (**Ex. D**). Confirmation of this letter being received on December 21, 2015, is noted in Plaintiff's counsel's internal case management database. In response to this letter, on December 22, 2015, Plaintiff sent a third copy of the Complaint to Defendant BHCP via Certified Mail, Return Receipt Requested, No. 70141200000076284240 (**Ex. E**). The Return Receipt was delivered and signed on December 29, 2015 (**Ex. F**). On January 5, 2016, defense counsel sent a letter to Plaintiff informing her this attempt at service was ineffective as it was outside the 60 days allowed for streamlined service under Pre-Trial Order No. 10 (**Ex. G**).

Despite her best efforts, Plaintiff has been unable to determine why the Complaint and Summons were delivered to The Corporation Trust Company and not BHCP's registered agent, Corporation Service Company. Once informed of this issue, Plaintiff took all necessary steps to remedy the problem. Due to the afore-described delay in delivery to BHCP and despite multiple attempts at streamlined service, according to BHCP, Plaintiff was unable to complete process of service as to BHCP within the time allotted by Pre-Trial Order No. 10. However, this issue was not caused by Plaintiff's oversight or error, and it is Plaintiff's position that her prior attempts to serve BHCP have been effective. Plaintiff has continued her claim as if service was effectuated, including submitting her Plaintiff Fact Sheet on December 14, 2015.

Plaintiff has attempted to resolve this issue with defense counsel over the past several weeks but was informed on January 20, 2016, BHCP would not accept streamlined service or consent to an extension of time to serve BHCP. Accordingly, Plaintiff respectfully requests that

this Court enter an Order declaring her prior service on BHCP effective or alternatively, granting her an additional thirty (30) days within which to serve process on Defendant BHCP through the streamlined process set out in Pre-Trial Order No. 10.

Dated: January 28, 2016

Respectfully submitted,

*s/ Mitchell Theodore*
KRISTIAN RASMUSSEN
Alabama Bar No.: ASB-1068-R64R
MITCHELL THEODORE
Alabama Bar No.: ASB-6549-I00D
CORY WATSON, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200
Fax: (205) 324-7896
Email:
Kristian Rasmussen
krasmussen@corywatson.com
Mitchell Theodore
mtheodore@corywatson.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*s/ Mitchell Theodore*
Mitchell Theodore

# EXHIBIT A

| English | Customer Service | USPS Mobile | Register / Sign In |

# USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70141200000076284387

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 5, 2015, 9:29 am | Delivered | BIRMINGHAM, AL 35205 |

Your item was delivered at 9:29 am on November 5, 2015 in BIRMINGHAM, AL 35205.

| | | |
|---|---|---|
| November 5, 2015, 4:49 am | Departed USPS Facility | BIRMINGHAM, AL 35222 |
| November 4, 2015, 6:14 pm | Arrived at USPS Facility | BIRMINGHAM, AL 35222 |
| November 2, 2015, 10:13 pm | Departed USPS Facility | WILMINGTON, DE 19850 |
| November 2, 2015, 6:46 pm | Arrived at USPS Facility | WILMINGTON, DE 19850 |
| October 30, 2015, 2:03 am | Departed USPS Facility | BIRMINGHAM, AL 35222 |
| October 29, 2015, 4:37 am | Arrived at USPS Facility | BIRMINGHAM, AL 35222 |

## Available Actions

## Track Another Package

Tracking (or receipt) number

| 70141200000076284387 | **Track It** |

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



# EXHIBIT B

English    Customer Service    USPS Mobile                                       Register / Sign In



# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70141200000076284431

**Updated Delivery Day:** Wednesday, November 25, 2015

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| November 25, 2015, 6:39 am | Delivered, To Agent | WILMINGTON, DE 19801 |

Your item has been delivered to an agent at 6:39 am on November 25, 2015 in WILMINGTON, DE 19801.

| | | |
|---|---|---|
| November 24, 2015, 12:05 pm | Available for Pickup | WILMINGTON, DE 19801 |
| November 24, 2015, 10:38 am | Arrived at Unit | WILMINGTON, DE 19801 |
| November 23, 2015, 7:17 pm | Departed USPS Facility | WILMINGTON, DE 19850 |
| November 23, 2015, 2:51 pm | Arrived at USPS Facility | WILMINGTON, DE 19850 |
| November 21, 2015, 11:22 pm | Departed USPS Facility | BIRMINGHAM, AL 35222 |
| November 16, 2015, 10:44 pm | Arrived at USPS Facility | BIRMINGHAM, AL 35222 |

