**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| _____ | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | MAGISTRATE JUDGE NORTH |
| | ) | |
| *Joyce Reid v. Janssen* | ) | |
| *Research & Development LLC, et al* | ) | |
| **Case No. 2:15-cv-05193** | ) | |

**NOTICE OF SUBMISSION**

Please take notice that the Motion for Extension of Time to Serve Bayer HealthCare

Pharmaceuticals, Inc., will be submitted to the Court on Wednesday, February 17, 2016, at 9:00

a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans,

LA 70130.

Dated: January 28, 2016                                Respectfully submitted,

                                                       *s/ Mitchell Theodore*
                                                       KRISTIAN RASMUSSEN
                                                       Alabama Bar No.: ASB-1068-R64R
                                                       MITCHELL THEODORE
                                                       Alabama Bar No.: ASB-6549-I00D
                                                       CORY WATSON, P.C.
                                                       2131 Magnolia Avenue
                                                       Birmingham, AL 35205
                                                       (205) 328-2200
                                                       Fax: (205) 324-7896
                                                       Email:
                                                       Kristian Rasmussen
                                                       krasmussen@corywatson.com
                                                       Mitchell Theodore
                                                       mtheodore@corywatson.com

                                                       *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*s/ Mitchell Theodore*
Mitchell Theodore