## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Xarelto (Rivaroxaban) Products Liability Litigation | : : : | MDL No. 2592 |
| GLENN WASHINGTON and LYNN WASHINGTON, Plaintiffs, v. | : : : : : | Civil Action No.:2:15-cv-04679 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, Defendants. _____ | : : : : : : : : : : : : : : : : : : | SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER HEALTHCARE LLC

**PLEASE TAKE NOTICE** that Plaintiffs Glenn Washington and Lynn Washington, by and through their attorneys, Terence J. Sweeney, Esq., and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss this Action solely as against Bayer Healthcare LLC without prejudice. Because this Notice is filed pursuant to Rule 41(a)(1)(A)(i) and Bayer Healthcare LLC has not filed an Answer or Motion for Summary Judgment, no Court order is

required or requested.  This filing of a Voluntary Dismissal against Bayer Healthcare LLC does not have nor is it intended to have any effect on any claims against any other Defendants in this action.

                              Respectfully submitted,

                              LAW OFFICES OF TERENCE J. SWEENEY, ESQ.
                              Attorneys for Plaintiffs Glenn Washington and
                              Lynn Washington

                              By: __/s/ Terennce Sweeney, Esq.
                                    Terence J. Sweeney, Esq.
                              Law Offices of Terence J. Sweeney, Esq.
                              44 Fairmount Avenue
                              Suite One
                              Chatham, New Jersey   07902
                              Tel.no. (973) 665-0400
                              Fax: (973) 665-0401
                              Sweeneylawfirm@optonline.net

Dated:  January 29, 2016

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing Dismissal without Prejudice against Bayer Healthcare LLC has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and vial MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                              ____/s/ Terence J. Sweeney_____
                              Terence J. Sweeney, Esq.
                              44 Fairmount Avenue
                              Suite One
                              Chatham, New Jersey  07928

        Telephone: (973) 665-0400
        Fax: (973) 665-0401
        *Attorney for the plaintiffs*
        Glenn Washington and
        Lynn Washington

Dated: January 29, 2016
      Chatham, New Jersey