# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE : XARELTO (RIVAROXABAN) PRODUCTS LIABILITY** | : | MDL No. 2592 |
| | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE: ELDON E. FALLON |
| | : | |
| | : | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Eleanor M. Gregory, et al. v. Janssen Research & Development, LLC, et al.*
2:15-cv-07027-EEF-MBN

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, who respectfully requests that this Court enter an order for the voluntary dismissal of her case, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(2), each party to bear their own costs. There have been no counterclaims filed against Plaintiff, Eleanor M. Gregory. No other claims by any other Plaintiff are affected by this motion.

Dated: January 29, 2016

Respectfully submitted,

/s/ John S. Selinger
John S. Selinger, (JS9509)
Zeccola & Selinger, LLC
2127 Crompond Road, Suite 205
Cortlandt Manor, NY 10567
Phone: (914) 402-7290
Facsimile: (914) 737-4260
john@zslawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Plaintiff's Motion to Dismiss without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: January 29, 2016                                      /s/ John S. Selinger