UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Reply Brief and to File Unredacted Version of Reply Brief and Exhibits Under Seal filed by the Plaintiffs' Steering Committee ("PSC");

IT IS ORDERED BY THE COURT that the motion is GRANTED and the PSC is allowed to file its Reply to Defendants' Response to Plaintiffs' Motion to Compel.

IT IS FURTHER ORDERED BY THE COURT that an UNREDACTED version of the PSC's Reply to Defendants' Response to Plaintiffs' Motion to Compel, as well as Exhibits B through H, be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge