UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBITS B THRU H OF
PLAINTIFFS' STEERING COMMITTEE'S
REPLY TO DEFENDANTS' RESPONSE TO
<u>MOTION TO COMPEL DISCOVERY</u>**

# FILED UNDER SEAL