IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION  : <br> : <br> : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | **MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |

ANTHONY COSTONIS and DOROTHY COSTONIS
Civil Action No. 2:15-cv-00469-EEF-MBN

# O R D E R

Now pending before the court is a Motion to Withdraw and Substitute Counsel of Record filed herein on January 29, 2016. Upon consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is **ORDERED** that attorney Kyla G. Cole is allowed to withdraw as counsel and that attorney Sara E. Coopwood be substituted in her place.

The Clerk is instructed to substitute Sara E. Coopwood as counsel in place of Kyla G. Cole, in the matter referenced above.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED: _____

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1

APPROVED AND ENTRY REQUESTED:

/s/ Sara E. Coopwood
Attorneys for Plaintiffs
TX Bar No. 24077505
WA Bar No. 49385
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Telephone:  (214) 357-6244
Facsimile:  (214) 357-7252

AND

/s/ Kyla G. Cole
Attorneys for Plaintiffs
Admitted Pro Hac Vice
TX Bar No. 24033113
PA Bar No. 310875
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Telephone:  (214) 357-6244
Facsimile:  (214) 357-7252

2