IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____: | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:           MOTION FOR SUBSTITUTION AND
                                    WITHDRAWAL OF COUNSEL
WILLIAM MOORE and BONNIE MOORE
Civil Action No. 2:15-cv-02369-EEF-MBN

## MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL

**TO THE HONORABLE JUDGE OF THIS COURT:**

PLEASE TAKE NOTICE that Waters & Kraus, LLP ("W&K"), by and through its undersigned counsel, respectfully moves this Court for entry of an order withdrawing **Kyla G. Cole, the current counsel for clients in the above-referenced matter, and substituting Sara E. Coopwood as counsel** in the above referenced matter.

Accordingly, W&K respectfully requests that the Court enter an order withdrawing Kyla G. Cole as counsel and substituting Sara E. Coopwood as counsel.

/s/ Sara E. Coopwood
Attorneys for Plaintiffs
TX Bar No. 24077505
WA Bar No. 49385
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Telephone:  (214) 357-6244
Facsimile:  (214) 357-7252
Email: *scoopwood@waterskraus.com*

1

AND

/s/ Kyla G. Cole
Attorneys for Plaintiffs
Admitted Pro Hac Vice
TX Bar No. 24033113
PA Bar No. 310875
Waters & Kraus, LLP
3219 McKinney Avenue
Dallas, Texas 75204
Telephone:  (214) 357-6244
Facsimile:  (214) 357-7252

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on 29th day of January, 2016.

/s/ Sara E. Coopwood
Sara E. Coopwood
