UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :     MDL No. 2592
                                      :
                                      :     SECTION L
                                      :
                                      :     JUDGE ELDON E. FALLON
                                      :
                                      :     MAGISTRATE JUDGE NORTH
                                      :

**THIS DOCUMENT RELATES TO:**

*Copes v. Janessen Research & Development LLC, et al; LAED USDC No. 2:15-cv-06201*

## OPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiff in the above-listed action, through his undersigned Counsel, respectfully requests that this Court grant her Opposed Motion for Extension of Time Within Which to Serve Process and issue an Order allowing him an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc., through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10. Plaintiff's Counsel was under the belief that service was made on the Defendants in accordance with PTO #10 and was so advised by the handling paralegal that it in fact was. The paralegal was subsequently terminated for completely unrelated events and only in the process of file review, which took place after the deadline set forth in PTO #10, did counsel learn that service was never effected. Counsel has taken measures to ensure all orders of this Court are complied with from here forward and respectfully requests this Court allow service to be affected in accordance with the methodology outlined in PTO #10.

                Respectfully submitted,

                /s/ E. Ryan Bradley
By:    **E. Ryan Bradley, #53777**
        Attorney for Plaintiff
        The Bradley Law Firm
        1424 Washington Avenue, Ste. 300
        (314) 721-9111 (phone)
        (314) 255-2768 (fax)
        Ryan@stllawhelp.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing pleading was served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on January 29, 2016.

                /s/ E. Ryan Bradley