UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**This Document Relates to:**

*Bauer v. Janssen Research & Development LLC, et al;*
*LAED USDC No., 2:15-cv-06332*

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW Jensen & Associates pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Barbara Bauer in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Bauer retained the services of Jensen & Associates to represent her in the Xarelto Multidistrict Litigation for her claim.

2. On or about November 25, 2015, the undersigned filed the above-referenced case as part of a bundled complaint directly in the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about November 25, 2015, Jensen & Associates sent correspondence to Plaintiff Bauer requesting information essential to litigating this case, and requested a response by December 5, 2015.

4. Counsel called Plaintiff Bauer to follow up regarding the requested information on 12/1/2015, 12/7/2015, 12/17/2015, 12/21/2015 and 1/05/2016, however, to date, Plaintiff Bauer has not provided the information requested.

5. On or about January 13, 2016 the undersigned sent correspondence via Federal Express to Plaintiff Bauer advising her that Jensen & Associates lacked requisite information to further prosecute her case, and requested permission to dismiss her suit. Jensen & Associates warned that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Bauer.

6. To date, Plaintiff Bauer has not provided the information requested or otherwise responded to the correspondence.

7. On information and belief, Plaintiff Bauer's current mailing address is P.O. Box 124, Cloverdale, CA 95425 and phone number is 707-479-6874.

8. For the foregoing reasons, Plaintiff Bauer substantially failed to fulfill an obligation to her attorney.

9. Jensen & Associates gave Plaintiff Bauer reasonable warning of the law firm's intent to withdraw.

10. Jensen & Associates notified Plaintiff Bauer of past and future deadlines.

WHEREFORE, Jensen & Associates, by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed:  January 29, 2016

               **JENSEN & ASSOCIATES**
               1024 N. Main Street
               Fort Worth, TX  76164
               Telephone:  (817) 34-0762
               Fax:  (817) 334-0110
               bhs@jensen-law.com

               */s/ Brandon H. Steffey*
               Brandon H. Steffey
               Texas Bar No.: 24047207

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

  I further certify, pursuant to Local Rule 83.2.11, that I caused this motion and related correspondence to be sent via certified mail to P.O. Box 124, Cloverdale, CA  95425, notifying Plaintiff of all deadlines and court appearances.

  This the 29th day of January, 2016.

               /s/ Brandon H. Steffey
               Brandon H. Steffey