**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL NO. 2592** |
| ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | **SECTION L** |
| ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **MAG. JUDGE NORTH** |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Bauer v. Janssen Research & Development LLC, et al;*
*LAED USDC No., 2:15-cv-06332*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED** that Keith M. Jensen and Brandon H. Steffey and Jensen & Associates, are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this day ____ of _____ , 2016, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE