UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*Eribal v. Janssen Research & Development LLC, et al;*
*LAED USDC No., 2:15-cv-06730*

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW Jensen & Associates pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Ricardo Eribal in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Eribal retained the services of Jensen & Associates to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On or about October 30, 2015, the undersigned filed the above-referenced case as part of a bundled complaint directly in the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about October 26, 2015, Jensen & Associates sent correspondence to Plaintiff Eribal requesting information essential to litigating this case, and requested a response by November 6, 2015.

4. Counsel called Plaintiff Eribal to follow up regarding the requested information on multiple occasions, including 11/17/2015, 11/23/2015, 12/1/2015, 12/7/2015, 12/17/2015, 12/21/2015, and 1/6/2016; however, to date, Plaintiff Eribal has not provided the information requested.

5. On or about January 18, 2016 the undersigned sent correspondence via Federal Express to Plaintiff Eribal advising him that Jensen & Associates lacked requisite information to further prosecute his case, and requested permission to dismiss his suit. Jensen & Associates warned that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Eribal.

6. To date, Plaintiff Eribal has not provided the information requested or otherwise responded to the correspondence.

7. On information and belief, Plaintiff Eribal's current mailing address is 1434 Sierra Lane, Stockton, CA 95205, and phone number is 209-943-1557.

8. For the foregoing reasons, Plaintiff Eribal substantially failed to fulfill an obligation to his attorney.

9. Jensen & Associates gave Plaintiff Eribal reasonable warning of the law firm's intent to withdraw.

10. Jensen & Associates notified Plaintiff Eribal of past and future deadlines.

WHEREFORE, Jensen & Associates, by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed:  January 29, 2016

                                              **JENSEN & ASSOCIATES**
                                              1024 N. Main Street
                                              Fort Worth, TX  76164
                                              Telephone:  (817) 34-0762
                                              Fax:  (817) 334-0110
                                              bhs@jensen-law.com

                                              */s/ Brandon H. Steffey*
                                              Brandon H. Steffey
                                              Texas Bar No.: 24047207

                                          **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

I further certify, pursuant to Local Rule 83.2.11, that I caused this motion and related correspondence to be sent via certified mail to 1434 Sierra Lane, Stockton, CA 95205, notifying Plaintiff of all deadlines and court appearances.

This the 29th day of January, 2016.

                                              /s/ Brandon H. Steffey
                                              Brandon H. Steffey