**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**

*Eribal v. Janssen Research & Development LLC, et al;*
*LAED USDC No., 2:15-cv-06730*

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-

named case,

**IT IS HEREBY ORDERED** that Keith M. Jensen and Brandon H. Steffey and Jensen &

Associates, are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this day _____ of _____ , 2016, at New Orleans,

Louisiana.


_____
UNITED STATES DISTRICT JUDGE