UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Brown v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:15-cv-02273

## AMENDED NOTICE OF SUBMISSION

This notice related to Dct. #2023-2023-3. Please take notice that the Opposed Motion for Extension of Time within Which to Serve Process filed by Plaintiff in the above-listed action, through her undersigned counsel will be submitted to the Court on Tuesday, the 16th of February, 2016, at 9:00am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

                                        Respectfully submitted,

Dated: February 1, 2016          By:    /s/ Jim M. Perdue, Jr.
                                        Jim M. Perdue, Jr., Texas Bar No. 00788180
                                        Donald H. Kidd, Texas Bar No. 11383100
                                        Brian B. Winegar, Texas Bar No. 24081218
                                        PERDUE & KIDD
                                        510 Bering Dr., Suite 550
                                        Houston, TX  77057-1469
                                        Telephone:  713-520-2500
                                        Facsimile:  713-520-2525
                                        Email: jperduejr@perdueandkidd.com
                                        Email: dkidd@perdueandkidd.com
                                        Email: bwinegar@perdueandkidd.com

                                        **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on February 1, 2016.

/s/ Jim M. Perdue, Jr.