UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Patricia Sutphin, on behalf of Ronald Goodermuth v. Janssen Research & Development, LLC, et al., 15-05387*

## ORDER

THIS MATTER, having come before the Court, is Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of time to Satisfy Plaintiff Fact Sheet Deficiencies is hereby GRANTED. The deadline to satisfy the Plaintiff Fact Sheet Deficiency is now the 14th day of February, 2016.

New Orleans, Louisiana this 29th day of February, 2016.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge