**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  )  MDL No: 2592
PRODUCTS LIABILITY LITIGATION  )
              )  SECTION: L
              )  JUDGE FALLON
              )  MAG. JUDGE NORTH
              )
              )

**THIS DOCUMENT RELATES TO:**

*Jurine Wickersham, Individually and as Executor of the Estate of Robert Wickersham, Decedent v. Janssen Research & Development, LLC, et al., 15-05670*

**ORDER**

THIS MATTER, having come before the Court, is Plaintiff's Motion for Extension of Time to Satisfy Amended Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Satisfy Alleged Amended Plaintiff Fact Sheet Deficiencies is hereby GRANTED. The deadline to satisfy the alleged Amended Plaintiff Face Sheet Deficiency is now February 10, 2016.

New Orleans, Louisiana this 29th day of January, 2016.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge