UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Charles Haugh on Behalf of the Estate of Wilma Haugh v. Janssen Research & Development, LLC et al;*

**Civil Action No. 2:15-cv-6314**

### PROPOSED ORDER GRANTING EXTENSION TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

BEFORE THE COURT is Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon Consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies is GRANTED. The deadline to submit the Plaintiff Fact Sheet Deficiencies is now set for February 11, 2016.

Dated:  January 29th  2016

_____
Judge Eldon E. Fallon

1