UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592<br>) SECTION L<br>) JUDGE ELDON E. FALLON<br>) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT ONLY APPLIES TO:<br>Joyce Ventura,<br><br>    Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | )<br>)<br>)<br>) Case No. 2:15-cv-06129-EEF-MBN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Considering the foregoing;

**IT IS ORDERED** that the Unopposed Motion for To Substitute Party Plaintiff and For Leave to Amend Complaint *Instanter* filed by the Plaintiff, Franette Liebow on behalf of Joyce Ventura, deceased, be and the same is hereby **GRANTED,** and the Clerk of Court is ordered to file the First Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this 1st day of ___February___, 2016.

_____
**UNITED STATES DISTRICT JUDGE**