UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *ALL CASES* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *

**EXHIBITS 10-24 TO
THE PLAINTIFFS' STEERING COMMITTEE'S RESPONSE IN OPPOSITION TO
DEFENDANTS' MOTION FOR ENTRY OF A PROPOSED ORDER
REGARDING CONTACT WITH PHYSICIANS**

# FILED UNDER SEAL