# EXHIBIT 32

FILED
13 FEB 2012 06:49 pm
Civil Administration
D. DADDAZIO

IN THE COURT OF COMMON PLEAS
OF PHILADELPHIA COUNTY

| | |
|---|---|
| IN RE: PCCP PHEN-FEN LITIGATION | MAY TERM, 1999 |
| | NO: 00001 |

**ORDER**

AND NOW, this 26th day of March, 2012, upon review and consideration of Defendants' Motion to Limit Communications with Treating Physicians, and Plaintiffs' response, it is hereby ORDERED that Defendants' Motion is DENIED.

BY THE COURT:

_____
The Honorable Sandra Mazer Moss

Case ID: 990500001
Control No.: 12020571