UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><u>**JURY TRIAL DEMANDED**</u> |

**THIS DOCUMENT RELATES TO:**

    DAVID YOUNG

**INDIVIDUAL CIVIL ACTION NO: 2:15-cv-05912**

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED** that Martin P. Schrama, Esq and the law firm of Stark & Stark, a Professional Corporation, are withdrawn as Plaintiff's attorneys of record.

**DONE AND SIGNED** this ___29th___ day of _____January_____, 2016, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE