MINUTE ENTRY
FALLON, J.
JANUARY 29, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a telephone status conference to discuss the PSC's request for in camera review of personnel files, as well as issues related to the German Data Protection Act. Gerald Meunier, Brian Barr, Andy Birchfield, and Dawn Barrios participated on behalf of the Plaintiffs. Jim Irwin, John Olinde, William Hoffman, Susan Sharko, and Deirdre Cole participated on behalf of Defendants. This status conference was transcribed by Ms. Toni Tusa, Official Court Reporter. Counsel may contact Ms. Tusa at (504) 589-7778 to request a copy of the transcript.

1

JS10(00:25)