**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          )
PRODUCTS LIABILITY LITIGATION         )    MDL No. 2592
                                      )
                                      )    SECTION L
                                      )
                                      )    JUDGE ELDON E. FALLON
                                      )
_____)    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Andrew Skinner, personal representative for
Tommie Skinner, deceased

2:15-cv-2160

**ORDER**

     Considering the foregoing Motion to Withdraw as Counsel of Record for the above-

named case,

     **IT IS HEREBY ORDERED** that John J. Driscoll, Christopher J. Quinn, Andrew D.

Kinghorn and The Driscoll Firm, P.C., are withdrawn as Plaintiff's attorneys of record.

     DONE AND SIGNED this __29th__ day of ____January____, 2016, at New Orleans,

Louisiana.

_____
UNITED STATES DISTRICT JUDGE