UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **JURY TRIAL DEMANDED** |

ABBIE NAPIER
Civil Action No.: 2:15-cv-07094

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

COMES NOW, Plaintiff Abbie Napier, by and through the undersigned counsel and respectfully moves this Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency deadline to March 16, 2016. The deadline is presently set for February 1, 2016. This is an insufficient time to gather inadvertently missing prescription and/or pharmacy records. Accordingly, Plaintiff's counsel requests an extension of the deadline to March, 16, 2016.

In support of their motion, Plaintiff's counsel states that it cannot meet the current deadline due to circumstances beyond its control. While Plaintiff's Fact Sheet is substantially complete, Plaintiff has had significant difficulty obtaining his complete prescription and/or pharmacy records. Specifically, Plaintiff's counsel is waiting for health care providers to respond to outstanding requests for prescription records. Plaintiff was first provided with samples of Xarelto, and a request of such record has been sent to his healthcare provider. Despite diligent efforts to obtain these records, these health-care providers require time to procure the records for production.

Counsel for Plaintiff contacted Defense Counsel by telephone and via email January 28, 2016, but upon the filing of this motion has not received a response in regards to any extension.

1

This is Plaintiff's first motion requesting an extension of time. Plaintiff is not requesting an extension of time for the purposes of delay but so that justice may be served, and will file Plaintiff's information once it is received.

**WHEREFORE**, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deficiency deadline until March 16, 2016.

Dated: February 1, 2016

    Respectfully submitted,

    KENNEDY HODGES, LLP

    By: /s/ Gabriel A. Assaad
    Gabriel A. Assaad
    gassaad@kennedyhodges.com
    711 W. Alabama St.
    Houston, TX 77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

    ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record on this 1st day of February 2016.

/s/ Gabriel A. Assaad
Gabriel A. Assaad
