UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>ABBIE NAPIER<br>Civil Action No.: 2:15-cv-07094 | **JURY TRIAL DEMANDED** |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE THAT Plaintiff Abbie Napier, will bring the attached Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies for submission before the Honorable Judge Eldon E. Fallon on the 2nd of March, at 9:00 a.m.

Dated: February 1, 2016

                                                    Respectfully submitted,

                                                    KENNEDY HODGES, LLP

                                                    By: /s/ Gabriel A. Assaad
                                                    Gabriel A. Assaad
                                                    gassaad@kennedyhodges.com
                                                    711 W. Alabama St.
                                                    Houston, TX 77006
                                                    Telephone: (713) 523-0001
                                                    Facsimile: (713) 523-1116

                                                    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

        /s/ Gabriel A. Assaad
        Gabriel A. Assaad