# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **JURY TRIAL DEMANDED** |

**ABBIE NAPIER**
**Civil Action No.: 2:15-cv-07094**

## ORDER GRANTING EXTENSIONTO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

BEFORE THE COURT is Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon Consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies is GRANTED. The deadline to submit the Plaintiff Fact Sheet Deficiencies is now set for March 16, 2016.

Dated:_____

_____
Hon. Eldon E. Fallon
U.S. District Court Judge

1