# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNIE FOSTER,<br><br>   Plaintiff,<br> v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.<br><br>   Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**LEAD DOCKET NO. 2:15-CV-03782-EEF-MB** |
| JEREMY JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.<br><br>   Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**LEAD DOCKET NO. 2:15-CV-3842-EEF-MBN** |
| BARBARA RHOADES, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.<br><br>   Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**LEAD DOCKET NO. 2:16-CV-00234-EEF-MBN** |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE THAT Plaintiffs will bring the attached Motion for Voluntary Dismissal Without Prejudice as to Bayer Healthcare, LLC for submission before the Honorable Judge Eldon E. Fallon on the 17th day of February, 2016, at 9:00 a.m.

Dated: February 1, 2016                                   Respectfully submitted,

/s/Lisa Causey-Streete
Lisa Causey-Streete
LA Bar Roll No. 33767
Robert L. Salim
LA Bar Roll No. 11663
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Facsimile: (318) 354-1227
lcausey@salim-beasley.com
robertsalim@cp-tel.net

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused the foregoing Motion to Voluntarily Dismiss was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: February 1, 2016                                                            /s/Lisa Causey-Streete