# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNIE FOSTER,<br><br>        Plaintiff,<br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.<br><br>        Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**LEAD DOCKET NO. 2:15-CV-03782-EEF-MB** |
| JEREMY JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.<br><br>        Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**LEAD DOCKET NO. 2:15-CV-3842-EEF-MBN** |
| BARBARA RHOADES, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.<br><br>       Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**LEAD DOCKET NO. 2:16-CV-00234-EEF-MBN** |

# **ORDER** [PROPOSED]

IT IS ORDERED that Plaintiffs' Motion to Dismiss Without Prejudice as to Bayer Healthcare, LLC is hereby GRANTED and that Plaintiffs' claims against Bayer Healthcare, LLC in the above captioned matters are hereby voluntarily DISMISSED, without prejudice, with each party to bear their own costs.

Signed, this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge