## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GARY FRANCIS GIBSON<br><br>      Plaintiff,<br><br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>      Defendants. | **Civil Action No 2:15-cv-01874** |

### NOTICE OF SUBMISSION

      Please take notice that the Motion for Extension of Time Within Which to Serve Process filed by Plaintiff in the above-listed action, through his undersigned counsel will be submitted to the Court on Wednesday, the 2nd of March, 2016 at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U. S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: February 1, 2016

                                      Respectfully submitted,

                                      /s/ Monte Bond
                                      MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
214-617-9980 (Phone)
214-617-9985 (Fax)
mbond@tautfestbond.com

**ATTORNEYS FOR PLAINTIFF**