UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO.: 2:14-md-02592-EEF-MBN

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
2:15-cv-05372

| | |
|---|---|
| THIS DOCUMENT RELATES TO: )<br>)<br>VALARY JOHNSON )<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>JANSSEN RESEARCH & DEVELOPMENT LLC )<br>f/k/a JOHNSON AND JOHNSON )<br>PHARMACEUTICAL RESEARCH AND )<br>DEVELOPMENT LLC, JANSSEN ORTHO LLC, )<br>JANSSEN PHARMACEUTICALS, INC. )<br>f/k/a JANSSEN PHARMACEUTICA INC. )<br>f/k/a ORTHO-MCNEIL-JANSSEN )<br>PHARMACEUTICALS, INC., )<br>JOHNSON & JOHNSON COMPANY )<br>BAYER HEALTHCARE )<br>PHARMACEUTICALS, INC., )<br>BAYER PHARMA AG, )<br>BAYER CORPORATION, )<br>BAYER HEALTHCARE LLC, )<br>BAYER HEALTH CARE AG, and BAYER AG, )<br>)<br>Defendants. )<br>) | CIVIL ACTION: 2:15-cv-05372 |

**MOTION AND INCORPORATED MEMORANDUM TO WITHDRAW AS COUNSEL**

     NOW INTO COURT, come movers Anthony Irpino, Louise Higgins, Pearl Robertson and

the Irpino Law Firm, counsel for Plaintiff, Valary Johnson, who respectfully moves for an Order

allowing them to withdraw from any further representation of Plaintiff, Valary Johnson, for the reasons set forth below.

1) Unbeknownst to undersigned counsel, Plaintiff, Valary Johnson, retained counsel with Hilliard, Munoz & Gonzales, L.L.P.  A complaint was filed on Ms. Johnson's behalf in February 2015 in the United States District Court for the Southern District of California titled *Valary D. Johnson v. Janssen Research & Development, LLC, et al.*, Docket No. 15-cv-0382-BEN-DHB. Thereafter, on March 13, 2015, Plaintiff's claim was transferred to current pending MDL, *In Re: Xarelto (Rivaroxaban) Product Liability Litigation,* Docket, No. 2:14-md-02592-EEF-MBN.

2) Plaintiff, Valary Johnson, also retained undersigned counsel on or around January 26, 2015. The complaint for this instant matter was then filed on September 30, 2015 and thereafter, Plaintiff's claim was transferred to current pending MDL, *In Re: Xarelto (Rivaroxaban) Product Liability Litigation,* Docket, No. 2:14-md-02592-EEF-MBN.

3) In order to comply with Pre-Trial Order No. 13, relating to the Plaintiff Fact Sheets and Authorizations, counsel has attempted to gather the necessary information and signed authorizations.  However, as the previous firm already filed the PFS, this firm was "locked out" of filing a PFS because of duplication.  As such, a PFS on this complaint was unable to be filed.

4) Counsel for the plaintiff has contacted client via several mediums:

   a) <u>September 2, 2015</u>: telephone call unanswered – message left – no return call;

   b) <u>September 21, 2015</u>: telephone call in which plaintiff agreed to provide undersigned counsel with medical records in plaintiff's possession;

   c) <u>September 23, 2015</u>: telephone call unanswered – message left – no return call;

    d) <u>September 24, 2015</u>: telephone call unanswered – message left – no return call;

    e) <u>September 26, 2015</u>: telephone call in which plaintiff again agreed to provide counsel with medical records in plaintiff's possession;

    f) <u>September 28, 2015</u>: telephone call to plaintiff;

    g) <u>October 1, 2015</u>: letter sent to client by U.S. Mail regarding the Plaintiff Fact Sheet;

    h) <u>November 3, 2015</u>: Follow up letter sent to client by U.S. Mail regarding Plaintiff Fact Sheet;

    i) <u>November 12, 2015</u>: telephone call to plaintiff regarding the discovered dual representation - message left- no return call;

    j) <u>December 11, 2015</u>: Follow up phone call regarding dual representation of Plaintiff wherein we discussed the duplicate representation issue and the plaintiff confirmed that she had been in contact with the other firm. Advised that our firm would be withdrawing from representation in this matter.

    k) <u>January 11, 2016</u>: Certified letter sent to client via certified U.S. Mail # *7014 2120 0003 5453 0047*. USPS confirmation receipt was received in our office on January 22, 2016.

5) The Plaintiff and movant have terminated their relationship for failure to communicate and participate with counsel.

6) The Plaintiff has been made aware of applicable deadlines on numerous occasions.

7) The Plaintiff will remain in the litigation through the original complaint filed on her behalf by originating counsel and this complaint as they may decide to move for consolidation or dismissal of this complaint in the future. After reaching out to the original law firm, on January 13, 2016, a telephone call was received wherein they

confirmed that they had a proper contract on file, filed the original complaint and filed the PFS (although admitted that a deficiency notice had been issued to cure defects).

8) The last known address of Plaintiff was:

>Ms. Valary Johnson
>721 River Road
>Oakdale, LA 71463
>Telephone: (318) 306-9464

9) This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel moves this Court for an order allowing them to withdraw as counsel of record for Plaintiff, Valary Johnson.

>Respectfully Submitted,
>
>/s/ Anthony Irpino
>Anthony Irpino, LA Bar #24727
>Louise C. Higgins, LA Bar #31780
>Pearl A. Robertson, LA Bar #34060
>IRPINO LAW FIRM
>2216 Magazine Street
>New Orleans, Louisiana 70130
>Telephone:  (504) 525-1500
>Facsimile:   (504) 525-1501
>airpino@irpinolaw.com
>lhiggins@irpinolaw.com
>probertson@irpinolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016, the above and foregoing Motion to Withdraw as Counsel has been served on all counsel by EM/ECF.

I further certify that the Plaintiff has been made aware of applicable deadlines and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by certified mail, regular U.S. Mail and via email with confirmation of delivery to the Plaintiff Valary Johnson, *valaryj8@gmail.com*, 721 River Road, Oakdale, LA 71463

>/s/ Anthony Irpino
>Anthony Irpino