UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO.: 2:14-md-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)     MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

SECTION: L
JUDGE ELDON E. FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
2:15-cv-05372

_____

| | |
|---|---|
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| VALARY JOHNSON ) | |
|        Plaintiff, ) | |
| ) | CIVIL ACTION: 2:15-cv-05372 |
| v. ) | |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC ) | |
| f/k/a JOHNSON AND JOHNSON ) | |
| PHARMACEUTICAL RESEARCH AND ) | |
| DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) | |
| JANSSEN PHARMACEUTICALS, INC. ) | |
| f/k/a JANSSEN PHARMACEUTICA INC. ) | |
| f/k/a ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS, INC., ) | |
| JOHNSON & JOHNSON COMPANY ) | |
| BAYER HEALTHCARE ) | |
| PHARMACEUTICALS, INC., ) | |
| BAYER PHARMA AG, ) | |
| BAYER CORPORATION, ) | |
| BAYER HEALTHCARE LLC, ) | |
| BAYER HEALTH CARE AG, and BAYER AG, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## NOTICE OF SUBMISSION

      Please take notice that the Motion and Incorporated Memorandum to Withdraw as Counsel

filed by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the

Court on Wednesday, the 17th of February, 2016 at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: February 2, 2016

/s/ *Anthony D. Irpino*
_____
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
PEARL A. ROBERTSON (#34060)
Irpino Law Firm
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

   */s/ Anthony D. Irpino*_____
        ANTHONY D. IRPINO