# STATE OF MICHIGAN
## DEPARTMENT OF COMMUNITY HEALTH
### CERTIFICATE OF DEATH

LF 920
STATE FILE NUMBER: 3853064

**DECEDENT**

1. DECEDENT'S NAME: Christine Abdo
2. DATE OF BIRTH: 1917
3. SEX: Female
4. DATE OF DEATH: 2015
5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS: Christine McKenzie
6a. AGE - Last Birthday: 98
7a. LOCATION OF DEATH - HOSPITAL OR OTHER INSTITUTION: Beaumont Health - Dearborn
7b. CITY, VILLAGE, OR TOWNSHIP OF DEATH: Dearborn
7c. COUNTY OF DEATH: Wayne
8a. CURRENT RESIDENCE - STATE: Michigan
8b. COUNTY: Wayne
8c. LOCALITY: City or Village — Romulus
8e. ZIP CODE: 48174
9. BIRTHPLACE: Detroit, Michigan
11. DECEDENT'S EDUCATION: 10th Grade
12. RACE: White
13a. ANCESTRY: Scottish
13b. HISPANIC ORIGIN: No
14. WAS DECEDENT EVER IN THE U.S. ARMED FORCES: No
15. USUAL OCCUPATION: Bus Driver
16. KIND OF BUSINESS OR INDUSTRY: School
17. MARITAL STATUS: Widowed

**PARENTS**

19. FATHER'S NAME: Alexander McKenzie
20. MOTHER'S NAME BEFORE FIRST MARRIED: Margaret Gray

**INFORMANT**

21a. INFORMANT'S NAME: Cheryl A. Brohl
21b. RELATIONSHIP TO DECEDENT: Daughter

**DISPOSITION**

22. METHOD OF DISPOSITION: Burial
23a. PLACE OF DISPOSITION: Roseland Park Cemetery
23b. LOCATION: Berkley, Michigan
24. SIGNATURE OF MORTUARY SCIENCE LICENSEE: Timothy J. Schramm
25. LICENSE NUMBER: 6685
26. NAME AND ADDRESS OF FUNERAL FACILITY: Howe-Peterson Funeral Home, 9800 S. Telegraph Rd.; Taylor, Michigan 48180

**CERTIFICATION**

27a. CERTIFIER: Certifying Physician
28a. ACTUAL OR PRESUMED TIME OF DEATH: 3:00 PM
28b. PRONOUNCED DEAD ON: 2015
28c. TIME PRONOUNCED DEAD: 3:00 PM
29. MEDICAL EXAMINER CONTACTED: No
30. PLACE OF DEATH: Hospital
31. IF HOSPITAL: Inpatient
27b. DATE SIGNED: 2015
34. NAME AND ADDRESS OF CERTIFYING: DAVID WEIDENDORF 18101 OAKWOOD BLVD DEARBORN MI 48124
35a. REGISTRAR'S SIGNATURE: Kathleen Buda
35b. DATE FILED: AUG 12 2015

**CAUSE OF DEATH**

36. PART I.
a. Ischemic Stroke — dwk
b. Shock — dwk
c. Respiratory failure — dwk

PART II. OTHER SIGNIFICANT CONDITIONS:

37. DID TOBACCO USE CONTRIBUTE TO DEATH? (blank)
38. IF FEMALE: Not pregnant within past year
39. MANNER OF DEATH: NATURAL
40a. WAS AN AUTOPSY PERFORMED? No

---

State of Michigan )
County of Wayne ) ss.
City of Dearborn )

I do hereby certify that this document is a true copy of the record on file in this office.

AUG 12 2015
DATE

Cynthia A. Gasior
REGISTRAR