UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:**<br><br>*Christine Abdo v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:15-cv-03027<br><br>**No. 2:15-cv-01867** | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

### REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COME NOW Counsel for Plaintiff Christine Abdo, and based on the death of Plaintiff Christine Abdo (*see* Suggestions of Death filed contemporaneously herewith) and the intention to file a motion to substitute parties in the near term, hereby respectfully request an extension of time to file the Plaintiff Fact Sheet ("PFS"). In support:

Counsel for Plaintiff contacted Mrs. Abdo's surviving family and anticipate filing a Motion to Substitute a Party in the near term.

Counsel needs additional time to request substitution of a party for Plaintiff and to compile the necessary information for the PFS. Counsel for Plaintiff requests an extension of time, up to and including **June 1, 2016**, to submit the PFS.

A proposed order is submitted herewith.

WHEREFORE, based on the foregoing, Counsel for Plaintiff hereby request that the Court grant the additional time to submit the PFS; and for such further relief as the Court deems just.

1

Respectfully submitted,                           Dated: February 2, 2016

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

**Attorneys for Plaintiff**

## Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on February 2, 2016 through the Court's CM/ECF system which will serve all counsel of record.

/s/ John S. Steward