# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**<br><br>*Christine Abdo v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:15-cv-03027<br><br>**No. 2:15-cv-01867** | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## [proposed] ORDER

Plaintiff's counsel's request for an extension of time to submit the Plaintiff Fact Sheet ("PFS"), based on the death of Plaintiff, is **HEREBY GRANTED**. The PFS is now due by **June 1, 2016.**


**SO ORDERED:**


_____        **DATED:**_____

1