UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)          *          MDL 2592
PRODUCTS LIABILITY LITIGATION          *
                                       *          SECTION L
THIS DOCUMENT RELATES TO               *
ALL CASES                              *          JUDGE ELDON E. FALLON
                                       *
                                       *          MAG. JUDGE NORTH
* * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the Motion for Leave to Exceed Page Limitation and to File Unredacted Version of Brief and Exhibits Under Seal filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee be and is hereby allowed to exceed the page limits of its Response in Opposition to Defendants' Motion for Entry of a Proposed Order Regarding Contact With Physicians and said Response in Opposition is filed into the record;

IT IS FURTHER ORDERED BY THE COURT that an UNREDACTED version of the Plaintiffs' Steering Committee's Response in Opposition to Defendants' Motion for Entry of a Proposed Order Regarding Contact With Physicians, along with Exhibits 1-8 and 10-24, be and they are hereby filed UNDER SEAL.

New Orleans, Louisiana, this  1st   day of _____ February _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge