# EXHIBIT 36

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOLOFT (SERTRALINE HYDROCHLORIDE) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2342 12-MD-2342 HON. CYNTHIA M. RUFE |
| THIS DOCUMENT APPLIES TO: ALL ACTIONS | : : : | |

## PRETRIAL ORDER NO. 28

**AND NOW**, this 18th day of July 2013, upon consideration of the Special Discovery Master's Report and Recommendation No. 2 (Regarding *Ex Parte* Contacts with Witnesses and Deposition Protocols) [Doc. No. 498] to which no party has objected, it is hereby **ORDERED** that the Report and Recommendation is **APPROVED**.

It is so **ORDERED**.

BY THE COURT:

*Cynthia M. Rufe*
CYNTHIA M. RUFE, J.