## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Mary Ingham, Individually, and as
Representative of Brian Baraboo,
Deceased
Civil Action No.: 2:15-cv-05868-EEF-MBN

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER HEALTHCARE, LLC

COMES NOW, Plaintiff Mary Ingham, Individually, and as Representative of Brian Baraboo, Deceased, by and through her counsel of record and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby files this Motion for Voluntary Dismissal solely against Bayer Healthcare, LLC without prejudice, with each party to bear its own fees and costs. The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare, LLC is not intended to have any effect on any claims against any other Defendants in this action.

WHEREFORE, Plaintiff hereby requests that her claims against Bayer Healthcare, LLC be voluntarily dismissed, without prejudice, without having any effect on any claims against any other Defendants in this action.

Dated this 2nd day of February, 2016.

**Respectfully submitted,**

*/s/ Ryan L. Thompson*
**WATTS GUERRA LLP**
**Ryan L. Thompson**
*Attorney in Charge*

Texas State Bar No. 24046969  
5726 W. Hausman, Suite 119  
San Antonio, Texas 78249  
Telephone: 210.448.0500  
Fax: 210.448.0501  
Email: rlt-bulk@wattsguerra.com  
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016, I electronically filed the foregoing Motion for Voluntary Dismissal Without Prejudice as to Defendant Bayer Healthcare, LLC with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ryan L. Thompson*  
Ryan L. Thompson