UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Clifford Howard

2:16-cv-485

## MOTION FOR LEAVE TO WITHDRAW

    COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Clifford Howard in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Howard retained the services of The Driscoll Firm, P.C. to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On November 20, 2015, the undersigned filed a complaint under Case Number 15-L-670 in St. Clair County, Illinois, which was subsequently removed to federal court and transferred into the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about November 30, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Howard requesting information essential to litigating this case, and requested a response by December 31, 2015.

4. Counsel sent a follow up letter to Plaintiff Howard on December 21, 2015 regarding the requested information.

5. Plaintiff Howard sent a correspondence, which was received by Counsel on December 29, 2015,

indicating that he would not provide Counsel with the requested information.

6. On December 29, 2015, Counsel sent correspondence to Plaintiff Howard requesting that he contact The Driscoll Firm, P.C. regarding his claim and the above requested information. The Driscoll Firm, P.C. warned that failure to respond within thirty days would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Howard.

7. To date, Plaintiff Howard has not provided the information requested or otherwise responded to the correspondence.

8. On information and belief, Plaintiff Howard's current mailing address is: Clifford Howard, Inmate #A714065, P.O. Box 209, 11781 St. Route 762, Orient, OH 43146.

9. On February 2, 2016, The Driscoll Firm, P.C. served to Plaintiff Howard correspondence via certified mail indicating that the law firm must withdraw.

10. For the foregoing reasons, Plaintiff Howard failed substantially to fulfill an obligation to his attorney.

11. Further, The Driscoll Firm, P.C. gave Plaintiff Howard reasonable warning of the law firm's intent to withdraw unless Howard fulfilled the obligation to share information and to communicate with his attorneys.

12. The Driscoll Firm, P.C. notified Plaintiff Howard of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: February 2, 2016

                        Respectfully submitted,

                      **THE DRISCOLL FIRM, P.C.**

              */s/John J. Driscoll*
              JOHN J. DRISCOLL
              MO State Bar No. 54729
              211 N. Broadway, 40th Floor
              St. Louis, MO 63102
              314-932-3232
              314-932-3233 fax
              john@thedriscollfirm.com
              **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2016, I caused the forgoing document to be electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I caused to be sent correspondence via certified mail to Clifford Howard at Inmate #A714065, P.O. Box 209, 11781 St. Route 762, Orient, OH 43146 notifying him of all deadlines and court appearances.

                                                  The Driscoll Firm, P.C.

                                                  /s/John J. Driscoll
                                                  John J. Driscoll
                                                  Attorney for Plaintiff