UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

GEORGE J. GLEGHORN, AS POWER OF
ATTORNEY FOR BARBARA M. GLEGHORN,

Civil Action No. 2:15-cv-3967-EEF-MBN

## PLAINTIFF GEORGE GLEGHORN'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER HEALTHCARE LLC

COMES NOW Plaintiff George Gleghorn, as Power of Attorney for Barbara Gleghorn, by and through his attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby files this Motion for Voluntary Dismissal solely against Bayer Healthcare LLC without prejudice with each party to bear its own fees and costs.  The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare LLC is not intended to have any effect on any claims against any other Defendants in this action.

WHEREFORE, Plaintiff hereby requests that his claims against Bayer Healthcare, LLC be voluntarily dismissed, without prejudice, without having any effect on any claims against any other Defendants in this action.

Dated:  February 2, 2016                              Respectfully submitted,

By:    /s/ Laura G. Lumaghi
       Laura G. Lumaghi (MO Bar #50186)
       William T. Dowd (MO Bar #39648)

DOWD & DOWD, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
(314) 621-2500
Fax: (314) 621-2503
laura@dowdlaw.net
bill@dowdlaw.net

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing Motion for Voluntary Dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                             /s/ Laura G. Lumaghi