**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION   :       **MDL No. 2592**
                                                        :
                                                        :       **SECTION L**
                                                        :
                                                        :       **JUDGE ELDON E. FALLON**
                                                        :
_____   :       **MAG. JUDGE MICHAEL NORTH**

**THIS DOCUMENT RELATES TO:**

GEORGE J. GLEGHORN, AS POWER OF
ATTORNEY FOR BARBARA M. GLEGHORN,

Civil Action No. 2:15-cv-3967-EEF-MBN

**ORDER**

THIS MATTER, having come before the Court on Plaintiff George Gleghorn, as Power

of Attorney for Barbara Gleghorn's Motion for Voluntary Dismissal without Prejudice of Bayer

Healthcare LLC and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff George Gleghorn, as Power of Attorney for

Barbara Gleghorn's Motion for Voluntary Dismissal without Prejudice of Bayer Healthcare LLC

is GRANTED, each party to bear their own attorneys' fees and costs.

Signed, this _____ day of _____, 2016.


                                                _____
                                                Honorable Eldon E. Fallon
                                                United States District Court Judge