UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :     MDL No. 2592
                                      :
                                      :     SECTION L
                                      :
                                      :     JUDGE ELDON E. FALLON
                                      :
                                      :     MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

KEITH OWENS,
Civil Action No. 2:15-cv-1057-EEF-MBN

TAMARA R. HODGMAN,
Civil Action No. 2:15-cv-3973-EEF-MBN

**PLAINTIFFS KEITH OWENS AND TAMARA HODGMAN'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER CORPORATION**

COMES NOW Plaintiff Keith Owens and Plaintiff Tamara Hodgman, by and through their attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby file this Motion for Voluntary Dismissal solely against Bayer Corporation without prejudice and with each party to bear its own fees and costs. The filing of this Notice of Voluntary Dismissal as to Bayer Corporation is not intended to have any effect on any claims against any other Defendants in the above actions.

Dated:  February 2, 2016                        Respectfully submitted,

                                        By:     /s/ Laura G. Lumaghi
                                                Laura G. Lumaghi (MO Bar #50186)
                                                William T. Dowd (MO Bar #39648)
                                                DOWD & DOWD, P.C.
                                                211 N. Broadway, Suite 4050
                                                St. Louis, MO 63102
                                                (314) 621-2500
                                                Fax: (314) 621-2503

laura@dowdlaw.net
bill@dowdlaw.net

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi