## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

IESHA LONON-GOLDSBERG,
Civil Action No. 2:15-cv-1079-EEF-MBN

SARA HARNER,
Civil Action No. 2:15-cv-03970-EEF-MBN

CONVERS ANTHONY HOLMES,
Civil Action No. 2:15-cv-03974-EEF-MBN

CARL GOSIZK, AS SURVIVING SPOUSE
AND PERSONAL REPRESENTATIVE OF THE
ESTATE OF MARGARET GOSIZK, DECEASED,
Civil Action No. 2:15-cv-06955-EEF-MBN

## PLAINTIFFS IESHA LONON-GOLDSBERG, SARA HARNER, CONVERS ANTHONY HOLMES, AND CARL GOSIZK'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs Iesha Lonon-Goldsberg, Sara Harner, Convers Anthony Holmes, and Carl Gosizk, as Surviving Spouse and Personal Representative of the Estate of Margaret Gosizk, deceased, by and through their attorneys, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby file this Motion for Voluntary Dismissal against all Defendants without prejudice, with each party to bear its own fees and costs.  There have been no

counterclaims filed against any of these Plaintiffs. No claims by any other Plaintiffs in the above actions are affected by this Motion.

WHEREFORE, Plaintiffs Iesha Lonon-Goldsberg, Sara Harner, Convers Anthony Holmes, and Carl Gosizk, as Surviving Spouse and Personal Representative of the Estate of Margaret Gosizk, deceased, hereby request that their claims against all Defendants be voluntarily dismissed without prejudice and with each party to bear their own fees and costs.

Dated:  February 2, 2016                                         Respectfully submitted,

                                         By:     /s/ Laura G. Lumaghi
                                                 Laura G. Lumaghi (MO Bar #50186)
                                                 William T. Dowd (MO Bar #39648)
                                                 DOWD & DOWD, P.C.
                                                 211 N. Broadway, Suite 4050
                                                 St. Louis, MO 63102
                                                 (314) 621-2500
                                                 Fax: (314) 621-2503
                                                 laura@dowdlaw.net
                                                 bill@dowdlaw.net

                                                 *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Voluntary Dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                 /s/ Laura G. Lumaghi