UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

IESHA LONON-GOLDSBERG,
Civil Action No. 2:15-cv-1079-EEF-MBN

SARA HARNER,
Civil Action No. 2:15-cv-03970-EEF-MBN

CONVERS ANTHONY HOLMES,
Civil Action No. 2:15-cv-03974-EEF-MBN

CARL GOSIZK, AS SURVIVING SPOUSE
AND PERSONAL REPRESENTATIVE OF THE
ESTATE OF MARGARET GOSIZK, DECEASED,
Civil Action No. 2:15-cv-06955-EEF-MBN

# ORDER

THIS MATTER, having come before the Court on Plaintiffs Iesha Lonon-Goldsberg, Sara Harner, Convers Anthony Holmes, and Carl Gosizk's Motion for Voluntary Dismissal without Prejudice of all Defendants and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiffs Iesha Lonon-Goldsberg, Sara Harner, Convers Anthony Holmes, and Carl Gosizk's Motion for Voluntary Dismissal without Prejudice of all Defendants is GRANTED, each party to bear their own attorneys' fees and costs.

Signed, this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge