UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| MICHAEL WADSWORTH, Individually, and on Behalf of the Estate of TAMMY DANIELLE WADSWORTH, | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Plaintiff, | |
| vs. | Civil Action No.: 2:15-cv-6513 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER HEALTHCARE LLC; BAYER PHARMA AG; BAYER HEALTHCARE AG; and BAYER HEALTHCARE PHARMACEUTICALS INC.; and JOHN DOES 1-100, | |
| Defendants. | |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiff in the above-listed action, through undersigned counsel, respectfully request that the Court grant their Motion for Extension of Time within Which to Serve Process and issue an Order granting them five (5) days from the date of granting the Motion within which to serve process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order No. 10.

1  A brief memorandum in support of Plaintiff's motion is submitted herewith.

2  Dated this 3rd day of February, 2016.

/s/ James A. Oronoz
JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON LLC
700 S. Third Street
Las Vegas, Nevada 89101

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rules 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated this 3rd day of February, 2016.

/s/ James A. Oronoz
JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON LLC
700 S. Third Street
Las Vegas, Nevada 89101