# EXHIBIT A

**Registered No.** RA148310812US

**Date Stamp:** LAS VEGAS NV 89117 / VALLEY BR / USPS

To Be Completed By Post Office:

- Postage $: $11.14
- Extra Services & Fees:
  - ☐ Registered Mail $: $13.95
  - ☐ Return Receipt (hardcopy) $: $0.00
  - ☐ Return Receipt (electronic) $: $0.00
  - ☐ Restricted Delivery $: $0.00
- Extra Services & Fees (continued):
  - ☐ Signature Confirmation $: 
  - ☐ Signature Confirmation Restricted Delivery $:
- Total Postage & Fees: $25.09
- Customer Must Declare Full Value $: $0.00
- Received by:

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

LAS OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed:

**FROM:**
Oronoz Ericsson LLC
700 S. 3rd Street
Las Vegas NV 89101
89146

**TO:**
Bayer Pharma Ag    Attn: Eva Hardyan-Eisenlohr
Gen. Counsel
Muellerstrasse 178
13353 Berlin Germany

PS Form **3806, Registered Mail Receipt**, April 2015, PSN 7530-02-000-9051
Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

```
=====================================
           SPRING VALLEY
        3375 S RAINBOW BLVD
             LAS VEGAS
                NV
             891469998
             3148970019
01/09/2016   (800)275-8777   11:08 AM
=====================================
=====================================
                        Sale      Final
Product                 Qty       Price
Description
-------------------------------------
First-Class              1       $11.14
Intl
Large Envelope
   (International)
   (Germany)
   (Weight:0 Lb 8.60 Oz)
 Registered              1       $13.95
   (Amount:$0.00)
   (USPS Registered Mail #)
   (RA148310812US)
First-Class              1        $2.74
Mail
Large Envelope
   (Domestic)
   (NEW BRUNSWICK, NJ  08933)
   (Weight:0 Lb 8.40 Oz)
   (Expected Delivery Day)
   (Tuesday 01/12/2016)
 Certified               1        $3.45
   (USPS Certified Mail #)
   (70150640000787430109)
 Return                  1        $2.80
 Receipt
   (USPS Return Receipt #)
   (9590940212645246587460)
First-Class              1        $2.74
Mail
Large Envelope
   (Domestic)
   (NEW BRUNSWICK, NJ  08933)
   (Weight:0 Lb 8.40 Oz)
   (Expected Delivery Day)
   (Tuesday 01/12/2016)
 Certified               1        $3.45
   (USPS Certified Mail #)
   (70150640000787430093)
 Return                  1        $2.80
 Receipt
   (USPS Return Receipt #)
   (9590940212645246587477)
First-Class              1        $2.74
Mail
Large Envelope
   (Domestic)
   (NEW BRUNSWICK, NJ  08933)
   (Weight:0 Lb 8.40 Oz)
   (Expected Delivery Day)
   (Tuesday 01/12/2016)
 Certified               1        $3.45
   (USPS Certified Mail #)
   (70150640000787430116)
 Return                  1        $2.80
 Receipt
   (USPS Return Receipt #)
   (9590940212645246586616)
First-Class              1        $2.74
Mail
Large Envelope
   (Domestic)
   (WILMINGTON, DE  19801)
   (Weight:0 Lb 8.40 Oz)
   (Expected Delivery Day)
   (Tuesday 01/12/2016)       $3.45
```

```
          WILMINGTON, DE  19801)
          (Weight:0 Lb 8.40 Oz)
          (Expected Delivery Day)
          (Tuesday 01/12/2016)
      Certified        1          $3.45
          (USPS Certified Mail #)
          (70150640000787430352)
      Return           1          $2.80
      Receipt
          (USPS Return Receipt #)
          (9590940212645246587484)
      First-Class      1          $2.74
      Mail
      Large Envelope
          (Domestic)
          (WILMINGTON, DE  19808)
          (Weight:0 Lb 8.20 Oz)
          (Expected Delivery Day)
          (Tuesday 01/12/2016)
      Certified        1          $3.45
          (USPS Certified Mail #)
          (70150640000787430086)
      Return           1          $2.80
      Receipt
          (USPS Return Receipt #)
          (9590940212645246586609)
      ─────────────────────────────────
      Total                      $70.04
      ─────────────────────────────────
      Debit Card Remit'd         $70.04
          (Card Name:Debit Card)
          (Account #:████████████)
          (Approval #:612264)
          (Transaction #:338)
          (Receipt #:002468)
          (Debit Card Purchase:$70.04)
          (Cash Back:$0.00)

      In a hurry? Self-service kiosks offer
      quick and easy check-out. Any Retail
      Associate can show you how.

      Text your tracking number to 28777
      (2USPS) to get the latest status.
      Standard Message and Data rates may
      apply. You may also visit USPS.com
      USPS Tracking or call 1-800-222-1811.


      Save this receipt as evidence of
      insurance. For information on filing
      an insurance claim go to
      https://www.usps.com/help/claims.htm.

      Order stamps at usps.com/shop or call
      1-800-Stamp24. Go to
      usps.com/clicknship to print shipping
      labels with postage. For other
      information call 1-800-ASK-USPS.


      *****************************************
      Get your mail when and where you want
      it with a secure Post Office Box. Sign
      up for a box online at
      usps.com/poboxes.
      *****************************************

      Please visit www.usps.com(R) to
      complete International Mail customs
      forms online and to ship packages from
      your home or office using
      Click-N-Ship(R) service.


      All sales final on stamps and postage
      Refunds for guaranteed services only
            Thank you for your business

           HELP US SERVE YOU BETTER

           TELL US ABOUT YOUR RECENT
               POSTAL EXPERIENCE
```