# EXHIBIT B

English    Customer Service    USPS Mobile        Register / Sign In

## USPS.COM®

# USPS Tracking®



**Customer Service ›**
Have questions? We're here to help.



**Get Easy Tracking Updates ›**
Sign up for My USPS.

Tracking Number: **RA148310812US**

## Product & Tracking Information

**Postal Product:**     **Features:**
First-Class Package International Service   Registered Mail™

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 25, 2016, 11:59 pm** | Delivered | GERMANY |

Your item was delivered in GERMANY at 11:59 pm on January 25, 2016.

| | | |
|---|---|---|
| January 25, 2016, 8:43 am | Missed delivery - Scheduled for another delivery attempt today | GERMANY |
| January 24, 2016, 8:43 am | Customs clearance processing complete | GERMANY |
| January 23, 2016, 5:52 pm | Processed Through Sort Facility | GERMANY |
| January 23, 2016, 5:52 pm | Customs Clearance | GERMANY |
| January 16, 2016, 10:00 am | Departed | Frankfurt, GERMANY |
| January 15, 2016, 7:39 pm | Departed | New York, UNITED STATES |
| January 14, 2016, 11:13 pm | Departed | Los Angeles, UNITED STATES |
| January 14, 2016, 3:43 pm | Arrived | Los Angeles, UNITED STATES |
| January 14, 2016, 9:32 am | Processed Through Sort Facility | ISC LOS ANGELES CA (USPS) |
| January 14, 2016, 9:31 am | Arrived at Sort Facility | ISC LOS ANGELES CA (USPS) |
| January 13, 2016, 2:41 pm | Arrived at USPS Facility | LOS ANGELES, CA 90052 |
| January 12, 2016, 11:37 pm | Departed USPS Facility | LAS VEGAS, NV 89199 |

| January 11, 2016, 10:58 pm | Arrived at USPS Facility | LAS VEGAS, NV 89199 |
| January 9, 2016, 10:59 am | Acceptance | LAS VEGAS, NV 89146 |

## Track Another Package

**Tracking (or receipt) number**

RA148310812US    Track It

## Manage Incoming Packages

Track all your packages from a dashboard. No tracking numbers necessary.

**Sign up for My USPS ›**



Copyright © 2016 USPS. All Rights Reserved.

Search or Enter a Tracking Number