UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MICHAEL WADSWORTH, Individually,
and on Behalf of the Estate of TAMMY
DANIELLE WADSWORTH,

                Plaintiff,

vs.

JANSSEN RESEARCH &
DEVELOPMENT, LLC f/k/a JOHNSON
AND JOHNSON PHARMACEUTICALS
RESEARCH AND DEVELOPMENT LLC;
JOHNSON & JOHNSON COMPANY;
JANSSEN ORTHO, LLC; JANSSEN
PHARMACEUTICALS, INC., f/k/a
ORTHO- MCNEIL-JANSSEN
PHARMACEUTICALS, INC.; BAYER
CORPORATION; BAYER AG; BAYER
HEALTHCARE LLC; BAYER PHARMA
AG; BAYER HEALTHCARE AG; and
BAYER  HEALTHCARE
PHARMACEUTICALS INC.; and JOHN
DOES 1-100,

                Defendants.

MDL NO. 2592

SECTION:  L
JUDGE FALLON
MAG. JUDGE NORTH

Civil Action No.: 2:15-cv-6513

## ORDER

        Considering the foregoing Motion and supporting Memorandum for Extension of Time Within Which to Serve Process filed by the Plaintiff,

/ / /

/ / /

/ / /

/ / /

1

2

3   IT IS HEREBY ORDERED that Plaintiff, Michael Wadsworth, be and is hereby granted five (5) days from the date of this Order within which to complete service on Defendant Bayer Pharma AG through the streamlined process established in PTO 10.

4

5   Dated this _____day of _____, 2016.

6

7

8   _____
    Honorable Eldon E. Fallon
    U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28