UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Xarelto (Rivaroxaban) | : | MDL No. 2592 |
| Products Liability Litigation | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| _____ | : | |

**THIS DOCUMENT RELATES TO:**

GLENN WASHINGTON
Civil Action No.:2:15-cv-04679

## PLAINTIFFS' NOTICE TO DISMISS WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Plaintiff Glenn Washington, by and through their attorneys, Terence J. Sweeney, Esq., and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby respectfully request this Court to enter an Order for voluntary dismissal solely as against Bayer Healthcare LLC without prejudice, each party to bear its own costs. This filing of a Voluntary Dismissal against Bayer Healthcare LLC does not have nor is it intended to have any effect on any claims against any other Defendants in this action.

Respectfully submitted,

LAW OFFICES OF TERENCE J. SWEENEY, ESQ.
Attorneys for Plaintiffs Glenn Washington and
Lynn Washington

By: __/s/ Terennce Sweeney, Esq.
    Terence J. Sweeney, Esq.
Law Offices of Terence J. Sweeney, Esq.
44 Fairmount Avenue
Suite One
Chatham, New Jersey  07902

Tel.no.: (973) 665-0400  
Fax no.: (973) 665-0401  
Sweeneylawfirm@optonline.net

Dated: February 3, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Dismiss without Prejudice against Bayer Healthcare LLC has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and vial MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/ Terence J. Sweeney  
Terence J. Sweeney, Esq.  
44 Fairmount Avenue  
Suite One  
Chatham, New Jersey  07928  
Telephone:  (973) 665-0400  
Fax:  (973) 665-0401  
*Attorney for the plaintiffs*  
Glenn Washington and  
Lynn Washington

Dated: February 3,  2016  
    Chatham, New Jersey