MINUTE ENTRY
FALLON, J.
FEBRUARY 3, 2016

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a status conference to discuss the pending February 9, 2016, expiration of the Court's one-year appointments to the Plaintiffs' Steering Committee ("PSC"). Gerald Meunier and Lenny Davis participated on behalf of the PSC. The Court finds that the PSC is appropriately discharging all of its functions as established by Pretrial Order #7. Therefore,

**IT IS ORDERED** that the members of the PSC are hereby reappointed for a term of one year from the date of this Minute Entry. The conditions and nature of this reappointment are governed by Pretrial Order #7, which is incorporated by reference.

1

JS10(00:45)