UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L |
| CHARLES BERRY<br><br>    Plaintiff<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG,<br><br>    Defendants | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br>Civil Action No.: 2:15-cv-5557<br><br><br>STIPULATION OF DISMISSAL |

   IT IS HEREBY STIPULATED AND AGREED, that Plaintiff Charles Berry hereby dismisses all claims in this matter with prejudice against all Defendants in this action only. This stipulation shall not affect the lawsuit filed by Charles Berry, which is currently pending in the Court of Common Pleas of Philadelphia County, Pennsylvania, Case No. September Term 2015 No. 00874. All parties shall bear their own costs.

**SOMMERMAN, MCCAFFITY, & QUESADA, LLP**

By: /s/Andrew B. Sommerman
Andrew B. Sommerman
3811 Turtle Creek Blvd., Suite 1400
Dallas, Texas 75219-4461
Tel: 214/720-0720
Fax: 214/720-0184
Email: Andrew@textrial.com

Attorneys for Plaintiff
Dated: February 3, 2016

**DRINKER BIDDLE & REATH LLP**

By: /s/Susan M. Sharko
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7350
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson; Janssen Research & Development, LLC, and Janssen Ortho LLC

Dated: February 3, 2016

**KAYE SCHOLER LLP**

By: /s/William Hoffman
William Hoffman
901 15th St NW
Washington, DC 20005
(202) 682-3500
william.hoffman@kayescholer.com

Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: February 3, 2016

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: February 3, 2016

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 3, 2016 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ James B. Irwin