UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** *Elizabeth West as successor in interest to Robert Geisneheyner (deceased) v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* <br><br> **No. 2:15-cv-6061** | **MDL No. 2592** <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |
|---|---|

**PLAINTIFF ELIZABETH WEST'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER HEALTHCARE LLC**

TAKE NOTICE that Plaintiff Elizabeth West as successor in interest to Robert Geisneheyner (deceased), by and through her attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses his Action solely against Bayer Healthcare LLC without prejudice. Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i) and Bayer Healthcare LLC has not filed an Answer or Motion for Summary Judgment, no Court order is required or requested. The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare LLC is not intended to have any effect on any claims against any other Defendants in this action.

Respectfully submitted,                               Dated: February 3, 2016

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph D. Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel. 314-436-9958
Fax 314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

1

**Attorneys for Plaintiff**

<u>**Certificate of Service**</u>

The undersigned hereby certifies the foregoing was filed with the Court on February 3, 2016 through the Court's CM/ECF system which will serve all counsel of record.

<u>/s/ John S. Steward</u>