UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
   JOANNE FAHY, 2:15-CV-04534-EEF-MBN
   TRACY LOWE, 2:15-CV-04893-EEF-MBN

## ORDER

The Court has been informed that two Motions for Extensions of Time to Submit Plaintiff Fact Sheets are being resolved independently by the parties, and that a ruling on these matters is unnecessary at this time. Therefore,

It is **ORDERED** that the Motions for Extension of Deadlines to Submit Plaintiff Fact Sheet, R. Docs. 1535, 1698, are hereby **DISMISSED AS MOOT**.

New Orleans, Louisiana this 3rd day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE