UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Moody v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-02607*

## ORDER

Considering the foregoing Motion and Supporting Memorandum for Extension of Time within which to Serve Process filed by Plaintiff:

IT IS HEREBY ORDERED that Plaintiff, Tina Moody, be and is hereby granted thirty (30) days from the date of this order within to serve process on Defendant Bayer Pharma AG, through the streamlined process.

New Orleans, Louisiana, this _____ day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE