MINUTE ENTRY
FALLON, J.
FEBRUARY 3, 2016

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a status conference to discuss the PSC's Motion to Compel. R. Doc. 1873. Lenny Davis, Brian Barr, and Roger Denton participated on behalf of the PSC. Susan Sharko, Jim Irwin, and Deirdre Kole participated on behalf of Defendant Janssen. William Hoffman and John Olinde participated on behalf of Defendant Bayer. The parties indicated that they had reached an amicable resolution of the matter. The parties dictated the resolution to the Court. This status conference was transcribed by Ms. Karen Ibos, Official Court Reporter. Counsel may contact Ms. Ibos at (504) 589-7776 to request a copy of the transcript.

1

JS10(00:17)