# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**This Document Relates to:**

*Casne v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-02236*

## ORDER

Considering the foregoing Motion and Supporting Memorandum for Extension of Time within which to Serve Process filed by Plaintiff:

IT IS HEREBY ORDERED that Plaintiff, Patricia Casne, be and is hereby granted thirty (30) days from the date of this order within to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined process.

New Orleans, Louisiana, this  4th   day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE