UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James H. Widdison and Mary Ann Widdison v. Janssen Research & Development, LLC f/k/a/ Johnson & Johnson Pharmaceutical Research & Development, LLC, et al.* EDLA USDC No. 2:15-cv-05956;

*Kenneth Duncan and Bonnie Duncan v. Janssen Research & Development, LLC f/k/a/ Johnson & Johnson Pharmaceutical Research & Development, LLC, et al.* EDLA USDC No. 2:15-cv-05957.

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process,

**IT IS HEREBY ORDERED** that Plaintiffs in the above-listed actions shall have twenty (20) days from the date of the above-referenced Motion within which to effect service on Defendants Bayer Healthcare Pharmaceuticals, Inc. (BHCP) and Bayer Pharma AG.

**NEW ORLEANS, LOUISIANA,** this __4th__ day of __February__, 2016.

_____
HON. ELDON E. FALLON
United States District Judge