UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
                                                              :
                                                              : SECTION L
                                                              :
                                                               : JUDGE ELDON E. FALLON
                                                               :
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Henri E. Cooke v. Janssen Research & Development, LLC, et al., 15-02352*

*Lowell Hershberger v. Janssen Research & Development, LLC, et al., 15-02482*

*Mary S. McDowell v. Janssen Research & Development, LLC, et al., 15-02484*

*Billy D. Wafford v. Janssen Research & Development, LLC, et al., 15-02485*

*Iona Austin O/B/O George Austin, deceased v. Janssen Research & Development, LLC, et al., 15-03233*

*Sterling Brown v. Janssen Research & Development, LLC, et al., 15-3402*

*Carroll Ellis- Green O/B/O Sarah Green, deceased v. Janssen Research & Development, LLC, et.al., 15-03404*

*Curtis Nottingham v. Janssen Research & Development, LLC, et al., 15-3405*

*Dorothy Stephens v. Janssen Research & Development, LLC, et al., 15-3407*

*Ralph Stern O/B/O Mary Stern, deceased v. Janssen Research & Development, LLC, et al., 15-3411*

*Emma Thompson O/B/O Mattie Thomas, deceased v. Janssen Research & Development, LLC, et al., 15-3412*

*Mary Robinson O/B/O Frances Anderson, deceased v. Janssen Research & Development, LLC, et al., 15-4141*

*Margaret Bowen O/B/O Willard Bowen, deceased v. Janssen Research & Development LLC, et al., 15-04813*

*May Veselovsky O/B/O Fong Fat Gee, deceased v. Janssen Research & Development LLC, et al., 15-04815*

*June Hodgkin v. Janssen Research & Development LLC, et al., 15-04817*

*Richard Whittington v. Janssen Research & Development LLC, et al., 15-04820*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that Plaintiffs in the above listed actions shall have twenty days from the date of this Order within which to effect process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

New Orleans, Louisiana this  4th  day of  February , 2016.

                                                    Honorable Eldon E. Fallon
                                                    U.S. District Court Judge