UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Elsie Smith by her Attorney In Fact Elisa Smith v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al*<br><br>No. 2:15-cv-00525 | SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## ORDER

Considering the foregoing:

**IT IS ORDERED** that the Motion for Extension of Time Within Which To Serve Process, be and be the same is hereby **GRANTED**, and that the Plaintiff if the above-listed action shall have thirty (30) days from the date of this Order within which to effect service on Defendants Bayer Pharma AG.

NEW ORLEANS, LOUISIANA, this  4th  day of   February  , 2016.

_____
Honorable Eldon E. Fallon,
U.S. District Court Judge