IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **MOTION FOR SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |
| NETTIE SMITH Civil Action No. 2:15-cv-03692-EEF-MBN | |

**O R D E R**

Now pending before the court is a Motion to Withdraw and Substitute Counsel of Record filed herein on January 29, 2016. Upon consideration of said motion, it is hereby ORDERED that this motion is GRANTED.

It is **ORDERED** that attorney Kyla G. Cole is allowed to withdraw as counsel and that attorney Sara E. Coopwood be substituted in her place.

The Clerk is instructed to substitute Sara E. Coopwood as counsel in place of Kyla G. Cole, in the matter referenced above.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED:  February  4th  2016

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1

2

APPROVED AND ENTRY REQUESTED:

      /s/ Sara E. Coopwood
      Attorneys for Plaintiffs
      TX Bar No. 24077505
      WA Bar No. 49385
      Waters & Kraus, LLP
      3219 McKinney Avenue
      Dallas, Texas 75204
      Telephone:  (214) 357-6244
      Facsimile:  (214) 357-7252

AND

      /s/ Kyla G. Cole
      Attorneys for Plaintiffs
      Admitted Pro Hac Vice
      TX Bar No. 24033113
      PA Bar No. 310875
      Waters & Kraus, LLP
      3219 McKinney Avenue
      Dallas, Texas 75204
      Telephone:  (214) 357-6244
      Facsimile:  (214) 357-7252