**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL NO. 2592** |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E.  FALLON** |
| | ) | |
| _____ | ) | **MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

*Donald Gentry v. Janssen Research & Development LLC, et al.*
Civil Action No. 2:16-cv-274

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE AS TO BAYER HEALTHCARE, LLC**

NOW INTO COURT comes plaintiff Donald Gentry, through undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby files a Motion for Voluntary Dismissal solely against Bayer Healthcare, LLC, without prejudice, with each party to bear its own fees and costs. This Motion is not intended to have any effect on any claims against any other defendants in this action or any of the other bundled plaintiffs originally filed in this action.

WHEREFORE, plaintiff respectfully requests that this Court enter an order dismissing his claims solely against Bayer Healthcare, LLC, without prejudice, with each party to bear its own fees and costs.

Dated: February 5, 2016

Respectfully submitted,

s/ Merritt E. Cunningham
Michael G. Stag, LA Bar No. 23314
Merritt E. Cunningham, LA Bar No. 32843
SMITH STAG, LLC
365 Canal St., Ste. 2850
New Orleans, LA 70130
Telephone (504) 593-9600

Facsimile (504) 593-9601
mstag@smithstag.com
mcunningham@smithstag.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Voluntary Dismissal Without Prejudice as to Bayer Healthcare, LLC has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

s/ Merritt E. Cunningham
Merritt E. Cunningham