UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Kenneth Niemeier

2:15-CV-01610

## ORDER

THIS MATTER, having come before the Court is Plaintiff, Kenneth Niemeier's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff, Kenneth Niemeier's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet is GRANTED. The deadline to satisfy the Plaintiff Fact Sheet Deficiencies is now set for February 26, 2016.

Dated: February 5th 2016

Judge Eldon E. Fallon

1