UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | * |

**THIS DOCUMENT RELATES TO:**

*Anderson v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-03162;*
*Brown v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04519;*
*Carter v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04448;*
*Casne v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-02236*
*Pipkin, v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04522;*
*Duvall v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04449;*
*Elliott v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04523;*
*Ferguson v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04460;*
*Frederick III v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04464;*
*Haggard v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04467;*
*Hamlin v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04472;*
*Ingram v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04473;*
*Kolo v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04474;*
*Lance v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-4476;*
*Miller v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-4424;*
*Morgan v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-01876*
*Moody v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-02607*
*Myles v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-4485;*
*McGuire v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04477;*
*Rogers v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04526;*
*Smith v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04527;*
*Spitzer v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04490;*
*Staton v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04492;*

[2]

*Thomas v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04497;*
*Trissel v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04493;*
*Washington v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04494*
*Whipple v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04495;*
*Wolfe v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04496;*
*Woods v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04528;*
*Zuelich v. Janssen Research & Development LLC, et al; LAED USDC No., 2:15-cv-04511;*

## ORDER

Plaintiffs move for leave to file reply briefs regarding four Motions for Extensions of Time to Effect Service. R. Docs. 2083, 2084, 2085, 2086. These motions have been resolved in favor of Plaintiffs. Therefore,

It is **ORDERED** that the Motions for Leave to File, R. Docs. 2083, 2084, 2085, 2086, are hereby **DISMISSED AS MOOT**.

New Orleans, Louisiana this 5th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE