UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

\* MDL NO. 2592

\* SECTION L

\* JUDGE ELDON E. FALLON

\* MAG. JUDGE SHUSHAN

**************************************************

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The Court received materials earlier today composed of Michael Moye's personnel files, and had an opportunity to review the files in detail. The personnel files concern Mr. Moye's work performance as an employee of Defendant J&J during a time period pertinent to the litigation.

Mr. Moye's work was relevant to the development of Xarelto. His personnel files contain employer evaluations, but by and large these evaluations are very complimentary and appear to have presented to Mr. Moye pursuant to J&J protocol. The Court finds that the materials present some relevance to claims and defenses as well as matters pertinent to cross-examination. The Court notes that there is a salary summary, including bonuses, which likewise has relevance, except with regard to Mr. Moye's itemized deductions. These deductions are irrelevant and must be excised from the materials.

However, regardless of the discovery interests at play, the personnel files relevant to the litigation also raise employee privacy interests. The material addresses personal goals, performance evaluations, and salary. Therefore, the personnel files must be placed under seal and used only for purposes of this litigation.

[2]

In summary, this material, except for Mr. Moye's itemized tax deductions, is discoverable.

**IT IS ORDERED** that the personnel file of Mr. Moye shall be excised of his personal tax deductions as well as all references to information which the parties jointly agreed shall be redacted pursuant to PTO 20, and then produced to the PSC on or before Sunday, February 7, 2016.

New Orleans, Louisiana this 5th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

[2]