UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Constance Williams; 2:16-cv-01117

## MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(2), the Plaintiff Constance Williams by and through her counsel of record, requests that this Court enter an order for voluntary dismissal of her case, without prejudice, each party to bear their own costs. There have been no counterclaims filed against Plaintiff, Constance Williams. Plaintiff agrees to refile only in MDL No. 2592.

Dated:  February 5, 2016.

Respectfully submitted,

**BURNETT LAW FIRM**

By:  */s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail:  rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail:  acollins@rburnettlaw.com
55 Waugh Drive, Suite 803
Houston, Texas 77007
Telephone:  (832) 413-4410
Facsimile:  (832) 900- 2120
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2016, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

*/s/ Riley L. Burnett, Jr.*
RILEY L. BURNETT, JR.
