UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Constance Williams; 2:16-cv-01117**

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims are hereby DISMISSED, without prejudice, each party to bear their own costs.

IT IS FURTHER ORDERED that Plaintiff shall refile only in MDL No. 2592.

Signed, this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
U.S. District Judge

1