UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Bettie Simms

2:15-CV-06216

## MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, Bettie Simms, by and through her undersigned attorney of record, for her Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, and states as follows:

1. Plaintiff's complaint was initially filed on or about November 10, 2015, as part of a bundled complaint filed directly in the MDL Court.

2. While the Plaintiff has substantially complied with providing the Plaintiff Fact Sheet (hereinafter "PFS") information and has uploaded her full and complete responses for defense counsel via the MDL Centrality website, Plaintiff has yet to complete and return the Verification form or the Authorizations as requested, and Plaintiff now requests thirty (30) additional days to complete and upload the requested forms.

3. Plaintiff received a Notice of Deficiency from Defendants on or about January 20, 2016.

7. Plaintiff's Counsel has made continual efforts to request the necessary forms and Authorizations, but has had difficulty reaching Plaintiff.

8. Upon information and belief, Counsel believes he may be able to reach additional family members who can help Plaintiff complete the request, thus allowing him to respond to the Notice of Deficiency.

9. Therefore, Plaintiff respectfully requests additional time to satisfy the PFS Deficiencies, as Counsel continues to try and reach Plaintiff, and Counsel respectfully requests an additional thirty (30) days from the date of this filing (i.e., through March 8, 2016) to satisfy the PFS Deficiencies.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests this Court to grant her Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies and for any further orders deemed just and proper under the circumstances.

Signed: February 8, 2016

Respectfully submitted,

**SARANGI LAW, LLC**

*/s/ Fareesh S. Sarangi*
Fareesh S. Sarangi
GA Bar No. 735110
3350 Riverwood Pkwy, Ste. 1900
Atlanta, GA. 30339
p) 404-996-5157
f) 678-981-8390
Fareesh@SarangiLaw.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record on this 8th day of February 2016.

Respectfully submitted,

**SARANGI LAW, LLC**

*/s/ Fareesh S. Sarangi*
Fareesh S. Sarangi
GA Bar No. 735110
3350 Riverwood Pkwy, Ste. 1900
Atlanta, GA. 30339
p) 404-996-5157
f) 678-981-8390
Fareesh@SarangiLaw.com

**ATTORNEY FOR PLAINTIFF**