# UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Bettie Simms

2:15-CV-06216

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Bettie Simms, by and through undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies before the Honorable Judge Eldon E. Fallon.

Signed: February 8, 2016

Respectfully submitted,

**SARANGI LAW, LLC**

*/s/ Fareesh S. Sarangi*
Fareesh S. Sarangi
GA Bar No. 735110
3350 Riverwood Pkwy, Ste. 1900
Atlanta, GA. 30339
p) 404-996-5157
f) 678-981-8390
Fareesh@SarangiLaw.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I hereby certify that that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record on this 8th day of February 2016.

Respectfully submitted,

**SARANGI LAW, LLC**

*/s/ Fareesh S. Sarangi*
Fareesh S. Sarangi
GA Bar No. 735110
3350 Riverwood Pkwy, Ste. 1900
Atlanta, GA. 30339
p) 404-996-5157
f) 678-981-8390
Fareesh@SarangiLaw.com

**ATTORNEY FOR PLAINTIFF**