## UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Bettie Simms

2:15-CV-06216

## ORDER

THIS MATTER, having come before the Court as Plaintiff Bettie Simm's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff Bettie Simm's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet is GRANTED. The deadline to satisfy the Plaintiff Fact Sheet Deficiencies is now set for March 8, 2016.

Dated:_____      _____

Judge Eldon E. Fallon

## CERTIFICATE OF SERVICE

I hereby certify that that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record on this 8th day of February 2016.

Respectfully submitted,

**SARANGI LAW, LLC**

*/s/ Fareesh S. Sarangi*
Fareesh S. Sarangi
GA Bar No. 735110
3350 Riverwood Pkwy, Ste. 1900
Atlanta, GA. 30339
p) 404-996-5157
f) 678-981-8390
Fareesh@SarangiLaw.com

**ATTORNEY FOR PLAINTIFF**