UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| Helen Barnett v Janssen Pharmaceuticals, Inc. et al  2:15-cv-06192 | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Fareesh S. Sarangi, Esq. of Sarangi Law, LLC, in the above captioned manner.

Dated: February 8, 2016        SARANGI LAW, LLC

        By: /s/ Fareesh S. Sarangi
        Fareesh S. Sarangi
        GA Bar No. 735110
        Sarangi Law, LLC
        3350 Riverwood Pkwy, Ste. 1900
        Atlanta, GA. 30339
        Telephone:  404-996-5157
        Facsimile:  678-981-8390
        Fareesh@SarangiLaw.com