UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Dewitt Blackwell v Janssen Pharmaceuticals, Inc. et al<br>2:15-cv-06196 | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Fareesh S. Sarangi, Esq. of Sarangi Law, LLC, in the above captioned manner.


Dated: February 8, 2016              SARANGI LAW, LLC

                                      By: /s/ Fareesh S. Sarangi
                                      Fareesh S. Sarangi
                                      GA Bar No. 735110
                                      Sarangi Law, LLC
                                      3350 Riverwood Pkwy, Ste. 1900
                                      Atlanta, GA. 30339
                                      Telephone: 404-996-5157
                                      Facsimile: 678-981-8390
                                      Fareesh@SarangiLaw.com