# UNITED STATES DISTRICT COURT OF THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION** : | **MDL NO. 2592** |
| : | **SECTION: L** |
| : | **JUDGE ELDON E. FALLON** |
| **THIS DOCUMENT RELATES TO:** : | **MAG. JUDGE NORTH** |
| **Eunice Brown v Janssen Pharmaceuticals, Inc. et al 2:15-cv-06197** : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Fareesh S. Sarangi, Esq. of Sarangi Law, LLC, in

the above captioned manner.


Dated: February 8, 2016                          SARANGI LAW, LLC

By: /s/ Fareesh S. Sarangi
   Fareesh S. Sarangi
   GA Bar No. 735110
   Sarangi Law, LLC
   3350 Riverwood Pkwy, Ste. 1900
   Atlanta, GA. 30339
   Telephone:  404-996-5157
   Facsimile:  678-981-8390
   Fareesh@SarangiLaw.com