UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| Bettie Difiore v Janssen Pharmaceuticals, Inc. et al 2:15-cv-06199 | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Fareesh S. Sarangi, Esq. of Sarangi Law, LLC, in the above captioned manner.

Dated: February 8, 2016

SARANGI LAW, LLC

By: /s/ Fareesh S. Sarangi
Fareesh S. Sarangi
GA Bar No. 735110
Sarangi Law, LLC
3350 Riverwood Pkwy, Ste. 1900
Atlanta, GA. 30339
Telephone: 404-996-5157
Facsimile: 678-981-8390
Fareesh@SarangiLaw.com