# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> Richard Migliaro v Janssen Pharmaceuticals, Inc. et al <br> 2:15-cv-06214 | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Fareesh S. Sarangi, Esq. of Sarangi Law, LLC, in the above captioned manner.

Dated: February 8, 2016        SARANGI LAW, LLC

                                  By: /s/ Fareesh S. Sarangi
                                    Fareesh S. Sarangi
                                    GA Bar No. 735110
                                    Sarangi Law, LLC
                                    3350 Riverwood Pkwy, Ste. 1900
                                    Atlanta, GA. 30339
                                    Telephone: 404-996-5157
                                    Facsimile: 678-981-8390
                                    Fareesh@SarangiLaw.com