UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Agnes Perry v Janssen Pharmaceuticals, Inc. et al<br>2:15-cv-06215 | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Fareesh S. Sarangi, Esq. of Sarangi Law, LLC, in the above captioned manner.


Dated: February 8, 2016           SARANGI LAW, LLC

                                  By: /s/ Fareesh S. Sarangi
                                     Fareesh S. Sarangi
                                     GA Bar No. 735110
                                     Sarangi Law, LLC
                                     3350 Riverwood Pkwy, Ste. 1900
                                     Atlanta, GA. 30339
                                     Telephone: 404-996-5157
                                     Facsimile: 678-981-8390
                                     Fareesh@SarangiLaw.com