UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| Bettie Simms v Janssen Pharmaceuticals, Inc. et al | |
| 2:15-cv-06216 | |

NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter the appearance of Fareesh S. Sarangi, Esq. of Sarangi Law, LLC, in the above captioned manner.


Dated: February 8, 2016              SARANGI LAW, LLC

                                By: /s/ Fareesh S. Sarangi
                                    Fareesh S. Sarangi
                                    GA Bar No. 735110
                                    Sarangi Law, LLC
                                    3350 Riverwood Pkwy, Ste. 1900
                                    Atlanta, GA. 30339
                                    Telephone:  404-996-5157
                                    Facsimile:  678-981-8390
                                    Fareesh@SarangiLaw.com