UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Dewitt Blackwell v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:15-cv-06196**

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Dewitt Blackwell, which occurred on or about October 29, 2015. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by undersigned counsel in the near future.

Dated: February 8, 2016        Respectfully submitted,

**SARANGI LAW, LLC**

*/s/ Fareesh S. Sarangi*
Fareesh S. Sarangi, Esq. (GA 735110)
Fareesh@SarangiLaw.com
Sarangi Law, LLC
3350 Riverwood Pkwy, Ste. 1900
Atlanta, GA. 30339
Tel: 404-996-5157
Fax: 678-981-8390
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Notice of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                */s/ Fareesh S. Sarangi*
                                                Fareesh S. Sarangi, Esq.