UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      )
PRODUCTS LIABILITY LITIGATION     )   MDL No. 2592
                                  )
                                  )   SECTION L
                                  )
                                  )   JUDGE ELDON E. FALLON
                                  )
                                  )   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Gary Hogue

2:15-cv-2180

## MOTION FOR LEAVE TO WITHDRAW

    COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Gary Hogue in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Hogue retained the services of The Driscoll Firm, P.C. to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On May 1, 2015, the undersigned filed a complaint under Case Number 15-L-260 in St. Clair County, Illinois, which was subsequently removed to federal court and transferred into the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about May 12, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Hogue requesting information essential to litigating this case, and requested a response by June 3, 2015.

4. Counsel called Plaintiff Hogue to follow up regarding the requested information on October 13th, October 15th, October 23rd, October 30th, November 9th, 2015; and counsel sent a follow up letter to Plaintiff Hogue on November 18, 2015 regarding the requested information; however, to date, Plaintiff Hogue has not provided the information requested.

5. On or about December 23, 2015 the undersigned sent correspondence to Plaintiff Hogue requesting that he contact The Driscoll Firm, P.C. regarding his claim and the above requested information. The Driscoll Firm, P.C. warned that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Hogue. Counsel called Plaintiff Hogue to follow up regarding this correspondence on January 11th, January 18th, January 25th, January 27th, January 29th, and February 2nd, 2016.

6. To date, Plaintiff Hogue has not provided the information requested or otherwise responded to the correspondence.

7. Plaintiff Hogue's current mailing address is P.O. Box 174, Harviell, MO 63945, and phone number is 573-712-7554.

8. On February 8, 2016, The Driscoll Firm, P.C. served to Plaintiff Hogue correspondence via certified mail indicating that the law firm must withdraw.

9. For the foregoing reasons, Plaintiff Hogue failed substantially to fulfill an obligation to his attorney.

10. Further, The Driscoll Firm, P.C. gave Plaintiff Hogue reasonable warning of the law firm's intent to withdraw unless Hogue fulfilled the obligation to share information and to communicate with his attorneys.

11. The Driscoll Firm, P.C. notified Plaintiff Hogue of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: February 8, 2016

                      Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/John J. Driscoll*
JOHN J. DRISCOLL
MO State Bar No. 54729
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, I caused the forgoing document to be electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I caused to be sent correspondence via certified mail to Gary Hogue at P.O. Box 174, Harviell, MO 63945 notifying him of all deadlines and court appearances.

                      The Driscoll Firm, P.C.

                      /s/John J. Driscoll
                      John J. Driscoll
                      Attorney for Plaintiff