# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Arin Cunningham

2:15-cv-2141

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Arin Cunningham in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Cunningham retained the services of The Driscoll Firm, P.C. to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On or about June 12, 2015, the undersigned filed a joint complaint under Case Number 2:15-cv-2091 which included the instant cause of action, which was later severed and assigned Case Number 2:15-cv-02141.

3. On or about June 12, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Cunningham requesting information essential to litigating this case, and requested a response by June 30, 2015.

4. The undersigned sent follow up letters to Plaintiff Cunningham on June 29, August 17, October 15, and November 17, 2015 regarding the requested information.

5. Counsel called Plaintiff Cunningham to follow up regarding the requested information on July 9, November 17, and December 4, 2015; and counsel sent emails to Plaintiff Cunningham to follow up

on July 8, August 14, October 27, November 9, 2015 and January 28, 2016; however, to date, Plaintiff Cunningham has not provided the information requested.

6. On or about January 20, 2016 the undersigned sent correspondence to Plaintiff Cunningham requesting that he contact The Driscoll Firm, P.C. regarding his claim and the above requested information. The Driscoll Firm, P.C. warned that failure to respond would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Cunningham.

7. To date, Plaintiff Cunningham has not provided the information requested or otherwise responded to the correspondence.

8. Plaintiff Cunningham's current mailing address is 3570 Del Amo, Apt. E, Torrance, CA 90503, and phone number is 310-986-7036.

9. On February 8, 2016, The Driscoll Firm, P.C. served to Plaintiff Cunningham correspondence via certified mail indicating that the law firm must withdraw.

10. For the foregoing reasons, Plaintiff Cunningham failed substantially to fulfill an obligation to his attorney.

11. Further, The Driscoll Firm, P.C. gave Plaintiff Cunningham reasonable warning of the law firm's intent to withdraw unless Cunningham fulfilled the obligation to share information and to communicate with his attorneys.

12. The Driscoll Firm, P.C. notified Plaintiff Cunningham of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: February 8, 2016

                                   Respectfully submitted,

                                  **THE DRISCOLL FIRM, P.C.**

                                  */s/John J. Driscoll*
                                  JOHN J. DRISCOLL
                                  MO State Bar No. 54729
                                  211 N. Broadway, 40th Floor
                                  St. Louis, MO 63102
                                  314-932-3232
                                  314-932-3233 fax
                                  john@thedriscollfirm.com
                                  **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, I caused the forgoing document to be electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I caused to be sent correspondence via certified mail to Arin Cunningham at 3570 Del Amo, Apt. E, Torrance, CA 90503 notifying him of all deadlines and court appearances.

                                                                          The Driscoll Firm, P.C.

                                                                          /s/John J. Driscoll
                                                                          John J. Driscoll
                                                                          Attorney for Plaintiff