UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

PAMELA HODGKINS
Civil Action No.: 2:15-cv-07091

ROBERT HOWARD
Civil Action No.: 2:15-cv-07092

### PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER CORPORATION

COMES NOW Plaintiffs Pamela Hodgkins and Robert Howard, by and through their undersigned counsel, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby file his Motion for Voluntary Dismissal solely against Bayer Corporation without prejudice and with each party to bear its own fees and costs. The filing of this Motion for Voluntary Dismissal as to Bayer Corporation is not intended to have any effect on any claims against any other Defendants in the above actions.

1

Dated: February 9, 2016

                                       Respectfully submitted,

                                       KENNEDY HODGES, LLP

                                       By: /s/ Gabriel A. Assaad
                                       Gabriel A. Assaad
                                       gassaad@kennedyhodges.com
                                       711 W. Alabama St.
                                       Houston, TX 77006
                                       Telephone: (713) 523-0001
                                       Facsimile: (713) 523-1116

                                       ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that that on February 9, 2016, a copy of the foregoing Motion for Dismissal has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                       /s/ Gabriel A. Assaad
                                       Gabriel A. Assaad