## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

PAMELA HODGKINS
Civil Action No.: 2:15-cv-07091

ROBERT HOWARD
Civil Action No.: 2:15-cv-07092

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Plaintiffs, Pamela Hodgkins and Robert Howard, will bring the attached Motion for Voluntary Dismissal Without Prejudice as to Bayer Corporation for submission before the Honorable Judge Eldon E. Fallon on the 2nd of March, 2016, at 9:00 a.m.

Dated: February 9, 2016

Respectfully submitted,

KENNEDY HODGES, LLP

By: /s/ Gabriel A. Assaad
Gabriel A. Assaad
gassaad@kennedyhodges.com
711 W. Alabama St.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

/s/ Gabriel A. Assaad
Gabriel A. Assaad
