UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

PAMELA HODGKINS
Civil Action No.: 2:15-cv-07091

ROBERT HOWARD
Civil Action No.: 2:15-cv-07092

ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY
DISMISSAL WITHOUT PREJUDICE AS TO BAYER CORPORATION

BEFORE THE COURT is Plaintiffs' Motion for Voluntary Dismissal without Prejudice as to Bayer Corporation. Upon Consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal without Prejudice as to Bayer Corporation is GRANTED, each party to bear their own attorney's fees and costs.

Signed this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge

1