UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| ELEANOR AHEARN, ET AL | |
| | JUDGE ELDON E. FALLON |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL | MAG. JUDGE MICHAEL NORTH |
| 2:15-cv-07143 | |

## MOTION TO AMEND FIRST JOINT COMPLAINT

COMES NOW Counsel for Plaintiffs, and respectfully moves this Court for leave to file an amended joint complaint in this action, for amending the Case Style in the form attached hereto as Exhibit A.

1. Plaintiffs Gertrude Horridge, Sharon Lambert, individually, and as representative of the Estate of Eric Leon Lambert, Jason Lane, Mark I. Lawless, Vincent Leon, and Marilyn Leser, individually, and as representative of the Estate of John A. Leser, were included in a Joint Complaint filed on December 29, 2015 (*Eleanor Ahearn, et al. v. Janssen Research & Development LLC, et al.,* 2:15-cv-07143 [Doc. 1]).

2. On January 6, 2016, a Severance Order was issued for the Joint Complaint *Eleanor Ahearn, et al. v. Janssen Research & Development LLC, et al.,* 2:15-cv-07143 [Doc. 4].

3. No Defendants have been formally served with process.

4. The Case Style of the Joint Complaint (*Eleanor Ahearn, et al. v. Janssen Research & Development LLC, et al.,* 2:15-cv-07143 [Doc. 1]) inadvertently does not include Plaintiffs Gertrude Horridge, Sharon Lambert, individually, and as representative of the Estate of Eric Leon Lambert, Jason Lane, Mark I. Lawless, Vincent Leon, and Marilyn Leser, individually, and as representative of the Estate of John A. Leser, despite these Plaintiffs being incorporated in the body of the Joint Complaint (paragraphs 32, 37-41, 365, and 370-374).

5. Plaintiffs' counsel moves to add the Plaintiffs, Gertrude Horridge, Sharon Lambert, individually, and as representative of the Estate of Eric Leon Lambert, Jason Lane, Mark I. Lawless, Vincent Leon, and Marilyn Leser, individually, and as representative of the Estate of John A. Leser, to the Case Style of the Joint Complaint (*Eleanor Ahearn, et al. v. Janssen Research & Development LLC, et al.,* 2:15-cv-07143 [Doc. 1]).

6. Since there have been no prior amendments to Plaintiffs' Joint Complaint and this Motion is filed within the applicable time limits set forth in Rule 15(a)(1)(A), Counsel moves for this motion to be granted as a matter of course.

WHEREFORE, Counsel for Plaintiffs, Gertrude Horridge, Sharon Lambert, individually, and as representative of the Estate of Eric Leon Lambert, Jason Lane, Mark I. Lawless, Vincent Leon, and Marilyn Leser, individually, and as representative of the Estate of John A. Leser, respectfully requests the Court grant leave for Plaintiffs, Gertrude Horridge, Sharon Lambert, individually, and as representative of the Estate of Eric Leon Lambert, Jason Lane, Mark I. Lawless, Vincent Leon, and Marilyn Leser, individually, and as representative of the Estate of

John A. Leser, to file an amended joint complaint in this action in the form attached hereto as Exhibit A.

    Dated: February 9, 2016

        Respectfully submitted,

        **JOHNSON LAW GROUP**
        Aimee Robert, Esquire
        TX Bar # 24046729
        55 Waugh Dr., Suite 800
        Houston, TX 77007
        Telephone: (713) 626- 9336