# UNITED STATED DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| ELEANOR AHEARN, ET AL | |
| v. | JUDGE ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL | MAG. JUDGE MICHAEL NORTH |
| 2:15-cv-07143 | |

## PROPOSED ORDER

This matter having come before the Court on the Motion for Leave to File the First Amended Joint Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiffs Gertrude Horridge, Sharon Lambert, individually, and as representative of the Estate of Eric Leon Lambert, Jason Lane, Mark I. Lawless, Vincent Leon, and Marilyn Leser, individually, and as representative of the Estate of John A. Leser's Motion is GRANTED. Plaintiffs are hereby granted leave to file the First Amended Joint Complaint tendered with their Motion.

Entered this ____ day of _____, 2016.

_____
HONORABLE DISTRICT JUDGE FALLON