# UNITED STATES DISTRICT COURT
# EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

This Document Relates To:

PATRICE ALTIMARI, et al
Civil Action No. 2:15-cv-043547

SHANKARA GILBERTO ANTERO, et al.
Civil Action No. 2:15-cv-04838

BARBARA BALDWIN, et al.
Civil Action No. 2:15-cv-04959

MARY ANN BROSTEK, et al.
Civil Action No. 2:15-cv-04960

HAROLD BROTHERS, et al.
Civil Action No.: 2:15-cv-04961

LINDA BULL, et al.
Civil Action No. 2:15-cv-04962

DOMINICK CANDITO, et al.
Civil Action No.: 2:15-cv-04963

GARY DURHAM, et al.
Civil Action No. 2:15-cv-04965

JAMES ELDERTON, et al.
Civil Action No. 2:15-cv-04968

LESLIE RAYMOND FISCHER, et al.
Civil Action No.: 2:15-cv-04970

RICHARD FONTAINE, JR., et al.
Civil Action No.: 2:15-cv-04972

GEORGE FREEMAN, et al.
Civil Action No.: 2:15-cv-04976

JOHN HALE, et al.
Civil Action No.: 2:15-cv-04978

DAVID HANES, et al.
Civil Action No.: 2:15-cv-04979

KENNETH HOWARD, et al.
Civil Action No.: 2:15-cv-04981

BILLY JACKSON, et al.
Civil Action No.: 2:15-cv-04990

JOSEPH KOONTZ, et al.
Civil Action No.: 2:15-cv-04982

DONALD KREGER, et al.
Civil Action No.: 2:15-cv-04984

JAMES B. MEECE, et al.
Civil Action No.: 2:15-cv-04985

ILA NEWSOME, et al.
Civil Action No.: 2:15-cv-04991

JOANN PIRRITANO, et al.
Civil Action No. 2:15-cv-04992

LUCILLE TURNER, et al.
Civil Action No.: 2:15-cv-04993

ANNELISE CALCHEFF
Civil Action No.: 2:15-cv-04994

## <u>NOTICE OF APPEARANCE</u>

COMES NOW Derek H. Potts of The Potts Law Firm and formally enters his

appearance as counsel for the Plaintiffs in the above captioned matters.

Dated: February 9, 2016                          Respectfully submitted,

By: /s/ *Derek H. Potts*
Derek H. Potts
The Potts Law Firm
100 Waugh Drive Suite 350
Houston, TX 77007
(713) 963-8881
DPotts@potts-law.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2016, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties of their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


Dated: February 9, 2016                    Respectfully submitted,


                                           By: /s/ *Derek H. Potts*
                                           Derek H. Potts
                                           The Potts Law Firm
                                           100 Waugh Drive Suite 350
                                           Houston, TX 77007
                                           (713) 963-8881
                                           DPotts@potts-law.com
                                           Counsel for Plaintiffs