UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| This Document Relates To:<br><br>PATRICE ALTIMARI, et al<br>Civil Action No. 2:15-cv-043547<br><br>SHANKARA GILBERTO ANTERO, et al.<br>Civil Action No. 2:15-cv-04838<br><br>BARBARA BALDWIN, et al.<br>Civil Action No. 2:15-cv-04959<br><br>MARY ANN BROSTEK, et al.<br>Civil Action No. 2:15-cv-04960<br><br>HAROLD BROTHERS, et al.<br>Civil Action No.: 2:15-cv-04961<br><br>LINDA BULL, et al.<br>Civil Action No. 2:15-cv-04962<br><br>DOMINICK CANDITO, et al.<br>Civil Action No.: 2:15-cv-04963<br><br>GARY DURHAM, et al.<br>Civil Action No. 2:15-cv-04965<br><br>JAMES ELDERTON, et al.<br>Civil Action No. 2:15-cv-04968<br><br>LESLIE RAYMOND FISCHER, et al.<br>Civil Action No.: 2:15-cv-04970<br><br>RICHARD FONTAINE, JR., et al.<br>Civil Action No.: 2:15-cv-04972<br><br>GEORGE FREEMAN, et al.<br>Civil Action No.: 2:15-cv-04976<br><br>JOHN HALE, et al.<br>Civil Action No.: 2:15-cv-04978 | |

| | |
|---|---|
| DAVID HANES, et al.<br>Civil Action No.: 2:15-cv-04979<br><br>KENNETH HOWARD, et al.<br>Civil Action No.: 2:15-cv-04981<br><br>BILLY JACKSON, et al.<br>Civil Action No.: 2:15-cv-04990<br><br>JOSEPH KOONTZ, et al.<br>Civil Action No.: 2:15-cv-04982<br><br>DONALD KREGER, et al.<br>Civil Action No.: 2:15-cv-04984<br><br>JAMES B. MEECE, et al.<br>Civil Action No.: 2:15-cv-04985<br><br>ILA NEWSOME, et al.<br>Civil Action No.: 2:15-cv-04991<br><br>JOANN PIRRITANO, et al.<br>Civil Action No. 2:15-cv-04992<br><br>LUCILLE TURNER, et al.<br>Civil Action No.: 2:15-cv-04993<br><br>ANNELISE CALCHEFF<br>Civil Action No.: 2:15-cv-04994 | |

## **NOTICE OF APPEARANCE**

COMES NOW Derek H. Potts of The Potts Law Firm and formally enters his

appearance as counsel for the Plaintiffs in the above captioned matters.


Dated: February 9, 2016                     Respectfully submitted,

                                            By: /s/ *Derek H. Potts*
                                            Derek H. Potts
                                            The Potts Law Firm
                                            100 Waugh Drive Suite 350
                                            Houston, TX 77007
                                            (713) 963-8881
                                            DPotts@potts-law.com
                                            Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 9th day of February, 2016, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties of their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: February 9, 2016                                 Respectfully submitted,

                                                             By: /s/ *Derek H. Potts*
                                                             Derek H. Potts
                                                            The Potts Law Firm
                                                            100 Waugh Drive Suite 350
                                                            Houston, TX 77007
                                                            (713) 963-8881
                                                            DPotts@potts-law.com
                                                            Counsel for Plaintiffs