UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| This Document Relates To: PATRICE ALTIMARI, et al Civil Action No. 2:15-cv-043547 SHANKARA GILBERTO ANTERO, et al. Civil Action No. 2:15-cv-04838 BARBARA BALDWIN, et al. Civil Action No. 2:15-cv-04959 MARY ANN BROSTEK, et al. Civil Action No. 2:15-cv-04960 HAROLD BROTHERS, et al. Civil Action No.: 2:15-cv-04961 LINDA BULL, et al. Civil Action No. 2:15-cv-04962 DOMINICK CANDITO, et al. Civil Action No.: 2:15-cv-04963 GARY DURHAM, et al. Civil Action No. 2:15-cv-04965 JAMES ELDERTON, et al. Civil Action No. 2:15-cv-04968 LESLIE RAYMOND FISCHER, et al. Civil Action No.: 2:15-cv-04970 RICHARD FONTAINE, JR., et al. Civil Action No.: 2:15-cv-04972 GEORGE FREEMAN, et al. Civil Action No. 2:15-cv-04976 JOHN HALE, et al. Civil Action No.: 2:15-cv-04978 | |

| | |
|---|---|
| DAVID HANES, et al.<br>Civil Action No.: 2:15-cv-04979<br><br>KENNETH HOWARD, et al.<br>Civil Action No.: 2:15-cv-04981<br><br>BILLY JACKSON, et al.<br>Civil Action No.: 2:15-cv-04990<br><br>JOSEPH KOONTZ, et al.<br>Civil Action No.: 2:15-cv-04982<br><br>DONALD KREGER, et al.<br>Civil Action No.: 2:15-cv-04984<br><br>JAMES B. MEECE, et al.<br>Civil Action No.: 2:15-cv-04985<br><br>ILA NEWSOME, et al.<br>Civil Action No.: 2:15-cv-04991<br><br>JOANN PIRRITANO, et al.<br>Civil Action No. 2:15-cv-04992<br><br>LUCILLE TURNER, et al.<br>Civil Action No.: 2:15-cv-04993<br><br>ANNELISE CALCHEFF<br>Civil Action No.: 2:15-cv-04994 | |

## **NOTICE OF APPEARANCE**

COMES NOW Derek H. Potts of The Potts Law Firm and formally enters his

appearance as counsel for the Plaintiffs in the above captioned matters.

Dated: February 9, 2016                                    Respectfully submitted,

By: /s/ *Derek H. Potts*
Derek H. Potts
The Potts Law Firm
100 Waugh Drive Suite 350
Houston, TX 77007
(713) 963-8881
DPotts@potts-law.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 9th day of February, 2016, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties of their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: February 9, 2016            Respectfully submitted,

                   By: /s/ *Derek H. Potts*
                   Derek H. Potts
                   The Potts Law Firm
                   100 Waugh Drive Suite 350
                   Houston, TX 77007
                   (713) 963-8881
                   DPotts@potts-law.com
                   Counsel for Plaintiffs