## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          )      MDL NO. 2592
PRODUCTS LIABILITY LITIGATION        )
                                     )      SECTION: L
JACQUELINE TWYMON, ET AL.            )
                                     )      JUDGE: ELDON E. FALLON
v.                                   )
                                     )      MAGISTRATE JUDGE: MICHAEL
JANSSEN RESEARCH &                   )      NORTH
DEVELOPMENT, LLC,                    )
f/k/a JOHNSON AND JOHNSON            )      STIPULATION OF DISMISSAL
PHARMACEUTICAL RESEARCH AND          )      WITH PREJUDICE
DEVELOPMENT, LLC; JANSSEN            )
ORTHO, LLC; JANSSEN                  )      Civil Action No: 2:15-cv-02180-EEF-MBN
PHARMACEUTICALS, INC., f/k/a         )
JANSSEN PHARMACEUTICA, INC.          )
f/k/a ORTHO-MCNEIL-JANSSEN           )
PHARMACEUTICALS, INC.; BAYER         )
HEALTHCARE PHARMACEUTICALS,          )
INC.; BAYER PHARMA AG; BAYER         )
CORPORATION; BAYER                   )
HEALTHCARE, LLC; BAYER               )
HEALTHCARE AG, AND BAYER AG          )
_____     )

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Richard Doss

("Plaintiff") and Defendants Janssen Research & Development LLC; Janssen Ortho LLC; Janssen

Pharmaceuticals, Inc.; Bayer HealthCare Pharmaceuticals Inc.; and Bayer Pharma AG

("Defendants"), through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41, the above-

captioned action is voluntarily dismissed as it pertains to the above-listed Plaintiff, with prejudice,

each party to bear its own fees and costs.  The claims of the remaining plaintiffs are not impacted

by the dismissal of the claims asserted by Plaintiff Richard Doss.

THE DRISCOLL FIRM, P.C.                    DRINKER BIDDLE & REATH LLP
Attorneys for Plaintiff                    Attorneys for Defendants
Richard Doss                               Janssen Pharmaceuticals, Inc.
                                           Janssen Research & Development LLC, and
                                           Janssen Ortho LLC


By:   s/ *John J. Driscoll*                 By:   s/ *Susan M. Sharko*
      John J. Driscoll                            Susan M. Sharko

Dated: February 9, 2016                    Dated: February 9, 2016


                                           KAYE SCHOLER LLP
                                           Attorneys for Defendants
                                           Bayer Healthcare Pharmaceuticals Inc. and
                                           Bayer Pharma AG

                                           By:   s/ *William Hoffman*
                                                 William Hoffman

                                           Dated: February 9, 2016


                                            s/ *James B. Irwin*
                                           James B. Irwin
                                           Kim E. Moore
                                           IRWIN FRITCHIE URQUHART &
                                           MOORE LLC
                                           400 Poydras St., Ste, 2700
                                           New Orleans, LA  70130
                                           (504) 310-21—
                                           jirwin@irwinllc.com
                                           kmoore@irwinllc.com
                                           *Liaison Counsel for Defendants*

                                           Dated: February 9, 2016

2

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on February 9, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


     By:  s/ *John J. Driscoll*
       John J. Driscoll