UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

ETHEL STATON
Civil Action No.: 2:15-cv-03827

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER CORPORATION

**COMES NOW**, Plaintiff, Ethel Staton in the above referenced matter, by and through undersigned counsel and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby files this Motion for Voluntary Dismissal of this action solely against Bayer Corporation, without prejudice, with each party to bear its own costs.

The filing of this Motion for Voluntary Dismissal as to Bayer Corporation, without prejudice, is not intended to have any effect on any claims against any other Defendants in this action.

**WHEREFORE**, Plaintiff hereby requests that her claims against Bayer Corporation be voluntarily dismissed, without prejudice, without having any effect on any claims against any other Defendants in this action.

1

Dated: February 10, 2016

Respectfully submitted,

By: _/s/ Emily C. Jeffcott_____

Hugh P. Lambert (LA #7933)
Emily C. Jeffcott (LA #33204)
Chathan S. Mangat (LA #35618)
THE LAMBERT FIRM, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@thelambertfirm.com
ejeffcott@thelambertfirm.com
cmangat@thelambertfirm.com

Dennis C. Reich (TX #16739600)
REICH AND BINSTOCK, LLP
Whitney Bank Bldg. River Oaks
4265 San Felipe #1000
Houston, TX 77027
Phone: (713) 622-7271

dreich@reichandbinstock.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Voluntary Dismissal Without Prejudice as to Defendant Bayer Corporation has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, on this 10th day of February 2016.

                                                             _/s/ Emily C. Jeffcott_____
                                                             **EMILY C. JEFFCOTT**