UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

ETHEL STATON
Civil Action No.: 2:15-cv-03827

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims solely against Bayer Corporation in *Ethel Staton v. Janssen Research & Development, LLC, et al.,* 2:15-cv-03827, are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs, with all claims against any other Defendants to remain pending in this action.

Signed, this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge