UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO.: 2:14-md-02592-EEF-MBN

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
2:15-cv-05372-EEF-MBN

| | |
|---|---|
| THIS DOCUMENT RELATES TO: )<br>)<br>VALARY JOHNSON )<br>   Plaintiff, )<br>)<br> v. )<br>)<br>JANSSEN RESEARCH & DEVELOPMENT LLC )<br>f/k/a JOHNSON AND JOHNSON )<br>PHARMACEUTICAL RESEARCH AND )<br>DEVELOPMENT LLC, JANSSEN ORTHO LLC, )<br>JANSSEN PHARMACEUTICALS, INC. )<br>f/k/a JANSSEN PHARMACEUTICA INC. )<br>f/k/a ORTHO-MCNEIL-JANSSEN )<br>PHARMACEUTICALS, INC., )<br>JOHNSON & JOHNSON COMPANY )<br>BAYER HEALTHCARE )<br>PHARMACEUTICALS, INC., )<br>BAYER PHARMA AG, )<br>BAYER CORPORATION, )<br>BAYER HEALTHCARE LLC, )<br>BAYER HEALTH CARE AG, and BAYER AG, )<br>)<br>Defendants. )<br>) | CIVIL ACTION: 2:15-cv-05372 |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

  THIS CAUSE came before the Court upon Motion to Withdraw as Counsel filed by

Anthony Irpino, Louise Higgins, Pearl Robertson and the Irpino Law Firm.  The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby ORDER and ADJUDGED as follows:

The Motion to Withdraw as Counsel filed by Anthony Irpino, Louise Higgins, Pearl Robertson and the Irpino Law Firm as to Plaintiff, Valary Johnson is hereby GRANTED.

DONE and ORDERED in Chambers, at New Orleans, Louisiana on this __5th__ day of _____February_____, 2016.

_____
Honorable Eldon E. Fallon
United States District Judge