UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592 |
| | | Section: L |
| HENRIETTA GUSTE & BERNARD GUSTE | ) ) ) | Judge Fallon |
| Plaintiffs | ) ) ) | Mag. Judge North |
| versus | ) ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | ) ) ) ) ) ) ) ) ) ) | This filing relates to: Civil Action No.: 15-00949 |
| Defendants | ) | |

# **ORDER**

Considering the foregoing Motion for Leave:

    IT IS ORDERED that the Motion is GRANTED and Plaintiff is granted leave to file the attached Amended Complaint; and

    IT IS FURTHER ORDERED that the Honorable Clerk of Court is instructed to accept for filing the attached Amended Complaint.

New Orleans, Louisiana, on this \_\_\_ day of February, 2016.

                                                    _____
                                                              UNITED STATES DISTRICT JUDGE