# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

BIRTH NUMBER: 4304836
STATE FILE NUMBER: 2015-015-00571

**DECEDENT**

| Field | Value |
|---|---|
| DECEDENT'S NAME (LAST, FIRST, MIDDLE, SUFFIX) | GUSTE, HENRIETTA VINAS |
| DATE OF BIRTH | |
| DATE OF DEATH | 05/14/2015 |
| TIME OF DEATH | 02:15 AM |
| PLACE OF BIRTH (CITY, STATE, COUNTRY) | MIAMI, FL UNITED STATES |
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | |
| AGE | 85 YEARS |
| DECEDENT'S ALIAS NAME(S) | |
| RESIDENCE OF DECEDENT | 59220 CYPRESS BAYOU LANE, LACOMBE, LA 70445 UNITED STATES |
| WITHIN CITY LIMITS? | NO |
| PARISH/COUNTY | ST. TAMMANY |

**PERSONAL**

| Field | Value |
|---|---|
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | SCHOOL TEACHER |
| INDUSTRY OF OCCUPATION | EDUCATION |
| MARITAL STATUS | MARRIED |
| NAME OF SURVIVING SPOUSE | GUSTE SR, BERNARD R |
| FATHER'S NAME | VINAS, ENRIQUE |
| FATHER'S PLACE OF BIRTH | HABANA, CUBA |
| MOTHER'S NAME | BEGUIRISTAIN, MARIA JOSEFFA |
| MOTHER'S PLACE OF BIRTH | LA GUA LA GRANDE, LAS VILLAS CUBA |
| INFORMANT'S NAME | GUSTE SR, BERNARD R |
| RELATIONSHIP TO DECEDENT | SPOUSE |
| INFORMANT'S ADDRESS | 59220 CYPRESS BAYOU LANE, LACOMBE, LA 70445 UNITED STATES |
| EDUCATION | MASTER'S DEGREE (E.G. MS, MA, MENG, MED, MSW, MBA) |
| OR HISPANIC ORIGIN? | YES, OTHER SPANISH/HISPANIC/LATINO (CUBAN) |
| RACE | WHITE |

**DEATH INFO**

| Field | Value |
|---|---|
| PLACE OF DEATH | DECEDENT'S HOME |
| FACILITY NAME | |
| FACILITY ADDRESS | 59220 CYPRESS BAYOU LANE, LACOMBE, LA 70445 UNITED STATES |
| PARISH/COUNTY | ST. TAMMANY |

**DISPOSITION**

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | METAIRIE CEMETERY ASSOCIATION |
| PLACE OF DISPOSITION (CITY, STATE, COUNTRY) | NEW ORLEANS, LA UNITED STATES |
| DATE OF DISPOSITION | 05/20/2015 |

**FUNERAL FACILITY**

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | LAKE LAWN METAIRIE FUNERAL HOME |
| ADDRESS OF FUNERAL FACILITY | 5100 PONTCHARTRAIN BLVD, NEW ORLEANS, LA 70124 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | GALMAN, SHARON |
| LICENSE NUMBER | E2411 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | |
| DATE | 5/20/2015 |

**MEDICAL INFO**

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | UNKNOWN |

**CAUSE OF DEATH**

PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE | a. END STAGE CEREBRAL AMYLOID ANGIOPATHY | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. | |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. | |
| | d. | |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | |
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

**INJURY INFORMATION**

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|---|---|
| | | | | |

LOCATION OF INJURY: PARISH/COUNTY:
DESCRIBE HOW INJURY OCCURED:

**CERTIFIER**

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 3/11/2015 TO 5/14/2015 AND THAT DEATH OCCURRED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | |
| DATE | 5/20/2015 |
| CERTIFIER NAME | MCELVEEN, LINDA |
| CERTIFIER TITLE | CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS | 100 MEDICAL CENTER DR, SLIDELL, LA 70461 UNITED STATES |
| BURIAL TRANSIT PERMIT | 128534 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 05/15/2015 |
| DATE FILED WITH REGISTRAR | 5/26/2015 |

**REGISTRAR**

SIGNATURE OF REGISTRAR: DEVIN GEORGE
ISSUED BY: Washington, Linda
Issued On: 6/1/2015 3:05:23 PM



I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S. 40:32, ET SEQ.



DEVIN GEORGE
STATE REGISTRAR

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID. DO NOT ACCEPT.



WARNING: IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT