UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| BRENDA WARREN INDIVIDUALLY AND ON BEHALF OF EDDIE WARREN, DECEASED<br>    Plaintiff | JUDGE: ELDON E. FALLON |
| | MAGISTRATE JUDGE: MICHAEL NORTH |
| v. | |
| | STIPULATION OF DISMISSAL WITH PREJUDICE |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; AND BAYER AG<br>    Defendants | Civil Action No: 2:15-cv-03161-EEF-MBN |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>Attorneys for Plaintiff<br>By: /s/Yvonne M. Flaherty<br>   Yvonne M. Flaherty<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN  55401<br>Phone: (612) 339-6900<br>Fax: (612) 339-0981<br>e-mail: ymflaherty@locklaw.com<br><br>Dated: February 10, 2016 | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC, and<br>Janssen Ortho LLC<br><br>By: /s/Susan M Sharko<br>   Susan M. Sharko<br><br>Dated: February 10, 2016 |

1

KAYE SCHOLER LLP
Attorneys for Defendants
Bayer Healthcare Pharmaceuticals Inc. and
Bayer Pharma AG

By: */s/William Hoffman*
     William Hoffman

Dated February 10, 2016


  *s/James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com
*Liaison Counsel for Defendants*

Dated: February 10, 2016

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on February 10, 2016 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


     /s/ James B. Irwin