UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : <br> : MDL No. 2592 <br> : <br> : SECTION L |
| CRAWFORD BRYAN, | : <br> : |
| Plaintiff | : JUDGE ELDON E. FALLON <br> : |
| v. | : MAGISTRATE JUDGE NORTH <br> : |
| JANSSEN RESEARCH & DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and, BAYER AG, | : **STIPULATION OF DISMISSAL** <br> : <br> : <br> : Civil Action No.: 2:15-cv-05289 <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants | : <br> : |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

**ROSS FELLER CASEY, LLP**
One Liberty Place
1650 Market St., Suite 3450
Phila., PA  19103

Attorneys for Plaintiff
Crawford Bryan

By: */s/ Brian J. McCormick, Jr.*
Brian J. McCormick, Jr.

Dated: February 10, 2016

**DRINKER BIDDLE & REATH LLP**
600 Campus Drive
Florham Park, NJ 07932-1047

Attorneys for Defendants
Janssen Pharmaceuticals, Inc.,
Janssen Research & Development LLC,
Janssen Ortho LLC, and Johnson & Johnson

By: */s/ Susan M. Sharko*
Susan M. Sharko

Dated: February 10, 2016

**KAYE SCHOLER LLP**
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327

Attorneys for Defendants
Bayer Healthcare Pharmaceuticals
Inc. and Bayer Pharma AG

By: */s/ William Hoffman*
William Hoffman

Dated: February 10, 2016


**IRWIN FRITCHIE URQUHART &
MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Liaison Counsel for Defendants

By: */s/ James B. Irwin*
James B. Irwin

Dated: February 10, 2016

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 11, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/Brian J. McCormick, Jr.*
Brian J. McCormick, Jr.