UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
   *All Cases*

## ORDER

The Court has been informed that the parties have jointly agreed to an extension of time for Defendants to file their reply brief in support of Defendants' Motion for Entry of an Order Regarding Contacts with Physicians. R. Doc. 1845. The reply brief is currently due February 10, 2016, and oral argument is set for February 23, 2016. R. Doc. 1962. The Court finds a limited extension appropriate under these circumstances. Therefore,

It is **ORDERED** that Defendants shall submit their reply brief in support of their Motion for Entry of an Order Regarding Contacts with Physicians on or before February 18, 2016. The submission date of February 10, 2016, is **CONTINUED**.

New Orleans, Louisiana this 10th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE