## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| This Document Relates To: ) | |
| ) | |
| BARBARA BOOKER, et al vs. JANSSEN ) | |
| RESEARCH & DEVELOPMENT, LLC, ) | |
| et al., ) | |
| ) | |
| Civil Action No. 2:15-cv-06629-EEF-MBN ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that James C. Ferrell of the law firm of James C. Ferrell, P.C., 4119 Montrose Boulevard, Suite 400, Houston, Texas 77006, who is duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Plaintiffs, Barbara Booker, Bobby Fowler, Robert Watkins, Phillip Nicholson, Betty Miller, Tami Nara, and Betty Hunter, Individually, and as the Personal Representative of the Estate of Thomas Hunter, Deceased, in the above-styled action.

Respectfully submitted this 11th day of February, 2016.

By: /s/ **James C. Ferrell**
James C. Ferrell
James C. Ferrell, P.C.
Texas Bar No.: 00785857
4119 Montrose Blvd, Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 11th day of February, 2016, a copy of the above and foregoing Notice of Appearance has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        Respectfully submitted,


        By: /s/ **James C. Ferrell**
        James C. Ferrell
        James C. Ferrell, P.C.
        Texas Bar No.: 00785857
        4119 Montrose Blvd., Suite 400
        Houston, Texas 77006
        (713) 337-3855
        (713) 337-3856 Facsimile
        jferrell@jamesferrell-law.com
        Counsel for Plaintiffs