AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| DAWN L. DAVIDSON | ) | IN RE: XARELTO (RIVAROXABAN) PRODUCTS |
| *Plaintiff* | ) | LIABILITY LITIGATION - MDL NO. 2592 |
| v. | ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC, etal | ) | Case No.    2:16-cv-00260-EEF-MBN |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Dawn L. Davidson                                                                                                      .

Date:    02/11/2016

s/ Matthew Schumacher
*Attorney's signature*

Matthew J. Schumacher, MN #244946
*Printed name and bar number*

Pearson, Randall, & Schumacher, P.A.
310 4th Avenue South, Suite 5010
Minneapolis, MN  55415

*Address*

mschumacher@prslegal.com
*E mail address*

(612) 767-7500
*Telephone number*

(612) 767-7501
*FAX number*