UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | ) )  ) MDL No. 2592 ) ) SECTION: L ) ) JUDGE ELDON E. FALLON ) ) MAGISTRATE JUDGE NORTH ) ) |

**THIS DOCUMENT RELATES TO:**

*Ozella Williams v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC, et al.*
Individual Civil Action No. 16-cv-01139

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a) of the *Federal Rules of Civil Procedure*, hereby informs the Honorable Court of the death of the Plaintiff, Ozella Williams.

Dated: February 12, 2015

Respectfully submitted,

**GRANT & EISENHOFER P.A.**

By: /s/ M. Elizabeth Graham
Jay W. Eisenhofer
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646-722-8500
Facsimile: 646-722-8501
jeisenhofer@gelaw.com

                M. Elizabeth Graham
                Thomas V. Ayala
                **GRANT & EISENHOFER P.A.**
                123 Justison Street
                Wilmington, DE 19801
                Tel: (302) 622-7000
                Fax:  (302) 622-7100
                egraham@gelaw.com
                tayala@gelaw.com

                ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: February 12, 2016

By:   /s/ M. Elizabeth Graham