UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION     :   MDL No. 2592

                                  :   SECTION L

                                  :   JUDGE ELDON E. FALLON

                                  :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO          :   **JURY TRIAL DEMANDED**

*MARY DORIS DEPIN v. JANSSEN RESEARCH & DEVELOPMENT, LLC et al;*

Civil Action No. 2:15-cv-06118

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

COMES NOW the Plaintiff Mary Doris Depin, by and through the undersigned counsel, and respectfully moves this Court for an extension of time to satisfy Plaintiff Fact Sheet Deficiencies, and states as follows:

1. Plaintiff's complaint was initially filed on or about November 19, 2015, as part of a bundled complaint filed directly in the MDL Court.

2. While the Plaintiff has substantially complied with providing the Plaintiff Fact Sheet (hereinafter "PFS") information, uploaded pharmacy records and hospital records, and has uploaded her full and complete responses for defense counsel via the MDL Centrality website, Plaintiff has yet to complete and return the Verification form or the Authorizations as requested, and Plaintiff now requests forty-five (45) additional days to complete and upload the requested forms.

3. Plaintiff received a Notice of Deficiency from Defendants on or about February 2,

2016.

4. Plaintiff's Counsel has made continual efforts to request the necessary forms and Authorizations, but has had difficulty reaching Plaintiff. Upon information and belief, Counsel believes Plaintiff Doris Depin may be in the hospital again as Plaintiff has been dealing with several health issues over the past several months and was just recently admitted into the hospital in January 2016.

5. Upon information and belief, Counsel believes he may be able to reach additional family members who can help Plaintiff complete the request, thus allowing him to respond to the Notice of Deficiency.

6. Therefore, Plaintiff respectfully requests additional time to satisfy the PFS Deficiencies, as Counsel continues to try and reach plaintiff, and Counsel respectfully requests an additional forty-five (45) days from the date of this filing (i.e. through March 28, 2016) to satisfy the PFS deficiencies.

**WHEREFORE**, Plaintiff, by and through undersigned counsel respectfully requests this Court to grant her Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies and for any further orders deemed just and proper under the circumstances.

Signed: February 12, 2016

Respectfully Submitted,

*/s/ Patrick O'Hara*

_____
**JACOBS O'HARA MCMULLEN, P.C.**
J.D. MCMULLEN – TSB#: 24051694
RYAN NICOLE JACOBS-TSB#: 24058147
PATRICK O'HARA-TSB#: 24060353
14340 Torrey Chase Blvd., Suite 360
Houston, Texas 77014

Tel.: (713) 824-8685
Fax: (713) 583-0306
pjo@jomlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all Counsel of Record on this 12th day of February 2016.

Respectfully Submitted,

*Patrick O'Hara*

_____
**JACOBS O'HARA MCMULLEN, P.C.**
J.D. MCMULLEN – TSB#: 24051694
RYAN NICOLE JACOBS-TSB#: 24058147
PATRICK O'HARA-TSB#: 24060353
14340 Torrey Chase Blvd., Suite 360
Houston, Texas 77014
Tel.: (713) 824-8685
Fax: (713) 583-0306
pjo@jomlawfirm.com

**ATTORNEYS FOR PLAINTIFF**