# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE |

**NOTE THIS DOCUMENT**

**RELATES TO:**                                              **JURY TRIAL DEMANDED**

*MARY DORIS DEPIN*

**Civil Action No. 2:15-cv-06118**

## ORDER FOR PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

BEFORE THE COURT is Plaintiff Mary Doris Depin's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff Mary Doris Depin's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies is GRANTED. The deadline to satisfy the Plaintiff Fact Sheet Deficiencies is now set for March 28, 2016.

Dated: _____                    _____
                                                                                  Judge Eldon E. Fallon

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all Counsel of Record on this 12th day of February 2016.

                       Respectfully Submitted,

                       */s/ Patrick O'Hara*

                       **JACOBS O'HARA MCMULLEN, P.C.**
                       J.D. MCMULLEN – TSB#: 24051694
                       RYAN NICOLE JACOBS-TSB#: 24058147
                       PATRICK O'HARA-TSB#: 24060353
                       14340 Torrey Chase Blvd., Suite 360
                       Houston, Texas 77014
                       Tel.: (713) 824-8685
                       Fax: (713) 583-0306
                       pjo@jomlawfirm.com

                       **ATTORNEYS FOR PLAINTIFF**