UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| MARY ANN PACE personally and as PERSONAL REPRESENTATIVE of the ESTATE of Anthony J. Pace, | Civil Action No.:<br>2:15-cv-05076-EEF-MBN |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Mary Ann Pace, personally, and as the Personal Representative of the Estate of Anthony J. Pace, and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Healthcare LLC. All other Defendants remain in the case. Costs and fees shall be borne by the party that incurred them.

Respectfully submitted this 12th day of February, 2016.

THE COCHRAN FIRM-DOTHAN

/s/ *Joseph D. Lane*
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL  36301
Phone: (334) 673-1555
Fax: (334) 669-7229
Email: joelane@cochranfirm.com
*Attorneys for Plaintiff*

KAYE SCHOLER LLP

/s/*Steven Glickstein*
Steven Glickstein
250 West 55th Street
New York, NY 10019-7910
Phone: (212) 836-8485
Fax: (212) 836-6485
Email: Steven.Glickstein@kayescholer.com
*Attorneys for Defendant Bayer Healthcare LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Joseph D. Lane*
Joseph D. Lane
Attorney for Plaintiff