UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : | MDL No. 2592<br><br>MASTER DOCKET CASE: 2:14-MD-02592<br><br>JUDGE: ELDON E. FALLON<br><br>CASE NO.:2: 15-cv-03715<br><br>SECTION: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>JURY TRIAL DEMANDED |
| THIS DOCUMENT RELATES TO:<br><br>*Violet Robertson v. Janssen Research & Development LLC, et al.* | | |

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff Violet Robertson, which occurred on or about December 22, 2015. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by undersigned counsel in the near future.

Dated: February 12, 2016

Respectfully submitted,

Bernstein Liebhard LLP

s/ Sandy Liebhard, Esq.
Sandy Liebhard, Esq.
Melissa Mendoza, Esq.
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Email: liebhard@bernlieb.com
          mmendoza@bernlieb.com
*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                            s/ Sandy Liebhard, Esq.
                                                            Sandy Liebhard, Esq.