**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :  **MDL No. 2592**
               :
               :  **SECTION L**
               :
               :  **JUDGE ELDON E. FALLON**
               :
_____:  **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*Timothy M. Faulk v. Janssen Research & Development, LLC, et al., Civil Action No. 2:15-cv-04431*

*Rosie J. Healey v. Janssen Research & Development, LLC, et al., Civil Action No. 2:15-cv-04768*

*Pearlie M. Taylor v. Janssen Research & Development, LLC, et al., Civil Action No. 2:15-cv-04772*

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

   Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request that the Court grant their Motion for Extension of Time within which to Serve Process on Bayer Healthcare Pharmaceuticals Inc. (BHCP) through the streamlined procedures for informal service of process set forth in Pre-Trial Order No. 10. Plaintiffs request the Court grant them until December 11, 2015 to serve BHCP.  Plaintiffs further request for determination by this Court that BHCP was served pursuant to Pre-Trial Order No. 10 on December 10, 2015, or such other and further relief as the Court deems appropriate.

Dated:  February 12, 2016

Respectfully Submitted,


/s/ *Russell T. Abney*
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com
*Attorneys for the Plaintiffs*


CERTIFICATE OF SERVICE

 I hereby certify that a copy of the above foregoing has contemporaneously with or before filing

been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule

5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of

electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial

Order No. 17.


/s/ *Russell T. Abney*