## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION  :       MDL No. 2592
                                               :
                                               :       SECTION L
                                               :
                                               :       JUDGE ELDON E. FALLON
                                               :
_____:       MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Timothy M. Faulk v. Janssen Research & Development, LLC, et al., Civil Action No. 2:15-cv-04431*

*Rosie J. Healey v. Janssen Research & Development, LLC, et al., Civil Action No. 2:15-cv-04768*

*Pearlie M. Taylor v. Janssen Research & Development, LLC, et al., Civil Action No. 2:15-cv-04772*

### ORDER

The Court, after considering the Plaintiffs' Motion for Extension of Time within which to Serve Process and all responses thereto, finds the motion meritorious.  It is therefore:

ORDERED THAT Plaintiffs be given an extension of time within which to serve Bayer Healthcare Pharmaceuticals ("BHCP") through the streamlined procedures for informal service of process set forth in Pre-Trial Order No.10.  Plaintiffs have until December 11, 2015 to effectuate service on BHCP.  The Court further finds that BHCP was served with process according to this Court's Pre-Trial Order No.10 on December 10, 2015, has an answer on file-, and has timely submitted Defense Fact Sheets in these cases.

Dated: _____              _____
                                                                  Hon. Eldon E. Fallon
                                                                  United States District Court Judge