UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :   MDL No. 2592
: 
:   SECTION L
: 
:   JUDGE ELDON E. FALLON
: 
_____ :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Timothy M. Faulk, v. Janssen Research & Development, LLC, et al., Civil Action No. 2-cv-15-04431*

*Rosie J. Healey v. Janssen Research & Development, LLC, et al., Civil Action No. 2-cv-15-04768 (E.D.*

*Pearlie M. Taylor v. Janssen Research & Development, LLC, et al., Civil Action No. 15-04772*

### AFFIDAVIT

Before me, the undersigned authority, on this day personally appeared Claire Galloway, who swore or affirmed to tell the truth, and stated as follows:

"My name is Claire Galloway. I am of sound mind and capable of making this sworn statement. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true. I am familiar with all of the litigation being prosecuted by our office. Bayer Healthcare Pharmaceuticals, Inc., is the only defendant in any litigation that our office has ever served by Certified Mail Return Receipt Requested in Wilmington, DE. Furthermore, the only Certified Mail Return Receipt Requested sent by our office to Wilmington, DE has been service of process of Xarelto cases on Bayer Healthcare Pharmaceuticals, Inc. In good faith, service was attempted of the joint complaint regarding Faulk, et al. filed in the Eastern District of Louisiana on September 16, 2015, with the complaint being severed September 24, 2015. I filed short form complaints for Rosie Healey, Olivia Rutledge and Pearlie Taylor on September 25, 2015. I obtained the issued joint complaint

summons on September 29, 2015 for Timothy Faulk, et al. I obtained the issued short form complaint summons for Rosie Healey, Olivia Rutledge, and Pearlie Taylor on October 1, 2015. On October 2, 2015, for Timothy Faulk, et al., I printed the joint complaint, issued joint complaint summons, severance order, and the list of individual case captions. For Rosie Healey, Olivia Rutledge and Pearlie Taylor, I printed the short form complaints, issued short form summons for each, severance order, and the list of individual case captions. I supervised the preparation of the mailings for the documents in each of these cases. Each envelope was addressed to Bayer Healthcare Pharmaceuticals, Inc., SOP Department, 2711 Centerville Rd., Suite 400, Wilmington, Delaware 19808. Keaton Warner, an intern at our law firm, took the envelopes for Faulk, Healey, Rutledge and Taylor to the mailbox in the downstairs lobby of our building on October 2, 2015. When we did not timely receive the return receipt, I tracked the green cards via USPS.com.[1] I found three of four green cards to be at the Wilmington, Delaware 19808 post office, with Olivia Rutledge having been delivered. The post office has not been able to confirm delivery to Bayer Healthcare Pharmaceuticals, Inc., SOP Department, 2711 Centerville Rd., Suite 400, Wilmington, Delaware 19808. On December 3, 2015, for Timothy Faulk, et al., I printed the joint complaint, issued joint complaint summons, severance order, and the list of individual case captions. For Rosie Healey, Olivia Rutledge and Pearlie Taylor, I printed short form complaints, issued short form complaint summons for each, severance order, and the list of individual case captions. I prepared mailings with Certified Mail Return Receipt

---

[1] Exhibit B-1.

Requested attached to each mailer. I prepared and printed a cover letter with corresponding tracking numbers for each mailer. I delivered them to the mailbox in the downstairs lobby of our office building. Return Receipt for each mailer was received December 10, 2015.[2]

*Claire Galloway*

Claire Galloway

State of Georgia

County of __Cobb__

SWORN to and SUBSCRIBED before me, the undersigned authority, on the __11th__ day of __February__, __2016__ year, by __Lindsey H. Pittman__.

[PRINT the first and last names of the person who is signing this affidavit.]

__Lindsey H. Pittman__

Notary Public, State of Georgia



---

[2] Exhibit B-2.