# EXHIBIT A-1



**BRADLEY ARANT
BOULT CUMMINGS** LLP

Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

November 30, 2015

<u>Via Electronic Mail (rabney@lawyerworks.com)</u>

Russell T. Abney
Ferrer, Poirot, Wansbrough, Feller, Daniel, and Abney
2603 Oak Lawn Avenue, Ste. 300
Dallas, Texas 75219-9109

    Re:   Olivia B. Rutledge v. Janssen Research & Development LLC, et al.,
             Civil Action No. 2:15-cv-04770 (E.D. La.)

Dear Mr. Abney:

    This firm, with others, represents Bayer HealthCare Pharmaceuticals Inc. in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer HealthCare Pharmaceuticals Inc. has received the Summons in the above-captioned case by regular mail. This attempt at service is not effective.

    The Federal Rules of Civil Procedure require that a copy of the complaint be served with the summons. In addition, service on Bayer HealthCare Pharmaceuticals Inc. by regular mail does not comply with Rule 4(h) of the Federal Rules of Civil Procedure.

    Further, the informal service process established under Section II.C of Pre-trial Order No. 10 in the MDL ("PTO 10") requires the Complaint and Summons to be served on Bayer HealthCare Pharmaceuticals Inc. by Certified Mail. Because Bayer HealthCare Pharmaceuticals Inc. was served by regular mail and without a copy of the Complaint, this attempt at service was improper.

    PTO 10 requires that plaintiffs make service under PTO 10 within 60 days of docketing of the Complaint in the MDL. Because the initial service attempt in this case was made within the 60 days of filing, Bayer HealthCare Pharmaceuticals Inc. will accept corrected service in this matter without regard to the 60-day period *if the corrected service is post-marked within 10 days of the date of this letter.*

Sincerely,

*Lindy D Brown* (signature)

Lindy D. Brown

One Jackson Place 188 East Capitol Street, Suite 400   Jackson, MS 39201   PHONE: 601.948.8000   FAX: 601.948.3000   BABC.COM