# EXHIBIT A-2

**Russ Abney**

| | |
|---|---|
| From: | Russ Abney |
| Sent: | Monday, November 30, 2015 4:57 PM |
| To: | 'Brown, Lindy' |
| Cc: | Katelyn Richardson |
| Subject: | RE: Xarelto: Rutledge and Taylor |
| Attachments: | 83357f15.pdf |

Lindy – can you send me a scan of the envelope you received? I'm attaching the green card we have for service of this complaint. I am trying to figure out what is causing my confusion.

We are happy to correct the service by sending you the items you report missing. Please confirm that you are not wanting the clerk of the court to reissue the summons.

My best,
russ

**From:** Brown, Lindy [mailto:lbrown@babc.com]
**Sent:** Monday, November 30, 2015 4:40 PM
**To:** Russ Abney <RAbney@lawyerworks.com>
**Subject:** Xarelto: Rutledge and Taylor

Please see attached.

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

**Lindy D. Brown**
Attorney

| | |
|---|---|
| Phone | 601.592.9905 |
| Fax | 601.948.3000 |
| Email | lbrown@babc.com |
| Website | www.babc.com |

**One Jackson Place**
188 E. Capitol Street, Suite 400
Jackson, MS 39201

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Bayer HC Pharm
   SOP Department
   2711 Centerville Rd
   #400
   WILMINGTON DE 19808

   9590 9401 0092 5168 0570 40

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _William Lull_  ☑ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Ferrer Poirot Wansbrough
Feller Daniel Abney
2603 Oak Lawn Avenue, Suite 300
P.O. Box 199109
Dallas, TX 75219-9109

833357F15

USPS TRACKING #



9590 9401 0092 5168 0570 40