# EXHIBIT A-3

**Russ Abney**

**From:** Russ Abney
**Sent:** Wednesday, December 02, 2015 4:33 PM
**To:** 'Brown, Lindy'
**Cc:** Katelyn Richardson; Claire Galloway
**Subject:** RE: Xarelto: Rutledge and Taylor

Katelyn I just spoke with Lindy. There is a little confusion about the green card, but with our new procedures it should not happen again. Lindy agreed that we should reserve Bayer Healthcare with everything (but ok to use a copy of the summons instead of reissuing).

Thanks Lindy,
russ

**From:** Brown, Lindy [mailto:lbrown@babc.com]
**Sent:** Tuesday, December 01, 2015 6:39 PM
**To:** Russ Abney <RAbney@lawyerworks.com>
**Cc:** Katelyn Richardson <KRichardson@lawyerworks.com>
**Subject:** RE: Xarelto: Rutledge and Taylor

Russ – I will get back with you tomorrow about this matter. Thanks, Lindy

# BRADLEY ARANT
# BOULT CUMMINGS LLP

**Lindy D. Brown**
*Attorney*

Phone   601.592.9905
Fax     601.948.3000
Email   lbrown@babc.com
Website www.babc.com

**One Jackson Place**
188 E. Capitol Street, Suite 400
Jackson, MS 39201

**From:** Russ Abney [mailto:RAbney@lawyerworks.com]
**Sent:** Monday, November 30, 2015 3:57 PM
**To:** Brown, Lindy <lbrown@babc.com>
**Cc:** Katelyn Richardson <KRichardson@lawyerworks.com>
**Subject:** RE: Xarelto: Rutledge and Taylor

Lindy – can you send me a scan of the envelope you received? I'm attaching the green card we have for service of this complaint. I am trying to figure out what is causing my confusion.

We are happy to correct the service by sending you the items you report missing. Please confirm that you are not wanting the clerk of the court to reissue the summons.

1

My best,
russ

**From:** Brown, Lindy [mailto:lbrown@babc.com]
**Sent:** Monday, November 30, 2015 4:40 PM
**To:** Russ Abney <RAbney@lawyerworks.com>
**Subject:** Xarelto: Rutledge and Taylor

Please see attached.

**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

**Lindy D. Brown**
Attorney

Phone   601.592.9905
Fax     601.948.3000
Email   lbrown@babc.com
Website www.babc.com

**One Jackson Place**
188 E. Capitol Street, Suite 400
Jackson, MS 39201

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.