# EXHIBIT A-5

**From:** Brown, Lindy [mailto:lbrown@babc.com]
**Sent:** Tuesday, December 29, 2015 3:23 PM
**To:** Russ Abney <RAbney@lawyerworks.com>; Katelyn Richardson <KRichardson@lawyerworks.com>
**Subject:** RE: Xarelto: Faulk, Healey, and Taylor

Thanks, Russ. I just spoke with Katelyn. I do not have any record of any prior attempts of service on Bayer HealthCare Pharmaceuticals Inc. in Faulk, Healey, or Taylor. I do not have any knowledge of the attempted service referred to in your October 29 e-mail to Susan Sharko. I believe Katelyn is planning to get some additional information on that attempted service. Thanks.

**BRADLEY ARANT
BOULT CUMMINGS** LLP

**Lindy D. Brown**
Attorney

**Phone**   601.592.9905
**Fax**     601.948.3000
**Email**   lbrown@babc.com
**Website** www.babc.com

**One Jackson Place**
188 E. Capitol Street, Suite 400
Jackson, MS 39201