# EXHIBIT A-6

**Russ Abney**

**From:** Russ Abney
**Sent:** Tuesday, January 12, 2016 3:32 PM
**To:** Katelyn Richardson; Brown, Lindy
**Subject:** RE: Xarelto: Faulk, Healey, and Taylor

Lindy – sorry if I have missed something. We received a DFS from Bayer but I am still unclear as to whether or not BHCP is still contesting service in these cases.

Thank you for your assistance,
russ

**From:** Katelyn Richardson
**Sent:** Thursday, December 31, 2015 10:35 AM
**To:** Brown, Lindy <lbrown@babc.com>; Russ Abney <RAbney@lawyerworks.com>
**Subject:** RE: Xarelto: Faulk, Healey, and Taylor

Hi Lindy,

This is the tracking information for service on BHCP for Faulk, Healey, and Taylor. It shows that there was attempted delivery to Wilmington, DE 19808. BHCP is the only defendant in Wilmington, DE.

Certified Mail Return Receipt tracking information to BHCP, Inc. for Timothy Faulk:

1



Certified Mail Return Receipt tracking information to BHCP, Inc. for Rosie Healey:



Certified Mail Return Receipt tracking information to BHCP, Inc. for Pearlie Taylor:

3



**Katelyn Richardson**
Ferrer, Poirot & Wansbrough

**From:** Brown, Lindy [mailto:lbrown@babc.com]
**Sent:** Tuesday, December 29, 2015 2:23 PM
**To:** Russ Abney <RAbney@lawyerworks.com>; Katelyn Richardson <KRichardson@lawyerworks.com>
**Subject:** RE: Xarelto: Faulk, Healey, and Taylor

Thanks, Russ. I just spoke with Katelyn. I do not have any record of any prior attempts of service on Bayer HealthCare Pharmaceuticals Inc. in Faulk, Healey, or Taylor. I do not have any knowledge of the attempted service referred to in your October 29 e-mail to Susan Sharko. I believe Katelyn is planning to get some additional information on that attempted service. Thanks.

**BRADLEY ARANT
BOULT CUMMINGS** LLP

**Lindy D. Brown**
*Attorney*

**Phone**   601.592.9905

Fax       601.948.3000
Email     lbrown@babc.com
Website   www.babc.com

**One Jackson Place**
188 E. Capitol Street, Suite 400
Jackson, MS 39201

**From:** Russ Abney [mailto:RAbney@lawyerworks.com]
**Sent:** Tuesday, December 29, 2015 12:41 PM
**To:** Katelyn Richardson <KRichardson@lawyerworks.com>; Brown, Lindy <lbrown@babc.com>
**Subject:** RE: Xarelto: Faulk, Healey, and Taylor

Lindy, I have not seen a response to Katelyn's email. Do we need to file a motion on this or will service be accepted?

Please advise,
russ

**From:** Katelyn Richardson
**Sent:** Wednesday, December 23, 2015 12:27 PM
**To:** Brown, Lindy <lbrown@babc.com>; Russ Abney <RAbney@lawyerworks.com>
**Subject:** RE: Xarelto: Faulk, Healey, and Taylor

Lindy,

When we filed Faulk and Healey, we did not immediately receive back the certified mail green cards for Bayer HealthCare Pharmaceuticals. When our office followed up on this we found out they were at the post office. Russ emailed Susan Sharko and James Irwin about this issue and asked them to please have someone pick up the mail (please see attached pdf "FW Xarelto service."). When we still did not receive the green cards back we resent the summons and complaint to BHCP for each plaintiff. You and Russ previously discussed service issue regarding Taylor and we corrected at the same time we corrected Rutledge (please see attached pdf "RE Xarelto Rutledge and Taylor"). Please let me know if you need additional information and if you will accept service for these three plaintiffs.

Thank you,

**Katelyn Richardson**
Ferrer, Poirot & Wansbrough

**From:** Brown, Lindy [mailto:lbrown@babc.com]
**Sent:** Tuesday, December 22, 2015 5:01 PM
**To:** Russ Abney <RAbney@lawyerworks.com>
**Cc:** Katelyn Richardson <KRichardson@lawyerworks.com>
**Subject:** Xarelto: Faulk, Healey, and Taylor

Please see attached.

**BRADLEY ARANT
BOULT CUMMINGS** LLP

**Lindy D. Brown**
*Attorney*

5

| | |
|---|---|
| Phone | 601.592.9905 |
| Fax | 601.948.3000 |
| Email | lbrown@babc.com |
| Website | www.babc.com |

**One Jackson Place**
188 E. Capitol Street, Suite 400
Jackson, MS 39201

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.