# EXHIBIT A-7



**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

January 14, 2016

<u>Via Electronic Mail</u> (rabney@lawyerworks.com)

Russell T. Abney
Ferrer, Poirot, Wansbrough, Feller, Daniel, and Abney
2603 Oak Lawn Avenue, Ste. 300
Dallas, TX 75219-9109

   Re:  Timothy M. Faulk, et al. v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-04431 (E.D. La.)

      Rosie J. Healey v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-04768 (E.D. La.)

      Pearlie M. Taylor v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-04772 (E.D. La.)

Dear Mr. Abney:

  I write in response to the e-mails from you and your colleague, Katelyn Richardson, regarding the attempted service on Bayer HealthCare Pharmaceuticals Inc. in the above-captioned actions. Thank you for contacting me so that we could discuss these matters further.

  As stated in my December 22, 2015, letter, Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, and on Bayer HealthCare Pharmaceuticals Inc. ("BHCP") by Certified Mail under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG or BHCP shall have 60 days to serve the Complaint with a Summons. For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order. Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL."

  Because Plaintiffs attempted service on Bayer HealthCare Pharmaceuticals Inc. by Certified Mail through the streamlined service process more than 60 days after the Complaint was docketed in the MDL, service in each case is improper.

                Sincerely,

                *Lindy D. Brown*

                Lindy D. Brown

LDB/cfo