# EXHIBIT B-1

Certified Mail Return Receipt tracking information to BHCP for Olivia Rutledge:



Certified Mail Return Receipt tracking information to BHCP for Timothy Faulk:



Certified Mail Return Receipt tracking information to BHCP for Rosie Healey:



Certified Mail Return Receipt tracking information to BHCP for Pearlie Taylor:

