# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL 2592 |
| JERRY CONROW ON BEHALF OF CAROLE CONROW<br>    Plaintiff, | ) ) ) ) ) ) ) | SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.<br>    Defendants | ) ) ) ) ) | **LEAD DOCKET NO.**<br>**2:16-CV-00041-EEF-MBN** |

## PLAINTIFF JERRY CONROW'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER HEALTHCARE, LLC

TAKE NOTICE that Plaintiff Jerry Cornrow, by and through his attorney, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this Action solely against Bayer Healthcare, LLC without prejudice.  Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i), no Court order is required or requested.  The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare, LLC is not intended to have any effect on any of the other bundled Plaintiffs filed in this action.

Dated: February 12, 2016            Respectfully submitted,

**HUBER, SLACK, THOMAS & MARCELLE**

_s/ Charles M. Thomas_
**CHARLES M. THOMAS, BAR NO. 31989**
1100 Poydras Street, Suite 1405

New Orleans, LA 70163
Charlie@huberslack.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: January 27, 2016                     Respectfully submitted,

**HUBER, SLACK, THOMAS & MARCELLE**

_s/ Charles M. Thomas_
**CHARLES M. THOMAS, BAR NO. 31989**
1100 Poydras Street, Suite 1405
New Orleans, LA 70163
Charlie@huberslack.com
ATTORNEY FOR PLAINTIFF