UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  XARELTO (RIVAROXABAN)  *        14-MD-2592
PRODUCTS LIABILITY LITIGATION *
                              *        Section L
                              *
Relates to:  All Cases        *        January 22, 2016
                              *
                              *
* * * * * * * * * * * * * * * *


STATUS CONFERENCE BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


<u>Appearances</u>:


For the Plaintiffs:         Gainsburgh Benjamin David Meunier
                              & Warshauer, LLC
                            BY:  GERALD E. MEUNIER, ESQ.
                            1100 Poydras Street, Suite 2800
                            New Orleans, Louisiana 70163


For the Defendants:         Irwin Fritchie Urquhart
                              & Moore, LLC
                            BY:  JAMES B. IRWIN, ESQ.
                            400 Poydras Street, Suite 2700
                            New Orleans, Louisiana 70130


Official Court Reporter:    Toni Doyle Tusa, CCR, FCRR
                            500 Poydras Street, Room B-275
                            New Orleans, Louisiana 70130
                            (504) 589-7778



Proceedings recorded by mechanical stenography using
computer-aided transcription software.

### INDEX

|                                              | Page |
| -------------------------------------------- | ---- |
| Pretrial Orders                              | 3    |
| Case Management Orders 2, 3, and 4           | 4    |
| Bellwether Selections                        | 4    |
| Counsel Contact Information Form              | 5    |
| Plaintiff and Defendant Fact Sheets          | 5    |
| Bundling of Pleadings                        | 8    |
| Preservation Order                           | 10   |
| Parties' Interactions with Physicians        | 10   |
| Discovery                                    | 10   |
| Deposition Guidelines                        | 11   |
| Discovery Issued to Third Parties            | 13   |
| State/Federal Coordination                   | 13   |

1  <u>**PROCEEDINGS**</u>

2  **(January 22, 2016)**

3  **THE COURT:**  Be seated, please.  Good morning, ladies

4  and gentlemen.

5  Call the case, please.

6  **THE DEPUTY CLERK:**  MDL No. 2592, *In Re:  Xarelto*

7  *Products Liability Litigation.*

8  **THE COURT:**  Counsel make their appearances for the

9  record, please.

10  **MR. MEUNIER:**  Jerry Meunier, co-liaison counsel for

11  plaintiffs.

12  **MR. IRWIN:**  Good morning, Your Honor.  Jim Irwin for

13  Janssen and Bayer.

14  **THE COURT:**  We are here today for our monthly status

15  conference.  We have a couple hundred people on the phone, so

16  please use the microphone.

17  I met a moment ago with the lead liaison counsel

18  to discuss the agenda.  I will take it in the order presented.

19  **MR. MEUNIER:**  May it please the Court.  Your Honor,

20  Jerry Meunier for plaintiffs.

21  On pretrial orders, there has been one order

22  entered since the last status conference and that is PTO 14B,

23  which provides a consent letter for the release of IMS data

24  with defendant fact sheets.  We simply want to remind all

25  plaintiffs' counsel of the need for them to sign those consent

1   letters in order to make it possible to proceed with the

2   release of the IMS prescription data.

3           **THE COURT:**  As you all know and those on the phone

4   know, I put all of these orders on my website.  So if you are

5   interested in looking at any of them, you can just go to the

6   website and pull one down.

7           **MR. MEUNIER:**  Your Honor, Sections 2 and 3 of the

8   joint report deal with CMOs 2, 3, and 4 and with the selection

9   of bellwether candidates for the discovery pool.

10          We are pleased to report that the MDL Centrality

11  system that you put in place for this litigation has proved to

12  be a very useful tool in this process and that using the data

13  and pursuant to the provisions of the CMOs, we now have a

14  discovery pool of 40 cases selected.  The parties will now

15  proceed with merits discovery specific to those cases.

16          The PSC has reached out and made contact with

17  plaintiffs' counsel for the 40 selected cases to educate them

18  about the implications of the selection, educate them about the

19  process set up by the Court, and to most importantly secure

20  their cooperation going forward as the PSC works with them on

21  those cases.

22          **THE COURT:**  What we are trying to do, obviously, is

23  select cases that can be tried that are bellwether cases that

24  give the lawyers and the litigants an opportunity to see what

25  juries do and how lawyers handle the various cases.

09:10

1    The problem in the past with selecting
2    bellwether cases is that we didn't drill down on the numbers of
3    cases in order to decide what's a good bellwether case.  It was
4    a little bit random.  So what we are trying to do now is to
5    pick 40 cases.  Hopefully these 40 cases mimic the census of
6    the entire litigation, and we will hear in a moment from Jake
7    Woody on the numbers.
8    It looks like we have cases from every state in
9    the union now, 4,000 or 5,000 cases.  We are not going to be
10   able to discover 4,000 or 5,000 cases.  So what we are trying
11   to do is select a representative number of those cases, 40
12   cases, and then the parties can drill down on those 40 cases,
13   find out more about those 40 cases, and then make an
14   intelligent selection of a bellwether that represents
15   litigation and things of that sort.  That's the aspect of the
16   case we are in now.
17   **MR. MEUNIER:**  Section 4 of the joint report, Judge,
18   addresses counsel contact information forms.  That system seems
19   to be working pursuant to your PTO 4A, and we appreciate
20   counsel keeping co-liaison for plaintiffs updated on their
21   contact information.
22   Sections 5 and 6 of the joint report deal with
23   plaintiff and defendant fact sheets.  Before we hear from Jake
24   Woody on his data report with respect to those fact sheets, let
25   me just mention the process that we have put in place, with the

09:12

1   cooperation of opposing counsel, regarding late and allegedly

2   deficient plaintiff fact sheets.

3            The system basically allows the PSC to be

4   notified of the cases as to which the defendants believe there

5   is lateness or deficiency.  We are then given an opportunity to

6   reach out to the plaintiff attorneys in those cases and try to

7   work out or cure whatever problems we can cure with regard to

8   the issues raised.

9            In the event that we are not successful, the

10  names are then placed by the defendant group on a motion and

11  order to show cause for the dismissal of those cases.

12  Realizing how serious that is for the plaintiffs, we obviously

13  rely upon appropriate due process notice safeguards to be in

14  place before Your Honor hears any motion for the dismissal with

15  prejudice.

