Roger C. Denton, Esq. (MO # 30292)
Kristine K. Kraft, Esq. (MO # 37971)
Ashley Brittain Landers, Esq. (MO # 62763)
**SCHLICHTER, BOGARD & DENTON**
100 South 4th Street
Saint Louis, MO 63102
Telephone:  (314) 621-6115
Facsimile:   (314) 621-7151

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>JUDITH NELLER,<br><br>    Plaintiff,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br><br>    Defendants | MDL No. 2592<br><br>SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br><br>Civil Action No.: 2:15-cv-2769<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Judith Neller and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Healthcare LLC.  All other Defendants remain in the case.  Costs and fees shall be borne by the party that incurred them.

1

DATED:  February 15, 2016		Respectfully submitted,

                By:	/s/ *Roger C. Denton*
                      Roger C. Denton, Esq. (MO # 30292)
                      Kristine K. Kraft, Esq. (MO # 37971)
                      Ashley Brittain Landers, Esq. (MO # 62763)
                      SCHLICHTER, BOGARD & DENTON, LLP
                      100 South 4th Street
                      Saint Louis, MO 63102
                      Telephone:  (314) 621-6115
                      Fax:   (314) 621-7151
                      rdenton@uselaws.com
                      kkraft@uselaws.com
                      abrittain@uselaws.com
                      ***Attorneys for Plaintiff***

                By:	/s/ *Steven Glickstein*
                      Steven Glickstein
                      KAYE SCHOLER LLP
                      250 West 55th Street
                      New York, New York 10019-9710
                      Telephone: (212) 836-8485
                      Facsimile: (212) 836-6485
                      sglickstein@kayscholer.com
                      ***Attorneys for Defendant Bayer HealthCare LLC***

## CERTIFICATE OF SERVICE

     I hereby certify that on February 15, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                By:	/s/ *Roger C. Denton*
                      Roger C. Denton
                      Attorney for Plaintiff

2