Roger C. Denton, Esq. (MO # 30292)
Kristine K. Kraft, Esq. (MO # 37971)
Ashley Brittain Landers, Esq. (MO # 62763)
**SCHLICHTER, BOGARD & DENTON**
100 South 4th Street
Saint Louis, MO 63102
Telephone:  (314) 621-6115
Facsimile:  (314) 621-7151

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 |
| | ) |
| THIS DOCUMENT RELATES TO: | ) SECTION:  L |
| BART BUNCE, | ) JUDGE FALLON |
| | ) MAG. JUDGE NORTH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 2:15-cv-2446 |
| JANSSEN RESEARCH & DEVELOPMENT | ) |
| LLC f/k/a JOHNSON AND JOHNSON | ) **STIPULATION OF DISMISSAL OF** |
| PHARMACEUTICAL RESEARCH AND | ) **DEFENDANT BAYER HEALTHCARE LLC** |
| DEVELOPMENT LLC, JANSSEN ORTHO | ) **WITHOUT PREJUDICE** |
| LLC, JANSSEN PHARMACEUTICALS, INC. | ) |
| f/k/a JANSSEN PHARMACEUTICA INC. | ) |
| f/k/a ORTHO-MCNEIL-JANSSEN | ) |
| PHARMACEUTICALS, INC., JOHNSON & | ) |
| JOHNSON, BAYER HEALTHCARE | ) |
| PHARMACEUTICALS, INC., BAYER | |
| PHARMA AG, BAYER CORPORATION, | |
| BAYER HEALTHCARE LLC, BAYER | |
| HEALTHCARE AG, AND BAYER AG, | |
| | |
| Defendants | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Bart Bunce and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Healthcare LLC.  All other Defendants remain in the case.  Costs and fees shall be borne by the party that incurred them.

1

DATED:  February 15, 2016                    Respectfully submitted,


By:     /s/ *Roger C. Denton* ___
        Roger C. Denton, Esq. (MO # 30292)
        Kristine K. Kraft, Esq. (MO # 37971)
        Ashley Brittain Landers, Esq. (MO # 62763)
        SCHLICHTER, BOGARD & DENTON, LLP
        100 South 4th Street
        Saint Louis, MO 63102
        Telephone:  (314) 621-6115
        Fax:   (314) 621-7151
        rdenton@uselaws.com
        kkraft@uselaws.com
        abrittain@uselaws.com
        **Attorneys for Plaintiff**


By:     /s/ *Steven Glickstein* ___
        Steven Glickstein
        KAYE SCHOLER LLP
        250 West 55th Street
        New York, New York 10019-9710
        Telephone: (212) 836-8485
        Facsimile: (212) 836-6485
        sglickstein@kayscholer.com
        **Attorneys for Defendant Bayer HealthCare LLC**


## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


By:     /s/ *Roger C. Denton*
        Roger C. Denton
        Attorney for Plaintiff

2