Roger C. Denton, Esq. (MO # 30292)
Kristine K. Kraft, Esq. (MO # 37971)
Ashley Brittain Landers, Esq. (MO # 62763)
**SCHLICHTER, BOGARD & DENTON**
100 South 4th Street
Saint Louis, MO 63102
Telephone:  (314) 621-6115
Facsimile:  (314) 621-7151

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Judy Buck, as Successor in Interest to Robert Buck, deceased,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br><br>Defendants | MDL No. 2592<br><br>SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:15-cv-02814<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Judy Buck, as Successor in Interest to Robert

Buck, Deceased, and Defendants hereby stipulate to the dismissal without prejudice of

1

Defendant Bayer Healthcare LLC.  All other Defendants remain in the case.  Costs and fees shall be borne by the party that incurred them.

DATED:  February 15, 2016		Respectfully submitted,

By:	/s/ *Roger C. Denton*	
	Roger C. Denton, Esq. (MO # 30292)
	Kristine K. Kraft, Esq. (MO # 37971)
	Ashley Brittain Landers, Esq. (MO # 62763)
	SCHLICHTER, BOGARD & DENTON, LLP
	100 South 4th Street
	Saint Louis, MO 63102
	Telephone:  (314) 621-6115
	Fax:   (314) 621-7151
	rdenton@uselaws.com
	kkraft@uselaws.com
	abrittain@uselaws.com
	*Attorneys for Plaintiff*


By:	/s/ *Steven Glickstein*	
	Steven Glickstein
	KAYE SCHOLER LLP
	250 West 55th Street
	New York, New York 10019-9710
	Telephone: (212) 836-8485
	Facsimile: (212) 836-6485
	sglickstein@kayscholer.com
	*Attorneys for Defendant Bayer HealthCare LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 15, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                      By:    */s/ Roger C. Denton*
                                                  Roger C. Denton
                                                  Attorney for Plaintiff