UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| _____ ) | | JURY TRIAL DEMANDED |

THIS DOCUMENT RELATES TO:  RICHARD WEIS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-04178

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER HEALTHCARE, LLC

---

COMES NOW, Plaintiff Richard Weis, by and through his undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this Action solely against Bayer Healthcare, LLC, without prejudice. Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i), no Court order is required or requested.  The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare, LLC is not intended to have any effect on any of the other bundled Plaintiffs filed in this action nor is it to have any effect on any claims against any other Defendants in this action.

Respectfully submitted this the 16th day of February, 2016.

/s/ Richard S. Frankowski
Richard S. Frankowski
ASB-1734-H70F

/s/ N. Victoria Ebrahimi
N. Victoria Ebrahimi
ASB-5251-W40P

The Frankowski Firm, LLC
231 22nd Street South, Suite 203
Birmingham, Alabama 35233
Phone: 205.390.0399
Fax:    205.390.1001
richard@frankowskifirm.com
victoria@frankowskifirm.com

Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 16th day of February, 2016, a copy of the above and foregoing Notice of Voluntary Dismissal Without Prejudice as to Defendant Bayer Healthcare, LLC has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ N. Victoria Ebrahimi*
OF COUNSEL