## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | JUDGE ELDON E. FALLON |
| *Brenda Frantz, on behalf of the Estate of* | ) | |
| *Margaret Tilbury v. Janssen Research &* | ) | |
| *Development, LLC, et al.* | ) | |
| **Civil Action No. 2:15-cv-05035** | ) | MAGISTRATE JUDGE NORTH |
| | ) | |
| _____ | ) | |

### UNOPPOSED MOTION TO CORRECT MISNOMER OF PLAINTIFF

Plaintiff moves to correct misnomer of Plaintiff. Brenda Frantz, on behalf of the Estate of Margaret Tilbury, was incorrectly listed as Plaintiff in the above captioned cause. Plaintiff moves for an order correcting misnomer and naming Margaret Tilbury as Plaintiff.

WHEREFORE, for the foregoing reasons, Counsel for Plaintiff requests that an order of correction for misnomer of plaintiff be entered naming Margaret Tilbury as Plaintiff for Brenda Frantz, on behalf of the Estate of Margaret Tilbury.

Respectfully submitted,

Date: February 16, 2016      /s/ *Russell T. Abney*_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com

*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  February 16, 2016                /s/ Russell T. Abney
                                                Russell T. Abney