UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592  SECTION: L  JUDGE ELDON E. FALLON   MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** *Brenda Frantz, on behalf of the Estate of Margaret Tilbury v. Janssen Research & Development, LLC, et al.* **Civil Action No. 2:15-cv-05035** | | |

_____

## **ORDER**

The Court, after considering the Plaintiff's Unopposed Motion to Correct Misnomer of Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Margaret Tilbury be substituted for Brenda Frantz, on behalf of the Estate of Margaret Tilbury, in the above captioned cause.

Dated: _____          _____
                                      Hon. Eldon E. Fallon
                                      United States District Court Judge