UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISANA

                              MDL NO: 2592
                              SECTION: L
                              JUDGE FALLON
                              MAG. JUDGE MICHAEL NORTH

                              CIVIL ACTION NO.:2:15-cv-00216-EEF-MBN

IN RE XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

    Plaintiff,

THIS DOCUMENT RELATES TO:

NEREIDA DIAZ (Deceased)
_____/

**NOTICE OF APPEARANCE AS COUNSEL**

    RAYMOND VALORI, ESQ., DANIEL HARWIN, ESQ., AARON ROTHENBERG, ESQ., of the law firm of FREEDLAND HARWIN VALORI, PL, and ROBERT J. FENSTERSHEIB, ESQ., of the LAW OFFICES OF ROBERT J. FENSTERSHEIB & ASSOCIATES, hereby file this Notice of Appearance as Counsel of record for the Plaintiff, Nereida Diaz, deceased, and requests that copies of all pleadings, correspondence and/or inquiries be directed to the undersigned.

**CERTIFICATE OF SERVICE**

    THE UNDERSIGNED CERTIFIES that the foregoing has been filed electronically on the **16th day of February, 2016** and a true and correct copy of the Notice of Appearance as Counsel was served upon all interested parties via ECF electronic filing.

                                          FREEDLAND HARWIN VALORI, PL
                                          *Attorneys for the Plaintiff*
                                          110 SE 6th Street, Suite 2300

*Freedland Harwin Valori, P.L.*   *110 SE Sixth Street, Suite 2300*   *Fort Lauderdale, FL  33301*
*Tel (954) 467-6400*   *Fax (954) 670-2530*   *www.westonlawyers.com*

CASE NO.: 2:15-cv-00216-EEF-MBN
Page 2

Ft. Lauderdale, FL 33301
Tel:   (954) 467-6400
Fax:   (954) 670-2530

By: **s/Raymond Valori**
RAYMOND VALORI
Fla. Bar #: 33200
Ray@westonlawyers.com

DANIEL HARWIN
Fla. Bar #: 682446
Daniel@westonlawyers.com

AARON ROTHENBERG
Fla. Bar #: 99634
Aaron@westonlawyers.com

THE LAW OFFICES OF ROBERT J.
FENSTERSHEIB & ASSOCIATES
520 W Hallandale Beach Blvd.
Hallandale Beach, FL 33009
Tel:  954-456-2488
Fax:  954-456-2588
ROBERT J. FENSTERSHEIB
Fla. Bar #: 307300
rjf@fenstersheib.com

IN THE CIRCUIT COURT FOR HILLSBOROUGH COUNTY, FLORIDA
PROBATE DIVISION

IN RE: ESTATE OF
NEREIDA L. DIAZ,

File No.: 15-CP-002446
Division: Probate

Deceased.

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

WHEREAS, NEREIDA L. DIAZ, a resident of 8234 Swan Hollow Drive, Tampa, Florida, 33647, died on February 13, 2015, owning assets in the State of Florida, and

WHEREAS, WANDA VISWANATHAN has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare WANDA VISWANATHAN duly qualified under the laws of the State of Florida to act as personal representative of the estate of NEREIDA L. DIAZ, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED Signed on __8__ day of __October__, 2015.

Electronically Conformed 10/8/2015
Circuit Court Judge

Bar Form No. P-3.0700
© Florida Lawyers Support Services, Inc.
January 1, 2014