UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

DONALD MILLSBERG
CIVIL ACTION NO.: 2:16-cv-00106

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, Donald Millsberg by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2), requests that the above-styled action be dismissed without prejudice against all defendants, as a duplicate action. Plaintiff's other action, Civil Case No. 2:16-cv-00110, will survive. Undersigned counsel takes this action at the request of Donald Millsberg. There have been no counterclaims filed against Plaintiff Donald Millsberg. No other claims by any other Plaintiff are affected by this notice.

Dated: February 16, 2016

            Respectfully Submitted,

            BARTIMUS, FRICKLETON, ROBERTSON
            & GOZA

            By: */s/ Michelle Marvel*_____
            Bradley Honnold  MO # 39818 KS #22972
            Michelle Marvel  MO # 59815 KS #23511
            11150 Overbrook Road, Suite 250
            Leawood, KS 66211
            (913) 266-2300
            (913) 266-2366 Facsimile
            bhonnold@bflawfirm.com
            mmarvel@bflawfirm.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 16th day of February, 2016.


___/s/ *Michelle Marvel* _____