UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :  MDL No. 2592
                               :
                               :  SECTION L
                               :
                               :  JUDGE ELDON E. FALLON
                               :
_____:  MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

DONALD MILLSBERG
CIVIL ACTION NO.: 2:16-cv-00106

## ORDER

THIS MATTER, having come before the Court on Plaintiff, Donald Millsberg's Motion for Dismissal Without Prejudice, and this Court deemed fully advised of the premises: IT IS HEREBY ORDERED that Plaintiff, Donald Millsberg's Motion for Dismissal Without Prejudice is GRANTED, as it pertains to Civil Case No. 2:16-cv-00106 with each party to bear their own attorney's fees and costs. Plaintiff's duplicate action, Civil Case No. 2:16-cv-00110, shall survive.

Dated: _____, 2016            _____
                                                   Judge