UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2592 |
| | ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE: ELDON E. FALLON |
| | ) ) | MAGISTRATE JUDGE: MICHAEL NORTH |
| PLAINTIFF RODNEY HANNAH, AS ADMINISTRATOR OF THE ESTATE OF TOMMIE LEE HANNAH | ) ) ) ) ) ) ) ) ) | Civil Action No: 2:15-cv-01845 (Severed from Lead Action No. 2:15-cv-01537) |
| | ) | JURY TRIAL DEMANDED |

**ANSWER AND ADDITIONAL DEFENSES OF
DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS INC.
TO PLAINTIFF'S SHORT FORM COMPLAINT**

Defendant Bayer HealthCare Pharmaceuticals Inc. ("BHCP") serves its Answer and Additional Defenses to the Short Form Complaint (the "Complaint") of Plaintiff Rodney Hannah ("Plaintiff"), as Administrator of the Estate of Tommie Lee Hannah ("Decedent") and states as follows:

1. BHCP incorporates by reference the "Answer and Additional Defenses of Defendant Bayer HealthCare Pharmaceuticals Inc. to Plaintiffs' Lead Complaint as it Relates to the Claims of Plaintiff Rodney Hannah as Administrator of the Estate of Tommie Lee Hannah" as if fully set forth herein.

2. BHCP incorporates by reference the "Answer and Additional Defenses of Defendant Bayer HealthCare Pharmaceuticals Inc. to Plaintiffs' Lead Complaint as it Relates to the Claims of Plaintiff Rodney Hannah as Administrator of the Estate of Tommie Lee Hannah" as if fully set forth herein, including its response to paragraph 18.

1

2639687-1

3. BHCP lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and therefore those allegations are denied.

4. BHCP lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and therefore those allegations are denied.

5. Paragraph 5 contains no factual allegations and requires no response. BHCP admits that attached as Attachment 1 to Plaintiff's Short Form Complaint is a copy of the Severance Order issued by the Court for Plaintiff Rodney Hannah on Behalf of Decedent Tommie Lee Hannah.

6. Paragraph 6 contains no factual allegations and requires no response. BHCP admits that attached as Attachment 2 to Plaintiff's Short Form Complaint is a List of Severed Cases.

BHCP requests that Plaintiff's Complaint be dismissed with prejudice, that judgment be entered in favor of BHCP and against Plaintiff, and that BHCP be awarded the costs of this action, together with such other and further relief as may be appropriate.

All allegations of the Complaint not expressly admitted are denied.

## DEFENSES

BHCP incorporates by references its defenses in the "Answer and Additional Defenses of Defendant Bayer HealthCare Pharmaceuticals Inc. to Plaintiffs' Lead Complaint as it Relates to the Claims of Plaintiff Rodney Hannah as Administrator of the Estate of Tommie Lee Hannah," as if fully set forth herein, to the extent applicable.

2639687-1

JURY DEMAND

BHCP hereby demands a trial by jury on all issues so triable.

February 16, 2016.

                            Respectfully submitted,

                            */s/ John F. Olinde*
                            John F. Olinde, #1515
                            Peter J. Rotolo, III, #21848
                            CHAFFE McCALL, L.L.P.
                            2300 Energy Centre
                            1100 Poydras Street
                            New Orleans, Louisiana 70163-2300
                            Telephone: (504) 585-7000
                            Email: olinde@chaffe.com
                            Email: rotolo@chaffe.com

                            Steven Glickstein
                            KAYE SCHOLER LLP
                            250 West 55th Street
                            New York, NY 10019-7910
                            Telephone: (212)836-8485
                            Email: steven.glickstein@kayescholer.com

                            William Hoffman
                            KAYE SCHOLER LLP
                            The McPherson Building
                            901 Fifteenth Street, NW
                            Washington, DC 20005-2327
                            Telephone: (202) 682-3550
                            Email: William.hoffman@kayescholer.com

                            Pamela J. Yates
                            KAYE SCHOLER LLP
                            1999 Avenue of the Stars, Suite 1600
                            Los Angeles, CA 90067-6048
                            Telephone: (310) 788-1278
                            Email: pamela.yates@kayescholer.com

                            Fred M. Haston, III
                            BRADLEY ARANT BOULT CUMMINGS LLP
                            One Federal Place
                            1819 Fifth Avenue North
                            Birmingham, AL 35203

Telephone: (205) 521-8303
Email: thaston@babc.com

*ATTORNEYS FOR BAYER HEALTHCARE PHARMACEUTICALS INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                */s/ John F. Olinde*