UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Barrette et. al. v. Janssen Research & Development, LLC, et. al.,* 2:15-cv-6941
*Escobar, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01295
*Gilbert, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01296
*Malone, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01297
*Paul, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01298
*Rice, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01301
*Smith, et. al. v. Janssen Research & Development, LLC, et. al.*, 2:16-cv-01300

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiffs in the above-listed action, through undersigned counsel, respectfully request the Court grant their Motion for Extension of Time within Which to Serve Process and issue an Order granting them thirty (30) days from the granting the Motion within which to serve process on Defendant Bayer Pharma AG and BHCP through the streamlined procedures for informal service of process set forth in Pre-Trial Order No. 10.

A brief memorandum in support of Plaintiffs' Motion is submitted herewith.

Dated this 16th day of February, 2016

/s/ Michael E. Gallant
MICHAEL E. GALLANT, ESQ.
DC Bar No. 453087
2200 Pennsylvania Avenue NW
Suite 400, East Tower
Washington, DC  20037
(202) 379-0680
(202) 379-0685 (fax)
MGallant@kbdattorneys.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rules 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated this 16th day of February, 2016.

/s/ Michael E. Gallant
MICHAEL E. GALLANT, ESQ.
DC Bar No. 453087
2200 Pennsylvania Avenue NW
Suite 400, East Tower
Washington, DC  20037
(202) 379-0680
(202) 379-0685 (fax)
MGallant@kbdattorneys.com