UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Barrette et. al. v. Janssen Research & Development, LLC, et. al.*, 2:15-cv-6941
*Escobar, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01295
*Gilbert, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01296
*Malone, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01297
*Paul, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01298
*Rice, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01301
*Smith, et. al. v. Janssen Research & Development, LLC, et. al.*, 2:16-cv-01300

## NOTICE OF SUBMISSION

COMES NOW Plaintiffs, by and through undersigned counsel, and files this Notice of Submission of Motion for Extension of Time Within Which to Serve Process, be and be the same is hereby **GRANTED**, and that the Plaintiffs in the above-listed actions shall have thirty (30) days from the date of this Order within which to effect service on Defendants, Bayer Pharma AG and BHCP.

NEW ORLEANS, LOUISIANA, this 16th day of February, 2016.

/s/ Michael E. Gallant
MICHAEL E. GALLANT, ESQ.
DC Bar No. 453087
2200 Pennsylvania Avenue NW
Suite 400, East Tower
Washington, DC 20037
(202) 379-0680
(202) 379-0685 (fax)
MGallant@kbdattorneys.com