UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH <br><br> Civil Action No.: 2:15-cv-06941 |

**THIS DOCUMENT RELATES TO:**

*Barrette et. al. v. Janssen Research & Development, LLC, et. al.,* 2:15-cv-6941
*Escobar, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01295
*Gilbert, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01296
*Malone, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01297
*Paul, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01298
*Rice, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01301
*Smith, et. al. v. Janssen Research & Development, LLC, et. al.*, 2:16-cv-01300

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

**MAY IT PLEASE THE COURT:**

Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time Within Which to Serve process and issue an Order allowing them an additional thirty (30) days from the date of the above-referenced Motion to serve the Complaint, the Severance Order, and the summonses on Bayer Healthcare Pharmaceuticals, Inc. (BHCP) and Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

All of the foregoing actions have been filed and docketed into this consolidated proceeding, *In re: Xarelto (Rivaroxaban) Products Liability Litigation,* MDL No. 2592. However, due to an inadvertent oversight on behalf of undersigned counsel, and not to purposefully delay service, service of Plaintiffs' Complaints, Severance Order, and summonses in these actions will not be properly effected within the time period for streamlined service set forth in Pre-Trial Order #10 as to BHCP and Bayer Pharma AG.

Undersigned counsel regret the failure to properly oversee and accomplish the service of process in the above-listed actions within the time deadline and assure this Court that counsel has instituted procedures to ensure that all future Complaints are properly and timely served according to Pre-Trial Order #10. Furthermore, undersigned counsel has already actually sent service of process to BHCP and Bayer Pharma AG. Service to BHCP and Bayer Pharma is expected to occur within the next thirty (30) days. Service of process for the above-listed cases was sent according to PTO #10 to BHCP and Bayer Pharma AG on February 5, 2016 (Registered Mail Receipt attached as Exhibit A) and February 16, 2016 (Via email, a copy of which is attached as Exhibit B).

Plaintiff therefore respectfully request that this Court grant this Motion allow them an additional thirty (30) days from the date of the above-referenced Motion within which to effect service on BHCP and Bayer Pharma AG through the streamlined

procedures for informal service of process as set forth in Pre-Trial Order #10.

Dated this 16th day of February, 2016

/s/ Michael E. Gallant_____
MICHAEL E. GALLANT, ESQ.
DC Bar No. 453087
2200 Pennsylvania Avenue NW
Suite 400, East Tower
Washington, DC  20037
(202) 379-0680
(202) 379-0685 (fax)
MGallant@kbdattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rules 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated this 16th day of February, 2016.

/s/ Michael E. Gallant_____
MICHAEL E. GALLANT, ESQ.
DC Bar No. 453087
2200 Pennsylvania Avenue NW
Suite 400, East Tower
Washington, DC  20037
(202) 379-0680
(202) 379-0685 (fax)
MGallant@kbdattorneys.com