# EXHIBIT A

| | | | |
|---|---|---|---|
| **Registered No.** RA7809392105 | | | **Date Stamp** 0294 |

| To Be Completed By Post Office | Postage $ $10.72 | Extra Services & Fees (continued) | |
| | Extra Services & Fees | ☐ Signature Confirmation $ | |
| | ☐ Registered Mail $13.95 | ☐ Signature Confirmation Restricted Delivery $ | |
| | ☐ Return Receipt (hardcopy) $ $0.00 | | |
| | ☐ Return Receipt (electronic) $ $0.00 | **Total Postage & Fees** $ $24.67 | |
| | ☐ Restricted Delivery $ | | |
| | Customer Must Declare Full Value $0.00 $ | Received by 02/05/2016 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |
| | FORT LAUDERDALE, FL 33316 OFFICIAL USE | | |

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: Kelley Bernheim + Dokursky
8151 Peters Rd, Ste 3200
Plantation, FL 33324

TO: Bayer Pharma AG
at. Frieden G/a Gardumgisenlor
General Counsel
muellerstrasse 178 13353
Berlin, Germany

PS Form **3806**, Registered Mail Receipt Copy - Customer
April 2015, PSN 7530-02-000-9051 (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

```
        Total                         $24.67

        Debit Card Remit'd            $24.67
         (Card Name:Debit Card)
         (Account #:XXXXXXXXXXXX5047)
         (Approval #:974075)
         (Transaction #:180)
         (Receipt #:003334)
         (Debit Card Purchase:$24.67)
         (Cash Back:$0.00)


        *****************************************
        BRIGHTEN SOMEONE'S MAILBOX. Greeting
        cards available for purchase at select
        Post Offices.
        *****************************************

        In a hurry? Self-service kiosks offer
        quick and easy check-out. Any Retail
        Associate can show you how.

        Save this receipt as evidence of
        insurance. For information on filing
        an insurance claim go to
        https://www.usps.com/help/claims.htm.
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE  19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail®       ☒ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Article Number
(Transfer from service label)   7015 3010 0001 4460 7294

Form 3811, July 2013    Domestic Return Receipt

Kelley Bernheim & Dolinsky
8151 Peters Road, Suite 3200
Plantation, FL 33324

SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE  19808



CERTIFIED MAIL
7015 3010 0001 4460 7294



02/16/2016