# EXHIBIT B

**SBaker KBD**

| | |
|---|---|
| **From:** | SBaker KBD |
| **Sent:** | Tuesday, February 16, 2016 3:59 PM |
| **To:** | 'xareltocomplaints@babc.com' |
| **Subject:** | Barrette, et. al. v. Bayer, et. al., Case No. 2:15-cv-06941 |
| **Attachments:** | STAMPED COPY of Bundled Complaint.pdf; Order Severing Cases.pdf; Bayer_Issued Summons.pdf; Xarelto_Exhibit A.pdf |

Pursuant to Pre-Trial No. 10, attached please find a copy of the Complaint being served via Registered Mail upon Bayer Pharma AG.

Sandra Baker, Senior Litigation Paralegal
**KELLEY, BERNHEIM & DOLINSKY, LLC**
8151 Peters Road – Suite 3200
Plantation, FL 33324
Telephone: 954.573.6688
Facsimile: 954.400.7435
sbaker@kbdattorneys.com



KELLEY BERNHEIM DOLINSKY LLC
PRODUCT LIABILITY ATTORNEYS

**CONFIDENTIALITY NOTICE:** This message is being transmitted on behalf of Kelley Bernheim Dolinsky, LLC of 8151 Peters Road, Suite 3200, Plantation, FL 33324. This message and any attachments hereto may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, you are not authorized to read, print, retain, copy, or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail sbaker@wherejusticeisserved.com or by phone at (954) 894.5900, and delete all copies of this message.