UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH<br><br>Civil Action No.: 2:15-cv-06941 |

**THIS DOCUMENT RELATES TO:**
*Barrette et. al. v. Janssen Research & Development, LLC, et. al.*, 2:15-cv-6941
*Escobar, et. al. v. Janssen Research & Development, LLC, et. al.*, 2:16-cv-01295
*Gilbert, et. al. v. Janssen Research & Development, LLC, et. al.*, 2:16-cv-01296
*Malone, et. al. v. Janssen Research & Development, LLC, et. al.*, 2:16-cv-01297
*Paul, et. al. v. Janssen Research & Development, LLC, et. al.*, 2:16-cv-01298
*Rice, et. al. v. Janssen Research & Development, LLC, et. al.*, 2:16-cv-01301
*Smith, et. al. v. Janssen Research & Development, LLC, et. al.*, 2:16-cv-01300

## ORDER

**IT IS ORDERED** that the Motion for Extension of Time Within Which to Serve Process, be and be the same is hereby **GRANTED**, and that the Plaintiffs in the above-listed action shall have thirty (30) days from the date of this Order within which to effect service on Defendants, Bayer Pharma AG and BHCP.

NEW ORLEANS, LOUISIANA, this _____ day of February, 2016.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge