UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>)<br>PLAINTIFF JOSEFA G. GUERRA, )<br>EXECUTOR OF THE ESTATE OF )<br>HORACIO GUERRA, DECEASED )<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE: MICHAEL NORTH<br><br><br>Civil Action No: 2:15-cv-03302<br>(Severed from Lead Action<br>No. 2:15-cv-02830)<br><br>JURY TRIAL DEMANDED |

**ANSWER AND ADDITIONAL DEFENSES OF
DEFENDANT BAYER PHARMA AG
TO PLAINTIFF'S SHORT FORM COMPLAINT**

Defendant Bayer Pharma AG serves its Answer and Additional Defenses to Plaintiff's Short Form Complaint (the "Complaint") and states as follows:

1. Bayer Pharma AG incorporates by reference the "Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiffs' Amended Joint Complaint as it Relates to the Claims of Plaintiff Josefa G. Guerra, Executor of the Estate of Horacio Guerra, Deceased" as if fully set forth herein.

2. Bayer Pharma AG incorporates by reference the "Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiffs' Amended Joint Complaint as it Relates to the Claims of Plaintiff Josefa G. Guerra, Executor of the Estate of Horacio Guerra, Deceased" as if fully set forth herein, including its response to paragraph 5.

3. Bayer Pharma AG lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and therefore those allegations are denied.

4. Bayer Pharma AG lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and therefore those allegations are denied.

5. Paragraph 5 contains no factual allegations and requires no response. Bayer Pharma AG admits that attached as Attachment 1 to Plaintiff's Short Form Complaint is a copy of the Severance Order issued by the Court for Plaintiff Josefa G. Guerra, Executor of the Estate of Horacio Guerra, Deceased.

6. Paragraph 6 contains no factual allegations and requires no response. Bayer Pharma AG admits that attached as Attachment 2 to Plaintiff's Short Form Complaint is a List of Severed Cases.

Bayer Pharma AG requests that Plaintiff's Complaint be dismissed with prejudice, that judgment be entered in favor of Bayer Pharma AG and against Plaintiff Josefa G. Guerra, Executor of the Estate of Horacio Guerra, Deceased, and that Bayer Pharma AG be awarded the costs of this action, together with such other and further relief as may be appropriate.

All allegations of the Complaint not expressly admitted are denied.

## DEFENSES

Bayer Pharma AG incorporates by references its defenses in the "Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiffs' Amended Joint Complaint as it Relates to the Claims of Plaintiff Josefa G. Guerra, Executor of the Estate of Horacio Guerra, Deceased," as if fully set forth herein, to the extent applicable.

2640456-1

JURY DEMAND

Bayer Pharma AG hereby demands a trial by jury on all issues so triable.

February 17, 2016.

                              Respectfully submitted,

                              */s/ John F. Olinde*
                              John F. Olinde, #1515
                              Peter J. Rotolo, III, #21848
                              CHAFFE McCALL, L.L.P.
                              2300 Energy Centre
                              1100 Poydras Street
                              New Orleans, Louisiana 70163-2300
                              Telephone: (504) 585-7000
                              Email: olinde@chaffe.com
                              Email: rotolo@chaffe.com

                              Steven Glickstein
                              KAYE SCHOLER LLP
                              250 West 55th Street
                              New York, NY 10019-7910
                              Telephone: (212)836-8485
                              Email: steven.glickstein@kayescholer.com

                              William Hoffman
                              KAYE SCHOLER LLP
                              The McPherson Building
                              901 Fifteenth Street, NW
                              Washington, DC 20005-2327
                              Telephone: (202) 682-3550
                              Email: William.hoffman@kayescholer.com

                              Pamela J. Yates
                              KAYE SCHOLER LLP
                              1999 Avenue of the Stars, Suite 1600
                              Los Angeles, CA 90067-6048
                              Telephone: (310) 788-1278
                              Email: pamela.yates@kayescholer.com

                              Fred M. Haston, III
                              BRADLEY ARANT BOULT CUMMINGS LLP
                              One Federal Place
                              1819 Fifth Avenue North
                              Birmingham, AL 35203

Telephone: (205) 521-8303
Email: thaston@babc.com

*ATTORNEYS FOR BAYER PHARMA AG*

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ John F. Olinde*

2640456-1