UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE: ELDON E. FALLON |
| | MAGISTRATE JUDGE: MICHAEL NORTH |
| PLAINTIFFS JANET WEIS AND JOHN WEIS, h/w | |
| | Civil Action No: 2:15-cv-03310 (Severed from Lead Action No. 2:15-cv-02830) |
| | JURY TRIAL DEMANDED |

### ANSWER AND ADDITIONAL DEFENSES OF DEFENDANT BAYER PHARMA AG TO PLAINTIFFS' SHORT FORM COMPLAINT

Defendant Bayer Pharma AG serves its Answer and Additional Defenses to Plaintiffs' Short Form Complaint (the "Complaint") and states as follows:

1. Bayer Pharma AG incorporates by reference the "Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiffs' Amended Joint Complaint as it Relates to the Claims of Plaintiffs Janet Weis and John Weis" as if fully set forth herein.

2. Bayer Pharma AG incorporates by reference the "Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiffs' Amended Joint Complaint as it Relates to the Claims of Plaintiffs Janet Weis and John Weis" as if fully set forth herein, including its response to paragraph 9.

3. Bayer Pharma AG lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and therefore those allegations are denied.

4. Bayer Pharma AG lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and therefore those allegations are denied.

5. Paragraph 5 contains no factual allegations and requires no response. Bayer Pharma AG admits that attached as Attachment 1 to Plaintiffs' Short Form Complaint is a copy of the Severance Order issued by the Court for Plaintiffs Janet Weis and John Weis.

6. Paragraph 6 contains no factual allegations and requires no response. Bayer Pharma AG admits that attached as Attachment 2 to Plaintiffs' Short Form Complaint is a List of Severed Cases.

Bayer Pharma AG requests that Plaintiffs' Complaint be dismissed with prejudice, that judgment be entered in favor of Bayer Pharma AG and against Plaintiffs, and that Bayer Pharma AG be awarded the costs of this action, together with such other and further relief as may be appropriate.

All allegations of the Complaint not expressly admitted are denied.

## DEFENSES

Bayer Pharma AG incorporates by references its defenses in the "Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiffs' Amended Joint Complaint as it Relates to the Claims of Plaintiffs Janet Weis and John Weis," as if fully set forth herein, to the extent applicable.

## JURY DEMAND

Bayer Pharma AG hereby demands a trial by jury on all issues so triable.

February 17, 2016.

    Respectfully submitted,

    */s/ John F. Olinde*
    John F. Olinde, #1515
    Peter J. Rotolo, III, #21848

2640421-1

        CHAFFE McCALL, L.L.P.
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163-2300
        Telephone: (504) 585-7000
        Email: olinde@chaffe.com
        Email: rotolo@chaffe.com

        Steven Glickstein
        KAYE SCHOLER LLP
        250 West 55th Street
        New York, NY 10019-7910
        Telephone: (212)836-8485
        Email: steven.glickstein@kayescholer.com

        William Hoffman
        KAYE SCHOLER LLP
        The McPherson Building
        901 Fifteenth Street, NW
        Washington, DC 20005-2327
        Telephone: (202) 682-3550
        Email: William.hoffman@kayescholer.com

        Pamela J. Yates
        KAYE SCHOLER LLP
        1999 Avenue of the Stars, Suite 1600
        Los Angeles, CA 90067-6048
        Telephone: (310) 788-1278
        Email: pamela.yates@kayescholer.com

        Fred M. Haston, III
        BRADLEY ARANT BOULT CUMMINGS LLP
        One Federal Place
        1819 Fifth Avenue North
        Birmingham, AL 35203
        Telephone: (205) 521-8303
        Email: thaston@babc.com

        *ATTORNEYS FOR BAYER PHARMA AG*

2640421-1

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ John F. Olinde*
