**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION  :       **MDL No. 2592**
                               :
                               :       **SECTION L**
                               :
                               :       **JUDGE ELDON E. FALLON**
                               :
_____:       **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

FRANCES ANDERSON
Civil Action No. 2:15-cv-05664

**PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER HEALTHCARE, LLC**

COMES NOW Plaintiff Frances Anderson by and through her attorneys, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby file this Motion for Voluntary Dismissal solely against Bayer Healthcare, LLC without prejudices and with each party to bear its own fees and costs. The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare, LLC is not intended to have any effect on any claims against any other Defendants in the above action.

                               Respectfully submitted,


Dated: February 17, 2016          /s/ Neil D. Overholtz
                                  Florida Bar No.: 0188761
                                  Aylstock, Witkin, Kreis & Overholtz, PLLC
                                  17 East Main Street, Suite 200
                                  Pensacola, FL 32502-5998
                                  Telephone: (850) 202-1010
                                  Fax: (850) 916-7449
                                  noverholtz@awkolaw.com

*Attorney for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of February, 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record.

/s/ Neil D. Overholtz