UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
                               :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
_____ :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

FRANCES ANDERSON
Civil Action No. 2:15-cv-05664

## ORDER

THIS MATTER, having come before the Court on Plaintiff Frances Anderson's Motion for Voluntary Dismissal without Prejudice of Bayer Healthcare, LLC and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff Frances Anderson's Motion for Voluntary Dismissal without Prejudice of Bayer Healthcare, LLC is GRANTED, each party to bear their own attorneys' fees and costs.

Singed, this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge