UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

FRANCES ANDERSON
Civil Action No. 2:15-cv-05664

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER HEALTHCARE, LLC

COMES NOW Plaintiff Frances Anderson by and through her attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby file this Notice for Voluntary Dismissal solely against Bayer Healthcare, LLC without prejudice and with each party to bear its own fees and costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) a Court Order is not required. The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare, LLC is not intended to have any effect on any claims against any other Defendants in the above action. Pursuant to Fed. R. Civ. P. 41(a)(1)(B), this dismissal is WITHOUT PREJUDICE.

                                      Respectfully submitted,

Dated: February 17, 2016

/s/ Neil D. Overholtz
Florida Bar No.: 0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
noverholtz@awkolaw.com
*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 17th day of February, 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record.


/s/ Neil D. Overholtz