UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
  *All Cases*

## ORDER

The Court has been informed that the parties would like to schedule a telephone conference for the purpose of discussing the production of the personnel files of Sigmond Johnson. Thus,

It is **ORDERED** that lead and liaison counsel for the parties will attend a telephone conference at 11:30 a.m. on Tuesday, February 16, 2016. Counsel shall use the following call-in information: (877) 336-1839; Access Code: 4227405; Security Code: 021616.

It is **FURTHER ORDERED** that counsel for Defendants will file a memorandum in opposition to the production of the personnel files on or before Monday, February 15, 2016.

It is **FURTHER ORDERED** that counsel for Defendants will be prepared to deliver the personnel files of Sigmond Johnson for *in camera* review immediately following the telephone status conference, should circumstances warrant.

New Orleans, Louisiana this 12th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE