MINUTE ENTRY
FALLON, J.
FEBRUARY 16, 2016

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

On this date, the Court held a telephone status conference to discuss the PSC's request for in camera review of personnel files.  Gerald Meunier, Brian Barr, Andy Birchfield, and Lenny Davis participated on behalf of the Plaintiffs.  Jim Irwin, John Olinde, William Hoffman, AND Susan Sharko participated on behalf of Defendants.  This status conference was transcribed by Ms. Karen Ibos, Official Court Reporter.  Counsel may contact Ms. Ibos at (504) 589-7776 to request a copy of the transcript.



1

JS10(00:31