UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

* MDL NO. 2592
* SECTION L
*
* JUDGE ELDON E. FALLON
*
* MAG. JUDGE SHUSHAN

*************************************** *

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

Pursuant to the Court's Order, the Court received materials earlier today composed of Dr. Sigmond Johnson's personnel files. The personnel files concern Dr. Johnson's work performance as an employee of Defendant J&J during a time period pertinent to the litigation. The Court had an opportunity to review the files in great detail, weighing privacy interests against the Plaintiffs' right to discover relevant material.

Dr. Johnson's work was relevant to the development of Xarelto. The Court finds that the materials present some relevance to claims and defenses as well as matters pertinent to cross-examination. The Court notes that there is a salary summary, including bonuses, which likewise has relevance.

However, regardless of the discovery interests at play, the personnel files relevant to the litigation also raise employee privacy interests. The material addresses personal goals, performance evaluations, and salary. Therefore, the personnel files must be placed under seal and used only for purposes of this litigation.

In summary, this material is discoverable, and the Court finds nothing in the files needs to be redacted. The materials shall be presented forthwith.

**IT IS ORDERED** that the personnel file of Mr. Johnson shall be excised of all references to information which the parties jointly agreed shall be redacted pursuant to PTO 20, and then produced to the PSC on or before Thursday, February 18, 2016.

New Orleans, Louisiana this 16th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE