UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       )
PRODUCTS LIABILITY LITIGATION      )   MDL No. 2592
                                   )
                                   )   SECTION L
                                   )
                                   )   JUDGE ELDON E. FALLON
                                   )
                                   )   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

John Lynn

2:15-cv-2149

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW The Driscoll Firm, P.C. pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff John Lynn in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff Lynn retained the services of The Driscoll Firm, P.C. to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On or about June 15, 2015, the undersigned filed a joint complaint under Case Number 2:15-cv-2091 which included the instant cause of action, which was later severed and assigned Case Number 2:15-cv-2149.

3. On or about June 12, 2015, The Driscoll Firm, P.C. sent correspondence to Plaintiff Lynn requesting information essential to litigating this case, and requested a response by June 30, 2015.

4. Counsel sent follow up letters to Plaintiff Lynn on October 7th, October 14th, October 27th, and December 14th, 2015 regarding the requested information.

5. Counsel called Plaintiff Lynn to follow up regarding the requested information on July 8th, September 22nd, September 23rd, September 30th, October 6th, October 14th, November 9th, and

November 18th, 2015, and on January 28th, February 11th, February 12th, and February 17th, 2016; however, to date, Plaintiff Lynn has not provided the information requested.

6. On or about January 19, 2016 the undersigned sent correspondence to Plaintiff Lynn requesting that he contact The Driscoll Firm, P.C. regarding his claim and the above requested information. The Driscoll Firm, P.C. warned that failure to respond with the required information would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff Lynn.

7. To date, Plaintiff Lynn has not provided the information requested.

8. Plaintiff Lynn's current mailing address is P.O. Box 1141, Dauphin Island, AL 36528, and phone number is 251-554-7260.

9. On February 17, 2016, The Driscoll Firm, P.C. served to Plaintiff Lynn correspondence via certified mail indicating that the law firm must withdraw.

10. For the foregoing reasons, Plaintiff Lynn failed substantially to fulfill an obligation to his attorney.

11. Further, The Driscoll Firm, P.C. gave Plaintiff Lynn reasonable warning of the law firm's intent to withdraw unless Lynn fulfilled the obligation to share information and to communicate with his attorneys.

12. The Driscoll Firm, P.C. notified Plaintiff Lynn of past and future deadlines.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: February 17, 2016

        Respectfully submitted,

       **THE DRISCOLL FIRM, P.C.**

      */s/John J. Driscoll*
      JOHN J. DRISCOLL
      MO State Bar No. 54729
      211 N. Broadway, 40th Floor
      St. Louis, MO 63102
      314-932-3232
      314-932-3233 fax
      john@thedriscollfirm.com
      **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2016, the forgoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that correspondence was sent via certified mail to John Lynn at P.O. Box 1141, Dauphin Island, AL 36528 notifying him of all deadlines and court appearances.

              The Driscoll Firm, P.C.

              /s/Andrew D. Kinghorn