# EXHIBIT 1

If you or a loved one was affected by Xarelto you may qualify for compensation.

![Xarelto Lawsuits - drugwatch]

## Xarelto Bleeding Lawsuits

The blood-thinner Xarelto can cause unco…          **Learn More**

www.drugwatch.com

 Like           Comment           Share

## 40 people like this.

 **Tim Scott**

It caused my moms death. Stay away from it

 August 3 at 6:19 AM · Like · 👍 1 · Reply

**DrugWatch**

**DANGEROUS BLOOD THINNER DRUG XARELTO**

You may be eligible for financial compensation

# CALL NOW!

## 800-969-5093

### Free Confidential Consultation

Pulaski Law Firm P.L.L.C. is located at 2925 Richmond Ave, Suite 1725, Houston, TX 77098 for the content of this advertisement. Pulaski Law Firm P.L.L.C. may jointly represent clients associated with this advertisement and may refer clients to other lawyers or law firms to the extent permitted by the rules of professional conduct. THIS IS AN ADVERTISEMENT. The choice of a lawyer is an important decision and it should not be based solely upon advertisements. The information you obtain from this advertisement is not, nor is it intended to be, legal advice. Past verdicts and settlements are no indication of future results in resulting claims.

**Pulaski Law Firm P.L.L.C.**

If you or a loved one took Xarelto or Pradaxa and were then hospitalized due to a serious bleeding event, you may be entitled to a cash award. These blood thinning drugs have been linked to:

- **SERIOUS INTERNAL BLEEDING**
- **STROKES**
- **HEART ATTACKS**
- **DEATH**

For a free consultation, call Goza Honnold toll free at 1-800-483-7500. Time restrictions apply, so don't delay. Call now!!



## BLOOD CLOT FILTER ALERT

The FDA reports that surgically implanted IVC blood clot filters may move or break, which may result in:

- **SERIOUS INTERNAL BLEEDING**
- **PUNCTURED INTERNAL ORGANS**
- **HEART OR LUNG DAMAGE**
- **DEATH**

Call Goza Honnold toll free at 1-800-483-7500 for a free consultation if you've had an IVC blood clot filter implanted in your body, as you may be at serious risk or in case you suffered serious injuries as a result, as you may be entitled to money damages.



*Dramatization*

## SERIOUS INFECTION FOLLOWING HIP OR KNEE REPLACEMENT SURGERY?

If you or a loved one developed a serious infection, such as MRSA or STAPH, following hip or knee replacement surgery, which then required one or more of the following, you may be entitled to a cash award:

- **ADDITIONAL SURGERIES**
- **IV ANTIBIOTICS**
- **REMOVAL OF IMPLANT**
- **AMPUTATIONS**

For a free consultation, call Goza Honnold toll free at 1-800-483-7500. Time restrictions apply, so don't delay. Contact us right now!

gozahonnold
TRIAL LAWYERS

USDRUGALERT.COM

*Never stop taking any medication without speaking to your doctor.*

**YOU MAY BE ENTITLED TO COMPENSATION**



h ever
ve di-
on and
state-
under-
ess to
illness
orm in

**ge 2A**

the show's next airing. The
scheduled the next showing
of "Dead of Winter" to 11
p.m. Feb. 14.
» IndyStar corrects its mis-
takes. If you spot something
you believe is an error, call
(317) 444-6000.

tem."

step is to strengthen
community supports for
people with mental ill-
nesses. She said a lack of
community resources is
one of the reasons so
many people with mental

Adams said, and that's
[illegible] designed
to do.

Indiana Protection
and Advocacy Services
and the ACLU of Indiana
sued the Indiana Depart-
ment of Correction in
2008 over its treatment
of some prisoners with
severe mental illnesses.
The state had placed
those prisoners in isola-
tion with little to no ac-
cess to treatment, caus-
ing them to experience
hallucinations, increased
paranoia and depression
or suicide.

Ken Falk, legal direc-
tor of the ACLU of Indi-
ana, said 600 prisoners
with serious mental ill-
nesses were being kept in
segregation at the time
the lawsuit was filed.

In 2012, U.S. District
Court Judge Tanya Wal-
ton Pratt ruled the DOC
had violated the Eighth
Amendment, which pro-
hibits cruel and unusual
punishment. She ordered
the parties involved in

disability
You can c
www.in.g

the laws
solving t

The s
ment, w
ted We
judge fo
quires s
facilitie:
ualized
created
professi
miliar w
There a
hours pe
peutic p
each pr
recreati
and add
and o
when ap

The I
largely
the term
ment. It
250-bed
the Per
tional Fa
modate
mates

**)**
**T**

police
on to
**2A**

(Advertising Material)

**ATTENTION**

# XARELTO®
# Users

**Have you taken Xarelto and suffered complications?**

- Patients are suffering severe, uncontrollable bleeding
  and have been linked to hundreds of deaths and severe
  injuries.

- Some of the potentially fatal conditions Xarelto users
  have suffered include:

  - Gastrointestinal bleeding
  - Brain hemorrhaging
  - Bleeding from the rectum
  - Kidney bleeding
  - Other internal bleeding

- If you or a loved one has suffered an injury that may
  be related to the Xarelto, you may have a legal claim.

