**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | **JUDGE ELDON E. FALLON** |
| | **MAG. JUDGE NORTH** |

**REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ENTRY OF A PROPOSED ORDER REGARDING CONTACT WITH PHYSICIANS**

# EXHIBIT 2

# FILED UNDER SEAL