UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE: ELDON E. FALLON |
| | MAGISTRATE JUDGE: MICHAEL NORTH |
| PLAINTIFFS RAWLEIGH MITCHELL AND BECKY MITCHELL | |
| | Civil Action No: 2:15-cv-02493 (Severed from Lead Action No. 2:15-cv-02363) |
| | JURY TRIAL DEMANDED |

### ANSWER AND ADDITIONAL DEFENSES OF DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS INC. TO PLAINTIFFS' SHORT FORM COMPLAINT

Defendant Bayer HealthCare Pharmaceuticals Inc. ("BHCP") serves its Answer and Additional Defenses to Plaintiffs' Short Form Complaint (the "Complaint") and states as follows:

1. BHCP incorporates by reference the "Answer and Additional Defenses of Defendant Bayer HealthCare Pharmaceuticals Inc. to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiffs Rawleigh Mitchell and Becky Mitchell" as if fully set forth herein.

2. BHCP incorporates by reference the "Answer and Additional Defenses of Defendant Bayer HealthCare Pharmaceuticals Inc. to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiffs Rawleigh Mitchell and Becky Mitchell" as if fully set forth herein, including its response to paragraph 5.

3. BHCP lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and therefore those allegations are denied.

2641364-1

4. BHCP lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and therefore those allegations are denied.

5. Paragraph 5 contains no factual allegations and requires no response. BHCP admits that attached as Attachment 1 to Plaintiffs' Short Form Complaint is a copy of the Severance Order issued by the Court for Plaintiffs Rawleigh Mitchell and Becky Mitchell.

6. Paragraph 6 contains no factual allegations and requires no response. BHCP admits that attached as Attachment 2 to Plaintiffs' Short Form Complaint is a List of Severed Cases.

BHCP requests that Plaintiffs' Complaint be dismissed with prejudice, that judgment be entered in favor of BHCP and against Plaintiffs, and that BHCP be awarded the costs of this action, together with such other and further relief as may be appropriate.

All allegations of the Complaint not expressly admitted are denied.

## DEFENSES

BHCP incorporates by references its defenses in the "Answer and Additional Defenses of Defendant Bayer HealthCare Pharmaceuticals Inc. to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiffs Rawleigh Mitchell and Becky Mitchell," as if fully set forth herein, to the extent applicable.

2641364-1

JURY DEMAND

BHCP hereby demands a trial by jury on all issues so triable.

February 18, 2016.

        Respectfully submitted,

        */s/ John F. Olinde*
        John F. Olinde, #1515
        Peter J. Rotolo, III, #21848
        CHAFFE McCALL, L.L.P.
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163-2300
        Telephone: (504) 585-7000
        Email: olinde@chaffe.com
        Email: rotolo@chaffe.com

        Steven Glickstein
        KAYE SCHOLER LLP
        250 West 55th Street
        New York, NY 10019-7910
        Telephone: (212)836-8485
        Email: steven.glickstein@kayescholer.com

        William Hoffman
        KAYE SCHOLER LLP
        The McPherson Building
        901 Fifteenth Street, NW
        Washington, DC 20005-2327
        Telephone: (202) 682-3550
        Email: William.hoffman@kayescholer.com

        Pamela J. Yates
        KAYE SCHOLER LLP
        1999 Avenue of the Stars, Suite 1600
        Los Angeles, CA 90067-6048
        Telephone: (310) 788-1278
        Email: pamela.yates@kayescholer.com

>Fred M. Haston, III
>BRADLEY ARANT BOULT CUMMINGS LLP
>One Federal Place
>1819 Fifth Avenue North
>Birmingham, AL 35203
>Telephone: (205) 521-8303
>Email: thaston@babc.com
>
>*ATTORNEYS FOR BAYER HEALTHCARE PHARMACEUTICALS INC.*

CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

>*/s/ John F. Olinde*

4

2641364-1