UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ) PLAINTIFFS RAWLEIGH MITCHELL ) AND BECKY MITCHELL ) ) ) ) ) ) ) ) | MDL NO. 2592 SECTION: L JUDGE: ELDON E. FALLON MAGISTRATE JUDGE: MICHAEL NORTH Civil Action No: 2:15-cv-02493 (Severed from Lead Action No. 2:15-cv-02363) JURY TRIAL DEMANDED |

**ANSWER AND ADDITIONAL DEFENSES OF
DEFENDANT BAYER PHARMA AG
TO PLAINTIFFS' SHORT FORM COMPLAINT**

Defendant Bayer Pharma AG serves its Answer and Additional Defenses to Plaintiffs' Short Form Complaint (the "Complaint") and states as follows:

1. Bayer Pharma AG incorporates by reference the "Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiffs Rawleigh Mitchell and Becky Mitchell" as if fully set forth herein.

2. Bayer Pharma AG incorporates by reference the "Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiffs Rawleigh Mitchell and Becky Mitchell" as if fully set forth herein, including its response to paragraph 5.

3. Bayer Pharma AG lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and therefore those allegations are denied.

4. Bayer Pharma AG lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and therefore those allegations are denied.

5. Paragraph 5 contains no factual allegations and requires no response. Bayer Pharma AG admits that attached as Attachment 1 to Plaintiffs' Short Form Complaint is a copy of the Severance Order issued by the Court for Plaintiffs Rawleigh Mitchell and Becky Mitchell.

6. Paragraph 6 contains no factual allegations and requires no response. Bayer Pharma AG admits that attached as Attachment 2 to Plaintiffs' Short Form Complaint is a List of Severed Cases.

Bayer Pharma AG requests that Plaintiffs' Complaint be dismissed with prejudice, that judgment be entered in favor of Bayer Pharma AG and against Plaintiffs, and that Bayer Pharma AG be awarded the costs of this action, together with such other and further relief as may be appropriate.

All allegations of the Complaint not expressly admitted are denied.

## DEFENSES

Bayer Pharma AG incorporates by references its defenses in the "Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiffs Rawleigh Mitchell and Becky Mitchell," as if fully set forth herein, to the extent applicable.

2641370-1

<u>JURY DEMAND</u>

Bayer Pharma AG hereby demands a trial by jury on all issues so triable.

February 18, 2016.

          Respectfully submitted,

          */s/ John F. Olinde*
          John F. Olinde, #1515
          Peter J. Rotolo, III, #21848
          CHAFFE McCALL, L.L.P.
          2300 Energy Centre
          1100 Poydras Street
          New Orleans, Louisiana 70163-2300
          Telephone: (504) 585-7000
          Email: olinde@chaffe.com
          Email: rotolo@chaffe.com

          Steven Glickstein
          KAYE SCHOLER LLP
          250 West 55th Street
          New York, NY 10019-7910
          Telephone: (212)836-8485
          Email: steven.glickstein@kayescholer.com

          William Hoffman
          KAYE SCHOLER LLP
          The McPherson Building
          901 Fifteenth Street, NW
          Washington, DC 20005-2327
          Telephone: (202) 682-3550
          Email: William.hoffman@kayescholer.com

          Pamela J. Yates
          KAYE SCHOLER LLP
          1999 Avenue of the Stars, Suite 1600
          Los Angeles, CA 90067-6048
          Telephone: (310) 788-1278
          Email: pamela.yates@kayescholer.com

                    Fred M. Haston, III
                    BRADLEY ARANT BOULT CUMMINGS LLP
                    One Federal Place
                    1819 Fifth Avenue North
                    Birmingham, AL 35203
                    Telephone: (205) 521-8303
                    Email: thaston@babc.com

                    *ATTORNEYS FOR BAYER PHARMA AG*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                    /s/ John F. Olinde