UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Regina Cothron on behalf of
Charlie Andrews, deceased

2:15-cv-07185

## MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET DUE TO ILLNESS AND HOSPITALIZATION OF PLAINTIFF

COMES NOW Plaintiff, Regina Cothron on behalf of Charlie Andrews, deceased, by and through undersigned counsel of record, and for this Motion for Extension of Time to Submit Plaintiff Fact Sheet, states as follows:

1. Plaintiff's complaint was filed on or about October 30, 2015 in St. Clair County, Illinois (15-L-623), subsequently removed to federal court, transferred into the MDL Court, and docketed in the MDL on January 6, 2016 (2:15-cv-07185).

2. Pursuant to CMO No. 1 and PTO No. 13, Plaintiff's PFS is due on March 6, 2016. Defendants' Liaison Counsel shall then notify Plaintiff's Counsel by email if Plaintiff has not complied and Plaintiff shall be given twenty (20) additional days. Therefore, Plaintiff's final due date to submit her PFS will be on or about March 26, 2016.

3. On October 30, 2015, Counsel sent a letter to Plaintiff regarding completing the

PFS.

4. On January 5th, 2016, after multiple attempts by Counsel to contact Plaintiff, Plaintiff responded to Counsel by stating that she has been very sick, dealing with a serious medical condition, and has been on a ventilator and in intensive care. She stated that she was still suffering from complications and required further treatment.

5. On January 14th, 2016, Plaintiff informed Counsel that she had been in the hospital again and the doctors discovered an additional serious medical condition, requiring treatment. She expressed her intent to work on the PFS as soon as she is able.

6. On January 18th, 2016, Counsel was informed by Plaintiff's daughter that Plaintiff was still in the hospital being treated for her medical conditions.

7. Counsel has attempted to reach out to Plaintiff multiple times to follow up regarding her well-being and the PFS paperwork, including attempted phone calls to Plaintiff on January 28th, February 10th, and February 18th, 2016 and emails sent by Counsel on January 22nd, January 28th, and February 10th, 2016; however, Plaintiff has not responded to any of those calls or emails.

8. Upon information and belief, Plaintiff has every intention to complete her PFS, but is unable to do so and is unable to stay in contact with Counsel at this time due to her hospitalization and treatment for very serious medical conditions.

9. For the above reasons, it is impossible for Plaintiff to submit her PFS prior to the March 6th or March 26th, 2016 deadlines.

10. Therefore, Plaintiff respectfully requests an additional sixty (60) days from the March 26, 2016 deadline (i.e., through May 25, 2016) to submit her PFS.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this

Court to grant her Motion for Extension of Time to Submit Plaintiff Fact and for any further orders deemed just and proper under the circumstances.

Signed: February 18, 2016

Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ John J. Driscoll*
JOHN J. DRISCOLL (MO Bar #54729)
ANDREW KINGHORN (MO Bar #66006)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEYS FOR PLAINTIFF**