UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL No. 2592 |
| IN RE:  XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

PATRICIA L. MEYERS
Civil Action No.  2:16-cv-01100

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER CORPORATION

COMES NOW Plaintiff Patricia L. Meyers by and through her attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby files this Notice of Voluntary Dismissal solely against Bayer Corporation without prejudice and with each party to bear its own fees and costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) a Court Order is not required.  The filing of this Notice of Voluntary Dismissal as to Bayer Corporation is not intended to have any effect on any claims against any other Defendants in the above action.  Pursuant to Fed. R. Civ. P. 41(a)(1)(B), this dismissal is WITHOUT PREJUDICE.

                                                       Respectfully submitted,

Dated:  February 18, 2016                **BURNETT LAW FIRM**

                              By:     */s/ Riley L. Burnett, Jr.*
                                      Riley L. Burnett, Jr.
                                      Texas Bar No. 03428900
                                      E-mail:  rburnett@rburnettlaw.com
                                      Amy L. Collins
                                      Texas Bar No. 24074054
                                      E-mail: acollins@rburnettlaw.com
                                      55 Waugh Drive, Suite 803
                                      Houston, Texas 77007
                                      Telephone:  (832) 413-4410

1

                                        Facsimile:  (832) 900- 2120
                                        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 18, 2016, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

                                        */s/ Riley L. Burnett, Jr.*
                                        RILEY L. BURNETT, JR.