**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

SANDRA SHAFFNER
Civil Action No.  2:15-cv-06246

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER CORPORATION

COMES NOW Plaintiff Sandra Shaffner by and through her attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby files this Notice of Voluntary Dismissal solely against Bayer Corporation without prejudice and with each party to bear it won fees and costs.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) a Court Order is not required.  The filing of this Notice of Voluntary Dismissal as to Bayer Corporation is not intended to have any effect on any claims against any other Defendants in the above action.  Pursuant to Fed. R. Civ. P. 41(a)(1)(B), this dismissal is WITHOUT PREJUDICE.

Respectfully submitted,

Dated:  February 18, 2016              **BURNETT LAW FIRM**

By:    */s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail:  rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail: acollins@rburnettlaw.com
55 Waugh Drive, Suite 803
Houston, Texas 77007
Telephone:  (832) 413-4410

1

Facsimile:  (832) 900- 2120
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2016, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

*/s/ Riley L. Burnett, Jr.*
RILEY L. BURNETT, JR.