UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

JOSEPH KOONTZ
Civil Action No.  2:15-cv-04982

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER HEALTHCARE, LLC

COMES NOW Plaintiff Joseph Koontz by and through his attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby files this Notice of Voluntary Dismissal solely against Bayer Healthcare, LLC without prejudice and with each party to bear its own fees and costs.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) a Court Order is not required.  The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare, LLC is not intended to have any effect on any claims against any other Defendants in the above action.  Pursuant to Fed. R. Civ. P. 41(a)(1)(B), this dismissal is WITHOUT PREJUDICE.

Respectfully submitted,

Dated:  February 18, 2016

**BURNETT LAW FIRM**

By:    */s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail:  rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail: acollins@rburnettlaw.com
55 Waugh Drive, Suite 803
Houston, Texas 77007
Telephone:  (832) 413-4410

1

                Facsimile:  (832) 900- 2120
                ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2016, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

                */s/ Riley L. Burnett, Jr.*
                RILEY L. BURNETT, JR.