UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

NOW COME Defendants, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG (collectively "Defendants"), who respectfully request that Exhibit 2 attached to their Reply Memorandum in Support of Defendants' Motion for Entry of a Proposed Order Regarding Contact with Physicians, Rec. Doc. 2286, be filed UNDER SEAL. Exhibit 2 attached to the Reply Memorandum in Support of Defendants' Motion for Entry of a Proposed Order Regarding Contact with Physicians contains "PROTECTED INFORMATION" and therefore should be filed UNDER SEAL pursuant to paragraph 25 of Pretrial Order No. 12.

Respectfully submitted,

KAYE SCHOLER LLP

/s/ Steven Glickstein
Steven Glickstein
William Hoffman
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
sglickstein@kayescholer.com

*Co-Lead Defense Counsel*

2641812-1

DRINKER BIDDLE & REATH LLP

/s/ Susan M. Sharko
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@dbr.com

*Co-Lead Defense Counsel*


IRWIN FRITCHIE URQUHART & MOORE LLC

/s/ James B. Irwin
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART
& MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*


CHAFFE MCCALL L.L.P.

/s/ John F. Olinde
John F. Olinde
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

2641812-1

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2016, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF which will send notification of such filing to all attorneys of record.

/s/ John F. Olinde

2641812-1