UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## ORDER

Considering Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG's Motion for Leave to File Exhibit Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibit 2 attached to the Reply Memorandum in Support of Defendants' Motion for Entry of a Proposed Order Regarding Contact with Physicians, Rec. Doc. 2286, be and hereby is filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge

2641634-1