# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 |
| | | SECTION: L |
| **THIS DOCUMENT RELATES TO:** *Brenda Frantz, on behalf of the Estate of Margaret Tilbury v. Janssen Research & Development, LLC, et al.* **Civil Action No. 2:15-cv-05035** | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

## EX PARTE MOTION TO STRIKE UNOPPOSED MOTION TO CORRECT MISNOMER OF PLAINTIFF

Plaintiff moves the Court for an order to strike the Unopposed Motion to Correct Misnomer of Plaintiff filed in Case No. 2:14-md-02592, Document No. 2184, on February 16, 2016. The Unopposed Motion to Correct Misnomer of Plaintiff was filed to correct a misnomer, wherein Brenda Frantz was incorrectly named as Plaintiff on behalf of the Estate of Margaret Tilbury; Ms. Tilbury was still living at the time the Complaint was filed. Therefore, at the time the complaint was filed there was no Estate of Margaret Tilbury.

Unfortunately, Plaintiff Margaret Tilbury is now deceased, rendering the original Complaint now correct and the Unopposed Motion to Correct Misnomer of Plaintiff unnecessary.

Date:  February 18, 2016

Respectfully submitted,

/s/ *Russell T. Abney*
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com

*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  February 18, 2016

/s/ Russell T. Abney
Russell T. Abney