# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO:** *Brenda Frantz, on behalf of the Estate of Margaret Tilbury v. Janssen Research & Development, LLC, et al.* **Civil Action No. 2:15-cv-05035** | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

## ORDER

The Court, after considering the Plaintiff's Unopposed Motion to Correct Misnomer of Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Margaret Tilbury be substituted for Brenda Frantz, on behalf of the Estate of Margaret Tilbury, in the above captioned cause.

Dated: _____     _____
                                                                  Hon. Eldon E. Fallon
                                                                  United States District Court Judge