**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2592 |
| | ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE: ELDON E. FALLON |
| | ) | MAGISTRATE JUDGE: MICHAEL |
| PLAINTIFF LOWELL HERSHBERGER | ) ) | NORTH |
| | ) ) | Civil Action No: 2:15-cv-02482 |
| | ) | (Severed from Lead Action |
| | ) | No. 2:15-cv-02352) |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |

**ANSWER AND ADDITIONAL DEFENSES OF
DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS INC.
TO PLAINTIFF'S SHORT FORM COMPLAINT**

Defendant Bayer HealthCare Pharmaceuticals Inc. ("BHCP") serves its Answer and Additional Defenses to Plaintiff's Short Form Complaint (the "Complaint") and states as follows:

1.     BHCP incorporates by reference the "Answer and Additional Defenses of Defendant Bayer HealthCare Pharmaceuticals Inc. to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiff Lowell Hershberger" as if fully set forth herein.

2.     BHCP incorporates by reference the "Answer and Additional Defenses of Defendant Bayer HealthCare Pharmaceuticals Inc. to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiff Lowell Hershberger" as if fully set forth herein, including its response to paragraph 2.

3.     BHCP lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and therefore those allegations are denied.

4.      BHCP lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and therefore those allegations are denied.

5.      Paragraph 5 contains no factual allegations and requires no response.   BHCP admits that attached as Attachment 1 to Plaintiff's Short Form Complaint is a copy of the Severance Order issued by the Court for Plaintiff Lowell Hershberger.

6.      Paragraph 6 contains no factual allegations and requires no response.   BHCP admits that attached as Attachment 2 to Plaintiff's Short Form Complaint is a List of Severed Cases.

BHCP requests that Plaintiff's Complaint be dismissed with prejudice, that judgment be entered in favor of BHCP and against Plaintiff, and that BHCP be awarded the costs of this action, together with such other and further relief as may be appropriate.

All allegations of the Complaint not expressly admitted are denied.

<u>DEFENSES</u>

BHCP incorporates by references its defenses in the "Answer and Additional Defenses of Defendant Bayer HealthCare Pharmaceuticals Inc. to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiff Lowell Hershberger," as if fully set forth herein, to the extent applicable.

<u>JURY DEMAND</u>

BHCP hereby demands a trial by jury on all issues so triable.

February 18, 2016.

Respectfully submitted,

*/s/ John F. Olinde*
John F. Olinde, #1515
Peter J. Rotolo, III, #21848
CHAFFE McCALL, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300

Telephone: (504) 585-7000
Email: olinde@chaffe.com
Email: rotolo@chaffe.com

Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-7910
Telephone: (212)836-8485
Email: steven.glickstein@kayescholer.com

William Hoffman
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: (202) 682-3550
Email: William.hoffman@kayescholer.com

Pamela J. Yates
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6048
Telephone: (310) 788-1278
Email: pamela.yates@kayescholer.com

Fred M. Haston, III
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8303
Email: thaston@babc.com

*ATTORNEYS FOR BAYER HEALTHCARE
PHARMACEUTICALS INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ John F. Olinde*

3

2641691-1