UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO:<br><br>CRYSTAL ALLEN,<br>Civil Action No. 2:15-cv-06299<br><br>HELEN RICHARDSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ALVIN RICHARDSON, DECEASED,<br>Civil Action No. 2:15-cv-04374<br><br>NANCY WEHRKAMP, ON BEHALF OF THE ESTATE OF FLOYD WEHRKAMP, DECEASED,<br>Civil Action No. 2:15-cv-06798<br><br>JIM LAND<br>Civil Action No. 2:15-cv-06780 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## MOTION TO DISMISS WITHOUT PREJUDICE AS TO BAYER CORPORATION

COME NOW Plaintiffs Crystal Allen, Helen Richardson, individually and on behalf of the Estate of Alvin Richardson, deceased, Nancy Wehrkamp, on behalf of the estate of Floyd Wehrkamp, deceased, and Jim Land, by and through their attorneys Seth Webb and Brown & Crouppen, P.C., pursuant to Federal Rule of Civil Procedure 41(a)(2), and respectfully move this court to dismiss the above-styled actions without prejudice only as against defendant Bayer Corporation and with each party to bear its own fees and costs.  The filing of this Motion to Dismiss Without Prejudice as to Bayer Corporation is not intended to have any effect on Plaintiff's claims against any other Defendants in the above-styled action.  No counterclaims

have been filed against Plaintiffs.

WHEREFORE, the Plaintiffs prays that this Court enter an order dismissing only Bayer Corporation **without** prejudice.

Dated: February 18, 2016                                    Respectfully submitted,

/s/ Seth S. Webb
**Seth S. Webb #51236**
BROWN AND CROUPPEN, PC
211 N. Broadway, Suite 1600
St. Louis, MO 63102
(314)421-0216
SethW@getbc.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Dismiss has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established MDL 2592 pursuant to Pre-Trail Order No. 17.

/s/ Seth S. Webb
Seth S. Webb
Attorney for Plaintiff