UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO: | MDL No. 2592 |
|---|---|
| CRYSTAL ALLEN,<br>Civil Action No. 2:15-cv-06299<br><br>HELEN RICHARDSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ALVIN RICHARDSON, DECEASED,<br>Civil Action No. 2:15-cv-04374<br><br>NANCY WEHRKAMP, ON BEHALF OF THE ESTATE OF FLOYD WEHRKAMP, DECEASED,<br>Civil Action No. 2:15-cv-06798<br><br>JIM LAND<br>Civil Action No. 2:15-cv-06780 | SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## ORDER

Considering the above-captioned Plaintiffs' foregoing Motion to Dismiss Without Prejudice as to Bayer Corporation,

**IT IS HEREBY ORDERED** that the above-captioned cases are hereby dismissed without prejudice as to Bayer Corporation only; all of Plaintiffs' claims against other defendants remain intact.

ORDERED AND SIGNED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE