UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION :

: MDL No. 2592

: SECTION L

: JUDGE ELDON E. FALLON

: MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
RICHARD RODAL, Individually and on behalf
of the Estate of CLARA RODAL, deceased,

Civil Action No. 2:15-cv-01339-EEF-MBN

**PLAINTIFF RICHARD RODAL'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE AS TO BAYER CORPORATION ONLY**

TAKE NOTICE that Plaintiff Richard Rodal, by and through his attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses his Action solely against Bayer Corporation without prejudice. Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i) and Bayer Corporation has not filed an Answer or Motion for Summary Judgment, no Court order is required or requested. The filing of this Notice of Voluntary Dismissal as to Bayer Corporation is not intended to have any effect on any claims against any other Defendants in this action.

Dated: February 18, 2016

**Respectfully submitted,**

s/Steven D. Davis_____
Steven D. Davis
IL Bar Number:  6281263
Tor A. Hoerman
IL Bar Number:  6229439
**TORHOERMAN LAW LLC**
101 W. Vandalia St., Ste. 350
Edwardsville, IL 62025
Telephone:  (618) 656-4400
Facsimile:  (618) 656-4401
sdavis@thlawyer.com
thoerman@thlawyer.com

*ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Steven D. Davis