UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION _____ | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** *Joyce Reid v. Janssen Research & Development LLC, et al* **Case No. 2:15-cv-05193** | | |

## ORDER

Considering the foregoing Motion and Supporting Memorandum for Extension of Time Within Which to Serve Process filed by Plaintiff:

IT IS HEREBY ORDERED that Plaintiff, Joyce Reid, be and is hereby granted thirty (30) days from the date of this Order within which to complete service on Defendant Bayer HealthCare Pharmaceuticals, Inc., through the streamlined process established in Pre-Trial Order No. 10.

New Orleans, Louisiana, this 18th day of February , 2016.

_____
Hon. Eldon E. Fallon
United States District Judge