UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL No. 2592 |
|---|---|
| *Samuel Camarota v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*<br>**No. 2:15-cv-1694** | SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

BEFORE THE COURT is Plaintiffs' Motion for Extension of Time to Submit Plaintiff Fact Sheet. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to Submit Plaintiff Fact Sheet is GRANTED. The deadline to submit the Plaintiff Fact Sheet is now set for February 26, 2016.

Dated: February 18th 2016

_____
Judge Eldon E. Fallon