UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL No. 2592 |
|---|---|
| *Gregory Stark v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* <br> **No. 2:15-cv-04921** | SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

BEFORE THE COURT is Plaintiffs' Motion for Extension of Time to Satisfy Fact Sheet Deficiencies. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to Satisfy Fact Sheet Deficiencies is GRANTED. The deadline to submit the Plaintiff Fact Sheet is now set for March 1, 2016.

Dated: February 18th 2016

_____
Judge Eldon E. Fallon