UNITED STATES DISTRICTCOURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE: ELDON E. FALLON |
| | JUDGE MAGISTRATE NORTH |
| THIS DOCUMENT RELATES TO: | **JURY TRIAL DEMANDED** |
| DAVID BASS Civil Action No.: 2:15-cv- 06072 | |

**ORDER**

Considering the foregoing **MOTION TO ENROLL CO-COUNSEL OF RECORD**:

   **IT IS HEREBY ORDERED, ADJUDGED AND DECREEED** that Samuel "Chuck" Ward be and is hereby enrolled as co- counsel of record on behalf of Plaintiff, **DAVID BASS**.

   Signed this ___18th___ day of February 2016, New Orleans, Louisiana.

_____
Eldon K. Fallon, Judge
United States District Court