UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: IVY ROSE FLANIGAN Civil Action No. 2:15-cv-05969 _____ | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

**STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), Plaintiff Ivy Rose Flanigan and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Healthcare LLC. All other Defendants remain in the case. Each party to bear their own costs and fees.

Respectfully submitted this 19th day of February, 2016.

/s/ *Neil D. Overholtz*
Florida Bar No.: 0188761
*Aylstock, Witkin, Kreis & Overholtz, PLLC*
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
noverholtz@awkolaw.com
*Attorneys for Plaintiff(s)*

KAYE SCHOLER LLP

/s/ *Andrew K. Solow*
Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
steven.glickstein@kayescholer.com
*Attorneys for Defendant Bayer Healthcare LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                              <u>/s/ *Neil D. Overholtz*</u>
                                              Neil D. Overholtz
                                              Aylstock, Witkin, Kreis & Overholtz, PLLC
                                              *Attorneys for Plaintiff(s)*