UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Gwendolyn Smith | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH<br><br>Civil Action No. 2:15-cv-02495<br>(Severed from Lead Action No. 2:15-cv-02363)<br><br>**JURY TRIAL DEMANDED** |

**ANSWER OF DEFENDANTS JANSSEN PHARMACEUTICALS, INC., JANSSEN RESEARCH & DEVELOPMENT, LLC, JANSSEN ORTHO LLC AND JOHNSON & JOHNSON TO PLAINTIFF'S SHORT FORM COMPLAINT**

Defendants Janssen Pharmaceuticals, Inc. ("JPI"), Janssen Research & Development, LLC ("JRD"), and Janssen Ortho LLC ("Janssen Ortho") (collectively, the "Janssen Defendants") and Johnson & Johnson ("J&J") hereby respond to Plaintiff's Complaint as follows.

**EXCLUSIVITY OF LOUISIANA PRODUCTS LIABILITY ACT ("LPLA")**

Pursuant to Rule 12(b)(6), Defendants object to Plaintiff's Complaint as it fails to state a claim upon which relief can be granted. This case is governed by the exclusive provisions of the Louisiana Products Liability Act ("LPLA") (La.-R.S. 9:2800.51 *et seq.*). Any theories of recovery that fall outside of the LPLA's provisions are therefore subject to dismissal pursuant to Fed. R. Civ. P. 12(b)(6).

## ANSWER TO SHORT FORM COMPLAINT

The Janssen Defendants and J&J deny each and every allegation, statement, matter and thing contained in Plaintiff's Complaint except as is hereinafter expressly admitted or averred.

1. To the extent Plaintiff incorporates by reference the Plaintiff's Joint Complaint filed in *In Re Xarelto Products Liability*, MDL 2592 (E.D. LA.) pursuant to Pretrial Order No. 11, Janssen Defendants and J&J incorporate by reference their responses to Plaintiff's Joint Complaint. The Janssen Defendants and J&J deny the remaining allegations in paragraph 1.

2. The Janssen Defendants and admit that plaintiff is identified more fully within Plaintiff's Joint Complaint. To the extend Plaintiff incorporates Plaintiff's Joint Complaint, Janssen Defendants and J&J incorporate by reference their responses to Plaintiff's Complaint. The Janssen Defendants and J&J deny the remaining allegations in paragraph 2.

3. The Janssen Defendants are without knowledge or information sufficient to form a belief as to Plaintiffs' address and therefore these allegations are denied.

4. The Janssen Defendants are without knowledge or information sufficient to form a belief as to the alleged Xarelto User' address and therefore these allegations are denied.

5. The Janssen Defendants state that Severance Order issued by the Court speaks for itself.

6. The Janssen Defendants state that list of the Individual case captions for Plaintiffs named in the Joint Complaitn speaks for itself regarding the individuals listed. The Janssen Defendants and J&J deny the remaining allegations in paragraph 6.

**WHEREFORE,** the Janssen Defendants and J&J demand judgment in their favor dismissing the Complaint with prejudice and for such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson request a trial by jury on all issues so triable.

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
    Susan M. Sharko
    DRINKER BIDDLE & REATH LLP
    600 Campus Drive
    Florham Park, NJ 07932-1047
    Telephone: (973) 549-7000
    Facsimile:  (973) 360-9831
    susan.sharko@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
    James B. Irwin
    Kim E. Moore
    IRWIN FRITCHIE URQUHART
    & MOORE LLC
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    jirwin@irwinllc.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on February 19, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                     */s/ James B. Irwin*
                                       **James B. Irwin**