UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| This Document Relates To: <br><br> ROBERTA LAWRENCE, et al <br> Case No. 2:16-cv-01063 <br><br> JACQUELINE HOLLAND, et al. <br> Case No. 2:16-cv-01063 <br><br> HOWARD BILGER, et al. <br> Case No. 2:16-cv-01063 <br><br> JUDITH GILL, et al. <br> Case No. 2:16-cv-01063 | |

## NOTICE OF APPEARANCE

COMES NOW Derek H. Potts of The Potts Law Firm and formally enters his appearance as counsel for the Plaintiffs in the above captioned matters.

Dated: February 19, 2016

Respectfully submitted,

By: /s/ *Derek H. Potts*
Derek H. Potts
The Potts Law Firm
100 Waugh Drive Suite 350
Houston, TX 77007
(713) 963-8881
DPotts@potts-law.com
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of February, 2016, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties of their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: February 19, 2016                              Respectfully submitted,

                                                                    By: /s/ *Derek H. Potts*
                                                                    Derek H. Potts
                                                                    The Potts Law Firm
                                                                    100 Waugh Drive Suite 350
                                                                    Houston, TX 77007
                                                                    (713) 963-8881
                                                                    DPotts@potts-law.com
                                                                    Counsel for Plaintiffs