UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

Please take notice that Andrew K. Solow of the law firm of Kaye Scholer LLP, 250 West 55th Street, New York, New York 10019-9710, Telephone: (212) 836-7740, email: andrew.solow@kayescholer.com, who is duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, in the above-styled action.

This 19th day of February, 2016

> Respectfully submitted,
>
> KAYE SCHOLER LLP
>
> */s/ Andrew K. Solow*
> Andrew K. Solow
> KAYE SCHOLER LLP
> 250 West 55th Street
> New York, New York 10019-9710
> Telephone: (212) 836-7740
> Facsimile: (212) 836-6485
> andrew.solow@kayescholer.com
> *Attorney for Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG*

2642350-1

KAYE SCHOLER LLP

*/s/ William Hoffman*
William Hoffman
Steven Glickstein
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: (202) 682-3550
william.hoffman@kayescholer.com
sglickstein@kayescholer.com
*Co-Lead Defense Counsel*

CHAFFE MCCALL L.L.P.

*/s/ John F. Olinde*
John F. Olinde (1515)
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

### CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/      John F. Olinde*

2

2642350-1