UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    :    MDL No. 2592
PRODUCTS LIABILITY LITIGATION   :
                                :    SECTION L
                                :
                                :    JUDGE ELDON E. FALLON
                                :
                                :    MAGISTRATE JUDGE NORTH
                                :

THIS DOCUMENT RELATES TO:

*Mary E. Bounds v. Janssen Research & Development, LLC, et al*, LAED USDC No. 15-4144;

*James N. Johnson v. Janssen Research & Development LLC, et al*, LAED USDC No. 15-4499;

*Kenneth Karl Kaiser and Linda Kaiser Riley obo Bobbie Kaiser v. Janssen Research & Development, LLC*, LAED USDC No. 15-4500;

*William Kouns and Billie Kouns v. Janssen Research & Development, LLC*, LAED USDC No. 15-4502;

*Linda Runyan, Karen Hamilton and Richard Robinson obo Richard T. Robinson v. Janssen Research & Development, LLC*, LAED USDC No. 15-4505;

*Randall Smith and Susan Smith v. Janssen Research & Development, LLC*, LAED USDC No. 15-4507;

*Imond Washington v. Janssen Research & Development, LLC*, LAED USDC No. 15-4510;

*Betty Wilcots v. Janssen Research & Development, LLC*, LAED USDC No. 15-4513.

## SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON BAYER PHARMA AG

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs in the above-listed actions and respectfully request that this Court grant their Second Motion for Extension of Time Within Which to Serve Process on Bayer Pharma AG and that this Court issue an Order allowing them an additional thirty (30) days from the date of the Court's Order to serve the Joint

Complaint, the severance Order, the list of individual cases, the Short-Form Complaints, and the summonses in the above-listed action on Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

A brief memorandum in support of Plaintiffs' Motion is submitted herewith. However, Plaintiffs aver that *Defendant Bayer Pharma AG was timely served with the entire and complete package, including the Joint Complaint, the severance Order, the list of individual cases, the Short-Form Complaints, and the summonses on or before December 2, 2015, and Bayer Pharma AG acknowledged receipt of these documents. This Court's Order granted an extension of time to Plaintiffs which allowed Plaintiffs until December 23, 2015 to serve Bayer Pharma AG.  However, Bayer Pharma AG now takes the position that since the timely and complete service which was acknowledged on December 2, 2015 actually occurred before the Court's January 6, 2016 Order, the December 2, 2015 service was not effective. Plaintiff disputes this, but in an abundance of caution, requests a second extension to re-serve Bayer Pharma AG with the same documents that Bayer Pharma AG admits it has already received.*

Dated:  February 19, 2016.

      Respectfully submitted,

   /s/ Mekel S. Alvarez
Morris Bart (LA Bar #02788)
Mekel Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com

**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a complete copy of the foregoing pleading has been served upon all parties or their counsel of record in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, on this the 19th day of February, 2016:

    /s/ Mekel S. Alvarez
    Mekel S. Alvarez