UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

_____

| | : | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| | : | Civil Action No 2:15-cv-03310 |
| Janet Weis and John Weis, h/w | : | (Severed from Lead Action No. |
| | : | 2:14-md-02592) |
| | : | |
| | : | **JURY TRIAL DEMANDED** |

_____

**ANSWER OF DEFENDANTS JANSSEN PHARMACEUTICALS, INC.,
JANSSEN RESEARCH & DEVELOPMENT, LLC, JANSSEN ORTHO LLC AND
JOHNSON & JOHNSON TO PLAINTIFF'S SHORT FORM COMPLAINT**

Defendants Janssen Pharmaceuticals, Inc. ("JPI"), Janssen Research & Development, LLC ("JRD"), and Janssen Ortho LLC ("Janssen Ortho") (collectively, the "Janssen Defendants") and Johnson & Johnson (improperly named as Johnson & Johnson Company) ("J&J") hereby respond to Plaintiff's Complaint as follows.

**ANSWER TO SHORT FORM COMPLAINT**

The Janssen Defendants and J&J deny each and every allegation, statement, matter and thing contained in Plaintiff's Complaint except as is hereinafter expressly admitted or averred.

1.  The Janssen Defendants and J&J incorporate by reference the "Answer of Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson and Affirmative Defenses" as if fully set forth herein.

84566897.1
208078/250853

2.   The Janssen Defendants and J&J incorporate by reference the "Answer of Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson and Affirmative Defenses" as if set forth fully herein, including their response to paragraph 9.

3.   The Janssen Defendants and J&J are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and therefore those allegations are denied.

4.   The Janssen Defendants and J&J are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and therefore those allegations are denied.

5.   Paragraph 5 contains no factual allegations and requires no response.  The Janssen Defendants and J&J admit that attached as Attachment 1 to Plaintiff's Short Form Complaint appears to be a copy of the Severance Order issued by the Court for plaintiff.

6.   Paragraph 6 contains no factual allegations and requires no response.  The Janssen Defendants and J&J admit that attached as Attachment 2 to Plaintiff's Short Form Complaint appears to be a listing of severed cases.

**WHEREFORE,** the Janssen Defendants and J&J demand judgment in their favor dismissing the Complaint with prejudice and for such other and further relief as the Court may deem just and proper.

## DEFENSES

The Janssen Defendants and J&J incorporate by reference their defenses in the "Answer of Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC,  Janssen

Ortho LLC and Johnson & Johnson and Affirmative Defenses" as if fully set forth herein, to the extent applicable.

## JURY DEMAND

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson & Johnson request a trial by jury on all issues so triable.

Respectfully Submitted:

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@dbr.com

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART
& MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
jirwin@irwinllc.com

*Attorneys for Defendants
Janssen Pharmaceuticals, Inc.,
Janssen Research & Development, LLC,
 Janssen Ortho LLC and Johnson & Johnson*

84566897.1
208078/250853

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 19, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              */s/ James B. Irwin*
                                              **James B. Irwin**