UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

_____
|                                              :                                          |
| IN RE: XARELTO (RIVAROXABAN                  :   MDL No. 2592                           |
| PRODUCTS LIABILITY LITIGATION                :   SECTION L                              |
|                                              :   JUDGE ELDON E. FALLON                  |
|                                              :   MAGISTRATE JUDGE NORTH                 |
|                                              :                                          |
| THIS DOCUMENT RELATES TO:                    :                                          |
| Mary McKee                                   :                                          |
|                                              :   Civil Action No.: 2:15-cv-05282        |
|                                              :   (Severed from Lead Action              |
|                                              :   No. 2:15-cv-04126)                     |
_____

**ANSWER OF DEFENDANTS JANSSEN PHARMACEUTICALS, INC.,
JANSSEN RESEARCH & DEVELOPMENT, LLC, AND JANSSEN ORTHO LLC
TO PLAINTIFF'S SHORT FORM COMPLAINT**

Defendants Janssen Pharmaceuticals, Inc. ("JPI"), Janssen Research & Development, LLC ("JRD"), and Janssen Ortho LLC ("Janssen Ortho") (collectively, the "Janssen Defendants") hereby respond to Plaintiff's Complaint as follows.

**ANSWER TO SHORT FORM COMPLAINT**

The Janssen Defendants deny each and every allegation, statement, matter and thing contained in Plaintiff's Complaint except as is hereinafter expressly admitted or averred.

1. The Janssen Defendants incorporate by reference the "Answer of Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC and Affirmative Defenses" as if fully set forth herein.

2. The Janssen Defendants incorporate by reference the "Answer of Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC and Affirmative Defenses" as if fully set forth herein, including its response to paragraph 42.

3. The Janssen Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and therefore those allegations are denied.

4. The Janssen Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and therefore those allegations are denied.

5. Paragraph 5 contains no factual allegations and requires no response. The Janssen Defendants admit that attached as Attachment 1 to Plaintiff's Short Form Complaint appears to be a copy of the Severance Order issued by the Court for plaintiff, Mary McKee.

6. Paragraph 6 contains no factual allegations and requires no response. The Janssen Defendants admit that attached as Attachment 2 to Plaintiff's Short Form Complaint appears to be a list of severed cases.

**WHEREFORE,** the Janssen Defendants demand judgment in their favor dismissing the Complaint with prejudice and for such other and further relief as the Court may deem just and proper.

### DEFENSES

The Janssen Defendants incorporate by reference their defenses in the "Answer of Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Affirmative Defenses" as if fully set forth herein, to the extent applicable.

### JURY DEMAND

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC request a trial by jury on all issues so triable.

Respectfully Submitted:

                                                 DRINKER BIDDLE & REATH LLP

                                                 By: /s/ *Susan M. Sharko*
                                                 Susan M. Sharko
                                                 DRINKER BIDDLE & REATH LLP
                                                 600 Campus Drive
                                                 Florham Park, NJ 07932-1047
                                                 Telephone: (973) 549-7000
                                                 Facsimile: (973) 360-9831
                                                 susan.sharko@dbr.com

                                               IRWIN FRITCHIE URQUHART & MOORE LLC

                                               By: /s/ *James B. Irwin*
                                               James B. Irwin
                                               Kim E. Moore
                                               IRWIN FRITCHIE URQUHART
                                               & MOORE LLC
                                               400 Poydras Street
                                               Suite 2700
                                               New Orleans, LA 70130
                                               Telephone: (504) 310-2100
                                               Facsimile: (504) 310-2120
                                               jirwin@irwinllc.com

                                               *Attorneys for Defendants*
                                               *Janssen Pharmaceuticals, Inc.,*
                                               *Janssen Research & Development, LLC,*
                                               *and Janssen Ortho LLC*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on February 19, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                               */s/ James B. Irwin*
                                               **James B. Irwin**