**Exhibit A**
**(Failure to Provide Proof of Ingestion of Xarelto®)**

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | BEVERLY BAYLESS | Sanders Phillips Grossman, LLC | 2:15-cv-03646 |
| 2. | ROMEO DELACRUZ | Pearson Bitman | 2:15-cv-01701 |
| 3. | SHONDA EVERETT | Sanders Phillips Grossman, LLC | 2:15-cv-4742 |
| 4. | HEIDI GOTICH | Sanders Phillips Grossman, LLC | 2:15-cv-4745 |
| 5. | TRACY GRAHAM | Law Offices of Andre' P. LaPlace | 2:15-cv-02647 |
| 6. | FREDERICK JUSTICE | Sanders Phillips Grossman, LLC | 2:15-cv-4045 |
| 7. | DOMINICK LOVERDE | Sanders Phillips Grossman, LLC | 2:15-cv-00209 |
| 8. | SHEILA MCKOY | Kennedy Hodges, LLP | 2:15-cv-01253 |
| 9. | VERA MCVAY | Douglas & London | 2:15-cv-3078 |
| 10. | BEVERLY MILLER | Sanders Phillips Grossman, LLC | 2:15-cv-4694 |
| 11. | REUBEN NEWMAN | Weitz & Luxenberg | 2:15-cv-03686 |
| 12. | JENNIFER ORTIZ | Sanders Phillips Grossman, LLC | 2:15-cv-03658 |
| 13. | JAMIE PHELPS | Sanders Phillips Grossman, LLC | 2:15-cv-03660 |
| 14. | DONNA RICHARDSON | Weitz & Luxenberg | 2:15-cv-03695 |
| 15. | TIMOTHY SCOTT | Kennedy Hodges, LLP | 2:15-cv-01254 |
| 16. | JENNIFER SHARMA | Sanders Phillips Grossman, LLC | 2:15-cv-03664 |
| 17. | TOMMIE SKINNER | The Driscoll Firm (seeking to withdraw) | 2:15-cv-2160 |
| 18. | RICHARD SOKOL | The Law Office of Derriel C. McCorvey, LLC | 2:14-cv-02940 |
| 19. | EZKEL STUART | Herman Herman & Katz | 2:14-cv-02764 |
| 20. | PHILIP VAN DEMARK | Sanders Phillips Grossman, LLC | 2:15-cv-4760 |
| 21. | LARRY WALKER | The Driscoll Firm | 2:15-cv-02180 |
| 22. | EDDIE WARREN | Lockridge Grindal Nauen | 2:15-cv-3161 |
| 23. | JOHN WARRIX | Heard Robins Cloud LLP | 2:15-cv-02161 |
| 24. | ANDRE WEST | Sanders Phillips & Grossman, LLC | 2:15-cv-03669 |
| 25. | ART WOLF | The Driscoll Firm | 2:15-cv-02180 |
| 26. | SHARON WOODS | Sanders Phillips Grossman, LLC | 2:15-cv-00460 |
| 27. | PATRICIA ZACHERY-BROADNAX | The Driscoll Firm | 2:15-cv-01267 |
| 28. | PEGGY AUTREY | The Hayes Law Firm, P.C. | 2:15-cv-05064 |
| 29. | TRINA BONNER | The Hayes Law Firm, P.C. | 2:15-cv-05463 |
| 30. | JOSEPHINE BOOKER | Sanders Phillips Grossman, LLC | 2:15-cv-04028 |
| 31. | ROXANNE BROWN | Fears Nachawati | 2:15-cv-04101 |
| 32. | WILLIAM CARAWAY | The Michel Brady Lynch Law Firm | 2:15-cv-05148 |
| 33. | SOLANGE CLIFTON | Fears Nachawati | 2:15-cv-04110 |
| 34. | SUZANNE COSMILLO | Sanders Phillips Grossman, LLC | 2:15-cv-04030 |
| 35. | KENNETH CUNNINGHAM | The Hayes Law Firm, P.C. | 2:15-cv-05497 |
| 36. | DONALD DAIL | Sanders Phillips Grossman, LLC | 2:15-cv-04734 |
| 37. | SHIRLEY DANFORTH | Hilliard Munoz Gonzales LLP | 2:14-cv-02939 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 38. | MICHAEL DAY | The Hayes Law Firm, P.C. | 2:15-cv-05552 |
