UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES ON ATTACHED EXHIBIT LIST | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER TO SHOW CAUSE
## REGARDING PLAINTIFFS WHO HAVE FAILED
## TO SERVE A PLAINTIFF FACT SHEET

Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 4(a) of Case Management Order ("CMO") No. 1, all plaintiffs are required to submit a Plaintiff Fact Sheet ("PFS") to the defendants using MDL Centrality within 60 days from the date each plaintiff's case is filed, if filed directly in this Court, or within 60 days of the date the case is transferred to this Court.

Pre-Trial Order ("PTO") No. 13 requires all plaintiffs to complete and serve upon defendants a PFS and Authorization for Release of Records of all healthcare providers and other sources of information of records using MDL Centrality. All plaintiffs must serve upon defendants a complete and verified PFS within sixty days from the date each plaintiff's case is filed, if filed directly within this Court, or within sixty days of transfer to this Court. *See* CMO No. 1 ¶ 4(a); PTO No. 13 ¶ 2. Plaintiffs who fail to provide a complete and verified PFS, signed and dated Authorizations, and all responsive documents requested in the PFS within the sixty-day time period, are to be given notice by e-mail from Defendants' Liaison Counsel. PTO No.

13 ¶ 3. After such notice, plaintiffs have twenty (20) additional days to cure such deficiency. *Id.* "Failure to timely comply may result in a dismissal of Plaintiff's claim." *Id.*

Plaintiffs on the attached Exhibit A have failed to serve a PFS in accordance with the time set forth in CMO No. 1. Plaintiffs were notified of this deficiency by Defendants' Liaison Counsel and have not cured this deficiency within twenty (20) days, as required by PTO No. 13. Plaintiffs shall be ordered to show cause on March 16, 2016 before Judge Fallon as to why their case should not be dismissed with prejudice.

Failure to show cause by appearing before this Court at 9:00 am, on March 16, 2016 in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

Upon entry of the Order to Show Cause, Defendants shall serve a copy of this Order by electronic mail on counsel for plaintiffs on the attached Exhibit A.

New Orleans, Louisiana, on this ___ day of _____ 2016.

_____
United States District Judge