**Exhibit A**
**(Failure to Submit Plaintiff Fact Sheet)**

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | ADAMS, JAMES | Sanders Phillips Grossman, LLC | 2:15-cv-04232 |
| 2. | ARSENAULT, GREGORY | Brady Law Group | 2:15-cv-01036 |
| 3. | BABNIS, CHRISTINA | Simmons Hanly Conroy | 2:15-cv-03496 |
| 4. | BAILEY, MICHAEL | Sanders Phillips Grossman, LLC | 2:15-cv-04724 |
| 5. | BAIRD, BONNIE | Girardi Keese | 2:15-cv-00457 |
| 6. | BEAL, PATRICIA | Simmons Hanly Conroy | 2:15-cv-03498 |
| 7. | BELL, TERRY | The Mulligan Law Firm | 2:15-cv-03480 |
| 8. | BENGE, TERRY | Brady Law Group | 2:15-cv-01373 |
| 9. | BLANKENSHIP, LINDA | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm | 2:15-cv-01575 |
| 10. | BORAWSKI, FRANK | Grant & Eisenhofer | 2:15-cv-03714 |
| 11. | BRIMMAGE, THERESA | Sanders Phillips Grossman, LLC | 2:15-cv-04728 |
| 12. | BROWN, ALLAN | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm | 2:15-cv-01554 |
| 13. | BROWN, EVELYN | Sanders Phillips Grossman, LLC | 2:15-cv-04730 |
| 14. | BUDROW, WILLIAM | Sanders Phillips Grossman, LLC | 2:15-cv-03648 |
| 15. | BYRD, ERNEST | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm | 2:15-cv-01141 |
| 16. | CASTRO-CHAVIRA, PEDRO | Meyerkord & Meyerkord, LLC | 2:15-cv-03024 |
| 17. | CHAMBERS, FREDERICK | Douglas & London | 2:15-cv-02291 |
| 18. | CLEMONS-WALKER, YVONNE | Sanders Phillips Grossman, LLC | 2:15-cv-04672 |
| 19. | COLLINS, KAREN | The Lanier Law Firm | 2:15-cv-04610 |
| 20. | COOPER, TIMOTHY | Simmons Hanly Conroy | 2:15-cv-03513 |
| 21. | DAVIS, GARY | Bernstein Liebhard LLP | 2:15-cv-03873 |
| 22. | ELKINS, BETTY | Grant & Eisenhofer | 2:15-cv-03714 |
| 23. | ENGLAND, RONALD | The Driscoll Firm | 2:15-cv-02180 |
| 24. | ENOCH, SIDNEY | Simmons Hanly Conroy | 2:15-cv-03519 |
| 25. | FAVORS, ALI | Hearin, LLC; Kennedy Hodges, LLP | 2:15-cv-00618 |
| 26. | FRANKLIN, JOSEPH, JR. | Sanders Phillips Grossman, LLC | 2:15-cv-04743 |
| 27. | GARDNER, LEONARDO | Sanders Phillips Grossman, LLC | 2:15-cv-04744 |
| 28. | GATLIN, DEBORAH | The Mulligan Law Firm | 2:15-cv-03737 |
| 29. | GIONET, GEORGE | Sanders Phillips Grossman, LLC | 2:15-cv-04039 |
| 30. | GOHL, MICHAEL | Sanders Phillips Grossman, LLC | 2:15-cv-04040 |
| 31. | HALL, GENEVIEVE | Peiffer Rosca Wolf Abdullah Carr & Kane; Michael Brady Lynch Firm | 2:15-cv-03886 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
| --- | --- | --- | --- |
| 32. | HARPS, SYLVERNIA | Varadi, Hair & Checki LLC; Favret & Lea | 2:15-cv-05007 |
| 33. | HELMS, WALTER | Jones Ward PLC; Kabateck Brown Kellner, LLP | 2:15-cv-03862 |
| 34. | HERNANDEZ, DANIEL | The Driscoll Firm | 2:15-cv-00920 |
| 35. | JAMES, JEANETTE | Girardi Keese | 2:15-cv-00458 |
| 36. | KELLY, CLYDE | Girardi Keese | 2:15-cv-00459 |
| 37. | LEE, BILLY | Brady Law Group | 2:15-cv-01030 |
| 38. | LYNCH, LARRY | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm | 2:15-cv-02204 |
