# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: DANIEL BARNEY | JUDGE: ELDON E. FALLON |
| Plaintiff, | MAGISTRATE JUDGE: MICHAEL NORTH |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:15-cv-05065-EEF-MBN

STIPULATION OF DISMISSAL OF DEFENDANT BAYER CORPORATION WITHOUT PREJUDICE |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Daniel Barney and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Corporation only. All other Defendants remain in the case. Costs and fees shall be borne by the party that incurred them.

1

DATED: February 22, 2016          Respectfully submitted,

                                                By:    /s/ Roopal P. Luhana
                                                      Eric T. Chaffin, Esq.
                                                       Roopal P. Luhana, Esq.
                                                       CHAFFIN LUHANA LLP
                                                       600 Third Ave., 12th Floor
                                                       New York, NY 10016
                                                       Telephone: (347) 269-4472
                                                       Fax: (888) 499-1123
                                                       luhana@chaffinluhana.com
                                                       *Attorneys for Plaintiff*

                                              By:    */s/ Steven Glickstein*
                                                       Steven Glickstein
                                                       KAYE SCHOLER LLP
                                                       250 West 55th Street
                                                       New York, New York 10019-9710
                                                       Telephone: (212) 836-8485
                                                       Facsimile: (212) 836-6485
                                                       sglickstein@kayscholer.com
                                                       *Attorneys for Defendant Bayer Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      By:   /s/ Roopal P. Luhana
              Roopal P. Luhana, Esq.

              Attorney for Plaintiff