UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENTS RELATES TO ANNA MAY RICCI | JUDGE: ELDON E. FALLON |
|         Plaintiff, | |
| v. | MAGISTRATE JUDGE: MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No.: 2:15-cv-6555-EEF-MBN

STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE |
|         Defendants. | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Anna May Ricci and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer HealthCare LLC only. All other Defendants remain in the case. Costs and fees shall be borne by the party that incurred them.

1

DATED:  February 22, 2016    Respectfully submitted,

                By:    /s/ Roopal P. Luhana
                      Eric T. Chaffin, Esq.
                      Roopal P. Luhana, Esq.
                      CHAFFIN LUHANA LLP
                      600 Third Ave., 12th Floor
                      New York, NY 10016
                      Telephone:  (347) 269-4472
                      Fax:   (888) 499-1123
                      luhana@chaffinluhana.com
                      ***Attorneys for Plaintiff***


                By:    /s/ *Steven Glickstein*
                      Steven Glickstein
                      KAYE SCHOLER LLP
                      250 West 55th Street
                      New York, New York 10019-9710
                      Telephone: (212) 836-8485
                      Facsimile: (212) 836-6485
                      sglickstein@kayscholer.com
                      ***Attorneys for Defendant Bayer HealthCare LLC***

## CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      By:   /s/ Roopal P. Luhana
                Roopal P. Luhana, Esq.

                Attorney for Plaintiff