# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENTS RELATES TO KENNETH HARRIS       Plaintiff, v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,       Defendants. | JUDGE: ELDON E. FALLON MAGISTRATE JUDGE: MICHAEL NORTH Civil Action No.: 2:15-cv-03403-EEF-MBN STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Kenneth Harris and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer HealthCare LLC only. All other Defendants remain in the case. Costs and fees shall be borne by the party that incurred them.

DATED:  February 22, 2016        Respectfully submitted,

                                              By:     /s/ Roopal P. Luhana
                                                       Eric T. Chaffin, Esq.
                                                       Roopal P. Luhana, Esq.
                                                       CHAFFIN LUHANA LLP
                                                       600 Third Ave., 12th Floor
                                                       New York, NY 10016
                                                       Telephone:  (347) 269-4472
                                                       Fax:   (888) 499-1123
                                                       luhana@chaffinluhana.com
                                                       ***Attorneys for Plaintiff***


                                            By:     /s/ *Steven Glickstein*
                                                       Steven Glickstein
                                                       KAYE SCHOLER LLP
                                                       250 West 55th Street
                                                       New York, New York 10019-9710
                                                       Telephone: (212) 836-8485
                                                       Facsimile: (212) 836-6485
                                                       sglickstein@kayscholer.com
                                                       ***Attorneys for Defendant Bayer HealthCare LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ Roopal P. Luhana
Roopal P. Luhana, Esq.

Attorney for Plaintiff