UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**<u>PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR LEAVE TO FILE MOTION TO CHALLENGE CONFIDENTIALITY DESIGNATIONS AND FOR RELIEF FROM PRETRIAL ORDER NO. 12 (STIPULATED PROTECTIVE ORDER) AND TO FILE UNREDACTED VERSION OF MOTION AND EXHIBITS UNDER SEAL</u>**

The Plaintiffs' Steering Committee ("PSC") hereby respectfully requests leave of the Court to file the attached Motion to Challenge Confidentiality Designations and For Relief From Pretrial Order No. 12 (Stipulated Protective Order).  Through this Motion, the PSC seeks to expedite consideration of an urgent matter involving public health and safety.

Additionally, the PSC submits that portions of the Motion and Exhibits B, D, E, G and I thru CC) refer to and contain information that Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho, LLC, and Johnson & Johnson (collectively "Defendants") have designated confidential.  Accordingly, the PSC requests leave of Court to file an UNREDACTED version of the Motion, as well as Exhibits B, D, E, G and I thru CC) UNDER SEAL.

Defendants have recently produced numerous documents that are designated as protected from disclosure by Pretrial Order No. 12 (the "Protective Order").  In reviewing those documents, the PSC has learned that Defendants have withheld from the U.S. Food & Drug Administration ("FDA") relevant information requested by FDA in connection with its investigation into the impact of the recalled INRatio® point-of-care monitoring device on the

results of the ROCKET AF clinical trial on Xarelto. Through the proposed Motion, the PSC seeks relief from the Protective Order to allow disclosure of that information to FDA.

Given the serious health and safety issues at stake, the PSC requests leave to bring its challenges and request for relief before the Court through the proposed motion instead of addressing the challenges through the provisions in paragraph 13 of the Protective Order. *See* Pretrial Order No. 12, ¶ 13; *see also* Pretrial Order No. 12, ¶ 34 (allowing application to the Court for modification of the Order upon good cause shown). The PSC does not believe the Protective Order's challenge process would successfully resolve the matter and that it would only serve to delay a timely resolution. With FDA's health and safety investigation ongoing, time is of the essence.

WHEREFORE, the PSC prays that this Motion be GRANTED and that it be allowed to file its Motion to Challenge Confidentiality Designations and For Relief From Pretrial Order No. 12 (Stipulated Protective Order), and further that an UNREDACTED version of the Motion, as well as Exhibits B, D, E, G and I thru CC), be filed UNDER SEAL.

Respectfully submitted,

*/s/ Leonard A. Davis*

_____
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
Email:  ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
***GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC***
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA  70163-2800
PH:  (504) 522-2304
FAX: (504) 528-9973
Email:  gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Andy D. Birchfield, Jr. (Co-Lead Counsel)
234 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax: (334) 954-7555
Email: Andy.Birchfield@BeasleyAllen.com

Brian H. Barr (Co-Lead Counsel)
316 Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7045
Fax: (850) 436-6044
Email: bbarr@levinlaw.com

Russell T. Abney
2100 RiverEdge Parkway,
Suite 720
Atlanta, Georgia 30328
Email: rabney@lawyerworks.com

Dr. Mark Alan Hoffman
1650 Market Street, Suite 3450
Philadelphia, PA 19103
Phone: (215) 574-2000
Fax: (215) 574-3080
Email: mhoffman@rossfellercasey.com

Bradley D. Honnold
11150 Overbrook Rd., Ste. 200
Leawood, KS 66211
Phone: (913) 266-2300
Fax: (913) 266-2366
Email: bhonnold@bflawfirm.com

Frederick Longer
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215-592-4663
Email: flonger@lfsblaw.com

Jeffrey S. Grand
550 Broad Street, Suite 920
Newark, NJ 07102
Phone: (973) 639-9100
Fax: (973) 639-9393
Email: jgrand@seegerweiss.com

Roger C. Denton
100 S. 4th Street
St. Louis, MO 63102
Phone: (314) 621-6115
Email: rdenton@uselaws.com

| | |
|---|---|
| Michael Goetz<br>201 N. Franklin St., 7th Floor<br>Tampa, FL 33602<br>Phone: (813) 221-6581<br>Fax: (813) 222-4737<br>Email: MGoetz@ForThePeople.com | Dianne M. Nast<br>1101 Market Street, Suite 2801<br>Philadelphia, Pennsylvania 19107<br>Phone: (215) 923-9300<br>Email: dnast@nastlaw.com |
| Neil D. Overholtz<br>17 E. Main Street , Suite 200<br>Pensacola, Florida 32501<br>Phone: (850) 916-7450<br>Fax: (850) 916-7449<br>Email: noverholtz@awkolaw.com | Ellen Relkin<br>700 Broadway<br>New York, New York 10003<br>Phone: (212) 558-5500<br>Fax: (212) 344-5461<br>Email: Erelkin@weitzlux.com |

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on February 22, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                /s/ Leonard A. Davis
                **LEONARD A. DAVIS**