UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Motion to Challenge Confidentiality Designations and for Relief From PreTrial Order No. 12 (Stipulated and Protective Order) and to File Unredacted Version of Motion and Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Plaintiffs' Steering Committee's Motion to Challenge Confidentiality Designations and for Relief From PreTrial Order No. 12 (Stipulated and Protective Order) be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that the Unredacted Version of the Motion to Challenge Confidentiality Designations and for Relief From PreTrial Order No. 12 (Stipulated and Protective Order), along with Exhibits B, D, E, G and I thru CC, be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this ___ day of _____, 2016.

                                                                   _____
                                                                   Eldon E. Fallon
                                                                   United States District Court Judge