UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  PRODUCTS      *   MDL NO. 2592
LIABILITY LITIGATION

                                                       *   SECTION L
                                                       *
                                                       *   JUDGE ELDON E. FALLON
                                                       *
                                                       *   MAG. JUDGE NORTH
**********************************************   *

THIS DOCUMENT RELATES TO:
    *All Cases*

## ORDER

The Court has been informed that the parties would like to schedule an oral argument for the purpose of discussing the production of the personnel files of Wolfgang Mueck.  Thus,

It is **ORDERED that** oral argument regarding this matter is set for Tuesday, February 23, 2016.  Oral argument shall immediately follow the 9:00 a.m. monthly Xarelto status conference.

It is **FURTHER ORDERED** that counsel for Defendants shall file a memorandum in opposition to the production of the personnel files on or before Monday, February 22, 2016.

It is **FURTHER ORDERED** that counsel for Defendants shall be prepared to deliver the personnel files of Wolfgang Mueck for *in camera* review immediately following the oral argument, should circumstances warrant.

New Orleans, Louisiana this 19th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE