| | |
|---|---|
| ROBERT BRAY, ELISE FOX, MARIE RICHTER, VIVA ZUSPANN, as an individual and as the Administrator for and on behalf of the heirs of the Estate of NORMAN D. ZUSPANN, <br><br>      Plaintiffs, <br><br>      v. <br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, <br><br>      Defendants. | MDL NO. 2592 <br><br> SECTION:   L <br><br> JUDGE:  ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

## NOTICE OF APPEARANCE

To the Clerk of the court and all parties of record:

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel in this action on behalf of plaintiffs.

Dated: February 22, 2016

                                              **Slater Slater Schulman LLP**
                                              /s/ Lauren Burbol
                                              Lauren Burbol (4673042)
                                              445 Broad Hollow Road, Suite 334
                                              Melville, New York 11747
                                              Tel:     212 922-0906
                                              Email: lburbol@sssfirm.com