| | |
|---|---|
| CHARLENE BROOKS, JOYCE BURNS, ANGELA DIMICHELE, JULIE VANNORMAN, DAVYNE ANDERS-SORTO, as an individual and as the Administrator for and on behalf of the heirs of the Estate of CAROL SMITH, BONNIE HOLD, as an individual and as the Administrator for and on behalf of the heirs of the Estate of AGNES LAWRENCE, FILENA ORELLANA, as an individual and as the Administrator for and on behalf of the heirs of the Estate of SILANO ORELLANA, THOMAS A. SMITH, as an individual and as the Administrator for and on behalf of the heirs of the Estate of THOMAS J. SMITH<br><br>  Plaintiffs,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>  Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## **NOTICE OF APPEARANCE**

To the Clerk of the court and all parties of record:

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel in this action on behalf of plaintiffs.

Dated: February 22, 2016

                                    **Slater Slater Schulman LLP**
                                    /s/ Lauren Burbol
                                    Lauren Burbol (4673042)
                                    445 Broad Hollow Road, Suite 334
                                    Melville, New York 11747
                                    Tel:    212 922-0906
                                    Email: lburbol@sssfirm.com