| | |
|---|---|
| LINDA ETHIER, MICHELE FLYNN, JANELLE MATRAN, JIM ROSS, and TANZIA ROUNDS<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF APPEARANCE

To the Clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel in this action on behalf of plaintiffs.

Dated: February 22, 2016

> **Slater Slater Schulman LLP**
> /s/ Lauren Burbol
> Lauren Burbol (4673042)
> 445 Broad Hollow Road, Suite 334
> Melville, New York 11747
> Tel:   212 922-0906
> Email: lburbol@sssfirm.com