Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Gray v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-02978 | MDL No. 2592<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO ALLEGED DEFICIENCIES IN PLAINTIFF FACT SHEET**

Plaintiff Lawrence Gray, through undersigned counsel, respectfully requests that this Court grant his Motion for Extension of Time Within Which to Respond to Alleged Deficiencies in Plaintiff Fact Sheet.  Plaintiff Gray requests that the Court grant him until March 7, 2016 to respond to the deficiency notice served by Defendants in this case.  Plaintiff Gray's responses are currently due either February 23, 2016 or February 25, 2016.[1]

---

[1] The deficiency notice is dated "2/3/16" but Plaintiff Gray was not notified that the notice had been uploaded to MDL Centrality until February 5, 2016.  Plaintiff's counsel emailed one of Defendants' counsel on February 5, 2016 to ask clarification on what date Defendants would treat as the due date for Plaintiff's response to the alleged deficiencies, but to date Defendants' counsel has not responded to that email.

**MOTION FOR EXTENSION OF TIME**                                                                                            Page 1

This Motion is supported by Plaintiffs' Brief in Support of Motion for Extension of Time Within Which to Respond to Alleged Deficiencies in Plaintiff Fact Sheet, which is being filed contemporaneously herewith.

DATED: February 22, 2016                                  Respectfully submitted,

                              By:    /s/ *Charles G. Orr*
                                      Charles G. Orr, TX Bar No. 00788148
                                      THE MULLIGAN LAW FIRM
                                      3710 Rawlins Street, #901
                                      Dallas, Texas 75219
                                      Telephone: (214) 219-9779
                                      Facsimile: (214) 520-8789
                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                              By:    /s/ Charles G. Orr
                                      Charles G. Orr
                                      Attorney for Plaintiff