Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>*Gray v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-02978 | ) MDL No. 2592<br>)<br>) **SECTION:  L**<br>) **JUDGE FALLON**<br>) **MAG. JUDGE NORTH**<br>)<br>) |

**BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO ALLEGED DEFICIENCIES IN PLAINTIFF FACT SHEET**

Plaintiff Lawrence Gray, through undersigned counsel, respectfully requests that this Court grant his Motion for Extension of Time Within Which to Respond to Alleged Deficiencies in Plaintiff Fact Sheet. Plaintiff Gray requests that the Court grant him until March 7, 2016 to respond to the deficiency notice served by Defendants in this case. Plaintiff Gray's responses are currently due either February 23, 2016 or February 25, 2016.

Pretrial Order 13 provides that, when Defendants believe a plaintiff has provided an incomplete or deficient Plaintiff Fact Sheet (PFS), Defendants' Liaison Counsel shall give "notice by e-mail" of the alleged deficiencies and the plaintiff receiving such notice "shall be given twenty (20) additional days to cure such deficiency." PTO 13 at 2, ¶ 3. The PTO is not

clear on how the 20 days to cure is to be calculated in cases, like this, where the deficiency notice was uploaded two days before the e-mail advising   In this case, Defendants' Liaison Counsel appear to have uploaded a notice of deficiency to MDL Centrality on "2/3/16," which is the date on the notice.  However, Plaintiff Gray's counsel did not receive the e-mail notifying Plaintiff Gray of the deficiency notice until February 5, 2016.[1]

In any event, irrespective of whether Plaintiff Gray's response to the notice of alleged deficiencies is due February 23 or February 25, Plaintiff Gray seeks additional time to respond. Defendants identified some 24 alleged deficiencies in Plaintiff Gray's PFS responses.  While Plaintiff Gray disputes that there are 24 such deficiencies, Plaintiff Gray is working diligently with his counsel to address each and every deficiency alleged in his PFS by Defendants. Moreover, logistical difficulties exist for Plaintiff Gray because he spends his winters in Florida but at least some of the records Plaintiff Gray needs to consult to ensure complete responses to the alleged deficiencies are at his residence in upstate New York.

Plaintiff Gray has been diligently working to address each alleged deficiency and anticipates being able to respond no later than two weeks from the date of the filing of this motion.  Accordingly, Plaintiff Gray respectfully requests an extension of time until March 7, 2016, or 14 days from the date of this filing, to serve his response to the deficiency notice.

---

[1] Immediately upon receiving the e-mail notice on February 5, Plaintiff's counsel emailed one of Defendants' counsel to ask clarification on what date Defendants would treat as the due date for Plaintiff's response to the alleged deficiencies, but to date Defendants' counsel has not responded to that email.  Plaintiff's counsel also e-mailed Defendants' Liaison Counsel Jim Irwin on February 22, 2016 to request a short extension of time to respond to the deficiency notice in this case but as of the time of the filing of this motion, Mr. Irwin has not yet responded. Given that Defendants have typically opposed such requests when made by other plaintiffs' counsel in this litigation, Plaintiff Gray assumes that Defendants will oppose this request.

**BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME**                                              Page 2

DATED:  February 22, 2016                                   Respectfully submitted,

                                            By:     /s/ *Charles G. Orr*
                                            Charles G. Orr, TX Bar No. 00788148
                                            THE MULLIGAN LAW FIRM
                                            3710 Rawlins Street, #901
                                            Dallas, Texas 75219
                                            Telephone: (214) 219-9779
                                            Facsimile: (214) 520-8789
                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 22, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                            By:     /s/ Charles G. Orr
                                            Charles G. Orr
                                            Attorney for Plaintiff