Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) |
| | ) **SECTION:  L** |
| **This Document Relates To:** | ) **JUDGE FALLON** |
| | ) **MAG. JUDGE NORTH** |
| *Gray v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-02978 | ) ) ) |

### ORDER

The Court, after considering Plaintiff's Motion for Extension of Time Within Which to Respond to Alleged Deficiencies in Plaintiff Fact Sheet as well as any responses thereto, find the motion meritorious.  It is therefore:

ORDERED THAT Plaintiff Lawrence Gray shall have until March 7, 2016 to respond to the deficiency notice served under PTO 13 by Defendants' Liaison Counsel in this case.

DATED: _____        _____
                                                                              Hon. Eldon E. Fallon
                                                                              United States District Court Judge