UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| PAMELA ANDERSON, PETER ARCE, RALPH ARCE, RAMON ARCE, SR., RAMON ARCE, JR. RAUL ARCE, CECILIA CARO, HAROLD CHAPMAN, AUGUSTA JONES, JERRY P. LINDEMOOD, JERRY T. LINDEMOOD, MARY LINDEMOOD, MICHAEL LINDEMOOD, RAMONA MILLER, FRANCISCO RODRIGUEZ, HECTOR RODRIGUEZ, ROBERTO RODRIGUEZ, YOLANDA RODRIGUEZ, JOSEPH SLIMAN, and PENNY SLIMAN, | JUDGE FALLON MAG. JUDGE NORTH  Civil Action No. 2:15-cv-01940  **STIPULATION OF DISMISSAL** |
| Plaintiffs, vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHOMCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

_____

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims of Plaintiffs Pamela Anderson, Jerry P.

Lindemood, Jerry T. Lindemood, Mary Lindemood and Michael Lindemood only in the above-

captioned case be dismissed with prejudice, each party to bear its own fees and costs. The dismissal of said Plaintiffs shall not impact the claims of the other named Plaintiffs in this action.

**CALLAHAN & BLAINE, APLC**
By      /s/   *Brian J. McCormack*
   Daniel J. Callahan
   Daniel@callahan-law.com
   Brian J. McCormack
   bmccormack@callahan-law.com
   Laura M. Morris
   lmorris@callahan-law.com
   3 Hutton Centre Drive, Ninth Floor
   Santa Ana, CA  92707
   Tel:  (714) 241-4444
   Fax:  (714) 241-4445]
   Attorneys for Plaintiff
   Dated: February 22, 2016

**HODES MILMAN & LIEBECK, LLP**
By:      /s/   *Jeff Milman*
   Daniel Hodes
   dhodes@hmlm.com
   Jeff Milman
   jmilman@hmlm.com
   Jason Caruso
   jcaruso@hmlm.com
   9210 Irvine Center Drive
   Irvine, CA 92618
   Tel: (949) 640-8222
   Fax: (949) 336-8114

   Attorneys for Plaintiff
   Dated: February 22, 2016

**DRINKER BIDDLE & REATH LLP**
By      /s/   *Susan M. Sharko*
   Susan Sharko
   600 Campus Drive
   Florham Park, NJ  07932
   Tel: (973) 549-7350
   Susan.Sharko@dbr.com

   Attorneys for Defendants Janssen Pharmaceuticals, Inc.; Johnson & Johnson; Janssen Research & Development, LLC; and Janssen Ortho LLC
   Dated: February 22, 2016

**KAYE SCHOLER LLP**
By      /s/   *William Hoffman*
   William Hoffman
   901 15th St. NW
   Washington, DC  20005
   Tel: (202) 682-3500
   william.hoffman@kayescholer.com

   Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc.; and Bayer Pharma AG
   Dated: February 22, 2016

**IRWIN FRITCHIE URQUHART & MOORE, LLC**
By      /s/   *James B. Irwin*
   James B. Irwin
   Kim E. Moore
   400 Poydras St., Ste. 2700
   New Orleans, LA  70130
   Tel: (504) 310-2100
   jirwin@irwinllc.com
   kmoore@irwinllc.com

   Liaison Counsel for Defendants
   Dated: February 22, 2016

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 22, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/   *Laura M. Morris*