UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> MOSTAFA CHAOUCH, <br><br> Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, <br><br> Defendants | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br> Civil Action No.: 2:15-cv-05152-EEF-MBN <br><br> **MOTION TO ENTER A STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE** |

COMES NOW Plaintiff Mostafa Chaouch, by and through his attorneys the Thornton Law Firm, pursuant to Federal Rule of Civil Procedure 41(a)(2), and respectfully moves this court to dismiss the above-styled action without prejudice only as against defendant Bayer Healthcare, LLC and with each party to bear its own fees and costs. The filing of this Motion to Dismiss Without Prejudice as to Bayer Healthcare, LLC is not intended to have any effect on Plaintiff's claims against any other Defendants in the above-styled action. No counterclaims have been filed against Plaintiff. A Stipulation of Dismissal signed by counsel for both parties is attached, as is the proposed motion to dismiss.

WHEREFORE, the Plaintiffs prays that this Court enter an order dismissing only Bayer Healthcare, LLC **without** prejudice

DATED: February ___, 2016             Respectfully submitted,

                                By:   /s/ *Marilyn T. McGoldrick*
                                      Marilyn T. McGoldrick
                                      Jotham Kinder
                                      THORNTON LAW FIRM, LLP
                                      100 Summer Street, 30th Floor
                                      Boston, MA 02110
                                      Telephone: (617) 720-1333

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Dismiss has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established MDL 2592 pursuant to Pre-Trail Order No. 17.

                                By:   /s/*Marilyn T. McGoldrick*
                                      Marilyn T. McGoldrick
                                      Attorney for Plaintiff