# Attachment A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>MOSTAFA CHAOUCH,<br><br>      Plaintiff,<br><br>      v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br><br>      Defendants | ) MDL No. 2592<br>)<br>) SECTION: L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>)<br>)<br>)<br>) Civil Action No.: 2:15-cv-05152-EEF-MBN<br>)<br>) **MOTION TO ENTER A STIPULATION OF**<br>) **DISMISSAL OF DEFENDANT BAYER**<br>) **HEALTHCARE LLC WITHOUT PREJUDICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Considering the above-captioned Plaintiff's foregoing Motion to Dismiss Without Prejudice as to Bayer Healthcare, LLC,

**IT IS HEREBY ORDERED** that the above-captioned cases is hereby dismissed without prejudice as to Bayer Healthcare, LLC only; all of Plaintiff's claims against other defendants remain intact.

      ORDERED AND SIGNED this _____ day of _____, 2015.

      _____

      UNITED STATES DISTRICT JUDGE