UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Steven Hartman and Nancy Linguti v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-cv-00530**

## NOTICE OF DEATH OF PLAINTIFF

COMES NOW Counsel for Plaintiffs Stephen Hartman and Nancy Linguiti, and hereby notifies the Court and the Parties hereto, in accordance with the Federal Rules of Civil Procedure 25(a), of the death of Plaintiff Stephen Hartman during the pendency of this Action. Counsel for Plaintiff anticipates filing a Motion to Substitute a Party in the near-term.

Dated: 02/23/2016

Respectfully Submitted,

By: /s/ Ellen Relkin
Ellen Relkin
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5715
Facsimile: (212) 344-5461
E-mail: erelkin@weitzlux.com
(NY Bar# 1977438)

Attorney for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that on this 23 day of February 2016, a true copy of the foregoing Notice of Death was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

      /s/ Ellen Relkin
      Ellen Relkin