UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| SHAYNE POTTER,<br><br>        Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC, *et al.*<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Civil Action No.: 2:15-cv-07172 |

Plaintiff Shayne Potter, by and through his attorneys, hereby gives notice of the voluntary dismissal of his claims without prejudice against all named Defendants. Defendants have not yet served an Answer or other responsive pleading. Accordingly, dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate.

                    Respectfully submitted,

                    */s/Calvin S. Tregre, Jr.*
                    Calvin S. Tregre, Jr.
                    David L. Dawson
                    **BURG SIMPSON**
                    **ELDREDGE HERSH & JARDINE, P.C.**
                    312 Walnut Street, Suite 2090
                    Cincinnati, Ohio 45202
                    Tel: (513) 852-5600
                    Fax: (513) 852-5611
                    ctregre@burgsimpson.com
                    ddawson@burgsimpson.com

>Seth A. Katz
>**BURG SIMPSON**
>**ELDREDGE HERSH & JARDINE, P.C.**
>40 Inverness Drive East
>Englewood, Colorado 80112
>Tel: (303) 792-5595
>Fax: (303) 708-0527
>skatz@burgsimpson.com
>
>**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Voluntary Dismissal Without Prejudice Pursuant to FRCP 41(a)(1)(A)(i) has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>*/s/ Calvin S. Tregre, Jr.*
>Calvin S. Tregre, Jr.