UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

*Steven Hartman and Nancy Linguti v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-cv-00530**

<u>**MOTION TO SUBSTITUTE PLAINTIFF**</u>

COMES NOW Plaintiff, Stephen Hartman, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, and with the consent of all parties, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Plaintiff, Stephen Hartman, passed away on September 29, 2015, as reported to the Court in the Notice of Death filed on February 23, 2016. On December 14, 2015, the Surrogate's Court of the County of Nassau, State of New York, appointed Nancy Linguiti as Administratrix of the Estate of Stephen Hartman, attached hereto as Exhibit A. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Nancy Linguiti, both individually and as Administratrix of the Estate of Stephen Hartman, as the named party in place of Stephen Hartman.

WHEREFORE, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated: 2/23/2016                                              Respectfully Submitted,

                                                              By:/s/ Ellen Relkin
                                                              Ellen Relkin
                                                              WEITZ & LUXENBERG, P.C.
                                                              700 Broadway
                                                              New York, NY 10003
                                                              Telephone: (212) 558-5715
                                                              Facsimile: (212) 344-5461
                                                              E-mail: erelkin@weitzlux.com
                                                              (NY Bar# 1977438)

                                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23 day of February 2016, a true copy of the foregoing Motion to Substitute Plaintiff was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                             /s/ Ellen Relkin
                                                             Ellen Relkin