# Surrogate's Court of the County of Nassau

On the Date Written Below LETTERS OF LIMITED ADMINISTRATION were granted by the Surrogate's Court of Nassau County, New York as follows:

File #: 2015-386904

| | | |
|---|---|---|
| Name of Decedent: | **Stephen Hartman** <br> AKA **Steve Hartman** | Date of Death: 09-29-2015 |
| Domicile: | **Nassau County** | |
| Type of Letters Issued: | **LETTERS OF LIMITED ADMINISTRATION** | |
| Fiduciary Appointed: | **Nancy Linguiti** <br> 2330 Smith Lane <br> Seaford NY  11783 | |

**Limitations:** You are hereby empowered to prosecute and defend any cause of action given you by special provision of law, but are restrained from collecting or disposing of any assets of said estate as Administrator without first applying to this Court for fixation of adequate bond.

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated:  December 14, 2015

IN TESTIMONY WHEREOF,  the seal of the Nassau County Surrogate's Court has been affixed.

WITNESS, Hon Edward W. McCarty III, Judge of the Nassau County Surrogate's Court

*Michael J. Murphy*
_____
Michael J Murphy, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Nassau County Surrogate's Court*

NOTICE: Attention is called to the provision of Sec. 11-1.6 of Estates, Powers and Trusts law and Sec. 719 of the Surrogate's Court Procedure Act, which makes it a misdemeanor and a cause for removal for a fiduciary to deposit or invest estate funds in his individual account or name.  All funds must be deposited in the name of fiduciary and to the credit of the estate.  Sec 708 and Sec 711 of the Surrogate's Court Procedure Act provide that if the address of the fiduciary changes they shall promptly notify the court of the new address and that failure to do so within thirty (30) days after such such change may result in the suspension or revocation of letters.

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

C20 (Rev. 1/07)

Certificate# 158950

# Surrogate's Court of the State of New York
# Nassau County

File#: 2015-386904

## Certificate of Appointment of Administrator

IT IS HEREBY CERTIFIED that Letters for the Estate of the Decedent named below have been granted by this Court, and such Letters are unrevoked, are valid and are in full force as of this date.

**Name of Decedent:** Stephen Hartman
aka Steve Hartman

**Date of Death:** September 29, 2015

**Domicile:** Nassau County

**Fiduciary Appointed:** Nancy Linguiti
2330 Smith Lane
Seaford NY 11783

Letters Issued: LETTERS OF LIMITED ADMINISTRATION

Letters Issued On: December 14, 2015

**Limitations:** You are hereby empowered to prosecute and defend any cause of action given you by special provision of law, but are restrained from collecting or disposing of any assets of said estate as Administrator without first applying to this Court for fixation of adequate bond.

and such Letters are unrevoked and in full force as of this date.

**Dated: December 14, 2015**
**Mineola, New York**

IN TESTIMONY WHEREOF, the seal of the Nassau County Surrogate's Court has been affixed.

WITNESS, Honorable Edward W. McCarty III, Judge of the Nassau County Surrogate's Court.

*Michael J. Murphy*

Michael J Murphy, Chief Clerk
Nassau County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Nassau County Surrogate's Court and expires 6 months from the issue date of this certificate, unless otherwise stated above.*