UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Steven Hartman and Nancy Linguti v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-cv-00530**

## PROPOSED ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Nancy Linguiti, Individually and as Administratrix of the Estate of Stephen Hartman, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED.**

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**