Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
**LEVIN, PAPANTONIO, THOMAS,**
**MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>THEODORE CARL MASSA and BETTY LOU MASSA,<br><br>    Plaintiffs,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br><br>    Defendants. | MDL No. 2592<br><br>SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:15-cv-05616-EEF-MBN<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Theodore Carl Massa and Betty Lou Massa and

Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Healthcare

1

LLC.  All other Defendants remain in the case.  Costs and fees shall be borne by the party that incurred them.

DATED:  February 23, 2016

Respectfully submitted,

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &  PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for Plaintiffs*


By: /s/ *Andrew K. Solow*
Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
steven.glickstein@kayescholer.com

*Attorneys for Defendant Bayer HealthCare LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos
Attorney for Plaintiff