Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
**LEVIN, PAPANTONIO, THOMAS,**
**MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 |
| | ) |
| THIS DOCUMENT RELATES TO: | ) SECTION:  L |
| | ) JUDGE FALLON |
| LONNY G. PENNINGTON and KATHLEEN M. PENNINGTON, | ) MAG. JUDGE NORTH |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No.: 2:15-cv-04465-EEF-MBN |
| v. | ) |
| | ) **STIPULATION OF DISMISSAL OF** |
| JANSSEN RESEARCH & DEVELOPMENT | ) **DEFENDANT BAYER HEALTHCARE LLC** |
| LLC f/k/a JOHNSON AND JOHNSON | ) **WITHOUT PREJUDICE** |
| PHARMACEUTICAL RESEARCH AND | ) |
| DEVELOPMENT LLC, JANSSEN ORTHO | ) |
| LLC, JANSSEN PHARMACEUTICALS, INC. | ) |
| f/k/a JANSSEN PHARMACEUTICA INC. | ) |
| f/k/a ORTHO-MCNEIL-JANSSEN | ) |
| PHARMACEUTICALS, INC., JOHNSON & | ) |
| JOHNSON, BAYER HEALTHCARE | ) |
| PHARMACEUTICALS, INC., BAYER | ) |
| PHARMA AG, BAYER CORPORATION, | ) |
| BAYER HEALTHCARE LLC, BAYER | ) |
| HEALTHCARE AG, AND BAYER AG, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Lonny G. Pennington and Kathleen M.

Pennington and Defendants hereby stipulate to the dismissal without prejudice of Defendant

1

Bayer Healthcare LLC.  All other Defendants remain in the case.  Costs and fees shall be borne by the party that incurred them.

DATED:  February 23, 2016

Respectfully submitted,

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &  PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for Plaintiffs*

By: /s/ *Andrew K. Solow*
Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
steven.glickstein@kayescholer.com

*Attorneys for Defendant Bayer HealthCare LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 23, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:     s/ *Emanuella J. Paulos*
        Emanuella J. Paulos
        Attorney for Plaintiff