UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| | ) | Section: L |
| HENRIETTA GUSTE & BERNARD GUSTE | ) ) ) | Judge Fallon |
| Plaintiffs | ) ) ) | Mag. Judge North |
| versus | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | ) ) ) ) ) ) ) ) ) ) ) | This filing relates to: Civil Action No.: 15-00949 |
| Defendants | ) | |

# **ORDER**

Considering the foregoing Motion for Leave:

    IT IS ORDERED that the Motion is GRANTED and Plaintiff is granted leave to file the attached Amended Complaint; and

    IT IS FURTHER ORDERED that the Honorable Clerk of Court is instructed to accept for filing the attached Amended Complaint.

New Orleans, Louisiana, on this 18th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE