UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| | | Section: L |
| HENRIETTA GUSTE & BERNARD GUSTE | ) ) ) | Judge Fallon |
| Plaintiffs | ) ) ) | Mag. Judge North |
| versus | ) ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | ) ) ) ) ) ) ) ) ) ) ) | This filing relates to: Civil Action No.: 15-00949 |
| Defendants | ) | |

## AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Henrietta Guste and Bernard Guste, who amend their Complaint as follows:

1.

Plaintiff, Henrietta Guste, died on May 14, 2015, as a result of End Stage Cerebral Amyloid Angiopathy. (Exhibit A).

1

2.

Henrietta Guste was survived by her husband, Bernard Guste, and their four children:

    a. Bernard Guste, Jr., her son, a citizen and resident of the State of Louisiana;

    b. Henry Guste, her son, a citizen and resident of the State of Louisiana;

    c. Jules Guste, her son, a citizen and resident of the State of Louisiana; and

    d. Josephine Guste Mahana, her daughter, a citizen and resident of the State of Louisiana.

3.

The decedent's surviving children shall be substituted as the proper party Plaintiffs for their deceased mother, Henrietta Guste.

4.

As a direct and proximate result of the use of Defendants' Xarelto, Plaintiff, Henrietta Guste, suffered fear of impending death, shortened life expectancy, and ultimately death.

5.

As a direct and proximate result of Defendants' conduct, Plaintiff has suffered funeral and burial expenses, probate, attorney, account, and other fees and costs of administration, and other economic and non-economic damages flowing from the death of the Decedent.

## NINTH CAUSE OF ACTION
## WRONGFUL DEATH

6.

Plaintiff repeats, reiterates and re-alleges each and every allegation of this Complaint contained in each of the foregoing paragraphs inclusive, with the same force and effect as if more fully set forth herein.

7.

Under Louisiana Civil Code article 2315.2, the Defendants are liable for their actions that resulted in the wrongful death of Henrietta Guste.

## TENTH CAUSE OF ACTION
## SURVIVAL ACTION

8.

Plaintiff repeats, reiterates and re-alleges each and every allegation of this Complaint contained in each of the foregoing paragraphs inclusive, with the same force and effect as if more fully set forth herein.

9.

The decedents surviving husband and children are entitled to recovery under Louisiana Civil Code article 2315.1.

10.

Plaintiff re-alleges and re-avers all allegations contained in his original Complaint as if copied herein in extenso.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against the Defendants on each of the above-referenced claims and Causes of Action, as follows:

1. Awarding compensatory damages in excess of the jurisdictional amount, including, but not limited to pain, suffering, emotional distress, loss of enjoyment of life, including but not limited to, all damages sustained as result of the survival and wrongful death of Henrietta Guste, and other non-economic damages in an amount to be determined at trial of this action;

2. Awarding economic damages in the form of medical expenses, out of pocket expenses, lost earnings and other economic damages, including but not limited to, all damages sustained as a result of the death in an amount to be determined at trial of this action;

3. Pre-judgment interest;

4. Post-judgment interest;

5. Awarding Plaintiff reasonable attorneys' fees;

6. Awarding Plaintiff the costs of these proceedings; and

7. Such other and further relief as this Court deems just and proper.

Respectfully submitted,

_____/s/ Jeffrey S. Gennusa_____
JOSEPH S. PIACUN (25211)
THOMAS A. GENNUSA, II (6010)
JEFFREY S. GENNUSA (33142)
Gennusa, Piacun & Ruli
4405 North I-10 Service Road, Suite 200
Metairie, Louisiana 70006-6564
Telephone: (504) 455-0442
Facsimile: (504) 455-7565

--and--

WILLIAM J. GUSTE (6375)
Guste, Barnett, Schlesinger, Henderson & Alpaugh, LLP
639 Loyola Avenue, Suite 2500
New Orleans, Louisiana 70113-7103
Telephone: (504) 529-4141
Facsimile: (504) 561-0326
**Attorneys for Plaintiffs,
Henrietta Guste and
Bernard Guste**

## Certificate of Service

  I hereby certify that on February 10, 2016, a copy of the above and foregoing *Amended Complaint* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                */s/ Jeffrey S. Gennusa*