UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |

**This Document Relates to:**

*Eribal v. Janssen Research & Development LLC, et al;*
*LAED USDC No., 2:15-cv-06730*

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED** that Keith M. Jensen and Brandon H. Steffey and Jensen & Associates, are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this day 18th of February, 2016, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE