UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> *Brenda Frantz, on behalf of the Estate of* ) <br> *Margaret Tilbury v. Janssen Research &* ) <br> *Development, LLC, et al.* ) <br> **Civil Action No. 2:15-cv-05035** ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br><br><br> MAGISTRATE JUDGE NORTH |

**ORDER**

The Court, after considering the Plaintiff's Unopposed Motion to Correct Misnomer of Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Margaret Tilbury be substituted for Brenda Frantz, on behalf of the Estate of Margaret Tilbury, in the above captioned cause.

Dated: February 19th 2016

Hon. Eldon E. Fallon
United States District Court Judge