UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### ORDER

Considering Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG's Motion for Leave to File Exhibit Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibit 2 attached to the Reply Memorandum in Support of Defendants' Motion for Entry of a Proposed Order Regarding Contact with Physicians, Rec. Doc. 2286, be and hereby is filed UNDER SEAL.

New Orleans, Louisiana, this 19th day of February, 2016.

Eldon E. Fallon
United States District Court Judge

2641634-1