**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No.2592 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Daisy Cooper v. Jannsen Research & Development, LLC, et al; LAED USDXC No. 2:15-cv-03245*

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

NOW COMES, Plaintiff, Daisy Cooper, individually, by her undersigned counsel of record, and respectfully moves the Court for an order allowing Plaintiff an additional thirty (30) days from the granting date of this motion within which to serve process of Defendant: Bayer Healthcare Pharmaceuticals, Inc. In support of this motion, Plaintiff states as follows.

1. This matter was filed into In Re: Xarelto (Rivoraxaban) product Liability Litigation, MDL No. 2592, on August 4, 2015.

2. On October 12, 2015, Plaintiff effectively served the Plaintiff Fact Sheet ("PFS") upon Defendants pursuant to applicable Pre-Trial Orders ("PTO") through Brown Greer's MDL Centrality. On, December 14, 2015, Defendants effectively served the Defendant Fact Sheet ("DFS") upon Plaintiffs pursuant to applicable Pre-Trial Orders ("PTO") through Brown Greer's MDL Centrality.

3. Unfortunately, during the time period discussed above, Plaintiff inadvertently failed to properly serve process on Bayer Healthcare Pharmaceuticals, Inc.

4. The 120 day time period prescribed in Fed. R. Civ.P. 4(m) has expired on this case.

However, in such instances, it is within the authority of this Court to "order that service to be made within a specified time."

5. Plaintiff avers that this is the first such extension that has been requested.

6. Plaintiff avers that this matter is not yet set for trial or hearing, and thus requested extension should not affect this Honorable Court's docket.

7. In light of the foregoing, the Plaintiff requests an order from this Court granting thirty (30) days from the date of this motion within which to serve process on the Defendant, specifically: Bayer Healthcare Pharmaceuticals, Inc.

**WHEREFORE**, Plaintiff respectfully moves for an order from this Court granting thirty(30) days from the date of this motion within which to serve process on the Defendant; Bayer Healthcare Pharmaceuticals, Inc.

Dated: February 24, 2016					Respectfully Submitted,

Bernstein Liebhard LLP

/s/ Sandy Liebhard
Sandy Liebhard, Esq.
Melissa Mendoza, Esq.
10 East 40th Street
New York, New York 10016
Tel:   (212) 779-1414
Fax:   (212) 779-3218
Email:  Liebhard@bernlieb.com
             mmendoza@bernlieb.com
*Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 24th day of February, 2016.

/s/ Sandy Liebhard