UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gladys Gibbar v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:15-cv-01998-EEF-MBN**

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Gladys Gibbar, which occurred on November 19, 2015. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Gladys Gibbar's Estate.

Dated: February 24, 2016          Respectfully submitted,

                                                          **STARK & STARK**
                                                          **A Professional Corporation**

                                                          */s/ Martin P. Schrama*
                                                          Martin P. Schrama, Esq. (NJ #039581997)
                                                          mschrama@stark-stark.com
                                                          Stark & Stark
                                                          993 Lenox Drive
                                                          Lawrenceville, NJ 08648
                                                          Tel: 609.896.9060
                                                          Fax: 609.896.0629
                                                          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2016, a complete copy of the foregoing Suggestion of Death has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

                                          */s/ Martin P. Schrama*
                                            Martin P. Schrama, Esq.