**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Gladys Gibbar v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO:  2:15-cv-01998-EEF-MBN**

**<u>MOTION TO SUBSTITUTE PLAINTIFF</u>**

COMES NOW Plaintiff, Gladys Gibbar, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Plaintiff, Gladys Gibbar, passed away on November 19, 2015, as reported to the Court in the Suggestion of Death filed on February 24, 2016.  On January 28, 2016, the 32nd Judicial Circuit Court, Perry County, State of Missouri, Probate Division, appointed Francis Wayne Gibbar as Administrator of the Estate of Gladys Gibbar, attached hereto as Exhibit A.  Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Francis Wayne Gibbar, as Administrator of the Estate of Gladys Gibbar as the named party in place of Gladys Gibbar.

WHEREFORE, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated:  February 24, 2016                              Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
 Martin P. Schrama, Esq. (NJ #039581997)
 mschrama@stark-stark.com
 Stark & Stark
 993 Lenox Drive
 Lawrenceville, NJ 08648
 Tel: 609.896.9060
 Fax: 609.896.0629
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2016, a complete copy of the foregoing has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
 Martin P. Schrama, Esq.