# EXHIBIT "A"



IN THE 32ND JUDICIAL CIRCUIT COURT, PERRY COUNTY, MISSOURI

| Judge or Division:<br>PROBATE | Case Number: 16PR-PR00006 |
|---|---|

In the Estate of **GLADYS M GIBBAR**, Deceased.

**FILED**
JAN 2 8 2016
PERRY COUNTY, MO
CIRCUIT CLERK
(Date File Stamp)

## Letters of Administration
(Supervised Administration)

**The State of Missouri to All Persons Interested in the Estate of GLADYS M GIBBAR, Decedent:**

GLADYS M GIBBAR, who resided in Perry County, died intestate, and to the end that the property of the decedent may be collected and disposed of, we appoint **FRANCIS WAYNE GIBBAR**, personal representative, with full power and authority as provided by law.

Date of Death: November 19, 2015

I, Clerk of the Probate Division of the Circuit Court of Perry County, Missouri, have signed my name and affixed the seal of the said Court on January 28, 2016.

_____
Clerk

### Certificate

COURT SEAL OF PERRY COUNTY

I, Clerk of the Probate Division, certify that the foregoing Letters, now in full force and effect, is a true copy from the record as it appears in my office.

Witness my hand and seal of court on __2/2/16__ (date).

_____
Clerk