UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gladys Gibbar v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:15-cv-01998-EEF-MBN**

<u>**(Proposed) ORDER**</u>

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Francis Wayne Gibbar, as Administrator of the Estate of Gladys Gibbar, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed to correct the caption to reflect the proper party as "Francis Wayne Gibbar, Administrator of the Estate of Gladys Gibbar", Plaintiff.

Dated this _____ day of _____, 2016

_____
Honorable Eldon E. Fallon
United States District Court Judge