UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT LIST | | |

### ORDER TO SHOW CAUSE
### REGARDING PLAINTIFFS WHO HAVE FAILED
### TO PROVE XARELTO® USE

Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 4(b) of Case Management Order ("CMO") No. 1 and Section I.C of the Plaintiff Fact Sheet ("PFS"), all plaintiffs are required to produce prescription and/or pharmacy records demonstrating use of Xarelto® with submission of their PFS.

One of the most basic elements of any products liability case that plaintiff bears the burden of proving is use of the product that allegedly caused his injury. For example, under the Louisiana Products Liability Act, a plaintiff must establish: "(1) that the defendant is a manufacturer of the product; (2) that the [plaintiff's] damage was proximately caused by a characteristic of the product; (3) that this characteristic made the product 'unreasonably dangerous'; and (4) that the [plaintiff's] damage arose from a reasonably anticipated use of the product by the [plaintiff] or someone else." *Stahl v. Novartis Pharm. Corp.*, 283 F.3d 254, 260-61 (5th Cir. 2002) (quoting La. Rev. Stat. Ann. § 9:2800.54(A)). Without proof that plaintiff used the product that allegedly caused his injury, plaintiff cannot show that his damage was

00332529

proximately caused by a characteristic of the product and that this damage arose from a reasonably anticipated use of the product. Therefore, any plaintiff who fails to provide proof that he or she used Xarelto® cannot maintain a products liability action against the defendants in this case.

Plaintiffs on the attached Exhibit A have failed to provide prescription and/or pharmacy records demonstrating use of Xarelto® as required by CMO No. 1 and Section I.C of the PFS. Plaintiffs shall be ordered to show cause on March 16, 2016 before Judge Fallon as to why their case should not be dismissed with prejudice.

Failure to show cause by appearing before this Court at 9:00 am, on March 16, 2016 in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

Upon entry of the Order to Show Cause, Defendants shall serve a copy of this Order by electronic mail on counsel for plaintiffs on the attached Exhibit A.

New Orleans, Louisiana, on this 23rd day of _____February_____ 2016.

_____
United States District Judge

00332529