**Exhibit A**
**(Failure to Provide Proof of Ingestion of Xarelto®)**

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | BEVERLY BAYLESS | Sanders Phillips Grossman, LLC | 2:15-cv-03646 |
| 2. | ROMEO DELACRUZ | Pearson Bitman | 2:15-cv-01701 |
| 3. | SHONDA EVERETT | Sanders Phillips Grossman, LLC | 2:15-cv-4742 |
| 4. | HEIDI GOTICH | Sanders Phillips Grossman, LLC | 2:15-cv-4745 |
| 5. | TRACY GRAHAM | Law Offices of Andre' P. LaPlace | 2:15-cv-02647 |
| 6. | FREDERICK JUSTICE | Sanders Phillips Grossman, LLC | 2:15-cv-4045 |
| 7. | SHEILA MCKOY | Kennedy Hodges, LLP | 2:15-cv-01253 |
| 8. | VERA MCVAY | Pro Se | 2:15-cv-3078 |
| 9. | JENNIFER ORTIZ | Sanders Phillips Grossman, LLC | 2:15-cv-03658 |
| 10. | JAMIE PHELPS | Sanders Phillips Grossman, LLC | 2:15-cv-03660 |
| 11. | TIMOTHY SCOTT | Kennedy Hodges, LLP | 2:15-cv-01254 |
| 12. | JENNIFER SHARMA | Sanders Phillips Grossman, LLC | 2:15-cv-03664 |
| 13. | TOMMIE SKINNER | Pro Se | 2:15-cv-2160 |
| 14. | RICHARD SOKOL | The Law Office of Derriel C. McCorvey, LLC | 2:14-cv-02940 |
| 15. | EZKEL STUART | Herman Herman & Katz | 2:14-cv-02764 |
| 16. | PHILIP VAN DEMARK | Sanders Phillips Grossman, LLC | 2:15-cv-4760 |
| 17. | LARRY WALKER | Pro Se | 2:15-cv-02180 |
| 18. | EDDIE WARREN | Lockridge Grindal Nauen | 2:15-cv-3161 |
| 19. | ANDRE WEST | Sanders Phillips & Grossman, LLC | 2:15-cv-03669 |
| 20. | ART WOLF | Pro Se | 2:15-cv-02180 |
| 21. | SHARON WOODS | Sanders Phillips Grossman, LLC | 2:15-cv-00460 |
| 22. | PATRICIA ZACHERY-BROADNAX | Pro Se | 2:15-cv-01267 |
| 23. | PEGGY AUTREY | The Hayes Law Firm, P.C. | 2:15-cv-05064 |
| 24. | TRINA BONNER | Pro Se | 2:15-cv-05463 |
| 25. | JOSEPHINE BOOKER | Sanders Phillips Grossman, LLC | 2:15-cv-04028 |
| 26. | ROXANNE BROWN | Fears Nachawati | 2:15-cv-04101 |
| 27. | SUZANNE COSMILLO | Sanders Phillips Grossman, LLC | 2:15-cv-04030 |
| 28. | MICHAEL DAY | Pro Se | 2:15-cv-05552 |
| 29. | DAVID DIXON | Sanders Phillips Grossman, LLC | 2:15-cv-04676 |
| 30. | GRACE GONZALES | Pro Se | 2:15-cv-02143 |
| 31. | GISELA GRANT | Sanders Phillips Grossman, LLC | 2:15-cv-04685 |
| 32. | CATHERINE HALAVAT | Simmons Hanly Conroy | 2:15-cv-03535 |
| 33. | RICHARD HEARNE | Fears Nachawati | 2:15-cv-04180 |
| 34. | DONALD IRVIN | Lowe Law Group | 2:15-cv-03860 |
| 35. | RUSSELL JACKSON | Wagstaff & Cartmell, LLC | 2:15-cv-05638 |
| 36. | MICHAEL JOHNSON | Sanders Phillips Grossman, LLC | 2:15-cv-04042 |
| 37. | ROBERT KOZECAR | Sanders Phillips Grossman, LLC | 2:15-cv-04691 |
| 38. | MARK MCDONALD | The Hayes Law Firm, P.C. | 2:15-cv-05669 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
| --- | --- | --- | --- |
| 39. | LOUIS MESSIN | Fears Nachawati | 2:15-cv-04247 |
| 40. | JAMIE PENNIX | Sanders Phillips Grossman, LLC | 2:15-cv-04755 |
| 41. | MAURICE QUARLES | The Hayes Law Firm, P.C. | 2:15-cv-05598 |
| 42. | MIKE STACKHOUSE | The Michel Brady Lynch Law Firm | 2:15-cv-02208 |
| 43. | THEARETTA BAILEY | Sanders Phillips Grossman, LLC | 2:15-cv-04708 |
| 44. | DONALD ARSENEAU | Sanders Phillips Grossman, LLC | 2:15-cv-03798 |
| 45. | DONNA BOYKIN | Sanders Phillips Grossman, LLC | 2:15-cv-04732 |
| 46. | LINNIE BRANCH | Sanders Phillips Grossman, LLC | 2:15-cv-03647 |
| 47. | PERCY BURNETT | Sanders Phillips Grossman, LLC | 2:15-cv-03649 |
| 48. | ROBERT DEWITT | Grant & Eisenhofer | 2:15-cv-03717 |
| 49. | FANNIE DOGGETT | Kennedy Hodges, LLP | 2:15-cv-01249 |
| 50. | DANIEL DURAN | Sanders Phillips Grossman, LLC | 2:15-cv-03650 |
| 51. | ROLAND HAYES | Pro Se | 2:15-cv-01640 |
| 52. | JESSICA HUMPHRIES | Sanders Phillips Grossman, LLC | 2:15-cv-03654 |
| 53. | MAYRA MONTALVO | Sanders Phillips Grossman, LLC | 2:15-cv-04048 |
| 54. | JASMINE MORROW | Sanders Phillips Grossman, LLC | 2:15-cv-04050 |
| 55. | TOSHIA PERRY | Sanders Phillips Grossman, LLC | 2:15-cv-04063 |
| 56. | VICKIE PERRY | Sanders Phillips Grossman, LLC | 2:15-cv-3659 |
| 57. | JOHNNIE REYNOLDS | Favret & Lea | 2:15-cv-02427 |
| 58. | JUAN SARMIENTO | Sanders Phillips Grossman, LLC | 2:15-cv-03663 |
| 59. | SHARON TOTTEN | Gray and White Law | 2:15-cv-03619 |
| 60. | GEROLD YOUNG | Grant & Eisenhofer | 2:15-cv-03754 |

84812890.1
208078/478200