UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : |
| | : MDL NO. 2592 |
| | : SECTION L |
| | : JUDGE ELDON E. FALLON |
| | : MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
MANUEL PELAYO
Civil Action No. 2:15-CV-04011-EEF-MBN

**PLAINTIFF MANUEL PELAYO'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER CORPORATION ONLY**

TAKE NOTICE that Plaintiff Manuel Pelayo, by and through his attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses his Action solely against Bayer Corporation without prejudice. Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i) and Bayer Corporation has not filed an Answer or Motion for Summary Judgment, no Court order is required or requested. The filing of this Notice of Voluntary Dismissal as to Bayer Corporation is not intended to have any effect on any claims against any other Defendants in this action.

Dated: February 24, 2016

1

Respectfully submitted,

/s/Amy M. Carter
Amy M. Carter
TX Bar Number: #24004580
**Simon Greenstone Panatier Bartlett, P.C.**
3232 McKinney Avenue, Suite 610
Telephone: (214) 276-7680
Facsimile: (214) 276-7699
acarter@SGPBlaw.com

*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Amy M. Carter