## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | **MDL No. 2592** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| _____ | : | **MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

ARNOLD SALLEE,
Civil Action No. 1:15-cv-05374-EEF-MBN

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

COMES NOW Plaintiff Arnold Sallee, individually and by his undersigned counsel of record, and respectfully moves the Court for an order allowing Plaintiff an additional thirty (30) days from the granting date of this motion within which to serve process of Defendant Bayer Pharma AG. In support of this motion, Plaintiff states as follows.

1.      The Complaint in the above matter was filed into In Re: Xarelto (Rivoraxaban) product Liability Litigation, MDL No. 2592, on October 22, 2015.

2.      On December 21, 2015, Plaintiff effectively served the Plaintiff Fact Sheet ("PFS") upon Defendants pursuant to applicable Pre-Trial Orders ("PTO") through Brown Greer's MDL Centrality. On February 16, 2016, Defendant Bayer Healthcare Pharmaceuticals, Inc. effectively served the Defendant Fact Sheet ("DFS") upon Plaintiff pursuant to applicable Pre-Trial Orders ("PTO") through Brown Greer's MDL Centrality. On February 22, 2016, the Janssen Defendants effectively served the Defendant Fact Sheet ("DFS") upon Plaintiff pursuant to applicable Pre-Trial Orders ("PTO") through Brown Greer's MDL Centrality.

3.      Unfortunately, Plaintiff inadvertently sent process to Bayer Pharma AG through the registered mail and pursuant to PTO 10 outside of the 60 day time period set out in PTO No.

10.  Defendant has returned the summons and complaint and notified Plaintiff that it rejects the attempt at service.

       4.      The 120 day time period prescribed in Fed. R. Civ.P. 4(m) has expired on service. However, in such instances, it is within the authority of this Court to "order that service to be made within a specified time."

       5.      Plaintiff avers that this is the first such extension that has been requested.

       6.      Plaintiff avers that this matter is not yet set for trial or hearing, and thus requested extension should not affect this Honorable Court's docket.

       7.      In light of the foregoing, the Plaintiff requests an order from this Court granting thirty (30) days from the date of this motion within which to serve process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

       WHEREFORE, Plaintiff respectfully moves for an order from this Court granting thirty (30) days from the date of this motion within which to serve process on the Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

Dated:  February 24, 2016                Respectfully submitted,

                            By:     /s/ Laura G. Lumaghi
                                   Laura G. Lumaghi (Mo Bar #50186)
                                   DOWD & DOWD, P.C.
                                   211 N. Broadway, Suite 4050
                                   St. Louis, MO 63102
                                   (314) 621-2500
                                   Fax: (314) 621-2503
                                   laura@dowdlaw.net

                                   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing MOTION FOR EXTENSION OF TIME has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi