Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION  **This Document Relates To:**  *Gray v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-02978 | ) MDL No. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) ) |

### MOTION TO WITHDRAW AS MOOT
### PREVIOUSLY FILED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO ALLEGED DEFICIENCIES IN PLAINTIFF FACT SHEET

Plaintiff Lawrence Gray, through undersigned counsel, respectfully requests that this Court enter an order allowing him to withdraw as moot his Motion for Extension of Time Within Which to Respond to Alleged Deficiencies in Plaintiff Fact Sheet [Dkt. # 2385, 2391].  The parties have resolved the issues raised in this Motion and the Motion is therefore moot.

DATED:  February 24, 2016            Respectfully submitted,

                                          By:   /s/ *Charles G. Orr*
                                                  Charles G. Orr, TX Bar No. 00788148
                                                  THE MULLIGAN LAW FIRM
                                                  3710 Rawlins Street, #901
                                                  Dallas, Texas 75219
                                                  Telephone: (214) 219-9779
                                                  Facsimile: (214) 520-8789
                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                          By:   /s/ Charles G. Orr
                                                  Charles G. Orr
                                                  Attorney for Plaintiff