# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**JENNIE SIROIS**
**Civil Case No. 2:15-cv-04173**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW B. Kristian W. Rasmussen, Mitchell Theo Theodore, and Cory Watson Attorneys, P.C., counsel for Plaintiff Jennie Sirois and respectfully move for an Order withdrawing them from any further representation in this litigation of Plaintiff for the reasons set forth below:

1. Plaintiff retained the services of undersigned counsel to represent her in the Xarelto Multidistrict Litigation.

2. On September 8, 2015, the undersigned filed a complaint under Case No. 2:15-cv-04173 which included the instant cause of action.

3. In order to comply with Pre-Trial Order No. 13, relating to the Plaintiff Fact Sheets and Authorizations, on or about September 8, 2015, the undersigned sent a correspondence to Plaintiff requesting information essential to litigating this case and requested a response by October 8, 2015.

4. The undersigned sent follow up letters to Plaintiff on November 4, 2015, and December 2, 2015, regarding the information requested in the September 8, 2015 correspondence.

5. Additionally, the undersigned called Plaintiff multiple times to follow up on the essential information requested in the September 8, 2015 correspondence.

6. Plaintiff has been made aware of applicable deadlines on numerous occasions.

7. To date, Plaintiff has not provided the information requested or otherwise responded to undersigned's contact attempts.

8. On January 13, 2016, undersigned served Plaintiff with a correspondence indicating that the law firm must withdraw. Again, Plaintiff did not respond.

9. For the foregoing reasons, Plaintiff failed substantially to fulfill an obligation to her attorneys.

10. Further, undersigned gave Plaintiff reasonable warning of the law firm's intent to withdraw unless Plaintiff fulfilled the obligation to share information with her attorneys.

11. The Plaintiff will remain in the litigation.

12. The last known address of Plaintiff is:

>   Ms. Jennie Sirois
>   286 Chapalita Dr.
>   Encinitas, CA 92024

13. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel moves this Court for an order allowing them to withdraw as counsel for Plaintiff Jennie Sirois.

Dated: February 25, 2016                    Respectfully Submitted,

*s/ Mitchell Theodore*
Kristian Rasmussen
Mitchell Theodore
CORY WATSON, P.C.
2131 Magnolia Avenue S.
Birmingham, AL 35205
krasmussen@corywatson.com

mtheodore@corywatson.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the foregoing Motion to Withdraw as Counsel has been served on all counsel by CM/ECF on February 25, 2016.

The undersigned further certifies that the Plaintiff has been made aware of applicable deadlines and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by First Class Mail and Certified Mail to Plaintiff Jennie Sirois to her last known address.

*s/ Mitchell Theodore*
Mitchell Theodore