UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**JENNIE SIROIS**
**Civil Case No. 2:15-cv-04173**

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

**IT IS HEREBY ORDERED** that B. Kristian W. Rasmussen, Mitchell Theo Theodore, and Cory Watson Attorneys, P.C., are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE