UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION Plaintiffs, v. | MDL NO. 2592 SECTION: L JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: LARRY MULKEY 2:16-cv-00956 | MAG. JUDGE MICHAEL NORTH |

## REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COME NOW Counsel for Plaintiff Larry Mulkey, and based on the death of Plaintiff Larry Mulkey (See Suggestion of Death filed herewith) and the intention to file a motion to substitute parties in the near term, hereby respectfully request an extension of time to file the Plaintiff Fact Sheet ("PFS"). In support:

Counsel for Plaintiff contacted Larry Mulkey's surviving spouse and anticipate filing a Motion to Substitute a Party in the near term.

Counsel needs additional time to request substitution of a party for Plaintiff and to compile the necessary information for the PFS. Counsel for Plaintiff requests an extension of time, up to and including June 01, 2016 to submit the PFS.

A proposed order is submitted herewith.

WHEREFORE, based on the foregoing, Counsel for Plaintiff hereby request that the Court grant the additional time to submit the PFS; and for such further relief as the Court deems.

1

Dated: February 25, 2016

          Respectfully submitted,

          By: /s/ Willard J. Moody
          Willard J. Moody, Jr., Esquire (VSB #22866)
          THE MOODY LAW FIRM, INC.
          500 Crawford Street, Suite 200
          Portsmouth, VA 23704
          (757) 393-4093
          will@moodyrrlaw.com

          Jonathan A. Hogins, Esquire (VSB #83982)
          THE MOODY LAW FIRM, INC.
          500 Crawford Street, Suite 200
          Portsmouth, VA 23704
          (757) 393-4093
          jhogins@moodyrrlaw.com
          ATTORNEYS FOR THE PLAINTIFFS

I hereby certify that on February 25, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.