UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

GEORGE J. GLEGHORN, AS POWER OF
ATTORNEY FOR BARBARA M. GLEGHORN,

Civil Action No. 2:15-cv-3967-EEF-MBN

## STIPULATION OF DISMISSAL OF
## DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE

Pursuant to Fed R. Civ. P. 41, Plaintiff George Gleghorn, as Power of Attorney for Barbara Gleghorn, and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Healthcare LLC. All other Defendants remain in the case. Cost and fees shall be borne by the party that incurred them.

Dated: February 25, 2016                    Respectfully submitted,

By:   /s/ Laura G. Lumaghi
      Laura G. Lumaghi (MO Bar #50186)
      William T. Dowd (MO Bar #39648)
      DOWD & DOWD, P.C.
      211 N. Broadway, Suite 4050
      St. Louis, MO 63102
      (314) 621-2500
      Fax: (314) 621-2503
      laura@dowdlaw.net
      bill@dowdlaw.net

      *Attorneys for Plaintiff*

      By:    /s/ Andrew K. Solow
           Andrew K. Solow
           Steven Glickstein
           KAYE SCHOLER LLP
           250 West 55th Street
           New York, New York 10019-9710
           Telephone: (212) 836-8000
           Facsimile: (212) 836-8689
           andrew.solow@kayescholer.com
           steven.glickstein@kayescholer.com

*Attorneys for Defendant Bayer HealthCare LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Stipulation of Dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

           /s/ Laura G. Lumaghi