# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**GEORGIA LANE**
**2:16-cv-01099**

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Georgia Lane.

Dated: February 25, 2016.

                Respectfully submitted,

                **BURNETT LAW FIRM**

                By: */s/ Riley L. Burnett, Jr.*
                    Riley L. Burnett, Jr.
                    Texas Bar No. 03428900
                    E-mail:  rburnett@rburnettlaw.com
                    Amy L. Collins
                    Texas Bar No. 24074054
                    E-mail: acollins@rburnettlaw.com
                    55 Waugh Drive, Suite 803
                    Houston, Texas 77007
                    Telephone:  (832) 413-4410
                    Facsimile:  (832) 900-2120

                    ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: February 25, 2016

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.