UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
| | * |
| | *  MAG. JUDGE SHUSHAN |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court has been informed by the parties that the telephone status conference set for Thursday, February 25, 2016 is unnecessary. Therefore,

**IT IS ORDERED** that the telephone status conference set for Thursday, February 25, 2016, is hereby **CANCELED**.

New Orleans, Louisiana this 24th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE