UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**ANDY ARDIE**
Civil Action No.: 2:15-cv-05611

**SANDRA DUNN**
Civil Action No.: 2:15-cv-06968

**JANICE FLICK**
Civil Action No.: 2:15-cv-06970

**NANCY HALL**
Civil Action No.: 2:15-cv-07088

**CAROL HANNAH**
Civil Action No.: 2:15-cv-07090

**PAMELA HODGKINS**
Civil Action No.: 2:15-cv-07091

**ROBERT HOWARD**
Civil Action No.: 2:15-cv-07092

**JAMES GARDNER**
Civil Action No.: 2:15-cv-07093

**ABBIE NAPIER**
Civil Action No.: 2:15-cv-07094

**TAMMIE PEARSON**
Civil Action No.: 2:15-cv-07095

1

**ELAINE RUFFA**
Civil Action No.: 2:15-cv-07096

**MURPHY SMITH**
Civil Action No.: 2:15-cv-07098

**DAVID WHITE**
Civil Action No.: 2:15-cv-07099

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE PROCESS
TO DEFENDANT BAYER PHARMA AG**

COMES NOW Plaintiffs, by and through their undersigned counsel, in the above listed actions, and respectfully moves the Court for an order declaring that the prior service of their Complaint and Summons on Defendant Bayer Pharma AG is valid; or alternatively, granting Plaintiffs a permissive extension under Rule 4(m) of thirty (30) days from entry of such order within which to serve process on this Defendant for the reasons set forth in the Memorandum in Support filed concurrently with this Motion.

Plaintiff respectfully requests that this Court exercise its discretion and enter an order declaring service to be valid or granting them thirty (30) days within which to serve process on Defendant Bayer Pharma AG through the streamlined process.

Dated: February 25, 2016

                                                      Respectfully submitted,

                                                      KENNEDY HODGES, LLP

                                                      By: /s/ Gabriel A. Assaad
                                                      Gabriel A. Assaad
                                                      gassaad@kennedyhodges.com
                                                      711 W. Alabama St.
                                                      Houston, TX 77006
                                                      Telephone: (713) 523-0001
                                                      Facsimile: (713) 523-1116

                                                      ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that that on the 25th of February, 2016, a copy of the foregoing Motion for Dismissal has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                   /s/ Gabriel A. Assaad
                                                    Gabriel A. Assaad