AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Louisiana

| | |
|---|---|
| IN RE: XARELTO TO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>SANDRA DUNN<br>*Plaintiff(s)*<br>v.<br><br>JANSSEN RESEARCH AND DEVELOPMENT LLC, et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:15-cv-06968  L(5)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Bayer Pharma AG
Attn: Eva Gardyan Eisenlohr,
General Counsel,
Muellerstrasse 178
13353 Berlin, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama
Houston, TX 77006
713-523-0001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Dec 23 2015

William W. Blevins
Name of clerk of court

*Deputy clerk's signature*

Exhibit A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-CV-06968-EEF-MBN

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Bayer Pharma AG

was received by me on *(date)*   12/28/2015   .

   ❏ I personally served the summons on the individual at *(place)*
       on *(date)*                          ; or

   ❏ I left the summons at the individual's residence or usual place of abode with *(name)*
   , a person of suitable age and discretion who resides there,
   on *(date)*                , and mailed a copy to the individual's last known address; or

   ❏ I served the summons on *(name of individual)*                                , who is
   designated by law to accept service of process on behalf of *(name of organization)*
       on *(date)*                          ; or

   ❏ I returned the summons unexecuted because                                ; or

   ☑ Other *(specify)*: Served Bayer Pharma AG, Attn: Eva Gardyan Eisenlohr, General Counsel, at the address of Muellerstrasse 178, 13353 Berlin, Germany, through Registered Mail with Return Receipt Requested via the United States Postal service. Delivered and signed for on January 25, 2016.

My fees are $              for travel and $              for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   02/17/2016

*Server's signature*

Travis Wyatt - Process Server
*Printed name and title*

Wyatt Process Service, LLC
109 S. Harris St., Ste. 125A
Round Rock, TX 78664
*Server's address*

Additional information regarding attempted service, etc:
Documents attached to/delivered with this SUMMONS: JOINT COMPLAINT, SHORT FORM COMPLAINT, ORDER and PRETRIAL ORDERS 1 through 22

EXHIBIT A

**Registered No.** RE172062767US

| Reg. Fee | $29.65 | | Date Stamp |
|---|---|---|---|
| Handling Charge | $13.95 | Return Receipt $0.00 | 0042 |
| Postage | $0.00 | Restricted Delivery $0.00 | 05 |
| Received by | $0.00 | $43.60 | 01/05/16 |

To Be Completed By Post Office

Customer Must Declare Full Value $50.00

Domestic Insurance up to $25,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
Travis Wyatt
Wyatt Process Service, LLC
109 S. Harris St. Ste 125A
Round Rock, TX 78664

TO:
Bayer Pharma AG
Attn: Eva Gardyan Eisenlohr, G.C.
Muellerstrasse 178
13353 Berlin, Germany

PS Form **3806**, January 2014 (7530-02-000-9051), **Receipt for Registered Mail** Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®

---

**Item Description (Nature de l'envoi):** ☒ Registered Article (Envoi recommandé)  ☐ Insured Parcel (Colis avec valeur déclarée)

**Article Number (Numéro d'article):**

**Insured Value (Valeur déclarée):** RE172 062 767US

**Office of Mailing (Bureau de dépôt):**

**Date of Posting (Date de dépôt):**

**Name of Person or Firm Receiving the Article (Nom ou raison sociale du destinataire):**
Bayer Pharma AG, Attn: Eva Gardyan Eisenlohr, G.C.

**Street and No. (Rue et no.):** Muellerstrasse 178

**Place and Country (Localité et pays):** 13353 Berlin, Germany

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)

**Office of Destination Employee Signature (Signature de l'agent du bureau du destination):**

**Date:** 25.01.16

**Signature of Addressee (Signature du destinataire):**

**Postmark of the office of destination (Timbre du bureau de destination)**

PS Form **2865**, July 2013 (Reverse) PSN 7530-01-000-9775   UNITED STATES POSTAL SERVICE®

English   Customer Service   USPS Mobile                                    Register / Sign In



# USPS Tracking®

  Customer Service ›
Have questions? We're here to help.

  Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **RE172062767US**

## Product & Tracking Information

**Postal Product:**  **Features:**
First-Class Package International Service  Registered Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| January 25, 2016, 11:59 pm | Delivered | **GERMANY** |

Your item was delivered in GERMANY at 11:59 pm on January 25, 2016.

| | | |
|---|---|---|
| January 25, 2016, 8:43 am | Missed delivery - Scheduled for another delivery attempt today | GERMANY |
| January 24, 2016, 8:43 am | Customs clearance processing complete | GERMANY |
| January 20, 2016, 7:13 am | Processed Through Sort Facility | GERMANY |
| January 20, 2016, 7:13 am | Customs Clearance | GERMANY |
| January 13, 2016, 10:22 am | Departed | Frankfurt, GERMANY |
| January 12, 2016, 7:38 pm | Departed | New York, UNITED STATES |
| January 12, 2016, 4:24 pm | Arrived | New York, UNITED STATES |
| January 12, 2016, 10:59 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| January 12, 2016, 10:57 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| January 6, 2016, 7:58 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| January 5, 2016, 9:14 pm | Departed USPS Facility | AUSTIN, TX 78710 |
| January 5, 2016, 6:00 pm | Arrived at USPS Facility | AUSTIN, TX 78710 |
| January 5, 2016, 12:01 pm | Acceptance | ROUND ROCK, TX 78664 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

re172062767us                          Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

