

Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

January 25, 2016

**Via Electronic Mail (gassaad@kennedyhodges.com)**

Gabriel Assaad
Kennedy Hodges, LLP
711 W. Alabama St.
Houston, TX 77006

  Re:  Andy Ardie, et al. v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-05611 (E.D. La.)

      Sandra Dunn v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-06968 (E.D. La.)

      Janice Flick v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-06970 (E.D. La.)

      James Garder v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-07093 (E.D. La.)

      Nancy Hall v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-07088 (E.D. La.)

      Pamela Hodgkins v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-07091 (E.D. La.)

      Robert Howard v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-07092 (E.D. La.)

      Abbie Napier v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-07094 (E.D. La.)

      Tammie Pearson v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-07095 (E.D. La.)

      Elaine Ruffa v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-07096 (E.D. La.)

      Murphy Smith v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-07098 (E.D. La.)

      David White v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-07099 (E.D. La.)

EXHIBIT B

Dear Mr. Assaad:

This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG received the Complaint and Summons in the above-captioned actions by Registered Mail.

Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, and on Bayer HealthCare Pharmaceuticals Inc. ("BHCP") by Certified Mail under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG or BHCP shall have 60 days to serve the Complaint with a Summons. For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order. Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL."

Because Plaintiffs attempted service on Bayer Pharma AG by Registered Mail through the streamlined service process more than 60 days after the Complaint was docketed in the MDL, service in the above-captioned cases is improper. We are returning the documents to you.

Pre-Trial Order No. 11 ("PTO 11") provides that "Service of the Joint Complaint, together with a copy of the applicable Severance Order and a list of the individual cases and their civil action numbers, shall be sufficient to effectuate service of process for each of the individual cases associated with the Joint Complaint." To the extent you intended for service in *Andy Ardie* to be service in the individual cases severed from the *Andy Ardie* complaint, Plaintiffs did not include a list of the individual cases with their civil action numbers.

Sincerely,

*Lindy D Brown*

Lindy D. Brown

LDB/cfo