UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**ANDY ARDIE**
Civil Action No.: 2:15-cv-05611

**SANDRA DUNN**
Civil Action No.: 2:15-cv-06968

**JANICE FLICK**
Civil Action No.: 2:15-cv-06970

**NANCY HALL**
Civil Action No.: 2:15-cv-07088

**CAROL HANNAH**
Civil Action No.: 2:15-cv-07090

**PAMELA HODGKINS**
Civil Action No.: 2:15-cv-07091

**ROBERT HOWARD**
Civil Action No.: 2:15-cv-07092

**JAMES GARDNER**
Civil Action No.: 2:15-cv-07093

**ABBIE NAPIER**
Civil Action No.: 2:15-cv-07094

**TAMMIE PEARSON**
Civil Action No.: 2:15-cv-07095

**ELAINE RUFFA**
**Civil Action No.: 2:15-cv-07096**

**MURPHY SMITH**
**Civil Action No.: 2:15-cv-07098**

**DAVID WHITE**
**Civil Action No.: 2:15-cv-07099**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Plaintiffs will bring the attached Motion for Extension of Time to Serve Process to Defendant Bayer Pharma AG for submission before the Honorable Judge Eldon E. Fallon on the 16th of March, 2016, at 9:00 a.m.

Dated: February 25, 2016

    Respectfully submitted,

    KENNEDY HODGES, LLP

    By: /s/ Gabriel A. Assaad
    Gabriel A. Assaad
    gassaad@kennedyhodges.com
    711 W. Alabama St.
    Houston, TX 77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

    ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

    /s/ Gabriel A. Assaad
    Gabriel A. Assaad