UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| JOHN ADAMS | : | |
|     Plaintiff | : | JUDGE ELDON E. FALLON |
| v. | : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | : | Civil Action No.: 2:15-cv-6570

STIPULATION OF DISMISSAL |
|     Defendants | : | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff John Adams hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:15-cv-06570, only. This stipulation shall not affect the lawsuit filed by John Adams, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 15-cv-6331. All parties shall bear their own costs.

| | |
|---|---|
| **WATTS GUERRA LLP** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/Ryan L. Thompson | By: /s/Susan M. Sharko |
| Ryan L. Thompson | Susan Sharko |
| 5726 W. Hausman, Suite 119 | 600 Campus Dr. |
| San Antonio, Texas 78249 | Florham Park, NJ 07932 |
| Telephone: 210.448.0500 | Tel: (973) 549-7350 |
| Fax: 210.448.0501 | Susan.Sharko@dbr.com |
| Email: rlt-bulk@wattsguerra.com | |
| | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson; Janssen Research & Development, LLC, and Janssen Ortho LLC |
| Attorneys for Plaintiff | |
| Dated: February 25, 2016 | |
| | Dated: February 25, 2016 |

**KAYE SCHOLER LLP**

By: /s/William Hoffman
William Hoffman
901 15th St NW
Washington, DC 20005
(202) 682-3500
william.hoffman@kayescholer.com

Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: February 25, 2016

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: February 25, 2016

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 25, 2016 the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        /s/ James B. Irwin