UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          )          MDL No. 2592
PRODUCTS LIABILITY LITIGATION         )
                                      )          SECTION:  L
                                      )
                                      )
                                      )          JUDGE FALLON
                                      )
                                      )
                                      )          MAG. JUDGE NORTH
_____   )

**THIS DOCUMENT RELATES TO:**

**AQUANTAE COSIE**
**C.A. No. 2:15-cv-03396-EEF-MBN**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Ernest W. Boyd and the Butch Boyd Law Firm, hereinafter referred to as "Movants" and file this their Motion to Withdraw as Counsel of Record for Plaintiff Aquantae Cosie, Individually and on behalf of the Estate of Regina Nora, Deceased and as Attorney-in Fact for Aquendius Landry, Surviving Natural Son and heir of Regina Nora, Deceased and would respectfully show the Court as follows:

I.

By letter dated October 12, 2015 Plaintiff was notified that her claim did not meet the criteria for further evaluation and handling by Movant and his co-counsel. Plaintiff was asked to either 1) seek the assistance of another attorney and advise of the contact information for said attorney so that a substitution of counsel could be arranged, or 2) give her permission to voluntarily dismiss her claim.

1

On October 27, 2015, Plaintiff called and acknowledged receipt of the October 12, 2015 letter and asked for a copy of the medical records relevant to Ms. Nora's potential claim. On that same date, Plaintiff was provided with a copy of her file materials and all medical records that were obtained by Movant and his co-counsel.

On November 13, 2015, Movant received a Notice of Core Deficiency pertaining to Plaintiff's Fact Sheet.  On November 23, 2015 a letter was sent to Plaintiff advising of the core deficiency notice and the resulting potential dismissal of her claim for failing to cure the deficiencies by December 1, 2015.  In that same letter, Plaintiff was again asked for information pertaining to substitute counsel and/or permission to allow Movant to voluntarily dismiss her claim. However, multiple delivery attempts of this letter to Plaintiff by Federal Express failed.

On December 29, 2015, Movant's paralegal spoke with Plaintiff by telephone and advised of the core deficiency issue and also asked about the status of seeking alternate counsel or dismissal.  Plaintiff advised that she had contacted another attorney who was assisting her on the claim.  She provided the attorney's first name, Jacob, and telephone number. On December 29, 2015, Movant's paralegal spoke with Jacob Van Wynen at the Leefe Gibbs law firm. Mr. Wynen advised that he had spoken with Plaintiff a couple of months prior and had advised her that he could *not* assist with her claim and that he told her that he did not handle these types of cases. Mr. Van Wynen advised that he was going to contact Plaintiff directly to reiterate and clarify his position that he was not assisting Ms. Cosie and would not represent her in this matter.

 Also on December 29, 2015, Plaintiff was sent another letter by certified mail, return receipt requested and first class mail advising her of the prior communications and correspondence, the substance of Movant's paralegal's conversation with attorney Jacob Van Wynen regarding his non-representation and again advising of the Plaintiff Fact Sheet Notice of

Core Deficiency and providing a copy of same.  Plaintiff was also provided with a copy of the

November 23, 2015 letter and was again asked for permission to dismiss her claim and/or

provide information to identify an attorney who would substitute as her counsel of record.

Finally, Plaintiff was advised that because she had still not provided this information, Movant

would be moving forward with the filing of a Motion to Withdraw.  A signed green card by

Plaintiff dated January 8, 2016 was received confirming delivery of said letter.

To date, Plaintiff has not responded, provided any responsive information or given her

permission to voluntarily dismiss her claim.  Therefore, Movants respectfully request that they

be allowed to withdraw as counsel of record for the Plaintiff in this matter.

II.

Pursuant to LR 83.2.11, Plaintiff's last known address and telephone number are as

follows:

Aquantae Cosie
2127 Audubon Ave., Apt. 71
Thibodaux, LA 70301
(985) 227-8141

This Motion is made in good faith and will not prejudice any party.

WHEREFORE, PREMISES CONSIDERED, Movants respectfully request that they be

allowed to withdraw as counsel of record for Plaintiff in this matter, and that they have such

other and further relief to which they may be justly entitled.

Dated:  February 25, 2016.                          Respectfully submitted,


                                                    s/ Ernest W. Boyd
                                                    ERNEST W. BOYD (Texas Bar #09177700)
                                                    BUTCH BOYD LAW FIRM
                                                    2905 Sackett Street
                                                    Houston, TX 77098
                                                    Telephone: (713) 589-8477
                                                    Facsimile (713) 589-8563
                                                    butchboyd@butchboydlawfirm.com

                                                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies the foregoing Motion to Withdraw as Counsel has been
served on all counsel by CM/ECF on February 25, 2016.

        The undersigned further certifies that Plaintiff has been notified of all deadlines and
pending court appearances pertaining to her cause of action and that on February 25, 2016 a true
and correct copy of Movant's Motion to Withdraw as Counsel of Record has been served by
First Class Mail and Certified Mail to Plaintiff Aquantae Cosie at her last known address as
follows:

Plaintiff Aquantae Cosie
2127 Audubon Ave., Apt. 71
Thibodaux, LA 70301


                                                    s/ Ernest W. Boyd
                                                    Ernest W. Boyd