UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION:  L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**AQUANTAE COSIE**
**C.A. No. 2:15-cv-03396-EEF-MBN**

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

IT IS HEREBY ORDERED that Ernest W. Boyd and the Butch Boyd Law Firm are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE