UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO: | | JUDGE: ELDON E. FALLON |
| PLAINTIFF DONNIE ATWOOD | | MAGISTRATE JUDGE: MICHAEL NORTH |
| | | Civil Action No: 2:15-cv-04091 (Severed from Lead Action No. 2:15-cv-03202) |
| | | JURY TRIAL DEMANDED |

**ANSWER AND ADDITIONAL DEFENSES OF
DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS INC.
TO PLAINTIFF'S SHORT FORM COMPLAINT**

Defendant Bayer HealthCare Pharmaceuticals Inc. ("BHCP") serves its Answer and Additional Defenses to Plaintiff's Short Form Complaint (the "Complaint") and states as follows:

1. BHCP incorporates by reference the "Answer and Additional Defenses of Defendant Bayer HealthCare Pharmaceuticals Inc. to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiff Donnie Atwood" as if fully set forth herein.

2. BHCP incorporates by reference the "Answer and Additional Defenses of Defendant Bayer HealthCare Pharmaceuticals Inc. to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiff Donnie Atwood" as if fully set forth herein, including its response to paragraph 3.

3. BHCP lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and therefore those allegations are denied.

1

2

4.  BHCP lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and therefore those allegations are denied.

5.  Paragraph 5 contains no factual allegations and requires no response. BHCP admits that attached as Attachment 1 to Plaintiff's Short Form Complaint is a copy of the Severance Order issued by the Court for Plaintiff Donnie Atwood.

6.  Paragraph 6 contains no factual allegations and requires no response. BHCP admits that attached as Attachment 2 to Plaintiff's Short Form Complaint is a List of Severed Cases.

BHCP requests that Plaintiff's Complaint be dismissed with prejudice, that judgment be entered in favor of BHCP and against Plaintiff, and that BHCP be awarded the costs of this action, together with such other and further relief as may be appropriate.

All allegations of the Complaint not expressly admitted are denied.

## DEFENSES

BHCP incorporates by references its defenses in the "Answer and Additional Defenses of Defendant Bayer HealthCare Pharmaceuticals Inc. to Plaintiffs' Joint Complaint as it Relates to the Claims of Plaintiff Donnie Atwood," as if fully set forth herein, to the extent applicable.

2645853-1

JURY DEMAND

BHCP hereby demands a trial by jury on all issues so triable.

February 25, 2016

                Respectfully submitted,

                */s/ John F. Olinde*
                John F. Olinde, #1515
                Peter J. Rotolo, III, #21848
                CHAFFE McCALL, L.L.P.
                2300 Energy Centre
                1100 Poydras Street
                New Orleans, Louisiana 70163-2300
                Telephone: (504) 585-7000
                Email: olinde@chaffe.com
                Email: rotolo@chaffe.com

                Steven Glickstein
                Andrew K. Solow
                KAYE SCHOLER LLP
                250 West 55th Street
                New York, NY 10019-7910
                Telephone: (212)836-8485
                Email: steven.glickstein@kayescholer.com
                Email:  andrew.solow@kayescholer.com

                William Hoffman
                KAYE SCHOLER LLP
                The McPherson Building
                901 Fifteenth Street, NW
                Washington, DC 20005-2327
                Telephone: (202) 682-3550
                Email: William.hoffman@kayescholer.com

                Pamela J. Yates
                KAYE SCHOLER LLP
                1999 Avenue of the Stars, Suite 1600
                Los Angeles, CA 90067-6048
                Telephone: (310) 788-1278
                Email: pamela.yates@kayescholer.com

2645853-1

Fred M. Haston, III
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8303
Email: thaston@babc.com

*ATTORNEYS FOR BAYER HEALTHCARE PHARMACEUTICALS INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ John F. Olinde

2645853-1

4