# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Teresa Dietrich - Civil Action No. 2:16-cv-1426
Leesa Grannemann - Civil Action No. 2:16-cv-1427

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

COMES NOW, Amy Collignon Gunn of The Simon Law Firm, P.C. and formally enters her appearance as counsel for the Plaintiffs in the above captioned matters.

Dated: February 26, 2016

THE SIMON LAW FIRM, P.C.

By:  /s/ Amy Gunn
Amy Collignon Gunn (Mo Bar #45016)
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
Email:  agunn@simonlawpc.com

## CERTIFICATE OF SERVICE

  I hereby certify that on February 26, 2016, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592.

            By: /s/ Amy Gunn