# EXHIBIT A

Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Cases listed in Attached Schedule A* | ) MDL No. 2592<br>)<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>)<br>) |

### DECLARATION OF CHARLES G. ORR IN SUPPORT OF BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

I, Charles G. Orr, hereby declare as follows:

1. I am an attorney with The Mulligan Law Firm, counsel for all Plaintiffs listed in Schedule A to Plaintiff's Motion for Extension of Time Within Which to Serve Process. I am licensed to practice before all courts of the State of Texas. If called as a witness I could and would competently testify to the following:

2. In April 2015, The Mulligan Law Firm (Firm) hired paralegal Ashley Chambers to serve as the Firm's dedicated paralegal for its Xarelto claimants and litigation. Ms. Chambers worked nearly exclusively on Xarelto cases for the Firm for the next several months. Her

training included instruction on filing of complaints and proper service of process upon filing of complaints.

3. Beginning in mid-May 2015, Ms. Chambers assumed sole responsibility for filing of Xarelto complaints and effecting service of process for those complaints, under my supervision. I went over the streamlined provisions for service of process on Bayer Pharma AG and BHCP contained in this Court's Pre-Trial Order 10 (PTO 10) with Ms. Chambers and satisfied myself that Ms. Chambers understood PTO 10's requirements.

4. In the course of effectuating this Court's procedures for filing of bundled complaints and subsequent filing of short form complaints after severance, especially the first couple of such complaints when the process was new for both this Firm and the clerk's office, Ms. Chambers and I had frequent conversations with Court staff to ensure that the Firm was filing its Xarelto cases in a manner consistent with the pertinent PTOs and how Court staff needed filings to be done. Having worked closely with Ms. Chambers through the first two or three such filings, I reasonably believed that Ms. Chambers was doing what she was instructed to do by the Firm in the manner required by the Court and the clerk's office, including accomplishing service of process on Bayer Pharma AG and BHCP as set forth in PTO 10.

5. Over the next several months, through November 2015, I worked with Ms. Chambers to timely complete Plaintiff Fact Sheets for all of the Firm's Xarelto cases. Ms. Chambers proved quite competent in this process. She interfaced with the Firm's Xarelto clients on a daily basis, kept the calendar for the Firm to ensure timely compliance, and assisted with the uploading to MDL Centrality of medical and pharmacy records and other documents. At no point during the several months that Ms. Chambers served as the paralegal on the Firm's Xarelto

cases did I or anyone else with the Firm have any reason to question Ms. Chambers's performance.

6. Ms. Chambers voluntarily left the firm in November 2015. She provided personal reasons for her departure and the Firm had no reason at that time to believe that Ms. Chambers had not properly served process on Bayer Pharma AG and BHCP. Indeed, at my request, Ms. Chambers drafted a list of instructions for her successor at the Firm to follow for the proper filing and service of Xarelto bundled complaints and for ensuring timely completion and service of PFSs through MDL Centrality after a Xarelto case is filed. These instructions raised no red flags for the Firm, and Firm paralegal Cindy Ensley, who has assumed primary responsibility for these functions in the Firm's Xarelto cases, relied on these instructions for the Firm's subsequently filed Xarelto bundled complaints and short form complaints.

7. Unbeknown to me or anyone else at the Firm, however, Ms. Chambers apparently did not properly effect service of process on Bayer Pharma AG or BHCP after filing each bundled complaint and subsequent short form complaint for the Firm between May 2015 and November 2015. As described in Ms. Chambers's Declaration, Ms. Chambers was placing the bundled complaint and "bundled" summonses for the lead plaintiff in each bundled complaint in regular U.S. Mail to the addresses for Bayer Pharma AG and BHCP in PTO 10, while also emailing the same to the email address provided in paragraph II.C of PTO 10. Ms. Chambers believed (in good faith but erroneously) that this was sufficient to serve process on those two Bayer entities.

8. The Firm was unaware that service of process was even an issue as to any of its Xarelto cases until well after Ms. Chambers left the Firm in November 2016. More than two months later, after one of the Firm's Xarelto cases was randomly selected for discovery in the

bellwether pool, counsel for Bayer Pharma AG sent an email to me stating that there was a service issue with the Firm's bellwether case. This prompted the Firm to immediately do two things: (1) reach out to counsel for Bayer Pharma AG (who also happen to be counsel for BHCP) to address the service issues; and (2) investigate the service procedures used by Ms. Chambers while she was at the Firm.

9. As it turns out, although Ms. Chambers was attempting to properly serve Bayer Pharma AG and BHCP, Ms. Chambers was failing to strictly adhere to the PTO 10 streamlined provisions. Instead, as noted above, the Firm learned that Ms. Chambers was only sending the bundled complaint and "bundled" summonses for the lead plaintiff by regular mail to the two addresses in PTO 10. The Firm is working diligently to serve process in the manner provided in PTO 10 for every such case and expects to have packages in the mail as specified in PTO 10 within days of the filing of this Motion.

