# EXHIBIT B

Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 )  ) SECTION:  L |
| **This Document Relates To:** | ) JUDGE FALLON ) MAG. JUDGE NORTH |
| *Cases listed in Attached Schedule A* | ) ) ) |

### DECLARATION OF ASHLEY CHAMBERS IN SUPPORT OF BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

I, Ashley Chambers, hereby declare as follows:

1. I am currently employed by the law firm of Baron and Budd in Dallas, Texas. Previously, I was a paralegal with The Mulligan Law Firm.  If called as a witness I could and would competently testify to the following:

2. In April 2015, I was hired by The Mulligan Law Firm (Firm) to be a paralegal. Shortly after I started work at the Firm, I became the Firm's dedicated paralegal for its Xarelto claimants and litigation.  I worked nearly exclusively on Xarelto cases for the Firm for the next several months.

CHAMBERS DECL ISO MOTION FOR EXTENSION                                                                                 Page 1

3.      Beginning in mid-May 2015, I assumed sole responsibility for filing of Xarelto complaints and effecting service of process for those complaints, under the supervision of attorney Charles G. Orr.  As part of the process for filing bundled complaints, I would prepare a summons for each named defendant and file a request for summons as to each named defendant for each bundled complaint.  After receiving the summonses back from the clerk's office, I would place the bundled complaint and the summonses for each Defendant named in the bundled complaint in U.S. Mail for delivery to Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. (among others).  I would also email each item to the email address listed in Pre-Trial Order 10.  I had a good faith belief that this was sufficient to serve process on the two Bayer entities named above.

4.      I voluntarily left the Firm in November 2015 for personal reasons.  Before my last day with the Firm, I drafted a list of instructions for my successor at the Firm to follow for the proper filing and service of Xarelto bundled complaints and the process for ensuring timely completion and service of PFSs through MDL Centrality after a Xarelto case is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 25, 2016 at Dallas, Texas.

*Ashley Chambers*
Ashley Chambers