Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX 75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> **This Document Relates To:** <br><br> *Cases listed in Attached Schedule A* | ) MDL No. 2592 <br> ) <br> ) SECTION: L <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH <br> ) <br> ) |

### NOTICE OF SUBMISSION

Plaintiffs in the cases listed in Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process, through undersigned counsel, file this Notice of Submission relating to their Motion, which will be submitted to the Court on March 16, 2016, at 9:00 a.m., before the Honorable Eldon E. Fallon.

DATED: February 26, 2016

Respectfully submitted,

By: /s/ *Charles G. Orr*
Charles G. Orr, TX Bar No. 00788148
THE MULLIGAN LAW FIRM
3710 Rawlins Street, #901
Dallas, Texas 75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789
*Attorneys for Plaintiff*

**NOTICE OF SUBMISSION**  Page 1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 26, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


           By: /s/ Charles G. Orr
              Charles G. Orr
              Attorney for Plaintiff