Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX 75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>*Cases listed in Schedule A to Docket # 2472* | ) MDL No. 2592<br>)<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>)<br>) |

**SECOND SUPPLEMENT TO MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO SERVE PROCESS**

On March 3, 2016, Plaintiffs filed a Supplement [Dkt. # 2548] to their Motion for Extension of Time Within Which to Serve Process [Dkt. # 2472] showing that, as of March 2, Plaintiffs served process on Bayer Pharma AG via the streamlined PTO 10 process. Plaintiffs were aware that their motion for extension of time was still pending and that, accordingly, service would not be effective unless and until this Court granted their extension of time.

Bayer Pharma AG and Bayer HealthCare Pharmaceuticals Inc. (BHCP) filed a response in opposition to Plaintiffs' motion for extension of time on March 7.

But Bayer Pharma AG apparently is not content to merely oppose the motion. Today (March 14), Bayer Pharma AG, through counsel, sent Plaintiffs a letter (via email) stating that "service in the [cases that are the subject of the motion for extension of time] is improper"

SECOND SUPPLEMENT TO MOTION FOR EXTENSION OF TIME                    Page 1

because it was attempted "more than 60 days after the Complaint[s] w[ere] docketed in the MDL." The letter ended with, "We are returning the documents to you." See Exhibit A to this Second Supplement (March 14, 2016 letter from counsel for Bayer Pharma AG).

This Court should reject Bayer Pharma AG's apparent attempt to moot Plaintiffs' March 2 compliance with PTO 10. Plaintiffs respectfully request that this Court include in its order granting Plaintiffs' motion for extension of time the following statement: "Plaintiffs have effected service on Bayer Pharma AG through the streamlined provision in PTO 10 and need not take any further action to serve Bayer Pharma AG."

DATED: March 14, 2016                                 Respectfully submitted,

                                            By:   /s/ Charles G. Orr
                                                  Charles G. Orr, TX Bar No. 00788148
                                                  THE MULLIGAN LAW FIRM
                                                  3710 Rawlins Street, #901
                                                  Dallas, Texas 75219
                                                  Telephone: (214) 219-9779
                                                  Facsimile: (214) 520-8789
                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                            By:   /s/ Charles G. Orr
                                                  Charles G. Orr
                                                  Attorney for Plaintiff

SECOND SUPPLEMENT TO MOTION FOR EXTENSION OF TIME                          Page 2

# EXHIBIT A



BRADLEY ARANT
BOULT CUMMINGS LLP

Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

March 14, 2016

**Via Electronic Mail (corr@mulliganlaw.com)**

Charles G. Orr
The Mulligan Law Firm
3710 Rawlins St., Suite 901
Dallas, Texas 75219

Re:   Daniel Abbott, et al. v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-02605 (E.D. La.)

      Michelle Abrams, et al. v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-05500 (E.D. La.)

      Terry Bell, et al. v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-03480 (E.D. La.)

      Mary Chianese, et al. v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-02126 (E.D. La.)

      Sherry Hawthorne, et al. v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-04909 (E.D. La.)

      Margaret Licata, et al. v. Janssen Research & Development LLC, et al.,
      Civil Action No. 2:15-cv-01523 (E.D. La.)

Dear Mr. Orr:

    This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG received the Complaint and Summons in the above-captioned actions by Registered Mail.

    Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, and on Bayer HealthCare Pharmaceuticals Inc. ("BHCP") by Certified Mail under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG or BHCP shall have 60 days to serve the Complaint with a Summons. For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order. Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL."

    Because Plaintiff attempted service on Bayer Pharma AG by Registered Mail through the streamlined service process more than 60 days after the Complaint was docketed in the MDL, service in the above-captioned actions is improper. We are returning the documents to you.

Sincerely,

*Lindy D Brown*

Lindy D. Brown

LDB/cfo