UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

This Document Relates to:

*Brook v. Janssen Research & Development, LLC, et al 2:15-cv-06975*

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE PROCESS ON BAYER PHARMA AG

BEFORE THE COURT is Plaintiff's Motion for Extension of Time to Serve Process to Defendant Bayer Pharma AG. Upon Consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Serve Process is GRANTED. The Plaintiffs are hereby granted thirty (30) days from the date of this Order to serve process on Defendant Bayer Pharma AG through the streamlined process.

SIGNED this _____ day of _____, 2016

_____
HON. ELDON E. FALLON
U.S. DISTRICT COURT JUDGE

1