UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*King v. Janssen Research & Development, LLC, et al 2:15-cv-06736*

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON BAYER PHARMA A.G.

COMES NOW, the Plaintiff in the above-listed action, through undersigned counsel, and respectfully requests that the Court grant his Motion for Extension of Time and grant him a permissive extension under Rule 4(m) of thirty (30) days from entry of such Order within which to serve Process on Bayer Pharma AG through the streamlined procedures for informal service of process as set forth in Pre-Trial Order No. 10.   In support of his motion, Plaintiff states as follows:

1.  This matter was filed into In Re: Xarelto (Rivoraxaban) Product Liability Litigation, MDL No., 2592, on December 11, 2015.

2.  On or about January 19, 2016, the Plaintiff formally served Defendant Bayer Pharma AG in Germany with a hard copy of his Summons and Complaint in the above-styled matter via registered mail, return receipt requested, as required by Pre-Trial Order No. 10.

3.  Moreover, on or about January 29, 2016, the Plaintiff provided Defendant Bayer

1

Pharma AG with a Notice of Service via electronic mail of her case at xareltocomplaints@babc.com, as required by Pre-Trial Order No. 10.

4. However, when the Plaintiff provided the aforementioned Notice of Service via electronic mail, the Plaintiff inadvertently failed to attach a copy of the Plaintiff's Complaint to the Notice of Service in the same email.

5. Although the 60-day time period for streamlined service of process for Defendant Bayer Pharma AG set by this Honorable Court in PTO # 10 has expired, it is within the authority of this Court to "order that service be made within a specified time." (Fed. R. Civ. P. 4(m)).

6. In light of the foregoing, the Plaintiff requests an order from this Court granting him thirty (30) days from the date of this motion within to serve process on Defendant Bayer Pharma AG.

WHEREFORE, Plaintiff respectfully moves for an order from this Court granting him thirty (30) days from the date of this motion within which to serve process on Defendant Bayer Pharma AG through the streamlined procedures for informal service of process as set forth in Pre-Trial Order No. 10.

Dated: February 26, 2016

Respectfully Submitted,

Joel L. DiLorenzo
Attorney for Plaintiff

The DiLorenzo Law Firm, LLC
505 20th Street North, Suite 1275
Birmingham, Alabama 35203
Telephone: 205-212-9988

Email: joel@dilorenzo-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 26th day of February, 2016

/s/ Joel L. DiLorenzo

3