UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*King v. Janssen Research & Development, LLC, et al 2:15-cv-06736*

## PLAINTIFF'S NOTICE OF SUBMISSION

COMES NOW, the Plaintiff in the above-listed action, and files this Notice of Submission relating to his Motion for Extension of Time to Serve Process on Bayer Pharma AG, which will be submitted to the Court on March 16, 2016 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Dated: February 26, 2016

Respectfully Submitted,

/s/ Joel E. DiLorenzo
Joel E. DiLorenzo
Attorney for Plaintiff

The DiLorenzo Law Firm, LLC
505 20th Street North, Suite 1275
Birmingham, Alabama 35203
Telephone: 205-212-9988
Email: joel@dilorenzo-law.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF SUBMISSION RELATING TO THE MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 26th day of February, 2016

/s/ Joel L. DiLorenzo