**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) | **MDL No. 2592**<br><br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |

**This Document Relates to:**

***King v. Janssen Research & Development, LLC, et al 2:15-cv-06736***

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON BAYER PHARMA A.G.**

Plaintiff submits this memorandum in support of his Motion for an order from this Honorable Court granting her thirty (30) days within which to serve process on Defendant Bayer Pharma AG through the streamlined process.

## I. BACKGROUND

1. This matter was filed into In Re: Xarelto (Rivaroxaban) Product Liability Litigation, MDL No., 2592, on December 11, 2015.
2. On or about January 19, 2016, the Plaintiff formally served Defendant Bayer Pharma AG in Germany with a hard copy of her Summons and Complaint in the above-styled matter via registered mail, return receipt requested, as required by Pre-Trial Order No. 10.
3. Moreover, on or about January 29, 2016, the Plaintiff provided Defendant Bayer Pharma AG with a Notice of Service via electronic mail of his case at

xareltocomplaints@babc.com, as required by Pre-Trial Order No. 10.

4. However, when the Plaintiff provided the aforementioned Notice of Service via electronic mail, the Plaintiff inadvertently failed to attach a copy of the Plaintiff's Complaint to the Notice of Service in the same email.

## II. ANALYSIS

FRCP 4 sets forth the procedure for notifying defendants that a federal lawsuit has been filed against them and requires a summons to alert defendants that they have a limited time in which to respond. If a defendant is not served within 90 days after the complaint is filed (or within the 60 days allowed under the streamlined process in PTO 10), Rule 4 allows the court to order that service be made within a specific time. "[T]he court has discretionary power to extend time for service" even in the absence of good cause. *Thompson v. Brown*, 91 F.3d 20, 21 (5th Cir. 1996). Under the instant circumstances, it would be appropriate for the Court to exercise its discretionary power in this circumstance. Moreover, no actual prejudice would occur to Bayer Pharma AG if this Court grants the relief sought by this Plaintiff in the instant case.

## III. CONCLUSION

In consideration of the above, Plaintiff respectfully requests an order from this Honorable Court granting him thirty (30) days within which to serve process on Bayer Pharma AG through the streamlined process. Plaintiff further states that no party will be prejudiced by the granting of the relief sought and that the progress of the MDL will not be affected.

Dated: February 26, 2016

Respectfully Submitted,

Joel L. DiLorenzo
Attorney for Plaintiff

The DiLorenzo Law Firm, LLC
505 20th Street North, Suite 1275
Birmingham, Alabama 35203
Telephone: 205-212-9988
Email: joel@dilorenzo-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing MEMORANDUM IN SUPPORT OF THE PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This the 26th day of February, 2016

/s/ Joel L. DiLorenzo