UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | |
| : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

RICHARD RODAL, Individually and on behalf
of the Estate of CLARA RODAL, deceased,
Civil Action No. 2:15-cv-01339-EEF-MBN

**STIPULATION OF DISMISSAL OF DEFENDANT
BAYER CORPORATION WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, Plaintiff Richard Rodal, Individually and on behalf of the Estate of Clara Rodal, deceased, and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Corporation. All other Defendants remain in the case. Costs and fees shall be borne by the party that incurred them.

Dated: February 26, 2016

**Respectfully submitted,**

/s/Steven D. Davis
Steven D. Davis
IL Bar Number: 6281263
Tor A. Hoerman
IL Bar Number: 6229439
**TORHOERMAN LAW LLC**
101 W. Vandalia St., Ste. 350
Edwardsville, IL 62025
Telephone: (618) 656-4400
Facsimile: (618) 656-4401
sdavis@thlawyer.com
thoerman@thlawyer.com

*ATTORNEYS FOR PLAINTIFF*

1

/s/ Andrew K. Solow
Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
steven.glickstein@kayescholer.com

***ATTORNEYS FOR BAYER CORPORATION***

CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: */s/Steven D. Davis*