UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

\* MDL NO. 2592

\* SECTION L

\* JUDGE ELDON E. FALLON

\* MAG. JUDGE NORTH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:
   *All Cases*

## ORDER

The Court has been informed that the parties would like to set a briefing schedule and oral argument for the purpose of discussing the PSC's Motion to Challenge Confidentiality Designations and for Relief from Pre-Trial Order No. 12. R. Doc. 2830. Thus,

It is **ORDERED** that oral argument regarding this matter is set for Wednesday, March 16, 2016, immediately following the 9:00 a.m. Xarelto monthly status conference.

It is **FURTHER ORDERED** that counsel for Defendants shall file a memorandum in opposition to the PSC's Motion to Challenge Confidentiality Designations on or before Tuesday, March 8, 2016.

It is **FURTHER ORDERED** that the PSC may file a reply memorandum on or before Friday, March 11, 2016.

New Orleans, Louisiana this 26th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE