Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>*Gray v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-02978 | ) MDL No. 2592<br>)<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>) |

## ORDER

The Court, after considering Plaintiff's Motion to Withdraw as Moot Motion for Extension of Time Within Which to Respond to Alleged Deficiencies in Plaintiff Fact Sheet [Dkt. # 2385, 2391] as well as any responses thereto, find the motion meritorious.  It is therefore:

ORDERED THAT Plaintiff Lawrence Gray's Motion for Extension of Time Within Which to Respond to Alleged Deficiencies in Plaintiff Fact Sheet is withdrawn from the docket.

DATED:  February 26th 2016

_____
Hon. Eldon E. Fallon
United States District Court Judge