UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
: JUDGE ELDON E. FALLON
: MAGISTRATE JUDGE NORTH
:
_____: JURY TRIAL DEMANDED

THIS DOCUMENT RELATES TO:

JOHN COWITCH
Civil Action No. : 2:15-cv-05410

## ORDER

IT IS ORDERED that Plaintiff John Cowitch's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff John Cowitch's claims against all Defendants in *John Cowitch v. Janssen Research & Development LLC et al,* Civil Action No. 2:15-cv-05410 are hereby voluntarily DISMISSED, without prejudice, each party to bear its own costs.

Signed, this ___18th___ day of ___February___, 2016.

_____
U.S. District Court Judge

1