## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTINE YORIO<br>LINDA CAROLIPIO<br>ROBERTA USHER<br><br>  Plaintiffs,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC<br>f/k/a JOHNSON AND JOHNSON<br>PHARMACEUTICAL RESEARCH AND<br>DEVELOPMENT LLC, JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a<br>JANSSEN PHARMACEUTICA INC. f/k/a<br>ORTHO-MCNEIL-JANSSEN<br>PHARMACEUTICALS, INC., JOHNSON &<br>JOHNSON COMPANY BAYER HEALTHCARE<br>PHARMACEUTICALS, INC., BAYER PHARMA<br>AG, BAYER CORPORATION, BAYER<br>HEALTHCARE LLC, BAYER HEALTHCARE<br>AG, and BAYER AG | MDL NO. 2592<br><br>SECTION:   L<br><br>     16-CV-00809<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL<br>NORTH<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW, Plaintiff Christine Yorio, and hereby dismisses her cause of action against

Defendants WITHOUT prejudice. With each party to bear its own costs.

Respectfully submitted,

By: _____
**E. Ryan Bradley, #53777**
Attorney for Plaintiff
The Bradley Law Firm
1424 Washington Avenue, Ste 300
St. Louis, MO 63103
(314) 721-9111 (phone)
(314) 255-2768 (fax)