# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTINE YORIO<br>LINDA CAROLIPIO<br>ROBERTA USHER<br><br>  Plaintiffs,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## <u>MOTION TO DISMISS WITHOUT PREJUDICE</u>

  COMES NOW, Plaintiff Linda Caroplipio, and hereby dismisses her cause of action against

Defendants WITHOUT prejudice. With each party to bear its own costs.

                                                                 Respectfully submitted,



              By: _____
                   **E. Ryan Bradley, #53777**
                   Attorney for Plaintiff
                   The Bradley Law Firm
                   1424 Washington Avenue, Ste 300
                   St. Louis, MO 63103
                   (314) 721-9111 (phone)
                   (314) 255-2768 (fax)