# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTINE YORIO<br>LINDA CAROLIPIO<br>ROBERTA USHER<br><br> Plaintiffs,<br><br> v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC<br>f/k/a JOHNSON AND JOHNSON<br>PHARMACEUTICAL RESEARCH AND<br>DEVELOPMENT LLC, JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a<br>JANSSEN PHARMACEUTICA INC. f/k/a<br>ORTHO-MCNEIL-JANSSEN<br>PHARMACEUTICALS, INC., JOHNSON &<br>JOHNSON COMPANY BAYER HEALTHCARE<br>PHARMACEUTICALS, INC., BAYER PHARMA<br>AG, BAYER CORPORATION, BAYER<br>HEALTHCARE LLC, BAYER HEALTHCARE<br>AG, and BAYER AG | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL<br>NORTH<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## <u>ORDER</u>

Plaintiff Linda Carolipio's Motion to Dismiss Without Prejudice is hereby GRANTED.


New Orleans, Louisiana, this ___ day of _____, 2016.

SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

_____

DATE