UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :  MDL No. 2592
                              :
                              :  SECTION L
                              :
                              :  JUDGE ELDON E. FALLON
                              :
                              :  MAGISTRATE JUDGE NORTH
                              :

**THIS DOCUMENT RELATES TO:**

*Copes v. Janessen Research & Development LLC, et al;* LAED USDC No. 2:15-cv-06201

## ORDER

Considering the foregoing Opposed Motion for Extension of Time within Which to Serve Process:

IT IS HEREBY ORDERED that Plaintiff in the above-listed action shall have thirty (30) days from the date of this Order within which to effect service on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals Inc., through the streamlined procedures for informal service of process set forth in Pre Trial Order #10.

New Orleans, Louisiana this 26th day of February, 2016.

_____
Honorable Eldon E. Fallon