UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
   *Charles Berry*, 2:15-CV-5557-EEF-MBN
   *Scott Schubert*, 2:15-CV-7151-EEF-MBN

## ORDER

The Court has been informed that stipulations of dismissal with prejudice have been filed in the above-referenced matters. Thus,

It is **ORDERED** that the Motions to Dismiss Without Prejudice in the above-referenced cases, R. Docs. 1982, 1986, are hereby **DISMISSED AS MOOT**.

New Orleans, Louisiana this 26th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE