UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE SHUSHAN |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
MAE HELEN JACKSON, 15-CV-05638
WILLIAM RECHT, 15-CV-04718
HANNELORE KRCH, 15-CV-06973
RUBY DUFRENE, 15-CV-06966
MARGARET GOSIZK, 15-CV-01079; 15-CV-03970; 15-CV-03974; 15-CV-06955
JOE MCCORMICK, 15-CV-00335
SUSAN ROSCHEL, 15-CV-04427
JOHN COWITCH, 15-CV-05410
CONSTANCE WILLIAMS, 16-CV-01117

## ORDER

The Court has received numerous Motions to Dismiss Case without Prejudice in this matter. *See, e.g.*, R. Doc. 1988. The Court finds it pertinent to place the resolution of these matters on the agenda of the next monthly status conference.

**IT IS ORDERED** that the lead and liaison counsel for the parties will add the Motions to Dismiss Case without Prejudice to the agenda for the March monthly status conference. Counsel will be prepared to discuss the resolution of these matters.

New Orleans, Louisiana this 26th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE