UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE SHUSHAN |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
TIMOTHY MARTIN, 16-CV-01327

## ORDER

The Court notes that Plaintiff Martin has included allegations concerning both the Bayer "hugger" device and Xarelto in his Complaint. Both of these products are at issue in consolidated MDLs, although only Xarelto has been transferred before the Court. The Court therefore finds it appropriate to schedule a status conference to discuss the procedural posture of the matter.

**IT IS ORDERED** that the parties will attend a telephone status conference on Thursday, March 3, 2016, at 1:30 p.m. Counsel will use the following call-in information: dial 877-336-1839; access code 4227405; security code 030316.

New Orleans, Louisiana this 29th day of February, 2016.

*[signature]*
UNITED STATES DISTRICT JUDGE