# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ODLE BRADON, JIMMY CASTEEL, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LINDA DEL CASTEEL, DECEASED, ROSA DELIA VALDES, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MIGUEL ANGEL GUERRA, DECEASED,<br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>　　　　　　　　　Defendants. | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No.:  2:16-cv-01328 |

## FIRST MOTION FOR LEAVE TO FILE THE FIRST JOINT AMENDED COMPLAINT

COMES NOW the Plaintiff, Rosa Delia Valdes as the Executor for and on behalf of the heirs of the Estate of MIGUEL ANGEL GUERRA, by and through her counsel, and respectfully request this Honorable Court for leave to file the attached First Joint Amended Complaint. Plaintiff filed her Joint Complaint in this Court on February 17, 2016, and state

as follows:

1. Plaintiff, Rosa Delia Valdes as the Executor for and on behalf of the heirs of the Estate of MIGUEL ANGEL GUERRA seek leave of this Court to file the attached First Joint Amended Complaint as there was a typographical error in the spelling of Plaintiff's Rosa Delia Valdes' last name in the caption and the body of the Complaint.

2. Plaintiff, Rosa Delia Valdes changes to the First Joint Amended Complaint involve the following:

    a. In Caption, striking through "Valdez" and replacing it with "Valdes."

    b. In ¶ 3, striking through "Valdez" and replacing it with "Valdes."

    c. In ¶ 3(f), striking through "Valdez" and replacing it with "Valdes."

    d. In ¶ 249, striking through "Valdez" and replacing it with "Valdes."

    e. In ¶ 251, striking through "Valdez" and replacing it with "Valdes."

    f. In ¶ 256, striking through "Valdez" and replacing it with "Valdes."

    g. In ¶ 258, striking through "Valdez" and replacing it with "Valdes."

WHEREFORE, the Plaintiffs pray for the entry of the order tendered herewith granting leave to file the First Joint Amended Complaint.

Dated: February 29, 2016　　　　　　　　　　Respectfully submitted,

                                                    Bernstein Liebhard LLP

                                                    s/ Sandy Liebhard
                                                    Sandy Liebhard, Esq.
                                                    Melissa Mendoza, Esq.
                                                    10 East 40th Street
                                                    New York, New York 10016
                                                    Tel: (212) 779-1414
                                                    Fax: (212) 779-3218
                                                    Email: liebhard@bernlieb.com
                                                               mmendoza@bernlieb.com
                                                    *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing *Motion for Leave to File the First Joint Amended Complaint* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                       s/ Sandy Liebhard
                                                       Sandy Liebhard, Esq.