IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION          MDL NO. 2592

SECTION: L

JUDGE ELDON E. FALLON

MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

Voncille Pope
Civil Action No:  2:15-cv-186-EEF-MBN

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Carmen S. Scott, Motley Rice LLC, and Parilman & Associates, counsel for Plaintiff Voncille Pope and respectfully moves for an Order withdrawing them from any further representation in this litigation for the reasons set forth below:

1. Plaintiff retained the services of undersigned counsel and Parilman & Associates to represent them against the manufacturers of Xarelto on November 13, 2014.

2. On January 5, 2015, the undersigned firm filed a complaint, Case No. 1:15-cv-00001 (Southern District of Alabama) on behalf of the Plaintiff.

3. On March 3, 2015, the case was transferred to the Eastern District of Louisiana for inclusion in the Xarelto Products Liability Litigation, MDL # 2592.

4. In order to comply with Pre-Trial Order No. 13, relating to the Plaintiff Fact Sheet and authorizations, on or about May 6, 2015, the undersigned sent correspondence to Plaintiff requesting the information necessary to complete the plaintiff fact sheet and

asked for a response by June 10, 2015.

5.  The undersigned sent follow up letters to Plaintiffs on June 26, 2015 and July 9, 2015, regarding the information requested in the May 6, 2015 correspondence.

6.  On or around August 6, 2015, Plaintiff's counsel searched online and found an obituary for the Plaintiff indicating that she had died on June 29, 2015.   Plaintiff's counsel sent a letter to Mrs. Pope's husband and a daughter regarding her ongoing lawsuit and the need to substitute Plaintiff's representative as a party and provide a completed Plaintiff Fact Sheet in order to continue the case on behalf of Plaintiff.

7.  Additionally, the undersigned called Plaintiff's surviving relatives on multiple occasions to follow up on the information needed to complete the Plaintiff Fact Sheet.

8.  Plaintiff, prior to her death, and Plaintiff's spouse have been made aware of applicable deadlines on numerous occasions.

9.  To date, Plaintiff's spouse has not provided the information requested or otherwise responded to undersigned's contact attempts.

10. On February 5, 2016, undersigned sent correspondence to the Plaintiff's spouse via certified mail indicating that the law firm must withdraw unless the Plaintiff's spouse either returned the Plaintiff Fact Sheet or consented to a voluntary dismissal of the claim.  Correspondence was signed for by Plaintiff's Spouse Martell Pope on February 8, 2016 (see Correspondence and Receipt attached as Exhibit A).   Again, Plaintiff's Spouse has not responded.

11. For the foregoing reasons, Plaintiff and Plaintiff's spouse have failed substantially to fulfill their obligations to their attorneys.

12. Further, undersigned gave Plaintiff and Plaintiff's Spouse reasonable warning of the

law firm's intent to withdraw unless Plaintiff or Plaintiff Spouse fulfilled the obligation to share information with their attorneys.

13. The Plaintiff is subject to the Court's Show Cause Order for Plaintiffs Who Have Failed to Serve A Plaintiff Fact Sheet entered on February 23, 2016, which is being forwarded to Plaintiff's Spouse simultaneously with a copy of this Motion to Withdraw this date.

14. The last known address of the Plaintiff's Spouse is:

Martell Pope
13375 Bashi Road
Thomasville, AL 36784

15. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel, Motley Rice LLC and Parilman & Associates move this Court for an order allowing them to withdraw as counsel for Plaintiff Voncille Pope and the Estate of Voncille Pope.

Date: <u>March 1, 2016</u>

MOTLEY RICE LLC

 s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: 843-216-9000
Fax: 843-216-9440

Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a complete copy of the foregoing Motion to Withdraw as Counsel has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 1st day of March, 2016.

The undersigned further certifies that the Plaintiff and Plaintiff's Spouse has been made aware of applicable deadlines and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by First Class Mail and Certified Mail to Plaintiff's Spouse at his last known address.

s/ Carmen S. Scott