# EXHIBIT A



28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000   f. 843.216.9450

**MotleyRice**®
ATTORNEYS AT LAW LLC

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

**Carmen S. Scott**
*Licensed in SC*
direct: 843.216.9160
cscott@motleyrice.com

February 5, 2016

<u>**VIA CERTIFIED MAIL AND US MAIL AND EMAIL**</u>
Mr. Martell Pope
13375 Bashi Road
Thomasville, AL 36784
Brookkam2013@gmail.com

Re:   Xarelto Litigation

Dear Mr. Pope:

As you are aware, we have attempted to contact you on multiple occasions regarding your wife's Xarelto case. Specifically, it is necessary that we have a completed Plaintiff Fact Sheet, which is an Order of the Court. The defendants have indicated that they will be moving to dismiss your wife's case in the upcoming month. It is our understanding, based on your lack of response, that you do not wish to move forward with this case. If this is correct, you can agree to the dismissal of your case. Please understand that once the case is dismissed you will be forever barred from any future recovery. If you agree to the case being dismissed, please sign the below acknowledgment and return one copy in the enclosed self-addressed stamped envelope. If you would like to move forward with the case, the only way that we can avoid the case being dismissed, is by submitting a completed fact sheet. Please return either the acknowledgment that you consent to your case being dismissed or the completed fact sheet no later than February 15, 2016. If we have not received your response, we will move to withdraw as your attorney and the defendants will move to have the case dismissed.

If you have any questions regarding this matter, do not hesitate to contact me.

Sincerely,

*Carmen S. Scott*

Carmen S. Scott

CSS/kad
cc: Parilman & Associates

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK,
MORGANTOWN, WV | WASHINGTON, DC | NEW ORLEANS, LA | KA

[U.S. Postal Service Certified Mail Receipt addressed to Mr. Martell Pope, 13375 Bashi Road, Thomasville, AL 36784]

I acknowledge receipt of this letter and do not wish to proceed with this lawsuit. I give Motley Rice, LLC; Parilman & Associates; and any associated co-counsel consent to voluntarily dismiss this action and acknowledge that I will be forever barred from refiling the lawsuit or any future recovery for the injuries resulting from my Wife's use of Xarelto.

_____

Martell Pope                    Date

568938

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Martell Pope* ☐ Agent ☒ Addressee<br>B. Received by *(Printed Name)* MARTELL POPE   C. Date of Delivery 2-8-16 |
| 1. Article Addressed to:<br>Mr. Martell Pope<br>13375 Bashi Road<br>Thomasville, AL 36784 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| | 3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ Collect on Delivery |
| | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7014 1820 0000 5896 2348 |
| PS Form 3811, July 2013 | Domestic Return Receipt |