IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Voncille Pope
Civil Action No: 2:15-cv-186-EEF-MBN

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

**IT IS HEREBY ORDERED** that Carmen S. Scott, Motley Rice LLC and Parilman & Associates, are withdrawn as Plaintiffs' attorneys of record.

DONE AND SIGNED this the _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE