**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

**MDL NO. 2592**

**SECTION: L**

**JUDGE ELDON E. FALLON**

**MAG. JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

OTTIS R. ROSE, SR., and OHLER A. ROSE
Civil Action No:  2:15-cv-861-EEF-MBN

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW Carmen S. Scott, Motley Rice LLC, and Sokolove Law LLP counsel for Plaintiffs Ottis R. Rose, Sr. and Ohler A. Rose and respectfully move for an Order withdrawing them from any further representation in this litigation for the reasons set forth below:

1. Plaintiffs retained the services of undersigned counsel and Sokolove Law LLP to represent them against the manufacturers of Xarelto on March 9, 2015.

2. On March 9, 2015, A. Layne Stackhouse and Jones Ward, PLC filed a complaint under Case No. 5:15-cv-00058-KKC (District of Kansas) on behalf of the Plaintiffs.

3. On March 31, 2015, the case was transferred to the Eastern District of Louisiana for inclusion in the Xarelto Products Liability Litigation, MDL # 2592.

4. On July 22, 2015, an Order was entered by the Honorable Eldon E. Fallon allowing A. Layne Stackhouse and Jones Ward, PLC to withdraw as counsel and substituting Carmen S. Scott and Motley Rice LLC as Plaintiffs for counsel.

5.  In order to comply with Pre-Trial Order No. 13, relating to the Plaintiff Fact Sheet and authorizations, on or about May 6, 2015, the undersigned sent correspondence to Plaintiffs requesting the information necessary to complete the plaintiff fact sheet and asked for a response by June 10, 2015.

6.  The undersigned sent follow up letters to Plaintiffs on June 26, 2015, July 9, 2015, and August 18, 2015, regarding the information requested in the May 6, 2015 correspondence.

7.  Additionally, the undersigned called Plaintiffs on multiple occasions to follow up on the information needed to complete the Plaintiff Fact Sheet.

8.  Plaintiffs have been made aware of applicable deadlines on numerous occasions.

9.  To date, Plaintiffs have not provided the information requested or otherwise responses to undersigned's contact attempts.

10. On February 5, 2016, undersigned sent correspondence to the Plaintiffs via certified mail indicating that the law firm must withdraw unless the Plaintiffs either returned the Plaintiff Fact Sheet or consented to a voluntary dismissal of the claim.  Correspondence was signed for by Plaintiff Ottis Rose on February 9, 2016 (see Correspondence and Receipt attached as Exhibit A).   Again, Plaintiffs have not responded.

11. For the foregoing reasons, Plaintiff have failed substantially to fulfill their obligations to their attorneys.

12. Further, undersigned gave Plaintiffs reasonable warning of the law firm's intent to withdraw unless Plaintiff fulfilled the obligation to share information with their attorneys.

13. The Plaintiffs are subject to the Court's Show Cause Order for Plaintiffs Who Have

Failed to Serve A Plaintiff Fact Sheet entered on February 23, 2016, which is being

forwarded to Plaintiffs simultaneously with a copy of this Motion to Withdraw this

date.

14. The last known address of the Plaintiff is:

> Ottis Rose, Sr.
> Ohler Rose
> 15 Johnson Street
> Winchester, KY 40391

15. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel, Motley Rice LLC and Sokolove Law LLP move

this Court for an order allowing them to withdraw as counsel for Plaintiffs Ottis Rose, Sr., and

Ohler A. Rose.

Date: <u>March 1, 2016</u>

**MOTLEY RICE LLC**

 <u>s/ Carmen S. Scott</u>
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: 843-216-9000
Fax: 843-216-9440

Attorneys for Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a complete copy of the foregoing Motion to Withdraw as Counsel has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 1st day of March, 2016.

The undersigned further certifies that the Plaintiffs have been made aware of applicable deadlines and that a true and correct copy of the foregoing Motion to Withdraw as Counsel has been served by First Class Mail and Certified Mail to Plaintiffs at their last known address.

s/ Carmen S. Scott