# EXHIBIT A



**MotleyRice** LLC
ATTORNEYS AT LAW

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9450

**Carmen S. Scott**
*Licensed in SC*
direct: 843.216.9160
cscott@motleyrice.com

February 5, 2016

**VIA CERTIFIED MAIL AND US MAIL**
Mr. Ottis Rose
15 Johnson Street
Winchester, KY 40391

Re:   Xarelto Litigation

Dear Mr. Rose:

As you are aware, we have attempted to contact you on multiple occasions regarding your Xarlelto case. Specifically, you have failed to return a completed Plaintiff Fact Sheet, which is an Order of the Court. The defendants have indicated that they will be moving to dismiss your case in the upcoming month. It is our understanding, based on your lack of response, that you do not wish to move forward with your case. If this is correct, you can agree to the dismissal of your case. Please understand that once your case is dismissed you will be forever barred from any future recovery. If you agree to your case being dismissed, please sign the below acknowledgment and return one copy in the enclosed self-addressed stamped envelope. If you would like to move forward with your case, the only way that we can avoid the case being dismissed, is by submitting a completed fact sheet. Please return either the acknowledgment that you consent to your case being dismissed or the completed fact sheet no later than February 15, 2016. If we have not received your response, we will move to withdraw as you attorney and the defendants will move to have your case dismissed.

If you have any questions regarding this matter, do not hesitate to contact me.

Sincerely,

Carmen S. Scott

CSS/kad
cc: Sokolove Law Firm

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK
MORGANTOWN, WV | WASHINGTON, DC | NEW ORLEANS, LA | KA

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To _Mr. Ottis Rose_
Street & Apt. No., or PO Box No. _15 Johnson Street_
City, State, ZIP+4 _Winchester, KY 40391_

PS Form 3800, July 2014        See Reverse for Instructions

I acknowledge receipt of this letter and do not wish to proceed with this lawsuit. I give Motley Rice, LLC; Sokolove Law Firm; and any associated co-counsel consent to voluntarily dismiss this action and acknowledge that I will be forever barred from refiling the lawsuit or any future recovery for the injuries resulting from the use of Xarelto.

_____          _____
Ottis Rose                                 Date

620317

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ottis Rose*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): OTIS ROSE   C. Date of Delivery: FEB 09 2016 |
| 1. Article Addressed to:<br><br>Mr. Ottis Rose<br>15 Johnson Street<br>Winchester, KY 40391 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>   ☒ Certified Mail®      ☐ Priority Mail Express™<br>   ☐ Registered           ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail         ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)         ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7014 1820 0000 5896 2331 |

PS Form 3811, July 2013          Domestic Return Receipt