# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION: L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAG. JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

OTTIS R. ROSE, SR., and OHLER A. ROSE
Civil Action No: 2:15-cv-861-EEF-MBN

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

**IT IS HEREBY ORDERED** that Carmen S. Scott, Motley Rice LLC and Sokolove Law LLP, are withdrawn as Plaintiffs' attorneys of record.

DONE AND SIGNED this the _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE