# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*May v. Janssen Research & Development LLC, et al.*<br>**Case No. 2:15-cv-03803** | MDL No. 2592<br><br>Section: L<br>Judge Fallon<br>Mag. Judge North |

## PLAINTIFF TONI MAY'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Toni May, by and through her attorneys, hereby gives notice of the voluntary dismissal of her claims without prejudice against all named Defendants. Defendants have not yet served an Answer or other responsive pleading. Accordingly, dismissal pursuant to Rule 41(a)(1)(A)(i) is appropriate.

Dated: March 1, 2016

Respectfully Submitted,

s/Amanda M. Williams
Daniel E. Gustafson
Amanda M. Williams
Eric S. Taubel
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
etaubel@gustafsongluek.com

41093

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of March 2016, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system which sent notification to all parties of records.  This document was also served on the above referenced plaintiff by U.S. Postal Service at their last known address.

    /s/Amanda M. Williams

41093