UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

All Cases

## ORDER

The Court hereby **AMENDS** its Order setting Oral Argument regarding Plaintiff's Motion to Challenge Confidentiality Designations and for Relief from PTO No. 12, R. Doc. 2477, to reflect that oral argument will take place after the 2:00 p.m. Xarelto monthly status conference.

New Orleans, Louisiana this 29th day of February, 2016.

*[Signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE