UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION     :     MDL No. 2592

                                  :     SECTION L

                                  :     JUDGE ELDON E. FALLON

                                  :     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO          :     **JURY TRIAL DEMANDED**

*MARY DORIS DEPIN v. JANSSEN RESEARCH & DEVELOPMENT, LLC et al;*

Civil Action No. 2:15-cv-06118

**PLAINTIFF'S MOTION TO WITHDRAW AS MOOT
PREVIOUSLY FILED MOTION FOR EXTENSION OF TIME TO SATISFY
PLAINTIFF FACT SHEET DEFICIENCIES**

Plaintiff Mary Doris Depin, through undersigned counsel, respectfully requests that this Court enter an order allowing her to withdraw as moot her Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies [Dkt. # 2172, 2172-1, 2172-2]. At this time, the parties have resolved the issues raised in Plaintiff's Motion and the Motion is therefore moot.

Signed: March 1, 2016

Respectfully Submitted,

*Patrick O'Hara*

_____
**JACOBS O'HARA MCMULLEN, P.C.**
J.D. MCMULLEN – TSB#: 24051694
RYAN NICOLE JACOBS-TSB#: 24058147
PATRICK O'HARA-TSB#: 24060353
14340 Torrey Chase Blvd., Suite 360

Houston, Texas 77014  
Tel.: (713) 824-8685  
Fax: (713) 583-0306  
pjo@jomlawfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all Counsel of Record on this 1st day of Mar 2016.

Respectfully Submitted,

*/s/ Patrick O'Hara*

_____
**JACOBS O'HARA MCMULLEN, P.C.**
J.D. MCMULLEN – TSB#: 24051694
RYAN NICOLE JACOBS-TSB#: 24058147
PATRICK O'HARA-TSB#: 24060353
14340 Torrey Chase Blvd., Suite 360
Houston, Texas 77014
Tel.: (713) 824-8685
Fax: (713) 583-0306
pjo@jomlawfirm.com

**ATTORNEYS FOR PLAINTIFF**