UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO | : | **JURY TRIAL DEMANDED** |

*MARY DORIS DEPIN v. JANSSEN RESEARCH & DEVELOPMENT, LLC et al;*

Civil Action No. 2:15-cv-06118

## ORDER

The Court, after considering Plaintiff's Motion to Withdraw as Moot Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies [Dkt. # 2172, 2172-1, 2172-2] as well as any responses thereto, find the motion meritorious.

It is therefore: ORDERED THAT Plaintiff Mary Doris Depin's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies is withdrawn from the docket.

DATED: _____            _____
                                                                                      Hon. Eldon E. Fallon
                                                                                      United States District Court Judge