# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

PETER J. HILL and BARBARA HILL,    )
    )
    PLAINTIFFS,    )
    )
vs.    )    **2:16-cv-00037-EEF-MBN**
    )
JANSSEN RESEARCH & DEVELOPMENT    )
LLC f/k/a JOHNSON AND JOHNSON    )
PHARMACEUTICAL RESEARCH AND    )
DEVELOPMENT LLC, JANSSEN ORTHO    )
LLC, JANSSEN PHARMECUTICALS, INC.    )
f/k/a JANSSEN PHARMACEUTICA INC.    )
f/k/a ORTHO-MCNEIL-JANSSEN    )
PHARMACEUTICALS, INC., BAYER    )
HEALTHCARE PHARMACEUTICALS,    )
INC.,BAYER PHARMA AG, BAYER    )
CORPORATION, BAYER HEALTHCARE    )
LLC, BAYER HEALTHCARE AG, and    )
BAYER AG,    )
    )
    DEFENDANTS.    )

## ORDER

THIS MATTER, having come before the Court on Plaintiffs Peter J. Hill and Barbara Hill's Motion for Voluntary Dismissal Without Prejudice As To Defendant Bayer Healthcare, LLC and this Court deemed fully advised of the premises:

IT IS HEREBY ORDEREED that Plaintiffs Peter J. Hill and Barbara Hill's Motion For Voluntary Dismissal Without Prejudice As To Defendant Bayer Healthcare, LLC is GRANTED, each party to bear their own attorneys' fees and costs.

Signed, this _____ day of _____, 2016

_____
Honorable Eldon E. Fallon
United States District Court Judge