UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |  |
|---|---|---|
| CHARLENE GARY and RANDY L. GARY, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| vs. | ) | 2:15-cv-02762-EEF-MBN |
| | ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMECUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**MOTION FOR VOLUNTARY DISMISSAL WITHOUT
PREJUDICE AS TO DEFENDANT BAYER HEALTHCARE LLC**

COME NOW THE PLAINTIFFS, CHARLENE GARY and RANDY L. GARY, by and through undersigned counsel hereby files a Motion for Voluntary Dismissal of this action without prejudice, solely against Bayer Healthcare LLC, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, each party to bear its own costs.

The filing of this Motion for Voluntary Dismissal as to Bayer Healthcare LLC, without prejudice, is not intended to have any effect on any claims against any other Defendants in this action.

WHEREFORE, Plaintiffs hereby request that their claims against Bayer Healthcare, LLC be voluntarily dismissed, without prejudice, without having any effect on any claims against any other Defendants in this action.

Respectfully submitted this 2nd day of March, 2016,

/s/ Brian M. Vines_____
Brian M. Vines
Attorney for Plaintiff

OF COUNSEL:

Scott A. Powell, Esquire
Brian M. Vines, Esquire
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone:  205-328-5330
Facsimile:  205-324-2165

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Voluntary Dismissal Without Prejudice As To Defendant Bayer Healthcare, LLC has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Brian M. Vines_____
Brian M. Vines