# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| MARGIE WARRIX, INDIVIDUALLY AND AS PERSONAL REPRESENTATVE OF THE ESTATE OF JOHN WARRIX,<br>    Plaintiff, | SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE: MICHAEL NORTH |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a Johnson And Johnson Pharmaceutical Research And Development, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG, AND BAYER AG,<br><br>    Defendants | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No: 2:15-cv-02161 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

HEARD ROBINS CLOUD LLP
*Attorneys for Plaintiff*

By: /s/Alex Barlow
Alex Barlow
2000 West Loop South, 22nd Floor
Houston, TX 77027
Tel: (713) 650-1200
Fax: (713) 650-1400
Email: barlow@heardrobins.com

Dated: March 2, 2016

DRINKER BIDDLE & REATH LLP
*Attorneys for Defendants
Janssen Pharmaceuticals, Inc.,
Janssen Research & Development LLC,
Janssen Ortho LLC, and
Johnson & Johnson*

By: /s/Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ  07932
Phone: (973) 549-7350
Fax: (973) 360-9831
Email: susan.sharko@dbr.com

Dated: March 2, 2016

KAYE SCHOLER LLP
*Attorneys for Defendants
Bayer Healthcare Pharmaceuticals Inc. and
Bayer Pharma AG*

By: /s/William Hoffman
William Hoffman
250 West 55th Street
New York, NY 10019-7910
Tel: (212) 836-8485
Fax: (212) 836-6485

Dated: March 2, 2016

IRWIN FRITCHIE URQUHART &
MOORE LLC
*Liaison Counsel for Defendants*

By:/s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA  70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Dated: March 2, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:  /s/*Alex Barlow*_____
     Alex Barlow
     Attorney for Plaintiff