**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| _____ | : | |

**THIS DOCUMENT RELATES TO:**
**BLOSSER ET AL V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL**
**2:15-CV-04574**

## MOTION FOR LEAVE TO AMEND JOINT COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Patricia Kendall ("Plaintiff"), by and through undersigned counsel, respectfully seeks leave to amend the Joint Complaint filed in this Court on September 18, 2015, to correct an inadvertent error in the factual allegation concerning Plaintiff. The proposed Amended Joint Complaint is attached as Exhibit 1. The sole edit is to correct the date of Plaintiff's alleged injury, which was incorrectly stated in the original Joint Complaint. Specifically, Plaintiff's only requested modification to the Joint Complaint, as set forth in the proposed Amended Joint Complaint, is the following:

In Paragraph 6, deleting the sentence "Patricia Kendall ingested Xarelto from approximately October 2013 to October 2013 and suffered severe internal bleeding on or about October 15, 2013, as a direct result of Xarelto," and replacing it with "Patricia Kendall ingested Xarelto from approximately October 2012 to October 2012 and suffered severe internal bleeding on or about October 15, 2012, as a direct result of Xarelto."

1

Plaintiff sought and obtained the written consent of Defendants to this proposed amendment, which is attached as Exhibit 2.

WHEREFORE, Plaintiff Patricia Kendall respectfully requests that this Court enter the proposed order tendered herewith granting leave to file the Amended Joint Complaint and directing the Clerk to enter the Amended Joint Complaint into the record of this matter

Respectfully submitted,

Dated: March 2, 2016

By:  /s/ Daniel J. Carr
Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of March 2016, a true copy of the foregoing Ex Parte Motion for Leave to File Amended Joint Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

 /s/ Daniel J. Carr