UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :    MDL No. 2592
                                   :
                                   :    SECTION L
                                   :
                                   :    JUDGE ELDON E. FALLON
                                   :
_____   :    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:
BLOSSER ET AL V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL
2:15-CV-04574

**ORDER**

**IT IS ORDERED** that the Ex Parte Motion for Leave to File Amended Joint Complaint filed by Plaintiff Patricia Kendall be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Joint Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this the _____ day of _____, 2016

_____
**UNITED STATES DISTRICT JUDGE**

1