## Daniel Carr

| | |
|---|---|
| From: | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| Sent: | Tuesday, March 01, 2016 5:35 PM |
| To: | Daniel Carr |
| Subject: | RE: Consent to Amend Xarelto Complaint - Patricia Kendall |

Hi Daniel,

Neither Bayer nor Janssen oppose the filing of this Motion. Let me know if you need anything further.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax

IRWIN FRITCHIE
URQUHART & MOORE LLC
COUNSELORS AT LAW

www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Daniel Carr [mailto:dcarr@prwlegal.com]
**Sent:** Thursday, February 25, 2016 2:17 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Subject:** FW: Consent to Amend Xarelto Complaint - Patricia Kendall

Re-sending the docs below with correct caption for the motion to amend.

## Daniel J. Carr
Peiffer Rosca Wolf Abdullah Carr & Kane
A Professional Law Corporation
201 St. Charles Ave., Suite 4610
New Orleans, LA 70170
Tel:  (504) 586-5270
Fax: (504) 523-2464
dcarr@prwlegal.com

**From:** Daniel Carr [mailto:dcarr@prwlegal.com]
**Sent:** Thursday, February 25, 2016 11:30 AM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>; James Irwin <jirwin@irwinllc.com>
**Subject:** Consent to Amend Xarelto Complaint - Patricia Kendall

Kelly:

1

I recently realized that the Joint Complaint for Blosser, et al. (filed 9/18/15), which included Ms. Patricia Kendall, stated the incorrect year in the allegations regarding her use/injury. The complaint stated 2013, when the use/injury actually occurred in 2012.

I have drafted the attached documents to effect an amendment to the Complaint correcting that error. I have also attached the original filed complaint for your ready reference.

Please let me know as soon as possible if Defendants will consent to this corrective amendment.

Thank you,

Daniel

**Daniel J. Carr**
Peiffer Rosca Wolf Abdullah Carr & Kane
A Professional Law Corporation
201 St. Charles Ave., Suite 4610
New Orleans, LA 70170
Tel: (504) 586-5270
Fax: (504) 523-2464
dcarr@prwlegal.com

This transmittal and/or attachments may be a confidential attorney-client communication or may otherwise be privileged or confidential. If you are not the intended recipient, you are hereby notified that you have received this transmittal in error; any review, dissemination, distribution or copying of this transmittal is strictly prohibited. If you have received this transmittal and/or attachments in error please notify us immediately by reply or by telephone (call us collect at 504-523-2434) and immediately delete this message and all its attachments.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (I) avoiding penalties under the Internal Revenue Code or (II) promoting, marketing or recommending to another party any transaction or matter addressed herein.