UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| *Santiago, et al. v. Janssen Research & Development LLC, et al.* Case No. 2: 15-cv-3104-EEF-MBN Plaintiffs Luis Santiago, as Proposed Administrator of the Estate of Ana Santiago, Deceased, and Luis Santiago, Individually | |

**STIPULATION OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Luis Santiago, as Proposed Administrator of the Estate of Ana Santiago, Deceased, and Luis Santiago, Individually ("Plaintiff") and Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG, ("Defendants"), through their undersigned counsel, that the above-captioned action is voluntarily dismissed as it pertains to the above-listed Plaintiffs, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs or fees to any party.

1

Respectfully submitted,

Dated: New York, New York
March 2, 2016

By:  /s/ Michael A. London
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com
*Attorneys for Plaintiff*

By:  /s/ Susan M. Sharko
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*Attorneys for Defendants*
*Janssen Research & Development, LLC,*
*Janssen Ortho LLC,*
*Janssen Pharmaceuticals, Inc., and*
*Johnson & Johnson*

By:  /s/ William Hoffman
William Hoffman
KAYE SCHOLER LLP
*Attorneys for Defendants*
*Bayer Healthcare Pharmaceuticals Inc.,*
*And Bayer Pharma AG*

By: /s/ James B. Irwin
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Fax: 504-310-2120
Email: jirwin@irwinllc.com
*Liaison Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                      */s/ Michael A. London*
                                      Michael A. London