UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE SHUSHAN |
| ************************************************* | * |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court received materials earlier today composed of Sanjay Jalota's personnel files. The personnel files concern Mr. Jalota's work performance as an employee of Defendant J&J during a time period pertinent to the litigation. The Court had an opportunity to review the files in great detail, weighing privacy interests against the Plaintiffs' right to discover relevant material.

Mr. Jalota's primary project at J&J was Rivaroxaban development. Mr. Jalota was recognized as a regulatory leader, so much of his personnel file is relevant to claims and defenses as well as matters pertinent to cross-examination. The Court notes that there is a salary summary, including bonuses, which likewise has relevance. However, some of the materials are personal, and bear no relevance to the litigation, and should not be disclosed:

(1) The second and third sentences of the section "Success in 2010 Requires…" (tab 5, stamped page XARELTO_JANSSEN_JALOTA_PERSONNEL_00026);

(2) The entirety of the 2012 Historical Year-End – Old Scale (tab 9, stamped page XARELTO_JANSSEN_JALOTA_PERSONNEL_00047);

(3) All references in the section entitled "Tax Data" to marital status and exemptions (tab 18, stamped pages XARELTO_JANSSEN_JALOTA_PERSONNEL_00093–99).

However, regardless of the discovery interests at play, the personnel files relevant to the litigation also raise employee privacy interests. The material addresses personal goals, performance evaluations, and salary. Therefore, the personnel files must be placed under seal and used only for purposes of this litigation.

In summary, this material is discoverable, and the Court finds that the preceding items should be redacted. The materials shall be presented forthwith.

**IT IS ORDERED** that the personnel file of Mr. Jalota shall be excised of all references to information which the parties jointly agreed shall be redacted pursuant to PTO 20, and then produced to the PSC on or before Wednesday, March 2, 2016.

New Orleans, Louisiana this 1st day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE