**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT LOUISIANA**
**NEW ORLEANS DIVISION**

---------------------------------------------------------- X
IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------- : JUDGE FALLON
FREDERICK CHAMBERS, MAGISTRATE JUDGE NORTH
X
        Plaintiff, Civil Action No.: 15-cv-2291
:
vs. MOTION FOR LEAVE TO
: WITHDRAW AS ATTORNEY OF
JANSSEN RESEARCH & DEVELOPMENT RECORD FOR PLAINTIFF
LLC f/k/a JOHNSON AND JOHNSON FREDERICK CHAMBERS
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO :
LLC, JANSSEN PHARMACEUTICALS, INC.
f/k/aJANSSEN PHARMACEUTICA INC. f/k/a :
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., JOHNSON & :
JOHNSON COMPANY, BAYER
HEALTHCARE PHARMACEUTICALS, INC., :
BAYER PHARMA AG, BAYER
CORPORATION, BAYER HEALTHCARE AG, :
BAYER HEALTHCARE LLC, and BAYER AG,
X
        Defendants.
----------------------------------------------------------

      The law firm of Douglas and London, P.C. and all associated counsel, through Michael A. London, Esq., respectfully moves for leave to withdraw as counsel of record for Plaintiff Frederick Chambers. In support of its motion, Counsel states as follows:

1. A conflict has arisen between Plaintiff Chambers and counsel, making it unreasonably difficult for Douglas & London, P.C. to continue to represent Plaintiff Chambers in this action and to comply with Pre-Trial Order No. 13 ("PTO 13"). Under these circumstances, Douglas & London, P.C., is unable to represent Plaintiff

1

Chambers, and therefore requests leave to withdraw as counsel of record in this matter and no longer be sent further notices of the Court.

2. Granting this motion would not delay trial of this matter or otherwise prejudice Defendants, as this matter is part of MDL 2592 and is not yet not scheduled for trial.

3. Pursuant to Local Rule 83.211 the law firm has notified Plaintiff of this motion for leave to withdraw via certified mail at his last known residential address, which is 1415 Moriah Trace, Auburn, GA 30011.

4. The notice to Plaintiff also advises him that he should retain other counsel immediately.

5. The notice to Plaintiff also advised that within 21 days of the entry of an Order granting this Motion to Withdraw, Plaintiff or his new counsel will be required to file with the Clerk of the Court a supplementary appearance that provides the address at which the party of his new counsel may receive service of documents related to this case.

6. Along with this motion, Douglas and London, P.C. are submitting a memorandum in support of the requested relief, along with the declaration of Michael A. London.

WHEREFORE, Douglas and London, P.C, request that this Honorable Court grant it leave to withdraw as counsel of record for Plaintiff and that, should Plaintiff choose to continue to pursue this matter on his own or with new counsel, he be given 45 days from the day that he or his new counsel enter an appearance and as such other and further relief the Court deems just and appropriate under the circumstances.

Dated: March 2, 2016

RESPECTFULLY SUBMITTED,

/s/   Michael   A.   London_____
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane 6th Floor
New York, New York 10038
Ph: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that Plaintiff, Frederick Chambers, has been provided a copy of this **MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF** and notified of all deadlines and pending court appearance by certified mail at Plaintiff's last known address, which is 1415 Moriah Trace, Auburn, GA 30011.

I ALSO HERBY CERTIFY that on March 2, 2016. I electronically filed the **MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF** with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

Dated: March 2, 2016

/s/ Michael A. London_____
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane 6th Floor
New York, New York 10038
Ph: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| ------------------------------------------------------------ | X | |
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| ------------------------------------------------------------ | : | JUDGE FALLON |
| FREDERICK CHAMBERS, | | MAGISTRATE JUDGE NORTH |
| | X | |
| Plaintiff, | | Civil Action No.: 15-cv-2291 |
| | : | |
| vs. | | |
| | : | |
| | | MEMORANDUM IN SUPPORT OF |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/aJANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, BAYER HEALTHCARE LLC, and BAYER AG, | : : : : : : | MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD FOR PLAINTIFF FREDERICK CHAMBERS |
| | X | |
| Defendants. | | |
| ------------------------------------------------------------ | | |

