# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| ----------------------------------------------------------- | X | |
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| ----------------------------------------------------------- | : | JUDGE FALLON |
| CONSTANCE MAY ON BEHALF OF THE ESTATE OF VERA MCVAY, DECEASED, AND CONSTANCE MAY, INDIVIDUALLY, | X | MAGISTRATE JUDGE NORTH |
| | | Civil Action No.: 15-cv-3078 |
| | : | |
| Plaintiff, | | PROPOSED ORDER |
| | : | |
| vs. | | |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/aJANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, BAYER HEALTHCARE LLC, and BAYER AG, | : : : : : X | |
| Defendants. | | |
| ----------------------------------------------------------- | | |

This matter is before the Court on Plaintiff's counsel's Motion for Leave to Withdraw as Attorney of Record for Plaintiff Constance May on Behalf of The Estate of Vera McVay, Deceased, And Constance May, Individually. After considering Plaintiff's counsel's motion, the Court orders as follows:

The Court finds that the requirements of Local Rule 83.211 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been

satisfied.  The law firm Douglas & London, P.C., via movant Michael A. London, Esq., is terminated as Plaintiff Constance May on Behalf of The Estate of Vera McVay, Deceased, And Constance May, Individually counsel in this matter.

The Court directs movant to serve a copy of this Order of withdrawal within 7 days upon all counsel of record and upon unrepresented parties as required by Local Rule 83.211.

**SO ORDERED:**

_____    _____
Chief Judge                                                                                Date:
United States District