# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Chezarea Jones

2:15-CV-6376

## MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, Chezarea Jones, by and through her undersigned attorney of record, and for Plaintiff's Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, states as follows:

1. Plaintiff's complaint was initially docketed in the MDL on or about December 9, 2015.

2. While the Plaintiff has substantially complied with providing the other Plaintiff Fact Sheet (hereinafter "PFS") information and has uploaded her responses and authorizations for defense counsel to the MDL Centrality website, Plaintiff has had significant difficulty obtaining her medical records from providers and requests additional time to obtain and upload the same and provide any remaining responses to the PFS.

3. Plaintiff has received one (1) deficiency notice from Defendants and her response to said deficiency is currently due on March 2, 2016.

4. Plaintiff's Counsel has made continual efforts to receive the necessary records to

respond to the Notice of Deficiency, and although such efforts have not produced the necessary records to respond to the Deficiency yet, there is a currently pending record request.

5. On or about February 12, 2016, Plaintiff submitted a request for records and had it elevated to an expedited level, which request, upon information and belief, will produce records allowing her to respond to the Notice of Deficiency.

6. Therefore, Plaintiff needs some additional time to satisfy the PFS Deficiencies, as she awaits the provider's response to her request for records, and Counsel respectfully requests an additional sixty (60) days from the date of this filing (i.e., through May 1, 2016) to satisfy the PFS Deficiencies.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that this Court grant Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies and for any further orders deemed just and proper under the circumstances.

Signed: March 2, 2016

Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ John J. Driscoll*
JOHN J. DRISCOLL (MO Bar #54729)
ANDREW KINGHORN (MO Bar #66006)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEY FOR PLAINTIFF**