UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO PRODUCTS           )
LIABILITY LITIGATION              )
                                  )  MDL NO. 2592
                                  )
                                  )  Section L
                                  )
                                  )  JUDGE ELDON E. FALLON
                                  )
                                  )  MAGISTRATE JUDGE NORTH
_____)

**THIS DOCUMENT RELATES TO:**

**FIDEL ZABALA ESTRADA**
**Civil Case No. 2:15-cv-5200**

## ORDER ON MOTION TO WITHDRAW

Considering the foregoing Motion to Withdraw as Counsel of Record for the above captioned case,

**IT IS HERBY ORDERED** that Diez- Arguelles & Tejedor, P.A. are withdrawn as Plaintiff's attorney of record.

DONE AND SIGNED this _____ day of _____, 2016.

_____
UNITED STATED DISTRICT JUDGE