## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO PRODUCTS )
LIABILITY LITIGATION )
) MDL NO. 2592
)
) Section L
)
) JUDGE ELDON E. FALLON
)
) MAGISTRATE JUDGE NORTH
)

**THIS DOCUMENT RELATES TO:**

**ARSENIO FARINAS, deceased**
**Civil Case No. 2:15-cv-05186**

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Counsel for the Plaintiff, Arsenio Farinas, deceased, and hereby files this Motion to Withdraw as Counsel and states the following in support thereof:

1. Plaintiff retained the services of undersigned counsel to represent him in the Xarelto Multidistrict Litigation.

2. A complaint was filed for the above referenced caption.

3. Irreconcilable difference have arisen between Plaintiff and undersigned counsel.

4. For the foregoing reasons, undersigned counsel must withdraw.

5. A copy of this motion is being furnished to Julia Delarivera, spouse and executor of the Estate of Arsenio Farinas, via Certified Mail, Return Receipt Requested, at the last known address of 2775 West Okeechobee Road, #140, Hialeah, FL 33010.

6. Accordingly, Plaintiffs' Counsel requests that they be allowed to withdraw as Counsel in this matter and further requests that this Honorable Court allow the Plaintiff

ninety (90) days in which to obtain new Counsel. It is further respectfully requested that the Court refrain from ruling upon any motions during this ninety (90) day period.

7.      This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel moves this Court for an order allowing them to withdraw as counsel for Plaintiff Arsenio Farinas.

### Certificate of Service

I HEREBY CERTIFY that that true and correct copy of the foregoing Motion to Withdraw as Counsel of Record has been served on all counsel by CM/ECF on March 2, 2016, and by U.S. Mail, to the last known address of Julia Delarivera, 2775 West Okeechobee Road, #140, Hialeah, FL 33010.

/s/ Maria D. Tejedor
Maria D. Tejedor
FBN: 95834
Diez-Arguelles & Tejedor, P.A.
505 N. Mills Ave.
Orlando, FL 32803
P: 407-705-2880
F: 888-611-7879
mail@theorlandolawyers.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

Section L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

**ARSENIO FARINAS, deceased**
**Civil Case No. 2:15-cv-05186**

### ORDER ON MOTION TO WITHDRAW

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

**IT IS HEREBY ORDERED** that Diez-Arguelles & Tejedor, P.A., are withdrawn as

Plaintiff's attorneys of record.

DONE AND SIGNED the _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE