## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO PRODUCTS          )
LIABILITY LITIGATION              )
                                  )     MDL NO. 2592
                                  )
                                  )     Section L
                                  )
                                  )     JUDGE ELDON E. FALLON
                                  )
                                  )     MAGISTRATE JUDGE NORTH
                                  )

**THIS DOCUMENT RELATES TO:**

**ARSENIO FARINAS, deceased**
**Civil Case No. 2:15-cv-05186**

### ORDER ON MOTION TO WITHDRAW

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

   **IT IS HEREBY ORDERED** that Diez-Arguelles & Tejedor, P.A., are withdrawn as

Plaintiff's attorneys of record.

   DONE AND SIGNED the _____ day of _____, 2016.


         _____

         UNITED STATES DISTRICT JUDGE