UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :   MDL No. 2592
                                 :
                                 :   SECTION L
                                 :
                                 :   JUDGE ELDON E. FALLON
                                 :
                                 :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

**TERESA BETANCOURT**
Civil Case No. 2:15-cv-05426

## ORDER ON MOTION TO WITHDRAW

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

**IT IS HEREBY ORDERED** that Diez-Arguelles & Tejedor, P.A., are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED the _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE