# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Mary Doris Depin. v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| No. 2:15-cv-06118 | |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

**COMES NOW** Plaintiff, through undersigned counsel, in the above-listed action and respectfully requests that this Court grant his Motion for Extension of Time Within Which to Serve Process and that this Court issue an Order allowing her an additional thirty (30) days from the date of the date of same to serve the Complaint and Summons in the above-listed action on Bayer Pharma AG through the streamlined service procedures for informal service of process set forth in Pre-Trial Order #10 or, in the alternative, declare Plaintiff's prior service on Bayer Pharma AG effectiv. A brief memorandum in support of Plaintiff's Motion is submitted herewith.

Dated: March 2, 2016

Respectfully Submitted,

*[signature: Patrick O'Hara]*

_____
**JACOBS O'HARA MCMULLEN, P.C.**
PATRICK O'HARA-TSB#: 24060353
J.D. MCMULLEN – TSB#: 24051694
RYAN NICOLE JACOBS-TSB#: 24058147

14340 Torrey Chase Blvd., Suite 360
Houston, Texas 77014
Tel.: (713) 824-8685
Fax: (713) 583-0306

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby that a copy of the above and foregoing Motion for Extension of Time Within Which to Serve Process has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

E-FILE
CM/ECF FILER

_____
PATRICK O'HARA