UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Mary Doris Depin. v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| No. 2:15-cv-06118 | |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff Mary Doris Depin, by and through undersigned counsel, and files this Notice of Submission of Plaintiff's Motion for Extension of Time to Serve Process before the Honorable Judge Eldon E. Fallon on March 30, 2016 at 9:00 A.M.

Signed: March 2, 2016

Respectfully Submitted,

*/s/ Patrick O'Hara*
_____
**JACOBS O'HARA MCMULLEN, P.C.**
J.D. MCMULLEN – TSB#: 24051694
RYAN NICOLE JACOBS-TSB#: 24058147
PATRICK O'HARA-TSB#: 24060353
14340 Torrey Chase Blvd., Suite 360
Houston, Texas 77014
Tel.: (713) 824-8685
Fax: (713) 583-0306

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all Counsel of Record on this 2nd day of March 2016.

                                Respectfully Submitted,

                                */s/ Patrick O'Hara*

                                **JACOBS O'HARA MCMULLEN, P.C.**
                                J.D. MCMULLEN – TSB#: 24051694
                                RYAN NICOLE JACOBS-TSB#: 24058147
                                PATRICK O'HARA-TSB#: 24060353
                                14340 Torrey Chase Blvd., Suite 360
                                Houston, Texas 77014
                                Tel.: (713) 824-8685
                                Fax: (713) 583-0306
                                pjo@jomlawfirm.com

                                **ATTORNEYS FOR PLAINTIFF**