## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENT RELATES TO:** | **MDL NO. 2592** |
|---|---|
| *Mary Doris Depin. v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| **No. 2:15-cv-06118** | |

**ORDER FOR PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

BEFORE THE COURT is Plaintiff Mary Doris Depin's Motion for Extension of Time Within Which to Serve Process. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff Mary Doris Depin's prior service on Bayer Pharma AG is declared effective.

Dated: _____      _____
                                                                    Judge Eldon E. Fallon

Or, in the alternative:

IT IS HEREBY ORDERED that Plaintiff Mary Doris Depin's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG, through the streamlined process as set forth in this Court's Pre-Trial order No. 10 is GRANTED.

Dated: _____      _____
                                                                    Judge Eldon E. Fallon

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all Counsel of Record on this 2nd day of March 2016.

Respectfully Submitted,

*/s/ Patrick O'Hara*

_____
**JACOBS O'HARA MCMULLEN, P.C.**
J.D. MCMULLEN – TSB#: 24051694
RYAN NICOLE JACOBS-TSB#: 24058147
PATRICK O'HARA-TSB#: 24060353
14340 Torrey Chase Blvd., Suite 360
Houston, Texas 77014
Tel.: (713) 824-8685
Fax: (713) 583-0306
pjo@jomlawfirm.com

**ATTORNEYS FOR PLAINTIFF**