

Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

January 7, 2016

**Via Electronic Mail (rnj@jomlawfirm.com)**

Ryan Nicole Jacobs
Jacobs O'Hara McMullen, PC
14340 Torrey Chase Blvd., Suite 360
Houston, TX 77014

Re:   Ronald Helgeson, Sr. v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-06659 (E.D. La.)

Dear Ms. Jacobs:

    This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG received the Joint Complaint in *Mary Doris Depin*, the *Mary Doris Depin* severance order, and a Summons issued in the *Ronald Helgeson* action by Registered Mail, Return Receipt Requested.

    Service is deficient as a copy of Plaintiff's individual Short Form Complaint was not provided. Accordingly, such service attempt was improper. We are returning the documents to you.

    Under paragraph 1.e. of Pre-Trial Order No. 11 in the MDL ("PTO 11"), proper service of the Joint Complaint, together with the Severance Order and the List of Individual Case Captions with civil action numbers, would be sufficient to effectuate service of process for each of the individual cases associated with the Joint Complaint. However, plaintiffs did not properly serve the Joint Complaint in *Mary Doris Depin* on Bayer Pharma AG because no Summons in the *Mary Doris Depin* case was served on Bayer Pharma AG.

Sincerely,

Lindy D. Brown

LDB/cfo