

**Receipt for Registered Mail** (PS Form 3806, January 2014)

- Handling Charge: $11.14
- Return Receipt: $13.95
- Postage: $3.85
- Restricted Delivery: $0.00
- Received by: $0.00
- Total: $28.94
- Customer Must Declare Full Value: $0.00
- Date: 12/21/2015
- HOUSTON, TX 77014
- OFFICIAL USE
- DEC 21 2015

FROM:
Ryan Jacobs
Jacob O'Hara McMullen, PC
14340 Torrey Chase Blvd #360
Houston, TX 77014

TO:
Bayer Pharma AG
Eva Gardyan-Eisenlohr, Gen. Counsel
Germany
Muellerstrasse 178
13353 Berlin Germany

---

**Registered Mail Receipt** (PS Form 3806, April 2015)

Registered No. RE432761275US

- Postage: $1.14
- Return Receipt (hardcopy): $13.95
- Restricted Delivery: $3.85
- Customer Must Declare Full Value: $0.00
- Received by: $28.94
- Date: 01/08/2016
- 0051 04
- HOUSTON, TX 77014

FROM:
Ryan Jacobs
Jacobs O'Hara McMullen, PC
14340 Torrey Chase Blvd., Suite 360
Houston, TX 77014

TO:
Bayer Pharma AG-Attn: Eva Gardyan-Eisenlohr, General Counsel
Muellerstrasse 178
13353 Berlin
Germany