**Subject:** RE: Service in Xarelto cases: Helgeson and Depin
**Date:** Tuesday, February 23, 2016 at 11:42:47 AM Central Standard Time
**From:** Brown, Lindy
**To:** 'Ryan Jacobs'

Ryan-
Without waiving any lack of service of process or insufficiency of service of process defenses that exist, I do not anticipate at this time that Bayer HealthCare Pharmaceuticals Inc. or Bayer Pharma AG will challenge service.  Thanks, Lindy

# BRADLEY ARANT
# BOULT CUMMINGS LLP

### Lindy D. Brown
*Attorney*

| | |
|---|---|
| **Phone** | 601.592.9905 |
| **Fax** | 601.948.3000 |
| **Email** | lbrown@babc.com |
| **Website** | www.babc.com |

### One Jackson Place
188 E. Capitol Street, Suite 400
Jackson, MS 39201

**From:** Ryan Jacobs [mailto:RNJ@jomlawfirm.com]
**Sent:** Monday, February 22, 2016 5:52 PM
**To:** Brown, Lindy <lbrown@babc.com>
**Subject:** Re: Service in Xarelto cases: Helgeson and Depin

Lindy,

I  wanted to follow up on my email I sent you last week.  Please let me know if your clients Bayer Pharma AG and BHCP are challenging service with respect to either of the plaintiffs listed below.

Ryan

Ryan Nicole Jacobs
Jacobs O'Hara McMullen, P.C.
14340 Torrey Chase Blvd, Suite 360
Houston, TX 77014
Tel: 281-919-2073

Direct: 713-824-8685
Fax: 1-713-583-0306
www.jomlawfirm.com

New Orleans Office:
639 Loyola Ave, Suite 1810
New Orleans, LA 70113
Office: (504) 249-6378

"The information in this email is intended for the named recipients only. It may contain privileged and confidential matter. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this email in error, please delete the email and notify the sender immediately by replying to this email."

---

**From:** Ryan Jacobs <rnj@jomlawfirm.com>
**Date:** Wednesday, February 17, 2016 at 2:52 PM
**To:** "Brown, Lindy" <lbrown@babc.com>
**Subject:** Service in Xarelto cases: Helgeson and Depin

Lindy,

I have confirmed service on Bayer Pharma AG and BHCP in both of our cases listed below.  Are you challenging Plaintiff on service with respect to either of the following cases:

RONALD HELGESON 15-cv-06659

MARY DORIS DEPIN 15-cv-6118

Please let me know.

Ryan

Ryan Nicole Jacobs
Jacobs O'Hara McMullen, P.C.
14340 Torrey Chase Blvd, Suite 360
Houston, TX 77014
Tel: 281-919-2073
Direct: 713-824-8685
Fax: 1-713-583-0306
www.jomlawfirm.com

New Orleans Office:
639 Loyola Ave, Suite 1810
New Orleans, LA 70113
Office: (504) 249-6378

"The information in this email is intended for the named recipients only. It may contain privileged and confidential matter. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this email in error, please delete the email and notify the sender immediately by replying to this email."

**From:** "Brown, Lindy" <lbrown@babc.com>
**Date:** Thursday, January 7, 2016 at 4:58 PM
**To:** Ryan Jacobs <rnj@jomlawfirm.com>
**Subject:** RE: Xarelto: Jacobs

Ryan-
Bayer Pharma AG received the attached papers today.  Also, attached is a letter explaining why Bayer Pharma AG is rejecting service.

Bayer HealthCare Pharmaceuticals Inc. received similar papers, and attached is a similar letter on behalf of Bayer HealthCare Pharmaceuticals Inc.

If you would like to discuss further, please feel free to contact me.

Thanks,
Lindy

### BRADLEY ARANT BOULT CUMMINGS LLP

**Lindy D. Brown**
*Attorney*

| | |
|---|---|
| **Phone** | 601.592.9905 |
| **Fax** | 601.948.3000 |
| **Email** | lbrown@babc.com |
| **Website** | www.babc.com |

**One Jackson Place**
188 E. Capitol Street, Suite 400
Jackson, MS 39201

**From:** Ryan Jacobs [mailto:RNJ@jomlawfirm.com]
**Sent:** Thursday, January 07, 2016 12:35 PM
**To:** Brown, Lindy <lbrown@babc.com>
**Subject:** Re: Xarelto: Jacobs

Hi Lindy,

I wanted to follow up on the second attempted service in Depin.  Tracking is showing that all documents were delivered on 12/28/16.  Please confirm receipt. I look forward to hearing from you soon.

