

**Registered No.**  RE432761?305

| Postage $ | Extra Services & Fees |
|---|---|
| Extra Services & Fees $1.14 | ☐ Signature Confirmation $ |
| ☐ Registered Mail | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ $13.95 | |
| ☐ Return Receipt (electronic) $ | **Total Postage & Fees** $ |
| ☐ Restricted Delivery $3.85 | |
| Customer Must Declare Full Value $0.00 | Received by $28.94 |
| $0.00 | 01/08/2016 |

**Date Stamp** — ?STONE 0051 04

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

**FROM:**
Ryan Jacobs
Jacobs O'Hara McMullen, PC
14340 Torrey Chase Blvd., Suite 360
Houston, TX  77014

**TO:**
Bayer Pharma AG-Attn: Eva Gardyan-Eisenlohr, General Counsel
Muellerstrasse 178
13353 Berlin
Germany

PS Form **3806, Registered Mail Receipt**, April 2015, PSN 7530-02-000-9051    Copy 1 - Customer
(See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com