UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    :
PRODUCTS LIABILITY LITIGATION   :    MDL No. 2592
                                :
                                :    SECTION L
                                :
                                :    JUDGE ELDON E. FALLON
                                :
                                :    MAG. JUDGE MICHAEL NORTH
_____

**THIS DOCUMENT RELATES TO:**

IESHA LONON-GOLDSBERG,
Civil Action No. 2:15-cv-1079-EEF-MBN

SARA HARNER,
Civil Action No. 2:15-cv-03970-EEF-MBN

CONVERS ANTHONY HOLMES,
Civil Action No. 2:15-cv-03974-EEF-MBN

CARL GOSIZK, AS SURVIVING SPOUSE
AND PERSONAL REPRESENTATIVE OF THE
ESTATE OF MARGARET GOSIZK, DECEASED,
Civil Action No. 2:15-cv-06955-EEF-MBN

### MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW Plaintiffs Iesha Lonon-Goldsberg, Sara Harner, Convers Anthony Holmes, and Carl Gosizk, as Surviving Spouse and Personal Representative of the Estate of Margaret Gosizk, deceased, by and through their attorneys, and respectfully requests leave of Court to file the attached Reply in Support of Plaintiffs' Motion for Voluntary Dismissal without Prejudice (Dkt. 2070).

Dated:  March 2, 2016                                          Respectfully submitted,


                                                By:      /s/ Laura G. Lumaghi
                                                       Laura G. Lumaghi (MO Bar #50186)
                                                       William T. Dowd (MO Bar #39648)
                                                       DOWD & DOWD, P.C.
                                                       211 N. Broadway, Suite 4050
                                                       St. Louis, MO 63102
                                                       (314) 621-2500
                                                       Fax: (314) 621-2503
                                                     laura@dowdlaw.net
                                                       bill@dowdlaw.net

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing Motion for Leave to File Reply in Support of Plaintiffs' Motion for Voluntary Dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


                                                              /s/ Laura G. Lumaghi