UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)            :
PRODUCTS LIABILITY LITIGATION           :    MDL No. 2592
                                        :
                                        :    SECTION L
                                        :
                                        :    JUDGE ELDON E. FALLON
                                        :
                                        :    MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

IESHA LONON-GOLDSBERG,
Civil Action No. 2:15-cv-1079-EEF-MBN

SARA HARNER,
Civil Action No. 2:15-cv-03970-EEF-MBN

CONVERS ANTHONY HOLMES,
Civil Action No. 2:15-cv-03974-EEF-MBN

CARL GOSIZK, AS SURVIVING SPOUSE
AND PERSONAL REPRESENTATIVE OF THE
ESTATE OF MARGARET GOSIZK, DECEASED,
Civil Action No. 2:15-cv-06955-EEF-MBN

**PLAINTIFFS IESHA LONON-GOLDSBERG, SARA HARNER, CONVERS ANTHONY HOLMES, AND CARL GOSIZK'S REPLY IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COME NOW Plaintiffs Iesha Lonon-Goldsberg, Sara Harner, Convers Anthony Holmes, and Carl Gosizk, as Surviving Spouse and Personal Representative of the Estate of Margaret Gosizk, deceased, by and through their attorneys, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for their Reply in Support of Plaintiffs' Motion for Voluntary Dismissal against all Defendants without prejudice states as follows:

1. The above Plaintiffs requesting dismissal are residents of either New Jersey or Pennsylvania. Some were filed with other Plaintiffs in joint complaints.

2. Possible subject matter jurisdiction issues were raised by Defendants during the trial selection process and it has been argued that plaintiffs from these states many not be properly before this Court. Out of abundance of caution, the claims of these plaintiffs have already been re-filed in state court.

3. Dismissal should be allowed unless the defendant will suffer some plain legal prejudice other than the mere prospect of a second lawsuit. *Manshack v. Sw. Elec. Power Co.*, 915 F.2d 172, 174 (5th Cir. 1990). None of these Plaintiffs were selected as trial picks in this litigation and there are no pending counterclaims. Having to defend 4 cases in state court is not cognizable prejudice to the Defendants.

4. Plaintiffs request dismissal without prejudice so that their claims can continue in their already filed state court cases.

WHEREFORE, Plaintiffs Iesha Lonon-Goldsberg, Sara Harner, Convers Anthony Holmes, and Carl Gosizk, as Surviving Spouse and Personal Representative of the Estate of Margaret Gosizk, deceased, hereby request that their claims against all Defendants be voluntarily dismissed without prejudice and with each party to bear their own fees and costs.

Dated: March 2, 2016                                Respectfully submitted,

                          By:    /s/ Laura G. Lumaghi
                                Laura G. Lumaghi (MO Bar #50186)
                                William T. Dowd (MO Bar #39648)
                                DOWD & DOWD, P.C.
                                211 N. Broadway, Suite 4050
                                St. Louis, MO 63102
                                (314) 621-2500
                                Fax: (314) 621-2503
                                laura@dowdlaw.net
                                bill@dowdlaw.net

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Reply in Support of Plaintiffs' Motion for Voluntary Dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        /s/ Laura G. Lumaghi