UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

IESHA LONON-GOLDSBERG,
Civil Action No. 2:15-cv-1079-EEF-MBN

SARA HARNER,
Civil Action No. 2:15-cv-03970-EEF-MBN

CONVERS ANTHONY HOLMES,
Civil Action No. 2:15-cv-03974-EEF-MBN

CARL GOSIZK, AS SURVIVING SPOUSE
AND PERSONAL REPRESENTATIVE OF THE
ESTATE OF MARGARET GOSIZK, DECEASED,
Civil Action No. 2:15-cv-06955-EEF-MBN

**ORDER**

THIS MATTER, having come before the Court on Plaintiffs Iesha Lonon-Goldsberg, Sara Harner, Convers Anthony Holmes, and Carl Gosizk's Motion for Leave to file a Reply in Support of Plaintiffs' Motion for Voluntary Dismissal without Prejudice of all Defendants and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiffs Iesha Lonon-Goldsberg, Sara Harner, Convers Anthony Holmes, and Carl Gosizk's Motion for Leave to file a Reply in Support of Plaintiffs' Motion for Voluntary Dismissal without Prejudice of all Defendants is GRANTED.

Signed, this _____ day of _____, 2016.

                                                _____
                                                Honorable Eldon E. Fallon
                                                United States District Court Judge