Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>*Cases listed in Attached Schedule A* | ) **MDL No. 2592**<br>)<br>) **SECTION:  L**<br>) **JUDGE FALLON**<br>) **MAG. JUDGE NORTH**<br>)<br>)<br>) |

## SUPPLEMENT TO MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO SERVE PROCESS

Plaintiffs in the cases listed in Attached Schedule A, through undersigned counsel, submit this Supplement to their Motion for Extension of Time Within Which to Serve Process on Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc.  The Brief [Docket No. 2472-1] filed in support of that Motion [Docket No. 2472] stated that Plaintiffs anticipate "hav[ing] packages in the mail as specified in PTO 10 within days of the filing of this Motion."  Brief at 4.   As reflected in the Declaration of Cindy Ensley (submitted contemporaneously with this Supplement), Plaintiffs yesterday fully complied with the streamlined service of process provisions in PTOs 10 and 11.

**SUPPLEMENT TO MOTION FOR EXTENSION OF TIME**                                      Page 1

DATED:  March 3, 2016                    Respectfully submitted,

                                By:     /s/ *Charles G. Orr*
                                        Charles G. Orr, TX Bar No. 00788148
                                        THE MULLIGAN LAW FIRM
                                        3710 Rawlins Street, #901
                                        Dallas, Texas 75219
                                        Telephone: (214) 219-9779
                                        Facsimile: (214) 520-8789
                                        ***Attorneys for Plaintiff***


### CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                By:     /s/ Charles G. Orr
                                        Charles G. Orr
                                        Attorney for Plaintiff


**SUPPLEMENT TO MOTION FOR EXTENSION OF TIME**                    Page 2