UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

KEITH OWENS,
Civil Action No. 2:15-cv-1057-EEF-MBN

**STIPULATION OF DISMISSAL OF
DEFENDANT BAYER CORPORATION WITHOUT PREJUDICE**

Pursuant to Fed R. Civ. P. 41, Plaintiff Keith Owens and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Corporation in the above listed case. All other Defendants remain in the above case. Costs and fees shall be borne by the party that incurred them.

Dated:  March 3, 2016                                    Respectfully submitted,

                                        By:    /s/ Laura G. Lumaghi
                                                Laura G. Lumaghi (MO Bar #50186)
                                                William T. Dowd (MO Bar #39648)
                                                DOWD & DOWD, P.C.
                                                211 N. Broadway, Suite 4050
                                                St. Louis, MO 63102
                                                (314) 621-2500
                                                Fax: (314) 621-2503
                                                laura@dowdlaw.net
                                                bill@dowdlaw.net

                                                *Attorneys for Plaintiff*

By:   /s/ Andrew K. Solow
Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
steven.glickstein@kayescholer.com

*Attorneys for Defendant Bayer HealthCare LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Stipulation of Dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi