UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| RUDOLPH STORY<br><br>    Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>    Defendant(s) | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>CIVIL ACTION NO. 2:15-CV-04071 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel, on behalf of the Plaintiff, hereby provides notice of the dismissal of the above-captioned case against Defendants in its entirety, with prejudice and with each party to bear its own costs.

By: /s/ Randi Kassan
SANDERS PHILLIPS GROSSMAN
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
F: (516) 741-0128
mgrossman@thesandersfirm.com
rkassan@thesandersfirm.com

*Counsel for Plaintiff*
*Rudolph Story*

Dated: March 3, 2016