## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  PRODUCTS
LIABILITY LITIGATION

\*  MDL NO. 2592

\*  SECTION L
\*
\*  JUDGE ELDON E. FALLON
\*
\*  MAG. JUDGE SHUSHAN

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*

**THIS DOCUMENT RELATES TO:**
JOHN O. CRYAN, 15-CV-2767
FRANCE E. ROSSI, 15-CV-7070
ROBERT STODDART, 15-CV-3768
MARY SUDOL, 15-CV-1500
JOE MCCORMICK, 16-CV-0035
ANNIE FOSTER, 15-CV-3782
JEREMY JOHNSON, 15-CV-3842
BARBARA RHOADES, 15-CV-234
TEODOR MAGDA, 15-CV-07075
MARY INGHAM, 15-CV-05868
JOHN BEATTIE, 15-CV-5581
ELIZABETH CONKLIN, 15-CV-4398
MIKE SCOLARO, 15-CV-1248
GEORGE GLEGHORN, 15-CV-3967
KEITH OWENS, 15-CV-1057
TAMARA HODGMAN, 15-CV-3973
GLENN WASHINGTON, 15-CV-4679
DONALD GENTRY, 16-CV-274
PAMELA HODGKINS, 15-CV-7091
ROBERT HOWARD, 15-CV-7092
ETHEL STATON, 15-CV-3827
MARY DEPIN, 15-CV-06118
FRANCES ANDERSON, 15-CV-05667
CRYSTAL ALLEN, 15-CV-6299
HELEN RICHARDSON, 15-CV-4374
NANCY WEHRKAMP, 15-CV-6798
JIM LAND, 15-CV-6780
TOM GANO, 15-CV-4140
PETER & BARBARA HILL, 16-CV-0037
CHARLENE & RANDY GARY, 15-CV-2762

## <u>ORDER</u>

The Court has received numerous Motions to Dismiss Party Bayer Healthcare, LLC. *See,*
*e.g.*, R. Doc. 1991. The Court finds it appropriate to schedule a discussion of these matters at the
next monthly status conference.

**IT IS ORDERED** that lead and liaison counsel for the parties will add the Motions to
Dismiss Party to the agenda for the March monthly status conference. Counsel will be prepared
to discuss the resolution of these matters.

New Orleans, Louisiana this 2nd day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE