# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | JUDGE ELDON E. FALLON |
| *Brenda Frantz, on behalf of the Estate of* ) | |
| *Margaret Tilbury v. Janssen Research &* ) | |
| *Development, LLC, et al.* ) | |
| **Civil Action No. 2:15-cv-05035** ) | MAGISTRATE JUDGE NORTH |
| ) | |

## ORDER

The Court, after considering the Plaintiff's Unopposed Motion to Correct Misnomer of Plaintiff as well as any responses thereto, finds the motion meritorious.  It is therefore:

ORDERED THAT Plaintiff Margaret Tilbury be substituted for Brenda Frantz, on behalf of the Estate of Margaret Tilbury, in the above captioned cause.

Dated:  March  1st  2016

_____
Hon. Eldon E. Fallon
United States District Court Judge