**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)           )
PRODUCTS LIABILITY LITIGATION          )          MDL No. 2592
                                       )
                                       )          SECTION L
                                       )
                                       )          JUDGE ELDON E. FALLON
                                       )
                                       )          MAGISTRATE JUDGE NORTH

_____

**THIS DOCUMENT RELATES TO:**

**JENNIE SIROIS**
**Civil Case No. 2:15-cv-04173**

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-

captioned case,

**IT IS HEREBY ORDERED** that B. Kristian W. Rasmussen, Mitchell Theo Theodore,

and Cory Watson Attorneys, P.C., are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this __1st__ day of ____March____, 2016.

_____

UNITED STATES DISTRICT JUDGE