UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br><br>JUDGE FALLON<br><br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**AQUANTAE COSIE**
**C.A. No. 2:15-cv-03396-EEF-MBN**

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

IT IS HEREBY ORDERED that Ernest W. Boyd and the Butch Boyd Law Firm are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this __1st__ day of _____March_____, 2016.

_____
UNITED STATES DISTRICT JUDGE