UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ODLE BRADON, JIMMY CASTEEL, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF LINDA DEL CASTEEL, DECEASED, ROSA DELIA VALDES, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MIGUEL ANGEL GUERRA, DECEASED,<br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>　　　　　　　Defendants. | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><br>**JURY TRIAL DEMANDED**<br><br>Civil Action No.: 2:16-cv-01328 |

**ORDER**

　　This matter having come before the Court on the Motion for Leave to File the First Joint Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised:

　　IT IS HEREBY ORDERED that Plaintiff ROSA DELIA VALDEZ as the Executor for

and on behalf of the heirs of the Estate of MIGUEL ANGEL GUERRA's Motion is GRANTED. Plaintiff is hereby granted to leave to file the First Joint Amended Complaint tendered with her Motion.

Entered this 1st day of ____March____, 2016.

_____
**HONORABLE DISTRICT JUDGE FALLON**