UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION    :    MDL No. 2592

:    SECTION L

:    JUDGE ELDON E. FALLON

:    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO    :    **JURY TRIAL DEMANDED**

*MARY DORIS DEPIN v. JANSSEN RESEARCH & DEVELOPMENT, LLC et al;*

Civil Action No. 2:15-cv-06118

## ORDER

The Court, after considering Plaintiff's Motion to Withdraw as Moot Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies [Dkt. # 2172, 2172-1, 2172-2] as well as any responses thereto, find the motion meritorious.

It is therefore: ORDERED THAT Plaintiff Mary Doris Depin's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies is withdrawn from the docket.

DATED: March 2nd 2016

Hon. Eldon E. Fallon
United States District Court Judge