UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
BLOSSER ET AL V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL
2:15-CV-04574

## ORDER

IT IS ORDERED that the Ex Parte Motion for Leave to File Amended Joint Complaint filed by Plaintiff Patricia Kendall be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Amended Joint Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this the   2nd   day of _____March_____, 2016

_____
**UNITED STATES DISTRICT JUDGE**

1