MINUTE ENTRY
FALLON, J.
MARCH 3, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**
TIMOTHY MARTIN, 16-CV-01327

On this date, the Court held a telephone status conference to discuss the procedural posture of Plaintiff Timothy Martin's claim. Larry Centola participated on behalf of Plaintiff Timothy Martin. Gerald Meunier and Lenny Davis participated on behalf of the PSC. Jim Irwin participated on behalf of Janssen R&D. John Olinde, Peter Rotolo, and Andrew Solow participated on behalf of Defendant Bayer. Mary Young and Kelly Rookard participated on behalf of 3M and Arizant Healthcare.

Plaintiff Martin's Complaint asserts claims concerning both Xarelto and the Bair "hugger" device. The parties discussed how to address this issue, as both products are currently consolidated in separate MDLs. The parties agreed that additional time was needed to discuss the matter. Therefore,

**IT IS ORDERED** that all discovery cutoffs in the Martin matter are stayed pending further discussions on this matter.

1

JS10(00:15)

**IT IS FURTHER ORDERED** that the parties will add this issue to the agenda for the monthly status conference scheduled for March 16, 2016.

