**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| **THIS DOCUMENT RELATES TO ALL** | : | |
| **CASES ON REC.  DOCS. 2424-1 & 2425-1** | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

## ORDER

Considering Defendants' foregoing *Ex Parte* Motion for an Order Amending the Time of the Hearing on Pending Orders to Show Cause (Rec. Doc.        ),

**IT IS ORDERED** that said Motion is **GRANTED** and the Court's prior Orders (Rec. Docs. 2424 & 2425) are **AMENDED** to reflect that hearing on the pending Orders to Show Cause will take place after the 2:00 p.m. Xarelto monthly status conference on March 16, 2016.

New Orleans, Louisiana, this _____ day of March, 2016.


_____
UNITED STATES DISTRICT JUDGE


00334377