UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:
CIVIL ACTION NO: 2:15-CV-05552**

MICHAEL DAY

     Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG

     Defendants.

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF, MICHAEL DAY**

TO THE HONORABLE COURT:

The Hayes Law Firm, P.C., along with Debra B. Hayes, and Joshua R. Leal, request leave to withdraw as counsel for Plaintiff, Michael Day and will show unto the Court the following:

MOTION TO WITHDRAW
- 1

## I. ARGUMENT

The Movants are The Hayes Law Firm, P.C., Debra B. Hayes, and Joshua R. Leal (hereinafter collectively referred to as the "Firm"), who are the current legal counsel for Plaintiff, Michael Day.

In accordance with the Eastern District of Louisiana's Local Rule 83.2.11, the Firm seeks leave to withdraw as the counsel for Plaintiff, Michael Day, on the grounds that he has failed to communicate or cooperate with the Firm, and failed to fulfill a material obligation with the Firm.

The Firm is unable to develop or prosecute Mr. Day's case without his cooperation or communication. Beginning late November and/or early December 2015, Mr. Day stopped cooperating and communicating with the firm. The firm has attempted to call Mr. Day on numerous occasions but he has failed to return phone calls. Since that time, the firm was able to reach Mr. Day one time, but his phone became disconnected within a few minutes of the call. The Firm immediately called Mr. Day following the disconnection, but Mr. Day never answered, and never returned the call. The Firm has continued calling Mr. Day, but he has never returned any phone calls. The last attempt to call Mr. Day was on March 1, 2016, but the Firm was unable to leave a voice message.

In addition to the multiple phone calls to Mr. Day, the Firm sent the following correspondences to Mr. Day requesting that he contact the Firm or respond with information as follows:

| Date | Correspondence |
|---|---|
| 12/4/2015 | Email |
| 12/17/2015 | Email |
| 12/18/2015 | First Class & Certified Letter No: 7001 1140 0004 7339 4967 |

MOTION TO WITHDRAW
- 2

| | |
|---|---|
| 12/30/2015 | Email |
| 1/08/2016 | First Class Letter |
| 1/11/2016 | First Class & Certified Letter No. 7015 1730 0000 5427 2301 |
| 1/15/2016 | First Class & Certified Letter No: 7015 1730 0000 5427 2325 |
| 1/20/2016 | Email |

Mr. Day has never responded to any of the written communications. Without waiving the attorney-client privilege, the Firm has advised Mr. Day in writing that a failure to communicate or cooperate with the Firm can result in the dismissal of the suit. The warnings were contained in the letters dated December 18, 2015 and January 11, 2016. Also, USPS confirms that Mr. Day accepted delivery of the January 11, 2016 certified letter.[1]

Also, the Firm requested the medical and pharmacy records of Mr. Day beginning on October 7, 2015. However, the facilities responded with certain information that required the Firm to follow up with Mr. Day to complete the requests and obtain the necessary information. Since Mr. Day stopped communicating and cooperating with the Firm, the Firm is unable to obtain the complete medical records, nor the pharmacy records confirming the usage of Xarelto.

As a result, the Firm is unable to continue the development and prosecution of Mr. Day's case. The Firm requests permission to withdraw as Counsel, and grant Mr. Day the additional time to obtain new Counsel.

Since Mr. Day does not communicate with the Firm, Mr. Day has not given the Firm the

---

[1] See https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=7015 1730 0000 5427 2301 (last checked 3/3/16). For all certified letters, the Firm also sends the same letter through first class mail to ensure delivery to the address.

MOTION TO WITHDRAW
 - 3

permission to dismiss the case.

The Firm has advised Mr. Day in writing that the Firm is filing the Motion to Withdraw, advised him in writing that he has the right to object to the Motion, and sent a copy of this Motion, by certified and first class mail. The Firm has also advised Mr. Day in writing regarding the show cause hearing set for March 16, 2016, at 9:00 a.m. (D.E. 2424) regarding the failure to prove Xarelto use. The Firm also advised Mr. Day of any other pending deadlines, if any.

The last known address and telephone number for Michael Day is 1503 Honeysuckle Pl., Apt. D, Fairfield, OH 45014, (415) 240-5471, mikeydcbus@gmail.com.

## CONCLUSION

For all of these reasons, the Movants request for leave to withdraw as Counsel of Record.

Respectfully submitted,

The Hayes Law Firm, P.C.

*/s/ Joshua R. Leal*
Joshua R. Leal, TX Bar No: 24048609
Debra B. Hayes TX Bar No. 05656790
700 Rockmead, Suite 210
Kingwood, TX  77339
Telephone: (281) 815-4986
Fax: (832) 575-4759
jleal@dhayeslaw.com
dhayes@dhayeslaw.com
**MOVANTS**

MOTION TO WITHDRAW
- 4

**CERTIFICATE OF CONFERENCE**

I hereby certified that I emailed Defense Counsel before filing the Motion to determine whether they were opposed, and I have not received a response at this time.

/s/ Joshua R. Leal
Joshua R. Leal

**CERTIFICATE OF SERVICE**

I certify that on March 4, 2016, I electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

/s/ Joshua R. Leal
Joshua R. Leal

MOTION TO WITHDRAW
- 5