UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

No. 2:15-CV-05064; Peggy Autrey v. Janssen Research & Development LLC et al;
No. 2:15-CV-05463; Trina Bonner v. Janssen Research & Development LLC et al;
No. 2:15-CV-05497; Kenneth D. Cunningham v. Janssen Research & Development LLC et al;
No. 2:15-CV-05552; Michael Day v. Janssen Research & Development LLC et al;
No. 2:15-CV-05669; Mark McDonald v. Janssen Research & Development LLC et al;
No. 2:15-CV-05598; Maurice Quarles v. Janssen Research & Development LLC et al;

## PLAINTIFF'S MOTION TO ATTEND THE SHOW CAUSE HEARING BY PHONE

Plaintiff's counsel, Joshua R. Leal, respectfully requests to appear by phone to attend the show cause hearing set for March 16, 2016, at 9:00 a.m (See Document 2424), regarding the failure to prove Xarelto use.

Plaintiff's counsel, Joshua R. Leal, is a lawyer with the Hayes Law Firm P.C. The law firm represents the six Plaintiffs identified above. The Court has ordered these six Plaintiffs to show cause regarding the failure to prove Xarelto use. Joshua Leal is the lawyer handling the claims for the Hayes Law Firm P.C.

Joshua Leal lives in Houston, TX. He has twin daughters that are a year and five months, and he and his wife are expecting another baby at this time. Attending the show cause hearing in person creates a substantial hardship for his family and the caring for his daughters. As a result, Counsel respectfully requests the Court's permission to appear for the show cause hearing by phone.

MOTION TO APPEAR BY PHONE - 1

Respectfully submitted,

The Hayes Law Firm, P.C.

*/s/ Joshua R. Leal*
Joshua R. Leal, TX Bar No: 24048609
Debra B. Hayes TX Bar No. 05656790
700 Rockmead, Suite 210
Kingwood, TX 77339
Telephone: (281) 815-4986
Fax: (832) 575-4759
jleal@dhayeslaw.com
dhayes@dhayeslaw.com
**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that on March 4, 2016, I electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

*/s/ Joshua R. Leal*
Joshua R. Leal

MOTION TO APPEAR BY PHONE - 2