UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
|---|---|

**THIS DOCUMENT RELATES TO:**

No. 2:15-CV-05064; Peggy Autrey v. Janssen Research & Development LLC et al;
No. 2:15-CV-05463; Trina Bonner v. Janssen Research & Development LLC et al;
No. 2:15-CV-05497; Kenneth D. Cunningham v. Janssen Research & Development LLC et al;
No. 2:15-CV-05552; Michael Day v. Janssen Research & Development LLC et al;
No. 2:15-CV-05669; Mark McDonald v. Janssen Research & Development LLC et al;
No. 2:15-CV-05598; Maurice Quarles v. Janssen Research & Development LLC et al;

ORDER

On this day, the Court considered Joshua Leal's request to attend by telephone the show cause hearing set for March 16, 2016 regarding the failure to prove Xarelto Use (Documet 2424). The request is hereby GRANTED and Joshua Leal may attend the show cause hearing by appearing telephonically.

New Orleans, Louisiana, on this ___ day of _____ 2016.

                                                          _____
                                                          United States District Judge

ORDER - 1