UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>**JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

BERNARD PARRINGTON and SUZANNE PARRINGTON, his wife

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-01399-EEF-MBN**

**AMENDED SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Bernard Parrington, is identified more fully in Paragraph 10 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. In conjunction with Plaintiff Bernard Parrington's claim, Suzanne Parrington, spouse of Bernard Parrington, asserts a claim for loss of consortium

4. Individual Plaintiffs herein reside at 16485 41st Avenue N., Minneapolis, Minnesota 55446.

5. The Xarelto User resides (or if deceased, resided at the time of death) in Hennepin County in the State of Minnesota.

6. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiffs.

7. Attached as Attachment 2 is a list of the individual case captions for the Plaintiffs named in the Joint Complaint.

Dated:  March 4, 2016

Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq. (NJ #039581997)
mschrama@stark-stark.com
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648
Tel: 609.896.9060
Fax: 609.896.0629
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2016, a complete copy of the foregoing Short Form Complaint has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq.