UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:
CIVIL ACTION NO: 2:15-CV-05497**

KENNETH D. CUNNINGHAM

      Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG

      Defendants.

**PLAINTIFF, KENNETH D. CUNNINGHAM'S, RESPONSE TO THE
COURT'S ORDER (D.E. 2424)
<u>TO SHOW CAUSE FOR FAILING TO PROVE XARELTO USE.</u>**

TO THE HONORABLE COURT:

In response to the Court's Show Cause Order Document 2424, Kenneth D. Cunningham has proof of Xarelto use and will show unto the Court the following:

CUNNINGHAM RESPONSE TO SHOW CAUSE - 1

**ARGUMENT**

Plaintiff Kenneth Cunningham has in fact proven his use of Xarelto and his case should not be dismissed. On February 29, 2016, Legal Counsel for Kenneth Cunningham finally received the medical records confirming his use of Xarelto. On March 3, 2016, Plaintiff's Counsel served Defendants with the medical records through the MDL Centrality.

Exhibit A contains proof that Mr. Cuningham was prescribed Xarleto. In addition, further proof of Mr. Cunningham's use of Xarelto can also be found in the medical records on bates-numbered pages Cunningham-Xarelto 97, 100, 102, 105, 117, 119, 130, 140, 295, 296 533, 534, 539, 545 (these medical records are not attached as an exhibit, but were produced to Defendants).

**CONCLUSION**

As a result, Ms. Cunningham has proven his use of Xarleto and his case should be retained on the docket.

Respectfully submitted,

The Hayes Law Firm, P.C.

/s/ Joshua R. Leal
Joshua R. Leal, TX Bar No: 24048609
Debra B. Hayes TX Bar No. 05656790
700 Rockmead, Suite 210
Kingwood, TX  77339
Telephone: (281) 815-4986
Fax: (832) 575-4759
jleal@dhayeslaw.com
dhayes@dhayeslaw.com
**ATTORNEYS FOR KENNETH CUNNINGHAM**

CUNNINGHAM RESPONSE TO SHOW CAUSE - 2

**CERTIFICATE OF SERVICE**

  I certify that on March 4, 2016, I electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

                */s/ Joshua R. Leal*
                Joshua R. Leal

CUNNINGHAM RESPONSE TO SHOW CAUSE - 3