**MOUNT CARMEL ST. ANN'S**

| | |
|---|---|
| Patient Name: | **CUNNINGHAM, KENNETH D** |
| Date of Birth: | |
| Admit Date: | |
| Discharge Date: | |
| Account Number: | |
| Patient Type: | |

### Orders - Medication Orders

Order: **rivaroxaban (Xarelto) (Rivaroxaban 20 mg Tab (Xarelto GEq))**

Order Date/Time: 12/13/2013 16:01 EST

| | | | |
|---|---|---|---|
| Order Status: | | Medication Type: | |
| Ordering Physician: | | Consulting Physician: | |
| Last Updated By: | | 12/13/2013 16:01 EST | |

Order Details: 20 mg, PO, Tab, w/dinner, Routine, 12/13/13 5:00:00 PM EST, VTE Treatment

Order Comment:

| Action Type: Discontinue | Action Date/Time: 12/13/2013 18:02 EST | Entered and Electronically Signed By: |
|---|---|---|

Review Information:
Nurse Review: Electronically Signed,            J on 12/13/2013 18:18 EST
Pharmacist Verify: Electronically Signed,            L on 12/13/2013 18:02 EST
Doctor Cosign: Electronically Signed,            on 12/13/2013 19:20 EST

| Action Type: Order | Action Date/Time: 12/13/2013 16:02 EST | Entered and Electronically Signed By: |
|---|---|---|

Review Information:
Nurse Review: Electronically Signed,            on 12/13/2013 16:28 EST
Pharmacist Verify: Not Reviewed
Pharmacist Verify:            on 12/13/2013 17:01 EST
Doctor Cosign:

Printed Date/Time:
Report Request ID:

Cunningham-Xarelto 295