UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Djemimar Brutus

2:16-CV-109

## MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Djemimar Brutus, by and through undersigned counsel of record, and for this Motion for Extension of Time to Submit Plaintiff Fact Sheet, states as follows:

1. Plaintiff's complaint was docketed in the MDL on January 6, 2016.

2. Pursuant to CMO No. 1 and PTO No. 13, Plaintiff's PFS is due on March 6, 2016.

3. On December 30, 2016, Counsel sent a letter to Plaintiff regarding completing the PFS.

4. On February 2nd, 2016, after multiple attempts by Counsel to contact Plaintiff, Plaintiff's family member informed Counsel that the Plaintiff has been unavailable as he is currently out of the country.

5. Counsel has worked with Plaintiff to make arrangements for Plaintiff to complete and sign the PFS; however, the PFS will not be completed and returned to Counsel prior to the

current due date.

6. For the above reasons, it is impossible for Plaintiff to submit her PFS prior to the March 6, 2016 deadline.

7. Therefore, Plaintiff respectfully requests an additional sixty (60) days from the March 6, 2016 deadline (i.e., through May 5, 2016) to submit his PFS.

8. Plaintiff has not made any other requests for extensions.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant his Motion for Extension of Time to Submit Plaintiff Fact and for any further orders deemed just and proper under the circumstances.

Signed: March 4, 2016

Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ John J. Driscoll*
JOHN J. DRISCOLL (MO Bar #54729)
ANDREW KINGHORN (MO Bar #66006)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEYS FOR PLAINTIFF**