UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Djemimar Brutus

2:16-CV-109

## ORDER

THIS MATTER, having come before the Court is Plaintiff, Djemimar Brutus's *Motion for Extension of Time to Submit Plaintiff Fact Sheet*; upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff, Djemimar Brutus's Motion for Extension of Time to Submit Plaintiff Fact Sheet is GRANTED. The deadline to submit the Plaintiff Fact Sheet is now set for May 5, 2016.

Dated:_____        _____
                                                                Judge Eldon E. Fallon

1