**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Djemimar Brutus

2:16-CV-109

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Djemimar Brutus, by and through undersigned counsel, and files this Notice of Submission of *Motion for Extension of Time to Submit Plaintiff Fact Sheet* before the Honorable Judge Eldon E. Fallon.


Signed: March 4, 2016                           Respectfully submitted,

                                                **THE DRISCOLL FIRM, P.C.**

                                                */s/ John J. Driscoll*
                                                JOHN J. DRISCOLL (MO Bar #54729)
                                                ANDREW KINGHORN (MO Bar #66006)
                                                211 N. Broadway, 40th Floor
                                                St. Louis, MO 63102
                                                314-932-3232
                                                314-932-3233 fax
                                                john@thedriscollfirm.com
                                                andrew@thedriscollfirm.com

                                                **ATTORNEYS FOR PLAINTIFF**