Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> **This Document Relates To:** <br><br> *Bell v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-3480 <br><br> *Gatlin v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-3737 | ) MDL No. 2592 <br> ) <br> ) SECTION:  L <br> ) JUDGE FALLON <br> ) MAG. JUDGE NORTH <br> ) <br> ) <br> ) |

### MOTION TO APPEAR AT MARCH 16, 2016 STATUS CONFERENCE TELEPHONICALLY

Movant Charles G. Orr (Counsel), counsel for Plaintiffs in the above-referenced cases, files this Motion to Appear at March 16, 2016 Status Conference Telephonically.  Plaintiffs in the above-referenced cases are subject to this Court's February 23, 2016 show cause order for failure to provide Plaintiff Fact Sheets.  Counsel has provided a copy of the show cause order to each Plaintiff and advised Plaintiffs of the consequences if they fail to provide a PFS before the March 16 hearing.  Counsel is fully able to respond to any questions from the Court through telephonic appearance and, in the interest of minimizing costs and proceeding efficiently, seeks

**MOTION TO APPEAR TELEPHONICALLY**                                                                                                   Page 1

leave of Court to appear at the March 16 status conference telephonically. A proposed order to this effect is being submitted with this Motion.

DATED: March 4, 2016            Respectfully submitted,

By:    /s/ *Charles G. Orr*
      Charles G. Orr, TX Bar No. 00788148
      THE MULLIGAN LAW FIRM
      3710 Rawlins Street, #901
      Dallas, Texas 75219
      Telephone: (214) 219-9779
      Facsimile: (214) 520-8789
      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:    /s/ Charles G. Orr
      Charles G. Orr
      Attorney for Plaintiff