UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Ada D. Hufford, et al. v. Janssen Research & Development, LLC, et al.*
*2:15-cv-02841-EEF-MBN*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a) (1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of the Plaintiff, Ada D. Hufford.

Dated: March 4, 2016    Respectfully submitted,

**ZECCOLA & SELINGER, LLC**

/s/ John S. Selinger
John S. Selinger, Esq.
NYS Bar No. 2663698
Zeccola & Selinger LLC
2127 Crompond Road, Suite 205
Cortlandt Manor, NY 10567
(914) 402-7290

**CERTITIFCATE OF SERVICE**

      I HEREBY CERTIFY that I caused a copy of the foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial No.17.

Date:  March 4, 2016    /s/ John S. Selinger
John S. Selinger, Esq.
NYS Bar No. 2663698
Zeccola & Selinger LLC
2127 Crompond Road, Suite 205
Cortlandt Manor, NY 10567
(914) 402-7290