UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:         JURY TRIAL DEMAND

*SAMUEL MEANS, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF ETTA MEANS, DECEASED*
**Cause No.: 2:15-cv-04568**

### ORDER

THIS MATTER, having come before the Court is Plaintiff's, Response to Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet; upon consideration of the pleadings and all the documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that the request for an extension of twenty (20) days for Plaintiff to complete and submit a Plaintiff Fact Sheet pursuant to Case Management Orders Nos. 1 and 13 is hereby GRANTED.

Plaintiff's Plaintiff Fact Sheet is due twenty (20) days from the entry of this Order.

NEW ORLEANS, LOUISIANA, this the _____ day of _____, 2016.

_____
JUDGE ELDON E. FALLON

1