UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Jana Choe v. Janssen Research & Development, LLC et al;*

Civil Action No. 2:15-cv-6096

## ORDER TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

IT IS HEREBY ORDERED that Sommerman, McCaffity & Quesada, L.L.P., are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED this _____ day of _____, 2016.

_____
JUDGE E. FALLON