UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**LESLIE KEITH SHEFFIELD**
Civil Action No.: 2:15-cv-07074

**JANE TURMAN**
Civil Action No.: 2:16-cv-00356

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE PROCESS TO DEFENDANT BAYER PHARMA AG

COMES NOW Plaintiffs, by and through their undersigned counsel, in the above listed actions, and respectfully moves the Court for an order declaring that the prior service of their Complaint and Summons on Defendant Bayer Pharma AG is valid; or alternatively, granting Plaintiffs a permissive extension under Rule 4(m) of thirty (30) days from entry of such order within which to serve process on this Defendant for the reasons set forth in the Memorandum in Support filed concurrently with this Motion.

Plaintiffs respectfully request that this Court exercise its discretion and enter an order declaring service to be valid or granting them thirty (30) days within which to serve process on Defendant Bayer Pharma AG through the streamlined process.

Dated this 4th day of March, 2016

        Respectfully submitted,

        By: s/ Annesley H. DeGaris
        Annesley H. DeGaris (ASB-9182-a63a)
        DEGARIS LAW GROUP, LLC
        3179 Green Valley Road 235
        Birmingham, AL 35243
        Telephone: (205) 281-5185
        Email: adegaris@degarislaw.com

*ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on that 4th day of March, 2016, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated this 4th day of March, 2016

s/ Annesley H. DeGaris
ANNESLEY H. DEGARIS