# EXHIBIT
# A

# Notice of Service- Bayer Pharma AG

## Sheffield v. Janssen Research & Development, LLC

## 2:15-cv-07074-EEF-MBN



# Notice of Service- Bayer Pharma AG

## Turman v. Janssen Research & Development, LLC

## 2:16-cv-00356-EEF-MBN

