# EXHIBIT C

## Notice of Service- Bayer Pharma AG

Keith Sheffield v. Bayer Healthcare Pharmaceuticals, Inc.

2:15-cv-07074

