## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**LESLIE KEITH SHEFFIELD**
**Civil Action No.: 2:15-cv-07074**

**JANE TURMAN**
**Civil Action No.: 2:16-cv-00356**

## NOTICE OF SUBMISSION

COMES NOW Plaintiffs, by and through their undersigned counsel, and files this Notice of Submission of Plaintiffs' Motion for Extension of Time to serve Process before the Honorable Judge Eldon E. Fallon on March 30, 2016 at 9:00 A.M.

Dated this 4th day of March, 2016

                                                     Respectfully submitted,

                                                     By: s/ Annesley H. DeGaris
                                                     Annesley H. DeGaris (ASB-9182-a63a)
                                                     DEGARIS LAW GROUP, LLC
                                                     3179 Green Valley Road 235
                                                     Birmingham, AL 35243
                                                     Telephone: (205) 281-5185
                                                     Email: adegaris@degarislaw.com

                                                     *ATTORNEY FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on that 4th day of March, 2016, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated this 4th day of March, 2016

                                                    s/ Annesley H. DeGaris
                                                  ANNESLEY H. DEGARIS