**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____: | | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**LESLIE KEITH SHEFFIELD**
Civil Action No.: 2:15-cv-07074

**JANE TURMAN**
Civil Action No.: 2:16-cv-00356

**ORDER GRANTING PLAINTIFFS' MOTION FOR**
**EXTENSION FO TIME TO SERVE PROCESS**

BEFORE THE COURT is Plaintiffs' Motion for Extension of Time to Serve Process to Defendant Bayer Pharma AG. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to Serve Process is GRANTED. The Court hereby finds that Plaintiffs' prior service of their Complaint and Summons as to Defendant Bayer Pharma AG was valid. In the alternative, Plaintiffs are hereby granted thirty (30) days from the date of this order to serve process on Defendant Bayer Pharma AG through the streamlined process.

Signed this _____day of _____,2016.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge