**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| TIMOTHY MARTIN, | JUDGE: ELDON E. FALLON |
| Plaintiff, | MAGISTRATE JUDGE: MICHAEL NORTH |
| v. | |
| 3M COMPANY; ET AL, | Civil Action No: 2:16-cv-01327 |
| Defendants. | |

## RESPONSE TO COURT'S FEBRUARY 19, 2016 DIRECTIVE

Pursuant to Pursuant to the Court's order of February 19, 2016, Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation submit the following:

1. List of all parties still remaining in this action are as follows:

   Plaintiff: Timothy Martin

   Defendant: 3M Company

   Defendant: Arizant Healthcare, Inc.

   Defendant: Janssen Research & Development LLC

   Defendant: Janssen Pharmaceuticals, Inc.

   Defendant: Bayer HealthCare Pharmaceuticals Inc.

   Defendant: Bayer Corporation

   Defendant: Bayer HealthCare LLC

2. Copies of all pleadings and processes in the state court proceeding were attached to the Notice of Removal as Exhibit A. *See* Doc. 1-1. A copy of all subsequent filings in the state court case is attached as Exhibit A.

3. No returns of service were filed in the state court proceeding.

2650122-1

Respectfully submitted,

*/s/ John F. Olinde*
JOHN F. OLINDE (#1515)
PETER J. ROTOLO, III (#21848)
CHAFFE McCALL, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 7016
Telephone: (504) 585-7000
Fax: (504) 544-6095
olinde@chaffe.com
rotolo@chaffe.com
*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., Bayer HealthCare LLC, and Bayer Corporation*


KELLY JUNEAU ROOKARD (#30573)
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
kjuneau@irwinllc.com
*Attorney for Defendants 3M Company and Arizant Healthcare, Inc.*


JAMES B. IRWIN (#7172)
MEERA U. SOSSAMON (#34797)
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
jirwin@irwinllc.com
msossamon@irwinllc.com
*Attorneys for Janssen Research & Development, LLC and Janssen Pharmaceuticals, Inc.*

2650122-1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 4, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott R. Bickford, T.A.
Lawrence J. Centola, III
Jason Z. Landry
Martzell Bickford & Centola
338 Lafayette Street
New Orleans, Louisiana  70130
srb@mbfirm.com
ljc@mbfirm.com
jzl@mbfirm.com
Attorneys for Plaintiff

Kelly Juneau Rookard
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
kjuneau@irwinllc.com
Attorney for Defendants 3M Company and Arizant Healthcare, Inc.

James B. Irwin (#7172)
Meera U. Sossamon (#34797)
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
jirwin@irwinllc.com
msossamon@irwinllc.com
Attorneys for DefendantsJanssen Research & Development, LLC and Janssen Pharmaceuticals, Inc.

                                                    */s/ John F. Olinde*

2650122-1