UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   }   MDL No. 2592
}
PRODUCTS LIABILITY LITIGATION }   SECTION L
}   JUDGE FALLON
}   MAG. JUDGE NORTH
}

This Document relates to:

**ZONDRA WOMACK** *vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-6579

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiff Zondra Womack, in the above referenced civil action, by and through the undersigned counsel hereby files a Motion for Voluntary Dismissal of Defendant Bayer Corporation without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2), each party to bear its own costs.

**WHEREFORE**, Plaintiff hereby requests that her claims against Bayer Corporation, in this action, be voluntarily dismissed without prejudice.  The filing of this Motion for Voluntary Dismissal as to Bayer Corporation is not intended to have any effect on any of the other bundled Plaintiffs filed in this action.  It is also not intended to have any effect on any other named Defendant in the above referenced civil action.

Dated: March 7, 2016                                   Respectfully Submitted,

/s/ Jacob Levy

Jacob Levy
Gray & White
713 E. Market St. #200
Louisville, KY 40202

### CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 7th day of March 2016.

/s/ Jacob Levy
Gray & White