**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    **ZONDRA WOMACK *vs. Janssen Research & Development, LLC et al;***
    **Civil Action No. 2:15-cv-6579**

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against Bayer Corporation in Zondra Womack v. Janssen Research & Development, et al. 2:15-cv-6579 are hereby voluntarily DISMISSED, without prejudice, each party to bear its own costs.

Signed, this _____ day of _____, 2016

 

                                                                                                                                _____
                                                                                                                                Honorable Eldon E. Fallon
                                                                                                                                 U.S. District Court Judge