UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> CHRISTINA KAEDING PEACH ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT ) <br> LLC f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT LLC, JANSSEN ORTHO ) <br> LLC, JANSSEN PHARMACEUTICALS, ) <br> INC. f/k/a JANSSEN PHARMACEUTICA ) <br> INC. f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., JOHNSON & ) <br> JOHNSON, BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC. ) <br> BAYER PHARMA AG, BAYER ) <br> CORPORATION, BAYER HEALTHCARE ) <br> LLC, BAYER HEALTHCARE AG, and ) <br> BAYER AG, ) <br> ) <br> Defendants ) <br> ) <br> _____ ) <br> ) | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*CHRISTINA KAEDING PEACH V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;* **Civil Action No. 2:15-cv-05411**

**MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION FOR LEAVE TO AMEND COMPLAINT**

**MAY IT PLEASE THE COURT:**

Plaintiff, Christina Kaeding Peach (*hereinafter* "Plaintiff"), desires to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint and all of the allegations contained herein pursuant to PTO Nos. 11 and 11A.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposed party's written consent or the Court's leave when justice so requires.  In this case, justice requires that Christina Kaeding Peach be allowed to amend the Complaint to add Johnson and Johnson Company as a party Defendant and to add all of the allegations contained in the Plaintiff Steering Committee's Bundled Complaint.  The Plaintiff recently discovered the involvement of Johnson & Johnson in the events giving rise to the Complaint when the Plaintiff's Steering Committee filed their Bundled Complaint.

## CONCLUSION

Plaintiff, Christina Kaeding Peach respectfully requests that she be allowed to amend her Complaint to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint with all of the allegations claimed therein.

Dated: March 7, 2016

                        Respectfully submitted,

                        By:   */s/ Ethan L. Shaw*
                              Ethan L. Shaw
                              John P. Cowart
                              Matthew J. Riley
                              SHAW COWART, L.L.P.
                              1609 Shoal Creek Boulevard
                              Suite 100
                              Austin, Texas  78701
                              Telephone:  (512) 499-8900
                              Facsimile:  (512) 320-8906
                              elshaw@shawcowart.com
                              jcowart@shawcowart.com
                              mriley@shawcowart.com

                              *Attorneys for the Plaintiff*


## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of March, 2016, a true and correct copy of the foregoing Memorandum was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                              */s/ Ethan L. Shaw*
                              Ethan L. Shaw