UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> MAXINE LUCILLE FROBISH, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JANSSEN RESEARCH & ) <br> DEVELOPMENT, LLC, ) <br> f/k/a Johnson And Johnson ) <br> Pharmaceutical Research And ) <br> Development, LLC; JANSSEN ORTHO, ) <br> LLC; JANSSEN ) <br> PHARMACEUTICALS, INC., f/k/a ) <br> JANSSEN PHARMACEUTICA, INC. ) <br> f/k/a Ortho-McNeil-Janssen ) <br> Pharmaceuticals, Inc.; JOHNSON & ) <br> JOHNSON; BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC.; BAYER ) <br> PHARMA AG; BAYER ) <br> CORPORATION; BAYER ) <br> HEALTHCARE, LLC; BAYER ) <br> HEALTHCARE AG, AND BAYER AG, ) <br>     **Defendants** <br> _____ | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAGISTRATE JUDGE: MICHAEL NORTH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Civil Action No: 2:15-cv-06409 |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| THE COCHRAN FIRM-DOTHAN<br>*Attorneys for Plaintiff* | KAYE SCHOLER LLP<br>*Attorneys for Defendants*<br>*Bayer Healthcare Pharmaceuticals Inc. and*<br>*Bayer Pharma AG* |
| By: /s/ Joseph D. Lane<br>Joseph D. Lane<br>AL Bar ASB 9991 N75-J<br>111 E. Main Street<br>Dothan, AL  36301<br>Phone: (334) 673-1555<br>Fax: (334) 669-7229<br>Email: JoeLane@CochranFirm.com<br><br>Dated: March 7, 2016 | By: /s/William Hoffman<br>William Hoffman<br>250 West 55th Street<br>New York, NY 10019-7910<br>Tel: (212) 836-8485<br>Fax: (212) 836-6485<br><br>Dated: March 7, 2016 |
| DRINKER BIDDLE & REATH LLP<br>*Attorneys for Defendants*<br>*Janssen Pharmaceuticals, Inc.,*<br>*Janssen Research & Development LLC,*<br>*Janssen Ortho LLC, and*<br>*Johnson & Johnson* | IRWIN FRITCHIE URQUHART &<br>MOORE LLC<br>*Liaison Counsel for Defendants* |
| By: /s/Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Drive<br>Florham Park, NJ  07932<br>Phone: (973) 549-7350<br>Fax: (973) 360-9831<br>Email: susan.sharko@dbr.com<br><br>Dated: March 7, 2016 | By:/s/James B. Irwin<br>James B. Irwin<br>Kim E. Moore<br>400 Poydras St., Ste, 2700<br>New Orleans, LA  70130<br>(504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br><br>Dated: March 7, 2016 |