UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| THIS DOCUMENT RELATES TO: | | JUDGE ELDON E. FALLON |
| MARK E. STANSBURY Civil Action No.: 2:15-cv-04956 _____ | | MAGISTRATE JUDGE NORTH |

**PLAINTIFFS RESPONSE TO DEFENDANTS' *EX PARTE* MOTION FOR ORDER
TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED
<u>TO SERVE A PLAINTIFF FACT SHEET</u>**

On February 19, 2016, Defendants, Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals, Inc., and Bayer Pharma AG, filed their *EX PARTE* MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET, requesting that this Court issue an order requiring certain plaintiffs, including Plaintiff Stansbury, to show cause as to why their respective actions should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with the time required by Case Management Order No. 1. Defendants listed in Exhibit A the undersigned Counsel as counsel for Plaintiff Stansbury. However, on October 19, 2015, the undersigned filed a Motion to Withdraw as counsel for Plaintiff Stansbury and on October 27, 2015, Plaintiff's Motion was granted [*See Order* at D.E. 1504].

Accordingly, the undersigned requests that:

1. Counsel Overholtz and Aylstock, Witkin, Kreis & Overholtz, PLLC be removed as Counsel for Plaintiff Stansbury as ordered on October 27, 2015 and Plaintiff Stansbury be listed as *pro se,* unless and until any attorney enters an appearance;

2. that the *Ex Parte* Motion filed by Defendants' be denied as to Plaintiff Stansbury;

3. that Defendants notify Plaintiff Stansbury of any future filings by sending copies to Plaintiff Stansbury at his last known address as listed in Plaintiff's Motion to Withdraw [D.E. 1459].

RESPECTFULLY SUBMITTED THIS 7th day of March, 2016.

By: /s/ Neil D. Overholtz
Florida Bar No.: 0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
Noverholtz@awkolaw.com