UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| | ) | SECTION:  L |
| DREW PEARCE ON BEHALF OF THORA BISHOP, DECEASED | ) ) ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER  HEALTHCARE PHARMACEUTICALS,   INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) ) ) ) | |

THIS DOCUMENT RELATES TO:

*DREW PEARCE ON BEHALF OF THORA BISHOP, DECEASED V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;* **Civil Action No. 2:15-cv-02306**

**MEMORANDUM IN SUPPORT OF UNOPPOSED**
**MOTION FOR LEAVE TO AMEND COMPLAINT**

**MAY IT PLEASE THE COURT:**

Plaintiff, Drew Pearce on behalf of Thora Bishop, Deceased (*hereinafter* "Plaintiff"), desires to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint and all of the allegations contained herein pursuant to PTO Nos. 11 and 11A.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposed party's written consent or the Court's leave when justice so requires.  In this case, justice requires that Drew Pearce on behalf of Thora Bishop, Deceased be allowed to amend the Complaint to add Johnson & Johnson as a party Defendant and to add all of the allegations contained in the Plaintiff Steering Committee's Bundled Complaint.  The Plaintiff recently discovered the involvement of Johnson & Johnson in the events giving rise to the Complaint when the Plaintiff's Steering Committee filed their Bundled Complaint.

**CONCLUSION**

Plaintiff, Drew Pearce on behalf of Thora Bishop, Deceased respectfully requests that he be allowed to amend his Complaint to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint with all of the allegations claimed therein.

Dated: March 7, 2016

Respectfully submitted,


By:___*/s/ Ethan L. Shaw*_____
        Ethan L. Shaw
        John P. Cowart
        Matthew J. Riley
        SHAW COWART, L.L.P.
        1609 Shoal Creek Boulevard
        Suite 100
        Austin, Texas  78701
        Telephone:  (512) 499-8900
        Facsimile:  (512) 320-8906
        elshaw@shawcowart.com
        jcowart@shawcowart.com
        mriley@shawcowart.com

        *Attorneys for the Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2016, a true and correct copy of the foregoing Memorandum was filed electronically.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.


        */s/ Ethan L. Shaw*_____
        Ethan L. Shaw