UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| DREW PEARCE ON BEHALF OF THORA BISHOP, DECEASED | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants | |

**THIS DOCUMENT RELATES TO:**

*DREW PEARCE ON BEHALF OF THORA BISHOP, DECEASED V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;* **Civil Action No. 2:15-cv-02306**

**PROPOSED ORDER**

**IT IS ORDERED** that the Unopposed Motion for Leave to File Amended Complaint filed by Plaintiff Drew Pearce on behalf of Thora Bishop, Deceased, be and

the same is hereby GRANTED, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA, this ___ day of _____, 2016.**

_____
**UNITED STATES DISTRICT JUDGE**