UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ANDRE LAMONT LEWIS,<br><br>      Plaintiff,<br><br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG,<br><br>      Defendants. | MDL NO.: 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No.: 2:15-cv-02390-EEF-MBN<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BAYER CORPORATION WITHOUT PREJUDICE** |

      Pursuant to Fed. R. Civ. P. 41, Plaintiff Andre Lamont Lewis and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Corporation. All other Defendants remain in the case. Costs and fees shall be borne by the party that incurred them.

Dated: February 26, 2016                                    Respectfully submitted,

By:     /s/ W. Todd Harvey
        W. Todd Harvey, Esq.
        Camille L. Edwards, Esq.
        BURKE HARVEY, LLC
        3535 Grandview Parkway
        Suite 100
        Birmingham, AL  35209
        Telephone:     (205) 930-9091
        Facsimile:     (205) 930-9054
        Email:         tharvey@burkeharvey.com
                       cedwards@burkeharvey.com

        Attorneys for Plaintiff

By:     /s/ Brian L. Kinsley
        Brian L. Kinsley, Esq.
        CRUMLEY ROBERTS
        2400 Freeman Mill Road
        Greensboro, NC 27406
        Telephone:     (336) 333-9899
        Facsimile:     (336) 333-9894
        Email:         BLKinsley@crumleyroberts.com

        Attorney for Plaintiff

By:     /s/ Andrew K. Solow
        Andrew K. Solow, Esq.
        Steven Glickstein, Esq.
        KAYE SCHOLER, LLP
        250 West 55th Street
        New York, NY  10019-9710
        Telephone:     (212) 836-8000
        Facsimile:     (212) 836-8689
        Email:         andrew.solow@kayescholer.com
                       steven.glickstein@kayescholer.com

        Attorneys for Bayer Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                By:        /s/ W. Todd Harvey
                                                              W. Todd Harvey
                                                              Attorney for Plaintiff