UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| | ) | SECTION:  L |
| ZELLA YOUNG ON BEHALF OF   WILLIAM A. YOUNG, DECEASED | ) ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER  HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) ) ) | |
| _____ | ) ) | |

**THIS DOCUMENT RELATES TO:**

***ZELLA YOUNG ON BEHALF OF WILLIAM A. YOUNG, DECEASED V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;* Civil Action No. 2:15-cv-06173**

<u>**PROPOSED ORDER**</u>

**IT  IS  ORDERED** that the Unopposed Motion for Leave to File Amended

Complaint filed by Plaintiff Zella Young on behalf of William A. Young, Deceased, be

and the same is hereby GRANTED, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA, this ___ day of _____, 2016.**

_____

**UNITED STATES DISTRICT JUDGE**