UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> GREGORY ARSENAULT ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT ) <br> LLC f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT LLC, JANSSEN ORTHO ) <br> LLC, JANSSEN PHARMACEUTICALS, ) <br> INC. f/k/a JANSSEN PHARMACEUTICA ) <br> INC. f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., JOHNSON & ) <br> JOHNSON, BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC., ) <br> BAYER PHARMA AG, BAYER ) <br> CORPORATION, BAYER HEALTHCARE ) <br> LLC, BAYER HEALTHCARE AG, and ) <br> BAYER AG, ) <br> ) <br> Defendants ) <br> ) <br> _____ ) <br> ) | MDL NO. 2592 <br><br> SECTION:  L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*GREGORY ARSENAULT V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;* **Civil Action No.** 2:16-cv-01560

<u>**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**</u>

Plaintiff, Gregory Arsenault (*hereinafter* "Plaintiff"), by and through his undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2) and Local Rule (7.6E) respectfully seek leave to amend the Complaint and correct the case caption

of the Complaint as well as the body of the Complaint under to reflect the inclusion of Johnson & Johnson as a party Defendant. Plaintiff's only modifications to the Complaint as set forth in the proposed Amended Complaint, attached hereto, are the following:

    a.    In the Caption, adding "Johnson & Johnson";

    b.    Addition of Johnson & Johnson under "Party Defendants," paragraphs 26 through 30; and

    c.    Addition of Johnson & Johnson under "Factual Allegations," paragraph 66.

Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Plaintiff duly served a copy of the Complaint on February 25, 2016.

On March 1, 2016, Plaintiff provided a copy of the proposed Amended Complaint to Defendants and obtained written consent from opposing counsel to amend the Complaint.

WHEREFORE, Plaintiff Gregory Arsenault respectfully requests that this Court enter the proposed Order tendered herewith granting leave to file the Amended

Complaint and directing the Clerk of the Court to enter the Amended Complaint into the record of this matter.

Dated: March 7, 2016

                              Respectfully submitted,

By:   */s/ Ethan L. Shaw*
       Ethan L. Shaw
       John P. Cowart
       Matthew J. Riley
       SHAW COWART, L.L.P.
       1609 Shoal Creek Boulevard
       Suite 100
       Austin, Texas  78701
       Telephone:  (512) 499-8900
       Facsimile:  (512) 320-8906
       elshaw@shawcowart.com
       jcowart@shawcowart.com
       mriley@shawcowart.com

*Attorneys for the Plaintiff*

### CERTIFICATE OF SERVICE

     I hereby certify that on this 7th day of March, 2016, a true and correct copy of the foregoing Motion for Leave to File Amended Complaint was filed electronically.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                              */s/ Ethan L. Shaw*
                              Ethan L. Shaw