UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> GREGORY ARSENAULT ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT ) <br> LLC f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT LLC, JANSSEN ORTHO ) <br> LLC, JANSSEN PHARMACEUTICALS, ) <br> INC. f/k/a JANSSEN PHARMACEUTICA ) <br> INC. f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., JOHNSON & ) <br> JOHNSON, BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC., ) <br> BAYER PHARMA AG, BAYER ) <br> CORPORATION, BAYER HEALTHCARE ) <br> LLC, BAYER HEALTHCARE AG, and ) <br> BAYER AG, ) <br> ) <br> Defendants ) <br> ) <br> _____ ) <br> ) | MDL NO. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*GREGORY ARSENAULT V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;* **Civil Action No.** 2:16-cv-01560

**PROPOSED ORDER**

**IT IS ORDERED** that the Unopposed Motion for Leave to File Amended Complaint filed by Plaintiff Gregory Arsenault, be and the same is hereby GRANTED,

and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

      **NEW ORLEANS, LOUISIANA, this \_\_\_ day of _____, 2016.**

 

_____
**UNITED STATES DISTRICT JUDGE**