| | |
|---|---|
| **Subject:** | RE: Civil Action No. 2:16-cv-01560; Gregory Arsenault v. Janssen Research & Development LLC, et al; MDL 2592 |
| **Date:** | Monday, March 7, 2016 at 10:33:33 AM Central Standard Time |
| **From:** | Kole, Deirdre R. |
| **To:** | Yvette Noel |
| **CC:** | Ethan Shaw |

Yvette,

We do not agree that Johnson & Johnson is a proper defendant in this action, but we will not oppose this motion.

Thanks,
Deirdre

---

**From:** Yvette Noel [mailto:ynoel@shawcowart.com]
**Sent:** Tuesday, March 01, 2016 11:57 AM
**To:** Sharko, Susan M; Kole, Deirdre R.; steven.glickstein@kayscholer.com
**Cc:** Ethan Shaw
**Subject:** Civil Action No. 2:16-cv-01560; Gregory Arsenault v. Janssen Research & Development LLC, et al; MDL 2592

Dear counselors:

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and Local Rule 7.6E, attached for your review and approval are the following:

1. Unopposed Motion for Leave to File Amended Complaint; and

2. Amended Complaint and Jury Demand.

Please advise of your approval of this Motion and we will go forward with filing the Amended Complaint and Jury Demand.

*Please be advised that we will be sending numerous Unopposed Motions for Leave to File Amended Complaint to you as "Johnson and Johnson Company" was added to the Amended Complaint as a Party Defendant in all of our Xarelto cases.*

Please contact the undersigned with your decision at your earliest convenience.


--
Thank you,

Yvette Noel

Yvette M. Noel, Legal Assistant to Ethan L. Shaw
Shaw Cowart, L.L.P.
1609 Shoal Creek Blvd., Suite 100

Austin, TX 78701
512.499.8900
512.320.8906 (facsimile)
ynoel@shawcowart.com

CONFIDENTIALITY STATEMENT: This electronic message transmission contains information from the law firm of Shaw Cowart, L.L.P., 1609 Shoal Creek Blvd., Suite 100, Austin, Texas 78701, (512) 499-8900, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by return email. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*