## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * **MDL NO. 2592** |
| | * **SECTION L** |
| | * |
| | * **JUDGE ELDON E. FALLON** |
| | * |
| | * **MAG. JUDGE NORTH** |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO**

*Carter et al v. Janssen Research & Development, LLC, et al.*, **16-1633**

### <u>ORDER</u>

A Joint Complaint has been filed in the aforementioned case in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592. Pursuant to Pre-Trial Order No. 11 (Rec. Doc. 893), **IT IS ORDERED** that this complaint is **SEVERED** into separate, individual cases for each group of related plaintiffs. Plaintiffs are hereby directed to file separate, short form complaints for each case in accordance with Pre-Trial Order No. 11, paragraph 1 (c) (Rec. Doc. 893).

New Orleans, Louisiana, this 1st day of March, 2016.

UNITED STATES DISTRICT JUDGE