**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

WAYNE MEADOWS,

v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEURICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN
ORTHO LLC, JANSSEN
PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., BAYER
HEALTHCARE PHARMACEUTICALS, INC.
BAYER PHARMA AG, BAYER
CORPORATION, BAYER HEALTHCARE,
LLC, BAYER HEALTHCARE AG, BAYER AG