## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

JOE KILLINGSWORTH, SR.,
Civil Action No. 2:16-cv-00654

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Joe P. Killingsworth, Sr.

Dated:  March 7, 2016

Respectfully submitted,

DOWD & DOWD, P.C.

By:  /s/ Laura G. Lumaghi
Laura G. Lumaghi (MO Bar #50186)
William T. Dowd (MO Bar #39648)
DOWD & DOWD, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
(314) 621-2500
Fax: (314) 621-2503
laura@dowdlaw.net
bill@dowdlaw.net

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                 /s/ Laura G. Lumaghi