UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Richard Baske – *2:15-cv-2180*

**RESPONSE OF PLAINTIFF RICHARD BASKE TO THE COURT'S ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE**

In response to the Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use [Doc. No. 2424], Plaintiff Richard Baske would show the Court the following:

1. On February 19, 2016, Defendants filed their *Ex Parte* Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use [Doc. No. 2374]. By their motion, Defendants requested "that this Court issue an Order to Show Cause regarding plaintiffs on the attached Exhibit A why their respective actions should not be dismissed with prejudice for failure to prove use of Xarelto®." *Id.* at 1. Plaintiff Richard Baske was listed on the attached Exhibit A. *See* Doc. No. 2374-2 at line 87.

2. In its Order granting Defendants' motion, this Court ordered Plaintiffs on the attached Exhibit A to show cause on March 16, 2016 as to why their case

1

should not be dismissed with prejudice. *See* Order to Show Cause [Doc. No. 2424] at 2.

3. Plaintiff Richard Baske was incorrectly listed on Exhibit A because he has repeatedly submitted medical records through the MDL Centrality system that unequivocally demonstrate his Xarelto use.

4. On November 24, 2015, counsel for Plaintiff Richard Baske uploaded twenty-four (24) pages of records of his prescribing doctor at Heartland Cardiovascular Center. These records, referred to on the portal as Document 69814, contain proof of Mr. Baske's Xarelto usage, including the following:

- The record of Mr. Baske's April 26, 2013 appointment includes a "MEDICATIONS: Continue the following medications" section, which lists "Xarelto 20 mg tablet 1 PO qd" and the doctor's "IMPRESSION AND PLAN" section states "he has been switched to Xarelto now" (see page 24 of 24).
- The record of Mr. Baske's June 21, 2013 appointment includes a "MEDICATIONS: Continue the following medications" section, which lists "Xarelto 20 mg tablet 1 PO qd" and the doctor's "IMPRESSION AND PLAN" section states "He is now on Xarelto for anticoagulation" (see page 22 of 24).
- The record of Mr. Baske's September 20, 2013 appointment includes a "Medication(s) Stopped/Reason" section, which lists "Xarelto 15 mg tablet – Physician Order," in addition to a "New Prescription(s)" section, which lists "Xarelto 20 mg tablet 1 PO qd 30 Refills 0," and the doctor's "IMPRESSION AND PLAN" section, which states "We are going to change his Xarelto back to 20 mg a day" (see page 20 of 24).
- The records of Mr. Baske's December 13, 2013, March 14, 2014, June 13, 2014, September 5, 2014, December 19, 2014, April 10, 2015, April 24, 2015, May 15, 2015, and August 15, 2015 appointments include "MEDICATIONS: Continue the following medications" sections, which list "Xarelto 20 mg tablet 1 PO qd" (see pages 2, 4, 6, 8, 10, 12, 14, 16, and 18 of 24).

5. Counsel resubmitted these records on December 23, 2015, this time

with relevant portions highlighted in order to direct Defendants to the specific references to Plaintiff's Xarelto use. These records are referred to on the portal as Document 110415.

6. In addition, on January 21, 2016, counsel for Plaintiff Richard Baske uploaded forty-two (42) pages of records from Silver Cross Hospital which reference Mr. Baske's hospitalization from September 4th through September 9th, 2013, during which he received treatment for an upper gastrointestinal bleed. These records, referred to on the portal as Document 151388, contain additional proof of Mr. Baske's Xarelto usage, including the following:

- The "Documented Medications" section of the Emergency Department notes includes "Xarelto 20 mg, Oral, Daily – pm" (see page 20 of 42).
- The record of Mr. Baske's September 5, 2013 consultation includes a "MEDICATIONS" section, which states "Xarelto 20 mg daily" (see page 9).
- The record of Mr. Baske's September 6, 2013 consultation includes a "SIGNIFICANT MEDICAL HISTORY" section, which states "atrial fibrillation for which he is on Xarelto", a "MEDICATIONS" section, which states "Xarelto has been held since the fifth, so I believe his last dose was on September 4", and an "IMPRESSION" section, which states "he has only been off Xarelto for 48 hours" (see pages 7 and 8 of 42).
- The "HOSPITAL COURSE" section of the Discharge Summary states "Xarelto was resumed by Cardiologist to start on September 10 at 15 mg dose daily" (see page 5 of 42).

7. On February 26, 2016, undersigned counsel sent counsel for Defendants additional copies of the above-referenced records with a letter requesting that counsel advise what action they intend to take to correct the record in this case. *See* Exhibit 1 (reproduced without attachments). To date, counsel

3

have not responded.

8. Because Mr. Baske has proven his Xarelto use, his case should not be dismissed.

WHEREFORE, Plaintiff Richard Baske respectfully requests that this Court enter an Order denying Defendants' Motion for Order to Show Cause, as Plaintiff has complied with Case Management Order No. 1 and Section I.C of the Plaintiff Fact sheet; and for any further orders deemed just and proper under the circumstances.

Dated: March 7, 2016            Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ Christopher J. Quinn*
JOHN J. DRISCOLL (IL6276464)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax

*Attorneys for Plaintiff Richard Baske*

### CERTIFICATE OF SERVICE

I certify that on March 7, 2016, I electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Christopher J. Quinn*