

February 26, 2016

**_Via Email_**

Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
sglickstein@kayescholer.com

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
susan.sharko@dbr.com

James B. Irwin
IRWIN FRITCHIE URQUHART
 & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130
jirwin@irwinllc.com

John F. Olinde
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
olinde@chaffe.com

> RE:   MDL No. 2592; *IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION.*

Dear Counsel:

   I am in receipt of your *Ex Parte* Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto® Use (Doc. No. 2374; "Proof of Use Motion") and *Ex Parte* Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. No. 2375; "PFS Motion").

   With one exception, our firm is no longer counsel of record for any of the plaintiffs for whom we are listed as Plaintiff's Counsel on the schedules accompanying the motions. We no longer represent any of the four plaintiffs for whom we are listed as Plaintiff's Counsel on the PFS Motion. *See* Doc. Nos. 1818 (Ronald England), 1527 (Daniel Hernandez), 1529 (Lynne Perry), and 1531 (James Rider). In addition, we do not represent five of the six plaintiffs for whom we are listed as Plaintiff's Counsel on the Proof of Use Motion. *See* Doc. Nos. 2050 (Tommie

211 N. Broadway, 40th Floor  St. Louis, MO 63102
(p) 314-932-3232  (f) 314-932-3233
www.thedriscollfirm.com

*Licensed in Illinois  ^Licensed in Missouri  †Licensed in Minnesota

John J. Driscoll*^†
Christopher J. Quinn^*
Gregory J. Pals^*
Andrew D. Kinghorn^*
Phil Sholtz^*

Steven Glickstein
Susan M. Sharko
James B. Irwin
John F. Olinde
February 26, 2016

Skinner), 1812 (Larry Walker), 1947 (Art Wolf), 1852 (Patricia Zachery-Broadnax), and 1949 (Grace Gonzales).

We do represent Richard Baske, Plaintiff in *Twymon et al v. Janssen Research & Development, LLC, et al.,* No. 2:15-cv-2180; however, your representations regarding Mr. Baske's Plaintiff Fact Sheet submissions are misleading at best. Although we have not, to date, located pharmacy records documenting Mr. Baske's Xarelto use, we have twice provided copies of medical records demonstrating Mr. Baske's Xarelto use and resulting GI bleed, including records of Mr. Baske's prescribing physician. I have attached additional copies of these records, submitted on December 23, 2015, and January 21, 2016, your review.

Your *ex parte* motion seeking prejudicial dismissal of Mr. Baske's claim for alleged failure to provide proof of Xarelto use is inappropriate under these circumstances. Kindly let me know what action you intend to take to correct the record in this regard.

Thank you.

Very truly yours,

Chris Quinn