**EXHIBIT A**

| Case Name | Case Number | MDL Filing Date | Attempted Service on BHCP Date | Attempted Service on BPAG Date |
|---|---|---|---|---|
| Robert Craig, Individually and on Behalf of Estate of Sylvia Craig | 2:15-cv-222 | 1/28/2015 | 6/18/2015 (Summons only)<br><br>3/4/2016 | None |
| Margaret Licata, Individually and on Behalf of Estate of Elizabeth Danielson | 2:15-cv-1523 | 5/8/2015 | 6/18/2015 (Summons only)<br><br>3/4/2016 | None |
| Margie Partin | 2:15-cv-1623 | 5/8/2015 | 3/4/2016 | None |
| Natalie Ruff | 2:15-cv-1625 | 5/8/2015 | 6/18/2015 (Summons only)<br><br>3/4/2016 | None |
| Mary Chianese | 2:15-cv-2126 | 6/15/2015 | 3/4/2016 | None |
| Carol Clark | 2: 15-cv-224 7 | 6/5/2015 | 3/4/2016 | None |
| Patricia Olson | 2:15-cv-2249 | 6/5/2015 | 3/4/2016 | None |
| Jimmie Evans, Individually and on Behalf of Estate of Sharon Evans | 2: 15-cv-2431 | 7/1/2015 | 3/4/2016 | None |
| Larry Moore | 2: 15-cv-2558 | 7/1/2015 | 3/4/2016 | None |
| Jimmy Niece | 2:15-cv-2559 | 7/1/2015 | 3/4/2016 | None |
| Ralph Viola | 2:15-cv-2560 | 7/1/2015 | 3/4/2016 | None |
| James Wierman | 2: 15-cv-2561 | 7/1/2015 | 3/4/2016 | None |
| David York | 2:15-cv-2562 | 7/1/2015 | 3/4/2016 | None |
| Daniel Abbott | 2: 15-cv-2605 | 7/14/2015 | 3/4/2016 | None |
| Candace Anderson | 2: 15-cv-2923 | 7/14/2015 | 3/4/2016 | None |

| Richard Anderson | 2: 15-cv-2924 | 7/14/2015 | 3/4/2016 | None |
|---|---|---|---|---|
| Sonja Arft | 2:15-cv-2928 | 7/14/2015 | 3/4/2016 | None |
| Russell Ayers | 2: 15-cv-2929 | 7/14/2015 | 3/4/2016 | None |
| Martin Barber | 2: 15-cv-2930 | 7/14/2015 | 3/4/2016 | None |
| Ralph Barnes | 2:15-cv-2932 | 7/14/2015 | 3/4/2016 | None |
| Thomas Beam | 2: 15-cv-2936 | 7/14/2015 | 3/4/2016 | None |
| Edward Boudreaux, Individually and on Behalf of Estate of Conchetta Boudreaux | 2:15-cv-2937 | 7/14/2015 | 3/4/2016 | None |
| Elmer Braden | 2:15-cv-2939 | 7/14/2015 | 3/4/2016 | None |
| Donzil Burlison | 2: 15-cv-2940 | 7/14/2015 | 3/4/2016 | None |
| Dorothy Burroughs | 2: 15-cv-2942 | 7/14/2015 | 3/4/2016 | None |
| Burton Ford, Sr., Individually and on Behalf of Estate of Nell Camp | 2:15-cv-2960 | 7/14/2015 | 3/4/2016 | None |
| Kent Clampitt | 2:15-cv-2943 | 7/14/2015 | 3/4/2016 | None |
| Ruth Cobbs | 2: 15-cv-2945 | 7/14/2015 | 3/4/2016 | None |
| Thomas Cocco | 2:15-cv-2946 | 7/14/2015 | 3/4/2016 | None |
| Frances Coleman | 2:15-cv-2947 | 7/14/2015 | 3/4/2016 | None |
| Diana Coyle | 2: 15-cv-2949 | 7/14/2015 | 3/4/2016 | None |
| Bill Crabtree | 2:15-cv-2950 | 7/14/2015 | 3/4/2016 | None |
| Darlene Cress, Individually and on Behalf of Estate of Josef Feist | 2:15-cv-2951 | 7/14/2015 | 3/4/2016 | None |
| Leonora Cunning | 2:15-cv-2592 | 7/14/2015 | 3/4/2016 | None |
| Robert Deardorff | 2:15-cv-2593 | 7/14/2015 | 3/4/2016 | None |

