UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION:  L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Richard Baske – *2:15-cv-2180*

### MOTION TO ATTEND SHOW CAUSE HEARING BY TELEPHONE

Undersigned counsel for Plaintiff Richard Baske respectfully moves the Court for an Order permitting him to attend the hearing set for March 16, 2016, at 9:00 a.m. (*see* Doc. No. 2424) by telephone.

As set forth in his response to the Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use, Plaintiff Richard Baske should not have been included in the Show Cause Order because he has repeatedly submitted medical records through the MDL Centrality system that unequivocally demonstrate his Xarelto use.

Attending the hearing in person would create a substantial hardship for Plaintiff's attorneys and cause them to incur unnecessary travel costs at Plaintiff's expense.  Counsel has provided counsel for Defendants additional copies of medical records documenting Plaintiff's Xarelto use and is fully able to respond to the Court's questions by telephone.  As such, an Order granting this request will

1

minimize unnecessary costs and prejudice no party.  A proposed order is submitted herewith.

WHEREFORE, undersigned counsel for Plaintiff Richard Baske respectfully moves the Court for an Order permitting him to attend the hearing set for March 16, 2016, at 9:00 a.m. by telephone and for any further orders deemed just and proper under the circumstances.

Dated: March 7, 2016 	Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ Christopher J. Quinn*
JOHN J. DRISCOLL (IL6276464)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax

*Attorneys for Plaintiff Richard Baske*

## CERTIFICATE OF SERVICE

I certify that on March 7, 2016, I electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Christopher J. Quinn*