UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Richard Baske – *2:15-cv-2180*

# ORDER

On this day, the Court considered counsel for Plaintiff Richard Baske's request to attend by telephone the hearing set for March 16, 2016, at 9:00 a.m. on the Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (*see* Doc. No. 2424). The request is hereby GRANTED and counsel may attend the hearing telephonically.

**NEW ORLEANS, LOUISIANA, this ___ day of _____, 2016.**

_____
UNITED STATES DISTRICT JUDGE