UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | |
| KENNETH GOODWIN | SECTION: L |
| Plaintiff, | JUDGE: ELDON E. FALLON |
| v. | MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | **JURY TRIAL DEMANDED**<br><br>Civil Action No.  2:15-cv-06883 |
| Defendants. | |

1

**STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC
WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, Plaintiff Kenneth Goodwin and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Healthcare LLC.  All other Defendants remain in the case.  Costs and fees shall be borne by the party that incurred them.

Dated:  March 7, 2016                                Respectfully submitted,

BY: /s/ *David M. Peterson*

David M. Peterson, Esq.
Nicholas Clevenger, Esq.
Sara N. Faubion, Esq.
**Peterson & Associates, P.C.**
801 W. 47th Street, Ste. 107
Kansas City, MO 64112
(816) 531-4440  Telephone
(816) 531-0660  Fax
dmp@petersonlawfirm.com
nsc@petersonlawfirm.com
sfs@petersonlawfirm.com
*ATTORNEYS FOR PLAINTIFF*


/s/ Andrew K. Solow
Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
steven.glickstein@kayescholer.com
ATTORNEYS FOR DEFENDANT BAYER
HEALTHCARE LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notifications of such filing to the e-mail addressed denoted in the Electronica Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

BY: /s/ <i>David M. Peterson</i><br>
Attorney for Plaintiff