UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES ON REC.  DOCS. 2424-1 & 2425-1 | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

Considering Defendants' foregoing *Ex Parte* Motion for an Order Amending the Time of the Hearing on Pending Orders to Show Cause (Rec. Doc. 2577 ),

IT IS ORDERED that said Motion is GRANTED and the Court's prior Orders (Rec. Docs. 2424 & 2425) are AMENDED to reflect that hearing on the pending Orders to Show Cause will take place after the 2:00 p.m. Xarelto monthly status conference on March 16, 2016.

New Orleans, Louisiana, this __4th__ day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

00334377