UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
   *All Cases*

# ORDER

The Court has been informed that Plaintiff's counsel in the pending Orders to Show Cause would like to appear either by filing a response or by appearing telephonically, as opposed to appearing in person. The Court finds both of these methods of appearance appropriate. Therefore,

**IT IS ORDERED** that counsel wishing to appear for purposes of the pending Orders to Show Cause, R. Docs. 2424, 2425, may file a response in the litigation on or before March 14, 2016.

**IT IS FURTHER ORDERED** that counsel wishing to appear for purposes of the pending Orders to Show Cause, R. Docs. 2424, 2425, may appear telephonically by dialing into the monthly status conference set for 2:00 p.m. on March 16, 2016. Argument will take place after the PSC and Defendants conclude presentation on all scheduled agenda items. To join the conference as a speaker, please dial (866) 812-0466 and enter host access code 834833. If connected to an AT&T operator, please explain that you will be appearing telephonically for purposes of the Order to Show Cause, and that Judge Fallon has instructed you to wait on the host line until the Order to Show Cause is called for argument. **Counsel shall mute their**

**phones until the conclusion of all scheduled agenda items for the monthly status conference.**

New Orleans, Louisiana this 4th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE