UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) |
| This Document Relates To: | ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH |
| *Bell v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-3480 | ) ) ) |
| *Gatlin v. Janssen Research & Development LLC, et al.*, No. 2:15-cv-3737 | |

ORDER

Plaintiffs' Counsel, Charles G. Orr, seeks leave to appear telephonically at the March 16, 2016 status conference. The Court is of the opinion that leave to appear telephonically should be granted. It is therefore:

ORDERED THAT leave is hereby granted for Mr. Orr to appear telephonically at the March 16, 2016 status conference.

DATED: __March  7th   2016_____

_____
Hon. Eldon E. Fallon
United States District Court Judge