UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ALL CASES | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

In accordance with the processes set forth in Case Management Orders 2, 3, and 4 (Rec. Docs. 1305, 1680-1, & 1785),

The following cases have been selected as the 40 bellwether discovery pool plaintiffs:

| **Plaintiff: Last Name, First Name** | **Case No.** |
|---|---|
| Atwood, Donnie | 15-4091 |
| Barbosa, Manuel | 15-1996 |
| Bass, David | 15-6072 |
| Bloch, Carmelita | 15-5155 |
| Boudreaux, Joseph | 14-2720 |
| Braswell, Christopher | 14-2258 |
| Brien, James | 14-2014 |
| Cooper, Daisy | 15-3245 |
| Dixon, Winston | 15-895 |
| Dombroski, Anthony | 15-3515 |
| Ervin, Joseph | 15-440 |
| Ferguson, Patricia | 14-2444 |
| Fishman, Helen | 15-3563 |
| Gray, Lawrence | 15-2978 |
| Griffin, Clarence | 15-2438 |
| Guerra, Josefa | 15-3302 |
| Hall, Diana (Sigrid) | 15-412 |
| Hannah, Rodney | 15-1845 |
| Heckler, James | 15-6996 |
| Henry, William | 15-224 |

| | |
|---|---|
| Hershberger, Lowell | 15-2482 |
| Ibanez, Harriet | 14-2669 |
| Jack, Tharon | 15-5211 |
| Louviere, Herbert | 15-4790 |
| Marotte, Judy | 15-5751 |
| Mascaro, Frances | 15-5060 |
| McDaniel, Frances | 15-5510 |
| McKee, Mary | 15-5282 |
| Mingo, Dora | 15-3469 |
| Mitchell, Rawleigh | 15-2493 |
| North, David | 15-2401 |
| O'Fallon, JoAnn | 15-3833 |
| Orr, Joseph | 15-3708 |
| Smith, Gwendolyn | 15-2495 |
| Stokes, Mary | 15-5362 |
| Sutton, Rose | 15-2417 |
| Voss, Marilyn | 15-944 |
| Weis, Janet | 15-3310 |
| Williams, Sidney | 15-301 |
| Yarnick, Yamina | 15-171 |

New Orleans, Louisiana, this  7th  day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE