Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Cases listed in Attached Schedule A* | ) MDL No. 2592<br>)<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>)<br>) |

**MOTION FOR LEAVE TO SUBMIT REVISED PROPOSED ORDER**

Plaintiffs in the cases listed in attached Schedule A, through undersigned counsel, respectfully request that this Court grant their Motion for Leave to Submit Revised Proposed Order in support of their Motion for Extension of Time Within Which to Serve Process [dkt # 2472].  Although the motion itself was clear that Plaintiffs requested an extension of time to serve process through the streamlined procedures for informal service of process set forth in Pre-Trial Order No. 10, the proposed order originally submitted by Plaintiffs with the motion for extension of time did not specify that the extension of time would be for Plaintiffs to serve process through PTO 10's streamlined procedures.  Plaintiffs ask this Court for leave to submit a revised proposed order that would clarify this important component of the relief Plaintiffs seek by way of their motion.

**MOTION FOR LEAVE TO SUBMIT REVISED PROPOSED ORDER**                                                          Page 1

DATED: March 7, 2016 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By:　　/s/ *Charles G. Orr*
　　　　　　　　　　　　　　　　　　　Charles G. Orr, TX Bar No. 00788148
　　　　　　　　　　　　　　　　　　　THE MULLIGAN LAW FIRM
　　　　　　　　　　　　　　　　　　　3710 Rawlins Street, #901
　　　　　　　　　　　　　　　　　　　Dallas, Texas 75219
　　　　　　　　　　　　　　　　　　　Telephone: (214) 219-9779
　　　　　　　　　　　　　　　　　　　Facsimile: (214) 520-8789
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

　　　I hereby certify that on March 7, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

　　　I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

　　　　　　　　　　　　　　　　By:　　/s/ Charles G. Orr
　　　　　　　　　　　　　　　　　　　Charles G. Orr
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## SCHEDULE A

### List of Plaintiffs Seeking Extension of Time
### To Effectuate Service of Process Under PTO 10

| Case Number and Style of Bundled Complaint | Plaintiffs in Bundled Complaint with Individual Case Numbers |
|---|---|
| 2:15-cv-222, *Craig v. Janssen Research & Development LLC, et al.* | Robert Craig, Individually and on Behalf of Estate of Sylvia Craig, 2:15-cv-222 |
| 2:15-cv-1523, *Licata, et al. v. Janssen Research & Development LLC, et al.* | Margaret Licata, Individually and on Behalf of Estate of Elizabeth Danielson, 2:15-cv-1523 |
| | Margie Partin, 2:15-cv-1623 |
| | Natalie Ruff, 2:15-cv-1625 |
| 2:15-cv-2126, *Chianese, et al. v. Janssen Research & Development LLC, et al.* | Mary Chianese, 2:15-cv-2126 |
| | Carol Clark, 2:15-cv-2247 |
| | Patricia Olson, 2:15-cv-2249 |
| 2:15-cv-2431, *Evans, et al. v. Janssen Research & Development LLC, et al.* | Jimmie Evans, Individually and on Behalf of Estate of Sharon Evans, 2:15-cv-2431 |
| | Larry Moore, 2:15-cv-2558 |
| | Jimmy Niece, 2:15-cv-2559 |
| | Ralph Viola, 2:15-cv-2560 |
| | James Wierman, 2:15-cv-2561 |
| | David York, 2:15-cv-2562 |
| 2:15-cv-2605, *Abbott, et al. v. Janssen Research & Development LLC, et al.* | Daniel Abbott, 2:15-cv-2605 |
| | Candace Anderson, 2:15-cv-2923 |
| | Richard Anderson, 2:15-cv-2924 |
| | Sonja Arft, 2:15-cv-2928 |
| | Russell Ayers, 2:15-cv-2929 |
| | Martin Barber, 2:15-cv-2930 |
| | Ralph Barnes, 2:15-cv-2932 |
| | Thomas Beam, 2:15-cv-2936 |
| | Edward Boudreaux, Individually and on Behalf of Estate of Conchetta Boudreaux, 2:15-cv-2937 |
| | Elmer Braden, 2:15-cv-2939 |
| | Donzil Burlison, 2:15-cv-2940 |
| | Dorothy Burroughs, 2:15-cv-2942 |
| | Burton Ford, Sr., Individually and on Behalf of Estate of Nell Camp, 2:15-cv-2960 |
| | Kent Clampitt, 2:15-cv-2943 |
| | Ruth Cobbs, 2:15-cv-2945 |
| | Thomas Cocco, 2:15-cv-2946 |

