## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         )   **MDL No. 2592**
**PRODUCTS LIABILITY LITIGATION**    )
                                     )   **SECTION:  L**
**This Document Relates To:**        )   **JUDGE FALLON**
                                     )   **MAG. JUDGE NORTH**
*Cases listed in Attached Schedule A to* )
*Plaintiffs' Motion for Extension of Time* )
*Within Which to Serve Process* [*Dkt. No. 2472*] )

_____

## ORDER

Plaintiffs seek leave to submit a revised proposed order that would clarify the specific relief sought by way of their Motion for Extension of Time Within Which to Serve Process [dkt # 2472].  The Court is of the opinion that leave to submit a revised proposed order should be granted.  It is therefore:

ORDERED THAT leave is hereby granted for the Plaintiffs listed in Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process to submit a revised proposed order.


DATED: _____          _____
                                         Hon. Eldon E. Fallon
                                         United States District Court Judge