UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  ) MDL No. 2592
PRODUCTS LIABILITY LITIGATION  )
                               ) SECTION: L
This Document Relates To:      ) JUDGE FALLON
                               ) MAG. JUDGE NORTH
*Cases listed in Attached Schedule A to* )
*Plaintiffs' Motion for Extension of Time* )
*Within Which to Serve Process* [*Dkt. No. 2472*] )

ORDER

Plaintiffs seek leave to supplement their Motion for Extension of Time Within Which to Serve Process by way of the pleading filed at Docket no. 2548 and the exhibit filed at Docket no. 2548-1.  The Court is of the opinion that leave to supplement should be granted.  It is therefore:

ORDERED THAT  leave is hereby granted for the Plaintiffs listed in Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process to file their Supplement and Exhibit as described above.

DATED: March 7th 2016

_____
Hon. Eldon E. Fallon
United States District Court Judge