UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
**CIVIL ACTION NO: 2:15-CV-05463**

TRINA BONNER
    Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG
    Defendants.

ORDER

**IT IS HEREBY ORDERED** that the Hayes Law Firm P.C., Debra B. Hayes, and Joshua R. Leal are withdrawn as Counsel of Record for Trina Bonner, and that all notices from this point forward shall be sent, in accordance with the Rules of Civil Procedure, to Trina Bonner at 2949 8th Avenue, Apt. 16-B, New York, NY 10039, Ph**:** 347-909-6583**,** email**:** ms.trinabonner@gmail.com.

New Orleans, Louisiana, on this 7th day of March, 2016**.**

                                            _____
                                            United States District Judge

ORDER - 1