# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| **THIS DOCUMENT RELATES TO:** *May v. Janssen Research & Development LLC, et al.* Case No. 2:15-cv-03803 | Section: L Judge Fallon Mag. Judge North |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Toni May, in the above reference civil action, and by and through her counsel of records hereby files a Motion for Voluntary Dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own cost.

WHEREFORE, Plaintiff hereby requests that her claims against all defendants in this action be voluntarily dismissed, without prejudice.

Dated: March 8, 2016

Respectfully Submitted,

s/Amanda M. Williams
Daniel E. Gustafson
Amanda M. Williams
Eric S. Taubel
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
etaubel@gustafsongluek.com

*Attorneys for Plaintiff*

41145

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| **THIS DOCUMENT RELATES TO:** | Section: L<br>Judge Fallon<br>Mag. Judge North |
| *May v. Janssen Research & Development LLC, et al.*<br>**Case No. 2:15-cv-03803** | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Voluntarily Dismiss has been electronically filed with the Clerk of the Court using CM/ECF system which sent notification to all parties of records in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 8, 2016

s/Amanda M. Williams
Daniel E. Gustafson
Amanda M. Williams
Eric S. Taubel
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
etaubel@gustafsongluek.com

*Attorneys for Plaintiff*

41145