UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

IESHA LONON-GOLDSBERG,
Civil Action No. 2:15-cv-1079-EEF-MBN

SARA HARNER,
Civil Action No. 2:15-cv-03970-EEF-MBN

CONVERS ANTHONY HOLMES,
Civil Action No. 2:15-cv-03974-EEF-MBN

CARL GOSIZK, AS SURVIVING SPOUSE
AND PERSONAL REPRESENTATIVE OF THE
ESTATE OF MARGARET GOSIZK, DECEASED,
Civil Action No. 2:15-cv-06955-EEF-MBN

**ORDER**

Plaintiffs' Counsel, Laura G. Lumaghi, seeks leave to appear telephonically at the March 16, 2016 status conference to represent the above Plaintiffs regarding their Motions to Dismiss Without Prejudice. The Court is of the opinion that leave to appear telephonically should be granted. It is therefore:

ORDERED THAT leave is hereby granted for Ms. Lumaghi to appear telephonically at the March 16, 2016 status conference at 2:00 pm.

DATED: _____    _____
                                                                             Hon. Eldon E. Fallon
                                                                             United States District Court Judge

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

IESHA LONON-GOLDSBERG,
Civil Action No. 2:15-cv-1079-EEF-MBN

SARA HARNER,
Civil Action No. 2:15-cv-03970-EEF-MBN

CONVERS ANTHONY HOLMES,
Civil Action No. 2:15-cv-03974-EEF-MBN

CARL GOSIZK, AS SURVIVING SPOUSE
AND PERSONAL REPRESENTATIVE OF THE
ESTATE OF MARGARET GOSIZK, DECEASED,
Civil Action No. 2:15-cv-06955-EEF-MBN

## MOTION TO APPEAR AT MARCH 16, 2016 STATUS CONFERENCE TELEPHONICALLY

Movant Laura G. Lumaghi, counsel for Plaintiffs in the above-referenced cases, files this Motion to Appear at March 16, 2016 Status Conference Telephonically. Plaintiffs in the above-referenced cases have filed Motions to Voluntarily Dismiss their cases without prejudice. These Motions to Dismiss have been set for hearing on March 16, 2016 during the 2:00 pm status conference. Counsel is fully able to respond to any questions from the Court through telephonic appearance and, in the interest of minimizing costs and proceeding efficiently, seeks leave of

Court to appear at the March 16, 2016 status conference at 2:00 pm telephonically. A proposed order to this effect is being submitted with this Motion.

Dated: March 8, 2016	Respectfully submitted,

By:	/s/ Laura G. Lumaghi
Laura G. Lumaghi (MO Bar #50186)
William T. Dowd (MO Bar #39648)
DOWD & DOWD, P.C.
211 N. Broadway, Suite 4050
St. Louis, MO 63102
(314) 621-2500
Fax: (314) 621-2503
laura@dowdlaw.net
bill@dowdlaw.net

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Appear Telephonically has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laura G. Lumaghi