# UNITED STATES DISTRICT COURT
# EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| | JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO:**
**JUDITH GILL**
**Civil Action No. 2:16-cv-01063**

## PLAINTIFF JUDITH GILL'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Judith Gill, in the above-referenced action, and by and through her counsel of record hereby files a Motion for Voluntary Dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41 (a)(2), each party to bear its own costs.

Plaintiff, Judith Gill, dismisses all claims in this matter WITHOUT prejudice against all Defendants in THIS action only. This dismissal is not intended to affect the lawsuit filed by Richardson, Patrick, Westbrook & Brickman LLC on August 27, 2015 (Civil Action No. 2:15-cv-03831) which is currently pending before the Court. Plaintiff Judith Gill seeks a voluntary dismissal without prejudice in this action due to dual representation.

Dated: March 8, 2016

Respectfully submitted,

By: /s/ *Derek H. Potts*
Derek H. Potts
The Potts Law Firm
100 Waugh Drive Suite 350
Houston, TX 77007
(713) 963-8881
DPotts@potts-law.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2016, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties of their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 8, 2016                                        Respectfully submitted,

By: /s/ *Derek H. Potts*
Derek H. Potts
The Potts Law Firm
100 Waugh Drive Suite 350
Houston, TX 77007
(713) 963-8881
DPotts@potts-law.com
Counsel for Plaintiffs