# UNITED STATES DISTRICT COURT
# EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| | JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO:**
**JUDITH GILL**
**Civil Action No. 2:16-cv-01063**

## ORDER

IT IS ORDERED that Plaintiff's Motion for Voluntary Dismissal without Prejudice is hereby GRANTED and that Plaintiff's claims against all Defendants in *Judith Gill v. Janssen Research & Development LLC, et al* (2:16-cv-01063) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge