UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Cases listed in Attached Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process* [*Dkt. No. 2472*] | ) MDL No. 2592<br>)<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>)<br>) |

# ORDER

Plaintiffs seek leave to submit a revised proposed order that would clarify the specific relief sought by way of their Motion for Extension of Time Within Which to Serve Process [dkt # 2472]. The Court is of the opinion that leave to submit a revised proposed order should be granted. It is therefore:

ORDERED THAT leave is hereby granted for the Plaintiffs listed in Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process to submit a revised proposed order.

DATED: __March  8th    2016__       _____
                                     Hon. Eldon E. Fallon
                                     United States District Court Judge