UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO 2:14-cv-02764 | : : | JUDGE ELDON E. FALLON |
| | : : | MAG. JUDGE NORTH |

---------------------------------------------------------------

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING
PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE**

Now comes Ezkel Stuart, identified as Claimant No. 19, represented by Herman, Herman & Katz in case number 2:14-cv-02764, through undersigned counsel who in opposition to the Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use show as follows:

1. The complaint in this matter was filed on December 5, 2014 based upon a good faith belief from the spouse of the decedent claimant that Ezkel Stuart had taken and ingested Xarelto and suffered an injury related thereto.

2. Claimant and undersigned counsel undertook the task of securing and obtaining medical and pharmacy records prior to the filing of the lawsuit.

3. Some medical and/or pharmacy records were received prior to the filing of the complaint however additional records were continuing to be secured.

4. After the receipt of additional records undersigned counsel has been unable to verify that the claimant Ezkel Stuart ingested or took Xarelto or suffered an injury related thereto.

5. Undersigned counsel has communicated with the spouse of Ezkel Stuart and advised on numerous occasions that proof of ingestion and an injury relating to Xarelto be obtained.

1

Despite numerous efforts of undersigned counsel, the spouse of Ezkel Stuart has been unable to provide such documentation.

6. Undersigned counsel has communicated with the spouse of Ezkel Stuart to advise that the Court will be addressing this motion.

DATED:  March 8, 2016                            Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Bar No. 06819
rherman@hhklawfirm.com
Leonard A. Davis, Bar No.14190
ldavis@hhklawfirm.com
Stephen J. Herman, Bar No. 23129
sherman@hhklawfirm.com
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Facsimile: (504) 561-6024
Email: ldavis@hhklawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 8, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Leonard A. Davis
**LEONARD A. DAVIS**