## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | JURY TRIAL DEMANDED |

**RUBY DUFRENE**
**Civil Action No.: 2:15-cv-06966**

### PLAINTIFF'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF
### MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Ruby Dufrene, by and through her counsel of record, and respectfully requests leave of Court to file the attached Reply in Support of Plaintiff's Motion for Voluntary Dismissal without Prejudice. (Dkt. 1989). Plaintiff files the attached Reply to provide background regarding the need to dismiss the case without prejudice in response to Defendants' Response in Opposition to Plaintiff's Motion for Voluntary Dismissal. (Dkt. 2461).

Dated: March 8, 2016

Respectfully submitted,

KENNEDY HODGES, LLP

By: /s/ Gabriel A. Assaad
Gabriel A. Assaad
gassaad@kennedyhodges.com
711 W. Alabama St.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEY FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Plaintiff's Motion for Leave to File Reply in Support of Motion for Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Gabriel A. Assaad
Gabriel A. Assaad
