UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **JURY TRIAL DEMANDED** |

RUBY DUFRENE
Civil Action No.: 2:15-cv-06966

**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Ruby Dufrene, by and through her counsel of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby files this Reply to Defendants' Response in Opposition to Plaintiff's Motion for Voluntary Dismissal (Dkt. 2461) and would respectfully show the Court the following:

1. Ruby Dufrene signed a retainer agreement with Kennedy Hodges, LLP on February 12, 2015 for Plaintiff's counsel to investigate and pursue a claim regarding injuries allegedly caused by her use of Xarelto.

2. Plaintiff's counsel promptly began investigating Ms. Dufrene's claim, including the retrieval and review of medical and pharmacy records. It was determined that Ms. Dufrene had in fact used Xarelto and appears to have a valid claim regarding her use of Xarelto and the subsequent injuries she suffered.

3. Ms. Dufrene's claim was part of a joint complaint filed by the undersigned attorney on October 30, 2015.

4.     Undersigned counsel did not learn of Ms. Dufrene's death until being notified by telephone by Connie Leger, Ms. Dufrene's daughter, on December 1, 2015.

5.     Ms. Dufrene had passed away on June 14, 2015. Undersigned counsel was not made aware of Ms. Dufrene's passing until being notified by Ms. Leger approximately one month after the joint complaint was filed.

6.     Due to a pending statute of limitation regarding the claim, Ms. Dufrene's claim was refiled in this MDL on December 29, 2015. This complaint named Connie Leger, Ruth Singer, and Rita Hughes individually as possessing survival actions pursuant to Louisiana Civil Code Article 2315.1 as well as claims on behalf of Ms. Dufrene's estate.[1]

Accordingly, Plaintiff hereby requests that her Motion for Voluntary Dismissal without Prejudice be granted and that all claims against all defendants in this action be voluntarily dismissed, without prejudice.

Dated: March 8, 2016

                        Respectfully submitted,

                        KENNEDY HODGES, LLP

                        By: /s/ Gabriel A. Assaad
                        Gabriel A. Assaad
                        gassaad@kennedyhodges.com
                        711 W. Alabama St.
                        Houston, TX 77006
                        Telephone: (713) 523-0001
                        Facsimile: (713) 523-1116

                        ATTORNEY FOR PLAINTIFF

---

[1] *See Connie Leger et al. v. Janssen Research & Development, LLC et al.*, Case No. 2:15-cv-07141 ( E.D. La. Dec. 29, 2015).

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Reply to Defendants' Response in Opposition to Plaintiff's Motion for Voluntary Dismissal has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Gabriel A. Assaad
Gabriel A. Assaad