**Donald Green**

| | |
|---|---|
| **From:** | Angelica Rojas <ARojas@stratoslegal.com> |
| **Sent:** | Monday, November 02, 2015 9:38 AM |
| **To:** | Marta Ponce; Patel, Sapna; Breedlove, Nancy; Xarelto |
| **Subject:** | Hannelore Krch - North Bay VacaValley Hospital (Medical), NorthBay Gastroenterology (Medical) |

## STATUS-PROGRESS REPORT

Gabriel A. Assaad
Kennedy Hodges, LLP
711 West Alabama Street
Houston, TX 77006
713-523-0001  Fax 713-523-1116

RE:     Xarelto - Hannelore Krch
           Pertaining To: **Hannelore Krch**            Order No.: 123537
           **DOB: 06/16/1924**            **SSN: 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**

Dear Gabriel A. Assaad:

Below is a status of your records request:

_____

Part No.: 3
North Bay VacaValley Hospital (Medical)
Medical Record Department
1000 Nut Tree Road
Vacaville, CA 95687
Status: In Progress
Comment: 10/30/2015 Called  custodian to make sure they received the check and what's the status of the records. I spoke with Mylie and she said transferred me to Nancy. Nancy says that it was received on 10/15/2015. She also says that she is not going to process the request because the patient passed away on 07/06/2015. Even though the original authorization was dated 02/06/2015, the patient cannot sign. So, since the patient is deceased, they cannot complete processing the request. Nancy would not let me know what they need to finish processing; she said that we should know what to send. That is all the information she would provide. Please advise on how to proceed. FJ

**Death certification, New HIPPA signed buy Next of Kin, and a Next of Kin affidavit may be the best options to obtain in order to proceed.

_____

Part No.: 4
NorthBay Gastroenterology (Medical)
Medical Record Department
4520 Business Center Drive, Suite 180

Fairfield, CA 94534
Status: In Progress
Comment: 10/30/2015 Received certification of no record from custodian stating that they do not have any records for the date range we requested. Their retention period is 10 years. FJ

_____

If you have any questions please contact our office.

Thank you,
Angelica Rojas
Client Service Representative
Stratos Records
4299 San Felipe St., Suite 350
Houston, TX  77027-2911
O: 844-210-8280 Ext 137
F: 800.994.0142
Record Requests: records@stratoslegal.com



2