# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**   **JURY TRIAL DEMANDED**

**HANNELORE KRCH**
**Civil Action No.: 2:15-cv-06973**

## ORDER

    IT IS ORDERED that Plaintiff's Motion for Leave to File Reply in Support of Motion for Voluntary Dismissal without Prejudice is hereby GRANTED.

    Signed, this _____ day of _____ , 2016

                                                                             Hon. Eldon E. Fallon
                                                                             U.S. District Court Judge