UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

*Laura Banks vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-03812

### ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is hereby GRANTED. The deadline to satisfy the alleged Plaintiff Fact Sheet Deficiency is now March 23, 2016.

Dated: March 8, 2016

_____
Hon. Eldon E. Fallon
United States District Court Judge