UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| MICHAEL WADSWORTH, Individually, and on Behalf of the Estate of TAMMY DANIELLE WADSWORTH,<br><br>           Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER HEALTHCARE LLC; BAYER PHARMA AG; BAYER HEALTHCARE AG; and BAYER  HEALTHCARE PHARMACEUTICALS INC.; and JOHN DOES 1-100,<br><br>           Defendants. | SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:15-cv-6513 |

## **ORDER**

Considering the foregoing Motion and supporting Memorandum for Extension of Time Within Which to Serve Process filed by the Plaintiff,

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY ORDERED that Plaintiff, Michael Wadsworth, be and is hereby granted fifteen (15) days from the date of this Order within which to complete service on Defendant Bayer Pharma AG through the streamlined process established in PTO 10.

Dated this __8th__ day of _____March_____, 2016.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge