UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
_____  :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Timothy M. Faulk v. Janssen Research & Development, LLC, et al., Civil Action No. 2:15-cv-04431*

*Rosie J. Healey v. Janssen Research & Development, LLC, et al., Civil Action No. 2:15-cv-04768*

*Pearlie M. Taylor v. Janssen Research & Development, LLC, et al., Civil Action No. 2:15-cv-04772*

## ORDER

The Court, after considering the Plaintiffs' Motion for Extension of Time within which to Serve Process and all responses thereto, finds the motion meritorious.  It is therefore: ORDERED THAT Plaintiffs be given thirty days form thentry of this order to serve Bayer Healthcare Pharmaceuticals ("BHCP") through the streamlined procedures for informal service of process set forth in Pre-Trial Order No.10.

Dated: March 8th 2016

Hon. Eldon E. Fallon
United States District Court Judge