**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No.2592 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Daisy Cooper v. Janssen Research & Development, LLC, et al; LAED USDXC No. 2:15-cv-03245*

## ORDER

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that Plaintiff Daisy Cooper shall have thirty (30) days from the date of the above referenced Motion within which to serve Process on Defendant: Bayer Healthcare Pharmaceuticals, Inc.

New Orleans, Louisiana this ___8th___ day of __March__, 2016.

_____
Honorable Eldon E. Fallon,
U.S. District Court Judge