UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :   MDL No. 2592
                                 :
                                 :   SECTION L
                                 :
                                 :   JUDGE ELDON E. FALLON
                                 :
                                 :   MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

IESHA LONON-GOLDSBERG,
Civil Action No. 2:15-cv-1079-EEF-MBN

SARA HARNER,
Civil Action No. 2:15-cv-03970-EEF-MBN

CONVERS ANTHONY HOLMES,
Civil Action No. 2:15-cv-03974-EEF-MBN

CARL GOSIZK, AS SURVIVING SPOUSE
AND PERSONAL REPRESENTATIVE OF THE
ESTATE OF MARGARET GOSIZK, DECEASED,
Civil Action No. 2:15-cv-06955-EEF-MBN

## ORDER

THIS MATTER, having come before the Court on Plaintiffs Iesha Lonon-Goldsberg, Sara Harner, Convers Anthony Holmes, and Carl Gosizk's Motion for Leave to file a Reply in Support of Plaintiffs' Motion for Voluntary Dismissal without Prejudice of all Defendants and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiffs Iesha Lonon-Goldsberg, Sara Harner, Convers Anthony Holmes, and Carl Gosizk's Motion for Leave to file a Reply in Support of Plaintiffs' Motion for Voluntary Dismissal without Prejudice of all Defendants is GRANTED.

Signed, this __8th__ day of __March__, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge