UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO PRODUCTS LIABILITY LITIGATION | ) ) ) ) MDL NO. 2592 ) ) Section L ) ) JUDGE ELDON E. FALLON ) ) MAGISTRATE JUDGE NORTH ) |

**THIS DOCUMENT RELATES TO:**

**ARSENIO FARINAS, deceased**
**Civil Case No. 2:15-cv-05186**

## ORDER ON MOTION TO WITHDRAW

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

**IT IS HEREBY ORDERED** that Diez-Arguelles & Tejedor, P.A., are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED the __8th__ day of __March__, 2016.

_____
UNITED STATES DISTRICT JUDGE