UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

**TERESA BETANCOURT**
**Civil Case No. 2:15-cv-05426**

## ORDER ON MOTION TO WITHDRAW

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-captioned case,

**IT IS HEREBY ORDERED** that Diez-Arguelles & Tejedor, P.A., are withdrawn as Plaintiff's attorneys of record.

DONE AND SIGNED the __8th__ day of _____March_____, 2016.

_____
UNITED STATES DISTRICT JUDGE