UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** | **JURY TRIAL DEMANDED** |

WILLIAM T. PRECHT

CIVIL ACTION NO.: 2:15-cv-4718

**PLAINTIFF'S FIRST AMENDED MOTION FOR VOLUNTARY DISMISSAL**

**WITHOUT PREJUDICE**

COME NOW, Plaintiff William T. Precht, in the above reference civil action, and by and through his counsel of records hereby files a First Amended Motion for Voluntary Dismissal of this actions without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

Plaintiff files this First Amended Motion for Voluntary Dismissal not for delay, but due to the fact that Plaintiff has inadvertently hired two (2) separate law firms to represent him for his Xarelto claim and thus has two (2) lawsuits on file in this litigation. Thus, Plaintiff is seeking dismissal of the above-said lawsuit and will continue to have an active lawsuit in this litigation, cause no. 2:15-cv-02340 filed June 29, 2015.

WHEREFORE, Plaintiff hereby requests that his claims against all defendants in this action be voluntarily dismissed, without prejudice.

Date: March 9, 2016

**HILLIARD MUÑOZ GONZALES LLP**

By: /s/ Robert C. Hilliard
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    361-882-1612 Office
    361-882-3015 Fax
    *Attorneys for Plaintiff*