# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**      **JURY TRIAL DEMANDED**

**WILLIAM T. PRECHT**

CIVIL ACTION NO.: 2:15-cv-4718

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's First Amended Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        **HILLIARD MUÑOZ GONZALES LLP**
        By: /s/ Robert C. Hilliard
           Robert C. Hilliard
           Texas Bar No. 09677700
           Catherine Tobin
           Texas State Bar No. 24013642
           T. Christopher Pinedo
           Texas State Bar No. 00788935
           John Martinez
           Texas State Bar No. 24010212

        719 S. Shoreline Boulevard, Suite 500
        Corpus Christi, Texas 78401
        361-882-1612 Office
        361-882-3015 Fax
        *Attorneys for Plaintiff*