UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)             :
PRODUCTS LIABILITY LITIGATION            :     MDL No. 2592
                                         :
                                         :     SECTION L
                                         :
                                         :     JUDGE ELDON E. FALLON
                                         :
_____  :     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**            **JURY TRIAL DEMANDED**

**MARK ANTHONY RADIANO**

CIVIL ACTION NO.: 2:15-cv-6712

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff Mark Anthony Radiano, in the above reference civil action, and by and through his counsel of records hereby files a Motion for Voluntary Dismissal of this actions without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

WHEREFORE, Plaintiff hereby requests that his claims against all defendants in this action be voluntarily dismissed, without prejudice.

Date: March 9, 2016

HILLIARD MUÑOZ GONZALES LLP
By: /s/ Robert C. Hilliard
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard, Suite 500

Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
***Attorneys for Plaintiff***