**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**MARK ANTHONY RADIANO**

CIVIL ACTION NO.: 2:15-cv-6712

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                                                                 **HILLIARD MUÑOZ GONZALES LLP**
                                                                                                                 By: /s/ Robert C. Hilliard
                                                                                                                     Robert C. Hilliard
                                                                                                                     Texas Bar No. 09677700
                                                                                                                     Catherine Tobin
                                                                                                                     Texas State Bar No. 24013642
                                                                                                                     T. Christopher Pinedo
                                                                                                                     Texas State Bar No. 00788935
                                                                                                                     John Martinez
                                                                                                                     Texas State Bar No. 24010212

                                                                                                                     719 S. Shoreline Boulevard, Suite 500
                                                                                                                     Corpus Christi, Texas 78401
                                                                                                                     361-882-1612 Office
                                                                                                                     361-882-3015 Fax
                                                                                                                     *Attorneys for Plaintiff*