UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :  MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
:

THIS DOCUMENT RELATES TO:

*Mary E. Bounds v. Janssen Research & Development, LLC, et al*, LAED USDC No. 15-4144;

*James N. Johnson v. Janssen Research & Development LLC, et al*, LAED USDC No. 15-4499;

*Kenneth Karl Kaiser and Linda Kaiser Riley obo Bobbie Kaiser v. Janssen Research & Development, LLC*, LAED USDC No. 15-4500;

*William Kouns and Billie Kouns v. Janssen Research & Development, LLC*, LAED USDC No. 15-4502;

*Linda Runyan, Karen Hamilton and Richard Robinson obo Richard T. Robinson v. Janssen Research & Development, LLC*, LAED USDC No. 15-4505;

*Randall Smith and Susan Smith v. Janssen Research & Development, LLC*, LAED USDC No. 15-4507;

*Imond Washington v. Janssen Research & Development, LLC*, LAED USDC No. 15-4510;

*Betty Wilcots v. Janssen Research & Development, LLC*, LAED USDC No. 15-4513.

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs in the above-listed actions and respectfully request that this Court grant them leave to file the attached "Reply Memorandum in Support of Second Motion for Extension of Time Within Which to Serve

Process." Movers suggest to the Court that they want to very briefly address the contentions made by Defendant Bayer Pharma AG in Defendant's Opposition Memorandum.

Dated: March 9, 2016

/s/ Mekel S. Alvarez
Respectfully submitted,

Morris Bart (LA Bar #02788)
Mekel Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a complete copy of the foregoing pleading has been served upon all parties or their counsel of record in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, on this the 9th day of March, 2016.

/s/ Mekel S. Alvarez
Mekel S. Alvarez