UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
:

**THIS DOCUMENT RELATES TO:**

*Mary E. Bounds v. Janssen Research & Development, LLC, et al*, LAED USDC No. 15-4144;

*James N. Johnson v. Janssen Research & Development LLC, et al*, LAED USDC No. 15-4499;

*Kenneth Karl Kaiser and Linda Kaiser Riley obo Bobbie Kaiser v. Janssen Research & Development, LLC*, LAED USDC No. 15-4500;

*William Kouns and Billie Kouns v. Janssen Research & Development, LLC*, LAED USDC No. 15-4502;

*Linda Runyan, Karen Hamilton and Richard Robinson obo Richard T. Robinson v. Janssen Research & Development, LLC*, LAED USDC No. 15-4505;

*Randall Smith and Susan Smith v. Janssen Research & Development, LLC*, LAED USDC No. 15-4507;

*Imond Washington v. Janssen Research & Development, LLC*, LAED USDC No. 15-4510;

*Betty Wilcots v. Janssen Research & Development, LLC*, LAED USDC No. 15-4513.

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum In Support of Second Motion For Extension Of Time Within Which To Serve Process;

**IT IS HEREBY ORDERED** that Plaintiffs be granted leave to file their "Reply Memorandum in Support of Second Motion for Extension of Time Within Which to Serve Process," and that said pleading be filed into the record in the above-captioned matters.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2016.

_____
THE HONORABLE ELDON E. FALLON