UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO:

CONSTANCE WILLIAMS
Civil Action No. 2:16-cv-01117

### PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS WITHOUT PREJUDICE (DOCUMENT 2105)

COMES NOW, Plaintiff Constance Williams, by and through her undersigned counsel and files this Unopposed Motion to Withdraw Motion to Dismiss Without Prejudice which was filed with this Honorable Court on February 5, 2016 and entered on the docket as Document 2105.

Dated:  March 9, 2016.

                                                Respectfully submitted,

                                                **BURNETT LAW FIRM**

                                                By:  */s/ Riley L. Burnett, Jr.*
                                                          Riley L. Burnett, Jr.
                                                          Texas Bar No. 03428900
                                                          E-mail:  rburnett@rburnettlaw.com
                                                          Amy L. Collins
                                                          Texas Bar No. 24074054
                                                          E-mail:  acollins@rburnettlaw.com
                                                          55 Waugh Drive, Suite 803
                                                          Houston, Texas 77007
                                                          Telephone:  (832) 413-4410
                                                          Facsimile:  (832) 900- 2120
                                                          ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on March 9, 2016, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

                   */s/ Riley L. Burnett, Jr.*
                   RILEY L. BURNETT, JR.