UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO:**

**CONSTANCE WILLIAMS**
**Civil Action No. 2:16-cv-01117**

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS WITHOUT PREJUDICE

THIS MATTER, having come before the Court on Plaintiff Constance Williams' Unopposed Motion to Withdraw Plaintiff's Motion to Dismiss Without Prejudice (Document 2105).

IT IS HEREBY ORDERED that Plaintiff Constance Williams' Unopposed Motion to Withdraw Motion to Dismiss Without Prejudice is GRANTED, and Plaintiff's previously filed motion (Document 2105) is hereby withdrawn.

SIGNED on _____, 2016.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1