UNITED STATES FOR DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Xarelto (Rivaroxaban) Products Liability Litigation** | **Civil No. 2:14-md-02592-EEF-MBN**<br><br>Action No.: 2:15-cv-04745 |
| Heidi Gotich<br><br>Plaintiff(s),<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>Defendant(s). | **MOTION TO WITHDRAWAL AS COUNSEL OF RECORD WITHOUT SUBSTITUTION** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the Sanders Phillips Grossman, LLC by and through Marc Grossman and Randi Kassan and moves this Court for an Order allowing withdrawal as an attorney of record for the Plaintiff based on the following:

1. Irreconcilable differences have arisen over issues arising out of this litigation as well as over the management and direction of the litigation.

2. The Plaintiff, Heidi Gotich, and counsel of record disagree over the further handling of this claim.

3. Written notice of the filing of this Motion has been sent via certified mail to the Plaintiffs' last known address, which is listed as: 18 Steven St Apt. Basement, Albany NY 12202.

Dated: March 9, 2016

                                                    Respectfully submitted,

                                                    <u>/s/: Randi Kassan</u>
SANDERS PHILLIPS GROSSMAN, LLC
Marc Grossman, Esq.
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500,
Garden City, NY 11530
Phone: 516-741-5600
Fax: 516-741-0128
Email: rkassan@thesandersfirm.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion was served upon Plaintiff, Heidi Gotich, by certified US mail, return receipt requested, and upon all parties of record electronically by CM/ECF, on March 9, 2016.

        Respectfully submitted,

        /s/: Randi Kassan
        SANDERS VIENER GROSSMAN, LLP
        Randi Kassan, Esq.
        100 Garden City Plaza, Suite 500
        Garden City, NY 11530
        Phone: 516-741-5600
        Fax: 516-741-0128
        Email: rkassan@thesandersfirm.com

UNITED STATES FOR DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Xarelto (Rivaroxaban) Products Liability Litigation** | **Civil No. 2:14-md-02592-EEF-MBN** <br><br> Action No.: 2:15-cv-04745 |
| Heidi Gotich <br><br> Plaintiff(s), <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG <br><br> Defendant(s). | **PROPOSED ORDER** |

**PROPOSED ORDER PERMITTING SANDERS PHILLIPS GROSSMAN, LLC TO WITHDRAW AS COUNSEL OF RECORD**

THIS MATTER was heard on the Motion of Marc Grossman, Randi Kassan and Sanders Phillips Grossman, LLC. for permission to withdraw as counsel for Plaintiff and IT IS ADJUDGED that:

1. Marc Grossman Randi Kassan and Sanders Phillips Grossman, LLC. are permitted to withdraw as counsel for Plaintiff effective on the date of this Order.

2. Pleadings, motions and other papers shall be served on Plaintiff at 18 Steven St Basement Apt. Albany NY 12202.

**DONE AND ORDERED** in on this _____ day of _____, 2016.

_____