Roger C. Denton, Esq. (MO # 30292)
Kristine K. Kraft, Esq. (MO # 37971)
Ashley Brittain Landers, Esq. (MO # 62763)
**SCHLICHTER, BOGARD & DENTON**
100 South 4th Street
Saint Louis, MO 63102
Telephone:  (314) 621-6115
Facsimile:  (314) 621-7151

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| JOHN HEBER, | MAG. JUDGE NORTH |
| Plaintiff, | |
| v. | Civil Action No.: 2:15-cv-06903-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, | **STIPULATION OF DISMISSAL OF DEFENDANT BAYER CORPORATION** |
| Defendants | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff John Heber and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Corporation.  All other Defendants remain in the case.  Costs and fees shall be borne by the party that incurred them.

1

DATED:  March 9, 2016                    Respectfully submitted,

                                        By:    /s/ *Roger C. Denton*
                                                  Roger C. Denton, Esq. (MO # 30292)
                                                  Kristine K. Kraft, Esq. (MO # 37971)
                                                  Ashley Brittain Landers, Esq. (MO # 62763)
                                                  SCHLICHTER, BOGARD & DENTON, LLP
                                                  100 South 4th Street
                                                  Saint Louis, MO 63102
                                                  Telephone:  (314) 621-6115
                                                  Fax:   (314) 621-7151
                                                  rdenton@uselaws.com
                                                  kkraft@uselaws.com
                                                  abrittain@uselaws.com
                                                  ***Attorneys for Plaintiff***


                                        By:    /s/ *Steven Glickstein*
                                                  Steven Glickstein
                                                  KAYE SCHOLER LLP
                                                  250 West 55th Street
                                                  New York, New York 10019-9710
                                                  Telephone: (212) 836-8485
                                                  Facsimile: (212) 836-6485
                                                  sglickstein@kayscholer.com
                                                  ***Attorneys for Defendant Bayer Corporation and***
                                                  ***Bayer HealthCare LLC***


## CERTIFICATE OF SERVICE

     I hereby certify that on March 9, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                        By:    /s/ *Roger C. Denton*
                                                  Roger C. Denton
                                                  Attorney for Plaintiff