UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL No. 2592 |
| IN RE:  XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |
| | : | |

**THIS DOCUMENT RELATES TO:**

**Joyce Mannhalter ONLY; 2:15-cv-03148**

## MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to F.R.C.P. 41(a)(2), the Plaintiff Joyce Mannhalter by and through her counsel of record, requests that this Court enter an order for voluntary dismissal of her case ONLY, without prejudice, each party to bear their own costs. There have been no counterclaims filed against Plaintiff, Joyce Mannhalter.  Plaintiff agrees to refile only in MDL No. 2592.

Dated:  March 9, 2016.

Respectfully submitted,

/s/: Randi Kassan
SANDERS PHILLIPS GROSSMAN, LLC
Marc Grossman, Esq.
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500,
Garden City, NY 11530
Phone: 516-741-5600
Fax: 516-741-0128
Email: rkassan@thesandersfirm.com
Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2016, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

/s/: Randi Kassan
SANDERS PHILLIPS GROSSMAN, LLC
Marc Grossman, Esq.
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500,
Garden City, NY 11530
Phone: 516-741-5600
Fax: 516-741-0128
Email: rkassan@thesandersfirm.com
Attorneys for Plaintiff