UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| MARGERY NEWKIRK | |
|     Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | Civil Action No.: 2:15-cv-02593<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |
|     Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

00334896

-2-

| | |
|---|---|
| **SANDERS LAW FIRM, LLC** | **DRINKER BIDDLE & REATH LLP** |
| By: /s/Perry Ray Sanders, Jr. | By: /s/Susan M. Sharko |
| Perry Ray Sanders, Jr. | Susan Sharko |
| 31 N. Tejon Street | 600 Campus Dr. |
| Suite 400 | Florham Park, NJ 07932 |
| Colorado Springs, CO 80903 | Tel: (973) 549-7350 |
| Tel: (719) 630-1556 | Susan.Sharko@dbr.com |
| justin@perrysanderslaw.com | |
| | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC |
| Attorneys for Plaintiff | |
| Dated: March 9, 2016 | Dated: March 9, 2016 |

**KAYE SCHOLER LLP**

By: /s/William Hoffman
William Hoffman
901 15th St NW
Washington, DC 20005
(202) 682-3500
william.hoffman@kayescholer.com

Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: March 9, 2016

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: March 9, 2016

-3-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 9, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              /s/ James B. Irwin