# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| RUDOLPH STORY<br><br>        Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>        Defendant(s) | **MDL NO. 2592**<br><br>**SECTION:   L**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH**<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT FILED**<br><br>**CIVIL ACTION NO. 2:15-CV-04071** |

TO THE COURT AND ALL PARTIES TO THIS ACTION:

    PLEASE TAKE NOTICE that Plaintiff Rudolph Story, through the undersigned counsel, hereby provides notice of withdrawal of the notice of voluntary dismissal with prejudice, document number 2558, filed on 03/03/2016.

                                      By: /s/ Randi Kassan
                                      SANDERS PHILLIPS GROSSMAN
                                      Randi Kassan, Esq.
                                      100 Garden City Plaza, Suite 500
                                      Garden City, NY 11530
                                      P: (516) 741-5600
                                      F: (516) 741-0128
                                      mgrossman@thesandersfirm.com
                                      rkassan@thesandersfirm.com

                                      *Counsel for Plaintiff*
                                      *Rudolph Story*

                                    Dated: March 9, 2016