UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| SYLVIA WATSON<br><br>          Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>          Defendant(s) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>NOTICE OF WITHDRAWAL OF DOCUMENT FILED<br><br>CIVIL ACTION NO. 2:15-CV-03668 |

TO THE COURT AND ALL PARTIES TO THIS ACTION:

   PLEASE TAKE NOTICE that Plaintiff Sylvia Watson, through the undersigned counsel, hereby provides notice of withdrawal of the notice of voluntary dismissal with prejudice, document number 2555, filed on 03/03/2016.

                              By: /s/ Randi Kassan
                                  SANDERS PHILLIPS GROSSMAN
                                  Randi Kassan, Esq.
                                  100 Garden City Plaza, Suite 500
                                  Garden City, NY 11530
                                  P: (516) 741-5600
                                  F: (516) 741-0128
                                  mgrossman@thesandersfirm.com
                                  rkassan@thesandersfirm.com

                                  *Counsel for Plaintiff*
                                  *Sylvia Watson*

                              Dated: March 9, 2016