UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| MARY PEREZ TORRES, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF PLACIDA TORRES<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>　　　　　Defendant(s) | **MDL NO. 2592**<br><br>**SECTION:  L**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH**<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT FILED**<br><br>**CIVIL ACTION NO. 2:15-CV-04061** |

TO THE COURT AND ALL PARTIES TO THIS ACTION:

　　　PLEASE TAKE NOTICE that Plaintiff Mary Perez Torres, Individually and as a representative of the estate of Placida Torres, through the undersigned counsel, hereby provides notice of withdrawal of the notice of voluntary dismissal with prejudice, document number 2557, filed on 03/03/2016.

2

        By: /s/ Randi Kassan
           SANDERS PHILLIPS GROSSMAN
           Randi Kassan, Esq.
           100 Garden City Plaza, Suite 500
           Garden City, NY 11530
           P: (516) 741-5600
           F: (516) 741-0128
           mgrossman@thesandersfirm.com
           rkassan@thesandersfirm.com

*Counsel for Plaintiff*
*Mary Perez Torres, Individually and as Representative of the Estate of Placida Torres*

Dated: March 9, 2016