UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) } MDL No. 2592
}
PRODUCTS LIABILITY LITIGATION } SECTION L
} JUDGE FALLON
} MAG. JUDGE NORTH
}

This Document relates to:

**Karen Stack *v. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-6574**

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Karen Stack, which occurred on October 2, 2015. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Karen Stack's estate.

Dated: March 10, 2016                                    Respectfully Submitted,

                                                        /s/ Jacob Levy

                                                        Jacob Levy
                                                        Gray & White
                                                        713 E. Market St. #200
                                                        Louisville, KY 40202

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 10th day of March 2016.

                                                        /s/ Jacob Levy
                                                        Gray & White