UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :   MDL No. 2592
                                 :
                                 :   SECTION L
                                 :
                                 :   JUDGE ELDON E. FALLON
                                 :
                                 :   MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

IESHA LONON-GOLDSBERG,
Civil Action No. 2:15-cv-1079-EEF-MBN

SARA HARNER,
Civil Action No. 2:15-cv-03970-EEF-MBN

CONVERS ANTHONY HOLMES,
Civil Action No. 2:15-cv-03974-EEF-MBN

CARL GOSIZK, AS SURVIVING SPOUSE
AND PERSONAL REPRESENTATIVE OF THE
ESTATE OF MARGARET GOSIZK, DECEASED,
Civil Action No. 2:15-cv-06955-EEF-MBN

**ORDER**

Plaintiffs' Counsel, Laura G. Lumaghi, seeks leave to appear telephonically at the March 16, 2016 status conference to represent the above Plaintiffs regarding their Motions to Dismiss Without Prejudice. The Court is of the opinion that leave to appear telephonically should be granted. It is therefore:

ORDERED THAT leave is hereby granted for Ms. Lumaghi to appear telephonically at the March 16, 2016 status conference at 2:00 pm.

DATED: March 8th 2016                         _____
                                              Hon. Eldon E. Fallon
                                              United States District Court Judge