UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

WAYNE D. MULDROW and ERIKA MULDROW, his wife

INDIVIDUAL CIVIL ACTION NO.:  2:15-cv-05896

## MOTION FOR LEAVE TO WITHDRAW

**COMES NOW** Stark & Stark pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiffs Wayne D. Muldrow and Erika Muldrow, his wife, in the above-styled case.  In support of said Motion, counsel for Plaintiffs state as follows:

1. Plaintiffs, Wayne D. Muldrow and Erika Muldrow, retained the services of Stark & Stark to represent them in the Xarelto Multidistrict Litigation for their claim.

2. On or about November 13, 2015, the undersigned filed the above-referenced case as part of a bundled complaint directly in the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about April 21, 2015, Stark & Stark sent correspondence to Plaintiff requesting information essential to litigating this case.

4. Counsel called Plaintiff to follow up regarding the requested information on multiple occasions, including 5/26/2015, 7/2/2015, 10/9/2015, 10/20/2015, 10/26/2015, 1/29/2016, 02/05/2016, 02/12/2016, and 02/19/2016; however, to date, Plaintiff has not provided the information requested.

5. On or about February 19, 2016, my law firm spoke with Plaintiff via telephone, again, advising him that Stark & Stark lacked requisite information to further prosecute his case, and requested permission to dismiss the suit. Plaintiff was reluctant to allow the suit to be dismissed. Accordingly, Stark & Stark advised Plaintiff that failure to provide the requisite information would result in the law firm being forced to withdraw as counsel on behalf of Plaintiff and his wife.

6. To date, Plaintiff has not provided the information requested and the law firm does not expect that the information can be provided.

7. Plaintiff's current mailing address is 1156 Shoreland Drive, Sumpter, SC 29154, and phone number is 980-398-3987.

8. For the foregoing reasons, Plaintiff substantially failed to fulfill an obligation to his attorney.

9. Stark & Stark gave Plaintiff reasonable warning of the law firm's intent to withdraw.

**WHEREFORE**, Stark & Stark, by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: March 10, 2016

        **STARK & STARK**
        993 Lenox Drive
        Lawrenceville, NJ 08648
        Telephone: (609) 896-9060
        Fax: (609) 896-0629
        mschrama@stark-stark.com

        */s/ Martin P. Schrama*
        Martin P. Schrama
        New Jersey Bar No.: 039581997

        **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

I further certify, pursuant to Local Rule 83.2.11, that I caused this motion and related correspondence to be sent via certified mail to 1434 Sierra Lane, Stockton, CA 95205, notifying Plaintiff of all deadlines and court appearances.

This the 10th day of March, 2016.

        */s/ Martin P. Schrama*
        Martin P. Schrama