# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br><br> **SECTION L** <br><br> **JUDGE ELDON E. FALLON** <br><br> **MAGISTRATE JUDGE NORTH** <br><br> <u>**JURY TRIAL DEMANDED**</u> |

**THIS DOCUMENT RELATES TO:**

    **WAYNE D. MULDROW and ERIKA MULDROW, his wife**

**INDIVIDUAL CIVIL ACTION NO: 2:15-cv-05896**

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED** that Martin P. Schrama, Esq and the law firm of Stark & Stark, a Professional Corporation, are withdrawn as Plaintiff's attorneys of record.

**DONE AND SIGNED** this _____ day of _____, 2016, at New Orleans, Louisiana.

 

_____

UNITED STATES DISTRICT JUDGE