UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| TYRONE BROWN | ) ) ) | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) ) ) ) | |

**THIS DOCUMENT RELATES TO:**

*TYRONE BROWN V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;*
**Civil Action No. 2:15-cv-07136**

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiff, Tyrone Brown (*hereinafter* "Plaintiff"), desires to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint and all of the allegations contained herein pursuant to PTO Nos. 11 and 11A.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposed party's written consent or the Court's leave when justice so requires. In this case, justice requires that Tyrone Brown be allowed to amend the Complaint to add Johnson & Johnson as a party Defendant and to add all of the allegations contained in the Plaintiff Steering Committee's Bundled Complaint. The Plaintiff recently discovered the involvement of Johnson & Johnson in the events giving rise to the Complaint when the Plaintiff's Steering Committee filed their Bundled Complaint.

## CONCLUSION

Plaintiff, Tyrone Brown respectfully requests that he be allowed to amend his Complaint to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint with all of the allegations claimed therein.

Dated: March 8, 2016

                                          Respectfully submitted,

                                        By:   */s/ Ethan L. Shaw*
                                                Ethan L. Shaw
                                                John P. Cowart
                                                Matthew J. Riley
                                                SHAW COWART, L.L.P.
                                                1609 Shoal Creek Boulevard
                                                Suite 100
                                                Austin, Texas  78701
                                                Telephone:  (512) 499-8900
                                                Facsimile:  (512) 320-8906
                                                elshaw@shawcowart.com
                                                jcowart@shawcowart.com
                                                mriley@shawcowart.com

                                                *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of March, 2016, a true and correct copy of the foregoing Memorandum was filed electronically.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                */s/ Ethan L. Shaw*
                                                Ethan L. Shaw