**Subject:** RE: MDL 2592 - Xarelto Litigation; Amended Complaint and Jury Demand

**Date:** Thursday, March 10, 2016 at 8:52:29 AM Central Standard Time

**From:** Kole, Deirdre R.

**To:** Yvette Noel, Sharko, Susan M, Glickstein, Steven, Rothman, Alan

**CC:** Ethan Shaw

We do not agree that Johnson & Johnson is a proper defendant in these actions, but we will not oppose the motions.

Thanks,
Deirdre

**From:** Yvette Noel [mailto:ynoel@shawcowart.com]
**Sent:** Tuesday, March 08, 2016 2:39 PM
**To:** Sharko, Susan M; Kole, Deirdre R.; Glickstein, Steven; Rothman, Alan
**Cc:** Ethan Shaw
**Subject:** MDL 2592 - Xarelto Litigation; Amended Complaint and Jury Demand

Re:

Civil Action No. 2:15-cv-07136; Tryone Brown v. Janssen Research & Development, et al.;
Civil Action No. 2:15-cv-2506; Mary L. DeGrasse v. Janssen Research & Development, et al.;
Civil Action No. 2:15-cv-05484; Loye E. Dobbs v. Janssen Research & Development, et al.;
Civil Action No. 2:15-cv-02973; Patricia Eftaxes on behalf of James T. Eftaxes, Deceased v. Janssen Research & Development, et al.

Dear counselors:

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and Local Rule 7.6E, attached for your review and approval are the following:

1.
Unopposed Motion for Leave to File Amended Complaint; and

2.
Amended Complaint and Jury Demand.

Please advise of your approval of this Motion and we will go forward with filing the Amended Complaint and Jury Demand.

*Please be advised that we will be sending numerous Unopposed Motions for Leave to File Amended Complaint to you as "Johnson & Johnson " was added to the Amended Complaint  as a Party Defendant in all of our Xarelto*