UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

IN RE: XARELTO (RIVAROXABAN)          )        MDL NO. 2592
PRODUCTS LIABILITY LITIGATION          )
                                        )        SECTION:  L
MARY L. DEGRASSE                        )        JUDGE FALLON
                                        )        MAG. JUDGE NORTH
        Plaintiff,                      )
                                        )
vs.                                     )
                                        )
JANSSEN RESEARCH & DEVELOPMENT          )
LLC f/k/a JOHNSON AND JOHNSON           )
PHARMACEUTICAL RESEARCH AND             )
DEVELOPMENT LLC, JANSSEN ORTHO          )
LLC, JANSSEN PHARMACEUTICALS,           )
INC. f/k/a JANSSEN PHARMACEUTICA        )
INC. f/k/a ORTHO-MCNEIL-JANSSEN         )
PHARMACEUTICALS, INC., JOHNSON &        )
JOHNSON, BAYER  HEALTHCARE              )
PHARMACEUTICALS, INC.,                  )
BAYER PHARMA AG, BAYER                  )
CORPORATION, BAYER HEALTHCARE           )
LLC, BAYER HEALTHCARE AG, and           )
BAYER AG,                               )
                                        )
        Defendants                      )
                                        )
_____ )
                                        )

**THIS DOCUMENT RELATES TO:**

***MARY L. DEGRASSE V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;***
**Civil Action No. 2:15-cv-2506**

<u>**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**</u>

Plaintiff, Mary L. DeGrasse (*hereinafter* "Plaintiff"), by and through her

undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2) and Local

Rule (7.6E) respectfully seek leave to amend the Complaint and correct the case caption

of the Complaint as well as the body of the Complaint under to reflect the inclusion of Johnson & Johnson as a party Defendant.  Plaintiff's only modifications to the Complaint as set forth in the proposed Amended Complaint, attached hereto, are the following:

      a.      In the Caption, adding "Johnson & Johnson";

      b.      Addition of Johnson & Johnson under "Party Defendants," paragraphs 26 through 30; and

      c.      Addition of Johnson & Johnson under "Factual Allegations," paragraph 66.

Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires.

Plaintiff duly served a copy of the Complaint on July 8, 2015.

On March 8, 2016, Plaintiff provided a copy of the proposed Amended Complaint to Defendants and obtained written consent from opposing counsel to amend the Complaint.

WHEREFORE, Plaintiff Mary L. DeGrasse respectfully requests that this Court enter the proposed Order tendered herewith granting leave to file the Amended

Complaint and directing the Clerk of the Court to enter the Amended Complaint into the record of this matter.

Dated: March 8, 2016

Respectfully submitted,

By:___*/s/ Ethan L. Shaw*_____
Ethan L. Shaw
John P. Cowart
Matthew J. Riley
SHAW COWART, L.L.P.
1609 Shoal Creek Boulevard
Suite 100
Austin, Texas  78701
Telephone:  (512) 499-8900
Facsimile:  (512) 320-8906
elshaw@shawcowart.com
jcowart@shawcowart.com
mriley@shawcowart.com

*Attorneys for the Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2016, a true and correct copy of the foregoing Motion for Leave to File Amended Complaint was filed electronically.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

*/s/ Ethan L. Shaw*_____
Ethan L. Shaw