UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| MARY L. DEGRASSE | ) ) ) | SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) ) ) ) | |

**THIS DOCUMENT RELATES TO:**

*MARY L. DEGRASSE V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;*
**Civil Action No. 2:15-cv-2506**

<u>**MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION FOR LEAVE TO AMEND COMPLAINT**</u>

**MAY IT PLEASE THE COURT:**

Plaintiff, Mary L. DeGrasse (*hereinafter* "Plaintiff"), desires to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint and all of the allegations contained herein pursuant to PTO Nos. 11 and 11A.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposed party's written consent or the Court's leave when justice so requires. In this case, justice requires that Mary L. DeGrasse be allowed to amend the Complaint to add Johnson & Johnson as a party Defendant and to add all of the allegations contained in the Plaintiff Steering Committee's Bundled Complaint. The Plaintiff recently discovered the involvement of Johnson & Johnson in the events giving rise to the Complaint when the Plaintiff's Steering Committee filed their Bundled Complaint.

## CONCLUSION

Plaintiff, Mary L. DeGrasse respectfully requests that she be allowed to amend her Complaint to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint with all of the allegations claimed therein.

Dated: March 8, 2016

                Respectfully submitted,

                By: */s/ Ethan L. Shaw*
                     Ethan L. Shaw
                     John P. Cowart
                     Matthew J. Riley
                     SHAW COWART, L.L.P.
                     1609 Shoal Creek Boulevard
                     Suite 100
                     Austin, Texas 78701
                     Telephone: (512) 499-8900
                     Facsimile: (512) 320-8906
                     elshaw@shawcowart.com
                     jcowart@shawcowart.com
                     mriley@shawcowart.com

                     *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 8th day of March, 2016, a true and correct copy of the foregoing Memorandum was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                     */s/ Ethan L. Shaw*
                     Ethan L. Shaw