UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>MARY L. DEGRASSE<br><br>    Plaintiff,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*MARY L. DEGRASSE V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;*
**Civil Action No. 2:15-cv-2506**

**<u>PROPOSED ORDER</u>**

      **IT IS ORDERED** that the Unopposed Motion for Leave to File Amended

Complaint filed by Plaintiff Mary L. DeGrasse, be and the same is hereby GRANTED,

and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

      **NEW ORLEANS, LOUISIANA, this \_\_\_ day of _____, 2016.**

                                                              **UNITED STATES DISTRICT JUDGE**