# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DONALD GENTRY,** | **MDL NO. 2592** |
| **Plaintiff,** | |
| v. | **SECTION:  L** |
| | **JUDGE:  ELDON E. FALLON** |
| **JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,** | **MAG. JUDGE MICHAEL NORTH** |
| **Defendants.** | **Civil Action No: 2:16-cv-274** |

## STIPULATION OF DISMISSAL OF DEFENDANT
## BAYER HEALTHCARE LLC WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Donald Gentry and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer HealthCare LLC. This stipulation is not intended to have any effect on any claims against any other defendants in this action or any of the other bundled plaintiffs originally filed in this action. Costs and fees shall be borne by the party that incurred them.

Dated: March 10, 2016                        Respectfully submitted,

                                                                          s/ Merritt E. Cunningham
                                                                          Michael G. Stag, LA Bar No. 23314
                                                                          Merritt E. Cunningham, LA Bar No. 32843
                                                                          SMITH STAG, LLC
                                                                          365 Canal St., Ste. 2850
                                                                          New Orleans, LA 70130
                                                                          Telephone (504) 593-9600
                                                                          Fascimile (504) 593-9601
                                                                          mstag@smithstag.com
                                                                          mcunningham@smithstag.com

                                                                          *Attorneys for the Plaintiff*

/s/ Andrew K. Solow
Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
steven.glickstein@kayescholer.com

*Attorneys for Defendant Bayer HealthCare LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal of Defendant Bayer HealthCare LLC has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 10, 2016                                    s/ Merritt E. Cunningham
                                                         Merritt E. Cunningham