UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| LOYE E. DOBBS | ) ) ) | SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) ) ) ) | |

**THIS DOCUMENT RELATES TO:**

*LOYE E. DOBBS V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;* **Civil Action No. 2:15-cv-05484**

<u>**MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION FOR LEAVE TO AMEND COMPLAINT**</u>

**MAY IT PLEASE THE COURT:**

Plaintiff, Loye E. Dobbs (*hereinafter* "Plaintiff"), desires to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint and all of the allegations contained herein pursuant to PTO Nos. 11 and 11A.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposed party's written consent or the Court's leave when justice so requires. In this case, justice requires that Loye E. Dobbs be allowed to amend the Complaint to add Johnson & Johnson as a party Defendant and to add all of the allegations contained in the Plaintiff Steering Committee's Bundled Complaint. The Plaintiff recently discovered the involvement of Johnson & Johnson in the events giving rise to the Complaint when the Plaintiff's Steering Committee filed their Bundled Complaint.

## CONCLUSION

Plaintiff, Loye E. Dobbs respectfully requests that he be allowed to amend his Complaint to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint with all of the allegations claimed therein.

Dated: March 8, 2016

                                            Respectfully submitted,

By: */s/ Ethan L. Shaw*
     Ethan L. Shaw
     John P. Cowart
     Matthew J. Riley
     SHAW COWART, L.L.P.
     1609 Shoal Creek Boulevard
     Suite 100
     Austin, Texas  78701
     Telephone:  (512) 499-8900
     Facsimile:  (512) 320-8906
     elshaw@shawcowart.com
     jcowart@shawcowart.com
     mriley@shawcowart.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 8th day of March, 2016, a true and correct copy of the foregoing Memorandum was filed electronically.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                            */s/ Ethan L. Shaw*
                                            Ethan L. Shaw