UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| PATRICIA EFTAXES ON BEHALF OF JAMES T. EFTAXES, DECEASED | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants | |

**THIS DOCUMENT RELATES TO:**

*PATRICIA EFTAXES ON BEHALF OF JAMES T. EFTAXES, DECEASED V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;* **Civil Action No. 2:15-cv-02973**

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff, Patricia Eftaxes on behalf of James T. Eftaxes, Deceased (*hereinafter* "Plaintiff"), by and through her undersigned counsel, pursuant to Federal Rules of Civil

Procedure 15(a)(2) and Local Rule (7.6E) respectfully seek leave to amend the Complaint and correct the case caption of the Complaint as well as the body of the Complaint under to reflect the inclusion of Johnson & Johnson as a party Defendant. Plaintiff's only modifications to the Complaint as set forth in the proposed Amended Complaint, attached hereto, are the following:

    a.    In the Caption, adding "Johnson & Johnson";

    b.    Addition of Johnson & Johnson under "Party Defendants," paragraphs 26 through 30; and

    c.    Addition of Johnson & Johnson under "Factual Allegations," paragraph 66.

Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Plaintiff duly served a copy of the Complaint on July 27, 2015.

On March 8, 2016, Plaintiff provided a copy of the proposed Amended Complaint to Defendants and obtained written consent from opposing counsel to amend the Complaint.

WHEREFORE, Plaintiff Patricia Eftaxes on behalf of James T. Eftaxes, Deceased respectfully requests that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint into the record of this matter.

Dated: March 8, 2016

                                      Respectfully submitted,

                              By: */s/ Ethan L. Shaw*
                                    Ethan L. Shaw
                                    John P. Cowart
                                    Matthew J. Riley
                                    SHAW COWART, L.L.P.
                                    1609 Shoal Creek Boulevard
                                    Suite 100
                                    Austin, Texas  78701
                                    Telephone:  (512) 499-8900
                                    Facsimile:  (512) 320-8906
                                    elshaw@shawcowart.com
                                    jcowart@shawcowart.com
                                    mriley@shawcowart.com

                                    *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 8th day of March, 2016, a true and correct copy of the foregoing Motion for Leave to File Amended Complaint was filed electronically.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                      */s/ Ethan L. Shaw*
                                      Ethan L. Shaw