**Subject:** RE: MDL 2592; Xarelto Litigation; Amended Complaint and Jury Demand
**Date:** Thursday, March 10, 2016 at 8:52:27 AM Central Standard Time
**From:** Kole, Deirdre R.
**To:** Yvette Noel, Sharko, Susan M, Glickstein, Steven, Rothman, Alan
**CC:** Ethan Shaw

We do not agree that Johnson & Johnson is a proper defendant in these actions, but we will not oppose the motions.

Thanks,
Deirdre

**From:** Yvette Noel [mailto:ynoel@shawcowart.com]
**Sent:** Tuesday, March 08, 2016 3:40 PM
**To:** Sharko, Susan M; Kole, Deirdre R.; Glickstein, Steven; Rothman, Alan
**Cc:** Ethan Shaw
**Subject:** MDL 2592; Xarelto Litigation; Amended Complaint and Jury Demand

Re:
Civil Action No. 2:15-cv-05947; Mary Louise Formella v. Janssen Research & Development, et al.;

Civil Action No. 2:15-cv-03702; George E. Haney v. Janssen Research & Development, et al.;

Civil Action No. 2:15-cv-05583; Walter F. Jackson v. Janssen Research & Development, et al.

Dear counselors:

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and Local Rule 7.6E, attached for your review and approval are the following:

1.
Unopposed Motion for Leave to File Amended Complaint; and

2.
Amended Complaint and Jury Demand.

Please advise of your approval of this Motion and we will go forward with filing the Amended Complaint and Jury Demand.

Please contact the undersigned with your decision at your earliest convenience.

--
Thank you,

Yvette Noel

Yvette M. Noel, Legal Assistant to Ethan L. Shaw
Shaw Cowart, L.L.P.
1609 Shoal Creek Blvd., Suite 100