UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION:  L |
| GEORGE E. HANEY | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JANSSEN RESEARCH & DEVELOPMENT | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICAL RESEARCH AND | ) | |
| DEVELOPMENT LLC, JANSSEN ORTHO | ) | |
| LLC, JANSSEN PHARMACEUTICALS, | ) | |
| INC. f/k/a JANSSEN PHARMACEUTICA | ) | |
| INC. f/k/a ORTHO-MCNEIL-JANSSEN | ) | |
| PHARMACEUTICALS, INC., JOHNSON & | ) | |
| JOHNSON, BAYER HEALTHCARE | ) | |
| PHARMACEUTICALS, INC., | ) | |
| BAYER PHARMA AG, BAYER | ) | |
| CORPORATION, BAYER HEALTHCARE | ) | |
| LLC, BAYER HEALTHCARE AG, and | ) | |
| BAYER AG, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |
| | ) | |

**THIS DOCUMENT RELATES TO:**

*GEORGE E. HANEY V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;*
**Civil Action No. 2:15-cv-03702**

**<u>MEMORANDUM IN SUPPORT OF UNOPPOSED</u>**
**<u>MOTION FOR LEAVE TO AMEND COMPLAINT</u>**

**MAY IT PLEASE THE COURT:**

Plaintiff, George E. Haney (*hereinafter* "Plaintiff"), desires to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint and all of the allegations contained herein pursuant to PTO Nos. 11 and 11A.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposed party's written consent or the Court's leave when justice so requires.  In this case, justice requires that George E. Haney be allowed to amend the Complaint to add Johnson & Johnson as a party Defendant and to add all of the allegations contained in the Plaintiff Steering Committee's Bundled Complaint.  The Plaintiff recently discovered the involvement of Johnson & Johnson in the events giving rise to the Complaint when the Plaintiff's Steering Committee filed their Bundled Complaint.

**<u>CONCLUSION</u>**

Plaintiff, George E. Haney respectfully requests that he be allowed to amend his Complaint to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint with all of the allegations claimed therein.

Dated: March 8, 2016

Respectfully submitted,


By:\_\_\_\_*/s/ Ethan L. Shaw*_____
Ethan L. Shaw
John P. Cowart
Matthew J. Riley
SHAW COWART, L.L.P.
1609 Shoal Creek Boulevard
Suite 100
Austin, Texas  78701
Telephone:  (512) 499-8900
Facsimile:  (512) 320-8906
elshaw@shawcowart.com
jcowart@shawcowart.com
mriley@shawcowart.com

*Attorneys for the Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, 2016, a true and correct copy of the foregoing Memorandum was filed electronically.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.


*/s/ Ethan L. Shaw*_____
Ethan L. Shaw