# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Jeanette Sharpe – *2:15-cv-2091*

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned attorney hereby informs the Honorable Court of the death of Plaintiff, Jeanette Sharpe.

.

        Respectfully submitted,

        By: _/s/ John J. Driscoll_____
John J. Driscoll, EDMO 499782
211 N. Broadway, Ste. 4050
St. Louis, MO 63102
(314) 932-3232
(3140 932-3233 facsimile
john@thedriscollfirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

       /s/ John J. Driscoll_____
      John J. Driscoll