UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Jeanette Sharpe – *2:15-cv-2091*

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Plaintiff, Jeanette Sharpe, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Plaintiff, Jeanette Sharpe, passed away on November 28, 2015, as reported to the Court in the Notice of Death filed on March 10, 2016.

2. On February 4, 2016, the Twenty-second Judicial Circuit, St. Clair County, State of Illinois, appointed Kim Doyle as Special Administrator for the deceased, Jeanette Sharpe, attached hereto as Exhibit A.

3. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Kim Doyle as Special Administrator for the deceased, Jeanette Sharpe, as the named party in the place of Jeanette Sharpe.

1

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: March 10, 2016          Respectfully submitted,

         /s/ John J. Driscoll
         JOHN J. DRISCOLL, # 6276464
         Attorney at Law
         211 N. Broadway, Suite 4050
         St. Louis, MO 63102
         (314) 932-3232

         *Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on this 10th day of March, 2016.

        /s/ John J. Driscoll
      John J. Driscoll