UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Jeanette Sharpe – *2:15-cv-2091*

## (Proposed) ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Kim Doyle as Special Administrator for the deceased, Jeanette Sharpe, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed to correct the caption to reflect the proper party as "Kim Doyle as Special Administrator for the deceased, Jeanette Sharpe", Plaintiff.

Dated this _____ day of _____, 2016

_____
Honorable Eldon E. Fallon
United States District Court Judge