UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Karen Stack** *v. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:15-cv-6574**

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

Comes now Plaintiff, Karen Stack, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to replace Plaintiff Karen Stack with Jerry Stack, personal representative of the estate of Karen Stack.

1. Plaintiff passed away on October 2, 2015, as reported to the Court in the Suggestion of Death filed March 10, 2016.

2. On March 8, 2016 Judge Gary Barton of the Whitley District Court ordered Jerry Stack serve as administrator of the estate of Karen Stack.

3. Thus, as death does not extinguish her cause of action, Plaintiff moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Jerry Stack, personal representative of the estate of Karen Stack as the named party in the place of Karen Stack.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and that the Court direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: March 11, 2016                                  Respectfully Submitted,

                                                       /s/ Jacob Levy

                                                       Jacob Levy
                                                       Gray & White
                                                       713 E. Market St. #200
                                                       Louisville, KY 40202

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 11th day of March 2016.

/s/ Jacob Levy
Gray & White
