UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    **Karen Stack** *v. Janssen Research & Development, LLC et al;*
    **Civil Action No. 2:15-cv-6574**

## ORDER

    This matter comes before the Court on Plaintiff's Motion to Substitute Jerry Stack, as personal representative of the estate of Karen Stack as Plaintiff in the place of Karen Stack, in the above referenced action.  The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED.

Signed, this _____ day of _____, 2016

                                                                              _____
                                                                              Honorable Eldon E. Fallon
                                                                              U.S. District Court Judge