UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE:  ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Richard Sokol, et al v. Janssen Research & Development, LLC, et al; Case No. 2:14-cv-02940*

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, plaintiff Leroya Sokol, who is a representative of the deceased party, hereby informs the Honorable Court of the death of the plaintiff, Richard T. Sokol during the pendency of this action.  Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by undersigned counsel in the near future.

Dated: March 11, 2016

Respectfully Submitted by:

THE LAW OFFICE OF
DERRIEL C. McCORVEY, L.L.C.

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
117 Caillouett Place
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
Attorney for Plaintiffs

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date:  March 11, 2016

                                                        /s/ Derriel C. McCorvey
                                                        **Derriel C. McCorvey**