UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____) | |

**THIS DOCUMENT RELATES TO:**

*Ball et al v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-00928**

### EX PARTE MOTION FOR LEAVE TO CORRECT PLAINTIFF'S FIRST NAME

COMES NOW counsel for Plaintiff Jennifer Baxley, and respectfully moves the Court to correct Plaintiff Jennifer Baxley's first name. Specifically, Plaintiff's counsel seeks to amend paragraph 9, as well as the caption of the Joint Complaint to reflect the true spelling Jennifer Baxley's name. Due to a clerical error while drafting the Joint Complaint, Ms. Baxley's first name was incorrectly spelled as Jean.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court to correct the Plaintiff Jennifer Baxley's first name to Jennifer.

Respectfully submitted,

Date: March 11, 2016         s/ David B. Byrne, III
                             Andy D. Birchfield, Jr.
                             C. Gibson Vance
                             David B. Byrne, III
                             BEASLEY, ALLEN, CROW,
                             METHVIN, PORTIS & MILES, P.C.
                             Post Office Box 4160

Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Exparte Motion for Leave to Correct Plaintiff's First Name has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  March 11, 2016               s/David B. Byrne, III
                                     David B. Byrne, III.