# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____) | |

**THIS DOCUMENT RELATES TO**

*Ball et al v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-00928**

## ORDER

This matter having come before the Court on Plaintiff's Exparte Motion for Leave to Correct Plaintiff's First Name to amend paragraph 9, as well as the caption of the Joint Complaint to reflect the true spelling of Plaintiff Jennifer Baxley's first name, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Exparte Motion for Leave to Correct Plaintiff's Name is hereby GRANTED.

New Orleans, Louisiana this_____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge