### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | |
| | |
| THERESA BRIMMAGE<br><br>          Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC<br>f/k/a JOHNSON AND JOHNSON<br>PHARMACEUTICAL RESEARCH AND<br>DEVELOPMENT LLC, JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a<br>JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-<br>MCNEIL-JANSSEN PHARMACEUTICALS, INC.,<br>JOHNSON & JOHNSON COMPANY BAYER<br>HEALTHCARE PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG, BAYER CORPORATION,<br>BAYER HEALTHCARE LLC, BAYER<br>HEALTHCARE AG, and BAYER AG<br><br>          Defendant(s) | **MDL NO. 2592**<br><br>**SECTION:  L**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH**<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE**<br><br>**CIVIL ACTION NO. 2:15-CV-04728** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel hereby

stipulate that Plaintiff's complaint against Defendants be dismissed with prejudice and with each

party to bear its own costs.

| | |
|---|---|
| By: /s/ Randi Kassan<br>    SANDERS PHILLIPS GROSSMAN<br>    Randi Kassan, Esq.<br>    100 Garden City Plaza, Suite 500<br>    Garden City, NY 11530<br>    P: (516) 741-5600<br>    F: (516) 741-0128<br>    mgrossman@thesandersfirm.com<br>    rkassan@thesandersfirm.com<br><br>    *Counsel for Plaintiff*<br>    *Theresa Brimmage* | By: /s/ Susan M. Sharko<br>    Drinker, Biddle & Reath, LLP<br>    Susan M. Sharko<br>    600 Campus Dr.<br>    Florham Park, NJ 07932-1047<br>    P: (973) 549-7350<br>    Susan.Sharko@DBR.COM<br><br><br>    *Counsel for Defendant* |
| Dated: March 11, 2016 | Dated: March 11, 2016 |

By: /s/ Steven Jay Glickstein
KAYE, SCHOLER, LLP
Steven Jay Glickstein
250 West 55th Street
New York, NY 10019
P: (212) 836-8000
steven.glickstein@kayescholer.com

*Counsel for Defendant*

Dated: March 11, 2016

2