UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| RUDOLPH STORY<br><br>          Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>          Defendant(s) | **MDL NO. 2592**<br><br>**SECTION:   L**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**CIVIL ACTION NO. 2:15-CV-04071** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel hereby stipulate that Plaintiff's complaint against Defendants be dismissed with prejudice and with each party to bear its own costs.

By: /s/ Randi Kassan
     SANDERS PHILLIPS GROSSMAN
     Randi Kassan, Esq.
     100 Garden City Plaza, Suite 500
     Garden City, NY 11530
     P: (516) 741-5600
     F: (516) 741-0128
     mgrossman@thesandersfirm.com
     rkassan@thesandersfirm.com

*Counsel for Plaintiff*
*Rudolph Story*

Dated: March 11, 2016

By: /s/ Susan M. Sharko
     Drinker, Biddle & Reath, LLP
     Susan M. Sharko
     600 Campus Dr.
     Florham Park, NJ 07932-1047
     P: (973) 549-7350
     Susan.Sharko@DBR.COM

*Counsel for Defendant*

Dated: March 11, 2016

          By: /s/ Steven Jay Glickstein
            KAYE, SCHOLER, LLP
            Steven Jay Glickstein
            250 West 55th Street
            New York, NY 10019
            P: (212) 836-8000
            steven.glickstein@kayescholer.com

            *Counsel for Defendant*

Dated: March 11, 2016