UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

SYLVIA WATSON

    Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG

    Defendant(s)

MDL NO. 2592

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

STIPULATION OF DISMISSAL WITH PREJUDICE

CIVIL ACTION NO. 2:15-CV-03668

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel hereby stipulate that Plaintiff's complaint against Defendants be dismissed with prejudice and with each party to bear its own costs.

By: /s/ Randi Kassan
    SANDERS PHILLIPS GROSSMAN
    Randi Kassan, Esq.
    100 Garden City Plaza, Suite 500
    Garden City, NY 11530
    P: (516) 741-5600
    F: (516) 741-0128
    mgrossman@thesandersfirm.com
    rkassan@thesandersfirm.com

*Counsel for Plaintiff*
*Sylvia Watson*

Dated: March 11, 2016

By: /s/ Susan M. Sharko
    Drinker, Biddle & Reath, LLP
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932-1047
    P: (973) 549-7350
    Susan.Sharko@DBR.COM

*Counsel for Defendant*

Dated: March 11, 2016

By: /s/ Steven Jay Glickstein
KAYE, SCHOLER, LLP
Steven Jay Glickstein
250 West 55th Street
New York, NY 10019
P: (212) 836-8000
steven.glickstein@kayescholer.com

*Counsel for Defendant*

Dated: March 11, 2016