# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| SERENA GRIGSBY, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MAI GRIGSBY<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>Defendant(s) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>CIVIL ACTION NO. 2:15-CV-04687 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel hereby stipulate that Plaintiff's complaint against Defendants be dismissed with prejudice and with each party to bear its own costs.

By: /s/ Randi Kassan  
    SANDERS PHILLIPS GROSSMAN  
    Randi Kassan, Esq.  
    100 Garden City Plaza, Suite 500  
    Garden City, NY 11530  
    P: (516) 741-5600  
    F: (516) 741-0128  
    mgrossman@thesandersfirm.com  
    rkassan@thesandersfirm.com  

*Counsel for Plaintiff*  
*Serena Grigsby, Individually and as Representative of the Estate of Mai Grigsby*

Dated: March 11, 2016

By: /s/ Susan M. Sharko  
    Drinker, Biddle & Reath, LLP  
    Susan M. Sharko  
    600 Campus Dr.  
    Florham Park, NJ 07932-1047  
    P: (973) 549-7350  
    Susan.Sharko@DBR.COM  

*Counsel for Defendant*

Dated: March 11, 2016

By: /s/ Steven Jay Glickstein  
    KAYE, SCHOLER, LLP  
    Steven Jay Glickstein  
    250 West 55th Street  
    New York, NY 10019  
    P: (212) 836-8000  
    steven.glickstein@kayescholer.com  

*Counsel for Defendant*

Dated: March 11, 2016