**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**

QUENTIN ROMAN

Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG

Defendant(s)

**MDL NO. 2592**

**SECTION: L**

**JUDGE: ELDON E. FALLON**

**MAG. JUDGE MICHAEL NORTH**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**CIVIL ACTION NO. 2:15-CV-04066**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel hereby stipulate that Plaintiff's complaint against Defendants be dismissed with prejudice and with each party to bear its own costs.

By: /s/ Randi Kassan
SANDERS PHILLIPS GROSSMAN
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
F: (516) 741-0128
mgrossman@thesandersfirm.com
rkassan@thesandersfirm.com

*Counsel for Plaintiff Quentin Roman*

Dated: March 11, 2016

By: /s/ Susan M. Sharko
Drinker, Biddle & Reath, LLP
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932-1047
P: (973) 549-7350
Susan.Sharko@DBR.COM

*Counsel for Defendant*

Dated: March 11, 2016

By: /s/ Steven Jay Glickstein
KAYE, SCHOLER, LLP
Steven Jay Glickstein
250 West 55th Street
New York, NY 10019
P: (212) 836-8000
steven.glickstein@kayescholer.com

*Counsel for Defendant*

Dated: March 11, 2016