UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES ON REC. DOCS. 2424-1 & 2425-1 : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

### *EX PARTE* MOTION FOR ORDER AMENDING THE EXHIBITS ON PENDING ORDERS TO SHOW CAUSE

Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals, Inc., and Bayer Pharma AG, (collectively, "Defendants"), hereby move for an Order Amending the Exhibits Attached to the Orders to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Rec. Doc. Nos. 2424 & 2424-1) and Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Rec. Doc. Nos. 2425 & 2425-1). Defendants submit that the proposed Exhibits attached to this Motion reflect the most current information regarding plaintiffs who should be subject to the pending Orders to Show Cause, respectively.

WHEREFORE, Defendants pray that the Court enter the attached proposed Order Amending pending Orders to Show Cause (Rec. Doc. Nos. 2424 & 2425) to reference the Exhibits submitted with this Motion as the list of plaintiffs subject to pending Orders to Show Cause.

00336601

Respectfully submitted,

KAYE SCHOLER LLP

By: /s/ *Steven Glickstein*
Steven Glickstein
William Hoffman
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
sglickstein@kayescholer.com

*Co-Lead Defense Counsel*

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Co-Lead Defense Counsel*

00336601

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART
& MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

00336601

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 11, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**

00336601