UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ZELLA YOUNG ON BEHALF OF WILLIAM ) <br> A. YOUNG, DECEASED ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT ) <br> LLC f/k/a JOHNSON AND JOHNSON ) <br> PHARMACEUTICAL RESEARCH AND ) <br> DEVELOPMENT LLC, JANSSEN ORTHO ) <br> LLC, JANSSEN PHARMACEUTICALS, ) <br> INC. f/k/a JANSSEN PHARMACEUTICA ) <br> INC. f/k/a ORTHO-MCNEIL-JANSSEN ) <br> PHARMACEUTICALS, INC., JOHNSON & ) <br> JOHNSON, BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC., ) <br> BAYER PHARMA AG, BAYER ) <br> CORPORATION, BAYER HEALTHCARE ) <br> LLC, BAYER HEALTHCARE AG, and ) <br> BAYER AG, ) <br> ) <br> Defendants ) <br> ) | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*ZELLA YOUNG ON BEHALF OF WILLIAM A. YOUNG, DECEASED V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;* **Civil Action No. 2:15-cv-06173**

**ORDER**

      **IT IS ORDERED** that the Unopposed Motion for Leave to File Amended

Complaint filed by Plaintiff Zella Young on behalf of William A. Young, Deceased, be

and the same is hereby GRANTED, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA, this** 11th **day of** March **, 2016.**

_____
**UNITED STATES DISTRICT JUDGE**

2