**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)   ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION   ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Richard Sokol, et al v. Janssen Research & Development, LLC, et al; Case No. 2:14-cv-02940*

**PLAINTIFF'S RESPONSE TO DEFENDANTS' EX PARTE MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE**

On February 19, 2016, Defendants, Janssen Research & Development, LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticalals, Inc. and Bayer Pharma AG, filed an EX PARTE MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE, requesting that this Court issue an order requiring certain plaintiffs, including Richard Sokol, to show cause as to why their respective actions should not be dismissed with prejudice for failure to provide prescription and/or pharmacy records demonstrating use of Xarelto as required by CMO 1 and Section I.C of the PFS.

Plaintiff Richard Sokol passed away in 2015. Mr. Sokol's death has caused delay in identifying the appropriate pharmacy records and in obtaining those records. Pharmacy records from CVS were obtained by Plaitniff's counsel before Mr. Sokol's death, that unfortunately did not show Xarelto use. Upon further review and investigation, Plaintiff's counsel was able to find out that in addition to using CVS pharmacy, Mr. Sokol also utilized CVS Caremark for mail order of prescriptions. Due to difficulty in obtaining documentation required by Caremark for release of records to Plaintiff's counsel, Mr. Sokol's widow, Leroya Sokol, contacted Caremark over the phone and confirmed that Mr. Sokol had a prescription for Xarelto 20 mg, prescribed by Edward M. Geltman, MD, RX No. 421948509, filled on 7/5/14 through Caremark. Mrs. Sokol requested

1

those records from Caremark on March 3, 2016 and Plaintiff's counsel will submit those pharmacy records immediately to the Defendants upon receipt.  Although Plaintiff does not currently have pharmacy records demonstrating Mr. Sokol's use of Xarelto, Plaintiff does have medical records that reference Mr. Sokol's use of Xarelto and impressions indicating a GI bleed secondary to patient's Xarelto use.  *[See attached medical record excerpts attached as Exhibit 1]*  Additionally, Plaintiff is in possession of a photo of Mr. Sokol's Xarelto prescription bottle displaying the label with Dr. Geltman's name and filled date of 7/5/14. *[Exhibit 1, last page]*

A dismissal with prejudice is such a harsh remedy that operates as a rejection of the Plaintiff's claim on the merits, which has not been considered by this Court, and would preclude further federal litigation of Plaintiff's claims.

Plaintiff prays that in the interest of justice, the Court does not dismiss Plaintiff's case with prejudice; or in the alternative, that any dismissal of Plaintiff's claims be a dismissal without prejudice.

Respectfully Submitted by:

**THE LAW OFFICE OF**
**DERRIEL C. McCORVEY, L.L.C.**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
117 Caillouett Place
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
Attorney for Plaintiffs

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing *Plaintiff's Response to Defendants' Ex Parte Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    Date: March 11, 2016

                                                  /s/ Derriel C. McCorvey_____
                                                  **Derriel C. McCorvey**