18

RICHARD T SOKOL
PO BOX 1881
Marion, Il                    62959-8081
MRN: 12242048
DOB: 02/14/1955

**Washington University School of Medicine**
**CENTER FOR ADVANCED MEDICINE**

1ST PLAN: P166   ANTHEM
         R58265397
   COPAY: 20.00
2ND PLAN: Z99   AUTO ASS

AKA 1:
AKA 2:                        APPT # 42241137      3RD PLAN:
AKA 3:                        AVM # 42241137
AKA 4:                        TIME: 01:40PM
Loc: CCV                      ATYP: IOV

07/01/2014          GELTMAN MD, EDWARD M

**Washington University Physicians**
Washington University School of Medicine in St.Louis

| | | |
|---|---|---|
| | RETURN TO CLINIC IN: 4 weeks     APPT DATE/TIME/LOCATION: | |

☐ CDL TESTING -- SEE REQUISITION ON REVERSE SIDE
☐ ALL OTHER TESTING:

**PHYSICIAN PORTION**

TESTS

LMM

July 29 2014
@ 1:00pm

☐ 12 Lead EKG          Reason:
☐ Request for Consult   Physician:
☐ Request for Referral  Physician:

LAB SERVICES

☐ Aldosterone          ☐ CBC (Complete Blood Count)   ☐ Homocystine        ☐ T4 Total
☐ ALT (SGPT)           ☐ Cardio-CRP                   ☐ INR (Warfarin Monitoring) ☐ Troponin I
☐ ANA                  ☐ CMP (Complete Metabolic Panel) ☐ Iron, TIBC        ☐ TSH Level
☐ AST (SGOT)           ☐ D-Dimer                      ☐ Lipid Panel        ☐ Urinalysis (Micro/Macro)
☐ Blood Glucose        ☐ Digoxin Level                ☐ LP(a)              ☐ Other:
☐ BMP (Basic Metabolic Panel) ☐ Direct LDL (non fasting) ☐ Magnesium       DX:
☐ BNP (Brain Natriuretic Peptide) ☐ Ferritin          ☐ Renin
☐ CK (CPK) Total       ☐ Hepatic Function Panel       ☐ Sed Rate

PHYSICIAN      SIGNATURE                                      DATE:

**SCHEDULER PORTION**

TEST 1  Bloodwork   today   DATE/TIME  CMP - BNP - TSH - CBC  DIAGNOSIS  done  SCHEDULED BY

TEST 2  Bloodwork   DATE/TIME  CMP 7-7-14  DIAGNOSIS
        given script

TEST 3  _____  DATE/TIME  _____  DIAGNOSIS

Referral /
Consult   DATE/TIME   DIAGNOSIS

**PATIENT INSTRUCTIONS**

1) start Candesartan 8 mg daily
2) Will decide on diuretic
   dose after lab results.

**PHYSICIAN PHONE NUMBERS**

☐ Amin MD, Amit
☐ Bach MD, Richard
☐ Braverman MD, Alan
☐ Brown MD, Angela
☐ Cedars MD, Ari
☐ Kates MD, Andrew
☐ Krone MD, Ronald
☐ Kurz MD, Howard
☐ Lindman MD, Brian
☐ Madrazo MD, Jose
☐ Makan MD, Majesh
☐ Mann MD, Douglas
☐ Rafar NP, Molly
☐ Schwartz MD, David
☐ Zajarias MD, Alan

*PH - 314-362-1291
**PH - 888-210-8375
*FAX - 314-362-4619

☐ Nordlicht MD, Scott

**PH - 314-362-1291
**PH - 888-210-8375
*FAX - 314-996-3268

☐ Chen MD, Jane
☐ Cooper MD, Dan
☐ Cuculich MD, Phil
☐ Faddis MD, Mitch
☐ Gleva MD, Mayra
☐ Amado MD, Luciano
☐ Roberts NP, Carmen
☐ Riepshoff PA-C, Rebecca
☐ Smith MD, Timothy

*PH - 314-362-1291
**PH - 888-210-8375
*FAX - 314-362-4619

☐ Billadello MD, Joseph
☐ Cedars MD, Ari
☐ Ludbrook MD, Philip
☐ Chen MD, Jane

**PH - 314-362-3790
**PH - 877-562-3790
*FAX - 314-362-4619

☐ Craddock NP, Heidi
☐ Ewald MD, Gregory
☐ Geltman MD, Edward
☐ Joseph MD, Susan
☐ LaRue MD, Sharla

*PH - 314-454-7687
**PH - 800-821-3275
*FAX - 314-454-5055

☐ Kleiger MD, Robert
☐ Rich MD, Michael

**PH - 314-454-8097

EXHIBIT 1

18

RICHARD T SOKOL
PO BOX 1881
Marion,Il          62959-8081
MRN: 12242048
DOB: 02/14/1955

1ST PLAN: P166   ANTHEM B
             R58265397
   COPAY: 20.00
2ND PLAN: Z99   AUTO ASS

3RD PLAN:

**Washington University School of Medicine**
**CENTER FOR ADVANCED MEDICINE**

AKA 1:                    APPT # 42241137
AKA 2:                    AVM # 42241137
AKA 3:                    TIME: 01:40PM
AKA 4:                    ATYP: IOV
Loc: CCV

07/01/2014          GELTMAN MD, EDWARD M          Washington University Physics
                                                   Washington University School of Medicine in St.Louis

| | | |
|---|---|---|
| **PHYSICIAN PORTION** | **TESTS** | RETURN TO CLINIC IN: W weeks    APPT DATE/TIME/LOCATION: |

☐ CDL TESTING -- SEE REQUISITION ON REVERSE SIDE
☐ ALL OTHER TESTING:

LMM                    July 29 2014
                       @ 1:00pm

☐ 12 Lead EKG          Reason:
☐ Request for Consult  Physician:
☐ Request for Referral Physician:

**LAB SERVICES**

☐ Aldosterone          ☐ CBC (Complete Blood Count)   ☐ Homocyst
☐ ALT (SGPT)           ☐ Cardio-CRP                   ☐ INR (Warfarin Monitoring)
☐ ANA                  ☐ CMP (Complete Metabolic Panel) ☐ Iron, TIBC
☐ AST (SGOT)           ☐ D-Dimer                      ☐ Lipid Panel
☐ Blood Glucose        ☐ Digoxin Level                ☐ LP(a)
☐ BMP (Basic Metabolic Panel) ☐ Direct LDL (non fasting) ☐ Magnesium
☐ BNP (Brain Natriuretic Peptide) ☐ Ferritin         ☐ Renin
☐ CK (CPK) Total       ☐ Hepatic Function Panel       ☐ Sed Rate
☐ T4 Total
☐ Troponin I
☐ TSH Level
☐ Urinalysis (Micro/Macro)
☐ Other:
DX:

PHYSICIAN      SIGNATURE                    DATE:

**SCHEDULER PORTION**

TEST 1  Bloodwork   today   DATE/TIME   CMP - BNP - TSH - CBC   DIAGNOSIS  done
                                                               SCHEDULED BY:

TEST 2  Bloodwork   DATE/TIME   CMP 7-7-14   DIAGNOSIS
                    given script

TEST 3  DATE/TIME                           DIAGNOSIS

Referral / Consult   DATE/TIME              DIAGNOSIS

**PATIENT INSTRUCTIONS**

1) start Candesarton 8 mg daily
2) Will decide on diuretic
   base after lab results.

