# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**JURY TRIAL DEMANDED**

**HANNELORE KRCH**
**Civil Action No.: 2:15-cv-06973**

## ORDER

IT IS ORDERED that Plaintiff's Motion for Leave to File Reply in Support of Motion for Voluntary Dismissal without Prejudice is hereby GRANTED.

Signed, this  11th  day of      March      , 2016

_____
Hon. Eldon E. Fallon
U.S. District Court Judge