UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>HANNELORE KRCH<br>Civil Action No.: 2:15-cv-06973 | JURY TRIAL DEMANDED |

**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Hannelore Krch, by and through her counsel of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby files this Reply to Defendants' Response in Opposition to Plaintiff's Motion for Voluntary Dismissal (Dkt. 2460) and would respectfully show the Court the following:

1. Hannelore Krch signed a retainer agreement with Kennedy Hodges, LLP on February 6, 2015 for Plaintiff's counsel to investigate and pursue a claim regarding injuries allegedly caused by her use of Xarelto.

2. Plaintiff's counsel promptly began investigating Ms. Krch's claim, including the retrieval and review of medical and pharmacy records. It was determined that Ms. Krch had in fact used Xarelto and appears to have a valid claim regarding her use of Xarelto and the subsequent injuries she suffered.

3. Ms. Krch's claim was part of a joint complaint filed by the undersigned attorney on October 30, 2015.

1

4. Undersigned counsel was notified via email on November 2, 2015 by its third party medical record retrieval vendor that records from an additional medical provider were being withheld because Ms. Krch had passed away and the medical authorization that she had signed originally on February 6, 2015 was therefore invalid.[1]

5. Ms. Krch passed away unexpectedly on July 6, 2015. Undersigned counsel was not made aware of her death at that time, or at any time prior to the complaint being filed.

6. The statute of limitations on Ms. Krch's claim has not passed, and undersigned counsel plans to refile her claim, with her estate identified as the proper party, with this Court as part of MDL No. 2592 by that time.

Accordingly, Plaintiff hereby requests that her Motion for Voluntary Dismissal without Prejudice be granted and that all claims against all defendants in this action be voluntarily dismissed, without prejudice, to be refiled in MDL No. 2592 at a later date.

Dated: March 8, 2016

           Respectfully submitted,

           KENNEDY HODGES, LLP

           By: /s/ Gabriel A. Assaad
           Gabriel A. Assaad
           gassaad@kennedyhodges.com
           711 W. Alabama St.
           Houston, TX 77006
           Telephone: (713) 523-0001
           Facsimile: (713) 523-1116

           ATTORNEY FOR PLAINTIFF

---

[1] *See* Exhibit A, Email from Angelica Rojas of Stratos Legal.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Reply to Defendants' Response in Opposition to Plaintiff's Motion for Voluntary Dismissal has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                /s/ Gabriel A. Assaad
                                Gabriel A. Assaad