
BRADLEY ARANT
BOULT CUMMINGS
LLP

Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

December 2, 2015

**Via Electronic Mail (malvarez@morrisbart.com)**

Mekel S. Alvarez
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112

Re: √Mary Bounds v. Janssen Research & Development LLC, et al.,
Civil Action No. 2:15-cv-04144 (E.D. La.)
√James N. Johnson v. Janssen Research & Development LLC, et al.,
Civil Action No. 2:15-cv-04499 (E.D. La.)
√Kenneth Karl Kaiser, et al. v. Janssen Research & Development LLC, et al.,
Civil Action No. 2:15-cv-04500 (E.D. La.)
√William Kouns, et al. v. Janssen Research & Development LLC, et al.,
Civil Action No. 2:15-cv-04502 (E.D. La.)
√Douglas Robinson, et al. v. Janssen Research & Development LLC, et al.,
Civil Action No. 2:15-cv-04505 (E.D. La.)
√Randall Smith, et al. v. Janssen Research & Development LLC, et al.,
Civil Action No. 2:15-cv-04507 (E.D. La.)
√Imond Washington v. Janssen Research & Development LLC, et al.,
Civil Action No. 2:15-cv-04510 (E.D. La.)
√Betty Wilcots v. Janssen Research & Development LLC, et al.,
Civil Action No. 2:15-cv-04513 (E.D. La.)

Dear Mr. Alvarez:

This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG has received by Registered Mail, Return Receipt Requested, the Joint Complaint in the above-captioned *Bounds* action, the severance order in *Bounds*, the list of individual cases with civil action numbers, the Short Form Complaints in the above-captioned *Johnson, Kaiser, Kouns, Robinson, Smith, Washington*, and *Wilcots* actions, and the summonses in all of the above-captioned actions. These attempts at service on Bayer Pharma AG are not effective. We are returning the documents to you.

Pre-Trial Order No. 10 in the MDL permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG . . . shall have 60 days to serve the Complaint with a Summons. For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order. Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL." Because Plaintiffs in these actions attempted service on Bayer Pharma AG by Registered Mail through the streamlined service process more than 60 days after the Complaints were docketed in the MDL, service is improper.

Sincerely,

*Lindy D Br*

Lindy D. Brown

LDB/cfo



