**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:          JURY TRIAL DEMAND

*SAMUEL MEANS, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF ETTA MEANS, DECEASED*
**Cause No.: 2:15-cv-04568**

## MOTION FOR EXTENSION OF TIME TO SERVE A PLAINTIFF FACT SHEET

COMES NOW, Rachal G. Rojas of Matthews & Associates, and files this response to the Order to Show Cause:

1. Plaintiffs' Joint Complaint filed in In Re Xareto Products Liability, MDL 2592 (E.D.La) pursuant to Pretrial Order No. 11. Plaintiffs' Joint Complaint filed on August 31, 2015 was captioned 2:15-cv-03979; *Larson et al v. Janssen Research & Development LLC et al*.

2. On September 18, 2015, pursuant to the Court's Order for severance, a Short Form Complaint was filed and the case was assigned cause number 2:15-cv-04568, *Samuel Means, Individually and as the Representative of the Estate of Etta Means, Deceased v. Janssen Research & Development LLC et al.*

3. Case Management Orders ("CMO") No. 1 and 13, require all Plaintiffs submit a Plaintiff Fact Sheet ("PFS") to the defendants using MDL Centrality within 60 days

1

from the date each plaintiff's case is filed, if filed directly in this Court, or within 60 days of the date the case is transferred to the Court.

4. In order to comply with CMOs No. 1 and 13, counsel for Plaintiff made numerous attempts to obtain a completed PFS and executed authorization from the Plaintiff, Samuel Means, beginning in August of 2015.

5. Specifically, multiple follow-up letters, phone calls, and e-mail correspondence were sent to Plaintiff Means beginning in August 2015 to his last known addresses and phone number.

6. Though counsel was initially able to make contact with Plaintiff Means – no confirmed contact had been made since September 2015.

7. Letters sent via certified mail return receipt requested to last known address as well as possible known addresses obtained from legal research subscriptions were returned undeliverable.

8. On February 26, 2016, this Court's Order to Show Cause was mailed via USPS Priority Mail to three different addresses associated with Plaintiff Means. Additionally, the Order to Show Cause was e-mailed to the last known e-mail address of Plaintiff Means and a phone call was made to his last known phone number that was no longer in service.

9. On March 4, 2016, in preparing to respond to this Court's Order, Attorney Rachal Rojas attempted one final time to reach Plaintiff Means by telephone.

10. Attorney Rachal Rojas was able to speak to Plaintiff Means. Plaintiff Means provided an updated home address and reported that he had moved since the last contact with Matthews & Associates.

11. Plaintiff Means expressed a strong desire to continue with this litigation and made a commitment to complete the PFS and authorizations as soon as possible.

12. On March 4, 2016, Plaintiff Means was mailed via Priority Express Mail a Plaintiff Fact Sheet for his review and completion, as well as a copy of this Court's Order to Show Cause [DE 2425].

13. For the reasons outlined above, Plaintiff requests twenty (20) days be granted for the service of a PFS in compliance with this Court's Orders.

WHEREFORE, Matthews & Associates moves this Court grant Plaintiff's Motion for Extension of Time to file a Plaintiff Fact Sheet to be served within 20 (twenty) days from the date of its order.

Dated: <u>March 11, 2016</u>                                   Respectfully submitted,

<div style="margin-left: 50%;">

<u>/s/ Rachal G. Rojas</u>
DAVID P. MATTHEWS
Texas Bar No.: 13206200
STEVE FARIES
Texas Bar No.: 24040884
RACHAL G. ROJAS
Texas Bar No.: 24063161
Matthews & Associates
2905 Sackett St.
Houston, TX  77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
sfaries@dpmlawfirm.com
rrojas@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF

</div>

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 11, 2016, the foregoing document was filed with the Clerk via CM/ECF. Notice of this filing will be sent by operation of the Court's electronic filings system to all parties indicated on the electronic filings receipt. Parties may access this filing through the Court's system.

                                            /s/ Rachal G. Rojas
                                            Rachal G. Rojas