**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :        MDL No. 2592
                                      :
                                      :        SECTION L
                                      :
                                      :        JUDGE ELDON E. FALLON
                                      :
                                      :        MAGISTRATE JUDGE NORTH
                                      :

THIS DOCUMENT RELATES TO:             JURY TRIAL DEMAND

*SAMUEL MEANS, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF ETTA MEANS, DECEASED*
Cause No.: 2:15-cv-04568

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion for Extension of Time to File a Plaintiff Fact Sheet; upon consideration of the pleadings and all the documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that the request for an extension of twenty (20) days for Plaintiff to complete and submit a Plaintiff Fact Sheet pursuant to Case Management Orders Nos. 1 and 13 is hereby GRANTED.

Plaintiff's Plaintiff Fact Sheet is due twenty (20) days from the entry of this Order.

NEW ORLEANS, LOUISIANA, this the _____ day of _____, 2016.


_____
JUDGE ELDON E. FALLON

1