UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Jamie Phelps ONLY;** 2:15-cv-03660

### NOTICE OF SUGGESTION OF DEATH OF PLAINTIFF

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of plaintiff, Jamie Phelps ("Plaintiff"). Plaintiff respectfully informs this court that a Motion for Substitution of Party will be likely be filed by the representative of Jamie Phelps' estate.

    Respectfully submitted

    /s/: Randi Kassan
    SANDERS PHILLIPS GROSSMAN, LLC
    Randi Kassan, Esq.
    100 Garden City Plaza, Suite 500,
    Garden City, NY 11530
    Phone: 516-741-5600
    Fax: 516-741-0128
    Email: rkassan@thesandersfirm.com
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2016, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

/s/: Randi Kassan
SANDERS PHILLIPS GROSSMAN, LLC
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500,
Garden City, NY 11530
Phone: 516-741-5600
Fax: 516-741-0128
Email: rkassan@thesandersfirm.com
Attorneys for Plaintiff