**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| **This Document Relates To:** | **SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |
| Arsenaeau v., Janssen, et. al. - 2:15-cv-03798<br>Bailey v. Janssen, et. al. - 2:15-cv-04708<br>Bayless v. Janssen, et. al. – 2:15-cv-03646<br>Booker v. Janssen, et. al. – 2:15-cv-04028<br>Bernett v. Janssen, et. al. – 2:15-cv-03649<br>Clemons-Walker v. Janssen, et. al. – 2:15-cv-04672<br>Cosmillo v. Janssen, et. al. – 2:15-cv-04030<br>Dixon v. Janssen, et. al. – 2:15-cv-04676<br>Duran v. Janssen, et. al. – 2:15-cv-03650<br>Everett v. Janssen, et. al. – 2:15-cv-4742<br>Gionet v. Janssen, et. al. – 2:15-cv-04039<br>Gohl v. Janssen, et. al. – 2:15-cv-04040<br>Gotich v. Janssen, et. al. – 2:15-cv-4745<br>Grant v. Janssen, et. al. – 2:15-cv-04685<br>Humphries v. Janssen, et. al. – 2:15-cv-03654<br>Johnson v. Janssen, et. al. – 2:15-cv-04042<br>Kozecar v. Janssen, et. al. – 2:15-cv-04691<br>Mannhalter v. Janssen, et. al. – 2:15-cv-03148<br>Marzen v. Janssen, et. al. – 2:15-cv-04752<br>Mccullen v. Janssen, et. al. – 2:15-cv-04753<br>Montalvo v. Janssen, et. al. – 2:15-cv-04048<br>Moore v. Janssen, et. al. – 2:15-cv-04697<br>Morrow v. Janssen, et. al. – 2:15-cv-04050<br>Pennix v. Janssen, et. al. – 2:15-cv-04755<br>Perry v. Janssen, et. al. – 2:15-cv-3659<br>Phelps v. Janssen, et. al. – 2:15-cv-03660<br>Rodriguez v. Janssen, et. al. – 2:15-cv-04065<br>Sarmiento v. Janssen, et. al. – 2:15-cv-03663<br>Sharma v. Janssen, et. al. – 2:15-cv-03664<br>Thompson v. Janssen, et. al. – 2:15-cv-04758<br>Van Demark v. Janssen, et. al. – 2:15-cv-4760<br>West v. Janssen, et. al. – 2:15-cv-03669<br>Wiles v. Janssen, et. al. – 2:15-cv-04709<br>Womack v. Janssen, et. al. – 2:15-cv-04075<br>Woods v. Janssen, et. al. – 2:15-cv-00460<br>Wright v. Janssen, et. al. – 2:15-cv-04711 | |

**MOTION TO APPEAR AT MARCH 16, 2016 STATUS CONFERENCE**

**TELEPHONICALLY**

Movant Randi Kassan (Counsel), counsel for Plaintiffs in the above-referenced cases, files this Motion to Appear at March 16, 2016 Status Conference Telephonically. Plaintiffs in the above-referenced cases are subject to this Court's February March 11, 2016 amended show cause order for failure to provide Plaintiff Fact Sheets or provide proof of use. Counsel has provided a copy of the show cause order to each Plaintiff and advised Plaintiffs of the consequences if they fail to provide a PFS or proof of use before the March 16 hearing. Counsel is fully able to respond to any questions from the Court through telephonic appearance and, in the interest of minimizing costs and proceeding efficiently, seeks leave of Court to appear at the March 16, 2016 status conference telephonically. A proposed order to this effect is being submitted with this Motion.

DATED: March 12, 2016                Respectfully submitted,

By:   /s/: Randi Kassan
SANDERS PHILLIPS GROSSMAN, LLC
Marc Grossman, Esq.
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500,
Garden City, NY 11530
Phone: 516-741-5600
Fax: 516-741-0128
Email: rkassan@thesandersfirm.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 12, 2016                          Respectfully submitted,

By:    /s/: Randi Kassan
SANDERS PHILLIPS GROSSMAN, LLC
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500,
Garden City, NY 11530
Phone: 516-741-5600
Fax: 516-741-0128
Email: rkassan@thesandersfirm.com
Attorneys for Plaintiff