UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| **This Document Relates To:** | SECTION:  L<br>JUDGE FALLON |
| Arsenaeau v., Janssen, et. al. - 2:15-cv-03798<br>Bailey v. Janssen, et. al. - 2:15-cv-04708<br>Bayless v. Janssen, et. al. – 2:15-cv-03646<br>Booker v. Janssen, et. al. – 2:15-cv-04028<br>Bernett v. Janssen, et. al. – 2:15-cv-03649<br>Clemons-Walker v. Janssen, et. al. – 2:15-cv-04672<br>Cosmillo v. Janssen, et. al. – 2:15-cv-04030<br>Dixon v. Janssen, et. al. – 2:15-cv-04676<br>Duran v. Janssen, et. al. – 2:15-cv-03650<br>Everett v. Janssen, et. al. – 2:15-cv-4742<br>Gionet v. Janssen, et. al. – 2:15-cv-04039<br>Gohl v. Janssen, et. al. – 2:15-cv-04040<br>Gotich v. Janssen, et. al. – 2:15-cv-4745<br>Grant v. Janssen, et. al. – 2:15-cv-04685<br>Humphries v. Janssen, et. al. – 2:15-cv-03654<br>Johnson v. Janssen, et. al. – 2:15-cv-04042<br>Kozecar v. Janssen, et. al. – 2:15-cv-04691<br>Mannhalter v. Janssen, et. al. – 2:15-cv-03148<br>Marzen v. Janssen, et. al. – 2:15-cv-04752<br>Mccullen v. Janssen, et. al. – 2:15-cv-04753<br>Montalvo v. Janssen, et. al. – 2:15-cv-04048<br>Moore v. Janssen, et. al. – 2:15-cv-04697<br>Morrow v. Janssen, et. al. – 2:15-cv-04050<br>Pennix v. Janssen, et. al. – 2:15-cv-04755<br>Perry v. Janssen, et. al. – 2:15-cv-3659<br>Phelps v. Janssen, et. al. – 2:15-cv-03660<br>Rodriguez v. Janssen, et. al. – 2:15-cv-04065<br>Sarmiento v. Janssen, et. al. – 2:15-cv-03663<br>Sharma v. Janssen, et. al. – 2:15-cv-03664<br>Thompson v. Janssen, et. al. – 2:15-cv-04758<br>Van Demark v. Janssen, et. al. – 2:15-cv-4760<br>West v. Janssen, et. al. – 2:15-cv-03669<br>Wiles v. Janssen, et. al. – 2:15-cv-04709<br>Womack v. Janssen, et. al. – 2:15-cv-04075<br>Woods v. Janssen, et. al. – 2:15-cv-00460<br>Veronica Wright v. Janssen, et. al. – 2:15-cv-04711 | MAG. JUDGE NORTH<br><br>**PROPOSED ORDER** |

## ORDER

Plaintiffs' Counsel, Randi Kassan, seeks leave to appear telephonically at the March 16, 2016 status conference. The Court is of the opinion that leave to appear telephonically should be granted. It is therefore: ORDERED THAT leave is hereby granted for Ms. Kassan to appear telephonically at the March 16, 2016 status conference.

DATED: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge