# MISSISSIPPI SMALL ESTATE AFFIDAVIT

We, Cathy Harris, Earl Ruffin, Mona Reynolds-Wilson, Michael Harris, Linda Harris, Loria Harris-Powell, Bruce Reynolds, Alan Reynolds ("Heir(s)" or "Successor(s)"), upon being duly sworn, state upon our oath and personal knowledge the following:

1. Johnnie Mae Reynolds, ("Decedent"), SS# 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, died on July 2, 2013 in Bolivar County, Mississippi, at the age of 76 years. A copy of the death certificate of the decedent is attached hereto as Exhibit "A."

2. The decedent's place of residence immediately before her death was 1526 Forest St., Shelby, Mississippi, 38774, which was the place where the principal part of his property was situated.

3. The value of the entire estate of the decedent, wherever located, excluding all liens and encumbrances thereon, does not exceed Twenty Thousand Dollars ($20,000.00)

4. No application or petition for the appointment of a personal representative of the decedent is pending, nor has a personal representative of the decedent been appointed in any jurisdiction.

5. The decedent died more than thirty (30) days prior to the execution of this Small Estate Affidavit.

6. There are no known assets of the estate of the deceased.

7. The Names and addresses of all heirs and the facts establishing the relationship to the decedent are as follows:

| Name, Address of Heir | Relationship | Status (Adult/Minor/ Incapacitated) | Relevant family history facts concerning heirship |
|---|---|---|---|
| Cathy Harris | Child | Adult | |
| Earl Ruffin | Child | Adult | |
| Mona Reynolds-Wilson | Child | Adult | |
| Michael Harris | Child | Adult | |
| Loria Harris-Powell | Child | Adult | |
| Bruce Reynolds | Child | Adult | |
| Linda Harris | Child | Adult | |
| Allen Reynolds* | Child | Adult | |

*Deceased

8. The Decedent was married but once and then to Laverna Reynolds, who predeceased the Decedent. Of the marriage between Decedent and Laverna Reynolds, two (2) children were born, namely Mona Reynolds-Wilson and Allen Reynolds who preleased the Decedent. Decedent was also the parent of Cathy Harris, Earl Ruffin, Michael Harris, Linda Harris, Loria Harris-Powell, and Bruce Reynolds. Decedent was not the parent of any other child nor did Decedent adopt any other child.

9. There is no known unpaid claimant against the decedent.

10. The decedent left no will and therefore died intestate.

   Heir(s) state that the facts contained in this Affidavit are true and correct as therein stated.

   _____
   Cathy Harris

   SWORN TO and SUBSCRIBED BEFORE ME by the above Heirs, this 29 day of February, 2016

   _____
   Notary Public, State of Mississippi

Notary's Name Printed:
Rose M. Walters

My Commission Expires: June 15, 2018

*Loria Harris-Powell*
Loria Harris-Powell

SWORN TO and SUBSCRIBED BEFORE ME by the above Heirs, this 29 day of FEBUARY, 2016

LATEEFAH OLUWATOSIN QUADRI
My Commission Expires
February 22, 2017

Notary Public, State of TEXAS

Notary's Name Printed: LATEEFAH QUADRI

My Commission Expires: 02/22/2017

_Mona Reynolds Wilson_
Mona Reynolds Wilson

SWORN TO and SUBSCRIBED BEFORE ME by the above Heirs, this 29 day of February, 2016.

_Rose M. Walters_
Notary Public, State of Mississippi

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 81572, ROSE M. WALTERS, Commission Expires June 15, 2018, BOLIVAR COUNTY]

Notary's Name Printed:
Rose M. Walters

My Commission Expires: June 15, 2016

_Earl Ruffin_
Earl Ruffin

SWORN TO and SUBSCRIBED BEFORE ME by the above Heirs, this 29 day of February 2016.

_Rose M. Walters_
Notary Public, State of Mississippi

Notary's Name Printed:
Rose M. Walters

My Commission Expires: June 15, 2018

_Linda Harris_
Linda Harris

SWORN TO and SUBSCRIBED BEFORE ME by the above Heirs, this 29 day of February, 2016.

_Carmere Scott_
Notary Public, State of Mississippi

Notary's Name Printed:
Carmere Scott

My Commission Expires: 6-14-2016



*Bruce Reynolds*
Bruce Reynolds

SWORN TO and SUBSCRIBED BEFORE ME by the above Heirs, Heir this 4th day of March, 2016. Rev

Notary Public, State of Louisiana

Notary's Name Printed:
Robert E Harris Jr

My Commission Expires: Death