UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO: 2592 MASTER DOCKET CASE: 2:14-md-02592 |
| THIS DOCUMENT RELATES TO: CASE NUMBER 2:15-cv-02427 | * * * * | JUDGE: ELDON E. FALLON |
| | * * * * | MAG. JUDGE MICHAEL NORTH |
| | * | JURY TRIAL DEMANDED |

*************************************************************************

## MOTION FOR EXTENSION OF TIME
## TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

NOW INTO COURT comes Johnnie Mae Reynolds, represented through her heirs, and through counsel Scott, Sevin & Vicknair, APLC and Varadi, Hair & Checki, APLC, in case number 2:15-cv-02427, who request additional time to satisfy plaintiff fact sheet deficiencies relative to proof of Xarelto use, as follows:

1. Plaintiff's complaint was filed on July 1, 2015 within the Eastern District Court for the State of Louisiana, case number 2:15-cv-02427.

2. The Plaintiff substantially complied with fact sheet requirements as delineated within this Court's Pre-Trial orders.

3. However, obtaining the pharmacy records (which were not included in the medical records which have been submitted) require proof of probate authority of the heirs.

4. Due to logistical issues relative to the plaintiff's estate not being probated, and eight (8) heirs located in different geographical areas of the country, finalizing a fully notarized small succession affidavit and thereafter obtaining pharmacy records has been difficult to finalize.

5. Plaintiff respectfully requests sixty (60) days to finalize probate and obtain pharmacy records, and therefore respectfully requests this Court remove this matter from the Rule to Show Cause related to Failure to Produce Proof of Xarelto Use.

WHEREFORE, Plaintiff, through undersigned counsel, respectfully request this Court grant their Motion for Extension of Time to satisfy Plaintiff fact sheet deficiencies providing Plaintiff sixty (60) additional days to probate the estate of the decedent and obtain pharmacy records thereafter.

Respectfully submitted,

Scott, Sevin & Vicknair
A Professional Law Corporation

/s/ David P. Vicknair
_____
DAVID VICKNAIR, #34135
3850 N. Causeway Blvd., Suite 1130
Metairie, Louisiana 70002
(504) 264-1057-Phone
(504) 264-5557-Facsimile
david@ssv-law.com

-and-

/s/ Galen M. Hair
_____
Galen M. Hair, T.A. (La. Bar No. 32865)
Benjamin C. Varadi (La. Bar No. 33421)
Varadi, Hair & Checki, LLC
650 Poydras St., Ste. 1550
New Orleans, LA 70130
Facsimile: (504) 613-6351

        hair@vhclaw.com
        varadi@vhclaw.com

**Attorneys for Plaintiff**