UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO: 2592<br>*<br>*  MASTER DOCKET CASE:<br>*  2:14-md-02592 |
| THIS DOCUMENT RELATES TO:<br>CASE NUMBER 2:15-cv-02427 | *<br>*<br>*  JUDGE: ELDON E. FALLON<br>*<br>*  MAG. JUDGE<br>*  MICHAEL NORTH<br>*<br>*  <u>JURY TRIAL DEMANDED</u> |

*******************************************************************************

## **<u>ORDER</u>**

THIS MATTER having come before this Court in Plaintiff's Response to Order to Show Cause and Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, upon consideration of the pleadings and all documents related to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that the request that Plaintiff be granted an additional sixty (60) days to probate the estate and produce pharmacy records, as well as Plaintiff's case be removed from the Rule to Show Cause list and not be dismissed with prejudice, is hereby GRANTED.

NEW ORLEANS, LOUISIANA this ____day of _____, 2016.

_____
JUDGE ELDON E. FALLON

1