UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO: 2592 MASTER DOCKET CASE: 2:14-md-02592 |
| THIS DOCUMENT RELATES TO: CASE NUMBER 2:15-cv-05007 | * * * * * * * * | JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH JURY TRIAL DEMANDED |

*************************************************************************

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE

NOW INTO COURT comes Sylvernia Harps, and through counsel Scott, Sevin & Vicknair, APLC and Varadi, Hair & Checki, APLC, in case number 2:15-cv-05007, who in response to the Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve s Plaintiff Fact Sheet show as follows:

1. The complaint in this matter was filed on July 1, 2015 based upon a good faith belief and communications from the client of Xarelto use and the client producing medical records to undersigned counsel and filling out the plaintiff fact sheet and authorizations in order to satisfy this Court's plaintiff fact sheet requirements.

2. Undersigned counsel undertook to obtain all of the medical records and pharmacy records of the plaintiff.

1

3. Undersigned counsel has been unable to obtain plaintiff's medical records, fact sheet, and signed authorizations.

4. Through the process of seeking to obtain medical records from Plaintiff, undersigned counsel have had communication with Plaintiff who informed undersigned counsel that Plaintiff did not have the ability to procure medical records, fill out the fact sheet and return signed authorizations, and no longer wished to pursue this claim.

5. Undersigned counsel has submitted multiple requests to Plaintiff, through email and certified mail, to obtain a completed fact sheet and signed authorizations.

6. Despite repeated attempts to obtain these documents from Plaintiff, undersigned counsel has not received a fact sheet or any signed authorizations from Plaintiff to date.

7. Additionally, undersigned counsel has submitted correspondence via certified mail to confirm Plaintiff did not want to proceed with this claim and request Plaintiff communicate with undersigned counsel on whether Plaintiff changed her mind or was able to fill out the fact sheet, authorizations, and obtain medical records.

8. Undersigned counsel's correspondence was returned undeliverable and undersigned counsel has been unable to communicate with Plaintiff any further.

> Respectfully submitted,
>
> Scott, Sevin & Vicknair
> A Professional Law Corporation
>
> /s/ David P. Vicknair
>
> _____
> DAVID VICKNAIR, #34135
> 3850 N. Causeway Blvd., Suite 1130
> Metairie, Louisiana 70002
> (504) 264-1057-Phone
> (504) 264-5557-Facsimile
> david@ssv-law.com

-and-

/s/ Galen M. Hair

_____
Galen M. Hair, T.A. (La. Bar No. 32865)
Benjamin C. Varadi (La. Bar No. 33421)
Varadi, Hair & Checki, LLC
650 Poydras St., Ste. 1550
New Orleans, LA 70130
Facsimile: (504) 613-6351
hair@vhclaw.com
varadi@vhclaw.com


**Attorneys for Plaintiff**