UNITED STATES FOR DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Xarelto (Rivaroxaban) Products Liability Litigation** | **Civil No. 2:14-md-02592-EEF-MBN** |
| | Action No.: 2:15-cv-04678 |
| Michael Floyd | **MOTION TO WITHDRAWAL AS COUNSEL OF RECORD WITHOUT SUBSTITUTION** |
| Plaintiff(s), | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | |
| Defendant(s). | |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

COMES NOW the Sanders Phillips Grossman, LLC by and through Marc Grossman and Randi Kassan and moves this Court for an Order allowing withdrawal as an attorney of record for the Plaintiff based on the following:

1. Irreconcilable differences have arisen over issues arising out of this litigation as well as over the management and direction of the litigation.

2. The Plaintiff, Michael Floyd, and counsel of record disagree over the further handling of this claim.

3. Written notice of the filing of this Motion has been sent via certified mail to the Plaintiffs' last known address, which is listed as: 13207 A Larson Court Mount Airy MD 21771.

Dated: March 14, 2016

                                          Respectfully submitted,

                                          <u>/s/: Randi Kassan</u>
                                          SANDERS PHILLIPS GROSSMAN, LLC
                                          Marc Grossman, Esq.
                                          Randi Kassan, Esq.
                                          100 Garden City Plaza, Suite 500,
                                          Garden City, NY 11530
                                          Phone: 516-741-5600
                                          Fax: 516-741-0128
                                          Email: rkassan@thesandersfirm.com
                                          Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion was served upon Plaintiff, Michael Floyd, by certified US mail, return receipt requested, and upon all parties of record electronically by CM/ECF, on March 14, 2016.

        Respectfully submitted,

        /s/: Randi Kassan
        SANDERS VIENER GROSSMAN, LLP
        Randi Kassan, Esq.
        100 Garden City Plaza, Suite 500
        Garden City, NY 11530
        Phone: 516-741-5600
        Fax: 516-741-0128
        Email: rkassan@thesandersfirm.com