# UNITED STATES FOR DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Xarelto (Rivaroxaban) Products Liability Litigation** | **Civil No. 2:14-md-02592-EEF-MBN** <br><br> Action No.: 2:15-cv-03654 |
| Jessica Humphries <br><br> Plaintiff(s), <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG <br><br> Defendant(s). | **ORDER** |

## ORDER PERMITTING SANDERS PHILLIPS GROSSMAN, LLC TO WITHDRAW AS COUNSEL OF RECORD

    THIS MATTER was heard on the Motion of Marc Grossman, Randi Kassan and Sanders Phillips Grossman, LLC. for permission to withdraw as counsel for Plaintiff and IT IS ADJUDGED that:

1. Marc Grossman Randi Kassan and Sanders Phillips Grossman, LLC. are permitted to withdraw as counsel for Plaintiff effective on the date of this Order.

2. Pleadings, motions and other papers shall be served on Plaintiff at 13207 A Larson Court Mount Airy MD 21771.

**DONE AND ORDERED** in on this 14 day of March 2016.

                                                                            _____