UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO:

CONSTANCE WILLIAMS
Civil Action No. 2:16-cv-01117

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW MOTION TO DISMISS WITHOUT PREJUDICE

THIS MATTER, having come before the Court on Plaintiff Constance Williams' Unopposed Motion to Withdraw Plaintiff's Motion to Dismiss Without Prejudice (Document 2105).

IT IS HEREBY ORDERED that Plaintiff Constance Williams' Unopposed Motion to Withdraw Motion to Dismiss Without Prejudice is GRANTED, and Plaintiff's previously filed motion (Document 2105) is hereby withdrawn.

SIGNED on __March  11th_____, 2016.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE