UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) } | MDL No. 2592 | |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L | |
| } | JUDGE FALLON | |
| } | MAG. JUDGE NORTH | |
| } | | |

This Document relates to:

   *Phillip Durham vs. Janssen Research & Development, LLC et al;*
   Civil Action No. 2:15-cv-04133

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE

**MAY IT PLEASE THE COURT:**

   Plaintiff, PHILIP DURHAM, by counsel Paul N. Schlemmer of The Schlemmer Firm, LLC, in response and opposition to the Order to Show Cause, and states the following:

   1.   The plaintiff filed the above captioned proceeding as a bundled Complaint bearing the title *Laura Banks vs. Janssen Research & Development, LLC et al*, Civil Action No. 2:15-cv-3812 on behalf of multiple plaintiffs on August 26, 2015, and thereafter filed separate short form Complaints on September 3, 2015.

   2.   In this matter, the plaintiff has previously filed motions for an extension of time for correcting plaintiff fact sheet deficiencies, due to substantial difficulty in obtaining records from plaintiff's medical providers despite numerous requests, and in the Court's recent March 8, 2016 Order was granted an extension of time to March 23 2016.

   3.   With regard to the Order to Show Cause concerning proof of Xarelto use, in the time interval between this Court's issuance of the Order to Show Cause on February 23, 2016 and the upcoming return date on October 16 2016, the plaintiff's counsel has received plaintiff's

requisite Pharmacy Records demonstrating plaintiff PHILLIP DURHAM's use of Xarelto and have provided them to the defendants by uploading these records to the MDL Centrality Website in connection with the Plaintiff's Fact Sheet.

4. Specifically, the plaintiff's pharmacy records from Walmart Pharmacy #10-589 in Louisville, Kentucky indicating that the plaintiff filled prescriptions for Xarelto in both a 15mg Tablet dosage (40 Tab prescription filled), as well as in Xarelto in a 20 mg Tablet dosage (30 Tab prescription filled). (Pharmacy Records uploaded to MDL Centrality on March 11, 2016). The delay in obtaining these records was a failure of the providers to respond to requests for medical records.

5. Accordingly, as plaintiff has provided proof of Xarelto usage, it is respectfully requested that PHILLIP DURHAM's name be removed from the Order to Show Cause list and that the motion to dismiss his claim for failure to provide pharmacy records demonstrating use of Xarelto be denied in its entirety.

6. Plaintiff further incorporates by reference the arguments set forth in the Plaintiffs' Steering Committee's Response to the Order to Show Cause.

**WHEREFORE**, Plaintiff's counsel respectfully requests that plaintiff PHILLIP DURHAM's name be removed from the Order to Show Cause List and that the motion to dismiss his claim for failure to provide proof of Xarelto usage be denied in its entirety.

Dated: March 14, 2016

                                         Respectfully Submitted,

                                         THE SCHLEMMER FIRM, LLC

                                         By: _/S/Paul N. Schlemmer
                                         Paul N. Schlemmer (NY2895415)
                                         Attorney for Plaintiff
                                         830 Third Avenue, 5th Floor
                                         New York, New York 10022

(212) 390-8030
email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 14th day of March 2016.

THE SCHLEMMER FIRM, LLC

BY: /S/ Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com