UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| Davis v. Janssen Research & ) | |
| Development, LLC, et al. ) | |
| Case No. 2: 15-cv-6103-EEF-MBN ) | |
| Plaintiff Anna Davis ) | |
| _____ ) | |

**UNOPPOSED MOTION FOR SUBSTITUTION OF PARTY
PURSUANT TO RULE 25(a)(1)**

COMES NOW counsel for Plaintiff Anna Davis, now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves to substitute Danielle Cole, a surviving child and successor of Plaintiff Anna Davis, as a named party in place of Plaintiff Anna Davis, deceased. Plaintiff's counsel previously filed a Statement Noting a Party's Death (ECF No. 2232) on February 17, 2016 indicating the death of Plaintiff Anna Davis during the pendency of this action. Plaintiff's counsel would now further show that Plaintiff Anna Davis died on or about September 9, 2015, and is survived by her children, Danielle Cole and Jillene Ricci. Moreover, on March 2, 2016, counsel for the named Janssen Defendants (*i.e.*, Janssen Research & Development LLC, Janssen Ortho LLC, and Janssen Pharmaceuticals, Inc.) and on March 9, 2016 counsel the named Bayer Defendants (*i.e.*, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG), respectfully, indicated via email correspondence that Defendants do not oppose Danielle Cole's substitution as party Plaintiff.

1

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an order permitting the substitution of Daniele Cole as a named party in place of Plaintiff Anna Davis, deceased.

Respectfully submitted,

Dated: New York, New York
March 14, 2016

By: */s/ Michael A. London*
Michael A. London
DOUGLAS & LONDON, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Phone: (212) 566-7500
Fax: (212) 566-7501
Email: mlondon@douglasandlondon.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Michael A. London*
Michael A. London