UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Davis v. Janssen Research & Development, LLC, et al. <br> Case No. 2: 15-cv-6103-EEF-MBN <br> Plaintiff Anna Davis | | |

## **ORDER**

This matter, having come before the Court on Plaintiff Counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Danielle Cole on behalf of her deceased mother, Plaintiff Anna Davis, may be substituted for Plaintiff Anna Davis as the proper party plaintiff in this action.

New Orleans, Louisiana this __ day of __ 2015.

                                                                                                                   Honorable Eldon E. Fallon
                                                                                                                   United States District Court Judge