| | |
|---|---|
| **From:** | Kelly Brilleaux |
| **To:** | Rachel L. Denlinger |
| **Cc:** | Christopher L. Schnieders; Patricia Slentz-Howard; James Irwin |
| **Subject:** | RE: Proposed Stipulation for Dismissal Without Prejudice; Jackson, 2:15-CV-05638 |
| **Date:** | Friday, January 08, 2016 3:37:05 PM |
| **Attachments:** | image001.png |

All,

I have spoken with counsel for Janssen and Bayer and the Defendants are unable to agree to the filing of a stipulation for dismissal without prejudice in this matter. If your client is willing to file a dismissal with prejudice, please let us know and we will get it on file. Thank you.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Rachel L. Denlinger [mailto:rdenlinger@wcllp.com]
**Sent:** Tuesday, December 22, 2015 5:01 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Christopher L. Schnieders <cschnieders@wcllp.com>; Patricia Slentz-Howard <pslentz-howard@wcllp.com>; James Irwin <jirwin@irwinllc.com>
**Subject:** RE: Proposed Stipulation for Dismissal Without Prejudice; Jackson, 2:15-CV-05638

Ms. Brilleaux,

Per our conversation earlier, please see our attached revised Stipulation for Dismissal without Prejudice. As we discussed, our client wants to dismiss without prejudice in case records come to light in the future that prove that Mr. Jackson was on Xarelto at the time of his injury.

We look forward to hearing from you once you've had a chance to discuss this with counsel for Janssen and Bayer. I will actually be out of the office after tomorrow on maternity leave, so you can contact Chris Schnieders or Patty Slentz-Howard in my absence.

Thanks!

Rachel Denlinger
Paralegal
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Direct: (816) 701-1155
rdenlinger@wcllp.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please call (816) 701-1109.

**From:** Rachel L. Denlinger
**Sent:** Tuesday, December 22, 2015 11:37 AM
**To:** 'jirwin@irwinllc.com'
**Cc:** Christopher L. Schnieders; Patricia Slentz-Howard
**Subject:** Proposed Stipulation for Dismissal Without Prejudice; Jackson, 2:15-CV-05638

*Mae Helen Jackson, Individually, and as Wrongful Death Heir of Russell Jackson, Deceased v. Janssen Research & Development, et al.; 2: 15-cv-05638*

Mr. Irwin,

We would like to dismiss the above referenced case without prejudice. Please see our attached proposed Stipulation of Dismissal. Please advise if this meets with your approval.

Regards,

Rachel Denlinger
Paralegal
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Direct: (816) 701-1155
rdenlinger@wcllp.com

The Missouri Bar Disciplinary Counsel requires all Missouri lawyers to notify all recipients of e-mail that (1) e-mail communication is not a secure method of communication; (2) any e-mail that is sent to you or by you may be copied and held by various computers it passes through as it goes from me to you or vice versa; (3) persons not participating in our communication may intercept our communications by improperly accessing your computer or my computer or even some computer unconnected to either of us which the e-mail passed through. I am communicating to you via e-mail because you have consented to receive communications via this medium. If you change your mind and want future communications to be sent in a different fashion, please let me know AT ONCE.
The information contained in this e-mail transmission is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of

this transmission is strictly prohibited. If you have received this transmission in error, please call (816) 701-1109.