UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE NORTH |
| AUDREY VEAL | <u>JURY TRIAL DEMANDED</u> |
| 2:16-cv-1915 | |

## SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, AUDREY VEAL, is identified more fully in Paragraph 1 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 319 East Church Street Apt D11. Sandersville, Georgia 31082.

4. The Xarelto User resides (or if deceased, resided at the time of death) at 319 East Church Street Apt D11. Sandersville, Georgia 31082.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: March 14, 2016

                                                By: */s/ Derek H. Potts*
                                                    Derek H. Potts
                                                    THE POTTS LAW FIRM, LLP
                                                    100 Waugh Drive, Suite 350
                                                    Houston, Texas  770070
                                                    Phone:  (713) 963-8881
                                                    Fax:  (713) 583-5388
                                                    dpotts@potts-law.com
                                                    *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on 14th day of March 2016 a copy of the foregoing was sent through the Eastern District of Louisiana eFiling system to the registered attorneys of record.

> */s/ Derek H. Potts*
> Derek H. Potts