UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

HAYES DOWELL
Civil Action No.: 2:15-cv-00527

ALI FAVORS
Civil Action No.: 2:15-cv-00618

GWYNN SMITH, Individually and on Behalf of the Estate of FANNIE DOGGETT
Civil Action No.: 2:15-cv-01249

JENNIFER GLEATON
Civil Action No.: 2:15-cv-01251

GEORGE MCCUNE
Civil Action No.: 2:15-cv-01252

SHEILA FARROW, Individually and on Behalf of the Estate of SHEILA MCKOY
Civil Action No.: 2:15-cv-01253

TIMOTHY SCOTT
Civil Action No.: 2:15-cv-01254

REBECCA STEVENS
Civil Action No.: 2:15-cv-01255

DOUGLAS MCDOWELL
Civil Action No.: 2:15-cv-02439

ALICE STEPHENS
Civil Action No.: 2:15-cv-04371

1

**JOY SOLITO**
Civil Action No.: 2:15-cv-05172

**ANDY ARDIE**
Civil Action No.: 2:15-cv-05611

**RUBY DUFRENE**
Civil Action No.: 2:15-cv-06966

**SANDRA DUNN**
Civil Action No.: 2:15-cv-06968

**JANICE FLICK**
Civil Action No.: 2:15-cv-06970

**HANNELORE KRCH**
Civil Action No.: 2:15-cv-06973

**NANCY HALL**
Civil Action No.: 2:15-cv-07088

**CAROL HANNAH**
Civil Action No.: 2:15-cv-07090

**PAMELA HODGKINS**
Civil Action No.: 2:15-cv-07091

**ROBERT HOWARD**
Civil Action No.: 2:15-cv-07092

**JAMES GARDNER**
Civil Action No.: 2:15-cv-07093

**ABBIE NAPIER**
Civil Action No.: 2:15-cv-07094

**TAMMIE PEARSON**
Civil Action No.: 2:15-cv-07095

**ELAINE RUFFA**
Civil Action No.: 2:15-cv-07096

**MURPHY SMITH**
Civil Action No.: 2:15-cv-07098

**DAVID WHITE**
Civil Action No.: 2:15-cv-07099

**CONNIE LEGER, RUTH SINGER, and RITA HUGHES, Individually and on Behalf of the Estate of RUBY DUFRENE**
Civil Action No.: 2:15-cv-07141

**THOMAS LIVELY**
Civil Action No.: 2:16-cv-00569

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

COMES NOW, Donald C. Green II of the law firm Kennedy Hodges, LLP and formally enters his appearance as counsel for the Plaintiffs in the above captioned matters.

Dated: March 14, 2016

                                                              Respectfully submitted,

                                                              KENNEDY HODGES, LLP

                                                              By: /s/ Donald C. Green II
                                                              Donald C. Green II
                                                              dgreen@kennedyhodges.com
                                                              711 W. Alabama St.
                                                              Houston, TX 77006
                                                              Telephone: (713) 523-0001
                                                              Facsimile: (713) 523-1116

## CERTIFICATE OF SERVICE

      I hereby certify that that on the 14th of March, 2016, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                      /s/ Donald C. Green II
                                                         Donald C. Green II