UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**SHEILA FARROW, Individually and on Behalf of the Estate of SHEILA MCKOY**
Civil Action No.: 2:15-cv-01253

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE

Now comes Plaintiff Sheila Farrow, individually and on behalf of the Estate of Sheila McKoy, identified as Claimant No. 8 in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Doc. 2374) and by and through undersigned counsel submits this, her response in opposition to the Order to Show Cause and shows as follows:

1. Ms. Sheila Farrow contacted undersigned counsel regarding a potential claim involving her mother Sheila McKoy's use of Xarelto and alleged subsequent injury.

2. Undersigned counsel undertook the task of securing and obtaining medical and pharmacy records prior to the filing of the lawsuit.

3. Some medical and pharmacy records were received prior to the filing of the complaint.

4. The complaint in this matter was filed on April 20, 2015 while record requests from some providers were still pending. The complaint was filed in good faith before all records were received to comply with the statute of limitations for Ms. McKoy's claim.

5. After receipt of additional records, undersigned counsel has been unable to confirm that Ms. McKoy took Xarelto.

6. Undersigned counsel has communicated with Ms. Farrow regarding the need to obtain records that demonstrate proof of ingestion and an injury relating to Xarelto. Ms. Farrow has been unable to provide such documentation to date.

7. Undersigned counsel continues efforts to obtain full medical records to document usage and injury.

8. Additionally, undersigned counsel has informed Ms. Farrow that the Court will be addressing this motion, and the implications of any ruling reached by the Court.

Accordingly, undersigned counsel requests that Ms. Farrow's claim not be dismissed with prejudice for failure to show use of Xarelto, and that Ms. Farrow be given a reasonable amount of time to obtain the relevant records documenting use of Xarelto.

Dated: March 14, 2016

Respectfully submitted,

KENNEDY HODGES, LLP

By: /s/ Gabriel A. Assaad
Gabriel A. Assaad
gassaad@kennedyhodges.com
Donald C. Green II
dgreen@kennedyhodges.com
711 W. Alabama St.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that that on March 14, 2016, a copy of the foregoing Motion for Dismissal has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                               /s/ Gabriel A. Assaad
                                                Gabriel A. Assaad