UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____:

THIS DOCUMENT RELATES TO:

RICHARD L. HEARNE AND MARILYNN HEARNE

CIVIL ACTION NO. 2:15-cv-4180

MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY
IN THE ORDER TO SHOW CAUSE ON MARCH 16, 2016

Counsel for Plaintiffs Richard Hearne and Marilynn Hearne hereby requests leave to participate telephonically in the 3/16/16 Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use set by the Court's 2/23/16 Order.

Counsel for Plaintiffs, Matthew McCarley, respectfully requests to appear at the Order to Show Cause via telephone.

Although Plaintiff's Counsel cannot appear personally, an appearance telephonically by Mr. McCarley would allow Plaintiff's Counsel to show that Plaintiff's case should not be dismissed. An appearance telephonically would not prejudice either party.

WHEREFORE, Plaintiffs respectfully request that this Court allow leave for Plaintiffs' Counsel, Matthew R. McCarley, to appear telephonically at the Order to Show Cause on March 16, 2016.

A Proposed Order is attached.

DATED this 14th day of March, 2016.

Respectfully Submitted,

**/s/ Matthew R. McCarley**
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com

**Fears Nachawati, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

Attorney for the Plaintiffs,
Richard hearne and marilynn hearne