# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**TIMOTHY SCOTT**
**Civil Action No.: 2:15-cv-01254**

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE

Now comes Plaintiff, Timothy Scott, identified as Claimant No. 15 in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Doc. 2374) and submits this, his response in opposition to the Order to Show Cause and shows as follows:

1. Mr. Scott contacted undersigned counsel regarding injuries allegedly sustained while taking Xarelto.

2. Undersigned counsel undertook the task of securing and obtaining medical and pharmacy records prior to the filing of the lawsuit.

3. Some medical and pharmacy records were received prior to the filing of the complaint.

4. The complaint in this matter was filed on April 20, 2015 while record requests from some providers were still pending. The complaint was filed in good faith before all records were received to comply with the statute of limitations for Mr. Scott's claim.

5. After receipt of additional records, undersigned counsel has been unable to confirm that Mr. Scott took Xarelto.

6. Undersigned counsel has communicated with Mr. Scott regarding the need to obtain records that demonstrate proof of ingestion and an injury relating to Xarelto. Mr. Scott has been unable to provide such documentation to date.

7. Undersigned counsel continues efforts to obtain full medical records to document usage and injury.

8. Additionally, undersigned counsel has informed Mr. Scott that the Court will be addressing this motion and the implications of any ruling reached by the Court.

Accordingly, undersigned counsel requests that Mr. Scott's claim not be dismissed with prejudice for failure to show use of Xarelto, and that Mr. Scott be given a reasonable amount of time to obtain the relevant records documenting use of Xarelto.

Dated: March 14, 2016

        Respectfully submitted,

        KENNEDY HODGES, LLP

        By: /s/ Gabriel A. Assaad
        Gabriel A. Assaad
        gassaad@kennedyhodges.com
        Donald C. Green II
        dgreen@kennedyhodges.com
        711 W. Alabama St.
        Houston, TX 77006
        Telephone: (713) 523-0001
        Facsimile: (713) 523-1116

        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that that on March 14, 2016, a copy of the foregoing Motion for Dismissal has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  /s/ Gabriel A. Assaad
                                                   Gabriel A. Assaad