UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

REBECCA STEVENS
Civil Action No.: 2:15-cv-01255

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET

Now comes Plaintiff Rebecca Stevens, identified as Claimant No. 66 in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 2375), and by and through undersigned counsel submits this, her response in opposition to the Order to Show Cause and shows as follows:

1. Ms. Stevens initially provided a detailed account of her use of Xarelto that suggested use of the pharmaceutical in the manner intended and an alleged injury consistent with the types of bleeding events which Xarelto is suspected to cause.

2. Soon after entering into an agreement to represent Ms. Stevens, undersigned counsel ordered medical records and pharmacy records from the providers she identified.

3. The complaint in this matter was filed on April 20, 2015 based upon a good faith belief that Ms. Stevens had taken and ingested Xarelto and suffered an injury related thereto. The complaint was filed before records were received to comply with the statute of limitations for Ms. Stevens' claim.

4. After the receipt of the medical and pharmacy records, undersigned counsel was unable to verify that Ms. Stevens took Xarelto or suffered an injury related thereto.

5. Concurrently with efforts to obtain records, undersigned counsel sent Ms. Stevens the Plaintiff Fact Sheet questionnaire and specific authorizations required by Defendants. Plaintiff's counsel received no response from Ms. Stevens.

6. Plaintiff's counsel has continuously made effort to contact Ms. Stevens with multiple follow-up letters and phone calls to her last known address and phone number. These efforts have been unsuccessful to date.

Accordingly, undersigned counsel requests that Ms. Stevens' claim not be dismissed with prejudice for failure to submit a Plaintiff Fact Sheet and that counsel have additional time to contact Ms. Stevens and obtain the required information.

Dated: March 14, 2016

Respectfully submitted,

KENNEDY HODGES, LLP

By: /s/ Gabriel A. Assaad
Gabriel A. Assaad
gassaad@kennedyhodges.com
Donald C. Green II
dgreen@kennedyhodges.com
711 W. Alabama St.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I hereby certify that that on March 14, 2016, a copy of the foregoing Motion for Dismissal has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                /s/ Gabriel A. Assaad
                                                                  Gabriel A. Assaad