# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br> **SECTION L** <br><br> **JUDGE ELDON E. FALLON** <br><br> **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

**ALI FAVORS**
**Civil Action No.: 2:15-cv-00618**

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET

Now comes Plaintiff Ali Favors, identified as Claimant No. 25 in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 2375), and by and through undersigned counsel submits this, his response in opposition to the Order to Show Cause and shows as follows:

1. Mr. Favors initially provided detailed account of his use of Xarelto that suggested use of the pharmaceutical in the manner intended and an alleged injury consistent with the types of bleeding events which Xarelto is suspected to cause.

2. Soon after entering into an agreement to represent Mr. Favors, undersigned counsel ordered medical records and pharmacy records from the providers he identified.

3. The complaint in this matter was filed on February 26, 2015 based upon a good faith belief that Mr. Favors had taken and ingested Xarelto and suffered an injury related thereto. The complaint was filed before records were received to comply with the statute of limitations for Mr. Favors' claim.

4. Stratos Legal, undersigned counsel's medical records vendor at the time, eventually determined that no records could be located from the providers identified by Mr. Favors.

5. Concurrently with efforts to obtain records, undersigned counsel sent Mr. Favors the Plaintiff Fact Sheet questionnaire and specific authorizations required by Defendants. Plaintiff's counsel received no response from Mr. Favors.

6. Continuous efforts have been made to contact Mr. Favors by telephone, mail, email, and text message since May 2015. These efforts have been unsuccessful to date.

Accordingly, undersigned counsel requests that Mr. Favors' claim not be dismissed with prejudice for failure to submit a Plaintiff Fact Sheet and that counsel have additional time to contact Mr. Favors and obtain the required information.

Dated: March 14, 2016

Respectfully submitted,

KENNEDY HODGES, LLP

By: /s/ Gabriel A. Assaad
Gabriel A. Assaad
gassaad@kennedyhodges.com
Donald C. Green II
dgreen@kennedyhodges.com
711 W. Alabama St.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that that on March 14, 2016, a copy of the foregoing Motion for Dismissal has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                  /s/ Gabriel A. Assaad
                                  Gabriel A. Assaad