# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>Jamie Sams, Individually and as the Alleged Personal Representative of the Estate of Arleta Tullis v. Janssen, et. al. - 2:15-cv-03644<br>Gary Davis v. Janssen, et. al. - 2:15-cv-03873 | **MDL NO. 2592**<br><br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG.JUDGE NORTH** |

## MOTION TO APPEAR AT MARCH 16, 2016 STATUS CONFERENCE TELEPHONICALLY

Movant Melissa Mendoza (Counsel), counsel for Plaintiffs in the above-referenced cases, files this Motion to Appear at the March 16, 2016 Status Conference Telephonically. Plaintiffs in the above-referenced cases are subject to this Court's March 11, 2016 amended show cause order for failure to provide Plaintiff Fact Sheets. Counsel is fully able to respond to any questions from the Court through telephonic appearance and, in the interest of minimizing costs and proceeding efficiently, seeks leave of Court to appear at the March 16, 2016 status conference telephonically. A proposed order to this effect is being submitted with this Motion.

1

DATED:   March 14, 2016                               Respectfully submitted,

                                                      Bernstein Liebhard LLP

                                                       /s/ Melissa Mendoza, Esq.
                                                      Sandy Liebhard, Esq.
                                                      Melissa Mendoza, Esq.
                                                      10 East 40th Street
                                                      New York, New York 10016
                                                      Tel: (212) 779-1414
                                                      Fax: (212) 779-3218
                                                      Email: Liebhard@bernlieb.com
                                                               mmendoza@bernlieb.com

                                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: March 14, 2016

Respectfully submitted,

Bernstein Liebhard LLP

/s/ Melissa Mendoza, Esq.

Sandy Liebhard, Esq.
Melissa Mendoza, Esq.
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Email: Liebhard@bernlieb.com
mmendoza@bernlieb.com

*Attorneys for Plaintiffs*