UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br><br>Jamie Sams, Individually and as the Alleged Personal Representative of the Estate of Arleta Tullis v. Janssen, et. al. - 2:15-cv-03644<br>Gary Davis v. Janssen, et. al. - 2:15-cv-03873 | **MDL NO. 2592**<br><br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG.JUDGE NORTH**<br><br>**PROPOSED ORDER** |

## ORDER

Plaintiffs' Counsel, Melissa Mendoza, seeks leave to appear telephonically at the March 16, 2016 status conference. The Court is of the opinion that leave to appear telephonically should be granted. It is therefore: ORDERED THAT leave is hereby granted for Ms. Mendoza to appear telephonically at the March 16, 2016 status conference.

DATED: _____

                                                                                                                    _____
                                                                                                                     Honorable Eldon E. Fallon
                                                                                                                     U.S. District Court Judge