**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** <br><br> **This Document Relates To:** <br><br> Jamie Sams, Individually and as the Alleged Personal Representative of the Estate of Arleta Tullis v. Janssen, et. al. - 2:15-cv-03644 <br> Gary Davis v. Janssen, et. al. - 2:15-cv-03873 | **MDL NO. 2592** <br><br><br> **SECTION: L** <br> **JUDGE FALLON** <br> **MAG.JUDGE NORTH** <br><br> **PROPOSED ORDER** |

**ORDER**

Plaintiffs' Counsel, Melissa Mendoza, seeks leave to appear telephonically at the

March 16, 2016 status conference.  The Court is of the opinion that leave to appear

telephonically should be granted.  It is therefore: ORDERED THAT leave is hereby granted for

Ms. Mendoza to appear telephonically at the March 16, 2016 status conference.


DATED: _____


                           _____
                           Honorable Eldon E. Fallon
                           U.S. District Court Judge