| | | | |
|---|---|---|---|
| Patient Name: | MICHAEL D. STACKHOUSE | Date of Birth: 06/29/1957 | Age: 55 |
| PCP: | DANKA MICHAELS, M.D. | Visit Date: 06/27/2013 | |

**Reason for Visit / Interval History:**
Followup evaluation. He was back in atrial fibrillation, required Pronestyl to convert him to sinus rhythm in the emergency room. He is in sinus bradycardia, rate of 50, first-degree AV block on 100 mg b.i.d.. He has failed amiodarone therapy before Multaq therapy. He has had two ablations at UCLA and one mini-maze by Dr. Mavroidis with postoperative Dressler syndrome.

**Past, Family, and Social History:**
Since the last visit, there are no changes in past medical, surgical, social, or family history.
There are no barriers to medical care.

**Medications:**
Lasix 20 MG Tablet (Sig: 1 tablet QD, Qty: 90 Bottle) Refill 3
Lasix 20 MG Tablet (Sig: 1 TAB QD, Qty: 90 Bottle) Refill 3
Magnesium oxide 400 MG Tablet (Sig: 1 tablet QD, Qty: 30 Tablet) Refill 6
Lasix 20 MG Tablet (Sig: 1 tablet PRN, Qty: 30 Tablet) Refill 6
Amlodipine besylate 10 MG Tablet (Sig: 1 QD, Qty: 30) Refill 6
Potassium chloride 20 MEQ Tablet Extended Release (Sig: 1 tablet PRN, Qty: 30 Bottle) Refill 6
Magnesium 400 MG Capsule (Sig: 1 QD, Qty: 60 Tablet)
Metoprolol tartrate 50 MG Tablet (Sig: 1 QPM, Qty: 30) Refill 6
Metoprolol tartrate 100 MG Tablet (Sig: 1 QAM, Qty: 30) Refill 6
Coumadin 5 MG Tablet (Sig: 1 QD, Qty: 30 Tablet)
Lisinopril 20 MG Tablet (Sig: 1 BID, Qty: 60 Tablet)
Medications reconciled and allergies were reviewed and updated.

**Physical Examination:**
Cardiovascular: Jugular veins are flat. There is no head bobbing or cyanosis. There is no ankle edema. Peripheral pulses are felt bilaterally and with good volume. There are no precordial thrills or heaves on palpation of precordium. Apical impulse is not displaced. There are no carotid, abdominal, or femoral artery bruits.

Pulmonary: Accessory muscles of respiration are not active. There is no tachypnea or clubbing. There are no chest cavity abnormalities. On auscultation, there is adequate entry into both lung fields. There are no adventitious sounds.

The rest of the physical examination is unremarkable and available on file for review.

**Diagnoses:**
Obesity.
Hypertensive heart disease.
Atrial fibrillation.
Diastolic heart failure.
Degenerative joint disease of spine.

| | | | |
|---|---|---|---|
| Patient Name: | MICHAEL D. STACKHOUSE | Date of Birth: 06/29/1957 | Age: 55 |
| PCP: | DANKA MICHAELS, M.D. | Visit Date: 06/27/2013 | |

**Discussion:**
At this point, certainly cryoablation may be an option. We have to look at all the options available to him in the long run. In the interim, I have asked him to stay on the warfarin since Xarelto caused hematuria. He needs to have a pro-time done tomorrow. He feels that hypomagnesemia is causing his recurrent atrial fibrillation, which may be a contributing component. We will get his labs done tomorrow and see him in eight weeks.

**Follow Up:**
Recommended: After two months.
Next visit date on schedule: 06/28/2013, time: 9:30 AM.

NICHOLAS TSELIKIS, M.D., F.A.C.C.
NT/M2/sin/smn/062913