Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) |
| | ) SECTION:  L |
| **This Document Relates To:** | ) JUDGE FALLON |
| | ) MAG. JUDGE NORTH |
| *Cases listed in Attached Schedule A* | ) ) |

**MOTION FOR LEAVE TO FILE SECOND SUPPLEMENT TO
MOTION FOR EXTENSION OF TIME WITHIN WHICH
TO SERVE PROCESS**

Plaintiffs in the cases listed in attached Schedule A, through undersigned counsel, respectfully request that this Court grant this Motion for Leave to File Second Supplement to Motion for Extension of Time Within Which to Serve Process.  Defendant Bayer Pharma AG today sent a letter to Plaintiffs' counsel regarding Plaintiffs' efforts to effect service of process via PTO 10's streamlined process.  The Second Supplement serves both to provide a copy of Bayer Pharma AG's letter to the Court and to explain to the Court the significance of this correspondence to the underlying motion.

**MOTION FOR LEAVE TO SUBMIT REVISED PROPOSED ORDER**                                        Page 1

DATED: March 14, 2016								Respectfully submitted,

													By:	/s/ *Charles G. Orr*  
														Charles G. Orr, TX Bar No. 00788148  
														THE MULLIGAN LAW FIRM  
														3710 Rawlins Street, #901  
														Dallas, Texas 75219  
														Telephone: (214) 219-9779  
														Facsimile: (214) 520-8789  
														*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

													By:	/s/ Charles G. Orr  
														Charles G. Orr  
														Attorney for Plaintiff

**MOTION FOR LEAVE TO SUBMIT REVISED PROPOSED ORDER**							Page 2