# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Cases listed in Attached Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process* [*Dkt. No. 2472*] | ) MDL No. 2592<br>)<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>)<br>) |

## ORDER

Plaintiffs seek leave to supplement their Motion for Extension of Time Within Which to Serve Process with a Second Supplement and Exhibit pertinent to that Motion.  The Court is of the opinion that leave to supplement should be granted.  It is therefore:

ORDERED THAT leave is hereby granted for the Plaintiffs listed in Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process to file their Second Supplement and Exhibit as described above.

DATED: _____          _____
                                                                    Hon. Eldon E. Fallon
                                                                    United States District Court Judge