Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX 75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) **MDL No. 2592** |
| | ) |
| | ) **SECTION: L** |
| **This Document Relates To:** | ) **JUDGE FALLON** |
| | ) **MAG. JUDGE NORTH** |
| *Cases listed in Schedule A to Docket # 2472* | ) |
| | ) |
| | ) |

## SECOND SUPPLEMENT TO MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

On March 3, 2016, Plaintiffs filed a Supplement [Dkt. # 2548] to their Motion for Extension of Time Within Which to Serve Process [Dkt. # 2472] showing that, as of March 2, Plaintiffs served process on Bayer Pharma AG via the streamlined PTO 10 process. Plaintiffs were aware that their motion for extension of time was still pending and that, accordingly, service would not be effective unless and until this Court granted their extension of time.

Bayer Pharma AG and Bayer HealthCare Pharmaceuticals Inc. (BHCP) filed a response in opposition to Plaintiffs' motion for extension of time on March 7.

But Bayer Pharma AG apparently is not content to merely oppose the motion. Today (March 14), Bayer Pharma AG, through counsel, sent Plaintiffs a letter (via email) stating that "service in the [cases that are the subject of the motion for extension of time] is improper"

because it was attempted "more than 60 days after the Complaint[s] w[ere] docketed in the MDL." The letter ended with, "We are returning the documents to you." See Exhibit A to this Second Supplement (March 14, 2016 letter from counsel for Bayer Pharma AG).

This Court should reject Bayer Pharma AG's apparent attempt to moot Plaintiffs' March 2 compliance with PTO 10. Plaintiffs respectfully request that this Court include in its order granting Plaintiffs' motion for extension of time the following statement: "Plaintiffs have effected service on Bayer Pharma AG through the streamlined provision in PTO 10 and need not take any further action to serve Bayer Pharma AG."


DATED: March 14, 2016                Respectfully submitted,


                            By:    /s/ Charles G. Orr
                                   Charles G. Orr, TX Bar No. 00788148
                                   THE MULLIGAN LAW FIRM
                                   3710 Rawlins Street, #901
                                   Dallas, Texas 75219
                                   Telephone: (214) 219-9779
                                   Facsimile: (214) 520-8789
                                   *Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                            By:    /s/ Charles G. Orr
                                   Charles G. Orr
                                   Attorney for Plaintiff

# EXHIBIT A



Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

March 14, 2016

**Via Electronic Mail (corr@mulliganlaw.com)**

Charles G. Orr
The Mulligan Law Firm
3710 Rawlins St., Suite 901
Dallas, Texas 75219

      Re:    Joan MacLeod, et al. v. Janssen Research & Development LLC, et al.,
             Civil Action No. 2:15-cv-07153 (E.D. La.) and 5 Severed Plaintiffs

Dear Mr. Orr:

This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG received the *Joan MacLeod* Joint Complaint, the severance order, summonses and short form complaints for the five severed plaintiffs, and a Summons in the *Joan MacLeod* case by Registered Mail in a second attempt at service in the above-captioned action.

Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, and on Bayer HealthCare Pharmaceuticals Inc. ("BHCP") by Certified Mail under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG or BHCP shall have 60 days to serve the Complaint with a Summons. For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order. Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL."

In my letter dated February 19, 2016, I noted that "PTO 10 requires that plaintiffs make service on Bayer Pharma AG under PTO 10 within 60 days of docketing of the Complaint in the MDL" but stated that "Bayer Pharma AG [would] accept corrected service in this matter without regard to the 60-day period if the corrected service [was] post-marked within 10 days of the date of this letter."

Because Plaintiff attempted service on Bayer Pharma AG by Registered Mail through the streamlined service process more than 60 days after the Complaint was docketed in the MDL and more than 10 days after my letter dated February 19, 2016, service is improper. We are returning the documents to you.

                                Sincerely,

                                Lindy D. Brown

LDB/cfo