UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : | MDL No. 2592 <br><br> MASTER DOCKET CASE: 2:14-MD-02592 <br><br> JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: <br><br> *Gary Davis v. Janssen Research & Development LLC, et al.* | | CASE NO.: 2: 15-cv-03873 <br><br> SECTION: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH <br><br> <u>JURY TRIAL DEMANDED</u> |

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET

NOW INTO COURT comes Plaintiff, Gary Davis, and through undersigned counsel Bernstein Liebhard LLP who in response to the Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet show as follows:

1. Plaintiff's Joint Complaint, pursuant to Pretrial Order No. 11, was filed on August 27, 2015.

2. In order to comply with CMOs No. 1 and 13, undersigned counsel made numerous attempts to obtain a completed fact sheet and signed authorizations from Plaintiff.

3. Plaintiff was unresponsive and/or uncooperative in multiple contact attempts from October 2015 through January 2015.

4. Unbeknownst to undersigned counsel, Plaintiff sought representation from his local area for this matter and retained Ryan J. Brown, Esq. of the law firm, Reyes, Brown, Reilley. Attorney Ryan J. Brown filed a Complaint on behalf of Plaintiff on August 28, 2015 in In Re Xarelto Products Liability, MDL 2592 (E.D.La) and assigned case number 2:15-cv-03923.

5. Since March 1, 2016, the undersigned counsel and Ryan J. Brown, Esq. have been in contact regarding Plaintiff's dual representation in this litigation.

6. Plaintiff has expressed to undersigned counsel a strong desire to proceed with case number 2:15-cv-03923 and with Ryan J. Brown, Esq. as his counsel.

WHEREFORE, undersigned counsel and Plaintiff respectfully requests that the court solely dismiss with prejudice case number 2:15-cv-03873.

Dated: March 14, 2016

Respectfully submitted,

Bernstein Liebhard LLP

/s/ Melissa Mendoza, Esq.
Melissa Mendoza, Esq.
Sandy Liebhard, Esq.
10 East 40th Street
New York, New York 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Email:  Liebhard@bernlieb.com
         mmendoza@bernlieb.com

*Attorneys for the Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Response to Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve A Plaintiff Fact Sheet has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  /s/ Melissa Mendoza
                                                  Melissa Mendoza, Esq.