UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : | MDL No. 2592 <br><br> MASTER DOCKET CASE: 2:14-MD-02592 <br><br> JUDGE: ELDON E. FALLON <br><br> CASE NO.:2: 15-cv-03644 <br><br> SECTION: ELDON E.FALLON <br><br> MAG. JUDGE MICHAEL NORTH <br><br> <u>JURY TRIAL DEMANDED</u> |
| THIS DOCUMENT RELATES TO: <br> *J*amie Sams, Individually and as the Alleged Personal Representative of the Estate of Arleta Tullis v. Janssen, et al. | | |

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE

NOW INTO COURT, through undersigned counsel, Bernstein Liebhard LLP, comes Plaintiff, Jamie Sams, Individually and as the Alleged Personal Representative of the Estate of Arleta Tullis, in case number 2:15-cv-03644, who in response to the Order to Show Cause regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (hereinafter "Order to Show Cause") shows as follows:

1. The complaint in this matter was filed on August 19, 2015.

2. Undersigned counsel undertook to obtain all of the medical records and pharmacy records of the plaintiff.

1

3. Undersigned counsel has been able to obtain plaintiff's medical records and pharmacy records.

4. Undersigned counsel had made numerous attempts to obtain the Plaintiff Fact Sheet from Plaintiff in a timely manner.

5. Despite repeated attempts to obtain the Plaintiff Fact Sheet in a timely manner, undersigned counsel received the Plaintiff fact Sheet after the deadline for submission.

6. Prior to issuance of Order to Show Cause, Plaintiff attempted to serve Plaintiff's Fact Sheet via MDL Centrality.

7. Upon receipt of Order to Show Cause, counsel acknowledged the error in the previous fact sheet submission and immediately served a complete Plaintiff Fact Sheet on February 23, 2016.

Dated: March 14, 2016

Respectfully submitted,

Bernstein Liebhard LLP

/s/ Melissa Mendoza, Esq.
Sandy Liebhard, Esq.
Melissa Mendoza, Esq.
10 East 40th Street
New York, New York 10016
Tel:   (212) 779-1414
Fax:   (212) 779-3218
Email:  Liebhard@bernlieb.com
            mmendoza@bernlieb.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Response to Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve A Plaintiff Fact Sheet has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                       /s/ Melissa Mendoza
                                       Melissa Mendoza, Esq.