# Western Arizona Regional Medical Center
2735 Silver Creek Road
Bullhead City, AZ 86442
928 763 2273

## CONSULTATION

**Name: MESSIN, LOUIS**

| | | | | | |
|---|---|---|---|---|---|
| MRN: | 220636 | Room #: | 250 | DOB: | 04/19/1941 |
| Account #: | 1309792 | Bed #: | V | Age: | 73 Y |
| Service Code: | ICU | | | Sex: | M |
| ADM DATE: | 02/10/2015 | | | DOS: | 02/10/2015 |

Dictated By: IRFAN M. MIRZA, MD, FACC, FSCAI
Attending Physician: NABILA ASLAM
Primary Care Physician: NABILA ASLAM

Mr. Messin is being admitted because of generalized weakness, lethargy, black tarry stools. He used to be on Coumadin, which switched to low dose Xarelto of 15 mg, and now he presented once again with GI bleed, black tarry stools. On a scale of 1 to 10, symptoms are 10/10. Aggravating factors, as above. Resolving factors, none. The patient is being managed for GI bleed. He will need endoscopy and colonoscopy again. The patient belongs to Dr. Aslam's service. The patient has biliary cancer, which is in remission. Denies any chest pain. I have discussed with the wife at length.

PAST MEDICAL HISTORY:
1. Hypertension.
2. Atrial fibrillation.
3. Hyperlipidemia.
4. Pacemaker implantation.
5. Diabetes mellitus.
6. History of stroke.
7. Neuropathy.
8. Pleural effusion.
9. Gout.
10. CHF.
11. Diastolic dysfunction.
12. Whipple's procedure.
13. Cataract surgery.
14. Right carpal tunnel surgery.

MEDICATIONS:
1. Protonix.
2. Multaq.
3. Metoprolol.
4. Claritin.
5. Zoloft.
6. Allopurinol.
7. Zetia.
8. Lasix.
9. NovoLog.
10. Aspirin.

REVIEW OF SYSTEMS:
General: No weight loss, fever, or chills.

02/10/2015   12:23PM (GMT-07:00)

# CONSULTATION

**Name: MESSIN, LOUIS**

| | | | |
|---|---|---|---|
| MRN: | 220636 | DOB: | 04/19/1941 |
| Account #: | 1309792 | ADM DATE: | 02/10/2015 |

Cardiovascular: As per history of present illness.
Genitourinary: No frequency or urgency, dysuria.
Pulmonary: No cough, or sputum production.
Neurologic: No stroke or loss of consciousness.
HEENT: Eyes: No vision loss or photophobia. ENT: No sore throat or rhinorrhea.
Extremities: No arthralgia or myalgia.
Psychologic: No anxiety or depression.
Hematologic: No easy bruising, lymphoma, or leukemia.

PHYSICAL EXAMINATION:
General:
Vital Signs: Pulse of 80. Blood pressure 130/80. Respiratory rate 16.
HEENT: Eyes: Extraocular muscles intact. Pupils are equal, round, and reactive to light and accommodation. Sclerae intact. Head: No nasal discharge. Ears within normal limits.
Skin: No rash, no scar.
Neck: Supple. No jugular venous distention. No bruit. No thyroid nodule.
Cardiovascular: PMI distant. S1, S2 audible. No S3, no S4. No significant murmurs. No pericardial rub. No thrill, no heave.
Lungs: Clear. Bilateral air entry. No other sounds.
Abdomen: Soft. Nontender. Bowel sounds present. No organomegaly.
Extremities: No clubbing, cyanosis, or edema.
Back: Spine within normal limits.
Vascular: No aortic bruit. No femoral bruit.
Central Nervous System: Intact. Awake, alert, and oriented times three.

LABS AND DATA: CBC, BMP, PT, INR reviewed. Hemoglobin is 7.6.

ASSESSMENT:
1. Lower gastrointestinal bleed.
2. Coagulopathy secondary to blood thinners.
3. Hypertension.
4. Diastolic dysfunction.
5. Diabetes.
6. Whipple's procedure.
7. History of stroke.

PLAN:
1. Keep n.p.o.
2. Get GI evaluation for endoscopy and colonoscopy.
3. Hold blood thinners.
4. The biggest issue we are dealing with is the fact that if he stop Xarelto, then he has a very high risk of stroke, and he already had a stroke in the past. The concern has been expressed by Dr. Aslam also. We need to discuss more in detail with his wife because the patient at times forget things. In addition to that, I also would like to document here that the patient is forgetful. His wife is the one who manages

9287682874  VISTA HEALTH FM   Case 2:14-md-02592-EEF-MBN   Document 2776-1   Filed 03/15/16   Page 3 of 3   16/16
                              SWCA dba Vista Health
                              From: Iltaf H Mirza MD, FACC, FSCAI        2-10-15   1:26pm   p. 4   of 4

# CONSULTATION

**Name: MESSIN, LOUIS**

| | | | |
|---|---|---|---|
| MRN: | 220636 | DOB: | 04/19/1941 |
| Account #: | 1309792 | ADM DATE: | 02/10/2015 |

most of his issues.
5. We will get old echo report.

Disclaimer: PRELIMINARY Report until Authenticated.

Print CC:
Fax CC:


D Date / Time: 02/10/2015 10:09 AM MT
T Date / Time: 02/10/2015 10:26 AM MT
R Date / Time:
S Job #: WAMC76826202
D Job #: 213840
MT: 951862