CVS Caremark Prescription Drug Plan
P.O. Box 52424
Phoenix, AZ 85072-2424



March 16, 2015
0198267    02 AT 0.403  **AUTO  T5 1 6403 86442-654499  -C01-I   -P98476-6LMR

LOUIS MESSIN
1660 LAKESIDE DR #234
BULLHEAD CITY AZ 86442-6544

Your member numbers are:
Member ID: G2D004681
Rx PCN: MEDDADV

# Your Monthly Prescription Drug Summary
For February, 2015

This summary is your "Explanation of Benefits" (EOB) for your Medicare prescription drug coverage (Part D). Please review this summary and keep it for your records. (This is *not* a bill.)

Here are the sections in this summary:

SECTION 1. Your prescriptions during the past month

SECTION 2. Which "drug payment stage" are you in?

SECTION 3. Your "out-of-pocket costs" and "total drug costs" (amounts and definitions)

SECTION 4. Updates to the plan's Drug List that will affect drugs you take

SECTION 5. If you see mistakes on this summary or have questions, what should you do?

SECTION 6. Important things to know about your drug coverage and your rights

### Need large print or another format?
To get this material in other formats, or ask for language translation services, call CVS Caremark Prescription Drug Plan Customer Care (the number is on this page).

### For languages other than English:
"This information is available for free in other languages. Please call our customer service number at 1-855-479-3660 (TTY: 1-866-236-1069), 24 hours a day, 7 days a week". Esta información está disponible gratuitamente en otros idiomas. Llame a nuestro Servicio al Miembro, al 1-855-479-3660 (teléfono de texto (TTY: 1-866-236-1069), las 24 horas del día, los 7 días de la semana.

### CVS Caremark Prescription Drug Plan Customer Care
If you have questions or need help, call us 24 hours a day, 7 days a week.  Calls to these numbers are free.

1-855-479-3660

TTY users call: 1-866-236-1069

On the Web at: www.caremark.com/calpers

SilverScript (Employer PDP) is a Prescription Drug Plan.  This plan is offered by SilverScript Insurance Company, which has a Medicare contract. Enrollment depends on contract renewal.

## SECTION 1. Your prescriptions during the past month

- Chart 1 shows your prescriptions for covered Part D drugs for the past month. (Prescriptions for drugs covered by your plan's Supplemental Drug Coverage are shown separately in Chart 2.)
- Please look over this information about your prescriptions to be sure it is correct. If you have any questions or think there is a mistake, Section 5 tells what you should do.

### CHART 1.
Your prescriptions for covered Part D drugs
**February, 2015**

| | Plan paid | You paid | Other payments (made by programs or organizations; see Section 3) |
|---|---|---|---|
| POT CL MICRO TAB 20MEQ ER<br>02/02/2015 CVS PHARMACY<br>0000059281B, 30 Day Supply. | $7.45 | $5.00 | $0.00 |
| XARELTO  TAB 15MG<br>02/02/2015 CVS PHARMACY<br>0000059281T, 30 Day Supply. | $232.87 | $20.00 | $68.18<br>(paid by Medicare Coverage Gap Discount Program) |
| FUROSEMIDE  TAB 40MG<br>02/27/2015 CVS PHARMACY<br>0000059093I, 30 Day Supply. | $0.00 | $1.64 | $0.00 |

(continued)

6403-01-00-0198267-0001-0837507