## Gastrointestinal Specialists of Long Island
### Arthur Boshnack, M.D. / Jeffrey S. Novak, M.D.
3019 Merrick Road, Wantagh, NY 11793 (516) 785-8075

**ALLERGIES:** Cipro, Sulpha

**MEDS:**
- Verapto 20mg
- Lipo Sen 150mg
- Diaspan 1000mg
- Carvedilol 25mg
- Simvastatin 40mg
- Baclofen 10mg
- Sartan 30mg
- nyprazole 40mg
- Neurontin 300
- Mydetris 50

**History & Physical**

Patient Name: Richard Heaure
Date: 10/2/14    Ht: 5'7    Wt: 222

Referred By: Dr Gary Shore STE
MD Address: 31 Merrick Ave 23C, Merrick, NY 11566
Phone: 377-3820

Age 65 year old Female/**Male** – Chief Complaint: Rectal Blding

[handwritten notes: 6 mo w/o CC BRBPR, toilet water, No abd/rec pain, bleeding improved, last colonoscopy 2009]

**PMH / PSH / SH / FH** Reviewed Y / N
Pertinent Positives / Changes: CVA, Afib, MI/kidney, outpatient, HTN

**Physical Exam: Vitals:** Blood Pressure 136/91  Pulse 86  Resp 18  Temp __
Constitutional: WDWN  Male/Female in NAD (Other) __

| | | NORMAL | ABNORMAL SIGNIFICANT FINDINGS |
|---|---|---|---|
| HEENT | Perrl, Eomi, Conjuctiva Pink, Discs Sharp | ✓ | |
| EARS | Hearing Intact | ✓ | |
| NOSE | Mucosa Pink/Moist, Septum Midline | ✓ | |
| THROAT | Mucosa Moist/ No Exduates | ✓ | |
| NECK | Supple, Trachea Midline, Thyroid Normal, No Nodes/JVD | ✓ | |
| LUNGS | Thorax Symmetrical, Clear to A&P | ✓ | |
| HEART | Regular/Irregular, Normal S1 S2, Murmur, No Rubs/Heaves/Gallops | | |
| ABDOMEN | Bowel sounds | ✓ | |
| | Hepatosplenomegaly | | |
| | Tenderness | ✓ | |
| | Masses | ✓ | |
| | Other (Scars/ Hernias/ Colostomy) | ✓ | |
| RECTAL | Hemorrhoids, Fistulas/Fissures | | |
| | Prostate, Guaiac Positive/Negative | | BRB no stool |
| SKIN | Rashes, Spider Angiomata, Palmar Erythema, Malar Rash, Palpation of Skin, Other | ✓ | |
| MUSCULOSKELETAL | C / C / E, Gait/Station | ✓ | |
| NEURO | Grossly Normal, Tremor, Asterixis, Encephalopathy | ✓ | |

**LABS**
AIK
BILI
SGOT
S6PT
CBC

**DIAGNOSTICS**
EGD
COLON
UGI
BE
CT
SONO

**Assessment:** [illegible] GI bleed, stable hemodynamically, on Xarelto, h/o CVA, CAD, [illegible]

**Plan:** [illegible]

Follow up Visit _____  Signature _____