

**St. Francis Hospital, The Heart Center**
Catholic Health Services
At the heart of health

ST FRANCIS HOSPITAL
100 Pt Washington Blvd
Roslyn, NY 11576
Hospital Record

HEARNE, RICHARD
MRN: 0002103556
DOB: 3/13/1949, Sex: M
Acct #: 1429602405
Adm: 10/23/2014, D/C: 10/31/2014

### Socioeconomic as of 10/23/2014

| Marital Status | Spouse Name | Num of Children | Years Education | Source |
|---|---|---|---|---|
| Married | | | | |

| Preferred Language | Ethnicity | Race |
|---|---|---|
| English | Not Hispanic or Latino | White or Caucasian |

**Birth** **None**

### Allergies as of 10/31/2014
Reviewed on: 10/30/2014

| Allergen | Noted | Reaction Type | Reactions |
|---|---|---|---|
| DELETED: Salicylic Acid | 01/02/2014 | | |
| Sulfa Antibiotics | 01/02/2014 | | |
| Clindamycin Hcl | 08/01/2014 | Allergy | Rash |

### Prior To Admission Medication as Reported By Patient

| Prescriptions | Last Dose | Informant | Patient Reported? | Taking? |
|---|---|---|---|---|
| apixaban (ELIQUIS) 5 MG TABS<br>  Take by mouth 2 times a day scheduled. | 10/23/2014 | | Yes | Yes |
| baclofen (LIORESAL) 10 MG tablet<br>  Take 10 mg by mouth one time daily. | 10/23/2014 | | Yes | Yes |
| carvedilol (COREG) 25 MG tablet<br>  Take 25 mg by mouth 2 (two) times daily with meals. | 10/23/2014 | | Yes | Yes |
| diltiazem (CARDIZEM CD) 120 MG 24 hr capsule<br>  Take 120 mg by mouth one time daily. | 10/22/2014 | | Yes | Yes |
| Fenofibrate (LIPOFEN) 150 MG CAPS<br>  Take by mouth. | 10/23/2014 | | Yes | Yes |
| gabapentin (NEURONTIN) 300 MG capsule<br>  Take 300 mg by mouth one time daily. | 10/22/2014 | | Yes | Yes |
| mirabegron ER (MYRBETRIQ) 50 MG TB24<br>  Take 50 mg by mouth one time daily. | 10/23/2014 | | Yes | Yes |
| niacin (NIASPAN) 1000 MG CR tablet<br>  Take 1,000 mg by mouth nightly. | 10/23/2014 | | Yes | Yes |
| omeprazole (PRILOSEC) 40 MG capsule<br>  Take 40 mg by mouth one time daily. | 10/23/2014 | | Yes | Yes |
| oxyCODONE-acetaminophen (PERCOCET) 5-325 MG per tablet<br>  Take 1 tablet by mouth once as needed. | | | Yes | Yes |
| simvastatin (ZOCOR) 40 MG tablet<br>  Take 40 mg by mouth nightly. | 10/23/2014 | | Yes | Yes |
| amLODIPine (NORVASC) 5 MG tablet<br>  Take 5 mg by mouth one time daily. | | | Yes | No |
| dicloxacillin (DYNAPEN) 500 MG capsule<br>  Take 500 mg by mouth one time daily. | 10/23/2014 | | Yes | Yes |
| HYDROcod Polst-Chlorphen Polst (TUSSIONEX) 10-8 MG/5ML suspension<br>  Take 5 mLs by mouth every 12 (twelve) hours as needed for Cough. | | | No | No |
| losartan (COZAAR) 50 MG tablet<br>  Take 50 mg by mouth one time daily. | 10/23/2014 | | Yes | Yes |
| oxyCODONE-acetaminophen (PERCOCET) 7.5-325 MG per tablet<br>  Take 1 tablet by mouth every 4 (four) hours as needed. | Unknown | | Yes | No |
| rivaroxaban (XARELTO) 20 MG TABS<br>  Take 20 mg by mouth one time daily. | | | Yes | No |
| solifenacin (VESICARE) 10 MG tablet<br>  Take 5 mg by mouth one time daily. | | | Yes | No |

### Prior to Admission Meds After Reconciliation

| Last Medication Reconciliation Action: Complete | | Maria Bethune, RN | 10/23/2014 5:46 PM | |
|---|---|---|---|---|
| | Last Dose | Start Date | End Date | Provider |
| Fenofibrate (LIPOFEN) 150 MG CAPS<br>  Take by mouth. | 10/23/2014 | -- | -- | Historical Provider, MD |
| apixaban (ELIQUIS) 5 MG TABS<br>  Take by mouth 2 times a day scheduled. | 10/23/2014 | -- | -- | Historical Provider, MD |
| baclofen (LIORESAL) 10 MG tablet<br>  Take 10 mg by mouth one time daily. | 10/23/2014 | -- | -- | Historical Provider, MD |
| carvedilol (COREG) 25 MG tablet | 10/23/2014 | -- | -- | Historical Provider, MD |