**Michael Sacher, D. O., P.C.**
100 Veterans Boulevard Suite 1A  Massapequa, NY 11758
(516) 882-9600  Fax: (516) 882-9605

March 14, 2016
Page 1
Office Visit

**RICHARD HEARNE**
Male  DOB: 03/13/1949                                      1629

Home: (516) 735-9479
Ins: Medicare

**05/28/2014 - Office Visit: 5/27/14**
**Provider: Michael L Sacher DO**
**Location of Care: Michael Sacher, D. O., P.C.**

Last week went to Urgent Care Center for URI, found to have PAF. URI has resolved. Denies chest pain, dyspnea, palpitations or dizziness. BNP 152, CMP WNL.

Venous duplex of legs done because of c/o bilateral leg pain was negative.

Physical Examination: WD/WN, alert, oriented, pleasant, obese, in NAD. Temp: 98.6. Ht: 68. Wt: 219. Pulse: 78. Resp: 16. Blood Pressure: 107/65 . O2 Sat: 95%. SKIN: Warm, dry. HEENT: EOMI. PERLA. NECK: No JVD. HEART: RR No S3. LUNGS: CTAP. ABDOMEN: Soft, normoactive bowel sounds. EXTREMITIES: NO E/C/C. NEURO: No focal signs.

IMPRESSION:
1. ASYMPTOMATIC NEWLY DIAGNOSED PAROXYSMAL ATRIAL FIB.
2. CAD, s/p RCA stent.
3. HTN.
4. Hyperlipidemia.
5. besity,
6. Decreased EF  45%.
7. Right hemispheric CVA treated with TPA on 1/19/13.

PLAN:
1. Stop Aggrenox, begin Xarelto 20 mg daily. Samples for 10 days given.
2. Take ASA 81 mg daily.
3. RTO next week.

*Dictated but not read by:*
MICHAEL L. SACHER, DO, FACP, FACC

Electronically signed by Michael L Sacher DO on 05/28/2014 at 10:16 AM

**Michael Sacher, D. O., P.C.**
100 Veterans Boulevard Suite 1A  Massapequa, NY 11758
(516) 882-9600  Fax: (516) 882-9605

*March 14, 2016*
Page 1
Office Visit

**RICHARD HEARNE**
Male  DOB: 03/13/1949                              1629

Home: (516) 735-9479
Ins: Medicare

**07/28/2014 - Office Visit: 7/26/14**
**Provider: Michael L Sacher DO**
**Location of Care: Michael Sacher, D. O., P.C.**

Amlodipine 5 mg daily was stopped by his PCP because of fall in BP and increased leg edema which is better. Still has venous varicosities and bilateral 2+ pretibial and pedal edema. Denies chest pain, PND, orthopnea.

Has fatigue, DOE. Retired from teaching last month.

Holter Monitor had demonstrated PAF for which Aggrenox was stopped and Xarelto. Now taking Xarelto 20 mg daily.

C/O ecchymosis of the left arm and leg. Uses a cane to ambulate because of unsteadiness which was recommended by neurology. Accompanied by his wife who states that he barely drinks fluid throughout the day. His BP is low-normal today, 100/70. We discussed that he needs to drink 60-80 oz of fluid daily.

Physical Examination: WD/WN, alert, oriented, pleasant, using a cane to ambulate, obese, in NAD. Temp: 97.7. Ht: 68. Wt: 219. Pulse: 103. Resp: 16. Blood Pressure: 100/70 sitting and standing. O2 Sat: 94%. SKIN: Warm, dry. HEENT: EOMI, PERLA. NECK: Bruits bilaterally. No JVD. HEART: RR. II/VI SEM. No S3. LUNGS: CTAP. ABDOMEN: Soft, normoactive bowel sounds. EXTREMITIES: Venous varicosities bilaterally. 2+ pretibial and pedal edema bilat. NEURO: No focal signs.

IMPRESSION:
1. PAF. ON XARELTO.
2. HTN WITH LOW NORMAL BP FROM PROBABLE DEHYDRATION.

