```
                    METROPOLITAN METHODIST HOSPITAL
                           1310 McCULLOUGH
                         SAN ANTONIO, TEXAS 78212
```

PATIENT'S NAME: BROWN,ROXANNE JUAREZ         UNIT NO: M00593800
DOB: 10/26/44   AGE: 70       SEX: F         ACCOUNT NO: M261742691
ATTENDING PHYS: Dr. Pablo A Lozada           PT TYPE: DIS IN
REPORT TYPE: HISTORY AND PHYSICAL            ROOM NO: M.408


DATE OF ADMISSION:   04/09/15
DATE OF DISCHARGE:   04/14/15


PRIMARY CARE PROVIDER:
Burton Shaw, Jr., MD

GASTROENTEROLOGIST:
Steven Ramos, MD

CARDIOLOGIST:
Obinna Isiguzo, MD

ELECTROPHYSIOLOGIST:
Charles Machell, MD

CHIEF COMPLAINT:
Anemia.

HISTORY OF PRESENT ILLNESS:
Ms. Brown is a 70-year-old female with past medical history of presumptive diverticular bleed requiring 3 units packed red blood cells 5-6 years ago followed by diverticulitis with perforation requiring colon resection approximately 3-4 years ago, followed with gastroenterologist for colonoscopy 6-12 months ago without new problems with recent urinary tract infection treated with nitrofurantoin; history of atrial fibrillation, treated with ==Xarelto==; history of muscle spasm, dry eyes, rheumatoid arthritis, hypothyroidism, insomnia, hypertension with recent admission in March of acute clots with bright red blood per rectum. The patient admitted, treated. GI consultation obtained during hospital stay. The patient did not have endoscopy at that time. The patient's bleeding stopped. She was deemed ready for outpatient management, was discharged home in stable manner. The patient had some bleeding. She saw Dr. Ramos today, had EGD and colonoscopy. She is not quite sure what was found other than gastritis and she had something in the intestinal system, but does not know what it was. Her electrophysiologist, Dr. Machell had drawn blood and called her and told her that her blood count was low and she needed to go to the Emergency Department. The patient complains of shortness of breath, dyspnea on exertion, dizziness, and fatigue. The patient has been off her ==Xarelto== x2 days.

ALLERGIES:
The patient has no known drug allergies, BUT INTOLERANCE TO DILAUDID, DEMEROL, LEVAQUIN, ADHESIVE TAPES.

MEDICATIONS:
See medication reconciliation sheet.

PATIENT NAME: BROWN,ROXANNE JUAREZ          ACCOUNT #: M261742691