NetCare Pharmacy
6428 BANDERA RD.
SAN ANTONIO, Tx 78238
Phone:(210) 256-8629 Fax:(210) 256-8199
Fed. Id:74-2589441 NABP:4504280
NPI:1104990639

BROWN, ROXANNE
12430 TRAWALTER LN.
VON ORMY, TX 78073
Phone:(210) 845-6789 Cell:( ) -
DOB: 10/26/1944

03/11/201

| Fill Date | Rx Num. | Qty | Drug | NDC | Doctor | Copay | Fill Number |
|---|---|---|---|---|---|---|---|
| 01/29/2015 | 637788 | 30 | DEXILANT 60MG CAP | 64764-0175-30 | RAMOS, STEVEN R | $207.66 | 0 |
| 01/30/2015 | 637900 | 120 | *PREDNISONE 5MG | 00603-5337-32 | PINEDA, EMILY | $11.00 | 0 |
| 01/30/2015 | 637901 | 60 | PROGESTERONE 100MG | 10888-7135-02 | PINEDA, EMILY | $68.99 | 0 |
| 02/06/2015 | 631455 | 120 | SULFAZINE EC 500MG | 00603-5803-25 | PINEDA, EMILY | $11.00 | 3 |
| 02/11/2015 | 633595 | 120 | NP THYROID 30MG | 42192-0329-01 | PINEDA, EMILY | $37.92 | 2 |
| 02/11/2015 | 638912 | 20 | ONDANSETRON 4MG | 63304-0458-30 | RAMOS, STEVEN R | $14.46 | 0 |
| 02/19/2015 | 623928 | 60 | *AMITRIPTYLIN 10MG | 00378-2610-01 | FRANCIS, PEGGY P. | $8.93 | 4 |
| 02/19/2015 | 629814 | 30 | *DULOXETINE 60MG | 60505-2997-03 | PINEDA, EMILY | $11.00 | 4 |
| 02/20/2015 | 639651 | 90 | *LOSARTAN POT 25MG | 59746-0333-90 | ISIGUZO, OBINNA | $6.99 | 0 |
| 02/21/2015 | 635451 | 24 | *VITAMIN D 50,000UNT | 51991-0604-01 | LI, JING | $19.87 | 0 |
| 02/21/2015 | 637787 | 30 | *RANITIDINE 150MG | 53746-0253-05 | RAMOS, STEVEN R | $3.51 | 1 |
| 02/27/2015 | 640327 | 90 | PROGESTERONE 100MG | 10888-7135-02 | ZAVALA, JENNIFER | $95.49 | 0 |
| 03/05/2015 | 63226 | 30 | ZOLPIDEM 10MG | 13668-0008-10 | SHAW, BURTON | $15.39 | 0 |
| 03/05/2015 | 634947 | 90 | *WARFARIN 5MG | 68382-0056-10 | MACHELL, CHARLES H | $17.66 | 1 |
| 03/07/2015 | 631455 | 120 | SULFAZINE EC 500MG | 00603-5803-25 | PINEDA, EMILY | $11.00 | 4 |
| 03/09/2015 | 637788 | 30 | DEXILANT 60MG CAP | 64764-0175-30 | RAMOS, STEVEN R | $95.00 | 1 |
| 03/09/2015 | 640985 | 30 | XARELTO 20MG | 50458-0579-30 | ISIGUZO, OBINNA | $111.34 | 0 |
| 03/13/2015 | 633595 | 120 | NP THYROID 30MG | 42192-0329-01 | PINEDA, EMILY | $37.92 | 3 |
| 03/19/2015 | 641870 | 20 | ONDANSETRON 4MG | 63304-0458-30 | RAMOS, STEVEN R | $14.46 | 0 |
| 03/19/2015 | 635453 | 36 | LEUCOVORIN CALCIUM 5 MG TAB | 00555-0484-01 | LI, JING | $22.00 | 0 |
| 03/27/2015 | 629814 | 30 | *DULOXETINE 60MG | 51991-0748-10 | PINEDA, EMILY | $11.00 | 5 |
| 04/01/2015 | 642916 | 4000 | GAVILYTE-N SOL FLAV PK | 43386-0050-19 | RAMOS, STEVEN R | $11.00 | 0 |
| 04/04/2015 | 623684 | 10 | METHOTREXATE 25 MG/ML VIAL | 63323-0123-10 | PINEDA, EMILY | $35.00 | 3 |
| 04/07/2015 | 640985 | 30 | XARELTO 20MG | 50458-0579-30 | ISIGUZO, OBINNA | $44.00 | 1 |
| 04/20/2015 | 631455 | 120 | SULFAZINE EC 500MG | 00603-5803-25 | PINEDA, EMILY | $11.00 | 5 |
| 04/20/2015 | 637787 | 30 | *RANITIDINE 150MG | 53746-0253-05 | RAMOS, STEVEN R | $3.51 | 2 |
| 04/28/2015 | 644928 | 30 | ACYCLOVIR OIN 5% | 00378-8700-49 | HLAVINKA, TIMOTHY | $11.00 | 0 |
| 04/28/2015 | 644927 | 20 | VALACYCLOVIR 1GM | 57237-0043-30 | HLAVINKA, TIMOTHY | $3.60 | 0 |

Pharmacist _____