UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO:**

*Betty Rottman v. Janssen Research & Development, LLC. et al.*

Civil Action No. 2:15-cv-6630

## SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Betty Rottman.

Dated: March 15, 2016

Respectfully submitted,

/s/ Craig M. Silverman
Jay D. Miller (MD Bar No. 04653)
Jmiller@lawpga.com
Craig M. Silverman (MD Bar No. 16898)
Csilverman@lawpga.com
**Law Offices of Peter G. Angelos, P.C.**
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland 21201
(410) 649-2000
(410) 649-2101 (Fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: March 15, 2016

                                                                /s/ Craig M. Silverman