## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO:**

*Betty Rottman v. Janssen Research & Development, LLC. et al.*

Civil Action No. 2:15-cv-6630

## MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW Plaintiff, Betty Rottman, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Plaintiff, Betty Rottman, passed away on February 11, 2016, as reported in the Suggestion of Death filed on March 15, 2016. On March 9, 2016, the Baltimore County Circuit Court, State of Maryland, Probate Division, appointed Phyllis Poston as administrator of the Estate of Betty Rottman, attached hereto as Exhibit A. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Phyllis Poston, as Administrator of the Estate of Betty Rottman as the named party in place of Betty Rottman.

WHEREFORE, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated: <u>March 15, 2016</u>                Respectfully submitted,

<u>/s/ Craig M. Silverman</u>
Jay D. Miller (MD Bar No. 04653)
Jmiller@lawpga.com
Craig M. Silverman (MD Bar No. 16898)
Csilverman@lawpga.com
**Law Offices of Peter G. Angelos, P.C.**
One Charles Center
100 N. Charles Street, 22nd Floor
Baltimore, Maryland  21201
(410) 649-2000
(410) 649-2101 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: March 15, 2016

/s/ Craig M. Silverman