# EXHIBIT A



# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION

### ESTATE NO. 187451

I certify that administration of the Estate of

**BETTY LOU ROTTMAN**

was granted on the _____9th_____ day of _____MARCH, 2016_____,

to _____PHYLLIS POSTON_____

as personal representative(s) and the appointment is in effect

this __9th__ day of __MARCH__ __2016__ ,

☐ Will probated_____
 _____(date)_____

☑ Intestate estate

*Grace G. Connolly*

_____

GRACE G. CONNOLLY

Register of Wills for

BALTIMORE COUNTY

_____

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW1120

ROWNET
11/2009