**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO:**

*Betty Rottman v. Janssen Research & Development, LLC. et al.*

Civil Action No. 2:15-cv-6630

## **(Proposed) ORDER**

This matter comes before the Court on Plaintiff's Motion to Substitute Phyllis Poston, as personal representative of the estate of Betty Rottman as Plaintiff in the place of Betty Rottman, in the above referenced action. The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED.

Signed, this _____ day of _____, 2016

_____
Honorable Eldon E. Fallon
U.S. District Court Judge