UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Ronald Kendall – *3:15-cv-01427*

# ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Sandra Kendall, as Special Administrator for the deceased, Ronald Kendall, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed to correct the caption to reflect the proper party as "Sandra Kendall, Special Administrator for the deceased, Ronald Kendall", Plaintiff.

Dated this  11th  day of      March     , 2016

_____
Honorable Eldon E. Fallon
United States District Court Judge