UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

MARIE RICHTER
Civil Action No.: 2:15-cv-06050

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER CORPORATION

**COMES NOW**, Plaintiff, Marie Richter in the above referenced matter, by and through undersigned counsel and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby files this Motion for Voluntary Dismissal of this action solely against Bayer Corporation, without prejudice, with each party to bear its own costs.

The filing of this Motion for Voluntary Dismissal as to Bayer Corporation, without prejudice, is not intended to have any effect on any claims against any other Defendants in this action.

**WHEREFORE**, Plaintiff hereby requests that her claims against Bayer Corporation be voluntarily dismissed, without prejudice, without having any effect on any claims against any other Defendants in this action.

1

Dated:  March 15, 2016                           Respectfully submitted,

By:  /s/ Lauren E. Burbol

Adam P. Slater
Jonathan Schulman
Lauren E. Burbol
SLATER SLATER SCHULMAN LLP
445 Broadhollow Road, Suite 334
Melville, New York 11747
Phone: (212) 922-0906
Fax: (212) 922-0907
aslater@sssfirm.com
jschulman@sssfirm.com
lburbol@sssfirm.com
*Attorneys for Plaintiff*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Motion for Voluntary Dismissal Without Prejudice as to Defendant Bayer Corporation has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 15th day of March 2016.

                                                                                             */s/ Lauren E. Burbol*
                                                                                             **Lauren E. Burbol**