UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Karen Stack** *v. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-6574

## ORDER

This matter comes before the Court on Plaintiff's Motion to Substitute Jerry Stack, as personal representative of the estate of Karen Stack as Plaintiff in the place of Karen Stack, in the above referenced action. The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED.

Signed, this \_\_\_11th\_\_\_ day of \_\_\_March\_\_\_, 2016

_____
Honorable Eldon E. Fallon
U.S. District Court Judge