UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO**

*Ball et al v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-00928**

## ORDER

This matter having come before the Court on Plaintiff's Exparte Motion for Leave to Correct Plaintiff's First Name to amend paragraph 9, as well as the caption of the Joint Complaint to reflect the true spelling of Plaintiff Jennifer Baxley's first name, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Exparte Motion for Leave to Correct Plaintiff's Name is hereby GRANTED.

New Orleans, Louisiana this  11th   day of    March   , 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge