UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO ALL CASES ON REC. DOCS. 2424-1 & 2425-1 | | |

## ORDER

Considering Defendants' foregoing *Ex Parte* Motion for an Order Amending the Exhibits on Pending Orders to Show Cause (Rec. Doc.     ),

**IT IS ORDERED** that said Motion is **GRANTED** and the pending Orders to Show Cause (Rec. Doc. No. 2424 & 2425) are **AMENDED** to reference the Exhibits attached hereto as the list of plaintiffs subject to the pending Orders to Show Cause, respectively.

New Orleans, Louisiana, this  14th  day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

00336606