Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates To:**<br><br>*Cases listed in Schedule A to Docket # 2472* | ) MDL No. 2592<br>)<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>) |

### MOTION FOR LEAVE TO SUBSTITUTE CORRECTED EXHIBIT A TO SECOND SUPPLEMENT TO MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiffs in the cases listed in Schedule A to Docket # 2472, through undersigned counsel, respectfully request that this Court grant them leave to substitute a corrected Exhibit A to their Second Supplement to Motion for Extension of Time Within Which to Serve Process. Defendant Bayer Pharma AG sent two separate letters yesterday to Plaintiffs' counsel regarding Plaintiffs' efforts to effect service of process via PTO 10's streamlined process, one of which concerned the cases that are the subject of Plaintiffs' motion for extension of time and another that concerned a separate case that is not the subject of that motion.  Because of a clerical error, the Second Supplement filed yesterday included the wrong letter as Exhibit A.  Plaintiffs respectfully request that this Court grant them leave to substitute a corrected Second Supplement

with the correct Exhibit A.  Plaintiffs have submitted with this Motion a proposed order allowing this substitution.

DATED:  March 15, 2016               Respectfully submitted,


                                                   By:       /s/ *Charles G. Orr*
                                                   Charles G. Orr, TX Bar No. 00788148
                                                   THE MULLIGAN LAW FIRM
                                                   3710 Rawlins Street, #901
                                                   Dallas, Texas 75219
                                                   Telephone: (214) 219-9779
                                                   Facsimile: (214) 520-8789
                                                   ***Attorneys for Plaintiff***


## CERTIFICATE OF SERVICE

       I hereby certify that on March 14, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

       I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                   By:       /s/ Charles G. Orr
                                                     Charles G. Orr
                                                   Attorney for Plaintiff