**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) MDL No. 2592 ) ) SECTION: L |
| **This Document Relates To:** | ) JUDGE FALLON ) MAG. JUDGE NORTH |
| *Cases listed in Attached Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process* [*Dkt. No. 2472*] | ) ) ) |

**ORDER**

Plaintiffs seek leave to substitute a corrected Exhibit A to their Second Supplement to Motion for Extension of Time Within Which to Serve Process [dkt. # 2771-2]. The Court is of the opinion that leave to subsitute should be granted. It is therefore:

ORDERED THAT leave is hereby granted for the Plaintiffs listed in Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process to substitute a corrected Second Supplement and Exhibit as described above.

DATED: _____    _____
                                                                Hon. Eldon E. Fallon
                                                                United States District Court Judge