UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

*ANDERSON ET AL V. JANSSEN RESEARCH & DEVELOPEMENT, LLC ET AL*
Civil Action No. 2:15-CV-04938

### UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiffs, by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), respectfully seek leave to amend the Complaint and correct the case caption of the Complaint to reflect the inclusion of Plaintiff James P. Holland's spouse, Frances E. Holland, who is expressly mentioned, identified, and claimed for consortium in the body of the Amended Complaint. Additionally, Plaintiff Patricia Daniels respectfully seeks to amend the Complaint to reflect her correct date of Xarelto ingestion and date of injury. Plaintiffs provide the following in support of their Motion:

1. Plaintiffs filed their Complaint on October 2, 2015.

2. A Severance Order was issued on October 9, 2015, pursuant to Pre-Trial Order No. 11, severing the Complaint into separate, individual cases for each group of related plaintiffs. James P. Holland's severed case number is 2:15-cv-05143 and Patricia Daniels' severed case number is 2:15-cv-05145.

3. Frances E. Holland is the spouse of James P. Holland.

4. Patricia Daniels ingested Xarelto from approximately February 2014 to March 2014, not February 2015 to March 2015 as alleged in the Complaint; and she suffered rectal and vaginal bleeding secondary to coagulopathy, bruising, and acute blood loss anemia on or about March 5, 2014, not March 4, 2015 as alleged in the Complaint.

5. On June 18, 2015, Defendants filed an Omnibus Answer to any Complaint pending in the MDL.

6. Plaintiffs duly served a copy of the Complaint on or about October 16, 2015.

7. Plaintiffs' only modifications to the Complaint as set forth in the proposed Amended Complaint, attached hereto, are the following:

   a. In the Caption, adding "and Ellen F. Holland,";

   b. Revision to Paragraph 5 as follows: changing "Ms. Daniels ingested Xarelto from approximately February 2015 to March 2015" to "Ms. Daniels ingested Xarelto from approximately February 2014 to March 2014", and changing "suffered rectal and vaginal bleeding secondary to coagulopathy, bruising and acute blood loss anemia on or about March 4, 2015" to "suffered rectal and vaginal bleeding secondary to coagulopathy, bruising and acute blood loss anemia on or about March 5, 2014";

   c. Revision to Paragraph 8 as follows: adding as paragraph 8(b) "In conjunction with Mr. Holland's claim, Frances E. Holland, spouse of Mr. Holland, asserts a claim for loss of consortium."

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

9. On February 26, 2016, Plaintiffs provided a copy of the proposed Amended Complaint to Defendants and obtained written consent from opposing counsel to amend the Complaint.

WHEREFORE, Plaintiffs respectfully request that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint into the record of this matter.

Dated: March 15, 2016                                              Respectfully Submitted,

By:   /s/ Chance M. Farr
Chance M. Farr
S. Randall Hood
MCGOWAN, HOOD & FELDER, LLC
1539 Health Care Dr.
Rock Hill, South Carolina 29732
Phone: (803) 327-7800
cfarr@mcgowanhood.com
rhood@mcgowanhood.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2016, a true copy of the foregoing Motion for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

/s/ Chance M. Farr
Chance M. Farr