UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**
*ANDERSON ET AL V. JANSSEN RESEARCH & DEVELOPEMENT, LLC ET AL*
**Civil Action No.: 2:15-CV-04938**

**PROPOSED ORDER**

    **IT IS ORDERED** that the Unopposed Motion For Leave to File Amended Complaint filed by Plaintiffs is hereby GRANTED, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

    **NEW ORLEANS, LOUISIANA, this _____ day of _____, 2016.**

                                                                     _____
                                                                       **UNITED STATES DISTRICT JUDGE**