UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the Plaintiffs' Steering Committee's Motion to Withdraw Filing;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Motion for Leave to Exceed Page Limitation [Rec. Doc. 2715], in its entirety, filed on March 11, 2016 by the Plaintiffs' Steering Committee, be withdrawn from the record.

New Orleans, Louisiana, this 15th day of _____March_____, 2016.

_____
ELDON E. FALLON
United States District Court Judge