UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :   MDL No. 2592
                                 :
                                 :   SECTION L
                                 :
                                 :   JUDGE ELDON E. FALLON
                                 :
_____   :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

THOMAS WILLIAMS

2:15-cv-6138

## MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLHY IN ORDER TO SHOW CAUSE ON MARCH 16, 2016

Counsel for Plaintiff Thomas Williams hereby request leave to participate telephonically in the March 16, 2016 Order to Show Cause Regarding Plaintiffs Who Failed to Prove Xarelto Use set by the Court's February 23, 2016 Order.

Counsel for Plaintiff, Andrew B. Sommerman, respectfully requests to appear at the Order to Show Cause via telephone.

Although Plaintiff's Counsel cannot appear personally, as appearance telephonically by Mr. Sommerman would allow Plaintiff's Counsel to show that Plaintiff's case should not be dismissed. An appearance telephonically would not prejudice either party.

WHEREFORE, Plaintiff respectfully request that this Court allow leave for Plaintiffs' Counsel, Andrew B. Sommerman, to appear telephonically at the Order to Show Cause on March 16, 2016.

A Proposed Order is attached.

Respectfully submitted,

SOMMERMAN, McCAFFITY
& QUESADA, L.L.P.

*/s/ Andrew B. Sommerman*
Andrew B. Sommerman
State Bar No. 18842150
3811 Turtle Creek Boulevard, Suite 1400
Dallas, Texas 75219
214/720-0720 (Telephone)
214/720-0184 (Facsimile)
Andrew@textrial.com

## CERTIFICATE OF SERVICE

I hereby certify by my signature above that a true and correct copy of the foregoing instrument has this date been sent to all attorneys of record in the above-styled and numbered cause, said service being effected in the following manner on the 15th day of March, 2016.

| | |
|---|---|
| Certified Mail/Return Receipt Requested | _____ |
| Hand Delivery | _____ |
| Facsimile | _____ |
| Regular Mail | _____ |
| Electronic Mail | _____ |
| E-File | __X__ |