UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :   MDL No. 2592
                                 :
                                 :   SECTION L
                                 :
                                 :   JUDGE ELDON E. FALLON
                                 :
_____  :

**THIS DOCUMENT RELATES TO:**

LOUIS MESSIN AND SHARON MESSIN

CIVIL ACTION NO. 2:15-cv-4247

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLY IN THE MARCH 16, 2016 ORDER TO SHOW CAUSE**

This cause has come before the Court upon Plaintiff's Motion for Leave to Participate Telephonically in the March 16, 2016, Order to Show Cause. The Court finds the Motion should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED Plaintiff's counsel, Matthew R. McCarley, may participate telephonically in the March 16, 2016 Order to Show Cause.

Counsel is directed to contact the Court to make the appropriate arrangements prior to March 16, 2016.

Entered this 15th day of March, 2016.

_____
ELDON E. FALLON
United States District Judge