UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) | |
| Davis v. Janssen Research & ) | |
| Development, LLC, et al. ) | |
| Case No. 2: 15-cv-6103-EEF-MBN ) | |
| Plaintiff Anna Davis ) | |
| _____ ) | |

## ORDER

This matter, having come before the Court on Plaintiff Counsel's Motion for Substitution of Party Pursuant to Rule 25(a)(1), and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Danielle Cole on behalf of her deceased mother, Plaintiff Anna Davis, may be substituted for Plaintiff Anna Davis as the proper party plaintiff in this action.

New Orleans, Louisiana this 15th day of March, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1