UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION:  L |
| This Document Relates To: | ) JUDGE FALLON ) MAG. JUDGE NORTH |
| *Cases listed in Attached Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process* [*Dkt. No. 2472*] | ) ) ) |

# ORDER

Plaintiffs seek leave to supplement their Motion for Extension of Time Within Which to Serve Process with a Second Supplement and Exhibit pertinent to that Motion. The Court is of the opinion that leave to supplement should be granted. It is therefore:

ORDERED THAT leave is hereby granted for the Plaintiffs listed in Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process to file their Second Supplement and Exhibit as described above.

DATED: __March 15th 2016__          _____
                                    Hon. Eldon E. Fallon
                                    United States District Court Judge