Patient:  GRAHAM, TRACY LEE                          Admit:  1/8/  15
MRN:      TMC0335861                                 Disch:  1/12/2015      Disch Time:  12:54 CST
DOB/Sex:  4/3/1965   / Male                          FIN:    TMC0000021833553
Attending:  Ahmad MD,Tanvir

---

## *Consultation*

Psychiatric:  Negative.

**Objective**
  **VS/Measurements**
  Inpatient VS (ST)

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | 37.8 | (JAN 08 12:00) | 36.2 | (JAN 07 20:00) | 37.5 | (JAN 08 04:00) |
| Peripheral Pulse Rate | H 104 | (JAN 08 12:00) | H 104 | (JAN 08 12:00) | H 126 | (JAN 07 23:00) |
| Resp Rate | 18 | (JAN 08 12:18) | 18 | (JAN 07 15:42) | H 20 | (JAN 07 20:00) |
| SBP | 129 | (JAN 08 12:00) | 115 | (JAN 08 09:00) | 140 | (JAN 07 20:00) |
| DBP | 81 | (JAN 08 12:00) | 80 | (JAN 08 09:00) | 86 | (JAN 07 20:00) |
| SpO2 | L 93 | (JAN 08 12:00) | L 90 | (JAN 07 23:00) | 94 | (JAN 07 20:00) |
| | Room air | | Room air | | Room air | |

**Health Status**
  Allergies:

| Allergies (3) Active | Reaction |
|---|---|
| Bactrim | None Documented |
| Compazine | None Documented |
| Zofran | None Documented |

  **Current medications:**
  **Medications (6) Active**
  Scheduled: (2)
  **aspirin 81 mg Chew Tab**  81 mg 1 Tabs, Oral, Daily
  **enoxaparin 120 mg/0.8 mL SubQ syringe**  110 mg 0.73 mL, SubCutaneous, q12H
  Continuous: (0)
  PRN: (4)
  **HYDROcodone -acetaminophen 5 mg-325 mg tab**  1 Tabs, Oral, q6H
  **HYDROmorphone 2 mg/mL injection**  1.5 mg 0.75 mL, IV Push, q4H
  **metoclopramide 5 mg/mL Injection 2 mL**  10 mg 2 mL, IV Push, q6H
  **nitroglycerin 0.4 mg sublingual Tab**  0.4 mg 1 Tabs, SubLingual, q5Min Interval

  **Problem list:** PMH/Problems ST
  **Active Problems** (2)
  Pulmonary embolism
  Thromboembolic disorder

**Assessment**
  Interpretation of Results
    Laboratory: Fishbone ST
      JAN 08 09:55

---

Patient:  GRAHAM, TRACY LEE
MRN:      TMC0335861
DOB/Sex: 4/3/1965  / Male
Attending:  Ahmad MD,Tanvir

Admit: 1/8.   15
Disch: 1/12/2015      Disch Time:  12:54 CST
FIN:   TMC0000021833553

---

## Consultation

L 134 | 102 | 8 /
_____  H 153

3.8 | 24 | 0.9 \

JAN 08 09:55

\ 14.7 /
7.53 _____ 224

/ 42.8 \.

Radiology results:
CTA OF THE CHEST:

HISTORY: Chest pain.

TECHNIQUE: Thin-cut computerized axial tomograms were obtained through the chest following
administration of 100 mL of Isovue 370. Multiplanar, 3-D reformats were obtained through
the chest including coronal, sagittal and oblique planes. Images were obtained during the
pulmonary artery phase of enhancement.

FINDINGS: The heart is normal in size today. There is extensive pulmonary emboli seen on
the left, particularly involving the left lower lobe, but also involving portions of the
left upper lobe. Smaller emboli are seen involving the right lower lobe. There is
atelectasis, infiltrate or pulmonary infarction involving the lower lobes, more pronounced
on the left than the right. There is a small amount of pleural fluid on the left. There is
no evidence of axillary, mediastinal, or hilar adenopathy. The gallbladder is surgically
absent. The remainder of the upper abdomen is unremarkable.

IMPRESSION:
1. Extensive bilateral pulmonary emboli, more pronounced on the left than the right,
including fairly large embolus in the left main pulmonary artery extending into both the
left upper lobe and left lower lobe pulmonary arteries. Smaller branch arteries are
involved on the right side.
2. There is associated pulmonary infarction, infiltrate, or atelectasis in the lower
lobes, more pronounced on left than the right, with a small amount of pleural fluid on the
left.

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965   / Male
Attending:  Ahmad MD,Tanvir

Admit: 1/8,  15
Disch: 1/12/2015       Disch Time:  12:54 CST
FIN:   TMC0000021833553

## Consultation

3. The patient's nurse, Everett, is called with these findings emergently at 4: 36
   p.m. on
1/7/2015 and he will call the physician caring for the patient.

### Impression and Plan

1. Recurrent pulmonary embolism. Hemodynamically stable. Most likely secondary to hyper coagulable state.
   Pt. had recurrence while on Coumadin and Xarelto. He has IVC filter.
   Pt. Will need anticoagulation for the rest of his life. May need to be on Lovenox or Arixtra in view of the failure of Coumadin and Xarelto.
   Hematology consult has bee obtained for hypercoagulable work up.
   Echocardiogram has been done to check for RV strain.
   Will check the legs for DVT.

*Electronically Signed By: El-ashram, Nayer*
*On: 01.08.2015 14:59 CST*

---

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965  / Male
Attending: Ahmad MD,Tanvir

Admit: 1/8  15
Disch: 1/12/2015      Disch Time: 12:54 CST
FIN:  TMC0000021833553

---

## Discharge Info

DATE OF DISCHARGE:      01/12/2015

ADMISSION DIAGNOSES:
1. Chest pain. The patient will be ruled out for acute coronary syndrome.
2. History of multiple pulmonary emboli.

DISCHARGE DIAGNOSES:
1. Bilateral pulmonary emboli, status post thrombolysis on this admission. He had been on Xarelto and Coumadin in the past and despite that he had recurrence and he had inferior vena cava filter placed after the 2nd episode.
2. Chest pain. Acute coronary syndrome ruled out.
3. Diastolic dysfunction on echocardiogram.

BRIEF HISTORY AND PHYSICAL EXAMINATION: The patient is a 49-year-old white male who has history of DVT and PE starting 8 years ago after motor vehicle accident. He developed a 2nd episode and after that IVC filter was placed. He was on Coumadin at one point in time. At the time of admission he was on Xarelto and despite that he developed PE on this admission again and he was put on Lovenox. The hematologist was consulted. He had hypercoagulable workup done before the hematologist recommended the patient be discharged on Lovenox and go to the VA and see if apixaban (Eliquis) will be covered and if Eliquis will be covered that is the 1 medicine which can be tried. The patient understood that. He will use Lovenox for the time being until he get Eliquis covered. If Eliquis is not covered then he will be on Lovenox for long term and he will follow with the hematologist. He is not having any symptoms today. No chest pain. No shortness of breath.

PHYSICAL EXAMINATION:
VITAL SIGNS: Blood pressure 122/72, heart rate 45, respiratory rate 15, afebrile, saturating 93% to 94% on room air.
HEENT: Unremarkable.
NECK: Supple without any jugular venous distention.
CHEST: Clear to auscultation.
CARDIOVASCULAR: Heart was regular in rate and rhythm. No murmur.
ABDOMEN: Soft, nontender.
NEUROLOGIC: The patient was alert, awake, and oriented x3.

LABORATORY DATA: WBC 5.42, hemoglobin 12.8. Creatinine is 0.8.

DISCHARGE INSTRUCTIONS: He will go home on Lovenox. No Coumadin. He will continue the rest of his medications. I will also give him a prescription for Eliquis to see if it is covered or not. He understood that once he is due to start Eliquis he will stop Lovenox and he will get that coordinated by his PCP at the VA and he will follow with Dr. Siddiqi as an outpatient.

Dictated By:  TANVIR AHMAD, MD

Patient:  GRAHAM, TRACY LEE

MRN:     TMC0335861

DOB/Sex:  4/3/1965   / Male

Attending:  Ahmad MD,Tanvir

Admit: 1/8. .15

Disch: 1/12/2015      Disch Time:  12:54 CST

FIN:    TMC0000021833553

---

### Discharge Info

```
1355/6506383/ jd/ DT: 01/12/2015 10:47:49CST / TT: 01/21/2015 14:52:59CST / Job#:
11870648/ Doc#: 12901507/Patient: GRAHAM, TRACY L / Visit: 21833553/ Rev: 01/21/2015
15:52:59
```

CC:

*Electronically Signed By: Ahmad, Tanvir MD*
*On: 01.24.2015 13:39 CST*

---

### Discharge instructions

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965 / Male
Attending: Ahmad MD,Tanvir

Admit: 1/8| I5
Disch: 1/12/2015    Disch Time: 12:54 CST
FIN: TMC0000021833553

---

## Consultation

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Consultation
1/9/2015 19:31 CST
Auth (Verified)
Siddiqi MD,Imran (1/9/2015 08:28 CST)
Siddiqi MD,Imran (1/12/2015 08:27 CST)

**TMC Consultation**

CONSULTATION

DATE OF ADMISSION:  01/08/2015

DATE OF CONSULTATION: 01/09/2015

HISTORY OF PRESENT ILLNESS: The patient is a very pleasant gentleman who has multiple episodes of PE in the past, at least 5 times in the last 6 to 8 years.

The patient at this time came with bilateral PE.

The patient was seen by a thoracic surgeon and is going for operative thrombolysis today.

The patient does not look in any acute distress at this moment.

LABORATORY DATA: WBC is 10.6, hemoglobin 15.2, and platelets 282. BUN 9 and creatinine 1.2.

PHYSICAL EXAMINATION:
VITAL SIGNS: Stable.
CHEST: Clear. No wheezing, no rhonchi, no rales.
CARDIOVASCULAR: S1, S2 within normal limits. No S3. No murmur.
ABDOMEN: Soft, nontender. Bowel sounds positive. No organomegaly.
EXTREMITIES: No cyanosis, no clubbing, no edema.
NEUROLOGIC: Awake, alert, and oriented x3.

ASSESSMENT AND PLAN:
1. The patient with history of pulmonary embolism, has multiple pulmonary embolisms in the past. The patient was on Xarelto  and Lovenox right now.
2. The patient had ultrasound of both the legs. Venous Doppler came back negative for any deep vein thrombosis. CT angiography shows bilateral pulmonary embolism.
3. The patient was seen by thoracic surgeon and going for a procedure, left pulmonary artery angiography with possible thrombolysis. The patient is otherwise doing okay.

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965 / Male
Attending: Ahmad MD,Tanvir

Admit: 1/ .J15
Disch: 1/12/2015    Disch Time: 12:54 CST
FIN: TMC0000021833553

---

### Consultation

---

Thank you and we will follow the patient along with you.


