'Driving in hell': North Texas residents' videos capture tornado damage in neighborhoods | | Dallas Morning News                3/1/16, 3:25 PM



## Newsletters

Subscribe to a variety of newsletters



THE COMMITTEE FOR A QUALIFIED JUDICIARY
**DOES NOT ENDORSE!**
But CQJ does evaluate to determine if a judicial candidate
is 'QUALIFIED' to serve in the position sought.

★ We **DO** advocate that you
exercise your right to vote! ★

"Paid for by Committee for a Qualified Judiciary"



▷×

## H & R BLOCK

hrblocklouisiana.com/go/hr-block/

We'll Make Sure We'll Get Your
Full Refund! Visit Us Online For
Info.

Or **Calypso and Cousteau** on the eastern shore of Lake Ray Hubbard in Rowlett, where Jacob Charles shot this video of a street reduced to splinters.



Or **Interstate 30 and Bass Pro Drive** in Garland:



Or along the interstate in Rowlett, described as "driving in hell":



Up in Copeville, just south of Farmersville along Highway 78, this is the scene where two were killed on Saturday:

Case 2:14-md-02592-EEF-MBN   Document 2817-2   Filed 03/15/16   Page 3 of 5

'Driving in hell': North Texas residents' videos capture tornado damage in neighborhoods | | Dallas Morning News                    3/1/16, 3:25 PM



Copeville Texas Tornado damage. 12-26-15

This is what remains of one section of Ovilla, just south of Dallas:



And, finally, here is one of the most striking images from the weekend — Texas Task Force 2 looking for victims in rubble very near Interstate 30 and the President George Bush Turnpike, where eight people were killed Saturday night. According to the YouTube poster, this was at the Landmark at Lake Village West apartment complex in Garland yesterday. In the pouring rain.

'Driving in hell': North Texas residents' videos capture tornado damage in neighborhoods | | Dallas Morning News



## Complete coverage of the storm's devastation



Loved and lost: Families share stories of 11 killed in storms

Garland residents come home to tornado's devastation

Heartbreaking call during storm was Mesquite couple's last

Survivor stories: Ruined churches, a flying lawnmower and a truck ride through the air

## Tracking the storm and its aftermath

Case 2:14-md-02592-EEF-MBN   Document 2817-2   Filed 03/15/16   Page 5 of 5
'Driving in hell': North Texas residents' videos capture tornado damage in neighborhoods | | Dallas Morning News

3/1/16, 3:25 PM



Interactive map shows storm's route of destruction in North Texas

Video: Aerial view of tornado-ravaged areas

After the storm: Before and after images of the damage done

Video, photos, tweets show massive damage tornadoes brought to North Texas

Photos: Residents try to pick up the pieces

## Resources



How you can help | How to get help