Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 )<br>) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH |
| SHRIFF ABDUR-RASHEED;<br>JOHN BATTAGLIA;<br>QUINCY FRANCIS;<br>VIVIAN GRAY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MABLE SCARBOROUGH;<br>BARBARA GRIMM, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOSEPHINE STRANO;<br>JANICE KATES;<br>THOMAS LILLIS;<br>CLARENCE PALMER;<br>RICK ROACH;<br>DOROTHY SCHIESSL, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LUDWIG SCHIESSL;<br>CATHERINE TAYLOR; and<br>IRA TUNNELL, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF BILLIE TUNNELL, | ) **NOTICE OF COMPLIANCE WITH SERVICE OF PROCESS PROVISIONS IN PTO 10 AND PTO 11**<br>)<br>) Civil Action No.: 2:16-cv-01930<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & | |

**NOTICE OF COMPLIANCE**

JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; BAYER AG; and DOES 1-50, Inclusive,

        Defendants.

## Streamlined Service of Process Procedures in PTOs 10 and 11

PTO 10 states in pertinent part that streamlined service of process can be effected on Bayer Healthcare Pharmaceuticals, Inc. (BHCP), "By **CERTIFIED** Mail, Return Receipt Requested, upon the following representative of BHCP:

> SOP Department
> Corporation Service Company
> Suite 400
> 2711 Centerville Road
> Wilmington, DE 19808"

PTO 10 at II. C.1.

PTO 10 further states that streamlined service of process can be effected on Bayer Pharma AG, "By **REGISTERED** Mail, Return Receipt Requested, upon the following representative of Bayer Pharma AG:

> Bayer Pharma AG
> Attn: Eva Gardyan-Eisenlohr
> General Counsel
> Muellerstrasse 178
> 13353 Berlin
> GERMANY"

PTO 10 at II. C.2.

PTO 10 additionally provides, "Contemporaneous with mailing the Bayer Pharma AG pleading, plaintiffs shall provide, by electronic mail, notice of service, including a copy of the complaint, to the following address: xareltocomplaints@babc.com." PTO 10 at II.C.

                                                                                 Page 2

**NOTICE OF COMPLIANCE**

PTO 10 also states: "Service will be effective only if addressed as above (including the notice of service provided via electronic mail). General mailing or use of other methods of transmission, including but not limited to Federal Express or email, will not be sufficient to effect service. Service will be effective ten (10) days after the date of delivery." PTO 10 at II.

D.

Finally, PTO 11 states in pertinent part that, for bundled complaints, "[s]ervice of the Joint Complaint, together with a copy of the applicable Severance Order and a list of the individual cases and their civil action numbers, shall be sufficient to effectuate service of process for each of the individual cases associated with the Joint Complaint." PTO 11 at 1.e.

## Plaintiffs' Notice of Compliance with PTOs 10 and 11

On this date, Plaintiffs in the above-styled bundled complaint, which was severed pursuant to court order on March 14, 2016, complied with the streamlined service of process provisions in PTO 10 and PTO 11 for Defendant Bayer HealthCare Pharmaceuticals Inc. (BHCP) by placing in the U.S. Mail, by Certified Mail, Return Receipt Requested, to the address specified in section II. C.1 of PTO 10 for streamlined service of process on BHCP, the following items:

- A copy of the bundled complaint for the above-styled matter;
- A copy of the summons issued as to BHCP for the bundled complaint;
- A copy of the severance order for the bundled complaint; and
- A list of the individual actions with their civil action numbers for the bundled complaint.

Attached to this Notice of Compliance as Exhibit A is a true and correct copy of the proof of mailing for BHCP.

NOTICE OF COMPLIANCE

Also on this date, Plaintiffs in the above-styled bundled complaint, which was severed pursuant to court order on March 14, 2016, complied with the streamlined service of process provisions in PTO 10 and PTO 11 for Defendant Bayer Pharma AG by placing in the U.S. Mail, by Registered Mail, Return Receipt Requested, to the address specified in section II. C.2 of PTO 10 for streamlined service of process on BHCP, the following items:

- A copy of the bundled complaint for the above-styled matter;
- A copy of the summons issued as to BHCP for the bundled complaint;
- A copy of the severance order for the bundled complaint; and
- A list of the individual actions with their civil action numbers for the bundled complaint.

Attached to this Notice of Compliance as Exhibit B is a true and correct copy of the proof of mailing for Bayer Pharma AG.

Finally, on this date, Plaintiffs in the above-styled bundled complaint emailed a notice of service to xareltocomplaints@babc.com, which included a copy of every item placed in the mail as identified in the preceding two paragraphs of this Notice. Attached to this Notice of Compliance as Exhibit C is a true and correct copy of the email by which this was done.

