UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :   MDL No. 2592
                                 :
                                 :   SECTION L
                                 :
                                 :   JUDGE ELDON E. FALLON
                                 :
                                 :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:        JURY TRIAL DEMANDED

*Nha Le v. Janssen Research & Development LLC, et al.*; LAED USDC No. 2:16-cv-01868

## SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Nha Le, is identified more fully in Paragraph 1(a) of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 201 Indiana Avenue, Apt. E115, Lubbock, Texas 79415.

4. The Xarelto User resides at 201 Indiana Avenue, Apt. E115, Lubbock, Texas 79415.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: March 16, 2016

By: /s/ Jim M. Perdue, Jr.
Jim M. Perdue, Jr., Texas Bar No. 00788180
Donald H. Kidd, Texas Bar No. 11383100
Brian B. Winegar, Texas Bar No. 24081218
PERDUE & KIDD
510 Bering Dr., Suite 550
Houston, TX 77057-1469
Telephone: 713-520-2500
Facsimile: 713-520-2525
Email: jperduejr@perdueandkidd.com
Email: dkidd@perdueandkidd.com
Email: bwinegar@perdueandkidd.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on March 16, 2016.

/s/ Jim M. Perdue, Jr.