UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

KRISTINE DELACRUZ, Individually and on Behalf of the Estate of ROMEO DELACRUZ Civil Action No.: 2:15-cv-01701

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE

Now comes Plaintiff Kristine Delacruz, individually and on behalf of the Estate of Romeo Delacruz identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Doc. 2374) and by and through undersigned counsel submits this, her response in opposition to the Order to Show Cause and shows as follows:

1. Ms. Kristine Delacruz contacted undersigned counsel regarding a potential claim involving her husband Romeo Delacruz use of Xarelto and alleged subsequent injury.

2. Undersigned counsel undertook the task of securing and obtaining medical and pharmacy records prior to the filing of the lawsuit.

3. Some medical and pharmacy records were received prior to the filing of the complaint. However, a majority of decedent's medical records are located in the Phillippines, including a number of the pharmacy records. Due to communication issues and non-standard record keeping, obtaining said records has proved difficult.

4. The complaint in this matter was filed on May 20, 2015 while record requests from some providers were still pending. The complaint was filed in good faith before all records were received to comply with the statute of limitations for Ms. Delacruz' claim.

6. After receipt of additional records, undersigned counsel has been unable to confirm via pharmacy records that Mr. Delacruz took Xarelto. However, other medical records provided to Defendant do show the prescription and usage of Xarelto.

7. Undersigned counsel has communicated with Ms. Delacruz regarding the need to obtain records that demonstrate proof of ingestion and an injury relating to Xarelto. Ms. Delacruz has been unable to provide such documentation to date.

8. Undersigned counsel continues efforts to obtain full medical records to document usage and injury.

9. Additionally, undersigned counsel has informed Ms. Delacruz that the Court will be addressing this motion, and the implications of any ruling reached by the Court. Accordingly, undersigned counsel requests that Ms. Delacruz' claim not be dismissed with prejudice for failure to show use of Xarelto, and that Ms. Delacruz be given an additional sixt (60) days to obtain the relevant records documenting use of Xarelto.

Dated: March 16, 2016

Respectfully submitted,

THE CERASA LAW FIRM LLC

By: /s/ Michael D. Cerasa
Michael D. Cerasa
Post Office Box 160069
Altamonte Springs, FL 32716
Michael.cerasa@cerasa-law.com
(407)995-6770
(407)995-6772 Facsimile

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that that on March 16, [2] 2016, a copy of the foregoing Motion for

Dismissal has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Michael D. Cerasa