UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Toshia Perry v. Janssen, et. al. – 2:15-cv-04063
William Budrow v. Janssen, et.al. – 2:15-cv-03648
Donna Boykin v. Janssen, et. al. – 2:15-cv-04732
Linnie Branch v. Janssen, et. al. – 2:15-cv-03647

MDL NO. 2592

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

STIPULATION OF DISMISSAL
WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel hereby stipulate that the above Plaintiffs complaint against Defendants be dismissed with prejudice and with each party to bear its own costs.

By: /s/ Randi Kassan
    SANDERS PHILLIPS GROSSMAN
    Randi Kassan, Esq.
    100 Garden City Plaza, Suite 500
    Garden City, NY 11530
    P: (516) 741-5600
    F: (516) 741-0128
    mgrossman@thesandersfirm.com
    rkassan@thesandersfirm.com

*Counsel for Plaintiffs*

Dated: March 16, 2016

By:/s/ Susan M. Sharko
    Drinker, Biddle & Reath, LLP
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932-1047
    P: (973) 549-7350
    Susan.Sharko@DBR.COM

*Counsel for Defendant*

Dated: March 16, 2016

                                                       By: /s/ Steven Jay Glickstein
                                                          KAYE, SCHOLER, LLP
                                                          Steven Jay Glickstein
                                                          250 West 55th Street
                                                          New York, NY 10019
                                                          P: (212) 836-8000
                                                          steven.glickstein@kayescholer.com

                                                          *Counsel for Defendant*


Dated: March 16, 2016