UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :    MDL No. 2592
                                    :
                                    :    SECTION L
                                    :
                                    :    JUDGE ELDON E. FALLON
                                    :
                                    :    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Jana Choe v. Janssen Research & Development, LLC et al;*

Civil Action No. 2:15-cv-6096

### AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Sommerman, McCaffity & Quesada, L.L.P., counsel for Plaintiff Jana Choe and respectfully move for an Order withdrawing them from any further representation in this litigation of Plaintiff for the reasons set forth below:

1. Plaintiff retained the services of undersigned counsel to represent her in the Xarelto Multidistrict Litigation.

2. On November 12, 2015, the undersigned filed a complaint under the Case. No. 2:15-cv-05561 which included the instant cause of action.

3. In order to comply with Pre-Trial Order No. 13, relating to the Plaintiff Fact Sheets and Authorizations, on or about September 24, 2015, the undersigned sent a correspondence to Plaintiff requesting information essential to litigating this case and requested a response as soon as possible.

1

4. The undersigned attempted to contact Plaintiff via telephone on the following dates: November 10, 2015, November 23, 2015, December 8, 2015, December 9, 2015, December 14, 2015 and December 16, 2015.

5. The undersigned sent a follow up letter to Plaintiff on December 16, 2015 and December 23, 2015.

6. On January 20, 2016, the undersigned hired a private investigator to deliver correspondence to Plaintiff via hand delivery. The investigator informed us that he was able to deliver the documents to Plaintiff and that Plaintiff stated she would contact undersigned right away.

7. To date, undersigned has attempted to contact Plaintiff via email and telephone and Plaintiff continues to be unresponsive.

8. On February 19, 2016, undersigned sent correspondence to Plaintiff informing her undersigned's withdrawal as counsel, again, Plaintiff did not respond.

9. Plaintiff's last known contact information is:

    2997 Country Club Lane

    Twinsburd, OH 44087

    216/502-7101

    Jchoe0126@gmail.com

10. For the foregoing reasons, Plaintiff failed substantially to fulfill an obligation to her attorneys.

11. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel moves this Court for an order allowing them to withdraw as counsels for Plaintiff Jana Choe.

Dated: March 16, 2016.

>Respectfully Submitted,
>
>*/s/ Andrew B. Sommerman*
>SOMMERMAN, MCCAFFITY &
>QUESADA, LLP
>Andrew B. Sommerman
>Texas State Bar No. 18842150
>3811 Turtle Creek Blvd. Ste. 1400
>Dallas, TX 75219
>214/720-0720 (Telephone)
>214/720-0184 (Fax)
>Andrew@textrial.com

### CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 16th day of March 2016.

>*/s/ Andrew B. Sommerman*
>Andrew B. Sommerman