UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| This Document Relates To: | | |
| BETTY R. SMITH, et al vs. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al., | | |
| Civil Action No. 2:16-cv-01064 | | |

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

Please take notice that James C. Ferrell of the law firm of James C. Ferrell, P.C., 4119 Montrose Boulevard, Suite 400, Houston, Texas 77006, who is duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Plaintiffs, Pat Unterbrink, Individually and as the Personal Representative of the Estate of Ken Unterbrink, Deceased, Gary Hall, Helen Chitwood, and Milton Allen, in the above-styled action.

Respectfully submitted this 17th day of March, 2016.

By: /s/ **James C. Ferrell**
James C. Ferrell
James C. Ferrell, P.C.
Texas Bar No.: 00785857
4119 Montrose Blvd, Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of March, 2016, a copy of the above and foregoing Notice of Appearance has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ **James C. Ferrell**
      James C. Ferrell
      James C. Ferrell, P.C.
      Texas Bar No.: 00785857
      4119 Montrose Blvd., Suite 400
      Houston, Texas 77006
      (713) 337-3855
      (713) 337-3856 Facsimile
      jferrell@jamesferrell-law.com
      Counsel for Plaintiffs