MINUTE ENTRY
FALLON, J.
MARCH 16, 2016

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　　　MDL NO. 2592
　　　　PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　SECTION: L

THIS DOCUMENT RELATES TO:　　　　　　　JUDGE FALLON
ALL CASES　　　　　　　　　　　　　　　　MAGISTRATE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:　Brian Barr, Esq. for Plaintiffs' Liaison Counsel
　　　　　　　James Irwin, Esq. for Defense Liaison Counsel

Hearing on the Plaintiffs' Steering Committee's Motion to Challenge Confidentiality Designations and for Relief from Pretrial Order No. 12 (Stipulated Protective Order) (2564)

The Courtroom was ORDERED Sealed

After argument - Motion was Granted in Part for the reasons orally stated on the record.


JS10:　1:12