UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> : <br> _____ : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Evelyn Shelley v. Janssen Research & Development, LLC et al;*

Civil Action No. 2:15-cv-6319

## PROPOSED ORDER GRANTING SECOND EXTENSION TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

BEFORE THE COURT is Plaintiff's Second Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon Consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies is GRANTED. The deadline to submit the Plaintiff Fact Sheet Deficiencies is now set for April 17, 2016.

Dated:_____  _____
                                                                                      Judge Eldon E. Fallon