UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

THOMAS WILLIAMS

2:15-cv-6138

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO PARTICIPATE TELEPHONICALLHY IN ORDER TO SHOW CAUSE ON MARCH 16, 2016

This casue has come before the Court upon Plaintiff's Motion to Leave to Participate Telephonically in the March 16, 2016, Order to Show Cause. The Court finds the Motion should be and hereby is GRANTED.

IT IS THEREFORE, ORDERED Plaintiff's counsel, Andrew B. Sommerman, may participate telephonically in the March 16, 2016 Order to Show Cause.

Counsel is directed to contact the Court to make the appropriate arrangements prior to March 16, 2016.

Entered this 15th day of March, 2016.

JUDGE ELDON E. FALLON