# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The parties have indicated that the discovery conference scheduled for March 24, 2016, at 3:30 would better suit the parties' needs if it were continued. The parties have also indicated that they would like to present a matter for argument at the discovery conference on the later date. Therefore,

**IT IS ORDERED** that the telephone status conference set for Thursday, March 24, 2016, at 3:30 p.m. is hereby **CONTINUED** to Monday, March 28, 2016, at 3:30.

**IT IS FURTHER ORDERED** that the parties shall submit letter briefs regarding the discovery matter at issue on or before Wednesday, March 23, 2016.

New Orleans, Louisiana this 16th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE