UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************* | * | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Due to a conflict in the Court's schedule, the telephone status conference set for Thursday, April 21, 2016 is no longer practicable. Therefore,

**IT IS ORDERED** that the telephone status conference set for Thursday, April 21, 2016, at 3:30 p.m. is hereby **CANCELED**. The parties shall contact the Court if a discovery conference would be helpful on a different date.

New Orleans, Louisiana this 16th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE