UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************ | * | |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

On March 16, 2016, the Court heard oral argument on Plaintiffs' Motion to Challenge Confidentiality Designations. R. Doc. 2380. The Court ruled on the matter following oral argument. In accordance with that ruling,

**IT IS ORDERED** that Exhibit K of Plaintiffs' Motion to Challenge Confidentiality Designations shall be delivered to the FDA.

**IT IS FURTHER ORDERED** that Exhibit L of Plaintiffs' Motion to Challenge Confidentially Designations shall not be delivered to the FDA at this time.

The Court received communications from The Project on Government Oversight and The British Medical Journal on March 15 and 16, respectively. **IT IS ORDERED** that these attached communications be filed into the record.

**IT IS FURTHER ORDERED** that the terms of PTO 12 shall not be rescinded or modified at this point in time for the reasons stated following oral argument. For a transcript of the Court's ruling and reasons, contact Cathy Pepper at (504) 589-7779. If the PSC takes issue with the designation of future documents, the PSC shall confer with Defendants and then present the issue to the Court for an expeditious ruling.

[2]

The Court notes that a high percentage of documents have been designated protected, and is concerned. In the future, more care shall be given before declaring documents protected.

New Orleans, Louisiana this 16th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

[2]