UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION  This Document Relates To:  *Cases listed in Attached Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process* [*Dkt. No. 2472*] | ) MDL No. 2592 ) ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH ) ) ) |

# ORDER

Plaintiffs seek leave to substitute a corrected Exhibit A to their Second Supplement to Motion for Extension of Time Within Which to Serve Process [dkt. # 2771-2]. The Court is of the opinion that leave to subsitute should be granted. It is therefore:

ORDERED THAT leave is hereby granted for the Plaintiffs listed in Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process to substitute a corrected Second Supplement and Exhibit as described above.

DATED: __March   15th   2016__

_____
Hon. Eldon E. Fallon
United States District Court Judge