**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION** | *  **MDL NO. 2592** |
| | *  **SECTION L** |
| | * |
| | *  **JUDGE ELDON E. FALLON** |
| | * |
| | *  **MAG. JUDGE NORTH** |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | * |

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

The Court received materials earlier today composed of Susan Geiger's personnel files. The personnel files concern Ms. Geiger's work performance as an employee of Defendant J&J during a time period pertinent to the litigation.  The Court had an opportunity to review the files in great detail, weighing privacy interests against the Plaintiffs' right to discover relevant material.

One of Ms. Geiger's primary projects at J&J was the marketing of Rivaroxaban.  Ms. Geiger held the position of Group Project Director, Rivaroxaban, so much of her personnel file is relevant to claims and defenses as well as matters pertinent to cross-examination.  The Court notes that there is a salary summary, including bonuses, which likewise has relevance.

However, regardless of the discovery interests at play, the personnel files relevant to the litigation also raise employee privacy interests.  The material addresses personal goals, performance evaluations, and salary.  Therefore, the personnel files must be placed under seal and used only for purposes of this litigation.

In summary, this material is discoverable.  The materials shall be presented forthwith.

[2]

**IT IS ORDERED** that the personnel file of Ms. Geiger shall be excised of all references to information which the parties jointly agreed shall be redacted pursuant to PTO 20, and then produced to the PSC on or before Saturday, March 19, 2016.

New Orleans, Louisiana this 18th day of March, 2016.

UNITED STATES DISTRICT JUDGE