MINUTE ENTRY
FALLON, J.
MARCH 16, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          MDL NO. 2592
      PRODUCTS  LIABILITY LITIGATION

                                                                  SECTION: L

THIS DOCUMENT RELATES TO:          JUDGE FALLON
ALL CASES                                       MAGISTRATE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:  Sindhu Daniel, Esq. for Plaintiffs' Liaison Counsel
                Deirdre Kole, Esq. for Defendants'  Liaison Counsel
                Attorneys Vivek Upadhya, Joshual Leal, Andre LaPlace, Daniel Carr, Keith
                Griffin, Melissa Mendoza and Charles Wolf appeared by phone on behalf of
                various plaintiffs
                Attorneys Donald Green, David Vicknair, Derrial McCorvey appeared in person
                on behalf of various plaintiffs

Hearing on the Order to Show Cause Regarding Plaintiffs Who have Failed to Prove Xarelto Use (2424) and on the Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet  (2425)

After argument - The Court granted several extensions of time for Plaintiffs to complete the required Plaintiff Fact Sheets and also to Prove Xarelto Use

Counsel for the Parties shall file into the record the appropriate Ex Parte Motions and Orders to clarify the Court's rulings made on the above mentioned matters.

JS10:   :45