UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :   MDL No. 2592
                                     :
                                     :   SECTION L
                                     :
                                     :   JUDGE ELDON E. FALLON
                                     :
_____:   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Shelley Borlandelli v. Janssen Research & Development, LLC et al;*

Civil Action No. 2:15-cv-05833

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Sommerman, McCaffity & Quesada, L.L.P., counsel for Plaintiff Shelley Borlandelli and respectfully move for an Order withdrawing them from any further representation in this litigation of Plaintiff for the reasons set forth below:

1. Plaintiff retained the services of undersigned counsel to represent her in the Xarelto Multidistrict Litigation.

2. On November 12, 2015, the undersigned filed a complaint under the Case. No. 2:15-cv-05833 which included the instant cause of action.

3. In order to comply with Pre-Trial Order No. 13, relating to the Plaintiff Fact Sheets and Authorizations, on or about November 24, 2015, the undersigned sect a correspondence to Plaintiff requesting information essential to litigating this case and requested a response by December 2, 2015.

4. On December 7, 2015, we were notified that Shelley Borlandelli had passed away and that her husband was next of kin. The undersigned contacted Mr. Matthew

Borlandelli on December 16, 2015 and advised Mr. Borlandelli of his wife's Xarelto claim. Mr. Borlandelli was hesitant in pursuing the claim on his wife's behalf and said he would take a couple of days to think about it.

5. The undersigned sent a follow up letter to Mr. Borlandelli on December 23, 2015 and attempted to contact Mr. Borlandelli several times via telephone on December 18, 2015, December 30, 2015, January 4, 2016, and January 11, 2016.

6. On January 11, 2016, Mr. Borlandelli contacted our office and stated he might want to drop his wife's case and that he will be out of the country until February 9.

7. Mr. Borlandelli has been aware of applicable deadlines on numerous occasions.

8. To date Mr. Borlandelli has not provided the information requested or otherwise responded to undersigned's contact attempts.

9. On January 22, 2016 the undersigned sent correspondence to Mr. Bolandelli regarding his request to us to dismiss ourselves from Mrs. Shelley's Borlandelli's case, this was sent via email, certified mail return receipt, and regular USPS mail. Again, Mr. Borlandelli did not respond.

10. On February 16, 2016, the undersigned hired a private investigator to deliver correspondence to Mr. Borlandelli regarding his request for us to dismiss his wife's claim. The investigators were informed that Mr. Borlandelli was out of the state and would not return for another two weeks.

11. On March 10, 2016, the undersigned hired the same investigator again to deliver correspondence to Mr. Borlandelli, a "house guest" notified the investigator that Mr. Borlandelli was out of the state again and was not sure when he will return. The

"house guest" assured the private investigator that he did give the delivered correspondence to Mr. Borlandelli.

12. For the foregoing reasons, Plaintiff failed substantially to fulfill an obligation to her attorneys.

13. Mathew Borlandelli's last known address is 163 Stone Creek Rd. Lakeside, MT 59922.

14. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel moves this Court for an order allowing them to withdraw as counsels for Plaintiff Shelley Borlandelli.

Dated: March 17, 2016.

Respectfully Submitted,

SOMMERMAN, MCCAFFITY & QUESADA, LLP
Andrew B. Sommerman
Texas State Bar No. 18842150
3811 Turtle Creek Blvd. Ste. 1400
Dallas, TX 75219
214/720-0720 (Telephone)
214/720-0184 (Fax)
Andrew@textrial.com

### CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 17th day of March 2016.

Andrew B. Sommerman