UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Bernice Thorpe v. Janssen Research & Development, LLC et al;*

Civil Action No. 2:15-cv-06141

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Sommerman, McCaffity & Quesada, L.L.P., counsel for Plaintiff Bernice Thorpe and respectfully move for an Order withdrawing them from any further representation in this litigation of Plaintiff for the reasons set forth below:

1. Plaintiff retained the services of undersigned counsel to represent her in the Xarelto Multidistrict Litigation.

2. On November 12, 2015, the undersigned filed a complaint under the Case. No. 2:15-cv-05561 which included the instant cause of action.

3. In order to comply with Pre-Trial Order No. 13, relating to the Plaintiff Fact Sheets and Authorizations, on or about November 24, 2015, the undersigned sent a correspondence to Plaintiff requesting information essential to litigating this case and requested a response by December 2, 2015.

4. On December 17, 2015, we were notified that Bernice Thorpe had passed away and that her oldest son, Robert Crawford was next of kin. The undersigned contacted Mr.

1

Robert Crawford on December 17, 2015 and every day after until December 21, 2015. After multiple failed attempts to contact Mr. Crawford, the undersigned investigated Mr. Crawford's family members. On December 21, 2015 the undersigned was able to contact Roxanne Crawford which is Robert's sister and Ms. Thorpe's daughter.

5. On December 21, 2015, Roxanne Crawford informed the undersigned that Robert Crawford passed away shortly after Bernice Thorpe's death. The undersigned informed Ms. Crawford of her mother's Xarelto claim and the urgency of necessary plaintiff fact sheet and medical records. Ms. Crawford requested that we send all the documents to her for review.

6. On January 4, 15, 18, 19, 26 and 29 the undersigned attempted to contact Ms. Crawford via telephone to get status on the necessary documents, Ms. Crawford did not answer nor return any of the voice messages.

7. On February 23, 2016 the undersigned sent written correspondence to Ms. Crawford notifying her on the deadlines and requesting that she contact the undersigned.

8. Ms. Crawford has been aware of applicable deadlines on numerous occasions.

9. To date Ms. Crawford has not provided the information requested or otherwise responded to undersigned's contact attempts.

10. On March 1, 2016 the undersigned sent correspondence to Ms. Crawford regarding his request to us to dismiss ourselves from Bernice Thorpe's case, this was sent via email, certified mail return receipt, and regular USPS mail. Again, Ms. Thorpe did not respond.

11. On March 1, 2016 through March 8, 2016, the undersigned hired a private investigator to deliver correspondence to Ms. Crawford regarding our withdraw from her mother's claim. The investigators informed the undersigned that from all five attempts Ms. Crawford did not answer the door.

12. For the foregoing reasons, Plaintiff failed substantially to fulfill an obligation to her attorneys.

13. Roxanne Crawford's last known address is: 7762 Clinton Street Rd. Lot 5, Bergen, NY 14416-9438

14. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel moves this Court for an order allowing them to withdraw as counsels for Plaintiff Bernice Thorpe.

Dated: March 17, 2016.

Respectfully Submitted,

SOMMERMAN, MCCAFFITY & QUESADA, LLP
Andrew B. Sommerman
Texas State Bar No. 18842150
3811 Turtle Creek Blvd. Ste. 1400
Dallas, TX 75219
214/720-0720 (Telephone)
214/720-0184 (Fax)
Andrew@textrial.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 17th day of March 2016.

                                                       Andrew B. Sommerman