UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
TIMOTHY MARTIN, 16-CV-01327

## ORDER

The parties have indicated that all deadlines in this matter should be stayed due to complications associated with the subject matter of the Complaint. Therefore,

**IT IS ORDERED** that all deadlines, including discovery deadlines and pleading deadlines, in this matter are hereby **STAYED**.

New Orleans, Louisiana this 18th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE