**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION | *  **MDL NO. 2592** |
| | *  **SECTION L** |
| | * |
| | *  **JUDGE ELDON E. FALLON** |
| | * |
| | *  **MAG. JUDGE NORTH** |
| **********************************************  | * |

**THIS DOCUMENT RELATES TO ALL CASES**

## <u>ORDER</u>

The Court received materials earlier today composed of Andrea Kollath's personnel files. The personnel files concern Dr. Kollath's work performance as an employee of Defendant J&J during a time period pertinent to the litigation.  The Court had an opportunity to review the files in great detail, weighing privacy interests against the Plaintiffs' right to discover relevant material.

One of Dr. Kollath's primary projects at J&J was the development of Rivaroxaban ("Xarelto").  Dr. Kollath began working on Xarelto in 2007, and remained a part of the Xarelto regulatory team until 2012.  Therefore, much of Dr. Kollath's personnel file is relevant to claims and defenses as well as matters pertinent to cross-examination.  The Court notes that there is a salary summary, including bonuses, which likewise has relevance.

However, regardless of the discovery interests at play, the personnel files relevant to the litigation also raise employee privacy interests.  The material addresses personal goals, performance evaluations, and salary.  Therefore, the personnel files must be placed under seal and used only for purposes of this litigation.

In summary, this material is discoverable.  The materials shall be presented forthwith.

**IT IS ORDERED** that the personnel file of Dr. Kollath shall be excised of all references to information which the parties jointly agreed shall be redacted pursuant to PTO 20, and then produced to the PSC on or before Wednesday, March 23, 2016.

New Orleans, Louisiana this 21st day of March, 2016.

_____

UNITED STATES DISTRICT JUDGE