UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

### PRETRIAL ORDER NO. 11E
(Bundling of Complaints and Answers)

The Court outlined the procedure for the filing of Joint Complaints in Pretrial Order 11. (Rec. Doc. 893). As the MDL is entering a new phase of the litigation, the Court finds it appropriate to terminate the Joint Complaint filing procedure. All efforts to file a Complaint in this MDL will be governed by the Federal Rules of Civil Procedure and the Local Rules, unless otherwise provided for by this Court, as of May 20, 2016. Therefore,

**IT IS ORDERED** that all provisions of Pretrial Order 11 pertaining to the filing of Joint Complaints shall be **VACATED** on May 20, 2016. After this date, no Joint Complaints as defined in PTO 11 will be accepted by the Clerk's office.

NEW ORLEANS, LOUISIANA this 21st day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

1