UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)    :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION   :   SECTION L
                                :   JUDGE ELDON E. FALLON
                                    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:
CIVIL ACTION 2:15-cv-002647

TRACY GRAHAM
    Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO, LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA, INC.,
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE, LLC,
BAYER HEALTHCARE AG, and
BAYER AG
    Defendants

### ORDER

On March 16, 2016, the Court held a Show Cause Hearing regarding Plaintiffs that have not provided a compliant Plaintiff Fact Sheet, and the Court ordered that Plaintiff, Tracy Graham, be granted an additional sixty days to present a compliant Plaintiff Fact Sheet.

New Orleans, Louisiana, on this ____ day of _____ 2016.

                                  **United States District Judge**