UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| ANTONIO CASTELLANO, Plaintiff, | SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| -against- | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, Defendants. | Civil Action No: 2:15-cv-3615 |

## RULE 25(A) NOTICE

Pursuant to Fed. R. Civ. P. 25, Counsel for Plaintiff Antonio Castellano respectfully notifies this Honorable Court and Defendants that Plaintiff Antonio Castellano has died. Counsel for Plaintiff Antonio Castellano recently learned that he died on January 29, 2016.

Respectfully Submitted,

Dated: March 22, 2016

By: /s/ Lisa A. Gorshe
Lisa Ann Gorshe, Esq. (MN #029522X)
Michael K. Johnson, Esq. (MN #258696)
Alexandra W. Robertson, Esq. (MN #0395619)
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Telephone: (612) 436-1800
Facsimile: (612) 436-1801
Email: ARobertson@johnsonbecker.com
Email: MJohnson@johnsonbecker.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on today's date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: March 22, 2016

/s/ Lisa A. Gorshe, Esq.
Attorney # 29522X (MN#)
JOHNSON BECKER, PLLC
33 South 6th Street, Suite 4530
Minneapolis, MN 55402
Phone: (612) 436-1800
Fax: (612) 436-1801
Email: lgorshe@johnsonbecker.com