# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| ANTONIO CASTELLANO, | SECTION: L |
| Plaintiff, | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| -against- | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No: 2:15-cv-3615 |
| Defendants. | |

## MOTION FOR SUBSTITUTION OF PARTY UNDER FED.R.CIV.P. 25(a)

Undersigned Counsel for Plaintiff, pursuant to Fed.R.Civ.P. 25(a), moves to substitute deceased Plaintiff Antonio Castellano with his Personal Representative, Anthony Castellano. Plaintiff moves for an order substituting Antonio Castellano for Anthony Castellano on behalf of Antonio Castellano. In support of this motion, Plaintiff states as follows:

1.  Under Fed.R.Civ.P. 25(a)(1), "[i]f a party dies and the claim in not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

2.  Plaintiff Antonio Castellano passed away on January 29, 2016 (Ex. A). Plaintiff's counsel was not immediately informed of Plaintiff's death.

3.  Anthony Castellano was the Plaintiff's Personal Representative and Administrator of estate as noted in the February 5, 2014 estate document (Ex. B).

4.  Given that Anthony Castellano is the Plaintiff's Personal Representative and Executor of Estate, Anthony Castellano has proper capacity to continue the suit as successor and representative pursuant to Fed.R.Civ.P. 25(a)(1).

WHEREFORE, for each and all of the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Antonio Castellano for Anthony Castellano on behalf of Antonio Castellano.

Respectfully Submitted,

Dated: March 22, 2016

By: /s/ Lisa A. Gorshe
Lisa Ann Gorshe, Esq. (MN #029522X)
Michael K. Johnson, Esq. (MN #258696)
Alexandra W. Robertson, Esq. (MN #0395619)
JOHNSON BECKER, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, MN 55402
Telephone: (612) 436-1800
Facsimile: (612) 436-1801
Email: ARobertson@johnsonbecker.com
Email: MJohnson@johnsonbecker.com

Counsel for Plaintiff

2

**CERTIFICATE OF SERVICE**

I, Lisa A. Gorshe, hereby certify that a true and correct copy of the foregoing was served with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filings to the Filing User(s) listed on the Court's Case List for CM/ECF service.

This document so filed is available for viewing and downloading on the ECF system.

I declare that I am a registered Filing User for this District of the United States District Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on March 22, 2016, at Minneapolis, Minnesota.

/s/ Lisa A. Gorshe, Esq.
Attorney # 29522X (MN#)
JOHNSON BECKER, PLLC
33 South 6th Street, Suite 4530
Minneapolis, MN 55402
Phone: (612) 436-1800
Fax: (612) 436-1801
Email: lgorshe@johnsonbecker.com