# Exhibit A

# CERTIFICATION OF VITAL RECORD

**OFFICE OF VITAL STATISTICS**

**CERTIFICATE OF DEATH**
State of Delaware (107)
DEPARTMENT OF HEALTH AND SOCIAL SERVICES

State File Number

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME (First, Middle, Last) | Antonio Castellano |
| 2. SEX | Male |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE-Last Birthday (Years) | 84 |
| 5. DATE OF BIRTH (Mo/Day/Yr) | 10/19/1931 |
| 6. BIRTHPLACE (City and State or Foreign Country) | Spain |
| 7a. RESIDENCE-STATE | Delaware |
| 7b. COUNTY | New Castle |
| 7c. CITY OR TOWN | Wilmington |
| 7d. STREET AND NUMBER | 3104 Crystal Court |
| 7f. ZIP CODE | 19810 |
| 7g. INSIDE CITY LIMITS? | No |
| 8. EVER IN US ARMED FORCES? | No |
| 9. MARITAL STATUS AT TIME OF DEATH | Widowed |
| 11. FATHER'S NAME (First, Middle, Last) | Miguel Castellano |
| 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE | Elisa Enciso |
| 13a. INFORMANT'S NAME | Anthony Castellano |
| 13b. RELATIONSHIP TO DECEDENT | Son |
| 13c. MAILING ADDRESS | 4 Shoreline Place, Gulf Breeze, FL 32561 |

**14. PLACE OF DEATH:** Inpatient

| Field | Value |
|---|---|
| 15. FACILITY NAME | CCHS - Wilmington Hospital |
| 16. CITY OR TOWN, STATE, AND ZIP CODE | Wilmington, DE 19801 |
| 17. COUNTY OF DEATH | New Castle |
| 18. METHOD OF DISPOSITION | Entombment |
| 19. PLACE OF DISPOSITION | Cathedral Cemetery |
| 20. LOCATION-CITY, TOWN, AND STATE | Wilmington, DE |
| 21. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | McCrery & Harra Funeral Homes and Crematory Inc. 3924 Concord Pike Wilmington, DE 19803 |
| 22. SIGNATURE OF FUNERAL SERVICE LICENSEE | Richard W. Harra |
| 23. LICENSE NUMBER | K10000474 |
| 24. DATE PRONOUNCED DEAD | 01/29/2016 |
| 25. TIME PRONOUNCED DEAD | 08:29 a.m. |
| 26. SIGNATURE OF PERSON PRONOUNCING DEATH | Mithil Gajera M.D. |
| 27. LICENSE NUMBER | C1-0010046 |
| 28. DATE SIGNED | 01/29/2016 |
| 29. ACTUAL OR PRESUMED DATE OF DEATH | January 29, 2016 |
| 30. ACTUAL OR PRESUMED TIME OF DEATH | 08:29 a.m. |
| 31. WAS MEDICAL EXAMINER CONTACTED? | No |

**32. CAUSE OF DEATH**

PART I.
a. IMMEDIATE CAUSE: Infective Endocarditis
b. Acute Renal Failure
c. Septic Shock (UNDERLYING CAUSE)

**35. DID TOBACCO USE CONTRIBUTE TO DEATH?** No

**36. IF FEMALE:** Not pregnant within past year

**37. MANNER OF DEATH:** Natural

**46. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH:** Mithil Gajera M.D. 4755 Ogletown-Stanton Rd. Newark, DE 19718

**47. TITLE OF CERTIFIER:** M.D.
**48. LICENSE NUMBER:** C1-0010046
**49. DATE CERTIFIED:** 01/29/2016
**50. FOR REGISTRAR ONLY - DATE FILED:** FEB 01 2016

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Delaware Division of Public Health.

Any alteration of this document is prohibited. Do not accept unless on security paper with the raised seal of the Office of Vital Statistics.



State Registrar




ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE