# Exhibit B

Form No. 9 - Authority To Act As Personal Representative (Letters)  File # 163142

**STATE OF DELAWARE**
**NEW CASTLE COUNTY** } SS.

I. **WHEREAS** ANTONIO CASTELLANO, the decedent, of WILMINGTON, DE, died on January 29, 2016, without a will, and at the time of death owned personal property and/or real estate located in this county, and:

**WHEREAS** , ANTHONY CASTELLANO, the Petitioner has petitioned in this office for Letters OF ADMINISTRATION.

**NOW, THEREFORE,** the said ANTHONY CASTELLANO has been appointed the ADMINISTRATOR of the estate of the decedent in accordance with Delaware Law.

II. The Personal Representative is, by the authority granted, empowered to administer and account for the personal property and/or real estate of the decedent. The Personal Representative is required to make a true and complete inventory of the personal property and/or real estate. The inventory is to be filed on or before MAY 5, 2016 in the office of Register of Wills of the county in which the authority to act was granted and in any county of this state where the decedent owned real estate. The Personal Representative is further required to account for his/her administration on or before FEBRUARY 5, 2017 or as otherwise required.

**IN TESTIMONY WHEREOF,** I have hereunto set my hand and affixed the official seal of this office, this 5th day of February, 2016.

_____
Register of Wills
Chief Deputy

NOT VALID WITHOUT IMPRESSED SEAL