UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> CHRIST DUMAS <br><br> Case #: 2:16-cv-00447 | |

**MOTION FOR EXTENSION OF TIME**

Plaintiff, CHRIST DUMAS, by and through undersigned counsel, hereby files this Motion for Extension of Time in order to serve the Plaintiff Fact Sheet, and states as follows:

1. Pursuant to Pretrial Order #13, Plaintiff is required to serve a completed Plaintiff Fact Sheet to the Defendants within 60 days of filing the complaint.

2. Although Plaintiff has endeavored to do so, Plaintiff is unable to comply with this mandated deadline.

3. Plaintiff seeks an extension of 30 days in order to provide Defendants with the completed Plaintiff Fact Sheet.

4. Plaintiff's case is not set for trial and there are no other pending deadlines.

5. A proposed order has been filed along with this Motion as Attachment 1.

**WHEREFORE**, the Plaintiff, CHRIST DUMAS, respectfully requests that this Court **GRANT** Plaintiff's Motion for Extension of Time and provide whatever further relief this Honorable Court deems reasonable and just.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: March 22, 2016

                                                FREEDLAND HARWIN VALORI, PL
                                                110 SE 6th Street, Suite 2300
                                                Ft. Lauderdale, FL 33301
                                                Tel:    954-467-6400
                                                Fax:    954-670-2530

                                                __/s/ Aaron Rothenberg_____
                                                RAYMOND VALORI
                                                Fla. Bar #: 33200
                                                Ray@westonlawyers.com
                                                AARON ROTHENBERG
                                                Fla. Bar #: 99634
                                                Aaron@westonlawyers.com