UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: : | |
| CHRIST DUMAS : | |
| Case #: 2:16-cv-00447 | |

## ORDER ON MOTION FOR EXTENSION OF TIME

THIS CAUSE, having come before this Honorable Court Plaintiff's Motion for Extension of Time, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's motion is GRANTED.
2. Plaintiff shall have 30 days from the date of this Order to serve the completed Plaintiff Fact Sheet.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on _____.

_____
JUDGE ELDON E. FALLON

Cc: All counsel of record