UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :   MDL No. 2592
                                 :
                                 :   SECTION L
                                 :
                                 :   JUDGE ELDON E. FALLON
                                 :
_____  :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

**LESLIE KEITH SHEFFIELD**
**Civil Action No.: 2:15-cv-07074**

**JANE TURMAN**
**Civil Action No.: 2:16-cv-00356**

### PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE PROCESS TO DEFENDANT BAYER PHARMA AG

COME NOW Plaintiffs, by and through their undersigned counsel, in the above listed actions, and respectfully request that this Court grant them leave to file the attached "Reply Memorandum in Support of Motion for Extension of Time Within Which to Serve Process To Defendant Bayer Pharma AG." Movers suggest to the Court that they want to very briefly address the contentions made by Defendant Bayer Pharma AG in Defendant's Opposition Memorandum.

Dated this 22nd day of March, 2016

                                Respectfully submitted,

                                By: s/ Annesley H. DeGaris
                                Annesley H. DeGaris (ASB-9182-a63a)
                                DEGARIS LAW GROUP, LLC
                                3179 Green Valley Road 235
                                Birmingham, AL 35243
                                Telephone: (205) 281-5185
                                Email: adegaris@degarislaw.com

                                *ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on that 22nd day of March, 2016, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated this 22nd day of March, 2016

                                           s/ Annesley H. DeGaris
                                           ANNESLEY H. DEGARIS