UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION     :     MDL No. 2592
                                  :
                                  :     SECTION L
                                  :
                                  :     JUDGE ELDON E. FALLON
                                  :
_____:     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

**LESLIE KEITH SHEFFIELD**
**Civil Action No.: 2:15-cv-07074**

**JANE TURMAN**
**Civil Action No.: 2:16-cv-00356**

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPPORT OF MOTION FOR EXTENSION OF TIME TO SERVE PROCESS

BEFORE THE COURT is Plaintiffs' Motion for Leave to File Reply Memorandum In Support of Motion for Extension of Time to Serve Process to Defendant Bayer Pharma AG;

IT IS HEREBY ORDERED that Plaintiffs' be granted leave to file their "Reply Memorandum in Support of Motion for Extension of Time to Serve Process," and that said pleading be filed into the record in the above-captioned matters.

Signed this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge