UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| JENNIFER ORTIZ<br><br>       Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>       Defendant(s) | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**CIVIL ACTION NO. 2:15-CV-03658** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel hereby stipulate that Plaintiff's complaint against Defendants be dismissed with prejudice and with each party to bear its own costs.

By: /s/ Randi Kassan
    SANDERS PHILLIPS GROSSMAN
    Randi Kassan, Esq.
    100 Garden City Plaza, Suite 500
    Garden City, NY 11530
    P: (516) 741-5600
    F: (516) 741-0128
    mgrossman@thesandersfirm.com
    rkassan@thesandersfirm.com

*Counsel for Plaintiff*
*Jennifer Ortiz*

Dated: March 15, 2016

By: /s/ Susan M. Sharko
    Drinker, Biddle & Reath, LLP
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932-1047
    P: (973) 549-7350
    Susan.Sharko@DBR.COM

*Counsel for Defendant*

Dated: March 15, 2016


By: /s/ Steven Jay Glickstein
    KAYE, SCHOLER, LLP
    Steven Jay Glickstein
    250 West 55th Street
    New York, NY 10019
    P: (212) 836-8000
    steven.glickstein@kayescholer.com

*Counsel for Defendant*

Dated: March 15, 2016