UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
|---|---|
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Regina Cothron on behalf of
Charlie Andrews, deceased

2:15-cv-07185

# ORDER

THIS MATTER, having come before the Court is Plaintiff, Regina Cothron's *Motion for Extension of Time to Submit Plaintiff Fact Due to Illness and Hospitalization of Plaintiff*. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff, Regina Cothron's Motion for Extension of Time to Submit Plaintiff Fact Sheet is GRANTED. The deadline to submit the Plaintiff Fact Sheet is now set for May 25, 2016.

Dated: March 22nd 2016

Judge Eldon E. Fallon

1