UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

DREW PEARCE ON BEHALF OF
THORA BISHOP, DECEASED

     Plaintiff,

vs.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO
LLC, JANSSEN PHARMACEUTICALS,
INC. f/k/a JANSSEN PHARMACEUTICA
INC. f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., JOHNSON &
JOHNSON, BAYER  HEALTHCARE
PHARMACEUTICALS, INC.,
BAYER PHARMA AG, BAYER
CORPORATION, BAYER HEALTHCARE
LLC, BAYER HEALTHCARE AG, and
BAYER AG,

    Defendants

MDL NO. 2592

SECTION:  L
JUDGE FALLON

MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*DREW PEARCE ON BEHALF OF THORA BISHOP, DECEASED V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;* **Civil Action No. 2:15-cv-02306**

## ORDER

    **IT IS ORDERED** that the Unopposed Motion for Leave to File Amended

Complaint filed by Plaintiff Drew Pearce on behalf of Thora Bishop, Deceased, be and

2

the same is hereby GRANTED, and the Clerk of the Court is ordered to file the Amended

Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA, this** 22nd **day of** ___March___ **, 2016.**

_____

**UNITED STATES DISTRICT JUDGE**