## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| ANTHONY CASTELLANO on behalf of the, Estate of ANTONIO CASTELLANO, | JUDGE FALLON |
| Plaintiffs, | MAG. JUDGE NORTH |
| -against- | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No: 2:15-cv-3614 |
| Defendants. | |

## ORDER

WHEREAS the Plaintiffs have moved to substitute Antonio Castellano, decedent, with Anthony Castellano, decedent's Administrator of the estate, on behalf of Antonio Castellano; and

WHEREAS, after considering the Plaintiff's arguments, the court will grant the motion.

IT IS HEREBY ORDERED THAT:

The Plaintiff's motion to substitute is GRANTED.

Dated: March 23rd 2016

Hon. Eldon E. Fallon
United States District Court Judge