# UNITED STATES DISTRICTCOURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNA CLARK o/b/o MARY LOUISE CLARK <br><br> Plaintiff <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, <br><br> Defendants. | MDL NO. 2592 <br><br> SECTION:  L <br><br> JUDGE:  ELDON E. FALLON <br><br> MAG. JUDGE NORTH <br><br> STIPULATION OF DISMISSAL WITHOUT PREDJUDICE <br><br> CIVIL ACTION NO. <br> 2:15-CV- 03381 |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, ANNA CLARK o/b/o MARY LOUISE CLARK and Defendants hereby stipulate to the dismissal without prejudice of Defendant BAYER CORPORATION. All other Defendants remain in the case. Costs and fees shall be borne by the party that incurred them.

Respectfully submitted,


By: /s/ John Jewell Pace
John Jewell Pace
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com
*Attorney for the Plaintiff,*
*Anna Clark o/b/o Mary Louise Clark*


Dated: 3/23/2016

By: /s/ Susan M. Sharko
Drinker, Biddle & Reath, LLP
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549- 7350
Email: Susan.Sharko@dbr.com


Dated: 3/23/2016


By: /s/ Steven Glickstein
Steven Glickstein
KAYE SCHOLER, LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836- 8485
Facsimile: (212) 836- 6485
Email: sglickstein@kayscholer.com
Attorneys for Defendant,
Bayer HealthCare, LLC


Dated: 3/23/2016

By: /s/ Andrew K. Solow
Steven Glickstein
KAYE SCHOLER, LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836- 8000
Facsimile: (212) 836- 8689
Email: Andrew.solow@kayescholer.com
Email: sglickstein@kayscholer.com
Attorneys for Defendant,
Bayer HealthCare, LLC


Dated: 3/23/2016