UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 | |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L | |
| } | JUDGE FALLON | |
| } | MAG. JUDGE NORTH | |
| } | | |

This Document relates to:

*Phillip Durham vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-04133

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to Satisfy any alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. The plaintiff filed the above captioned proceeding as a bundled Complaint on behalf of multiple plaintiffs on August 26, 2015, and thereafter filed separate short form Complaints on September 3, 2015 for the individual plaintiffs.

2. While the Plaintiff has substantially complied with providing the other fact sheet information and has uploaded his responses and authorizations for defense counsel to the MDL centrality website back in November, plaintiff has had significant difficulty obtaining his complete medical records from providers and requests additional time to obtain and upload the same and provide any remaining responses to the plaintiff fact sheet.

3. By Court Order dated March 8, 2016 plaintiff's time was extended to March 23, 2016 with the anticipation that plaintiff could obtain and upload his medical records and correct any deficiencies in that time period. However, plaintiff's counsel is still not in receipt of the

medical records from the plaintiff's medical providers, and is therefore unable to upload or supplement the information that is contained in the same.

4. Accordingly, contemporaneous to this motion, Plaintiff's counsel has once again sought to obtain the medical records from the providers via additional request and Plaintiff therefore requests an extension of the deadline to May 27, 2016 to allow sufficient time to obtain responses and upload the medical records and to correct any deficiencies in plaintiff's fact sheet submission.

5. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and will file plaintiff's information once it is received.

**WHEREFORE**, Plaintiff's counsel requests an extension of the deadline for satisfying deficiencies in plaintiff's fact sheet submission to May 27, 2016.

Dated: March 23, 2016

                Respectfully Submitted,

                THE SCHLEMMER FIRM, LLC

                By: _/S/Paul N. Schlemmer
                Paul N. Schlemmer (NY2895415)
                Attorney for Plaintiff
                830 Third Avenue, 5th Floor
                New York, New York 10022
                (212) 390-8030
                email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 23rd day of March 2016.

>THE SCHLEMMER FIRM, LLC
>
>BY: /S/ Paul N. Schlemmer
>Paul N. Schlemmer (NY2895415)
>Attorney for Plaintiff
>830 Third Avenue, 5th Floor
>New York, New York 10022
>(212) 390-8030
>email: paul@schlemmerfirm.com