UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

*Mary Lillis vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-04134

## MOTION FOR EXTENSION OF TIME TO SATISFY
## PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW the plaintiff Laura Banks, by and through the undersigned counsel, and respectfully moves this Court for a further extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline to May 27, 2016. The deadline was presently set for March 23, 2016, and plaintiff's medical providers have still not sent all of the plaintiff's medical records to counsel despite numerous requests. Accordingly, Plaintiff's counsel requests an extension of the deadline to May 27, 2016

In support of the motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff's counsel is waiting for various heath-care providers to respond to outstanding request for additional medical records. This is Plaintiff's third motion requesting an extension of time.

An extension of time is not sought for delay but so that justice may be served.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff fact Sheet Deficiency Deadline until May 27, 2016.

Dated: March 23, 2016                               Respectfully Submitted,

                                                THE SCHLEMMER FIRM, LLC

                                                By: _/S/Paul N. Schlemmer
                                                Paul N. Schlemmer (NY2895415)
                                                Attorney for Plaintiff
                                                830 Third Avenue, 5th Floor
                                                New York, New York 10022
                                                (212) 390-8030
                                                email: paul@schlemmerfirm.com


## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 23rd day of March 2016

                                                THE SCHLEMMER FIRM, LLC

                                                BY: /S/ Paul N. Schlemmer
                                                Paul N. Schlemmer (NY2895415)
                                                Attorney for Plaintiff
                                                830 Third Avenue, 5th Floor
                                                New York, New York 10022
                                                (212) 390-8030
                                                email: paul@schlemmerfirm.com