UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

*Laura Banks vs. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:15-cv-03812**

## NOTICE OF SUBMISSION

COMES NOW the plaintiff Laura Banks, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies to May 27, 2016 before the Honorable Judge Eldon E. Fallon on motion date April 13, 2016.

Dated: March 23, 2016                    Respectfully Submitted,

                                                                                                                                                                          THE SCHLEMMER FIRM, LLC

                                                                                                                                                                          By: _/S/Paul N. Schlemmer
                                                                                                                                                                          Paul N. Schlemmer (NY2895415)
                                                                                                                                                                           Attorney for Plaintiff
                                                                                                                                                                           830 Third Avenue, 5th Floor
                                                                                                                                                                           New York, New York 10022
                                                                                                                                                                           (212) 390-8030
                                                                                                                                                                           email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 23rd day of March 2016.

>THE SCHLEMMER FIRM, LLC
>
>BY: /S/ Paul N. Schlemmer
>Paul N. Schlemmer (NY2895415)
>Attorney for Plaintiff
>830 Third Avenue, 5th Floor
>New York, New York 10022
>(212) 390-8030
>email: paul@schlemmerfirm.com