MINUTE ENTRY
FALLON, J.
MARCH 23, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO: ALL CASES**

On this date, the Court held a telephone status conference to discuss the parties' joint proposal to implement Pretrial Order 24. The parties explained that the purpose of the Pretrial Order is not to affect all cases that are filed in a Joint Complaint. Rather, Pretrial Order 24 shall only concern individual plaintiffs who move to dismiss for jurisdictional reasons.

1

JS10(00:05)