1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3       ****************************************************************

4       IN RE:  XARELTO (RIVAROXABAN)
        PRODUCTS LIABILITY LITIGATION
5
                                 CIVIL ACTION NO. 14-MD-2592 "L"
6                                NEW ORLEANS, LOUISIANA
                                 TUESDAY, MARCH 16, 2016, 2:45 P.M.
7
        THIS DOCUMENT RELATES TO
8       ALL CASES

9       ****************************************************************

10
                     TRANSCRIPT OF ORDER TO SHOW CAUSE HEARING
11              HEARD BEFORE THE HONORABLE ELDON E. FALLON
                     UNITED STATES DISTRICT JUDGE
12

13      APPEARANCES:

14
        FOR THE PLAINTIFFS'
15      LIAISON COUNSEL:        BARON & BUDD
                                BY:  SINDHU S. DANIEL, ESQUIRE
16                              3102 OAK LAWN AVENUE, SUITE 1100
                                DALLAS, TX  75219
17

18
                                GAINSBURGH BENJAMIN DAVID
19                              MEUNIER AND WARSHAUER
                                BY:  GERALD E. MEUNIER, ESQUIRE
20                              2800 ENERGY CENTRE
                                1100 POYDRAS STREET, SUITE 2800
21                              NEW ORLEANS, LA  70163

22

23      FOR THE PLAINTIFFS:    LEVIN PAPANTONIO THOMAS MITCHELL
                                RAFFERTY & PROCTOR
24                              BY:  BRIAN H. BARR, ESQUIRE
                                316 SOUTH BAYLEN STREET, SUITE 600
25                              PENSACOLA, FL  32502

                           *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3
                          BEASLEY ALLEN CROW METHVIN
4                         PORTIS & MILES
                          BY:  ANTHONY BIRCHFIELD JR., ESQUIRE
5                         POST OFFICE BOX 4160
                          MONTGOMERY, AL   36103
6

7
     FOR THE DEFENDANTS'
8    LIAISON COUNSEL:     IRWIN FRITCHIE URQUHART & MOORE
                          BY:  JAMES B. IRWIN, V, ESQUIRE
9                         TEXACO CENTER
                          400 POYDRAS STREET, SUITE 2700
10                        NEW ORLEANS, LA  70130

11

12   FOR THE DEFENDANTS:  CHAFFE MCCALL
                          BY:  JOHN F. OLINDE, ESQUIRE
13                        1100 POYDRAS STREET
                          NEW ORLEANS, LA  70163
14

15
                          DRINKER BIDDLE & REATH
16                        BY:  SUSAN M. SHARKO, ESQUIRE
                               DEIRDRE R. KOLE, ESQUIRE
17                        500 CAMPUS DRIVE
                          FLORHAM PARK, NJ  07932
18

19
                          KAYE SCHOLER
20                        BY:  STEVEN GLICKSTEIN, ESQUIRE
                          250 WEST 55TH STREET
21                        NEW YORK, NY  10019

22

23   ALSO PRESENT:        DERRIEL C. MCCORVEY, ESQUIRE
                          VANESSA PHILLIPS, ESQUIRE
24                        MATTHEW MCCARLEY, ESQUIRE

25

                         *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                         VIVEK UPADHYA, ESQUIRE
                         CHRISTOPHER QUINN, ESQUIRE
4                        CHARLES ORR, ESQUIRE

5

6                        ERIC PAUBES, ESQUIRE
                         JOSHUA LEAL, ESQUIRE
7                        CHRISTOPHER SCHNIEDERS, ESQUIRE

8

9                        MELISSA MENDOZA, ESQUIRE
                         RANDI KASSAN, ESQUIRE
10                       KEITH GRIFFIN, ESQUIRE

11

12                       RACHEL ROJAS, ESQUIRE
                         CHARLES WOLF, ESQUIRE
13                       ANDRÉ LAPLACE, ESQUIRE

14

15                       DANIEL CARR, ESQUIRE
                         DONALD GREEN, ESQUIRE
16                       DAVID VICKNAIR, ESQUIRE

17

18    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                 CERTIFIED REALTIME REPORTER
19                               REGISTERED MERIT REPORTER
                                 500 POYDRAS STREET, ROOM HB406
20                               NEW ORLEANS, LA  70130
                                 (504) 589-7779
21                               Cathy_Pepper@laed.uscourts.gov

22

       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
23    PRODUCED BY COMPUTER.

24

25

                         *OFFICIAL TRANSCRIPT*

1              **P-R-O-C-E-E-D-I-N-G-S**

2              TUESDAY, MARCH 16, 2016

3          A F T E R N O O N   S E S S I O N

4              (COURT CALLED TO ORDER)

5

6

02:42:38  7          THE COURT:  Okay.  Let's go to the Rule to Show Cause.

02:42:45  8   Sindhu, you have some report on that.

02:42:47  9          MS. DANIEL:  Thank you, Your Honor.  Sindhu Daniel for

02:42:52 10   the plaintiffs.

02:42:53 11              Your Honor, there were originally 193 cases on

02:42:55 12   the defendants' orders to show cause.  Through our diligent

02:43:00 13   efforts, we were able to cull that down now to 102.

02:43:03 14              So there are 52 cases on the orders to show cause

02:43:07 15   for failure to provide a fact sheet and 50 on the failure to

02:43:12 16   prove Xarelto use.

02:43:13 17              There are numerous parties on the phone,

02:43:16 18   Your Honor, who have requested to appear telephonically.

02:43:21 19   Additionally, there may be counsel here who would like to

02:43:24 20   present their case to you.

02:43:25 21              But, in order to try to streamline this approach,

02:43:28 22   but also ensure that everyone receives due process, we wanted

02:43:32 23   to try to put this into several buckets, which I have discussed

02:43:35 24   with the defendant, and they seem to agree with our buckets as

02:43:38 25   well.

                      *OFFICIAL TRANSCRIPT*

02:43:39  1          So, Your Honor, I guess we could start with

02:43:41  2   the -- there are 17 cases that are unopposed, so Your Honor

02:43:47  3   could decide however you would like to dispose of those cases.

02:43:53  4          We'll create a list, Your Honor, and we can send

02:43:54  5   it to you.

02:43:55  6          THE COURT:  Create a list.  I will dismiss those cases,

02:43:59  7   if nobody is opposing the dismissal of it.

02:44:04  8          MS. DANIEL:  Additionally, Your Honor, there are 34

02:44:06  9   cases where the attorneys have asked to appear telephonically.

02:44:10 10          The good news, Your Honor, is 31 of those cases

02:44:13 11   are with one firm specifically.  There are three other cases

02:44:18 12   where they would like to speak to you, and they are on the

02:44:21 13   telephone.

02:44:22 14          Additionally, there are 13 cases in which

02:44:26 15   attorneys have made a response to the orders to show cause, and

02:44:29 16   they requested additional time.

02:44:31 17          We have made every effort with them.  I have been

02:44:34 18   in contact with all of them, and they seem to be doing

02:44:37 19   everything they can to get these cases proven up, Your Honor.

02:44:41 20   They seem to have justification on all of them.

02:44:44 21          We would ask that they all be given the

02:44:46 22   additional time that they are asking for.  I believe most of

02:44:48 23   them are 60 days.  In fact, some of them have even been cured

02:44:52 24   by now.

02:44:53 25          THE COURT:  Okay.  Do we have a list of those cases?

**_OFFICIAL TRANSCRIPT_**

02:44:56  1        MS. DANIEL:  Your Honor, we'll present you a list on

02:45:00  2   all of these.

02:45:00  3        THE COURT:  The purpose of the rule to show cause is to

02:45:03  4   make sure that people file the fact sheets.  I make every

02:45:11  5   effort to give them time, give their attorneys time.  When I

02:45:18  6   don't hear anything from them, then I make a rule to show

02:45:22  7   cause, which we're doing now.

02:45:23  8        But if they tell me that, in good faith, they are

02:45:29  9   trying, they need a little more time, I don't have any problem

02:45:31 10   giving them more time.  I'll give you 60 days to do that.

02:45:35 11        But we're going to get to the point where,

02:45:38 12   notwithstanding notice, notwithstanding rule to show cause,

02:45:47 13   people still haven't followed the rules.  At that particular

02:45:52 14   point, I will have to be dismissing the cases, and I'm going to

02:45:56 15   be dismissing cases in that situation with prejudice.

02:45:59 16        I mean, there is no reason -- I'll give them

02:46:02 17   time, I'll give them information that they need, I'll encourage

02:46:06 18   them, I'll have the lawyers of the PSC contact them, make every

02:46:11 19   effort to get their attention, but there are some people who

02:46:15 20   want to move on with their lives.  They don't want to

02:46:18 21   participate in this litigation.

02:46:20 22        I respect that; but, if they do, then they have

02:46:24 23   to be out of the litigation.  I can't just keep them in the

02:46:28 24   litigation.  It's not fair to anyone, including them.

02:46:32 25        But I'll give another 60 days to the people that

*OFFICIAL TRANSCRIPT*

02:46:39 1   you mentioned that need additional time.

02:46:43 2       MS. DANIEL:  Just to clarify, Your Honor, on those 13,

02:46:47 3   I mean, they all had absolute justification.  In fact, one of

02:46:51 4   them had a tornado hit in Texas, and they were unable to

02:46:54 5   complete it.

02:46:55 6           Additionally, there are some challenge findings,

02:46:56 7   some heirs in death cases.  So it's certainly cases that we

02:47:01 8   feel that certainly provided a lot of justification.

02:47:03 9       THE COURT:  Why don't you tick those off for me.  What

02:47:05 10  are they, on the record?

02:47:07 11      MS. DANIEL:  I would have to go through them,

02:47:10 12  Your Honor, just because we put them in buckets to make it a

02:47:15 13  little easier.

02:47:15 14      THE COURT:  Well, can you give me the bucket of the

02:47:16 15  ones that need 60 days?

02:47:18 16      MS. DANIEL:  These 13?

02:47:22 17      THE COURT:  Yes.

02:47:23 18      MS. DANIEL:  Do you want me to read them out now?

02:47:23 19      THE COURT:  Sure.

02:47:25 20      MS. DANIEL:  That would be Frank Borawski --

02:47:29 21      MS. KOLE:  Your Honor, defendants would oppose a 60-day

02:47:32 22  extension in that case.  That complaint was filed last July.

02:47:36 23  Plaintiff's counsel has represented that they request an

02:47:39 24  additional 60 days to be able to contact the plaintiff.  I

02:47:42 25  think, under the circumstances of that case, that either less

*OFFICIAL TRANSCRIPT*

02:47:45 1   time should be afforded, or it should just be dismissed

02:47:47 2   outright.

02:47:47 3          MS. DANIEL:  They are on the phone, Your Honor.

02:47:49 4          THE COURT:  Who is on the phone for that?

02:47:50 5          MR. UPADHYA:  Vivek Upadhya, for Grant & Eisenhofer,

02:47:57 6   Your Honor.

02:47:57 7          THE COURT:  What's the situation?

02:48:02 8          MR. UPADHYA:  Well, Your Honor, as we stated in our

02:48:03 9   written submission, we've been having trouble finding family

02:48:07 10  members of the deceased to try and serve as a representative

02:48:11 11  for the deceased's case.

02:48:13 12          We've recently located a granddaughter, but have

02:48:19 13  been unsuccessful in contacting her.  But we believe we owe it

02:48:21 14  to the client and to the client's case to make every effort to

02:48:24 15  continue to try and reach her, or maybe find a different

02:48:28 16  relative or potential representative.

02:48:30 17          So we believe 60 days would be helpful.  After

02:48:36 18  that point, as Your Honor stated, if we're still not

02:48:40 19  successful, then we will just have to let that case go.

02:48:43 20          THE COURT:  I'll do that.  I'll give you 60 days.

02:48:46 21          But understand that if 60 days passes and nobody

02:48:50 22  is substituted to represent the individual, I'm going to have

02:48:53 23  to dismiss the case, and I'll dismiss it with prejudice.

02:48:59 24          MR. UPADHYA:  I understand, Your Honor.  Thank you.

02:49:01 25          MS. DANIEL:  The next case is Betty Elkins.  That's

*OFFICIAL TRANSCRIPT*

02:49:01  1   also Grant & Eisenhofer.

02:49:07  2          MS. KOLE:  That's a similar situation, Your Honor.  The

02:49:08  3   complaint was filed last July.  The PFS was originally due on

02:49:12  4   September 28, 2015.  Defendants notified counsel of the

02:49:15  5   deficiency on October 8, 2015, and nothing has been submitted.

02:49:20  6          THE COURT:  What's the situation?

02:49:21  7          MR. UPADHYA:  Vivek Upadhya, again, Your Honor.

02:49:23  8              This case was a little more difficult because

02:49:25  9   we've simply been unable to reach the client.  We've been

02:49:29 10   making every effort to do so, but we've just had no luck

02:49:34 11   whatsoever.

02:49:35 12              We would note that we make it very clear to all

02:49:38 13   our clients that constant communication and contact are

02:49:42 14   absolutely necessary for us continuing to represent them.

02:49:45 15              We understand this is difficult, and we

02:49:48 16   understand defense counsels' opposition.  But, again, we just

02:49:53 17   feel that -- we know a lot of time has passed, but we would

02:49:57 18   appreciate 60 days, just to make sure that we've taken every

02:50:01 19   possible step to give her a chance to pursue her case.

02:50:05 20          THE COURT:  What have you done so far?

02:50:09 21          MR. UPADHYA:  We've been -- I can provide the Court

02:50:11 22   with additional details on specific steps.  I don't have all

02:50:14 23   that information in front of me right now, to be frank, Your

02:50:18 24   Honor.

02:50:19 25          THE COURT:  Well, file that into the record.  I'll do

**OFFICIAL TRANSCRIPT**

02:50:22  1    the 60 days.  But, again, if you haven't reached the individual

02:50:27  2    by then, I'm going to dismiss the case.

02:50:34  3            It's just not the responsibility of the lawyers.

02:50:38  4    The litigants have a responsibility to keep in touch with their

02:50:41  5    lawyer.

02:50:41  6            In addition to that, I put everything on the

02:50:44  7    website.  I have a website for this case.  Everything goes on

02:50:47  8    the website, so that individuals can pull up the website, look

02:50:51  9    at the case.  They know what's happening.  I have a calendar

02:50:56 10    there.  All the transcripts of these conferences go up.

02:51:02 11            So there is really no excuse for someone not to

02:51:06 12    know what's going on in their case, if they want to know what's

02:51:09 13    going on in their case, particularly contacting and keeping in

02:51:13 14    contact with their lawyer.  That's important.

02:51:18 15            MR. UPADHYA:  Understood, Your Honor.  Would you like a

02:51:20 16    written submission as to the efforts we've undertaken so far?

02:51:22 17            THE COURT:  Yes.  Just put in the record what you've

02:51:25 18    done, a written submission of what you've done so far.

02:51:29 19            MR. UPADHYA:  Absolutely.  Thank you, Your Honor.

02:51:30 20            MS. DANIEL:  The next case is Ali Favors, Your Honor.

