IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IIN RE: XARELTO (RIVAROXABAN) : PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| BARBARA WOMACK | Civil Action No.: 2:15-cv-04075 |
| -Plaintiff- | |
| v. | |
| JASSEN RESEARCH & DEVELOPMENT, LLC et al | NOTICE OF COMPLIANCE |
| -Defendant- | |

## NOTICE OF COMPLIANCE

The Plaintiff, Barbara Womack, in the above-captioned matter gives notice that she complied with the defendant's discovery requests as of 03/18/2016

Dated: 03/24/2016

                                                       s/ Randi Kassan, Esq.
                                                      SANDERS VIENER GROSSMAN, LLP
                                                      Randi A. Kassan, Esq.
                                                      Marc D. Grossman, Esq.
                                                      100 Herricks Road, Mineola, NY 11501
                                                      Tel: (516) 741-5600
                                                      Fax: (516) 741-0128
                                                      rkassan@thesandersfirm.com
                                                      mgrossman@thesandersfirm.com

                                                      Counsel for Plaintiff

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing *Notice of Compliance* has been electronically filed and served on defendants.

Dated: 03/24/2016

          s/ Randi Kassan, Esq.
          SANDERS VIENER GROSSMAN, LLP
          Randi A. Kassan, Esq.
          Marc D. Grossman, Esq.
          100 Herricks Road, Mineola, NY 11501
          Tel: (516) 741-5600
          Fax: (516) 741-0128
          rkassan@thesandersfirm.com
          mgrossman@thesandersfirm.com

          Counsel for Plaintiff