**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IIN RE: XARELTO (RIVAROXABAN) :<br>PRODUCTS LIABILITY LITIGATION | |
| | MDL No. 2592 |
| YESENIA RODRIGUEZ | Civil Action No.: 2:15-cv-04065 |
|         -Plaintiff- | |
| v. | |
| JASSEN RESEARCH & DEVELOPMENT, LLC et al | **NOTICE OF COMPLIANCE** |
|         -Defendant- | |

**NOTICE OF COMPLIANCE**

     The Plaintiff, Yesenia Rodriguez, in the above-captioned matter gives notice that she complied with the defendant's discovery requests as of 03/24/2016

Dated: 03/24/2016

                                 s/ Randi Kassan, Esq.
                                 SANDERS VIENER GROSSMAN, LLP
                                 Randi A. Kassan, Esq.
                                 Marc D. Grossman, Esq.
                                 100 Herricks Road, Mineola, NY 11501
                                 Tel: (516) 741-5600
                                 Fax: (516) 741-0128
                                 rkassan@thesandersfirm.com
                                 mgrossman@thesandersfirm.com

                                 Counsel for Plaintiff

## **CERTIFICATION**

I hereby certify that a copy of the foregoing *Notice of Compliance* has been electronically filed and served on defendants.

Dated: 03/24/2016

s/ Randi Kassan, Esq.
SANDERS VIENER GROSSMAN, LLP
Randi A. Kassan, Esq.
Marc D. Grossman, Esq.
100 Herricks Road, Mineola, NY 11501
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@thesandersfirm.com
mgrossman@thesandersfirm.com

Counsel for Plaintiff