UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
_____ :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Rebecca Bruce, Individually and on Behalf of Marian Bruce v. Janssen Research & Development, LLC et al;*

Civil Action No. 2:15-cv-6093

### MOTION FOR EXTENSION OF TIME TO SATISFY
### PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW the Plaintiff Rebecca Bruce, Individually and on Behalf of Marian Bruce, by and through the undersigned counsel and respectfully moves this Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency deadline to April 25, 2016. The deadline is presently set for March 25, 2016. This is an insufficient time to gather the inadvertently missing medical records. Accordingly, Plaintiff's counsel requests an extension of the deadline to April 25, 2016.

In support of their motion. Plaintiff's counsel states that it cannot meet the current deadline of March 25, 2016 due to circumstances beyond its control. Specifically, Plaintiff's counsel is waiting for various health-care providers to respond to outstanding requests for additional medical records, which were requested some time ago. Despite diligent effort to obtain these records from these health-care providers require time to procure them for

production. This is Plaintiff's first motion requesting an extension of time an extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff fact Sheet Deficiency deadline until April 25, 2016.

Dated: March 24, 2016.

                                      Respectfully Submitted,

                                      */s/ Andrew B. Sommerman*
SOMMERMAN & QUESADA, LLP
Andrew B. Sommerman
Texas State Bar No. 18842150
3811 Turtle Creek Blvd. Ste. 1400
Dallas, TX 75219
214/720-0720 (Telephone)
214/720-0184 (Fax)
Andrew@textrial.com

### CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 24th day of March 2016.

                                      */s/ Andrew B. Sommerman*
Andrew B. Sommerman