UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :     MDL No. 2592
                                 :
                                 :     SECTION L
                                 :
                                 :     JUDGE ELDON E. FALLON
                                 :
                                 :     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Rebecca Bruce, Individually and on Behalf of Marian Bruce v. Janssen Research & Development, LLC et al;*

Civil Action No. 2:15-cv-6093

## PROPOSED ORDER GRANTING EXTENSION TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

BEFORE THE COURT is Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon Consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies is GRANTED. The deadline to submit the Plaintiff Fact Sheet Deficiencies is now set for April 25, 2016.

Dated:_____                          _____
                                             Judge Eldon E. Fallon