UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> JURY TRIAL DEMANDED |

**This Document Relates To:**

ROBERTA LAWRENCE
Case No. 2:16-cv-01063

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Roberta Lawrence, in the above referenced civil action, by and through her undersigned counsel, files a Motion for Voluntary Dismissal without Prejudice, pursuant to Federal Rule of Civil Procedure 41 (a)(2), against all Defendants, with each party to bear its own costs.

Dated: March 24, 2016

Respectfully submitted,

By: /s/ *Derek H. Potts*
Derek H. Potts
The Potts Law Firm
100 Waugh Drive Suite 350
Houston, TX 77007
(713) 963-8881
DPotts@potts-law.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

   I hereby certify that on this 24th day of March, 2016, a copy of the foregoing Motion for Voluntary Dismissal has contemporaneously been served on all parties of their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 24, 2016           Respectfully submitted,

                   By: /s/ *Derek H. Potts*
                   Derek H. Potts
                   The Potts Law Firm
                   100 Waugh Drive Suite 350
                   Houston, TX 77007
                   (713) 963-8881
                   DPotts@potts-law.com
                   Counsel for Plaintiff