## UNITED STATES DISTRICT COURT
## EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| | JURY TRIAL DEMANDED |

**This Document Relates To:**

**ROBERTA LAWRENCE**
**Case No. 2:16-cv-01063**

## ORDER

THIS MATTER, having come before the Court on Plaintiff Roberta Lawrence's Motion for Voluntary Dismissal without Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Roberta Lawrence's Motion for Voluntary Dismissal without Prejudice is GRANTED, each party to bear their own attorneys' fees and costs.

Dated:_____         _____
                                                                            Judge