UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| | JURY TRIAL DEMANDED |

**This Document Relates To:**

ROBERTA LAWRENCE
Case No. 2:16-cv-01063

### PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF VOLUNTARY MOTION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Local Rule 7.4, Plaintiff Robert Lawrence, and the undersigned counsel respectfully move this Court for leave to file the attached memorandum in support of her Motion for Voluntary Dismissal without Prejudice, filed in this court on March 24, 2016.

Dated: March 24, 2016

Respectfully submitted,

By: /s/ *Derek H. Potts*
Derek H. Potts
The Potts Law Firm
100 Waugh Drive Suite 350
Houston, TX 77007
(713) 963-8881
DPotts@potts-law.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2016, a copy of the foregoing Motion for Leave to File Memorandum in Support of Motion for Voluntary Dismissal has contemporaneously been served on all parties of their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 24, 2016　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Derek H. Potts*
　　　　　　　　　　　　　　　　　　　　　　Derek H. Potts
　　　　　　　　　　　　　　　　　　　　　　The Potts Law Firm
　　　　　　　　　　　　　　　　　　　　　　100 Waugh Drive Suite 350
　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77007
　　　　　　　　　　　　　　　　　　　　　　(713) 963-8881
　　　　　　　　　　　　　　　　　　　　　　DPotts@potts-law.com
　　　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff