# UNITED STATES DISTRICT COURT
# EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| | JURY TRIAL DEMANDED |

**This Document Relates To:**

**ROBERTA LAWRENCE**
**Case No. 2:16-cv-01063**

## ORDER

THIS MATTER, having come before the Court on Plaintiff Roberta Lawrence's Motion for Leave to File Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal without Prejudice, and the Court being fully advised on the premises regarding the same:

ORDERS the Plaintiff, Roberta Lawrence's Motion for Leave to File Memorandum in support of Plaintiff's Motion for Voluntary Dismissal without Prejudice is GRANTED.

Dated:_____        _____
                                                                    Hon. Eldon E. Fallon