UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
                                    :   MAGISTRATE JUDGE NORTH
                                    :

THIS DOCUMENT RELATES TO:           JURY TRIAL DEMAND

*SAMUEL MEANS, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF ETTA MEANS, DECEASED*
Cause No.: 2:15-cv-04568

### MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE A PLAINTIFF FACT SHEET

COMES NOW, Rachal G. Rojas of Matthews & Associates, and files this Motion to Withdraw Plaintiff's Motion for Extension to Serve a Plaintiff Fact Sheet:

1. On March 11, 2016 Plaintiff filed his Motion for Extension of Time to Serve a Plaintiff Fact Sheet [DE 2734] and proposed order.

2. On March 16, 2016, the Court held a hearing on the Motion to Show Cause [DE 2425].

3. At the hearing it was ordered that Plaintiff Means would be allowed an additional thirty (30) days to serve a Plaintiff Fact Sheet, rendering the Motion for Extension of Time to Serve a Plaintiff Fact Sheet moot.

4. For the reason outlined above, Plaintiff requests that his Motion for Extension of Time to Serve a Plaintiff Fact Sheet be withdrawn.

1

WHEREFORE, Matthews & Associates moves this Court grant Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time to Serve a Plaintiff Fact Sheet.

Dated: <u>March 24, 2016</u>                                    Respectfully submitted,

                <u>/s/ Rachal G. Rojas</u>
DAVID P. MATTHEWS
Texas Bar No.: 13206200
STEVE FARIES
Texas Bar No.: 24040884
RACHAL G. ROJAS
Texas Bar No.: 24063161
Matthews & Associates
2905 Sackett St.
Houston, TX  77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
sfaries@dpmlawfirm.com
rrojas@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2016, the foregoing document was filed with the Clerk via CM/ECF.  Notice of this filing will be sent by operation of the Court's electronic filings system to all parties indicated on the electronic filings receipt. Parties may access this filing through the Court's system.

<u>/s/ Rachal G. Rojas</u>
Rachal G. Rojas