UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO: 2592 * *  MASTER DOCKET CASE: *  2:14-md-02592 |
| THIS DOCUMENT RELATES TO: CASE NUMBER 2:15-cv-02427 | * * *  JUDGE: ELDON E. FALLON * *  MAG. JUDGE *  MICHAEL NORTH * *  <u>JURY TRIAL DEMANDED</u> |

**************************************************************************

## **ORDER**

THIS MATTER having come before this Court in Plaintiff's Response to Order to Show Cause and Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies on March 16, 2016, upon consideration of the pleadings and all documents related to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that the request that Plaintiff be granted an additional sixty (60) days to produce proof of Xarelto use.

NEW ORLEANS, LOUISIANA this ____ day of _____, 2016.

_____
JUDGE ELDON E. FALLON

1