UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO: 2592 |
| | * | MASTER DOCKET CASE: 2:14-md-02592 |
| THIS DOCUMENT RELATES TO: CASE NUMBER 2:15-cv-05007 | * * * | |
| | * * | JUDGE: ELDON E. FALLON |
| | * * * | MAG. JUDGE MICHAEL NORTH |
| | * | JURY TRIAL DEMANDED |

*************************************************************************

## ORDER

THIS MATTER having come before this Court in Plaintiff's Response to Order to Show Cause for failure to submit a plaintiff fact sheet on March 16, 2016, upon consideration of the pleadings and all documents related to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that the request that the plaintiff, Sylvernia Harps', claim in this matter is hereby dismissed with prejudice.

NEW ORLEANS, LOUISIANA this ____ day of _____, 2016.

_____
JUDGE ELDON E. FALLON

1