UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION | )<br>)<br>)   MDL No. 2592<br>)<br>)   SECTION: L<br>)<br>)   JUDGE ELDON E. FALLON<br>)<br>)   MAGISTRATE JUDGE NORTH<br>) |

**THIS DOCUMENT RELATES TO:**

*Mamie Mabon v. Janssen Research & Development, LLC, et al.*
**CIVIL ACTION NO.: 2: 15-cv-06263**

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a) of the *Federal Rules of Civil Procedure*, hereby informs the Honorable Court of the death of the Plaintiff, Mamie Mabon.

Dated: March 25, 2016

                                                   Respectfully submitted,

                                                   **GRANT & EISENHOFER P.A.**

                         By*:*   */s/ M. Elizabeth Graham*
                                  Jay W. Eisenhofer
                                  **GRANT & EISENHOFER P.A.**
                                  485 Lexington Avenue, 29th Floor
                                  New York, NY  10017
                                  Telephone: 646-722-8500
                                  Facsimile:  646-722-8501
                                  jeisenhofer@gelaw.com

M. Elizabeth Graham
Thomas V. Ayala
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) , Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: March 25,, 2016

By:   /s/ M. Elizabeth Graham