# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**         **JURY TRIAL DEMANDED**

*Ruth Powell v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-01864**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Deb Boop on behalf of her deceased mother, Ruth Powell.

1. Ruth Powell filed a products liability lawsuit against the defendants on January 8, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Ruth Powell died on June 15, 2015.

3. Ruth Powell's products liability action against defendants survived her death and was not extinguished.

4. Deb Boop, daughter of Ruth Powell, is a proper party to substitute for plaintiff-decedent Ruth Powell and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Deb Boop requests that this Court grant her request for substitution as plaintiff in this action.

1

Dated: March 25, 2016

                        Respectfully Submitted,

                        BARTIMUS, FRICKLETON and ROBERTSON, P.C.

                        By: */s/ Michelle Marvel*_____

                        Michelle Marvel        MO # 59815     KS #23511
                        11150 Overbrook Road, Suite 200
                        Leawood, KS 66211
                        (913) 266-2300
                        (913) 266-2366 Facsimile
                        mmarvel@bflawfirm.com

                        GOZA & HONNOLD, L.L.C

                        By: */s/ Bradley D. Honnold*_____
                        Kirk J. Goza           MO # 32475
                        Bradley D. Honnold    MO # 39818
                        11181 Overbrook Road, Suite 200
                        Leawood, KS 66211
                        (913) 451-3433 Telephone
                        kgoza@gohonlaw.com
                        bhonnold@gohonlaw.com

                        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I hereby certify that on March 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

___/s/ *Michelle Marvel* _____