UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
 :
 : SECTION L
 :
 : JUDGE ELDON E. FALLON
 :
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO: **JURY TRIAL DEMANDED**

*Ruth Powell v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-01864**

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Ruth Powell. Counsel learned of the death during the pendency of this action. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Deb Boop, who is the daughter of Ruth Powell.

Dated: March 25, 2015

>Respectfully Submitted,
>
>BARTIMUS, FRICKLETON and ROBERTSON, P.C.
>
>By: */s/ Michelle Marvel*_____
>Michelle Marvel  MO # 59815  KS #23511
>11150 Overbrook Road, Suite 200
>Leawood, KS 66211
>(913) 266-2300
>(913) 266-2366 Facsimile
>mmarvel@bflawfirm.com

1

GOZA & HONNOLD, L.L.C

By: */s/ Bradley D. Honnold*_____
Kirk J. Goza          MO # 32475
Bradley D. Honnold    MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFFS


**CERTIFICATE OF SERVICE**

    I hereby certify that on March 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


___/s/ *Michelle Marvel* _____