UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** : | **MDL No. 2592** |
| : | **SECTION L** |
| : | **JUDGE ELDON E. FALLON** |
| : | **MAGISTRATE JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO** : | **JURY TRIAL DEMANDED** |
| RUTH POWELL : | |
| Case #: 2:16-CV-01864- EEF- MB | |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1. Counsel for Plaintiff's motion is GRANTED

2. DEB BOOP, as daughter of RUTH POWELL, is substituted as Plaintiff in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on _____.

                                                                            JUDGE ELDON E. FALLON

Cc: All counsel of record