UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Larry Mulkey (16-0956)* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OPPOSITION TO MOTION FOR EXTENSION
OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC ("Janssen Defendants"), Johnson & Johnson ("J&J"), Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG ("Bayer Defendants") collectively referenced as "Defendants," through undersigned counsel, respectfully submit the instant Opposition to Plaintiff Larry Mulkey's ("Plaintiff") Motion for Extension of Time to Submit Plaintiff Fact Sheet. (Rec. Doc. No. 2443).

As explained *infra*, Plaintiff's request for an extension of time to submit the PFS should be denied because, as repeatedly emphasized by the Court, (1) timely submission of the completed PFSs is *essential* to this litigation; and (2) at this point in the litigation, plaintiffs who have made claims now need to provide proof that they belong in this MDL.

- 1 -

First, the Court has repeatedly emphasized that the timely submission of Plaintiff Fact Sheets is an essential step in this litigation and that the failure to submit a completed PFS will result in the dismissal of the case. *See* November 20, 2015 Status Conf. Tr. at 8:15-19 ("**[I]f the fact sheets are not going to be filled out, then I will be dismissing cases. I will dismiss the case. My intent is to dismiss the case with prejudice, not without prejudice**."); October 21, 2015 Status Conf. Tr. at 6:1-6 (again noting that failure to timely file PFSs will result in dismissal of cases).

Furthermore, the Court has explicitly recognized the important role of plaintiff fact sheets in determining whether plaintiffs who have made claims in the MDL are properly in this litigation.

> Also, with the fact sheets, we find in some of these types of cases, particularly with the pharmaceutical drug cases, there are individuals who have made claims, but they haven't taken the drug. They may have taken another drug, and they may be entitled to be in another MDL proceeding, but not in this proceeding, and the fact sheets are helpful in determining that aspect of the situation, so that those cases can be moved out of the system.

*See* November 20, 2015 Status Conf. Tr. at 9:1-8.

Here, Plaintiff asserts the need to request substitution of a party for Plaintiff and compile the necessary information for the PFS, and requests until June 1, 2016, to do so; however, Plaintiff's Motion provides no further detail as to why such a substantial amount of additional time is needed. (Rec. Doc. No. 2443). Thus, in this matter, there is a clear absence of proof that Plaintiff belongs in this litigation.

Accordingly, Defendants respectfully request that the Court deny Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet. (Rec. Doc. No. 2443).

- 3 -

Respectfully submitted,

KAYE SCHOLER LLP

By: /s/ *William Hoffman*
    William Hoffman
    Steven Glickstein
    KAYE SCHOLER LLP
    The McPherson Building
    901 Fifteenth Street, NW
    Washington, DC 20005
    Telephone: (202) 682-3550
    Facsimile: (202) 414-0355
    william.hoffman@kayescholer.com

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
    Susan M. Sharko
    DRINKER BIDDLE & REATH LLP
    600 Campus Drive
    Florham Park, NJ 07932-1047
    Telephone: (973) 549-7000
    Facsimile:  (973) 360-9831
    susan.sharko@dbr.com

                                                      IRWIN FRITCHIE URQUHART & MOORE LLC

                                                      By: /s/ *James B. Irwin*
                                                           James B. Irwin
                                                           Kim E. Moore
                                                           IRWIN FRITCHIE URQUHART
                                                           & MOORE LLC
                                                           400 Poydras Street
                                                           Suite 2700
                                                           New Orleans, LA 70130
                                                           Telephone: (504) 310-2100
                                                           Facsimile:  (504) 310-2120
                                                           jirwin@irwinllc.com

                                                      CHAFFE MCCALL L.L.P.

                                                     By: /s/ *John F. Olinde*
                                                           John F. Olinde
                                                           CHAFFE McCALL L.L.P.
                                                           1100 Poydras Street
                                                           Suite 2300
                                                           New Orleans, LA 70163
                                                           Telephone: (504) 585-7241
                                                           Facsimile: (504) 544-6084
                                                           olinde@chaffe.com


                                                    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 25, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                   */s/ James B. Irwin*
                                                   **James B. Irwin**