## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

JAMIE PENNIX

                Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-
MCNEIL-JANSSEN PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY BAYER
HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG, BAYER CORPORATION,
BAYER HEALTHCARE LLC, BAYER
HEALTHCARE AG, and BAYER AG

                Defendant(s)

MDL NO. 2592

SECTION:   L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

STIPULATION OF DISMISSAL
WITH PREJUDICE

CIVIL ACTION NO. 2:15-CV-04755

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel hereby stipulate that Plaintiff's complaint against Defendants be dismissed with prejudice and with each party to bear its own costs.

By: /s/ Randi Kassan
    SANDERS PHILLIPS GROSSMAN
    Randi Kassan, Esq.
    100 Garden City Plaza, Suite 500
    Garden City, NY 11530
    P: (516) 741-5600
    F: (516) 741-0128
    mgrossman@thesandersfirm.com
    rkassan@thesandersfirm.com

    *Counsel for Plaintiff*
    *Jamie Pennix*

Dated: March 25, 2016

By: /s/ Susan M. Sharko
    Drinker, Biddle & Reath, LLP
    Susan M. Sharko
    600 Campus Dr.
    Florham Park, NJ 07932-1047
    P: (973) 549-7350
    Susan.Sharko@DBR.COM

    *Counsel for Defendant*

Dated: March 23, 2016

By: /s/ Steven Jay Glickstein
    KAYE, SCHOLER, LLP
    Steven Jay Glickstein
    250 West 55th Street
    New York, NY 10019
    P: (212) 836-8000
    steven.glickstein@kayescholer.com

    *Counsel for Defendant*

Dated: March 25, 2016