# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IIN RE: XARELTO (RIVAROXABAN) : PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| DONALD ARSENAU | Civil Action No.: 2:15-cv-03798 |
| -Plaintiff- | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC et al | NOTICE OF COMPLIANCE |
| -Defendant- | |

## NOTICE OF COMPLIANCE

The Plaintiff, Donald Arseneau, in the above-captioned matter gives notice that she complied with the defendant's discovery requests as of 03/25/2016

Dated: March 28, 2016

                                            s/ Randi Kassan, Esq.
                                            SANDERS VIENER GROSSMAN, LLP
                                            Randi A. Kassan, Esq.
                                            Marc D. Grossman, Esq.
                                            100 Herricks Road, Mineola, NY 11501
                                            Tel: (516) 741-5600
                                            Fax: (516) 741-0128
                                            rkassan@thesandersfirm.com
                                            mgrossman@thesandersfirm.com

                                            Counsel for Plaintiff

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing *Notice of Compliance* has been electronically filed and served on defendants.

Dated: March 28, 2016

                        s/ Randi Kassan, Esq.
                        SANDERS VIENER GROSSMAN, LLP
                        Randi A. Kassan, Esq.
                        Marc D. Grossman, Esq.
                        100 Herricks Road, Mineola, NY 11501
                        Tel: (516) 741-5600
                        Fax: (516) 741-0128
                        rkassan@thesandersfirm.com
                        mgrossman@thesandersfirm.com

                        Counsel for Plaintiff