UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

DELORES DACE
2:15-cv-06099

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW counsel for Plaintiff Delores Dace, now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves to substitute Glen Dace, the surviving spouse and successor of Plaintiff Delores Dace, as the Executor of the Estate of Delores Dace and to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(A).

1. Plaintiff Delores Dace's individual Complaint was filed on November 19, 2015. Summonses were issued to all Defendants by the Court on October 13, 2015.

9. Counsel for Plaintiff Delores Dace filed the Notice and Suggestion of Death on January 26, 2016. [Doc. 1983].

10. Plaintiff Delores Dace is deceased, and counsel for Plaintiff moves to substitute Glen Dace as Personal Representative of the Estate of Delores Dace, as Plaintiff in the present action.

11. Because there have been no prior amendments to Plaintiff's Complaint and this Motion is filed within the applicable time limits set forth in Rule 15(a)(1)(A), counsel moves for this motion to be granted as a matter of course.

WHEREFORE, counsel for Plaintiff Delores Dace respectfully requests the Court grant Plaintiff's Motion to Substitute Glen Dace as the Personal Representative of the Estate of Delores Dace and to permit Plaintiff to file a First Amended Joint Complaint.

Respectfully submitted,

**BURNETT LAW FIRM**

By: */s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail: rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail: acollins@rburnettlaw.com
55 Waugh Drive, Suite 803
Houston, Texas 77007
Telephone: (832) 413-4410
Facsimile: (832) 900-2120
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2016, a copy of the above and foregoing Notice has contemporaneously with, or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.