**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**<br><br>BERNADINE & CLARENCE GEITZ,<br>DAVID & ALLIE BYRAM, and<br>JULIAN & YONA SALGBERG,<br><br>    Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT,<br>LLC, ET AL.,<br><br>    Defendants. | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON  MAG. JUDGE: MICHAEL NORTH<br><br>**Case No. 2:15-cv-01796-EEF-MBN** |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

COME NOW Plaintiffs, Bernadine & Clarence Geitz, David & Allie Byram, and Julian & Yona Salberg, by and through their attorney Seth Webb and Brown & Crouppen, P.C., and, pursuant to Federal Rule of Civil Procedure 15, respectfully seek leave to amend their complaint to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Exemplar Bundled Complaint filed in this Court in PTO 11D.  Plaintiffs also wish to remove plaintiffs Lane & Linda Walsh, Vaughn & Susan Crawford, and Leon Jones as party Plaintiffs because their cases have been voluntarily dismissed.  In support of their motion, plaintiffs state as follows:

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the opposing party's written consent or the Court's leave when justice so requires.  On March 25,

2016, Kelly Brilleaux, an associate of Defendants' Liaison Counsel, indicated vie email correspondence that Defendants do not oppose Plaintiffs' Amended Complaint.

    WHEREFORE, Plaintiffs pray that this Court enter the Proposed Order tendered herewith granting leave to file the Amended Complaint and Jury Demand and directing the Clerk of the Court to enter the Amended Complaint into the record of this matter.

Dated: <u>March 28, 2016</u>　　　　　　　　　　　　　　Respectfully submitted,

                                              <u>/s/ Seth S. Webb</u>
                                              **Seth S. Webb #51236**
                                              BROWN AND CROUPPEN, PC
                                              211 N. Broadway, Suite 1600
                                              St. Louis, MO 63102
                                              (314)421-0216
                                              SethW@getbc.com
                                              **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the forgoing Motion for Leave to Amend Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              <u>/s/ Seth S. Webb</u>
                                              Seth S. Webb
                                              Attorney for Plaintiffs