**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** | **MDL No. 2592** |
| BERNADINE & CLARENCE GEITZ, DAVID & ALLIE BYRAM, and JULIAN & YONA SALGBERG, <br><br>        Plaintiffs, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL., <br><br>        Defendants. | SECTION: L <br><br> JUDGE: ELDON E. FALLON MAG. JUDGE: MICHAEL NORTH <br><br> **Case No. 2:15-cv-01796-EEF-MBN** |

## ORDER

     **IT IS ORDERED** that the Unopposed Motion for Leave to File Amended Complaint

filed by Plaintiffs is hereby GRANTED, and the Clerk of Court is ordered to file the Amended

Complaint into the record in this matter.

     ORDERED AND SIGNED this _____ day of _____, 2015.


                                     _____

                                      UNITED STATES DISTRICT JUDGE