UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

**IT IS ORDERED** that lead and liaison counsel for the parties shall attend the telephone status conference set for Monday, March 28, 2016, at 3:30. The call-in number for the conference is 877-336-1839; access code 4227405; security code 032816.

New Orleans, Louisiana this 28th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE