UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **JURY TRIAL DEMANDED** |

GLORIA ROBINSON
Civil Action No.: 2:15-cv-6937

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Kennedy Hodges, LLP pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby respectfully requests permission to withdraw as counsel for Plaintiff Gloria Robinson in the above-styled case. In support of said Motion, Counsel for Plaintiff states as follows:

1. Plaintiff Robinson retained the services of Kennedy Hodges, LLP to represent her in the Xarelto Multidistrict Litigation for her claim.

2. On December 17, 2015, the undersigned filed a complaint under Case Number 2:15-cv-6937.

3. On December 28, 2015, Kennedy Hodges, LLP sent a letter to Plaintiff requesting information essential to litigating her case.

4. On January 22, 2016, Counsel attempted to reach Plaintiff by phone and left a voicemail advising client that Counsel lacked requisite information to further prosecute her case.

1

5. On February 12, 2016, Counsel attempted to reach Plaintiff again by phone and Plaintiff did not answer. Counsel left a voicemail message requesting Plaintiff to provide the above mentioned information.

6. On February 15, 2016, Counsel sent correspondence to Plaintiff via certified mail requesting that she contact Kennedy Hodges, LLP by February 26 regarding her claim and the above requested information. Kennedy Hodges, LLP warned that Plaintiff's failure to respond could result in the law firm being forced to withdraw as counsel on behalf of Plaintiff.

7. On February 15, 2016 Counsel attempted to reach Plaintiff on the phone. Counsel informed Plaintiff via voicemail that if Plaintiff did not contact the firm, Counsel would be forced to withdraw from her case.

8. On February 25, 2016 Counsel called Plaintiff and left a voicemail requesting Plaintiff call Counsel prior to withdrawing from her case.

9. On March 23, 2016 Counsel called Plaintiff to inform her Counsel will withdraw from her case. Plaintiff hung up the phone on Counsel; therefore, Counsel was unsuccessful communicating with Plaintiff.

10. To date, Plaintiff has not provided the information requested or otherwise responded to the correspondence or phone calls.

11. On information and belief, Plaintiff's current mailing address is: 2720 S.E. 59th St. Ocala, Florida 34480.

12. For the foregoing reasons, Plaintiff failed substantially to fulfill an obligation to her attorney.

13. Further, Kennedy Hodges gave Plaintiff reasonable warning of the law firm's intent to withdraw unless Plaintiff fulfilled the obligation to share information and communicate with her attorneys.

WHEREFORE, Kennedy Hodges, LLP, by and through undersigned counsel respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Dated: March 29, 2016

>Respectfully submitted,
>
>KENNEDY HODGES, LLP
>
>By: /s/ Gabriel A. Assaad
>Gabriel A. Assaad
>gassaad@kennedyhodges.com
>711 W. Alabama St.
>Houston, TX 77006
>Telephone: (713) 523-0001
>Facsimile: (713) 523-1116
>
>ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2016 I caused the foregoing document to be electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that I caused this motion and related correspondence to be sent via certified mail to Gloria Robinson at 2720 S.E. 59th St. Ocala, Florida 34480, notifying her of all deadlines and court appearances.

/s/ Gabriel A. Assaad
Gabriel A. Assaad