UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>GLORIA ROBINSON<br>Civil Action No.: 2:15-cv-6937 | **JURY TRIAL DEMANDED** |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel of Records for the above-captioned case,

IT IS HEREBY ORDERED that Kennedy Hodges, LLP is withdrawn as Plaintiff's attorney of record.

Signed, this _____ day of _____ , 2016

_____
Hon. Eldon E. Fallon
U.S. District Court Judge

1