UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| _____ ) | SECTION: L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | MAG. JUDGE NORTH |
| Henry v. Janssen Research & ) | |
| Development, LLC, et al ) | |
| 2:15-CV-00224 ) | |
| _____ ) | |

**MOTION FOR SUBSTITUTION OF THE PROPER PARTY**

Plaintiff, James Henry, by counsel, moves for substitution of the proper party in this case pursuant to Federal Rule of Civil Procedure 25(a). Plaintiff William Henry died on August 23, 2015. On January 29, 2016, Plaintiff James Henry was appointed as the personal representative of Williams' estate. The attached Statement Noting Death is the first statement noting death to be filed or served in this matter. **Ex. 1,** Statement Noting Death. Plaintiff seeks an order from the Court substituting William's estate as the Plaintiff.

According to Federal Rule of Civil Procedure 25(a)(1), "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

For good cause shown, Plaintiffs respectfully request the Court to order substitution of the Estate and for the Clerk to file the attached Amended Complaint. **Ex. 2**, Amended Complaint.

DATED: <u>March 30, 2016</u>

By: <u>/s/ *Ronald E. Johnson, Jr.*</u>
Ronald E. Johnson, Jr. (88302)
rjohnson@pschachter.com
Sarah N. Emery (94261)
semery@pschachter.com
Schachter Hendy & Johnson, PSC
909 Wright's Summit Parkway, Ste. #210
Ft. Wright, KY 41011
Telephone: (859) 578-4444
Facsimile: (859) 578-4440
*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

                                                  */s/ Ronald E. Johnson, Jr*_____
                                                  Ronald E. Johnson, Jr. (88302)