UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592 |
| _____ | | SECTION: L |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Henry v. Janssen Research & Development, LLC, et al 2:15-CV-00224 _____ | ) ) ) ) ) | MAG. JUDGE NORTH |

**STATEMENT NOTING DEATH**

Plaintiff, James Henry, by counsel, hereby gives notice that William Henry died on August 23, 2015. On January 29, 2016, Plaintiff James Henry was appointed as the Independent Executor of his estate. **Ex. 1,** Letters Testamentary. This is the first statement noting death to be filed or served in this matter.

DATED: <u>March 30, 2016</u>　　　　　　　　　　By: <u>/s/ *Ronald E. Johnson, Jr.*</u>
　　　　　　　　　　　　　　　　　　　　　　Ronald E. Johnson, Jr. (88302)
　　　　　　　　　　　　　　　　　　　　　　rjohnson@pschachter.com
　　　　　　　　　　　　　　　　　　　　　　Sarah N. Emery (94261)
　　　　　　　　　　　　　　　　　　　　　　semery@pschachter.com
　　　　　　　　　　　　　　　　　　　　　　Schachter Hendy & Johnson, PSC
　　　　　　　　　　　　　　　　　　　　　　909 Wright's Summit Parkway, Ste. #210
　　　　　　　　　　　　　　　　　　　　　　Ft. Wright, KY 41011
　　　　　　　　　　　　　　　　　　　　　　Telephone: (859) 578-4444
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (859) 578-4440
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

　　　　　　　　　　　　　　　　　　　　　　<u>/s/ *Ronald E. Johnson, Jr*</u>_____
　　　　　　　　　　　　　　　　　　　　　　Ronald E. Johnson, Jr. (88302)