# SHORT FORM COMPLAINT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| _____ | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**           **JURY TRIAL DEMANDED**

JAMES HENRY, INDIVIDUALLY and as the EXECUTOR of the ESTATE OF WILIAM HENRY

2:15-CV-224

## SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, William Henry, Deceased, is identified more fully in Paragraph 1 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 109 South Mary, Crane, TX 79731.

4. The Xarelto User resides (or if deceased, resided at the time of death) at 4009 A Bowie St., San Angelo, Texas 76903.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

1

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: March 30, 2016            _s/ Ronal E. Johnson, Jr._
*Attorney for Plaintiff(s)*

### CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2016, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically serve and send a notice of electronic filing to all registered attorneys of record.

*/s/ Ronald E. Johnson, Jr*
Ronald E. Johnson, Jr. (88302)