## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION _____ | )<br>)<br>)<br>) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>Henry v. Janssen Research & Development, LLC, et al<br>2:15-CV-00224<br>_____ | )<br>)<br>)<br>)<br>) | MAG. JUDGE NORTH |

## ORDER FOR SUBSTITUTION OF THE PROPER PARTY

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff James Henry be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the First Amended Joint Complaint into the record in this matter.

SIGNED this _____ day of _____, 2016.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge