UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | } | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION } | } } } | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

This Document relates to:

**Gary Boyd, et. al.** *v. Janssen Research & Development, LLC et al;*
**Civil Action No.** 2:15-cv-3179

## MOTION FOR LEAVE OF COURT TO RE-SERVE BAYER PHARMA AG PURSUANT TO STREAMLINE ORDER PTO 10

Comes now Plaintiff, Gary Boyd, and states that when his complaint was filed he served Defendant Bayer Pharma AG pursuant to provisions of PTO 10. After a failed attempt on August 25, 2015, Plaintiff sent all of the documents required by PTO 10 by registered mail. This was done on September 18, 2015. Almost six months later on March 15, 2016, Plaintiff received notice that Defendant did not believe the Complaint, Severance Order, and List of Jointly Filed Cases had been received pursuant to the provisions of PTO 10. Plaintiff, while maintaining its contention that it had in fact complied with PTO 10, reached out to Defense counsel to ask if the service could have been overlooked, or in the alternative, if re-sending the items would cure the deficiencies. Defense Counsel informed Plaintiff that it could not locate the service, and that if Plaintiff were to resend the service it would reject it under PTO 10 as being untimely. When Defense Counsel was asked what they would propose to cure this issue, they stated that Plaintiff should get leave of Court to re-serve, which we now seek. Plaintiff believes that this will render moot the dispute about whether or not it did in fact serve Defendant pursuant to PTO 10 in September.

WHEREFORE, Plaintiff prays that this Motion for leave to re-serve Defendant Bayer Pharma AG pursuant to PTO 10 be granted. Plaintiff requests that it be given 30 days to serve the Boyd Joint Complaint, Severance Order, and List of Jointly Filed Cases on Bayer Pharma AG by registered mail.

Dated: March 30, 2016                                          Respectfully Submitted,

/s/ Jacob Levy

Jacob Levy
Gray & White
713 E. Market St. #200
Louisville, KY 40202

**CERTIFICATE OF SERVICE**

    I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 30th day of March 2016.

/s/ Jacob Levy
Gray & White