UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

SHEILA FARROW, Individually and on Behalf of the Estate of SHEILA MCKOY
Civil Action No.: 2:15-cv-01253

### ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO PROVIDE PROOF OF XARELTO USAGE

THIS MATTER, having come before the Court, is Plaintiff's Response to Order to Show Cause and Motion for Extension of Time to Provide Proof of Xarelto Usage. Upon Consideration of the pleadings and all documents relating to this Motion, argument presented at the hearing on March 16, 2016, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff be granted an additional sixty (60) days to submit proof of Xarelto usage.

Signed this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge

1