# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**ALI FAVORS**
**Civil Action No.: 2:15-cv-00618**

## ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO SUBMIT PLAINTIFF FACT SHEET

THIS MATTER, having come before the Court, is Plaintiff's Response to Order to Show Cause and Motion for Extension of Time to Submit a Plaintiff Fact Sheet. Upon Consideration of the pleadings and all documents relating to this Motion, argument presented at the hearing on March 16, 2016, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff be granted an additional sixty (60) days to submit his Plaintiff Fact Sheet.

Signed this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge

1