UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Ann B. Noonan, Administratrix of the estate of Christopher Fasoldt** *v. Janssen Research & Development, LLC et al;*
   **Civil Action No.** 2:15-cv-1274

## ORDER

This matter comes before the Court on Plaintiff's Motion For Leave of Court to Re-serve Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG pursuant to Streamline Order PTO 10. The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion is HEREBY GRANTED. Plaintiff shall have thirty days by which to send Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG service pursuant to PTO 10.

Signed, this _____ day of _____, 2016

_____
Honorable Eldon E. Fallon
U.S. District Court Judge