## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

MDL NO. 2592

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE: MICHAEL NORTH

THIS DOCUMENT RELATES TO:

Sharnetta Bennett, et al., v. Janssen Research & Development, LLC, et al., 2:16-cv-00059
Alfonzio Hunter v. Janssen Research & Development, LLC, et al., 2:16-cv-00391
Urbano Salmon v. Janssen Research & Development, LLC, et al., 2:16-cv-00392
Robert Singleton v. Janssen Research & Development, LLC, et al., 2:16-cv-00393
Robbie Stanley v. Janssen Research & Development, LLC, et al., 2:16-cv-00394
Derrick Staples, et al., v. Janssen Research & Development, LLC, et al., 2:16-cv-00395
Michael Woods v. Janssen Research & Development, LLC, et al., 2:16-cv-00396

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

COME NOW Plaintiffs, through undersigned counsel, in the above-listed action and respectfully requests that this Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG and that this Court issue an Order granting them thirty (30) days from granting of the Motion within which to serve process on Defendant Bayer Pharma AG through the streamlines service procedures for informal service of process set forth in Pre-Trial Order No. 10 or, in the

alternative, declare Plaintiffs' prior service on Bayer Pharma AG effective.   A brief memorandum in support of Plaintiffs' Motion is submitted herewith.

Dated: March 31, 2016                                    Respectfully Submitted,


                                                         /s/ W. Todd Harvey
                                                         W. Todd Harvey
                                                         Camille L. Edwards
                                                         Burke Harvey, LLC
                                                         3535 Grandview Parkway
                                                         Suite 100
                                                         Birmingham, AL 35243
                                                         Telephone:   (205) 930-9091
                                                         Facsimile:    (205) 930-9054
                                                         Email: tharvey@burkeharvey.com
                                                                   cedwards@burkeharvey.com

                                                         **ATTORNEYS FOR PLAINTIFFS**


                                 **CERTIFICATE OF SERVICE**

        I hereby certify that on March 31, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                         /s/ W. Todd Harvey
                                                         W. Todd Harvey


                                              2