UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

**MDL NO. 2592**

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE: MICHAEL NORTH

THIS DOCUMENT RELATES TO:

Sharnetta Bennett, et al., v. Janssen Research & Development, LLC, et al., 2:16-cv-00059
Alfonzio Hunter v. Janssen Research & Development, LLC, et al., 2:16-cv-00391
Urbano Salmon v. Janssen Research & Development, LLC, et al., 2:16-cv-00392
Robert Singleton v. Janssen Research & Development, LLC, et al., 2:16-cv-00393
Robbie Stanley v. Janssen Research & Development, LLC, et al., 2:16-cv-00394
Derrick Staples, et al., v. Janssen Research & Development, LLC, et al., 2:16-cv-00395
Michael Woods v. Janssen Research & Development, LLC, et al., 2:16-cv-00396

## NOTICE OF SUBMISSION

Please take notice that the Motion For Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG filed by Plaintiffs in the above listed actions, through their undersigned counsel, will be submitted to the Court on Wednesday April 27, 2016 at 9:00 am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: March 31, 2016               Respectfully Submitted,

                                    /s/ W. Todd Harvey
                                    W. Todd Harvey

Camille L. Edwards
Burke Harvey, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243
Telephone:   (205) 930-9091
Facsimile:    (205) 930-9054
Email: tharvey@burkeharvey.com
          cedwards@burkeharvey.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ W. Todd Harvey
W. Todd Harvey