## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>Ernest Johnson v. Janssen Research & Development, LLC<br>E.D. La. No. 2:16-cv-828 | JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

NOW INTO COURT, please take notice that pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, plaintiff Gabrielle Johnson, who is a representative of the deceased party, hereby informs the Honorable Court of the death of the plaintiff, Ernest Johnson during the pendency of this action. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by undersigned counsel in the near future.

Dated: March 22, 2016

Respectfully Submitted by:

By: */s/ Aimee Robert*
Aimee Robert, Esquire
TX Bar #24046729
55 Waugh Dr., Suite 800
Houston, TX 77007
Telephone: (713) 626- 9336
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: March 22, 2016

*/s/ Aimee Robert*
Attorneys for Plaintiff