UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Teresa Foret, Individually, and as Representative Of the Estate of Mallie Akers v. Janssen Research & Development, LLC E.D. La. No. 2:16-cv-764 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**PLAINTIFF'S MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Teresa Foret, Individually, and as Representative of the Estate of Mallie Akers, who respectfully moves this Honorable Court to enter an order for voluntary dismissal of their case, without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(2), each party to bear their own costs.

WHEREFORE, plaintiffs hereby request that their claims against all defendants in this action (E.D. La. No. 2:16-cv-764) be voluntarily dismissed, without prejudice.

Dated: March 22, 2016

By: /s/ Aimee Robert
Aimee Robert, Esquire
TX Bar #24046729
55 Waugh Dr., Suite 800
Houston, TX 77007
Telephone: (713) 626- 9336
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                          */s/ Aimee Robert*
                                                        Attorneys for Plaintiff