UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>  Joseph Wood v. Janssen Research<br>   & Development, LLC<br>  E.D. La. No. 2:16-cv-828 | JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**NOTICE AND SUGGESTION OF DEATH**

NOW INTO COURT, please take notice that pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, plaintiff Marjorie Wood, who is a representative of the deceased party, hereby informs the Honorable Court of the death of the plaintiff, Joseph Wood during the pendency of this action. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by undersigned counsel in the near future.

Dated: March 22, 2016

   Respectfully Submitted by:

                                      By: */s/ Aimee Robert*
                                      Aimee Robert, Esquire
                                      TX Bar #24046729
                                      55 Waugh Dr., Suite 800
                                      Houston, TX 77007
                                      Telephone: (713) 626- 9336
                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: March 22, 2016

*/s/ Aimee Robert*
Attorneys for Plaintiff