UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Gary Boyd, et al.** *v. Janssen Research & Development, LLC et al;*
**Civil Action No.** 2:15-cv-3179

## ORDER

This matter comes before the Court on Plaintiff's Motion For Leave of Court to Re-serve Bayer Pharma AG pursuant to Streamline Order PTO 10. The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion is HEREBY GRANTED. Plaintiff shall have thirty days by which to send Bayer Pharma AG service pursuant to PTO 10.

Signed, this __31st__ day of __March__, 2016

_____
Honorable Eldon E. Fallon
U.S. District Court Judge