UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

DELORES DACE
2:15-cv-06099

# ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff Delores Dace be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the First Amended Joint Complaint into the record in this matter.

SIGNED this ___31st___ day of ___March___, 2016.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge