UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** | **MDL No. 2592** |
|---|---|
| BERNADINE & CLARENCE GEITZ, DAVID & ALLIE BYRAM, and JULIAN & YONA SALGBERG, | SECTION: L |
| Plaintiffs, | JUDGE: ELDON E. FALLON  MAG. JUDGE: MICHAEL NORTH |
| v. | **Case No. 2:15-cv-01796-EEF-MBN** |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL., | |
| Defendants. | |

**ORDER**

**IT IS ORDERED** that the Unopposed Motion for Leave to File Amended Complaint filed by Plaintiffs is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

ORDERED AND SIGNED this  31st   day of         March        , 2015.

_____
UNITED STATES DISTRICT JUDGE