UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION _____ | ) ) ) ) | MDL No. 2592 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Henry v. Janssen Research & Development, LLC, et al 2:15-CV-00224 _____ | ) ) ) ) ) | MAG. JUDGE NORTH |

## ORDER FOR SUBSTITUTION OF THE PROPER PARTY

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff James Henry be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the First Amended Joint Complaint into the record in this matter.

SIGNED this __31st__ day of _____March_____, 2016.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge