MINUTE ENTRY
FALLON, J.
MARCH 28, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic hearing was held on this date in the Courtroom of Judge Eldon E. Fallon. The PSC was represented by Lenny Davis, Jerry Meunier, Brian Barr, Andy Birchfield, and Roger Denton. Defendants were represented by Jim Irwin, Deirdre Kole, John Olinde, Steve Glickstein, and Andrew Solow. After hearing from the parties, the Court took the discovery matter under submission.

The hearing was transcribed by Court Reporter Jodi Simcox. To obtain a copy of the transcript, contact Ms. Simcox at (504) 589-7780.

JS10(00:40)