1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3      **************************************************************

4      IN RE:  XARELTO (RIVAROXABAN)
       PRODUCTS LIABILITY LITIGATION
5
                               CIVIL ACTION NO. 14-MD-2592 "L"
6                              NEW ORLEANS, LOUISIANA
                               TUESDAY, MARCH 16, 2016, 2:15 P.M.
7

8      THIS DOCUMENT RELATES TO
       ALL CASES
9      **************************************************************

10
                  TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
11            HEARD BEFORE THE HONORABLE ELDON E. FALLON
                     UNITED STATES DISTRICT JUDGE
12

13     APPEARANCES:

14
       FOR THE PLAINTIFFS'
15     LIAISON COUNSEL:        GAINSBURGH BENJAMIN DAVID
                               MEUNIER AND WARSHAUER
16                             BY:  GERALD E. MEUNIER, ESQUIRE
                               2800 ENERGY CENTRE
17                             1100 POYDRAS STREET, SUITE 2800
                               NEW ORLEANS, LA   70163
18

19
       FOR THE PLAINTIFFS:     LEVIN PAPANTONIO THOMAS MITCHELL
20                             RAFFERTY & PROCTOR
                               BY:  BRIAN H. BARR, ESQUIRE
21                             316 SOUTH BAYLEN STREET, SUITE 600
                               PENSACOLA, FL   32502
22

23

24

25

                           *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3
                         BEASLEY ALLEN CROW METHVIN
4                        PORTIS & MILES
                         BY:  ANTHONY BIRCHFIELD JR., ESQUIRE
5                        POST OFFICE BOX 4160
                         MONTGOMERY, AL   36103
6

7
                         BARRIOS, KINGSDORF & CASTEIX
8                        BY:  DAWN M. BARRIOS, ESQUIRE
                         701 POYDRAS STREET, SUITE 3650
9                        NEW ORLEANS, LA   70139

10

11   FOR THE DEFENDANTS'
     LIAISON COUNSEL:        IRWIN FRITCHIE URQUHART & MOORE
12                           BY:  JAMES B. IRWIN, V, ESQUIRE
                             TEXACO CENTER
13                           400 POYDRAS STREET, SUITE 2700
                             NEW ORLEANS, LA   70130
14

15
     FOR THE DEFENDANTS:  CHAFFE MCCALL
16                        BY:  JOHN F. OLINDE, ESQUIRE
                          1100 POYDRAS STREET
17                        NEW ORLEANS, LA   70163

18

19                        DRINKER BIDDLE & REATH
                          BY:  SUSAN M. SHARKO, ESQUIRE
20                             DEIRDRE R. KOLE, ESQUIRE
                          500 CAMPUS DRIVE
21                        FLORHAM PARK, NJ   07932

22

23                        KAYE SCHOLER
                          BY:  STEVEN GLICKSTEIN, ESQUIRE
24                        250 WEST 55TH STREET
                          NEW YORK, NY   10019
25

                         *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3    ALSO PRESENT:          ANDREW SOLOW, ESQUIRE
                            JACOB S. WOODY
4

5

6    OFFICIAL COURT REPORTER:   CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
7                               REGISTERED MERIT REPORTER
                                500 POYDRAS STREET, ROOM HB406
8                               NEW ORLEANS, LA  70130
                                (504) 589-7779
9                               Cathy_Pepper@laed.uscourts.gov

10

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
11   PRODUCED BY COMPUTER.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        *OFFICIAL  TRANSCRIPT*

1                            **I N D E X**

2                                                          <u>PAGE</u>

3

4     JOINT REPORT NUMBER 14...............................    6

5     PRETRIAL ORDERS......................................    6

6     CASE MANAGEMENT ORDERS ENTERED BY THE COURT, NUMBERS

7     2, 3 AND 4..........................................    7

8     BELLWETHER SELECTIONS...............................    7

9     COUNSEL CONTACT INFORMATION.........................    8

10    PLAINTIFF FACT SHEETS, .............................    8

11    WITHDRAWAL OF COUNSEL...............................   10

12    DEFENDANT FACT SHEETS...............................   11

13    MDL CENTRALITY REPORT...............................   12

14    BUNDLING OF COMPLAINTS, ANSWERS, RESPONSIVE

15    PLEADINGS...........................................   18

16    TIMOTHY MARTIN CASE.................................   18

17    PRESERVATION ORDER..................................   20

18    PLAINTIFFS' INTERACTIONS WITH PRESCRIBING AND

19    TREATING PHYSICIANS OF PLAINTIFFS...................   20

20    DISCOVERY...........................................   21

21    DEPOSITION GUIDELINES...............................   21

22    DISCOVERY TO THIRD PARTIES..........................   21

23    STATE/FEDERAL COORDINATION..........................   22

24    THE NEXT CONFERENCE WILL BE APRIL 20TH AT 9:00 A.M.

25    I'LL MEET WITH LIAISON AND LEAD AT 8:30 THAT DAY.....   23

**OFFICIAL TRANSCRIPT**

1    MAY CONFERENCE IS MAY 24TH AT 9:00 A.M.  I'LL MEET

2    WITH LIAISON AND LEAD AT 8:30 THAT DAY...............  23

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**OFFICIAL TRANSCRIPT**

1          **P-R-O-C-E-E-D-I-N-G-S**

2          TUESDAY, MARCH 16, 2016

3          A F T E R N O O N   S E S S I O N

4          (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.

8          THE COURT:  Be seated, please.

14:16:58  9          Call the case, please.

14:16:58 10          THE DEPUTY CLERK:  MDL Number 2592, In re: Xarelto

14:17:03 11   Products Liability Litigation.

14:17:04 12          THE COURT:  Counsel, make your appearances for the

14:17:04 13   record, please.

14:17:06 14          MR. MEUNIER:  Jerry Meunier, co-liaison counsel for

14:17:08 15   plaintiffs.

14:17:09 16          MR. IRWIN:  Jim Irwin for Bayer and Janssen,

14:17:12 17   Your Honor.

14:17:12 18          THE COURT:  Okay.  We're here today for our monthly

14:17:14 19   status conference.  I've had the opportunity to meet with

14:17:16 20   counsel, lead counsel and liaison, a moment ago to discuss the

14:17:20 21   agenda with them.  We'll take it in the order that's proposed.

14:17:25 22          MR. MEUNIER:  Thank you, Judge.

14:17:27 23          Referring to Joint Report Number 14, with respect

14:17:31 24   to the first section, Pretrial Orders, no new pretrial orders

14:17:34 25   have been entered by the Court since the last MDL status

**OFFICIAL TRANSCRIPT**

14:17:38  1    conference of February 23rd, 2016.

14:17:43  2              Nothing new, Your Honor, to report on Section 2

14:17:47  3    dealing with the Case Management Orders entered by the Court,

14:17:51  4    Numbers 2, 3 and 4.

14:17:52  5              With respect to Section 3 of the report,

14:17:54  6    Bellwether Selections, we would point out that on March 7,

14:17:58  7    Your Honor entered an order which listed and identified the 40

14:18:03  8    discovery pool plaintiffs who have been selected through the

14:18:09  9    process set up by Your Honor.  That's Record Document 2626.

14:18:12 10              A number of inquiries were being made of liaison

14:18:16 11    counsel as to who those plaintiffs were, so we appreciate the

14:18:19 12    Court identifying them for the record.

14:18:20 13        THE COURT:  The reason for the bellwether pool, so to

14:18:25 14    speak, is that we're trying to select bellwether cases so that

14:18:30 15    those cases can be tried, so that the lawyers and the litigants

14:18:33 16    can have some idea as to how juries look at cases and how much

14:18:41 17    it costs and how the cases are effectively tried.

14:18:44 18              So rather than have a discovery of the entire

14:18:48 19    litigation before the bellwether cases are selected, and all of

14:18:53 20    the costs and problems that that engenders, we select a number

14:18:59 21    of cases, in this case 40, that we hope mirror the census of

14:19:09 22    the litigation.

14:19:10 23              In those 40 cases selected, they are posted so

14:19:14 24    that everybody knows the cases that are going into the

14:19:19 25    discovery pool.  Those cases are then discovered by both sides.

14:19:24  1    Those plaintiffs are discovered.  Those treaters are

14:19:27  2    discovered.  All of the information involving those cases are

14:19:30  3    discovered.

14:19:32  4         Then, when that's finished -- and hopefully that

14:19:35  5    can be finished in a reasonable time -- then, from that

14:19:41  6    bellwether pool comes the bellwether cases, so that each side

14:19:47  7    then will have a better idea of the cases that they

14:19:55  8    respectively pick.

14:19:56  9         I'll go over, eventually, with them as to methods

14:20:00 10    and time and things of that sort, but we're not there yet.

14:20:03 11         MR. MEUNIER:  Nothing new on Section 4, dealing with

14:20:07 12    Counsel Contact Information, except to emphasize the importance

14:20:11 13    of counsel providing that information to liaison counsel, and

14:20:14 14    we appreciate all of the attorneys who have been doing so

14:20:17 15    diligently.

14:20:18 16         On Section 5, dealing with Plaintiff Fact Sheets,

14:20:21 17    Your Honor, following the status conference today, the Court

14:20:25 18    will hear two motions for orders to show cause filed by the

14:20:31 19    defendants, one dealing with the category of plaintiffs who

14:20:34 20    have failed to serve a plaintiff fact sheet on a timely basis

14:20:38 21    under the Court's orders, the other category dealing with

14:20:41 22    plaintiffs who have failed to prove or document Xarelto use

14:20:46 23    through the fact sheet process.

14:20:47 24         We understand that there are a number of

14:20:49 25    attorneys appearing for the individual plaintiffs involved, and

**OFFICIAL TRANSCRIPT**

14:20:52 1    that will be heard after the --

14:20:54 2        THE COURT:  Right, we'll get on to that right after

14:20:56 3    this conference, and then I'll hear from the parties.

14:20:59 4        The purpose of the fact sheets, as the attorneys

14:21:02 5    know -- maybe the litigants don't -- in a case of this sort,

14:21:07 6    and usually in civil cases, each side propounds a large set of

14:21:16 7    interrogatories to each other, to the other side.  They're

14:21:22 8    questions fashioned by lawyers, and they're questions generally

14:21:25 9    answered by lawyers.

