# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAG. JUDGE NORTH** |

**This Document Relates to:**

  **GINA RIPPLEY**

**INDIVIDUAL CIVIL ACTION NO.:  2:16-cv-01402-EEF-MBN**

## MOTION FOR LEAVE TO WITHDRAW

**COMES NOW** Stark & Stark pursuant to the Eastern District of Louisiana's Local Rule 83.2.11, and hereby requests permission to withdraw as counsel for Plaintiff Gina Rippley in the above-styled case. In support of said Motion, counsel for Plaintiff states as follows:

1. Plaintiff, Gina Rippley, retained the services of Stark & Stark to represent her in the Xarelto Multidistrict Litigation for her claim.

2. On or about February 19, 2016, the undersigned filed the above-referenced case as part of a bundled complaint directly in the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about October 26, 2015, Stark & Stark contacted Plaintiff to request information essential to litigating this case.

4. Counsel called Plaintiff to follow up regarding the requested information on multiple occasions, including November 11, 2015, January 8, 2016, January 13, 2016, January 25, 2016, and January 29, 2016, as well as sent correspondence on January 8, 2016, January 15, 2016 and January 25, 2016, however, to date, Plaintiff has not provided the information requested.

5. On or about January 26, 2016, my law firm spoke with Plaintiff via telephone, again, advising her that Stark & Stark lacked requisite information to further prosecute her case.

6. On or about March 15, 2016, my law firm sent Plaintiff a correspondence reaffirming that Stark & Stark lacked requisite information to further prosecute her case. At that time, we requested permission to dismiss the suit. We further advised Plaintiff that if we did not receive a response to our request by March 29, 2016, we would be forced to withdraw as her counsel.

7. To date, Plaintiff has not responded and she has failed to provided the information requested.

8. Plaintiff's last known mailing address was 1701 Dunlap Avenue, Apt 101, Marinette, WI 54143, and her last known phone number was 404-510-9620.

9. For the foregoing reasons, Plaintiff substantially failed to fulfill an obligation to her attorney.

10. Stark & Stark gave Plaintiff reasonable warning of the law firm's intent to withdraw.

**WHEREFORE**, Stark & Stark, by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: April 1, 2016

                                   **STARK & STARK**
                                   993 Lenox Drive
                                   Lawrenceville, NJ 08648
                                   Telephone: (609) 896-9060
                                   Fax: (609) 896-0629
                                   mschrama@stark-stark.com

                                   */s/ Martin P. Schrama*
                                   Martin P. Schrama
                                   New Jersey Bar No.: 039581997

                             **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

     I further certify, pursuant to Local Rule 83.2.11, that I caused this motion and related correspondence to be sent via certified mail to 1434 Sierra Lane, Stockton, CA 95205, notifying Plaintiff of all deadlines and court appearances.

     This the 1st day of April, 2016.

                                     */s/ Martin P. Schrama*
                                     Martin P. Schrama