UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| | <u>**JURY TRIAL DEMANDED**</u> |

**THIS DOCUMENT RELATES TO:**

    **GINA RIPPLEY**

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-01402-EEF-MBN**

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-named case,

**IT IS HEREBY ORDERED** that Martin P. Schrama, Esq. and the law firm of Stark & Stark, a Professional Corporation, are withdrawn as Plaintiff's attorneys of record.

**DONE AND SIGNED** this _____ day of _____, 2016, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE