## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IIN RE: XARELTO (RIVAROXABAN) : PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| DEBORAH MARXEN<br><br>-Plaintiff-<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC et al<br><br><br>-Defendant- | Civil Action No.: 2:15-cv-04752<br><br><br><br>NOTICE OF COMPLIANCE |

## NOTICE OF COMPLIANCE

The Plaintiff, Deborah Marxen, in the above-captioned matter gives notice that she complied with the defendant's discovery requests as of 04/01/2016.

Dated: 04/01/2016

        s/ Randi Kassan, Esq.
        SANDERS VIENER GROSSMAN, LLP
        Randi A. Kassan, Esq.
        Marc D. Grossman, Esq.
        100 Herricks Road, Mineola, NY 11501
        Tel: (516) 741-5600
        Fax: (516) 741-0128
        rkassan@thesandersfirm.com
        mgrossman@thesandersfirm.com

        Counsel for Plaintiff

## **CERTIFICATION**

I hereby certify that a copy of the foregoing *Notice of Compliance* has been electronically filed and served on defendants.

Dated: 04/01/2016

        s/ Randi Kassan, Esq.
        SANDERS VIENER GROSSMAN, LLP
        Randi A. Kassan, Esq.
        Marc D. Grossman, Esq.
        100 Herricks Road, Mineola, NY 11501
        Tel: (516) 741-5600
        Fax: (516) 741-0128
        rkassan@thesandersfirm.com
        mgrossman@thesandersfirm.com

        Counsel for Plaintiff