# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IIN RE: XARELTO (RIVAROXABAN) : PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| MARY MCCULLEN<br>-Plaintiff-<br>v.<br>JANSSEN RESEARCH & DEVELOPMENT, LLC et al<br>-Defendant- | Civil Action No.: 2:15-cv-04753<br><br>NOTICE OF COMPLIANCE |

## NOTICE OF COMPLIANCE

The Plaintiff, Mary McCullen, in the above-captioned matter gives notice that she complied with the defendant's discovery requests as of 04/01/2016.

Dated: 04/01/2016

        s/ Randi Kassan, Esq.
        SANDERS VIENER GROSSMAN, LLP
        Randi A. Kassan, Esq.
        Marc D. Grossman, Esq.
        100 Herricks Road, Mineola, NY 11501
        Tel: (516) 741-5600
        Fax: (516) 741-0128
        rkassan@thesandersfirm.com
        mgrossman@thesandersfirm.com

        Counsel for Plaintiff

## **CERTIFICATION**

     I hereby certify that a copy of the foregoing *Notice of Compliance* has been electronically filed and served on defendants.

Dated: 04/01/2016

                            s/ Randi Kassan, Esq.
                            SANDERS VIENER GROSSMAN, LLP
                            Randi A. Kassan, Esq.
                            Marc D. Grossman, Esq.
                            100 Herricks Road, Mineola, NY 11501
                            Tel: (516) 741-5600
                            Fax: (516) 741-0128
                            rkassan@thesandersfirm.com
                            mgrossman@thesandersfirm.com

                            Counsel for Plaintiff