IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IIN RE: XARELTO (RIVAROXABAN) : PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| GISELA GRANT | Civil Action No.: 2:15-cv-04685 |
| -Plaintiff- | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC et al | NOTICE OF COMPLIANCE |
| -Defendant- | |

## NOTICE OF COMPLIANCE

The Plaintiff, Gisela Grant, in the above-captioned matter gives notice that she complied with the defendant's discovery requests as of 03/30/2016.

Dated: 04/01/2016

    s/ Randi Kassan, Esq.
    SANDERS VIENER GROSSMAN, LLP
    Randi A. Kassan, Esq.
    Marc D. Grossman, Esq.
    100 Herricks Road, Mineola, NY 11501
    Tel: (516) 741-5600
    Fax: (516) 741-0128
    rkassan@thesandersfirm.com
    mgrossman@thesandersfirm.com

    Counsel for Plaintiff

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing *Notice of Compliance* has been electronically filed and served on defendants.

Dated: 04/01/2016

             s/ Randi Kassan, Esq.
             SANDERS VIENER GROSSMAN, LLP
             Randi A. Kassan, Esq.
             Marc D. Grossman, Esq.
             100 Herricks Road, Mineola, NY 11501
             Tel: (516) 741-5600
             Fax: (516) 741-0128
             rkassan@thesandersfirm.com
             mgrossman@thesandersfirm.com

             Counsel for Plaintiff