Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION:  L |
| ANNABELLE ARRIVO, ON BEHALF OF PAUL ARRIVO, AN INCAPACITATED ADULT; | ) JUDGE FALLON ) MAG. JUDGE NORTH ) |
| RALPH BARNES; STEPHANIE BEASLEY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOHN BEASLEY; | ) **NOTICE OF COMPLIANCE WITH SERVICE OF PROCESS PROVISIONS IN PTO 10 AND PTO 11** |
| JOSE BLATT; SALLY BOWLBY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GEORGE BOWLBY; | ) ) Civil Action No.: 2:16-cv-02422 ) |
| DORIS BRADLEY; WILLIAM BULLETT; PATSY CHAMBLESS; WAYNE CRAFT; RICHARD DUMMER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOAN DUMMER; PAUL FERGUS, JR., INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF PAUL FERGUS, SR.; TOMMY FINCH, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CLAUDETTE WILLIAMS; CHARLES FORBES; DOROTHY GAGE; LOIS GNADE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROBERT GNADE; MAXINE HANSEN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOE BOB HANSEN; THOMAS MCDUFFIE; CRAIG MONSON; | ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF COMPLIANCE**             Page 1

JAMES PASCHALL, INDIVIDUALLY AND
ON BEHALF OF THE ESTATE OF LEATRICE
PASCHALL;
WANDA ROWE;
VELTA SALTER;
HUEY SEYFARTH;
DONALD STYLES;
MARY THOMPSON;
CAROL TRUSSELL;
DOUG WHITLOW; and
MILTON YANCEY,

   Plaintiffs,

   v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC; JANSSEN ORTHO
LLC; JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON COMPANY; BAYER
HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG; BAYER
CORPORATION; BAYER HEALTHCARE
LLC; BAYER HEALTHCARE AG; BAYER
AG; and DOES 1-50, Inclusive,

   Defendants.

## Streamlined Service of Process Procedures in PTOs 10 and 11

  PTO 10 states in pertinent part that streamlined service of process can be effected on Bayer Healthcare Pharmaceuticals, Inc. (BHCP), "By **CERTIFIED** Mail, Return Receipt Requested, upon the following representative of BHCP:

  SOP Department
  Corporation Service Company
  Suite 400
  2711 Centerville Road
  Wilmington, DE 19808"

**NOTICE OF COMPLIANCE**                         Page 2

PTO 10 at II. C.1.

PTO 10 further states that streamlined service of process can be effected on Bayer Pharma AG, "By **REGISTERED** Mail, Return Receipt Requested, upon the following representative of Bayer Pharma AG:

> Bayer Pharma AG
> Attn: Eva Gardyan-Eisenlohr
> General Counsel
> Muellerstrasse 178
> 13353 Berlin
> GERMANY"

PTO 10 at II. C.2.

PTO 10 additionally provides, "Contemporaneous with mailing the Bayer Pharma AG pleading, plaintiffs shall provide, by electronic mail, notice of service, including a copy of the complaint, to the following address: xareltocomplaints@babc.com." PTO 10 at II.C.

PTO 10 also states: "Service will be effective only if addressed as above (including the notice of service provided via electronic mail). General mailing or use of other methods of transmission, including but not limited to Federal Express or email, will not be sufficient to effect service. Service will be effective ten (10) days after the date of delivery." PTO 10 at II. D.

Finally, PTO 11 states in pertinent part that, for bundled complaints, "[s]ervice of the Joint Complaint, together with a copy of the applicable Severance Order and a list of the individual cases and their civil action numbers, shall be sufficient to effectuate service of process for each of the individual cases associated with the Joint Complaint." PTO 11 at 1.e.

### Plaintiffs' Notice of Compliance with PTOs 10 and 11

On this date, Plaintiffs in the above-styled bundled complaint, which was severed pursuant to court order on March 29, 2016, complied with the streamlined service of process

provisions in PTO 10 and PTO 11 for Defendant Bayer HealthCare Pharmaceuticals Inc. (BHCP) by placing in the U.S. Mail, by Certified Mail, Return Receipt Requested, to the address specified in section II. C.1 of PTO 10 for streamlined service of process on BHCP, the following items:

- A copy of the bundled complaint for the above-styled matter;
- A copy of the summons issued as to BHCP for the bundled complaint;
- A copy of the severance order for the bundled complaint; and
- A list of the individual actions with their civil action numbers for the bundled complaint.

Attached to this Notice of Compliance as Exhibit A is a true and correct copy of the proof of mailing for BHCP.

Also on this date, Plaintiffs in the above-styled bundled complaint, which was severed pursuant to court order on March 29, 2016, complied with the streamlined service of process provisions in PTO 10 and PTO 11 for Defendant Bayer Pharma AG by placing in the U.S. Mail, by Registered Mail, Return Receipt Requested, to the address specified in section II. C.2 of PTO 10 for streamlined service of process on BHCP, the following items:

- A copy of the bundled complaint for the above-styled matter;
- A copy of the summons issued as to BHCP for the bundled complaint;
- A copy of the severance order for the bundled complaint; and
- A list of the individual actions with their civil action numbers for the bundled complaint.

Attached to this Notice of Compliance as Exhibit B is a true and correct copy of the proof of mailing for Bayer Pharma AG.

Finally, on this date, Plaintiffs in the above-styled bundled complaint emailed a notice of service to [xareltocomplaints@babc.com](xareltocomplaints@babc.com), which included a copy of every item placed in the mail

as identified in the preceding two paragraphs of this Notice. Attached to this Notice of Compliance as Exhibit C is a true and correct copy of the email by which this was done.

DATED: April 1, 2016 Respectfully submitted,

By: /s/ *Charles G. Orr*
Charles G. Orr, TX Bar No. 00788148
THE MULLIGAN LAW FIRM
3710 Rawlins Street, #901
Dallas, Texas 75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ *Charles G. Orr*
Charles G. Orr
Attorney for Plaintiff