# Exhibit A

# THE MULLIGAN LAW FIRM

3710 RAWLINS STREET, SUITE 901
DALLAS, TEXAS 75219
TELEPHONE: (214) 219-9779
TELECOPIER: (214) 520-8789
E-MAIL: office@mulliganlaw.com
WEB: www.mulliganlaw.com

April 1, 2016

Via CERTIFIED MAIL, RETURN RECEIPT REQUESTED

SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

   RE: Streamlined Service of Process Under PTOs 10 and 11
     Bundled Complaint: *Arrivo et al., et al. v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-02422

Dear Sir or Madam:

 Pursuant to PTOs 10 and 11, please find enclosed the following:

- A copy of the bundled complaint for the above-styled matter;
- A copy of the summons issued as to BHCP for the bundled complaint;
- A copy of the severance order for the bundled complaint; and
- A list of the individual actions with their civil action numbers for the bundled complaint.

I am simultaneously emailing a copy of each item listed above to xareltocomplaints@babc.com.

       Very truly yours,

       The Mulligan Law Firm

       *[signature]*

       Charles G. Orr

encls.

c: Ms. Lindy Brown (w/ encls, via email)