# Exhibit B

# THE MULLIGAN LAW F

3710 RAWLINS STREET, SUITE 901
DALLAS, TEXAS 75219
TELEPHONE: (214) 219-9779
TELECOPIER: (214) 520-8789
E-MAIL: office@mulliganlaw.com
WEB: www.mulliganlaw.com

April

Via REGISTERED MAIL, RETURN RECEIPT

Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

RE: Streamlined Service of Process Under PTOs 10 and 11
Bundled Complaint: *Arrivo, et al. v. Janssen Research & Development LLC, et al.*, No. 2:16-cv-02422

Dear Ms. Gardyan-Eisenlohr:

Pursuant to PTOs 10 and 11, please find enclosed the following:

- A copy of the bundled complaint for the above-styled matter;
- A copy of the summons issued as to BHCP for the bundled complaint;
- A copy of the severance order for the bundled complaint; and
- A list of the individual actions with their civil action numbers for the bundled complaint.

I am simultaneously emailing a copy of each item listed above to xareltocomplaints@babc.com.

Very truly yours,

The Mulligan Law Firm

Charles G. Orr

encls.

c: Ms. Lindy Brown (w/out encls, via email)