# Exhibit C

## Chip Orr

| | |
|---|---|
| **From:** | Chip Orr |
| **Sent:** | Friday, April 01, 2016 4:27 PM |
| **To:** | xareltocomplaints@babc.com |
| **Cc:** | Brown, Lindy (lbrown@babc.com); Cindy Ensley |
| **Subject:** | Notice of service of BHCP and Bayer Pharma AG pursuant to PTOs 10 and 11 - Arrivo et al v Janssen Research & Development LLC et al - No. 2:16-cv-2422 |
| **Attachments:** | Arrivo et al.pdf; Arrivo et al.pdf |

Sir or Madam:

Notice is hereby given that the attached complaint/PTO 11 bundles were served via the procedure set forth in PTO 10 to BHCP and Bayer Pharma AG.

Kind regards,
Chip Orr
The Mulligan Law Firm
3710 Rawlins Street, #901
Dallas, Texas 75219
(214) 219-9779
corr@mulliganlaw.com