# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Hally v. Janssen, et al.* (2:15-cv-2144)
*Lentz v. Janssen, et al.* (2:15-cv-2147)
*Marzlin v. Janssen, et al.* (2:15-cv-2151)
*Sharpe v. Janssen, et al.* (2:15-cv-2155)
*Shaw v. Janssen, et al.* (2:15-cv-2158)
*Tatum v. Janssen, et al.* (2:15-cv-2163)
*Temple v. Janssen, et al.* (2:15-cv-2164)
*Yevin v. Janssen, et al.* (2:15-cv-2165)
*Breland v. Janssen, et al.* (2:15-cv-7167)
*Molock v. Janssen, et al.* (2:16-cv-102)
*Huey v. Janssen, et al.* (2:16-cv-104)

*Lindsey v. Janssen, et al.* (2:16-cv-105)
*Brutus v. Janssen, et al.* (2:16-cv-109)
*Millsberg v. Janssen, et al.* (2:16-cv-110)
*Norman v. Janssen, et al.* (2:16-cv-111)
*Acuna v. Janssen, et al.* (2:16-cv-112)
*Bailey v. Janssen, et al.* (2:16-cv-113)
*Baird v. Janssen, et al.* (2:16-cv-114)
*Redding v. Janssen, et al.* (2:16-cv-115)
*Johnson v. Janssen, et al.* (2:16-cv-116)
*Casasanto v. Janssen, et al.* (2:16-cv-117)

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS, BAYER HEALTHCARE, LLC, BAYER CORPORATION, AND JANSSEN PHARMACEUTICALS, INC.

COME NOW Plaintiffs, through undersigned counsel, in the above-captioned actions and respectfully request that this Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendants, Bayer HealthCare, LLC, Bayer Corporation, and Janssen Pharmaceuticals, Inc, pursuant to Fed. R. Civ. P. 4(m), and enter an Order allowing Plaintiffs an additional thirty (30) days from the date the Order is entered within which to serve process on said Defendants in accordance with the processes established in the Xarelto MultiDistrict Litigation ("Xarelto MDL"). A Brief in support of Plaintiffs' Motion is submitted herewith.

1

Dated: April 1, 2016                    Respectfully submitted,

                                            **THE DRISCOLL FIRM, P.C.**

BY:    /s/ John J. Driscoll
          JOHN J. DRISCOLL (IL6276464)
          CHRISTOPHER J. QUINN (IL6310758)
          ANDREW D. KINGHORN (IL6320925)
          THE DRISCOLL FIRM, P.C.
          211 North Broadway, Suite 4050
          St. Louis, Missouri 63012
          Telephone No. (314) 932-3232
          Fax No. (314) 932-3233
          *Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on April 1, 2016, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                         /s/ John J. Driscoll