UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Hally v. Janssen, et al.* (2:15-cv-2144)
*Lentz v. Janssen, et al.* (2:15-cv-2147)
*Marzlin v. Janssen, et al.* (2:15-cv-2151)
*Sharpe v. Janssen, et al.* (2:15-cv-2155)
*Shaw v. Janssen, et al.* (2:15-cv-2158)
*Tatum v. Janssen, et al.* (2:15-cv-2163)
*Temple v. Janssen, et al.* (2:15-cv-2164)
*Yevin v. Janssen, et al.* (2:15-cv-2165)
*Vaughn v. Janssen, et al.* (2:15-cv-7167)
*Molock v. Janssen, et al.* (2:16-cv-102)
*Huey v. Janssen, et al.* (2:16-cv-104)
*Lindsey v. Janssen, et al.* (2:16-cv-105)
*Brutus v. Janssen, et al.* (2:16-cv-109)
*Millsberg v. Janssen, et al.* (2:16-cv-110)
*Norman v. Janssen, et al.* (2:16-cv-111)
*Acuna v. Janssen, et al.* (2:16-cv-112)
*Bailey v. Janssen, et al.* (2:16-cv-113)
*Baird v. Janssen, et al.* (2:16-cv-114)
*Redding v. Janssen, et al.* (2:16-cv-115)
*Johnson v. Janssen, et al.* (2:16-cv-116)
*Casasanto v. Janssen, et al.* (2:16-cv-117)

**BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS, BAYER HEALTHCARE, LLC, BAYER CORPORATION, AND JANSSEN PHARMACEUTICALS, INC.**

COME NOW Plaintiffs, through undersigned counsel, in the above-captioned actions and for their Brief in support of Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendants, Bayer HealthCare, LLC, Bayer Corporation, and Janssen Pharmaceuticals, Inc., state as follows:

The above matters were filed directly in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (the "Xarelto MDL") as part of one of the following two bundled cases: *Allen, et al. v. Janssen Research & Development, et al.* (2:15-cv-2091) and *Vaughn, et al. v. Janssen Research & Development, et al.* (2:15-cv-7167), which were filed on June 15, 2015 and December 30, 2015, respectively.

1

The Court entered on Order severing Case No. 2:15-cv-2091 on June 16, 2015 and an Order severing Case No. 2:15-cv-7167 on January 5, 2016, at which time the Plaintiffs filed separate short form Complaints pursuant to Pre-Trial Order No.11 and were assigned the individual case numbers referenced in the caption of this Brief.

The above-captioned cases were inadvertently served on the above Defendants via their registered agents in another State, rather than serving them in the Defendants' States of incorporation or principal place of business.

In an abundance of caution, Plaintiffs respectfully request relief under Fed. R. Civ. P. 4(m), which allows this Court to extend the time for service for an appropriate period. Specifically, Plaintiffs move this Court for an Order allowing them thirty (30) additional days from the date the Order is entered within which to serve process on said Defendants.

Plaintiffs served their Plaintiff Fact Sheets on the above Defendants through the MDL Centrality website, pursuant to Pre-Trial Order No. 13, and said Defendants have been made fully award of the known facts and circumstances surrounding the Plaintiffs claims; therefore, no prejudice will result to Defendants by granting Plaintiffs' Motion.

WHEREFORE, for the above reasons, Plaintiffs respectfully request an Order from this Court granting them thirty (30) days from the date the Order is entered to serve process on Defendants, Bayer HealthCare, LLC, Bayer Corporation, and Janssen Pharmaceuticals, Inc.

Dated: April 1, 2016                              Respectfully submitted,

                                                  **THE DRISCOLL FIRM, P.C.**

BY:    __/s/ John J. Driscoll__
            JOHN J. DRISCOLL (IL6276464)
            CHRISTOPHER J. QUINN (IL6310758)
            ANDREW D. KINGHORN (IL6320925)
            THE DRISCOLL FIRM, P.C.
            211 North Broadway, Suite 4050
            St. Louis, Missouri 63012
            Telephone No. (314) 932-3232
            Fax No. (314) 932-3233
            *Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on April 1, 2016, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                  __/s/ John J. Driscoll__