UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Hally v. Janssen, et al.* (2:15-cv-2144)
*Lentz v. Janssen, et al.* (2:15-cv-2147)
*Marzlin v. Janssen, et al.* (2:15-cv-2151)
*Sharpe v. Janssen, et al.* (2:15-cv-2155)
*Shaw v. Janssen, et al.* (2:15-cv-2158)
*Tatum v. Janssen, et al.* (2:15-cv-2163)
*Temple v. Janssen, et al.* (2:15-cv-2164)
*Yevin v. Janssen, et al.* (2:15-cv-2165)
*Breland v. Janssen, et al.* (2:15-cv-7167)
*Molock v. Janssen, et al.* (2:16-cv-102)
*Huey v. Janssen, et al.* (2:16-cv-104)

*Lindsey v. Janssen, et al.* (2:16-cv-105)
*Brutus v. Janssen, et al.* (2:16-cv-109)
*Millsberg v. Janssen, et al.* (2:16-cv-110)
*Norman v. Janssen, et al.* (2:16-cv-111)
*Acuna v. Janssen, et al.* (2:16-cv-112)
*Bailey v. Janssen, et al.* (2:16-cv-113)
*Baird v. Janssen, et al.* (2:16-cv-114)
*Redding v. Janssen, et al.* (2:16-cv-115)
*Johnson v. Janssen, et al.* (2:16-cv-116)
*Casasanto v. Janssen, et al.* (2:16-cv-117)

**NOTICE OF SUBMISSION**

COMES NOW Plaintiffs, by and through undersigned counsel, and files this Notice of Submission of their Motion for Extension of Time Within Which to Serve Process on Defendants, Bayer HealthCare, LLC, Bayer Corporation, and Janssen Pharmaceuticals, Inc., before the Honorable Judge Eldon E. Fallon.

Dated: April 1, 2016                    Respectfully submitted,

                                          **THE DRISCOLL FIRM, P.C.**

BY:   /s/ John J. Driscoll
        JOHN J. DRISCOLL (IL6276464)
        CHRISTOPHER J. QUINN (IL6310758)
        ANDREW D. KINGHORN (IL6320925)
        THE DRISCOLL FIRM, P.C.
        211 North Broadway, Suite 4050
        St. Louis, Missouri 63012
        Telephone No. (314) 932-3232
        Fax No. (314) 932-3233
        *Counsel for Plaintiffs*

## Certificate of Service

    I hereby certify that on April 1, 2016, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                  /s/ John J. Driscoll