UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> JURY TRIAL DEMANDED |

**THIS DOCUMENT RELATES TO:**
**JUDITH GILL**
**Civil Action No. 2:16-cv-01063**

## ORDER

IT IS ORDERED that Plaintiffs' First Amended Motion to Dismiss Without Prejudice is hereby GRANTED IN PART and that Plaintiffs' claims against all defendants in Gill v. Janssen Research & Development, LLC, et al (2:16-cv-1063) are hereby DISMISSED, **with prejudice**, each party to bear their own costs.

IT IS FURTHER ORDERED that this dismissal shall not prejudice Plaintiff's parallel lawsuit, 15-cv-3831.

IT IS FURTHER ORDERED that Plaintiff shall submit the filing fee by May 1, 2016, pursuant to PTO 11(b)(4).  The Court retains jurisdiction over this matter for purposes of collecting the filing fee, and the case shall not be closed until the fee is collected.

Signed, this  1st  day of  April , 2016.

Hon. Eldon E. Fallon
U.S. District Court Judge