UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**   **JURY TRIAL DEMANDED**

**WILLIAM T. PRECHT**

CIVIL ACTION NO.: 2:15-cv-4718

## ORDER

IT IS ORDERED that Plaintiffs' First Amended Motion to Dismiss Without Prejudice is hereby GRANTED IN PART and that Plaintiffs' claims against all defendants in Precht v. Janssen Research & Development, LLC, et al (2:15-cv-4718) are hereby DISMISSED, **with prejudice**, each party to bear their own costs.

IT IS FURTHER ORDERED that this dismissal shall not prejudice Plaintiff's parallel lawsuit, 15-cv-2340.

IT IS FURTHER ORDERED that Plaintiff shall submit the filing fee by May 1, 2016, pursuant to PTO 11(b)(4).  The Court retains jurisdiction over this matter for purposes of collecting the filing fee.

Signed, this  1st  day of _____April_____, 2016

Hon. Eldon E. Fallon
U.S. District Court Judge