UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

THIS DOCUMENT RELATES TO:
CIVIL ACTION NO: 2:15-CV-05669

MARK MCDONALD
       Plaintiff,
v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG
       Defendants.

**ORDER**

IT IS HEREBY ORDERED that Plaintiffs' Motion to Dismiss, R. Doc. 2746, is hereby **DISMISSED AS MOOT**. Plaintiffs' dismissal will be resolved based on the outcome of the Rule to Show Cause.

New Orleans, Louisiana, on this 1st day of April, 2016.

_____
United States District Judge