UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :    MDL No. 2592
                                     :
                                     :    SECTION L
                                     :    JUDGE ELDON E. FALLON
                                     :    MAGISTRATE JUDGE NORTH
                                     :
_____   :    **JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

SUSAN ROSCHEL
Civil Action No. : 2:15-cv-04427

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against all Defendants in Susan Roschel v. Janssen Research & Development LLC et al 2:15-cv-04427 are hereby voluntarily DISMISSED, without prejudice, each party to bear its own costs.

The Court finds that this dismissial is sought under PTO 24. The Court also finds that no filing is due pursuant to PTO 11B.

Signed, this ___1st___ day of ___April___ 2016.

_____
U.S. District Court Judge

1