UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Plaintiffs' Steering Committee's Motion to Compel Discovery of Defendants' German Employees and Their Personnel Files, In Its Entirety, Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Steering Committee's Motion to Compel Discovery of Defendants' German Employees and Their Personnel Files be and is hereby FILED UNDER SEAL IN ITS ENTIRETY.

New Orleans, Louisiana, this  1st  day of _____April_____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE