# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Tammie Thigpen

2:16-cv-1017

## MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET DUE TO ILLNESS AND HOSPITALIZATION OF PLAINTIFF

COMES NOW Plaintiff, Tammie Thigpen, by and through undersigned counsel of record, and for this Motion for Extension of Time to Submit Plaintiff Fact Sheet, states as follows:

1. Plaintiff's complaint was filed on or about February 1, 2016 as part of a bundled complaint in the MDL Court (2:16-cv-866). Her case was subsequently severed and an individual short form complaint was filed on her behalf on or about February 4, 2016 (2:16-cv-1017).

2. Pursuant to CMO No. 1 and PTO No. 13, Plaintiff's PFS is due on April 4, 2016. Defendants' Liaison Counsel shall then notify Plaintiff's Counsel by email if Plaintiff has not complied and Plaintiff shall be given twenty (20) additional days. Therefore, Plaintiff's final due date to submit her PFS will likely be on or about April 24, 2016.

3. On February 1, 2016, Counsel sent a letter to Plaintiff regarding completing the

PFS.

4. On March 22, 2016, after multiple attempts by Counsel to contact Plaintiff, Plaintiff responded to Counsel by stating that she had been unable to work on the Plaintiff Fact Sheet because she had been very sick. She indicated that she intended to complete the Plaintiff Fact Sheet and return it to Counsel promptly.

5. On April 1, 2016, Counsel again called Plaintiff to advise that the Plaintiff Fact Sheet had not yet arrived in Counsel's office. Plaintiff informed Counsel that she had been hospitalized due to her illness, but that she intended to return the completed Plaintiff Fact Sheet.

6. As of the date of this pleading, Counsel has not received the completed Plaintiff Fact Sheet; however, upon information and belief, Plaintiff has every intention to complete her Plaintiff Fact Sheet when she is able.

7. For the above reasons, it is impossible for Plaintiff to submit her Plaintiff Fact Sheet prior to the April 4th or April 24th, 2016 deadlines.

8. Therefore, Plaintiff respectfully requests an additional sixty (60) days from the April 24, 2016 deadline (i.e., through June 23, 2016) to submit her Plaintiff Fact Sheet.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant her Motion for Extension of Time to Submit Plaintiff Fact and for any further orders deemed just and proper under the circumstances.

Signed: April 4, 2016               Respectfully submitted,

                                    **THE DRISCOLL FIRM, P.C.**

                                    */s/ Andrew D. Kinghorn*
                                    JOHN J. DRISCOLL (IL6276464)
                                    CHRISTOPHER J. QUINN (IL6310758)
                                    ANDREW KINGHORN (IL6320925)
                                    211 N. Broadway, 40th Floor
                                    St. Louis, MO 63102
                                    314-932-3232
                                    314-932-3233 fax
                                    john@thedriscollfirm.com
                                    chris@thedriscollfirm.com
                                    andrew@thedriscollfirm.com

                                    **ATTORNEYS FOR PLAINTIFF**