**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Tammie Thigpen

2:16-cv-1017

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Tammie Thigpen, by and through undersigned counsel, and files this Notice of Submission of *Motion for Extension of Time to Submit Plaintiff Fact Sheet Due to Illness and Hospitalization of Plaintiff* before the Honorable Judge Eldon E. Fallon.


Signed: April 4, 2016                              Respectfully submitted,

                                                     **THE DRISCOLL FIRM, P.C.**

                                                     */s/ Andrew D. Kinghorn*
                                                     JOHN J. DRISCOLL (IL6276464)
                                                     CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
chris@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEYS FOR PLAINTIFF**