**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IIN RE: XARELTO (RIVAROXABAN) : PRODUCTS LIABILITY LITIGATION | |
| | MDL No. 2592 |
| BETTY ELLIS | Civil Action No.: 2:15-cv-04034 |
| -Plaintiff- | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC et al | **NOTICE OF COMPLIANCE** |
| -Defendant- | |

**NOTICE OF COMPLIANCE**

The Plaintiff, Betty Ellis, in the above-captioned matter gives notice that she complied with the defendant's discovery requests as of March 21, 2016.

Dated: April 4, 2016

s/ Randi Kassan, Esq.
SANDERS VIENER GROSSMAN, LLP
Randi A. Kassan, Esq.
Marc D. Grossman, Esq.
100 Herricks Road, Mineola, NY 11501
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@thesandersfirm.com
mgrossman@thesandersfirm.com

Counsel for Plaintiff

## CERTIFICATION

I hereby certify that a copy of the foregoing *Notice of Compliance* has been electronically filed and served on defendants.

Dated: April 4, 2016

s/ Randi Kassan, Esq.

SANDERS VIENER GROSSMAN, LLP
Randi A. Kassan, Esq.
Marc D. Grossman, Esq.
100 Herricks Road, Mineola, NY 11501
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@thesandersfirm.com
mgrossman@thesandersfirm.com

Counsel for Plaintiff