# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| **THIS DOCUMENT RELATES TO:** | SECTION: L |
| JACOB F. MAYER, Jr. and PAMELA R. MAYER, | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| 2:15-cv-06677-EEF-MBN | |

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

COMES NOW Counsel for Plaintiffs, Jacob F. Mayer, Jr. and Pamela R. Mayer, and respectfully move this court to substitute Pamela R. Mayer, the surviving spouse and successor of Plaintiff Jacob F. Mayer, as the Independent Executor of The Estate of Jacob Mayer, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Jacob F. Mayer, Jr. and Pamela R. Mayer case was filed in a Joint Complaint on November 30, 2015 (*Layne L. Atwood, et al. v. Janssen Research & Development LLC, et al.*, 2:15-cv-06348-EEF-MBN [Doc. 1]).

2. On December 7, 2015, a Severance Order was issued for the Joint Complaint *Layne L. Atwood, et al. v. Janssen Research & Development LLC, et al.*, 2:15-cv-06348-EEF-MBN [Doc. 5].

3. On December 10, 2015, Plaintiffs, Jacob F. Mayer, Jr. and Pamela R. Mayer, filed their Short Form Complaint (*Jacob F. Mayer, Jr. and Pamela R. Mayer v. Janssen Research & Development LLC*, 2:15-cv-06677-EEF-MBN [Doc. 1]).

4. On June 18, 2015, Defendants filed an Omnibus Answer to any Complaint pending in the MDL.

5. All active Defendants have been served with process.

6. On December 21, 2015, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

7. On January 8, 2016, Defendant Bayer Pharma AG was served by registered mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

8. On February 10, 2016, Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC and Johnson & Johnson Company executed Waivers of Service pursuant to Rule 4(d).

9. On January 19, 2016, Plaintiffs' counsel was informed that Jacob F. Mayer, Jr. passed away on January 18, 2015.

10. Jacob F. Mayer Jr.'s action against Defendants survived his death and is not extinguished.

11. Plaintiff's Counsel filed the Notice and Suggestion of Death on April 1, 2016. [Doc. 2937].

12. On April 4, 2016, In the Circuit Court for the Fifth Judicial Circuit of Illinois Cole County, Charleston, State of Illinois, appointed Pamela R. Mayer as Independent Executor of The Estate of Jacob Mayer, attached hereto as Exhibit A.

13. Plaintiff thus moves to substitute Pamela R. Mayer, both individually and as Independent Executor, as Plaintiff in the present action.

14. Additionally, Plaintiff's counsel seeks to amend paragraph 14(a) of the Joint Complaint, the Short Form Complaint, as well as the caption of the Joint Complaint and Short Form Complaint to correct the proper Plaintiffs, specifically Pamela R. Mayer, Independent Executor of the Estate of Jacob Mayer, Deceased and to update the information provided in the Plaintiff's specific allegations to reflect that Plaintiff Jacob F. Mayer, Jr. is deceased.

15. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleadingly only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, Jacob F. Mayer, Jr. and Pamela R. Mayer, respectfully request the Court grant Plaintiff's Motion to Substitute Pamela R. Mayer as the Independent Executor of The Estate of Jacob Mayer, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint into the record of this matter attached hereto as Exhibit B and Exhibit C.

Dated: April 4, 2016

Respectfully submitted,

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502

(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

4

## **CERETIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this April 4, 2016.

By: s/Emanuella J. Paulos
Emanuella J. Paulos (FL Bar 99010)