IN THE CIRCUIT COURT
FOR THE FIFTH JUDICIAL CIRCUIT OF ILLINOIS
COLES COUNTY, CHARLESTON, ILLINOIS

IN THE MATTER OF THE ESTATE OF     )
                                     )     At Law No. 2016-P-27

JACOB MAYER, Deceased              )

## LETTERS OF OFFICE - DECEDENT'S ESTATE

PAMELA MAYER has been appointed Independent Executor of The Estate of JACOB MAYER, Deceased, who died on January 18, 2015, and is authorized to take possession and collect the Estate of the Decedent, and to do all acts required by her by law.

WITNESSETH this 4th day of April, 2016.

[SEAL OF THE COURT]

_____
Clerk of the Circuit Court

********

## CERTIFICATE

I certify that this is a copy of the Letters of Office now in force in this Estate.

This 4th day of April, 2016.

_____
Clerk of the Circuit Court

R. Sean Hocking
Craig & Craig, LLC
1807 Broadway Avenue
PO Box 689
Mattoon, Illinois 61938
Telephone: (217)234-6481
Facsimile: (217)234-6481
E-Mail: rsh@craiglaw.net