UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :    MDL No. 2592
                                   :
                                   :    SECTION L
                                   :
                                   :    JUDGE ELDON E. FALLON
                                   :
_____     :    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**           **JURY TRIAL DEMANDED**

PAMELA R. MAYER, as an individual and as the Independent Executor of the Estate of JACOB F. MAYER, Jr.,

**AMENDED SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Pamela R. Mayer, is identified more fully in Paragraph 14 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiffs.

3. Individual Plaintiff, Pamela R. Mayer, herein resides at 1116 Champagne Avenue, Mattoon, IL 61938.

4. The Xarelto User, Jacob F. Mayer, Jr., resided (or if deceased, resided at the time of death) at 1116 Champagne Avenue, Mattoon, IL 61938.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiffs.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiffs.

| | |
|---|---|
| Dated: April 4, 2016 | By: s/Emanuella J. Paulos<br>Emanuella J. Paulos (FL Bar 99010)<br>Brian H. Barr (FL Bar 493041)<br>Neil E. McWilliams Jr. (FL Bar 16174)<br>LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.<br>316 South Baylen Street, Suite 600<br>Pensacola, Florida 32502<br>(850) 435-7059<br>(850) 435-7020 (Fax)<br>bbarr@levinlaw.com<br>nmcwilliams@levinlaw.com<br>epaulos@levinlaw.com<br><br>*Attorneys for the Plaintiffs* |

## CERETIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this April 4, 2016.

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos