UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

SHELBY SPECK
Civil Action No.: 2:15-cv-05743

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER CORPORATION

**COMES NOW**, Plaintiff, Shelby Speck in the above referenced matter, by and through undersigned counsel and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby files this Motion for Voluntary Dismissal of this action solely against Bayer Corporation, without prejudice, with each party to bear its own costs.

The filing of this Motion for Voluntary Dismissal as to Bayer Corporation, without prejudice, is not intended to have any effect on any claims against any other Defendants in this action.

**WHEREFORE**, Plaintiff hereby requests that her claims against Bayer Corporation be voluntarily dismissed, without prejudice, without having any effect on any claims against any other Defendants in this action.

FORMAN LAW OFFICES, P.A.

238 N.E. 1ST AVENUE • DELRAY BEACH, FL 33444
(561) 266-9998 • (561) 266-9799 FAX • WWW.FORMANLAWOFFICES.COM

Dated: April 4, 2016                                Respectfully submitted,

By: */s/ Theodore S. Forman*

Theodore S. Forman  (FL#886564)  
FORMAN LAW OFFICES, P.A.  
238 NE 1st Avenue  
Delray Beach, FL  
Phone: (561) 266-9998  
Fax: (561) 266-9799  
ted@formanlawoffices.com  
robyn@formanlawoffices.com  
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ Theodore S. Forman
**THEODORE S. FORMAN**
**Attorney for Plaintiff**