**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592** |
| | **SECTION: L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Tammie Thigpen

2:16-cv-1017

**MOTION FOR EXTENSION OF TIME TO
SUBMIT PLAINTIFF FACT SHEET DUE TO ILLNESS
AND HOSPITALIZATION OF PLAINTIFF**

COMES NOW Plaintiff, Tammie Thigpen, by and through undersigned counsel, and respectfully moves this Court for an extension of time to submit her Plaintiff Fact Sheet ("PFS"). The current deadline provides an insufficient amount of time for Plaintiff to comply. Accordingly, Plaintiff requests an extension of the deadline to June 23, 2016.

In support of this motion, Plaintiff has attached a Memorandum in Support. Specifically, Plaintiff has been suffering from an illness and was hospitalized. This is Plaintiff's first request for an extension of her PFS deadline.

An extension of time is not sought for delay. An extension is sought so that justice may be served.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant her Motion for Extension of Time to Submit Plaintiff Fact; to enter an Order extending her PFS deadline to June 23, 2016; and for any further orders deemed just and proper under the circumstances.

Signed: April 5, 2016

Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
JOHN J. DRISCOLL (IL6276464)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
chris@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court

using the CM/ECF system, which will send notification of such filing to all counsel of record, on

this 5th day of April, 2016.

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
andrew@thedriscollfirm.com