UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Tammie Thigpen

2:16-cv-1017

## ORDER

THIS MATTER, having come before the Court is Plaintiff, Tammie Thigpen's *Motion for Extension of Time to Submit Plaintiff Fact Due to Illness and Hospitalization of Plaintiff*. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff, Tammie Thigpen's Motion for Extension of Time to Submit Plaintiff Fact Sheet is GRANTED. The deadline to submit the Plaintiff Fact Sheet is now set for June 23, 2016.

Dated:_____     _____
                                    Judge Eldon E. Fallon