UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Hazel Elliot** *v. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:15-cv-3606**

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

Comes now Plaintiff, Hazel Elliot, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to replace Plaintiff Hazel Elliot with Peggy Bastin, Personal Representative of the Estate of Hazel Elliot.

1. Plaintiff passed away on January 19, 2016, as reported to the Court in the Suggestion of Death filed April 5, 2016

2. On February 23, 2016 the Pulaski County District Court Judge of the Probate Division entered an order naming Peggy Bastin the Executrix of the Estate of Hazel Elliot.

3. Thus, as death does not extinguish her cause of action, Plaintiff moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Peggy Bastin, Personal Representative of the Estate of Hazel Elliot as the named party in the place of Hazel Elliot.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and that the Court direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: April 5, 2016        Respectfully Submitted,

                            /s/ Jacob Levy

                            Jacob Levy
                            Gray & White
                            713 E. Market St. #200
                            Louisville, KY 40202

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 5th day of April 2016.

/s/ Jacob Levy
Gray & White