# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Ella May Pulliam v. Janssen Research & Development, LLC E.D. La. No. 2:16-cv-859 | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Aretha Heron on behalf of her deceased mother, Ella May Pulliam.

1. Ella May Pulliam filed a products liability lawsuit against the defendants on December 29, 2015.

2. Subsequently on March 8, 2016, plaintiff's counsel was notified that Ella May Pulliam died on January 28, 2016.

3. Ella May Pulliam's products liability action against defendants survived her death and was not extinguished.

4. Aretha Heron, daughter of Ella May Pulliam, is a proper party to substitute for plaintiff-decedent Ella May Pulliam and has proper capacity to continue the lawsuit on her behalf, as successor and estate representative pursuant to Fed. R. Civ. P. 25(a)(1).

Based on the foregoing, Aretha Heron requests that this Court grant her request for substitution as plaintiff in this action.

Dated: April 4, 2016

Respectfully Submitted:

By: */s/ Aimee Robert*
Aimee Robert, Esquire
TX Bar #24046729
55 Waugh Dr., Suite 800
Houston, TX 77007
Telephone: (713) 626- 9336
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: March 22, 2016

*/s/ Aimee Robert*
Attorneys for Plaintiff