UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>Joseph Wood v. Janssen Research & Development, LLC | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| E.D. La. No. 2:16-cv-828 | **JURY TRIAL DEMANDED** |

## MOTION TO SUBSTITUTE PARTY PLAINIFF

Counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Marjorie Wood on behalf of her deceased husband, Joseph Wood.

1. Joseph Wood filed a products liability case against the defendants on December 29, 2015.

2. Subsequently, on February 19, 2016, plaintiff's counsel was notified that Joseph Wood died on January 24, 2016.

3. Joseph Wood's products liability action against defendant survived her death and was not extinguished.

4. Marjorie Wood, wife of Joseph Wood, is a proper party to substitute for plaintiff-decedent Joseph Wood and has proper capacity to continue the lawsuit on her behalf, as successor and estate representative pursuant to Fed. R. Civ. P. 25(a)(1).

Based on the foregoing, Marjorie Wood requests that this Court grant her request for substitution as plaintiff in this action.

Dated: April 4, 2016

          Respectfully Submitted:

By: */s/ Aimee Robert*
Aimee Robert, Esquire
TX Bar #24046729
55 Waugh Dr., Suite 800
Houston, TX 77007
Telephone: (713) 626- 9336
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: April 4, 2016

          */s/ Aimee Robert*
          Attorneys for Plaintiff