## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Ernest Johnson v. Janssen Research & Development, LLC | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| | **JURY TRIAL DEMANDED** |
| E.D. La. No. 2:16-cv-828 | |

## MOTION TO SUBSTITUTE PARTY PLAINIFF

Counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Gabrielle Johnson on behalf of her deceased father, Ernest Johnson.

1. Ernest Johnson filed a products liability case against the defendants on December 29, 2015.

2. Subsequently, on January 5, 2016, plaintiff's counsel was notified that Ernest Johnson died on September 15, 2015.

3. Ernest Johnson's products liability action against defendant survived his death and was not extinguished.

4. Gabrielle Johnson, daughter of Ernest Johnson, is a proper party to substitute for plaintiff-decedent Ernest Johnson and has proper capacity to continue the lawsuit on his behalf, as successor and estate representative pursuant to Fed. R. Civ. P. 25(a)(1).

Based on the foregoing, Gabrielle Johnson requests that this Court grant her request for substitution as plaintiff in this action.

Dated: April 4, 2016

    Respectfully Submitted:

By: */s/ Aimee Robert*
Aimee Robert, Esquire
TX Bar #24046729
55 Waugh Dr., Suite 800
Houston, TX 77007
Telephone: (713) 626- 9336
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: April 4, 2016

    */s/ Aimee Robert*
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Ernest Johnson v. Janssen Research & Development, LLC | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| E.D. La. No. 2:16-cv-828 | **JURY TRIAL DEMANDED** |

### ORDER ON MOTION TO SUBSTITUTE PARTY PLAINIFF

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED.
2. Gabrielle Johnson, as daughter of Ernest Johnson and estate representative, is substituted as Plaintiff in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on _____.

_____

JUDGE ELDON E. FALLON

Cc: All counsel of records