UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

ARNOLD SALLEE,
Civil Action No. 1:15-cv-05374-EEF-MBN

## ORDER

Considering the foregoing Motion for Extension of Time within Which to Serve Process:

IT IS HEREBY ORDERED that Plaintiff in the above-listed action shall have thirty (30) days from the date of this Order within which to effect service on Defendants Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

New Orleans, Louisiana this 4th day of April, 2016.

_____
Honorable Eldon E. Fallon