UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**ANDY ARDIE**
Civil Action No.: 2:15-cv-05611

**SANDRA DUNN**
Civil Action No.: 2:15-cv-06968

**JANICE FLICK**
Civil Action No.: 2:15-cv-06970

**NANCY HALL**
Civil Action No.: 2:15-cv-07088

**CAROL HANNAH**
Civil Action No.: 2:15-cv-07090

**PAMELA HODGKINS**
Civil Action No.: 2:15-cv-07091

**ROBERT HOWARD**
Civil Action No.: 2:15-cv-07092

**JAMES GARDNER**
Civil Action No.: 2:15-cv-07093

**ABBIE NAPIER**
Civil Action No.: 2:15-cv-07094

**TAMMIE PEARSON**
Civil Action No.: 2:15-cv-07095

1

**ELAINE RUFFA**
Civil Action No.: 2:15-cv-07096

**MURPHY SMITH**
Civil Action No.: 2:15-cv-07098

**DAVID WHITE**
Civil Action No.: 2:15-cv-07099

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE PROCESS

BEFORE THE COURT is Plaintiffs' Motion for Extension of Time to Serve Process to Defendant Bayer Pharma AG. Upon Consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to Serve Process is GRANTED. The Court hereby finds that Plaintiffs' prior service of their Complaint and Summons as to Defendant Bayer Pharma AG was valid. In the alternative, Plaintiffs are hereby granted thirty (30) days from the date of this order to serve process on Defendant Bayer Pharma AG through the streamlined process.

Signed this \_\_\_4th\_\_\_ day of _____April_____, 2016.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge