UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Cases listed in Attached Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process* | ) MDL No. 2592<br>)<br>) SECTION: L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>)<br>) |

# ORDER

The Court, after considering Plaintiffs' Motion for Extension of Time Within Which to Serve Process as well as any responses thereto, find the motion meritorious. It is therefore:

ORDERED THAT the Plaintiffs listed in Schedule A to Plaintiffs' Motion for Extension of Time Within Which to Serve Process [dkt # 2472] shall have 30 days from the date of this Order within which to serve process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

DATED: __April 4th 2016__          _____
                                     Hon. Eldon E. Fallon
                                     United States District Court Judge