UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
                               :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
_____ :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

**LESLIE KEITH SHEFFIELD**
Civil Action No.: 2:15-cv-07074

**JANE TURMAN**
Civil Action No.: 2:16-cv-00356

### ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION FO TIME TO SERVE PROCESS

BEFORE THE COURT is Plaintiffs' Motion for Extension of Time to Serve Process to Defendant Bayer Pharma AG. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to Serve Process is GRANTED. The Court hereby grants Plaintiffs (30) days from the date of this order to serve process on Defendant Bayer PharmaAG through the streamlined process.

Signed this __4th__ day of __April__ ,2016.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge