UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMAND**

*SAMUEL MEANS, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF ETTA MEANS, DECEASED*
**Cause No.: 2:15-cv-04568**

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion to Withdraw Motion for Extension of Time to File a Plaintiff Fact Sheet; upon consideration of the pleadings and all the documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that the Motion to Withdraw Motion for Extension of Time to File a Plaintiff Fact Sheet is hereby GRANTED.

NEW ORLEANS, LOUISIANA, this the __5th__ day of ____April____, 2016.

_____
JUDGE ELDON E. FALLON

1