UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Phillip Durham (15-4133)* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * * | |

* * * * * * * * * * * * * * * * * * * * * * *

## OPPOSITION TO MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC ("Janssen Defendants"), Johnson & Johnson ("J&J"), Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG ("Bayer Defendants") collectively referenced as "Defendants," through undersigned counsel, respectfully submit the instant Opposition to Plaintiff Phillip Durham's ("Plaintiff") Third Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. (Rec. Doc. No. 2872).

As explained *infra*, Plaintiff's third request for an extension of time to cure the PFS deficiencies due to "significant difficulty obtaining his complete medical records from providers" should be denied because, as repeatedly emphasized by the Court, (1) timely submission of the completed PFSs is *essential* to this litigation; and (2) at this point in the litigation, plaintiffs who have made claims now need to provide proof that they belong in this MDL.

First, the Court has repeatedly emphasized that the timely submission of Plaintiff Fact Sheets is an essential step in this litigation and that the failure to submit a completed PFS will result in the dismissal of the case. *See* November 20, 2015 Status Conf. Tr. at 8:15-19 ("**[I]f the fact sheets are not going to be filled out, then I will be dismissing cases. I will dismiss the case. My intent is to dismiss the case with prejudice, not without prejudice**."); October 21, 2015 Status Conf. Tr. at 6:1-6 (again noting that failure to timely file PFSs will result in dismissal of cases).

Furthermore, the Court has explicitly recognized the important role of plaintiff fact sheets in determining whether plaintiffs who have made claims in the MDL are properly in this litigation.

> Also, with the fact sheets, we find in some of these types of cases, particularly with the pharmaceutical drug cases, there are individuals who have made claims, but they haven't taken the drug. They may have taken another drug, and they may be entitled to be in another MDL proceeding, but not in this proceeding, and the fact sheets are helpful in determining that aspect of the situation, so that those cases can be moved out of the system.

*See* November 20, 2015 Status Conf. Tr. at 9:1-8.

Here, Plaintiff asserts that his bundled Complaint was filed on August 26, 2015, and that his short form Complaint was filed on September 3, 2015. (Rec. Doc. No. 2872-2, ¶1). Furthermore, Plaintiff's Memorandum in Support of his Motion demonstrates that, although his PFS was due and initially submitted in November of 2015, he was already allowed an extension by this Court to cure the PFS deficiencies. (Rec. Doc. No. 2872-2, ¶3). In fact, this is Plaintiff's third Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, and Plaintiff has already been granted an extension of the PFS deadline by this Court on two separate occasions.

First, by Court Order dated December 4, 2015, he was given until January 13, 2016, to upload his medical records and correct any PFS deficiencies (Rec. Doc. No. 1705). And subsequently, by Court Order dated March 8, 2016, he was allowed until March 23, 2016, to cure his PFS deficiencies. (Rec. Doc. No. 2646). Thus, despite the copious amount of time allowed by this Court to cure PFS deficiencies in this matter, there is still a clear absence of proof that Plaintiff belongs in this litigation.

Accordingly, Defendants respectfully request that the Court deny Plaintiff's Third Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. (Rec. Doc. No. 2872).

- 4 -

        Respectfully submitted,

K<small>AYE</small> S<small>CHOLER</small> LLP

By: /s/ *William Hoffman*
    William Hoffman
    Steven Glickstein
    KAYE SCHOLER LLP
    The McPherson Building
    901 Fifteenth Street, NW
    Washington, DC 20005
    Telephone: (202) 682-3550
    Facsimile: (202) 414-0355
    william.hoffman@kayescholer.com

D<small>RINKER</small> B<small>IDDLE</small> & R<small>EATH</small> LLP

By: /s/ *Susan M. Sharko*
    Susan M. Sharko
    DRINKER BIDDLE & REATH LLP
    600 Campus Drive
    Florham Park, NJ 07932-1047
    Telephone: (973) 549-7000
    Facsimile:  (973) 360-9831
    susan.sharko@dbr.com

                                          IRWIN FRITCHIE URQUHART & MOORE LLC

                                          By: <u>/s/ *James B. Irwin*</u>
                                               James B. Irwin
                                               Kim E. Moore
                                               IRWIN FRITCHIE URQUHART
                                               & MOORE LLC
                                               400 Poydras Street
                                               Suite 2700
                                               New Orleans, LA 70130
                                               Telephone: (504) 310-2100
                                               Facsimile: (504) 310-2120
                                               jirwin@irwinllc.com

                                        CHAFFE MCCALL L.L.P.

                                        By: <u>/s/ *John F. Olinde*</u>
                                               John F. Olinde
                                               CHAFFE MCCALL L.L.P.
                                               1100 Poydras Street
                                               Suite 2300
                                               New Orleans, LA 70163
                                               Telephone: (504) 585-7241
                                               Facsimile: (504) 544-6084
                                               olinde@chaffe.com

                                      *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on April 5, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        */s/ James B. Irwin*
                                        **James B. Irwin**