## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Mary Doris Depin. v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* | SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE: MICHAEL NORTH |
| **No. 2:15-cv-06118** | |

## ORDER FOR PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

BEFORE THE COURT is Plaintiff Mary Doris Depin's Motion for Extension of Time Within Which to Serve Process. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff Mary Doris Depin's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG, through the streamlined process as set forth in this Court's Pre-Trial order No. 10 is GRANTED.

Dated: ___April  5th  2016___

_____
Judge Eldon E. Fallon