Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
**LEVIN, PAPANTONIO, THOMAS,**
**MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| JACOB F. MAYER, Jr. and PAMELA R. MAYER, | |
| Plaintiffs, | |
| v. | Civil Action No.: 2:15-cv-06677-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, | **ORDER FOR SUBSTITUTION OF THE PROPER PARTY** |
| Defendants. | |

1

**ORDER**

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiffs Jacob F. Mayer, Jr. and Pamela R. Mayer, be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the First Amended Joint Complaint into the record in this matter.

SIGNED this ____5th____ day of ____April____, 2016.

*[signature: Eldon E. Fallon]*

Honorable Judge Eldon E. Fallon
United States District Court Judge