UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) } MDL No. 2592
}
PRODUCTS LIABILITY LITIGATION } SECTION L
} JUDGE FALLON
} MAG. JUDGE NORTH
}

This Document relates to:

**Hazel Elliot *v. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-3606**

## ORDER

This matter comes before the Court on Plaintiff's Motion to Substitute Peggy Bastin, as Personal Representative of the Estate of Hazel Elliot as Plaintiff in the place of Hazel Elliot, in the above referenced action. The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED.

Signed, this ___5th___ day of ___April___, 2016

_____
Honorable Eldon E. Fallon
U.S. District Court Judge