UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
**ALL CASES**

### ORDER

The PSC has requested a transcript of the March 16, 2016, oral argument concerning the PSC's Motion to Challenge Confidentiality Designations. R. Doc. 2564. The Court has considered the request, and finds it appropriate to grant transcripts to the parties present at the oral argument. Therefore,

**IT IS ORDERED** that the transcript of the March 16, 2016, oral argument concerning the PSC's Motion to Challenge Confidentiality Designation is **UNSEALED AS TO THE PARTIES PRESENT AT THE ORAL ARGUMENT**. The parties are reminded that the transcript is sealed to the general public, and should be treated as such.

**IT IS FURTHER ORDERED** that the Court Reporter, Cathy Pepper, shall timely deliver a copy of the transcript to Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel.

New Orleans, Louisiana this 5th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE