UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE NORTH |

## ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on March 16, 2016, the following Plaintiffs shall be given until April 18, 2016 to remedy the deficiencies identified by Defendants. Failure to remedy the deficiencies by this date shall result in dismissal of Plaintiff's case with prejudice.

| NAME OF ALLEGED XARELTO USER: | DOCKET NUMBER: |
|---|---|
| AUTREY, PEGGY | 2:15-cv-05064 |
| DOGGET, FANNIE | 2:15-cv-01249 |
| JACKSON, RUSSELL | 2:15-cv-05638 |
| MAY, TONI | 2:15-cv-03803 |
| MANNHALTER, JOYCE | 2:15-cv-03148 |
| MCDONALD, MARK | 2:15-cv-05669 |
| MCKOY, SHEILA | 2:15-cv-01253 |
| MEANS, ETTA | 2:15-cv-04568 |
| QUARLES, MAURICE | 2:15-cv-05598 |
| STEVENSON, GERALD | 2:15-cv-03098 |

New Orleans, Louisiana this 5th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE