UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE NORTH |

## ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on March 16, 2016, the following Plaintiffs shall be given until May 18, 2016 to remedy the deficiencies identified by Defendants. Failure to remedy the deficiencies by this date shall result in dismissal of Plaintiff's case with prejudice.

| Name of Alleged Xarelto User: | Docket No.: |
|---|---|
| BAILEY, THEARETTA | 2:15-cv-04708 |
| BAYLESS, BEVERLY | 2:15-cv-03646 |
| BONNER, TRINA | 2:15-cv-05463 |
| BOOKER, JOSEPHINE | 2:15-cv-04028 |
| BORAWSKI, FRANK | 2:15-cv-03714 |
| BURNETT, PERCY | 2:15-cv-03649 |
| CASTRO-CHAVIRA, PEDRO | 2:15-cv-03024 |
| CHAMBERS, FREDERICK | 2:15-cv-02291 |
| COSMILLO, SUZANNE | 2:15-cv-04030 |
| DAY, MICHAEL | 2:15-cv-05552 |
| DIXON, DAVID | 2:15-cv-04676 |
| DURAN, DANIEL | 2:15-cv-03650 |
| ELKINS, BETTY | 2:15-cv-03714 |
| ENGLAND, RONALD | 2:15-cv-02180 |
| EVERETT, SHONDA | 2:15-cv-4742 |
| FAVORS, ALI | 2:15-cv-00618 |
| GONZALES, GRACE | 2:15-cv-02143 |
| GOTICH, HEIDI | 2:15-cv-4745 |
| HAYES, ROLAND | 2:15-cv-01640 |
| HERNANDEZ, DANIEL | 2:15-cv-00920 |

| Name of Alleged Xarelto User: | Docket No.: |
|---|---|
| HUMPHRIES, JESSICA | 2:15-cv-03654 |
| JOHNSON, MICHAEL | 2:15-cv-04042 |
| MABRY, BEATRICE | 2:15-cv-02569 |
| MARXEN, DEBORAH | 2:15-cv-04752 |
| MCCULLEN, MARY | 2:15-cv-04753 |
| MCVAY, VERA | 2:15-cv-3078 |
| MONTALVO, MAYRA | 2:15-cv-04048 |
| MOORE, ALLISON | 2:15-cv-04697 |
| MORROW, JASMINE | 2:15-cv-04050 |
| NACE, LINDA | 2:15-cv-04369 |
| PERRY, LYNNE | 2:15-cv-02153 |
| PERRY, VICKIE | 2:15-cv-3659 |
| PHELPS, JAMIE | 2:15-cv-03660 |
| POPE, VONCILLE | 2:15-cv-00186 |
| REYNOLDS, JOHNNIE | 2:15-cv-02427 |
| RIDER, JAMES | 2:15-cv-02180 |
| ROSE, OTTIS R., SR. | 2:15-cv-00861 |
| SARMIENTO, JUAN | 2:15-cv-03663 |
| SCOTT, JAMES | 2:15-cv-03749 |
| SCOTT, TIMOTHY | 2:15-cv-01254 |
| SHARMA, JENNIFER | 2:15-cv-03664 |
| SIRIOS, JENNIE | 2:15-cv-04173 |
| SKINNER, TOMMIE | 2:15-cv-2160 |
| SOKOL, RICHARD | 2:14-cv-02940 |
| STANSBURY, MARK E. | 2:15-cv-04956 |
| STEVENS, REBECCA | 2:15-cv-01255 |
| THOMPSON, SANDRA | 2:15-cv-04758 |
| VAN DEMARK, PHILIP | 2:15-cv-4760 |
| WALKER, LARRY | 2:15-cv-02180 |
| WEST, ANDRE | 2:15-cv-03669 |
| WIGGERS, EDWARD | 2:15-cv-02501 |
| WOLF, ART | 2:15-cv-02180 |
| WOODS, SHARON | 2:15-cv-00460 |
| WRIGHT, VERONICA | 2:15-cv-04711 |
| ZACHERY-BROADNAX, PATRICIA | 2:15-cv-01267 |

New Orleans, Louisiana this 5th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE