**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :       MDL No. 2592
                                       :
                                       :       SECTION L
THIS DOCUMENT RELATES TO:              :
THE CASES LISTED BELOW                 :
                                       :       JUDGE ELDON E. FALLON
                                       :
                                       :       MAGISTRATE NORTH

## ORDER

The list below contains cases that have been subsequently resolved, or Plaintiffs resolved

the deficiencies identified by Defendants prior to the Order to Show Cause Hearing held on

March 16, 2016.  Accordingly, their actions may proceed:

| Name of Alleged Xarelto User: | Docket No.: |
|---|---|
| ARSENEAU, DONALD | 2:15-CV-03798 |
| BEAL, PATRICIA | 2:15-cv-03498 |
| BROWN, ROXANNE | 2:15-cv-04101 |
| CLEMONS-WALKER, YVONNE | 2:15-cv-04672 |
| DEWITT, ROBERT | 2:15-cv-03717 |
| GIONET, GEORGE | 2:15-cv-04039 |
| GOHL, MICHAEL | 2:15-cv-04040 |
| GRAHAM, TRACEY | 2:15-cv-02647 |
| GRANT, GISELA | 2:15-CV-04685 |
| HALAVAT, CATHERINE | 2:15-cv-03535 |
| HEARNE, RICHARD | 2:15-cv-04180 |
| IRVIN, DONALD | 2:15-cv-03860 |
| MESSIN, LOUIS | 2:15-CV-04247 |
| RODRIGUEZ, YESENIA | 2:15-CV-04065 |

| Name of Alleged Xarelto User: | Docket No.: |
|---|---|
| STACKHOUSE, MIKE | 2:15-cv-02208 |
| TULLIS, ARLETA | 2:15-cv-03644 |
| WILES, JIMMY | 2:15-cv-04709 |
| WOMACK, BARBARA | 2:15-CV-04075 |
| YOUNG, GEROLD | 2:15-cv-03754 |

New Orleans, Louisiana this 5th day of ___April___, 2016.

UNITED STATES DISTRICT JUDGE