UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE NORTH |

## ORDER

Pursuant to the Order to Show Cause Hearing held on March 16, 2016, the following Plaintiffs have agreed to dismiss the actions below with prejudice:

| **Name of Alleged Xarelto User:** | **Docket No.:** |
|---|---|
| BOYKIN, DONNA | 2:15-cv-04732 |
| BRANCH, LINNIE | 2:15-CV-03647 |
| BUDROW, WILLIAM | 2:15-cv-03648 |
| DAVIS, GARY | 2:15-cv-03873 |
| HELMS, WALTER | 2:15-cv-03862 |
| JUSTICE, FREDERICK | 2:15-cv-4045 |
| ORTIZ, JENNIFER | 2:15-cv-03658 |
| PENNIX, JAMIE | 2:15-cv-04755 |
| PERRY, TOSHIA | 2:15-cv-04063 |
| WARREN, EDDIE | 2:15-cv-3161 |

New Orleans, Louisiana this 5th day of April, 2016.

UNITED STATES DISTRICT JUDGE