UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| | ) ) | SECTION: L |
| **THIS DOCUMENT RELATES TO:** *Roger Bailey, et al. v. Janssen Research & Development, LLC, et al.* **Civil Action No.** *2:26-cv-00672* | ) ) ) ) ) ) | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**PLAINTIFFS' MOTION TO AMEND JOINT COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), plaintiff seeks leave to file the Amended Joint Complaint that is attached as Exhibit 1.  The sole edit is to correct Paragraph I.1(a) in which the year of Xarelto usage and injury suffered is incorrectly stated.

Paragraph I.1(a) of the original Joint Complaint stated:

> *"Plaintiff, Roger Bailey, ingested Xarelto from approximately August 7, 2013 to December 28, 2013 and suffered a gastrointestinal bleed on approximately December 28, 2013 as a direct result of Xarelto.  Plaintiff Roger Bailey resides in Fayette County in the state of Kentucky."*

Our proposed amendment to Paragraph I.1(a) is as follows:

> *"Plaintiff, Roger Bailey, ingested Xarelto from approximately August 7, 2013 to December 28, 2014 and suffered a gastrointestinal bleed on approximately December 28, 2014 as a direct result of Xarelto.  Plaintiff Roger Bailey resides in Fayette County in the state of Kentucky."*

Defendants do not oppose the motion.

Dated: <u>March 6, 2016</u>

                Respectfully Submitted,

                <u>/s/ *Russell T. Abney*__</u>
                Russell T. Abney, Esq.
                Attorney I.D. No. 000875 (GA)
                FERRER, POIROT & WANSBROUGH
                2603 Oak Lawn Avenue Suite 300
                Dallas, TX 75219
                Telephone: 800.521.4492
                Fax: 866.513.0115
                rabney@lawyerworks.com
                *Attorneys for the Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

                <u>/s/ *Russell T. Abney*__</u>