# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br><br> MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** *Roger Bailey, et al. v. Janssen Research & Development, LLC, et al.* **Civil Action No.** *2:16-cv-00672* | | |

## ORDER

It is hereby ORDERED that Plaintiffs' Motion to Amend Joint Complaint is granted.

The Clerk of Court is directed to file the Amended Joint Complaint attached as Exhibit 1 to

Plaintiffs' Motion.

New Orleans, Louisiana, this _____ day of _____, 2016

_____
UNITED STATES DISTRICT JUDGE