UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | JUDGE ELDON E. FALLON |
| *Stella Baughan, et al. v. Janssen Research &* ) | |
| *Development, LLC, et al.* ) | |
| Civil Action No. *2:16-cv-00323* ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____) | |

**PLAINTIFFS' MOTION TO AMEND JOINT COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), plaintiff seeks leave to file the Amended Joint Complaint that is attached as Exhibit 1. The sole edit is to correct Paragraph I.5(a) in which the dates of Xarelto usage and injuries suffered are incorrectly stated. Paragraph I.5(a) of the original Joint Complaint stated:

> *"Plaintiff, Thomas Nichols, ingested Xarelto from approximately January 31, 2014 to February 10, 2014 and suffered anticoagulant induced bleeding and blood loss anemia on approximately November 10, 2015 and gastrointestinal bleeds on approximately February 3, 2015 and November 10, 2015 as a direct result of Xarelto. Plaintiff Thomas Nichols resides in Roanoke City County in the state of Virginia."*

Our proposed amendment to Paragraph I.5(a) is as follows:

> *"Plaintiff, Thomas Nichols, ingested Xarelto intermittently from January 31, 2014 to November 10, 2015 and suffered injuries on several occasions while on Xarelto. Plaintiff, Thomas Nichols, suffered anticoagulant induced bleeding on*

*approximately February 10, 2014, gastrointestinal bleeding and acute blood loss anemia on approximately January 2, 2015 and gastrointestinal bleeding on approximately November 10, 2015 as a direct result of Xarelto. Plaintiff Thomas Nichols resides in Roanoke City County in the state of Virginia."*

Defendants do not oppose the motion.

Dated: <u>April 6, 2016</u>

                                                   Respectfully Submitted,

                                                   <u>/s/ *Russell T. Abney*</u>
                                                   Russell T. Abney, Esq.
                                                 Attorney I.D. No. 000875 (GA)
                                                 FERRER, POIROT & WANSBROUGH
                                                 2603 Oak Lawn Avenue Suite 300
                                                 Dallas, TX 75219
                                                 Telephone: 800.521.4492
                                                 Fax: 866.513.0115
                                                 rabney@lawyerworks.com
                                                 *Attorneys for the Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

/s/ *Russell T. Abney*