UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 |
| | | SECTION: L |
| **THIS DOCUMENT RELATES TO:** *Stella Baughan, et al. v. Janssen Research & Development, LLC, et al.* **Civil Action No.** *2:16-cv-00323* | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |

_____

**ORDER**

It is hereby ORDERED that Plaintiffs' Motion to Amend Joint Complaint is granted. The Clerk of Court is directed to file the Amended Joint Complaint attached as Exhibit 1 to Plaintiffs' Motion.

New Orleans, Louisiana, this _____ day of _____, 2016

_____
UNITED STATES DISTRICT JUDGE