UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**KAREN HEATH,**
**Civil Action No. 2:16-cv-2572**

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PURSUANT TO PTO 24 AND RULE 41(a)(2)

COMES NOW Plaintiff Karen Heath ("Plaintiff"), and pursuant to PTO 24 and Federal Rule of Civil Procedure 41(a)(2), hereby moves to voluntarily dismiss this action against all Defendants without prejudice. Plaintiff's claims were initially filed on a Joint Petition in the Circuit Court of the City of St. Louis Missouri. The Joint Petition was removed to the Eastern District of Missouri on November 6, 2015. Plaintiffs subsequently moved for remand. Prior to receiving a ruling as to remand, Plaintiffs' Joint Petition was transferred to this Court. *See Betty Smith, et al.,* Civil Action No. 2:16-cv-01064. Thereafter, Plaintiff filed a short form complaint pursuant to an Order of Severance filed on March 14, 2016.

Plaintiff is a resident and citizen of Pennsylvania and thus shares citizenship with several Defendants. Should the Court grant Plaintiff's Motion, Plaintiff shall commence a new action in a court having jurisdiction in the state where plaintiff resided at the time she used Xarelto within 60 days of such dismissal. This Motion is not intended to have any effect on the claims of the other Plaintiffs included on the Joint Petition which was transferred to this District and subsequently

severed. *See Betty Smith, et al.,* Civil Action No. 2:16-cv-01064.

WHEREFORE, Plaintiff requests voluntary dismissal without prejudice against all Defendants pursuant to PTO 24 and Rule 41(a)(2), each party to bear their own costs. Plaintiff respectfully submits that a filing fee is not due pursuant to PTO 11B.

Dated: April 6, 2016.                             /s/ D. Todd Mathews
                                                  D. Todd Mathews
                                                  Gori Julian & Associates, P.C.
                                                  Attorneys at Law
                                                  156 N. Main St.
                                                  Edwardsville, IL  62025
                                                  Ph: 618/659-9833
                                                  Fax: 618/659-9834
                                                  todd@gorijulianlaw.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing Motion To Voluntarily Dismiss Without Prejudice Pursuant to PTO 24 And Rule 41(a)(2) has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                s/ D. Todd Mathews
                D. Todd Mathews
                Gori Julian & Associates, P.C.
                Attorneys at Law
                156 N. Main St.
                Edwardsville, IL  62025
                Ph: 618/659-9833
                Fax: 618/659-9834
                todd@gorijulianlaw.com