**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| _____) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**KAREN HEATH,**
**Civil Action No. 2:16-cv-2572**

**PROPOSED ORDER**

THIS MATTER, having come before the Court on Plaintiff Karen Heath's Motion to Voluntarily Dismiss Without Prejudice Pursuant to PTO 24 and Rule 41(a)(2), and this Court being fully advised in the premises finds as follows:

IT IS HEREBY ORDERED that Plaintiff's claims are hereby dismissed without prejudice pursuant to PTO 24 and Rule 41(a)(2), against all Defendants, each party to bear their own costs. The Court finds that a filing fee is not due pursuant to PTO 11B. This Order does not affect the claims of the other Plaintiffs included on the Joint Petition which was transferred to this District and subsequently severed. *See Betty Smith, et al.,* Civil Action No. 2:16-cv-01064.

Signed, this _____ day of _____, 2016.

                                                                                    _____
                                                                                     Honorable Eldon E. Fallon
                                                                                     United States District Court Judge