UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**DEFENDANTS' MOTION TO CLARIFY OR, IN THE ALTERNATIVE, TO RECONSIDER AND MODIFY THE COURT'S ORDER REGARDING *EX PARTE* CONTACT WITH PHYSICIANS**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG collectively referenced as "Defendants," move the Court to clarify or reconsider certain aspects of the March 9, 2016 Order and Reasons regarding *ex parte* contact with Plaintiffs' physicians (Rec. Doc. 2676) for the reasons more fully set forth in the attached memorandum in support.

Wherefore, Defendants pray that the Court clarify or reconsider its March 9, 2016 Order and Reasons regarding *ex parte* contact with Plaintiffs' physicians.

                                                                                 Respectfully submitted,

                                                                                 Kaye Scholer LLP

                                                                                 By:  */s/ Steven Glickstein*
                                                                                 Steven Glickstein
                                                                                 William Hoffman
                                                                                 Andrew K. Solow
                                                                                 KAYE SCHOLER LLP
                                                                                 250 West 55th Street
                                                                                 New York, New York 10019-9710
                                                                                 Telephone: (212) 836-8485
                                                                                 Facsimile: (212) 836-6485
                                                                                 sglickstein@kayescholer.com

                                                                                 *Co-Lead Defense Counsel*

2664902-1

DRINKER BIDDLE & REATH LLP

By: */s/ Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@dbr.com

*Co-Lead Defense Counsel*


IRWIN FRITCHIE URQUHART & MOORE LLC

By: */s/ James B. Irwin*
James B. Irwin (LA Bar #7172)
Kim E. Moore (LA Bar # 18653)
IRWIN FRITCHIE URQUHART
& MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*


CHAFFE MCCALL L.L.P.

By: */s/ John F. Olinde*
John F. Olinde (LA Bar # 1515)
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/    *John F. Olinde*

2664902-1