UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

### DECLARATION OF ARTHUR Z. SCHWARTZBARD, M.D.

1. My name is Arthur Z. Schwartzbard, MD. I am a cardiologist, i.e., a medical doctor who specializes in the diagnosis and treatment of patients with cardiovascular disease. I have been continuously licensed to practice medicine in the state of New York since 1990.

2. I have been asked to provide my opinions about the anticipated effects of a hypothetical court order that would require me to notify each patient to whom I have prescribed Xarelto that I have agreed to serve as an expert witness for the defense in a product liability case in which these patients are not involved in any way.

3. I have been advised by defense counsel that, to the best of their knowledge, based upon information provided by plaintiffs, none of the patients to whom I have prescribed Xarelto is currently a plaintiff in the MDL. Independently, I am not aware of any of my patients having filed lawsuits in any court related to their use of Xarelto.

**Background and Qualifications**

4. I am Associate Professor of Medicine at New York University ("NYU") School of Medicine in the Cardiology section and a Cardiology Attending at NYU Medical Center. I am certified by the American Board of Internal Medicine in both internal medicine and

1

2664900-1

cardiovascular disease and have been recertified in each specialty. I am a fellow of the American College of Cardiology. My education, training, qualifications and professional publications are set forth in my curriculum vitae attached as Exhibit 1.

5.    I have been engaged in the clinical practice of cardiology for over 20 years, which has included supervising cardiology trainees in all aspects of clinical and non-invasive cardiology. A substantial portion of my practice is devoted to the management and treatment of patients with atrial fibrillation (AF). One of the most important aspects of AF management involves treatment with anticoagulant medications for stroke prevention. I have extensive experience with traditional anticoagulants such as warfarin (Coumadin) and enoxaparin (Lovenox), as well as the new oral anticoagulants, including dabigatran (Pradaxa), rivaroxaban (Xarelto), and apixaban (Eliquis). I have also used these medications in my practice for the prevention of deep vein thrombosis ("DVT") and for the treatment of DVT and pulmonary embolism ("PE"). I have prescribed, and continue to prescribe, Xarelto to many of my patients.

**Physician-Patient Communications**

6.    Xarelto is an important medication in my clinical practice, and in the practices of other physicians. It has been repeatedly approved by the FDA as safe and effective. Like many physicians, I prescribe Xarelto for many of my patients for its important clinical benefits such as prevention of strokes, DVTs, and PE. I always prescribe Xarelto in careful consultation with my patient – and in light of my patient's particular medical condition – and because it is in my patient's best medical interest. The overwhelming majority of patients who use Xarelto experience no significant untoward complications.

2

7.      There is a unique bond between physicians and patients, and their communications inherently involve sensitive personal matters that can have significant health consequences. Conversations between physicians and patients should focus on medical, not legal issues. Understanding the patient's diagnosis, treatment plan, and prognosis are the types of matters that are appropriate for doctors to discuss with their patients.

8.      In my almost three decades of clinical practice, there is only one type of situation in which I have discussed legal matters with my patients. That situation involves patients who saw lawyer advertisements concerning medications they were taking and became frightened about continuing their medications; these patients raised questions with me about the appropriateness of their medication regimens. In those instances, the discussion concerned the scientific and medical aspects of their therapy, not legal issues or theories. Other than those situations, I have never had discussions with patients about legal issues. I do not believe that it is appropriate to discuss with my patients my involvement in litigation involving <u>other</u> individuals who are not even my patients. My communications with my patients focus exclusively on their care and treatment. A discussion about litigation, or my work as an expert witness in another person's case, has no place in my communications with my patients.

9.      In my years of practice, including periodic work as a litigation consultant and expert witness for both plaintiffs and defendants, I have never encountered, or even heard of, a requirement that physicians notify patients of their work as an expert witness before becoming involved in litigation. Patients have no context for interpreting such a notification requirement; the question in their minds following such a notification would logically be – why was it necessary for my doctor to notify me that he is working as an expert witness in another case that

does not involve me? A notification requirement implicitly suggests to my patients that my objectivity and partiality in making an appropriate risk-benefit decision have been compromised, which is not true. I am not prescribing Xarelto for them because I am serving as an expert witness; rather, I am serving as an expert witness because I concluded, on the basis of my own independent medical judgment and experience, that Xarelto is an excellent product that is safe and effective. A notification requirement, however, could damage the physician-patient bond by undermining my patient's confidence in my judgment.

