UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**EX PARTE MOTION TO SET HEARING DATE OF APRIL 20, 2016
ON DEFENDANTS' MOTION TO CLARIFY OR, IN THE ALTERNATIVE,
TO RECONSIDER AND MODIFY THE COURT'S ORDER REGARDING
*EX PARTE* CONTACT WITH PHYSICIANS**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, Johnson & Johnson, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG collectively referenced as "Defendants," through undersigned counsel, respectfully move the Court for an Order setting a hearing date of April 20, 2016 for Defendants' Motion to Clarify or, in the Alternative, to Reconsider and Modify the Court's Order Regarding *Ex Parte* Contact with Physicians [Rec. Doc. 2991]. The Court's next available Motion Date is April 27, 2016 and the Motion has been set for submission on that date. However, Defendants respectfully suggest setting Defendants' Motion to Clarify or, in the Alternative, to Reconsider and Modify the Court's Order Regarding *Ex Parte* Contact with Physicians for hearing on April 20, 2016, to allow for oral argument immediately following the status conference on that date. Accordingly, Defendants submit the attached proposed order setting a hearing date of April 20, 2016.

1

Respectfully submitted,

KAYE SCHOLER LLP

By: /s/ *Steven Glickstein*
Steven Glickstein
William Hoffman
Andrew K. Solow
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
sglickstein@kayescholer.com

*Co-Lead Defense Counsel*

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@dbr.com

*Co-Lead Defense Counsel*

2667773-1

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ James B. Irwin
James B. Irwin (LA Bar #7172)
Kim E. Moore (LA Bar # 18653)
IRWIN FRITCHIE URQUHART
& MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*


CHAFFE MCCALL L.L.P.

By: /s/ John F. Olinde
John F. Olinde (LA Bar # 1515)
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*


**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/     John F. Olinde