**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**ORDER**

Considering the foregoing Ex Parte Motion to Set Hearing Date of April 20, 2016 on Defendants' Motion to Clarify or, in the Alternative, to Reconsider and Modify the Court's Order Regarding *Ex Parte* Contact with Physicians;

**IT IS ORDERED** that said Motion is **GRANTED** and the Court will hear oral argument on Defendants' Motion to Clarify or, in the Alternative, to Reconsider and Modify the Court's Order Regarding *Ex Parte* Contact with Physicians [Rec. Doc. 2991] on April 20, 2016, immediately following the status conference set to begin at 9:00 a.m. that day. Accordingly,

**IT IS FURTHER ORDERED** that Plaintiffs shall submit their response no later than_____; and Defendants are granted leave to file a reply, provided said reply is filed no later than _____.

New Orleans, Louisiana, this _____ day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE