## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE : XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE: ELDON E. FALLON |
| | : | |
| | : | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Francis E. Rossi v. Janssen Research & Development, LLC, et al.*
*2:15-cv-07070-EEF-MBN*

## **ORDER**

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby

GRANTED and that Plaintiff's claims are solely against Bayer Healthcare, LLC in

*Francis E. Rossi v. Janssen Research & Development, LLC, et al 2:15-cv-07070* are hereby

voluntarily DISMISSED, without prejudice, each party to bear their own costs.


Signed, this _____6th_____day of _____April_____, 2016


Honorable Eldon E. Fallon
U.S. District Court Judge