## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE : XARELTO (RIVAROXABAN) PRODUCTS LIABILITY** | : : : : : : : | **MDL No. 2592**  **SECTION: L**  **JUDGE: ELDON E. FALLON**  **MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

*Robert C. Stoddart, et al. v. Janssen Research & Development, LLC, et al.*
*2:15-cv-03768-EEF-MBN*

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims are solely against Bayer Healthcare, LLC in *Robert C. Stoddart, et al. v. Janssen Research & Development, LLC, et al 2:15-cv-03768* are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this \_\_\_\_\_6th\_\_\_\_\_ day of _____April_____, 2016

Honorable Eldon E. Fallon
U.S. District Court Judge