UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

Teodor Magda
Civil Action No.: 2:15-cv-07075-EEF-MBN

## ORDER

THIS MATTER, having come before the Court on Plaintiff Teodor Magda's Voluntary Dismissal without Prejudice solely against Bayer Healthcare, LLC, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERD that Plaintiff Teodor Magda's Motion for Voluntary Dismissal without Prejudice solely against Bayer Healthcare, LLC is GRANTED, each party to bear their own attorneys fees and costs.

Signed, this ____6th____ day of _____April_____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge