UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

Mary Ingham, Individually, and as
Representative of Brian Baraboo,
Deceased
Civil Action No.: 2:15-cv-05868-EEF-MBN

## ORDER

THIS MATTER, having come before the Court on Plaintiff Mary Ingham, Individually, and as Representative of Brian Baraboo, Deceased's Voluntary Dismissal without Prejudice solely against Bayer Healthcare, LLC, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERD that Plaintiff Mary Ingham, Individually, and as Representative of Brian Baraboo, Deceased's Motion for Voluntary Dismissal without Prejudice solely against Bayer Healthcare, LLC is GRANTED, each party to bear their own attorneys fees and costs.

Signed, this ____6th____ day of _____April_____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge