UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :     MDL No. 2592
                                       :
                                       :     SECTION L
                                       :
                                       :     JUDGE ELDON E. FALLON
                                       :
                                       :     MAG. JUDGE MICHAEL NORTH

THIS DOCUMENT RELATES TO:

GEORGE J. GLEGHORN, AS POWER OF
ATTORNEY FOR BARBARA M. GLEGHORN,

Civil Action No. 2:15-cv-3967-EEF-MBN

## ORDER

THIS MATTER, having come before the Court on Plaintiff George Gleghorn, as Power of Attorney for Barbara Gleghorn's Motion for Voluntary Dismissal without Prejudice of Bayer Healthcare LLC and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff George Gleghorn, as Power of Attorney for Barbara Gleghorn's Motion for Voluntary Dismissal without Prejudice of Bayer Healthcare LLC is GRANTED, each party to bear their own attorneys' fees and costs.

Signed, this ___6th___ day of ___April___, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge