UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

KEITH OWENS,
Civil Action No. 2:15-cv-1057-EEF-MBN

TAMARA R. HODGMAN,
Civil Action No. 2:15-cv-3973-EEF-MBN

## ORDER

THIS MATTER, having come before the Court on Plaintiff Keith Owens and Plaintiff Tamara Hodgman's Motion for Voluntary Dismissal without Prejudice of Bayer Corporation and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff Keith Owens and Plaintiff Tamara Hodgman's Motion for Voluntary Dismissal without Prejudice of Bayer Corporation is GRANTED, each party to bear their own attorneys' fees and costs.

Signed, this ____6th____ day of ____April____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge