# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Xarelto (Rivaroxaban) | : | MDL No. 2592 |
| Products Liability Litigation | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| _____ | : | |

**THIS DOCUMENT RELATES TO:**

GLENN WASHINGTON
Civil Action No.:2:15-cv-04679

## ORDER

THIS MATTER, having come before the Court on Plaintiff Glenn Washington's Motion for Voluntary Dismissal without Prejudice of Bayer Healthcare LLC and the Court deemed fully advised of the premises:

**IT IS ORDERED** that Plaintiffs Glenn Washington and Lynn Washington Motion to Dismiss without Prejudice solely as against Bayer Healthcare LLC is hereby granted. Each party to bear their own costs.

Signed, this ____6th____ day of ____April____, 2016

_____
Honorable Eldon E. Fallon
United States District Court Judge