UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Donald Gentry v. Janssen Research & Development LLC, et al.*
Civil Action No. 2:16-cv-274

### ORDER

IT IS HEREBY ORDERED that Plaintiff's Motion for Voluntary Dismissal Without Prejudice as to Bayer Healthcare LLC is hereby GRANTED and that Plaintiff's claims solely against Bayer Healthcare, LLC in the above captioned matter are hereby DISMISSED, without prejudice, with each party to bear its own fees and costs.

Signed, this ____6th____ day of ____April____, 2016

_____
Honorable Eldon E. Fallon
U.S. District Court Judge