UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO:<br><br>TOM GANO,<br>Civil Action No. 2:15-cv-04140 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## ORDER

Considering the above-captioned Plaintiff's foregoing Motion to Dismiss Without Prejudice as to Bayer Healthcare, LLC,

**IT IS HEREBY ORDERED** that the above-captioned cases is hereby dismissed without prejudice as to Bayer Healthcare, LLC only; all of Plaintiff's claims against other defendants remain intact.

ORDERED AND SIGNED this   6th   day of         April         , 2016.

_____
UNITED STATES DISTRICT JUDGE