UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) } MDL No. 2592
}
PRODUCTS LIABILITY LITIGATION } SECTION L
} JUDGE FALLON
} MAG. JUDGE NORTH
}

This Document relates to:

**ZONDRA WOMACK** *vs. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:15-cv-6579**

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against Bayer Corporation in Zondra Womack v. Janssen Research & Development, et al. 2:15-cv-6579 are hereby voluntarily DISMISSED, without prejudice, each party to bear its own costs.

Signed, this ___6th___ day of ___April___, 2016

_____
Honorable Eldon E. Fallon
U.S. District Court Judge