UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> _____: | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **JURY TRIAL DEMANDED** |
| MERIL MORGAN | Civil Action No.: 2:15-cv-05913 |

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Meril Morgan, which occurred August 18, 2015. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Meril Morgan's estate.

Dated: April 8, 2016

Respectfully submitted,

**JACKSON ALLEN & WILLIAMS, LLP**

/s/ Jennifer Williams
John H. Allen, III, Esq. - Trial/Lead Counsel
tallen@jacksonallenfirm.com
Jennifer Williams, Esq.
jwilliams@jacksonallenfirm.com

3838 Oak Lawn Ave., Suite 1100
Dallas, Texas 75219
(214) 521-2300
(214) 528-7755 (Facsimile)

*Attorneys for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I certify that on this 8th day of April 2016, a copy of Plaintiff's Suggestion of Death was electronically filed on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

/s/ Jennifer Williams
Jennifer Williams, Esq.

I certify that all counsel of record are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Jennifer Williams
Jennifer Williams, Esq.