# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2592<br>: SECTION L<br>: JUDGE FALLON<br>: MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*ARMESIA OWENS*
2:16-cv-02831-EEF-MBN

## ENTRY OF APPEARANCE

Please take notice, John R. Crone of Andrus Wagstaff, PC, hereby enters his appearance as counsel for Plaintiff, Armesia Owens. Please serve a copy of all notices, correspondence, motions, orders and the like to the undersigned at the contact information listed below.

Dated: April 8, 2016

                                                    Respectfully Submitted,

                                                   By: /s/ John R. Crone
                                                   John R. Crone, Esq., CO Bar No. 48284
                                                               AK Bar No. 1211090
                                                 ANDRUS WAGSTAFF, PC
                                                 7171 W. Alaska Drive
                                                 Lakewood, CO 80226
                                                 Phone: 303-376-6360
                                                 Fax: 303-376-6361
                                                 E-Mail: john.crone@andruswagstaff.com

                                               *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April 2016, a copy of the foregoing *Entry of Appearance* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17.

By: /s/ John R. Crone
John R. Crone, Esq.
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: john.crone@andruswagstaff.com