UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> CHRIST DUMAS <br><br> Case #: 2:16-cv-00447 | |

## REPLY TO RESPONSE TO MOTION FOR EXTENSION OF TIME

Plaintiff, CHRIST DUMAS, by and through undersigned counsel, hereby files this Reply to Defendants' Response [DE 2899] to Plaintiff's Motion for Extension of Time [DE 2856] in order to serve the Plaintiff Fact Sheet, and states as follows:

1. In his Motion, Plaintiff requested that the time limits for filing the Plaintiff Fact Sheet be extended 30 days.

2. Counsel for Plaintiff has just learned that Plaintiff has died. It is for this reason that Plaintiff was unable to complete the Plaintiff Fact Sheet.

3. Counsel for Plaintiff has communicated with Plaintiff's heirs and is confident that the Plaintiff Fact Sheet can be completed within 30 days. A Notice of Death and Motion to Substitute Parties will be filed forthwith.

4. Plaintiff's case is not set for trial and there are no other pending deadlines. The granting of Plaintiff's motion will not prejudice Defendants in any way and will ensure that the case be decided on the merits.

**WHEREFORE**, the Plaintiff, CHRIST DUMAS, respectfully requests that this Court **GRANT** Plaintiff's Motion for Extension of Time and provide whatever further relief this Honorable Court deems reasonable and just.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: April 8, 2016

> FREEDLAND HARWIN VALORI, PL
> 110 SE 6th Street, Suite 2300
> Ft. Lauderdale, FL 33301
> Tel:   954-467-6400
> Fax:   954-670-2530
>
>   /s/ Aaron Rothenberg
> RAYMOND VALORI
> Fla. Bar #: 33200
> Ray@westonlawyers.com
> AARON ROTHENBERG
> Fla. Bar #: 99634
> Aaron@westonlawyers.com