UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Due to a conflict in the Court's schedule, the Court finds it appropriate to reschedule the monthly Xarelto Status Conference set for Wednesday, April 20, 2016, at 9:00 a.m.

**IT IS ORDERED** that April's Xarelto Monthly Status Conference will begin at 8:30 a.m. on April 20, 2016. The call-in information for the Status Conference remains unchanged.

**IT IS FURTHER ORDERED** that lead and liaison counsel shall be prepared to attend an in-chambers meeting at 8:00 a.m. on that same day.

New Orleans, Louisiana this 7th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE