**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)     *     **MDL No. 2592**

PRODUCTS LIABILITY LITIGATION   *

                              *     **SECTION L**

                              *     **JUDGE ELDON E. FALLON**

                              *     **MAGISTRATE JUDGE NORTH**

**************************************

THIS DOCUMENT RELATES TO**:**
*Phillips v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-00006-EEF-MBN*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

     Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Emma Phillips, which occurred June 19, 2015. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Emma Phillip's estate.

     Dated: April 8, 2016.

                                 Respectfully submitted,

                                 /s/ Anthony D. Irpino

                                 _____

                                 ANTHONY D. IRPINO (#24727)
                                 LOUISE C. HIGGINS (#31780)
                                 PEARL A. ROBERTSON (#34060)
                                 Irpino Law Firm
                                 2216 Magazine St.
                                 New Orleans, Louisiana 70130
                                 Telephone: (504) 525-1500
                                 Facsimile: (504) 525-1501
                                 airpino@irpinolaw.com
                                 lhiggins@irpinolaw.com
                                 probertson@irpinolaw.com

                                 ATTORNEYS FOR PLAINTIFFS

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: April 8, 2016

                          /s/ Anthony D. Irpino
                          Anthony D. Irpino