UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**************************************************

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court received materials earlier today composed of Dr. Peter DiBattiste's personnel files. The personnel files concern Dr. DiBattiste's work performance as an employee of Defendant J&J during a time period pertinent to the litigation. The Court had an opportunity to review the files in great detail, weighing privacy interests against the Plaintiffs' right to discover relevant material.

One of Dr. DiBattiste's primary projects at J&J was overseeing the development of Rivaroxaban ("Xarelto"). Therefore, much of Dr. DiBattiste's personnel file is relevant to claims and defenses as well as matters pertinent to cross-examination. There is a salary summary, including bonuses, which likewise has relevance. The Court notes that the information in the personnel files is not embarrassing or prejudicial. Rather, Dr. DiBattiste's performance is highly praised throughout the files.

However, regardless of the discovery interests at play, the personnel files relevant to the litigation also raise employee privacy interests. The material addresses personal goals, performance evaluations, and salary. Therefore, the personnel files must be placed under seal and used only for purposes of this litigation.

In summary, this material is discoverable.  The materials shall be presented forthwith.

**IT IS ORDERED** that the personnel file of Dr. DiBattiste shall be excised of all references to information which the parties jointly agreed shall be redacted pursuant to PTO 20, and then produced to the PSC on or before Friday, April 8, 2016.

New Orleans, Louisiana this 7th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE