# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br>Judge Fallon<br>Mag. Judge North |

**THIS DOCUMENT RELATES TO:**

**EMMA GULLEDGE**
**CASE NO.: 2:16-cv-01142**

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and dismisses her claims against all Defendants without prejudice to refile.

Dated: April 10, 2016.            Respectfully Submitted,

*s/ Nathan C. VanDerVeer*
Nathan C. VanDerVeer

**FARRIS, RILEY & PITT, LLP**
The Financial Center, Suite 1700
505 20th Street North
Birmingham, Alabama 35203
(205) 324-1212 phone
(205) 324-1255 fax
nate@frplegal.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

       DATED: April 10, 2016.

                                            *s/ Nathan C. VanDerVeer*
                                            Nathan C. VanDerVeer