# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Bryan et al v. Janssen Research & Development LLC et al
Civil Action No. 2:16-cv-02796-EEF-MBN

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiffs', by and through their Attorney, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this Action without prejudice. Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i), no Court order is required or requested. Due to a technical error during the e-filing process Plaintiffs' Attorney was forced to abandon completing the filing for Civil Action No. 2:16-cv-02796. Plaintiffs' Attorney was later able to successfully complete the filing for the same matter and received the Civil Action No. of 2:16-cv-02798. Accordingly, Plaintiffs' consider Civil Action No. 2:16-cv-02796 closed before this Court and respectfully request that the Court take appropriate action to remove this case from its docket.

Dated: April 11th, 2016

Respectfully submitted,

/s/ Deborah S. Kerr_____
Deborah S. Kerr
GOLDBERG & OSBORNE
915 W. Camelback Road
Phoenix, AZ 85013
Telephone: (602) 808-6750
Facsimile: (602) 808-6799
E-mail: dkerr@goldbergandosborne.com
*Attorneys for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11th, 2016, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

/s/ Deborah S. Kerr
Deborah S. Kerr