UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

THIS DOCUMENT RELATES TO ALL CASES

### ORDER

The Court received materials earlier today composed of Gary Peters's personnel files. The personnel files concern Peters's work performance as an employee of Defendant J&J during a time period pertinent to the litigation. The Court had an opportunity to review the files in great detail, weighing privacy interests against the Plaintiffs' right to discover relevant material.

Peters began working for J&J in 2006, and his work involved overseeing the ROCKET AF study and the ATLAS Protocol. He also played a key role in health authority meetings, communicated with Bayer, and contributed to the Einstein and Magellan programs. Therefore, much of Peters's personnel file is relevant to claims and defenses as well as matters pertinent to cross-examination. There is a salary summary, including bonuses, which likewise has relevance. The Court notes that the information in the personnel files is not embarrassing or an invasion of privacy.

However, regardless of the discovery interests at play, the personnel files relevant to the litigation also raise employee privacy interests. The material addresses personal goals, performance evaluations, and salary. Therefore, the personnel files must be placed under seal and used only for purposes of this litigation.

[2]

In summary, this material is discoverable. The materials shall be presented forthwith.

**IT IS ORDERED** that the personnel file of Gary Peters shall be excised of all references to information which the parties jointly agreed shall be redacted pursuant to PTO 20, and then produced to the PSC on or before Friday, April 15, 2016.

New Orleans, Louisiana this 13th day of April, 2016.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE