**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | § | MDL NO. 14- MDL- 2592 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION L-5 |
| | § | |
| | § | JUDGE ELDON E. FALLON |
| | § | |
| | § | MAG. JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| ROBERT MURPHY, Individually and | § | |
| as Legal Representative of the ESTATE OF | § | |
| KATHLEEN MURPHY, deceased; SCOTT | § | |
| MURPHY; CHRISTINE MURPHY; and | § | |
| BRIAN MURPHY, | § | |
| | § | |
| *Plaintiffs*, | § | |
| v. | § | |
| | § | |
| JEROME M. KANE, MD; RELIANT | § | |
| REHABILITATION HOSPITAL MID- | § | |
| CITIES in its Assumed or Common Name; | § | |
| RELIANT REHABILITATION HOSPITAL | § | CIVIL ACTION NO.: |
| MID-CITIES, L.P. d/b/a RELIANT | § | 2:16-cv-01066- EEF - MBN |
| REHABILITATION HOSPITAL MID- | § | |
| CITIES; JOHNSON & JOHNSON; | § | |
| JANSSEN PHARMACEUTICALS, | § | |
| INC. f/k/a JANSSEN PHARMACEUTICA, | § | |
| INC. f/k/a ORTHO-MCNEIL-JANSSEN | § | |
| PHARMACEUTICALS, INC.; JANSSEN | § | |
| RESEARCH AND DEVELOPMENT, LLC. | § | |
| f/k/a JOHNSON & JOHNSON | § | |
| PHARMACEUTICAL RESEARCH AND | § | |
| DEVELOPMENT, LLC; JANSSEN | § | |
| ORTHO, LLC; BAYER HEALTHCARE | § | |
| PHARMACEUTICALS, INC.; BAYER | § | |
| PHARMA AG; BAYER CORPORATION; | § | |
| BAYER HEALTHCARE LLC; BAYER | § | |
| HEALTHCARE AG and BAYER AG, | § | |
| | § | |
| *Defendants*. | § | |

## PLAINTIFFS' NOTICE OF SUBMISSION
## REGARDING THEIR MOTION FOR REMAND

TO:    Gerald E. Meunier, Esq., GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC, 2800 Energy Centre, 1100 Poydras Street,  New Orleans, LA 70130.

James B. Irwin, IRWIN FRITCHIE URQUHART & MOORE LLC, 400 Poydras Street, Suite 2700 New Orleans, LA 70130, Fax: (504) 310-2120.

Leonard A. Davis, Esq., HERMAN, HERMAN & KATZ, LLC, 820 O'Keefe Avenue New Orleans, LA 70113

William C. Dunnill, Esq.  and  Robert P. Murphy, Esq., STEED DUNNILL REYNOLDS MURPHY LAMBERTH, LLP, 1010 W. Ralph Hall Pkwy., 2nd Floor Rockwall, TX 75032.

Jonathan C. LaMendola, Esq., COBB MARTINEZ WOODWARD, PLLC, 1700 Pacific Avenue, Suite 3100, Dallas, TX 75201.

Darrell L. Barger, Esq.  and  J. Reid Simpson, Esq., HARTLINE DACUS BARGER DREYER, LLP,  800 North Shoreline, Suite 2000, N. Tower,  Corpus Christi, TX 78401.

Daryl Daly, Esq. and Susan Sharko, Esq., DRINKER BIDDLE & REATH, LLP, 600 Campus Drive, Florham Park, NJ 07932-1047.

F.M. Haston, III, Esq., BRADLEY ARANT BOULT CUMMINGS, LLP, 1819 Fifth Avenue North , Birmingham, AL 35203.

Terry Lueckenhoff, Esq.  and John E. Galvin, Esq., FOXGALVIN, LLC, One S. Memorial Drive, 12th Floor, St Louis. MO 63102.

PLEASE TAKE NOTICE that Plaintiffs will bring for submission their Motion for Remand before Honorable Judge Eldon E. Fallon, United States Judge for the Eastern District of Louisiana, on the 25th day of May, 2016, at 9:00 a.m., or as soon thereafter as counsel may be heard.

Oral argument has been requested.

Respectfully submitted,

**LAW OFFICES OF BEN C. MARTIN**

*/s/ Thomas Wm. Arbon*
Ben C. Martin
State Bar No. 13052400
Thomas Wm. Arbon
State Bar No. 01284275
Jacob A. Boyd
State Bar No. 24090004
3219 McKinney Avenue, Suite 100
Dallas, Texas 75204
(214) 761-6614
(214) 744-7590 (facsimile)
bmartin@bencmartin.com
tarbon@bencmartin.com
jboyd@bencmartin.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2016, a copy of the *Plaintiffs' Notice of Submission Regarding Their Motion for Remand* was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon