IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § § § § § § | MDL NO. 14- MDL- 2592 <br><br> SECTION L-5 <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**************************************

THIS DOCUMENT RELATES TO:

| | | |
|---|---|---|
| ROBERT MURPHY, Individually and as Legal Representative of the ESTATE OF KATHLEEN MURPHY, deceased; SCOTT MURPHY; CHRISTINE MURPHY; and BRIAN MURPHY, | § § § § § § § | |
| *Plaintiffs*, <br> v. | § § § | |
| JEROME M.  KANE, MD; RELIANT REHABILITATION HOSPITAL MID-CITIES in its Assumed or Common Name; RELIANT REHABILITATION HOSPITAL MID-CITIES, L.P. d/b/a RELIANT REHABILITATION HOSPITAL MID-CITIES; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.;  JANSSEN RESEARCH AND DEVELOPMENT, LLC. f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG and BAYER AG, | § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.: 2:16-cv-01066- EEF - MBN |
| *Defendants*. | § § | |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT
## REGARDING THEIR MOTION FOR REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

On this date the Plaintiffs herein filed their Motion For Remand the above styled and number cause.   The Defendants are opposed to the motion,  no agreement could be reached and the parties will need the Court's intervention to resolve the matter.

A notice of submission has been filed requesting the matter be set before the Honorable Judge Eldon E. Fallon, United States Judge for the Eastern District of Louisiana, on the 25th day of May, 2016, at 9:00 a.m.  or as soon thereafter as counsel may be heard.

Pursuant to Local Rule 78.1 of the United States District Court for the Eastern District of Louisiana, Plaintiffs respectfully request their Motion for Remand be set for oral argument. The undersigned signed believes that oral argument will assist this Honorable Court in the determination of the issues raised by the Plaintiffs' Motion.

Respectfully submitted,

**LAW OFFICES OF BEN C. MARTIN**

*/s/ Thomas Wm. Arbon*
Ben C. Martin
State Bar No. 13052400
Thomas Wm. Arbon
State Bar No. 01284275
Jacob A. Boyd
State Bar No. 24090004
3219 McKinney Avenue, Suite 100
Dallas, Texas 75204
Voice: (214) 761-6614   Facsimile: (214) 744-7590
bmartin@bencmartin.com
tarbon@bencmartin.com
jboyd@bencmartin.com

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this 13th day of April, 2016, a copy of the *Plaintiffs' Request for Oral Argument Regarding Their Motion for Remand* was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.  Parties may access this filing through the Court's system.


                 */s/ Thomas Wm. Arbon*
                 Thomas Wm. Arbon