UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO**

*Barnum et al v. Janssen Research & Development, LLC, et al.*, **16-1494**

### ORDER

Upon further review, the Court finds that severance of the above-captioned complaint was inappropriate. Thus,

**IT IS ORDERED** that the order severing this complaint is hereby **VACATED.**

New Orleans, Louisiana, this 13th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE