UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592  SECTION L  JUDGE ELDON E. FALLON  MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * *
THIS DOCUMENT RELATES TO ALL CASES

**PRETRIAL ORDER NO. 25**
**(Production of Materials Pursuant to Subpoenas to Third Parties)**

The Parties having conferred, consented, stipulated and agreed to entry of the within Consent Order, and good cause appearing therefore, **it is hereby ORDERED**, as follows:

When a third party produces documents or information pursuant to a subpoena issued in this litigation, the receiving party shall ensure that copies of the responsive materials will be produced to the other side within 48 hours of receipt.

New Orleans, Louisiana, this __14th__ day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE

00341943