# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO:** | JUDGE ELDON E. FALLON |
| *Roger Bailey, et al. v. Janssen Research & Development, LLC, et al.* | |
| **Civil Action No. *2:16-cv-00672*** | MAGISTRATE JUDGE NORTH |

## ORDER

It is hereby ORDERED that Plaintiffs' Motion to Amend Joint Complaint is granted. The Clerk of Court is directed to file the Amended Joint Complaint attached as Exhibit 1 to Plaintiffs' Motion.

New Orleans, Louisiana, this __14th__ day of ____April____, 2016

_____
UNITED STATES DISTRICT JUDGE