# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | JUDGE ELDON E. FALLON |
| *Stella Baughan, et al. v. Janssen Research &* ) | |
| *Development, LLC, et al.* ) | |
| **Civil Action No.** *2:16-cv-00323* ) | MAGISTRATE JUDGE NORTH |
| ) | |

---

## ORDER

It is hereby ORDERED that Plaintiffs' Motion to Amend Joint Complaint is granted.

The Clerk of Court is directed to file the Amended Joint Complaint attached as Exhibit 1 to

Plaintiffs' Motion.

New Orleans, Louisiana, this ___14th___ day of _____April_____, 2016

_____
UNITED STATES DISTRICT JUDGE