**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK

                      SS:

COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064267695) and USPS to the last known address of the addressee as indicated below:

Thearetta Theus-Bailey
1360 8th Street
Muskegon, MI 49441

Chelsea Aichinger

Sworn to before me April 8, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



My Profile | Support | Locations | 🇺🇸 English | Search  Subm

**FedEx.**    Shipping | Tracking | Manage | Learn | FedEx Office ®                    Randi Kassan

FedEx ® Tracking



**776064267695**

Ship date:                                                      Actual delivery:
Fri 4/08/2016                                                   Mon 4/11/2016 11:47 am

Sanders Viener Grossman, LLP          **Delivered**            Thearetta Theus-Bailey
Randi Kassan                          Signature not required   1360 8th Street
STE 500                                                        MUSKEGON, MI US 49441
100 GARDEN CITY PLZ                                            231 736-3078
GARDEN CITY, NY US 11530
516 741-5600

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **4/11/2016 - Monday** | | |
| 11:47 am | Delivered | MUSKEGON, MI |
| | Left at side door Package delivered to recipient address - release authorized | |
| 7:33 am | On FedEx vehicle for delivery | MUSKEGON, MI |
| 7:18 am | At local FedEx facility | MUSKEGON, MI |
| **4/09/2016 - Saturday** | | |
| 8:31 am | At local FedEx facility | MUSKEGON, MI |
| 8:31 am | At local FedEx facility | MUSKEGON, MI |
| | Package not due for delivery | |
| 6:21 am | At destination sort facility | GRAND RAPIDS, MI |
| 3:49 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| **4/08/2016 - Friday** | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| **4/07/2016 - Thursday** | | |
| 1:59 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | | |
|---|---|---|---|---|
| Tracking number | 776064267695 | | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | | Delivery attempts | 1 |
| Delivered To | Residence | | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | | Terms | Not Available |
| Shipper reference | XARELTO 132626 | | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday, Residential Delivery | | | |

**FedEx.**                                                      Search  Subm

**Customer Focus**          **Featured Services**          **Companies**              **Follow FedEx**          🇺🇸 United States - English
New Customer Center         FedEx Delivery Manager         FedEx Express
Small Business Center       FedEx SameDay                  FedEx Ground
Service Guide               FedEx Home Delivery            FedEx Office
Customer Support            Healthcare Solutions           FedEx Freight
                            Online Retail Solutions        FedEx Custom Critical
**Company Information**      Packaging Services             FedEx Trade Networks
About FedEx                 Ancillary Clearance Services   FedEx CrossBorder
Careers                                                    FedEx SupplyChain
Investor Relations          **Other Resources**            FedEx TechConnect
Subscribe to FedEx email    FedEx Compatible
                            Developer Resource Center
                            FedEx Ship Manager Software
                            FedEx Mobile

© FedEx 1995-2016                                          Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                               SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064295607) and USPS to the last known address of the addressee as indicated below:

Roberta Dillow on behalf of Beverly Bayless
4335 N 379th Ave.
Tonopah, AZ 85354

Chelsea Aichinger

Sworn to before me April 8, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



My Profile | Support | Locations | 🇺🇸 English       Search  Subr

**FedEx.**     Shipping | Tracking | Manage | Learn | FedEx Office ®                    Login

FedEx ® Tracking



**776064295607**

Ship date:                                          Actual delivery:

Fri 4/08/2016                                       Tue 4/12/2016 2:09 pm

GARDEN CITY, NY US              **Delivered**       TONOPAH, AZ US
                              Signature not required

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **4/12/2016 - Tuesday** | | |
| 2:09 pm | Delivered | TONOPAH, AZ |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 8:46 am | On FedEx vehicle for delivery | PHOENIX, AZ |
| 7:57 am | At local FedEx facility | PHOENIX, AZ |
| 5:51 am | At destination sort facility | PHOENIX, AZ |
| 4:52 am | Departed FedEx location | MEMPHIS, TN |
| 12:05 am | Arrived at FedEx location | MEMPHIS, TN |
| **4/11/2016 - Monday** | | |
| 8:08 am | In transit | WINNIPEG, MB |
| 7:24 am | In transit | WINNIPEG, MB |
| | Package available for clearance | |
| **4/09/2016 - Saturday** | | |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| **4/08/2016 - Friday** | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| **4/07/2016 - Thursday** | | |
| 2:00 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 776064295607 | Service | FedEx 2Day |
| Weight | 0.5 lbs / 0.23 kgs | Delivered To | Residence |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Shipper | Shipper reference | XARELTO 137646 |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Residential Delivery |



FedEx.                                                      Search  Subr

**Customer Focus**           **Featured Services**          **Companies**           Follow FedEx          🇺🇸 United States - English
New Customer Center          FedEx Delivery Manager         FedEx Express
Small Business Center        FedEx SameDay                  FedEx Ground
Service Guide                FedEx Home Delivery            FedEx Office
Customer Support             Healthcare Solutions           FedEx Freight
                             Online Retail Solutions        FedEx Custom Critical
**Company Information**       Packaging Services             FedEx Trade Networks
About FedEx                  Ancillary Clearance Services   FedEx CrossBorder
Careers                                                     FedEx SupplyChain
Investor Relations           **Other Resources**            FedEx TechConnect
Subscribe to FedEx email     FedEx Compatible
                             Developer Resource Center
                             FedEx Ship Manager Software
                             FedEx Mobile

© FedEx 1995-2016                                           Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK

                    SS:

COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064343392) and USPS to the last known address of the addressee as indicated below:

Delores Booker on behalf of Josephine Booker
9201 South Harper Ave.
Chicago, IL 60619

Chelsea Aichinger

Sworn to before me April 8, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



My Profile | Support | Locations | 🇺🇸 English | Search Subm

Shipping | Tracking | Manage | Learn | FedEx Office ®

Randi Kassan

## FedEx ® Tracking

**776064343392**

Ship date:
**Fri 4/08/2016**

Actual delivery:
**Mon 4/11/2016 12:20 pm**

**Delivered**

Signature not required

Sanders Viener Grossman, LLP
Randi Kassan
STE 500
100 GARDEN CITY PLZ
GARDEN CITY, NY 11530
516 741-5600

