## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| CHARLES M. LENTZ | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff | |
| vs. | |
| | Civil Action No.: 2:15-cv-01632 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER PHARMA AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC., | |
| Defendants. | |

### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW the Plaintiff, Charles M. Lentz, by and through the undersigned counsel, and moves this Court for an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the above-named Plaintiff's action be dismissed without prejudice and without costs or fees to any party for the reasons set forth in the accompanying Memorandum in Support.

1. Subsequent to the filing of this case, Plaintiff's counsel has learned that Mr. Lentz inadvertently signed attorney representation contracts with two different law firms, which resulted in two claims being filed on his behalf.

2. The attorneys have resolved issues related to this inadvertent mistake and it is necessary for this claim to be dismissed to avoid duplication in efforts on all sides.

3.      This Motion applies only to Case Number 2:15-CV-01632 and has no effect on any other actions pending for Plaintiff. Defendants have asserted no counterclaims against Mr. Lentz in this action.

Based on the foregoing, Plaintiff asks this Court to enter an order dismissing this action without prejudice, with each party to bear their own costs, and grant Plaintiff such other and further relief to which he may be justly entitled.

Respectfully submitted this 14th day of April, 2016.

By:   */s/ Les Weisbrod*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:    (214) 987-0005
Fax:               (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

On March 29, 2016, counsel for Plaintiff sent an e-mail to the counsel of record for Defendants regarding this Motion. Plaintiff's counsel received a response from Defendants' counsel to the e-mail indicating they would get back to Plaintiff's counsel regarding this Motion. However, as of this date, Defendants have made no further response.

*s/Les Weisbrod*
Les Weisbrod

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Les Weisbrod*
Les Weisbrod