UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>CHARLES M. LENTZ<br><br>    Plaintiff<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER PHARMA AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br><br>    Defendants. | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:15-cv-01632 |

**MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiff, Charles M. Lentz, by and through the undersigned counsel, submits this Memorandum in Support of Plaintiff's Motion to Dismiss Without Prejudice.

After the filing of case No. 2:15-cv-01632, counsel for Plaintiff learned that Mr. Lentz inadvertently signed attorney representation contracts with two different law firms, which resulted in two claims being filed on his behalf. The attorneys from the two firms have conferred and concluded that the appropriate action is to dismiss this case, Case No. 2:15-cv-01632, without prejudice, which will avoid unnecessary duplication of efforts on the part of both the plaintiff and the defendants. The dismissal of this action without prejudice will not otherwise affect any other pending action involving Mr. Lentz. Defendants have asserted no

counterclaims. Plaintiff's counsel contacted counsel for Defendants via e-mail regarding this motion. Defendants' counsel responded and indicated that they would get back to Plaintiff's counsel regarding this Motion, but as of this date, Defendants have made no further response.

Plaintiff therefore asks this Court to enter an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure dismissing Case No. 2:15-cv-01632 without prejudice, with each party to bear their own costs.

Respectfully submitted this 14th day of April, 2016.

By: */s/ Les Weisbrod*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas 75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail: lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Les Weisbrod*
Les Weisbrod