# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO:** *Gary Hanson, Sr. v. Janssen Research & Development, LLC, et al.* **Civil Action No.** *2:16-cv-00854* | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

## PLAINTIFF'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

Plaintiff in the above referenced action respectfully requests the Court dismiss this action against all Defendants without prejudice. Defendants do not oppose the filing of this Motion.

Dated: April 14, 2016

Respectfully Submitted,

/s/ *Russell T. Abney*
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com
*Attorney for the Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing has been served contemporaneously, with or before filing, on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17.

/s/ *Russell T. Abney*