# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

___

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | JUDGE ELDON E. FALLON |
| *Gary Hanson, Sr. v. Janssen Research &* ) | |
| *Development, LLC, et al.* ) | |
| **Civil Action No.** *2:16-cv-00854* ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____) | |

## ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion to Voluntarily Dismiss Without Prejudice is granted.

This action is hereby DISMISSED without prejudice to the plaintiff's right to refile. All costs shall be taxed against the party incurring same.

New Orleans, Louisiana, this _____ day of _____, 2016

_____
UNITED STATES DISTRICT JUDGE