UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** *Gary Hanson, Sr. v. Janssen Research & Development, LLC, et al.* **Civil Action No.** *2:16-cv-00854* | | |

### PLAINTIFF'S BRIEF IN SUPPORT OF UNOPPOSED MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

Plaintiff Gary Hanson, Sr., through undersigned counsel, respectfully requests the Court dismiss this action against all Defendants without prejudice. Defendants do not oppose this motion.

### FACTUAL BACKGROUD

Plaintiff Gary Hanson, Sr. retained undersigned counsel to represent him in a claim against the manufacturers of Xarelto due to injuries Plaintiff allegedly suffered as a result of his Xarelto use. Counsel obtained medical records showing Plaintiff's proof of Xarelto use and alleged Xarelto-related injury prior to filing this action. Counsel subsequently learned Plaintiff Gary Hanson, Sr. had passed away shortly before this action was commenced.

### ARGUMENT AND AUTHORITY

At the time of his death, Plaintiff was a resident of Virginia. Under Va. Code Ann. § 8.01-56, a survival action must be brought by the personal representative of the deceased's estate. Thus, at the time this case was filed, it actually belonged to Plaintiff's estate. The undersigned counsel

has not been retained by Plaintiff's estate (to counsel's knowledge, no estate has been opened). Accordingly, Plaintiff requests this case be dismissed without prejudice to protect the rights of the Estate of Gary Hanson, Sr. should probate be opened at some time in the future. Defendants do not oppose the dismissal of this claim without prejudice.

Respectfully submitted this 14th day of April, 2016.

>/s/ Russell T. Abney_____
> Russell T. Abney, Esq.
> Attorney I.D. No. 000875 (GA)
> FERRER, POIROT & WANSBROUGH
> 2603 Oak Lawn Avenue Suite 300
> Dallas, TX 75219
> Telephone: 800.521.4492
> Fax: 866.513.0115
> rabney@lawyerworks.com
>
> Attorney for the Plaintiffs