# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| THOMAS POLAKIEWICZ | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff | |
| vs. | |
| | Civil Action No.: 2:15-cv-02878 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER PHARMA AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC., | |
| Defendants. | |

## PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW the Plaintiff, by and through the undersigned counsel, and moves this Court for an order pursuant to PTO # 24 and Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the above-named Plaintiff's action be dismissed without prejudice and without costs or fees to any party, with Plaintiff and Defendants to bear their own costs.

1. Subsequent to filing his complaint, Plaintiff's counsel has learned of issues related to the jurisdiction of this Court that necessitates filing the case in state court.

2. To that end (and after the death of Mr. Polakiewicz), his Surviving Spouse and Heir to the Estate of Thomas Polakiewicz filed a complaint in *In Re Xarelto® Products Liability Litigation* in Philadelphia County Court of Common Pleas, under Master Docket Number

January Term, 2015, No 2349.

3.     Therefore, pursuant to PTO #24 in MDL 2592, Plaintiff seeks dismissal of the action in this Court and relation back on the Statute of Limitations pursuant to paragraph 3 of PTO #24.

4.     This Motion applies only to Case Number 2:15-CV-02878 and has no effect on any other actions pending for Plaintiff.

Based on the foregoing, Plaintiff asks this Court, pursuant to Fed. R. Civ. P. 41(a)(2) and PTO #24, to dismiss Case No. 2:15-cv-02878 without prejudice, order that the dismissal is subject to the terms of PTO#24, order each party to bear its own costs, and grant Plaintiff such other and further relief to which he may be justly entitled.

Respectfully submitted this 14th day of April, 2016.

By:     /s/ Les Weisbrod
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:    (214) 987-0005
Fax:                 (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

On March 29, 2016, counsel for Plaintiff sent an e-mail to the counsel of record for Defendants regarding this Motion.  Plaintiff's counsel received a response from Defendants' counsel to the e-mail indicating they would get back to Plaintiff's counsel regarding this Motion. However, as of this date, Defendants have made no further response.

*s/Les Weisbrod*
Les Weisbrod

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Les Weisbrod*
Les Weisbrod