## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| THOMAS POLAKIEWICZ | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff | |
| vs. | |
| | Civil Action No.: 2:15-cv-02878 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER PHARMA AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC., | |
| Defendants. | |

### MEMORANDUM IN SUPPORT OF
### PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff Thomas Polakiewicz, by and through the undersigned counsel, asks this court for an order pursuant to PTO # 24 and Rule 41(a)(2) of the Federal Rules of Civil Procedure, dismissing this case without prejudice, and without costs or fees to any party, and subject to the terms of PTO #24.

Subsequent to filing his complaint in case no. 2:15-cv-02878, Plaintiff's counsel has learned of issues related to the jurisdiction of this Court that necessitates filing the case in Pennsylvania state court. To that end (and after the death of Mr. Polakiewicz), his Surviving Spouse and Heir to the Estate of Thomas Polakiewicz filed a complaint in *In Re Xarelto®*

*Products Liability Litigation* in Philadelphia County Court of Common Pleas, under Master Docket Number January Term, 2015, No 2349.

On March 23, 2016, this Court entered Pretrial Order No. 24 [ECF #2879], which established a procedure for dismissing cases for a lack of subject matter jurisdiction. Paragraph 3 of PTO # 24 specifically provides for relation back of the newly filed state court action. Therefore, pursuant to PTO #24, Plaintiff seeks dismissal of the action in this Court and relation back on the Statute of Limitations pursuant to paragraph 3 of PTO #24. Defendants have asserted no counterclaims in this case.

This Motion applies only to Case Number 2:15-CV-02878 and has no effect on any other actions pending for Plaintiff.

Plaintiff's counsel contacted counsel for Defendants via e-mail regarding this motion. Defendants' counsel responded and indicated that they would get back to Plaintiff's counsel regarding this Motion, but as of this date, Defendants have made no further response.

Plaintiff therefore asks this Court, pursuant to Fed. R. Civ. P. 41(a)(2) and PTO #24, to dismiss Case No. 2:15-cv-02878 without prejudice, order that the dismissal is subject to the terms of PTO#24, order each party to bear its own costs, and grant Plaintiff such other and further relief to which he may be justly entitled.

Respectfully submitted this 14th day of April, 2016.

By: */s/ Les Weisbrod*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:     (214) 987-0005
Fax:              (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on  April 14, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Les Weisbrod*
Les Weisbrod