## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2592 |
| THOMAS POLAKIEWICZ | ) ) | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Plaintiff | ) ) | |
| vs. | ) ) | |
| | ) | Civil Action No.: 2:15-cv-02878 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER PHARMA AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SUBMISSION

Please take notice that Plaintiff's Motion to Dismiss Without Prejudice is set for submission on May 11, 2016.

By:     */s/ Les Weisbrod*
        **LES WEISBROD**
        Texas Bar No. 21104900
        **ALEXANDRA V. BOONE**
        Texas Bar No. 00795259
        **MILLER WEISBROD LLP**
        11551 Forest Central Drive, Suite 300
        Dallas, Texas  75243
        Telephone:     (214) 987-0005
        Fax:             (214) 987-2545
        E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on   April 14, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.


*/s/Les Weisbrod*
Les Weisbrod