UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) |
| THIS DOCUMENT APPLIES TO: | ) Judge: Eldon E. Fallon ) ) |
| *Lies v. Janssen Research & Development, et al.* | ) 2:15-cv-00420 ) |
| *Swoopes v. Janssen Research & Development, et al.* | ) 2:15-cv-00421 ) ) |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: April 14,, 2016

                                                      Respectfully submitted,

                                                     /s/ Christopher LoPalo
                                                   Christopher LoPalo, Esq.
                                                   Napoli Shkolnik & Associates LLP
                                                   1301 Avenue of the Americas, 10th Fl.
                                                   New York, New York 10019
                                                   Tel: (212) 397-1000
                                                   Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: April 14, 2016

                                                     /s/ Christopher LoPalo
                                                Christopher LoPalo, Esq.