UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 |
| | | Judge: Eldon E. Fallon |
| THIS DOCUMENT APPLIES TO: | | |
| *Lies v. Janssen Research & Development, et al.* | | 2:15-cv-00420 |
| *Swoopes v. Janssen Research & Development, et al.* | | 2:15-cv-00421 |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: April 14,, 2016

                 Respectfully submitted,

                   /s/ Christopher LoPalo
                 Christopher LoPalo, Esq.
                 Napoli Shkolnik & Associates LLP
                 1301 Avenue of the Americas, 10th Fl.
                 New York, New York 10019
                 Tel: (212) 397-1000
                 Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: April 14, 2016

                                               /s/ Christopher LoPalo
                                               Christopher LoPalo, Esq.