**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |
| | ) | |
| _____ | ) | |

**THIS DOCUMENT RELATES TO:**

*Hammontree v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-2584**

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Comes now, Andy D. Birchfield, Jr., and hereby enters his appearance as counsel for

Plaintiff, Mary E. Hammontree, in the above-styled action.

Please serve a copy of all notices, correspondence or orders for this case on Andy D.

Birchfield, Jr., Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., Post Office Box 4160,

Montgomery, Alabama 36103-4160, tel. (334) 269-2343, Andy.Birchfield@beasleyallen.com.

Respectfully submitted,

Dated:  April 14, 2016

s/ Andy D. Birchfield, Jr._____
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)

Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

***Attorneys for Plaintiff***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above and foregoing Notice of Appearance has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  April 14, 2016                        s/Andy D. Birchfield, Jr.
                                              Andy D. Birchfield, Jr.