# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: | JUDGE ELDON E. FALLON |
|    Helen Medvigy v. Janssen Research    & Development, LLC | MAG. JUDGE NORTH |
|    E.D. La. No. 2:16-cv-1959 | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Patricia Francis on behalf of the deceased, Helen Medvigy.

1. Helen Medvigy filed a products liability lawsuit against the defendants on February 26, 2016.

2. Subsequently on April 12, 2016, plaintiff's counsel was notified that Helen Medvigy died on December 6, 2015.

3. Helen Medvigy's products liability action against defendants survived her death and was not extinguished.

4. Patricia Francis, niece of Helen Medvigy, is a proper party to substitute for plaintiff-decedent Helen Medvigy and has proper capacity to continue the lawsuit on her behalf, and as estate representative pursuant to Fed. R. Civ. P. 25(a)(1).

Based on the foregoing, Patricia Francis requests that this Court grant her request for substitution as plaintiff in this action.

Dated: April 14, 2016

Respectfully Submitted:

By: */s/ Aimee Robert*_____
Aimee Robert, Esquire
TX Bar #24046729
55 Waugh Dr., Suite 800
Houston, TX 77007
Telephone: (713) 626- 9336
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has

contemporaneously with or before filing been served on all parties or their attorneys in a manner

authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL

Centrality, which will send notice of electronic filing in accordance with the procedures

established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: April 14, 2016

*/s/ Aimee Robert*_____
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>    Helen Medvigy v. Janssen Research<br>      & Development, LLC<br>    E.D. La. No. 2:16-cv-1959 | JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED.
2. Patricia Francis, as estate representative of Helen Medvigy, is substituted as Plaintiff in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on _____.


_____
JUDGE ELDON E. FALLON


Cc: All counsel of record