UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE SHUSHAN |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**

**ALL CASES**

## ORDER

In Defendants' memorandum accompanying the personnel file of Paul Herman, Defendants raise issues of relevance and proportionality concerning the salary information of witnesses being deposed. Defendants also challenge the propriety of the PSC's questions concerning salary information at deposition. The Court finds it appropriate to discuss these matters further. Therefore,

**IT IS ORDERED** that lead and liaison counsel for the parties will add a discussion of the relevance and proportionality of witness salary information to the agenda for the April monthly status conference. Counsel will be prepared to discuss this matter further at the conference.

**IT IS FURTHER ORDERED** that the PSC shall deliver a letter brief to the Court explaining their position on or before April 18, 2016.

New Orleans, Louisiana this 14th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE

[2]