# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Bryan et al v. Janssen Research & Development LLC et al
Civil Action No. 2:16-cv-02796-EEF-MBN

## PLAINTIFFS' MOTION TO DISMISS

COMES NOW Plaintiffs, by and through their Attorney, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully move this court to dismiss the above styled action against all defendants with prejudice. In support of this motion, counsel for Plaintiffs states:

1) Counsel was forced to abandon completing the filing for Civil Action No. 2:16-cv-02796 due to a technical error during the e-filing process.

2) Counsel was later able to successfully complete the filing for the same matter and received the Civil Action No. 2:16-cv-02798.

3) Counsel considers Civil Action No. 2:16-cv-02796 closed before the court as the latter filing, Civil Action No. 2:16-cv-02798, has the proper documentation e-filed as required by the court.

WHEREFORE, the Plaintiffs' prays that this Court enter an order dismissing defendants with prejudice for Civil Action No. 2:16-cv-02796.

Dated: April 15th, 2016               Respectfully submitted,

                                      /s/ Deborah S. Kerr
                                      Deborah S. Kerr
                                      GOLDBERG & OSBORNE
                                      915 W. Camelback Road
                                      Phoenix, AZ 85013
                                      Telephone: (602) 808-6750
                                      Facsimile: (602) 808-6799
                                      E-mail: dkerr@goldbergandosborne.com
                                      *Attorneys for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15th, 2016, the foregoing document was filed utilizing the Court's ECF system and that a copy of this motion was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

/s/ Deborah S. Kerr
Deborah S. Kerr