# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Bryan et al v. Janssen Research & Development LLC et al
Civil Action No. 2:16-cv-02796-EEF-MBN

## ORDER

Considering the foregoing Motion to Dismiss the above-captioned case,

**IT IS HEREBY ORDERED** that the above-captioned case is hereby dismissed with prejudice as to all defendants. Civil Action No. 2:16-cv-02798, regarding the same plaintiffs and defendants, remains open and active.

ORDERED AND SIGNED this _____ day of _____, 2016

_____
UNITED STATES DISTRICT JUDGE