UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  : MDL NO. 2592
PRODUCTS LIABILITY LITIGATION  : SECTION L
  : JUDGE FALLON
  : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Beverly Copeland; Wesley Gilliard;*
*Arlene Klemme; Arlene Sorenson; and*
*David Stokes*
2:16-cv-02324-EEF-MBN

## ENTRY OF APPEARANCE

Please take notice, John R. Crone of Andrus Wagstaff, PC, hereby enters his appearance as counsel for Plaintiffs, Beverly Copeland; Wesley Gilliard; Arlene Klemme; Arlene Sorenson; and David Stokes. Please serve a copy of all notices, correspondence, motions, orders and the like to the undersigned at the contact information listed below.

Dated: April 15, 2016

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　By:＿＿/s/ John R. Crone＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　John R. Crone, Esq., CO Bar No. 48284
　　　　　　　　　　　　　　　　　　　　　AK Bar No. 1211090
　　　　　　　　　　　　　　　　ANDRUS WAGSTAFF, PC
　　　　　　　　　　　　　　　　7171 W. Alaska Drive
　　　　　　　　　　　　　　　　Lakewood, CO 80226
　　　　　　　　　　　　　　　　Phone: 303-376-6360
　　　　　　　　　　　　　　　　Fax: 303-376-6361
　　　　　　　　　　　　　　　　E-Mail: john.crone@andruswagstaff.com

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2016, a copy of the foregoing *Entry of Appearance* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17.

By: /s/ John R. Crone
John R. Crone, Esq.
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: john.crone@andruswagstaff.com