UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       : MDL NO. 2592
PRODUCTS LIABILITY LITIGATION      : SECTION L
                                   : JUDGE FALLON
                                   : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Beverly Copeland; Wesley Gilliard;*
*Arlene Klemme; Arlene Sorenson; and*
*David Stokes*
2:16-cv-02324-EEF-MBN

## NOTICE OF FILING OF FIRST AMENDED JOINT COMPLAINT

The above-captioned Plaintiffs hereby give notice of filing of their *First Amended Joint Complaint* attached hereto as **Exhibit 1**. Plaintiffs are filing their *First Amended Joint Complaint* pursuant to *Pre-Trial Order No. 11 (Bundling of Complaints and Answers)* Paragraph 2(c). As Plaintiffs filed their original complaint on March 17, 2016, the instant amended complaint is timely filed. Plaintiffs have amended their complaint in various places to fix typographical errors; however, all substantive amendments are located in Paragraphs 4-8 of their *First Amended Complaint*.

Additionally, Plaintiffs are aware of the severance order issued by the Court after they filed their original complaint and will proceed to file Short Form Complaints subsequent to the filing of the attached amended complaint.

Dated: April 15, 2016

                        Respectfully Submitted,

                        By:   /s/ John R. Crone
                        John R. Crone, Esq., CO Bar No. 48284
                        ANDRUS WAGSTAFF, PC
                        7171 W. Alaska Drive
                        Lakewood, CO 80226
                        Phone: 303-376-6360
                        Fax: 303-376-6361

E-Mail: john.crone@andruswagstaff.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of April 2016, a copy of the foregoing *Notice of Filing of First Amended Complaint* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17.

By: /s/ John R. Crone
John R. Crone, Esq., CO Bar No. 48284
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: john.crone@andruswagstaff.com