# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | Judge Fallon |
| _____) | Mag. Judge North |

**THIS DOCUMENT RELATES TO:**

*John Hennessey v. Janssen Research & Development, LLC, et al.*
    Case No.: 2:16-cv-01143

## PROPOSED ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion to Voluntarily Dismiss Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and this Court being fully advised in the premises finds as follows:

IT IS HEREBY ORDERED that Plaintiff's claims are hereby dismissed without prejudice to refile pursuant to PTO 24 and Rule 41(a)(2), against all Defendants, each party to bear their own costs. The Court finds that a filing fee is not due pursuant to PTO 11B. This order does not affect the claims of other plaintiffs include on the Joint Petition filed directly in this MDL and subsequently severed. *See Lamar Evans, et al.*, Civil Action No.: 2:16-cv-00653.

SO ORDERED, this the _____ day of _____, 2016

                                                                                                          _____
                                                                                                           Honorable Eldon E. Fallon
                                                                                                           United States District Court Judge