# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | Judge Fallon |
| _____) | Mag. Judge North |

**THIS DOCUMENT RELATES TO:**

*Emma Gulledge v. Janssen Research & Development, LLC, et al.*
   **CASE NO.:  2:16-cv-01142**

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PURSUANT TO PTO 24 AND FED. R. CIV. P. 41(a)(2)

COMES NOW, the Plaintiff, by and through counsel, and pursuant to PTO 24 and Fed. R Civ. P. 41(a)(2), and requests an order dismissing this case against all Defendants without prejudice to refile.  In support, Plaintiff offers as follows:

1.  The instant matter was filed by the Plaintiff as part of a Joint Petition and subsequently severed.  *See Lamar Evans, et al.*, Civil Action No.:  2:16-cv-00653.

2.  Subsequent to the filing of the case, Plaintiff has been hospitalized several times for conditions unrelated to the instant matter.  Due to her hospitalizations, Plaintiff has been unable to provide information necessary to provide a substantially complete PFS.

3.  No counterclaims have been filed against the Plaintiff in this matter.

4.  Plaintiff stipulates that any refiling of this matter will be in this Federal Court (MDL).  Consequently, pursuant to PTO 11E, Plaintiff will pay a filing fee at that time.

5.  Plaintiff's counsel apprised counsel for the Bayer Defendants of the above and foregoing, and requested permission to file the instant motion unopposed, via email on April 14,

2016.  To date no response has been received.

WHEREFORE, THESE PREMISES CONSIDERED, pursuant to PTO 24 and Fed. R Civ. P. 41(a)(2), Plaintiff respectfully requests an order dismissing this case without prejudice to refile in this MDL

Dated: April 17, 2016.                    Respectfully Submitted,

*s/ Nathan C. VanDerVeer*
Nathan C. VanDerVeer

**FARRIS, RILEY & PITT, LLP**
The Financial Center, Suite 1700
505 20th Street North
Birmingham, Alabama 35203
(205) 324-1212 phone
(205) 324-1255 fax
nate@frplegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: April 17, 2016.

*s/ Nathan C. VanDerVeer*
Nathan C. VanDerVeer