Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION  **This Document Relates To:**  *MacLeod, et al. v. Janssen Research & Development, LLC, et al.*, No. 15-7153 | ) MDL No. 2592 ) ) SECTION:  L ) ) ) JUDGE FALLON ) ) ) MAG. JUDGE NORTH ) |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS UNDER PTOs 10 AND 11

Plaintiffs whose claims were included in the bundled complaint styled in *MacLeod, et al. v. Janssen Research & Development, LLC, et al.*, No. 15-7153, respectfully request that this Court grant their Motion for Extension of Time Within Which to Serve Process Under PTOs 10 and 11.  Plaintiffs request that the Court grant them an additional 30 days from the date of the Court's order granting this Motion to serve Bayer Pharma AG.

This Motion is supported by Plaintiffs' Brief in Support of Motion for Extension of Time Within Which to Serve Process Under PTOs 10 and 11 and the declaration of Charles G. Orr, which are being filed contemporaneously herewith.

DATED: April 15, 2016          Respectfully submitted,

By: /s/ *Charles G. Orr*
Charles G. Orr, TX Bar No. 00788148
THE MULLIGAN LAW FIRM
3710 Rawlins Street, #901
Dallas, Texas 75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: /s/ *Charles G. Orr*
Charles G. Orr
Attorney for Plaintiff