UNITED STATES DISTRICTCOURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Helen Medvigy v. Janssen Research & Development, LLC E.D. La. No. 2:16-cv-1959 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED.
2. Patricia Francis, as estate representative of Helen Medvigy, is substituted as Plaintiff in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on __April 15th 2016__.

_____
JUDGE ELDON E. FALLON

Cc: All counsel of record