UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
2:16-cv-01771

## MOTION TO AMEND JOINT COMPLAINT

**NOW COMES** Attorney Matthew R. McCarley of Fears | Nachawati Law Firm and respectfully requests to amend his Joint Complaint filed in this Court on the 2nd day of March 2016.

Specifically, Matthew R. McCarley seeks to amend the case caption of the Joint Complaint due to a typing error in this case caption omitting plaintiffs, Russell Terbeek and Linda Terbeek. Thus, the case caption should read as follows:

Plaintiffs,

JOHN ALLEN AND SARAH ALLEN, LADY BIRD AND BILLY BIRD, JENNIFER BLACKBURN, INDIVIDUALLY AND OBO RICHARD BLACKBURN, ALFRED BOWEN, MARGIE CHELLEW, FRANK CLARK, PATRICIA CLOYD AND JAMES PALMER, EMILIA DOMINGUEZ, DELMAR EDMISSON AND JOSEPHINE EDMISSON, TAMARA FRANKLIN, JULIO GARCIA AND SOFIA GARCIA, JOHN GOST, PEDRO GUERRO, TERRI PLATO OBO REVA GULEMBO, ALMA PEREZ

AND ERNESTO PEREZ, APRIL POZO, MARIO RAMOS AND MARIA RAMOS, WILLIAM REEVES AND SHELIA REEVES, MARIO RINCON AND BLANCHETT RINCON, ROBERT ROBERTS, CONSTANCE RUSSELL, CHARLES SIMMONS, LARRY STANFIELD AND DONNA STANFIELD, DAIRREL STAYTON, WILLIAM SUMMERS AND BARBARA SUMMERS, MIMI TAYLOR, RUSSELL TERBEEK AND LINDA TERBEEK, KATHERINE WINKELMAN, INDIVIDUALLY AND OBO KARL WINKELMAN, JUDY WRIGHT AND CHARLIE WRIGHT, AND BRANDY YOUNG

Respectfully Submitted,

**/S/ MATTHEW R. MCCARLEY**
Matthew R. McCarley
Texas Bar No. 24041426
mccarley@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEY FOR THE PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certified that a copy of the above and foregoing Motion to Amend Joint Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Matthew R. McCarley
Matthew R. McCarley