## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| EARLETTE DOURESSEAU | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff | |
| vs. | |
| | Civil Action No.: 2:16-cv-01408 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a ORTHO- MCNEIL-JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER AG; BAYER PHARMA AG; BAYER HEALTHCARE LLC; and BAYER HEALTHCARE PHARMACEUTICALS, INC., | |
| Defendants. | |

### REQUEST FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Plaintiff Earlette Douresseau, and for her motion for an extension of time to submit her Plaintiff Fact Sheet, states:

1. Plaintiff's original bundled complaint was filed herein on February 19, 2016.

2. Plaintiff's Fact Sheet ("PFS") is currently due April 19, 2016.

3. Counsel for Plaintiff has made repeated attempts to contact Plaintiff in order to complete her PFS in a timely manner.

4. Plaintiff has not responded to multiple voice mails left at what is apparently her current telephone number.

5. Plaintiff's counsel has spoken with Plaintiff's daughter who has agreed to contact her mother and discuss the dire consequences of failure to timely serve her PFS.

6. In addition, Plaintiff's counsel has mailed multiple letters to client regarding the the dire consequences of failure to timely serve her PFS.

7. Plaintiff's counsel is undertaking further additional measures to contact Plaintiff in order to proceed with her case and need additional time to make contact.

8. The reasons for Plaintiff's inability or failure to respond to counsel are currently unknown. A common scenario in these types of cases is that a well-intended plaintiff is unable to be reached, or unable to complete the PFS, because of extenuating circumstances existing in her life.

WHEREFORE, Plaintiff respectfully requests additional time, up to and including April 19, 2016 to submit her PFS, and for such further relief as the Court deems just.

Respectfully submitted this 18th day of April, 2016.

By: */s/ Les Weisbrod*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:    (214) 987-0005
Fax:              (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Les Weisbrod*
Les Weisbrod