UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO: | |
|---|---|
| *Earlette Douresseau v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* | **MDL No. 2592** |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| **No. 2:16-cv-01408** | MAG. JUDGE: MICHAEL NORTH |

**[proposed] ORDER**

Plaintiff's counsel's request for an extension of time to submit the Plaintiff Fact Sheet ("PFS") is HEREBY GRANTED. The PFS is now due by July 18, 2016.

**SO ORDERED:**


_____        **DATED:**_____