UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAND) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | Master Docket No. 2:14-md-02592 |
| *This document relates to:* | JUDGE ELDON E. FALLON |
| George W. Haney, et al v. Janssen Research & Development LLC, et al *No. 2:16-cv-01308* | |

## JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

AND NOW, Plaintiff herein, and files this Plaintiff's Joint Motion for Withdrawal and Substitution of Counsel, and would respectfully show unto this Court as follows:

Plaintiff requests that attorneys Bruce W. Steckler of STECKLER, LLP of 12720 Hillcrest Road, Suite 1045, Dallas TX 75230, be granted leave to withdraw as counsel of record for Plaintiff.

Plaintiff further requests the substitution of attorneys Laurence S. Berman and Fred S. Longer of LEVIN FISHBEIN SEDRAN & BERMAN of 510 Walnut Street, Suite 500, Philadelphia PA 19106.

Attorneys Laurence S. Berman and Fred S. Longer have conferred with Bruce W. Stecker, who is not opposed to this Motion.

1

WHEREFORE, Plaintiff respectfully requests that Bruce W. Steckler of Steckler, LLP be granted leave to withdraw as counsel of record for Plaintiff. Plaintiff further requests that Attorneys Laurence S. Berman and Fred S. Longer of Levin Fishbein Sedran & Berman be substituted.

Respectfully submitted,

By: s/ Laurence S. Berman
Laurence S. Berman, Esquire
Fred S. Longer, Esquire
Michael M. Weinkowitz
**LEVIN FISHBEIN SEDRAN & BERMAN**
510 Walnut St., Ste 500
Philadelphia, PA 19106
(Tel) 215-592-1500
(Fax) 215-592-4663

By: s/ Bruce W. Steckler
Bruce W. Steckler, Esquire
**STECKLER, LLP**
12720 Hillcrest Road – Suite 1045
Dallas TX 75230
(Tel) 972-387-4040
(Fax) 972-387-4041

Dated: April 19, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2016, the foregoing document was filed and served upon all counsel of record via the Court's ECF system.

/s/ Laurence S. Berman
Laurence S. Berman
