# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAND) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **Master Docket No. 2:14-md-02592** |
| *This document relates to:* | **JUDGE ELDON E. FALLON** |
| George W. Haney, et al v. Janssen Research & Development LLC, et al *No. 2:16-cv-01308* | |

## ORDER

Upon Consideration of the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREY ORDERED** that Bruce W. Steckler of Steckler, LLP is withdrawn as Plaintiff's attorney of record.

**IT IS FURTHER ORDERED** that Laurence S. Berman and Fred S. Longer of Levin Fishbein Sedran & Berman are substituted as Plaintiff's attorneys of record.

**SIGNED** this _____ day of _____, 2016, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**