# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:**
AUTREY, PEGGY        2:15-cv-05064
DOGGET, FANNIE       2:15-cv-01249
JACKSON, RUSSELL     2:15-cv-05638
MAY, TONI            2:15-cv-03803
MANNHALTER, JOYCE    2:15-cv-03148
MCDONALD, MARK       2:15-cv-05669
MCKOY, SHEILA        2:15-cv-01253
MEANS, ETTA          2:15-cv-04568
QUARLES, MAURICE     2:15-cv-05598
STEVENSON, GERALD    2:15-cv-03098

## ORDER

Pursuant to this Court's Order at the Show Cause Hearing held on March 16, 2016, the above-captioned Plaintiffs were given until April 18, 2016, to remedy deficiencies identified by Defendants. The Court will briefly hear argument regarding the status of these cases following the April 20, 2016, status conferencee, and then dismiss with prejudice those cases that failed to comply without good cause. Therefore,

**IT IS FURTHER ORDERED** that counsel wishing to appear for purposes of the pending Orders to Show Cause in the above-captioned cases may appear telephonically by

[2]

dialing in to the monthly status conference set for 8:30 a.m. on April 20, 2016.  Argument will take place after the PSC and Defendants conclude presentation on all scheduled agenda items.  To join the conference as a speaker, please dial (888) 801-1513 and enter host access code 837618.  If connected to an AT&T operator, please explain that you will be appearing telephonically for purposes of the Order to Show Cause, and that Judge Fallon has instructed you to wait on the host line until the Order to Show Cause is called for argument.  **Counsel shall mute their phones until the conclusion of all scheduled agenda items for the monthly status conference.**

New Orleans, Louisiana this 18th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE