UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *Bonnie L. Hall* <br> Civil Action No.: 2:15-cv-02349 | )  MDL No. 2592 <br> ) <br> )  SECTION: L <br> )  JUDGE ELDON E. FALLON <br> )  MAGISTRATE JUDGE NORTH <br> ) <br> ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Darla Dewey on behalf of her deceased mother, Bonnie Hall.

1. Bonnie Hall filed a products liability lawsuit against the defendants on June 25, 2015.

2. On August 24, 2015, Bonnie Hall died.

3. Bonnie Hall's products liability action against defendants survived her death and was not extinguished.

4. Darla Dewey, surviving daughter and representative of Bonnie Hall's estate, is a proper party to substitute for plaintiff-decedent Bonnie Hall and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Darla Dewey requests that this Court grant her request for substitution as plaintiff in this action.

This 19th day of April, 2016.

                    By:    */s/ Les Weisbrod*
                            **LES WEISBROD**
                            Texas Bar No. 21104900
                            **ALEXANDRA V. BOONE**
                            Texas Bar No. 00795259
                            **MILLER WEISBROD LLP**
                            11551 Forest Central Drive, Suite 300
                            Dallas, Texas 75243
                            Telephone:    (214) 987-0005
                            Fax:            (214) 987-2545
                            E-Mail: lweisbrod@millerweisbrod.com

                            **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

                            */s/Les Weisbrod*
                            **LES WEISBROD**