# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: *Bonnie L. Hall* Civil Action No.: 2:15-cv-02349 | ) MAGISTRATE JUDGE NORTH ) ) |

## NOTICE AND SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), the undersigned, who represents Plaintiff Bonnie L. Hall, notes the death during the pendency of this action of Plaintiff Bonnie L. Hall. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Darla Dewey, who is a surviving heir and representative of Plaintiff's estate.

This 19th day of April, 2016.

By:  */s/ Les Weisbrod*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone:  (214) 987-0005
Fax:  (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

*/s/Les Weisbrod*
**LES WEISBROD**

2