UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ THIS DOCUMENT RELATES TO: *Carleton West* Civil Action No.: 2:15-cv-06343 | ) MDL No. 2592 ) ) SECTION: L ) JUDGE ELDON E. FALLON ) MAGISTRATE JUDGE NORTH ) ) |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting John A. West on behalf of his deceased brother, Carleton West.

1. Carleton West filed a products liability lawsuit against the defendants on November 16, 2015.

2. On February 28, 2016, Carleton West died.

3. Carleton West's products liability action against defendants survived his death and was not extinguished.

4. John A. West, surviving brother and representative of Carleton West's estate, is a proper party to substitute for plaintiff-decedent Carleton West and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, John A. West requests that this Court grant his request for substitution as plaintiff in this action.

This 19th day of April, 2016.

                            By:    */s/ Les Weisbrod*
                                    **LES WEISBROD**
                                    Texas Bar No. 21104900
                                    **ALEXANDRA V. BOONE**
                                    Texas Bar No. 00795259
                                    **MILLER WEISBROD LLP**
                                    11551 Forest Central Drive, Suite 300
                                    Dallas, Texas  75243
                                    Telephone:     (214) 987-0005
                                    Fax:              (214) 987-2545
                                    E-Mail:  lweisbrod@millerweisbrod.com

                                    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send electronic notification of such filing to all CM/ECF participants.

                                    */s/Les Weisbrod*
                                    **LES WEISBROD**