UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: : | |
| Blessing; Case #: 2:15-cv-6814 Burlen; Case #: 2:16-cv-375 Eason; Case #: 2:16-cv-376 Eley; Case #: 2:16-cv-378 Haberern; Case #: 2:16-cv-380 Marsh; Case #: 2:16-cv-382 Riecken; Case #: 2:16-cv-384 Sneider; Case #: 2:16-cv-386 Vance; Case #: 2:16-cv-387 : | |

**MOTION FOR LEAVE TO RE-SERVE BAYER PHARMA AG PURSUANT TO PTO 10**

Plaintiffs, by and through undersigned counsel, hereby move this Honorable Court for Leave to Re-Serve Defendant BAYER PHARMA AG Pursuant to PTO 10 and in support state as follows:

1. The Joint Complaint for the above-listed Plaintiffs was filed on December 15, 2015.

2. Plaintiffs effected service on Defendant BAYER PHARMA AG ("BPAG") on February 10, 2016, pursuant to PTO 10.

3. On February 15, 2016, BPAG notified Plaintiffs that the Severance Order had been omitted. BPAG stated that service would be considered corrected if it was post-marked within 10 days without regard to PTO 10. *See* Attachment 1.

4. On February 16, 2016, counsel for Plaintiffs requested that counsel for BPAG accept the Severance Order by email. On February 23, 2016, counsel for BPAG rejected this reasonable proposition. *See* Attachment 2.

5. On February 23, 2016, Plaintiff served BPAG with the documents, including the omitted Severance Order.

6. On February 29, 2016, BPAG notified Plaintiffs that service had been rejected because the documents had been mistakenly sent by certified as opposed to registered mail. *See* Attachment 3.

7. On March 4, 2016, Plaintiffs served BPAG by registered mail.

8. On March 14, 2016, BPAG notified Plaintiffs that the service was rejected as outside the 60-day timeframe set forth in PTO 10. *See* Attachment 4.

9. On March 17, 2016, counsel for Plaintiffs requested that BPAG reconsider its position to avoid the filing of a motion. There was no response to this request. *See* Attachment 5.

10. BPAG is actively participating in this consolidated litigation. On February 4, 2016, a deficiency notice was sent in the Blessing case. On February 10, 2016, a deficiency notice was sent in the Burlen, Marsh, and Riecken cases. On February 18, 2016, a second deficiency notice was sent in the Marsh case. On March 16, 2016, a deficiency notice was sent in the Haberern and Vance cases. On March 28, 2016, the Defendant Fact Sheet in the Eason and Eley cases was served. On April 4, 2016, the Defendant Fact Sheet in the Sneider case was served. *See* Attachment 6.

11. Plaintiffs request that this Court grant leave to re-serve Defendant BPAG pursuant to PTO 10 within 30 days of the entry of the order. Plaintiffs have been attempting to serve BPAG in good faith and have otherwise complied with all other court orders.

12. The granting of this motion will not prejudice either party. There are no pending hearings, the cases are not set for trial, and discovery is well underway with the participation of all parties.

13. Furthermore, this court has previously granted similar requests in other cases, for example: Boyd, Case #: 2:15-cv-3179 [DE 2923] and Noonan; Case #: 2:15-cv-1274 [DE 2924].

**WHEREFORE**, the Plaintiffs respectfully request that this Court **GRANT** their Motion for Leave to Re-Serve BAYER PHARMA AG Pursuant to PTO 10 and provide Plaintiffs 30 days to properly effect service.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: April 19, 2016

                                            FREEDLAND HARWIN VALORI, PL
                                            110 SE 6th Street, Suite 2300
                                            Ft. Lauderdale, FL 33301
                                            Tel:    954-467-6400
                                            Fax:   954-670-2530

                                            __/s/ Aaron Rothenberg_____
                                            RAYMOND VALORI
                                            Fla. Bar #: 33200
                                            Ray@westonlawyers.com
                                            AARON ROTHENBERG
                                            Fla. Bar #: 99634
                                            Aaron@westonlawyers.com