

Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

February 15, 2016

**Via Electronic Mail (Aaron@westonlawyers.com)**

Aaron Rothenberg
Freedland Harwin Valori, PL
110 SE 6th Street, Ste. 2300
Ft. Lauderdale, FL 33301

Re:  Robert Blessing, et al. v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-06814 (E.D. La.)

Dear Mr. Rothenberg:

This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL").  Bayer Pharma AG has received the Joint Complaint, the Short Form Complaints and Summonses in the individually severed cases, the List of Individual Cases and Summons in the above-captioned action by Certified Mail.

The terms of Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 require that the service documents be sent to Bayer Pharma AG by Registered Mail, Return Receipt Requested.

Furthermore, Pre-Trial Order No. 11 ("PTO 11") provides that "Service of the Joint Complaint, together with a copy of the applicable Severance Order and a list of the individual cases and their civil action numbers, shall be sufficient to effectuate service of process for each of the individual cases associated with the Joint Complaint."  Plaintiffs did not include a copy of the Severance Order.

Accordingly, this attempt at service of the Joint Complaint on Bayer Pharma AG is not effective. We are returning the documents to you.

If you wish to serve Bayer Pharma AG with the Joint Complaint through PTO 11, then you must serve the Joint Complaint and Summons together with a copy of the Severance Order and the list of the individual cases with their civil action numbers by Registered Mail, Return Receipt Requested.

PTO 10 requires that plaintiffs make service on Bayer Pharma AG under PTO 10 within 60 days of docketing of the Complaint in the MDL.  Bayer Pharma AG will accept corrected service in this matter without regard to the 60-day period if the corrected service is post-marked within 10 days of the date of this letter.

Sincerely,

Lindy D. Brown

LDB/cfo