| | |
|---|---|
| **From:** | Brown, Lindy |
| **To:** | Aaron Rothenberg |
| **Subject:** | RE: Xarelto: Blessing |
| **Date:** | Tuesday, February 23, 2016 1:55:15 PM |

Aaron-

I cannot accept service of process on behalf of Bayer Pharma AG so you will need to serve pursuant to the provisions of PTO 10 during the time period set out in my letter.  Thanks, Lindy

# BRADLEY ARANT
# BOULT CUMMINGS LLP

### Lindy D. Brown
*Attorney*

**Phone**   601.592.9905
**Fax**   601.948.3000
**Email**   lbrown@babc.com
**Website**   www.babc.com

### One Jackson Place
188 E. Capitol Street, Suite 400
Jackson, MS 39201

**From:** Aaron Rothenberg [mailto:Aaron@westonlawyers.com]
**Sent:** Tuesday, February 16, 2016 12:48 PM
**To:** Brown, Lindy <lbrown@babc.com>
**Subject:** RE: Xarelto: Blessing

Lindy:

Thank you for your prompt letter. Would Bayer Pharma AG be amenable to accepting the Severance Order by email to you or to Eva Gardyan-Eisenlohr? This would obviate the need to send one document via Registered Mail to Germany, as it appears that service was otherwise correct.

Please advise,



Concentrating in medical malpractice, personal injury, product liability and pharmaceutical law for clients nationwide

**Aaron Rothenberg**
Associate Attorney
Freedland Harwin Valori, PL
Office: (954) 467-6400
Fax: (954) 670-2530
aaron@westonlawyers.com
www.westonlawyers.com

Fort Lauderdale office:
110 S.E. 6th Street, Suite 2300
Fort Lauderdale, FL  33301

Available to meet in our Weston Office:
2400 N. Commerce Parkway, Suite 109
Weston,FL 33326



**From:** Brown, Lindy [mailto:lbrown@babc.com]
**Sent:** Monday, February 15, 2016 5:25 PM
**To:** Aaron Rothenberg
**Subject:** Xarelto: Blessing

Please see attached.

# BRADLEY ARANT
# BOULT CUMMINGS LLP

### Lindy D. Brown
*Attorney*

| | |
|---|---|
| **Phone** | 601.592.9905 |
| **Fax** | 601.948.3000 |
| **Email** | lbrown@babc.com |
| **Website** | www.babc.com |

### One Jackson Place
188 E. Capitol Street, Suite 400
Jackson, MS 39201

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.