

**BRADLEY ARANT
BOULT CUMMINGS**
LLP

Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

February 29, 2016

**Via Electronic Mail (Aaron@westonlawyers.com)**

Aaron Rothenberg
Freedland Harwin Valori, PL
110 SE 6th Street, Ste. 2300
Ft. Lauderdale, FL 33301

Re: Robert Blessing, et al. v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-06814 (E.D. La.)

Dear Mr. Rothenberg:

This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG has received the Complaint in the above-captioned action by Certified Mail.

By letter dated February 15, 2015 in reference to the above-captioned action, I noted that "[t]he terms of Pre-Trial Order No. 11 ("PTO 11") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 require that the service documents be sent to Bayer Pharma AG by Registered Mail, Return Receipt Requested." In the letter, I stated that "[i]f you wish to serve Bayer Pharma AG with the Joint Complaint through PTO 11, then you must serve the Joint Complaint and Summons together with a copy of the Severance Order and the list of the individual cases with their civil action numbers by Registered Mail, Return Receipt Requested." Because the service documents were not sent by Registered Mail, Return Receipt Requested, Bayer Pharma AG rejects the service in this case. We are returning the documents to you.

Sincerely,

Lindy D Bm

Lindy D. Brown

LDB/cfo