

Lindy D. Brown
*Attorney*
Direct: (601) 592-9905
Fax: (601) 592-1405
lbrown@babc.com

March 14, 2016

**Via Electronic Mail (Aaron@westonlawyers.com)**

Aaron Rothenberg
Freedland Harwin Valori, PL
110 SE 6th Street, Ste. 2300
Ft. Lauderdale, FL 33301

Re:   Robert Blessing, et al. v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-06814 (E.D. La.) and 8 Severed Plaintiffs

Dear Mr. Rothenberg:

    This firm, with others, represents Bayer Pharma AG in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Pharma AG received the *Robert Blessing* Joint Complaint, the severance order, a list of individual cases, summonses and short form complaints for the eight severed plaintiffs, and a Summons in the *Robert Blessing* case by Registered Mail in a third attempt at service in the above-captioned action.

    Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, and on Bayer HealthCare Pharmaceuticals Inc. ("BHCP") by Certified Mail under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG or BHCP shall have 60 days to serve the Complaint with a Summons. For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order. Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL."

    In my letter dated February 15, 2016, I noted that "PTO 10 requires that plaintiffs make service on Bayer Pharma AG under PTO 10 within 60 days of docketing of the Complaint in the MDL" but stated that "Bayer Pharma AG [would] accept corrected service in this matter without regard to the 60-day period if the corrected service [was] post-marked within 10 days of the date of this letter."

    Because Plaintiff attempted service on Bayer Pharma AG by Registered Mail through the streamlined service process more than 60 days after the Complaint was docketed in the MDL and more than 10 days after my letter dated February 15, 2016, service is improper. We are returning the documents to you.

Sincerely,

*Lindy DBr*

Lindy D. Brown

LDB/cfo