

Michael S. Freedland, Esquire
Michael@WestonLawyers.com

Daniel Harwin, Esquire
Daniel@WestonLawyers.com

Raymond Valori, Esquire
Ray@WestonLawyers.com

Jorge P. Gutierrez Jr., Esquire
Board Certified
Civil Trial Lawyer
Jorge@WestonLawyers.com

Aaron D. Rothenberg, Esquire
Aaron@WestonLawyers.com

Cameron Barnard, Esquire
Cameron@WestonLawyers.com

March 17, 2016

Lindy D. Brown
Bradley Arant Coult Cummings, LLP
188 E Capitol Street, Ste. 400
Jackson, MS 39201

**RE:   Blessing, et al. v. Bayer Pharma AG, et al.; Case #: 2:15-cv-06814**

Dear Ms. Brown:

We have been attempted to serve Bayer Pharma AG pursuant to PTO 10 in the above captioned matter on several occasions. Unfortunately, due to alleged various defects in service (e.g. certified vs registered mail), Bayer Pharma AG has rejected service each time. The 60 day period under PTO 10 has now elapsed.

We request that Bayer Pharma AG extend the time limit to effect service for the above captioned matter only or simply waive service of the attached complaint. The Court has afforded extensions to Plaintiffs in this regard and it seems logical to resolve this issue by agreement.

Please advise accordingly.

Sincerely,

_____
AARON ROTHENBERG