| **From:** | MDL Centrality Administrator |
|---|---|
| **To:** | Aaron Rothenberg |
| **Subject:** | New Deficiency Notice: Core Deficiency – MDL 2592 |
| **Date:** | Thursday, February 04, 2016 3:02:32 PM |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. Defendants have reviewed the Plaintiff Fact Sheet (PFS) for the plaintiff listed below for substantial completeness pursuant to PTOs 13 and 14 and have determined that the PFS contains the core deficiencies listed below, rendering the PFS not substantially complete. Therefore, no Defendant Fact Sheet will be due until 60 days after a substantially complete PFS has been submitted via MDL Centrality. This Notice focuses on core deficiencies in Section 1 of the PFS and does not address all potential deficiencies.

|    | **Plaintiff ID** | **Name** | **Law Firm** | **Date Filed** |
|---|---|---|---|---|
| 1. | 6906 | BLESSING, ROBERT | Freedland Harwin Valori, PL | 2/4/2016 |

|    | **PFS Section #** | **PFS Question** | **Deficiency** |
|---|---|---|---|
| 1. | I. A. | I. A. Docket No. | Failure to respond |

As required by PTO 13, please cure these deficiencies within twenty (20) days of this Notice by submitting a verified, amended PFS and/or the appropriate documents and authorizations. Upon receipt and review of a substantially complete PFS, Defendants will provide Notice of any Other/Non-Core Deficiencies. If you have questions regarding this notice, those inquiries should be directed to XareltoMDL2592-PFSInquiries@babc.com. This Notice does not constitute a waiver of Defendants? right to identify additional deficiencies.

Click here to access MDL Centrality and use the View Deficiency Notice button to view a pdf copy of this Deficiency Notice.

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

| **From:** | MDL Centrality Administrator |
|---|---|
| **To:** | Aaron Rothenberg |
| **Subject:** | New Deficiency Notice: Core Deficiency – MDL 2592 |
| **Date:** | Wednesday, February 10, 2016 4:25:07 PM |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. Defendants have reviewed the Plaintiff Fact Sheet (PFS) for the plaintiff listed below for substantial completeness pursuant to PTOs 13 and 14 and have determined that the PFS contains the core deficiencies listed below, rendering the PFS not substantially complete. Therefore, no Defendant Fact Sheet will be due until 60 days after a substantially complete PFS has been submitted via MDL Centrality. This Notice focuses on core deficiencies in Section 1 of the PFS and does not address all potential deficiencies.

|    | **Plaintiff ID** | **Name** | **Law Firm** | **Date Filed** |
|---|---|---|---|---|
| 1. | 6907 | BURLEN, RAYMOND | Freedland Harwin Valori, PL | 2/10/2016 |

|    | **PFS Section #** | **PFS Question** | **Deficiency** |
|---|---|---|---|
| 1. | I. D1. | I. D1. Name of Diagnosing Physician | Failure to respond |
| 2. | I. D1. | I. D1. Address of Diagnosing Physician | Failure to respond |
| 3. | I. D1. | I. D1. Name of Diagnosing Physician | Failure to respond |
| 4. | I. D1. | I. D1. Address of Diagnosing Physician | Failure to respond |

As required by PTO 13, please cure these deficiencies within twenty (20) days of this Notice by submitting a verified, amended PFS and/or the appropriate documents and authorizations. Upon receipt and review of a substantially complete PFS, Defendants will provide Notice of any Other/Non-Core Deficiencies. If you have questions regarding this notice, those inquiries should be directed to XareltoMDL2592-PFSInquiries@babc.com. This Notice does not constitute a waiver of Defendants? right to identify additional deficiencies.

Click here to access MDL Centrality and use the View Deficiency Notice button to view a pdf copy of this Deficiency Notice.

