**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** **PRODUCTS LIABILITY LITIGATION** : | **MDL No. 2592** |
| : | **SECTION L** |
| : | **JUDGE ELDON E. FALLON** |
| : | **MAGISTRATE JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** : | |
| : | |
| Blessing; Case #: 2:15-cv-6814 | |
| Burlen; Case #: 2:16-cv-375 : | |
| Eason; Case #: 2:16-cv-376 | |
| Eley; Case #: 2:16-cv-378 | |
| Haberern; Case #: 2:16-cv-380 | |
| Marsh; Case #: 2:16-cv-382 | |
| Riecken; Case #: 2:16-cv-384 | |
| Sneider; Case #: 2:16-cv-386 | |
| Vance; Case #: 2:16-cv-387 | |

## ORDER ON MOTION FOR LEAVE TO RE-SERVE
## BAYER PHARMA AG PURSUANT TO PTO 10

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's

Motion for Leave to Re-Serve Bayer Pharma AG Pursuant to PTO 10, and the Court, being fully

advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED.

2. Plaintiff shall have 30 days from the entry of this Order to effect service on Bayer

   Pharma AG.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of

Louisiana, on _____.


                                                    _____
Cc: All counsel of record                           JUDGE ELDON E. FALLON