UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Brutus v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:16-cv-109

### EX PARTE MOTION FOR LEAVE TO CORRECT PLAINTIFF'S FIRST NAME AND PLAINTIFF-SPECIFIC ALLEGATION

COMES NOW Plaintiff, Sinclair Brutus, through undersigned counsel, and respectfully moves the Court for leave to correct Plaintiff Sinclair Brutus' first name and certain plaintiff-specific allegations in this matter as set forth below.

Plaintiff seeks to amend paragraph 5, as well as the caption of the Joint Complaint (filed as *Vaughn, et al. v. Janssen Research & Development, LLC, et al.* -- 2:15-cv-7167), to reflect that Plaintiff's first name is Sinclair. Likewise, Plaintiff seeks to amend paragraphs 2 and 4, as well as the caption of his individual Short Form Complaint (2:16-cv-109), to reflect that Plaintiff's first name is Sinclair. Due to a clerical error, Mr. Brutus' first name was incorrectly stated as Djemimar.

Additionally, Plaintiff respectfully moves this Court to correct certain plaintiff-specific allegations. Specifically, in paragraph 5 of the Joint Complaint, Plaintiff alleged "Said Plaintiff resided in Philadelphia in the state of Pennsylvania." Plaintiff seeks to amend this sentence in paragraph 5 to instead state: "Said Plaintiff is a citizen of a foreign country and he ingested

1

Xarelto and suffered injuries alleged herein while he was in Philadelphia in the state of Pennsylvania."

Additionally, in paragraph 3 of his Short Form Complaint, Plaintiff alleged "Individual Plaintiff herein resides in Philadelphia, PA and his mailing address is 1824 Danforth Street, Philadelphia, PA 19152." Plaintiff seeks to amend this sentence in paragraph 3 to instead state: "Individual Plaintiff herein is a citizen of a foreign country and he ingested Xarelto and suffered injuries alleged herein while he was visiting family members who reside at 1824 Danforth Street, Philadelphia, PA 19152."

Likewise, in paragraph 4 of his Short Form Complaint, Plaintiff alleged "The Xarelto User, who is the same person as Individual Plaintiff DJEMIMAR BRUTUS, resides in Philadelphia, PA and his mailing address is 1824 Danforth Street, Philadelphia, PA 19152." Plaintiff seeks to amend this sentence in paragraph 4 to instead state: "The Xarelto User, who is the same person as Individual Plaintiff SINCLAIR BRUTUS, is a citizen of a foreign country and he ingested Xarelto and suffered injuries alleged herein while he was visiting family members who reside at 1824 Danforth Street, Philadelphia, PA 19152."

WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves the Court for leave to correct his first name and the plaintiff-specific allegations in the aforementioned pleadings.

Dated: April 20, 2016                           Respectfully submitted,

                                               **THE DRISCOLL FIRM, P.C.**

                            BY:     /s/ John J. Driscoll
                                      JOHN J. DRISCOLL (IL6276464)
                                      CHRISTOPHER J. QUINN (IL6310758)
                                      ANDREW D. KINGHORN (IL6320925)
                                      THE DRISCOLL FIRM, P.C.
                                      211 North Broadway, Suite 4050
                                      St. Louis, Missouri 63012
                                      Telephone No. (314) 932-3232
                                      Fax No. (314) 932-3233
                                      *Counsel for Plaintiffs*

### Certificate of Service

    I hereby certify that on April 20, 2016, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                     /s/ John J. Driscoll