## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

JURY TRIAL DEMANDED

SINCLAIR BRUTUS
Civil Action No. 2:16-cv-109

### FIRST AMENDED SHORT FORM COMPLAINT

1.    Plaintiff incorporates by reference the Plaintiffs' Joint Complaint filed in *In Re: Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2.    Individual Plaintiff, SINCLAIR BRUTUS, is identified more fully in Paragraph five (5) of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3.    Individual Plaintiff herein is a citizen of a foreign country and he ingested Xarelto and suffered injuries alleged herein while he was visiting family members who reside at 1824 Danforth Street, Philadelphia, PA 19152.

4.    The Xarelto User, who is the same person as Individual Plaintiff SINCLAIR BRUTUS, is a citizen of a foreign country and he ingested Xarelto and suffered injuries alleged herein while he was visiting family members who reside at 1824 Danforth Street, Philadelphia, PA 19152.

5.      Attached as Attachment 1 is the Severance Order issued by the Court for the Individual

Plaintiff.

6.      Attached as Attachment 2 is the list of individual case captions for all plaintiffs named in

the Joint Complaint.


Respectfully submitted,


Dated:          April 20, 2016                    __/s/ John J. Driscoll_____
                                                  *Attorney for Plaintiff*
                                                  JOHN J. DRISCOLL (IL 6276464)
                                                  CHRISTOPHER J. QUINN (IL 6310758)
                                                  ANDREW D. KINGHORN (IL 6320925)
                                                  THE DRISCOLL FIRM, P.C.
                                                  211 North Broadway, Suite 4050
                                                  St. Louis, Missouri 63012
                                                  Telephone No. (314) 932-3232
                                                  Fax No. (314) 932-3233