UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
2:16-cv-01771

ORDER FOR MOTION TO AMEND JOINT COMPLAINT

This matter coming before the Court upon a motion to amend joint complaint filed on March 2, 2016 by Attorney Matthew R. McCarley;

IT IS ORDERED:

The motion to amend is granted and the case caption of the Joint Complaint is to be amended as follows:

Plaintiffs,

JOHN ALLEN AND SARAH ALLEN, LADY BIRD AND BILLY BIRD, JENNIFER BLACKBURN, INDIVIDUALLY AND OBO RICHARD BLACKBURN, ALFRED BOWEN, MARGIE CHELLEW, FRANK CLARK, PATRICIA CLOYD AND JAMES PALMER, EMILIA DOMINGUEZ, DELMAR EDMISSON AND JOSEPHINE EDMISSON, TAMARA FRANKLIN, JULIO GARCIA AND SOFIA GARCIA, JOHN GOST, PEDRO GUERRO, TERRI PLATO OBO REVA GULEMBO, ALMA PEREZ AND ERNESTO PEREZ, APRIL POZO, MARIO RAMOS AND MARIA RAMOS, WILLIAM REEVES AND SHELIA REEVES, MARIO RINCON AND BLANCHETT RINCON, ROBERT ROBERTS, CONSTANCE RUSSELL, CHARLES SIMMONS, LARRY STANFIELD AND DONNA STANFIELD, DAIRREL STAYTON, WILLIAM SUMMERS AND BARBARA SUMMERS, MIMI TAYLOR, RUSSELL TERBEEK AND LINDA TERBEEK, KATHERINE WINKELMAN, INDIVIDUALLY AND OBO KARL WINKELMAN, JUDY WRIGHT AND CHARLIE WRIGHT, AND BRANDY YOUNG

ENTERED: April 19th 2016

_____
Eldon E. Fallon
United States District Judge
Eastern District of Louisiana