**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENT RELATES TO:** | **MDL NO. 2592** |
|---|---|
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

Sharnetta Bennett, et al., v. Janssen Research & Development, LLC, et al., 2:16-cv-00059
Alfonzio Hunter v. Janssen Research & Development, LLC, et al., 2:16-cv-00391
Urbano Salmon v. Janssen Research & Development, LLC, et al., 2:16-cv-00392
Robert Singleton v. Janssen Research & Development, LLC, et al., 2:16-cv-00393
Robbie Stanley v. Janssen Research & Development, LLC, et al., 2:16-cv-00394
Derrick Staples, et al., v. Janssen Research & Development, LLC, et al., 2:16-cv-00395
Michael Woods v. Janssen Research & Development, LLC, et al., 2:16-cv-00396

**PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME
SERVE PROCESS TO DEFENDANT BAYER PHARMA AG**

COME NOW Plaintiffs, by and through their undersigned counsel, and hereby submit this Reply responding to Defendant Bayer Pharma AG's Response to Motion for Extension of Time within which to Serve Process:

The Plaintiffs reiterate their previous arguments made in their Memorandum in Support of Plaintiffs' Motion for Extension of Time within which to Serve Process on Bayer Pharma AG. To summarize, Plaintiffs have shown their intention of pursuing their claims and have demonstrated

such to Defendant Bayer Pharma AG. It was purely through inadvertent error that Plaintiffs failed to serve timely pursuant to PTO No. 10. The Plaintiffs were not acting in bad faith, but rather, they were acting in good faith when they served the original Complaints. No actual prejudice has or will occur to Defendant Bayer Pharma AG if the Court grants the relief sought herein.

In sum, Plaintiffs respectfully request this Honorable Court declare prior service on Defendant Bayer Pharma AG to be effective, or alternatively, to grant thirty (30) days within which to provide service of process on Defendant Bayer Pharma AG through the streamlined process pursuant to PTO No. 10. Plaintiffs have shown that no party herein will be prejudiced by the extension.

Dated: April 20, 2016                                    Respectfully Submitted,

/s/ W. Todd Harvey
W. Todd Harvey
Camille L. Edwards
Burke Harvey, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35243
Telephone:   (205) 930-9091
Facsimile:    (205) 930-9054
Email: tharvey@burkeharvey.com
            cedwards@burkeharvey.com

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME SERVE PROCESS TO DEFENDANT BAYER PHARMA AG has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated this 20th day of April, 2016.

/s/ W. Todd Harvey
W. Todd Harvey