UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Mike Scolaro, Individually, and as
Representative of the Estate of Dominic
Scolaro, Deceased
Civil Action No.: 2:15-cv-01248-EEF-MBN

**PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT BAYER HEALTHCARE, LLC**

COMES NOW, Plaintiff Mike Scolaro, Individually, and as Representative of the Estate of Dominic Scolaro, Deceased, by and through his counsel of record, hereby files this Motion to Withdraw Motion for Voluntary Dismissal solely against Bayer Healthcare, LLC without prejudice, which was filed with this Honorable Court on February 2, 2016 and entered on the docket as Document 2066.

Dated this 20th day of April, 2016.   Respectfully submitted,

/s/ *Ryan L. Thompson*
**WATTS GUERRA LLP**
**Ryan L. Thompson**
*Attorney in Charge*
Texas State Bar No. 24046969
5726 W. Hausman, Suite 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: rlt-bulk@wattsguerra.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 20, 2016, I electronically filed the foregoing Motion for Voluntary Dismissal Without Prejudice as to Defendant Bayer Healthcare, LLC with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                    */s/ Ryan L. Thompson*
                                                    Ryan L. Thompson