UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

Mike Scolaro, Individually, and as
Representative of the Estate of Dominic
Scolaro, Deceased
Civil Action No.: 2:15-cv-01248-EEF-MBN

## ORDER

THIS MATTER, having come before the Court on Plaintiff Mike Scolaro, Individually, and as Representative of the Estate of Dominic Scolaro, Deceased's Motion to Withdraw the Motion to Voluntary Dismiss without Prejudice solely against Bayer Healthcare, LLC, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERD that Plaintiff Mike Scolaro, Individually, and as Representative of the Estate of Dominic Scolaro, Deceased's Motion to Withdraw Motion to Voluntary Dismiss without Prejudice solely against Bayer Healthcare, LLC is GRANTED, and Plaintiff's previously filed motion (Document 2066) is hereby withdrawn.

Signed, this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge