UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

PRETRIAL ORDER NO. 26
(Bellwether Deposition Protocol )

1.    **Scheduling**.  Andy Birchfield of the PSC will handle scheduling for

plaintiffs.   When a critical mass of relevant medical records are collected for a particular

case, Defense counsel will notify Andy Birchfield and identify the prescriber and treater

that defendants want to depose.  In response, Andy Birchfield will provide dates for

plaintiff, prescriber and treater with no less than two week notice.

2.    **Who gets deposed**.  Within 1 week of receiving Defendants' identification

of the prescriber and treater they want to depose in each case, Andy Birchfield will notify

defendants if there is any disagreement.   Andy Birchfield, Susan Sharko (Janssen) and

Andrew Solow (Bayer) will attempt to resolve these disputes or will seek Court assistance,

as necessary.

3.    **Location of Depositions**.  The witnesses will be deposed in the federal

district where they live.

4.    **Order of Depositions**.  The order of deposition shall be plaintiff, prescriber

and treater, with the detail representative going before or after the treater, as scheduling

permits

00342462

5.      **Time of Depositions**. Seven hours for defense for the plaintiff deposition.

For prescribing doctor and treating doctor depositions, the time split will be 50-50

provided that plaintiff's counsel has not met with the doctor. If the plaintiff's counsel has

met with the doctor, then defense counsel will be allocated 60% of the deposition time for

that doctor's deposition.  For detail representative depositions, six hours will be allotted for

plaintiff's counsel and one hour for defense counsel.

6.      **Order of Questioning**.  For detail representatives, plaintiffs first.  For

prescribers and treaters, as set forth on table below:

| Pick | Xarelto User | Prescriber | Treater |
|------|-------------|------------|---------|
| Random Pick | Atwood, Donnie | Defense First | Plaintiff First |
| Random Pick | Bloch, Carmelita | Plaintiff First | Defense First |
| Random Pick | Cooper, Daisy | Defense First | Plaintiff First |
| Random Pick | Ervin, Joseph W. | Plaintiff First | Defense First |
| Random Pick | Fishman, Helen | Defense First | Plaintiff First |
| Random Pick | Gray, Lawrence | Plaintiff First | Defense First |
| Random Pick | Hall, Sigrid | Defense First | Plaintiff First |
| Random Pick | Hershberger, Lowell | Plaintiff First | Defense First |
| Random Pick | Ibanez, Harriet | Defense First | Plaintiff First |
| Random Pick | Louviere, Herbert J., Jr. | Plaintiff First | Defense First |
| Random Pick | Mascaro, Frances | Defense First | Plaintiff First |
| Random Pick | McDaniel, Frances | Plaintiff First | Defense First |
| Random Pick | McKee, Mary | Defense First | Plaintiff First |
| Random Pick | Mitchell, Rawleigh | Plaintiff First | Defense First |
| Random Pick | North, David | Defense First | Plaintiff First |
| Random Pick | O'Fallon, JoAnn | Plaintiff First | Defense First |
| Random Pick | Smith, Gwendolyn | Defense First | Plaintiff First |
| Random Pick | Stokes, Mary | Plaintiff First | Defense First |
| Random Pick | Voss, Marilyn | Defense First | Plaintiff First |
| Random Pick | Williams, Sidney A., Jr | Plaintiff First | Defense First |
| Defense Pick | Bass, David | Defense First | Plaintiff First |
| Defense Pick | Braswell, Christopher | Plaintiff First | Defense First |
| Defense Pick | Brien, James J., Sr. | Defense First | Plaintiff First |

00342462

| | | | |
|---|---|---|---|
| Defense Pick | Dixon, Winston D. | Plaintiff First | Defense First |
| Defense Pick | Dombroski, Anthony | Defense First | Plaintiff First |
| Defense Pick | Heckler, James | Plaintiff First | Defense First |
| Defense Pick | Henry, William | Defense First | Plaintiff First |
| Defense Pick | Marotte, Judy | Plaintiff First | Defense First |
| Defense Pick | Sutton, Rose | Defense First | Plaintiff First |
| Defense Pick | Weis, Janet | Plaintiff First | Defense First |
| Plaintiff Pick | Barbosa, Manuel | Defense First | Plaintiff First |
| Plaintiff Pick | Boudreaux, Joseph J., Jr. | Plaintiff First | Defense First |
| Plaintiff Pick | Ferguson, Patricia | Defense First | Plaintiff First |
| Plaintiff Pick | Griffin, Clarence, Jr. | Plaintiff First | Defense First |
| Plaintiff Pick | Guerra, Horacio | Defense First | Plaintiff First |
| Plaintiff Pick | Hannah, Tommie Lee | Plaintiff First | Defense First |
| Plaintiff Pick | Jack, Tharon | Defense First | Plaintiff First |
| Plaintiff Pick | Mingo, Dora | Plaintiff First | Defense First |
| Plaintiff Pick | Orr, Sharyn | Defense First | Plaintiff First |
| Plaintiff Pick | Yarnick, David Lynn | Plaintiff First | Defense First |

7.  **Number of Questioners**.  One for each party for each witness.

NEW ORLEANS, LOUISIANA, this 20th day of ___April___, 2016.

_____
UNITED STATES DISTRICT JUDGE

00342462