UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)            : MDL No. 2592
PRODUCTS LIABILITY LITIGATION           : SECTION L
                                        : JUDGE ELDON E. FALLON
                                        : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*CHARLES SANFILIPPO*
*2:16-cv-00629-EEF-MN*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, here by informs the Honorable Court of the death of the Plaintiff, Charles Sanfilippo. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and for Leave to Amend Complaint will be filed by Laurie Sanfilippo, who is the duly appointed Surrogate of the Estate of Charles Sanfilippo's Estate. The Motion to Substitute Party Plaintiff and for Leave to Amend Complaint will seek to substitute Laurie Sanfilippo as the Party Plaintiff due to the death of Plaintiff Charles Sanfilippo.

Dated: April 21, 2016                Respectfully submitted,

                                     By: */s/ Andrew S. Williams*
                                     Andrew S. Williams, Esq.
                                     Simmons Hanly Conroy
                                     One Court Street
                                     Alton, IL 62002
                                     Tel. 618-259-2222
                                     Fax 618-259-2251
                                     awilliams@simmonsfirm.com

                                     Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2016, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

              */s/ Andrew S. Williams, Esq.*
              Andrew S. Williams, Esq.
              Simmons Hanly Conroy
              One Court Street
              Alton, IL 62002
              Tel. 618-259-2222
              Fax 618-259-2251
              awilliams@simmonsfirm.com

              Attorneys for Plaintiff