# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT ONLY APPLIES TO: ) | |
| Charles Sanfilippo, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:16-cv-00629-EEF-MBN |
| ) | |
| v. ) | |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT ) | |
| LLC f/k/a JOHNSON AND JOHNSON ) | |
| PHARMACEUTICAL RESEARCH AND ) | |
| DEVELOPMENT LLC, JANSSEN ORTHO LLC, ) | |
| JANSSEN PHARMACEUTICALS, INC. ) | |
| f/k/a JANSSEN PHARMACEUTICA INC. ) | |
| f/k/a ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS, INC., ) | |
| JOHNSON & JOHNSON COMPANY ) | |
| BAYER HEALTHCARE ) | |
| PHARMACEUTICALS, INC., ) | |
| BAYER PHARMA AG, ) | |
| BAYER CORPORATION, ) | |
| BAYER HEALTHCARE LLC, ) | |
| BAYER HEALTHCARE AG, and BAYER AG, ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF
## AND FOR LEAVE TO AMEND COMPLAINT *INSTANTER*

Laurie Sanfilippo, a competent individual acting on behalf of herself and on behalf of Charles Sanfilippo ("the Decedent"), by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 15 and 25, respectfully requests that as the Surrogate of the Estate of Charles Sanfilippo, deceased, and the spouse of the Decedent, she be substituted as Plaintiff in this action. Laurie Sanfilippo further seeks leave to amend the Complaint to include survival action claims pursuant to La. C.C. arts. 2315.1 and 2315.2. A memorandum

in support of this Motion is attached. On April 4, 2016, Kelly E. Brilleaux of Irwin Fritchie Urquhart & Moore LLC, indicated via email correspondence that Defendants do not oppose Laurie Sanfilippo's Amended Complaint and substitution as party Plaintiff.

Dated:  April 21, 2016                                       Respectfully submitted,

                                                                    **By: /s/ Andrew S. Williams**
                                                                    Andrew S. Williams, Esq.
                                                                    Simmons Hanly Conroy
                                                                    One Court Street
                                                                    Alton, IL 62002
                                                                    Tel. 618-259-2222
                                                                    Fax 618-259-2251
                                                                    awilliams@simmonsfirm.com

                                                                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2016 that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>*/s/ Andrew S. Williams, Esq.*
>Andrew S. Williams, Esq.
>Simmons Hanly Conroy
>One Court Street
>Alton, IL 62002
>Tel. 618-259-2222
>Fax 618-259-2251
>awilliams@simmonsfirm.com
>
>Attorneys for Plaintiff