UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592<br>: SECTION L<br>: JUDGE ELDON E. FALLON<br>: MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT ONLY APPLIES TO:<br>Charles Sanfilippo,<br><br>    Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | Case No. 2:16-cv-00629-EEF-MBN |

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT *INSTANTER***

**MAY IT PLEASE THE COURT:**

    The Plaintiff, Charles Sanfilippo, a resident of Sussex County, New Jersey, passed away on January 17, 2016. The Plaintiff filed a Notice of Suggestion of Death of Plaintiff with this Court on April 21, 2016. Charles Sanfilippo's spouse, Laurie Sanfilippo, has been appointed Surrogate of the Estate of Charles Sanfilippo by the State of New Jersey, Sussex

1

County Surrogate Court.[1]

Charles Sanfilippo's claims survive his death and his spouse, Laurie Sanfilippo, is entitled to continue his cause of action. La. C.C. art. 2315.1. Federal Rule of Civil Procedure 25(a)(1) states that if a party dies and the claim is not extinguished due to the death, the court may order the substitution of parties.

Charles Sanfilippo was prescribed and ingested Xarelto, and as a result of that ingestion, Charles Sanfilippo suffered injuries including stroke for which he was hospitalized. Charles Sanfilippo and Laurie Sanfilippo suffered injuries for which they are entitled to pursue causes of action against Defendants, JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, (collectively, "the Defendants"). His death does not preclude or extinguish her cause of action against the Defendants. Charles Sanfilippo is entitled to have Laurie Sanfilippo, his spouse and the Surrogate of his estate, substituted as Plaintiff in this action.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposing party's written consent or the Court's leave when justice so requires. In this case, justice requires that Laurie Sanfilippo be allowed to amend the Complaint to include survival action claims. Charles Sanfilippo did not pass away until after

---

[1] A copy of the Appointment is attached hereto as Exhibit A.

2

the filing of the original Complaint, and therefore, the survival action claims could not be made until this time.

## CONCLUSION

Despite his death, the Plaintiff Charles Sanfilippo is entitled to pursue his cause of action against Defendants. Therefore, the Plaintiff respectfully requests that Laurie Sanfilippo, spouse and Surrogate of the Estate of Charles Sanfilippo, be substituted as the Plaintiff in this action.

Dated: April 21, 2016                    Respectfully submitted,

*By: /s/ Andrew S. Williams*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2016, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                            ***/s/ Andrew S. Williams, Esq.***
                                            Andrew S. Williams, Esq.
                                            Simmons Hanly Conroy
                                            One Court Street
                                            Alton, IL 62002
                                            Tel. 618-259-2222
                                            Fax 618-259-2251
                                            awilliams@simmonsfirm.com

                                            Attorneys for Plaintiff