State of New Jersey
Sussex County Surrogate Court

AFFIDAVIT OF SPOUSE
ENTIRE ESTATE LESS THAN $50,000

In the Matter of the Estate of
CHARLES J. SANFILIPPO, AKA CHARLES JOHN SANFILIPPO, JR., Deceased:

LAURIE A. SANFILIPPO being duly sworn says:
1. I reside at 9 Hobart Trail, Hopatcong New Jersey 07843 in the County of Sussex in the state of New Jersey.

2. I was the wife of CHARLES J. SANFILIPPO, AKA CHARLES JOHN SANFILIPPO, JR., deceased, at the time of his death, on January 17, 2016, he died without leaving a will.

3. The said decedent resided at the time of death in HOPATCONG BOROUGH in the County of Sussex and State of New Jersey.

4. The value of the entire estate, both real and personal, of the said CHARLES J. SANFILIPPO, AKA CHARLES JOHN SANFILIPPO, JR., deceased, does not exceed $50,000.  It consists of:

| | |
|---|---|
| **TD Bank** | **$  50.00** |
| **Bank of America** | **8.70** |
| **Merrill Edge** | **148.59** |

AUTHORIZED TO OPEN AN ESTATE ACCOUNT,
5. I am therefore entitled to said assets without letters of administration, in accordance with N.J.S.A. 3B:10-3.

LAURIE A. SANFILIPPO

Subscribed and sworn to before me
this   **23rd** day of **February, 2016**

_Special DeputybSurrogate_

Hereby approved this   **23rd** day of **February, 2016**

Surrogate

2.23.16
I HEREBY CERTIFY THE FOREGOING
TO BE A TRUE COPY OF THE ORIGINAL

SURROGATE