**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | Judge Eldon E. Fallon |
| | ) | Mag. Judge North |
| | ) | Section L |
| _____ | ) | |
| THIS DOCUMENT APPLIES ONLY TO: | ) | JURY TRIAL DEMANDED |
| | ) | |
| Laurie Sanfilippo, as Special Administrator | ) | |
| Of the Estate of Charles Sanfilippo, Deceased, | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. 2:16-cv-00629 EEF-MBN |
| | ) | |
| v. | ) | |
| | ) | |
| JANSSEN RESEARCH & DEVELOPMENT | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICAL RESEARCH AND | ) | |
| DEVELOPMENT LLC, JANSSEN ORTHO LLC, | ) | |
| JANSSEN PHARMACEUTICALS, INC. | ) | |
| f/k/a JANSSEN PHARMACEUTICA INC. | ) | |
| f/k/a ORTHO-MCNEIL-JANSSEN | ) | |
| PHARMACEUTICALS, INC., | ) | |
| JOHNSON & JOHNSON COMPANY | ) | |
| BAYER HEALTHCARE | ) | |
| PHARMACEUTICALS, INC., | ) | |
| BAYER PHARMA AG, | ) | |
| BAYER CORPORATION, | ) | |
| BAYER HEALTHCARE LLC, | ) | |
| BAYER HEALTHCARE AG, and BAYER AG, | ) | |
| | ) | |
|     Defendants. | ) | |

**FIRST AMENDED SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint (No. 2:16-cv-
   00357-EEF-MBN) filed in In Re Xarelto Products Liability, MDL 2592 (E.D.La.)
   pursuant to Pretrial Order No. 11. The following Short Form Complaint is utilized in the
   above-captioned action.

1

Case 2:14-md-02592-EEF-MBN   Document 3095-4   Filed 04/21/16   Page 2 of 3

2.      Originally identified individual Plaintiff and now Decedent, Charles Sanfilippo was

identified more fully in Paragraph 60 of the Plaintiffs' Joint Complaint (Case No. 2:16-

cv-00357-EEF-MBN) and all allegations set forth in the Plaintiffs' Joint Complaint are

adopted herein by reference and are applicable to the Individual Plaintiff.

3.   Plaintiff and now Decedent, Charles Sanfilippo resided at 9 Hobart Trail, Hopatcong, NJ

07843 at the time of his death.

4.      Plaintiff, Laurie Sanfilippo, who resides at 9 Hobart Trail, Hopatcong, NJ 07843, has

been appointed over Decedent Charles Sanfilippo's estate on February 23, 2016 by the

State of New Jersey, Sussex County Surrogate Court.

Dated: April 21, 2016                        */s/ Andrew S. Williams*
                                             Trent B. Miracle #IL 6281491
                                             Andrew S. Williams, IL #6285527
                                             **SIMMONS, HANLY, CONROY LLC**
                                             One Court Street
                                             Alton, IL 62002
                                             Tel. (618) 259-2222
                                             Fax (618) 259-2251
                                             tmiracle@simmonsfirm.com
                                             awilliams@simmonsfirm.com

                                             *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2016, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Andrew S. Williams, Esq.*
Andrew S. Williams, Esq.
Simmons Hanly Conroy
One Court Street
Alton, IL 62002
Tel. 618-259-2222
Fax 618-259-2251
awilliams@simmonsfirm.com

Attorneys for Plaintiff