**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE : XARELTO (RIVAROXABAN) PRODUCTS LIABILITY | : : : : : : : | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Mary R. Sudol, et al. v. Janssen Research & Development, LLC, et al.*
*2:15-cv-01500-EEF-MBN*

### PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff Mary R. Sudol, Individually and as Personal Representative of the ESTATE OF RAYMOND P. SUDOL in the above referenced civil action, and by and through her counsel of records hereby files a Motion to Withdraw Motion for Voluntary Dismissal Without Prejudice of this action solely against Bayer Healthcare, LLC without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

Dated: April 21, 2016

Respectfully submitted,

/s/ John S. Selinger
John S. Selinger, (JS9509)
Zeccola & Selinger, LLC
2127 Crompond Road, Suite 205
Cortlandt Manor, NY 10567
Phone: (914) 402-7290
Facsimile: (914) 737-4260
john@zslawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Plaintiff's Motion to Withdraw Motion for Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: April 21, 2016                              /s/ John S. Selinger