UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Abbott v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06121

Adams v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-02587

Alexander v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03220

Barnes v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-5748

Beiber v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03225

Bertman v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03228

Bisping v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03232

Brown v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03236

Bumgarner v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06121

Campbell v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03241

Cannon v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-02168

Colvin v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06133

Combs v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-02587

Coulter v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06351

Coyle v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03246

Creekmur v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06134

Davis v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03248

Deans v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03276

Dison v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-05067

Ebersole v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06136

English v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-02587

Fansler v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-04647

Farnsworth v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03279

Fitzpatrick v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-02587

Flory v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-01188

Floyd v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03281

Gay v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06140

Ghazvini v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-01526

Gregan v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06352

Gunc v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-05521

Haase v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-01379

Hensel v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03285

Hensley v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-02587

Hite v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03300

Hollister v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03301

Hopkins v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03303

Jackson v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-05523

Johnson v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03305

Jorden v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03306

## **NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT:**

Comes now, Jonathan P. Staffeldt, and hereby enters his appearance as counsel for Plaintiffs in the above-styled actions.

Please serve a copy of all notices, correspondence or orders for this case on Jonathan P. Staffeldt, Milstein Adelman Jackson Fairchild & Wade, LLP, 10250 Constellation Blvd., Suite 1400, Los Angeles, California 90067, telephone (310) 396-9600, jstaffeldt@majfw.com.

Dated: April 21, 2016                               Respectfully submitted,

By:   /s/ Jonathan P. Staffeldt
**Jonathan P. Staffeldt, CA Bar #252326**
**Mark A. Milstein, CA Bar # 155513**
MILSTEIN ADELMAN JACKSON
FAIRCHILD & WADE, LLP
10250 Constellation Blvd., Suite 1400
Los Angeles, CA 90067
Telephone:  (310) 396-9600
Facsimile:  (310) 396-9635
Email: jstaffeldt@majfw.com
Email: mmilstein@majfw.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice of Appearance has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL2592 pursuant to Pre-Trial Order No. 17.

Dated: April 21, 2016                               By:   /s/ Jonathan P. Staffeldt
                                                                    Jonathan P. Staffeldt, Esq.