UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Keith v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-05428

Khadr v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06142

Klonowski v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-05774

Koviak v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03307

Kraetsch v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03310

Lewis v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-03817

Lindley v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-05524

Lowman v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-02625

Ludd v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03311

McFarland v. Janssen Research & Development, LLC, et al.

Civil Action No. 2:16-cv-02587

Mendez v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06143

Mendoza v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-05429

Messick v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-05430

Mizer v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03317

Molines v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03320

Nabors v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-05432

Nelson v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06144

Nichols v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06150

Ochoa-Paura v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-02587

Ogden v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03352

Ovelman v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-01380

Pena v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06149

Randolph v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03354

Rhome v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03356

Richardson v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03358

Rife v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06142

Royster v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03360

Schomer v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03363

Shillabeer v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03369

Shuman v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03373

Sloas v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03375

Smith v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03385

Smith v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03383

Solomon v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-06151

Stachura v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03387

Stack v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03388

Sumski v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-6153

Voss v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:15-cv-00944

Weeden v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03390

Williams v. Janssen Research & Development, LLC, et al.
 Civil Action No. 2:16-cv-1386

Williams v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03394

Wilson v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03406

Wilson v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03405

Yarbouh v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03412

Zayas-Molina v. Janssen Research & Development, LLC, et al.
Civil Action No. 2:16-cv-03413

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Comes now, Jonathan P. Staffeldt, and hereby enters his appearance as counsel for Plaintiffs in the above-styled actions.

Please serve a copy of all notices, correspondence or orders for this case on Jonathan P. Staffeldt, Milstein Adelman Jackson Fairchild & Wade, LLP, 10250 Constellation Blvd., Suite 1400, Los Angeles, California 90067, telephone (310) 396-9600, jstaffeldt@majfw.com.

Dated: April 21, 2016                    Respectfully submitted,

                                         By:   /s/ Jonathan P. Staffeldt

                                         **Jonathan P. Staffeldt, CA Bar: 252326**
                                         **Mark A. Milstein, CA Bar: 155513**
                                         MILSTEIN ADELMAN JACKSON
                                         FAIRCHILD & WADE, LLP
                                         10250 Constellation Blvd., Suite 1400
                                         Los Angeles, CA 90067
                                         Telephone:  (310) 396-9600
                                         Facsimile:  (310) 396-9635
                                         Email: jstaffeldt@majfw.com
                                         Email: mmilstein@majfw.com
                                         *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appearance has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL2592 pursuant to Pre-Trial Order No. 17.

Dated: April 21, 2016                                By:   /s/ Jonathan P. Staffeldt
                                                                                                                 Jonathan P. Staffeldt, Esq.