UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
   *Trisha Pelinsky*, 2:15-CV-5590-EEF-MBN

## ORDER

The Court has been informed by the PSC that Plaintiff Pelinsky's Motion to Dismiss, R. Doc. 1953, is for subject matter jurisdiction reasons, and that Pelinsky intends to refile the motion with the provisions of PTO 24 in mind. Thus,

It is **ORDERED** that the Motions to Dismiss Case Without Prejudice in the above-referenced case, R. Doc. 1953, is hereby **DENIED WITHOUT PREJUDICE**. Plaintiff Pelinsky may refile the motion and clarify the posture of the request for dismissal.

New Orleans, Louisiana this 20th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE