UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## MOTION FOR LEAVE TO FILE DEFENDANTS BAYER CORPORATION AND BAYER PHARMA AG'S RESPONSE TO PLAINTIFFS' "MOTION TO COMPEL DISCOVERY OF DEFENDANTS' GERMAN EMPLOYEES AND THEIR PERSONNEL FILES, IN ITS ENTIRETY" UNDER SEAL

NOW COMES the Defendants Bayer Corporation and Bayer Pharma AG (collectively "Bayer") who respectfully submit that the attached Bayer's Response to Plaintiffs' Motion to Compel Discovery of Defendants' German Employees and Their Personnel Files, with supporting exhibits, contain or refer to information that has been designated confidential and should be filed UNDER SEAL in its entirety. Plaintiffs' motion was also filed under seal.

WHEREFORE Bayer prays that this motion be granted and the attached Bayer's Response to Plaintiffs' Motion to Compel Discovery of Defendants' German Employees and Their Personnel Files, in its entirety, be filed UNDER SEAL.

Dated:  April 21, 2016

2673174-1

Respectfully submitted,

KAYE SCHOLER LLP

By: */s/ Steven Glickstein*
Steven Glickstein
William Hoffman
Andrew K. Solow
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
sglickstein@kayescholer.com

*Co-Lead Defense Counsel*


CHAFFE MCCALL L.L.P.

By: */s/ John F. Olinde*
John F. Olinde (LA Bar # 1515)
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 21, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system.

/s/     John F. Olinde

2673174-1