# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## ORDER

Considering the Motion for Leave to File Defendants Bayer Corporation and Bayer Pharma AG's Response to Plaintiffs' "Motion to Compel Discovery of Defendants' German Employees and Their Personnel Files, In Its Entirety," Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Bayer's Response to Plaintiffs' "Motion to Compel Discovery of Defendants' German Employees and Their Personnel Files in its Entirety," be and is hereby FILED UNDER SEAL IN ITS ENTIRETY.

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE