**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)          MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                        SECTION L

THIS DOCUMENT RELATES TO ALL ACTIONS    JUDGE ELDON E. FALLON

                                        MAG. JUDGE NORTH

BAYER'S RESPONSE TO PLAINTIFFS' "MOTION TO COMPEL
DISCOVERY OF DEFENDANTS' GERMAN EMPLOYEES
AND THEIR PERSONNEL FILES, IN ITS ENTIRETY"

# FILED UNDER SEAL