UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mary E. Bounds v. Janssen Research & Development, LLC, et al,* LAED USDC No. 15-4144;

*James N Johnson v. Janssen Research & Development LLC, et al,* LAED USDC No. 15-4499;

*Kenneth Karl Kaiser and Linda Kaiser Riley obo Bobbie Kaiser v. Janssen Research & Development, LLC,* LAED USDC No. 15-4500;

*William Kouns and Billie Kouns v. Janssen Research & Development, LLC,* LAED USDC No. 15-4502;

*Linda Runyan, Karen Hamilton and Richard Robinson obo Richard T Robinson v. Janssen Research & Development, LLC,* LAED USDC No. 15-4505;

*Randall Smith and Susan Smith v. Janssen Research & Development, LLC,* LAED USDC No. 15-4507;

*Jmond Washington v. Janssen Research & Development, LLC,* LAED USDC No. 15-4510;

*Betty Wilcots v. Janssen Research & Development, LLC,* LAED USDC No. 15-4513.

## ORDER

Considering the foregoing Opposed Second Motion for Extension of Time Within Which to Serve Process on Bayer Pharma AG;

**IT IS HEREBY ORDERED** that Plaintiffs in the above listed action shall have thirty (30) days from the date of this Order within which to effect service on defendant Bayer Pharma

AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order # 10.

**NEW ORLEANS, LOUISIANA,** this 21st day of April, 2016.

                                                **THE HONORABLE ELDON E. FALLON**