UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO: | MDL No. 2592 |
|---|---|
| *Twyla Gunther v. Janssen Research & Development LLC, et al.* | SECTION: L |
| 2:15-cv-06777 | JUDGE: ELDON E. FALLON |
|  | MAG. JUDGE: MICHAEL NORTH |

## ORDER

Considering the foregoing Motion to Dismiss the above-captioned case,

**IT IS HEREBY ORDERED** that the above-captioned case is hereby dismissed without prejudice as to all defendants.

ORDERED AND SIGNED this __21st__ day of _____April_____, 2015.

_____
UNITED STATES DISTRICT JUDGE