UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **JURY TRIAL DEMANDED** |

RUBY DUFRENE
Civil Action No.: 2:15-cv-06966

**ORDER**

IT IS ORDERED that Plaintiffs' Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against all defendants in *Dufrene v. Janssen Research & Development, LLC, et al* (2:15-cv-06966) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this  21st  day of        April        , 2016

_____
Hon. Eldon E. Fallon
U.S. District Court Judge

3