UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  : MDL NO. 2592
PRODUCTS LIABILITY LITIGATION   : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Beverly Copeland; Wesley Gilliard;*
*Arlene Klemme; Arlene Sorenson; and*
*David Stokes*
2:16-cv-02324-EEF-MBN

## MOTION FOR LEAVE TO FILE FIRST AMENDED JOINT COMPLAINT

The above-captioned Plaintiffs hereby submit their *Motion for Leave to File First Amended Joint Complaint*. The proposed *First Amended Joint Complaint* is attached hereto as **Exhibit 1**. Plaintiffs are filing their *First Amended Joint Complaint* pursuant to Fed. R. Civ. P 15(a)(2), *Pre-Trial Order No. 11C*, and pursuant to the Court's *Notice of Deficient Document* dated April 19, 2016. Plaintiffs desire to amend their complaint in various places to fix typographical errors; however, all substantive amendments are located in Paragraphs 4-8 of their *First Amended Complaint* and only serve to correct Plaintiffs' biographical information and do not alter the material factual allegations or causes of action. Plaintiffs desire their complaint be accurate and consistent with their subsequently filed short form complaints and fact sheets. As such, good cause is shown for granting Plaintiffs' instant motion, and therefore, Plaintiffs respectfully request the same.

A proposed form of order is attached hereto as **Exhibit 2**.

Dated: April 21, 2016

        Respectfully Submitted,

        By:   /s/ John R. Crone
        John R. Crone, Esq., CO Bar No. 48284
               AK Bar No. 1211090

ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: john.crone@andruswagstaff.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April 2016, a copy of the foregoing *Motion for Leave to File First Amended Joint Complaint* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17.

By: /s/ John R. Crone
John R. Crone, Esq.
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: john.crone@andruswagstaff.com