**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CHARLENE BROWN; WILLIAM CAULFORD; HOWARD CUSTARD; DUSTIN DWYER; JACK HASKINS; CATHY HEARD; LINDA HAMEL; JOHN HASKINS; VICKI LYNN LYNDARD<br><br>    Plaintiff<br><br> v.<br><br><br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG;<br><br>    Defendants. | MDL 2592<br><br><br>SECTION:  L<br><br><br><br>JUDGE: ELDON E. FALLON<br><br><br><br>MAG. JUDGE MICHAEL NORTH<br><br><br><br><br>**<u>JURY TRIAL DEMANDED</u>**<br><br>Civil Action No.: 2:16-cv-1659 |

1

## PLANTIFFS' MOTION TO CORRECT CASE CAPTION

Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11.

Regarding Case No. 2:16-cv-2141, Individual Plaintiff, HUBERT CUSTARD, was erroneously identified as HOWARD CUSTARD, as such, the Plaintiff requests the case caption been changed.

Regarding Case No. 2:16-cv-2139, Individual Plaintiff, VICKI LYNN LYDARD, was erroneously identified as VICKI LYNN LYNDARD, as such, the Plaintiff requests the case caption been changed.

Dated: April 21, 2016

Respectfully submitted,

By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
Katy Krottinger
Texas Bar No. 24077251
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2016 I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
Katy Krottinger
Texas Bar No. 24077251
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
*Attorney for Plaintiff*