UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> CHRIST DUMAS <br><br> Case #: 2:16-cv-00447 | |

## MOTION FOR LEAVE TO FILE REPLY

Plaintiff, CHRIST DUMAS, by and through undersigned counsel, hereby files this Motion for Leave to File a Reply to Defendant's Response [DE 2899] to Plaintiff's Motion for Extension of Time [DE 2856], and states as follows:

1. Plaintiff has filed a Motion for Extension of Time to complete the Plaintiff Fact Sheet.

2. After filing this Motion, Counsel for Plaintiff learned that the Plaintiff had died, and was therefore unable to complete the fact sheet. This was not reflected in the original motion.

3. Defendants oppose Plaintiff's Motion for an Extension of Time.

4. In order to properly bring all pertinent evidence before this court for a review on the merits, Plaintiff should be granted leave to file a reply to present the court with this information.

5. A proposed order has been filed along with this Motion as Exhibit 1. The proposed Reply is filed as Exhibit 2. The Plaintiff's Death Certificate has been filed as Exhibit 3.

**WHEREFORE**, the Plaintiff, CHRIST DUMAS, respectfully requests that this Court **GRANT** Plaintiff's Motion for Leave to File Reply and provide whatever further relief this Honorable Court deems reasonable and just.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: April 22, 2016

                                        FREEDLAND HARWIN VALORI, PL
                                        110 SE 6th Street, Suite 2300
                                        Ft. Lauderdale, FL 33301
                                        Tel:    954-467-6400
                                        Fax:   954-670-2530

                                        __/s/ Aaron Rothenberg_____
                                        RAYMOND VALORI
                                        Fla. Bar #: 33200
                                        Ray@westonlawyers.com
                                        AARON ROTHENBERG
                                        Fla. Bar #: 99634
                                        Aaron@westonlawyers.com