UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** : : : : : : | **MDL No. 2592** <br><br> **SECTION L** <br><br> **JUDGE ELDON E. FALLON** <br><br> **MAGISTRATE JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** <br><br> CHRIST DUMAS <br><br> Case #: 2:16-cv-00447 | |

## ORDER ON MOTION FOR LEAVE TO FILE REPLY

THIS CAUSE, having come before this Honorable Court Plaintiff's Motion for Leave to File a Reply, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's motion is GRANTED.
2. Plaintiff shall file a Reply to Defendants' Response to Plaintiff's Motion for Extension of Time to serve the Plaintiff Fact Sheet.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on _____.

_____
JUDGE ELDON E. FALLON

Cc: All counsel of record