# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

| STATE FILE NUMBER | 2016 0022374 | | | DATE ISSUED | 3/21/2016 |
|---|---|---|---|---|---|
| DECEDENT'S LEGAL NAME | CHRIST JOHN DUMAS | | SEX MALE | DATE OF DEATH | MARCH 09, 2016 |
| COUNTY OF DEATH | COOK | AGE AT LAST BIRTHDAY 90 YEARS | | DATE OF BIRTH | 1926 |
| CITY OR TOWN | BERWYN | | HOSPITAL OR OTHER INSTITUTION NAME | SEASONS HOSPICE AT MACNEAL HOSPITAL | |
| PLACE OF DEATH | HOSPICE FACILITY | | | | |
| BIRTHPLACE | ELGIN, IL | SOCIAL SECURITY NUMBER 7293 | STATUS AT TIME OF DEATH WIDOWED | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? YES |
| RESIDENCE | 4600 SOUTH WISCONSIN AVENUE | | APT. NO. | CITY OR TOWN BERWYN | INSIDE CITY LIMITS? YES |
| COUNTY COOK | STATE IL | ZIP CODE 60402 | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION JOHN CHRIST DUMAS | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION ESTHER KOUSTAMANIAS | |
| INFORMANT'S NAME | JOHN CHRIST DUMAS | RELATIONSHIP SON | | MAILING ADDRESS 6527 EIDER STREET, SAN DIEGO, CA, 92114 | |
| METHOD OF DISPOSITION CREMATION | | PLACE OF DISPOSITION BOHEMIAN NATIONAL CEMETERY (HERITAGE MEMORIAL CEM | | LOCATION - CITY OR TOWN AND STATE CHICAGO, IL | DATE OF DISPOSITION MARCH 11, 2016 |
| FUNERAL HOME | VETERANS FUNERAL SERVICE, P.O. BOX 41, HINES, IL, 60141 | | | | |
| FUNERAL DIRECTOR'S NAME | DAVID CARL PIMM | | | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER 034015042 | |
| LOCAL REGISTRAR'S NAME | ELIZABETH A PECHOUS | | | DATE FILED WITH LOCAL REGISTRAR MARCH 21, 2016 | |

**CAUSE OF DEATH** PART I. CONGESTIVE HEART FAILURE
IMMEDIATE CAUSE (Final disease or condition resulting in death)

Due to (or as a consequence of):

Due to (or as a consequence of):

Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| WAS AN AUTOPSY PERFORMED? | NO |
|---|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |

| FEMALE PREGNANCY STATUS | NOT APPLICABLE | | MANNER OF DEATH | NATURAL |
|---|---|---|---|---|
| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | | INJURY AT WORK? |
| LOCATION OF INJURY | | | | |
| DESCRIBE HOW INJURY OCCURRED: | | | IF TRANSPORTATION INJURY, SPECIFY: | |
| ATTEND THE DECEASED? NO | DATE LAST SEEN ALIVE UNKNOWN | WAS MEDICAL EXAMINER OR CORONER CONTACTED? YES | DATE PRONOUNCED | TIME OF DEATH 06:28 AM |
| CERTIFIER PHYSICIAN | | | DATE CERTIFIED MARCH 19, 2016 | |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH ADRIANA ACURIO MD, 606 POTTER ROAD, DES PLAINES, ILLINOIS, 60016 | | | PHYSICIAN'S LICENSE NUMBER 036-120610 | |

NOTE: EMBOSSED STATE AND COUNTY SEALS AT BOTTOM

THE WORD VOID APPEARS WHEN PHOTOCOPIED





This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

David Orr
Cook County Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE