UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> CHRIST DUMAS <br><br> Case #: 2:16-cv-00447 | |

## NOTICE OF DEATH

Counsel for Plaintiff hereby notifies the Court of the death of the Plaintiff, CHRIST DUMAS. A copy of the Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached as Exhibit #1. Plaintiff is survived by his daughter, Barbara Dumas, and counsel for Plaintiff anticipates filing a Motion to Substitute Party in the near term.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: April 22, 2016

                                              FREEDLAND HARWIN VALORI, PL
                                              110 SE 6th Street, Suite 2300
                                              Ft. Lauderdale, FL 33301
                                              Tel:    954-467-6400
                                              Fax:    954-670-2530

                                              __/s/ Aaron Rothenberg_____
                                              RAYMOND VALORI
                                              Fla. Bar #: 33200
                                              Ray@westonlawyers.com
                                              AARON ROTHENBERG
                                              Fla. Bar #: 99634
                                              Aaron@westonlawyers.com