UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> WILLIAM RUMPKE <br><br> Case #: 2:16-cv-1318 | |

# NOTICE OF DEATH

Counsel for Plaintiff hereby notifies the Court of the death of the Plaintiff, WILLIAM RUMPKE. A copy of the Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached as Exhibit #1. Plaintiff is survived by his wife, Ann Marie Fortunato, and counsel for Plaintiff anticipates filing a Motion to Substitute Party in the near term.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: April 22, 2016

                                            FREEDLAND HARWIN VALORI, PL
                                            110 SE 6th Street, Suite 2300
                                            Ft. Lauderdale, FL 33301
                                            Tel:    954-467-6400
                                            Fax:    954-670-2530

                                            __/s/ Aaron Rothenberg_____
                                            RAYMOND VALORI
                                            Fla. Bar #: 33200
                                            Ray@westonlawyers.com
                                            AARON ROTHENBERG
                                            Fla. Bar #: 99634
                                            Aaron@westonlawyers.com