# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**DOH-1961 (8/2011)**
RECORDED VOL.: 2950
REGISTER NUMBER: 0032
RESIDENCE
NCHS

**STATE FILE NUMBER**

**1. NAME:** William C. Rumpke
**2. SEX:** Male
**3A. DATE OF DEATH:** 01 / 02 / 2016
**3B. HOUR:** 3:16 PM

**4A. PLACE OF DEATH:** Private Residence
**4C. NAME OF FACILITY / ADDRESS:** 614 Christie St., So. Hempstead
**4D. LOCALITY:** Town — Hempstead
**4E. COUNTY OF DEATH:** Nassau
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?** No

**5. DATE OF BIRTH:** 1944
**6A. AGE:** 71 yrs.
**7A. CITY AND STATE OF BIRTH:** Brooklyn, New York

**8. SERVED IN U.S. ARMED FORCES?** Yes
**9. DECEDENT OF HISPANIC ORIGIN?** No, not Spanish/Hispanic/Latino
**10. DECEDENT'S RACE:** White/Caucasian
**11. DECEDENT'S EDUCATION:** High school graduate or GED

**12. SOCIAL SECURITY NUMBER:** ***-**-7484
**13. MARITAL STATUS:** Married
**14. SURVIVING SPOUSE:** Ann Marie Fortunato

**15A. USUAL OCCUPATION:** Financer
**15B. KIND OF BUSINESS OR INDUSTRY:** Finance
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** DTC, New York, NY

**16A. RESIDENCE (State or Country):** New York
**16B. County:** Nassau
**16C. LOCALITY:** Village — S. Hempstead
**16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS?** No
**16D. STREET AND NUMBER OF RESIDENCE:** 614 Christie Street
**16E. ZIP CODE:** 11550 — Hempstead

**17. BIRTH NAME OF FATHER/PARENT:** Carl F. Rumpke
**18. BIRTH NAME OF MOTHER/PARENT:** Florence Gray

**19A. NAME OF INFORMANT:** Ann Marie Rumpke
**19B. MAILING ADDRESS:** 614 Christie Street, South Hempstead, New York 11550

**20A.** 1. Burial — 01 / 07 / 2016
**20B. PLACE OF BURIAL:** Greenfield Cemetery
**20C. LOCATION:** Uniondale, New York

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Fullerton Funeral Home, Inc., 769 Merrick Rd., Baldwin, New York 11510
**21B. REGISTRATION NUMBER:** 00633
**22A. NAME OF FUNERAL DIRECTOR:** Matthew J. Fritz
**22C. REGISTRATION NUMBER:** 11257

**23B. DATE FILED:** 01 / 05 / 2016
**24B. DATE ISSUED:** 01 / 05 / 2016

---

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN — OR — CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

**25A. CERTIFICATION:**
Certifier's Name: Brian O'Reilly, M.D.
License No.: 214492
Date: 01 / 03 / 2016

**Certifier's Title:** Medical Examiner / Deputy Medical Examiner
**Address:** 2251 Hempstead Tpke. Bldg R., E. Meadow, NY 11554

**26C. Pronounced Dead:** 01 / 02 / 2016 at 3:16 PM

**27. MANNER OF DEATH:** Natural Cause
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?** Yes
**29A. AUTOPSY?** Yes
**29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?** Yes

**30. DEATH WAS CAUSED BY:**
PART I. IMMEDIATE CAUSE (A): Respiratory failure
DUE TO OR AS A CONSEQUENCE OF (B): Chronic bronchitis and pulmonary emphysema
DUE TO OR AS A CONSEQUENCE OF (C):

**PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A):** Arteriosclerotic cardiovascular disease

**DID TOBACCO USE CONTRIBUTE TO DEATH?** Probably

**32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS?** unk