# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br><br> **SECTION L** <br><br> **JUDGE ELDON E. FALLON** <br><br> **MAGISTRATE JUDGE NORTH** <br><br> <u>**JURY TRIAL DEMANDED**</u> |

**THIS DOCUMENT RELATES TO:**

   **ROY MERCER**

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-01394**

### MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

**COMES NOW** the Plaintiff, Roy Mercer, pursuant to Federal Rules of Civil Procedure 15, respectfully seeks leave to amend his Complaint in this matter to name his wife as a party to this action. Plaintiff provides the following in support of his Motion:

1. Plaintiff, Roy Mercer, retained the services of Stark & Stark to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On or about February 1, 2016, the undersigned filed the above-referenced case as part of a bundled complaint directly in the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about February 19, 2016, the undersigned filed a Short Form Complaint for Plaintiff in the Multidistrict Litigation in the Eastern District of Louisiana.

4. Plaintiff Roy Mercer was married to Heidi A. Mercer, his wife, at the time of his Xarelto use and injury.

5. Plaintiff Roy Mercer's only modifications to the Complaint, as set forth in the proposed Amended Short Form Complaint, attached hereto, are the following:

    a. In the caption, adding "HEIDI A. MERCER, his wife";

    b. In Paragraph 8 of the Joint Complaint (Paragraph 3 of the Short Form Complaint), adding a subparagraph as follows: "In conjunction with Plaintiff Roy Mercer's claim, Heidi A. Mercer, spouse of Roy Mercer, asserts a claim for loss of consortium."

6. No further changes with regard to Roy Mercer are requested.

A proposed form of Order has been submitted herewith.

Dated: April 22, 2016            Respectfully submitted,

            **STARK & STARK**
            **A Professional Corporation**

            */s/ Martin P. Schrama*
            Martin P. Schrama, Esq. (NJ #039581997)
            mschrama@stark-stark.com
            Stark & Stark
            993 Lenox Drive
            Lawrenceville, NJ 08648
            Tel: 609.896.9060
            Fax: 609.896.0629
            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2016, a complete copy of the foregoing Motion for Leave to File Amended Complaint has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

            */s/ Martin P. Schrama*
            Martin P. Schrama, Esq.