# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>**JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

LARREN NELSON and JUDY ANN NELSON, his wife

**INDIVIDUAL CIVIL ACTION NO: 2:15-cv-01397**

## AMENDED SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Amended Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Larren Nelson, is identified more fully in Paragraph 9 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. In conjunction with Plaintiff Larren Nelson's claim, Judy Ann Nelson, spouse of Larren Nelson, asserts a claim for loss of consortium

4. Individual Plaintiffs herein reside at 590 West Riverview Drive, Idaho Falls, Idaho 83401.

5. The Xarelto User resides (or if deceased, resided at the time of death) in Bonneville County in the State of Idaho.

6. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiff.

7. Attached as Attachment 2 is a list of the individual case captions for the Plaintiffs named in the Joint Complaint.

Dated:  April 22, 2016                                          Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
 Martin P. Schrama, Esq. (NJ #039581997)
 mschrama@stark-stark.com
 Stark & Stark
 993 Lenox Drive
 Lawrenceville, NJ 08648
 Tel: 609.896.9060
 Fax: 609.896.0629
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2016, a complete copy of the foregoing Short Form Complaint has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
 Martin P. Schrama, Esq.