# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| | <u>**JURY TRIAL DEMANDED**</u> |

**THIS DOCUMENT RELATES TO:**

   **JENNIE BOATMAN**

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-02017**

### MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

**COMES NOW** the Plaintiff, Jennie Boatman, pursuant to Federal Rules of Civil Procedure 15, respectfully seeks leave to amend her Complaint in this matter to name her husband as a party to this action. Plaintiff provides the following in support of her Motion:

1. Plaintiff, Jennie Boatman, retained the services of Stark & Stark to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On or about March 1, 2016, the undersigned filed the above-referenced case as part of a bundled complaint directly in the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about March 10, 2016, the undersigned filed a Short Form Complaint for Plaintiff in the Multidistrict Litigation in the Eastern District of Louisiana.

4. Plaintiff Jennie Boatman was married to William Boatman, her husband, at the time of her Xarelto use and injury.

5. Plaintiff Jennie Boatman's only modifications to the Complaint, as set forth in the proposed Amended Short Form Complaint, attached hereto, are the following:

    a. In the caption, adding "WILLIAM BOATMAN, her husband";

    b. In Paragraph 2 of the Joint Complaint and Amended Joint Complaint (Paragraph 3 of the Short Form Complaint), adding a subparagraph as follows: "In conjunction with Plaintiff Jennie Boatman's claim, Williams Boatman, spouse of Jennie Boatman, asserts a claim for loss of consortium."

6. No further changes with regard to Jennie Boatman are requested.

A proposed form of Order has been submitted herewith.

Dated: April 22, 2016

Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq. (NJ #039581997)
mschrama@stark-stark.com
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648
Tel: 609.896.9060
Fax: 609.896.0629
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2016, a complete copy of the foregoing Motion for Leave to File Amended Complaint has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq.