**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| | **JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

**JENNIE BOATMAN and WILLIAM BOATMAN, her husband**

**INDIVIDUAL CIVIL ACTION NO:  2:16-cv-02017**

**AMENDED SHORT FORM COMPLAINT**

1.	Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint and Amended Joint Complaint filed in *In Re Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Amended Short Form Complaint* is utilized in the above-captioned action.

2.	Individual Plaintiff, Jennie Boatman, is identified more fully in Paragraph 2 of the Plaintiffs' Joint Complaint and Amended Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint and Amended Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3.	In conjunction with Plaintiff Jennie Boatman's claim, Williams Boatman, spouse of Jennie Boatman, asserts a claim for loss of consortium.

4.	Individual Plaintiffs herein resides at 606 East Liberty Avenue, Round Rock, Texas 78664.

5.      The Xarelto User resides (or if deceased, resided at the time of death) in Williamson County in the State of Texas.

6.      Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiff.

7.      Attached as Attachment 2 is a list of the individual case captions for the Plaintiffs named in the Joint Complaint and Amended Joint Complaint.


Dated:   April 22, 2016                      Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq. (NJ #039581997)
mschrama@stark-stark.com
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648
Tel: 609.896.9060
Fax: 609.896.0629
*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2016, a complete copy of the foregoing Short Form Complaint has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq.