**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| | <u>**JURY TRIAL DEMANDED**</u> |

**THIS DOCUMENT RELATES TO:**

    **JENNIE BOATMAN**

**INDIVIDUAL CIVIL ACTION NO:  2:16-cv-02017**

**ORDER**

Considering the foregoing Motion for Leave to Amend Complaint for the above- named case,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Complaint is granted. The Clerk is directed to (1) file the Amended Short Form Complaint attached as Exhibit 1 to Plaintiff's Motion; and (2) edit the caption for this action to reflect "JENNIE BOATMAN and WILLIAM BOATMAN, her husband" as Plaintiffs.

**DONE AND SIGNED** this _____ day of _____, 2016, at New Orleans, Louisiana.

_____

UNITED STATES DISTRICT JUDGE