# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>**JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

**VERNON LOOMIS (LISA LOOMIS as Power of Attorney for VERNON LOOMIS)**

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-02022**

## MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

**COMES NOW** the Plaintiff, Vernon Loomis, pursuant to Federal Rules of Civil Procedure 15, respectfully seeks leave to amend his Complaint in this matter to name his wife as a party to this action. Plaintiff provides the following in support of his Motion:

1. Plaintiff, Vernon Loomis, through his wife and Power of Attorney, Lisa Loomis, retained the services of Stark & Stark to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On or about March 1, 2016, the undersigned filed the above-referenced case as part of a bundled complaint directly in the Multidistrict Litigation in the Eastern District of Louisiana.

3. On or about March 10, 2016, the undersigned filed a Short Form Complaint for Plaintiff in the Multidistrict Litigation in the Eastern District of Louisiana.

4. Plaintiff Vernon Loomis was married to Lisa Loomis, his wife, at the time of his Xarelto use and injury.

5. Plaintiff Vernon Loomis' only modifications to the Complaint, as set forth in the proposed Amended Short Form Complaint, attached hereto, are the following:

    a. Modifying the caption to read, "VERNON LOOMIS, and/by LISA LOOMIS, his wife and as Power of Attorney."

    b. In Paragraph 5 of the Joint Complaint and Amended Joint Complaint (Paragraph 3 of the Short Form Complaint), adding a subparagraph as follows: "In conjunction with Plaintiff Vernon Loomis' claim, Lisa Loomis, spouse of Vernon Loomis, asserts a claim for loss of consortium."

6. No further changes with regard to Vernon Loomis are requested.

A proposed form of Order has been submitted herewith.

Dated: April 22, 2016             Respectfully submitted,

          **STARK & STARK**
          **A Professional Corporation**

          */s/ Martin P. Schrama*
          Martin P. Schrama, Esq. (NJ #039581997)
          mschrama@stark-stark.com
          Stark & Stark
          993 Lenox Drive
          Lawrenceville, NJ 08648
          Tel: 609.896.9060
          Fax: 609.896.0629
          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2016, a complete copy of the foregoing Motion for Leave to File Amended Complaint has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

          */s/ Martin P. Schrama*
          Martin P. Schrama, Esq.