UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| | **JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

VERNON LOOMIS and/by LISA LOOMIS, his wife, and as Power of Attorney

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-02022**

**AMENDED SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint and Amended Joint Complaint filed in *In Re Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Amended Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Vernon Loomis, is identified more fully in Paragraph 5 of the Plaintiffs' Joint Complaint and Amended Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint and Amended Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. In conjunction with Plaintiff Vernon Loomis' claim, Lisa Loomis, spouse of Vernon Loomis, asserts a claim for loss of consortium.

4. Individual Plaintiffs herein resides at 8899 County Route 5, Chaumont, New York 13622.

5. The Xarelto User resides (or if deceased, resided at the time of death) in Jefferson County in the State of New York.

6. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiff.

7. Attached as Attachment 2 is a list of the individual case captions for the Plaintiffs named in the Joint Complaint and Amended Joint Complaint.

Dated: April 22, 2016

Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq. (NJ #039581997)
mschrama@stark-stark.com
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648
Tel: 609.896.9060
Fax: 609.896.0629
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2016, a complete copy of the foregoing Short Form Complaint has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq.