# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592**<br><br>**SECTION L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH**<br><br><u>**JURY TRIAL DEMANDED**</u> |

**THIS DOCUMENT RELATES TO:**

**VERNON LOOMIS (LISA LOOMIS as Power of Attorney for VERNON LOOMIS)**

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-02022**

## ORDER

Considering the foregoing Motion for Leave to Amend Complaint for the above- named case,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Complaint is granted. The Clerk is directed to (1) file the Amended Short Form Complaint attached as Exhibit 1 to Plaintiff's Motion; and (2) edit the caption for this action to reflect "VERNON LOOMIS, and/by LISA LOOMIS, his wife and as Power of Attorney," as Plaintiffs.

**DONE AND SIGNED** this _____day of _____, 2016, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE