UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592** |
| THIS DOCUMENT RELATES TO: | **SECTION: L** |
| Suzanne Cosmillo v. Janssen, et. al. – 2:15-cv-04030<br>Sandra Thompson v. Janssen, et. al. – 2:15-cv-04758 | **JUDGE: ELDON E. FALLON**<br>**MAG. JUDGE MICHAEL NORTH**<br>**NOTICE OF COMPLIANCE** |

**NOTICE OF COMPLIANCE**

The Plaintiffs, Suzanne Cosmillo and Sandra Thompson, in the above-captioned matters give notice that each complied with the defendant's discovery requests on the following dates:

1. Suzanne Cosmillo – April 21, 2016
   a. 2:15-cv-04030
2. Sandra Thompson – April 19, 2016
   a. 2:15-cv-04758

Dated: April 22, 2016

s/ Randi Kassan, Esq.
SANDERS VIENER GROSSMAN, LLP
Randi A. Kassan, Esq.
Marc D. Grossman, Esq.
100 Herricks Road, Mineola, NY 11501
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@thesandersfirm.com
mgrossman@thesandersfirm.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on today's date, foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: April 22, 2016

                                              s/ Randi Kassan, Esq.
SANDERS VIENER GROSSMAN, LLP
Randi A. Kassan, Esq.
Marc D. Grossman, Esq.
100 Herricks Road, Mineola, NY 11501
Tel: (516) 741-5600
Fax: (516) 741-0128
rkassan@thesandersfirm.com
mgrossman@thesandersfirm.com

Counsel for Plaintiffs