# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE XARELTO (RIVAROXABAN)          )          MDL NO. 2592
PRODUCTS LIABILITY LITIGATION        )
                                     )          SECTION: L
                                     )          Judge Fallon
_____)          Mag. Judge North

**THIS DOCUMENT RELATES TO:**

*Emma Gulledge v. Janssen Research & Development, LLC, et al.*
    **CASE NO.:  2:16-cv-01142**

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE PURSUANT TO PTO 24 AND FED. R. CIV. P. 41(a)(2)

COMES NOW, the Plaintiff, by and through counsel, and pursuant to PTO 24 and Fed. R

Civ. P. 41(a)(2), and requests an order dismissing this case against all Defendants without

prejudice to refile.  Plaintiff's Memorandum of Law in support of the instant motion is filed

concomitantly herewith.

WHEREFORE, THESE PREMISES CONSIDERED, pursuant to PTO 24 and Fed. R

Civ. P. 41(a)(2), Plaintiff respectfully requests an order dismissing this case without prejudice to

refile in this MDL

    Dated: April 24, 2016.        Respectfully Submitted,

                                    *s/ Nathan C. VanDerVeer*
                                    Nathan C. VanDerVeer

**FARRIS, RILEY & PITT, LLP**
The Financial Center, Suite 1700
505 20th Street North
Birmingham, Alabama 35203
(205) 324-1212 phone
(205) 324-1255 fax
nate@frplegal.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: April 24, 2016.

*s/ Nathan C. VanDerVeer*
Nathan C. VanDerVeer