UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  * MDL NO. 2592
PRODUCTS LIABILITY LITIGATION
  * SECTION L

  * JUDGE ELDON E. FALLON

  * MAG. JUDGE NORTH
******************************************
THIS DOCUMENT RELATES TO ALL CASES

PRE-TRIAL ORDER NO. 27
(Plaintiff Fact Sheets and Defendant Fact Sheets)

By agreement of the parties, this Order modifies PTO Nos. 13, 13A, 14 and 14A in regard to Plaintiff Fact Sheets (PFS) and Defendant Fact Sheets (DFS), as follows:

**PLAINTIFF FACT SHEETS**

1. Plaintiffs shall provide a complete PFS, and amend their PFS if necessary, for the 40 discovery pool cases.

2. For all other cases (not in the discovery pool) where Plaintiff's PFS were due on or after March 30, 2016, Plaintiffs shall be obligated to substantially complete Section 1 (as defined by Paragraph 2of PTO 14) of the PFS only (Core Case Information), and provide records of proof of use and proof of injury within 90 days from the date Plaintiff's complaint was filed. Plaintiffs shall also produce medical records and pharmacy records responsive to Section IX of the Plaintiff Fact Sheet.

**DEFENDANT FACT SHEETS**

1. Defendants shall provide a complete DFS, and amend their DFS if necessary, for the 40 discovery pool cases.

2. For all other cases (not in the discovery pool), Defendants will complete a DFS within 90 days of this Order for cases where a substantially complete PFS (as defined by Paragraph 2 of PTO 14) has been served as of March 30, 2016. Defendants will not be obligated to serve a DFS for any PFS served after March 30, 2016.

3. The defendant Bayer Pharmaceutical A.G. (BPAG) is not obliged to serve a DFS in any past or future cases except in the 40 discovery pool cases, and such responses need only be a formal statement that BPAG has no relevant materials required by the DFS.

Upon notification that the parties wish to terminate the foregoing agreement, the Court will establish a schedule for the service of Defendant Fact Sheets in cases where core-complaint Plaintiff Fact Sheets were served after March 30, 2016.

New Orleans, Louisiana, this ___22nd___ day of _____April_____, 2016.

_____
Honorable Eldon E. Fallon
United States District Judge

2