UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The Court has reviewed the proposed Pretrial Order regarding contact with physicians, and finds that it would be helpful to briefly speak with the parties regarding its terms. Therefore

**IT IS ORDERED** that a telephone status conference concerning the proposed Pretrial Order regarding contact with physicians shall be held on Tuesday, April 26, 2016, at 1:30. The call-in number for the conference is 877-336-1839; access code 4227405; security code 042616. One informed counsel per party shall be sufficient for presentation.

New Orleans, Louisiana this 22nd day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE