MINUTE ENTRY
FALLON, J.
APRIL 8, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO: ALL CASES**

On this date, the Court held a discovery telephone status conference with lead and liaison counsel.  The parties discussed the status of discovery, as well as developing issues which may be submitted to the Court.  The parties also discussed the timing of the PSC's Motion to Compel Discovery of Defendants' German Employees and Their Personnel Files.  R. Doc. 2951.

**IT IS ORDERED** that the submission date for the PSC's Motion to Compel Discovery is set for May 5, 2016.

**IT IS FURTHER ORDERED** that the Court will hear in-person oral argument regarding the Motion to Compel Discovery immediately following the discovery telephone status conference set for May 5, 2016, at 3:30.  The call-in information for the status conference remains unchanged.

**IT IS FURTHER ORDERED** that Defendants' shall submit their Opposition to the Motion to Compel Discovery on or before April 21, 2016.  The Court will accept a Reply from the PSC, provided that it is filed on or before April 28, 2016.

1

JS10(00:55)