**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE : XARELTO (RIVAROXABAN) PRODUCTS LIABILITY** | : : : : : : : | **MDL No. 2592** <br><br> **SECTION: L** <br><br> **JUDGE: ELDON E. FALLON** <br><br> **MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

*Mary R. Sudol, et al. v. Janssen Research & Development, LLC, et al.*
*2:15-cv-01500-EEF-MBN*

**PROPOSED ORDER**

IT IS ORDERED that Plaintiff's Motion to Withdraw Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's Motion to Withdraw, R. Doc. 1996, is hereby WITHDRAWN.

Signed, this ___21st___ day of ___April___, 2016

Honorable Eldon E. Fallon
U.S. District Court Judge