UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :   MDL No. 2592
                                 :
                                 :   SECTION L
                                 :
                                 :   JUDGE ELDON E. FALLON
                                 :
_____   :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:            **JURY TRIAL DEMANDED**

JOE MCCORMICK
CIVIL ACTION NO.: 2:16-CV-00335

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED IN PART AND DENIED IN PART and that Plaintiff's claims against all defendants in *McCormick v. Janssen Research & Development, LLC, et al* (2:16-cv-00335) are hereby voluntarily DISMISSED, WITH PREJUDICE, each party to bear their own costs.

Signed, this  21st  day of _____April_____, 2016

_____
Hon. Eldon E. Fallon
U.S. District Court Judge