UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTINE YORIO<br>LINDA CAROLIPIO<br>ROBERTA USHER<br><br>  Plaintiffs,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | MDL NO. 2592<br><br>SECTION:   L<br><br>  16-CV-00809<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Plaintiff Christine Yorio's Motion to Dismiss Without Prejudice is hereby GRANTED IN PART AND

DENIED IN PART.  Plaintiff's case is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 21st day of     April     , 2016.

SO ORDERED:

_[signature: Eldon E. Fallon]_
UNITED STATES DISTRICT JUDGE

April        22nd
_____
DATE