UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**SHARON TOTTEN** *vs. Janssen Research & Development, LLC et al;*
Civil Action No. **2:15-cv-03619**

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED IN PART AND DENIED IN PART and that Plaintiff's claims in Sharon Totten v. Janssen Research & Development, et al. 2:15-cv-03619 are hereby voluntarily DISMISSED, WITH PREJUDICE, each party to bear its own costs.

Signed, this ___21st___ day of ___April___, 2016

Honorable Eldon E. Fallon
U.S. District Court Judge