## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTINE YORIO<br>LINDA CAROLIPIO<br>ROBERTA USHER<br><br>  Plaintiffs,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC<br>f/k/a JOHNSON AND JOHNSON<br>PHARMACEUTICAL RESEARCH AND<br>DEVELOPMENT LLC, JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a<br>JANSSEN PHARMACEUTICA INC. f/k/a<br>ORTHO-MCNEIL-JANSSEN<br>PHARMACEUTICALS, INC., JOHNSON &<br>JOHNSON COMPANY BAYER HEALTHCARE<br>PHARMACEUTICALS, INC., BAYER PHARMA<br>AG, BAYER CORPORATION, BAYER<br>HEALTHCARE LLC, BAYER HEALTHCARE<br>AG, and BAYER AG | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL<br>NORTH<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Plaintiff Linda Carolipio's Motion to Dismiss Without Prejudice is hereby GRANTED IN PART

AND DENIED IN PART.  Plaintiff's Motion is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 21st day of _____April_____, 2016.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE