# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVOROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| **THIS DOCUMENT RELATES TO:** *May v. Janssen Research & Development LLC, et al.* Case No. 2:15-cv-03803 | Section: L Judge Fallon Mag. Judge North |

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED IN PART AND DENIED IN PART and that Plaintiff's claims against defendants in *May v. Janssen Research & Development, LLC, et al* (2:15-cv-03803) are hereby voluntarily DISMISSED, WITH PREJUDICE, each party to bear their own costs.

Signed, this 21st day of April 2016

Hon. Eldon E. Fallon
U.S. District Court Judge