# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**   **JURY TRIAL DEMANDED**

**MARK ANTHONY RADIANO**

CIVIL ACTION NO.: 2:15-cv-6712

## ORDER

IT IS ORDERED that Plaintiffs' Motion to Dismiss Without Prejudice is hereby GRANTED IN PART AND DENIED IN PART and that Plaintiffs' claims against all defendants in Radiano v. Janssen Research & Development, LLC, et al (2:15-cv-6712) are hereby voluntarily DISMISSED, WITH PREJUDICE, each party to bear their own costs.

Signed, this  21st  day of       April       , 2016

Hon. Eldon E. Fallon
U.S. District Court Judge