UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Joyce Mannhalter ONLY; 2:15-cv-03148-EEF-MBN**

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED IN PART AND DENIED IN PART as to Joyce Mannhalter ONLY and that Plaintiff's claims are hereby DISMISSED, WITH PREJUDICE, each party to bear their own costs.

IT IS FURTHER ORDERED that Plaintiff shall refile only in MDL No. 2592.

Signed, this   21st   day of         April        , 2016.

_____
Honorable Eldon E. Fallon
U.S. District Judge

1