UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br>JURY TRIAL DEMANDED |

**This Document Relates To:**

**ROBERTA LAWRENCE**
**Case No. 2:16-cv-01063**

## ORDER

THIS MATTER, having come before the Court on Plaintiff Roberta Lawrence's Motion for Voluntary Dismissal without Prejudice, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Roberta Lawrence's Motion for Voluntary Dismissal without Prejudice is GRANTED IN PART AND DENIED IN PART. Plaintiff's case is hereby **DISMISSED WITH PREJUDICE**, each party to bear their own attorneys' fees and costs.

Dated: April 21st 2016

_____
Judge