# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 <br> ) SECTION L <br> ) JUDGE ELDON E. FALLON <br> ) MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT ONLY APPLIES TO: <br> Charles Sanfilippo, <br>     Plaintiff, <br> v. <br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, <br>     Defendants. | ) <br> ) <br> ) <br> ) Case No. 2:16-cv-00629-EEF-MBN <br> ) <br> ) <br> ) |

## **ORDER**

Considering the foregoing;

**IT IS ORDERED** that the Unopposed Motion for To Substitute Party Plaintiff and For Leave to Amend Complaint *Instanter* filed by the Plaintiff, Laurie Sanfilippo on behalf of Charles Sanfilippo, deceased, be and the same is hereby **GRANTED,** and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this  21st  day of     April     , 2016

_____
**UNITED STATES DISTRICT JUDGE**