## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCT LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> TRACEY LOWE, ) <br> As surviving spouse of ) <br> JAMES RICHARD LOWE, JR., deceased, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT,) <br> LLC, JOHNSON & JOHNSON COMPANY, ) <br> JANSSEN ORTHO, LLC; ) <br> JANSSEN PHARMACEUTICALS, INC., ) <br> BAYER CORPORATION, BAYER AG, ) <br> BAYER HEALTHCARE, LLC, ) <br> BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC., ) <br> BAYER PHARMA AG, ) <br> BAYER HEALTHCARE AG, ) <br> ) <br>     Defendants. ) | MDL NO. 2592 <br><br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br><br><br><br><br> Civil Action No.: 2:15-cv-03893-EEF-MBN |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS PURSUANT TO PTOs 10 AND 11

    COMES NOW Plaintiff, Tracey Lowe, through undersigned counsel, and respectfully requests this Court grant their Motion for Extension of Time Within Which to Serve Process Under PTOs 10 and 11.  Plaintiffs request that the Court grant them an additional 30 days from the date of the Court's order granting this Motion to serve Defendants.

    This Motion is supported by Plaintiffs' Brief in Support of Motion for Extension of Time Within Which to Serve Process Under PTOs 10 and 11 and the declaration of Clinton L. Kelly, which are filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests the Court grant them an additional thirty (30) days from the date of the Court's order granting this Motion to serve Defendants.

April 25, 2016                                    Respectfully submitted,

**THE KELLY FIRM**

/s/ Clinton L. Kelly
F. Dulin Kelly, TN BPR No. 04085
Clinton L. Kelly, TN BPR No. 16171
629 East Main Street
Hendersonville, Tennessee 37075
Telephone:  (615) 824-3703
Facsimile:   (615) 824-2674
dulin@kellyfirm.org
clint@kellyfirm.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2016, that a copy of the above and foregoing document has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Clinton L. Kelly
Clinton L. Kelly