## Michele Mize

| | |
|---|---|
| **From:** | Michele Mize |
| **Sent:** | Friday, April 22, 2016 2:12 PM |
| **To:** | 'JWaechter@ForThePeople.com'; 'MGoetz@ForThePeople.com' |
| **Cc:** | Clint Kelly |
| **Subject:** | XARELTO/LOWE:  FW: New Unserved Complaint Notice– MDL 2592 |
| | |
| **Importance:** | High |

Mr. Waechter and Mr. Goetz:

I am writing to request your file copies of proof of service of process on Defendants in 2388498 Lowe, James (Deceased) - Xarelto: Lowe v. Janssen, Case No. 2:15-cv-3893 (Xarelto litigation). Thank you.

Kind Regards,

Michele

**Michele Mize**
Paralegal
**THE KELLY FIRM**
629 East Main Street
Hendersonville, TN 37075
615-824-3703
615-824-2674 facsimile
michele@kellyfirm.net
www.kellyfirm.net

The information contained in this message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and—as such— is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and any review, dissemination, distribution, or copying of its contents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (615) 824-3703 and return the message to us via e-mail. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

 Please print responsibly.

**From:** MDL Centrality Administrator [mailto:noreply@mdlcentrality.com]
**Sent:** Friday, April 15, 2016 2:07 PM
**To:** Michele Mize
**Subject:** New Unserved Complaint Notice– MDL 2592
**Importance:** High

This is an automated message from the MDL Centrality Administrator. Defendants have reviewed the Plaintiff Fact Sheet (PFS) for the plaintiff listed below for substantial completeness pursuant to PTOs 13 and 14 and have determined that the this lawsuit has not been served on one or both Defendants. As no lawsuit has been served, the submission of this Plaintiff Fact Sheet does not result in the creation of a deadline for submission of a Defendant Fact Sheet by the unserved Defendant(s). If the lawsuit is served, any applicable deadlines will run from the date of service.

| | Plaintiff ID | Name | Law Firm | Date Filed |
|---|---|---|---|---|
| 1. | 4406 | LOWE, JAMES R | The Kelly Firm | 4/15/2016 |


EXHIBIT
B

If you have questions regarding this notice, those inquiries should be directed to: XareltoMDL2592-PFSInquiries@babc.com. This Notice does not constitute a waiver of Defendants' right to identify additional deficiencies.

Click here to access MDL Centrality and use the View Documents button to view a pdf copy of this Notice.

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*