## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCT LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> TRACEY LOWE, ) <br> As surviving spouse of ) <br> JAMES RICHARD LOWE, JR., deceased, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT,) <br> LLC, JOHNSON & JOHNSON COMPANY, ) <br> JANSSEN ORTHO, LLC; ) <br> JANSSEN PHARMACEUTICALS, INC., ) <br> BAYER CORPORATION, BAYER AG, ) <br> BAYER HEALTHCARE, LLC, ) <br> BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC., ) <br> BAYER PHARMA AG, ) <br> BAYER HEALTHCARE AG, ) <br> ) <br>     Defendants. ) | MDL NO. 2592 <br><br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br><br><br><br> Civil Action No.: 2:15-cv-03893-EEF-MBN |

### DECLARATION OF CLINTON L. KELLY IN SUPPORT OF BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS PURSUANT TO PTOs 10 AND 11

I, Clinton L. Kelly, hereby declare as follows:

1. I am an attorney with THE KELLY FIRM, counsel for Plaintiff. I am licensed to practice before all courts of the State of Tennessee. If called as a witness I could and would competently testify to the following:

2. I assumed responsibility of Plaintiff's case on November 11, 2015, at which point Plaintiff's Fact Sheet was due and there were no medical records to prove usage of Xarelto.

3. My staff was consumed with preparation of Plaintiff's Fact Sheet and obtaining medical records to support the case and did not check the status of the eight (8) Summons they requested the Court issue on November 13, 2015.

4. I learned the Court issued the eight (8) Summons on April 19, 2016, following a search that my Paralegal conducted on Pacer.

5. As Plaintiff's former counsel were not generally agreeable to transfer counsel in this case, they have not provided any file materials or information regarding service of Defendants of the two (2) Summons that they initially requested issued. As a result, I have no confirmation if they served the original two (2) Summons issued (to Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc.).

6. Plaintiff's PFS including medical and pharmacy records has been completed and served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 25, 2016, at Hendersonville, Tennessee.

*Clint Kelly*
Clinton L. Kelly, TN BPR No. 16171

STATE OF TENNESSEE   )
COUNTY OF SUMNER    )

__Clinton L. Kelly__ with whom I am personally acquainted, personally appeared before me, the undersigned Notary Public, and acknowledged that he executed the within instrument for the purposes herein contained.

Sworn to and subscribed before me this 25th day of April, 2016.

*Michele Mize*
Notary Public

My Commission Expires: 1-11-2017

2