IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*Gary T. Allen, et al v. Janssen Research & Development, LLC, et al; LAED USDC NO. : 2:16-cv-1548-EEF-MBN*

## MOTION FOR EXTENSION OF TIME TO SERVE PROCESS

COMES NOW, Plaintiffs, by counsel, and respectfully move this Court for an order allowing them an additional twenty (20) days from the date of this motion to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, via expedited service as defined in Pre Trial Order # 10. In support of their motion, Plaintiffs state as follows:

1. This matter was filed into In Re: Xarelto (Rivoraxaban) Product Liability Litigation, MDL No. 2592 on February 23, 2016.

2. On April 6, 2016, Plaintiffs' counsel emailed Defendants' counsel Dierdre Kole to see if Defendants would consent to Plaintiffs Ivan Juarbe and Patricia Juarbe, Wife, voluntarily dismissing their claims from the above-referenced matter. Ms. Kole indicated that she would raise the matter with her client and respond (see email string attached marked as Exhibit "A").

3. On April 8, 2016, April 12, 2016 and April 15, 2016, Plaintiffs' counsel followed up

with Defendants' counsel regarding the request and received a response that the Defendants would send language, presumably for a consent order allowing the dismissal of Plaintiffs Juarbe's claims (see email string attached marked as Exhibit "B").

4. To date Plaintiffs' counsel has not received the language for the dismissal and Defendants' counsel is currently out of the office until May 2, 2016 (see email string attached marked as Exhibit "C").

5. In light of the foregoing, Plaintiffs request that this Court enter an order granting them twenty (20) days from the date of this motion to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG pursuant to Pre-Trial Order 10, so that Plaintiffs Juarbe's claims may be dismissed prior to serving the Defendants.

WHEREFORE, Plaintiffs respectfully move for an order from this Court granting them twenty (20) days from the date of this motion to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG.

Respectfully submitted this the 25th day of April, 2016.

MOTLEY RICE LLC

 /s/ Carmen S. Scott
Carmen S. Scott
cscott@motleyrice.com
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
Phone: 843-216-9000
Fax: 843-216-9440

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that a complete copy of the foregoing Motion for Extension of Time has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 25th day of April, 2016.

                                                s/ Carmen S. Scott