## Dotson, Kimberly A.

| | |
|---|---|
| **From:** | Kole, Deirdre R. <Deirdre.Kole@dbr.com> |
| **Sent:** | Wednesday, April 06, 2016 3:38 PM |
| **To:** | Scott, Carmen |
| **Cc:** | Dotson, Kimberly A. |
| **Subject:** | RE: Voluntary Dismissal of Cases |

Thanks.  I'll raise with counsel for Bayer and get back to you.

---

**From:** Scott, Carmen [mailto:cscott@motleyrice.com]
**Sent:** Wednesday, April 06, 2016 3:33 PM
**To:** Kole, Deirdre R.
**Cc:** Dotson, Kimberly A.
**Subject:** RE: Voluntary Dismissal of Cases

Pennsylvania residents.

**Carmen Sessions Scott** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9160 | f. 843.216.9430 | cscott@motleyrice.com

**From:** Kole, Deirdre R. [mailto:Deirdre.Kole@dbr.com]
**Sent:** Wednesday, April 06, 2016 3:26 PM
**To:** Scott, Carmen <cscott@motleyrice.com>
**Cc:** Dotson, Kimberly A. <kdotson@motleyrice.com>
**Subject:** RE: Voluntary Dismissal of Cases

Why do they need to be refiled elsewhere?

Thanks.

---

**From:** Scott, Carmen [mailto:cscott@motleyrice.com]
**Sent:** Wednesday, April 06, 2016 3:23 PM
**To:** Kole, Deirdre R.
**Cc:** Dotson, Kimberly. A.
**Subject:** Voluntary Dismissal of Cases

Hi Ms. Kole:

We have two cases that were filed in a bundle — one of which has been unbundled and one that has not yet been unbundled. These cases now need to be dismissed and refiled elsewhere. There are no SOL issues on the cases. Would you be willing to stipulate to the dismissal of these cases without prejudice? The cases are:

William Richards -  Unbundled case number is 2:15-cv-2649.  (was filed in lead case Neil Cavanaugh, 2:15-cv-2242).

1

Ivan Juarbe – not yet unbundled – 2:16-cv-1548, main case is: Gary Allen.

Please let me know at your convenience.  Thanks.

Carmen Scott


**Carmen Sessions Scott** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9160 | f. 843.216.9430 | cscott@motleyrice.com


Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*