## Dotson, Kimberly A.

**From:** Scott, Carmen
**Sent:** Monday, April 25, 2016 1:09 PM
**To:** Dotson, Kimberly A.
**Subject:** Fwd: Automatic reply: Checking in

Looks like we're going to need that extension

Sent from my iPhone

Begin forwarded message:

> **From:** "Kole, Deirdre R." <Deirdre.Kole@dbr.com>
> **Date:** April 25, 2016 at 12:42:37 PM EDT
> **To:** "Scott, Carmen" <cscott@motleyrice.com>
> **Subject: Automatic reply: Checking in**
>
> Thank you for your message. I will be out of the office until May 2, 2016 with limited access to email. If you need immediate assistance, please contact Gloria Deane at 973-549-7298.
>
> *****************************************
> Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
> *****************************************
> This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
> *****************************************

# Dotson, Kimberly A.

**From:** Scott, Carmen
**Sent:** Monday, April 25, 2016 12:42 PM
**To:** Kole, Deirdre R.
**Cc:** Dotson, Kimberly A.
**Subject:** RE: Checking in

Hi Deirdre:
Following up on this again. Can you let me know when this might be available? Thanks.

---

**From:** Kole, Deirdre R. [Deirdre.Kole@dbr.com]
**Sent:** Friday, April 15, 2016 11:49 AM
**To:** Scott, Carmen
**Cc:** Dotson, Kimberly A.
**Subject:** RE: Checking in

We're just wordsmithing. I'll send you language.

---

**From:** Scott, Carmen [mailto:cscott@motleyrice.com]
**Sent:** Friday, April 15, 2016 11:43 AM
**To:** Kole, Deirdre R.
**Cc:** Dotson, Kimberly A.
**Subject:** RE: Checking in


Hi Deirdre:
Sorry to continue to bug you on this. If you provide me the defense contact for this question I'll be happy to follow up with them. Thanks!

Carmen

**Carmen Sessions Scott** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9160 | f. 843.216.9430 | cscott@motleyrice.com


**From:** Scott, Carmen
**Sent:** Tuesday, April 12, 2016 1:32 PM
**To:** 'Kole, Deirdre R.' <Deirdre.Kole@dbr.com>
**Cc:** Dotson, Kimberly A. <kdotson@motleyrice.com>
**Subject:** FW: Checking in

Checking in on this. Thanks.

**Carmen Sessions Scott** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9160 | f. 843.216.9430 | cscott@motleyrice.com

1

**From:** Kole, Deirdre R. [mailto:Deirdre.Kole@dbr.com]
**Sent:** Friday, April 08, 2016 2:22 PM
**To:** Scott, Carmen <cscott@motleyrice.com>
**Cc:** Dotson, Kimberly A. <kdotson@motleyrice.com>
**Subject:** RE: Checking in

Let me follow up. Thanks.

**From:** Scott, Carmen [mailto:cscott@motleyrice.com]
**Sent:** Friday, April 08, 2016 2:18 PM
**To:** Kole, Deirdre R.
**Cc:** Dotson, Kimberly A.
**Subject:** Checking in

Hi Deirdre:
Just checking to see if you had a chance to speak to counsel about the stipulations of dismissal in Ivan Juarbe and William Richards. Thanks.

Carmen

**Carmen Sessions Scott** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9160 | f. 843.216.9430 | cscott@motleyrice.com

Confidential & Privileged
Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Confidential & Privileged
Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's

2

Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.

****************************************

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.
****************************************