IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gary T. Allen, et al v. Janssen Research & Development, LLC, et al; LAED USDC NO. : 2:16-cv-1548-EEF-MBN*

## ORDER

Considering the foregoing Motion for Extension of Time to Serve Process Pursuant to Pre Trial Order 10 and upon consideration of the Motion, and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiffs Motion for Extension of Time to Serve Process Pursuant to Pre Trial Order 10 is hereby **GRANTED** and that the deadline for Plaintiffs to Serve Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG pursuant to Pre Trial Order 10 is extended through and including May 16, 2016.

DONE AND SIGNED this the _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE