UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

On March 9, 2016, the Court issued its Order and Reasons Regarding Contact with Physicians. R. Doc. 2676. On April 6, 2016, Defendants filed a Motion for Reconsideration of the aforementioned Order & Reasons. R. Doc. 2991. Later that day, the parties filed with the Court a proposed pretrial order implementing this Court's Order & Reasons. The parties disagreed as to some of the provisions of the pretrial order. Many of the disagreements were expressed in the Defendants' Motion for Reconsideration. The Court held a status conference to discuss the matter with the parties on April 7, 2016. Having considered the Defendants' motion, the parties' proposed pretrial order, and the arguments presented at telephonic oral argument, the Court issued Pretrial Order #28.

**IT IS ORDERED** that Defendants' Motion for Hearing, R. Doc. 2992, is hereby dismissed as **MOOT**.

NEW ORLEANS, LOUISIANA, this 27th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE