MINUTE ENTRY
FALLON, J.
APRIL 26, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic hearing was held on this date in the Courtroom of Judge Eldon E. Fallon. The PSC was represented by Lenny Davis and Andy Birchfield. Defendants were represented by Jim Irwin, Susan Sharko, Steve Glickstein, and Andrew Solow. After hearing from the parties concerning a proposed Pretrial Order regarding physician contact, the Court took the discovery matter under submission.

JS10(00:7)