UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO FRANCES ANDERSON Civil Action No. 2:15-cv-05664 | : : : : : | JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO DISMISS BAYER HEALTHCARE, LLC AND PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER HEALTHCARE, LLC**

COMES NOW Plaintiff Frances Anderson by and through her attorneys, and hereby files this Withdrawal of Plaintiff's Motion to Dismiss Without Prejudice solely against Bayer Healthcare, LLC, filed on February 17, 2016 [Document 2266 in 2:14-md-02592] and Plaintiff's Notice of Voluntary Dismissal Without Prejudice solely against Bayer Healthcare, LLC, filed on February 17, 2016 [Document 2267 in 2:14-md-02592].

Dated: April 28, 2016

Respectfully submitted,

/s/ Neil D. Overholtz
Florida Bar No.: 0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone: (850) 202-1010
Fax: (850) 916-7449
noverholtz@awkolaw.com
*Attorney for Plaintiff(s)*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of April, 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record.

s/ Neil D. Overholtz