UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
:
THIS DOCUMENT RELATES TO: :
:
CHRIST DUMAS :
:
Case #: 2:16-cv-00447

# ORDER ON MOTION FOR LEAVE TO FILE REPLY

THIS CAUSE, having come before this Honorable Court Plaintiff's Motion for Leave to File a Reply, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Plaintiff's motion is GRANTED.

2. Plaintiff shall file a Reply to Defendants' Response to Plaintiff's Motion for Extension of Time to serve the Plaintiff Fact Sheet.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on April 29th 2016.

_____
JUDGE ELDON E. FALLON

Cc: All counsel of record