# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

| | | | |
|---|---|---|---|
| STATE FILE NUMBER: 2016 0022374 | | | DATE ISSUED: 3/21/2016 |
| DECEDENT'S LEGAL NAME: CHRIST JOHN DUMAS | | SEX: MALE | DATE OF DEATH: MARCH 09, 2016 |
| COUNTY OF DEATH: COOK | AGE AT LAST BIRTHDAY: 90 YEARS | DATE OF BIRTH: [redacted] 1926 | |
| CITY OR TOWN: BERWYN | HOSPITAL OR OTHER INSTITUTION NAME: SEASONS HOSPICE AT MACNEAL HOSPITAL | | |
| PLACE OF DEATH: HOSPICE FACILITY | | | |
| BIRTHPLACE: ELGIN, IL | SOCIAL SECURITY NUMBER: [redacted]7293 | STATUS AT TIME OF DEATH: WIDOWED | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME: | EVER IN U.S. ARMED FORCES? YES |
| RESIDENCE: 4600 SOUTH WISCONSIN AVENUE | APT. NO. | CITY OR TOWN: BERWYN | INSIDE CITY LIMITS? YES |
| COUNTY: COOK | STATE: IL | ZIP CODE: 60402 | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION: JOHN CHRIST DUMAS | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION: ESTHER KOUSTAMANIAS |
| INFORMANT'S NAME: JOHN CHRIST DUMAS | RELATIONSHIP: SON | MAILING ADDRESS: 6527 EIDER STREET, SAN DIEGO, CA, 92114 | |
| METHOD OF DISPOSITION: CREMATION | PLACE OF DISPOSITION: BOHEMIAN NATIONAL CEMETERY (HERITAGE MEMORIAL CEM) | LOCATION - CITY OR TOWN AND STATE: CHICAGO, IL | DATE OF DISPOSITION: MARCH 11, 2016 |
| FUNERAL HOME: VETERANS FUNERAL SERVICE, P.O. BOX 41, HINES, IL, 60141 | | | |
| FUNERAL DIRECTOR'S NAME: DAVID CARL PIMM | | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER: 034015042 | |
| LOCAL REGISTRAR'S NAME: ELIZABETH A PECHOUS | | DATE FILED WITH LOCAL REGISTRAR: MARCH 21, 2016 | |

**CAUSE OF DEATH**

PART I.
IMMEDIATE CAUSE (Final disease or condition resulting in death): CONGESTIVE HEART FAILURE

Due to (or as a consequence of):

Due to (or as a consequence of):

Due to (or as a consequence of):

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

| | |
|---|---|
| WAS AN AUTOPSY PERFORMED? NO | |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A | |
| FEMALE PREGNANCY STATUS: NOT APPLICABLE | MANNER OF DEATH: NATURAL |
| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
| LOCATION OF INJURY | | | |
| DESCRIBE HOW INJURY OCCURRED: | | IF TRANSPORTATION INJURY, SPECIFY: |
| ATTEND THE DECEASED? NO | DATE LAST SEEN ALIVE: UNKNOWN | WAS MEDICAL EXAMINER OR CORONER CONTACTED? YES | DATE PRONOUNCED | TIME OF DEATH: 06:28 AM |
| CERTIFIER: PHYSICIAN | | | DATE CERTIFIED: MARCH 19, 2016 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH: ADRIANA ACURIO MD, 606 POTTER ROAD, DES PLAINES, ILLINOIS, 60016 | | | PHYSICIAN'S LICENSE NUMBER: 036-120610 |



This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.



David Orr
Cook County Clerk



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE