UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL NO. 2592
PRODUCTS LIABILITY LITIGATION : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Beverly Copeland; Wesley Gilliard;*
*Arlene Klemme; Arlene Sorenson; and*
*David Stokes*
2:16-cv-02324-EEF-MBN

## ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED JOINT COMPLAINT

The COURT, having reviewed Plaintiffs' *Motion for Leave to File First Amended Joint Complaint*, any responses and replies thereto, if any, hereby FINDS Plaintiffs' motion to have merit and GRANTS the same, thereby allowing the filing of Plaintiffs' *First Amended Joint Complaint* attached as Exhibit 1 to their motion. The *First Amended Joint Complaint* shall be deemed to have been filed as of the date of this Order.

Dated: April 29th 2016

By: /s/ Eldon E. Fallon
United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April 2016, a copy of the foregoing *Order Granting Motion for Leave to File First Amended Joint Complaint* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17.

By:  /s/ John R. Crone
John R. Crone, Esq.
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: john.crone@andruswagstaff.com