## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLENE BROWN; WILLIAM CAULFORD; HOWARD CUSTARD; DUSTIN DWYER; JACK HASKINS; CATHY HEARD; LINDA HAMEL; JOHN HASKINS; VICKI LYNN LYNDARD<br><br>       Plaintiff<br><br>  v. | MDL 2592<br><br>SECTION:  L<br><br><br>JUDGE: ELDON E. FALLON<br><br><br>MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG;<br><br>       Defendants. | **JURY TRIAL DEMANDED**<br><br>Civil Action No.: 2:16-cv-1659 |

## ORDER

On Plaintiffs' Motion to Amend Case Caption, IT IS HEREBY ORDERED that the caption in this matter is amended to read:

"CHARLENE BROWN; WILLIAM CAULFORD; HUBERT CUSTARD; DUSTIN DWYER; JACK HASKINS; CATHY HEARD; LINDA HAMEL; JOHN HASKINS; VICKI LYNN LYDARD

   Plaintiffs,


  v.


JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG;

   Defendants."


Dated: <u>29th</u> day of April, 2016

           _____

          HONORABLE JUDGE ELDON E. FALLON