UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 SECTION L JUDGE EDLON FALLON MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:
TIMOTHY MARTIN, 16-CV-01327

## ORDER

In light of the stay order issued in the subject matter (Rec. Doc. 5), Plaintiff and Defendants

3M Company and Arizant Healthcare, Inc. have requested that they be relieved of monitoring the

MDL docket and attending MDL status conferences unless and until the Court directs otherwise.

Therefore,

IT IS ORDERED that Plaintiff and Defendants 3M Company and Arizant Healthcare, Inc.

are relieved of monitoring the MDL docket and attending MDL status conferences until such a

time as the Court directs otherwise. Liaison Counsel will be notified if any issues arise which

pertain to the subject matter so that the pertinent information can be disseminated to counsel for

all parties.

New Orleans, Louisiana this _____ day of _____, 2016
29th     April

UNITED STATES DISTRICT JUDGE