UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Leave to File Plaintiffs' Steering Committee's Reply Brief in Support of Motion to Compel Discovery of Defendants' German Employees and Their Personnel Files and to File Unredacted Version of Same Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Plaintiffs' Steering Committee's Reply Brief in Support of Motion to Compel Discovery of Defendants' German Employees and Their Personnel Files is filed into the record.

IT IS FURTHER ORDERED BY THE COURT that an unredacted version of the Plaintiffs' Steering Committee's Reply Brief in Support of Motion to Compel Discovery of Defendants' German Employees and Their Personnel Files be filed UNDER SEAL.

New Orleans, Louisiana, this 29th day of _____April_____, 2016

_____
Eldon E. Fallon
United States District Court Judge