# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : |
| | : SECTION L |
| | : |
| JOSIE F. INGRAM | : |
| | : |
|     Plaintiff | : JUDGE ELDON E. FALLON |
| | : |
| v. | : MAGISTRATE JUDGE NORTH |
| | : |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARAMCEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, | : Case No. No.: 2:15-cv-04473-EEF-MBN<br>:<br>: STIPULATION OF DISMISSAL<br>: OF DEFENDANT BAYER<br>: CORPORATION |
|     Defendants | : |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Josie F. Ingram and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Corporation. All other Defendants remain in the case. Costs and fees shall be borne by the party that incurred them.

| | |
|---|---|
| **JENSEN & ASSOCIATES** | **KAYE SCHOLER LLP** |
| By: /s/ Brandon H. Steffey | By: /s/Andrew Solow |
| Keith M. Jensen | Andrew K. Solow |
| Brandon H. Steffey | Steven Glickstein |
| JENSEN & ASSOCIATES | KAYE SCHOLER LLP |

00343133

-2-

| | |
|---|---|
| 1024 N. Main Street | 250 West 55th Street |
| Fort Worth, Texas 76164 | New York, New York 10019-9710 |
| Telephone: (817) 334-0762 | Telephone: (212) 836-8000 |
| Facsimile: (817) 334-0110 | Facsimile: (212) 836-8689 |
| kj@kjensenlaw.com | andrew.solow@kayescholer.com |
| bhs@jensen-law.com | steven.glickstein@kayescholer.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants Bayer Corporation |
| Dated: April 29, 2016 | Dated: April 29, 2016 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 29, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Brandon H. Steffey