UNITED STATES DISTRICTCOURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL ANTHON<br><br>Plaintiff<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE NORTH<br><br>STIPULATION OF DISMISSAL WITHOUT PREDJUDICE<br><br>CIVIL ACTION NO.<br>2:16-CV- 03070 |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, **MICHAEL ANTHON** and Defendants hereby stipulate to the dismissal without prejudice of Defendant BAYER HEALTHCARE, LLC. All other Defendants remain in the case. Costs and fees shall be borne by the party that incurred them.

Respectfully submitted,

By: /s/ John Jewell Pace
John Jewell Pace
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com
*Attorney for the Plaintiff,
Michael Anthon*

Dated: 5/3/2016

By: /s/ Susan M. Sharko
Drinker, Biddle & Reath, LLP
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549- 7350
Email: Susan.Sharko@dbr.com

Dated: 5/3/2016

By: /s/ Steven Glickstein
Steven Glickstein
KAYE SCHOLER, LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836- 8485
Facsimile: (212) 836- 6485
Email: sglickstein@kayscholer.com
Attorneys for Defendant,
Bayer HealthCare, LLC

Dated: 5/3/2016

By: /s/ Andrew K. Solow
Steven Glickstein
KAYE SCHOLER, LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 836- 8000
Facsimile: (212) 836- 8689
Email: Andrew.solow@kayescholer.com
Email: sglickstein@kayscholer.com
Attorneys for Defendant,
Bayer HealthCare, LLC

Dated: 5/3/2016