UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO **Wanita Baker** *v. Janssen Research & Development LLC et al.* Case No. 2:16-cv-00191 | ) ) ) ) | SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned counsel hereby stipulate that all claims of plaintiff in the above-captioned matter, against named defendants are dismissed in their entirety with prejudice. Furthermore, this Stipulation of Dismissal dismisses all claims against all parties, including those parties who have not entered their appearance and/or signed the stipulation. Each party to bear its own attorney's fees and costs.

DATED:  5/3/2016                                                  Respectfully submitted,

/s/ Catherine Heacox
NY Juris No. 2971445
The Lanier Law Firm, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
Telephone: (212) 421-2800
Fax: (212) 421-2827
CTH@Lanierlawfirm.com
*Attorneys for the Plaintiff*

1

/s/ Steven Glickstein_____
Steven Glickstein
William Hoffman
Andrew Solow
KAYE SHOLER LLP
250 W. 55th Street
New York, NY 10019
*Attorneys for Defendants Bayer Healthcare*
*Pharmaceuticals Inc., and Bayer Pharma AG*

 /s/ Susan Sharko_____
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000
Susan.sharko@dbr.com
*Attorneys for Defendants Janssen*
*Pharmaceuticals, Inc., Janssen Research &*
*Development LLC., Janssen Ortho LLC*

 /s/ James B. Irwin_____
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART &MOORE LLC
400 Poydras Street. Ste. 2700
New Orleans, LA 70130
*Liaison Counsel for Defendants*