# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> <u>**JURY TRIAL DEMANDED**</u> |

**THIS DOCUMENT RELATES TO:**

VERNON LOOMIS (LISA LOOMIS as Power of Attorney for VERNON LOOMIS)

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-02022**

## ORDER

Considering the foregoing Motion for Leave to Amend Complaint for the above- named case,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Complaint is granted. The Clerk is directed to (1) file the Amended Short Form Complaint attached as Exhibit 1 to Plaintiff's Motion; and (2) edit the caption for this action to reflect "VERNON LOOMIS, and/by LISA LOOMIS, his wife and as Power of Attorney," as Plaintiffs.

**DONE AND SIGNED** this __2nd__ day of __May__, 2016, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE