UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |
| | <u>**JURY TRIAL DEMANDED**</u> |

**THIS DOCUMENT RELATES TO:**

  LARREN NELSON

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-01397**

### ORDER

Considering the foregoing Motion for Leave to Amend Complaint for the above- named case,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Complaint is granted. The Clerk is directed to (1) file the Amended Short Form Complaint attached as Exhibit 1 to Plaintiff's Motion; and (2) edit the caption for this action to reflect "LARREN NELSON and JUDY ANN NELSON, his wife" as Plaintiffs.

**DONE AND SIGNED** this   2nd   day of        May       , 2016, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE