# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><u>**JURY TRIAL DEMANDED**</u> |

**THIS DOCUMENT RELATES TO:**

    ROY MERCER

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-01394**

## ORDER

Considering the foregoing Motion for Leave to Amend Complaint for the above- named case,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Complaint is granted. The Clerk is directed to (1) file the Amended Short Form Complaint attached as Exhibit 1 to Plaintiff's Motion; and (2) edit the caption for this action to reflect "ROY MERCER and HEIDI A. MERCER, his wife" as Plaintiffs.

**DONE AND SIGNED** this   2nd   day of         May        , 2016, at New Orleans, Louisiana.

*/s/ Eldon E. Fallon*
_____
UNITED STATES DISTRICT JUDGE