UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> **JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

  JENNIE BOATMAN

**CIVIL ACTION NO:  2:16-cv-02017**

### ORDER

Considering the foregoing Motion for Leave to Amend Complaint for the above- named case,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Complaint is granted. The Clerk is directed to (1) file the Amended Short Form Complaint attached as Exhibit 1 to Plaintiff's Motion; and (2) edit the caption for this action to reflect "JENNIE BOATMAN and WILLIAM BOATMAN, her husband" as Plaintiffs.

**DONE AND SIGNED** this   2nd   day of        May       , 2016, at New Orleans, Louisiana.

_____

UNITED STATES DISTRICT JUDGE