# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO:**

*Joann Chapman, et al. v. Janssen Research & Development, LLC, et al., E.D. La. USDC No. 2:16-01613*

*Sharon Robinson, Individually, as Next Friend of Kamille Williams and Khalil Williams, and as Executor of the Estate of Felton B. Williams, Jr. v. Janssen Research & Development, LLC, et al., E.D. La. USDC No. 2:16-CV-02268*

## EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

**NOW INTO COURT,** comes Plaintiff's counsel, who moves this Honorable Court for an Order allowing the undersigned to amend the above numbered and captioned Complaint—Long Form Complaint in 2:16-cv-01613 and Short Form Complaint in 2:16-cv-02268—in accordance with Federal Rule of Civil Procedure 15(a).

Undersigned counsel seeks to amend the complaint to add the minor children of Felton B. Williams (deceased), as they were not included in the Original Complaint.

Plaintiff's Counsel has contacted Defense Counsel, who do not oppose this instant motion. This amendement would not cause undue delay nor would the defendants be unduly prejudiced by the proposed amendment.

**WHEREFORE, PREMISES CONSIDERED,** the undersigned counsel requests this Court enter an Order allowing for leave to file an amended complaint and any other relief this Court deems just.

Respectfully submitted,

**THE BENTON LAW FIRM**

 /s/ Jeff Benton
Jeff Benton
Texas Bar No. 24050283
The Benton Law Firm
1825 Market Center Blvd., Suite 350
Dallas, Texas 75207
Jeff@TheBentonLawFirm.com

**ATTORNEYS FOR PLAINTIFF**