UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
                                                       :
                                                       :   SECTION L
                                                       :
                                                       :   JUDGE ELDON E. FALLON
                                                       :
                                                       :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**        **JURY TRIAL DEMANDED**

*Sharon Robinson, Individually, as Next Friend of Kamille Williams and Khalil Williams, and as Executor of the Estate of Felton B. Williams, Jr. v. Janssen Research & Development, LLC, et al.*

## FIRST AMENDED SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint (Case 2:16-CV-01613-EEF-MBN) filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D. La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Sharon Robinson, Individually and as Executor of the Estate of Felton B. Williams, Jr., is identified more fully in Paragraph I.11 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 2936 Abbie Rd., Shreveport, Louisiana, 71103.

4. The Xarelto User resided at 1803 David Rains Rd., Shreveport, Louisiana, 71107, at the time of his death.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the list of individual case captions for the plaintiffs named in the Joint Complaint.

        Respectfully submitted,

**THE BENTON LAW FIRM**

/s/ Jeff Benton
Jeff Benton
Texas Bar No. 24050283
The Benton Law Firm
1825 Market Center Blvd., Suite 350
Dallas, Texas 75207
Jeff@TheBentonLawFirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that this Short Form Complaint has been filed and served in accordance with Pretrial Order No. 11. The foregoing has been served on all parties of record via the Court's CM-ECF Filing System.

        /s/ Jeff Benton
        JEFF BENTON