UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO:**

*Joann Chapman, et al. v. Janssen Research & Development, LLC, et al., E.D. La. USDC No. 2:16-01613*

*Sharon Robinson, Individually, as Next Friend of Kamille Williams and Khalil Williams, and as Executor of the Estate of Felton B. Williams, Jr. v. Janssen Research & Development, LLC, et al., E.D. La. USDC No. 2:16-CV-02268*

## ORDER

This matter having come before the Court on Plaintiff's Motion for Leave to File Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Long Form Complaint in 2:16-cv-01613, and Short Form Complaint in 2:16-cv-02268, is hereby GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge