# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>*Robinson v. Janssen et al; 2:14-cv-2904* | |

## ORDER

Considering the foregoing Motion and Supporting Memorandum to Deem Prior Service Valid or for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that Plaintiff, Ronald Robinson's, Motion to Deem Prior Service Valid be and is hereby GRANTED;

IN THE ALTERNATIVE, IT IS ORDERED that Plaintiff be and he is hereby granted thirty (30) days from the date of this order within to serve process on Defendants, Bayer Health Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined process.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE