# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                              SECTION: L
                                              JUDGE FALLON
                                              MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
*Robinson v. Janssen et al; 2:14-cv-2904*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Plaintiff, Ronald Robinson, will bring the attached Motion to Deem Prior Service Valid or for Extension of Time within Which to Serve Process for submission before the Honorable Judge Eldon E. Fallon on the 25th of May, 2016.

                                              Respectfully submitted,

                                              By: */s/ Elwood Stevens*
                                              ELWOOD C. STEVENS, JR. (La. Bar No. 12,459)
                                              556 Jefferson Street, Suite 500
                                              Lafayette, LA 70501
                                              Telephone: (337) 233-3033
                                              Telefax: (337) 232-8213
                                              Email: elwoods@wrightroy.com
                                              **ATTORNEYS FOR PLAINTIFFS,**
                                              **RONALD ROBINSON**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing NOTICE OF SUBMISSION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 4th day of May, 2016.

*s/ Elwood C. Stevens, Jr.*
_____
ELWOOD C. STEVENS, JR.