## Available Actions

## Track Another Package

**Tracking (or receipt) number**

70141200000076284431,    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



# EXHIBIT C

177-123

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Amy McLo____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  NOV 25 2015 |
| 1. Article Addressed to:<br>SOP Dept.<br>CSC<br>Suite 400<br>2711 Centerville Road<br>Wilmington, DE 19808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7014 1200 0000 7628 4431 |
| PS Form 3811, July 2013 | Domestic Return Receipt |

# EXHIBIT D

**CT**

171.123

November 25, 2015

Kristian Rasmussen
Cory Watson, P.C.
2131 Magnolia Avenue,
Birmingham, AL 35205

Re: Joyce Reid, Pltf. vs. Janssen Research & Development LLC, etc., et al., Dfts. // To: Bayer Healthcare Pharmaceuticals

Case No. 215CV05193EEFMBN

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Bayer HealthCare Pharmaceuticals Inc..

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 528225796

Sent By Regular Mail

cc: Eastern District of Louisiana US District Court
    500 Poydras St,
    New Orleans, LA 70130

(Returned To)

Kristian Rasmussen
Cory Watson, P.C.
2131 Magnolia Avenue,
Birmingham, AL 35205

# EXHIBIT E

English　　Customer Service　　USPS Mobile　　　　　　　　　　Register / Sign In

# USPS.COM

# USPS Tracking®


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70141200000076284240

**Updated Delivery Day:** Tuesday, December 29, 2015

## Product & Tracking Information

**Postal Product:**　　**Features:**
　　　　　　　　　　Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 29, 2015, 8:36 am | Delivered | WILMINGTON, DE 19808 |

Your item was delivered at 8:36 am on December 29, 2015 in WILMINGTON, DE 19808.

| | | |
|---|---|---|
| December 29, 2015, 7:27 am | Out for Delivery | WILMINGTON, DE 19808 |
| December 29, 2015, 7:17 am | Arrived at Unit | WILMINGTON, DE 19808 |
| December 29, 2015, 7:17 am | Sorting Complete | WILMINGTON, DE 19808 |
| December 28, 2015, 11:28 pm | Departed USPS Facility | WILMINGTON, DE 19850 |
| December 28, 2015, 2:26 pm | Arrived at USPS Facility | WILMINGTON, DE 19850 |
| December 24, 2015, 1:36 am | Departed USPS Facility | BIRMINGHAM, AL 35222 |
| December 22, 2015, 11:34 pm | Arrived at USPS Facility | BIRMINGHAM, AL 35222 |

## Available Actions

**Text Updates**

**Email Updates**

## Track Another Package

Tracking (or receipt) number

[ 70141200000076284240 ]　　**Track It**

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



# EXHIBIT F

177-123

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SOP Dept / CSC
Ste 400
2711 Centerville Road
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

DEC 29 2015

3. Service Type
☐ Certified Mail   ☐ Priority Mail Express™
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7014 1200 0000 7628 4240

PS Form 3811, July 2013     Domestic Return Receipt

# EXHIBIT G



| | Lindy D. Brown |
|---|---|
| **BRADLEY ARANT** | *Attorney* |
| **BOULT CUMMINGS** | Direct: (601) 592-9905 |
| LLP | Fax: (601) 592-1405 |
| | lbrown@babc.com |

January 5, 2016

**Via Electronic Mail (krasmussen@corywatson.com)**

Kristian Rasmussen
Cory Watson, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205

      Re:    Joyce Reid v. Janssen Research & Development LLC, et al.,
             Civil Action No. 2:15-cv-05193 (E.D. La.)

Dear Mr. Rasmussen:

      This firm, with others, represents Bayer HealthCare Pharmaceuticals Inc. in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Healthcare Pharmaceuticals Inc. received the Complaint in the above-captioned action by Certified Mail.

      Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, and on Bayer HealthCare Pharmaceuticals Inc. ("BHCP") by Certified Mail under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG or BHCP shall have 60 days to serve the Complaint with a Summons. For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order. Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL."

      Because Plaintiff attempted service on Bayer HealthCare Pharmaceuticals Inc. by Certified Mail through the streamlined service process more than 60 days after the Complaint was docketed in the MDL, service is improper.

      The informal service process established under Section II.C of Pre-Trial Order No. 10 ("PTO 10") in the MDL requires Plaintiff to serve the Complaint together with a Summons. In this case, Plaintiff did not serve a Summons. For this additional reason, this attempt at service on Bayer HealthCare Pharmaceuticals Inc. is not effective.

                                      Sincerely,

                                      Lindy D. Brown

LDB/cfo