16           **THE COURT:**  I again reinforce the fact that it's

17  important that the plaintiffs fill in the fact sheets, just as

18  it's important that the defendants fill in the fact sheets.  In

19  cases of this sort, we try to do it as quickly as possible, so

20  we don't use interrogatories.  We use fact sheets in place of

21  interrogatories so that the parties have an opportunity to

22  decide what information they need and then prepare a fact sheet

23  to obtain that information.  If the parties can't agree, then I

24  weigh in on it.  The fact sheets for the plaintiff, fact sheets

25  for the defendant are sent out, and I expect them to come back.

09:13

1    If the plaintiffs don't fill in the fact sheets, then their
2    case is liable to be dismissed.  So it's a significant thing.
3             With regard to the fact sheets, Jake, why don't
4    you come in at this point and give us some statistics, how many
5    you have, and that sort of thing.
6         **MR. WOODY:**  Certainly, Your Honor.  It's Jake Woody
7    from BrownGreer in Richmond, Virginia.  I do have just a brief
8    report on MDL Centrality and the fact sheet process.
9             We have 310 firms registered with MDL Centrality
10   at this point and over 1,000 individual users in the system.
11   To date we have received 3,468 plaintiff fact sheets, and
12   according to the Court's records there are 4,163 separate
13   cases.  So we do expect to continue to receive fact sheets into
14   the future.
15            Along with those fact sheets, we have received
16   over 53,000 separate documents:  medical records, HIPAA
17   authorizations, things of that nature.  We are receiving about
18   500 fact sheets a month.  That's our average.  It's been the
19   average over the last six months.
20            The defendants themselves have uploaded 2,733
21   defendant fact sheets and have issued 2,405 deficiency notices
22   that will form, I think, the backbone of what Jerry was talking
23   about a few minutes ago.
24            We worked with the parties to comply with CMO 4
25   to select the bellwether cases.  That process went very

smoothly.  We are happy to report that it was, I think, a good improvement on the bellwether system in MDLs.

We do receive on a regular basis inquiries from new firms and new people as to how to use the system and how to register.  If anyone on the phone or in the courthouse has any questions about MDL Centrality or needs help, the best way to get ahold of us is to e-mail us at MDLCentrality@BrownGreer.com.  We do have people who monitor that inbox and can respond to any questions that come in very quickly.

So that's my brief monthly report, Your Honor. If there are any questions, I'm happy to answer.

THE COURT:  Thank you very much.

Let's move to the next one.

MR. MEUNIER:  Your Honor, the next section of the report, Section 7, deals with bundled complaints and responsive pleadings.

Your Honor has authorized the use of an exemplar joint complaint and then short form complaints for specific information on claims.  An issue did arise with respect to the proper citizenship of one of the Bayer entities.  The PSC, therefore, has made a correction to reflect that change by providing an updated template for a joint complaint to be posted on the Court's website.

Otherwise, what I would mention in this section,

09:16

1  Your Honor, is that there are subject matter jurisdictional
2  questions that we know exist with respect to certain federally
3  filed cases as to which there may not be complete diversity of
4  citizenship.  Knowing that, the PSC is simply concerned that we
5  bring to the surface sooner rather than later those
6  jurisdictional issues and challenges so that both sides don't
7  invest a lot of time and resources and money in pursuing cases
8  that are always going to be subject to dismissal on a lack of
9  diversity basis.  So I think we are going to be in discussion
10 with opposing counsel about the proper way to expedite the
11 raising of the jurisdictional issues as to cases which are now
12 pending as to which case that there is a diversity question.
13          THE COURT:  Okay.  Also, with the exemplar pleadings,
14 I remind the lawyers who represent these individuals you have
15 to analyze your particular case.  If you use an exemplar
16 pleading, be conscious of the fact that it is an exemplar
17 pleading.  Some of it may not fit your particular case.
18          The fact that it's an exemplar pleading doesn't
19 get you over the jurisdictional problem or hurdle.  You have to
20 analyze your case as to whether or not this exemplar pleading
21 fits your case.  If it doesn't, then don't use it.  If it does,
22 you're welcome to at least look at it and think about using it.
23 It's your responsibility to make that initial decision.
24          MR. MEUNIER:  Thank you, Judge.
25          With respect to Section 8, preservation order, I

09:18

1    just wanted to simply call to the attention of plaintiffs'

2    counsel the provisions of PTO 15B, just as I'm sure the

3    defendants have reminded the appropriate people on their side.

4    There is an alternative set forth in that with respect to

5    voicemails, IM or instant messaging, and text imaging, which is

6    that you either refrain from any further use of those means to

7    discuss the issues in this case or, if you don't refrain, that

8    you must preserve under the provisions of 15B.

9            The next section, Your Honor, deals with the

10   pending motion by the defendants regarding contact with

11   physicians on the part of plaintiffs' counsel.  This matter has

12   been the subject of some briefing discussions, and the parties

13   have agreed to some briefing deadlines which are set forth in

14   the joint report.

15           We will submit a formal order for the Court to

16   enter, with the Court's agreement, to solidify those dates, but

17   plaintiffs' response to the pending motion is now due

18   February 1 and defendants' reply will be February 10.  The

19   matter will be orally argued before Your Honor following the

20   status conference on February 23.

21           As to discovery which is covered in Section 10,

22   Judge, you continue to have with us biweekly discovery

23   conferences.  We find the scheduling as well as the conduct of

24   those conferences to be extremely helpful, keeping us focused

25   on matters that we can try to work out without your help or, if

1   necessary, bring to your attention.

2          **THE COURT:**  What we have tried to do is that every

3   two weeks I meet with the parties telephonically, and we

4   discuss any discovery issues at that point and make a decision

5   at that time so that we can move on.  Oftentimes with these

6   cases, if you take discovery issues under advisement,

7   everything stops.  The train just stops.

8          I want to meet with them every two weeks.

9   Sometimes we won't have much to discuss.  Sometimes knowing

10   that we have something to discuss precipitates some discussion

11   between and among the parties, but I think it moves it faster

12   this way.  I have given them another series of dates that I

13   will be meeting with them.

14          **MR. MEUNIER:**  Your Honor, this section of the report

15   on discovery also references privilege logs.  The parties

16   continue to have meet-and-confer discussions about that issue

17   and are hopeful of resolving any and all differences on

18   privilege logs.