If you would like further information, please call anytime (24 hours a day):

**ROBERT T. DASSOW**
*HOVDE DASSOW + DEETS, LLC*
10201 N. Illinois Street, Suite 500
Indianapolis, IN 46290
**Telephone: (317) 818-3100**
**Toll Free: 1-888-404-6833**
Email: firm@hovdelaw.com

**Firm also handles: Benicar, Testosterone Therapy ,
Risperdal, Actos (bladder cancer), DaVinci Robotic
Surgery, Transvaginal Mesh, Zofran, Hip Failure Cases
(Stryker/Depuy Pinnacle)**

IB-IND0005441-01


# DONATE YOUR
## *Wheels For*
## *Wishes* Benefiting
### Make-A-Wish®
### Ohio, Kentucky
### and Indiana

*Free Vehicle/Boat Pickup ANYWHERE
*We Accept All Vehicles Running or Not
* 100% Tax Deductible

**WheelsForWishes.org**     **Call: (317)**
IB-IND0005261-01  *Wheels For Wishes is a DBA of Car Donation F*

OTTS
TE
nsors
pate,
**1B**

s!

/
*

g
com
u

# THE INDIANAPOLIS STAR

PART OF THE USA TODAY NETWORK     Vol. 113, No. 204

**Published daily and Sunday by Star Media**
130 South Meridian Street, Indianapolis, IN 46225
**www.indystar.com**

**Advertising Standards:** Merchandise and services
advertised in The Indianapolis Star are expected to be
accurately described and readily available at the
advertised price. Advertising complaints should be
directed, in writing to: Advertising Department
c/o Advertising Director, The Indianapolis Star,
130 S. Meridian St., Indianapolis, IN 46206-0145.
**Holiday Distribution:** All home delivery subscribers
will receive a newspaper on Thanksgiving Day. The
Thanksgiving Day print edition is delivered with all
subscriptions that include print edition home delivery

and will l
regular S
**Mail:** Sul
subscripti
subscripti
maintain
Indiana (
**Postmas**
Star, 130
**Circulat**

         

Browse  Pages  Index  Options  Editions  Search  Help  51%  Fit

 **Like**   **Comment**   **Share**

## Suggested Post

 **Xarelto Injury Claims**
Sponsored · 🌐 

Xarelto Bleeding Lawsuit: Hospitalization with Internal Bleeding - Settlement for Similar Drug Paid an Average of $160,000 per Victim



**Take This FREE Evaluation**
Time is running out to participate.
FREE Case Review







# Xarelto Pradaxa

## SERIOUS INTERNAL BLEEDING · STROKE · DEATH



**Available 24 Hours a Day**

**LawyerWorks.com**

**RESPONSIBLE ATTORNEYS: FERRER, POIROT & WANSBROUGH®**

2603 Oak Lawn, Suite 300, Dallas, TX 75219

Firm attorneys licensed in Arkansas, California, Colorado, District of Columbia, Georgia, Illinois, Massachusetts, Minnesota, Missouri, New York, North Carolina, Oklahoma, Pennsylvania, Texas, West Virginia, and Wisconsin and all associate local counsel in other jurisdictions. Clients not accepted in states where unauthorized by state bar rules. The choice of a lawyer is an important decision and should not be based solely upon advertisements. Prior results do not guarantee a similar outcome. Free background information available upon request. No representation is made that the quality of legal services to be performed is greater than the quality of legal service performed by other lawyers. The Wyoming State Bar does not certify any lawyer as a specialist or expert. Lawyers considering a lawyer should independently investigate the lawyer's credentials and ability and not rely upon advertisements or self-proclaimed expertise. THIS IS AN ADVERTISEMENT. NON-LAWYER PAID SPOKESPERSON.

**SERVICES MAY BE PERFORMED BY OTHERS. Cases likely to be referred.**

Xarelto is a registered trademark of Bayer HealthCare AG. Pradaxa® is a registered trademark of Boehringer Ingelheim Pharma GmbH & Co. KG.

RIEDERS PHARMACEUTICAL UPDATE

Our firm has been heavily involved in Xarelto (rivaroxaban) mass tort litigation.  Xarelto, like Pradaxa, where we recently reached a settlement in our cases as part of a federal multi-district litigation, is an anticoagulant drug used to treat atrial fibrillation that has been associated with high numbers of adverse reports of thrombotic or bleeding events and hemorrhagic stroke.  Xarelto is manufactured and marketed by Bayer and Janssen Pharmaceuticals.  We are continuing to review potential Xarelto cases.  FDA adverse event reports to the FDA for both Pradaxa and Xarelto have been higher in recent years than for almost any other medication on the market.  Our firm has chosen to file in Pennsylvania State Court, in the Philadelphia Court of Common Pleas, where hundreds of the pending Xarelto cases have been recently consolidated into a mass tort as part of the Court's product liability mass tort program.  We expect to review and file additional cases in the coming months. In addition, other Xarelto cases filed in federal court have been consolidated into a MDL in Louisiana.