| 39. | DAVID DIXON | Sanders Phillips Grossman, LLC | 2:15-cv-04676 |
| 40. | JAY DURAN | Williams Kherkher Hart Boundas, | 2:15-cv-05636 |
| 41. | PHILLIP DURHAM | The Schlemmer Firm, LLC | 2:15-cv-04133 |
| 42. | AMY FANSLER | The Michel Brady Lynch Law Firm | 2:15-cv-04647 |
| 43. | JANICE FRANKLIN | The Michel Brady Lynch Law Firm | 2:15-cv-03911 |
| 44. | REYNERIO GARZA | Fears Nachawati | 2:15-cv-04139 |
| 45. | GRACE GONZALES | The Driscoll Firm | 2:15-cv-02143 |
| 46. | GISELA GRANT | Sanders Phillips Grossman, LLC | 2:15-cv-04685 |
| 47. | CATHERINE HALAVAT | Simmons Hanly Conroy | 2:15-cv-03535 |
| 48. | WILLARD HARLEY | The Michel Brady Lynch Law Firm | 2:15-cv-04551 |
| 49. | RICHARD HEARNE | Fears Nachawati | 2:15-cv-04180 |
| 50. | PAMELA HOLLAND | Burke Harvey, LLC | 2:15-cv-05471 |
| 51. | JOHN HOWARD | Fears Nachawati | 2:15-cv-04205 |
| 52. | DONALD IRVIN | Lowe Law Group | 2:15-cv-03860 |
| 53. | RUSSELL JACKSON | Wagstaff & Cartmell, LLC | 2:15-cv-05638 |
| 54. | KIMBERLY JACKSON | Murphy Law Firm | 2:15-cv-06165 |
| 55. | MICHAEL JOHNSON | Sanders Phillips Grossman, LLC | 2:15-cv-04042 |
| 56. | PATRICIA KENDALL | The Michel Brady Lynch Law Firm | 2:15-cv-04916 |
| 57. | CARLTON KINDIG | Douglas & London | 2:15-cv-04442 |
| 58. | ROBERT KOZECAR | Sanders Phillips Grossman, LLC | 2:15-cv-04691 |
| 59. | JAMES LANG | The Michel Brady Lynch Law Firm | |
| 60. | GENEVIEVE LEWIS | The Michel Brady Lynch Law Firm | 2:15-cv-4919 |
| 61. | RICHARD LIES | Napoli Shkolnik PLLC | 2:15-cv-00420 |
| 62. | MARK MALOY | The Michel Brady Lynch Law Firm | 2:15-cv-04927 |
| 63. | RUSSELL MARTIN | Sanders Phillips Grossman, LLC | 2:15-cv-04046 |
| 64. | MARK MCDONALD | The Hayes Law Firm, P.C. | 2:15-cv-05669 |
| 65. | LOUIS MESSIN | Fears Nachawati | 2:15-cv-04247 |
| 66. | PHYLLIS NAIL | The Michel Brady Lynch Law Firm | 2:15-cv-04557 |
| 67. | SUSANN PANZERI | The Michel Brady Lynch Law Firm | 2:15-cv-04929 |
| 68. | JAMIE PENNIX | Sanders Phillips Grossman, LLC | 2:15-cv-04755 |
| 69. | CECIL POWERS | Fears Nachawati | 2:15-cv-04267 |
| 70. | MAURICE QUARLES | The Hayes Law Firm, P.C. | 2:15-cv-05598 |
| 71. | ROBERT RAPP | Watts Guerra, LLP | 2:15-cv-04081 |
| 72. | PATRICIA REDDING | Williams Kherkher Hart Boundas, | 2:15-cv-05654 |
| 73. | LETITIA ROBERTS | Fears Nachawati | 2:15-cv-04289 |
| 74. | QUENTIN ROMAN | Sanders Phillips Grossman, LLC | 2:15-cv-04066 |
| 75. | MIKE STACKHOUSE | The Michel Brady Lynch Law Firm | 2:15-cv-02208 |
| 76. | DOROTHY STAMER | Fears Nachawati | 2:15-cv-04316 |
| 77. | GILBERT STEPHENS | Fears Nachawati | 2:15-cv-04319 |