| 39. | MABRY, BEATRICE | Goldblatt & Singer | 2:15-cv-02569 |
| 40. | MACE, JARROLD D. | Brady Law Group | 2:15-cv-03932 |
| 41. | MANNHALTER, JOYCE | Sanders Phillips Grossman, LLC | 2:15-cv-03148 |
| 42. | MARXEN, DEBORAH | Sanders Phillips Grossman, LLC | 2:15-cv-04752 |
| 43. | MAY, TONI | Gustafson Gluek PLLC | 2:15-cv-03803 |
| 44. | MCCOY, HEATHER | The Lanier Law Firm | 2:15-cv-05281 |
| 45. | MCCULLEN, MARY | Sanders Phillips Grossman, LLC | 2:15-cv-04753 |
| 46. | MCDOUGAL, WALTER G. | Brady Law Group | 2:15-cv-01373 |
| 47. | MEANS, ETTA | Matthews & Associates | 2:15-cv-04568 |
| 48. | MILLER, TRUDY L. | Brady Law Group | 2:15-cv-03933 |
| 49. | MOORE, ALLISON | Sanders Phillips Grossman, LLC | 2:15-cv-04697 |
| 50. | NACE, LINDA | Brown and Crouppen, P.C. | 2:15-cv-04369 |
| 51. | NEWKIRK, MARGERY | Sanders Law Firm, LLC | 2:15-cv-02593 |
| 52. | PERRY, LYNNE | The Driscoll Firm | 2:15-cv-02153 |
| 53. | POPE, VONCILLE | Motley Rice LLC | 2:15-cv-00186 |
| 54. | READ, JOHN | Sanders Law Firm, LLC | 2:15-cv-02664 |
| 55. | RICE, GOERGIA | Simmons Hanly Conroy | 2:15-cv-03587 |
| 56. | RIDER, JAMES | The Driscoll Firm | 2:15-cv-02180 |
| 57. | ROBINSON, MARGIE | Simmons Hanly Conroy | 2:15-cv-03589 |
| 58. | RODRIGUEZ, YESENIA | Sanders Phillips Grossman, LLC | 2:15-cv-04065 |
| 59. | ROSE, OTTIS R., SR. | Motley Rice LLC | 2:15-cv-00861 |
| 60. | SANTIAGO, LUIS | Douglas & London | 2:15-cv-03104 |
| 61. | SARGENT, CATHERINE | The Lanier Law Firm | 2:15-cv-05335 |
| 62. | SCOTT, JAMES | Grant & Eisenhofer | 2:15-cv-03749 |
| 63. | SELLERS, GRACE | Brady Law Group | 2:15-cv-01373 |
| 64. | SIROIS, JENNIE | Cory Watson Crowder & DeGaris | 2:15-cv-04173 |
| 65. | STANSBURY, MARK E. | Aylstock, Witkin, Kreis & Overholtz PLLC | 2:15-cv-04956 |
| 66. | STEVENS, REBECCA | Kennedy Hodges, LLP | 2:15-cv-01255 |
| 67. | STURDIVANT, JOE | Peiffer Rosca Wolf Abdullah Carr & Kane; Michael Brady Lynch Firm | 2:15-cv-04003 |
| 68. | THOMPSON, SANDRA | Sanders Phillips Grossman, LLC | 2:15-cv-04758 |

84653425.1

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
| --- | --- | --- | --- |
| 69. | TRAYLOR, SHERI | Peiffer Rosca Wolf Abdullah Carr & Kane; Michael Brady Lynch Firm | 2:15-cv-04016 |
| 70. | TRUJILLO, REYNALDO | Brady Law Group | 2:15-cv-01373 |
| 71. | TULLIS, ARLETA | Bernstein Liebhard LLP | 2:15-cv-03644 |
| 72. | WHITT, CLAUDE | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm | 2:15-cv-04536 |
| 73. | WIGGERS, EDWARD | Cory Watson Crowder & DeGaris | 2:15-cv-02501 |
| 74. | WILES, JIMMY | Sanders Phillips Grossman, LLC | 2:15-cv-04709 |
| 75. | WOMACK, BARBARA | Sanders Phillips Grossman, LLC | 2:15-cv-04075 |
| 76. | WRIGHT, VERONICA | Sanders Phillips Grossman, LLC | 2:15-cv-04711 |
| 77. | YOST, TIMOTHY | Brady Law Group | 2:15-cv-01036 |
| 78. | ZAMORA, VANESSA | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm | 2:15-cv-01899 |