10. I had two telephonic meet-and-confers with counsel for Bayer Pharma AG regarding the services issues. In the first such discussion, I stated that this Firm was acting to promptly fix the service issue and asked if Bayer Pharma AG would accept service via the streamlined PTO 10 process for any of the Firm's cases affected by the good faith errors of the Firm's former paralegal. After taking some time to consider the Firm's request (and, presumably, to discuss the issue with Bayer), counsel for Bayer Pharma AG advised me in the second meet-and-confer that neither Bayer Pharma AG nor BHCP could agree to accept service of process untimely.

11. Attached to this Declaration as Exhibit A is a chart showing the current status of each case listed in Schedule A to the Motion for Extension of Time Within Which to Serve Process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 25, 2016 at Dallas, Texas.

_____
Charles G. Orr

# EXHIBIT A

| Row | Plaintiff Last Name | Plaintiff First Name | Date Original PFS Submitted | Core Deficiency Notice Date | Date Amended PFS Submitted | Date Bayer DFS Submitted |
|---|---|---|---|---|---|---|
| 1 | ABBOTT | DANIEL | 9/9/2015 | | | 11/9/15 |
| 2 | ABRAMS | MICHELLE | 12/24/2015 | | | 2/22/16 |
| 3 | ANDERSON | RICHARD | 9/9/2015 | | | 11/9/15 |
| 4 | ANDERSON | CANDACE | 9/9/2015 | | | 11/9/15 |
| 5 | ARFT | SONJA | 9/9/2015 | | | 11/9/15 |
| 6 | AYERS | RUSSELL | 9/9/2015 | | | 11/9/15 |
| 7 | BARBER | MARTIN | 9/9/2015 | | | 11/9/15 |
| 8 | BARNES | RALPH | 9/9/2015 | | | 11/9/15 |
| 9 | BEAM | THOMAS | 9/9/2015 | | | 11/9/15 |
| 10 | BOUDREAUX | CONCHETTA (Deceased - Named Plaintiff is Edward Boudreaux) | 9/9/2015 | 10/5/15 | 10/12/15 | |
| 11 | BRADEN | ELMER | 9/9/2015 | 10/5/15 | 10/12/15 | |
| 12 | BURLISON | DONZIL | 9/16/2015 | 10/8/15 | 10/12/15 | |
| 13 | BURROUGHS | DOROTHY | 9/11/2015 | 10/5/15 | 10/12/15 | |
| 14 | BUTLER | BILLY | 12/24/2015 | 2/22/16 | | |
| 15 | CAMP | NELL (Deceased - Named Plaintiff is Burton Ford) | 9/11/2015 | | | 11/10/15 |
| 16 | CHIANESE | MARY | 8/11/2015 | | | 10/12/15 |
| 17 | CLAMPITT | KENT | 9/11/2015 | | | 11/10/15 |
| 18 | CLARK | CAROL | 8/10/2015 | | | 10/9/15 |
| 19 | COBBS | RUTH | 9/14/2015 | | | 11/13/15 |
| 20 | COCCO | THOMAS | 9/11/2015 | 10/5/15 | 10/12/15 | 2/12/16 |
| 21 | COLEMAN | FRANCES | 9/11/2015 | | | 11/10/15 |
| 22 | COYLE | DIANA | 9/11/2015 | 10/14/15 | 10/14/15 | |
| 23 | CRABTREE | BILL | 9/16/2015 | 10/8/15 | 10/21/15 | 2/9/16 |

| 24 | CRAIG | SYLVIA (Deceased - Named Plaintiff is Robert Craig) | 7/3/2015 | 8/26/15 | 8/27/15 | |
| --- | --- | --- | --- | --- | --- | --- |
| 25 | CUNNING | LEONORA | 9/14/2015 | | | 11/13/15 |
| 26 | DANIELSON | ELIZABETH (deceased - Named Plaintiff is Margaret Licata) | 8/10/2015 | 10/7/15 | 10/7/15 | |
| 27 | DEARDORFF | ROBERT | 9/12/2015 | | | 11/10/15 |
| 28 | DEVARCO | DONALD | 12/24/2015 | 1/12/16 | | |
| 29 | DOUGHERTY | JAMES | 9/12/2015 | | | 11/11/15 |
| 30 | DUNN | OLIN | 11/4/2015 | | | 1/4/16 |
| 31 | DUPREE | DEWEY | 9/12/2015 | 10/14/15 | | 11/10/15 |
| 32 | DZIALO | ELAINE | 9/12/2015 | | | 11/10/15 |
| 33 | ELLIS | FLORENCE | 9/22/2015 | | | 11/23/15 |
| 34 | EVANS | SHARON (Deceased - Named Plaintiff is Jimmie Evans) | 9/25/2015 | | | 11/24/15 |
| 35 | FEIST | JOSEF (Deceased - Named Plaintiff is Darlene Cress) | 9/12/2015 | 10/14/15 | 10/14/15 | |
| 36 | FELTZ | ROBERT | 9/16/2015 | | | 11/16/15 |
| 37 | FORD | DENNIS | 9/16/2015 | | | 11/16/15 |
| 38 | GAGNON | ROBERT | 9/16/2015 | | | 11/16/15 |
| 39 | GROTH | WILLIAM | 9/17/2015 | | | 11/16/15 |
| 40 | HARDING | CHARLOTTE | 9/30/2015 | | | 11/30/15 |
| 41 | HAWKINS | CARLA | 9/18/2015 | | | 11/17/15 |
| 42 | HAWTHORNE | RICHARD (Deceased - Named Plaintiff is Sherry Hawthorne) | 11/30/2015 | | | 1/26/16 |
| 43 | HEAL | PEGGY | 9/18/2015 | | | 11/17/15 |