## I. INTRODUCTION

The law firm of Douglas & London, P.C. and all associated counsel, through Michael A. London represents Plaintiff, Frederick Chambers, in this pharmaceutical products liability action presently pending before this court. The action, which was filed on June 24, 2015 in the Eastern District of Louisiana, alleges that Frederick Chambers, suffered personal injuries, <u>inter alia</u>, life-threatening bleeding as a result of his alleged ingestion of Xarelto. The named Defendants, including Janssen Research & Development LLC F/K/A Johnson And Johnson

4

Pharmaceutical Research And Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc. F/K/A Janssen Pharmaceutica Inc. F/K/A Ortho-Mcneil-Janssen Pharmaceuticals, Inc., Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, And Bayer AG are the manufacturers and distributors of Xarelto.

Good cause exists for permitting withdrawal of your undersigned as counsel for Plaintiff in that a conflict has arisen between Plaintiff and his counsel, making it unreasonably difficult for the firm to continue to represent the client in this action, including as it pertains to complying with PTO 13. No case-specific discovery has yet been completed in this matter and no trial date has been set. Plaintiff will, therefore, not be prejudiced by the proposed withdrawal.

## II. BACKGROUND

The basic facts and procedural history at issue in this motion are not in dispute. This action was filed in the Eastern District of Louisiana on June 24, 2015 as part of MDL No. 2592: *IN RE: Xarelto (Rivaroxaban) Products Liability Litigation*. Although general discovery relevant to all cases pending in this MDL has been ongoing, discovery specific to this action has not yet commenced. On May 4, 2015, the court entered PTO 13 regarding the schedule for service of Plaintiff Fact Sheets and executed authorizations for the release of records upon Defendants.

## III. LEGAL STANDARD

The American Bar Association Model Rules of Professional Conduct offer guidance for consideration of motion for leave to withdraw as attorney of record. Specifically, the ABA-AMRPC Rule 1.16(b) provides that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client.

Also, Disciplinary Rule 2-110 (C) of the New York Lawyer's Code of Professional Conduct provides that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client.

### IV. ARGUMENT

The American Bar Association's Rules of Professional Conduct allow an attorney to withdraw from representing a client if:

(1) Withdrawal can be accomplished without material adverse effect on the interests of the client;

(5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;

…or

(7) other good cause for withdrawal exists.

ABA-AMRPC Rule 1.16(b). Further, the New York Lawyer's Code of Professional Responsibility allows an attorney to withdraw from employment if the client's conduct "renders it unreasonably difficult for the lawyer to carry out employment effectively." NY Disciplinary Rule 2-110 (C)(1)(d).

As evidenced by the attached Declaration of Michael A. London, good cause for withdrawal exists, as a conflict has arisen between Plaintiff and his counsel making it unreasonably difficult for the your undersigned and our law firm to continue to represent the client Frederick Chambers.

In addition, withdrawal can be accomplished without material adverse effect on the interests of the client. No case-specific discovery has yet been completed in this matter and no trial is set in the present action. Therefore, your undersigned respectfully seeks leave of the Court to withdraw from this action now. Plaintiff has adequate time to find

substitute counsel if he so desires, and withdrawal at this stage will not cause any delay or prejudice to Plaintiff.

Should the Court require specificity regarding the nature of the conflict that is the subject of this motion, Counsel of Plaintiff requests that the Court permit an *in camera* hearing to provide the Court with any additional information that the Court may deem necessary.

WHEREFORE, Douglas & London, P.C.; and all associated counsel respectfully request that this Honorable Court grant it leave to withdraw as counsel of record for the Plaintiff and that, should Plaintiff choose to continue to pursue this matter on his own or with new counsel.

Dated: March 2, 2016

                 RESPECTFULLY SUBMITTED,

                 /s/ Michael A. London
                 Michael A. London
                 DOUGLAS & LONDON, P.C.
                 59 Maiden Lane 6th Floor
                 New York, New York 10038
                 Ph: (212) 566-7500
                 Fax: (212) 566-7501
                 Email: mlondon@douglasandlondon.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