Thank you,

Ryan

Ryan Nicole Jacobs
Jacobs O'Hara McMullen, P.C.
14340 Torrey Chase Blvd, Suite 360
Houston, TX 77014
Tel: 281-919-2073
Direct: 713-824-8685
Fax: 1-713-583-0306
www.jomlawfirm.com

New Orleans Office:
639 Loyola Ave, Suite 1810
New Orleans, LA 70113
Office: (504) 249-6378

"The information in this email is intended for the named recipients only. It may contain privileged and confidential matter. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this email in error, please delete the email and notify the sender immediately by replying to this email."

---

**From:** "Brown, Lindy" <lbrown@babc.com>
**Date:** Thursday, December 31, 2015 at 8:28 AM
**To:** Ryan Jacobs <rnj@jomlawfirm.com>
**Subject:** RE: Xarelto: Jacobs

Hi Ryan.  I do not believe that we have received notification yet of a second attempted service in Depin.  Please check with me next week and if we still haven't received the service, we can discuss further.  Thanks, Lindy

# BRADLEY ARANT
# BOULT CUMMINGS LLP

### Lindy D. Brown
*Attorney*

| | |
|---|---|
| **Phone** | 601.592.9905 |
| **Fax** | 601.948.3000 |
| **Email** | lbrown@babc.com |
| **Website** | www.babc.com |

### One Jackson Place
188 E. Capitol Street, Suite 400
Jackson, MS 39201

**From:** Ryan Jacobs [mailto:RNJ@jomlawfirm.com]
**Sent:** Thursday, December 31, 2015 8:01 AM
**To:** Brown, Lindy <lbrown@babc.com>
**Subject:** Re: Xarelto: Jacobs

Hi Lindy,

I am in receipt of your correspondence dated today stating that service is deficient in the Ronald Helgesson, Sr. v BHCP et al case because a copy of Plaintiff's individual Short Form Complaint was not provided. I have also reviewed your earlier correspondence dated 12/17 in which you state "if you serve the Mary Doris Depin Joint Complaint, Summons, Severance Order and a list of individual cases with their civil action numbers by certified mail on BHCP, then such service is sufficient to effectuate service for both the Mary Doris Depin case and the severed Ronald Helgesson, Sr. case.

On December 21st our office sent BHCP via certified mail the above named documents in accordance with PTO 11 so I am somewhat confused as to how service is deficient. According to PTO 11 and our prior correspondence, service should be sufficient for both the Depin and Helgeson case.

I look forward to hearing back from you. Hope you have a happy New Year.

Ryan

Ryan Nicole Jacobs
Jacobs O'Hara McMullen, P.C.
14340 Torrey Chase Blvd, Suite 360
Houston, TX 77014
Tel: 281-919-2073
Direct: 713-824-8685
Fax: 1-713-583-0306
www.jomlawfirm.com

New Orleans Office:
639 Loyola Ave, Suite 1810
New Orleans, LA 70113
Office: (504) 249-6378

"The information in this email is intended for the named recipients only. It may contain privileged and confidential matter. If you are not the addressee, note that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this email in error, please delete the email and notify the sender immediately by replying to this email."

---

**From:** "Brown, Lindy" <lbrown@babc.com>
**Date:** Tuesday, December 29, 2015 at 3:11 PM
**To:** Ryan Jacobs <rnj@jomlawfirm.com>
**Subject:** Xarelto: Jacobs

Please see attached.

# BRADLEY ARANT
# BOULT CUMMINGS LLP

**Lindy D. Brown**
*Attorney*

| | |
|---|---|
| **Phone** | 601.592.9905 |
| **Fax** | 601.948.3000 |
| **Email** | lbrown@babc.com |
| **Website** | www.babc.com |

**One Jackson Place**
188 E. Capitol Street, Suite 400
Jackson, MS 39201

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.