| | | | | |
|---|---|---|---|---|
| James Dougherty | 2:15-cv-2954 | 7/14/2015 | 3/4/2016 | None |
| Dewey Dupree | 2:15-cv-2596 | 7/14/2015 | 3/4/2016 | None |
| Elaine Dzialo | 2:15-cv-2958 | 7/14/2015 | 3/4/2016 | None |
| Florence Ellis | 2:15-cv-2959 | 7/14/2015 | 3/4/2016 | None |
| Robert Feltz | 2:15-cv-2833 | 7/21/2015 | 3/4/2016 | None |
| Dennis Ford | 2:15-cv-2976 | 7/21/2015 | 3/4/2016 | None |
| Robert Gagnon | 2:15-cv-2977 | 7/21/2015 | 3/4/2016 | None |
| William Groth | 2: 15-cv-2984 | 7/21/2015 | 3/4/2016 | None |
| Charlotte Harding | 2: 1 5-cv-2985 | 7/21/2015 | 3/4/2016 | None |
| Carla Hawkins | 2:15-cv-2986 | 7/21/2015 | 3/4/2016 | None |
| Peggy Heal | 2:15-cv-2988 | 7/21/2015 | 3/4/2016 | None |
| Peter Hebert, Individually and on Behalf of Estate of Janet Hebert | 2: 15-cv-2991 | 7/21/2015 | 3/4/2016 | None |
| Julie Hixon | 2:15-cv-2992 | 7/21/2015 | 3/4/2016 | None |
| Dorris Jacobsen | 2: 15-cv-2993 | 7/21/2015 | 3/4/2016 | None |
| John Jennings | 2: 15-cv-2994 | 7/21/2015 | 3/4/2016 | None |
| Barry Jensen | 2:15-cv-2995 | 7/21/2015 | 3/4/2016 | None |
| Timothy Johnson | 2:15-cv-2997 | 7/21/2015 | 3/4/2016 | None |
| Mary Kronberg, Individually and on Behalf of Estate of Alfred Kronberg | 2:1 5-cv-2998 | 7/21/2015 | 3/4/2016 | None |
| Hector Lamas | 2: 15-cv~2001 | 7/21/2015 | 3/4/2016 | None |
| David Lang | 2: 15-cv-2833 | 7/21/2015 | 3/4/2016 | None |

| | | | | |
|---|---|---|---|---|
| Madaline Lavine | 2: 15-cv-3003 | 7/21/2015 | 3/4/2016 | None |
| Patricia Lawlor | 2:15-cv-3004 | 7/21/2015 | 3/4/2016 | None |
| Myron Levine | 2:15-cv-3005 | 7/21/2015 | 3/4/2016 | None |
| Gene Mason, Individually and on Behalf of Estate of Clyde Mason | 2:15-cv-3007 | 7/21/2015 | 3/4/2016 | None |
| Edward Montgomery | 2: 15-cv-3008 | 7/21/2015 | 3/4/2016 | None |
| Karen Mortensen | 2: 15-cv-3009 | 7/21/2015 | 3/4/2016 | None |
| Kathleen Pahls, Individually and on Behalf of Estate of James Pahls | 2:15-cv-3010 | 7/21/2015 | 3/4/2016 | None |
| Beverly Palazzolo, Individually and on Behalf of Estate of Jerome Palazzolo | 2:15-cv-3011 | 7/21/2015 | 3/4/2016 | None |
| Charles Plowman | 2:15-cv-3013 | 7/21/2015 | 3/4/2016 | None |
| Olin Dunn | 2:15-cv-3735 | 8/14/2015 | 3/4/2016 | None |
| Joseph Loughney | 2:15-cv-3740 | 8/14/2015 | 3/4/2016 | None |
| Juliette Pitre, Individually and on Behalf of Estate of Timothy Pitre | 2:15-cv-3743 | 8/14/2015 | 3/4/2016 | None |
| Kathryn Plosica, Individually and on Behalf of Estate of Caroline Wolgast | 2:15-cv-3747 | 8/14/2015 | 3/4/2016 | None |
| Cheryl Poole | 2:15-cv-3752 | 8/14/2015 | 3/4/2016 | None |
| Angela Schott | 2: 15-cv-3757 | 8/14/2015 | 3/4/2016 | None |
| Betty Thornton | 2: 15-cv-3758 | 8/14/2015 | 3/4/2016 | None |
| David Watt | 2:15-cv-3760 | 8/14/2015 | 3/4/2016 | None |

2650777-1

| Sherry Hawthorne, Individually and on Behalf of Estate of Richard Hawthorne | 2:15-cv-4909 | 10/1/2015 | 3/4/2016 | None |
|---|---|---|---|---|
| Michelle Abrams | 2: 15-cv-5500 | 10/27/2015 | 3/4/2016 | None |
| Billy Butler | 2: 15-cv-5685 | 10/27/2015 | 3/4/2016 | None |
| Donald De Varco | 2:15-cv-5687 | 10/27/2015 | 3/4/2016 | None |
| Judith McEntire | 2: 15-cv-5684 | 10/27/2015 | 3/4/2016 | None |
| Mary Anne Spraungel, Individually and on Behalf of Estate of Harland Spraungel | 2: 15-cv-5686 | 10/27/2015 | 3/4/2016 | None |
| Kimberly Stapleton | 2: 15-cv-5679 | 10/27/2015 | 3/4/2016 | None |