|  | Frances Coleman, 2:15-cv-2947 |
|---|---|
|  | Diana Coyle, 2:15-cv-2949 |
|  | Bill Crabtree, 2:15-cv-2950 |
|  | Darlene Cress, Individually and on Behalf of Estate of Josef Feist, 2:15-cv-2951 |
|  | Leonora Cunning, 2:15-cv-2592 |
|  | Robert Deardorff, 2:15-cv-2593 |
|  | James Dougherty, 2:15-cv-2954 |
|  | Dewey Dupree, 2:15-cv-2596 |
|  | Elaine Dzialo, 2:15-cv-2958 |
|  | Florence Ellis, 2:15-cv-2959 |
| 2:15-cv-2833, *Feltz, et al. v. Janssen Research & Development LLC, et al.* | Robert Feltz, 2:15-cv-2833 |
|  | Dennis Ford, 2:15-cv-2976 |
|  | Robert Gagnon, 2:15-cv-2977 |
|  | William Groth, 2:15-cv-2984 |
|  | Charlotte Harding, 2:15-cv-2985 |
|  | Carla Hawkins, 2:15-cv-2986 |
|  | Peggy Heal, 2:15-cv-2988 |
|  | Peter Hebert, Individually and on Behalf of Estate of Janet Hebert, 2:15-cv-2991 |
|  | Julie Hixon, 2:15-cv-2992 |
|  | Dorris Jacobsen, 2:15-cv-2993 |
|  | John Jennings, 2:15-cv-2994 |
|  | Barry Jensen, 2:15-cv-2995 |
|  | Timothy Johnson, 2:15-cv-2997 |
|  | Mary Kronberg, Individually and on Behalf of Estate of Alfred Kronberg, 2:15-cv-2998 |
|  | Hector Lamas, 2:15-cv-2001 |
|  | David Lang, 2:15-cv-2833 |
|  | Madaline Lavine, 2:15-cv-3003 |
|  | Patricia Lawlor, 2:15-cv-3004 |
|  | Myron Levine, 2:15-cv-3005 |
|  | Gene Mason, Individually and on Behalf of Estate of Clyde Mason, 2:15-cv-3007 |
|  | Edward Montgomery, 2:15-cv-3008 |
|  | Karen Mortensen, 2:15-cv-3009 |
|  | Kathleen Pahls, Individually and on Behalf of Estate of James Pahls, 2:15-cv-3010 |
|  | Beverly Palazzolo, Individually and on Behalf of Estate of Jerome Palazzolo, 2:15-cv-3011 |
|  | Charles Plowman, 2:15-cv-3013 |
| 2:15-cv-3480, *Bell, et al. v. Janssen Research & Development LLC, et al.* | Olin Dunn, 2:15-cv-3735 |
|  | Joseph Loughney, 2:15-cv-3740 |

|  | |
|---|---|
|  | Juliette Pitre, Individually and on Behalf of Estate of Timothy Pitre, 2:15-cv-3743 |
|  | Kathryn Plosica, Individually and on Behalf of Estate of Caroline Wolgast, 2:15-cv-3747 |
|  | Cheryl Poole, 2:15-cv-3752 |
|  | Angela Schott, 2:15-cv-3757 |
|  | Betty Thornton, 2:15-cv-3758 |
|  | David Watt, 2:15-cv-3760 |
| 2:15-cv-4909, *Hawthorne v. Janssen Research & Development LLC, et al.* | Sherry Hawthorne, Individually and on Behalf of Estate of Richard Hawthorne, 2:15-cv-4909 |
| 2:15-cv-5500, *Abrams, et al. v. Janssen Research & Development LLC, et al.* | Michelle Abrams, 2:15-cv-5500 |
|  | Billy Butler, 2:15-cv-5685 |
|  | Donald DeVarco, 2:15-cv-5687 |
|  | Judith McEntire, 2:15-cv-5684 |
|  | Mary Anne Spraungel, Individually and on Behalf of Estate of Harland Spraungel, 2:15-cv-5686 |
|  | Kimberly Stapleton, 2:15-cv-5679 |