**PHYSICIAN PHONE NUMBERS**

☐ Amin MD, Amit
☐ Bach MD, Richard
☐ Braverman MD, Alan
☐ Brown MD, Angela
☐ Cedars MD, Ari
☐ Kates MD, Andrew
☐ Krone MD, Ronald
☐ Kurz MD, Howard
☐ Lindman MD, Brian
☐ Madrazo MD, Jose
☐ Makan MD, Majesh
☐ Mann MD, Douglas
☐ Rafer NP, Molly
☐ Schwartz MD, David
☐ Zajarias MD, Alan

☐ Nordlicht MD, Scott

**PH -314-362-1291
**PH-888-210-8375
**FAX -- 314-896-3288

☐ Chen MD, Jane
☐ Cooper MD, Dan
☐ Cuculich MD, Phil
☐ Faddis MD, Mitch
☐ Gleva MD, Mayra
☐ Amado MD, Luciano
☐ Roberts NP, Carmen
☐ Riepenhoff PA-C, Rebecca
☐ Smith MD, Timothy

**PH -314-362-1291
**PH-888-210-8375

☐ Billadello MD, Joseph
☐ Cedars MD, Ari
☐ Ludbrook MD, Philip
☐ Saffitz MD, Jeffrey

**PH -314-362-3790
**PH-877-562-3790
**FAX -- 314-362-4619

☐ Craddock NP, Heidi
☐ Ewald MD, Gregory
☒ Geltman MD, Edward
☐ Joseph MD, Susan
☐ Lenihan MD, Daniel

**PH-314-454-7687
**PH-888-921-3275
**FAX -- 314-454-9859

☐ Kleiger MD, Robert
☐ Rich MD, Michael

**PH-314-454-8097
**PH-888-210-8375
**FAX-314-454-8250

☐ Jain MD, Sudhir

**PH-314-362-1291
**PH-888-210-8375
**FAX -- 314-894-4918

**PH -314-362-1291
**PH-888-210-8375
**FAX -- 314-362-4619

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

TO: *Dr. Kurt Martin*

RE: *Richard Sokol*

_____  DOS *7-1-11-Present*

Date of Birth: *2/14/55*  DOD: _____  Social Security No. *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*

I authorize the above-named individual or organization to disclose the above-named patient's health information, as described below, to the following recipients: Flint & Associates, LLC, 112 Magnolia Drive, P.O. Box 930, Glen Carbon, Illinois 62034, for the purpose of the above-named individuals personal injury claim.

The information to be used and or disclosed is as follows:

1.  All records, reports, test results or other documents concerning the medical care, treatment, and examination of the aforementioned person;
2.  All prescription and/or pharmacy records.
3.  Copies of all correspondence concerning the medical care, treatment, examination, or physical condition of the aforementioned person;
4.  Copies of bills or statements of services rendered for such services;
5.  X-ray films, MRI films, CT films and all other imaging films.
6.  All billing and insurance records.

I understand that the information in the patient's health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, or treatment for alcohol or drug abuse.

I understand that authorizing the disclosure of this health care information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand that I may inspect or copy the information to be used or disclosed, as provided in 45 CFR 164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure of the patient's health information by the recipient, resulting in the health information no longer being protected by federal confidentiality rules.

A copy of the consent and a notation as to any action taken thereon is to be entered in the patient's record. I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing by sending or presenting my written revocation to the Privacy Contact of the health care provider named above. I understand that the revocation of this authorization will not apply to the extent that the health care provider has taken action in reliance thereon. I understand that if the authorization was obtained as a condition of obtaining insurance coverage, other law provides the insurer with the right to contest a claim under the policy or the policy itself.

A photostatic copy of this Authorization shall be considered as effective and valid as the original. In the absence of an express revocation, the authority granted under this authorization shall remain in effect for one year from the date set forth below. **This authorization does not waive my doctor/patient privilege.**

THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS THE MEDICAL CARE AND/OR CONDITION OF THE ABOVE PARTY. This Authorization is for securing the medical records and office notes only as described herein. This does not authorize the securing of a narrative medical report, nor does it authorize the bearer to conduct ex-parte interviews with any medical personnel regarding the treatments and condition.

*The information requested by this authorization falls within ' 164.512 of the Health Insurance Portability and Accountability Act of 1996.*

The undersigned further agrees to waive any time limitations required by the above provider with respect to their receipt of this authorization and the date on which the authorization for records was signed.

DATED this *26* day of *Nov* , 20 *14* .

*Dr. Richard T. Sokol*

_____
PATIENT SIGNATURE

---

Name: Sokol, Richard                    DOB: 02/14/1955                    Date:

STATE OF _Illinois_ )
COUNTY OF _Jackson_ )

PATIENT NAME: _Richard Sokol_

## AFFIDAVIT

Before me, the undersigned authority, personally appeared, who being by me duly sworn, deposed as follows:

My name is _Kevin O'Neil_, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein state:

I am the custodian of records of _Kurt Martin, MD_. Attached hereto are _____ (number) of pages of records from _Kurt Martin, M.D_. These pages of records are kept by _Kurt Mart, MD_ in the regular course of business, and it was the regular course of business of _Kurt Martin, MD_ for an employee or representative of _Kurt Martin, MD_ with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time of the act, event, condition, opinion or diagnosis. The records attached hereto are the original or exact duplicate of the originals.

_____
AFFIANT (Custodian of Records)

In witness whereof, I have hereunto subscribed my name and affixed my official seal this _16th_ day of _January_, 20_15_.