PLAN:
1. 60-80 oz of fluid daily.
2. Carotid Dup for progression of ICA stenosis.
3. Renal Duplex for RAS, MRD, kidney size.
4. Venous Duplex for venous insufficiency, varicosities.
5. Arterial Duplex for PAD.
6. Echocardiogram for change in LV size, thickness, function, change in severity of aortic stenosis, dilated root, presence of chamber thrombi.
7. Blood studies at Quest.
8. RTO one month to recheck BP and in 3-4 months with me.

*Dictated but not read by:*
MICHAEL L. SACHER, DO, FACP, FACC

**Electronically signed by Michael L Sacher DO on 07/28/2014 at 2:30 PM**

**Michael Sacher, D. O., P.C.**
100 Veterans Boulevard Suite 1A  Massapequa, NY 11758
(516) 882-9600  Fax: (516) 882-9605

*March 14, 2016*
*Page 1*
*Office Visit*

## RICHARD HEARNE
Male  DOB: 03/13/1949                          1629

Home: (516) 735-9479
Ins: Medicare

**09/10/2014 - Office Visit: 9/10/14**
**Provider: Jacqueline Napolitano**
**Location of Care: Michael Sacher, D. O., P.C.**

65 year old male presents today for a follow up exam. Pt has no complaints and is accompanied by his' wife. He states that he has had decreased swelling in both of his legs and denies any chest pain, palpitations, dyspnea, dizziness, lightheadedness and recent falls. Pt is ambulating today with a cane.

He still does not drink enough water. Stressed the importance of drinking at least 60-80oz of fluid daily.

Blood work: WNL
Echocardiogram: Normal LV size, systolic LV dysfunction, hypokinetic contractility of the inferolateral and inferior walls with ejection fraction of 40-45% Mild LVH, Mild left atrial enlargement, mildly dilated aortic root, mild calcific aortic stenosis, mitral annulus calcification, mild mitral and tricuspid regurgitation, grade 1 diastolic dysfunction, normal right ventricular size and function.

Physical Examination:  Temp: 97.1.  Ht: 68.  Wt: 215.  Pulse: 79.  Resp: %.  Blood Pressure: 99/67  O2 Sat: 96%.

GENERAL:  WN/WD, and in NAD.  Alert and oriented.
SKIN:  No jaundice, pallor or cyanosis with normal temperature and turgor.  Normal capillary refill.
HEENT:  Head NC/AT.  PERRLA.  EOMI.  Conjunctive and sclera are clear with no discharge.  No erythema or discharge from the ears or nasal cavities.  Moist mucous membranes.  Pharynx and tonsils are normal with no erythema or exudates.  Trachea is midline.
NECK:  Supple.  Nontender.  No lymphadenopathy.  **+Bruits bilaterally**
LUNGS:  Chest rises symmetrically without signs of trauma or deformity.  Lungs are resonant, normal tactile fremitus.  Bilateral air entry.  No wheezing, rhonchi or rales.
HEART:  RR. II/VI SEM.  No gallops or thrills noted.
ABDOMEN:  Positive bowel sounds in all 4 quadrants.  Soft, nontender, nondistended.  No hepatosplenomegaly.
EXTREMITIES:  +pedal edema

ECG: A. Fib with aberrancy @ 99bpm

IMPRESSION:
Pedal Edema
PAF
CAD, s/p RCA stent.
HTN.
Hyperlipidemia.
Obesity.
Decreased EF 45%.
Right hemispheric CVA treated with TPA on 1/19/13.