Dictated By:  Imran Siddiqi, MD


784/6017843/ lk/ DT: 01/09/2015 08:28:15CST / TT: 01/09/2015 19:31:41CST / Job#: 11855471/
Doc#: 12830724/Patient: GRAHAM, TRACY L / Visit: 21833553/ Rev: 01/09/2015 22:13:23

CC:

*Electronically Signed By: Siddiqi, Imran MD*
*On: 01.12.2015 08:27 CST*

Patient:  GRAHAM, TRACY LEE
MRN:      TMC0335861
DOB/Sex:  4/3/1965   / Male
Attending:  Ahmad MD,Tanvir

Admit:  1/8/   5
Disch:  1/12/2015       Disch Time:  12:54 CST
FIN:    TMC0000021833553

## Consultation

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Consultation
1/9/2015 01:19 CST
Auth (Verified)
Randhawa JR M.D.,M Paul (1/8/2015 15:35 CST)
Randhawa JR M.D.,M Paul (2/13/2015 13:43 CST)

**TMC Consultation**
CONSULTATION


DATE OF ADMISSION:  01/08/2015

DATE OF CONSULTATION:  01/08/2015

REQUESTING PHYSICIAN: Praneetha Puskuri, MD

PRIMARY CARE PHYSICIAN: Dr. Rao at the VA Hospital, Dallas

REASON FOR CONSULTATION: A large pulmonary embolism.

HISTORY OF PRESENT ILLNESS: The patient is a 49-year-old gentleman with a past medical
history significant for multiple pulmonary emboli. His first pulmonary embolism occurred
about 8 years ago after he was involved in a motor vehicle crash. Apparently, he was
treated with Coumadin for 6 months at that time. The patient ultimately developed another
pulmonary embolism about 7 years ago. At that time, he apparently had an IVC filter
placed. The patient has been maintained on lifelong Coumadin for about 7 years. He was
then switched to Xarelto about 9 months ago. According to the patient, he had a recurrent
PE about 9 months ago, although all his scans at TMC Medical Center dating back to
September 2013 were negative for pulmonary embolism. The patient denies any prior history
of DVT. He was in his usual state of health until 03:30 a.m. on the morning of admission
when he awoke with chest pain involving the left side of his chest, the left shoulder, and
the anterior chest. This was associated with shortness of breath, but no diaphoresis. He
was nauseated and did have one episode of emesis. Initially, he took a hydrocodone, which
provided no relief. Then he took half a Dilaudid, which did help somewhat. He waited until
morning, however, his symptoms continued to progress and did not get any better. He came
to the emergency room for further evaluation. He underwent a CT scan PE protocol of the
chest, which showed a large left pulmonary embolism and smaller right pulmonary embolism.
He was admitted to the hospital for further evaluation and possible intervention. Surgical
consultation is now requested for possible thrombolytic therapy. The patient's Xarelto has
been discontinued and he is currently on Lovenox.

ALLERGIES: BACTRIM, COMPAZINE, AND ZOFRAN.

MEDICATIONS: On admission include:
1. Aspirin 81 mg.
2. Xarelto 20 mg daily.
3. Promethazine.

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965 / Male
Attending: Ahmad MD,Tanvir

Admit: 1/8, /15
Disch: 1/12/2015      Disch Time: 12:54 CST
FIN: TMC0000021833553

---

## Consultation

PAST MEDICAL HISTORY: Significant for multiple pulmonary emboli.

PAST SURGICAL HISTORY: Significant for:
1. Cholecystectomy.
2. Appendectomy.
3. IVC filter insertion in approximately 2008.
4. Vasectomy.
5. Repair of bowel injury following his cholecystectomy.

SOCIAL HISTORY: The patient is married. He has 5 children. He does not smoke, but he does occasionally use snuff. He rarely consumes alcohol. The patient owns his own air conditioning company and is constantly on the road a lot.

FAMILY HISTORY: Positive for hypertension, diabetes mellitus, cancer, stroke, and DVT.

REVIEW OF SYSTEMS: As described in the HPI. It is also positive for two-pillow orthopnea. The remainder of the review of systems was all reviewed and was found to be negative.

PHYSICAL EXAMINATION:
GENERAL: The patient is a well-developed, well-nourished 49-year-old white male, who is alert and oriented x3, and presently in no acute distress.
VITAL SIGNS: Temperature is 98.4, heart rate is 104 sinus tachycardia, respiratory rate is 18, blood pressure 129/81, saturation is 93% on room air.
HEENT: Exam normal limits.
NECK: Supple, 2+ carotids. No carotid bruits. No cervical lymphadenopathy.
LUNGS: Clear to auscultation and percussion bilaterally. No rales or wheezes.
CARDIAC: Regular rate and rhythm, with S1 and S2. There are no appreciable murmurs, rubs, or gallops.
ABDOMEN: Obese, soft, nontender, nondistended. Normoactive bowel sounds.
EXTREMITIES: With no cyanosis, clubbing, or edema. Distal pulses are intact.
NEUROLOGIC: Exam, including cranial, motor, and sensory exam is grossly within normal limits.

DIAGNOSTIC DATA: CT scan of the chest was reviewed in detail. In addition, other CT scans of the chest performed within last year were also reviewed.

IMPRESSION:
1. A large left pulmonary artery embolism with possible infarction.
2. Smaller right pulmonary artery embolism.
3. Previous venous thromboembolic disease.
4. Previous inferior vena cava filter insertion.
5. Negative hypercoagulability workup in the past.

RECOMMENDATIONS/PLAN: I have reviewed the patient's history, physical examination findings, and diagnostic study results in detail, and I have recommended that he undergo left pulmonary artery angiography with possible thrombolysis. I have reviewed the procedure in detail with the patient. This includes the risks, benefits, and alternatives

Patient: GRAHAM, TRACY LEE
MRN:     TMC0335861
DOB/Sex: 4/3/1965    / Male
Attending: Ahmad MD,Tanvir

Admit: 1/    .J15
Disch: 1/12/2015      Disch Time: 12:54 CST
FIN:   TMC0000021833553

---

## Consultation

The risks include but are not limited to contrast-related allergic reaction,
contrast-induced nephropathy, distal embolization, and bleeding complications related to
thrombolytic therapy. Certainly the patient is at risk for intracorporeal or intracranial
bleeding. Most commonly the bleeding is at the access site. The patient has no major
contraindication to thrombolytic therapy. The patient has full understanding of the risks,
benefits, and alternatives, and would like to proceed with the planned surgery.

The patient's procedure has been scheduled for 08:30 tomorrow morning. Preoperative orders
have been placed in the chart. In addition, venous duplex study of bilateral lower
extremities will be ordered to evaluate for lower extremity DVT.

Thank you very much for requesting my consultation, evaluation, and management of this
patient.

Dictated By:  M. PAUL RANDHAWA, JR., MD

1341/6017843/ lk/ DT: 01/08/2015 15:35:35CST / TT: 01/09/2015 01:19:18CST / Job#:
11852310/ Doc#: 12826097/Patient: GRAHAM, TRACY L / Visit: 21833553/ Rev: 01/09/2015
02:19:18

CC:  PRANEETHA PUSKURI, MD
Dr. Rao, VA Hospital, Dallas

*Electronically Signed By: Randhawa, M Paul M.D.*
*On: 02.13.2015 13:43 CST*

Patient:  GRAHAM, TRACY LEE
MRN:      TMC0335861
DOB/Sex:  4/3/1965   / Male
Attending:  Ahmad MD,Tanvir

Admit:  1/8/  5
Disch:  1/12/2015          Disch Time:  12:54 CST
FIN:    TMC0000021833553

## Consultation

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Consultation
1/8/2015 16:44 CST
Auth (Verified)
Siddiqi MD,Imran (1/8/2015 12:42 CST)
Siddiqi MD,Imran (1/9/2015 08:15 CST)

**TMC Consultation**

CONSULTATION

DATE OF ADMISSION:  01/08/2015

HISTORY OF PRESENT ILLNESS: The patient is a very pleasant 49-year-old gentleman who had a history of pulmonary embolism 8 years ago. He was seen in the VA hospital and treated with Coumadin and then 6 months later Coumadin was stopped. He had a recurrence of PE, then he was being treated with Coumadin and 1 year later he had another PE episode, and then about 1 year later he had the 4th episode, and about 9 months ago he had a 5th episode, and now he is back again with bilateral PE.

The patient is on Coumadin and Xarelto right now and he has progressed on Xarelto.

The patient states that he is not any better, but he does not look in any acute shortness of breath or in acute distress.

ALLERGIES: THE PATIENT IS ALLERGIC TO BACTRIM, COMPAZINE AND ZOFRAN.

PAST MEDICAL HISTORY: History of pulmonary embolism.

PAST SURGICAL HISTORY:
1. History of cholecystectomy.
2. Appendectomy.
3. IVC filter placement.
4. Vasectomy.

FAMILY HISTORY: Mother had DVT. No cancer in the family. No bleeding disorder or clotting disorder besides mother in the family.

SOCIAL HISTORY: The patient is married, has 5 kids. He is  service repair person. Denies any tobacco, alcohol or illicit drug abuse.

REVIEW OF SYSTEMS: Within normal limits except for shortness of breath and pain in the left shoulder. Chest: Negative. Cardiovascular: Negative. Gastrointestinal: Negative. Genitourinary: Negative. Extremities: Negative. Neurological: Negative. Psychiatry: Negative.

PHYSICAL EXAMINATION:
VITAL SIGNS: Stable.

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965  / Male
Attending: Ahmad MD,Tanvir

Admit: 1/   J15
Disch: 1/12/2015      Disch Time: 12:54 CST
FIN:   TMC0000021833553

## Consultation

HEENT/NECK: Neck is supple. No JVD. Trachea is central. No thyromegaly. Pupils are equal
and reactive to light. Extraocular muscles are intact. Conjunctivae are pink. Sclerae are
white. There is no lymphadenopathy. No carotid bruit.
CHEST: Clear. No wheezing. No rhonchi. No rales.
CARDIOVASCULAR: S1, S2, within normal limits. No S3. No murmur.
ABDOMEN: Soft, nontender. Bowel sounds are positive. No organomegaly.
EXTREMITIES: No cyanosis, no clubbing, no edema.
NEUROLOGIC: Awake and alert, and oriented x3. Cranial nerves II through XII are intact.
Motor and sensory are intact. Deep tendon reflexes are positive. Plantars are downgoing.

ASSESSMENT:
1. The patient with a history of multiple pulmonary embolisms in the past. Recently, he
had a pulmonary embolism about 9 months ago comes in with  recurrence. He had 4 more
pulmonary embolisms in the last 8 years. The patient was on initially on Coumadin. He is
now on Xarelto.
2. The patient right now is on Lovenox and Xarelto.
3. I will do a complete hypercoagulable workup and then take it from there.
4. The patient also stated that he is very compliant with Xarelto and takes the medication
every day.

Thank you and we will follow the patient along with you.


Dictated By:  Imran Siddiqi, MD


784/6014543/ gg/ DT: 01/08/2015 12:42:00CST / TT: 01/08/2015 16:44:48CST / Job#: 11851038/
Doc#: 12823767/Patient: GRAHAM, TRACY L / Visit: 21833553/ Rev: 01/09/2015 08:32:03

CC:

*Electronically Signed By: Siddiqi, Imran MD*
*On: 01.09.2015 08:15 CST*

Patient: GRAHAM, TRACY LEE
MRN:   TMC0335861
DOB/Sex: 4/3/1965   / Male
Attending:  Ahmad MD,Tanvir

Admit: 1/8  /15
Disch: 1/12/2015        Disch Time:  12:54 CST
FIN:   TMC0000021833553

---

## Consultation

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Consultation
1/8/2015 14:36 CST
Auth (Verified)
El-ashram,Nayer B MD (1/8/2015 14:59 CST)
El-ashram,Nayer B MD (1/8/2015 14:59 CST)

**Pulmonary consult**

Patient:  GRAHAM, TRACY LEE       MRN: TMC0335861       FIN: TMC0000021833553
Age: **49 years**   Sex: **Male**   DOB: **04/03/65**
Associated Diagnoses:  **None**
Author: **El-ashram, Nayer B  MD**

**Subjective**

Reason for consultation: Pulmonary embolism.