DATED: March 15, 2016

Respectfully submitted,

By: /s/ Charles G. Orr
Charles G. Orr, TX Bar No. 00788148
THE MULLIGAN LAW FIRM
3710 Rawlins Street, #901
Dallas, Texas 75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789
*Attorneys for Plaintiff*

NOTICE OF COMPLIANCE

Page 4

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: _____
Charles G. Orr
Attorney for Plaintiff

# EXHIBIT A

# THE MULLIGAN LAW FIRM

3710 RAWLINS STREET, SUITE 901
DALLAS, TEXAS 75219
TELEPHONE: (214) 219-9779
TELECOPIER: (214) 520-8789
E-MAIL: office@mulliganlaw.com
WEB: www.mulliganlaw.com

March 15, 2016

Via CERTIFIED MAIL, RETURN RECEIPT REQUEST

SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

RE: Streamlined Service of Process Under PTOs 10 and 11
Bundled Complaint: *Shriff Abdur-Rasheed, et al. v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-01930

Dear Sir or Madam:

Pursuant to PTOs 10 and 11, please find enclosed the following:

- A copy of the bundled complaint for the above-styled matter;
- A copy of the summons issued as to BHCP for the bundled complaint;
- A copy of the severance order for the bundled complaint; and
- A list of the individual actions with their civil action numbers for the bundled complaint.

I am simultaneously emailing a copy of each item listed above to xareltocomplaints@babc.com.

Very truly yours,

The Mulligan Law Firm

Chip Orr

Charles G. Orr

encls.

c: Ms. Lindy Brown (w/out encls, via email)

# EXHIBIT B

# THE MULLIGAN LAW FIRM

3710 RAWLINS STREET, SUITE 901
DALLAS, TEXAS 75219
TELEPHONE: (214) 219-9779
TELECOPIER: (214) 520-8789
E-MAIL: office@mulliganlaw.com
WEB: www.mulliganlaw.com

March 15, 2016

Via REGISTERED MAIL, RETURN RECEIPT REQUESTED

Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

RE: Streamlined Service of Process Under PTOs 10 and 11
Bundled Complaint: *Shriff Abdur-Rasheed, et al. v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-01930

Dear Ms. Gardyan-Eisenlohr:

Pursuant to PTOs 10 and 11, please find enclosed the following:

- A copy of the bundled complaint for the above-styled matter;
- A copy of the summons issued as to BHCP for the bundled complaint;
- A copy of the severance order for the bundled complaint; and
- A list of the individual actions with their civil action numbers for the bundled complaint.

item listed above to xareltocomplaints@babc.com.

Very truly yours,

The Mulligan Law Firm

Chip Orr

Charles G. Orr

nail)

---

**Registered No.** RE783951632US

| Postage $ | $22.50 | Extra Services & Fees (continued) |
|---|---|---|
| Extra Services & Fees | | ☐ Signature Confirmation $ |
| ☑ Registered Mail $ | $13.95 | |
| ☑ Return Receipt (hardcopy) $ | $0.00 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (electronic) $ | $0.00 | |
| ☐ Restricted Delivery $ | $0.00 | Total Postage & Fees $ $36.45 |
| Customer Must Declare Full Value $0.00 | Received by 03/15/2016 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

Date Stamp: DALLAS, TX 75219 OFFICIAL USE

**FROM:** THE MULLIGAN LAW FIRM
ATTN: SCOTT PEPIN
3710 RAWLINS ST., SUITE 901
DALLAS, TX 75219
UNITED STATES

**TO:** BAYER PHARMA AG
ATTN: EVA GARDYAN-EISENLOHR
GENERAL COUNSEL
MUELLERSTRASSE 178
13353 BERLIN
GERMANY

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
Copy 1 - Customer (See Information on Reverse)

# EXHIBIT C

# Chip Orr

| | |
|---|---|
| **From:** | Chip Orr |
| **Sent:** | Tuesday, March 15, 2016 5:07 PM |
| **To:** | 'xareltocomplaints@babc.com' |
| **Cc:** | Cindy Ensley |
| **Subject:** | Xarelto - notice of service of process on Bayer Pharma AG and BHCP - Abdur-Rahseed et al. bundled complaint |
| **Attachments:** | Abdur-Rasheed et al.pdf; Abdur-Rasheed et al.pdf |

Sir or Madam:

Notice is hereby provided that the bundled complaint in *Shriff Abdur-Rasheed, et al. v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-01930 was this day served on Bayer Pharma AG and BHCP pursuant to the streamlined service provisions in PTOs 10 and 11. A copy of what was sent to each of these two Bayer Defendants (bundled complaint; summons; severance order; and list of individual actions with civil action numbers) is attached to this email. Also this day, a Notice of Compliance with Service of Process Provisions in PTO 10 and PTO 11 is being filed in the main MDL cause number for the Xarelto cases.

Kind regards,
Chip Orr
The Mulligan Law Firm
3710 Rawlins Street, #901
Dallas, Texas 75219
(214) 219-9779
corr@mulliganlaw.com

1

## Chip Orr

**From:** Microsoft Outlook
**To:** xareltocomplaints@babc.com
**Sent:** Tuesday, March 15, 2016 5:10 PM
**Subject:** Relayed: Xarelto - notice of service of process on Bayer Pharma AG and BHCP - Abdur-Rahseed et al. bundled complaint

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

xareltocomplaints@babc.com (xareltocomplaints@babc.com)

Subject: Xarelto - notice of service of process on Bayer Pharma AG and BHCP - Abdur-Rahseed et al. bundled complaint

1