02:51:36 21            MS. KOLE:  Your Honor, this is a case where the

02:51:37 22    plaintiff fact sheet was originally due on July 3, 2015.

02:51:40 23    Defendants notified plaintiff's counsel on August 11, 2015, by

02:51:44 24    e-mail, that the fact sheet was overdue.

02:51:47 25            In response, plaintiff's counsel has represented

*OFFICIAL TRANSCRIPT*

02:51:49  1    that they've been unable to contact the plaintiff.  We think

02:51:52  2    this case should be dismissed.

02:51:54  3             THE COURT:  Is that somebody --

02:51:56  4             MR. GREEN:  Judge, may I approach?

02:51:56  5             THE COURT:  Yes.

02:51:57  6             MR. GREEN:  Donald Green, with Kennedy Hodges, for

02:52:00  7    Mr. Favors.

02:52:01  8                  We had initial contact with him, and we filed the

02:52:06  9    complaint to comply with an SOL concern.

02:52:11 10                  We have been trying to contact him since, I

02:52:13 11    guess, May or so regarding the plaintiff fact sheet.  We've

02:52:18 12    tried e-mailing him and even calling and texting him, sent

02:52:22 13    letters, and we haven't had a response.

02:52:26 14                  At this point, I mean, we're considering maybe

02:52:28 15    hiring a private investigator or something to try to locate

02:52:32 16    him, just to see where he might be.  Maybe something happened

02:52:36 17    to him, we don't know.

02:52:37 18             THE COURT:  I told counsel before that I'll give you

02:52:39 19    time because I don't want to just dismiss a legitimate case

02:52:44 20    that's interested, and, because the person is sick or some

02:52:47 21    other reason, he's not in contact with you.

02:52:48 22                  But you've got to understand, I'll give 60 days

02:52:55 23    for you to get in touch with him.  If not, the next time the 60

02:52:59 24    days passes, we're going to dismiss the case with prejudice.

02:53:03 25             MR. GREEN:  Of course, Your Honor.  Thank you.

*OFFICIAL TRANSCRIPT*

02:53:05  1          MS. DANIEL:  The next case is Etta Means.

02:53:13  2          MS. KOLE:  Your Honor, this plaintiff fact sheet was

02:53:15  3     due on October 30, 2015.  Defense counsel notified plaintiff's

02:53:20  4     counsel that the fact sheet had not been submitted on

02:53:23  5     November 11, 2015.  Based on the submission, counsel

02:53:28  6     represented that they had lost contact with the plaintiff.

02:53:28  7          MS. ROJAS:  Your Honor, Rachel Rojas, with Matthews &

02:53:37  8     Associates, counsel for the Estate of Etta Means.

02:53:39  9          We submitted a response to the -- hello?

02:53:43 10          THE COURT:  Yes.  I'm listening.

02:53:46 11          MS. ROJAS:  We submitted a response to the motion.  We

02:53:48 12     had lost contact with our client.  We made many efforts to

02:53:55 13     reach him, via e-mail, certified mail, Lexis searches for

02:54:02 14     alternative addresses, telephone calls.

02:54:05 15          In our final attempt to let the client know about

02:54:09 16     the motion to show cause, a phone number that had no longer

02:54:12 17     been working worked.  Therefore, when we spoke to him, the

02:54:18 18     client expressed a desire to continue with the litigation.

02:54:21 19          We have confirmed that he has received the

02:54:24 20     plaintiff fact sheet now.  We've asked him to submit it.

02:54:27 21     Therefore, we had requested the Court provide us 20 days to try

02:54:32 22     to get that in and get it submitted.

02:54:40 23          THE COURT:  Let's do it this way.  I'll shorten that to

02:54:45 24     30 days, from 60 to 30 days, from your standpoint, because

02:54:49 25     you've contacted him, and you've made some attempts to get his

*OFFICIAL TRANSCRIPT*

02:54:55 1   attention.

02:54:55 2           But, again, you can tell him that if it's not

02:54:57 3   filed within 30 days, his case will be dismissed.

02:55:03 4           MS. ROJAS:  Yes, Your Honor.  Thank you.

02:55:04 5           MS. DANIEL:  The next case is James Scott.  That's also

02:55:10 6   Grant & Eisenhofer.

02:55:11 7           MS. KOLE:  Your Honor, this case, the fact sheet was

02:55:14 8   originally due on September 28, 2015.  Defense counsel notified

02:55:16 9   plaintiff's counsel on October 8, 2015, that the plaintiff fact

02:55:20 10  sheet had not yet been submitted.  Plaintiff represented in

02:55:23 11  their submission that they had been unable to contact the

02:55:26 12  plaintiff.

02:55:26 13          MR. UPADHYA:  Vivek Uphadya, again, Your Honor.

02:55:30 14          This is another situation where the plaintiff has

02:55:32 15  passed away.  We were recently able to locate contact

02:55:38 16  information for one of his sons, but have so far been

02:55:41 17  unsuccessful in getting any response from him.

02:55:44 18          We are hopeful that we will eventually be able to

02:55:47 19  make contact and hopefully get the son to continue to act as

02:55:53 20  his representative.  But we, again, ask the Court to give us

02:55:57 21  60 days to make sure that we are able to do so.

02:56:01 22          THE COURT:  Okay.  I'll grant you 60 days in that case.

02:56:05 23          MR. UPADHYA:  Thank you, Your Honor.

02:56:07 24          MS. DANIEL:  The next case is Rebecca Stevens.

02:56:10 25          MS. KOLE:  Your Honor, this plaintiff fact sheet was

**OFFICIAL TRANSCRIPT**

02:56:12  1    due on July 3rd of 2015.  Defense counsel notified plaintiff's

02:56:16  2    counsel on August 11, 2015, that the plaintiff fact sheet was

02:56:20  3    overdue.  As of their submission, they indicated that they were

02:56:23  4    unable to contact the plaintiff.

02:56:25  5         MR. GREEN:  May I approach?

02:56:27  6              Donald Green, with Kennedy Hodges, again.

02:56:31  7              This is more or less the same situation.  We had

02:56:33  8    contact with her initially.  We spoke with her, and we got

02:56:37  9    initial information.  Then we have been trying to follow up

02:56:41 10    since, and we haven't been able to contact her.

02:56:45 11              We've tried mailing letters, calling her.  We

02:56:48 12    don't have an e-mail on file for this particular client, so we

02:56:50 13    haven't tried that avenue, of course.  But we have been

02:56:53 14    reaching out to her, sending letters periodically.

02:56:57 15              So, again, we're probably going to look at, you

02:56:59 16    know, hiring a private investigator or doing some other search

02:57:02 17    to try to locate her.

02:57:04 18         THE COURT:  I'll pass it for 60 days; but, understand

02:57:07 19    that next time it will be dismissed.

02:57:08 20         MR. GREEN:  Of course.  Thank you.

02:57:10 21         MS. DANIEL:  The next case, Your Honor, is

02:57:13 22    Romeo Delacruz.

02:57:16 23         MS. KOLE:  Your Honor, the complaint for this case was

02:57:18 24    filed in May of 2015.  I think Ms. Daniel has morphed into the

02:57:25 25    order to show cause on failure to provide proof of ingestion,

*OFFICIAL TRANSCRIPT*

02:57:30  1    as opposed to failure to provide the actual fact sheet.

02:57:31  2              So a fact sheet has been submitted in this case,

02:57:33  3    but plaintiff has not provided any proof of use, and defendants

02:57:38  4    submit that the case should be dismissed.

02:57:41  5         MS. DANIEL:  Your Honor, I actually looked at these

02:57:42  6    records.

02:57:42  7              Is anyone on the phone from this firm, Pearson

02:57:42  8    Bitman?

02:57:45  9              I actually looked at these records myself.  There

02:57:50 10    is Xarelto use in the records, so it's just a matter of --

02:57:53 11    there are no pharmacy records, that's correct, but I happened

02:57:56 12    to take a look at this case myself, so I'd like to discuss this

02:58:00 13    with the defendant to see if we can work it out, these cases

02:58:04 14    where there have not been pharmacy records, but there is, in

02:58:09 15    fact, Xarelto use upon admission.

02:58:11 16         THE COURT:  I have several cases where the pharmacy

02:58:16 17    records are not present, but sometimes the doctors have given

02:58:20 18    an affidavit or the doctors have given a report indicating that

02:58:24 19    the individual did take Xarelto.

02:58:30 20              We have to understand that some people don't keep

02:58:33 21    the pharmacy records, and we may have to deal with that.

02:58:37 22              I'm not going to dismiss a case if they have some

02:58:39 23    proof; but, without any proof at all, I'll be dismissing those

02:58:45 24    cases.

02:58:46 25              But I won't dismiss that case.

*OFFICIAL TRANSCRIPT*

02:58:49  1          MS. DANIEL:  Thank you, Your Honor.

02:58:49  2              The next case is Sheila McKoy.

02:58:54  3          MS. KOLE:  Your Honor, this is a case in which the fact

02:58:56  4     sheet was submitted, but the prescription records that have

02:59:00  5     been provided do not establish Xarelto use.

02:59:03  6          MR. GREEN:  May I approach?

02:59:05  7          THE COURT:  Yes, sir.

02:59:06  8          MR. GREEN:  Donald Green, for Sheila Farrow, on behalf

02:59:10  9     of Ms. McKoy.

02:59:13 10              So we did obtain records from some providers that

02:59:15 11     were identified.  We've submitted requests for additional

02:59:21 12     providers, to get additional information.

02:59:23 13              I think, in this case in particular, she was an

02:59:26 14     elderly individual, and she did go to the hospital frequently.

02:59:28 15     She had a couple of different care providers, and she

02:59:30 16     apparently used more than one pharmacy.

02:59:32 17              So we're trying to get supplemental records that

02:59:35 18     do document Xarelto usage.  That's what we're in the process of

02:59:39 19     doing at this time.

02:59:40 20          THE COURT:  All right.  I'll give 30 days for that one.

02:59:43 21     Let's do it within 30 days.

02:59:49 22          MR. GREEN:  Okay.

02:59:49 23          MS. DANIEL:  The next one, Your Honor, is

02:59:50 24     Timothy Scott.

02:59:56 25          MS. KOLE:  Again, Your Honor, this is a case where the

**OFFICIAL TRANSCRIPT**

02:59:58 1    fact sheet was submitted, but the prescription records do not

03:00:01 2    establish Xarelto use.

03:00:03 3         MR. GREEN:  We're currently trying to get in contact

03:00:05 4    with Mr. Scott regarding additional providers.  We have been

03:00:09 5    unable to contact him since, I guess, late last year, I guess

03:00:12 6    around October, November.

03:00:14 7              We're still trying to get ahold of him, though,

03:00:19 8    so we can get that information and can get those records

03:00:21 9    ordered.

03:00:27 10        THE COURT:  I'll pass this one then for 60 days.

03:00:30 11        MS. DANIEL:  Next is Fannie Doggett, D-O-G-G-E-T-T.

03:00:40 12        MR. GREEN:  With this particular case, we have been in

03:00:43 13   contact with the daughter.  There was, I guess, a breakdown in

03:00:48 14   communication at some point.  Around, I think, September, we

03:00:51 15   sent her a letter, and it was returned as undeliverable; but,

03:00:57 16   then we eventually got ahold of her.

03:00:59 17             She's aware that this hearing is occurring right

03:01:01 18   now, and that there is a priority that we get the records that

03:01:04 19   are necessary.  She is supposed to be dealing directly with the

03:01:08 20   pharmacy and the hospital at this time.

03:01:12 21        THE COURT:  Let's pass this one for 30 days.  But

03:01:14 22   you're going to have to keep in touch with your clients.  I

03:01:19 23   mean, if not, then their cases are going to be dismissed.

03:01:24 24        MR. GREEN:  Of course.  No, we do, and we do stress

03:01:28 25   that it's important that they check in with us periodically and

*OFFICIAL TRANSCRIPT*

03:01:31 1   everything.

03:01:31 2             This was a case where, I guess, you know, the

03:01:32 3   daughter -- like I said, like, I don't know what happened, but

03:01:34 4   we sent a letter to the same address again, and it was

03:01:37 5   delivered.

03:01:37 6             So we're not sure of the exact circumstances, but

03:01:41 7   there was a period where we couldn't get in contact with her.

03:01:44 8             Thank you.

03:01:47 9        MS. DANIEL:  The next case is Johnnie Reynolds.

03:01:55 10       THE COURT:  Come forward.

03:01:59 11       MR. VICKNAIR:  Good afternoon, Your Honor.  David

03:02:00 12  Vicknair, on behalf of Johnnie Reynolds.

03:02:03 13            This is a death case, Your Honor.  There are

03:02:07 14  eight heirs.  We've had some trouble getting the pharmacy

03:02:09 15  records.  We've submitted all the medical records and the

03:02:12 16  remainder of the fact sheet.

03:02:13 17            We're attempting to get the pharmacy records

03:02:15 18  through a small succession affidavit.  We've had six of the

03:02:18 19  eight heirs notarize the affidavit, so we can send it to

03:02:23 20  Walgreen's; but, they're all in different cities and locations,

03:02:23 21  so it's obviously quite difficult.

03:02:27 22            We'd just ask for an additional 60 days to

03:02:28 23  complete that and try to produce, if not pharmacy records, then

03:02:33 24  some proof of Xarelto use.

03:02:33 25       THE COURT:  I'll pass it for 60 days.

                       ***OFFICIAL TRANSCRIPT***

03:02:36  1          MS. DANIEL:  The last case, Your Honor, is

03:02:41  2     Peggy Autrey.

03:02:42  3          MS. KOLE:  Your Honor, this is a case in which the fact

03:02:44  4     sheet has been submitted, but no records evidencing Xarelto use

03:02:49  5     have been provided at this time.

03:02:50  6          THE COURT:  Anybody on the phone on that one?

03:02:50  7          MR. LEAL:  Good afternoon, Your Honor.  This is

03:02:53  8     Joshua Leal, making an appearance on behalf of Peggy Autrey.

03:02:56  9               Your Honor, we had a tremendous time trying to

03:02:58 10     get in contact with Ms. Autrey.  I've stayed diligent, sent her

03:03:02 11     nine letters, sent her the authorizations four times, and I

03:03:06 12     finally got her signed authorization a couple weeks ago,

03:03:08 13     February 23, 2016.

03:03:10 14               I have already requested her pharmacy records.  I

03:03:12 15     hope to get them, but I do need the full 60 days just to make

03:03:17 16     sure I do everything I can to get the records, Your Honor.

03:03:21 17          THE COURT:  I'll pass it for 30 days and give you an

03:03:23 18     opportunity to do that.

03:03:26 19          MR. LEAL:  Thank you, Your Honor.

03:03:27 20          MS. DANIEL:  Your Honor, the next group of plaintiffs

03:03:29 21     are the *pro se* plaintiffs.  There are 22.