14:21:28 10       As a result of that, very little gets done in

14:21:30 11   that method, except a lot of motions to dismiss and a lot of

14:21:36 12   other motions, and it takes a longer period of time.

14:21:42 13       In a case of this magnitude, we try to do away

14:21:45 14   with the interrogatories, and in their place come up with fact

14:21:49 15   sheets, the information that each side feels they need from the

14:21:54 16   other side.

14:21:57 17       They propose these fact sheets.  They have some

14:22:00 18   agreement on the fact sheets.  The fact sheets then take the

14:22:05 19   place of interrogatories.

14:22:07 20       It's important that the fact sheets be filled out

14:22:10 21   by both sides.  The plaintiffs have fact sheets, and the

14:22:14 22   defendants have fact sheets.

14:22:16 23       But I need the plaintiffs to understand that they

14:22:19 24   have to fill in the blanks, the information that the fact

14:22:26 25   sheets call for.

**OFFICIAL TRANSCRIPT**

14:22:28  1          I try to give you enough time to do it.  If you

14:22:31  2    need additional time, I'm sensitive to that; but, we get to the

14:22:35  3    point where some folks are not interested in filling out the

14:22:40  4    fact sheets, or some folks are not able to fill out the fact

14:22:44  5    sheets.

14:22:45  6          Frankly, in a litigation of this sort, some

14:22:49  7    individuals, unfortunately or fortunately, haven't taken the

14:22:52  8    drug, and if that's the case, then they may be in another

14:22:57  9    litigation, but not in this litigation.

14:23:00 10          This has to do with Xarelto and the alleged

14:23:05 11    maladies resulting from consuming Xarelto.  If a person has not

14:23:10 12    even taken Xarelto, then it seems to me logical that they

14:23:14 13    shouldn't have a case in this court; maybe in another court, or

14:23:17 14    maybe at another type of litigation, but this is the Xarelto

14:23:25 15    case.

14:23:27 16          But we find that out in some fact sheets, and

14:23:29 17    that's the purpose of the fact sheets -- one of the purposes of

14:23:33 18    the fact sheets.

14:23:33 19          MR. MEUNIER:  Thank you, Your Honor.

14:23:34 20          There is a comment made in this section of the

14:23:37 21    joint report regarding withdrawal of counsel.  We talked about

14:23:40 22    this in chambers.

14:23:42 23          It appears that there are a number of situations

14:23:45 24    in which attorneys for plaintiffs have been filing ex parte or

14:23:51 25    unopposed motions to withdraw as counsel.  This impacts not

**OFFICIAL TRANSCRIPT**

14:23:56  1    only the number of remaining cases that are *pro se* from that

14:24:00  2    point forward, which requires the Court to come up with special

14:24:05  3    safeguards in handling of those cases, but it also impacts

14:24:08  4    PTO 11B dealing with filing fees, which are the responsibility

14:24:11  5    of counsel in many cases.

14:24:13  6             So with defendant liaison counsel, John Olinde,

14:24:18  7    it's been agreed that both sides will have a meeting, perhaps

14:24:22  8    with the clerk's office, and be presenting to the Court a

14:24:24  9    protocol and process that will assure that the withdrawal of

14:24:28 10    counsel is properly done, and that, in fact, with respect to

14:24:30 11    other dismissals, the filing fee provisions of PTO 11B are

14:24:35 12    protected and enforced.

14:24:36 13        THE COURT:  I'll await that protocol, and I won't issue

14:24:39 14    any orders allowing anybody to be dismissed in the case or

14:24:46 15    withdraw from the case until I hear from you all.

14:24:48 16        MR. MEUNIER:  Thank you, Judge.

14:24:49 17             We have been asked by the defendants to remind

14:24:52 18    counsel that if they should decide to move for an extension of

14:24:55 19    time on filing a plaintiff fact sheet, that they should

14:25:00 20    contact, must contact defendants' liaison counsel first to

14:25:03 21    determine whether or not there is any opposition.

14:25:05 22             Section 6 of the report deals with Defendant Fact

14:25:12 23    Sheets, Judge.  I would simply make note of the fact that,

14:25:16 24    under PTO 14, it is the responsibility of plaintiffs' liaison

14:25:21 25    counsel to actually send the written notification to defendants

14:25:26  1    when there is a perceived defense fact sheet deficiency in a

14:25:31  2    given case.  That's our responsibility.  It remains our

14:25:34  3    obligation.

14:25:34  4         We will continue as a PSC to have responsibility

14:25:38  5    for the follow-up with the other side, with defendants, on how

14:25:41  6    to resolve those deficiencies only as to the 40 discovery pool

14:25:45  7    plaintiffs.

14:25:46  8         I just want to make it clear that for all other

14:25:48  9    plaintiffs, other than those in the designated discovery pool

14:25:51 10    of 40 cases, the follow-up on resolving any defense fact sheet

14:25:57 11    deficiencies must fall to the individual plaintiff's counsel in

14:26:01 12    those cases.

14:26:01 13         THE COURT:  Okay.  The reason that I'm agreeing with

14:26:03 14    that is that I want the parties, both the PSC and the

14:26:13 15    defendants' committee, to be focused on the 40 cases and the

14:26:17 16    bellwether selection.  That's where they need to put all of

14:26:20 17    their attention at this point.

14:26:22 18         So I'm not going to forget the other cases, but

14:26:25 19    the other cases will have to recognize that the 40 cases are

14:26:32 20    going to be discovered first.  The other cases will await

14:26:38 21    further discovery, if necessary, and we'll deal with the 40.

14:26:46 22    So I'll do that.

14:26:46 23         MR. MEUNIER:  Your Honor, the Plaintiff and Defendant

14:26:49 24    Fact Sheets now having been discussed under the joint report, I

14:26:53 25    believe Jake Woody, of BrownGreer, is here to make an MDL

14:26:57 1    Centrality Report on the fact sheets.

14:26:57 2            THE COURT:  All right.

14:27:33 3            MR. WOODY:  That's a beautiful picture, but it's not

14:27:36 4    my -- there we go -- not as exciting as the galaxy, but

14:27:51 5    nonetheless.

14:27:52 6            Your Honor, my name is Jake Woody, from

14:27:55 7    BrownGreer, here to give you just a quick update on MDL

14:27:59 8    Centrality and the Plaintiff and Defendant Fact Sheet process

14:27:59 9    in this case.

14:28:01 10            We have so far 4,420 plaintiff fact sheets

14:28:06 11    submitted.  That's an increase of 442 since the last status

14:28:09 12    conference.  We have another 1,829 in progress.

14:28:14 13            Of the fact sheets that have been submitted,

14:28:17 14    1,463 have been amended at least once.  That's done through MDL

14:28:23 15    Centrality, simply by changing the answers or supplementing the

14:28:27 16    information that's already been provided.  We automatically

14:28:29 17    mark that as an amended fact sheet or second amended, however

14:28:29 18    the case may be.

14:28:33 19            So the total number of plaintiffs in the system

14:28:35 20    so far is 6,249.  That's an increase of 632 since the last

14:28:40 21    status conference.

14:28:42 22            Those numbers, 442 and 632, are in line with the

14:28:49 23    average that we receive every month.  Since October of 2015,

14:28:53 24    we've received about an average of 500 Plaintiff Fact Sheets

14:28:57 25    every month.  So far in March, we have 279, and we're two weeks

**OFFICIAL TRANSCRIPT**

14:29:01 1    in, so that's in line to get another 500 in March.

14:29:04 2            I think that's in line, also, with the number of

14:29:07 3    filings that are coming in.  We don't see any sign of that

14:29:10 4    decreasing.  In fact, it appears to be slightly increasing over

14:29:13 5    the last month or so.

14:29:14 6            Defendant Fact Sheets are very similar.  So far,

14:29:19 7    we have 4,811 Defendant Fact Sheets submitted, split almost

14:29:24 8    equally between the two defendants here.  We have 543 already

14:29:28 9    in March, so we expect to see about a thousand in March as

14:29:31 10   well.

14:29:31 11           Those are also done through MDL Centrality.  If

14:29:34 12   you're a plaintiff and you receive an e-mail from us that there

14:29:37 13   is a defendant fact sheet available, you can log in to the

14:29:40 14   system, view a PDF of the defendant fact sheet.  We save it in

14:29:45 15   the documents, with all the documents that the plaintiff's

14:29:47 16   uploaded, so we have one file that contains all the documents.

14:29:50 17           If the defendants upload any supporting

14:29:52 18   documentation, that will be available in the system as well.

14:29:55 19           Again, there are also certain limited instances

14:30:00 20   where a defendant fact sheet is amended.  If that happens, then

14:30:03 21   we will mark it as an amended fact sheet, and plaintiffs will

14:30:07 22   get an e-mail notifying them to log in and take a look at that

14:30:11 23   defendant fact sheet.

14:30:12 24           Our demographics, our high level demographics,

14:30:16 25   even with the addition of 440 plaintiff fact sheets since the

14:30:19 1   last status conference, remain almost exactly the same:

14:30:23 2   51 percent male, 49 percent female.

14:30:26 3               You can see from the age chart there that about

14:30:28 4   three-quarters of the population was between the ages of 60 and

14:30:31 5   89 at the time they were injured.  I think those types of

14:30:35 6   statistics are significant when you start to look at how the

14:30:39 7   MDL as a whole compares to the 40 cases that are in the

14:30:44 8   discovery pool, which is what I'm showing here on this chart.

14:30:47 9               The blue bars are the MDL as a whole, and the

14:30:51 10  orange bars are the 40 cases in the discovery pool.  Again,

14:30:55 11  51 percent in the MDL are male, and 52 percent in the discovery

14:31:00 12  pool are male.

14:31:02 13              69 percent in the MDL are between the ages of 60

14:31:07 14  and 79; 77 percent in the discovery pool are that age.

14:31:11 15              60 percent list GI bleed as an injury in the MDL

14:31:14 16  population, and 72 percent have that same injury in the

14:31:17 17  discovery pool.

14:31:17 18              This next category is the indication, the reason

14:31:20 19  that the people took Xarelto, or at least that they list why

14:31:25 20  they took it.  52 percent in the MDL note that it was to reduce

14:31:28 21  the risk of stroke, and 72 percent in the discovery pool have

14:31:31 22  that same indication.