10. My greatest concern about a notification requirement involves the safety of my patients and the potential for harm that could result from undermining my patients' confidence in their medication. My experience discussing medications with patients who have seen lawyer advertising has taught me that patients often do not understand that, just because there are a large number of lawsuits, does not mean any of the claims actually has merit. Patients sometimes reason that, if there are thousands of cases in which plaintiffs allege a problem with a product, then there must be a problem. It is likely that some patients will conclude – quite incorrectly in this case – that "where there's smoke, there's fire." Additionally, at least some patients will be left wondering why such notification is necessary if the product is, in fact, safe. A patient who jumped to the erroneous conclusion that Xarelto was unsafe or was associated with some undisclosed risk could unilaterally discontinue their medication, and suffer a stroke as a direct result, which would be a disastrous consequence.

**Practical Obstacles**

11. There are additional practical problems with the proposed notification requirement. One important problem is -- how would the patients to whom I prescribed Xarelto be identified?

4

While it is true that a patient's chart lists all of the medications that have been prescribed, the converse is not true. There is no corresponding "master list" of medications that would identify each patient to whom a particular medication has been prescribed. Putting together such a list would be a major undertaking. I have attempted similar undertakings in cases involving product recalls, which has been an extremely laborious and time-consuming process.

12. Second, to minimize the likelihood that patients would be unnecessarily frightened, it would be important to notify each patient in person and to be prepared to answer each patient's questions. I would estimate that I have prescribed Xarelto to hundreds of patients, so notifying all of my patients would require literally weeks of my time just devoted to that task. If each patient encounter lasted an average of 20 to 30 minutes, it would require about one full 40-hour work week (five days times an average of 20 patients per day) to complete notification of every hundred patients to whom I have prescribed Xarelto. Importantly, these "notification" visits would need to be completed without compensation or, alternatively, patients would be required to pay for these visits out of their own pocket (because there is no bona fide medical purpose for such notification, there is no billing code, and insurance would not pay for such a visit).

13. Finally, because of the nature of the proposed notification, I would be required to obtain authorization from my medical malpractice insurance carrier as well as my institution. Insurance carriers will undoubtedly have significant concerns that such notifications will have the practical effect of inviting people who are having no problems and who are not involved with litigation to consult with lawyers. Given that the notification serves no bona fide medical purpose and could encourage patients to get involved in litigation, insurance carriers would have strong reasons to

withhold authorization for such communication and demand instead that I decline to participate in litigation.

**Conclusion**

14.     For the reasons noted above, a ruling requiring physicians to notify all of the patients to whom they have prescribed Xarelto that they are serving as expert witnesses would be fraught with problems and would provide a strong disincentive for their continued involvement in the litigation.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 31, 2016.

*[signature]* Arthur Schwartzbard, MD

Arthur Z. Schwartzbard, M.D.

# Arthur Z. Schwartzbard, M.D., F.A.C.C.
Associate Professor of Medicine
NYU School of Medicine
Cardiology Attending
Department of Medicine
NYU Medical Center
Faculty Practice Offices
530 First Ave, Suite 4F
New York, NY 10016
Tel: 212-263-0855
Fax: 646-501-0150

Date of birth: Feb. 8, 1962
Marital Status: Married, with four children

## Clinical Training / Education

| | |
|---|---|
| 2015 – Present | Associate Professor |
| 1997 – 2015 | Assistant Professor |
| | NYU Medical Center/Tisch Hospital |
| | Faculty Practice Offices |
| | 530 First Ave, Suite 4F |
| | New York, NY |
| 1997 – Present | Attending Cardiologist |
| | Bellevue Hospital Center |
| | Cardiology Section |
| | 462 First Avenue |
| | New York, NY 10016 |
| 2003 – Present | Director of Clinical Lipid Research |
| | Center for the Prevention of Cardiovascular Disease |
| | NYU Medical Center |
| | 530 First Ave, Suite 4F |
| | New York, NY 10016 |
| | web: www.med.nyu.edu/cvprevention |
| 1997 – 2014 | Director, Non-invasive Cardiology Section |
| | Cardiology Section |
| | Department of Medicine |
| | New York Harbor Healthcare System, Manhattan Campus |
| | 423 East 23rd Street |
| | New York, NY 10016 |
| 1994 – 1997 | Fellow in Cardiology |
| | NYU Medical Center/Bellevue Hospital Center, NY, NY |
| 1993 – 1994 | Chief Resident, Department of Medicine |
| | Hospital of the Albert Einstein College of Medicine |