Delores Booker
9201 South Harper Ave.
CHICAGO, IL US 60619
773 885-0027

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **4/11/2016 - Monday** | | |
| 12:20 pm | Delivered | CHICAGO, IL |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 7:53 am | On FedEx vehicle for delivery | CHICAGO, IL |
| 6:31 am | At local FedEx facility | CHICAGO, IL |
| **4/09/2016 - Saturday** | | |
| 5:28 am | At destination sort facility | CHICAGO, IL |
| 4:05 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| **4/08/2016 - Friday** | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| **4/07/2016 - Thursday** | | |
| 2:17 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 776064343392 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Residence | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | XARELTO 138000 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday, Residential Delivery | | |

FedEx

Search    Subm

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx SupplyChain
FedEx TechConnect

Follow FedEx

🇺🇸 United States - English

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK

SS:

COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064369256) and USPS to the last known address of the addressee as indicated below:

Tonya Burnett on behalf of Percy Burnett
1929 Bullard Street
Montgomery, AL 36106

Chelsea Aichinger

Sworn to before me April 8, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



My Profile | Support | Locations | 🇺🇸 English    Search Subr

**FedEx.**    Shipping | Tracking | Manage | Learn | FedEx Office ®

Randi Kassan

## FedEx ® Tracking



**776064369256**

Ship date:                                     Actual delivery:
**Fri 4/08/2016**                               **Mon 4/11/2016 12:09 pm**

Sanders Viener Grossman, LLP     **Delivered**     Tonya Burnett
Randi Kassan                  Signature not required     1929 Bullard Street
STE 500                                     MONTGOMERY, AL US 36106
100 GARDEN CITY PLZ                              334 313-4213
GARDEN CITY, NY US 11530
516 741-5600

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| − 4/11/2016 - Monday | | |
| 12:09 pm | Delivered | MONTGOMERY, AL |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 8:09 am | On FedEx vehicle for delivery | MONTGOMERY, AL |
| 7:40 am | At local FedEx facility | MONTGOMERY, AL |
| − 4/09/2016 - Saturday | | |
| 4:19 am | At destination sort facility | BIRMINGHAM, AL |
| 3:45 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| − 4/08/2016 - Friday | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| − 4/07/2016 - Thursday | | |
| 2:12 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | | |
|---|---|---|---|---|
| Tracking number | 776064369256 | | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | | Delivery attempts | 1 |
| Delivered To | Residence | | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | | Terms | Not Available |
| Shipper reference | XARELTO 137645 | | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday, Residential Delivery | | | |



**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**              🇺🇸 United States - English

© FedEx 1995-2016                 Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK

                       SS:

COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064397543) and USPS to the last known address of the addressee as indicated below:

Suzanne Cosmillo
9540 Berrey Lane
Colorado Springs, CO 80925

Chelsea Aichinger

Sworn to before me April 8, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018

My Profile    Support    Locations    English    Search    Subr

**FedEx.**    Shipping | Tracking | Manage | Learn | FedEx Office®

Randi Kassan

## FedEx ® Tracking

**776064397543**

Ship date:                                                      Actual delivery:
**Fri 4/08/2016**                                               **Mon 4/11/2016 12:52 pm**

Sanders Viener Grossman, LLP          **Delivered**             Suzanne Cosmilo
Randi Kassan                          Signature not required    9540 Berrey Lane
STE 500                                                         COLORADO SPRINGS, CO US
100 GARDEN CITY PLZ                                             80925
GARDEN CITY, NY US 11530                                        720 315-0839
516 741-5600

### Travel History

| Date/Time | Activity | Location |
|-----------|----------|----------|
| **− 4/11/2016 - Monday** | | |
| 12:52 pm | Delivered | COLORADO SPRINGS, CO |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 8:02 am | On FedEx vehicle for delivery | COLORADO SPRINGS, CO |
| 7:08 am | At local FedEx facility | COLORADO SPRINGS, CO |
| **− 4/09/2016 - Saturday** | | |
| 4:23 pm | At local FedEx facility | COLORADO SPRINGS, CO |
| 7:43 am | At local FedEx facility | COLORADO SPRINGS, CO |
| 5:02 am | At destination sort facility | COLORADO SPRINGS, CO |
| 4:02 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| **− 4/08/2016 - Friday** | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| **− 4/07/2016 - Thursday** | | |
| 2:10 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 776064397543 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Residence | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | XARELTO 137649 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday, Residential Delivery | | |

**FedEx.**                                                      Search    Subr

| Customer Focus | Featured Services | Companies | Follow FedEx |
|----------------|-------------------|-----------|--------------|
| New Customer Center | FedEx Delivery Manager | FedEx Express | United States - English |
| Small Business Center | FedEx SameDay | FedEx Ground | |
| Service Guide | FedEx Home Delivery | FedEx Office | |
| Customer Support | Healthcare Solutions | FedEx Freight | |
| | Online Retail Solutions | FedEx Custom Critical | |
| Company Information | Packaging Services | FedEx Trade Networks | |
| About FedEx | Ancillary Clearance Services | FedEx CrossBorder | |
| Careers | | FedEx SupplyChain | |
| Investor Relations | Other Resources | FedEx TechConnect | |
| Subscribe to FedEx email | FedEx Compatible | | |
| | Developer Resource Center | | |
| | FedEx Ship Manager Software | | |
| | FedEx Mobile | | |

© FedEx 1995-2016                          Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK

                        SS:

COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 7, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064465827) and USPS to the last known address of the addressee as indicated below:

David Dixon
1930 Southpointe Dr. Apt. 1
Baton Rouge, LA 70808

Chelsea Aichinger

Sworn to before me April 7, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



Shipping | Tracking | Manage | Learn | FedEx Office ®

Randi Kassan

## FedEx ® Tracking

---

**776064465827**

Ship date:
**Thu 4/07/2016**

Actual delivery:
**Fri 4/08/2016 11:01 am**

Sanders Viener Grossman, LLP
Randi Kassan
STE 500
100 GARDEN CITY PLZ
GARDEN CITY, NY US 11530
516 741-5600