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

| **From:** | MDL Centrality Administrator |
|---|---|
| **To:** | Aaron Rothenberg |
| **Subject:** | New Deficiency Notice: Core Deficiency – MDL 2592 |
| **Date:** | Wednesday, February 10, 2016 4:40:34 PM |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. Defendants have reviewed the Plaintiff Fact Sheet (PFS) for the plaintiff listed below for substantial completeness pursuant to PTOs 13 and 14 and have determined that the PFS contains the core deficiencies listed below, rendering the PFS not substantially complete. Therefore, no Defendant Fact Sheet will be due until 60 days after a substantially complete PFS has been submitted via MDL Centrality. This Notice focuses on core deficiencies in Section 1 of the PFS and does not address all potential deficiencies.

|    | **Plaintiff ID** | **Name** | **Law Firm** | **Date Filed** |
|---|---|---|---|---|
| 1. | 6913 | MARSH, RICHARD | Freedland Harwin Valori, PL | 2/10/2016 |

|    | **PFS Section #** | **PFS Question** | **Deficiency** |
|---|---|---|---|
| 1. | IX | I. D2. HIPAA Authorization | Failure to provide first and last name of patient |
| 2. | I. D1. | I. D1. Name of Diagnosing Physician | Failure to respond |
| 3. | I. D1. | I. D1. Address of Diagnosing Physician | Failure to respond |

As required by PTO 13, please cure these deficiencies within twenty (20) days of this Notice by submitting a verified, amended PFS and/or the appropriate documents and authorizations. Upon receipt and review of a substantially complete PFS, Defendants will provide Notice of any Other/Non-Core Deficiencies. If you have questions regarding this notice, those inquiries should be directed to XareltoMDL2592-PFSInquiries@babc.com. This Notice does not constitute a waiver of Defendants? right to identify additional deficiencies.

Click here to access MDL Centrality and use the View Deficiency Notice button to view a pdf copy of this Deficiency Notice.

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

| **From:** | MDL Centrality Administrator |
|---|---|
| **To:** | Aaron Rothenberg |
| **Subject:** | New Deficiency Notice: Core Deficiency – MDL 2592 |
| **Date:** | Wednesday, February 10, 2016 8:26:22 PM |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. Defendants have reviewed the Plaintiff Fact Sheet (PFS) for the plaintiff listed below for substantial completeness pursuant to PTOs 13 and 14 and have determined that the PFS contains the core deficiencies listed below, rendering the PFS not substantially complete. Therefore, no Defendant Fact Sheet will be due until 60 days after a substantially complete PFS has been submitted via MDL Centrality. This Notice focuses on core deficiencies in Section 1 of the PFS and does not address all potential deficiencies.

|  | **Plaintiff ID** | **Name** | **Law Firm** | **Date Filed** |
|---|---|---|---|---|
| 1. | 6914 | RIECKEN, GEORGE | Freedland Harwin Valori, PL | 2/10/2016 |

|  | **PFS Section #** | **PFS Question** | **Deficiency** |
|---|---|---|---|
| 1. | I. B. | I. B. Xarelto User Address | Failure to provide response containing city and state |

As required by PTO 13, please cure these deficiencies within twenty (20) days of this Notice by submitting a verified, amended PFS and/or the appropriate documents and authorizations. Upon receipt and review of a substantially complete PFS, Defendants will provide Notice of any Other/Non-Core Deficiencies. If you have questions regarding this notice, those inquiries should be directed to XareltoMDL2592-PFSInquiries@babc.com. This Notice does not constitute a waiver of Defendants? right to identify additional deficiencies.

Click here to access MDL Centrality and use the View Deficiency Notice button to view a pdf copy of this Deficiency Notice.