19          We also mention in this section the noticing of

20   defendant employee depositions.  The first of those is to take

21   place in New Jersey on February 10.  I'm pleased to report that

22   there were some differences between the parties that were

23   worked out with respect to the logistics and the dates and

24   locations of those depositions.  We appreciate counsel's

25   efforts in resolving those issues without need for the Court to

1    become involved.

2         **THE COURT:**  As I understand it, the plaintiffs have

3    agreed not to subpoena the individual employees at their home

4    but to tell the defendant counsel so that they can make

5    arrangements to have the people there.

6         **MR. MEUNIER:**  Correct, Your Honor.  Yes.  We only

7    regarded that to be a necessity when we did not have agreement,

8    but we now have agreement.

9              Finally, Judge, in the discovery section we

10   reference the third request for production of documents that

11   the PSC has propounded to the defendants.  Following the

12   defendants' response, we felt it necessary to file a motion to

13   compel.  That motion is now filed and set for oral argument by

14   telephone with Your Honor on February 3 at 3:30 p.m.  We do not

15   yet have the defendants' opposition brief, but under the local

16   rules I think there's agreement that the defendants' memo in

17   opposition will be filed no later than January 26, which is

18   next Tuesday, I believe.

19              The next section of the report, Section 11,

20   deals with deposition protocol and guidelines.  The parties

21   have, I think, worked diligently to resolve a number of issues

22   concerning the deposition protocol in this case.  Of course, as

23   I mentioned, we have the first deposition taking place

24   February 10, so we know there's a time urgency in resolving

25   these problems.

09:23

1    We have been able to resolve a number of

2 problems, but some remain unresolved.  As we told the Court in

3 chambers this morning, our hope is to continue to work on

4 resolving a lot of those issues.  We know today, though, that

5 there are certain issues which will require oral argument

6 before the Court today.  So following the conference, on those

7 issues as to which we do not expect to be able to make an

8 agreement, Your Honor will hear oral argument from both sides.

9    As to the remaining issues, where we think there

10 is still the chance of working matters out, we will continue to

11 work with opposing counsel.  We would ask the Court to allow us

12 on the February 3 telephone hearing on the motion to compel, to

13 add some additional time after that for oral argument on

14 whatever we can't work out with respect to the deposition

15 protocol.

16    Your Honor, third-party discovery is essentially

17 continuing as a process with respect to both the FDA and the

18 Duke Clinical Research Institute.  With respect to Duke, as

19 Mr. Davis reported to you earlier in chambers, the effort has

20 been to streamline the production of documents.  We have

21 discussed search term narrowing for that purpose, and we are

22 hopeful that Duke will continue to work with us and we will

23 have a complete return on what we need from that source.

24    The next section is state/federal coordination,

25 and Ms. Barrios is here to report on that.

09:24

1          **MS. BARRIOS:**  Thank you, Mr. Meunier.

2                    Good morning, Your Honor.  Dawn Barrios for the

3     federal/state committee.

4                    Based upon the information that the defendants

5     kindly send to me every month, I have prepared a state court

6     status chart I have provided to the parties and to your law

7     clerk.

8                    Just as the numbers of the cases continue to

9     mount in the MDL, we have substantial changes in the state

10    courts.  If Your Honor would look at the last page, we have a

11    total.

12                   There are 572 cases filed outside of the MDL,

13    but 527 of them are filed in Pennsylvania.  Since the last

14    status conference, there have been 37 additional cases filed

15    around the country.  In those 37 cases, there are 41 actual

16    Xarelto users.  I would like to count those users as the

17    plaintiffs instead of the number of cases.

18                   Your Honor, both co-lead counsel from

19    Pennsylvania are here in case you have a question, Mr. Gallucci

20    and Mr. Weinkowitz.  They report to me that everything is going

21    smoothly and there's no trial date set.  If you have any

22    questions, they are happy to answer them.

23          **THE COURT:**  No.  I just want to express my

24    appreciation for them coming.

25                   I think it's very helpful for you all.  If you

09:26

1  need anything from the MDL, I will make sure you get it.  So

2  keep in touch and participate in it.  Whatever suggestions or

3  information you have, I'm very responsive to it so that we can

4  coordinate this matter.  I think it's for everybody's benefit,

5  and particularly the benefit of the claimants and to the

6  defendants also.

7          MS. BARRIOS:  Your Honor, I forgot to report one

8  thing.  There have been no new judges added since the last

9  couple of conferences, so you don't have to worry about sending

10  out your letter.

11          THE COURT:  Okay.  Fine.  Anything else?

12          MR. MEUNIER:  Your Honor, I think what remains is to

13  set the March status conference.  February 23 is the next

14  status conference.

15          THE COURT:  February 23 is the next one.  The

16  following one is March 16 at 2:00 p.m.

17          Why don't we go into the discovery motions at

18  this point.  Jim, do you have anything?

19          MR. IRWIN:  Your Honor, I've been asked to address

20  the personnel file issue.  I don't know if you want to hear

21  from us first.  I'm glad to go first because we are the ones

22  saying no.

23          MR. MEUNIER:  Your Honor, we do need just a few

24  minutes to set up.

25          THE COURT:  Okay.  Let's take a five-minute break,

09:27   1   then, and come back.  Court will stand in recess.

2                   THE DEPUTY CLERK:  All rise.

3                   (Proceedings adjourned.)

4                             * * *

5                           **CERTIFICATE**

6           I, Toni Doyle Tusa, CCR, FCRR, Official Court

7    Reporter for the United States District Court, Eastern District

8    of Louisiana, certify that the foregoing is a true and correct

9    transcript, to the best of my ability and understanding, from

10   the record of proceedings in the above-entitled matter.