We remain concerned about several drugs used to treat Type 2 diabetes impacting the GLP-1 metabolic pathway, that have been shown in recent medical literature to increase the risk of pancreatic cancer.  These incretin mimetic drugs are Januvia (sitagliptin), manufactured by Merck Pharmaceuticals, Janumet (a combination of sitagliptin and metformin), also manufactured by Merck, Byetta (exenatide) marketed by Amylin Pharmaceuticals and Bristol Myers Squibb, and formerly marketed by Eli Lilly & Company and Victoza (liraglutide), manufactured by Novo Nordisk.  A consolidated multi-district litigation (MDL) is pending involving all four of these drugs in California federal court, while our firm has numerous cases pending.

We are also reviewing and filing cases concerning testosterone replacement therapies.  Two recent clinical studies, published in 2013 in the Journal of the American Medical Association and in 2014 in the medical journal PLOSOne support a strong link between testosterone replacement therapies and the risk of heart attack or stroke.  These drugs include AbbVie's AndroGel (the market leader), Auxilium's Testim, Eli Lilly's Axiron, and Actavis's AndroDerm.  A multi-district litigation has been set up in the Northern District of Illinois.

Other devices and drugs that remain a focus of our concern include the Mirena IUD, the Stryker Rejuvenate and ABG II hip implant, Benicar and transvaginal mesh products.  We continue to remain active in these areas, and in particular have numerous transvaginal mesh implant cases pending as part of several mutli-district litigations in federal court in West Virginia.

Finally, none of these cases involve claims against the prescribing physician since they did not have prior notice of the drug related issue.

If you have any questions or concerns please contact Cliff Rieders directly.

**Clifford A. Rieders**
**National Board of Trial Advocacy**
For more information regarding these drugs, please visit www.druglitigationfirm.com.

RIEDERS, TRAVIS, HUMPHREY, WATERS, & DOHRMANN
161 WEST THIRD STREET
WILLIAMSPORT, PA  17701                                   570-323-8711

# THIS BLOOD THINNER IS CAUSING DEATH!
## LEGAL HELP IS AVAILABLE. CALL TODAY!

D. MILLER LAW

## Xarelto Lawsuit: Have You Taken Xarelto?

If you or someone you know have experienced bleeding problems after taking Xarelto, we need to speak with you immediately. You may have a claim against the drug manufacturer because it is alleged that they did not properly warn the public about this serious life threatening side effect.

Learn what side effects are being caused by Xarelto and how to file a claim against Xarelto for no out of pocket expense. Call us now: 800-341-1923.

Call us for a free case consultation.
800-341-1923

Turn Me Over for another great offer!

Xarelto
(rivaroxaban)
Tablets 20 mg
90 Tablets

NM1504-1001óNLCC



Find out if you qualify for the huge Xarelto Medicine Lawsuit Settlement now!



## STEP 1

**SEE IF YOU QUALIFY. ONLY TAKES 30 SECONDS!**

Have you or a loved one taken the medication Xarelto?



Is an attorney representing you for this case already?

NEXT

Finding out if you are eligible for a large settlement for your blood thinner medicine injury is 100% Free, fast and easy!

If you have been injured by Xarelto medicine we can help!

Let us help fight for your rights to save you from the prescription drug companies!

There is NO Obligation - simply speak
to one of our attorneys to find out
what we can do for you

© Copyright 2015 BloodThinnerLawsuit.co All Rights Reserved,

Home  /  More Info  /  Contact Us  /  Privacy Policy  /  Terms and Conditions
By clicking above, you agree to the Privacy Policy and authorize BloodThinnerLawsuit.co
and up to two Attorneys to call or send pre-recorded or text messages to the telephone
number that you entered above using automated telephone technology, even if your
telephone number is currently listed on any any state, federal or corporate "Do Not Call"
list, and you are not required to give your consent as a condition of any purchase.

Attention: Did you take this blood thinner? If so you may be entitled to compensation!





*Pradaxa* & **Xarelto**®

LINKED TO INTERNAL BLEEDING!

Uncontrolled Bleeding and Death

1-800-865-5000

KIRKENDALL DWYER LLP

**Any medical decision is important.** Please consult your physician before altering usage of any drug.

Andrew Kirkendall (Good-Dallas PKWY, STE 825, Dallas, Texas, 75248) is licensed to practice law in Texas, but associates with attorneys throughout the country. Cases of this type may be referred to other attorneys or be responsible. NOT all cases are accepted in all states. Prior results do not guarantee a similar outcome. Court costs and case expenses may be substantial. When considering a lawyer should independently investigate the lawyer's credentials and ability, and not rely solely upon advertisements or self-proclaimed expertise. The choice of a lawyer is an important decision and should not be based solely upon qualifications and experience. Before you decide, ask us to send you free written information about our qualifications and experience. No representation is made that the quality of the legal services to be performed is greater than the quality of legal services performed by other lawyers.