| 78. | RALPH STERN | The Michel Brady Lynch Law Firm | 2:15-cv-04932 |
| 79. | RUDOLPH STORY | Sanders Phillips Grossman, LLC | 2:15-cv-04071 |
| 80. | THEARETTA BAILEY | Sanders Phillips Grossman, LLC | 2:15-cv-04708 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
| --- | --- | --- | --- |
| 81. | BILLY THOMAS | The Michel Brady Lynch Law Firm | 2:15-cv-05348 |
| 82. | PLACIDA TORRES | Sanders Phillips Grossman, LLC | 2:15-cv-04061 |
| 83. | PAUL VALENTINE | Fears Nachawati | 2:15-cv-04336 |
| 84. | SYLVIA WATSON | Sanders Phillips Grossman, LLC | 2:15-cv-03668 |
| 85. | THOMAS WILLIAMS | Sommerman & Quesada LLP | 2:15-cv-6647 |
| 86. | DONALD ARSENEAU | Sanders Phillips Grossman, LLC | 2:15-cv-03798 |
| 87. | RICHARD BASKE | The Driscoll Firm | 2:15-cv-2180 |
| 88. | NANCY BELL | The Michel Brady Lynch Law Firm | 2:15-cv-05533 |
| 89. | DONNA BOYKIN | Sanders Phillips Grossman, LLC | 2:15-cv-04732 |
| 90. | LINNIE BRANCH | Sanders Phillips Grossman, LLC | 2:15-cv-03647 |
| 91. | PERCY BURNETT | Sanders Phillips Grossman, LLC | 2:15-cv-03649 |
| 92. | ROBERT DEWITT | Grant & Eisenhofer | 2:15-cv-03717 |
| 93. | FANNIE DOGGETT | Kennedy Hodges, LLP | 2:15-cv-01249 |
| 94. | DANIEL DURAN | Sanders Phillips Grossman, LLC | 2:15-cv-03650 |
| 95. | LEROY ELLIARD | Sanders Phillips Grossman, LLC | 2:15-cv-04032 |
| 96. | BETTY ELLIS | Sanders Phillips Grossman, LLC | 2:15-cv-04034 |
| 97. | AGNES GOMEZ | Sanders Phillips Grossman, LLC | 2:15-cv-03148 |
| 98. | MAI GRIGSBY | Sanders Phillips Grossman, LLC | 2:15-cv-04687 |
| 99. | ROLAND HAYES | Goldblatt & Singer | 2:15-cv-01640 |
| 100. | JOHN HUDSON | The Michel Brady Lynch Law Firm | 2:15-cv-04555 |
| 101. | JESSICA HUMPHRIES | Sanders Phillips Grossman, LLC | 2:15-cv-03654 |
| 102. | PEGGY JOLLY | Grant & Eisenhofer | 2:15-cv-03729 |
| 103. | DANIEL LOWERY | The Michel Brady Lynch Law Firm | 2:15-cv-02203 |
| 104. | JAMES MEYERHOEFER | Hilliard Munoz Gonzales LLP | 2:15-cv-04297 |
| 105. | MAYRA MONTALVO | Sanders Phillips Grossman, LLC | 2:15-cv-04048 |
| 106. | VICTORIA MORALES | Hilliard Munoz Gonzales LLP | 2:15-cv-02321 |
| 107. | JASMINE MORROW | Sanders Phillips Grossman, LLC | 2:15-cv-04050 |
| 108. | GEORGE PECK | The Michel Brady Lynch Law Firm | 2:15-cv-3909 |
| 109. | TOSHIA PERRY | Sanders Phillips Grossman, LLC | 2:15-cv-04063 |
| 110. | VICKIE PERRY | Sanders Phillips Grossman, LLC | 2:15-cv-3659 |
| 111. | JOHNNIE REYNOLDS | Favret & Lea | 2:15-cv-02427 |
| 112. | JUAN SARMIENTO | Sanders Phillips Grossman, LLC | 2:15-cv-03663 |
| 113. | JOSEPH SIMPSON | Sanders Phillips Grossman, LLC | 2:15-cv-3667 |
| 114. | SHARON TOTTEN | Gray and White Law | 2:15-cv-03619 |
| 115. | GEROLD YOUNG | Grant & Eisenhofer | 2:15-cv-03754 |