| | | | | | |
|---|---|---|---|---|---|
| 44 | HEBERT | JANET (Deceased - Named Plaintiff is Peter Hebert) | 9/18/2015 | 10/14/15 | 10/14/15 |
| 45 | HIXON | JULIE | 9/18/2015 | | 11/17/15 |
| 46 | JACOBSEN | DORIS | 9/17/2015 | 10/20/15 | 10/20/15 |
| 47 | JENNINGS | JOHN | 9/17/2015 | | 11/16/15 |
| 48 | JENSEN | BARRY | 9/16/2015 | | 11/16/15 |
| 49 | JOHNSON | TIMOTHY | 9/16/2015 | 10/14/15 | 10/14/15 |
| 50 | KRONBERG | ALFRED (Deceased - Named Plaintiff is Mary Kronberg) | 9/18/2015 | 10/9/15 | |
| 51 | LAMAS | HECTOR | 9/16/2015 | | 11/16/15 |
| 52 | LANG | DAVID | 9/16/2015 | | 11/16/15 |
| 53 | LAVINE | MADALINE | 9/16/2015 | | 11/16/15 |
| 54 | LAWLOR | PATRICIA | 9/16/2015 | | 11/16/15 |
| 55 | LEVINE | MYRON | 9/16/2015 | | 11/16/15 |
| 56 | LOUGHNEY | JOSEPH | 10/14/2015 | | 12/14/15 |
| 57 | MASON | CLYDE (Deceased - Named Plaintiff is Gene Mason) | 9/16/2015 | 10/14/15 | 12/21/15 |
| 58 | MCENTIRE | JUDITH | 12/24/2015 | 2/22/16 | 2/22/16 |
| 59 | MONTGOMERY | EDWARD | 9/16/2015 | | 11/16/15 |
| 60 | MOORE | LARRY | 9/10/2015 | | 11/9/15 |
| 61 | MORTENSEN | KAREN | 9/16/2015 | | 11/16/15 |
| 62 | NIECE | JIMMY | 9/10/2015 | | 11/9/15 |
| 63 | OLSON | PATRICIA | 8/11/2015 | | 10/12/15 |
| 64 | PAHLS | JAMES (Deceased - Named Plaintiff is Kathleen Pahls) | 9/16/2015 | | 11/16/15 |

| 65 | PALAZZOLO | JEROME (Deceased - Named Plaintiff is Beverly Palazzolo) | 9/16/2015 | 10/19/15 | 10/19/15 |
|---|---|---|---|---|---|
| 66 | PARTIN | MARGIE | 7/6/2015 | 8/29/15 | 10/12/15 |
| 67 | PITRE | TIMOTHY (Deceased - Named Plaintiff is Juliette Pitre) | 10/14/2015 | | 2/9/16 |
| 68 | PLOWMAN | CHARLES | 9/16/2015 | | 12/14/15 |
| 69 | POOLE | CHERYL | 1/22/2016 | | |
| 70 | RUFF | NATALIE | 10/26/2015 | | 11/16/15 |
| 71 | SCHOTT | ANGELA | 10/21/2015 | 11/4/15 | |
| 72 | SPRAUNGEL | HARLAND (Deceased - Named Plaintiff is Mary Anne Spraungel) | 12/24/2015 | 1/12/16 | 12/21/15 |
| 73 | STAPLETON | KIMBERLY | 12/24/2015 | 2/22/16 | |
| 74 | THORNTON | BETTY | 10/14/2015 | | 12/14/15 |
| 75 | VIOLA | RALPH | 9/25/2015 | | 11/24/15 |
| 76 | WATT | DAVID | 10/14/2015 | | 12/14/15 |
| 77 | WIERMAN | JAMES | 9/1/2015 | | 11/2/15 |
| 78 | WOLGAST | CAROLINE (Deceased - Named Plaintiff is Kathryn Plosica) | 10/14/2015 | 12/14/15 | 12/14/15 |
| 79 | YORK | DAVID | 8/26/2015 | | 10/26/15 |