---------------------------------------------------------- X
IN RE: XARELTO (RIVAROXABAN)          : MDL No. 2592
PRODUCTS LIABILITY LITIGATION
---------------------------------------------------------- : JUDGE FALLON
FREDERICK CHAMBERS,                          MAGISTRATE JUDGE NORTH
                                                            X
             Plaintiff,                          Civil Action No.: 15-cv-2291
                                                            :
vs.                                              DECLARATION OF MICHAEL A.
                                             :   LONDON, ESQ. IN SUPPORT OF
JANSSEN RESEARCH & DEVELOPMENT                   MOTION FOR LEAVE TO
LLC f/k/a JOHNSON AND JOHNSON                :   WITHDRAW AS ATTORNEY OF
PHARMACEUTICAL RESEARCH AND                      RECORD FOR PLAINTIFF
DEVELOPMENT LLC, JANSSEN ORTHO               :   FREDERICK CHAMBERS
LLC, JANSSEN PHARMACEUTICALS, INC.
f/k/aJANSSEN PHARMACEUTICA INC. f/k/a        :
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., JOHNSON &             :
JOHNSON COMPANY, BAYER
HEALTHCARE PHARMACEUTICALS, INC.,            :
BAYER PHARMA AG, BAYER
CORPORATION, BAYER HEALTHCARE AG,            :
BAYER HEALTHCARE LLC, and BAYER AG,
                                                            X
             Defendants.
----------------------------------------------------------

I, Michael A. London, declare and state as follows:

1. I am a member of the Law Offices of Douglas & London, P.C., counsel of record for the Plaintiff herein, *IN RE: Xarelto (Rivaroxaban) Products Liability Litigation*. (hereinafter referred to as the "MDL").

8

2. The facts contained herein are within my personal knowledge, and if called upon as a witness I could and would competently testify to the following under oath.

3. Since the complaint was filed in this action in the Eastern District of Louisiana on June 24, 2015 a conflict has arisen between Plaintiff and his Counsel, making it unreasonably difficult for Douglas & London, P.C. to represent Plaintiff in this action.

4. Granting the within motion will not cause unnecessary delay to Mr. Chambers case, and would not otherwise be inequitable.

5. Pursuant to Local Rule 83.211, Plaintiff was notified of our motion for leave to withdraw via certified mail to his last known residential address as well as by email and Federal Express.

6. The notice to Plaintiff also advised him that she should retain other counsel.

7. The notice to Plaintiff also advised him that within 21 days of the entry of the order granting this motion for withdrawal, the party or new counsel shall file with the Clerk of the Court a supplementary appearance that provides the address at which the party and/or his new counsel may receive service of documents related to the case.

8. No case-specific discovery has been completed in this matter and no trial date has been set. Therefore, withdrawal will not cause any delay in trial, will not adversely affect the client's interests, and will not otherwise be inequitable.

9. Should the Court require specificity regarding the numerous and extensive correspondence sent to Mr. Chambers, I respectfully request that the Court

9

permit an *in camera* hearing so that I may provide the Court with such additional information that the Court deems necessary. Should the Court require it, I will also provide the Court with an affidavit, filed under seal, which provides additional detail with respect to the aforementioned conflict.

10. A copy of this Motion has been sent to Plaintiff via certified mail on March 2, 2016.

I declare under penalty of perjury under the laws of the United States of America and the State of New York that the foregoing is true and correct and that this Declaration was executed on this 2nd day of March, 2016 at New York, New York.

Dated: March 2, 2016

RESPECTFULLY SUBMITTED,

/s/   Michael   A.   London
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane 6th Floor
New York, New York 10038
Ph: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | JUDGE FALLON |
| FREDERICK CHAMBERS, | | MAGISTRATE JUDGE NORTH |
| Plaintiff, | : | Civil Action No.: 15-cv-2291 |
| vs. | : | PROPOSED ORDER |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, BAYER HEALTHCARE LLC, and BAYER AG, Defendants. | : | |

This matter is before the Court on Plaintiff's counsel's Motion for Leave to Withdraw as Attorney of Record for Plaintiff Frederick Chambers. After considering Plaintiff's counsel's motion, the Court orders as follows:

The Court finds that the requirements of Local Rule 83.211 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied. The law firm Douglas & London, P.C., via movant Michael A. London, Esq., is terminated as Plaintiff Chambers' counsel in this matter.

The Court directs movant to serve a copy of this Order of withdrawal within 7 days upon all counsel of record and upon unrepresented parties as required by Local Rule 83.211.

**SO ORDERED:**

_____   _____
Chief Judge                                                                            Date:
United States District