_____
Notary Public

My Commission Expires:

_May 29, 2016_

```
CARLA WOOD
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
May 29, 2016
```

This Affidavit must be signed by the Custodian of Records before a Notary Public and returned along with the medical records/bills requested herein. Please note if Flint & Associates, LLC is not in receipt of said signed, notarized Affidavit along with the medical requested herein, a representative of the health care facility may be subpoenaed to appear for a deposition and/or appear at trial to testify as to the authenticity of the records.

ordered    Hemoglobin A1c
ordered    Thyroid Stimulating Hormone

## Assessment/Plan

| | Detail Desc | Description |
|---|---|---|
| 1. | Assessment | Diabetes Mellitus Type 2, Uncomplicated (250.00). |
| | Impression | The patient has a history of diabetes, his A1c is 6.2 at this time. Excellent control. Will continue with his current regimen, he is using much less insulin but having much better control.. |
| 2. | Assessment | CHF (428.0). |
| | Impression | The patient has severe pulmonary hypertension and failure. There is really no effective treatment at this time, he had been tried on dobutamine but it was not very effective and did not have much relief when he was using it at Barnes. At this time and supportive care, he has done well with his current medications. Butrans seems to help with some air hunger, seems to make him choke a little less as well. Will continue on 5 mcg of this.. |
| 3. | Assessment | Atrial fibrillation (427.31). |
| | Impression | He has a history of atrial fibrillation but has had severe bleeding with multiple medications in the past. He has been on Xarelto, Coumadin, Pradaxa. Dr. Panchimuki stopped his Plavix because of his bleeding as well. Is hemoglobin stable at this time. Kidney function is pretty good, generally he is doing well. |
| 4. | Assessment | ASHD (414.8). |
| | Impression | He has a history of atherosclerotic heart disease and carotid artery disease. He has a 100% occlusion on his right and his blood pressure had been allowed to drift up to try and improve his cerebral perfusion. He has not had any stroke symptoms as long as he is using the Butrans, it sounds like his sugars better controlled and he seems to be doing better.. |
| 5. | Assessment | Hypothyroidism (244.9). |
| | Impression | Has a history of hypothyroidism he is on alternating 175 and 200 mcg Levothyroxin. He is symptomatically a little better, his last TSH was 4.57 but had come down from 16. I would like to recheck his TSH with his hemoglobin A1c and his BMP. |
| | Plan Orders | Basic Metabolic Panel, CBC W/Auto Diff, Hemoglobin A1c and Thyroid Stimulating Hormone to be performed. |

Visit details reviewed and approved on  12/15/2014 2:30 PM.
**Supervising Provider:**
**Kurt Martin MD (electronically signed) on 12/15/2014 2:30 PM**
*Document generated by:*  Kurt Martin 12/15/2014 2:31 PM

NextGen HealthCare Information Systems
795 Horsham Road | Horsham, PA 19044

Sokol, Richard  Terry. 000003519238 02/14/1955 12/15/2014 01:50 PM 6/6



# SIH MEDICAL GROUP

## at Center for Medical Arts Rural Health



2601 West Main Street, Carbondale, IL 62901
**T** 618.549.5361  **F** 618.351.4878

### PATIENT PLAN FOR 12/15/2014
Name: Richard Sokol
Date of Birth: 02/14/1955
Date of Visit: 12/15/2014 01:50 PM
Visit Type: Office Visit  (99214)

Thank you for choosing us for your healthcare needs.  The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

Primary Care Provider: Kurt Martin MD
TODAY'S VISIT

REASON(S) FOR VISIT
diabetes, hypothyroidism, heart failure.

## Assessment/Plan

| | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Diabetes Mellitus Type 2, Uncomplicated (250.00). |
| | Impression | The patient has a history of diabetes, his A1c is 6.2 at this time.  Excellent control.  Will continue with his current regimen, he is using much less insulin but having much better control. |
| | | |
| 2. | Assessment | CHF (428.0). |
| | Impression | The patient has severe pulmonary hypertension and failure.  There is really no effective treatment at this time, he had been tried on dobutamine but it was not very effective and did not have much relief when he was using it at Barnes.  At this time and supportive care, he has done well with his current medications.  Butrans seems to help with some air hunger, seems to make him choke a little less as well.  Will continue on 5 mcg of this. |
| | | |
| 3. | Assessment | Atrial fibrillation (427.31). |
| | Impression | He has a history of atrial fibrillation but has had severe bleeding with multiple medications in the past.  He has been on Xarelto, Coumadin, Pradaxa.  Dr. Panchimuki stopped his Plavix because of his bleeding as well.  Is hemoglobin stable at this time.  Kidney function is pretty good, generally he is doing well. |
| | | |
| 4. | Assessment | ASHD (414.8). |
| | Impression | He has a history of atherosclerotic heart disease and carotid artery disease.  He has a 100% occlusion on his right and his blood pressure had been allowed to drift up to try and improve his cerebral perfusion.  He has not had any stroke symptoms as long as he is using the Butrans, it |



**SIH** MEDICAL GROUP

at Center for Medical Arts Rural Health



2601 West Main Street, Carbondale, IL 62901
T 618.549.5361   F 618.351.4878

**Today's Provider:   Kurt Martin MD**

**Specialty:** Internal Medicine/Pediatrics

| | |
|---|---|
| **Patient:** | **Richard Sokol** |
| **MRN:** | **000003519238** |
| **Visit Date:** | **10/29/2014 9:40 AM** |

**Historian: self**
**Date of Birth: 02/14/1955**
**Visit Type: Office Visit**

This 59 year old male presents for Anemia, Congestive heart failure, atrial fib, Cough and Diabetes.

**History of Present Illness:**
**1. Anemia**
  Type of anemia was acquired for deficiency anemia (iron deficient).  The problem is stable.  Relevant medical history includes history of anemia.  Associated symptoms include constipation, depression and gait disturbance.  Pertinent negatives include abdominal pain, amenorrhea, anorexia, bleeding gums, brittle nails, chest pain, chills, cold intolerance, diarrhea, dyspnea, fatigue, headache, irritability, jaundice, joint pain, nausea, sore mouth, sore tongue, vomiting and weight loss.
He has had several episodes of GI bleeding recently, Xarelto was the most recent anticoagulant that was stopped.  We have not yet restarted his Plavix.
**2. Congestive heart failure**
The patient has had several hospitalizations recently for volume overload and heart failure.  He had a recent cardiac catheterization which did not reveal any significant disease, he had a small distal narrowing but is bypasses were still open.  He continues to have orthopnea, about 3 kg.  He continues to use oxygen at night.  Stopped using his C-PAP because he thought it made him worse.  He has not tolerated beta blockers or ACE inhibitors or ARB ease.  He has had marked worsening of his function, he is using Lasix 80-120 mg b.i.d..
**3. atrial fib**
 The patient has a history of atrial fibrillation but has persistently not done well on any of the medications for anticoagulation.  He blames Xarelto for making worse, he noted that Pradaxa cause him to bleed.  He had been on Coumadin but he has had GI bleeding recently as well.  He would like to go back on his Plavix, he feels like he did best with that medication.
**4. Cough**
Onset: 33 years ago.  The patient describes the cough as non-productive.  It occurs persistently.  The problem has not changed.  Context: GERD symptoms.  Symptoms are aggravated by lying down.  There are no relieving factors.  Associated symptoms include cough and hoarseness.  Pertinent negatives include chills, dyspnea, dyspnea on exertion, epistaxis, fatigue, fever, heartburn, hemoptysis, nasal congestion, night sweats, pleuritic pain, post-nasal drainage, sinus pressure, sore throat, weight loss and wheezing.
**5. Diabetes**
 Risk factors include: family history diabetes mellitus, obesity and over age 45 years old. He Has been managed with insulin.Last HgbA1C was 11.8 on 08/14/2009.  Last Creatinine was 1.2 on 10/13/2014.  Last Cholesterol was 134 on 10/09/2014. Last Triglyceride was 104 on 10/09/2014. Last LDL was 84 on 10/09/2014. Last HDL was 29 on 10/09/2014. Last Cholesterol Risk was 5 on 10/09/2014.   Last Flu vaccine was 10/12/2012.  Comorbidity: CAD and Hypertension.
Sokol, Richard Terry. 000003519238 02/14/1955 10/29/2014 09:40 AM 1/6

BRIEF HISTORY: Mr. Richard Sokol, a very pleasant 59-year-old with a history of insulin dependent diabetes mellitus, history of atrial fibrillation, dilated cardiomyopathy, who was recently placed on Xarelto, had an episode of melena a week prior to his admission. The patient stopped his Xarelto as a result and was feeling better but became gradually more short of breath and more dizzy, woozy. It got to the point where he could barely talk. The patient was therefore brought to the emergency department by his wife.