PLAN:
1. Pt has a cardiac follow up 12/2014

**Michael Sacher, D. O., P.C.**
100 Veterans Boulevard Suite 1A  Massapequa, NY 11758
(516) 882-9600  Fax: (516) 882-9605

*March 14, 2016*
Page 2
Office Visit

**RICHARD HEARNE**
Male  DOB: 03/13/1949                                      1629

Home: (516) 735-9479
Ins: Medicare

2. Call/ RTO if any problems or concerns
3. Refilled- Gabapentin 300mg PO QD #90. No refills.

Jacqueline Napolitano, PA-C

Michael L. Sacher, DO

**Electronically signed by Jacqueline Napolitano on 09/10/2014 at 12:47 PM**

**Michael Sacher, D. O., P.C.**
100 Veterans Boulevard Suite 1A  Massapequa, NY 11758
(516) 882-9600  Fax: (516) 882-9605

March 14, 2016
Page 1
Office Visit

**RICHARD HEARNE**
Male  DOB: 03/13/1949                        1629

Home: (516) 735-9479
Ins: Medicare

**10/20/2014 - Office Visit: 10/16/14**
**Provider: Michael L Sacher DO**
**Location of Care: Michael Sacher, D. O., P.C.**

Is seeing Dr. Boshnack for GI bleed . EGD is planned. No recent BRRB. 6 days ago he accidentally fell outside injuring his right hand and an abrasion/laceration of the right mid anterior tibial area. Went to Premier Care. Did not hit his head. While there, his heart rate was elevated. He is accompanied by his son who says that he refuses to use his cane which is one reason for his fall. He also wants to change Xarelto. I discussed with his son, his wife on the phone that he has had a stroke from A.fib and if he is not on anticoagulation therapy, his risk is high for another.

Will change to Eliquis. Will hold tomorrow and take the evening dose 5 mg the next day. Samples for 5 days and a one month Rx was given. I told his son that if there continues to be falls then anticoagulation will need to be stopped. Optimal falling precautions have to be taken, including always using a cane, walker if needed and/or assistance.

He also has inadequate fluid intake.

No angina, PND, orthopnea. Has occasional palpitations. His wife said earlier today his heart rate was over 100. His wife said his ability to walk is declining, as well as his memory. He does see Neuro.

Carotid Dup: Mild bilateral ICA.
Renal Dup/Arterial Dup: No significant disease.
Venous Dup: Moderate reflux.

Echocardiogram: LV dysfunction with EF 40-45%. Mild AS.

Blood studies from 8/1/14: Glucose 124. Otherwise, WNL.

Physical Examination: WD/WN, alert, pleasant, chronically ill, slow in responding, slurred speech, using a cane to ambulate, obese, in NAD. Temp: 97.1. Ht: 68. Wt: 215. Pulse: 92. Resp: 16. Blood Pressure: 110/75 sitting and standing. O2 Sat: 97%. SKIN: Warm, dry. HEENT: EOMI. PERLA. NECK: Bruits bilaterally. No JVD. HEART: RR. II/VI SEM. No S3. LUNGS: CTAP. ABDOMEN: Soft, normoactive bowel sounds. EXTREMITIES: Venous varicosities bilat. 2+ pretibial and pedal edema. Has an ACE bandage on the right mid anterior tibial area. Right hand ecchymosis of the dorsum mostly by the thumb. Tenderness to palpation. NEURO: Mildly unsteady gait.

IMPRESSION:
1. PAF/STROKE.
2. GI BLEED WHICH IS BEING MANAGED BY GI.
3. CAD, s/p RCA stent.
4. HTN.
5. Hyperlipidemia.
6. Obesity.
7. Decreased EF 45%.

PLAN:
1. Lower Losartan from 50 mg to 25 mg daily because of low-normal BP and falls.
2. Stop Xarelto one day then the following day begin with the evening dose then 2x day.
3. Holter Monitor to assess rate control of A.fib. Has had several recent occurrences of tachycardia.

**Michael Sacher, D. O., P.C.**
100 Veterans Boulevard Suite 1A  Massapequa, NY 11758
(516) 882-9600  Fax: (516) 882-9605

*March 14, 2016*
*Page 2*
*Office Visit*

**RICHARD HEARNE**
Male  DOB: 03/13/1949                          1629

Home: (516) 735-9479
Ins: Medicare

4. RTO 2 weeks, then 6 weeks later.

*Dictated but not read by:*
MICHAEL L. SACHER, DO, FACP, FACC

Electronically signed by Michael L Sacher DO on 10/20/2014 at 11:19 AM