HISTORY OF PRESENT ILLNESS: 49-year-old male with past medical history of pulmonary
    embolism X 8
over the past 8 years, S/P IVC filter placement the last time was 9 months ago. The
    patient has
been on Xarelto. Past work up for hypercoagulability was negative. He had a 12 hour trip
    to Little
Rock, AK and back last Saturday 1/3/2015. He presented to the emergency room with the
    chief complaint
of chest pain and was found to have pulmonary embolism. He was admitted and started on
    Lovenox.
MI was ruled out. He had recently had a cardiac catheterization done which did not
    reveal any
obstructive CAD. Wok up for hypercoagulablbilty has been started.

PAST MEDICAL HISTORY: History of pulmonary embolism, multiple.

PAST SURGICAL HISTORY:
1. Cholecystectomy.
2. Appendectomy.
3. IVC filter.
4. Vasectomy.

FAMILY HISTORY: Positive for premature coronary artery disease in several of his family
members. His mother had DVT.

SOCIAL HISTORY: The patient denies tobacco, alcohol or recreational drug use. He dips
    snuff.

ALLERGIES:
1. Bactrim.
2. Compazine.

Patient:  GRAHAM, TRACY LEE
MRN:    TMC0335861
DOB/Sex:  4/3/1965  / Male
Attending:  Ahmad MD,Tanvir

Admit: 1/ .015
Disch: 1/12/2015        Disch Time:  12:54 CST
FIN:    TMC0000021833553

---

## Consultation

3. Zofran.

MEDICATIONS: List of medication is noted and reviewed.

REVIEW OF SYSTEMS: Positive for chest pain and some shortness of breath and fever and
nausea and 1 episode of vomiting. Denies any orthopnea, PND, or leg edema. Review for
the
other 12 system is negative.


ASSESSMENT AND PLAN: A 49-year-old male with a past medical history of multiple
pulmonary
embolisms who presents with chest pain. The patient recently had a cardiac
catheterization
done, which did not reveal any obstructive CAD. The patient is being admitted for
further
evaluation.
1. Chest pain. The patient will be ruled out for any acute coronary syndrome with serial
cardiac enzymes and EKG. We will start him on aspirin and check his lipid profile. The
patient will be monitored closely on telemetry.
2. History of multiple pulmonary embolisms. The patient will be continued on Lovenox.
3. We will do gastrointestinal and DVT prophylaxis.
4. Further evaluation as per Cardiology for evaluation of his chest pain


Dictated By: MANDEEP SINGH, MD


1379/601482/ sy/ DT: 01/06/2015 19:45:08CST / TT: 01/07/2015 01:42:00CST / Job#:
11841348/
Doc#: 12813111/Patient: GRAHAM, TRACY L / Visit: 21833553/ Rev: 01/07/2015 02:42:00

CC:


**Review of Systems**
  **Constitutional**: Negative.
  **Eye**: Negative.
  **Ear/Nose/Mouth/Throat**: Negative.
  **Respiratory**
  **Cardiovascular**:     Chest pain: Left sided, pleuritic.
  **Gastrointestinal**: Negative.
  **Genitourinary**: Negative.
  **Musculoskeletal**: Negative.
  **Integumentary**: Negative.
  **Neurologic**: Negative.

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965    / Male
Attending: Moturi,Raghavendri MD

Admit: 10/1(   )14
Disch: 10/11/2014          Disch Time:  14:14 CDT
FIN:   TMC0000021529979

---

## Emergency Department

### Chest pain

Patient:  GRAHAM, TRACY LEE        MRN: TMC0335861        FIN: TMC0000021529979
Age: **49 years**   Sex: **Male**   DOB: **04/03/65**
Associated Diagnoses:  **None**
Author:  **Entriken, William F  DO**

### Basic Information
**Time seen:** Date & time 10/08/14 13:20:00, Provider Assignment
Land ER Scribe, Kallie assigned at 10/08/2014 13:31

**History source:** Patient.
**Arrival mode:** Private vehicle.
**History limitation:** None.
Additional information.

### History of Present Illness
The patient presents with a CC of CP with an onset of 1 hour ago. Pt states that the pain radiates to his L arm and R jaw & neck. Pt c/o chest tightness and pressure. Pt denies any SOB, fever, or NVD. . The onset was 1  hours ago.  The course/duration of symptoms is constant.  Location: Generalized anterior chest. Radiating pain: left arm.  right side of the jaw.  right side of the neck. The character of symptoms is heaviness and tightness.  The degree at maximum was moderate.  The degree at onset was moderate.  The degree at present is moderate.  The exacerbating factor is none.  The relieving factor is none.  Risk factors consist of none.  Prior episodes: none.  Therapy today None.  Associated symptoms: denies shortness of breath, denies nausea, denies vomiting, denies diaphoresis, denies anxiety and denies palpitations.

### Review of Systems
**Constitutional symptoms:**  Negative except as documented in HPI, no fever, no chills.
**Skin symptoms:**  Negative except as documented in HPI, No rash,
**Eye symptoms:**  Negative except as documented in HPI, No blurred vision,
**ENMT symptoms:**  Negative except as documented in HPI, no sore throat, no nasal congestion.
**Respiratory symptoms:**  Negative except as documented in HPI, no shortness of breath, no cough, no hemoptysis.
**Cardiovascular symptoms:**  Chest pain, central, heaviness, tightness, pressure, no palpitations, no diaphoresis, no peripheral edema.
**Gastrointestinal symptoms:**  Negative except as documented in HPI, no abdominal pain, no nausea, no vomiting, no diarrhea.
**Genitourinary symptoms:**  Negative except as documented in HPI, no dysuria, no hematuria.
**Musculoskeletal symptoms:**  No Muscle pain, Reports: Left, upper arm, pain, R jaw & neck .
**Neurologic symptoms:**  Negative except as documented in HPI, no headache, no dizziness, no weakness.
**Psychiatric symptoms:**  Negative except as documented in HPI.
**Endocrine symptoms:**  Negative except as documented in HPI, No hyperglycemia,
**Hematologic/Lymphatic symptoms:**  Negative except as documented in HPI, Bleeding tendency negative,
**Allergy/immunologic symptoms:**  Negative except as documented in HPI, No impaired immunity,
**Additional review of systems information:** All other systems reviewed and otherwise negative.

### Health Status
**Allergies:**
<u>Allergic Reactions (All)</u>
   *Severity Not Documented*
      Bactrim- No reactions were documented.
      Compazine- No reactions were documented.
      Zofran- No reactions were documented.
<u>Canceled/Inactive Reactions (All)</u>
   *Severity Not Documented*
      Morphine- No reactions were documented..
**Medications:** Review/Insert Medication List (Selected)

Patient: GRAHAM, TRACY LEE  
MRN: TMC0335861  
DOB/Sex: 4/3/1965 / Male  
Attending: Moturi,Raghavendri MD

Admit: 1( )/2014  
Disch: 10/11/2014    Disch Time: 14:14 CDT  
FIN: TMC0000021529979

---

## *Emergency Department*

**Inpatient Medications**
> *Ordered*
>> nitroglycerin 0.4 mg sublingual tablet: 0.4 mg, 1 Tabs, SubLingual, q5Min Interval, PRN: Chest Pain

**Documented Medications**
> *Documented*
>> Fish Oil 1000 mg oral capsule: 1,000 mg, 1 Caps, Oral, BID
>> Pepcid 20 mg oral tablet: 20 mg, 1 Tabs, Oral, BID, 180 Tabs
>> Xarelto: Oral
>> aspirin: 81 mg, Oral, Daily
>> enoxaparin: SubCutaneous, Daily
>> lisinopril 5 mg oral tablet: 5 mg, 1 Tabs, Oral, Daily, 30 Tabs
>> promethazine 25 mg oral tablet: 25 mg, 1 Tabs, Oral, q8H, PRN: as needed for nausea/vomiting
>> simvastatin 40 mg oral tablet: 40 mg, 1 Tabs, Oral, qHS, 30 Tabs.

**Immunizations:** Per nurse's notes.

**Past Medical/ Family/ Social History**
> Medical history: PMH/Problems ST
> **Active Problems** (2)
> Pulmonary embolism
> Thromboembolic disorder

> **Surgical history:**
>> Cholecystectomy; with cholangiography (47605).
>> ABDOMINAL HERNIA.
>> appendectomy.
>> vasectomy..

> **Family history:** FHx of Heart porblems.
> **Social history:** Social History ST
> **Social & Psychosocial Habits**

**Alcohol**
03/20/2014 **Risk Assesment:** Denies Alcohol Use

**Substance Abuse**
03/20/2014 **Risk Assesment:** Denies Substance Abuse

**Tobacco**
03/20/2014 **Type:** Oral
 **Use:** Current

03/20/2014 **Risk Assesment:** Medium Risk
10/08/2014 **Patient Smoked Cigarettes During Last 12 Months:** No
10/08/2014 **Smoking History:** Never smoker

**Problem list:** Per nurse's notes.

**Physical Examination**

Patient:  GRAHAM, TRACY LEE
MRN:  TMC0335861
DOB/Sex:  4/3/1965  / Male
Attending:  Moturi,Raghavendri MD

Admit: 10/  /2014
Disch:  10/11/2014      Disch Time:  14:14 CDT
FIN:  TMC0000021529979

## Emergency Department

### Vital Signs
Vital Signs ST

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | 35.6 | (OCT 08 13:13) | 35.6 | (OCT 08 13:13) | 35.6 | (OCT 08 13:13) |
| Peripheral Pulse Rate | 76 | (OCT 08 13:13) | 76 | (OCT 08 13:13) | 76 | (OCT 08 13:13) |
| Resp Rate | H 20 | (OCT 08 13:13) | H 20 | (OCT 08 13:13) | H 20 | (OCT 08 13:13) |
| SBP | H 142 | (OCT 08 13:13) | H 142 | (OCT 08 13:13) | H 142 | (OCT 08 13:13) |
| DBP | H 99 | (OCT 08 13:13) | H 99 | (OCT 08 13:13) | H 99 | (OCT 08 13:13) |
| SpO2 | 97 | (OCT 08 13:13) | 97 | (OCT 08 13:13) | 97 | (OCT 08 13:13) |
| | Room air | | Room air | | Room air | |

Oxygen saturation: 97 %.
Basic Oxygen Information

| 10/08/14 13:13 CDT | SpO2 | 97 % |
|---|---|---|
| | Oxygen Therapy | Room air . |

SpO2 interpreted as normal by EP.
**General:** Alert, mild distress.
**Skin:** Warm, dry, pink.
**Head:** Normocephalic.
**Neck:** Supple, trachea midline.
**Eye:** Pupils are equal, round and reactive to light, extraocular movements are intact.
**Ears, nose, mouth and throat:** Oral mucosa moist, Grossly Normal.
**Cardiovascular:** Regular rate and rhythm, No murmur, Normal peripheral perfusion, No edema, S1, S2, no S3, no S4.
**Respiratory:** Respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion, Breath sounds: no rales present, no rhonchi present, no wheezes present.
**Chest wall:** No deformity.
**Back:** Normal range of motion, Normal alignment.
**Musculoskeletal:** Normal ROM, normal strength, no tenderness.
**Gastrointestinal:** Soft, Nontender, Non distended, No Masses, Pulsations, Distentions.
**Neurological:** Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, normal speech observed.
**Psychiatric:** Cooperative, appropriate mood & affect.