22          THE COURT:  Wait.

23               Counsel, yes?

24          MR. MCCORVEY:  Your Honor, I have one other,

25     Richard Sokol.

**OFFICIAL TRANSCRIPT**

1          Derriel McCorvey, for plaintiff Richard Sokol v.

03:03:48   2   Janssen.  That was one of the ones where it was an issue with

03:03:48   3   prescription, lack of proof.  I don't know why it wasn't on the

03:03:52   4   list.

03:03:52   5          MS. DANIEL:  I apologize.

03:03:52   6          MR. MCCORVEY:  But, Your Honor, in our case, we have

03:03:54   7   medical records -- we filed a fact sheet.  We have medical

03:03:57   8   records that show Xarelto use, as well as a picture of a

03:04:02   9   prescription bottle that matches the doctor's name.

03:04:05   10          So based upon that, we don't have currently the

03:04:11   11   prescription records because apparently Mr. Sokol, when he was

03:04:15   12   living, he started using CVS Caremark, which is different than

03:04:22   13   CVS.

03:04:24   14          So our original request for records went to CVS,

03:04:27   15   and it was only until the issue was raised we reached out to

03:04:31   16   his widow, and she informed us, well, no, he actually used mail

03:04:36   17   order.

03:04:36   18          So we've requested those records from CVS

03:04:40   19   Caremark.  We would ask for 60 days.

03:04:42   20          But, based upon Your Honor's ruling earlier that

03:04:48   21   medical records and other evidence that show Xarelto use are

03:04:51   22   sufficient, we would ask that the motion be denied.

03:04:53   23          THE COURT:  Well, you should get the records, though,

03:04:56   24   because it goes to credibility.

03:04:59   25          MR. MCCORVEY:  We will do that, Your Honor.

**_OFFICIAL TRANSCRIPT_**

03:05:00  1          THE COURT:  Eventually, you're going to need some

03:05:03  2    proof.  So it goes to credibility.  So while you're moving in

03:05:09  3    that direction, get them.

03:05:11  4               So let me visit this case again in 60 days.

03:05:16  5          MR. MCCORVEY:  Thank you, Your Honor.

03:05:17  6          MS. DANIEL:  I apologize.

03:05:20  7          MR. LAPLACE:  May it please the Court, this is Andre'

03:05:25  8    LaPlace, calling on behalf of Tracy Graham, Number 5 on the

03:05:25  9    list.

03:05:27 10          THE COURT:  What is that situation?

03:05:31 11          MR. LAPLACE:  Your Honor, may it please, we're Number

03:05:33 12    5, Tracy Graham.  This is Andre' LaPlace, Mr. Graham's

03:05:33 13    attorney.

03:05:41 14               We are likewise asking for 60 days.  Mr. Graham

03:05:42 15    has been in very poor health.  We have talked to him.

03:05:44 16               Unfortunately, his house was obliterated by a

03:05:47 17    tornado in Dallas, and the authorizations that we're needing

03:05:51 18    for him to sign were blown away in the tornado.  He's had

03:05:56 19    difficulty getting another place to live, so we can get the

03:05:59 20    requests to him.

03:05:59 21               We've already obtained the medical records, Your

03:06:03 22    Honor.  We have proof of his ingestion.  Just, literally, it

03:06:07 23    was literally blown away in a tornado.

03:06:09 24          MS. DANIEL:  It's Sindhu Daniel, Mr. LaPlace.  The

03:06:12 25    defendants have agreed, actually, on that case, so we were able

*OFFICIAL TRANSCRIPT*

03:06:15 1    to take that off of the orders to show cause.

03:06:19 2            MR. LAPLACE:  Thank you so much.  I apologize, I just

03:06:21 3    didn't get that.  Sorry to delay the process.

03:06:24 4            THE COURT:  No, that's fine.

03:06:26 5            MR. LAPLACE:  Thank you.

03:06:27 6            THE COURT:  Yes.

03:06:27 7              Okay.  You've got some more, the *pro se*?

03:06:32 8            MS. DANIEL:  That's right.  There are 22 *pro se*

03:06:34 9    plaintiffs.

03:06:35 10           THE COURT:  Let's just list them, and I'll deal with

03:06:37 11   them together.

03:06:39 12           MS. DANIEL:  It's our understanding, Your Honor, none

03:06:40 13   of the *pro se* plaintiffs have reached out to us.  It's also our

03:06:43 14   understanding the defendant has sent them the paperwork, the

03:06:47 15   orders to show cause in order to appear.  I don't believe

03:06:50 16   anyone is here today.

03:06:52 17           THE COURT:  Just list the people.

03:06:54 18           MS. DANIEL:  First one is Vera McVay, Tommie Skinner,

03:07:02 19   Larry Walker, Art Wolf, Patricia Zachery-Broadnax, Trina

03:07:13 20   Bonner, Michael Day, Grace Gonzales, Roland Hayes, Pedro

03:07:27 21   Castro-Chavira, Frederick Chambers, Ronald England, Daniel

03:07:37 22   Hernandez, Beatrice Mabry, Linda Nace, Voncille Pope, Lynne

03:07:52 23   Perry, James Rider, Ottis Rose, Jennie Sirois, Mark Stansbury,

03:08:04 24   and Edward Wiggers.

03:08:06 25           THE COURT:  Are any of those folks on the phone?

*OFFICIAL TRANSCRIPT*

03:08:12  1          MR. LEAL:  Your Honor, this is Joshua Leal.

03:08:14  2          I'm not making an appearance, but we previously

03:08:19  3   represented Trina Bonner and Michael Day.  You granted our

03:08:19  4   motion to withdraw.

03:08:19  5          I was going to bring the Court's attention to

03:08:24  6   them.  We did file a response to the show cause order on their

03:08:25  7   behalf before the motion to withdraw was granted.

03:08:29  8          Just to procedurally let the Court know what we

03:08:33  9   did in our response, we respectfully requested the Court that

03:08:36 10   in the event the Court decides to dismiss the case, we request

03:08:40 11   the case be dismissed without prejudice, but with a condition

03:08:44 12   that if these people ever file a lawsuit in the future, that at

03:08:47 13   the time of the new lawsuit, they have to file proof of using

03:08:52 14   Xarelto when the new lawsuit was filed.

03:08:53 15          We put that in our response before the order to

03:08:58 16   withdraw was granted, Your Honor.  I just wanted to remind you

03:09:01 17   of that.  That was for Trina Bonner and Michael Day.

03:09:05 18          Thank you.

03:09:05 19          THE COURT:  Okay.  With regard to all of those cases,

03:09:08 20   I'm going to pass those again for 60 days; but, if they don't

03:09:14 21   do anything by the end of 60 days, then I'll dismiss them just

03:09:19 22   on paper.

03:09:20 23          So, Counsel, give me a notice of those

03:09:26 24   individuals.  If you don't have anything from them, then those

03:09:31 25   cases will be dismissed.

*OFFICIAL TRANSCRIPT*

03:09:34 1        MS. DANIEL:  The next bucket, Your Honor, there were
03:09:36 2   three cases in which counsel filed responses to the orders to
03:09:40 3   show cause.  They appear to be lack of contact.
03:09:45 4        I don't know if they are on the phone.  I don't
03:09:48 5   believe that they will be, but would you like them --
03:09:51 6        THE COURT:  Yes.
03:09:51 7        MS. DANIEL:  -- read into the record?
03:09:53 8        The first one is Larry Lynch.
03:09:58 9        MR. CARR:  This is Daniel Carr, counsel for Mr. Lynch.
03:10:05 10       This is a case, Your Honor, that we filed out of
03:10:10 11  an abundance of caution related to some potential statute of
03:10:15 12  limitations issues.  We later learned that Mr. Lynch had
03:10:19 13  actually passed away just a couple of months before we filed,
03:10:21 14  which was one of the reasons we couldn't get in touch with him.
03:10:25 15       I've been in contact with liaison counsel for
03:10:29 16  defendants.  It didn't seem to me sort of procedurally proper
03:10:35 17  to stipulate to a dismissal, since technically there was no
03:10:38 18  plaintiff; but, suffice it to say that, you know, I agree that
03:10:43 19  this case needs to be dismissed.  I've just kind of been
03:10:47 20  struggling with how to do that properly procedurally.
03:10:50 21       We did file a notice of suggestion of death last
03:10:53 22  month.  I know, under the rules, if no new plaintiff comes in
03:11:00 23  within 90 days, the case is subject to dismissal; but, I
03:11:05 24  wouldn't object to a dismissal now on the fact sheet grounds
03:11:09 25  either.

*OFFICIAL TRANSCRIPT*

03:11:09 1        THE COURT:  We'll dismiss the case then.  Let it be

03:11:12 2   dismissed.

03:11:12 3        MS. KOLE:  Thank you, Your Honor.

03:11:13 4        MS. DANIEL:  The next case is Sylvernia Harps.  They

03:11:17 5   also did not request additional time.

03:11:27 6        MR. VICKNAIR:  Your Honor, David Vicknair on behalf of

03:11:30 7   Sylvernia Harps, Your Honor.

03:11:30 8             We did file just a response just detailing our

03:11:33 9   actions on this claim.  We were originally in touch with the

03:11:36 10  plaintiff.  Then she actually indicated to us that she did not

03:11:39 11  want to pursue the claim.

03:11:41 12            We sent her the fact sheet and the authorizations

03:11:44 13  multiple times, and she never returned them.  So we would not

03:11:46 14  object to dismissal at this time.

03:11:48 15       THE COURT:  Let that case be dismissed then.

03:11:52 16       MS. KOLE:  Thank you, Your Honor.

03:11:53 17       MS. DANIEL:  The last case on this bucket is Stuart

03:11:56 18  Ezkel, E-Z-K-E-L, with Herman, Herman & Katz.

03:12:01 19            I know personally that Mr. Davis has made a lot

03:12:04 20  of attempts to reach this client -- I don't know if anyone is

03:12:07 21  on from the firm -- but they also have not requested additional

03:12:12 22  time.

03:12:13 23       THE COURT:  Let's dismiss this case then, too.  I'll

03:12:18 24  dismiss the case with prejudice.

03:12:20 25       MS. DANIEL:  The next case, Your Honor, is, I think,

**OFFICIAL TRANSCRIPT**

03:12:23  1   one maybe that just got on here by accident.  The plaintiff did

03:12:26  2   reach out to defense and agreed to dismiss the case with

03:12:29  3   prejudice.

03:12:30  4          So that is Eddie Warren.  So that's going to be

03:12:37  5   disposed of.

03:12:38  6          Additionally, there are four cases, Your Honor,

03:12:41  7   in which, while the plaintiffs did not have pharmacy records,

03:12:44  8   they did provide proof that Xarelto was on admission or

03:12:49  9   throughout the records, and the defendant has still placed them

03:12:52 10   on the orders to show cause.

03:12:55 11          It's plaintiffs' position that they should not

03:12:57 12   even be on the orders to show cause just because they do not

03:13:00 13   have the pharmacy records.

03:13:01 14          There are some certain cases where the plaintiff

03:13:03 15   is stating that they received samples and, unfortunately, have

03:13:07 16   not been able to get an affidavit from the doctor.  I'm sure

03:13:09 17   Your Honor is aware it's a little difficult sometimes because

03:13:15 18   doctors do not like to provide those documents.

03:13:17 19          But there certainly has been proof, even in those

03:13:20 20   sample cases, where Xarelto is listed in the records.

03:13:23 21      MS. KOLE:  Your Honor, respectfully, the defendants

03:13:25 22   disagree.  We look at all the records that come in to assure

03:13:28 23   that, if a doctor has initiated a prescription for Xarelto or

03:13:33 24   if Xarelto is given to the plaintiff at discharge, those come

03:13:35 25   off our list.

*OFFICIAL TRANSCRIPT*

03:13:37  1          These instances are individuals who have reported

03:13:40  2  to their doctor, well, I used to take Xarelto, and because it's

03:13:45  3  plaintiff's hearsay, we're not accepting that in lieu of

03:13:48  4  pharmacy or prescription records.

03:13:49  5          MS. DANIEL:  Respectfully, Your Honor, there are some

03:13:53  6  cases in which the plaintiff is walking in and, on admission,

03:13:54  7  is -- yes, it's the plaintiff stating, I am on Xarelto.  The

03:13:57  8  defendant is also not accepting that.

03:13:59  9          Certainly, cases two years ago, it's our belief

03:14:02 10  that no plaintiff would have thought that they'd be here on an

03:14:05 11  order to show cause and would have stated Xarelto at that time.

03:14:06 12          THE COURT:  I'm going to have to take these on a

03:14:09 13  case-by-case basis.  Give me a list of those, and I'll set them

03:14:14 14  individually, and I'll deal with them.  It may be a factual

03:14:18 15  issue.

03:14:18 16          MS. DANIEL:  Thank you, Your Honor.

03:14:20 17          There is one case, Davis, Your Honor, that we've

03:14:22 18  discussed with the defendant.  That is the case where two cases

03:14:26 19  are filed in the MDL; and, one is going to remain, one will be

03:14:30 20  dismissed.

03:14:31 21          THE COURT:  I'll dismiss one case, and the other one

03:14:34 22  will remain.

03:14:35 23          MS. DANIEL:  There is another case, Totten,

03:14:38 24  T-O-T-T-E-N, Your Honor.  We believe the plaintiffs will agree

03:14:41 25  to a dismissal.  I think the defendant and plaintiffs are just

*OFFICIAL TRANSCRIPT*

03:14:44 1   in discussion of exactly how that dismissal is going to

03:14:48 2   proceed.

03:14:48 3         THE COURT:  I'll pass that one, but let me know, and

03:14:51 4   I'll dismiss that formally.

03:14:54 5         MS. KOLE:  Thank you, Your Honor.

03:14:55 6         MS. DANIEL:  There are six cases, Your Honor, in which

03:14:57 7   plaintiffs' attorneys have requested a dismissal without

03:15:00 8   prejudice.

03:15:01 9         THE COURT:  I'm not going to be dismissing cases

03:15:04 10  without prejudice.  It's just not fair to anyone, including

03:15:08 11  those individuals.  They ought not to be just hanging, not

03:15:13 12  knowing where they are.

03:15:15 13        I'll give them enough time, if they need time;

03:15:18 14  but, once they get dismissed, I'll be dismissing them with

03:15:24 15  prejudice, other than potentially some jurisdictional issues or

03:15:29 16  agreements by and between counsel.

03:15:31 17        So I'll pass those cases for 30 days, with the

03:15:35 18  understanding that if they don't do anything, the next time

03:15:38 19  they'll be dismissed, but they'll be dismissed with prejudice,

03:15:42 20  not without prejudice.

03:15:44 21        MS. DANIEL:  I think, Your Honor, that leads us to the

03:15:47 22  34 cases where the attorneys are on the phone who wanted to

03:15:50 23  appear telephonically.

03:15:52 24        There are 31 cases with one firm.  Would

03:15:55 25  Your Honor like to hear from them first?

*OFFICIAL TRANSCRIPT*

03:15:57 1          THE COURT:  What's the situation with those 30 cases?

03:16:02 2     Who is the lawyer?

03:16:06 3          MS. DANIEL:  It's Randi Kassan.  She's on the line,

03:16:07 4     Your Honor.