14:31:33 23              Finally, 93 percent of all plaintiffs in the MDL

14:31:36 24  allege that they were hospitalized for their injuries, and

14:31:40 25  97 percent in the discovery pool make that same allegation.

**OFFICIAL TRANSCRIPT**

14:31:43  1          So you can see, at least at a high level, that,

14:31:46  2  on these factors, the discovery pool plaintiffs match the MDL

14:31:51  3  as a whole.

14:31:52  4      THE COURT:  That's the reason or one of the reasons

14:31:54  5  that we are using the centrality, because it allows us to get

14:32:01  6  these statistics early on and to make sure that the discovery

14:32:05  7  pool mirrors the census of the litigation.

14:32:10  8          So now we know at least what the census seems to

14:32:14  9  be presently, and the discovery pool closely mirrors that.  So

14:32:19 10  we should be able to get some representative cases from that

14:32:24 11  discovery pool, from the various categories, so that we can see

14:32:29 12  how juries react to those individual cases and get some

14:32:35 13  information that the litigants and the lawyers can at least be

14:32:38 14  aware of.

14:32:41 15      MR. WOODY:  Again, even though we're receiving quite a

14:32:44 16  few plaintiff fact sheets on an ongoing basis, those

14:32:48 17  submissions are not really changing the overall demographics.

14:32:51 18  So I won't expect that those numbers will change significantly,

14:32:54 19  no matter how many plaintiff fact sheets we add to the system.

14:32:57 20          If there are other factors that the Court or the

14:33:00 21  parties are interested in doing this kind of analysis on, I'm

14:33:01 22  happy to do it.  It's not a problem.  It's fairly easy because

14:33:04 23  we have all the information in a central database.

14:33:08 24          Just to conclude on some numbers about the system

14:33:12 25  as a whole, we have 335 firms using the system.  That's an

**OFFICIAL TRANSCRIPT**

14:33:16  1      increase of about 20 since the last status conference.

14:33:19  2                      1,235 people have log-ins to the system.  That's

14:33:23  3      an increase of about a hundred since the last status

14:33:26  4      conference.

14:33:26  5                      We have 70,000 documents in the system, uploaded

14:33:30  6      by either the plaintiff or the defendants.  That's an increase

14:33:32  7      of about 20,000 since the last status conference.

14:33:35  8                      So there is a lot of activity in terms of

14:33:37  9      uploading supporting documents by both sides over the last

14:33:41 10      month.

14:33:41 11                      Our largest file is 883 megabytes.  I mention

14:33:45 12      that only to emphasize the fact that the system can accommodate

14:33:50 13      very large files.  I know that when you're dealing with medical

14:33:52 14      records for people who have a number of medical issues, those

14:33:55 15      can get quite large, and the system can accommodate an almost

14:33:59 16      unlimited file size.

14:34:01 17                      Finally, just to touch briefly on the pleadings

14:34:04 18      aspect of MDL Centrality, as most everyone knows, we distribute

14:34:08 19      pleadings that are filed through the Court's ECF system to all

14:34:12 20      the registered users of MDL Centrality, with the pleading

14:34:16 21      attached as a PDF document.

14:34:19 22                      So far, we've distributed 3,084 pleadings.

14:34:21 23      That's everything that's been filed since we started working on

14:34:24 24      the case.

14:34:24 25                      I know that many people may get tired of

OFFICIAL TRANSCRIPT

14:34:28 1   receiving tens and dozens of pleadings every day.  If that's

14:34:32 2   the case, we can opt you out of that and give you an

14:34:36 3   end-of-the-day summary -- it's just a chart of all the

14:34:38 4   pleadings -- and we can switch you back if you need to.

14:34:41 5        If anyone on the phone or in the courtroom wants

14:34:43 6   to avail themselves of that sort of streamlined option, you can

14:34:46 7   e-mail us at MDLCentrality@BrownGreer.com.  Likewise, if anyone

14:34:55 8   needs help with the system or needs help accessing it or

14:34:57 9   setting up accounts, please e-mail us at that same address.

14:35:02 10       THE COURT:  Okay.

14:35:02 11       MR. WOODY:  Thank you.

14:35:03 12       THE COURT:  Thank you very much.  That's been very

14:35:05 13  helpful.

14:35:06 14       MR. MEUNIER:  Your Honor, that brings us to Section 7

14:35:10 15  of the report dealing with Bundling of Complaints, Answers,

14:35:13 16  Responsive Pleadings.

14:35:15 17       We have already touched on the fact that

14:35:19 18  dismissals in these bundled complaints do implicate the

14:35:23 19  enforcement of the filing fee payments that are not excused,

14:35:28 20  but rather deferred, under PTO 11B.  We will be discussing that

14:35:32 21  again with opposing counsel to present to the Court, a protocol

14:35:36 22  to tighten that issue a bit.

14:35:38 23       The other thing that's discussed in this section

14:35:41 24  of the report is the Timothy Martin case.  As Your Honor

14:35:46 25  recalls, this is the case that involves defendants that are

**OFFICIAL TRANSCRIPT**

14:35:49 1   subject to another MDL, involving the Bair Hugger device.

14:35:55 2          I believe Mr. Irwin has heard from counsel for

14:35:59 3   3M, and we've presented to the Court a joint request that you

14:36:02 4   defer any decisions about the status of this matter until we

14:36:05 5   get beyond the --

14:36:06 6          Is it March 24th --

14:36:07 7          MR. IRWIN:  March 24th.

14:36:08 8          MR. MEUNIER:  -- MDL status conference that involves

14:36:08 9   the Bair Hugger issue.

14:36:13 10         THE COURT:  Is that -- are you all in this case?

14:36:13 11         MR. LANDRY:  Your Honor, may I approach?

14:36:16 12         THE COURT:  Yes, sure.

14:36:17 13         MR. LANDRY:  Good afternoon, Your Honor.  Jason Landry,

14:36:24 14  Martzell, Bickford & Centola.

14:36:25 15         We'd like to stand by our earlier position that

14:36:27 16  we would not want the case severed, and also that we have no

14:36:31 17  problem staying the action until the MDL has come to an end.

14:36:35 18         THE COURT:  But as I understand, you're going to table

14:36:37 19  that until a judge in -- Minnesota, is it?

14:36:43 20         MR. IRWIN:  That's right.  I believe it's going to be

14:36:46 21  discussed -- or addressed, at least, at the March 24 conference

14:36:49 22  with the judge.  I believe that 3M counsel will be getting back

14:36:53 23  to us, and we'll be discussing it.

14:36:55 24         THE COURT:  Okay.  All right.  Thank you very much.

14:36:57 25         MR. LANDRY:  Thank you, Your Honor.

                              **OFFICIAL TRANSCRIPT**

14:36:58  1          THE COURT:  Before we leave bundling, I mentioned to

14:37:00  2     counsel that the bundling is helpful in an MDL to allow people

14:37:07  3     to file into the MDL; but, we get to a point where we have to

14:37:13  4     go back to the individual filing.

14:37:15  5          So I will be issuing an order.  I'm going to give

14:37:19  6     everybody some lead time on that, but the order will be that

14:37:24  7     the bundling opportunity will cease in 60 days from the date of

14:37:29  8     the order that I put out, so that people will have another

14:37:33  9     60 days if they do wish to file in bundle form.  If not, then

14:37:39 10     they will have to file individual cases.

14:37:41 11          MR. MEUNIER:  Thank you, Your Honor.

14:37:44 12          Nothing new to report on Section 8 in the joint

14:37:46 13     report dealing with the Preservation Order.

14:37:50 14          Section 9 deals with the issue of Plaintiffs'

14:37:54 15     Interactions with Prescribing and Treating Physicians of

14:37:58 16     Plaintiffs.

14:37:58 17          On March 9, 2016, this court issued an order and

14:38:03 18     reasons, it's Record Document 2676, which ruled on the matter

14:38:08 19     that was before the Court on opposing briefs and argument.

14:38:12 20          In your order, Judge, you requested that the

14:38:15 21     parties begin to discuss and work on a joint pretrial order to

14:38:21 22     implement some of the aspects of your analysis and ruling

14:38:25 23     dealing with the contacts with physicians.  We will be doing

14:38:29 24     that and reporting to the Court shortly on our efforts.

14:38:36 25          In Section 10 of the report dealing with

**OFFICIAL TRANSCRIPT**

14:38:39  1    Discovery, the main current issue deals with a matter that will

14:38:45  2    be heard by the Court today.  It is the PSC motion addressing

14:38:51  3    the confidentiality designations of certain documents.  We

14:38:56  4    understand the Court will take that up after the presentation

14:39:01  5    on the orders to show cause.

14:39:03  6            Paragraph 11 of the report deals with Deposition

14:39:08  7    Guidelines.

14:39:12  8            Judge, there may be -- probably will be a need to

14:39:15  9    present to you a supplement to the deposition protocol, and in

14:39:20 10    this supplement deal specifically with issues that are unique

14:39:24 11    to the depositions of plaintiffs and physicians.

14:39:28 12            Again, this will deal with the plaintiffs in the

14:39:30 13    discovery pool only.  We have a team on each side that's been

14:39:34 14    assigned the discussion for that and the presentation of

14:39:36 15    something to the Court, hopefully in short order.

14:39:40 16        THE COURT:  I had mentioned to counsel, with the

14:39:42 17    discovery pool, we have to move those depositions quickly.  So

14:39:47 18    I suggest that they have teams, so that you can have flights of

14:39:52 19    depositions going on at the same time, as opposed to just the

14:39:55 20    same counsel taking 40 depositions.  That's problematic.

14:40:01 21            So hopefully we can shorten the time by doing it

14:40:04 22    that way.

14:40:06 23        MR. MEUNIER:  Section 12 of the report deals with

14:40:08 24    Discovery to Third Parties.  Your Honor, the PSC continues to

14:40:12 25    receive, both from the FDA and from the Duke Clinical Research

14:40:18  1   Institute, materials that are the subject of an earlier served

14:40:22  2   subpoena on each of those entities.

14:40:23  3            We've discussed today with opposing counsel the

14:40:25  4   need to secure a firm timetable whereby we transmit material

14:40:31  5   that we receive from those sources to the defendants, without

14:40:34  6   there being an undue delay in that process.