1


EXHIBIT 1

| | |
|---|---|
| 1991 – 1993 | Resident, Department of Medicine |
| 1990 – 1991 | Intern, Department of Medicine |
| | Bronx Municipal Hospital Center, Bronx, NY |
| | |
| 1986 – 1990 | Sackler School of Medicine |
| | New York State/American Program |
| | Tel Aviv, Israel |
| | M.D. 1990 |
| | |
| 1985 – 1986 | Rockefeller-University Research Labs |
| | Department of Biochemical Endocrinology |
| | Laboratory of Dr. Alan Saltiel |
| | New York, New York |
| | |
| 1984 – 1985 | Columbia College, Columbia University |
| | School of General Studies |
| | New York, New York |
| | Graduate courses, Basic sciences/Non-matriculating |
| | |
| 1980 – 1984 | Rutgers College, Rutgers University |
| | New Brunswick, New Jersey |
| | B.A. Biology 1984 |

**License:**
New York State: #188078
DEA: #BS52997228

**Board Certification:**
American Board of Internal Medicine: Internal Medicine 9/1993, 5/2009
Cardiovascular Disease 9/1997, 12/2007

**Awards:**
NYU Department Clinical Faculty Teaching Award 2011
NYU Cardiology Division: "Teacher of the Year" award 2001-2002
Genentech/American Heart Association Cardiovascular Meeting Grant 1996
Residency: Davidoff Award for Academic Excellence in Clinical Teaching 1991
Medical School: Dean's Award for Academic Excellence in the third year

**Grants:**
AHA Grant 2006- 2009 - Role of Thiazolidenedione in Insulin resistance and dyslipidemia.

**Professional Memberships:**
Member, American Heart Association
Fellow, American College of Cardiology

**Journal Reviewer:**
Atherosclerosis, Thrombosis, Vascular Biology 2007-Present
Cardiology 2007-Present
Circulation 2009-Present

2

Diabetes/Metabolism Research and Reviews 2009-Present
Digestive Diseases and Sciences 2009-Present
American Heart Journal 2011-Present
American Journal of Cardiology 2011-Present
Diabetes Care 2012-Present

## Publications:

### Textbook Chapters:

Tran, H, **Schwartzbard, A**, Underberg, J. Niacin Therapy: Impact on Dyslipidemia and Cardiovascular Events in Diabetic Patients. In: Chapter 21 (pp. 399-413) Lipoproteins in Diabetes Mellitus. Alicia J. Jenkins, Peter P. Toth, Timothy J. Lyons, editors. Springer New York, 2014.

Fisher EA, **Schwartzbard AZ**. Familial Hypercholesterolemia. In: Clinical Genomics: Practical Applications in Adult Patient Care, 1e. Murray MF, Babyatsky MW, Giovanni MA, Alkuraya FS, Stewart DR, editors. McGraw-Hill New York, 2014.

Kliger C, **Schwartzbard A**, Fisher E, Weintraub H. Antihypertensive Drugs and Their Cardioprotective and Renoprotective Roles in the Prevention and Management of Cardiovascular Disease. Chapter 11 (pp. 161-181) in Preventive Cardiology, Roger Blumenthal, JoAnne Foody, and Nathan Wong, editors. Published by Saunders, 2011.

Hong S, **Schwartzbard A**. Cardiac Complications of Urologic Surgery. In Taneja et al. Complications of Urologic Surgery. Elsevier, Inc. 2009.

Katz ES, **Schwartzbard A**, Kronzon I. Anticoagulation in Dilated Cardiomyopathy, in Daniel WG, Kronzon I, Mugge A. Cardiogenic Embolism, Williams and Wilkens 1996.

### Journal Publications:

Heffron S, Parikh A, Volodarskiy A, Ren-Fielding C, **Schwartzbard A**, Nicholson J, Bangalore S. Changes in Lipid Profile of Obese Patients following Contemporary Bariatric Surgery: A Meta-Analysis. American Journal of Medicine. 2016.

Balakrishnan R, Berger JS, Tully L, Vani, A, Shah, B, Burdowski, J, Fisher, E, **Schwartzbard, A**, Sedlis, S, Weintraub, H, Underberg, J, Danoff, A, Slater, J, Gianos, E. Prevalence of unrecognized diabetes, prediabetes and metabolic syndrome in patients undergoing elective percutaneous coronary intervention. Diabetes Metab Res Rev. 2015.

Tanna MS, **Schwartzbard A**, Berger JS, Alukal J, Weintraub H. The role of testosterone therapy in cardiovascular mortality: culprit or innocent bystander?. Curr Atheroscler Rep. 2015;17(3):490.

Shah B, Berger JS, Amoroso NS, Mai X, Lorin JD, Danoff A, **Schwartzbard A**, Lobach I, Guo Y, Feit F, Slater J, Attubato MJ, Sedlis SP. Periprocedural glycemic control in patients with

3

diabetes mellitus undergoing coronary angiography with possible percutaneous coronary intervention. Am J Cardiol. 2014;113(9):1474-80.