**Delivered**
Signature not required

David Dixon
1930 SOUTHPOINTE DR APT 1
BATON ROUGE, LA US 70808
225 270-1522

---

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| ▬ 4/08/2016 - Friday | | |
| 11:01 am | Delivered | BATON ROUGE, LA |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 7:54 am | On FedEx vehicle for delivery | BATON ROUGE, LA |
| 7:38 am | At local FedEx facility | BATON ROUGE, LA |
| 4:28 am | At destination sort facility | KENNER, LA |
| 3:36 am | Departed FedEx location | MEMPHIS, TN |
| 12:32 am | Arrived at FedEx location | MEMPHIS, TN |
| ▬ 4/07/2016 - Thursday | | |
| 8:20 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 7:44 pm | Picked up | GARDEN CITY, NY |
| 2:16 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | | |
|---|---|---|---|---|
| Tracking number | 776064465827 | | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | | Delivery attempts | 1 |
| Delivered To | Residence | | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | | Terms | Not Available |
| Shipper reference | DIXON, DAVID 136920 | | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday, Residential Delivery | | | |

---

FedEx.

Search Subr

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

🇺🇸 United States - English

© FedEx 1995-2016          Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                                        SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064545482) and USPS to the last known address of the addressee as indicated below:

Daniel Duran
1640 Greycastle Ave.
Montebello, CA 90640

Chelsea Aichinger

Sworn to before me April 8, 2016

_____
NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



My Profile | Support | Locations | 🇺🇸 English    Search  Subrr

**FedEx.**    Shipping | Tracking | Manage | Learn | FedEx Office ®

Randi Kassan

FedEx ® Tracking

**776064545482**

Ship date:                                              Actual delivery:
**Fri 4/08/2016**                                       **Mon 4/11/2016 10:33 am**

Sanders Viener Grossman, LLP          **Delivered**          Daniel Duran
Randi Kassan                    Signature not required      1640 Greycastle Ave
STE 500                                                     MONTEBELLO, CA US 90640
100 GARDEN CITY PLZ                                         909 685-1345
GARDEN CITY, NY US 11530
516 741-5600

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 4/11/2016 - Monday | | |
| 10:33 am | Delivered | MONTEBELLO, CA |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 8:23 am | On FedEx vehicle for delivery | SANTA FE SPRINGS, CA |
| 7:33 am | At local FedEx facility | SANTA FE SPRINGS, CA |
| 4/09/2016 - Saturday | | |
| 10:00 am | At local FedEx facility | SANTA FE SPRINGS, CA |
| 9:57 am | At local FedEx facility | SANTA FE SPRINGS, CA |
| | Package not due for delivery | |
| 9:57 am | At local FedEx facility | SANTA FE SPRINGS, CA |
| | Package not due for delivery | |
| 8:41 am | At local FedEx facility | SANTA FE SPRINGS, CA |
| 5:58 am | At destination sort facility | LOS ANGELES, CA |
| 4:10 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| 4/08/2016 - Friday | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| 4/07/2016 - Thursday | | |
| 2:11 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 776064545482 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Residence | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | DURAN, DANIEL 136914 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday, Residential Delivery | | |



**FedEx.**                                               Search  Subrr

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| **Company Information** | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx CrossBorder | | |
| Careers | | FedEx SupplyChain | | |
| Investor Relations | **Other Resources** | FedEx TechConnect | | |
| Subscribe to FedEx email | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                            SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064583895) and USPS to the last known address of the addressee as indicated below:

Shonda Everett
16703 Brandon Road
Laurinburg, NC 28352

_____
Chelsea Aichinger

Sworn to before me April 8, 2016

_____
NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018





# FedEx ® Tracking

## 776064583895

Ship date:
**Fri 4/08/2016**

Actual delivery:
**Mon 4/11/2016 9:48 am**

**Sanders Viener Grossman, LLP**
Randi Kassan
STE 500
100 GARDEN CITY PLZ
GARDEN CITY, NY US 11530
516 741-5600

**Delivered**
*Signature not required*

Shonda Everett
16703 Brandon Road
LAURINBURG, NC US 28352
910 280-7192

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 4/11/2016 - Monday | | |
| 9:48 am | Delivered<br>Left at front door. Package delivered to recipient address - release authorized | LAURINBURG, NC |
| 7:51 am | On FedEx vehicle for delivery | FAYETTEVILLE, NC |
| 7:31 am | At local FedEx facility | FAYETTEVILLE, NC |
| 4/09/2016 - Saturday | | |
| 9:03 am | At local FedEx facility | FAYETTEVILLE, NC |
| 9:03 am | At local FedEx facility<br>Package not due for delivery | FAYETTEVILLE, NC |
| 6:16 am | At destination sort facility | RALEIGH, NC |
| 3:55 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| 4/08/2016 - Friday | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| 4/07/2016 - Thursday | | |
| 2:29 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 776064583895 | **Service** | FedEx Standard Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivery attempts** | 1 |
| **Delivered To** | Residence | **Total pieces** | 1 |
| **Total shipment weight** | 0.5 lbs / 0.23 kgs | **Terms** | Not Available |
| **Shipper reference** | EVERETT, SHONDA 137671 | **Packaging** | FedEx Envelope |
| **Special handling section** | Deliver Weekday, Residential Delivery | | |

© FedEx 1995-2016

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                         SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 7, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064619981) and USPS to the last known address of the addressee as indicated below:

Heidi Gotich
18 Steven Street Basement Apt.
Albany, NY 12202

Chelsea Aichinger

Sworn to before me April 7, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



My Profile | Support | Locations | 🇺🇸 English      Search  Subm

**FedEx.**   Shipping | Tracking | Manage | Learn | FedEx Office ®

**Randi Kassan**

FedEx ® Tracking

**776064619981**

Ship date:
**Thu 4/07/2016**

Actual delivery:
**Fri 4/08/2016 1:06 pm**

Sanders Viener Grossman, LLP
Randi Kassan
STE 500
100 GARDEN CITY PLZ
GARDEN CITY, NY 11530
516 741-5600