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

| **From:** | MDL Centrality Administrator |
|---|---|
| **To:** | Aaron Rothenberg |
| **Subject:** | New Deficiency Notice: Core Deficiency (Amended PFS) – MDL 2592 |
| **Date:** | Thursday, February 18, 2016 11:18:19 AM |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. Defendants have reviewed the above submitted Amended Plaintiff Fact Sheet (PFS) for substantial completeness pursuant to PTOs 13 and 14 and have determined that the Amended PFS contains the core deficiencies listed below, rendering the Amended PFS not substantially complete. Therefore, no Defendant Fact Sheet will be due until 60 days after a substantially complete PFS has been submitted via MDL Centrality. This Notice focuses on core deficiencies in Section 1 of the Amended PFS and does not address all potential deficiencies.

|    | **Plaintiff ID** | **Name** | **Law Firm** | **Date of Deficiency Notice** |
|---|---|---|---|---|
| 1. | 6913 | MARSH, RICHARD | Freedland Harwin Valori, PL | 2/18/2016 |

|    | **PFS Section #** | **PFS Question** | **Deficiency** |
|---|---|---|---|
| 1. | X | I. D2. Declaration | Failure to provide new Declaration for Amended Plaintiff Fact Sheet submission |

As required by PTO 13, please cure these deficiencies within twenty (20) days of this Notice by submitting a verified, amended PFS and/or the appropriate documents and authorizations. Upon receipt and review of a substantially complete PFS, Defendants will provide Notice of any Other/Non-Core Deficiencies. If you have questions regarding this notice, those inquiries should be directed to: XareltoMDL2592-PFSInquiries@babc.com. This Notice does not constitute a waiver of Defendants? right to identify additional deficiencies.

Click here to access MDL Centrality and use the View Deficiency Notice button to view a pdf copy of this Deficiency Notice.

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

| **From:** | MDL Centrality Administrator |
|---|---|
| **To:** | Aaron Rothenberg |
| **Subject:** | New Deficiency Notice: Core Deficiency – MDL 2592 |
| **Date:** | Wednesday, March 16, 2016 4:38:44 PM |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. Defendants have reviewed the Plaintiff Fact Sheet (PFS) for the plaintiff listed below for substantial completeness pursuant to PTOs 13 and 14 and have determined that the PFS contains the core deficiencies listed below, rendering the PFS not substantially complete. Therefore, no Defendant Fact Sheet will be due until 60 days after a substantially complete PFS has been submitted via MDL Centrality. This Notice focuses on core deficiencies in Section 1 of the PFS and does not address all potential deficiencies.

|    | **Plaintiff ID** | **Name** | **Law Firm** | **Date Filed** |
|---|---|---|---|---|
| 1. | 6912 | HABERERN, MARTIN | Freedland Harwin Valori, PL | 3/16/2016 |

|    | **PFS Section #** | **PFS Question** | **Deficiency** |
|---|---|---|---|
| 1. | I. D1. | I. D1. Name of Diagnosing Physician | Failure to respond |
| 2. | I. D1. | I. D1. Name of Diagnosing Physician | Failure to respond |
| 3. | I. D1. | I. D1. Address of Diagnosing Physician | Failure to respond |
| 4. | I. D1. | I. D1. Address of Diagnosing Physician | Failure to respond |

As required by PTO 13, please cure these deficiencies within twenty (20) days of this Notice by submitting a verified, amended PFS and/or the appropriate documents and authorizations. Upon receipt and review of a substantially complete PFS, Defendants will provide Notice of any Other/Non-Core Deficiencies. If you have questions regarding this notice, those inquiries should be directed to XareltoMDL2592-PFSInquiries@babc.com. This Notice does not constitute a waiver of Defendants? right to identify additional deficiencies.

Click here to access MDL Centrality and use the View Deficiency Notice button to view a pdf copy of this Deficiency Notice.