11

12

13                               _s/ Toni Doyle Tusa_
                                 Toni Doyle Tusa, CCR, FCRR
14                               Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25

## 1

1,000 [1]  7/10
10 [4]  10/18 10/21 11/21 12/24
11 [1]  12/19
1100 [1]  1/15
13 [2]  2/13 2/14
14-MD-2592 [1]  1/4
14B [1]  3/22
15B [2]  10/2 10/8
16 [1]  15/16

## 2

2,405 [1]  7/21
2,733 [1]  7/20
2016 [2]  1/6 3/2
22 [2]  1/6 3/2
23 [3]  10/20 15/13 15/15
2592 [2]  1/4 3/6
26 [1]  12/17
2700 [1]  1/18
275 [1]  1/20
2800 [1]  1/15
2:00 p.m [1]  15/16

## 3

3,468 [1]  7/11
310 [1]  7/9
37 [2]  14/14 14/15
3:30 p.m [1]  12/14

## 4

4,000 [2]  5/9 5/10
4,163 [1]  7/12
40 [7]  4/14 4/17 5/5 5/5 5/11 5/12 5/13
400 [1]  1/18
41 [1]  14/3
4A [1]  5/19

## 5

5,000 [2]  5/9 5/10
500 [2]  1/20 7/18
504 [1]  1/21
527 [1]  14/13
53,000 [1]  7/16
572 [1]  14/12
589-7778 [1]  1/21

## 7

70130 [2]  1/19 1/21
70163 [1]  1/16
7778 [1]  1/21

## A

ability [1]  16/9
able [3]  5/10 13/1 13/7
about [10]  4/18 4/18 5/13 7/17 7/23 8/6
 9/10 9/22 11/16 15/9
above [1]  16/10
above-entitled [1]  16/10
according [1]  7/12
actual [1]  14/15
add [1]  13/13
added [1]  15/8
additional [2]  13/13 14/14
address [1]  15/19
addresses [1]  5/18
adjourned [1]  16/3
advisement [1]  11/6
after [1]  13/13
again [1]  6/16
agenda [1]  3/18
ago [2]  3/17 7/23

agree [1]  6/23
agreed [1]  9/17
agreement [5]  10/16 12/7 12/8 12/16
 13/8
ahold [1]  8/7
aided [1]  1/25
all [7]  1/6 3/24 4/3 4/4 11/17 14/25 16/2
allegedly [1]  6/1
allow [1]  13/11
allows [1]  6/3
Along [1]  7/15
also [4]  9/13 11/15 11/19 15/6
alternative [1]  10/4
always [1]  9/8
among [1]  11/11
analyze [2]  9/15 9/20
another [1]  11/12
answer [2]  8/12 14/22
any [9]  4/25 6/14 8/5 8/9 8/12 10/6 11/4
 11/17 14/21
anyone [1]  8/5
anything [3]  15/1 15/11 15/18
appearances [2]  1/12 3/8
appreciate [2]  5/19 11/24
appreciation [1]  14/24
appropriate [2]  6/13 10/3
are [31]
argued [1]  10/19
argument [4]  12/13 13/5 13/8 13/13
arise [1]  8/20
around [1]  14/15
arrangements [1]  12/5
as [24]
ask [1]  13/11
asked [1]  15/19
aspect [1]  5/15
at [13]  4/5 7/4 7/18 8/7 9/22 9/22 11/4
 11/5 12/3 12/14 14/10 15/16 15/17
attention [2]  10/1 11/1
attorneys [1]  6/6
authorizations [1]  7/17
authorized [1]  8/18
average [2]  7/18 7/19

## B

B-275 [1]  1/20
back [2]  6/25 16/1
backbone [1]  7/22
Barrios [2]  13/25 14/2
Based [1]  14/4
basically [1]  6/3
basis [2]  8/3 9/9
Bayer [2]  3/13 8/21
be [20]
because [1]  14/1
become [1]  12/1
been [8]  3/21 7/18 10/12 13/1 13/20
 14/14 15/8 15/19
before [5]  1/9 5/23 6/14 10/19 13/6
believe [2]  6/4 12/18
bellwether [7]  4/9 4/23 5/2 5/3 5/14 7/25
 8/2
benefit [2]  15/4 15/5
Benjamin [1]  1/14
best [2]  8/6 16/9
between [2]  11/11 11/22
bit [1]  5/4
biweekly [1]  10/22
both [4]  9/6 13/8 13/17 14/18
break [1]  15/25
brief [3]  7/7 8/11 12/15
briefing [2]  10/12 10/13
bring [2]  9/5 11/1

BrownGreer [1]  7/7
BrownGreer [1]  8/8
bundled [1]  8/16
but [7]  10/16 11/11 12/4 12/8 12/15 13/2
 14/13

## C

call [2]  3/5 10/1
can [9]  4/5 4/23 5/12 6/7 8/9 10/25 11/5
 12/4 15/3
can't [2]  6/23 13/14
candidates [1]  4/9
case [12]  3/5 5/3 5/16 7/2 9/12 9/15
 9/17 9/20 9/21 10/7 12/22 14/19
cases [34]
cause [1]  6/11
CCR [3]  1/20 16/6 16/13
census [1]  5/5
Centrality [4]  4/10 7/8 7/9 8/6
certain [2]  9/2 13/5
Certainly [1]  7/6
CERTIFICATE [1]  16/5
certify [1]  16/8
challenges [1]  9/6
chambers [2]  13/3 13/19
chance [1]  13/10
change [1]  8/22
changes [1]  14/9
chart [1]  14/6
citizenship [2]  8/21 9/4
claimants [1]  15/5
claims [1]  8/20
clerk [1]  14/7
Clinical [1]  13/18
CMO [1]  7/24
CMO 4 [1]  7/24
CMOs [2]  4/8 4/13
co [3]  3/10 5/20 14/18
co-lead [1]  14/18
co-liaison [2]  3/10 5/20
come [4]  6/25 7/4 8/9 16/1
coming [1]  14/24
committee [1]  14/3
compel [2]  12/13 13/12
complaint [2]  8/19 8/23
complaints [2]  8/16 8/19
complete [2]  9/3 13/23
comply [1]  7/24
computer [1]  1/25
computer-aided [1]  1/25
concerned [1]  9/4
concerning [1]  12/22
conduct [1]  10/23
confer [1]  11/16
conference [8]  1/9 3/15 3/22 10/20 13/6
 14/14 15/13 15/14
conferences [3]  10/23 10/24 15/9
conscious [1]  9/16
consent [2]  3/23 3/25
contact [4]  4/16 5/18 5/21 10/10
continue [4]  7/13 10/22 11/16 13/3
 13/10 13/22 14/8
continuing [1]  13/17
cooperation [2]  4/20 6/1
coordinate [1]  15/4
coordination [2]  2/14 13/24
correct [2]  12/6 16/8
correction [1]  8/22
counsel [14]  3/8 3/10 3/17 3/25 4/17
 5/18 5/20 6/1 9/10 10/2 10/11 12/4
 13/11 14/18
counsel's [1]  11/24
count [1]  14/16