FREE BACKGROUND INFORMATION AVAILABLE UPON REQUEST
Principal Offices in Dallas and Houston, TX





# THIS BLOOD THINNER IS CAUSING DEATH

## LEGAL HELP IS AVAILABLE. CALL TODAY!

Xarelto
(rivaroxaban)
Tablets 20

## Xarelto Lawsuit:
## Have You Taken Xarelto?

## Call us for a
## free case consultation.
## 800-310-6997

D. MILLER LAW

# Rivaroxaban (Xarelto)
Blood Thinner Uses & Bleeding Side Effects

# Xarelto: a truly dangerous medication



Xarelto is the commercial brand owned and registered by Bayer to market the drug Rivaroxaban (BAY 59-7939). Xarelto (Rivaroxaban) is a Novel Oral Anticoagulant (NOAC) marketed in the United States Xarelto by Janssen Pharmaceuticals, and was the first orally active direct Factor Xa inhibitor available. Since the first launch in 2008 it has been approved by many international regulatory authorities, such as the US Food and Drugs Administration (FDA), as a blood thinner for many indications, including the prophylaxis and treatment of deep venous thrombosis (DVT) in patients undergoing hip or knee replacement surgery, the reduction of risk of stroke in patients with non-valvular atrial fibrillation, and the treatment of pulmonary embolism (PE) [1]. Xarelto inhibits Factor Xa interrupting both the intrinsic and extrinsic pathways of the blood coagulation cascade, but because of its peculiar and unique mechanism of action there's still no known antidote [2], making it very risky for patients in the eventuality of an uncontrollable bleeding accident. Many lawsuits were filed in the past to account for a number of patient 's internal bleeding cases that eventually caused their deaths, and both Bayer and Janssen Pharmaceuticals were accused of concealing important safety information, of insufficiently warning patients about the drug's potential risks, and of not testing the drug enough before releasing it on the market.

Because of its potential risk for internal bleeding and lack of an approved antidote to correct them, mistakes with the administration of this medication may cause devastating and sometimes fatal effects on patients, and for these reasons the Institute for Safe Medication Practices (ISMP) included

Xarelto among its list of high-alert medications as a drug with an "heightened risk of causing significant patient harm" [3]. To further underline its dangerousness FDA labeled this medication with some of the most severe warnings and contraindications such as gastrointestinal and intracranial bleeding, including the risk for spontaneous spinal epidural hematoma, a condition which may lead to permanent paralysis in patients receiving anesthesia or undergoing spinal puncture [4].

The risk of severe and uncontrolled internal bleeding has always been one of the major issues with all blood thinners, but even if the incidence of major bleeding incidents observed in patients receiving Xarelto was just slightly higher than in those taking Coumadin (Warfarin) (4.3% for Xarelto vs. 3.1% for Warfarin) [5], the effects of Coumadin can be still reversed with the quick administration of vitamin K or other substances [6], and while the adverse effects are still dangerous and can be deadly [7], at least there's still a treatment option available for doctors to save patient's life: an option which is absent with Xarelto and other NOACs. Also it should be noted that while during the administration of Warfarin the patients requires a careful monitoring of their dietary regime, drug interactions and need to perform frequent blood testing to evaluate the medication's effectiveness and safety, and most importantly, to properly adjust its dosage [8], no such monitoring is required with Xarelto posing a greater risk for unexpected accidents. During the so-called ROCKET AF double-blind trial that involved 14,264 patients with atrial fibrillation, Xarelto was never deemed to be superior to Warfarin: the results observed just defined it as "noninferior" or just as effective for preventing stroke or systemic embolism as warfarin [5]. One of the FDA reviewers who examined the data from the trial also pointed out that Warfarin was administered in a sub-optimal way, and the commission recommended that an additional study on Rivaroxaban is required to properly assess its potential stroke and bleeding risks [9].



Clinically and/or major relevant bleeding event rates during anticoagulant therapy increase significantly up to double if the patients takes most common over-the-counter painkillers such as non-steroidal anti-inflammatory drugs (NSAIDs) and Aspirin [10]. Also, sudden discontinuation of treatment with all blood thinners can be fatal because it considerably increases the risk of developing blood clots in the brain [11]. However there's an increasing amount of clinical evidence that points out that Xarelto can actually be linked to an *increased* risk for blood clot related injuries such as pulmonary edema or venous thromboembolism instead of preventing them. During the first quarter of 2012 the Institute

for Safe Medicine Practices (ISMP) found that out of 356 cases of patients reporting serious, disabling, or fatal injuries in which Rivaroxaban was deemed the principal responsible, 158 of them (44%) were thromboembolic events mostly occurring in younger patients, thus constituting the predominant serious adverse event type reported [12].

In the past FDA already reported how bleeding events constitutes the serious adverse effect with the highest risk in prescription drug therapy, demonstrating how treatment with blood thinners is accompanied by risks so substantial, they're even higher than those that usually accompany treatment with antiblastic chemotherapy drugs such as carboplatin [13]. Pradaxa (Dabigatran) for example accounted for 3,781 adverse events in 2011, including 542 patient deaths, surpassing all other regularly monitored drugs in reports of hemorrhage (2,367 cases), acute renal failure (291), and stroke (644) [14]. Similarly to Xarelto, Pradaxa is a blood thinner with no known antidote, so there's no way to reverse its potentially fatal effects which aren't completely mitigated even by reducing its dosage [15]. Trying to manage the overwhelming amount of lawsuits filed by many patients against Pradaxa's manufacturer Boehringer Ingelheim, accounting them responsible for many deaths and/or severe accidents caused by this medication, the pharmaceutical company opted to pay up to $650 million to settle thousands of cases. Bayer instead keep claiming yet today that Xarelto is safe [16]. However, a more recent study pointed out that NOACs were also associated with a significantly higher risk of gastrointestinal bleeding when compared to Warfarin. The study results showed a 50% increase in the risk of gastrointestinal bleeding with Dabigatran and a more than twofold higher risk of bleeding with Rivaroxaban compared with Warfarin [17].