His physical exam at the time of admission revealed a pleasant 59-year-old.

VITAL SIGNS: His vital signs were stable. His blood pressure was 113/51. His pulse rate was 64. HEENT: Unremarkable. Conjunctiva was pale. The neck was supple. LUNGS: Clear. HEART: Regular rhythm, S3, S4, AICD in place. ABDOMEN: Bowel sounds were normal active, nondistended. Hemoccult positive stools.

LABS: Initial hemoglobin was 8.7, platelet count 134. Sodium 132, potassium 3.2.

IMAGING: Chest x-ray showed some cardiomegaly. CT of the head showed mild atrophy, no acute changes.

HOSPITAL COURSE: The patient GI bleed, was admitted, was transfused 3 units of packed red blood cells, appeared his hemoglobin came above 10 and stayed there throughout his hospitalization. He had no further GI bleeding. His Xarelto and all anticoagulation was stopped pending Dr. Panchamukhi's restarting it. His blood pressure was stabilized during his hospitalization. He has a history of dilated cardiomyopathy but he is unable to tolerate ARBs, ACE inhibitors or beta blockers. He had been on all 3 and his blood pressure drops too low, he gets dizzy and he has known carotid disease that is dependent upon pressure to perfuse. The patient, therefore, does not take these medications. Cardiology was consulted during his hospitalization. They thought his anticoagulation should continue to be held for now.

PROBLEM: The patient does have a history of diabetes. He was managed with his insulin. He actually did quite well. No problems were noted. The patient's blood sugars were normally less than 200 during his hospitalization.

PROBLEM: The patient has known peripheral neuropathy secondary to his prior chemotherapy and his diabetes. The patient was improved at the time of his discharge.

months.
**Hypothyroidism (244.9)**
He has a history of hypothyroidism, despite increasing his Levothyroxin to 150 mcg his TSH is still high.  Indeed it is higher than when he was on 137 mcg.  This may, at least in part, be responsible for some of his symptoms.  And resistance to diuresis.  I am going to increase him to 175 mcg daily.  Recheck his TSH and 3 months.
**Atrial fibrillation (427.31)**
The patient has a history of atrial fibrillation he thinks that is probably causing his decompensation.  He is probably his in part correct.  He is using his C-PAP on a regular basis and should continue to do so.  He is wondering about ablation procedure think that that is a wise idea.  He did not tolerate the sotalol and for some reason they did not want to use amiodarone.  I am still not clear on that 1.  We discussed risks and benefits of Xarelto verses Plavix and aspirin, certainly the Xarelto would be better.  He did not do well with Pradaxa, cause severe stomach upset.  He is going for an evaluation by cardiology June 9 of this year.
**Dysphagia (787.20)**
The patient has some dysphagia after mantle radiation.  I still think he needs an EGD, he, appropriately, wants to wait until as heart sorted out before we go there.  I think that is not unreasonable.


Visit details reviewed and approved on   06/02/2014 3:05 PM.
**Supervising Provider:**
**Kurt Martin MD (electronically signed) on 06/02/2014 3:05 PM**

**Document generated by: Kurt Martin 06/02/2014 3:05 PM**

02/12/2015   02:59 p                                    Page: 1

# FACSIMILE LEAD SHEET

Marc E. Shelton, M.D.
*President*

**DATE:**        2/12/2015

**TO:**        Flint & Associates

**FACSIMILE NUMBER:**        +1 (618) 2882864

**FROM:**        Michael, Roxanna

**SPRINGFIELD**
Richard E. Katholi, M.D.
Robert C. Woodruff, M.D.
Brian D. Miller, M.D.
Krishp P. Rawlins, M.D.
Gregory J. Mishkel, M.D.
Charles E. Lucore, M.D.
Richard M. Holloway, M.D.
Kristina J. Kochi-Singh, M.D.
Robert V. Trask, M.D.
Wilfred Lam, M.D.
Stephen A. Mayer, M.D.
Mark S. Steiner, M.D.
Charles W. Kapen, M.D.
Vincent P. Zuck, M.D.
John B. Gill, M.D.
Nesr Nallamothu, M.D.
Frank V. Aguirre, M.D.
Mansura Ghani, M.D.
James G. Mullin, M.D.
Holly Novak, M.D.
Jeffrey A. Goldstein, M.D.
Nilesh J. Goswami, M.D.
Michael P. Kelley, M.D.
Tony DeMartini, M.D.
Raghu Kolluri, M.D.
Ziad Issa, M.D.
Gabor Matos, M.D.
Jeffrey P. Christy, M.D.
Madhu Dukkipati, M.D.
Bernard Lim, M.D.
Shailesh Nandish, M.D.
Roberto Pacheco-Coronado, M.D.
Mark R. Stampehl, M.D.

**DECATUR**
Kris Patel, M.D.
Manohar Kola, M.D.
Luis J. Caceres, M.D.
Theodore Addai, M.D.
Jeanne Marie Kairouz, M.D.

**EFFINGHAM**
Amir Cheema, M.D.
John Scally, M.D.

**CARBONDALE**
Cesar E. Ocello, M.D.
Maria T. Felcone, M.D.
Son P. Le, M.D.
Raja C. Maddipoti, M.D.
V. B. Panchamukhi, M.D.
Raed Al-Dallow, M.D.
Nabil Al-Sharif M.D.
Prasanna Kumar M.D.

**STREATOR**
Riyaz H. Nomani, M.D.

**BELLEVILLE**
Henry Maitis, M.D.
Anil Shah, M D
Roop Lal, M.D.
Atul Shah, M.D..
David Wallace, M.D.
Regina Chiu, M.D.
Shiya P. Satwani, M.D.
evan Gupta, M.D.