## Medical Decision Making
**Differential Diagnosis:** Myocardial infarction, unstable angina, angina, anxiety, pulmonary embolism, atypical chest pain.
**Rationale:** Total TIMI Risk Score 0.
**Documents reviewed:** Emergency department nurses' notes.
**Orders** Review/Insert Order Profile (Selected)
  Inpatient Orders
    Ordered
      Cardiac Monitoring:
      Chest Pain, AMI Quality Measures:
      Oxygen Therapy:
      Pulse Oximetry Continuous:
      Saline Lock Insert:
      Troponin I:
      Vital Signs Mobile:
      morphine: 5 mg, 2.5 mL, IV Push, Once
      nitroglycerin 0.4 mg sublingual tablet: 0.4 mg, 1 Tabs, SubLingual, q5Min Interval, PRN: Chest Pain
    Ordered (Exam Completed)

Patient: GRAHAM, TRACY LEE
MRN:     TMC0335861
DOB/Sex: 4/3/1965    / Male
Attending: Moturi,Raghavendri MD

Admit:  10/  2014
Disch: 10/11/2014          Disch Time:  14:14 CDT
FIN:    TMC0000021529979

---

## Emergency Department

EC EKG:
  XR Chest 1 View Frontal:
*Canceled*
  ED Triage Mobile:
*Completed*
  Aspirin Low Dose: 324 mg, 4 Tabs, Oral, Once
  Auto Diff:
  Basic Metabolic Panel:
  CBC with Diff:
  PT INR:
  PTT:
  Troponin I: .
Electrocardiogram: Time 10/08/14 13:10:00, rate 82, normal sinus rhythm, No ST-T changes, no ectopy, normal PR & QRS
  intervals, EP Interp.
Results review:  Lab results : Lab View
    10/08/14 13:30 CDT          WBC                       4.83 K units/L
                                **RBC**                   **4.20 x10e6/mcL   LOW**
                                Hgb                       13.7 gm/dL
                                **Hct**                   **39.9 %   LOW**
                                MCV                       95.0 Femtoliter
                                MCH                       32.6 pg
                                MCHC                      34.3 gm/dL
                                RDW-CV                    13.0 %
                                Plt                       198 x10e3/mcL
                                MPV                       9.0 Femtoliter
                                NRBC %                    0.0 %   NA
                                NRBC #                    0.00   NA
                                Neut % Auto               59.60 %
                                Lymph % Auto              24.90 %
                                Mono % Auto               11.00 %
                                Eos % Auto                3.90 %
                                Baso % Auto               0.60 %
                                Immature Grans %          0.20 %
                                Neut # Auto               2.87 x10e3/mcL
                                Lymph # Auto              1.20 x10e3/mcL
                                Mono # Auto               0.53 x10e3/mcL
                                Eos # Auto                0.19 x10e3/mcL
                                Baso # Auto               0.03 x10e3/mcL
                                Immature Grans # Auto     0.01 x10e3/mcL   NA
                                PT                        10.8 Seconds
                                **INR**                   **0.9   LOW**
                                PTT                       26.90 Seconds
                                **Glucose Level**         **143 mg/mL   HI**
                                Sodium                    138 mmol/L
                                Potassium                 3.5 mmol/L
                                **Chloride**              **108 mmol/L   HI**
                                CO2                       21 mmol/L
                                Anion Gap                 12.5
                                BUN                       9 mg/dL
                                Creatinine                1.0 mg/dL
                                BUN/Creat Ratio           9.0
                                Calcium                   9.0 mg/dL
                                eGFR Non-African American 79.42
                                eGFR African American     96.26

Patient: GRAHAM, TRACY LEE
MRN:     TMC0335861
DOB/Sex: 4/3/1965    / Male
Attending: Moturi,Raghavendri MD

Admit: 10. ./2014
Disch: 10/11/2014      Disch Time:  14:14 CDT
FIN:    TMC0000021529979

## Emergency Department

| | |
|---|---|
| Hemolysis | 1 |
| Hemolysis | 1 |
| Iteric | 1 |
| Iteric | 1 |
| Lipemic | 1 |
| Lipemic | 1 |
| Troponin I | <0.02 ng/mL . |

**Chest X-Ray:** Time reported 10/08/14 13:45:00, no acute disease process, interpretation by Emergency Physician.

### Reexamination/ Reevaluation
Time: 10/08/14 14:10:00 .
Vital signs
    per nurse's notes
Course: improving.
Assessment: Serial exams performed, pt is stable. His CP has not subsided. .
Time: 10/08/14 14:17:00 .
Vital signs
    per nurse's notes
Course: improving.
Assessment: Discussed plans for admission, pt understood..

### Impression and Plan
**Diagnosis**
    Chest pain  786.50 - ICD9 786.50, Emergency medicine, Medical

**Calls-Consults**
    - 10/08/14 14:15:00 , Moturi, Raghavendri   MD, phone call, consult, Discussed pt status and plans for admission.
**Plan**
**Condition:** Improved, Stable.
**Counseled:** Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated
    understanding of instructions.
**Disposition:** Launch Disposition Order
Admit/Transfer/Discharge:
    Decision for Admission/Observation (Order): 10/08/14 14:21 CDT, Emergency, Suggested Placement: Medical Unit with
    Telemetry, Dispositioned by: Time: 10/08/14 14:19:00, Entriken, William F  DO, admit.
**Notes:** Documented by ED Scribe Kalie Land acting as scribe for ED Physician, Dr. Entriken. I have reviewed the above
    documentation provided by the scribe and agree with its contents in full.

*Electronically Signed By: Entriken, William*
*On: 10.08.2014 14:22 CDT*

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965 / Male
Attending: Moturi,Raghavendri MD

Admit: 10/1( )14
Disch: 10/11/2014     Disch Time: 14:14 CDT
FIN: TMC0000021529979

---

### Emergency Department

The patient presents with a CC of CP with an onset of 1 hour ago. Pt states that the pain radiates to his L arm & R jaw & neck. Pt c/o chest tightness and pressure. Pt denies any SOB, fever, or NVD. . The onset was 1 hours ago. The course/duration of symptoms is constant. Location: Generalized anterior chest. Radiating pain: left arm. right side of the jaw. right side of the neck. The character of symptoms is heaviness and tightness. The degree at onset was moderate. The degree at maximum was moderate. The degree at present is moderate. The exacerbating factor is none. The relieving factor is none. Risk factors consist of none. Prior episodes: none. Therapy today None. Associated symptoms: denies shortness of breath, denies nausea, denies vomiting, denies diaphoresis, denies anxiety and denies palpitations.

### Review of Systems

**Constitutional symptoms:** Negative except as documented in HPI, no fever, no chills.
**Skin symptoms:** Negative except as documented in HPI, No rash,
**Eye symptoms:** Negative except as documented in HPI, No blurred vision,
**ENMT symptoms:** Negative except as documented in HPI, no sore throat, no nasal congestion.
**Respiratory symptoms:** Negative except as documented in HPI, no shortness of breath, no cough, no hemoptysis.
**Cardiovascular symptoms:** Chest pain, central, heaviness, tightness, pressure, no palpitations, no diaphoresis, no peripheral edema.
**Gastrointestinal symptoms:** Negative except as documented in HPI, no abdominal pain, no nausea, no vomiting, no diarrhea.
**Genitourinary symptoms:** Negative except as documented in HPI, no dysuria, no hematuria.
**Musculoskeletal symptoms:** No Muscle pain, Reports: Left, upper arm, pain, R jaw & neck .
**Neurologic symptoms:** Negative except as documented in HPI, no headache, no dizziness, no weakness.
**Psychiatric symptoms:** Negative except as documented in HPI.
**Endocrine symptoms:** Negative except as documented in HPI, No hyperglycemia,
**Hematologic/Lymphatic symptoms:** Negative except as documented in HPI, Bleeding tendency negative,
**Allergy/immunologic symptoms:** Negative except as documented in HPI, No impaired immunity,
**Additional review of systems information:** All other systems reviewed and otherwise negative.

### Health Status

**Allergies:**

Allergic Reactions (All)
*Severity Not Documented*
Bactrim- No reactions were documented.
Compazine- No reactions were documented.
Zofran- No reactions were documented.
Canceled/Inactive Reactions (All)
*Severity Not Documented*
Morphine- No reactions were documented..
**Medications:** Review/Insert Medication List (Selected)
Inpatient Medications
*Ordered*
nitroglycerin 0.4 mg sublingual tablet: 0.4 mg, 1 Tabs, SubLingual, q5Min Interval, PRN: Chest Pain
Documented Medications
*Documented*
Fish Oil 1000 mg oral capsule: 1,000 mg, 1 Caps, Oral, BID
Pepcid 20 mg oral tablet: 20 mg, 1 Tabs, Oral, BID, 180 Tabs
Xarelto: Oral
aspirin: 81 mg, Oral, Daily
enoxaparin: SubCutaneous, Daily
lisinopril 5 mg oral tablet: 5 mg, 1 Tabs, Oral, Daily, 30 Tabs
promethazine 25 mg oral tablet: 25 mg, 1 Tabs, Oral, q8H, PRN: as needed for nausea/vomiting
simvastatin 40 mg oral tablet: 40 mg, 1 Tabs, Oral, qHS, 30 Tabs.
**Immunizations:** Per nurse's notes.

---

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965  / Male
Attending: Moturi,Raghavendri MD

Admit: 10  /2014
Disch: 10/11/2014     Disch Time: 14:14 CDT
FIN: TMC0000021529979

---

## Emergency Department

**Past Medical/ Family/ Social History**
  **Medical history:** PMH/Problems ST
  <u>Active Problems</u> (2)
  Pulmonary embolism
  Thromboembolic disorder

  **Surgical history:**
    Cholecystectomy; with cholangiography (47605).
    ABDOMINAL HERNIA.
    appendectomy.
    vasectomy..
  **Family history:** FHx of Heart porblems.
  **Social history:** Social History ST
  <u>Social & Psychosocial Habits</u>

  **Alcohol**
  03/20/2014  **Risk Assesment:** Denies Alcohol Use

  **Substance Abuse**
  03/20/2014  **Risk Assesment:** Denies Substance Abuse

  **Tobacco**
  03/20/2014  **Type:** Oral
   **Use:** Current

  03/20/2014  **Risk Assesment:** Medium Risk
  10/08/2014  **Patient Smoked Cigarettes During Last 12 Months:** No
  10/08/2014  **Smoking History:** Never smoker

  **Problem list:** Per nurse's notes.

**Physical Examination**

  Vital Signs
  Vital Signs ST

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | 35.6 | (OCT 08 13:13) | 35.6 | (OCT 08 13:13) | 35.6 | (OCT 08 13:13) |
| Peripheral Pulse Rate | 76 | (OCT 08 13:13) | 76 | (OCT 08 13:13) | 76 | (OCT 08 13:13) |
| Resp Rate | H 20 | (OCT 08 13:13) | H 20 | (OCT 08 13:13) | H 20 | (OCT 08 13:13) |
| SBP | H 142 | (OCT 08 13:13) | H 142 | (OCT 08 13:13) | H 142 | (OCT 08 13:13) |
| DBP | H 99 | (OCT 08 13:13) | H 99 | (OCT 08 13:13) | H 99 | (OCT 08 13:13) |
| SpO2 | 97 | (OCT 08 13:13) | 97 | (OCT 08 13:13) | 97 | (OCT 08 13:13) |
|  | Room air | | Room air | | Room air | |

  Oxygen saturation: 97 %.