03:16:08 5          MS. KASSAN:  Good afternoon, Your Honor.

03:16:08 6          THE COURT:  Good afternoon.  Yes.

03:16:15 7          MS. KASSAN:  Each situation is somewhat different.

03:16:18 8     There are certain cases where we're trying to still find proof,

03:16:23 9     and the clients are trying to remember where they filled.

03:16:23 10          Sorry, I'm just counting up the cases.

03:16:32 11          There should be eight cases along those lines.

03:16:35 12     Those are still plaintiffs who are alive and doing well.

03:16:44 13          On those, we're just requesting, like you said, a

03:16:48 14     60-day extension to make sure that we can get through all the

03:16:55 15     records that we need to and request what we need to and discuss

03:16:58 16     with the clients.

03:16:59 17          There are also a bucket of clients who are

03:17:05 18     deceased, and the representatives still haven't figured out

03:17:08 19     where the deceased would have filled the Xarelto or if they

03:17:14 20     received them in the hospital.

03:17:15 21          Those we're also requesting a 60-day extension to

03:17:18 22     just make sure that the claimants can, you know, figure out

03:17:23 23     where they filled.

03:17:27 24          THE COURT:  Let me do this.  With regard to all of

03:17:30 25     those cases, I'll pass them for 60 days; but, at the end of

03:17:34 1    60 days, we're going to have to act on them.

03:17:38 2            So tell your clients that if they don't do

03:17:41 3    something within that period of time, they may be dismissed

03:17:44 4    with prejudice.

03:17:47 5            MS. KASSAN:  Okay.

03:17:48 6            MS. DANIEL:  Another firm, Girardi & Keese.

03:17:53 7            MS. KASSAN:  Sorry, there were a few more.  Those are

03:17:57 8    just for proof of Xarelto.

03:17:57 9            MS. DANIEL:  Oh, sorry.

03:17:57 10           MS. KASSAN:  No, it's okay.

03:17:59 11           There are three claimants where we filed motions

03:18:01 12   to withdraw as counsel, so, as Your Honor said, you would deal

03:18:05 13   with that after the PEC and defense speak.

03:18:11 14           Then there were three -- there is the fact sheet

03:18:18 15   deficiencies.  So there are three claimants where we served a

03:18:21 16   fact sheet, and they were complied with.  I don't know if you

03:18:25 17   want the list right now, but feel free to let me know.

03:18:30 18           THE COURT:  Do you all know that, about the three?

03:18:34 19           MS. KOLE:  I'm sorry, Your Honor.  Plaintiffs' counsel

03:18:36 20   just filed their opposition to the order to show cause at

03:18:39 21   1:10 p.m., right before we got here, so I haven't had an

03:18:42 22   opportunity to review their responses.

03:18:46 23           MS. KASSAN:  Yes.

03:18:46 24           So whatever -- and then there are a bunch where

03:18:52 25   the claimants -- seems there are eight claimants who have not

*OFFICIAL TRANSCRIPT*

03:18:59 1   complied and have not been responding to our reach-outs since

03:19:08 2   probably around December 2015, on those eight.

03:19:12 3            THE COURT:  Do we have a list of all those cases?

03:19:17 4            MS. KASSAN:  I do, yes, if you need me to read them

03:19:19 5   off, or I can give them to Sindhu.

03:19:22 6            THE COURT:  Give them to Sindhu, and I'll officially

03:19:26 7   pass those for 60 days, and then we'll be dismissing those

03:19:29 8   cases.  I want everybody to know that.

03:19:33 9            MS. KOLE:  Your Honor, for purposes of clarity, these

03:19:35 10  cases will be dismissed; defendants won't have to bring another

03:19:38 11  motion?

03:19:39 12           THE COURT:  Well, you're going to have to bring it to

03:19:42 13  my attention with specifics, so that I can dismiss them.

03:19:45 14           But just indicate that they have been notified,

03:19:47 15  that they responded in open court, and that they were given

03:19:55 16  60 days, and nothing has been gotten within that period of

03:19:59 17  time.

03:20:02 18           MR. GREEN:  May I approach?

03:20:03 19           THE COURT:  Yes.

03:20:03 20           MR. GREEN:  This is regarding Ruby Dufrene and Handler

03:20:10 21  Kirk.  Those were two of the cases that were on the list for

03:20:12 22  motions to dismiss without prejudice.

03:20:14 23           With those two situations, they were part of a

03:20:16 24  larger joint complaint, and we found out after the fact, after

03:20:20 25  it was filed, that each of them had passed away just previously

03:20:22 1    to when the complaint was filed.

03:20:24 2            With Ruby Dufrene, we've refiled that case in the

03:20:28 3    MDL, with the three daughters having a survivorship action and

03:20:35 4    naming the estate as well.

03:20:37 5            So this case, I guess -- I'm not sure how to get

03:20:40 6    rid of the case essentially, like to close out this case and

03:20:44 7    let the other case proceed forward as it is.  We've already

03:20:48 8    turned in the fact sheet for that and everything.

03:20:49 9            So with that one, I don't know if we just need

03:20:51 10   to, like, just let it get dismissed or not.  I really don't

03:20:54 11   know procedurally --

03:20:54 12       THE COURT:  I think it would be dismissed, that case

03:20:56 13   will be dismissed, and then the heirs' case will proceed.

03:20:59 14       MR. GREEN:  Right.  That's why I was -- I mean, we want

03:21:03 15   it dismissed without prejudice, just in case that affects the

03:21:06 16   claim that the heirs have in any way.

03:21:09 17           You know, we're not planning to refile, of

03:21:11 18   course, because we already have a pending case.

03:21:13 19       THE COURT:  I understand.  Okay.

03:21:14 20       MS. KOLE:  Your Honor, the defendants have a form

03:21:23 21   stipulation for cases in which there are dual filings, either

03:21:27 22   because two separate parties filed on behalf of the same

03:21:30 23   plaintiff, or for other reasons, and I'll be happy to share it

03:21:33 24   with counsel.

03:21:34 25       THE COURT:  Get with counsel, and then we'll deal with

*OFFICIAL TRANSCRIPT*

03:21:37  1    it in that way.

03:21:38  2         MR. GREEN:  Regarding Handler Kirk, we also filed a

03:21:41  3    motion to dismiss without prejudice for that case as well.

03:21:44  4              We're okay -- she passed away, of course, just, I

03:21:45  5    think, two or three months prior to when we actually filed.  We

03:21:48  6    weren't notified until after the complaint was filed.

03:21:52  7              We're okay just subbing in the estate, if that's

03:21:54  8    possible, if that's an option.  Instead of dismissing, I can

03:21:57  9    withdraw the motion to dismiss.

03:21:59 10         THE COURT:  Get with counsel.  We've got some forms to

03:22:02 11    be able to do that, so that the case is protected.

03:22:06 12         MR. GREEN:  Thank you, Your Honor.

03:22:09 13         MS. DANIEL:  The next two cases, Jeanette James and

03:22:12 14    Clyde Kelly, the attorneys are Girardi & Keese.  I know they

03:22:15 15    are on the phone as well.

03:22:20 16         MR. GRIFFIN:  Yes, Your Honor.  This is Keith Griffin,

03:22:21 17    from the Girardi firm.

03:22:23 18              On these two cases, I'm not asking that the Court

03:22:25 19    take these off the OSC list.  These are cases that I think

03:22:25 20    would fall in the without prejudice category.

03:22:35 21              I know the Court has addressed that, and I won't

03:22:38 22    reargue that, but I just did feel compelled to at least make

03:22:41 23    the record.

03:22:41 24              With respect to Clyde Kelly, I have spoken with

03:22:46 25    Mr. Kelly.  He's indicated that he does not want to go forward

*OFFICIAL TRANSCRIPT*

03:22:49 1  with the case.  But because this is a case of confirmed use and

03:22:53 2  confirmed injury, I had some concern that, perhaps, he was

03:22:56 3  working with another law firm, and I didn't want his case to be

03:23:03 4  prejudiced if, in fact, it was.

03:23:04 5          I have no information that it was, but I just

03:23:05 6  wanted to be careful and make sure that I made the record on

03:23:09 7  that, Your Honor.

03:23:10 8          With respect to Jeanette James, despite what we

03:23:14 9  were told when we filed the case, we have not been able to

03:23:18 10 confirm Xarelto use, nor have we been able to confirm the

03:23:24 11 injury that was reported to us.

03:23:26 12          So, again, just in case that individual were to

03:23:28 13 develop a case somewhere down the road, I would ask that those

03:23:32 14 cases be dismissed without prejudice.

03:23:34 15 MS. KOLE:  Your Honor, both of the fact sheets for

03:23:36 16 these cases were due on July 3, 2015.  Plaintiffs' counsel was

03:23:40 17 notified that they had failed to submit the fact sheets on

03:23:42 18 August 14, 2015.  Defendants would submit that they should be

03:23:46 19 dismissed with prejudice.

03:23:47 20 THE COURT:  Yeah, it seems to me that those cases

03:23:49 21 should be dismissed, and dismissed with prejudice.

03:23:53 22 MS. DANIEL:  The last case, Your Honor, Terry Bell, the

03:23:59 23 Mulligan Law Firm.

03:24:02 24 THE COURT:  Anybody on for that?

03:24:08 25 MR. ORR:  Your Honor, Charles Orr for plaintiff, Terry

*OFFICIAL TRANSCRIPT*

03:24:15  1    Bell.  We have no basis to oppose the show cause.

03:24:21  2          THE COURT:  Let it be dismissed.

03:24:27  3          MS. DANIEL:  Is there anyone else on the telephone who

03:24:30  4    would like to speak?  I think I've done all of my bucket here.

03:24:30  5          MR. LEAL:  Yes.  This is Joshua Leal, Your Honor.

03:24:33  6              I just want to clarify a point.  For two clients

03:24:37  7    of mine, Mark McDonald and Maurice Quarles, I think I just need

03:24:41  8    clarification from your earlier order.

03:24:44  9              We filed a response to the show cause, and

03:24:48 10    simultaneously we filed a stipulation of dismissal without

03:24:53 11    prejudice.

03:24:53 12              I think I heard you correctly that -- I think you

03:24:56 13    said you're going to pass on those cases for 30 days, and at

03:25:00 14    that time you'll dismiss it with prejudice; is that correct?

03:25:02 15          THE COURT:  Yes, that's correct.

03:25:04 16          MR. LEAL:  Okay.

03:25:05 17          THE COURT:  Okay.  Thank you very much.

03:25:07 18          MR. CARR:  Your Honor, if I might, this is Daniel Carr.

03:25:11 19              And I am also appearing on behalf of

03:25:14 20    Michael Stackhouse.  I believe Mr. Stackhouse's case falls into

03:25:18 21    the bucket of cases for folks who have used samples, but have

03:25:26 22    submitted other records indicating Xarelto use.  I just want to

03:25:32 23    clarify, if I may, the specific resolution of Mr. Stackhouse's

03:25:38 24    case.

03:25:39 25          THE COURT:  Yes.  If you've submitted some evidence of

**OFFICIAL TRANSCRIPT**

03:25:44  1    use, but not prescriptions, I won't dismiss those cases; but,

03:25:51  2    you have to know that it's a credibility issue that is injected

03:25:56  3    into the case.  I may have to visit those cases by summary

03:26:01  4    judgment or some other means.

03:26:02  5            But there may be a factual question, and you're

03:26:06  6    responding, so I'm not going to dismiss it for failure to

03:26:09  7    respond or failure to comply with the Court's order.  But it's

03:26:14  8    a credibility issue that may be detrimental to the existence of

03:26:19  9    the case, but I'll have to deal with that with another method.

03:26:26  10           So the case is not dismissed.

03:26:31  11           MR. CARR:  Understood.  Thank you, Your Honor.

03:26:33  12           MR. LEAL:  If I may proceed, Your Honor -- this is

03:26:38  13   Joshua Leal -- I have one last question, Your Honor.

03:26:38  14           THE COURT:  All right.

03:26:39  15           MR. LEAL:  With respect to Peggy Autrey, you gave me 30

03:26:45  16   days to obtain proof of her pharmacy records using Xarelto.

03:26:49  17           Your Honor, my question is this:  I'm assuming at

03:26:51  18   the end of 30 days, at that time, assuming I don't have the

03:26:56  19   records, will I be able to at least prove the due diligence I

03:27:00  20   have taken to get these records, and, if necessary, request

03:27:03  21   more time at the end of 30 days?

03:27:05  22           THE COURT:  I'll deal with that when it comes up.  Let

03:27:07  23   me deal with the 30 days first.

03:27:11  24           MR. LEAL:  Thank you, Your Honor.

03:27:11  25           MS. KOLE:  Your Honor, with respect to the cases that

*OFFICIAL TRANSCRIPT*

03:27:14 1    you have ordered to be dismissed today, would you like counsel

03:27:18 2    to submit an order?

03:27:19 3            THE COURT:  Yes, submit an order, please.

03:27:21 4               We'll take a break at this time, and come back

03:27:24 5    and deal with the other motions.

03:27:25 6               What I'm going to do henceforth with the rules to

03:27:29 7    show cause, I may have to have a rule to show cause, but we'll

03:27:32 8    do it at a different time, so it doesn't tie up everybody.

03:27:36 9               Thank you.  Court will be in recess for

03:27:39 10   10 minutes.

03:27:40 11           THE DEPUTY CLERK:  All rise.

03:34:34 12           (WHEREUPON, at 3:27 p.m., the Court took a recess.)

13                        *   *   *

14

15                   REPORTER'S CERTIFICATE

16        I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Certified Court Reporter in and for the State
17   of Louisiana, Official Court Reporter for the United States
     District Court, Eastern District of Louisiana, do hereby
18   certify that the foregoing is a true and correct transcript to
     the best of my ability and understanding from the record of the
19   proceedings in the above-entitled and numbered matter.