14:40:38  7            Section 13 of the report deals with State/Federal

14:40:43  8   Coordination, and Ms. Barrios is here to make the report on

14:40:47  9   behalf of the PSC.

14:40:50 10       MS. BARRIOS:  Thank you, Mr. Meunier.

14:40:50 11            Good afternoon, Your Honor.  Dawn Barrios for the

14:40:50 12   Federal/State committee.

14:40:55 13            I've provided liaison counsel with copies of what

14:40:57 14   I gave to your law clerk.  That's just the stats of the cases

14:41:01 15   filed around the country.

14:41:03 16            Really, right now, we have no big change in

14:41:06 17   courts, but there are 54 additional cases that have been filed,

14:41:09 18   with an additional 141 users.  So around the country, there are

14:41:15 19   715 cases, but 923 people who ingested Xarelto and have

14:41:25 20   injuries.

14:41:25 21       THE COURT:  Where are most of the cases, Dawn?

14:41:28 22       MS. BARRIOS:  Philadelphia.

14:41:29 23       THE COURT:  Philadelphia.  Okay.

14:41:29 24            I understand that both Philadelphia and other

14:41:34 25   places are teeing up some discovery orders or --

**OFFICIAL TRANSCRIPT**

14:41:40  1          Susan, do you want to address that?

14:41:41  2          MS. SHARKO:  Yes.  We have our first -- we have our

14:41:44  3   first case management conference before the coordination judge

14:41:48  4   in Delaware on April 8th.

14:41:50  5          THE COURT:  Who is he, Dawn, or she?

14:41:56  6          MS. BARRIOS:  Judge Wharton.

14:42:03  7          MS. SHARKO:  Ferris Wharton, Your Honor.

14:42:03  8          THE COURT:  Thank you very much.

14:42:04  9          MS. SHARKO:  His contact information is on the chart.

14:42:04 10          MR. MEUNIER:  Your Honor, other than the reference to

14:42:06 11   the matters now to be heard following the conference, which

14:42:10 12   we've already discussed and identified, the only other issue is

14:42:13 13   the scheduling of the May status conference.

14:42:16 14          THE COURT:  The next conference will be April 20th at

14:42:19 15   9:00 a.m.; 8:30, I'll meet with liaison counsel.

14:42:24 16          The May conference is May 24th at 9:00 a.m.;

14:42:34 17   again, I'll meet with liaison and lead at 8:30 that day.

         18          (WHEREUPON, at 2:42 p.m., the status conference

         19   concluded.)

         20                    *    *    *

         21

         22

         23

         24

         25

**OFFICIAL TRANSCRIPT**

1                      REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter in and for the State

5    of Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                             _s/Cathy Pepper_____

13                             Cathy Pepper, CRR, RMR, CCR
                               Certified Realtime Reporter
14                             Registered Merit Reporter
                               Official Court Reporter
15                             United States District Court
                               Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                          **OFFICIAL TRANSCRIPT**

| **0** | **3** | **701** [1] - 2:8 | **agreeing** [1] - 12:13 | **B** |

## 0

**07932** [1] - 2:21

## 1

**1,235** [1] - 17:2
**1,463** [1] - 13:14
**1,829** [1] - 13:12
**10** [2] - 4:11, 20:25
**10019** [1] - 2:24
**11** [2] - 4:12, 21:6
**1100** [2] - 1:17, 2:16
**11B** [3] - 11:4, 11:11, 18:20
**12** [2] - 4:13, 21:23
**13** [1] - 22:7
**14** [2] - 6:23, 11:24
**14-MD-2592** [1] - 1:5
**14.............................**
   [1] - 4:4
**141** [1] - 22:18
**16** [2] - 1:6, 6:2
**18** [2] - 4:15, 4:16

## 2

**2** [3] - 4:7, 7:2, 7:4
**20** [3] - 4:17, 4:19, 17:1
**20,000** [1] - 17:7
**2015** [1] - 13:23
**2016** [4] - 1:6, 6:2, 7:1, 20:17
**20TH** [1] - 4:24
**20th** [1] - 23:14
**21** [3] - 4:20, 4:21, 4:22
**22** [1] - 4:23
**23** [2] - 4:25, 5:2
**23rd** [1] - 7:1
**24** [1] - 19:21
**24TH** [1] - 5:1
**24th** [3] - 19:6, 19:7, 23:16
**250** [1] - 2:24
**2592** [1] - 6:10
**2626** [1] - 7:9
**2676** [1] - 20:18
**2700** [1] - 2:13
**279** [1] - 13:25
**2800** [2] - 1:16, 1:17
**2:15** [1] - 1:6
**2:42** [1] - 23:18

## 3

**3** [3] - 4:7, 7:4, 7:5
**3,084** [1] - 17:22
**316** [1] - 1:21
**32502** [1] - 1:21
**335** [1] - 16:25
**36103** [1] - 2:5
**3650** [1] - 2:8
**3M** [2] - 19:3, 19:22

## 4

**4** [2] - 7:4, 8:11
**4,420** [1] - 13:10
**4,811** [1] - 14:7
**4...............................
   .........** [1] - 4:7
**40** [11] - 7:7, 7:21, 7:23, 12:6, 12:10, 12:15, 12:19, 12:21, 15:7, 15:10, 21:20
**400** [1] - 2:13
**4160** [1] - 2:5
**440** [1] - 14:25
**442** [2] - 13:11, 13:22
**49** [1] - 15:2

## 5

**5** [1] - 8:16
**500** [4] - 2:20, 3:7, 13:24, 14:1
**504** [1] - 3:8
**51** [2] - 15:2, 15:11
**52** [2] - 15:11, 15:20
**54** [1] - 22:17
**543** [1] - 14:8
**55TH** [1] - 2:24
**589-7779** [1] - 3:8

## 6

**6** [3] - 4:4, 4:5, 11:22
**6,249** [1] - 13:20
**60** [5] - 15:4, 15:13, 15:15, 20:7, 20:9
**600** [1] - 1:21
**632** [2] - 13:20, 13:22
**69** [1] - 15:13

## 7

**7** [4] - 4:7, 4:8, 7:6, 18:14
**70,000** [1] - 17:5

**701** [1] - 2:8
**70130** [2] - 2:13, 3:8
**70139** [1] - 2:9
**70163** [2] - 1:17, 2:17
**715** [1] - 22:19
**72** [2] - 15:16, 15:21
**77** [1] - 15:14
**79** [1] - 15:14

## 8

**8** [3] - 4:9, 4:10, 20:12
**883** [1] - 17:11
**89** [1] - 15:5
**8:30** [4] - 4:25, 5:2, 23:15, 23:17
**8th** [1] - 23:4

## 9

**9** [2] - 20:14, 20:17
**923** [1] - 22:19
**93** [1] - 15:23
**97** [1] - 15:25
**9:00** [4] - 4:24, 5:1, 23:15, 23:16

## A

**a.m** [2] - 23:15, 23:16
**A.M** [2] - 4:24, 5:1
**ability** [1] - 24:8
**able** [2] - 10:4, 16:10
**above-entitled** [1] - 24:9
**accessing** [1] - 18:8
**accommodate** [2] - 17:12, 17:15
**accounts** [1] - 18:9
**ACTION** [1] - 1:5
**action** [1] - 19:17
**activity** [1] - 17:8
**add** [1] - 16:19
**addition** [1] - 14:25
**additional** [3] - 10:2, 22:17, 22:18
**address** [2] - 18:9, 23:1
**addressed** [1] - 19:21
**addressing** [1] - 21:2
**afternoon** [2] - 19:13, 22:11
**age** [2] - 15:3, 15:14
**agenda** [1] - 6:21
**ages** [2] - 15:4, 15:13
**ago** [1] - 6:20
**agreed** [1] - 11:7

**agreeing** [1] - 12:13
**agreement** [1] - 9:18
**AL** [1] - 2:5
**ALL** [1] - 1:8
**allegation** [1] - 15:25
**allege** [1] - 15:24
**alleged** [1] - 10:10
**ALLEN** [1] - 2:3
**allow** [1] - 20:2
**allowing** [1] - 11:14
**allows** [1] - 16:5
**almost** [3] - 14:7, 15:1, 17:15
**ALSO** [1] - 3:3
**amended** [5] - 13:14, 13:17, 14:20, 14:21
**analysis** [2] - 16:21, 20:22
**AND** [5] - 1:15, 4:7, 4:18, 4:25, 5:2
**ANDREW** [1] - 3:3
**answered** [1] - 9:9
**ANSWERS** [1] - 4:14
**Answers** [1] - 18:15
**answers** [1] - 13:15
**ANTHONY** [1] - 2:4
**appearances** [1] - 6:12
**APPEARANCES** [3] - 1:13, 2:1, 3:1
**appearing** [1] - 8:25
**appreciate** [2] - 7:11, 8:14
**approach** [1] - 19:11
**APRIL** [1] - 4:24
**April** [2] - 23:4, 23:14
**argument** [1] - 20:19
**aspect** [1] - 17:18
**aspects** [2] - 20:22
**assigned** [1] - 21:14
**attached** [1] - 17:21
**attention** [1] - 12:17
**attorneys** [4] - 8:14, 8:25, 9:4, 10:24
**automatically** [1] - 13:16
**avail** [1] - 18:6
**available** [2] - 14:13, 14:18
**average** [2] - 13:23, 13:24
**await** [1] - 11:13, 12:20
**aware** [1] - 16:14