Shah B, Rockman CB, Guo Y, Chesner J, **Schwartzbard A**, Weintraub HS, Adelman MA, Riles TS, Berger JS. Diabetes and vascular disease in different arterial territories. Diabetes Care. 2014;37(6):1636-42.

Smilowitz NR, Donnino R, **Schwartzbard A**. Glucagon-like peptide-1 receptor agonists for diabetes mellitus: a role in cardiovascular disease. Circulation. 2014;129(22):2305-12.

Tompkins R, **Schwartzbard A**, Gianos E, Fisher E, Weintraub H. A current approach to statin intolerance. Clin Pharmacol Ther. 2014;96(1):74-80.

Tully L, Gianos E, Vani A, Guo Y, Balakrishnan R, **Schwartzbard A**, Slater J, Stein R, Underberg J, Weintraub H, Fisher E, Berger J. Suboptimal risk factor control in patients undergoing elective coronary or peripheral percutaneous intervention. Am Heart J. 2014;168(3):310-316.e3.

Axsom K, Berger JS, **Schwartzbard A**. Statins and diabetes: the good, the bad, and the unknown. Curr Atheroscler Rep. 2013;15(2):299.

Balakrishnan R, Berger J, Ullah O, Tully L, Vani A, **Schwartzbard A**, Weintraub H, Fisher E, Gianos E. Risk Factors Associated With Depression in Patients Undergoing Elective Percutaneous Coronary or Peripheral Intervention. Circulation 2013; 128.

Shah B, Rockman C, Chesner J, Guo Y, **Schwartzbard A**, Weintraub H, Adelman M, Riles T, Berger J. Association between diabetes mellitus and prevalence of vascular disease in different arterial territories. Journal of the American College of Cardiology 2013;61(10):E2050.

Singh A, Donnino R, Weintraub H, **Schwartzbard A**. Effect of strict glycemic control in patients with diabetes mellitus on frequency of macrovascular events. Am J Cardiol. 2013;112(7):1033-8.

Singh A, Gianos E, **Schwartzbard A**, Black H, Weintraub H. Use of ambulatory blood pressure monitoring to guide hypertensive therapy. Curr Treat Options Cardiovasc Med. 2013;15(6):746-60.

Singh A, **Schwartzbard A**, Gianos E, Berger JS, Weintraub H. What should we do about Hypertriglyceridemia in Coronary Artery Disease Patients?. Curr Treat Options Cardiovasc Med. 2013;15(1):104-17.

Ascunce RR, Berger JS, Weintraub HS, **Schwartzbard A**. The Role of Statin Therapy for Primary Prevention: What is the Evidence?. Curr Atheroscler Rep. 2012.

Choy-shan A, Zinn A, Shah B, Danoff A, Donnino R, **Schwartzbard A**, Lorin JD, Grossi E, Sedlis SP. Effect of rosiglitazone on survival in patients with diabetes mellitus treated for coronary artery disease. Coron Artery Dis. 2012;23(5):354-8.

Donnino R, Patel S, Nguyen AH, Sedlis S, Babb JS, **Schwartzbard A**, Katz S, Srichai MB. Comparison of Quantity of Left Ventricular Scarring and Remodeling by Magnetic Resonance

4

Imaging in Patients With versus Without Diabetes Mellitus and With Coronary Artery Disease. American J Cardiol. 107,11,1575-1578; 2011.

Jacobson D, Tagoe C, **Schwartzbard A**, Shah A, Koziol J, Buxbaum J. Relation of clinical, echocardiographic and electrocardiographic features of cardiac amyloidosis to the presence of the transthyretin V122I allele in older African-American men. Am J Cardiol. 2011;108(3):440-4.

Newman B, Frisch KA, Rosenzweig B, Roubenoff R, Rey M, Kidder T, Kong Y, Pursnani A, Sedlis SP, **Schwartzbard A**, Kleinberg DL. Moderate doses of hGH (0.64 mg/d) improve lipids but not cardiovascular function in GH-deficient adults with normal baseline cardiac function. J Clin Endocrinol Metab. 2011;96(1):122-32.

Tran HA, **Schwartzbard A**, Weintraub HS. Role of RAAS Inhibition in the Prevention of Cardiovascular Disease. Curr Treat Options Cardiovasc Med. 2011;13(4):279-88.

Tran H, **Schwartzbard A**, Weintraub HS. Potential benefits of Aliskerin Beyond Blood Pressure Reduction. Cardiology In Review. 2011 Mar-April 19(2):90-94.