**Delivered**
Signature not required

Heidi Gotich
18 Steven St Basement Apt
ALBANY, NY US 12202
518 365-6343

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **4/08/2016 - Friday** | | |
| 1:06 pm | Delivered Left at front door. Package delivered to recipient address - release authorized | ALBANY, NY |
| 8:24 am | On FedEx vehicle for delivery | MENANDS, NY |
| 7:43 am | At local FedEx facility | MENANDS, NY |
| 5:13 am | At destination sort facility | LATHAM, NY |
| 4:20 am | Departed FedEx location | NEWARK, NJ |
| 12:12 am | Arrived at FedEx location | NEWARK, NJ |
| **4/07/2016 - Thursday** | | |
| 8:16 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 7:44 pm | Picked up | GARDEN CITY, NY |
| 2:28 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | | |
|---|---|---|---|---|
| Tracking number | 776064619981 | | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | | Delivery attempts | 1 |
| Delivered To | Residence | | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | | Terms | Not Available |
| Shipper reference | GOTICH, HEIDI 133913 | | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday, Residential Delivery | | | |



**FedEx.**

Search  Subm

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

🇺🇸 United States - English

© FedEx 1995-2016       Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                          SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 7, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064707237) and USPS to the last known address of the addressee as indicated below:

Jessica Humphries
2191 Legends Court
Merced, CA 95340

Chelsea Aichinger

Sworn to before me April 7, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018





# FedEx ® Tracking

## 776064707237

Ship date:
**Thu 4/07/2016**

**Sanders Viener Grossman, LLP**
Randi Kassan
STE 500
100 GARDEN CITY PLZ
GARDEN CITY, NY US 11530
516 741-5600

**Delivered**
*Signature not required*

Actual delivery:
**Fri 4/08/2016 4:42 pm**

Jessica Humphries
2191 Legends Court
MERCED, CA US 95340
209 631-0712

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 4/08/2016 - Friday | | |
| 4:42 pm | Delivered<br>Left at front door. Package delivered to recipient address - release authorized | MERCED, CA |
| 10:12 am | On FedEx vehicle for delivery | MERCED, CA |
| 9:55 am | At local FedEx facility | MERCED, CA |
| 6:40 am | Departed FedEx location | OAKLAND, CA |
| 5:38 am | Arrived at FedEx location | OAKLAND, CA |
| 3:54 am | Departed FedEx location | MEMPHIS, TN |
| 3:46 am | In transit | MEMPHIS, TN |
| 12:32 am | Arrived at FedEx location | MEMPHIS, TN |
| 4/07/2016 - Thursday | | |
| 8:30 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 7:44 pm | Picked up | GARDEN CITY, NY |
| 2:23 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 776064707237 | **Service** | FedEx Standard Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivery attempts** | 1 |
| **Delivered To** | Residence | **Total pieces** | 1 |
| **Total shipment weight** | 0.5 lbs / 0.23 kgs | **Terms** | Not Available |
| **Shipper reference** | HUMPHRIES, JESSICA 137841 | **Packaging** | FedEx Envelope |
| **Special handling section** | Deliver Weekday, Residential Delivery | | |

© FedEx 1995-2016

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK
                              SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064736211) and USPS to the last known address of the addressee as indicated below:

Michael Johnson
27 E 35th Street
Steger, IL 60475

_____
Chelsea Aichinger

Sworn to before me April 8, 2016

_____
NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018

My Profile | Support | Locations | 🇺🇸 English | Search  Subr

**FedEx.**    Shipping | Tracking | Manage | Learn | FedEx Office ®

Randi Kassan

## FedEx ® Tracking

**776064736211**

Ship date:                                                        Actual delivery:
**Fri 4/08/2016**                                                **Mon 4/11/2016 12:29 pm**

**Sanders Viener Grossman, LLP**        **Delivered**            Michael Johnson
Randi Kassan                            Signature not required    27 E 35th St
STE 500                                                          STEGER, IL US 60475
100 GARDEN CITY PLZ                                              708 300-6445
GARDEN CITY, NY US 11530
516 741-5600

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **4/11/2016 - Monday** | | |
| 12:29 pm | Delivered | STEGER, IL |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 8:04 am | On FedEx vehicle for delivery | SOUTH HOLLAND, IL |
| 7:13 am | At local FedEx facility | SOUTH HOLLAND, IL |
| **4/09/2016 - Saturday** | | |
| 8:35 am | At local FedEx facility | SOUTH HOLLAND, IL |
| 5:28 am | At destination sort facility | CHICAGO, IL |
| 4:05 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| **4/08/2016 - Friday** | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| **4/07/2016 - Thursday** | | |
| 2:25 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 776064736211 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivery attempts | 1 |
| Delivered To | Residence | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | Terms | Not Available |
| Shipper reference | JOHNSON, MICHAEL 137929 | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday, Residential Delivery | | |

---

**FedEx.**                                                       Search  Subr

**Customer Focus**          **Featured Services**          **Companies**              Follow FedEx          🇺🇸 United States - English
New Customer Center         FedEx Delivery Manager         FedEx Express
Small Business Center       FedEx SameDay                  FedEx Ground
Service Guide               FedEx Home Delivery            FedEx Office
Customer Support            Healthcare Solutions           FedEx Freight
                            Online Retail Solutions        FedEx Custom Critical
**Company Information**     Packaging Services             FedEx Trade Networks
About FedEx                 Ancillary Clearance Services   FedEx CrossBorder
Careers                                                    FedEx SupplyChain
Investor Relations          **Other Resources**            FedEx TechConnect
Subscribe to FedEx email    FedEx Compatible
                            Developer Resource Center
                            FedEx Ship Manager Software
                            FedEx Mobile

© FedEx 1995-2016                                    Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                              SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064772985) and USPS to the last known address of the addressee as indicated below:

Anna Montalvo on behalf of Mayra Montalvo
105 Satsuma Drive
Sanford, FL 32771

_____
Chelsea Aichinger

Sworn to before me April 8, 2016

_____
NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



My Profile | Support | Locations | 🇺🇸 English    Search  Subm

**FedEx.**    Shipping | Tracking | Manage | Learn | FedEx Office ®

Randi Kassan

FedEx ® Tracking

| 776064772985 | | |
|---|---|---|
| Ship date: | | Actual delivery: |
| **Fri 4/08/2016** | | **Mon 4/11/2016 2:51 pm** |
| Sanders Viener Grossman, LLP<br>Randi Kassan<br>STE 500<br>100 GARDEN CITY PLZ<br>GARDEN CITY, NY US 11530<br>516 741-5600 | **Delivered**<br>Signature not required | Anna Montalvo<br>105 Satsuma Drive<br>SANFORD, FL US 32771<br>407 285-0155 |

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| − 4/11/2016 - Monday | | |
| 2:51 pm | Delivered<br>Left at front door. Package delivered to recipient address - release authorized | SANFORD, FL |
| 7:18 am | On FedEx vehicle for delivery | LONGWOOD, FL |
| 6:34 am | At local FedEx facility | LONGWOOD, FL |
| − 4/09/2016 - Saturday | | |
| 8:21 am | At local FedEx facility | LONGWOOD, FL |
| 8:18 am | At local FedEx facility<br>Package not due for delivery | LONGWOOD, FL |
| 8:15 am | At local FedEx facility | LONGWOOD, FL |
| 6:07 am | At destination sort facility | ORLANDO, FL |
| 3:36 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| − 4/08/2016 - Friday | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| − 4/07/2016 - Thursday | | |
| 2:21 pm | Shipment information sent to FedEx | |

### Shipment Facts

| | | | | |
|---|---|---|---|---|
| Tracking number | 776064772985 | | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | | Delivery attempts | 1 |
| Delivered To | Residence | | Total pieces | 1 |
| Total shipment weight | 0.5 lbs / 0.23 kgs | | Terms | Not Available |
| Shipper reference | MONTALVO, MAYRA, (DECEASED) | | Packaging | FedEx Envelope |
| Special handling section | Deliver Weekday, Residential Delivery | | | |



**FedEx.**    Search  Subm

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| Company Information | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx CrossBorder | | |
| Careers | | FedEx SupplyChain | | |
| Investor Relations | Other Resources | FedEx TechConnect | | |
| Subscribe to FedEx email | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                          SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064802731) and USPS to the last known address of the addressee as indicated below:

Allison Moore
104 Buckson Court
Bear, DE 19701

Chelsea Aichinger

Sworn to before me April 8, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



# FedEx ® Tracking

## 776064802731

Ship date:
**Fri 4/08/2016**

**Sanders Viener Grossman, LLP**
Randi Kassan
STE 500
100 GARDEN CITY PLZ
GARDEN CITY, NY US 11530
516 741-5600

**Delivered**
*Signature not required*

Actual delivery:
**Mon 4/11/2016 12:39 pm**

Allison Moore
104 Buckson Ct.
BEAR, DE US 19701
302 482-5938

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 4/11/2016 - Monday | | |
| 12:39 pm | Delivered<br>Left at front door. Package delivered to recipient address - release authorized | BEAR, DE |
| 8:21 am | On FedEx vehicle for delivery | NEW CASTLE, DE |
| 7:28 am | At local FedEx facility | NEW CASTLE, DE |
| 6:07 am | At local FedEx facility | NEW CASTLE, DE |
| 4/09/2016 - Saturday | | |
| 9:34 am | At local FedEx facility | NEW CASTLE, DE |
| 9:22 am | At local FedEx facility<br>Package not due for delivery | NEW CASTLE, DE |
| 9:20 am | Delivery exception | NEW CASTLE, DE |
| 8:57 am | At local FedEx facility | NEW CASTLE, DE |
| 7:45 am | At destination sort facility | PHILADELPHIA, PA |
| 12:12 am | Arrived at FedEx location | NEWARK, NJ |
| 4/08/2016 - Friday | | |
| 8:34 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| 4/07/2016 - Thursday | | |
| 2:37 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 776064802731 | **Service** | FedEx Standard Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivery attempts** | 1 |
| **Delivered To** | Residence | **Total pieces** | 1 |
| **Total shipment weight** | 0.5 lbs / 0.23 kgs | **Terms** | Not Available |
| **Shipper reference** | MOORE, ALLISON 138808 | **Packaging** | FedEx Envelope |
| **Special handling section** | Deliver Weekday, Residential Delivery | | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                          SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064829006) and USPS to the last known address of the addressee as indicated below:

Jasmine Morrow
112 Elm Lane
Tampa, FL 33610

Chelsea Aichinger

Sworn to before me April 8, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018

My Profile | Support | Locations | 🇺🇸 English | Search Subr

**FedEx.**    Shipping | Tracking | Manage | Learn | FedEx Office ®     Login

FedEx ® Tracking

**776064829006**

Ship date:                                Actual delivery:
**Fri 4/08/2016**                        **Mon 4/11/2016 3:30 pm**

GARDEN CITY, NY US       **Delivered**       TAMPA, FL US
                        Signature not required

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **4/11/2016 - Monday** | | |
| 3:30 pm | Delivered | TAMPA, FL |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 8:09 am | On FedEx vehicle for delivery | TAMPA, FL |
| 6:44 am | At local FedEx facility | TAMPA, FL |
| **4/09/2016 - Saturday** | | |
| 8:01 am | At local FedEx facility | TAMPA, FL |
| 7:47 am | At local FedEx facility | TAMPA, FL |
| | Package not due for delivery | |
| 7:47 am | At local FedEx facility | TAMPA, FL |
| 6:04 am | At destination sort facility | TAMPA, FL |
| 3:37 am | Departed FedEx location | MEMPHIS, TN |
| 3:29 am | In transit | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| **4/08/2016 - Friday** | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| **4/07/2016 - Thursday** | | |
| 2:36 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 776064829006 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivered To | Residence |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Shipper | Shipper reference | MORROW, JASMINE 136933 |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Residential Delivery |

**FedEx.**                        Search Subr

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**            🇺🇸 United States - English

© FedEx 1995-2016                      Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                              SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064857819) and USPS to the last known address of the addressee as indicated below:

Raymond Perry on behalf of Vickie Perry
801 W Covina Blvd. Space 79
San Dimas, CA 91773

Chelsea Aichinger

Sworn to before me April 8, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018

My Profile | Support | Locations | 🇺🇸 English          Search  Subr

**FedEx.**    Shipping | Tracking | Manage | Learn | FedEx Office ®          Login

FedEx ® Tracking

---

**776064857819**

Ship date:                                          Actual delivery:

**Fri 4/08/2016**                                   **Mon 4/11/2016 12:42 pm**

GARDEN CITY, NY US          **Delivered**           SAN DIMAS, CA US
                         Signature not required

---

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **4/11/2016 - Monday** | | |
| 12:42 pm | Delivered | SAN DIMAS, CA |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 8:37 am | On FedEx vehicle for delivery | CITY OF INDUSTRY, CA |
| 6:56 am | At local FedEx facility | CITY OF INDUSTRY, CA |
| **4/09/2016 - Saturday** | | |
| 10:08 am | At local FedEx facility | CITY OF INDUSTRY, CA |
| 10:07 am | At local FedEx facility | CITY OF INDUSTRY, CA |
| | Package not due for delivery | |
| 9:50 am | At local FedEx facility | CITY OF INDUSTRY, CA |
| | Package not due for delivery | |
| 5:21 am | At destination sort facility | ONTARIO, CA |
| 3:55 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| **4/08/2016 - Friday** | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| **4/07/2016 - Thursday** | | |
| 2:35 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 776064857819 | **Service** | FedEx Standard Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivered To** | Residence |
| **Total pieces** | 1 | **Total shipment weight** | 0.5 lbs / 0.23 kgs |
| **Terms** | Shipper | **Shipper reference** | PERRY (DECEASED), VICKIE |
| **Packaging** | FedEx Envelope | **Special handling section** | Deliver Weekday, Residential Delivery |

---

**FedEx.**                                                      Search  Subr

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| **Company Information** | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx CrossBorder | | |
| Careers | | FedEx SupplyChain | | |
| Investor Relations | **Other Resources** | FedEx TechConnect | | |
| Subscribe to FedEx email | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2016                    Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK

                SS:

COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 782776924255) and USPS to the last known address of the addressee as indicated below:

Peggy Phelps on behalf of Jamie Phelps
1028 June Ct.
Los Banos, CA 93635

                                               Chelsea Aichinger

Sworn to before me April 8, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



**FedEx.**   Shipping | Tracking | Manage | Learn | FedEx Office ®   Login

## FedEx ® Tracking

**782776924255**

Ship date:                                    Actual delivery:

**Fri 4/08/2016**                              **Tue 4/12/2016 3:25 pm**

GARDEN CITY, NY US          **Delivered**         LOS BANOS, CA US
                          Signature not required

### Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **4/12/2016 - Tuesday** | | |
| 3:25 pm | Delivered | LOS BANOS, CA |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 10:21 am | On FedEx vehicle for delivery | MERCED, CA |
| **4/11/2016 - Monday** | | |
| 10:38 am | At local FedEx facility | MERCED, CA |
| 10:37 am | At local FedEx facility | MERCED, CA |
| | Package not due for delivery | |
| **4/09/2016 - Saturday** | | |
| 12:37 pm | At local FedEx facility | MERCED, CA |
| 10:59 am | At local FedEx facility | MERCED, CA |
| 10:59 am | At local FedEx facility | MERCED, CA |
| | Package not due for delivery | |
| 8:28 am | Departed FedEx location | OAKLAND, CA |
| 7:18 am | Arrived at FedEx location | OAKLAND, CA |
| 5:35 am | Departed FedEx location | MEMPHIS, TN |
| 3:59 am | In transit | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| **4/08/2016 - Friday** | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| 7:29 am | Shipment information sent to FedEx | |

### Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 782776924255 | Service | FedEx 2Day |
| Weight | 0.5 lbs / 0.23 kgs | Delivered To | Residence |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Shipper | Shipper reference | XARELTO 137642 |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Residential Delivery |



**FedEx.**                                                              Search Subm

**Customer Focus**         **Featured Services**        **Companies**          Follow FedEx          🇺🇸 United States - English
New Customer Center        FedEx Delivery Manager       FedEx Express
Small Business Center      FedEx SameDay                FedEx Ground
Service Guide              FedEx Home Delivery          FedEx Office
Customer Support           Healthcare Solutions         FedEx Freight
                           Online Retail Solutions      FedEx Custom Critical
**Company Information**    Packaging Services           FedEx Trade Networks
About FedEx                Ancillary Clearance Services FedEx CrossBorder
Careers                                                 FedEx SupplyChain
Investor Relations         **Other Resources**          FedEx TechConnect
Subscribe to FedEx email   FedEx Compatible
                           Developer Resource Center
                           FedEx Ship Manager Software
                           FedEx Mobile

© FedEx 1995-2016                          Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK

                          SS:

COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064924213) and USPS to the last known address of the addressee as indicated below:

Juan Sarmiento
491 31st Ave. Apt. 204
San Francisco, CA 94121

_____
Chelsea Aichinger

Sworn to before me April 8, 2016

_____
NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



My Profile | Support | Locations | 🇺🇸 English     Search  Subm

**FedEx.**   Shipping | Tracking | Manage | Learn | FedEx Office ®                    Login

FedEx ® Tracking

**776064924213**

Ship date:                                              Actual delivery:
**Fri 4/08/2016**                                        **Mon 4/11/2016 10:55 am**

GARDEN CITY, NY US              **Delivered**            SAN FRANCISCO, CA US
                              Signature not required

## Travel History

| Date/Time | Activity | Location |
|-----------|----------|----------|
| **– 4/11/2016 - Monday** | | |
| 10:55 am | Delivered | SAN FRANCISCO, CA |
|  | Left at front door. Package delivered to recipient address - release authorized | |
| 8:21 am | On FedEx vehicle for delivery | SAN FRANCISCO, CA |
| 7:08 am | At local FedEx facility | SAN FRANCISCO, CA |
| **– 4/09/2016 - Saturday** | | |
| 7:26 am | At local FedEx facility | SAN FRANCISCO, CA |
|  | Package not due for delivery | |
| 7:26 am | At local FedEx facility | SAN FRANCISCO, CA |
| 5:07 am | At destination sort facility | SAN FRANCISCO, CA |
| 3:31 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| **– 4/08/2016 - Friday** | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| **– 4/07/2016 - Thursday** | | |
| 2:32 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 776064924213 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivered To | Residence |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Shipper | Shipper reference | SARMIENTO, JUAN 132961 |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Residential Delivery |