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

| **From:** | MDL Centrality Administrator |
|---|---|
| **To:** | Aaron Rothenberg |
| **Subject:** | New Deficiency Notice: Core Deficiency – MDL 2592 |
| **Date:** | Wednesday, March 16, 2016 4:45:30 PM |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. Defendants have reviewed the Plaintiff Fact Sheet (PFS) for the plaintiff listed below for substantial completeness pursuant to PTOs 13 and 14 and have determined that the PFS contains the core deficiencies listed below, rendering the PFS not substantially complete. Therefore, no Defendant Fact Sheet will be due until 60 days after a substantially complete PFS has been submitted via MDL Centrality. This Notice focuses on core deficiencies in Section 1 of the PFS and does not address all potential deficiencies.

|   | **Plaintiff ID** | **Name** | **Law Firm** | **Date Filed** |
|---|---|---|---|---|
| 1. | 6916 | VANCE, LESLIE | Freedland Harwin Valori, PL | 3/16/2016 |

|   | **PFS Section #** | **PFS Question** | **Deficiency** |
|---|---|---|---|
| 1. | I. D1. | I. D1. Name of Diagnosing Physician | Failure to respond |
| 2. | I. D1. | I. D1. Address of Diagnosing Physician | Failure to respond |
| 3. | I. C1. | I. C1. Address of Pharmac(ies) | Prescription 1 - Failure to respond |

As required by PTO 13, please cure these deficiencies within twenty (20) days of this Notice by submitting a verified, amended PFS and/or the appropriate documents and authorizations. Upon receipt and review of a substantially complete PFS, Defendants will provide Notice of any Other/Non-Core Deficiencies. If you have questions regarding this notice, those inquiries should be directed to XareltoMDL2592-PFSInquiries@babc.com. This Notice does not constitute a waiver of Defendants? right to identify additional deficiencies.

Click here to access MDL Centrality and use the View Deficiency Notice button to view a pdf copy of this Deficiency Notice.

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

| **From:** | MDL Centrality Administrator |
|---|---|
| **To:** | Aaron Rothenberg |
| **Subject:** | New Defendant Fact Sheet – MDL 2592 |
| **Date:** | Monday, March 28, 2016 12:09:48 PM |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. You are receiving this message because a new Defendant Fact Sheet has been submitted for the plaintiff listed below. A PDF of the Defendant Fact Sheet is located in the Documents section of each plaintiff listed below. Click here to access MDL Centrality and view the Defendant Fact Sheet.

|    | **Plaintiff ID** | **Name** | **Defendant Name** | **Date Filed** |
|----|------------------|----------|--------------------|----------------|
| 1. | 6910 | EASON, TOM | Bayer | 3/28/2016 |

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

| **From:** | MDL Centrality Administrator |
|---|---|
| **To:** | Aaron Rothenberg |
| **Subject:** | New Defendant Fact Sheet – MDL 2592 |
| **Date:** | Monday, March 28, 2016 1:01:50 PM |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. You are receiving this message because a new Defendant Fact Sheet has been submitted for the plaintiff listed below. A PDF of the Defendant Fact Sheet is located in the Documents section of each plaintiff listed below. Click here to access MDL Centrality and view the Defendant Fact Sheet.

|    | **Plaintiff ID** | **Name** | **Defendant Name** | **Date Filed** |
|---|---|---|---|---|
| 1. | 6911 | ELEY, JAMES | Bayer | 3/28/2016 |

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

| **From:** | MDL Centrality Administrator |
|---|---|
| **To:** | Aaron Rothenberg |
| **Subject:** | New Defendant Fact Sheet – MDL 2592 |
| **Date:** | Monday, April 04, 2016 10:54:15 AM |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. You are receiving this message because a new Defendant Fact Sheet has been submitted for the plaintiff listed below. A PDF of the Defendant Fact Sheet is located in the Documents section of each plaintiff listed below. Click here to access MDL Centrality and view the Defendant Fact Sheet.

|    | **Plaintiff ID** | **Name** | **Defendant Name** | **Date Filed** |
|---|---|---|---|---|
| 1. | 6915 | SNEIDER, RICHARD | Bayer | 4/4/2016 |

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*