## C

country [1]  14/15
couple [2]  3/15 15/9
course [1]  12/22
court [14]  1/1 1/20 3/19 4/19 10/15
11/25 13/2 13/6 13/11 14/5 16/1 16/6
16/7 16/14
Court's [3]  7/12 8/24 10/16
courthouse [1]  8/5
courts [1]  14/10
covered [1]  10/21
cure [2]  6/7 6/7

## D

data [4]  3/23 4/2 4/12 5/24
date [2]  7/11 14/21
dates [3]  10/16 11/12 11/23
David [1]  1/14
Davis [1]  13/19
Dawn [1]  14/2
deadlines [1]  10/13
deal [2]  4/8 5/22
deals [3]  8/16 10/9 12/20
decide [2]  5/3 6/22
decision [2]  9/23 11/4
defendant [7]  3/24 5/23 6/10 6/25 7/21
11/20 12/4
defendants [9]  1/17 6/4 6/18 7/20 10/3
10/10 12/11 14/4 15/6
defendants' [4]  10/18 12/12 12/15 12/16
deficiency [2]  6/5 7/21
deficient [1]  6/2
deposition [4]  12/20 12/22 12/23 13/14
depositions [2]  11/20 11/24
did [2]  8/20 12/7
didn't [1]  5/2
differences [2]  11/17 11/22
diligently [1]  12/21
discover [1]  5/10
discovery [12]  2/13 4/9 4/14 4/15 10/21
10/22 11/4 11/6 11/15 12/9 13/16 15/17
discussed [1]  13/21
discussion [2]  9/9 11/10
discussions [2]  10/12 11/16
dismissal [3]  6/11 6/14 9/8
dismissed [1]  7/2
DISTRICT [5]  1/1 1/2 1/10 16/7 16/7
diversity [3]  9/3 9/9 9/12
do [14]  4/22 4/25 5/4 5/11 6/19 7/7 7/13
8/3 8/8 11/2 12/14 13/7 15/18 15/23
documents [3]  7/16 12/10 13/20
does [1]  9/21
doesn't [2]  9/18 9/21
don't [9]  6/20 7/1 7/3 9/6 9/21 10/7 15/9
15/17 15/20
down [3]  4/6 5/2 5/12
Doyle [4]  1/20 16/6 16/13 16/13
drill [2]  5/2 5/12
due [2]  6/13 10/17
Duke [3]  13/18 13/18 13/22

## E

e-mail [1]  8/7
earlier [1]  13/19
EASTERN [2]  1/2 16/7
educate [2]  4/17 4/18
effort [1]  13/19
efforts [1]  11/25
either [1]  10/6
ELDON [1]  1/10
else [1]  15/11

employee [1]  11/20
employees [2]  11/19 11/23
enter [1]  10/16
entered [1]  3/22
entire [1]  5/6
entities [1]  8/21
entitled [1]  16/10
ESQ [2]  1/15 1/18
essentially [1]  13/16
event [1]  6/9
every [4]  5/8 11/2 11/8 14/5
everybody's [1]  15/4
everything [1]  11/7 14/20
exemplar [6]  8/18 9/13 9/15 9/16 9/18
9/20
exist [1]  9/2
expect [5]  6/25 7/13 13/7
expedite [1]  9/10
express [1]  14/23
extremely [1]  10/24

## F

fact [21]
fact sheet [2]  6/22 7/8
fact sheets [11]  3/24 5/24 6/18 6/20 6/24
7/1 7/3 7/13 7/15 7/18 7/21
FALLON [1]  1/10
faster [1]  12/11
FCRR [3]  1/20 16/6 16/13
FDA [1]  13/17
February [9]  10/18 10/18 10/20 11/21
12/14 12/24 13/12 15/13 15/15
February 1 [1]  10/18
February 10 [3]  10/18 11/21 12/24
February 23 [2]  11/20 15/13
February 3 [2]  12/14 13/12
federal [3]  12/4 13/24 14/3
federal/state [1]  14/3
federally [1]  9/2
felt [1]  12/12
few [2]  7/23 15/23
file [2]  12/12 15/20
filed [6]  9/3 12/13 12/17 14/12 14/13
14/14
fill [3]  6/17 6/18 7/1
Finally [1]  12/9
find [2]  5/13 10/23
Fine [1]  15/11
firms [2]  7/9 8/4
first [4]  11/20 12/23 15/21 15/21
fit [1]  9/17
fits [1]  9/21
five [1]  15/25
five-minute [1]  15/25
focused [1]  10/24
following [4]  10/19 12/11 13/6 15/16
foregoing [1]  16/8
forgot [1]  15/7
form [2]  7/22 8/19
formal [1]  10/15
forms [1]  5/18
forth [2]  10/4 10/19
forward [1]  4/20
Fritchie [1]  1/17
further [1]  10/6
future [1]  7/14

## G

Gainsburgh [1]  1/14
Gallucci [1]  14/19
gentlemen [1]  3/4
GERALD [1]  1/15
get [3]  8/7 9/19 15/1

give [2]  4/24 7/4
given [2]  8/11 9/23
glad [1]  15/21
go [3]  4/5 15/17 15/21
going [5]  4/20 5/9 9/8 9/9 14/20
good [5]  3/3 3/12 5/3 8/1 14/2
group [1]  6/10
guidelines [1]  12/20

## H

handle [1]  4/25
happy [3]  8/1 8/12 14/22
has [9]  3/21 4/11 4/16 8/5 8/18 8/22
10/11 12/11 13/19
have [44]
hear [4]  5/6 5/23 13/8 15/20
hearing [1]  13/12
hears [1]  6/14
help [2]  8/6 10/25
helpful [2]  10/24 14/25
here [3]  3/14 13/25 14/19
HIPAA [1]  7/16
his [1]  5/24
home [1]  12/3
Honor [23]
HONORABLE [1]  1/10
hope [1]  13/3
hopeful [2]  11/17 13/22
Hopefully [1]  5/5
how [5]  4/25 6/12 7/4 8/4 8/4
hundred [1]  3/15
hurdle [1]  9/19