*Article written by Dr. Claudio Butticè, Pharm.D.*

**Bibliographic References**

[1]. FDA U.S. Food and Drug Administration Website: "*MEDICATION GUIDE XARELTO® (zah-REL-toe) (rivaroxaban) tablets*"Reference ID: 3688029
http://www.fda.gov/downloads/drugs/drugsafety/ucm280333.pdf (Accessed June 2015):

[2]. "*Bleeding with dabigatran, rivaroxaban, apixaban. No antidote, and little clinical experience.*" Prescrire Int. 2013 Jun;22(139):155-9.

[3]. Institute for Safe Medication Practices (ISMP) "*ISMP List of High-Alert Medications in Acute Care Settings*"https://www.ismp.org/tools/highalertmedications.pdf (Accessed June 2015)

[4]. Jaeger M, Jeanneret B, Schaeren S. "*Spontaneous spinal epidural haematoma during Factor Xa inhibitor treatment (Rivaroxaban).*" Eur Spine J. 2012 Jun;21 Suppl 4:S433-5.

[5]. Patel MR, Mahaffey KW, Garg J, et al; and the ROCKET AF Steering Committee, for the ROCKET AF

Investigators. "*Rivaroxaban versus warfarin in nonvalvular atrial fibrillation*." N Engl J Med. 2011;365 (10):883-891.

[6]. J P Hanley "*Warfarin reversal*" J Clin Pathol. 2004 Nov; 57(11): 1132–1139.

[7]. Daniel S. Budnitz, M.D., M.P.H., Maribeth C. Lovegrove, M.P.H., Nadine Shehab, Pharm.D., M.P.H., and Chesley L. Richards, M.D., M.P.H. "*Emergency Hospitalizations for Adverse Drug Events in Older Americans*" N Engl J Med 2011; 365:2002-2012 November 24, 2011

[8]. Baglin TP, Keeling DM, Watson HG; British Committee for Standards in Haematology "*Guidelines on oral anticoagulation (warfarin): third edition–2005 update.*". Br J Haematol. 2006 Feb;132(3):277-85.

[9]. Huffpost Healthy Living "*FDA Advisers Review Clot Drug Xarelto*" http://www.huffingtonpost.com/2011/09/08/fda-advisers-review-clot-drug-xarelto_n_954113.html Posted: 09/08/2011 (Accessed June 2015)

[10]. Bruce L. Davidson, Sara Verheijen, Anthonie W. A. Lensing, Martin Gebel, Timothy A. Brighton, Roger M. Lyons, Jeffrey Rehm, Martin H. Prins: "*Bleeding Risk of Patients With Acute Venous Thromboembolism Taking Nonsteroidal Anti-Inflammatory Drugs or Aspirin.*" JAMA Intern Med. 2014;174(6):947-953. doi:10.1001/jamainternmed.2014.946.

[11]. Raunsø J, Selmer C, Olesen JB, Charlot MG, Olsen AM, Bretler DM, Nielsen JD, Dominguez H, Gadsbøll N, Køber L, Gislason GH, Torp-Pedersen C, Hansen ML. "*Increased short-term risk of thrombo-embolism or death after interruption of warfarin treatment in patients with atrial fibrillation*". Eur Heart J. 2012 Aug;33(15):1886-92.

[12]. Institute for Safe Medication Practices (ISMP) "*QuarterWatch Monitoring FDA MedWatch Reports – Why Reports of Serious Adverse Drug Events Continue to Grow – October 3, 2012 – Data from 2012 Quarter 1*" http://www.ismp.org/quarterwatch/pdfs/2012Q1.pdf (Accessed June 2015)

[13]. Food and Drug Administration Web site. "*Adverse Event Reporting System (AERS). (2011)*" http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/AdverseDrugEffe cts/default.htm (Accessed February 2011).

[14]. Institute for Safe Medication Practices (ISMP) "*QuarterWatch Monitoring FDA MedWatch Reports – Anticoagulants the Leading Reported Drug Risk in 2011 – May 31, 2012 – New Data from 2011 Quarters 3 – 4*" http://www.ismp.org/quarterwatch/pdfs/2011Q4.pdf (Accessed June 2015)

[15]. Paul Harper, Laura Young, Eileen Merriman: "*Bleeding Risk with Dabigatran in the Frail Elderly*" N Engl J Med 2012; 366:864-866

[16]. Frank Siebelt, Jonathan Gould, William Hardy: "*Bayer faces law suits in United States over Xarelto: paper*" http://www.reuters.com/article/2014/06/14/us-bayer-suit-idUSKBN0EP0HW20140614 Reuters website, June 14, 2014. (Accessed June 2015)

[17]. Hsien-Yen Chang, Meijia Zhou, Wenze Tang, G Caleb Alexander, Sonal Singh: "*Risk of gastrointestinal bleeding associated with oral*

# Rivaroxaban (Xarelto)
Blood Thinner Uses & Bleeding Side Effects

## What is Xarelto (rivaroxaban) ?



**Xarelto (rivaroxaban)** is a recently developed and U.S. FDA approved oral anticoagulant, or a blood-thinning drug.

Xarelto is a selective inhibitor of Factor Xa which is used in the prevention of stroke and venous embolism in patients with chronic atrial fibrillation, as well as treatment and prevention of deep venous thrombosis and pulmonary embolism.