**Prairie Locations:**

**Prairie Heart Institute --**
**St. John's**
(217) 788-0706 Phone
(217) 525-2535 Fax

**Baylis -Memorial**
(217) 788-0706 Phone
(217) 788-7032 Fax

**Prairie Diagnostic Ctr**
(217) 527-3700 Phone
(217) 523-4520 Fax
(217) 523-4530 MD Fax

**Administration -- PHI**
(217) 788-0706 Phone
(217) 788-0848 Fax

**Patient Accounting**
(217) 788-8790 Phone
(217) 788-8799 Fax

**Patient Finance**
(217) 788-8790 Phone
(217) 788-8798 Fax

**Prairie -- Other**

**SMH North**
(217) 422-6100 Phone
(217) 422-3217 Fax
**St. Mary's Hospital**
Decatur
(217) 422-6100 Phone
(217) 422-3217 Fax
**Marion**
(618) 529-4455 Phone
(618) 351-1287 Fax

**Carbondale**
(618) 529-4455 Phone
(618) 351-1287 Fax
**Herrin**
(618) 988-8648 Phone
(618) 988-8343 Fax
**Belleville**
(618) 233-6044 Phone
(618) 233-5195 Fax

**Quincy**
(217) 228-9450 Phone
(217) 228-9474 Fax
**Streator**
(815) 672-8741 Phone
(815) 672-0141 Fax

**TOTAL PAGES (INCLUDING COVER) 76**

**RE:** Richard Sokol 02/14/1955

**MESSAGE:**

## CONFIDENTIALITY NOTICE

The documents accompanying this telecopy transmission contain confidential information, belonging to the sender that is legally privileged. This information is intended only for the use of the individual or entity named above. The information must not be disclosed to anyone else unless the individual consents or unless the law allows or requires further disclosure without consent. The authorized recipient of this information is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this telecopy in error, please notify the sender immediately to arrange for return of these documents.

Form 320 03/07/2013

********************************************************************
Reprinted from Electronic Medical Record - Created on 01/22/15 15:13:44
Patient: SOKOL, RICHARD              MR No.: 116302   DOB: 02/14/1955
********************************************************************

# Flint Associates, LLC
## ATTORNEYS AT LAW



1-15-15
84

### URGENT REQUEST

**January 9, 2015**

*Via US Mail*

Prairie Vascular Associates
Dr. Varadendo Panohamakhi
409 West Oak Street
Carbondale, IL 62901
ATTN: Release of Information

| | |
|---|---|
| **Client:** | Richard Sokol |
| **DOB:** | 02/14/1955 |
| **SSN:** | 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 |
| **Dates of Service:** | 07/01/2014 to present |

To Whom It May Concern:

Please be advised that our law firm represents the above-named patient in a product liability lawsuit against the manufacturer of the drug Xarelto. **This is not a medical malpractice lawsuit and we are NOT filing suit against any physician.**

Please provide a copy of **any records**, including surgical records, operative reports and any treating records. **IF POSSIBLE PLEASE PROVIDE RECORDS SAVED AS A PDF FILE TO DISC.** Your cooperation should make a deposition unnecessary.

Please bill us separately for your photocopying charges and we will pay you promptly. For any invoice that will exceed $200.00, please forward a pre-payment notice to our office for approval and payment before sending any records. Enclosed please find signed documents which authorize us to receive this information. Thank you for your cooperation in this matter.

Thank you,

Sandy Kulp
Paralegal
Sandra@iloverdict.com
(618) 205-2034

Enclosure(s)

```
**************************************************************
Reprinted from Electronic Medical Record - Created on 01/22/15 15:13:45
Patient: SOKOL, RICHARD              MR No.: 116302  DOB: 02/14/1955
**************************************************************
```

### AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

TO: Dr. Varadenda Panchumakhi

RE: Richard Sokol

DOB: 1-1-11 - Present

Date of Birth: 2/14/55    DOD: ____    Social Security No.: 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

I authorize the above-named individual or organization to disclose the above-named patient's health information, as described below, to the following recipients: Flint & Associates, LLC, 112 Magnolia Drive, P.O. Box 930, Glen Carbon, Illinois 62034, for the purpose of the above-named individual's personal injury claim.

The information to be used and/or disclosed is as follows:

1. All records, reports, test results or other documents concerning the medical care, treatment, and examination of the aforementioned person;
2. All prescription and/or pharmacy records;
3. Copies of all correspondence concerning the medical care, treatment, examination, or physical condition of the aforementioned person;
4. Copies of bills or statements of services rendered for such services;
5. X-ray films, MRI films, CT films and all other imaging films.
6. All billing and insurance records.

I understand that the information in the patient's health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, or treatment for alcohol or drug abuse.

I understand that authorizing the disclosure of this healthcare information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand that I may inspect or copy the information to be used or disclosed, as provided in 45 CFR 164.524. I understand that any disclosure of information carries with it the potential for an unauthorized re-disclosure of the patient's health information by the recipient, resulting in the health information no longer protected by federal confidentiality rules.

A copy of the consent and a notation as to any action taken thereon is to be entered in the patient's record. I understand that I have the right to revoke this authorization at any time. I understand that if I revoke this authorization I must do so in writing by sending or presenting my written revocation to the Privacy Contact of the health care provider named above. I understand that the revocation of this authorization will not apply to the extent that the health care provider has taken action in reliance thereon. I understand that if the authorization was obtained as a condition of obtaining insurance coverage, other law provides the insurer with the right to contest a claim under the policy or the policy itself.

A photostatic copy of this Authorization shall be considered as effective and valid as the original. In the absence of an express revocation, the authority granted under this authorization shall remain in effect for one year from the date set forth below. This authorization does not waive any doctor/patient privilege.

THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS THE MEDICAL CARE AND/OR CONDITION OF THE ABOVE PARTY. This authorization is for securing the medical records and office notes only as described herein. This does not authorize the securing of a narrative medical report, nor does it authorize the bearer to conduct ex-parte interviews with any medical personnel regarding the treatments and condition.

The information requested by this authorization falls within 164.512 of the Health Insurance Portability and Accountability Act of 1996.

The undersigned further agrees to waive any time limitations required by the above provider with respect to their receipt of this authorization and the date on which the authorization for records was signed.

DATED this 26 day of NOV , 20 14

Re: Richard F. Sokol

PATIENT SIGNATURE

Patient: SOKOL, RICHARD    MRNO: 116302    DOB: 02/14/1955  -  Continued
implanted and had re-stenosis in 2009 with repeat stenting of a highly re-
stenosed Acculink right carotid stent.

The patient had been diagnosed with tonsil-adenoid cancer.  He did experience
radiation and chemotherapy and felt that may have led to the probable in-stent
restenosis.  The patient also does have a history of coronary artery bypass
grafting in 2005 but did have in March 2011, in Melbourne, Florida, a cardiac
catheterization that showed a LIMA to the LAD with patent saphenous vein graft
to the circumflex and saphenous vein graft to the RCA were patent.

His ejection fraction was 30%.  He underwent carotid doppler was found to have
total occlusion of his right carotid artery, as well as atrial fibrillation,
with rapid ventricular response with ICD interrogation.

The patient presents to the emergency room after having continued ongoing GI
bleed.  It progressed from bright blood to sticky and tarry.  Once he became
very weak and symptomatic, he presented with symptomatic anemia with his H H
of
8.7 and 27.2.  His previous H H had been 15.2.