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965  / Male
Attending: Moturi,Raghavendri MD

Admit: 10/ /2014
Disch: 10/11/2014    Disch Time:  14:14 CDT
FIN: TMC0000021529979

---

## Emergency Department

Basic Oxygen Information
 10/08/14 13:13 CDT      SpO2                      97 %
                         Oxygen Therapy           Room air  .
SpO2 interpreted as normal by EP.
 **General:** Alert, mild distress.
 **Skin:** Warm, dry, pink.
 **Head:** Normocephalic.
 **Neck:** Supple, trachea midline.
 **Eye:** Pupils are equal, round and reactive to light, extraocular movements are intact.
 **Ears, nose, mouth and throat:** Oral mucosa moist, Grossly Normal.
 **Cardiovascular:** Regular rate and rhythm, No murmur, Normal peripheral perfusion, No edema, S1, S2, no S3, no S4.
 **Respiratory:** Respirations are non-labored, breath sounds are equal, Symmetrical chest wall expansion, Breath sounds: no
  rales present, no rhonchi present, no wheezes present.
 **Chest wall:** No deformity.
 **Back:** Normal range of motion, Normal alignment.
 **Musculoskeletal:** Normal ROM, normal strength, no tenderness.
 **Gastrointestinal:** Soft, Nontender, Non distended, No Masses, Pulsations, Distentions.
 **Neurological:** Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, normal speech
  observed.
 **Psychiatric:** Cooperative, appropriate mood & affect.

**Medical Decision Making**
 **Differential Diagnosis:** Myocardial infarction, unstable angina, angina, anxiety, pulmonary embolism, atypical chest pain.
 **Rationale:** Total TIMI Risk Score 0.
 **Documents reviewed:** Emergency department nurses' notes.
 **Orders** Review/Insert Order Profile (Selected)
  Inpatient Orders
   *Ordered*
    Cardiac Monitoring:
    Chest Pain, AMI Quality Measures:
    Oxygen Therapy:
    Pulse Oximetry Continuous:
    Saline Lock Insert:
    Troponin I:
    Vital Signs Mobile:
    morphine: 5 mg, 2.5 mL, IV Push, Once
    nitroglycerin 0.4 mg sublingual tablet: 0.4 mg, 1 Tabs, SubLingual, q5Min Interval, PRN: Chest Pain
   *Ordered (Exam Completed)*
    EC EKG:
    XR Chest 1 View Frontal:
   *Canceled*
    ED Triage Mobile:
   *Completed*
    Aspirin Low Dose: 324 mg, 4 Tabs, Oral, Once
    Auto Diff:
    Basic Metabolic Panel:
    CBC with Diff:
    PT INR:
    PTT:
    Troponin I: .
 **Electrocardiogram:** Time 10/08/14 13:10:00, rate 82, normal sinus rhythm, No ST-T changes, no ectopy, normal PR & QRS
  intervals, EP Interp.
 **Results review:** Lab results : Lab View
   10/08/14 13:30 CDT      WBC                      4.82 K/mm3/L

---

Patient:  GRAHAM, TRACY LEE
MRN:  TMC0335861
DOB/Sex:  4/3/1965  / Male
Attending:  Moturi,Raghavendri MD

Admit: 10/  2014
Disch: 10/11/2014      Disch Time:  14:14 CDT
FIN:  TMC0000021529979

---

## Emergency Department

| | | |
|---|---|---|
| RBC | 4.20 x10e6/mcL | LOW |
| Hgb | 13.7 gm/dL | |
| Hct | 39.9 % | LOW |
| MCV | 95.0 Femtoliter | |
| MCH | 32.6 pg | |
| MCHC | 34.3 gm/dL | |
| RDW-CV | 13.0 % | |
| Plt | 198 x10e3/mcL | |
| MPV | 9.0 Femtoliter | |
| NRBC % | 0.0 %  NA . | |
| NRBC # | 0.00  NA | |
| Neut % Auto | 59.60 % | |
| Lymph % Auto | 24.90 % | |
| Mono % Auto | 11.00 % | |
| Eos % Auto | 3.90 % | |
| Baso % Auto | 0.60 % | |
| Immature Grans % | 0.20 % | |
| Neut # Auto | 2.87 x10e3/mcL | |
| Lymph # Auto | 1.20 x10e3/mcL | |
| Mono # Auto | 0.53 x10e3/mcL | |
| Eos # Auto | 0.19 x10e3/mcL | |
| Baso # Auto | 0.03 x10e3/mcL | |
| Immature Grans # Auto | 0.01 x10e3/mcL  NA | |
| PT | 10.8 Seconds | |
| INR | 0.9  LOW | |
| PTT | 26.90 Seconds | |
| Glucose Level | 143 mg/mL  HI | |
| Sodium | 138 mmol/L | |
| Potassium | 3.5 mmol/L | |
| Chloride | 108 mmol/L  HI | |
| CO2 | 21 mmol/L | |
| Anion Gap | 12.5 | |
| BUN | 9 mg/dL | |
| Creatinine | 1.0 mg/dL | |
| BUN/Creat Ratio | 9.0 | |
| Calcium | 9.0 mg/dL | |
| eGFR Non African American | 79.42 | |
| eGFR African American | 96.26 | |
| Hemolysis | 1 | |
| Hemolysis | 1 | |
| Icteric | 1 | |
| Icteric | 1 | |
| Lipemic | 1 | |
| Lipemic | 1 | |
| Troponin I | <0.02 ng/mL . | |

**Chest X-Ray:**  Time reported 10/08/14 13:45:00, no acute disease process, interpretation by Emergency Physician.

**Reexamination/ Reevaluation**
Time: 10/08/14 14:10:00 .
Vital signs
    per nurse's notes
Course: improving.
Assessment: Serial exams performed, pt is stable. His CP has not subsided. .
Time: 10/08/14 14:17:00 .

Patient: GRAHAM, TRACY LEE
MRN:      TMC0335861
DOB/Sex: 4/3/1965   / Male
Attending: Moturi,Raghavendri MD

Admit:  10/  2014
Disch:  10/11/2014        Disch Time:  14:14 CDT
FIN:    TMC0000021529979

---

## Emergency Department

Vital signs
    per nurse's notes
Course: improving.
Assessment: Discussed plans for admission, pt understood..

### Impression and Plan
**Diagnosis**
    Chest pain  786.50 - ICD9 786.50, Emergency medicine, Medical

### Calls-Consults
    - 10/08/14 14:15:00 , Moturi, Raghavendri   MD, phone call, consult, Discussed pt status and plans for admission.
**Plan**
    **Condition:** Improved, Stable.
    **Counseled:** Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Patient indicated
        understanding of instructions.
    **Disposition:** Launch Disposition Order
    Admit/Transfer/Discharge:
        Decision for Admission/Observation (Order): 10/08/14 14:21 CDT, Emergency, Suggested Placement: Medical Unit with
            Telemetry, Dispositioned by: Time: 10/08/14 14:19:00, Entriken, William F  DO, admit.
    **Notes:** Documented by ED Scribe Kalie Land acting as scribe for ED Physician, Dr. Entriken. I have reviewed the above
        documentation provided by the scribe and agree with its contents in full.

---

## Patient Education Notes

DOCUMENT NAME:                          Patient Education - Text
SERVICE DATE/TIME:                      10/10/2014 08:05 CDT
RESULT STATUS:                          Auth (Verified)
PERFORM INFORMATION:                    Burk RN,Brianna N (10/10/2014 17:49 CDT)
SIGN INFORMATION:                       Burk RN,Brianna N (10/10/2014 17:49 CDT)

**Patient Education Entered On: 10/10/2014 17:49 CDT**
**Performed On:  10/10/2014 8:05 CDT by Burk RN, Brianna N**

**Education History**
*Education History :*  Education

Additional Teaching Needs
No qualifying data available
Learning Outcome Met
Allergies:  Verbalizes understanding
    Performed by:  Burk RN, Brianna N - 10/09/2014 08:35
Diagnostic Results:  Verbalizes understanding
    Performed by:  Burk RN, Brianna N - 10/09/2014 08:35
Diet/Nutrition:  Verbalizes understanding
    Performed by:  Burk RN, Brianna N - 10/09/2014 08:35
Med Dosage, Route, Scheduling:  Verbalizes understanding
    Performed by:  Burk RN, Brianna N - 10/09/2014 08:35
Med Generic/Brand Name, Purpose, Action: Verbalizes understanding

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965    / Male
Attending: Moturi,Raghavendri MD

Admit: 10/    2014
Disch: 10/11/2014        Disch Time: 14:14 CDT
FIN: TMC0000021529979

---

### Consultation

DOCUMENT NAME:              Consultation
SERVICE DATE/TIME:          10/9/2014 16:32 CDT
RESULT STATUS:              Auth (Verified)
PERFORM INFORMATION:        Kurian MD,Kizhake C (10/9/2014 16:35 CDT)
SIGN INFORMATION:           Kurian MD,Kizhake C (10/9/2014 16:35 CDT)

**SOAP Note: General***

Patient: GRAHAM, TRACY LEE      MRN: TMC0335861      FIN: TMC0000021529979
Age: 49 years   Sex: Male   DOB: 04/03/65
Associated Diagnoses: None
Author: Kurian MD, Kizhake C

**Subjective**
  Comes with chest pain.H /o PE 5 times on xarelto.  Has IVC filter.

**Review of Systems**
  Constitutional: Negative except as documented in history of present illness.
  Eye: Negative except as documented in history of present illness.
  Ear/Nose/Mouth/Throat: Negative except as documented in history of present illness.
  Respiratory: Negative except as documented in history of present illness.
  Cardiovascular: Negative except as documented in history of present illness.
  Gastrointestinal: Negative except as documented in history of present illness.
  Genitourinary: Negative except as documented in history of present illness.
  Hematology/Lymphatics: Negative except as documented in history of present illness.
  Endocrine: Negative except as documented in history of present illness.
  Immunologic: Negative except as documented in history of present illness.
  Musculoskeletal: Negative except as documented in history of present illness.
  Integumentary: Negative except as documented in history of present illness.
  Neurologic: Negative except as documented in history of present illness.
  Psychiatric: Negative except as documented in history of present illness.
  ROS reviewed as documented in chart

**Objective**
  **VS/Measurements**
  Measurements from flowsheet : Measurements

| | | |
|---|---|---|
| 10/08/14 13:14 CDT | Height | 182.88 cm |
| | Height Method | Stated |
| | BSA Measured | 2.75 m2 |
| | Body Mass Index Measured | 35.26 kg/m2 |
| 10/08/14 13:14 CDT | Weight | 117.93 kg |
| | Daily Weight kg | 117.93 kg |
| | Weight Method | Stated |
| | Weight Method | Stated |

, Inpatient VS (ST)

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | L 35.4 | (OCT 09 11:44) | L 35.4 | (OCT 09 11:44) | 37.8 | (OCT 08 20:00) |
| Peripheral Pulse Rate | 73 | (OCT 09 11:44) | 65 | (OCT 09 00:00) | 73 | (OCT 09 11:44) |
| Resp Rate | 18 | (OCT 09 13:29) | 16 | (OCT 08 20:18) | 18 | (OCT 09 05:27) |
| SBP | H 146 | (OCT 09 11:44) | 129 | (OCT 09 00:00) | H 149 | (OCT 08 20:00) |
| DBP | 86 | (OCT 09 11:44) | 83 | (OCT 09 00:00) | H 95 | (OCT 08 20:00) |

Patient:  GRAHAM, TRACY LEE
MRN:   TMC0335861
DOB/Sex:  4/3/1965   / Male
Attending:  Moturi,Raghavendri MD

Admit:  10/   2014
Disch:  10/11/2014      Disch Time:  14:14 CDT
FIN:   TMC0000021529979

---

## Consultation

| SpO2 | 95 | (OCT 09 11:44) | L 92 | (OCT 09 04:00) | 96 | (OCT 08 20:00) |
|------|-----|----------------|------|----------------|-----|----------------|
|      | Room air | | Room air | | Room air | |

**General:**  Alert and oriented, No acute distress.
**Eye:**  Pupils are equal, round and reactive to light, Vision unchanged.
**HENT:**  Normocephalic, Oral mucosa is moist.
**Neck:**  Supple, Non-tender, No carotid bruit.
**Respiratory:**  Respirations are non-labored, Breath sounds are equal.
**Cardiovascular:**  No murmur, No gallop, Good pulses equal in all extremities.
**Gastrointestinal:**  Soft, Non-tender.
**Genitourinary:**  No costovertebral angle tenderness.
**Lymphatics:**  No lymphadenopathy neck, axilla, groin.
**Musculoskeletal:**  Normal range of motion, No swelling.
**Integumentary:**  Warm, Dry.
**Neurologic:**  Alert, Oriented.
**Psychiatric:**  Cooperative, Appropriate mood & affect.