20
                              s/Cathy Pepper
21                            Cathy Pepper, CRR, RMR, CCR
                              Certified Realtime Reporter
22                            Registered Merit Reporter
                              Official Court Reporter
23                            United States District Court
                              Cathy_Pepper@laed.uscourts.gov
24

25

                        *OFFICIAL  TRANSCRIPT*

| **0** | **4** | |
|---|---|---|
| | | |

**0**

07932 [1] - 2:17

**1**

10 [1] - 37:10
10019 [1] - 2:21
102 [1] - 4:13
11 [3] - 10:23, 12:5, 14:2
1100 [3] - 1:16, 1:20, 2:13
13 [3] - 5:14, 7:2, 7:16
14 [1] - 34:18
14-MD-2592 [1] - 1:5
16 [2] - 1:6, 4:2
17 [1] - 5:2
193 [1] - 4:11
1:10 [1] - 30:21

**2**

20 [1] - 12:21
2015 [14] - 9:4, 9:5, 10:22, 10:23, 12:3, 12:5, 13:8, 13:9, 14:1, 14:2, 14:24, 31:2, 34:16, 34:18
2016 [3] - 1:6, 4:2, 19:13
22 [2] - 19:21, 22:8
23 [1] - 19:13
250 [1] - 2:20
2700 [1] - 2:9
28 [2] - 9:4, 13:8
2800 [1] - 1:20, 1:20
2:45 [1] - 1:6

**3**

3 [2] - 10:22, 34:16
30 [15] - 12:3, 12:24, 13:3, 16:20, 16:21, 17:21, 19:17, 28:17, 29:1, 35:13, 36:15, 36:18, 36:21, 36:23
31 [2] - 5:10, 28:24
3102 [1] - 1:16
316 [1] - 1:24
32502 [1] - 1:25
34 [2] - 5:8, 28:22
36103 [1] - 2:5
3:27 [1] - 37:12
3rd [1] - 14:1

**4**

400 [1] - 2:9
4160 [1] - 2:5

**5**

5 [2] - 21:8, 21:12
50 [1] - 4:15
500 [2] - 2:17, 3:19
504 [1] - 3:20
52 [1] - 4:14
55TH [1] - 2:20
589-7779 [1] - 3:20

**6**

60 [29] - 5:23, 6:10, 6:25, 7:15, 7:24, 8:17, 8:20, 8:21, 9:18, 10:1, 11:22, 11:23, 12:24, 13:21, 13:22, 14:18, 17:10, 18:22, 18:25, 19:15, 20:19, 21:4, 21:14, 23:20, 23:21, 29:25, 30:1, 31:7, 31:16
60-day [3] - 7:21, 29:14, 29:21
600 [1] - 1:24

**7**

70130 [2] - 2:10, 3:20
70163 [2] - 1:21, 2:13
75219 [1] - 1:16

**8**

8 [2] - 9:5, 13:9

**9**

90 [1] - 24:23

**A**

ability [1] - 37:18
able [12] - 4:13, 7:24, 13:15, 13:18, 13:21, 14:10, 21:25, 26:16, 33:11, 34:9, 34:10, 36:19
above-entitled [1] - 37:19

absolute [1] - 7:3
absolutely [2] - 9:14, 10:19
abundance [1] - 24:11
accepting [2] - 27:3, 27:8
accident [1] - 26:1
act [2] - 13:19, 30:1
action [1] - 32:3
ACTION [1] - 1:5
actions [1] - 25:9
actual [1] - 15:1
addition [1] - 10:6
additional [4] - 5:16, 5:22, 7:1, 7:24, 9:22, 16:11, 16:12, 17:4, 18:22, 25:5, 25:21
additionally [5] - 4:19, 5:8, 5:14, 7:6, 26:6
address [1] - 18:4
addressed [1] - 33:21
addresses [1] - 12:14
admission [3] - 15:15, 26:8, 27:6
affects [1] - 32:15
affidavit [4] - 15:18, 18:18, 18:19, 26:16
afforded [1] - 8:1
afternoon [4] - 18:11, 19:7, 29:5, 29:6
ago [2] - 19:12, 27:9
agree [3] - 4:24, 24:18, 27:24
agreed [2] - 21:25, 26:2
agreements [1] - 28:16
ahold [2] - 17:7, 17:16
AL [1] - 2:5
Ali [1] - 10:20
alive [1] - 29:12
ALL [1] - 1:8
ALLEN [1] - 2:3
ALSO [1] - 2:23
alternative [1] - 12:14
AND [1] - 1:19
Andre' [2] - 21:7, 21:12
ANDRÉ [1] - 3:13
ANTHONY [1] - 2:4
apologize [3] - 20:5, 21:6, 22:2
appear [5] - 4:18, 5:9, 22:15, 24:3, 28:23
appearance [2] - 19:8, 23:2
APPEARANCES [3] - 1:13, 2:1, 3:1
appearing [1] - 35:19

appreciate [1] - 9:18
approach [5] - 4:21, 11:4, 14:5, 16:6, 31:18
Art [1] - 22:19
Associates [1] - 12:8
assuming [2] - 36:17, 36:18
assure [1] - 26:22
attempt [1] - 12:15
attempting [1] - 18:17
attempts [2] - 12:25, 25:20
attention [4] - 6:19, 13:1, 23:5, 31:13
attorney [1] - 21:13
attorneys [6] - 5:9, 5:15, 6:5, 28:7, 28:22, 33:14
August [3] - 10:23, 14:2, 34:18
authorization [1] - 19:12
authorizations [3] - 19:11, 21:17, 25:12
Autrey [4] - 19:2, 19:8, 19:10, 36:15
AVENUE [1] - 1:16
avenue [1] - 14:13
aware [2] - 17:17, 26:17

**B**

BARON [1] - 1:15
BARR [1] - 1:24
based [2] - 12:5, 20:10, 20:20
basis [2] - 27:13, 35:1
BAYLEN [1] - 1:24
BEASLEY [1] - 2:3
Beatrice [1] - 22:22
BEFORE [1] - 1:11
behalf [6] - 16:8, 18:12, 19:8, 21:8, 23:7, 25:6, 32:22, 33:14
belief [1] - 27:9
Bell [2] - 34:22, 35:1
BENJAMIN [1] - 1:18
best [1] - 37:18
Betty [1] - 8:25
between [1] - 28:16
BIDDLE [1] - 2:15
BIRCHFIELD [1] - 2:4
Bitman [1] - 15:8
blown [2] - 21:18, 21:23
Bonner [3] - 22:20,

23:3, 23:17
Borawski [1] - 7:20
bottle [1] - 20:9
BOX [1] - 2:5
break [1] - 37:4
breakdown [1] - 17:13
BRIAN [1] - 1:24
bring [3] - 23:5, 31:10, 31:12
Broadnax [1] - 22:19
bucket [6] - 7:14, 24:1, 25:17, 29:17, 35:4, 35:21
buckets [3] - 4:23, 4:24, 7:12
BUDD [1] - 1:15
bunch [1] - 30:24
BY [10] - 1:15, 1:19, 1:24, 2:4, 2:8, 2:12, 2:16, 2:20, 3:22, 3:23

**C**

calendar [1] - 10:9
CALLED [1] - 4:4
CAMPUS [1] - 2:17
care [1] - 16:15
careful [1] - 34:6
Caremark [2] - 20:12, 20:19
Carr [2] - 24:9, 35:18
CARR [4] - 3:15, 24:9, 35:18, 36:11
case [88] - 4:20, 7:22, 7:25, 8:11, 8:14, 8:19, 8:23, 8:25, 9:8, 9:19, 10:2, 10:7, 10:9, 10:12, 10:13, 10:20, 10:21, 11:2, 11:19, 11:24, 12:1, 13:3, 13:5, 13:7, 13:22, 13:24, 14:21, 14:23, 15:2, 15:4, 15:12, 15:22, 15:25, 16:2, 16:3, 16:13, 16:25, 17:12, 18:2, 18:9, 18:13, 19:1, 19:3, 20:6, 21:4, 21:25, 23:10, 23:11, 24:10, 24:19, 24:23, 25:1, 25:4, 25:15, 25:17, 25:23, 25:24, 25:25, 26:2, 27:13, 27:17, 27:18, 27:21, 27:23, 32:2, 32:5, 32:6, 32:7, 32:12, 32:13, 32:15, 32:18, 33:3, 33:11, 34:1,

34:3, 34:9, 34:12, 34:13, 34:22, 35:20, 35:24, 36:3, 36:9, 36:10
**case-by-case** [1] - 27:13
**cases** [54] - 4:11, 4:14, 5:2, 5:3, 5:6, 5:9, 5:10, 5:11, 5:14, 5:19, 5:25, 6:14, 6:15, 7:7, 15:13, 15:16, 15:24, 17:23, 23:19, 23:25, 24:2, 26:6, 26:14, 26:20, 27:6, 27:9, 27:18, 28:6, 28:9, 28:17, 28:22, 28:24, 29:1, 29:8, 29:10, 29:11, 29:25, 31:3, 31:8, 31:10, 31:21, 32:21, 33:13, 33:18, 33:19, 34:14, 34:16, 34:20, 35:13, 35:21, 36:1, 36:3, 36:25
**CASES** [1] - 1:8
**Castro** [1] - 22:21
**Castro-Chavira** [1] - 22:21
**category** [1] - 33:20
**Cathy** [2] - 37:16, 37:21
**CATHY** [1] - 3:18
**cathy_Pepper@laed. uscourts.gov** [1] - 3:21
**Cathy_Pepper@laed .uscourts.gov** [1] - 37:23
**CAUSE** [1] - 1:10
**caution** [1] - 24:11
**CCR** [2] - 3:18, 37:21
**CENTER** [1] - 2:9
**CENTRE** [1] - 1:20
**certain** [2] - 26:14, 29:8
**certainly** [4] - 7:7, 7:8, 26:19, 27:9
**CERTIFICATE** [1] - 37:15
**certified** [1] - 12:13
**CERTIFIED** [1] - 3:18
**Certified** [3] - 37:16, 37:16, 37:21
**certify** [1] - 37:18
**CHAFFE** [1] - 2:12
**challenge** [1] - 7:6
**Chambers** [1] - 22:21
**chance** [1] - 9:19
**Charles** [1] - 34:25
**CHARLES** [2] - 3:4,

3:12
**Chavira** [1] - 22:21
**check** [1] - 17:25
**CHRISTOPHER** [2] - 3:3, 3:7
**circumstances** [2] - 7:25, 18:6
**cities** [1] - 18:20
**CIVIL** [1] - 1:5
**claim** [3] - 25:9, 25:11, 32:16
**claimants** [5] - 29:22, 30:11, 30:15, 30:25
**clarification** [1] - 35:8
**clarify** [3] - 7:2, 35:6, 35:23
**clarity** [1] - 31:9
**clear** [1] - 9:12
**CLERK** [1] - 37:11
**client** [7] - 8:14, 9:9, 12:12, 12:15, 12:18, 14:12, 25:20
**client's** [1] - 8:14
**clients** [7] - 9:13, 17:22, 29:9, 29:16, 29:17, 30:2, 35:6
**close** [1] - 32:6
**Clyde** [2] - 33:14, 33:24
**communication** [2] - 9:13, 17:14
**compelled** [1] - 33:22
**complaint** [7] - 7:22, 9:3, 11:9, 14:23, 31:24, 32:1, 33:6
**complete** [2] - 7:5, 18:23
**complied** [2] - 30:16, 31:1
**comply** [2] - 11:9, 36:7
**COMPUTER** [1] - 3:23
**concern** [2] - 11:9, 34:2
**condition** [1] - 23:11
**conferences** [1] - 10:10
**confirm** [2] - 34:10
**confirmed** [3] - 12:19, 34:1, 34:2
**considering** [1] - 11:14
**constant** [1] - 9:13
**contact** [24] - 5:18, 6:18, 7:24, 9:13, 10:14, 11:1, 11:8, 11:10, 11:21, 12:6, 12:12, 13:11, 13:15, 13:19, 14:4, 14:8, 14:10, 17:3, 17:5,

17:13, 18:7, 19:10, 24:3, 24:15
**contacted** [1] - 12:25
**contacting** [2] - 8:13, 10:13
**continue** [3] - 8:15, 12:18, 13:19
**CONTINUED** [2] - 2:1, 3:1
**continuing** [1] - 9:14
**correct** [4] - 15:11, 35:14, 35:15, 37:18
**correctly** [1] - 35:12
**COUNSEL** [2] - 1:15, 2:8
**Counsel** [2] - 19:23, 23:23
**counsel** [25] - 4:19, 7:23, 9:4, 10:23, 10:25, 11:18, 12:3, 12:4, 12:5, 12:8, 13:8, 13:9, 14:1, 14:2, 24:2, 24:9, 24:15, 28:16, 30:12, 30:19, 32:24, 32:25, 33:10, 34:16, 37:1
**counsels'** [1] - 9:16
**counting** [1] - 29:10
**couple** [3] - 16:15, 19:12, 24:13
**course** [6] - 11:25, 14:13, 14:20, 17:24, 32:18, 33:4
**Court** [15] - 9:21, 12:21, 13:20, 21:7, 23:8, 23:9, 33:10, 33:18, 33:21, 37:12, 37:16, 37:17, 37:17, 37:22, 37:23
**court** [2] - 31:15, 37:9
**COURT** [73] - 1:1, 3:18, 4:4, 4:7, 5:6, 5:25, 6:3, 7:9, 7:14, 7:17, 7:19, 8:4, 8:7, 8:20, 9:6, 9:20, 9:25, 10:17, 11:3, 11:5, 11:18, 12:10, 12:23, 13:22, 14:18, 15:16, 16:7, 16:20, 17:10, 17:21, 18:10, 18:25, 19:6, 19:17, 19:22, 20:23, 21:1, 21:10, 22:4, 22:6, 22:10, 22:17, 22:25, 23:19, 24:6, 25:1, 25:15, 25:23, 27:12, 27:21, 28:3, 28:9, 29:1, 29:6, 29:24, 30:18, 31:3, 31:6, 31:12, 31:19, 32:12, 32:19,

32:25, 33:10, 34:20, 34:24, 35:2, 35:15, 35:17, 35:25, 36:14, 36:22, 37:3
**Court's** [2] - 23:5, 36:7
**create** [2] - 5:4, 5:6
**credibility** [4] - 20:24, 21:2, 36:2, 36:8
**CROW** [1] - 2:3
**CRR** [2] - 3:18, 37:21
**cull** [1] - 4:13
**cured** [1] - 5:23
**CVS** [4] - 20:12, 20:13, 20:14, 20:18

## D

**D-O-G-G-E-T-T** [1] - 17:11
**DALLAS** [1] - 1:16
**Dallas** [1] - 21:17
**Daniel** [6] - 4:9, 14:24, 21:24, 22:21, 24:9, 35:18
**DANIEL** [46] - 1:15, 3:15, 4:9, 5:8, 6:1, 7:2, 7:11, 7:16, 7:18, 7:20, 8:3, 8:25, 10:20, 12:1, 13:5, 13:24, 14:21, 15:5, 16:1, 16:23, 17:11, 18:9, 19:1, 19:20, 20:5, 21:6, 21:24, 22:8, 22:12, 22:18, 24:1, 24:7, 25:4, 25:17, 25:25, 27:5, 27:16, 27:23, 28:6, 28:21, 29:3, 30:6, 30:9, 33:13, 34:22, 35:3
**daughter** [2] - 17:13, 18:3
**daughters** [1] - 32:3
**DAVID** [2] - 1:18, 3:16
**David** [2] - 18:11, 25:6
**Davis** [2] - 25:19, 27:17
**days** [43] - 5:23, 6:10, 6:25, 7:15, 7:24, 8:17, 8:20, 8:21, 9:18, 10:1, 11:22, 11:24, 12:21, 12:24, 13:3, 13:21, 13:22, 14:18, 16:20, 16:21, 17:10, 17:21, 18:22, 18:25, 19:15, 19:17, 20:19, 21:4, 21:14, 23:20, 23:21, 24:23, 28:17, 29:25, 30:1,