## B

**Bair** [2] - 19:1, 19:9
**BARR** [1] - 1:20
**Barrios** [2] - 22:8, 22:11
**BARRIOS** [5] - 2:7, 2:8, 22:10, 22:22, 23:6
**bars** [2] - 15:9, 15:10
**basis** [2] - 8:20, 16:16
**Bayer** [1] - 6:16
**BAYLEN** [1] - 1:21
**BE** [1] - 4:24
**BEASLEY** [1] - 2:3
**beautiful** [1] - 13:3
**BEFORE** [1] - 1:11
**begin** [1] - 20:21
**behalf** [1] - 22:9
**BELLWETHER** [1] - 4:8
**Bellwether** [1] - 7:6
**bellwether** [6] - 7:13, 7:14, 7:19, 8:6, 12:16
**BENJAMIN** [1] - 1:15
**best** [1] - 24:8
**better** [1] - 8:7
**between** [3] - 14:8, 15:4, 15:13
**beyond** [1] - 19:5
**Bickford** [1] - 19:14
**BIDDLE** [1] - 2:19
**big** [1] - 22:16
**BIRCHFIELD** [1] - 2:4
**bit** [1] - 18:22
**blanks** [1] - 9:24
**bleed** [1] - 15:15
**blue** [1] - 15:9
**BOX** [1] - 2:5
**BRIAN** [1] - 1:20
**briefly** [1] - 17:17
**briefs** [1] - 20:19
**brings** [1] - 18:14
**BrownGreer** [2] - 12:25, 13:7
**bundle** [1] - 20:9
**bundled** [1] - 18:18
**bundling** [3] - 20:1, 20:2, 20:7
**Bundling** [1] - 18:15
**BUNDLING** [1] - 4:14
**BY** [11] - 1:16, 1:20, 2:4, 2:8, 2:12, 2:16, 2:19, 2:23, 3:10, 3:11, 4:6

## C

**CALLED** [1] - 6:4
**CAMPUS** [1] - 2:20
**case** [19] - 6:9, 7:21, 9:5, 9:13, 10:8, 10:13, 10:15, 11:14, 11:15, 12:2, 13:9, 13:18, 17:24, 18:2, 18:24, 18:25, 19:10, 19:16, 23:3
**CASE** [1] - 4:6
**Case** [1] - 7:3
**CASE**........................ ........ [1] - 4:16
**CASES** [1] - 1:8
**cases** [32] - 7:14, 7:15, 7:16, 7:17, 7:19, 7:21, 7:23, 7:24, 7:25, 8:2, 8:6, 8:7, 9:6, 11:1, 11:3, 11:5, 12:10, 12:12, 12:15, 12:18, 12:19, 12:20, 15:7, 15:10, 16:10, 16:12, 20:10, 22:14, 22:17, 22:19, 22:21
**CASTEIX** [1] - 2:7
**categories** [1] - 16:11
**category** [3] - 8:19, 8:21, 15:18
**Cathy** [2] - 24:3, 24:13
**CATHY** [1] - 3:6
Cathy_Pepper@laed .uscourts.gov [1] - 24:15
cathy_Pepper@laed. uscourts.gov [1] - 3:9
**CCR** [2] - 3:6, 24:13
**cease** [1] - 20:7
**census** [3] - 7:21, 16:7, 16:8
**CENTER** [1] - 2:12
**Centola** [1] - 19:14
**central** [1] - 16:23
**centrality** [1] - 16:5
**CENTRALITY** [1] - 4:13
**Centrality** [6] - 13:1, 13:8, 13:15, 14:11, 17:18, 17:20
**CENTRE** [1] - 1:16
**certain** [2] - 14:19, 21:3
**CERTIFICATE** [1] - 24:1
**Certified** [3] - 24:3, 24:4, 24:13

**CERTIFIED** [1] - 3:6
**certify** [1] - 24:7
**CHAFFE** [1] - 2:15
**chambers** [1] - 10:22
**change** [2] - 16:18, 22:16
**changing** [2] - 13:15, 16:17
**chart** [4] - 15:3, 15:8, 18:3, 23:9
**civil** [1] - 9:6
**CIVIL** [1] - 1:5
**clear** [1] - 12:8
**clerk** [1] - 22:14
**CLERK** [2] - 6:7, 6:10
**clerk's** [1] - 11:8
**Clinical** [1] - 21:25
**closely** [1] - 16:9
**co** [1] - 6:14
**co-liaison** [1] - 6:14
**coming** [1] - 14:3
**comment** [1] - 10:20
**committee** [2] - 12:15, 22:12
**compares** [1] - 15:7
**Complaints** [1] - 18:15
**COMPLAINTS** [1] - 4:14
**complaints** [1] - 18:18
**COMPUTER** [1] - 3:11
**conclude** [1] - 16:24
**concluded** [1] - 23:19
**conference** [18] - 6:19, 7:1, 8:17, 9:3, 13:12, 13:21, 15:1, 17:1, 17:4, 17:7, 19:8, 19:21, 23:3, 23:11, 23:13, 23:14, 23:16, 23:18
**CONFERENCE** [3] - 1:10, 4:24, 5:1
**confidentiality** [1] - 21:3
**consuming** [1] - 10:11
**Contact** [1] - 8:12
**contact** [3] - 11:20, 23:9
**CONTACT** [1] - 4:9
**contacts** [1] - 20:23
**contains** [1] - 14:16
**continue** [1] - 12:4
**CONTINUED** [2] - 2:1, 3:1
**continues** [1] - 21:24
**Coordination** [1] - 22:8
**coordination** [1] - 23:3

**COORDINATION**....... ................... [1] - 4:23
**copies** [1] - 22:13
**correct** [1] - 24:7
**costs** [2] - 7:17, 7:20
**COUNSEL** [3] - 1:15, 2:11, 4:9
**Counsel** [1] - 8:12
**counsel** [25] - 6:12, 6:14, 6:20, 7:11, 8:13, 10:21, 10:25, 11:5, 11:6, 11:10, 11:18, 11:20, 11:25, 12:11, 18:21, 19:2, 19:22, 20:2, 21:16, 21:20, 22:3, 22:13, 23:15
**COUNSEL**.................. ............... [1] - 4:11
**country** [2] - 22:15, 22:18
**COURT** [26] - 1:1, 3:6, 4:6, 6:4, 6:8, 6:12, 6:18, 7:13, 9:2, 11:13, 12:13, 13:2, 16:4, 18:10, 18:12, 19:10, 19:12, 19:18, 19:24, 20:1, 21:16, 22:21, 22:23, 23:5, 23:8, 23:14
**court** [3] - 10:13, 20:17
**Court's** [2] - 8:21, 17:19
**courtroom** [1] - 18:5
**courts** [1] - 22:17
**CROW** [1] - 2:3
**CRR** [2] - 3:6, 24:13
**current** [1] - 21:1

## D

**database** [1] - 16:23
**date** [1] - 20:7
**DAVID** [1] - 1:15
**Dawn** [3] - 22:11, 22:21, 23:5
**DAWN** [1] - 2:8
**DAY....** [1] - 4:25
**DAY..............** [1] - 5:2
**days** [2] - 20:7, 20:9
**deal** [3] - 12:21, 21:10,

21:12
**dealing** [11] - 7:3, 8:11, 8:16, 8:19, 8:21, 11:4, 17:13, 18:15, 20:13, 20:23, 20:25
**deals** [6] - 11:22, 20:14, 21:1, 21:6, 21:23, 22:7
**decide** [1] - 11:18
**decisions** [1] - 19:4
**decreasing** [1] - 14:4
**DEFENDANT** [1] - 4:12
**defendant** [6] - 11:6, 14:6, 14:13, 14:14, 14:20, 14:23
**Defendant** [4] - 11:22, 12:23, 13:8, 14:7
**defendants** [10] - 8:19, 9:22, 11:17, 11:25, 12:5, 14:8, 14:17, 17:6, 18:25, 22:5
**DEFENDANTS** [1] - 2:15
**defendants'** [2] - 11:20, 12:15
**DEFENDANTS'** [1] - 2:11
**defense** [2] - 12:1, 12:10
**defer** [1] - 19:4
**deferred** [1] - 18:20
**deficiencies** [2] - 12:6, 12:11
**deficiency** [1] - 12:1
**DEIRDRE** [1] - 2:20
**Delaware** [1] - 23:4
**delay** [1] - 22:6
**demographics** [3] - 14:24, 16:17
**Deposition** [1] - 21:6
**DEPOSITION** [1] - 4:21
**deposition** [1] - 21:9
**depositions** [4] - 21:11, 21:17, 21:19, 21:20
**DEPUTY** [2] - 6:7, 6:10
**designated** [1] - 12:9
**designations** [1] - 21:3
**determine** [1] - 11:21
**device** [1] - 19:1
**diligently** [1] - 8:15
**discovered** [5] - 7:25, 8:1, 8:2, 8:3, 12:20
**DISCOVERY** [1] - 4:22

**Discovery** [2] - 21:1, 21:24
**discovery** [20] - 7:7, 7:18, 7:25, 12:6, 12:9, 12:21, 15:8, 15:10, 15:11, 15:14, 15:17, 15:21, 15:25, 16:2, 16:6, 16:9, 16:11, 21:13, 21:17, 22:25
**DISCOVERY**.............. ............................. [1] - 4:20
**discuss** [2] - 6:20, 20:21
**discussed** [5] - 12:24, 18:23, 19:21, 22:3, 23:12
**discussing** [2] - 18:20, 19:23
**discussion** [1] - 21:14
**dismiss** [1] - 9:11
**dismissals** [2] - 11:11, 18:18
**dismissed** [1] - 11:14
**distribute** [1] - 17:18
**distributed** [1] - 17:22
**District** [2] - 24:6, 24:15
**DISTRICT** [3] - 1:1, 1:1, 1:11
**Document** [2] - 7:9, 20:18
**DOCUMENT** [1] - 1:7
**document** [2] - 8:22, 17:21
**documentation** [1] - 14:18
**documents** [6] - 14:15, 14:16, 17:5, 17:9, 21:3
**done** [4] - 9:10, 11:10, 13:14, 14:11
**dozens** [1] - 18:1
**DRINKER** [1] - 2:19
**DRIVE** [1] - 2:20
**drug** [1] - 10:8
**Duke** [1] - 21:25

## E

**e-mail** [4] - 14:12, 14:22, 18:7, 18:9
**early** [1] - 16:6
**Eastern** [1] - 24:6
**EASTERN** [1] - 1:1
**easy** [1] - 16:22
**ECF** [1] - 17:19
**effectively** [1] - 7:17