Reddy BM, Weintraub HS, **Schwartzbard A**. Ranolazine: A new approach to treating an old problem. Texas heart Inst J 2010; 37(6):641-7.

Weitz D, Weintraub H, Fisher E, **Schwartzbard A**. Fish Oil for the Treatment of Cardiovascular Disease. Cardiology in Review 2010; 18: 258-263.

Lala A. **Schwartzbard A**. Primary care management: Focus on Antiplatelet Therapy. Suppl Federal Practitioner, August 2010 Vo127 Suppl 7.

Remick J, Weintraub H, Setton R, Offenbacher J, Fisher E, **Schwartzbard A**. Fibrate therapy- an Update. Cardiology in review 2008; 16: 129-141.

Zinn A., Felson S., Fisher E, **Schwartzbard A**. Reassessing the Cardiovascular Risks and Benefits of Thiazolidinediones. Clin. Cardiology. 31, 9, 397 - 403.2008

Yatskar L1, Holper E, Bansilal S, **Schwartzbard A**, Lombardero M, Ramanathan K, Feit F, Fisher E, Faxon D, Hochman JS, Farkouh ME. Long-term outcomes in non-diabetic patients with metabolic syndrome undergoing revascularization for multi-vessel coronary artery disease. Atherosclerosis. 2008; 198(2):389-95.

Yatskar L., Holper E, Bansilal, S, **Schwartzbard A** et al. Long term outcomes in non-diabetic patients with metabolic syndrome undergoing revascularization for multi vessel coronary artery disease. Atherosclerosis 2007 Nov 29, 18061192.

Shah B, Kumar N, Garg P, Kang E, Grossi E, Lorin J, **Schwartzbard A**, Mass H, Danoff A, Sedlis S. Metabolic Syndrome does not impact survival in patients treated for Coronary Artery Disease. Coronary Artery Disease 19(2):71-77, 2008.

Yatskar L., Fisher E., **Schwartzbard A**. Ezetimibe: Rationale and Role in the management of Hypercholesterolemia. Clin. Cardiol. 29, 52-55, 2006.

Patel R, **Schwartzbard A**, Bosco J, Torre P, Taneja SS. Renal tumor with associated venous tumor thrombus prolapsing through the tricuspid valve during diastole. Urology. 2005 Jul; 66(1): 195.

Spevack D.M., **Schwartzbard A**. B-Type Natriuretic Peptide Measurement in Heart failure. Clin. Cardiology. 2004; 27:498-494.

Yatskar, L, Holper, E, Lombardero, M, **Schwartzbard, A**, Ramanathan, K, Fisher, E, Feit, F. Impact of the metabolic syndrome on long-term mortality in patients with multi-vessel coronary artery disease undergoing revascularization. Circulation. 2004:110(17):118-118.

Lochow P, **Schwartzbard A**, Guest J, Ripps C, Matalon D, Gambetta R, Tunick PA, Sedlis S. Elevated prothrombin and activated protein C resistance in patients with thoracic aortic atheroma. Angiology. 2002;53(4):423-428

**Schwartzbard A**, Freedberg RS, Kronzon I. The Value of Repeat Transesophageal Echocardiography in the Evaluation of Embolism from the Aorta. J Am Soc Echocardiogr 2000;13:1124-1126.

Katz ES, Tsiamtsiouris T, Applebaum RM, **Schwartzbard A**, Tunick PA, Kronzon I. Surgical Left Atrial Appendage Ligation is Frequently Incomplete: A Transesophageal Echocardiographic study. J Am Coil Cardiology 2000;36:468-471.

**Schwartzbard A**, Tunick PA, Rosenzweig BP, Kronzon I. The role of Transesophageal Echocardiography in the diagnosis and treatment of right atrial thrombi. JAm Soc Echocardr. 1999; 12:64 - 9.

**Schwartzbard A**, Tunick PA, Kronzon I. Aortic-LA fistula: A complication of endocarditis. Circulation 1998; 98: 604.

**Schwartzbard A**, Kronzon I. The dynamic nature of left ventricular outflow tract obstruction in hypertrophic cardiomyopathy. Congestive Heart Failure Sept 1997, 14-21.

Kathuria, N, Koenig, K, **Schwartzbard, A**, Mele, KA, Levin, RI. Accelerated atherosclerosis in South Asian expatriates living in New York. Journal of investigative medicine. 1996:44(3):A312-A312.

Patel R, Lipper B, **Schwartzbard A**, Nelson C, O'Conner MA, Frishman W. Toxic effects of Diltiazem in a patient with chronic renal failure. J of Clinical Pharmacology 1994, 34 (3), 273 -274.