**FedEx.**                                              Search  Subm

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
|  | Online Retail Solutions | FedEx Custom Critical | | |
| Company Information | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx CrossBorder | | |
| Careers | | FedEx SupplyChain | | |
| Investor Relations | Other Resources | FedEx TechConnect | | |
| Subscribe to FedEx email | FedEx Compatible | | | |
|  | Developer Resource Center | | | |
|  | FedEx Ship Manager Software | | | |
|  | FedEx Mobile | | | |

© FedEx 1995-2016                          Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK
                    SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064954514) and USPS to the last known address of the addressee as indicated below:

Jennifer Sharma
3901 Sieraway
San Bernardino, CA 92405

_____
Chelsea Aichinger

Sworn to before me April 8, 2016

_____
NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



FedEx.   Shipping | Tracking | Manage | Learn | FedEx Office ®

My Profile | Support | Locations | English        Search  Subm        Login

FedEx ® Tracking

**776064954514**

Ship date:                                    Actual delivery:
**Fri 4/08/2016**                             **Mon 4/11/2016 12:52 pm**

GARDEN CITY, NY US        **Delivered**        SAN BERNARDINO, CA US
                         Signature not required

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **4/11/2016 - Monday** | | |
| 12:52 pm | Delivered | SAN BERNARDINO, CA |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 8:13 am | On FedEx vehicle for delivery | ONTARIO, CA |
| 7:40 am | At local FedEx facility | ONTARIO, CA |
| **4/09/2016 - Saturday** | | |
| 7:40 am | At local FedEx facility | ONTARIO, CA |
| 7:40 am | At local FedEx facility | ONTARIO, CA |
| | Package not due for delivery | |
| 5:21 am | At destination sort facility | ONTARIO, CA |
| 3:55 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| **4/08/2016 - Friday** | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| **4/07/2016 - Thursday** | | |
| 2:32 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 776064954514 | **Service** | FedEx Standard Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivered To** | Residence |
| **Total pieces** | 1 | **Total shipment weight** | 0.5 lbs / 0.23 kgs |
| **Terms** | Shipper | **Shipper reference** | SHARMA, JENNIFER 136921 |
| **Packaging** | FedEx Envelope | **Special handling section** | Deliver Weekday, Residential Delivery |

FedEx.                                                          Search  Subm

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**                    United States - English

© FedEx 1995-2016        Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                              SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776064995775) and USPS to the last known address of the addressee as indicated below:

Sandra Thompson
2065 Cedar Branch Road
Chadbourn, NC 28431

Chelsea Aichinger

Sworn to before me April 8, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



My Profile | Support | Locations | 🇺🇸 English   Search  Subm

**FedEx.**   Shipping | Tracking | Manage | Learn | FedEx Office ®   Login

## FedEx ® Tracking

**776064995775**

Ship date:                          Actual delivery:
**Fri 4/08/2016**                     **Mon 4/11/2016 6:10 pm**

GARDEN CITY, NY US     **Delivered**     CHADBOURN, NC US
                  Signature not required

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **4/11/2016 - Monday** | | |
| 6:10 pm | Delivered | CHADBOURN, NC |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 8:37 am | On FedEx vehicle for delivery | FAYETTEVILLE, NC |
| 7:32 am | At local FedEx facility | FAYETTEVILLE, NC |
| **4/09/2016 - Saturday** | | |
| 9:02 am | At local FedEx facility | FAYETTEVILLE, NC |
| 9:02 am | At local FedEx facility | FAYETTEVILLE, NC |
| | Package not due for delivery | |
| 6:16 am | At destination sort facility | RALEIGH, NC |
| 3:55 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| **4/08/2016 - Friday** | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| **4/07/2016 - Thursday** | | |
| 2:35 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 776064995775 | **Service** | FedEx Priority Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivered To** | Residence |
| **Total pieces** | 1 | **Total shipment weight** | 0.5 lbs / 0.23 kgs |
| **Terms** | Shipper | **Shipper reference** | THOMPSON, SANDRA 137650 |
| **Packaging** | FedEx Envelope | **Special handling section** | Deliver Weekday, Residential Delivery |

**FedEx.**                         Search  Subm

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| **Company Information** | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx CrossBorder | | |
| Careers | | FedEx SupplyChain | | |
| Investor Relations | **Other Resources** | FedEx TechConnect | | |
| Subscribe to FedEx email | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2016                     Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                             SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776065021352) and USPS to the last known address of the addressee as indicated below:

Andre West
36900 Zinnia Street
Palmdale, CA 93550

_____
Chelsea Aichinger

Sworn to before me April 8, 2016

_____
NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



My Profile | Support | Locations | 🇺🇸 English       Search  Subr

**FedEx.**    Shipping | Tracking | Manage | Learn | FedEx Office ®       Login

FedEx ® Tracking

**776065021352**

Ship date:                                                    Actual delivery:

**Fri 4/08/2016**                                        **Mon 4/11/2016 12:01 pm**

GARDEN CITY, NY US          **Delivered**          PALMDALE, CA US
                          Signature not required

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| **– 4/11/2016 - Monday** | | |
| 12:01 pm | Delivered | PALMDALE, CA |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 8:29 am | On FedEx vehicle for delivery | LANCASTER, CA |
| 7:49 am | At local FedEx facility | LANCASTER, CA |
| **– 4/09/2016 - Saturday** | | |
| 10:51 am | At local FedEx facility | LANCASTER, CA |
| 9:37 am | At local FedEx facility | LANCASTER, CA |
| 9:37 am | At local FedEx facility | LANCASTER, CA |
| | Package not due for delivery | |
| 5:58 am | At destination sort facility | LOS ANGELES, CA |
| 4:10 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| **– 4/08/2016 - Friday** | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| **– 4/07/2016 - Thursday** | | |
| 2:45 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 776065021352 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivered To | Residence |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Shipper | Shipper reference | WEST, ANDRE 135221 |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Residential Delivery |