## I

I'm [5]  8/12 10/2 11/21 15/3 15/21
I've [1]  15/19
if [15]  4/4 6/23 7/1 8/5 8/12 9/15 9/21
9/21 10/7 10/25 11/6 14/10 14/21 14/25
15/20
IM [1]  10/5
imaging [1]  10/5
implications [1]  4/18
important [2]  6/17 6/18
importantly [1]  4/19
improvement [1]  8/2
IMS [2]  3/23 4/2
in [53]
inbox [1]  8/9
INDEX [1]  2/1
individual [2]  7/10 12/3
individuals [1]  9/14
information [7]  5/18 5/21 6/22 6/23 8/20
14/4 15/3
initial [1]  9/23
inquiries [1]  8/3
instant [1]  10/5
instead [1]  14/17
Institute [1]  13/18
intelligent [1]  5/14
interested [1]  4/5
interrogatories [2]  6/20 6/21
into [2]  7/13 15/17
invest [1]  9/7
involved [1]  12/1
Irwin [3]  1/17 1/18 3/12
is [32]
issue [3]  8/20 11/16 15/20
issued [2]  2/13 7/21
issues [12]  6/8 9/6 9/11 10/7 11/4 11/6
11/25 12/21 13/4 13/5 13/7 13/9
it [22]
it's [9]  6/16 6/18 7/2 7/6 7/18 9/18 9/23
14/25 15/4

## J

Jake [4]  5/6 5/23 7/3 7/6
JAMES [1]  1/18
Janssen [1]  3/13
January [3]  1/6 3/2 12/17
January 26 [1]  12/17
Jerry [3]  3/10 3/20 7/22
Jersey [1]  11/21
Jim [2]  3/12 15/18
joint [6]  4/8 5/17 5/22 8/19 8/23 10/14
JUDGE [5]  1/10 5/17 9/24 10/22 12/9
judges [1]  15/8
juries [1]  4/25
jurisdictional [4]  9/1 9/6 9/11 9/19
just [10]  4/5 5/25 6/17 7/7 10/1 10/2
11/7 14/8 14/23 15/23

## K

keep [1]  15/2
keeping [2]  5/20 10/24
kindly [1]  14/5
know [6]  4/3 4/4 9/2 12/24 13/4 15/20
knowing [2]  9/4 11/9

## L

lack [1]  9/8
ladies [1]  3/3
last [5]  3/22 7/19 14/10 14/13 15/8
late [1]  4/19
lateness [1]  6/5
later [2]  9/5 12/17
law [1]  14/6
lawyers [3]  4/24 4/25 9/14
lead [2]  3/17 14/18
least [1]  9/22
let [1]  5/24
Let's [2]  8/14 15/25
letter [2]  3/23 15/10
letters [1]  4/1
LIABILITY [2]  1/4 3/7
liable [1]  7/2
liaison [3]  3/10 3/17 5/20
like [2]  5/8 14/16
litigants [1]  4/24
litigation [5]  1/4 3/7 4/11 5/6 5/15
little [1]  5/4
LLC [2]  1/14 1/17
local [1]  12/15
locations [1]  11/24
logistics [1]  11/23
logs [2]  11/15 11/18
look [2]  9/22 14/10
looking [1]  4/5
looks [1]  5/8
lot [2]  9/7 13/4
LOUISIANA [5]  1/2 1/16 1/19 1/21 16/8

## M

made [2]  4/16 8/22
mail [1]  8/7
make [8]  3/8 4/1 5/13 9/23 11/4 12/4
13/7 15/1
many [1]  7/4
March [2]  15/13 15/16
March 16 [1]  15/16
matter [5]  9/1 10/11 10/19 15/4 16/10
matters [2]  10/3 13/10
may [3]  3/19 9/3 9/17
MD [1]  1/4
MDL [8]  3/6 4/10 7/8 7/9 8/6 14/9 14/12
15/1
MDL Centrality [1]  7/8

MDLCentrality [1]  8/8
MDLs [2]  9/2
me [3]  5/25 14/5 14/20
means [1]  10/6
mechanical [1]  1/24
medical [1]  7/16
meet [3]  11/3 11/8 11/16
meet-and-confer [1]  11/16
meeting [1]  11/13
memo [1]  8/7
mention [3]  5/25 8/25 11/19
mentioned [1]  12/23
merits [1]  4/15
messaging [1]  10/5
met [1]  3/17
Meunier [5]  1/14 1/15 3/10 3/20 14/1
microphone [1]  3/16
mimic [1]  5/5
minute [1]  15/25
minutes [2]  7/23 15/24
moment [2]  3/17 5/6
money [1]  9/7
monitor [1]  8/8
month [2]  7/18 14/5
monthly [2]  3/14 8/11
months [1]  7/19
Moore [1]  1/17
more [1]  5/13
morning [4]  3/3 3/12 13/3 14/2
most [1]  4/19
motion [7]  6/10 6/14 10/10 10/17 12/12
12/13 13/12
motions [1]  15/17
mount [1]  14/9
move [2]  8/14 11/5
moves [1]  11/11
Mr. [4]  13/19 14/1 14/19 14/20
Mr. Davis [1]  13/19
Mr. Gallucci [1]  14/19
Mr. Meunier [1]  14/1
Mr. Weinkowitz [1]  14/20
Ms. [1]  13/25
Ms. Barrios [1]  13/25
much [2]  8/13 11/9
must [1]  10/8
my [4]  4/4 8/11 14/23 16/9

## N

names [1]  6/10
narrowing [1]  13/21
nature [1]  7/17
necessary [2]  11/1 12/12
necessity [1]  7/2
need [6]  3/25 6/22 11/25 13/23 15/11
15/23
needs [1]  8/6
new [7]  1/16 1/19 1/21 8/4 8/4 11/21
15/8
New Jersey [1]  11/21
next [8]  8/14 8/15 10/9 12/18 12/19
13/24 15/13 15/15
no [6]  3/12 12/17 14/21 14/23 15/8 15/22
not [9]  5/9 6/9 9/3 9/17 9/20 12/3 12/7
12/14 13/7
notice [1]  6/13
notices [1]  15/21
noticing [1]  11/19
notified [1]  6/4
now [9]  4/13 4/14 5/4 5/9 5/16 9/11
10/17 12/8 12/13
number [4]  5/11 12/21 13/1 14/17
numbers [3]  5/2 5/7 14/8