Xarelto is available in tablets of 10, 15 and 20 mg, and the recommended dose in adults is 10 to 20 mg once daily depending upon indication and renal function.

Compared with warfarin, a traditional blood thinner, Xarelto® has some advantages, including fewer interactions with food and other drugs, rapid onset, and freedom from the need to have periodic blood test monitoring. And whereas the effects of it wane within a short time frame after they are stopped, a day or so, the effects of warfarin persist for many days after it is discontinued.

Case 2:14-md-02592-EEF-MBN   Document 2286-1   Filed 02/17/16   Page 26 of 36

### What are the Indications of Xarelto® and Who Should Use it?

Xarelto® is approved to be used for the treatment of patients with following indications:

- Xarelto® is indicated to reduce the risk of stroke and systemic embolism in patients with nonvalvular atrial fibrillation.
- There are limited data on the relative effectiveness of Xarelto® and warfarin in recuding the risk of stroke and systemic embolism when warfarin is well-controlled.
- Xarelto® is indicated for the treatment of deep vein thrombosis (DVT)
- Xarelto® is indicated for the treatment of pulmonary embolism (PE)
- Xarelto® is indicated for the reduction in the risk of recurrence of DVT and of PE following initial 6 months treatment for DVT and/or PE
- Xarelto® is indicated for the prophylaxis of DVT, which may lead to PE in patients undergoing knee or hip replacement surgery



### What are the Side Effects of Xarelto?

Anticoagulants have been known for many years to produce a striking (more than 50%) decrease in the rate of stroke, but they also prevent clotting in locations and situations where clotting is desirable. In other words, they can cause bleeding.

Xarelto®, like other anticoagulants, is associated with bleeding adverse events (5% to 6%, major in ~1%), but these are no more frequent than with low molecular weight heparins or warfarin. Side effects not directly attributable to the anticoagulant activity of rivaroxaban are not common, but can include nausea, abdominal discomfort, back pain, anorexia, fever, and skin rash.

- Premature discontinuation of Xarelto® increases the risk of thrombotic events

Premature discontinuation of Xarelto®, in the absence of adequate alternative anticoagulation increases the risk of thrombotic events. An increased rate of stroke was observed during the transition from Xarelto® to warfarin in clinical trials in atrial fibrillation patients.

- Risk of bleeding

*Xarelto® can cause bleeding*, which can be serious, and rarely may lead to death. This is because Xarelto® is a blood thinner medicine that reduces blood clotting.

While taking Xarelto®, patients are likely to bruise more easily and it may take longer for bleeding to stop.

- Risk of developing an epidural or spinal hematoma when neuraxial anesthesia or spinal puncture is employed

When neuraxial anesthesia (spinal/epidural anesthesia) or spinal puncture is employed, patients treated with Xarelto® for prevention of thromboembolic complications are at risk of developing an epidural or spinal hematoma which can result in long-term or permanent paralysis.

## Other Safety Concerns of Xarelto

While bleeding is a common complication associated with anticoagulants, it has been alleged that Xarelto® is more dangerous than traditional blood thinners because no specific antidote for Xarelto® is available yet.

Moreover, in recent years, safety concerns have been raised about hepatic safety of Xarelto®.

Example case:

A case study in JAMA Internal Medicine reports on two patients that experienced severe liver injury onset during treatment with the oral anticoagulant rivaroxaban.

The first patient was a 52-year-old man who developed severe lobular hepatitis two months after initiation of rivaroxaban 10mg/day for the prevention of deep vein thrombosis (DVT) after internal fixation of a tibia fracture. The preserved lobular architecture and lack of fibrosis of portal tract were consistent with a drug-related liver injury. After cessation of rivaroxaban, the patient had a full clinical and partial biochemical recovery after 14 days. However, the patients had also been treated with other potentially hepatotoxic drugs (ibuprofen and pantoprazole).

The second patient, a 73-year-old woman prescribed 10mg/day of rivaroxaban after a total knee replacement for the prevention of DVT, experienced mixed liver injury but liver enzyme levels and bilirubin concentration restored to normal levels after 14 days of rivaroxaban cessation. This patient was also taking levothyroxine and lisinopril, which were not discontinued.

The authors speculate that rivaroxaban was most likely the cause of drug-induced liver injury (DILI) in both patients and that physicians should be aware of this potentially severe adverse drug reaction. They also emphasize that a warning regarding symptomatic liver injury should be included in the drug label.

However, a systematic review and meta-analysis of phase III randomised controlled trials (RCTs) indicate that the new oral anticoagulants (NOACs), including rivaroxaban, do not increase the risk of drug-induced liver injury.

According to NIH drug record of rivaroxaban, liver injury attributed to rivaroxaban varies from mild serum ALT elevations to liver injury with jaundice, but is usually mild and self-limited, resolving within a few weeks of stopping. Cases of acute liver failure, chronic hepatitis or vanishing bile duct syndrome due to rivaroxaban have not been reported.