The patient had been on Plavix for quite some time due to his carotid stent
and had been changed to Xarelto.  Decreased his aspirin from 325 to 81 but did
continue to have the GI bleed.

## PAST MEDICAL HISTORY

1. History of cardiomyopathy.

2. History of paroxysmal atrial fib.

3. History of hypertension.

4. Dyslipidemia.

5. Diabetes.

6. Non-Hodgkin's lymphoma.

7. Obstructive sleep apnea.

8. Coronary artery disease.

9. He is chronically hoarse secondary to radiation and chemotherapy.

## PAST SURGICAL HISTORY

1. He has had bypass surgery.

Patient: SOKOL, RICHARD   MRNO: 116302   DOB: 02/14/1955   -   Continued

NECK: Supple without JVD. Carotids are 2+ bilaterally without bruits.

RESPIRATORY: No intercostal retractions noted. Chest is clear to auscultation.

CV: The PMI is of normal size and nondisplaced. Normal S1/ S2 without S3 or S4 gallop. No significant murmurs are present.

ABDOMEN: Benign without hepatosplenomegaly, mass or tenderness. The abdominal aorta was not palpably enlarged with no abdominal bruit.

EXTREMITIES: Without clubbing, cyanosis or edema. The femoral and pedal pulses were 2+ bilaterally.

MUSCULOSKELETAL: No severe kyphoscoliosis.

SKIN: Without evidence of xanthoma.

NEUROLOGIC: Alert and oriented x3. Affect appropriate. Neuro exam is grossly normal.

LABORATORY DATA: Shows a WBC of 5.8, H H is 8.7, 27.2, platelets are 134.

Chemistry shows sodium of 132, potassium of 3.2. His BUN is 23, creatinine is 1, glucose is 190. Magnesium is 1.7. AST is 20, ALT is 20. Troponin I is 0.068, 0.061. Albumin is 2.9.

Dr. Varadendra Panchamukhi did interview and examine the patient, below is his impression and plan.

IMPRESSIONS AND PLAN

1. Acute gastrointestinal bleed probably secondary to patient's Xarelto.

2. History of significant peripheral vascular disease with bilateral carotid stenosis with stents.

3. History of ischemic cardiomyopathy with an ejection fraction in the 30% range.

4. Boston Scientific dual chamber automatic implantable cardioverter-defibrillator with no previous firing.

5. History of paroxysmal atrial fibrillation.

6. History of ischemic cardiomyopathy with no acute systolic heart failure at this time.

# PATIENT INFORMATION
## Memorial Hospital of Carbondale
### Patient Information

**Patient Name:**SOKOL, RICHARD TERRY
**MR#:**M229275          **Account Number:**88017277836
**Date of Birth:**02/14/1955          **Age:**59
**Marital Status:**M          **Sex:**Male
**SSN:**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          **Race:**White
**Patient Address:**PO BOX 1881          **Ethnicity:**NOTHISP
MARION, IL 62959
**Home Phone:**(618)525-6346          **Work Phone:**
**Cell Phone:**
**Religion:**NA
**Clerks Initials:***BAR.SIH

### Encounter Information

**Financial Class:**Blue Cross Non PPO
**Service Code:**IMG
**Patient Type:**Outpatient
**Admitting Dx:**
**ESRD:**
**Personal Rep 1:**
**Personal Rep 2:**
**Patient Employer:**RETIRED
**Employer Address:**
**Employer Phone:**
**Location-Room-Bed:**MOIMG--
**Servicing Facility:**Memorial Hospital of Carbondale
**Attending MD:**DON CASSIDY ARNOLD II
**Family MD:**
**Referring MD:**
**Other Physician(s):**
**Admit Date:**12/01/2014 12:06
**Discharge Date:**12/01/2014 12:06
**Discharge Disposition:**HOM1
**Arrived by:**
**NINA Flag:**

### Guarantor Information

**Name:**SOKOL, RICHARD TERRY
**SSN:**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          **Date of Birth:**
**Relationship:**SP
**Address:**PO BOX 1881

```
                    MARION , IL 62959
    Home Phone:(618)525-6346        Work Phone:
   Employer Name:RETIRED
Employer Address:
  Employer Phone:
```

## Contacts

```
          Name:SOKOL, LEROYA
       Address:PO BOX 1881

              MARION, IL 62959
  Relationship:WIFE
    Home Phone:(636)698-4001        Work Phone:


          Name:ROBERTSON, SABRINA
       Address:

              MARION, IL 62959
  Relationship:DAUG
    Home Phone:(618)534-3943        Work Phone:
```

## Insurance Information

```
  Insurance Co:BLUE CROSS PLAN
       Address:PO BOX 805107
               CHICAGO, IL 60680
      Phone #:(800)972-8088
    Group Name:                   Group #:0FEP00
Policy/Member ID#:R58265397
  Authorization#:NPN
Ins. Relationship:SP
  Policy Holder:SOKOL RICHARD T
 Employer's Name:RETIRED
 Employer Phone:RETIRED
Employer's Address:
```

MEMORIAL HOSPITAL OF CARBONDALE
405 WEST JACKSON
CARBONDALE IL 62901
618-549-0721

DISCHARGE SUMMARY

of insulin dependent diabetes mellitus, history of atrial fibrillation, dilated cardiomyopathy, who was recently placed on Xarelto, had an episode of melena a week prior to his admission. The patient stopped his Xarelto as a result and was feeling better but became gradually more short of breath and more dizzy, woozy. It got to the point where he could barely talk. The patient was therefore brought to the emergency department by his wife.

His physical exam at the time of admission revealed a pleasant 59-year-old.

VITAL SIGNS: His vital signs were stable. His blood pressure was 113/51. His pulse rate was 64. HEENT: Unremarkable. Conjunctiva was pale. The neck was supple. LUNGS: Clear. HEART: Regular rhythm, S3, S4, AICD in place. ABDOMEN: Bowel sounds were normal active, nondistended. Hemoccult positive stools.

LABS: Initial hemoglobin was 8.7, platelet count 134. Sodium 132, potassium 3.2.

IMAGING: Chest x-ray showed some cardiomegaly. CT of the head showed mild atrophy, no acute changes.

HOSPITAL COURSE: The patient GI bleed, was admitted, was transfused 3 units of packed red blood cells, appeared his hemoglobin came above 10 and stayed there throughout his hospitalization. He had no further GI bleeding. His Xarelto and all anticoagulation was stopped pending Dr. Panchamukhi's restarting it. His blood pressure was stabilized during his hospitalization. He has a history of dilated cardiomyopathy but he is unable to tolerate ARBs, ACE inhibitors or beta blockers. He had been on all 3 and his blood pressure drops too low, he gets dizzy and he has known carotid disease that is dependent upon pressure to perfuse. The patient, therefore, does not take these medications. Cardiology was consulted during his hospitalization. They thought his anticoagulation should continue to be held for now.

PROBLEM: The patient does have a history of diabetes. He was managed with his insulin. He actually did quite well. No problems were noted. The patient's blood sugars were normally less than 200 during his hospitalization.