**Health Status**
Allergies:

| Allergies (3) Active | Reaction |
|----------------------|----------|
| Bactrim | None Documented |
| Compazine | None Documented |
| Zofran | None Documented |

**Current medications:**
**Medications (6) Active**
Scheduled: (2)
**aspirin 81 mg Chew Tab**  81 mg 1 Tabs, Oral, Daily
**rivaroxaban 10 mg Tab**  20 mg 2 Tabs, Oral, Daily
Continuous: (0)
PRN: (4)
**diphenhydrAMINE 25 mg Cap**  25 mg 1 Caps, Oral, q6H
**HYDROmorphone 2 mg/mL injection**  0.5 mg 0.25 mL, IV Push, q4H
**nitroglycerin 0.4 mg sublingual Tab**  0.4 mg 1 Tabs, SubLingual, q5Min Interval
**promethazine 25 mg Tab**  25 mg 1 Tabs, Oral, q8H

**Problem list**: PMH/Problems ST
**Active Problems** (2)
Pulmonary embolism
Thromboembolic disorder

, PSH: IVC filter , FH negative for CAD

**Assessment**
Interpretation of Results
Laboratory: Fishbone ST
OCT 09 03:00

L 134  |  L 97   |  8   /

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965 / Male
Attending: Moturi,Raghavendri MD

Admit: 10 2014
Disch: 10/11/2014      Disch Time: 14:14 CDT
FIN: TMC0000021529979

## Consultation

_____ H 126

3.9 | 28 | 0.7 \

OCT 09 03:00

\ 13.7 /
H 17.65 _____ 238

/ L 39.5 \
Radiology results: reviewed radiologist's report.
ECG interpretation: normal sinus rhythm.

**Impression and Plan**
    CP
    H.o PE
    s/p IVC filter
    Plan 1)CTA negative
    2) Will get stress if neg dc home.

*Electronically Signed By: Kurian, Kizhake MD*
*On: 10.09.2014 16:35 CDT*

## Discharge Info

DOCUMENT NAME:                          Discharge Summary
SERVICE DATE/TIME:                      2/25/2015 17:57 CST
RESULT STATUS:                          Auth (Verified)
PERFORM INFORMATION:                    Moturi,Raghavendri MD (2/4/2015 16:24 CST)
SIGN INFORMATION:                       Moturi,Raghavendri MD (3/9/2015 10:47 CDT)

**TMC Discharge Summary**

DISCHARGE SUMMARY

DATE OF ADMISSION:        10/10/2014
DATE OF DISCHARGE:        10/11/2014

HISTORY OF PRESENT ILLNESS AND HOSPITAL COURSE: This is a 49-year-old man with history of
multiple PEs, status post inferior vena cava filter thromboembolic disorder, who came in
with chest pain, had abnormal stress test showing ischemia. Had abnormal stress test
showing apical ischemia. Cardiology is planning to do the cath, but the patient left
against medical advice from the emergency room. The patient was counseled of the risks of
leaving against medical advice, discussed with the patient, but the patient and wanted to
leave the hospital against medical advice.

Patient: GRAHAM, TRACY LEE    (          Admit: 10/   2014
MRN:      TMC0335861                       Disch: 10/11/2014       Disch Time:  14:14 CDT
DOB/Sex:  4/3/1965   / Male                FIN:    TMC0000021529979
Attending:  Moturi,Raghavendri MD

---

### Discharge Info

---

Dictated By:   RAGHAVENDRI MOTURI, MD


1320/601477/ KN/ DT: 02/04/2015 16:24:00CST / TT: 02/04/2015 17:26:57CST / Job#: 12002258/
Doc#: 12983899/Patient: GRAHAM, TRACY L / Visit: 21529979/ Rev: 02/25/2015 17:54:45

CC:

*Electronically Signed By: Moturi, Raghavendri*
*On: 03.09.2015 10:47 CDT*

Patient:  GRAHAM, TRACY LEE
MRN:      TMC0335861
DOB/Sex:  4/3/1965    / Male
Attending:  Moturi,Raghavendri MD

Admit: 10  )/2014
Disch: 10/11/2014          Disch Time:  14:14 CDT
FIN:    TMC0000021529979

---

### Discharge Info

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:

Discharge Summary
2/4/2015 17:26 CST
Transcribed
Contributor_system,TMC_UNSOL_DICTATION (2/4/2015
16:24 CST)

SIGN INFORMATION:

**TMC Discharge Summary**

DISCHARGE SUMMARY

DATE OF ADMISSION:      10/10/2014
DATE OF DISCHARGE:      10/11/2014

HISTORY OF PRESENT ILLNESS AND HOSPITAL COURSE: This is a 49-year-old man with history of
multiple PEs, status post inferior vena cava filter thromboembolic disorder, who came in
with chest pain, had abnormal stress test showing ischemia. Had abnormal stress test
showing apical ischemia. Cardiology is planning to do the cath, but the patient left
against medical advice from the emergency room. The patient was counseled of the risks of
leaving against medical advice, discussed with the patient, but the patient and wanted to
leave the hospital against medical advice.


Dictated By:  RAGHAVENDRI MOTURI, MD


1320/601477/ KN/ DT: 02/04/2015 16:24:52CST / TT: 02/04/2015 17:26:57CST / Job#: 12002258/
Doc#: 12983899/Patient: GRAHAM, TRACY L / Visit: 21529979/ Rev: 02/04/2015 18:26:57

CC:

---

### Inpatient Summary

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Inpatient Clinical Summary
10/11/2014 14:14 CDT
Auth (Verified)
White RN,Trena J (10/11/2014 14:14 CDT)
White RN,Trena J (10/11/2014 14:14 CDT)

**Inpatient Clinical Summary**

**TMC- Texoma Medical Center**
**5016 South US Highway 75**
**Denison, TX 75020**
**http://www.texomamedicalcenter.net/**
**(903) 416-4000**

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965 / Male
Attending: Moturi,Raghavendri MD

Admit: 10/  2014
Disch: 10/11/2014    Disch Time: 14:14 CDT
FIN: TMC0000021529979

## History and Physical Reports

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

History and Physical
10/9/2014 09:54 CDT
Auth (Verified)
Moturi,Raghavendri MD (10/9/2014 09:19 CDT)
Moturi,Raghavendri MD (10/11/2014 09:59 CDT)

**TMC History and Physical**
HISTORY AND PHYSICAL


DATE OF ADMISSION: 10/08/2014

CHIEF COMPLAINT: Chest pain.

HISTORY OF PRESENT ILLNESS: This is a 49-year-old man with history of pulmonary embolism
x5, status post IVC filter, thromboembolic disorder, who came in with chest pain. The
patient states that, around 11 a.m. this morning, he started having this stabbing chest
pain and he felt someone was sitting on his chest. It was radiating to left arm, right
jaw, neck, and also back. It was constant pain, 6 to 7 out of 10. It stayed for a couple
of hours. This happened while he was driving to Choctaw and he basically made a U-turn and
drove to the hospital. This episode of chest pain also was associated with dizziness,
nausea, and dry heaving. Finally, he says morphine, which they gave in the ER, helped him
a little bit, and the patient is not chest pain free. He still has the chest pain, 5 out
of 10, associated shortness of breath. Denies any palpitations, syncope, or diaphoresis.


PAST MEDICAL HISTORY: The patient says that he had a motor vehicle accident 8 years ago
and,
3 days later, he was diagnosed with PE x5. He had IVC filter placement but after that also
he had multiple episodes of PE and he is on anticoagulation for that. They did all testing
for hypercoagulable workup. So far everything is negative.

PAST SURGICAL HISTORY:
1. Gallbladder surgery.
2. Appendectomy.

SOCIAL HISTORY: The patient does dip snuff occasionally and alcohol occasionally. No IV
drug abuse. Lives alone and he is getting married in December.

FAMILY HISTORY: Significant for coronary artery disease. His mother, brother, uncle and
son had MIs and death secondary to MI.

ALLERGIES:
1. Bactrim.
2. Compazine.
3. Zosyn.

HOME MEDICATIONS:
1. Xarelto 20 mg p.o. daily.

Patient: GRAHAM, TRACY LEE
MRN:    TMC0335861
DOB/Sex: 4/3/1965  / Male
Attending: Moturi,Raghavendri MD

Admit: 10  /2014
Disch: 10/11/2014    Disch Time: 14:14 CDT
FIN:   TMC0000021529979

---

## History and Physical Reports

2. Promethazine q.8 p.r.n.
3. Aspirin 81 mg daily.

REVIEW OF SYSTEMS: A 12-point review of systems done and negative except as above. Catheterization, done 5 years ago, mentioned narrowing of arteries, but he never had any stent done. This was done in Oklahoma City and he follows with Cardiology and cardiologist in Plano. Stress test done 1 year ago was normal.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature 98.4, pulse rate 80, respiratory rate 18, blood pressure 122/80.
GENERAL: Alert and oriented x3.
HEENT: Pupils are reactive to light and accommodation. Mucous membranes moist.
NECK: No JVD or carotid bruits.
CARDIOVASCULAR: S1 and S2 present. No murmurs, rubs, or gallops.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Soft. No tenderness. No distention. Bowel sounds present.
EXTREMITIES: No cyanosis, clubbing, or edema.
NEUROLOGICAL: Moving all extremities bilaterally on demand.
PSYCHIATRIC: Mood and affect appropriate.
SKIN: No rashes noted.
BACK: Normal external inspection.

LABORATORY DATA: WBC 4.82, hemoglobin 13.7, hematocrit 39.9, and platelets 198,000. INR 0.9. Sodium 138, potassium 3.5 chloride 108, bicarbonate 21, BUN 9, creatinine 1. Troponins negative x1.

ELECTROCARDIOGRAPHY: Normal sinus rhythm. No ST-T wave ischemic changes noted.

IMAGING: Chest x-ray: Unremarkable portable chest without evidence of acute abnormality.

ASSESSMENT AND PLAN:
1. Chest pain. The patient has multiple risk factors for coronary artery disease and also has a significant history of thromboembolic disorders and multiple PEs. The patient might have had another PE. I discussed with him regarding CT angiogram but, in his case, he is already on anticoagulation. We will continue the anticoagulation and monitor his cardiac enzymes. Check echocardiogram. We will consult Cardiology.
2. History of multiple pulmonary embolisms. Continue anticoagulation.
3. Gastrointestinal prophylaxis. PPI.
4. Nausea. Symptomatic treatment.
5. DVT prophylaxis. The patient is on full dose anticoagulation.
6. Check A1c, lipid panel and TSH for risk factor stratification.