31:7, 31:16, 35:13, 36:16, 36:18, 36:21, 36:23
**deal** [9] - 15:21, 22:10, 27:14, 30:12, 32:25, 36:9, 36:22, 36:23, 37:5
**dealing** [1] - 17:19
**death** [3] - 7:7, 18:13, 24:21
**deceased** [3] - 8:10, 29:18, 29:19
**deceased's** [1] - 8:11
**December** [1] - 31:2
**decide** [1] - 5:3
**decides** [1] - 23:10
**defendant** [7] - 4:24, 15:13, 22:14, 26:9, 27:8, 27:18, 27:25
**defendants** [10] - 7:21, 9:4, 10:23, 15:3, 21:25, 24:16, 26:21, 31:10, 32:20, 34:18
**DEFENDANTS** [1] - 2:12
**defendants'** [1] - 4:12
**DEFENDANTS'** [1] - 2:7
**defense** [6] - 9:16, 12:3, 13:8, 14:1, 26:2, 30:13
**deficiencies** [1] - 30:15
**deficiency** [1] - 9:5
**DEIRDRE** [1] - 2:16
**Delacruz** [1] - 14:22
**delay** [1] - 22:3
**delivered** [1] - 18:5
**denied** [1] - 20:22
**DEPUTY** [1] - 37:11
**Derriel** [1] - 20:1
**DERRIEL** [1] - 2:23
**desire** [1] - 12:18
**despite** [1] - 34:8
**detailing** [1] - 25:8
**details** [1] - 9:22
**detrimental** [1] - 36:8
**develop** [1] - 34:13
**different** [6] - 8:15, 16:15, 18:20, 20:12, 29:7, 37:8
**difficult** [4] - 9:8, 9:15, 18:21, 26:17
**difficulty** [1] - 21:19
**diligence** [1] - 36:19
**diligent** [2] - 4:12, 19:10
**direction** [1] - 21:3
**directly** [1] - 17:19

disagree [1] - 26:22
discharge [1] - 26:24
discuss [2] - 15:12, 29:15
discussed [2] - 4:23, 27:18
discussion [1] - 28:1
dismiss [23] - 5:6, 8:23, 10:2, 11:19, 11:24, 15:22, 15:25, 23:10, 23:21, 25:1, 25:23, 25:24, 26:2, 27:21, 28:4, 31:13, 31:22, 33:3, 33:9, 35:14, 36:1, 36:6
dismissal [9] - 5:7, 24:17, 24:23, 24:24, 25:14, 27:25, 28:1, 28:7, 35:10
dismissed [28] - 8:1, 11:2, 13:3, 14:19, 15:4, 17:23, 23:11, 23:25, 24:19, 25:2, 25:15, 27:20, 28:14, 28:19, 30:3, 31:10, 32:10, 32:12, 32:13, 32:15, 34:14, 34:19, 34:21, 35:2, 36:10, 37:1
dismissing [7] - 6:14, 6:15, 15:23, 28:9, 28:14, 31:7, 33:8
dispose [1] - 5:3
disposed [1] - 26:5
District [3] - 37:17, 37:23
DISTRICT [3] - 1:1, 1:1, 1:11
doctor [1] - 26:16, 26:23, 27:2
doctor's [1] - 20:9
doctors [3] - 15:17, 15:18, 26:18
DOCUMENT [1] - 1:7
document [1] - 16:18
documents [1] - 26:18
Doggett [1] - 17:11
Donald [3] - 11:6, 14:6, 16:8
DONALD [1] - 3:15
done [4] - 9:20, 10:18, 35:4
down [2] - 4:13, 34:13
DRINKER [1] - 2:15
DRIVE [1] - 2:17
dual [1] - 32:21
due [8] - 4:22, 9:3, 10:22, 12:3, 13:8, 14:1, 34:16, 36:19
Dufrene [1] - 31:20,

32:2

# E

e-mail [3] - 10:24, 12:13, 14:12
e-mailing [1] - 11:12
easier [1] - 7:13
EASTERN [1] - 1:1
Eastern [1] - 37:17
Eddie [1] - 26:4
Edward [1] - 22:24
effort [5] - 5:17, 6:5, 6:19, 8:14, 9:10
efforts [4] - 4:13, 10:16, 12:12
eight [5] - 18:14, 18:19, 29:11, 30:25, 31:2
Eisenhofer [3] - 8:5, 9:1, 13:6
either [3] - 7:25, 24:25, 32:21
elderly [1] - 16:14
ELDON [1] - 1:11
Elkins [1] - 8:25
encourage [1] - 6:17
end [4] - 23:21, 29:25, 36:18, 36:21
ENERGY [1] - 1:20
England [1] - 22:21
ensure [1] - 4:22
entitled [1] - 37:19
ERIC [1] - 3:6
ESQUIRE [27] - 1:15, 1:19, 1:24, 2:4, 2:8, 2:12, 2:16, 2:16, 2:20, 2:23, 2:23, 2:24, 3:3, 3:3, 3:4, 3:6, 3:6, 3:7, 3:9, 3:9, 3:10, 3:12, 3:12, 3:13, 3:15, 3:15, 3:16
essentially [1] - 32:6
establish [2] - 16:5, 17:2
Estate [1] - 12:8
estate [2] - 32:4, 33:7
Etta [2] - 12:1, 12:8
event [1] - 23:10
eventually [3] - 13:18, 17:16, 21:1
evidence [2] - 20:21, 35:25
evidencing [1] - 19:4
exact [1] - 18:6
exactly [1] - 28:1
excuse [1] - 10:11
existence [1] - 36:8

expressed [1] - 12:18
extension [3] - 7:22, 29:14, 29:21
Ezkel [1] - 25:18
EZKEL [1] - 25:18

# F

fact [31] - 4:15, 5:23, 6:4, 7:3, 10:22, 10:24, 11:11, 12:2, 12:4, 12:20, 13:7, 13:9, 13:25, 14:2, 15:1, 15:2, 15:15, 16:3, 17:1, 18:16, 19:3, 20:7, 24:24, 25:12, 30:14, 30:16, 31:24, 32:8, 34:4, 34:15, 34:17
factual [2] - 27:14, 36:5
failed [1] - 34:17
failure [6] - 4:15, 14:25, 15:1, 36:6, 36:7
fair [2] - 6:24, 28:10
faith [1] - 6:8
fall [1] - 33:20
FALLON [1] - 1:11
falls [1] - 35:20
family [1] - 8:9
Fannie [1] - 17:11
far [4] - 9:20, 10:16, 10:18, 13:16
Farrow [1] - 16:8
Favors [2] - 10:20, 11:7
February [1] - 19:13
few [1] - 30:7
figure [1] - 29:22
figured [1] - 29:18
file [8] - 6:4, 9:25, 14:12, 23:6, 23:12, 23:13, 24:21, 25:8
filed [22] - 7:22, 9:3, 11:8, 13:3, 14:24, 20:7, 23:14, 24:2, 24:10, 24:13, 27:19, 30:11, 30:20, 31:25, 32:1, 32:22, 33:2, 33:5, 33:6, 34:9, 35:9, 35:10
filings [1] - 32:21
filled [3] - 29:9, 29:19, 29:23
final [1] - 12:15
finally [1] - 19:12
findings [1] - 7:6
fine [1] - 22:4

Firm [1] - 34:23
firm [7] - 5:11, 15:7, 25:21, 28:24, 30:6, 33:17, 34:3
first [4] - 22:18, 24:8, 28:25, 36:23
FL [1] - 1:25
FLORHAM [1] - 2:17
folks [2] - 22:25, 35:21
follow [1] - 14:9
followed [1] - 6:13
FOR [4] - 1:14, 1:23, 2:7, 2:12
foregoing [1] - 37:18
form [1] - 32:20
formally [1] - 28:4
forms [1] - 33:10
forward [3] - 18:10, 32:7, 33:25
four [2] - 19:11, 26:6
Frank [1] - 7:20
frank [1] - 9:23
Frederick [1] - 22:21
free [1] - 30:17
frequently [1] - 16:14
FRITCHIE [1] - 2:8
front [1] - 9:23
full [1] - 19:15
future [1] - 23:12

# G

GAINSBURGH [1] - 1:18
GERALD [1] - 1:19
Girardi [3] - 30:6, 33:14, 33:17
given [5] - 5:21, 15:17, 15:18, 26:24, 31:15
GLICKSTEIN [1] - 2:20
Gonzales [1] - 22:20
Grace [1] - 22:20
Graham [3] - 21:8, 21:12, 21:14
Graham's [1] - 21:12
granddaughter [1] - 8:12
grant [1] - 13:22
Grant [3] - 8:5, 9:1, 13:6
granted [2] - 23:3, 23:7, 23:16
GREEN [17] - 3:15, 11:4, 11:6, 11:25, 14:5, 14:20, 16:6, 16:8, 16:22, 17:3, 17:12, 17:24, 31:18, 31:20, 32:14, 33:2,

33:12
Green [3] - 11:6, 14:6, 16:8
Griffin [1] - 33:16
GRIFFIN [2] - 3:10, 33:16
grounds [1] - 24:24
group [1] - 19:20
guess [7] - 5:1, 11:11, 17:5, 17:13, 18:2, 32:5

# H

Handler [2] - 31:20, 33:2
hanging [1] - 28:11
happy [1] - 32:23
Harps [2] - 25:4, 25:7
Hayes [1] - 22:20
HB406 [1] - 3:19
health [1] - 21:15
hear [2] - 6:6, 28:25
HEARD [1] - 15:12
heard [1] - 35:12
hearing [1] - 17:17
HEARING [1] - 1:10
hearsay [1] - 27:3
heirs [4] - 7:7, 18:14, 18:19, 32:16
heirs' [1] - 32:13
hello [1] - 12:9
helpful [1] - 8:17
henceforth [1] - 37:6
hereby [1] - 37:17
Herman [2] - 25:18
Hernandez [1] - 22:22
hiring [2] - 11:15, 14:16
hit [1] - 7:4
Hodges [2] - 11:6, 14:6
Honor [96] - 4:9, 4:11, 4:18, 5:1, 5:2, 5:4, 5:8, 5:10, 5:19, 6:1, 7:2, 7:12, 7:21, 8:3, 8:6, 8:8, 8:18, 8:24, 9:2, 9:7, 9:24, 10:15, 10:19, 10:20, 10:21, 11:25, 12:2, 12:7, 13:4, 13:7, 13:13, 13:23, 13:25, 14:21, 14:23, 15:5, 16:1, 16:3, 16:23, 16:25, 18:11, 18:13, 19:1, 19:3, 19:7, 19:9, 19:16, 19:19, 19:20, 19:24, 20:6, 20:25, 21:5, 21:11, 21:22,

22:12, 23:1, 23:16, 24:1, 24:10, 25:3, 25:6, 25:7, 25:16, 25:25, 26:6, 26:17, 26:21, 27:5, 27:16, 27:17, 27:24, 28:5, 28:6, 28:21, 28:25, 29:4, 29:5, 30:12, 30:19, 31:9, 32:20, 33:12, 33:16, 34:7, 34:15, 34:22, 34:25, 35:5, 35:18, 36:11, 36:12, 36:13, 36:17, 36:24, 36:25
**Honor's** [1] - 20:20
**HONORABLE** [1] - 1:11
**hope** [1] - 19:15
**hopeful** [1] - 13:18
**hopefully** [1] - 13:19
**hospital** [2] - 14:4, 17:20, 29:20
**house** [1] - 21:16

## I

**identified** [1] - 16:11
**important** [2] - 10:14, 17:25
**IN** [1] - 1:4
**including** [2] - 6:24, 28:10
**indicate** [1] - 31:14
**indicated** [2] - 14:3, 25:10, 33:25
**indicating** [2] - 15:18, 35:22
**individual** [5] - 8:22, 10:1, 15:19, 16:14, 34:12
**individually** [1] - 27:14
**individuals** [4] - 10:8, 23:24, 27:1, 28:11
**information** [7] - 6:17, 9:23, 13:16, 14:9, 16:12, 17:8, 34:5
**informed** [1] - 20:16
**ingestion** [2] - 14:25, 21:22
**initial** [2] - 11:8, 14:9
**initiated** [1] - 26:23
**injected** [1] - 36:2
**injury** [2] - 34:2, 34:11
**instances** [1] - 27:1
**instead** [1] - 33:8
**interested** [1] - 11:20
**investigator** [2] - 11:15, 14:16

**IRWIN** [2] - 2:8, 2:8
**issue** [5] - 20:2, 20:15, 27:15, 36:2, 36:8
**issues** [2] - 24:12, 28:15

## J

**James** [4] - 13:5, 22:23, 33:13, 34:8
**JAMES** [1] - 2:8
**Janssen** [1] - 20:2
**Jeanette** [2] - 33:13, 34:8
**Jennie** [1] - 22:23
**JOHN** [1] - 2:12
**Johnnie** [2] - 18:9, 18:12
**joint** [1] - 31:24
**JOSHUA** [1] - 3:6
**Joshua** [4] - 19:8, 23:1, 35:5, 36:13
**JR** [1] - 2:4
**Judge** [1] - 11:4
**JUDGE** [1] - 1:11
**judgment** [1] - 36:4
**July** [5] - 7:22, 9:3, 10:22, 14:1, 34:16
**jurisdictional** [1] - 28:15
**justification** [3] - 5:20, 7:3, 7:8

## K

**Kassan** [1] - 29:3
**KASSAN** [8] - 3:9, 29:5, 29:7, 30:5, 30:7, 30:10, 30:23, 31:4
**Katz** [1] - 25:18
**KAYE** [1] - 2:19
**keep** [4] - 6:23, 10:4, 15:20, 17:22
**keeping** [1] - 10:13
**Keese** [2] - 30:6, 33:14
**Keith** [1] - 33:16
**KEITH** [1] - 3:10
**Kelly** [3] - 33:14, 33:24, 33:25
**Kennedy** [2] - 11:6, 14:6
**kind** [1] - 24:19
**Kirk** [2] - 31:21, 33:2
**knowing** [1] - 28:12
**KOLE** [20] - 2:16, 7:21, 9:2, 10:21, 12:2,

13:7, 13:25, 14:23, 16:3, 16:25, 19:3, 25:3, 25:16, 26:21, 28:5, 30:19, 31:9, 32:20, 34:15, 36:25