**efforts** [1] - 20:24
**either** [1] - 17:6
**ELDON** [1] - 1:11
**emphasize** [2] - 8:12, 17:12
**end** [2] - 18:3, 19:17
**end-of-the-day** [1] - 18:3
**ENERGY** [1] - 1:16
**enforced** [1] - 11:12
**enforcement** [1] - 18:19
**engenders** [1] - 7:20
**ENTERED** [1] - 4:6
**entered** [3] - 6:25, 7:3, 7:7
**entire** [1] - 7:18
**entities** [1] - 22:2
**entitled** [1] - 24:9
**equally** [1] - 14:8
**ESQUIRE** [10] - 1:16, 1:20, 2:4, 2:8, 2:12, 2:16, 2:19, 2:20, 2:23, 3:3
**eventually** [1] - 8:9
**ex** [1] - 10:24
**exactly** [1] - 15:1
**except** [2] - 8:12, 9:11
**exciting** [1] - 13:4
**excused** [1] - 18:19
**expect** [2] - 14:9, 16:18
**extension** [1] - 11:18

## F

**FACT** [2] - 4:10, 4:12
**Fact** [7] - 8:16, 11:22, 12:24, 13:8, 13:24, 14:6, 14:7
**fact** [36] - 8:20, 8:23, 9:4, 9:14, 9:17, 9:18, 9:20, 9:21, 9:22, 9:24, 10:4, 10:16, 10:17, 10:18, 11:10, 11:19, 11:23, 12:1, 12:10, 13:1, 13:10, 13:13, 13:17, 14:4, 14:13, 14:14, 14:20, 14:21, 14:23, 14:25, 16:16, 16:19, 17:12, 18:17
**factors** [2] - 16:2, 16:20
**failed** [2] - 8:20, 8:22
**fairly** [1] - 16:22
**fall** [1] - 12:11
**FALLON** [1] - 1:11
**far** [5] - 13:10, 13:20,

13:25, 14:6, 17:22
**fashioned** [1] - 9:8
**FDA** [1] - 21:25
**February** [1] - 7:1
**Federal/State** [1] - 22:12
**fee** [2] - 11:11, 18:19
**fees** [1] - 11:4
**female** [1] - 15:2
**Ferris** [1] - 23:7
**few** [1] - 16:16
**file** [6] - 14:16, 17:11, 17:16, 20:3, 20:9, 20:10
**filed** [5] - 8:18, 17:19, 17:23, 22:15, 22:17
**files** [1] - 17:13
**filing** [6] - 10:24, 11:4, 11:11, 11:19, 18:19, 20:4
**filings** [1] - 14:3
**fill** [2] - 9:24, 10:4
**filled** [1] - 9:20
**filling** [1] - 10:3
**finally** [2] - 15:23, 17:17
**finished** [2] - 8:4, 8:5
**firm** [1] - 22:4
**firms** [1] - 16:25
**first** [5] - 6:24, 11:20, 12:20, 23:2, 23:3
**FL** [1] - 1:21
**flights** [1] - 21:18
**FLORHAM** [1] - 2:21
**focused** [1] - 12:15
**folks** [2] - 10:3, 10:4
**follow** [2] - 12:5, 12:10
**follow-up** [2] - 12:5, 12:10
**following** [2] - 8:17, 23:11
**FOR** [4] - 1:14, 1:19, 2:11, 2:15
**foregoing** [1] - 24:7
**forget** [1] - 12:18
**form** [1] - 20:9
**fortunately** [1] - 10:7
**forward** [1] - 11:2
**frankly** [1] - 10:6
**FRITCHIE** [1] - 2:11

## G

**GAINSBURGH** [1] - 1:15
**galaxy** [1] - 13:4
**generally** [1] - 9:8
**GERALD** [1] - 1:16
**GI** [1] - 15:15

**given** [1] - 12:2
**GLICKSTEIN** [1] - 2:23
**Guidelines** [1] - 21:7
**GUIDELINES** ............. ..................... [1] - 4:21

## H

**handling** [1] - 11:3
**happy** [1] - 16:22
**HB406** [1] - 3:7
**hear** [3] - 8:18, 9:3, 11:15
**HEARD** [1] - 1:11
**heard** [4] - 9:1, 19:2, 21:2, 23:11
**help** [2] - 18:8
**helpful** [2] - 18:13, 20:2
**hereby** [1] - 24:6
**high** [2] - 14:24, 16:1
**Honor** [18] - 6:17, 7:2, 7:7, 7:9, 8:17, 10:19, 12:23, 13:6, 18:14, 18:24, 19:11, 19:13, 19:25, 20:11, 21:24, 22:11, 23:7, 23:10
**HONORABLE** [1] - 1:11
**hope** [1] - 7:21
**hopefully** [3] - 8:4, 21:15, 21:21
**hospitalized** [1] - 15:24
**Hugger** [2] - 19:1, 19:9
**hundred** [1] - 17:3

## I

**I'LL** [2] - 4:25, 5:1
**idea** [2] - 7:16, 8:7
**identified** [2] - 7:7, 23:12
**identifying** [1] - 7:12
**impacts** [2] - 10:25, 11:3
**implement** [1] - 20:22
**implicate** [1] - 18:18
**importance** [1] - 8:12
**important** [1] - 9:20
**IN** [1] - 1:14
**increase** [5] - 13:11, 13:20, 17:1, 17:3, 17:6
**increasing** [1] - 14:4
**indication** [2] - 15:18,

15:22
**individual** [5] - 8:25, 12:11, 16:12, 20:4, 20:10
**individuals** [1] - 10:7
**information** [8] - 8:2, 8:13, 9:15, 9:24, 13:16, 16:13, 16:23, 23:9
**Information** [1] - 8:12
**INFORMATION** .......... ................ [1] - 4:9
**ingested** [1] - 22:19
**injured** [1] - 15:5
**injuries** [2] - 15:24, 22:20
**injury** [2] - 15:15, 15:16
**inquiries** [1] - 7:10
**instances** [1] - 14:19
**Institute** [1] - 22:1
**Interactions** [1] - 20:15
**INTERACTIONS** [1] - 4:18
**interested** [2] - 10:3, 16:21
**interrogatories** [3] - 9:7, 9:14, 9:19
**involved** [1] - 8:25
**involves** [2] - 18:25, 19:8
**involving** [2] - 8:2, 19:1
**Irwin** [2] - 6:16, 19:2
**IRWIN** [5] - 2:11, 2:12, 6:16, 19:7, 19:20
**IS** [1] - 5:1
**issue** [6] - 11:13, 18:22, 19:9, 20:14, 21:1, 23:12
**issued** [1] - 20:17
**issues** [2] - 17:14, 21:10
**issuing** [1] - 20:5

## J

**JACOB** [1] - 3:3
**Jake** [2] - 12:25, 13:6
**JAMES** [1] - 2:12
**Janssen** [1] - 6:16
**Jason** [1] - 19:13
**jerry** [1] - 6:14
**Jim** [1] - 6:16
**John** [1] - 11:6
**JOHN** [1] - 2:16
**Joint** [1] - 6:23
**JOINT** [1] - 4:4

**joint** [5] - 10:21, 12:24, 19:3, 20:12, 20:21
**JR** [1] - 2:4
**JUDGE** [1] - 1:11
**Judge** [6] - 6:22, 11:16, 11:23, 20:20, 21:8, 23:6
**judge** [3] - 19:19, 19:22, 23:3
**juries** [2] - 7:16, 16:12

## K

**KAYE** [1] - 2:23
**kind** [1] - 16:21
**KINGSDORF** [1] - 2:7
**knows** [2] - 7:24, 17:18
**KOLE** [1] - 2:20

## L

**LA** [5] - 1:17, 2:9, 2:13, 2:17, 3:8
**LANDRY** [3] - 19:11, 19:13, 19:25
**Landry** [1] - 19:13
**large** [3] - 9:6, 17:13, 17:15
**largest** [1] - 17:11
**last** [9] - 6:25, 13:11, 13:20, 14:5, 15:1, 17:1, 17:3, 17:7, 17:9
**law** [1] - 22:14
**lawyers** [4] - 7:15, 9:8, 9:9, 16:13
**LEAD** [2] - 4:25, 5:2
**lead** [3] - 6:20, 20:6, 23:17
**least** [6] - 13:14, 15:19, 16:1, 16:8, 16:13, 19:21
**leave** [1] - 20:1
**level** [2] - 14:24, 16:1
**LEVIN** [1] - 1:19
**Liability** [1] - 6:11
**LIABILITY** [1] - 1:4
**liaison** [10] - 6:14, 6:20, 7:10, 8:13, 11:6, 11:20, 11:24, 22:13, 23:15, 23:17
**LIAISON** [4] - 1:15, 2:11, 4:25, 5:2
**likewise** [1] - 18:7
**limited** [1] - 14:19
**line** [3] - 13:22, 14:1,

14:2
**list** [2] - 15:15, 15:19
**listed** [1] - 7:7
**litigants** [3] - 7:15, 9:5, 16:13
**Litigation** [1] - 6:11
**LITIGATION** [1] - 1:4
**litigation** [7] - 7:19, 7:22, 10:6, 10:9, 10:14, 16:7
**log** [3] - 14:13, 14:22, 17:2
**log-ins** [1] - 17:2
**logical** [1] - 10:12
**look** [3] - 7:16, 14:22, 15:6
**Louisiana** [2] - 24:5, 24:6
**LOUISIANA** [2] - 1:1, 1:6

**M**

**magnitude** [1] - 9:13
**mail** [4] - 14:12, 14:22, 18:7, 18:9
**main** [1] - 21:1
**maladies** [1] - 10:11
**male** [3] - 15:2, 15:11, 15:12
**management** [1] - 23:3
**Management** [1] - 7:3
**MANAGEMENT** [1] - 4:6
**MARCH** [2] - 1:6, 6:2
**March** [9] - 7:6, 13:25, 14:1, 14:9, 19:6, 19:7, 19:21, 20:17
**mark** [2] - 13:17, 14:21
**MARTIN** [1] - 4:16
**Martin** [1] - 18:24
**Martzell** [1] - 19:14
**match** [1] - 16:2
**material** [1] - 22:4
**materials** [1] - 22:1
**matter** [5] - 16:19, 19:4, 20:18, 21:1, 24:9
**matters** [1] - 23:11
**MAY** [2] - 5:1
**MCCALL** [1] - 2:15
**MDL** [22] - 4:13, 6:10, 6:25, 12:25, 13:7, 13:14, 14:11, 15:7, 15:9, 15:11, 15:13, 15:15, 15:20, 15:23, 16:2, 17:18, 17:20,