FedEx.                                                         Search  Subr

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| **Company Information** | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx CrossBorder | | |
| Careers | | FedEx SupplyChain | | |
| Investor Relations | **Other Resources** | FedEx TechConnect | | |
| Subscribe to FedEx email | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2016                                    Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                           SS:
COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776065049642) and USPS to the last known address of the addressee as indicated below:

Sharon Woods
27076 Hidaway Unit 6
Canyon Country, CA 91351

_____
Chelsea Aichinger

Sworn to before me April 8, 2016

_____
NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018



My Profile | Support | Locations | 🇺🇸 English | Search | Subm

**FedEx.**    Shipping | Tracking | Manage | Learn | FedEx Office ®        Login

FedEx ® Tracking

**776065049642**

Ship date:                                          Actual delivery:
**Fri 4/08/2016**                                   **Mon 4/11/2016 11:09 am**

GARDEN CITY, NY US          **Delivered**          CANYON COUNTRY, CA US
                          Signature not required

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| ▬ 4/11/2016 - Monday | | |
| 11:09 am | Delivered | CANYON COUNTRY, CA |
| | Left at front door. Package delivered to recipient address - release authorized | |
| 8:45 am | On FedEx vehicle for delivery | NORTH HILLS, CA |
| 6:59 am | At local FedEx facility | NORTH HILLS, CA |
| ▬ 4/09/2016 - Saturday | | |
| 9:13 am | At local FedEx facility | NORTH HILLS, CA |
| | Package not due for delivery | |
| 9:05 am | At local FedEx facility | NORTH HILLS, CA |
| 5:58 am | At destination sort facility | LOS ANGELES, CA |
| 4:10 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| ▬ 4/08/2016 - Friday | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| ▬ 4/07/2016 - Thursday | | |
| 2:42 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 776065049642 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Delivered To | Residence |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Shipper | Shipper reference | WOODS, SHARON 129831 |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Residential Delivery |

**FedEx.**                                                   Search | Subm

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | Healthcare Solutions | FedEx Freight | | |
| | Online Retail Solutions | FedEx Custom Critical | | |
| **Company Information** | Packaging Services | FedEx Trade Networks | | |
| About FedEx | Ancillary Clearance Services | FedEx CrossBorder | | |
| Careers | | FedEx SupplyChain | | |
| Investor Relations | **Other Resources** | FedEx TechConnect | | |
| Subscribe to FedEx email | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2016                    Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK

                       SS:

COUNTY OF QUEENS

Chelsea Aichinger, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Queens County in the State of New York.

I served a true copy of the annexed

Copy of Xarelto Order Filed April 5, 2016

On April 8, 2016

By mailing the same in a sealed envelope, with postage prepaid thereon, by FedEx (tracking number 776065074047) and USPS to the last known address of the addressee as indicated below:

Veronica Wright
18683 Freeland Street
Detroit, MI 48235

Chelsea Aichinger

Sworn to before me April 8, 2016

NOTARY PUBLIC

Arnold Pooran
Notary Public, State of New York
No. 01PO6232753
Qualified in Queens County
Comission Expires December 27, 2018

My Profile | Support | Locations | English Search Subı

FedEx Shipping | Tracking | Manage | Learn | FedEx Office ® Login

# FedEx ® Tracking

## 776065074047

| Ship date: | | Actual delivery: |
|---|---|---|
| **Fri 4/08/2016** | | **Mon 4/11/2016 10:38 am** |
| GARDEN CITY, NY US | **Delivered**<br>*Signature not required* | DETROIT, MI US |

## Travel History

| Date/Time | Activity | Location |
|---|---|---|
| 4/11/2016 - Monday | | |
| 10:38 am | Delivered<br>Left at front door. Package delivered to recipient address - release authorized | DETROIT, MI |
| 7:54 am | On FedEx vehicle for delivery | SOUTHFIELD, MI |
| 7:06 am | At local FedEx facility | SOUTHFIELD, MI |
| 4/09/2016 - Saturday | | |
| 8:14 am | At local FedEx facility | SOUTHFIELD, MI |
| 8:14 am | At local FedEx facility<br>Package not due for delivery | SOUTHFIELD, MI |
| 6:09 am | At destination sort facility | ROMULUS, MI |
| 3:42 am | Departed FedEx location | MEMPHIS, TN |
| 12:44 am | Arrived at FedEx location | MEMPHIS, TN |
| 4/08/2016 - Friday | | |
| 8:15 pm | Left FedEx origin facility | GARDEN CITY, NY |
| 5:21 pm | Picked up | GARDEN CITY, NY |
| 4/07/2016 - Thursday | | |
| 2:43 pm | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 776065074047 | **Service** | FedEx Standard Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivered To** | Residence |
| **Total pieces** | 1 | **Total shipment weight** | 0.5 lbs / 0.23 kgs |
| **Terms** | Shipper | **Shipper reference** | WRIGHT, VERONICA 138168 |
| **Packaging** | FedEx Envelope | **Special handling section** | Deliver Weekday, Residential Delivery |

FedEx. Search Subm

**Customer Focus**
New Customer Center
Small Business Center
Service Guide
Customer Support

**Company Information**
About FedEx
Careers
Investor Relations
Subscribe to FedEx email

**Featured Services**
FedEx Delivery Manager
FedEx SameDay
FedEx Home Delivery
Healthcare Solutions
Online Retail Solutions
Packaging Services
Ancillary Clearance Services

**Other Resources**
FedEx Compatible
Developer Resource Center
FedEx Ship Manager Software
FedEx Mobile

**Companies**
FedEx Express
FedEx Ground
FedEx Office
FedEx Freight
FedEx Custom Critical
FedEx Trade Networks
FedEx CrossBorder
FedEx SupplyChain
FedEx TechConnect

**Follow FedEx**

United States - English

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