## O

obtain [1]  6/23
obviously [1]  4/22 6/12
Official [3]  1/20 16/6 16/14
Oftentimes [1]  11/5
Okay [3]  9/13 15/11 15/25
on [35]
one [7]  3/21 4/6 8/14 8/21 15/7 15/15
15/16
ones [1]  15/21
only [1]  12/6
opportunity [3]  4/24 6/5 6/21
opposing [3]  6/1 9/10 13/11
opposition [2]  12/15 12/17
or [12]  5/9 5/10 6/6 6/7 8/5 8/6 9/19 9/20
10/5 10/7 10/25 15/6
oral [4]  12/13 13/5 13/8 13/13
orally [1]  10/19
order [7]  3/18 3/21 4/1 5/3 6/11 9/25
10/15
orders [2]  3/21 4/4
Orleans [3]  1/16 1/19 1/21
Otherwise [1]  8/25
our [3]  3/14 7/18 13/3
out [10]  4/16 5/13 6/6 6/7 6/25 10/25
11/23 13/10 13/14 15/10
outside [1]  14/12
over [4]  7/10 7/16 7/19 9/19

## P

p.m [2]  12/14 15/16
page [2]  2/2 14/10
part [1]  10/11
participate [1]  15/2
particular [2]  9/15 9/17
particularly [1]  15/5
parties [13]  2/13 4/14 5/12 6/21 6/23
7/24 10/12 11/3 11/11 11/15 11/22
12/20 14/6
party [1]  13/16
past [1]  5/1
pending [2]  9/12 10/10 10/17
Pennsylvania [2]  14/13 14/19
people [5]  3/15 8/4 8/8 10/3 12/5
personnel [1]  15/20
phone [3]  3/15 4/3 8/5
physicians [1]  10/11
pick [1]  5/5
place [6]  4/11 5/25 6/14 6/20 11/21
12/23
placed [1]  6/10
plaintiff [5]  5/23 6/2 6/6 6/24 7/11
plaintiffs [9]  1/14 3/11 3/20 5/20 6/12
6/17 7/1 12/2 14/17
plaintiffs' [5]  3/25 4/17 10/1 10/11 10/17
pleading [4]  9/16 9/17 9/18 9/20
pleadings [2]  8/17 9/13
please [5]  3/3 3/5 3/9 3/16 3/19
pleased [2]  4/10 11/21
point [4]  7/4 7/10 11/4 15/18
pool [2]  4/9 4/14
possible [2]  4/1 6/19
posted [1]  8/24
Poydras [3]  1/15 1/18 1/20
precipitates [1]  11/10
prejudice [1]  6/15
prepare [1]  6/22
prepared [1]  14/5
prescription [1]  4/2
presented [1]  3/18
preservation [1]  9/25
preserve [1]  10/8

**P**

pretrial [1] 3/21
privilege [2] 11/15 11/18
problem [2] 5/1 9/19
problems [3] 6/7 12/25 13/2
proceed [2] 4/1 4/15
proceedings [4] 1/24 3/1 16/3 16/10
process [7] 4/12 4/19 5/25 6/13 7/8 7/25 13/17
production [2] 12/10 13/20
PRODUCTS [2] 1/4 3/7
proper [2] 8/21 9/10
propounded [1] 12/11
protocol [3] 12/20 12/22 13/15
proved [1] 4/11
provided [1] 14/6
provides [1] 3/23
providing [1] 8/23
provisions [3] 4/13 10/2 10/8
PSC [6] 4/16 4/20 6/3 8/21 9/4 12/11
PTO [3] 3/22 5/19 10/2
PTO 14B [1] 3/22
PTO 4A [1] 5/19
pull [1] 4/6
purpose [1] 13/21
pursuant [2] 4/13 5/19
pursuing [1] 9/7
put [3] 4/4 4/11 5/25

**Q**

question [2] 9/12 14/19
questions [5] 8/6 8/9 8/12 9/2 14/22
quickly [2] 6/19 8/10

**R**

raised [1] 6/8
raising [1] 9/11
random [1] 5/4
rather [1] 9/5
RE [2] 1/4 3/6
reach [1] 6/6
reached [1] 4/16
Realizing [1] 6/12
receive [2] 7/13 8/3
received [2] 7/11 7/15
receiving [1] 7/17
recess [1] 16/1
record [2] 3/9 16/10
recorded [1] 1/24
records [2] 7/12 7/16
reference [1] 12/10
references [1] 11/15
reflect [1] 8/22
refrain [2] 10/6 10/7
regard [2] 6/7 7/3
regarded [1] 12/7
regarding [2] 6/1 10/10
register [1] 8/5
registered [1] 7/9
regular [1] 8/3
reinforce [1] 6/16
Relates [1] 1/6
release [2] 3/23 4/2
rely [1] 6/13
remain [1] 9/8
remaining [1] 13/9
remains [1] 15/12
remind [2] 3/24 9/14
reminded [1] 10/3
reply [1] 10/18
report [16] 4/8 4/10 5/17 5/22 5/24 7/8 8/1 8/11 8/16 10/14 11/14 11/21 12/19

13/25 14/20 15/7
Reporter [3] 1/20 16/7 16/14
represent [1] 9/14
representative [1] 5/11
represents [1] 5/14
request [1] 12/10
require [1] 13/5
Research [1] 13/18
resolve [2] 12/21 13/1
resolving [4] 11/17 11/25 12/24 13/4
resources [1] 9/7
respect [9] 5/24 8/20 9/2 9/25 10/4 11/23 13/14 13/17 13/18
respond [1] 8/9
response [2] 10/17 12/12
responsibility [1] 9/23
responsive [2] 8/16 15/3
return [1] 13/23
Richmond [1] 7/7
rise [1] 16/2
RIVAROXABAN [1] 1/4
Room [1] 1/20
rules [1] 12/16

**S**

safeguards [1] 6/13
saying [1] 15/22
scheduling [1] 10/23
search [1] 13/21
seated [1] 3/3
section [14] 1/5 5/17 8/15 8/16 8/25 9/25 10/9 10/21 11/14 11/19 12/9 12/19 12/19 13/24
Section 10 [1] 10/21
Section 11 [1] 12/19
Section 8 [1] 9/25
Sections [2] 4/7 5/22
secure [1] 4/19
see [1] 4/24
seems [1] 5/18
select [3] 4/23 5/11 7/25
selected [2] 4/14 4/17
selecting [1] 5/1
selection [3] 4/8 4/18 5/14
send [1] 14/5
sending [1] 15/9
sent [1] 6/25
separate [2] 7/12 7/16
series [1] 11/12
serious [1] 6/12
set [7] 4/19 10/4 10/13 12/13 14/21 15/13 15/24
sheet [2] 6/22 7/8
sheets [16] 3/24 5/23 5/24 6/2 6/17 6/18 6/20 6/24 6/24 7/1 7/3 7/11 7/13 7/15 7/18 7/21
short [1] 8/19
show [1] 6/11
side [1] 10/3
sides [2] 9/6 13/8
sign [1] 3/25
significant [1] 7/2
simply [3] 3/24 9/4 10/1
since [3] 3/22 14/13 15/8
six [1] 7/19
smoothly [2] 8/1 14/21
so [18]
software [1] 1/25
solidify [1] 10/16
some [8] 7/4 9/17 10/12 10/13 11/10 11/22 13/2 13/13
something [1] 11/10