Reference:

1. Medicine Guide of Xarelto® from U.S. FDA
2. S. FDA approved Prescribing Information of Xarelto®
3. NIH Drug Record of RIVAROXABAN
4. Evangelia Liakoni, MD; Alexandra E. Rätz Bravo, PhD; Luigi Terracciano, MD; Markus Heim, MD4; Stephan Krähenbühl, MD, PhD; Rivaroxaban and Liver Injury: Case Studies Add to Safety Questions. JAMA Intern Med. 2014; 174(10):1683-1686. doi:10.1001/jamainternmed.2014.3912.
5. Daniel Caldeira; Márcio Barra; Ana Teresa Santos; Daisy de Abreu; Fausto J Pinto; Joaquim J Ferreira; João Costa; Risk of Drug-induced Liver Injury With the New Oral Anticoagulants. Heart. 2014;100(7):550-556.

 Like  Comment  Share

helia Bayes likes **Frank Jenkins Law** ffice.

 **Frank Jenkins Law Office**
Sponsored 

ARELTO is a blood thinner that may cause ncontrollable bleeding and even DEATH. ictims may qualify for compensation. Call s to talk about your case for FREE. 59-389-9344

Likes    Comments

 Like  Comment  Share

Xarelto Settlement | Facebook



Email or Phone
jwagner@kramerlevin.com

Password

Log In

Keep me logged in          Forgot your password?

Xarelto Settlement
is on Facebook.
To connect with Xarelto Settlement, sign up for Facebook today.

Sign Up    Log In

Xarelto Settlement
Community

Timeline    About    Photos    Likes    Videos

**PEOPLE**

995 likes

**ABOUT**

Xarelto Lawsuits and Settlement Claims. Xarelto may be linked to internal bleeding that leads to serious side effects and death.

http://injurysurvey.com/xarelto

**PHOTOS**



**POSTS TO PAGE**

 John Sayles
March 30 at 9:07am

Xarelto need a Layman page. It tell you should not take with other d... See More

Like · Comment · Share                    1

English (US) · Privacy · Terms · Cookies · Advertising · More
Facebook © 2015

**Xarelto Settlement**
April 13 at 6:06am

Blood Thinner Tied to Internal Bleeding

Sold and marketed by Bayer and Janssen Pharmaceuticals, Xarelto is a popular blood thinner prescribed to treat or prevent blood clots. Like a similar drug, Pradaxa, Xarelto can cause serious internal bleeding, which can lead to death.

Those HOSPITALIZED due to INTERNAL BLEEDING after taking the blood thinner Xarelto, may qualify for paid medical bills and a cash settlement. See if you qualify !... See More



Xarelto Lawsuits – Get Help Filing a Lawsuit for Blood Thinner A-fib, Pulmonary Embolism, DVT...

Finding out if you are eligible for a large settlement for your blood thinner medicine injury is 100% Free, fast and easy!

INJURYSURVEY.COM

Like · Comment · Share

Jackie Bellow, Teresa Yeary and 2 others like this.

2 shares

**Xarelto Settlement**
April 12 at 1:46am

Many Americans have been injured by Xarelto blood thinner medicine and don't know they qualify for a massive settlement and help with all hospital bills. Find out if you qualify now online before its too late! ->
http://injurysurvey.com/xarelto



**Xarelto Lawsuits - Get Help Filing a Lawsuit for Blood Thinner A-fib, Pulmonary Embolism, DVT...**

Finding out if you are eligible for a large settlement for your blood thinner medicine injury is 100% Free, fast and easy!

INJURYSURVEY.COM

Like · Comment · Share

Carolyn Emerick, Carla Jean Swift-Davis, Gary Mortimer and 77 others like this.

Top Comments

46 shares

 **Joeanne Elkins** The problem with these meds is there is not an antidote so if a person has an abdominal bleed or a cranial bleed then there is no other med to give to stop the bleeding. On the bright side then the blood does not have to be tested every week or two the medication might be easier to get for people who are not able to get to a lab every week.
3 · April 12 at 1:28pm

 **Mildred Peterson** why do they still advertise it??????????????
2 · April 12 at 12:57pm

View 13 more comments

**Xarelto Settlement**
April 6 at 11:47pm ·

http://www.bloomberg.com/.../bayer-jj-face-calls-to-consolide...



**Bayer, J&J Face Calls to Consolidate Xarelto Blood-Thinner Suits**

Connecting decision makers to a dynamic network of information, people and ideas, Bloomberg quickly and accurately delivers business and financial information, ...

BLOOMBERG.COM

Like · Comment · Share

Teresa Yeary likes this.

**Xarelto Settlement**
April 5

http://www.reuters.com/.../us-bayer-xarelto-idUSBRE9970AH2013...

Xarelto Settlement | Facebook



Reports of side-effects from Bayer's Xarelto grow: Spiegel

FRANKFURT (Reuters) - Bayer faces a growing number of reports of suspected undesirable side-effects from its stroke prevention pill Xarelto, German magazine...

REUTERS.COM  |  BY REUTERS EDITORIAL

Like · Comment · Share

Teresa Yeary likes this.