PROBLEM: The patient has known peripheral neuropathy secondary to his prior chemotherapy and his diabetes. The patient was improved at the time of his discharge.

DISCHARGE: Discharged home in stable condition.

_____
KURT MARTIN MD


PATIENT: SOKOL,RICHARD T DR              MR: MH00229275
PT LOCATION: MPCUS                       ACCT: M88016866589
DOB: 02/14/1955 ADMIT DATE/TIME: 08/17/14  0503
                                         DISCH DATE: 08/19/14

ATTENDING: MELLA PICEL,CARLOS ANTONIO MD
REFERRING:

MEMORIAL HOSPITAL OF CARBONDALE
405 WEST JACKSON
CARBONDALE IL 62901
618-549-0721

HISTORY AND PHYSICAL

Body of Report

JOB ID: 573955

REASON FOR ADMISSION: Dizziness, anemia, GI bleed.

SOURCE OF INFORMATION: Patient and previous record.

HISTORY OF PRESENT ILLNESS: Dr. Sokol is a 59-year-old man with extensive medical history including CAD, status post CABG, cardiomyopathy with reduced EF, status post AICD/pacemaker, atrial fibrillation, non-Hodgkin's lymphoma, hypothyroidism, gout who presented to the hospital with complaints of weakness and dizziness. The patient reports that he has history of carotid artery stenosis which was treated with a stent in the past and then had restenosis. After that, he was evaluated in Mayo Clinic and no alternatives were possible for management of his carotid stenosis which was the main cause of his usual dizziness and lightheadedness and decision was made to allow some moderate hypertension in order to provide perfusion to the brain. He was recently seen by his heart failure cardiologist in St. Louis and was started on some medication including Candesartan and Xarelto. When he started to feel these episodes of dizziness, he was unsure if it was because of his blood pressure was lower now and it was causing his symptoms to return or if it was because he was getting weak for another reason. In the last few weeks after he started on Xarelto, he noticed to have initially some bright red blood per rectum and later for several days he had some black tarry stools. He decided to stop both Xarelto and the new blood pressure medication that he was given and after 3 days of stopping Xarelto, his stools went back to normal. He continues to feel weak and continued having dizziness, but he was not sure what was the etiology in this case until last night when he could not tolerate it anymore and decided to go to the hospital for evaluation with a concern that he might be anemic from the blood loss that he had had the last few days. In the Emergency Room, the patient had initial blood work that included hemoglobin 8.7. The patient was admitted for further management.

PAST MEDICAL HISTORY: Non-Hodgkin's lymphoma, status post chemotherapy and radiation on remission, cardiomyopathy with severely reduced ejection fraction, status post AICD/pacemaker placement. He reports that his EF is around 20%. Coronary artery disease, status post CABG, atrial fibrillation, hypertension, carotid stenosis, diabetes mellitus type 2 insulin dependent, hypothyroidism.

PAST SURGICAL HISTORY: Bypass surgery in 2005, AICD placement.

SOCIAL HISTORY: He is a former smoker. He denies any current use of alcohol or illicit drugs. He lives at home with his family.

PATIENT: SOKOL,RICHARD T DR            MR: MH00229275
PT LOCATION: MPCUS                     ACCT: M88016866589
DOB: 02/14/1955 ADMIT DATE/TIME: 08/17/14  0503
                                       DISCH DATE:

ATTENDING: MELLA PICEL,CARLOS ANTONIO MD
REFERRING:

MEMORIAL HOSPITAL OF CARBONDALE
405 WEST JACKSON
CARBONDALE IL 62901
618-549-0721

HISTORY AND PHYSICAL

FAMILY HISTORY: Reviewed and remarkable for diabetes.

ALLERGIES: No known drug allergies.

MEDICATIONS: Allopurinol 300 mg daily, Lasix 40 mg twice a day, NovoLog sliding scale, Lantus 30 units every evening, Atrovent nasal spray, levothyroxine alternating doses of 125 mcg and 200 mcg every other day.  As mentioned above, he recently took himself off of Xarelto.  Previous to being on Xarelto, he was on Plavix and aspirin for anticoagulation.

REVIEW OF SYSTEMS: All systems reviewed and essentially unremarkable except for HPI.

PHYSICAL EXAMINATION:

VITAL SIGNS: Temperature 97.8, pulse 64, respiratory rate 18, blood pressure 113 /51, pulse oximetry 100% on room air.

GENERAL:  Alert and oriented x4 not in distress, laying comfortably in bed.

HEENT: Normocephalic and atraumatic.  Pupils are equal, round, and reactive to light and accommodation. Extraocular movements are intact.  Conjunctivae pallor.  Hearing grossly normal.  Moist mucous membranes.

NECK: Supple. No JVD.  No obvious bruit noted.  No lymphadenopathy. No thyromegaly.

CARDIOVASCULAR: Regular rate and rhythm.  S1 and S2 normal. No murmur, S3 or S4.  AICD/pacemaker on left side of chest.  Surgical scar from sternotomy from bypass surgery.

LUNGS: Clear to auscultation bilaterally.

ABDOMEN: Soft.  Nontender.  Nondistended.  Positive bowel sounds.  No organomegaly. No masses noted.

RECTAL: Rectal exam done in the Emergency Room and reported with brown stools with Hemoccult positive.

EXTREMITIES: Symmetric. No edema. No cyanosis.  Left foot drop from remote back surgery.

NEUROLOGICAL: No focal deficits noted except for left foot drop.  Cranial nerves II-XII are grossly intact.

SKIN: Pallor.


PATIENT: SOKOL,RICHARD T DR              MR: MH00229275
PT LOCATION: MPCUS                       ACCT: M88016866589
DOB: 02/14/1955 ADMIT DATE/TIME: 08/17/14  0503
                                                    DISCH DATE:

ATTENDING: MELLA PICEL,CARLOS ANTONIO MD
REFERRING:

MEMORIAL HOSPITAL OF CARBONDALE
405 WEST JACKSON
CARBONDALE IL 62901
618-549-0721

CONSULTATION REPORT

Body of Report

JOB ID: 573957
DATE OF SERVICE: 08/17/14

This is Carol Clark Kutscher, Nurse Practitioner, dictating a consultation.

REASON FOR CONSULTATION:  Patient with acute gastrointestinal bleed.

HISTORY OF PRESENT ILLNESS:  Dr. Sokol is a 59-year-old male who does have a significant history of multiple issues.  He does have a history of occluded RICA, elevated velocities in the LICA.  He underwent in 2008 an RICA stenting and had staged intervention to his left carotid stenosis.  He had an LICA stent implanted and had re-stenosis in 2009 with repeat stenting of a highly re-stenosed Acculink right carotid stent.

The patient had been diagnosed with tonsil-adenoid cancer.  He did experience radiation and chemotherapy and felt that may have led to the probable in-stent restenosis.  The patient also does have a history of coronary artery bypass grafting in 2005 but did have in March 2011, in Melbourne, Florida, a cardiac catheterization that showed a LIMA to the LAD with patent saphenous vein graft to the circumflex and saphenous vein graft to the RCA were patent.