Dictated By: RAGHAVENDRI MOTURI, MD

1320/601479/ pt/ DT: 10/09/2014 09:19:29CDT / TT: 10/09/2014 09:54:13CDT / Job#: 11379455/
Doc#: 12318541/Patient: GRAHAM, TRACY L / Visit: 21529979/ Rev: 10/09/2014 10:54:13

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965 / Male
Attending: Moturi,Raghavendri MD

Admit: 10/ :014
Disch: 10/11/2014        Disch Time: 14:14 CDT
FIN: TMC0000021529979

---

## History and Physical Reports

CC:

*Electronically Signed By: Moturi, Raghavendri*
*On: 10.11.2014 09:59 CDT*

---

## Progress Notes

DOCUMENT NAME:                    Nursing Note-Text
SERVICE DATE/TIME:                10/10/2014 20:55 CDT
RESULT STATUS:                    Auth (Verified)
PERFORM INFORMATION:              Hall RN,Jill M (10/10/2014 20:55 CDT)
SIGN INFORMATION:                 Hall RN,Jill M (10/10/2014 20:55 CDT)

**Nursing Note Entered On: 10/10/2014 21:02 CDT**
**Performed On: 10/10/2014 20:55 CDT by Hall RN, Jill M**

**Nursing Note**
*Nursing Note :* 1930-pt complaining of chest pain 7/10 described as "sharp" in right shoulder and upper right chest. pt bp
139/79 o2 94% RA O2 2L nc applied up to 96%. stat ekg ordered-normal ekg. 1946 1 0.4 nitro sl given. PT STATES
THAT PAIN REMAIN 7/10 AND GAVE HIM A HEADACHE. BP 132/88 HR 76 O2 96% 2L NC. PT REFUSE SECOND
NITRO. DR EDIONWE IS CALLED AND SAID CAN GIVE PT 0.5 DILAUDID (2000) AS SCHEDULED AND ORDER STAT
TROPONIN. DR KURIAN NOTIFIED AND SAID TO HOLD XARLETO AND AM PT INR. POSSIBLE CARDIAC CATH
THIS WEEKEND. 2020- PT STATES PAIN AT 4/10 AND TOLERABLE FOR PT AT THIS TIME. WILL CONTINUE TO
MONITOR. GAVE REPORT FOR TRANSFER TO FLORENCE MANDELA RN AND ALSO MADE HER AWARE OF
HOLD ON XARELTO.

Hall RN, Jill M - 10/10/2014 20:55 CDT

Patient:  GRAHAM, TRACY LEE
MRN:  TMC0335861
DOB/Sex:  4/3/1965  / Male
Attending:  Moturi,Raghavendri MD

Admit:  1( )/2014
Disch:  10/11/2014          Disch Time:  14:14 CDT
FIN:  TMC0000021529979

---

## Progress Notes

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Progress Note-Physician
10/10/2014 17:01 CDT
Auth (Verified)
Moturi,Raghavendri MD (10/10/2014 17:35 CDT)
Moturi,Raghavendri MD (2/4/2015 16:19 CST)

### Dr. Moturi

Patient:  GRAHAM, TRACY LEE        MRN: TMC0335861        FIN: TMC0000021529979
Age:  49 years    Sex:  Male    DOB:  04/03/65
Associated Diagnoses:  None
Author:  Moturi, Raghavendri  MD

**Subjective**
stress today. cp still persists.

**Objective**
  **VS/Measurements**
  Inpatient VS (ST)

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | 37.1 | (OCT 10 16:29) | 36.5 | (OCT 09 20:00) | 37.0 | (OCT 10 00:00) |
| Peripheral Pulse Rate | 79 | (OCT 10 16:29) | 64 | (OCT 10 00:00) | 83 | (OCT 10 12:03) |
| Resp Rate | 16 | (OCT 10 16:29) | 16 | (OCT 10 00:00) | 18 | (OCT 09 17:19) |
| SBP | 137 | (OCT 10 16:29) | 117 | (OCT 10 04:00) | H 156 | (OCT 10 12:03) |
| DBP | 71 | (OCT 10 16:29) | 62 | (OCT 10 04:00) | H 97 | (OCT 10 12:03) |
| SpO2 | 96 | (OCT 10 16:29) | L 92 | (OCT 10 12:03) | 96 | (OCT 10 16:29) |
| | Room air | | Room air | | Room air | |

**Health Status**
  **Current medications:**
  Medications (7) Active
  Scheduled: (2)
  **aspirin 81 mg Chew Tab**  81 mg 1 Tabs, Oral, Daily
  **rivaroxaban 10 mg Tab**  20 mg 2 Tabs, Oral, Daily
  Continuous: (0)
  PRN: (5)
  **diphenhydrAMINE 25 mg Cap**  25 mg 1 Caps, Oral, q6H
  **HYDROcodone -acetaminophen 5 mg-325 mg tab**  1 Tabs, Oral, q4H
  **HYDROmorphone 2 mg/mL injection**  0.5 mg 0.25 mL, IV Push, q4H
  **nitroglycerin 0.4 mg sublingual Tab**  0.4 mg 1 Tabs, SubLingual, q5Min Interval
  **promethazine 25 mg Tab**  25 mg 1 Tabs, Oral, q8H

  **Problem list**: PMH/Problems ST
  Active Problems (2)
  Pulmonary embolism
  Thromboembolic disorder

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965  / Male
Attending: Moturi,Raghavendri MD

Admit: 1( )/2014
Disch: 10/11/2014    Disch Time: 14:14 CDT
FIN: TMC0000021529979

---

## Progress Notes

GENERAL: Alert and oriented x3.
CARDIOVASCULAR: S1 and S2 present. No murmurs, rubs, or gallops.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Soft. No tenderness. No distention. Bowel sounds present.
EXTREMITIES: No cyanosis, clubbing, or edema.

**Assessment**
   Interpretation of Results
      Laboratory: Fishbone ST
         OCT 10 04:51

      141   | H 108 | 9  /
      _____  H 109

      3.9  | 23   | 0.8  \

         OCT 10 04:51

         \ 14.0  /
      4.49 _____ 165

         / 40.5  \

ASSESSMENT AND PLAN:
1. Chest pain. The patient has multiple risk factors for coronary artery disease and also
has a significant history of thromboembolic disorders and multiple PEs. CTA completed. CE
  neg. stress today. LDL wthin goal limits. TSH low. check free levels.
2. History of multiple pulmonary embolisms. Continue anticoagulation.
3. Gastrointestinal prophylaxis. PPI.
4. Nausea. Symptomatic treatment.
5. DVT prophylaxis. The patient is on full dose anticoagulation.

*Electronically Signed By: Moturi, Raghavendri*
*On: 02.04.2015 16:19 CST*

Patient: GRAHAM, TRACY LEE
MRN: TMC0335861
DOB/Sex: 4/3/1965 / Male
Attending: Moturi,Raghavendri MD

Admit: 10 /2014
Disch: 10/11/2014    Disch Time: 14:14 CDT
FIN: TMC0000021529979

---

## Progress Notes

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Progress Note-Physician
10/10/2014 16:54 CDT
Auth (Verified)
Kurian MD,Kizhake C (10/10/2014 16:58 CDT)
Kurian MD,Kizhake C (10/10/2014 16:58 CDT)

### SOAP Note: General**

Patient: GRAHAM, TRACY LEE    MRN: TMC0335861    FIN: TMC0000021529979
Age: 49 years    Sex: Male    DOB: 04/03/65
Associated Diagnoses: None
Author: Kurian MD, Kizhake C

**Subjective**
STress done, has apical ischemia per report. HAd chest pains while of stress.

**Review of Systems**
Constitutional: Negative except as documented in history of present illness.
Eye: Negative except as documented in history of present illness.
Ear/Nose/Mouth/Throat: Negative except as documented in history of present illness.
Respiratory: Negative except as documented in history of present illness.
Cardiovascular: Negative except as documented in history of present illness.
Gastrointestinal: Negative except as documented in history of present illness.
Genitourinary: Negative except as documented in history of present illness.
Hematology/Lymphatics: Negative except as documented in history of present illness.
Endocrine: Negative except as documented in history of present illness.
Immunologic: Negative except as documented in history of present illness.
Musculoskeletal: Negative except as documented in history of present illness.
Integumentary: Negative except as documented in history of present illness.
Neurologic: Negative except as documented in history of present illness.
Psychiatric: Negative except as documented in history of present illness.
ROS reviewed as documented in chart

**Objective**
VS/Measurements
Inpatient VS (ST)

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | 37.1 | (OCT 10 16:29) | 36.5 | (OCT 09 20:00) | 37.0 | (OCT 10 00:00) |
| Peripheral Pulse Rate | 79 | (OCT 10 16:29) | 64 | (OCT 10 00:00) | 83 | (OCT 10 12:03) |
| Resp Rate | 16 | (OCT 10 16:29) | 16 | (OCT 10 00:00) | 18 | (OCT 09 17:19) |
| SBP | 137 | (OCT 10 16:29) | 117 | (OCT 10 04:00) | H 156 | (OCT 10 12:03) |
| DBP | 71 | (OCT 10 16:29) | 62 | (OCT 10 04:00) | H 97 | (OCT 10 12:03) |
| SpO2 | 96 | (OCT 10 16:29) | L 92 | (OCT 10 12:03) | 96 | (OCT 10 16:29) |
| | Room air | | Room air | | Room air | |

General: Alert and oriented, No acute distress.
Eye: Pupils are equal, round and reactive to light, Vision unchanged.
HENT: Normocephalic, Oral mucosa is moist.
Neck: No carotid bruit, No jugular venous distention.

Patient: GRAHAM, TRACY LEE (
MRN: TMC0335861
DOB/Sex: 4/3/1965 / Male
Attending: Moturi,Raghavendri MD

Admit: 10/( :014
Disch: 10/11/2014    Disch Time: 14:14 CDT
FIN: TMC0000021529979

---

## Progress Notes

**Respiratory:** Respirations are non-labored, Breath sounds are equal, Symmetrical chest wall expansion.
**Cardiovascular:** No murmur, No gallop, Good pulses equal in all extremities.
**Gastrointestinal:** Soft, Non-tender.
**Genitourinary:** No costovertebral angle tenderness.
**Lymphatics:** No lymphadenopathy neck, axilla, groin.
**Musculoskeletal:** No tenderness.
**Integumentary:** Warm.
**Neurologic:** Alert.
**Psychiatric:** Cooperative.