## L

**LA** [4] - 1:21, 2:10, 2:13, 3:20
**lack** [2] - 20:3, 24:3
**LAPLACE** [5] - 3:13, 21:7, 21:11, 22:2, 22:5
**LaPlace** [3] - 21:8, 21:12, 21:24
**larger** [1] - 24:8
**Larry** [2] - 22:19, 24:8
**last** [8] - 7:22, 9:3, 17:5, 19:1, 24:21, 25:17, 34:22, 36:13
**late** [1] - 17:5
**law** [1] - 34:3
**Law** [1] - 34:23
**LAWN** [1] - 1:16
**lawsuit** [3] - 23:12, 23:13, 23:14
**lawyer** [3] - 10:5, 10:14, 29:2
**lawyers** [2] - 6:18, 10:3
**leads** [1] - 28:21
**Leal** [4] - 19:8, 23:1, 35:5, 36:13
**LEAL** [9] - 3:6, 19:7, 19:19, 23:1, 35:5, 35:16, 36:12, 36:15, 36:24
**learned** [1] - 24:12
**least** [2] - 33:22, 36:19
**legitimate** [1] - 11:19
**less** [2] - 7:25, 14:7
**letter** [2] - 17:15, 18:4
**letters** [4] - 11:13, 14:11, 14:14, 19:11
**LEVIN** [1] - 1:23
**Lexis** [1] - 12:13
**LIABILITY** [1] - 1:4
**liaison** [1] - 24:15
**LIAISON** [2] - 1:15, 2:8
**lieu** [1] - 27:3
**likewise** [1] - 21:14
**limitations** [1] - 24:12
**Linda** [1] - 22:22
**line** [1] - 29:3
**lines** [1] - 29:11
**list** [14] - 5:4, 5:6, 5:25, 6:1, 20:4, 21:9, 22:10, 22:17, 26:25,

27:13, 30:17, 31:3, 31:21, 33:19
**listed** [1] - 26:20
**listening** [1] - 12:10
**literally** [2] - 21:22, 21:23
**litigants** [1] - 10:4
**litigation** [6] - 6:21, 6:23, 6:24, 12:18
**LITIGATION** [1] - 1:4
**live** [1] - 21:19
**lives** [1] - 6:20
**living** [1] - 20:12
**locate** [3] - 11:15, 13:15, 14:17
**located** [1] - 8:12
**locations** [1] - 18:20
**look** [4] - 10:8, 14:15, 15:12, 26:22
**looked** [2] - 15:5, 15:9
**lost** [2] - 12:6, 12:12
**LOUISIANA** [2] - 1:1, 1:6
**Louisiana** [2] - 37:17, 37:17
**luck** [1] - 9:10
**Lynch** [1] - 24:8
**lynch** [2] - 24:9, 24:12
**Lynne** [1] - 22:22

## M

**Mabry** [1] - 22:22
**mail** [5] - 10:24, 12:13, 14:12, 20:16
**mailing** [2] - 11:12, 14:11
**MARCH** [2] - 1:6, 4:2
**Mark** [2] - 22:23, 35:7
**matches** [1] - 20:9
**matter** [2] - 15:10, 37:19
**MATTHEW** [1] - 2:24
**Matthews** [1] - 12:7
**Maurice** [1] - 35:7
**MCCALL** [1] - 2:12
**MCCARLEY** [1] - 2:24
**McCorvey** [1] - 20:1
**MCCORVEY** [5] - 2:23, 19:24, 20:6, 20:25, 21:5
**McDonald** [1] - 35:7
**McKoy** [2] - 16:2, 16:9
**McVay** [1] - 22:18
**MDL** [2] - 27:19, 32:3
**mean** [5] - 6:16, 7:3, 11:14, 17:23, 32:14
**Means** [2] - 12:1, 12:6
**means** [1] - 36:4

27:13, 30:17, 31:3, 31:21, 33:19
**MECHANICAL** [1] - 3:22
**medical** [5] - 18:15, 20:7, 20:21, 21:21
**MELISSA** [1] - 3:9
**members** [1] - 8:10
**MENDOZA** [1] - 3:9
**mentioned** [1] - 7:1
**Merit** [2] - 37:16, 37:22
**MERIT** [1] - 3:19
**method** [1] - 36:9
**METHVIN** [1] - 2:3
**MEUNIER** [2] - 1:19, 1:19
**Michael** [4] - 22:20, 23:3, 23:17, 35:20
**might** [2] - 11:16, 35:18
**MILES** [1] - 2:4
**mine** [1] - 35:7
**minutes** [1] - 37:10
**MITCHELL** [1] - 1:23
**MONTGOMERY** [1] - 2:5
**month** [1] - 34:22
**months** [2] - 24:13, 33:5
**MOORE** [1] - 2:8
**morphed** [1] - 14:24
**most** [1] - 5:22
**motion** [8] - 12:11, 12:16, 20:22, 23:4, 23:7, 31:11, 33:3, 33:9
**motions** [3] - 30:11, 31:22, 37:5
**move** [1] - 6:20
**moving** [1] - 21:2
**MR** [48] - 8:5, 8:8, 8:24, 9:7, 9:21, 10:15, 10:19, 11:4, 11:6, 11:25, 13:13, 13:23, 14:5, 14:20, 16:6, 16:8, 16:22, 17:3, 17:12, 17:24, 18:11, 19:7, 19:19, 19:24, 20:6, 20:25, 21:5, 21:7, 21:11, 22:2, 22:5, 23:1, 24:9, 25:6, 31:18, 31:20, 32:14, 33:2, 33:12, 33:16, 34:25, 35:5, 35:16, 35:18, 36:11, 36:12, 36:15, 36:24
**MS** [73] - 4:9, 5:8, 6:1, 7:2, 7:11, 7:16, 7:18, 7:20, 7:21, 8:3, 8:25, 9:2, 10:20, 10:21,

12:1, 12:2, 12:7,
12:11, 13:4, 13:5,
13:7, 13:24, 13:25,
14:21, 14:23, 15:5,
16:1, 16:3, 16:23,
16:25, 17:11, 18:9,
19:1, 19:3, 19:20,
20:5, 21:6, 21:24,
22:8, 22:12, 22:18,
24:1, 24:7, 25:3,
25:4, 25:16, 25:17,
25:25, 26:21, 27:5,
27:16, 27:23, 28:5,
28:6, 28:21, 29:3,
29:5, 29:7, 30:5,
30:6, 30:7, 30:9,
30:10, 30:19, 30:23,
31:4, 31:9, 32:20,
33:13, 34:15, 34:22,
35:3, 36:25
**Mulligan** [1] - 34:23
**multiple** [1] - 25:13

## N

**Nace** [1] - 22:22
**name** [1] - 20:9
**naming** [1] - 32:4
**necessary** [3] - 9:14,
17:19, 36:20
**need** [12] - 6:9, 6:17,
7:1, 7:15, 19:15,
21:1, 28:13, 29:15,
31:4, 32:9, 35:7
**needing** [1] - 21:17
**needs** [1] - 24:19
**never** [1] - 25:13
**NEW** [6] - 1:6, 1:21,
2:10, 2:13, 2:21,
3:20
**new** [3] - 23:13, 23:14,
24:22
**news** [1] - 5:10
**Next** [1] - 17:11
**next** [17] - 8:25, 10:20,
11:23, 12:1, 13:5,
13:24, 14:19, 14:21,
16:2, 16:23, 18:9,
19:20, 24:1, 25:4,
25:25, 28:18, 33:13
**nine** [1] - 19:11
**NJ** [1] - 2:17
**NO** [1] - 1:5
**nobody** [2] - 5:7, 8:21
**none** [1] - 22:12
**notarize** [1] - 18:19
**note** [1] - 9:12
**nothing** [2] - 9:5,
31:16

**notice** [3] - 6:12,
23:23, 24:21
**notified** [8] - 9:4,
10:23, 12:3, 13:8,
14:1, 31:14, 33:6,
34:17
**notwithstanding** [2] -
6:12
**November** [2] - 12:5,
17:6
**number** [1] - 12:16
**Number** [2] - 21:8,
21:11
**numbered** [1] - 37:19
**numerous** [1] - 4:17
**NY** [1] - 2:21

## O

**OAK** [1] - 1:16
**object** [2] - 24:24,
25:14
**obliterated** [1] - 21:16
**obtain** [2] - 16:10,
36:16
**obtained** [1] - 21:21
**obviously** [1] - 18:21
**occurring** [1] - 17:17
**October** [4] - 9:5,
12:3, 13:9, 17:6
**OF** [2] - 1:1, 1:10
**OFFICE** [1] - 2:5
**OFFICIAL** [1] - 3:18
**Official** [2] - 37:17,
37:22
**officially** [1] - 31:6
**OLINDE** [1] - 2:12
**once** [1] - 28:14
**one** [24] - 5:11, 7:3,
13:16, 16:16, 16:20,
16:23, 17:10, 17:21,
19:6, 19:24, 20:2,
22:18, 24:8, 24:14,
26:1, 27:17, 27:19,
27:21, 28:3, 28:24,
32:9, 36:13
**ones** [2] - 7:15, 20:2
**open** [1] - 31:15
**opportunity** [2] -
19:18, 30:22
**oppose** [2] - 7:21,
35:1
**opposed** [1] - 15:1
**opposing** [1] - 5:7
**opposition** [2] - 9:16,
30:20
**option** [1] - 33:8
**ORDER** [2] - 1:10, 4:4
**order** [12] - 4:21,

14:25, 20:17, 22:15,
23:6, 23:15, 27:11,
30:20, 35:8, 36:7,
37:2, 37:3
**ordered** [2] - 17:9,
37:1
**orders** [8] - 4:12, 4:14,
5:15, 22:1, 22:15,
24:2, 26:10, 26:12
**original** [1] - 20:14
**originally** [5] - 4:11,
9:3, 10:22, 13:8,
25:9
**ORLEANS** [5] - 1:6,
1:21, 2:10, 2:13,
3:20
**ORR** [2] - 3:4, 34:25
**Orr** [1] - 34:25
**OSC** [1] - 33:19
**Ottis** [1] - 22:23
**ought** [1] - 28:11
**outright** [1] - 8:2
**outs** [1] - 31:1
**overdue** [2] - 10:24,
14:3
**owe** [1] - 8:13

## P

**p.m** [2] - 30:21, 37:12
**P.M** [1] - 1:6
**PAPANTONIO** [1] -
1:23
**paper** [1] - 23:22
**paperwork** [1] - 22:14
**PARK** [1] - 2:17
**part** [1] - 31:23
**participate** [1] - 6:21
**particular** [4] - 6:13,
14:12, 16:13, 17:12
**particularly** [1] - 10:13
**parties** [2] - 4:17,
32:22
**pass** [14] - 14:18,
17:10, 17:21, 18:25,
19:17, 23:20, 28:3,
28:17, 29:25, 31:7,
35:13
**passed** [5] - 9:17,
13:15, 24:13, 31:25,
33:4
**passes** [2] - 8:21,
11:24
**Patricia** [1] - 22:19
**PAUBES** [1] - 3:6
**Pearson** [1] - 15:7
**PEC** [1] - 30:13
**Pedro** [1] - 22:20
**Peggy** [3] - 19:2, 19:8,

36:15
**pending** [1] - 32:18
**PENSACOLA** [1] -
1:25
**people** [7] - 6:4, 6:13,
6:19, 6:25, 15:20,
22:17, 23:12
**PEPPER** [1] - 3:18
**Pepper** [3] - 37:16,
37:20, 37:21
**perhaps** [1] - 34:2
**period** [3] - 18:7, 30:3,
31:16
**periodically** [2] -
14:14, 17:25
**Perry** [1] - 22:23
**person** [1] - 11:20
**personally** [1] - 25:19
**PFS** [1] - 9:3
**pharmacy** [14] - 15:11,
15:14, 15:16, 15:21,
16:16, 17:20, 18:14,
18:17, 18:23, 19:14,
26:7, 26:13, 27:4,
36:16
**PHILLIPS** [1] - 2:23
**phone** [10] - 4:17, 8:3,
8:4, 12:16, 15:7,
19:6, 22:25, 24:4,
28:22, 33:15
**picture** [1] - 20:8
**place** [1] - 21:19
**placed** [1] - 26:9
**plaintiff** [27] - 7:24,
10:22, 11:1, 11:11,
12:2, 12:6, 12:20,
13:9, 13:10, 13:12,
13:14, 13:25, 14:2,
14:4, 15:3, 20:1,
24:18, 24:22, 25:10,
26:1, 26:14, 26:24,
27:6, 27:7, 27:10,
32:23, 34:25
**plaintiff's** [7] - 7:23,
10:23, 10:25, 12:3,
13:9, 14:1, 27:3
**plaintiffs** [9] - 4:10,
19:20, 19:21, 22:9,
22:13, 26:7, 27:24,
27:25, 29:12
**PLAINTIFFS** [1] - 1:23
**PLAINTIFFS'** [1] - 1:14
**plaintiffs'** [4] - 26:11,
28:7, 30:19, 34:16
**planning** [1] - 32:17
**point** [6] - 6:11, 6:14,
8:18, 11:14, 17:14,
35:6
**poor** [1] - 21:15
**Pope** [1] - 22:22

**PORTIS** [1] - 2:4
**position** [1] - 26:11
**possible** [2] - 9:19,
33:8
**POST** [1] - 2:5
**potential** [2] - 8:16,
24:11
**potentially** [1] - 28:15
**POYDRAS** [4] - 1:20,
2:9, 2:13, 3:19
**prejudice** [21] - 6:15,
8:23, 11:24, 23:11,
25:24, 26:3, 28:8,
28:10, 28:15, 28:19,
28:20, 30:4, 31:22,
32:15, 33:3, 33:20,
34:14, 34:19, 34:21,
35:11, 35:14
**prejudiced** [1] - 34:4
**prescription** [7] -
16:4, 17:1, 20:3,
20:9, 20:11, 26:23,
27:4
**prescriptions** [1] -
36:1
**present** [3] - 4:20, 6:1,
15:17
**PRESENT** [1] - 2:23
**previously** [2] - 23:2,
31:25
**priority** [1] - 17:18
**private** [2] - 11:15,
14:16
**pro** [4] - 19:21, 22:7,
22:8, 22:13
**problem** [1] - 6:9
**procedurally** [4] -
23:8, 24:16, 24:20,
32:11
**proceed** [4] - 28:2,
32:7, 32:13, 36:12
**proceedings** [1] -
37:19
**PROCEEDINGS** [2] -
3:22, 4:1
**process** [3] - 4:22,
16:18, 22:3
**PROCTOR** [1] - 1:23
**produce** [1] - 18:23
**PRODUCED** [1] - 3:23
**PRODUCTS** [1] - 1:4
**proof** [14] - 14:25,
15:3, 15:23, 18:24,
20:3, 21:2, 21:22,
23:13, 26:8, 26:19,
29:8, 30:8, 36:16
**proper** [1] - 24:16
**properly** [1] - 24:20
**protected** [1] - 33:11
**prove** [2] - 4:16, 36:19

*OFFICIAL TRANSCRIPT*

**proven** [1] - 5:19
**provide** [7] - 4:15, 9:21, 12:21, 14:25, 15:1, 26:8, 26:18
**provided** [4] - 7:8, 15:3, 16:5, 19:5
**providers** [4] - 16:10, 16:12, 16:15, 17:4
**PSC** [1] - 6:18
**pull** [1] - 10:8
**purpose** [1] - 6:3
**purposes** [1] - 31:9
**pursue** [2] - 9:19, 25:11
**put** [5] - 4:23, 7:12, 10:6, 10:17, 23:15