19:1, 19:8, 19:17, 20:2, 20:3
**MDLCentrality@ BrownGreer.com** [1] - 18:7
**MECHANICAL** [1] - 3:10
**medical** [2] - 17:13, 17:14
**MEET** [2] - 4:25, 5:1
**meet** [3] - 6:19, 23:15, 23:17
**meeting** [1] - 11:7
**megabytes** [1] - 17:11
**mention** [1] - 17:11
**mentioned** [2] - 20:1, 21:16
**MERIT** [1] - 3:7
**Merit** [2] - 24:4, 24:14
**method** [1] - 9:11
**methods** [1] - 8:9
**METHVIN** [1] - 2:3
**Meunier** [2] - 6:14, 22:10
**MEUNIER** [13] - 1:15, 1:16, 6:14, 6:22, 8:11, 10:19, 11:16, 12:23, 18:14, 19:8, 20:11, 21:23, 23:10
**MILES** [1] - 2:4
**Minnesota** [1] - 19:19
**mirror** [1] - 7:21
**mirrors** [2] - 16:7, 16:9
**MITCHELL** [1] - 1:19
**moment** [1] - 6:20
**MONTGOMERY** [1] - 2:5
**month** [4] - 13:23, 13:25, 14:5, 17:10
**monthly** [1] - 6:18
**MOORE** [1] - 2:11
**most** [2] - 17:18, 22:21
**motion** [1] - 21:2
**motions** [4] - 8:18, 9:11, 9:12, 10:25
**move** [2] - 11:18, 21:17
**MR** [20] - 6:14, 6:16, 6:22, 8:11, 10:19, 11:16, 12:23, 13:3, 16:15, 18:11, 18:14, 19:7, 19:8, 19:11, 19:13, 19:20, 19:25, 20:11, 21:23, 23:10
**MS** [6] - 22:10, 22:22, 23:2, 23:6, 23:7, 23:9
**must** [2] - 11:20,

12:11

**N**

**name** [1] - 13:6
**necessary** [1] - 12:21
**need** [7] - 9:15, 9:23, 10:2, 12:16, 18:4, 21:8, 22:4
**needs** [1] - 18:8
**new** [4] - 6:24, 7:2, 8:11, 20:12
**NEW** [7] - 1:6, 1:17, 2:9, 2:13, 2:17, 2:24, 3:8
**next** [2] - 15:18, 23:14
**NEXT** [1] - 4:24
**NJ** [1] - 2:21
**NO** [1] - 1:5
**nonetheless** [1] - 13:5
**note** [2] - 11:23, 15:20
**nothing** [3] - 7:2, 8:11, 20:12
**notification** [1] - 11:25
**notifying** [1] - 14:22
**NUMBER** [1] - 4:4
**Number** [2] - 6:10, 6:23
**number** [8] - 7:10, 7:20, 8:24, 10:23, 11:1, 13:19, 14:2, 17:14
**numbered** [1] - 24:9
**numbers** [3] - 13:22, 16:18, 16:24
**NUMBERS** [1] - 4:6
**Numbers** [1] - 7:4
**NY** [1] - 2:24

**O**

**obligation** [1] - 12:3
**October** [1] - 13:23
**OF** [5] - 1:1, 1:10, 4:11, 4:14, 4:19
**OFFICE** [1] - 2:5
**office** [1] - 11:8
**Official** [2] - 24:5, 24:14
**OFFICIAL** [1] - 3:6
**OLINDE** [1] - 2:16
**Olinde** [1] - 11:6
**once** [1] - 13:14
**one** [4] - 8:19, 10:17, 14:16, 16:4
**ongoing** [1] - 16:16
**opportunity** [2] - 6:19, 20:7

**opposed** [1] - 21:19
**opposing** [3] - 18:21, 20:19, 22:3
**opposition** [1] - 11:21
**opt** [1] - 18:2
**option** [1] - 18:6
**orange** [1] - 15:10
**Order** [1] - 20:13
**ORDER** [1] - 6:4
**order** [9] - 6:21, 7:7, 20:5, 20:6, 20:8, 20:17, 20:20, 20:21, 21:15
**ORDER.................... ............ [1] - 4:17
**ORDERS** [1] - 4:6
**Orders** [2] - 6:24, 7:3
**orders** [6] - 6:24, 8:18, 8:21, 11:14, 21:5, 22:25
**ORDERS.................. .............. [1] - 4:5
**ORLEANS** [6] - 1:6, 1:17, 2:9, 2:13, 2:17, 3:8
**overall** [1] - 16:17

**P**

**P.M** [1] - 1:6
**p.m** [1] - 23:18
**PAGE** [1] - 4:2
**PAPANTONIO** [1] - 1:19
**paragraph** [1] - 21:6
**PARK** [1] - 2:21
**parte** [1] - 7:14
**Parties** [1] - 21:24
**parties** [4] - 9:3, 12:14, 16:21, 20:21
**PARTIES.................... ...... [1] - 4:22
**payments** [1] - 18:19
**PDF** [2] - 14:14, 17:21
**PENSACOLA** [1] - 1:21
**people** [7] - 15:19, 17:2, 17:14, 17:25, 20:2, 20:8, 22:19
**PEPPER** [1] - 3:6
**Pepper** [3] - 24:3, 24:12, 24:13
**perceived** [1] - 12:1
**percent** [12] - 15:2, 15:11, 15:13, 15:14, 15:15, 15:16, 15:20, 15:21, 15:23, 15:25
**perhaps** [1] - 11:7
**period** [1] - 9:12

**person** [1] - 10:11
**Philadelphia** [3] - 22:22, 22:23, 22:24
**phone** [1] - 18:5
**Physicians** [1] - 20:15
**PHYSICIANS** [1] - 4:19
**physicians** [2] - 20:23, 21:11
**pick** [1] - 8:8
**picture** [1] - 13:3
**place** [2] - 9:14, 9:19
**places** [1] - 22:25
**Plaintiff** [4] - 8:16, 12:23, 13:8, 13:24
**PLAINTIFF** [1] - 4:10
**plaintiff** [8] - 8:20, 11:19, 13:10, 14:12, 14:25, 16:16, 16:19, 17:6
**plaintiff's** [2] - 12:11, 14:15
**PLAINTIFFS** [1] - 1:19
**plaintiffs** [18] - 6:15, 7:8, 7:11, 8:1, 8:19, 8:22, 8:25, 9:21, 9:23, 10:24, 12:7, 12:9, 13:19, 14:21, 15:23, 16:2, 21:11, 21:12
**Plaintiffs** [1] - 20:16
**plaintiffs'** [1] - 11:24
**Plaintiffs'** [1] - 20:14
**PLAINTIFFS'** [2] - 1:14, 4:18
**PLAINTIFFS................ .... [1] - 4:19
**pleading** [1] - 17:20
**Pleadings** [1] - 18:16
**pleadings** [5] - 17:17, 17:19, 17:22, 18:1, 18:4
**PLEADINGS.............. ............................ [1] - 4:15
**point** [5] - 7:6, 10:3, 11:2, 12:17, 20:3
**pool** [19] - 7:8, 7:13, 7:25, 8:6, 12:6, 12:9, 15:8, 15:10, 15:12, 15:14, 15:17, 15:21, 15:25, 16:2, 16:7, 16:9, 16:11, 21:13, 21:17
**population** [2] - 15:4, 15:16
**PORTIS** [1] - 2:4
**position** [1] - 19:15
**POST** [1] - 2:5
**posted** [1] - 7:23

**POYDRAS** [5] - 1:17, 2:8, 2:13, 2:16, 3:7
**PRESCRIBING** [1] - 4:18
**Prescribing** [1] - 20:15
**present** [2] - 18:21, 21:9
**PRESENT** [1] - 3:3
**presentation** [2] - 21:4, 21:14
**presented** [1] - 19:3
**presenting** [1] - 11:8
**presently** [1] - 16:9
**Preservation** [1] - 20:13
**PRESERVATION** [1] - 4:17
**PRETRIAL** [1] - 4:5
**Pretrial** [1] - 6:24
**pretrial** [2] - 6:24, 20:21
**pro** [1] - 11:1
**problem** [2] - 16:22, 19:17
**problematic** [1] - 21:20
**problems** [1] - 7:20
**PROCEEDINGS** [3] - 1:10, 3:10, 6:1
**proceedings** [1] - 24:9
**process** [5] - 7:9, 8:23, 11:9, 13:8, 22:6
**PROCTOR** [1] - 1:20
**PRODUCED** [1] - 3:11
**Products** [1] - 6:11
**PRODUCTS** [1] - 1:4
**progress** [1] - 13:12
**properly** [1] - 11:10
**propose** [1] - 9:17
**proposed** [1] - 6:21
**propounds** [1] - 9:6
**protected** [1] - 11:12
**protocol** [4] - 11:9, 11:13, 18:21, 21:9
**prove** [1] - 8:22
**provided** [2] - 13:16, 22:13
**providing** [1] - 8:13
**provisions** [1] - 11:11
**PSC** [5] - 12:4, 12:14, 21:2, 21:24, 22:9
**PTO** [4] - 11:4, 11:11, 11:24, 18:20
**purpose** [2] - 9:4, 10:17
**purposes** [1] - 10:17
**put** [2] - 12:16, 20:8

**Q**

**quarters** [1] - 15:4
**questions** [2] - 9:8
**quick** [1] - 13:7
**quickly** [1] - 21:17
**quite** [2] - 16:15, 17:15

**R**

**RAFFERTY** [1] - 1:20
**rather** [2] - 7:18, 18:20
**RE** [1] - 1:4
**re** [1] - 6:10
**react** [1] - 16:12
**really** [2] - 16:17, 22:16
**Realtime** [2] - 24:3, 24:13
**REALTIME** [1] - 3:6
**reason** [4] - 7:13, 12:13, 15:18, 16:4
**reasonable** [1] - 8:5
**reasons** [2] - 16:4, 20:18
**REATH** [1] - 2:19
**receive** [4] - 13:23, 14:12, 21:25, 22:5
**received** [1] - 13:24
**receiving** [2] - 16:15, 18:1
**recognize** [1] - 12:19
**record** [3] - 6:13, 7:12, 24:8
**Record** [2] - 7:9, 20:18
**RECORDED** [1] - 3:10
**records** [1] - 17:14
**reduce** [1] - 15:20
**reference** [1] - 23:10
**referring** [1] - 6:23
**regarding** [1] - 10:21
**REGISTERED** [1] - 3:7
**registered** [1] - 17:20, 24:14
**Registered** [1] - 24:3
**RELATES** [1] - 1:7
**remain** [1] - 15:1
**remaining** [1] - 11:1
**remains** [1] - 12:2
**remind** [1] - 11:17
**Report** [2] - 6:23, 13:1
**REPORT** [1] - 4:4
**report** [14] - 7:2, 7:5, 10:21, 11:22, 12:24, 18:15, 18:24, 20:12, 20:13, 20:25, 21:6, 21:23, 22:7, 22:8