Sometimes [2] 11/9 11/9
sophisticated [1] 9/16
sort [3] 5/15 6/19 7/5
source [1] 13/23
specific [2] 4/15 8/19
stand [1] 16/1
state [6] 2/14 5/8 13/24 14/3 14/5 14/9
state/federal [2] 2/14 13/24
STATES [3] 1/1 1/10 16/7
statistics [1] 7/4
status [8] 1/9 3/14 3/22 10/20 14/6 14/14 15/13 15/14
stenography [1] 1/24
still [1] 13/10
stops [2] 11/7 11/7
streamline [1] 13/20
Street [3] 1/15 1/18 1/20
subject [3] 9/1 9/8 10/12
submit [1] 10/15
subpoena [1] 12/3
substantial [1] 14/9
successful [1] 6/9
suggestions [1] 15/2
Suite [2] 1/15 1/18
sure [2] 10/2 15/1
surface [1] 9/5
system [6] 4/11 5/18 6/3 7/10 8/2 8/4

**T**

take [4] 3/18 11/6 11/20 15/25
taking [1] 12/23
talking [1] 7/22
telephone [2] 12/14 13/12
telephonically [1] 11/3
tell [1] 12/4
template [1] 8/23
term [1] 13/21
text [1] 10/5
than [2] 9/5 12/17
Thank [3] 8/13 9/24 14/1
that [65]
that's [3] 5/15 7/18 8/11
their [6] 3/8 4/20 5/20 7/1 10/3 12/3
them [12] 3/25 4/5 4/17 4/18 4/20 6/25 11/8 11/12 11/13 14/13 14/22 14/24
themselves [1] 7/20
then [10] 5/12 5/13 6/5 6/10 6/22 6/23 7/1 8/19 9/21 16/1
there [16] 3/21 6/4 7/12 8/12 9/1 9/3 9/12 10/4 11/22 12/5 13/5 13/9 14/12 14/14 14/15 15/8
there's [3] 12/16 12/24 14/21
therefore [1] 8/22
these [5] 4/4 5/5 9/14 11/5 12/25
they [4] 6/22 12/4 14/20 14/22
thing [3] 7/2 7/5 15/8
things [2] 5/15 7/17
think [11] 7/22 8/1 9/9 9/22 11/11 12/16 12/21 13/9 14/25 15/4 15/12
third [3] 2/13 12/10 13/16
third-party [1] 13/16
this [16] 4/11 4/12 6/19 7/4 7/10 8/25 9/20 10/7 10/11 11/12 11/14 11/19 12/22 13/3 15/4 15/18
those [22]
though [1] 13/4
time [4] 9/7 11/5 12/24 13/13
today [3] 3/14 13/4 13/6
told [1] 13/2
Toni [4] 1/20 16/6 16/13 16/13
tool [1] 4/12
total [1] 14/11
touch [1] 15/2

## T

train [1]  11/7
transcript [1]  16/9
transcription [1]  1/25
trial [1]  14/21
tried [2]  4/23 11/2
true [1]  16/8
try [3]  6/6 6/19 10/25
trying [3]  4/22 5/4 5/10
Tuesday [1]  12/18
Tusa [4]  1/20 16/6 16/13 16/13
two [2]  11/3 11/8

## U

under [3]  10/8 11/6 12/15
understand [1]  12/2
understanding [1]  16/9
union [1]  5/9
UNITED [3]  1/1 1/10 16/7
unresolved [1]  13/2
up [2]  4/19 15/24
updated [2]  5/20 8/23
uploaded [1]  7/20
upon [2]  6/13 14/4
urgency [1]  12/24
Urquhart [1]  1/17
us [8]  7/4 8/7 8/7 10/22 10/24 13/11
13/22 15/21
use [8]  3/16 6/20 6/20 8/4 8/18 9/15
9/21 10/6
useful [1]  4/12
users [3]  7/10 14/16 14/16
using [3]  1/24 4/12 9/22

## V

various [1]  4/25
very [6]  4/12 7/25 8/9 8/13 14/25 15/3
Virginia [1]  7/7
voicemails [1]  10/5

## W

want [4]  3/24 11/8 14/23 15/20
wanted [1]  10/1
Warshauer [1]  1/14
was [3]  5/3 7/22 8/1
way [3]  8/6 9/10 11/12
we [71]
website [3]  4/4 4/6 8/24
weeks [2]  11/3 11/8
weigh [1]  6/24
Weinkowitz [1]  14/20
welcome [1]  9/22
well [1]  10/23
went [1]  7/25
were [2]  11/22 11/22
what [10]  4/22 4/24 5/4 5/10 6/22 7/22
8/25 11/2 13/23 15/12
what's [1]  5/3
whatever [3]  6/7 13/14 15/2
when [1]  12/7
where [1]  13/9
whether [1]  9/20
which [11]  3/23 6/4 9/3 9/11 9/12 10/5
10/13 10/21 12/17 13/5 13/7
who [2]  8/8 9/14
why [2]  7/3 15/17
will [16]  3/18 4/14 5/6 7/22 10/15 10/18
10/19 11/13 12/17 13/5 13/8 13/10
13/22 13/22 15/1 16/1
without [2]  10/25 11/25
won't [1]  11/9
Woody [3]  5/7 5/24 7/6

work [6]  6/7 10/25 13/3 13/11 13/14
13/22
worked [3]  7/24 11/23 12/21
working [2]  5/19 13/10
works [1]  4/20
worry [1]  15/9
would [4]  8/25 13/11 14/10 14/16

## X

XARELTO [3]  1/4 3/6 14/16

## Y

Yes [1]  12/6
yet [1]  12/15
you [28]
you're [1]  9/22
your [33]
Your Honor [18]