Xarelto Settlement
April 3

Millions of Americans have been injured by Xarelto blood thinner medicine and don't know they qualify for a massive settlement and help with all hospital bills. Find out if you qualify now online before it's too late! -> http://injurysurvey.com/xarelto



Xarelto Lawsuits - Get Help Filing a Lawsuit for Blood Thinner A-fib, Pulmonary Embolism, DVT...

Finding out if you are eligible for a large settlement for your blood thinner medicine injury is 100% Free, fast and easy!

INJURYSURVEY.COM

Like · Comment · Share

Barb Gruber, Debbie A Merlino, Robster Zeller Jr. and 2,642 others like this.

Top Comments

769 shares

 Krynson Wooten Jesko My husbands on it. It's a choice. What are the consequences without it? It's ALWAYS experimental, people react differently to medication. The truth is that we become a sue happy nation, which in turn raises prices that WE ALL have to pay. Remember, there's always a what if!!!

71 · April 4 at 9:59am

21 Replies

 Dob Shuey-Smith Makes blood too thin.
It should be off the market.
Had a bad experience with family member. Internal bleeding. Serious problem.
... See More

20  April 4 at 10:43am

View more comments

Xarelto Settlement | Facebook

Xarelto Settlement
March 28 ·

Millions of Americans are HOSPITALIZED due to INTERNAL BLEEDING after taking the blood thinner medicine Xarelto. Those affected may qualify for paid medical bills and a cash settlement. Find out if you qualify !
http://injurysurvey.com/xarelto



**Xarelto Lawsuits - Get Help Filing a Lawsuit for Blood Thinner A-fib, Pulmonary Embolism, DVT...**

Finding out if you are eligible for a large settlement for your blood thinner medicine injury is 100% Free, fast and easy!

INJURYSURVEY.COM

Like · Comment · Share

Teresa Yeary, Ed Dobson, Nelin Tan and 604 others like this.        Top Comments

451 shares

 Mike Skobrak What a lot of people also don't know is that the drug companies pay doctors to prescribe their medications. So while it may not be what's best for you, its best for the doctor's wallet.
9 · April 1 at 3:59pm.

1 Reply

John Paul Can I sue Arnold Palmer for a lousy commercial
8 · March 29 at 12:46pm

View more comments

Xarelto Settlement
March 25 ·

http://www.reuters.com/.../us-bayer-xarelto-idUSBREA1D0W12014 ..



**FDA rejects wider use of Xarelto drug**

NEW YORK (Reuters) - U.S. health regulators have again declined to approve proposed wider uses of Bayer AG and Johnson & Johnson's lucrative blood clot preventer Xarelto, the drugmakers said on Friday.The

REUTERS.COM  |  BY RANSDELL PIERSON

Like · Comment · Share

Xarelto Settlement
March 25 ·

Millions of Americans have been injured by Xarelto blood thinner medicine and don't know they qualify for a massive settlement and help with all hospital bills. Find out if you qualify now online before its too late! ->
http://injurysurvey.com/xarelto



Like · Comment · Share

Amanda Gonzalez, Leticia Davila, Josie Holmes and 1,134 others like this.                    Top Comments

226 shares

 Carla Jay Hines This drug keeps me from having strokes due to Afib. This drug does not require weekly blood testing so I can live my life without seeing a doctor every week. I praise God for advancements in medicines like Xarelto.
23 · March 25 at 5:00am

4 Replies

 Carol Gillette Blood clots are. Worse and more common lawyers need to lay off.
11 · March 25 at 2:14pm

View more comments

Xarelto Settlement added a new photo.
March 24 ·



Like · Comment · Share

Xarelto Settlement
March 24 ·

WHAT IS XARELTO?

Xarelto (rivaroxaban), a Bayer and Johnson & Johnson Janssen Pharmaceutical product, is an oral anticoagulant blood thinner that has been on the market since 2011. Xarelto is extremely popular amongst consumers in the United States due to its ability to treat a variety of medical issues. These issues include; reducing the risk of blood clots and strokes in people with atrial fibrillation, treating deep vein thrombosis and pulmonary embolism and also reducing the risk of blood clots in patients who have recently had hip or knee replacement surgery.

Recently, Xarelto has received backlash for its failure to warn consumers of its adverse side effects. These Xarelto side effects include, uncontrolled internal bleeding, pulmonary embolism, deep vein thrombosis and in most severe cases death.

Like · Comment

Xarelto Settlement updated their cover photo.
March 24 ·



Like · Comment · Share

Denise Mays likes this.

Xarelto Settlement changed their profile picture.
March 24 ·

Like · Comment · Share

Teresa Yeary likes this.

EARLIER IN 2015

Sign Up        Log In        Messenger        Mobile        Find Friends        Badges        People        Pages        Places        Games
Locations        About        Create Ad        Create Page        Developers        Careers        Privacy        Cookies        Terms        Help

Facebook © 2015
English (US)
Mobile

 AT&T 3:31 PM 20%

 Trash

Important information for users of blood thinners.

April 26, 2015 at 3:28 PM

## Blood Thinners can cause permanent damage.

## Did you or a loved one suffer a serious internal bleeding injury while taking Xarelto?



To Unsubscribe, Write to Ethix Marketing, LLC
124 N. Nova Rd. #121, Ormond Beach, Florida 32174
Or Click Here.