His ejection fraction was 30%.  He underwent carotid doppler was found to have total occlusion of his right carotid artery, as well as atrial fibrillation with rapid ventricular response with ICD interrogation.

The patient presents to the emergency room after having continued ongoing GI bleed.  It progressed from bright blood to sticky and tarry.  Once he became very weak and symptomatic, he presented with symptomatic anemia with his H H of 8.7 and 27.2.  His previous H H had been 15.2.

The patient had been on Plavix for quite some time due to his carotid stent and had been changed to Xarelto.  Decreased his aspirin from 325 to 81 but did continue to have the GI bleed.

PAST MEDICAL HISTORY

1.  History of cardiomyopathy.

2.  History of paroxysmal atrial fib.

3.  History of hypertension.

4.  Dyslipidemia.


PATIENT: SOKOL,RICHARD T DR                MR: MH00229275
PT LOCATION: MPCUS                         ACCT: M88016866589
DOB: 02/14/1955 ADMIT DATE/TIME: 08/17/14  0503
                                                    DISCH DATE: 08/19/14

ATTENDING: MELLA PICEL,CARLOS ANTONIO MD
REFERRING:

MEMORIAL HOSPITAL OF CARBONDALE
405 WEST JACKSON
CARBONDALE IL 62901
618-549-0721

CONSULTATION REPORT

1.  Acute gastrointestinal bleed probably secondary to patient's Xarelto.

2.  History of significant peripheral vascular disease with bilateral carotid stenosis with stents.

3.  History of ischemic cardiomyopathy with an ejection fraction in the 30% range.

4.  Boston Scientific dual chamber automatic implantable cardioverter-defibrillator with no previous firing.

5.  History of paroxysmal atrial fibrillation.

6.  History of ischemic cardiomyopathy with no acute systolic heart failure at this time.

7.  History of coronary artery disease with previous coronary artery bypass grafting.

8.  History of non-Hodgkin's lymphoma.

9.  History of tonsil-adenoid cancer treated with chemotherapy and radiation.

PLAN:  The patient will have echo repeated.  We will also interrogate his device.  We will repeat carotid ultrasound.  We will monitor his fluid and maintain his systolic blood pressure 130-140.  Monitor on telemetry and accurate I O and daily weights.

Thank you for this consultation.

Again, this is Carol Clark Kutscher, Nurse Practitioner, dictating for Dr. Varadendra Panchamukhi.

_____

CAROL CLARK KUTSCHER NP
<Electronically signed by CAROL CLARK KUTSCHER NP> 08/19/14 1503
VARADENDRA PANCHAMUKHI MD


PATIENT: SOKOL,RICHARD T DR          MR: MH00229275
PT LOCATION: MPCUS                   ACCT: M88016866589
DOB: 02/14/1955 ADMIT DATE/TIME: 08/17/14   0503
                                     DISCH DATE: 08/19/14

ATTENDING: MELLA PICEL,CARLOS ANTONIO MD
REFERRING:

MEMORIAL HOSPITAL OF CARBONDALE
405 WEST JACKSON
CARBONDALE IL 62901
618-549-0721

CONSULTATION REPORT

Body of Report

JOB ID: 573946
DATE OF SERVICE: 08/17/14

REASON FOR CONSULTATION:  Anemia and gastrointestinal bleed.

HISTORY OF PRESENT ILLNESS:  Very pleasant, 59-year-old male patient
essentially past medical history significant for congestive heart failure,
history of coronary artery disease, status post CABG, hypercholesterolemia,
hypertension, chronic AFib and COPD with history of arthritis and diabetes.  He
was admitted to the hospital because he was feeling unsteady, feeling very weak
and feeling dizzy, almost passing out.  Subsequently he was brought into the
hospital.  Subsequently he was found to have anemia.

We were consulted because patient 3 weeks ago he was seen by an
electrophysiologist in St. Louis and he was started on Xarelto.  Since then he
started complaining of black stool which lasted for 2-3 weeks and then patient
decided to stop the Xarelto on his own 5 days ago and then it cleared by itself
and then he started having regular brown stool.

Patient denies any abdominal pain.  He denies any vomiting.  He did not pass
out but he was feeling lightheaded.  Patient had colonoscopy done, which was
over 10 years ago.  He never had any upper endoscopy at that time.  So, we were
consulted for further evaluation.

PAST MEDICAL HISTORY:  As mentioned in History of Present Illness.

PAST SURGICAL HISTORY:  Significant for coronary artery disease status post
CABG.

ALLERGIES:  No known drug allergies.

MEDICATION LIST:  Reviewed, documented in the chart.

PSYCHOSOCIAL:  He denies alcohol.  He denies smoking.  No history of illicit
drug abuse.

FAMILY HISTORY:  Noncontributory.

REVIEW OF SYSTEMS: Other than mentioned in History of Present Illness,
essentially benign except that patient also has history of lymphoma status post
chemo and radiation and he is in remission.

PHYSICAL EXAMINATION

PATIENT: SOKOL,RICHARD T DR          MR: MH00229275
PT LOCATION: MPCUS                   ACCT: M88016866589
DOB: 02/14/1955 ADMIT DATE/TIME: 08/17/14  0503
                                     DISCH DATE:

ATTENDING: MELLA PICEL,CARLOS ANTONIO MD
REFERRING:

MEMORIAL HOSPITAL OF CARBONDALE
405 WEST JACKSON
CARBONDALE IL  62901
618-549-0721

CASE MGMT/DISCH PLAN NOTES

DISCHARGE STATUS : Home care or self care (Routine Discharge)
UPDATED BY : Chew,Marcia
COMMENTS : ---8/17/2014 1429 by Donella Squire--- Spoke with pt in room. He is
alert and oriented. Lives at home with spouse in Marion. He is independent of
ADLS and drives. He has a cane and walker and also a w/c that was his mothers.
He has an elevated toilet seat and a walk in shower. He uses Marion CVS and CVS
mail order for Rxs and states that is how he gets his Xarelto as it is cheaper
through the mail. He denies any HHC. States his wife is his POA. She will pick
him up at dc.

TR: MI       DD: 08/19/14 1333      DOC ID: 0817-0544

DP: CLIENR      DT: 08/19/14 1333      JOB ID:

PATIENT: SOKOL,RICHARD T DR              MR:  MH00229275
PT LOCATION: MPCUS M0306-01              ACCT: M88016866589
DOB: 02/14/1955                          ADMIT DATE/TIME: 08/17/14 0503
ATTENDING: MELLA PICEL,CARLOS ANTONIO MD              DISCH DATE: 08/19/14
REFERRING:

AREMARK.COM

-262-7890

GELTMAN, EDWARD M MD

Filled 07/05/2014

Drug
Description:
DARK RED
TRIANGULAR
XA/A LOGO 20

MFR: JANSSEN

Discard See Mfr Pkg

patient for whom it was prescribed.