**Health Status**
Allergies:

| Allergies (3) Active | Reaction |
|---|---|
| Bactrim | None Documented |
| Compazine | None Documented |
| Zofran | None Documented |

**Current medications:**
**Medications (7) Active**
Scheduled: (2)
**aspirin 81 mg Chew Tab** 81 mg 1 Tabs, Oral, Daily
**rivaroxaban 10 mg Tab** 20 mg 2 Tabs, Oral, Daily
Continuous: (0)
PRN: (5)
**diphenhydrAMINE 25 mg Cap** 25 mg 1 Caps, Oral, q6H
**HYDROcodone -acetaminophen 5 mg-325 mg tab** 1 Tabs, Oral, q4H
**HYDROmorphone 2 mg/mL Injection** 0.5 mg 0.25 mL, IV Push, q4H
**nitroglycerin 0.4 mg sublingual Tab** 0.4 mg 1 Tabs, SubLingual, q5Min Interval
**promethazine 25 mg Tab** 25 mg 1 Tabs, Oral, q8H

**Problem list:** PMH/Problems ST
**Active Problems** (2)
**Pulmonary embolism**
**Thromboembolic disorder**

**Assessment**
**Interpretation of Results**
Laboratory: Fishbone ST
OCT 10 04:51

141   | H 108 | 9   /
                                    H 109
3.9   | 23   | 0.8   \

OCT 10 04:51

Patient: GRAHAM, TRACY LEE (                  Admit: 1    0/2014
MRN:     TMC0335861                            Disch: 10/11/2014     Disch Time: 14:14 CDT
DOB/Sex: 4/3/1965    / Male                    FIN:   TMC0000021529979
Attending: Moturi,Raghavendri MD

---

### Progress Notes

```
       \  14.0   /
  4.49 _____ 165
```

```
      /  40.5   \.
```
Radiology results: reviewed radiologist's report.

**Impression and Plan**
   Chest pain
   Positive stress
   H.o PE


   Plan


   1) Hold xarelto, in am
   2) Cath likely on Monday.
   3) d.W aptietn and he was ok with it./

*Electronically Signed By: Kurian, Kizhake MD*
*On: 10.10.2014 16:58 CDT*

---

Patient:  GRAHAM, TRACY LEE       (                    Admit:  10/(   )014
MRN:      TMC0335861                                   Disch: 10/11/2014       Disch Time:  14:14 CDT
DOB/Sex: 4/3/1965    / Male                            FIN:   TMC0000021529979
Attending:  Moturi,Raghavendri MD

---

## Progress Notes

DOCUMENT NAME:                        Progress Note-Physician
SERVICE DATE/TIME:                    10/9/2014 15:57 CDT
RESULT STATUS:                        Auth (Verified)
PERFORM INFORMATION:                  Moturi,Raghavendri MD (10/9/2014 16:00 CDT)
SIGN INFORMATION:                     Moturi,Raghavendri MD (10/10/2014 08:33 CDT)

**Dr. Moturi**

Patient:  GRAHAM, TRACY LEE       MRN: TMC0335861        FIN: TMC0000021529979
Age:  49 years   Sex:  Male   DOB: 04/03/65
Associated Diagnoses:  None
Author:  Moturi, Raghavendri  MD

**Subjective**
constant CP still persists. sob. no palpitations. no dizziness.

**Objective**
    **VS/Measurements**
    Inpatient VS (ST)

| Vital Signs (24 hrs) | Last Charted | | Minimum | | Maximum | |
|---|---|---|---|---|---|---|
| Temp | L 35.4 | (OCT 09 11:44) | L 35.4 | (OCT 09 11:44) | 37.8 | (OCT 08 20:00) |
| Peripheral Pulse Rate | 73 | (OCT 09 11:44) | 65 | (OCT 09 00:00) | 73 | (OCT 09 11:44) |
| Resp Rate | 18 | (OCT 09 13:29) | 16 | (OCT 08 20:18) | 18 | (OCT 08 16:17) |
| SBP | H 146 | (OCT 09 11:44) | 129 | (OCT 09 00:00) | H 149 | (OCT 08 20:00) |
| DBP | 86 | (OCT 09 11:44) | 83 | (OCT 09 00:00) | H 95 | (OCT 08 20:00) |
| SpO2 | 95 | (OCT 09 11:44) | L 92 | (OCT 09 04:00) | 96 | (OCT 08 20:00) |
| | Room air | | Room air | | Room air | |

**Health Status**
    **Current medications:**
    Medications (6) Active
    Scheduled: (2)
    **aspirin 81 mg Chew Tab**  81 mg 1 Tabs, Oral, Daily
    **rivaroxaban 10 mg Tab**  20 mg 2 Tabs, Oral, Daily
    Continuous: (0)
    PRN: (4)
    **diphenhydrAMINE 25 mg Cap**  25 mg 1 Caps, Oral, q6H
    **HYDROmorphone 2 mg/mL injection**  0.5 mg 0.25 mL, IV Push, q4H
    **nitroglycerin 0.4 mg sublingual Tab**  0.4 mg 1 Tabs, SubLingual, q5Min Interval
    **promethazine 25 mg Tab**  25 mg 1 Tabs, Oral, q8H

    **Problem list**: PMH/Problems ST
    Active Problems (2)
    Pulmonary embolism
    Thromboembolic disorder

    GENERAL: Alert and oriented x3.

Patient: GRAHAM, TRACY LEE (
MRN:     TMC0335861
DOB/Sex: 4/3/1965   / Male
Attending: Moturi,Raghavendri MD

Admit:  1  0/2014
Disch: 10/11/2014      Disch Time:  14:14 CDT
FIN:   TMC0000021529979

## Progress Notes

CARDIOVASCULAR: S1 and S2 present. No murmurs, rubs, or gallops.
LUNGS: Clear to auscultation bilaterally.
ABDOMEN: Soft. No tenderness. No distention. Bowel sounds present.
EXTREMITIES: No cyanosis, clubbing, or edema.

**Assessment**
Interpretation of Results
Laboratory: Fishbone ST
OCT 09 03:00

L 134  | L 97  | 8  /
_____  H 126

3.9   | 28   | 0.7  \

OCT 09 03:00

\  13.7   /
H 17.65 _____  238

/ L 39.5 \.

ASSESSMENT AND PLAN:
1. Chest pain. The patient has multiple risk factors for coronary artery disease and also
has a significant history of thromboembolic disorders and multiple PEs. cardiology
   reccomended CTA to rule out PE. patient had it. continue anticoagulation CE neg. Check
   echocardiogram. scheduled for stress test in am. LDL wthin goal limits. TSH low. check
   free levels.
2. History of multiple pulmonary embolisms. Continue anticoagulation.
3. Gastrointestinal prophylaxis. PPI.
4. Nausea. Symptomatic treatment.
5. DVT prophylaxis. The patient is on full dose anticoagulation.

*Electronically Signed By: Moturi, Raghavendri*
*On: 10.10.2014 08:33 CDT*

## Physician Orders



**TEXOMA MEDICAL CENTER**



21529970-335861
GRAHAM, TRACY LEE
DOB: 04/03/1966   48 Y   SX: M   OBS
MRN: 335861        ADM/REG DT: 10/06/2014
Texoma Medical Center

### PHYSICIAN ORDER SHEET

| (do not place label in this space) | Date and Time: 10/18/14  2030 |
|---|---|
| Unit Clerk Signature | held xarelto |
| | per Dr Kirwan /MAURA RN |
| Date / Time | |
| Nurse Signature | Removed Sign For Nurse Signature |
| Date / Time | Anticipate Discharge |
| | 24 hrs   48 hrs   72 hrs |
| (do not place label in this space) | Date and Time: |
| Unit Clerk Signature | |
| Date / Time | |
| Nurse Signature | |
| Date / Time | Anticipate Discharge |
| | 24 hrs   48 hrs   72 hrs |
| (do not place label in this space) | Date and Time: |
| Unit Clerk Signature | |
| Date / Time | |
| Nurse Signature | |
| Date / Time | Anticipate Discharge |
| | 24 hrs   48 hrs   72 hrs |



"4PO"

Patient:  GRAHAM, TRACY LEE
MRN:      TMC0335861
DOB/Sex:  4/3/1965   / Male
Attending:  Ahmad MD,Tanvir

Admit:  1/8/  5
Disch:  1/12/2015        Disch Time:  12:54 CST
FIN:    TMC0000021833553

---

### Consultation

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Consultation
1/7/2015 17:47 CST
Auth (Verified)
Reddy,Srinivasa R MD (1/7/2015 17:21 CST)
Reddy,Srinivasa R MD (1/9/2015 09:48 CST)

**TMC Consultation**
CONSULTATION


CARDIOLOGY CONSULTATION

DATE OF ADMISSION: 01/06/2015

DATE OF CONSULTATION: 01/07/2015

REASON FOR CONSULTATION: Chest pain.

HISTORY OF PRESENT ILLNESS: This is a 49-year-old male with past medical history of
multiple pulmonary embolisms and had IVC filter placed in the emergency room with chest
pain. The patient explained this as a sharp pain in the middle of the chest without any
radiation. The patient also had some shortness of breath. Denies any orthopnea or
paroxysmal nocturnal dyspnea. Denies any dizziness, syncope, or presyncope.

PRIOR CARDIOVASCULAR HISTORY: The patient had 2 times cardiac catheterization in October
last year, which was absolutely normal.

PAST MEDICAL HISTORY: Pulmonary embolism, multiple times.

PAST SURGICAL HISTORY:
1. Cholecystectomy.
2. Appendectomy.
3. IVC filter.
4. Vasectomy.

FAMILY HISTORY: Positive for premature coronary artery disease and several of his family
members have heart disease.

SOCIAL HISTORY: The patient denies any tobacco or alcohol.

ALLERGIES:
1. BACTRIM.
2. COMPAZINE.
3. ZOFRAN.

MEDICATIONS: See the list please.

REVIEW OF SYSTEMS: Besides the above symptoms, all systems reviewed are negative.

Patient: GRAHAM, TRACY LEE
MRN:      TMC0335861
DOB/Sex: 4/3/1965   / Male
Attending: Ahmad MD,Tanvir

Admit: 1/8   15
Disch: 1/12/2015       Disch Time: 12:54 CST
FIN:    TMC0000021833553

---

## Consultation

PHYSICAL EXAMINATION:
GENERAL: Not in acute distress.
VITAL SIGNS: Blood pressure 130/75, heart rate 75, respiratory rate 18.
NECK: No JVD.
LUNGS: Clear to auscultation.
CARDIOVASCULAR: S1, S2 present. No S3. No S4. No significant murmur.
ABDOMEN: Soft. No hepatosplenomegaly. No tenderness. Bowel sounds are positive.
EXTREMITIES: No edema, cyanosis, or clubbing.
NEUROLOGIC: Alert and oriented x3, nonfocal.

IMPRESSION:
1. Chest pain, atypical. All cardiac enzymes were negative so far.
2. Elevated D-dimer, possible pulmonary embolism.
3. History of pulmonary embolism, status post inferior vena cava filter.
4. Gastroesophageal reflux disease.

PLAN AND RECOMMENDATION: Continue present medication and consider evaluating for pulmonary
embolism and waiting for the CT results. No further cardiac evaluation is needed. A 2-D
echo with color Doppler to assess LV function and valvular morphology. We will follow him
closely.


Dictated By:  SRINIVASA REDDY, MD


730/6016741/ cs/ DT: 01/07/2015 17:21:28CST / TT: 01/07/2015 17:47:10CST / Job#: 11846826/
Doc#: 12817510/Patient: GRAHAM, TRACY L / Visit: 21833553/ Rev: 01/07/2015 18:47:10

CC:

*Electronically Signed By: Reddy, Srinivasa*
*On: 01.09.2015 09:48 CST*

---

## Discharge Info

DOCUMENT NAME:
SERVICE DATE/TIME:
RESULT STATUS:
PERFORM INFORMATION:
SIGN INFORMATION:

Discharge Summary
1/21/2015 14:52 CST
Auth (Verified)
Ahmad MD,Tanvir (1/12/2015 10:47 CST)
Ahmad MD,Tanvir (1/24/2015 13:39 CST)

**TMC Discharge Summary**


DISCHARGE SUMMARY

DATE OF ADMISSION:      01/08/2015