## Q

**Quarles** [1] - 35:7
**QUINN** [1] - 3:3
**quite** [1] - 18:21

## R

**Rachel** [1] - 12:7
**RACHEL** [1] - 3:12
**RAFFERTY** [1] - 1:23
**raised** [1] - 20:15
**Randi** [1] - 29:3
**RANDI** [1] - 3:9
**RE** [1] - 1:4
**reach** [6] - 8:15, 9:9, 12:13, 25:20, 26:2, 31:1
**reach-outs** [1] - 31:1
**reached** [3] - 10:1, 20:15, 22:13
**reaching** [1] - 14:14
**read** [3] - 7:18, 24:7, 31:4
**really** [2] - 10:11, 32:10
**Realtime** [2] - 37:16, 37:21
**REALTIME** [1] - 3:18
**reargue** [1] - 33:22
**reason** [2] - 6:16, 11:21
**reasons** [2] - 24:14, 32:23
**REATH** [1] - 2:15
**Rebecca** [1] - 13:24
**received** [3] - 12:19, 26:15, 29:20
**receives** [1] - 4:22
**recently** [2] - 8:12, 13:15

**recess** [2] - 37:9, 37:12
**record** [7] - 7:10, 9:25, 10:17, 24:7, 33:23, 34:6, 37:18
**RECORDED** [1] - 3:22
**records** [39] - 15:6, 15:9, 15:10, 15:11, 15:14, 15:17, 15:21, 16:4, 16:10, 16:17, 17:1, 17:8, 17:18, 18:15, 18:17, 18:23, 19:4, 19:14, 19:16, 20:7, 20:8, 20:11, 20:14, 20:18, 20:21, 20:23, 21:21, 26:7, 26:9, 26:13, 26:20, 26:22, 27:4, 29:15, 35:22, 36:16, 36:19, 36:20
**refile** [1] - 32:17
**refiled** [1] - 32:2
**regard** [2] - 23:19, 29:24
**regarding** [4] - 11:11, 17:4, 31:20, 33:2
**REGISTERED** [1] - 3:19
**Registered** [1] - 37:16
**registered** [1] - 37:22
**related** [1] - 24:11
**RELATES** [1] - 1:7
**relative** [1] - 8:16
**remain** [2] - 27:19, 27:22
**remainder** [1] - 18:16
**remember** [1] - 29:9
**remind** [1] - 23:16
**report** [2] - 4:8, 15:18
**reported** [2] - 27:1, 34:11
**REPORTER** [3] - 3:18, 3:18, 3:19
**Reporter** [7] - 37:16, 37:16, 37:17, 37:21, 37:22, 37:22
**REPORTER'S** [1] - 37:15
**represent** [2] - 8:22, 9:14
**representative** [3] - 8:10, 8:16, 13:20
**representatives** [1] - 29:18
**represented** [5] - 7:23, 10:25, 12:6, 13:10, 23:3
**request** [6] - 7:23, 20:14, 23:10, 25:5, 29:15, 36:20

**requested** [8] - 4:18, 5:16, 12:21, 19:14, 20:18, 23:9, 25:21, 28:7
**requesting** [2] - 29:13, 29:21
**requests** [2] - 16:11, 21:20
**resolution** [1] - 35:23
**respect** [5] - 6:22, 33:24, 34:8, 36:15, 36:25
**respectfully** [2] - 23:9, 26:21, 27:5
**respond** [1] - 36:7
**responded** [1] - 31:15
**responding** [2] - 31:1, 36:6
**response** [11] - 5:15, 10:25, 11:13, 12:9, 12:11, 13:17, 23:6, 23:9, 23:15, 25:8, 35:9
**responses** [2] - 24:2, 30:22
**responsibility** [2] - 10:3, 10:4
**returned** [2] - 17:15, 25:13
**review** [1] - 30:22
**Reynolds** [2] - 18:9, 18:12
**Richard** [2] - 19:25, 20:1
**rid** [1] - 32:6
**Rider** [1] - 22:23
**rise** [1] - 37:11
**RIVAROXABAN** [1] - 1:4
**RMR** [2] - 3:18, 37:21
**road** [1] - 34:13
**Rojas** [1] - 12:7
**ROJAS** [4] - 3:12, 12:7, 12:11, 13:4
**Roland** [1] - 22:20
**Romeo** [1] - 14:22
**Ronald** [1] - 22:21
**ROOM** [1] - 3:19
**Rose** [1] - 22:23
**Ruby** [2] - 31:20, 32:2
**Rule** [1] - 4:7
**rule** [4] - 6:3, 6:6, 6:12, 37:7
**rules** [3] - 6:13, 24:22, 37:6
**ruling** [1] - 20:20

## S

**s/Cathy** [1] - 37:20
**sample** [1] - 26:20
**samples** [2] - 26:15, 35:21
**SCHNIEDERS** [1] - 3:7
**SCHOLER** [1] - 2:19
**Scott** [3] - 13:5, 16:24, 17:4
**se** [4] - 19:21, 22:7, 22:8, 22:13
**search** [1] - 14:16
**searches** [1] - 12:13
**see** [2] - 11:16, 15:13
**seem** [4] - 4:24, 5:18, 5:20, 24:16
**send** [2] - 5:4, 18:19
**sending** [1] - 14:14
**sent** [7] - 11:12, 17:15, 18:4, 19:10, 19:11, 22:14, 25:12
**separate** [1] - 32:22
**September** [3] - 9:4, 13:8, 17:14
**serve** [1] - 8:10
**served** [1] - 30:15
**set** [1] - 27:13
**several** [2] - 4:23, 15:16
**share** [1] - 32:23
**SHARKO** [1] - 2:16
**sheet** [23] - 4:15, 10:22, 10:24, 11:11, 12:2, 12:4, 12:20, 13:7, 13:10, 13:25, 14:2, 15:1, 15:2, 16:4, 17:1, 18:16, 19:4, 20:7, 24:24, 25:12, 30:14, 30:16, 32:8
**sheets** [3] - 6:4, 34:15, 34:17
**Sheila** [2] - 16:2, 16:8
**shorten** [1] - 12:23
**Show** [1] - 4:7
**SHOW** [1] - 1:10
**show** [22] - 4:12, 4:14, 5:15, 6:3, 6:6, 6:12, 12:16, 14:25, 20:8, 20:21, 22:1, 22:15, 23:6, 24:3, 26:10, 26:12, 27:11, 30:20, 35:1, 35:9, 37:7
**sick** [1] - 11:20
**sign** [1] - 21:18
**signed** [1] - 19:12
**similar** [1] - 9:2

**simply** [1] - 9:9
**simultaneously** [1] - 35:10
**Sindhu** [5] - 4:8, 4:9, 21:24, 31:5, 31:6
**SINDHU** [1] - 1:15
**Sirois** [1] - 22:23
**situation** [9] - 6:15, 8:7, 9:2, 9:6, 13:14, 14:7, 21:10, 29:1, 29:7
**situations** [1] - 31:23
**six** [2] - 18:18, 28:6
**Skinner** [1] - 22:18
**small** [1] - 18:18
**Sokol** [3] - 19:25, 20:1, 20:11
**SOL** [1] - 11:9
**someone** [1] - 10:11
**sometimes** [2] - 15:17, 26:17
**somewhat** [1] - 29:7
**somewhere** [1] - 34:13
**son** [1] - 13:19
**sons** [1] - 13:19
**sorry** [5] - 22:3, 29:10, 30:7, 30:9, 30:19
**sort** [1] - 24:16
**SOUTH** [1] - 1:24
**specific** [2] - 9:22, 35:23
**specifically** [1] - 5:11
**specifics** [1] - 31:13
**spoken** [1] - 33:24
**Stackhouse** [1] - 35:20
**stackhouse's** [2] - 35:20, 35:23
**standpoint** [1] - 12:24
**Stansbury** [1] - 22:23
**start** [1] - 5:1
**started** [1] - 20:12
**State** [1] - 37:16
**STATES** [2] - 1:1, 1:11
**States** [2] - 37:17, 37:23
**stating** [2] - 26:15, 27:7
**statute** [1] - 24:11
**stayed** [1] - 19:10
**STENOGRAPHY** [1] - 3:22
**step** [1] - 9:19
**steps** [1] - 9:22
**STEVEN** [1] - 2:20
**Stevens** [1] - 13:24
**still** [7] - 6:13, 8:18, 17:7, 26:9, 29:8,

29:12, 29:18
**stipulate** [1] - 24:17
**stipulation** [2] - 32:21, 35:10
**streamline** [1] - 4:21
**STREET** [6] - 1:20, 1:24, 2:9, 2:13, 2:20, 3:19
**stress** [1] - 17:24
**struggling** [1] - 24:20
**Stuart** [1] - 25:17
**subbing** [1] - 33:7
**subject** [1] - 24:23
**submission** [6] - 8:9, 10:16, 10:18, 12:5, 13:11, 14:3
**submit** [8] - 12:20, 15:4, 34:17, 34:18, 37:2, 37:3
**submitted** [14] - 9:5, 12:4, 12:9, 12:11, 12:22, 13:10, 15:2, 16:4, 16:11, 17:1, 18:15, 19:4, 35:22, 35:25
**substituted** [1] - 8:22
**successful** [1] - 8:19
**succession** [1] - 18:18
**suffice** [1] - 24:18
**sufficient** [1] - 20:22
**suggestion** [1] - 24:21
**SUITE** [4] - 1:16, 1:20, 1:24, 2:9
**summary** [1] - 36:3
**supplemental** [1] - 16:17
**supposed** [1] - 17:19
**survivorship** [1] - 32:3
**SUSAN** [1] - 2:16
**Sylvernia** [2] - 25:4, 25:7

### T

**technically** [1] - 24:17
**telephone** [3] - 5:13, 12:14, 35:3
**telephonically** [3] - 4:18, 5:9, 28:23
**Terry** [2] - 34:22, 34:25
**TEXACO** [1] - 2:9
**Texas** [1] - 7:4
**texting** [1] - 11:12
**THE** [76] - 1:11, 1:14, 1:23, 2:7, 2:12, 4:7, 5:6, 5:25, 6:3, 7:9, 7:14, 7:17, 7:19, 8:4,

8:7, 8:20, 9:6, 9:20, 9:25, 10:17, 11:3, 11:5, 11:18, 12:10, 12:23, 13:22, 14:18, 15:16, 16:7, 16:20, 17:10, 17:21, 18:10, 18:25, 19:6, 19:17, 19:22, 20:23, 21:1, 21:10, 22:4, 22:6, 22:10, 22:17, 22:25, 23:19, 24:6, 25:1, 25:15, 25:23, 27:12, 27:21, 28:3, 28:9, 29:1, 29:6, 29:24, 30:18, 31:3, 31:6, 31:12, 31:19, 32:12, 32:19, 32:25, 33:10, 34:20, 34:24, 35:2, 35:15, 35:17, 35:25, 36:14, 36:22, 37:3, 37:11
**therefore** [2] - 12:17, 12:21
**they've** [1] - 11:1
**THIS** [1] - 1:7
**THOMAS** [1] - 1:23
**three** [8] - 5:11, 24:2, 30:11, 30:14, 30:15, 30:18, 32:3, 33:5
**throughout** [1] - 26:9
**tick** [1] - 7:9
**tie** [1] - 37:8
**Timothy** [1] - 16:24
**TO** [3] - 1:7, 1:10, 4:4
**today** [2] - 22:16, 37:1
**together** [1] - 22:11
**Tommie** [1] - 22:18
**took** [1] - 37:12
**tornado** [4] - 7:4, 21:17, 21:18, 21:23
**Totten** [1] - 27:23
**TOTTEN** [1] - 27:24
**touch** [5] - 10:4, 11:23, 17:22, 24:14, 25:9
**Tracy** [2] - 21:8, 21:12
**TRANSCRIPT** [2] - 1:10, 3:22
**transcript** [1] - 37:18
**transcripts** [1] - 10:10
**tremendous** [1] - 19:9
**tried** [3] - 11:12, 14:11, 14:13
**Trina** [3] - 22:19, 23:3, 23:17
**trouble** [2] - 8:9, 18:14
**true** [1] - 37:18
**try** [8] - 4:21, 4:23, 8:10, 8:15, 11:15, 12:21, 14:17, 18:23

**trying** [9] - 6:9, 11:10, 14:9, 16:17, 17:3, 17:7, 19:9, 29:8, 29:9
**TUESDAY** [2] - 1:6, 4:2
**turned** [1] - 32:8
**two** [9] - 27:9, 27:18, 31:21, 31:23, 32:22, 33:5, 33:13, 33:18, 35:6
**TX** [1] - 1:16

### U

**unable** [6] - 7:4, 9:9, 11:1, 13:11, 14:4, 17:5
**undeliverable** [1] - 17:15
**under** [2] - 7:25, 24:22
**understood** [2] - 10:15, 36:11
**undertaken** [1] - 10:16
**unfortunately** [2] - 21:16, 26:15
**United** [2] - 37:17, 37:23
**UNITED** [2] - 1:1, 1:11
**unopposed** [1] - 5:2
**unsuccessful** [2] - 8:13, 13:17
**up** [7] - 5:19, 10:8, 10:10, 14:9, 29:10, 36:22, 37:8
**UPADHYA** [10] - 3:3, 8:5, 8:8, 8:24, 9:7, 9:21, 10:15, 10:19, 13:13, 13:23
**Upadhya** [2] - 8:5, 9:7
**Uphadya** [1] - 13:13
**URQUHART** [1] - 2:8
**usage** [1] - 16:18

### V

**VANESSA** [1] - 2:23
**Vera** [1] - 22:18
**via** [1] - 12:13
**Vicknair** [2] - 18:12, 25:6
**VICKNAIR** [3] - 3:16, 18:11, 25:6
**visit** [2] - 21:4, 36:3
**Vivek** [2] - 8:5, 13:13
**VIVEK** [1] - 3:3
**vivek** [1] - 9:7
**Voncille** [1] - 22:22

### W

**wait** [1] - 19:22
**Walgreen's** [1] - 18:20
**Walker** [1] - 22:19
**walking** [1] - 27:6
**Warren** [1] - 26:4
**WARSHAUER** [1] - 1:19
**website** [4] - 10:7, 10:8
**weeks** [1] - 19:12
**WEST** [1] - 2:20
**whatsoever** [1] - 9:11
**WHEREUPON** [1] - 37:12
**widow** [1] - 20:16
**Wiggers** [1] - 22:24
**withdraw** [5] - 23:4, 23:7, 23:16, 30:12, 33:9
**Wolf** [1] - 22:19
**WOLF** [1] - 3:12
**written** [3] - 8:9, 10:16, 10:18

### X

**Xarelto** [24] - 4:16, 15:10, 15:15, 15:19, 16:5, 16:18, 17:2, 18:24, 19:4, 20:8, 20:21, 23:14, 26:8, 26:20, 26:23, 26:24, 27:2, 27:7, 27:11, 29:19, 30:8, 34:10, 35:22, 36:16
**XARELTO** [1] - 1:4

### Y

**year** [1] - 17:5
**years** [1] - 27:9
**YORK** [1] - 2:21

### Z

**Zachery** [1] - 22:19
**Zachery-Broadnax** [1] - 22:19

*OFFICIAL TRANSCRIPT*