**REPORT**................. ............ [1] - 4:13
**Reporter** [7] - 24:3, 24:4, 24:5, 24:13, 24:14, 24:14
**REPORTER** [3] - 3:6, 3:6, 3:7
**REPORTER'S** [1] - 24:1
**reporting** [1] - 20:24
**representative** [1] - 16:10
**request** [1] - 19:3
**requested** [1] - 20:20
**requires** [1] - 11:2
**Research** [1] - 21:25
**resolve** [1] - 12:6
**resolving** [1] - 12:10
**respect** [3] - 6:23, 7:5, 11:10
**respectively** [1] - 8:8
**responsibility** [4] - 11:4, 11:24, 12:2, 12:4
**Responsive** [1] - 18:16
**RESPONSIVE** [1] - 4:14
**result** [1] - 9:10
**resulting** [1] - 10:11
**rise** [1] - 6:7
**risk** [1] - 15:21
**RIVAROXABAN** [1] - 1:4
**RMR** [2] - 3:6, 24:13
**ROOM** [1] - 3:7
**ruled** [1] - 20:18
**ruling** [1] - 20:22

**S**

**s/Cathy** [1] - 24:12
**safeguards** [1] - 11:3
**save** [1] - 14:14
**scheduling** [1] - 23:13
**SCHOLER** [1] - 2:23
**se** [1] - 11:1
**seated** [1] - 6:8
**second** [1] - 13:17
**section** [7] - 6:24, 10:20, 11:22, 18:23, 20:14, 21:23, 22:7
**Section** [7] - 7:2, 7:5, 8:11, 8:16, 18:14, 20:12, 20:25
**secure** [1] - 22:4
**see** [5] - 14:3, 14:9, 15:3, 16:1, 16:11
**select** [2] - 7:14, 7:20

**selected** [3] - 7:8, 7:19, 7:23
**selection** [1] - 12:16
**Selections** [1] - 7:6
**SELECTIONS**............ ..................... [1] - 4:8
**send** [1] - 11:25
**sensitive** [1] - 10:2
**serve** [1] - 8:20
**served** [1] - 22:1
**set** [2] - 7:9, 9:6
**setting** [1] - 18:9
**severed** [1] - 19:16
**SHARKO** [4] - 2:19, 23:2, 23:7, 23:9
**Sheet** [1] - 13:8
**sheet** [11] - 8:20, 8:23, 11:19, 12:1, 12:10, 13:17, 14:13, 14:14, 14:20, 14:21, 14:23
**SHEETS** [1] - 4:10
**Sheets** [6] - 8:16, 11:23, 12:24, 13:24, 14:6, 14:7
**sheets** [20] - 9:4, 9:15, 9:17, 9:18, 9:20, 9:21, 9:22, 9:25, 10:4, 10:5, 10:16, 10:17, 10:18, 13:1, 13:10, 13:13, 14:25, 16:16, 16:19
**SHEETS**.................... ............ [1] - 4:12
**short** [1] - 21:15
**shorten** [1] - 21:21
**shortly** [1] - 20:24
**show** [2] - 8:18, 21:5
**showing** [1] - 15:8
**side** [7] - 8:6, 9:6, 9:7, 9:15, 9:16, 12:5, 21:13
**sides** [4] - 7:25, 9:21, 11:7, 17:9
**sign** [1] - 14:3
**significant** [1] - 15:6
**significantly** [1] - 16:18
**similar** [1] - 14:6
**simply** [2] - 11:23, 13:15
**situations** [1] - 10:23
**size** [1] - 17:16
**slightly** [1] - 14:4
**SOLOW** [1] - 3:3
**sort** [4] - 8:10, 9:5, 10:6, 18:6
**sources** [1] - 22:5
**SOUTH** [1] - 1:21
**special** [1] - 11:2

**specifically** [1] - 21:10
**split** [1] - 14:7
**stand** [1] - 19:15
**start** [1] - 15:6
**started** [1] - 17:23
**State** [1] - 24:4
**State/Federal** [1] - 22:7
**STATE/FEDERAL** [1] - 4:23
**States** [2] - 24:5, 24:15
**STATES** [2] - 1:1, 1:11
**statistics** [2] - 15:6, 16:6
**stats** [1] - 22:14
**status** [13] - 6:19, 6:25, 8:17, 13:11, 13:21, 15:1, 17:1, 17:3, 17:7, 19:4, 19:8, 23:13, 23:18
**STATUS** [1] - 1:10
**staying** [1] - 19:17
**STENOGRAPHY** [1] - 3:10
**STEVEN** [1] - 2:23
**streamlined** [1] - 18:6
**STREET** [7] - 1:17, 1:21, 2:8, 2:13, 2:16, 2:24, 3:7
**stroke** [1] - 15:21
**subject** [2] - 19:1, 22:1
**submissions** [1] - 16:17
**submitted** [3] - 13:11, 13:13, 14:7
**subpoena** [1] - 22:2
**suggest** [1] - 21:18
**SUITE** [4] - 1:17, 1:21, 2:8, 2:13
**summary** [1] - 18:3
**supplement** [2] - 21:9, 21:10
**supplementing** [1] - 13:15
**supporting** [2] - 14:17, 17:9
**Susan** [1] - 23:1
**SUSAN** [1] - 2:19
**switch** [1] - 18:4
**system** [12] - 13:19, 14:14, 14:18, 16:19, 16:24, 16:25, 17:2, 17:5, 17:12, 17:15, 17:19, 18:8

| T | U |
|---|---|
| **table** [1] - 19:18<br>**team** [1] - 21:13<br>**teams** [1] - 21:18<br>**teeing** [1] - 22:25<br>**tens** [1] - 18:1<br>**terms** [1] - 17:8<br>**TEXACO** [1] - 2:12<br>**THAT** [2] - 4:25, 5:2<br>**THE** [31] - 1:11, 1:14, 1:19, 2:11, 2:15, 4:6, 4:24, 6:7, 6:8, 6:10, 6:12, 6:18, 7:13, 9:2, 11:13, 12:13, 13:2, 16:4, 18:10, 18:12, 19:10, 19:12, 19:18, 19:24, 20:1, 21:16, 22:21, 22:23, 23:5, 23:8, 23:14<br>**themselves** [1] - 18:6<br>**Third** [1] - 21:24<br>**THIRD** [1] - 4:22<br>**THIS** [1] - 1:7<br>**THOMAS** [1] - 1:19<br>**thousand** [1] - 14:9<br>**three** [1] - 15:4<br>**three-quarters** [1] - 15:4<br>**tighten** [1] - 18:22<br>**timely** [1] - 8:20<br>**timetable** [1] - 22:4<br>**Timothy** [1] - 18:24<br>**TIMOTHY** [1] - 4:16<br>**tired** [1] - 17:25<br>**TO** [3] - 1:7, 4:22, 6:4<br>**today** [4] - 6:18, 8:17, 21:2, 22:3<br>**took** [2] - 15:19, 15:20<br>**total** [1] - 13:19<br>**touch** [1] - 17:17<br>**touched** [1] - 18:17<br>**transcript** [1] - 24:7<br>**TRANSCRIPT** [2] - 1:10, 3:10<br>**transmit** [1] - 22:4<br>**treaters** [1] - 8:1<br>**TREATING** [1] - 4:19<br>**Treating** [1] - 20:15<br>**tried** [2] - 7:15, 7:17<br>**true** [1] - 24:7<br>**try** [2] - 9:13, 10:1<br>**trying** [1] - 7:14<br>**TUESDAY** [2] - 1:6, 6:2<br>**two** [3] - 8:18, 13:25, 14:8<br>**type** [1] - 10:14<br>**types** [1] - 15:5 | **under** [4] - 8:21, 11:24, 12:24, 18:20<br>**undue** [1] - 22:6<br>**unfortunately** [1] - 10:7<br>**unique** [1] - 21:10<br>**United** [2] - 24:5, 24:15<br>**UNITED** [2] - 1:1, 1:11<br>**unlimited** [1] - 17:16<br>**unopposed** [1] - 10:25<br>**up** [8] - 7:9, 9:14, 11:2, 12:5, 12:10, 18:9, 21:4, 22:25<br>**update** [1] - 13:7<br>**upload** [1] - 14:17<br>**uploaded** [2] - 14:16, 17:5<br>**uploading** [1] - 17:9<br>**URQUHART** [1] - 2:11<br>**users** [2] - 17:20, 22:18<br><br>**V**<br><br>**various** [1] - 16:11<br>**view** [1] - 14:14<br><br>**W**<br><br>**wants** [1] - 18:5<br>**WARSHAUER** [1] - 1:15<br>**weeks** [1] - 13:25<br>**WEST** [1] - 2:24<br>**Wharton** [2] - 23:6, 23:7<br>**whereby** [1] - 22:4<br>**WHEREUPON** [1] - 23:18<br>**whole** [4] - 15:7, 15:9, 16:3, 16:25<br>**WILL** [1] - 4:24<br>**wish** [1] - 20:9<br>**WITH** [3] - 4:18, 4:25, 5:2<br>**withdraw** [2] - 10:25, 11:15<br>**WITHDRAWAL** [1] - 4:11<br>**withdrawal** [2] - 10:21, 11:9<br>**Woody** [2] - 12:25, 13:6<br>**WOODY** [4] - 3:3, 13:3, 16:15, 18:11 |

| X |
|---|
| **written** [1] - 11:25 |

**X**

**XARELTO** [1] - 1:4
**Xarelto** [8] - 6:10, 8:22, 10:10, 10:11, 10:12, 10:14, 15:19, 22:19

**Y**

**YORK** [1] - 2:24