English | Customer Service | USPS Mobile | Register / Sign In

**USPS.COM®**

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: RE964926848US

## Product & Tracking Information

**Postal Product:** First-Class Package International Service Registered Mail™
**Features:** Return Receipt

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 2, 2016, 11:59 pm | Delivered | GERMANY |

Your item was delivered in GERMANY at 11:59 pm on May 2, 2016.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 2, 2016, 8:38 am | Attempted Delivery Abroad | GERMANY |
| May 1, 2016, 8:38 am | Customs clearance processing complete | GERMANY |
| April 27, 2016, 3:06 pm | Customs Clearance | GERMANY |
| April 27, 2016, 3:06 pm | Processed Through Facility | GERMANY |
| April 9, 2016, 7:46 pm | Departed | Frankfurt, GERMANY |
| April 9, 2016, 4:25 pm | Departed | Madrid, SPAIN |
| April 8, 2016, 9:15 pm | Departed | New York, UNITED STATES |
| April 8, 2016, 9:42 am | Arrived | New York, UNITED STATES |
| April 7, 2016, 5:34 am | Processed Through Facility | ISC NEW YORK NY(USPS) |
| April 6, 2016, 9:39 am | Arrived at Facility | ISC NEW YORK NY(USPS) |
| April 3, 2016, 10:12 am | Arrived at USPS Facility | CHICAGO, IL 60699 |
| April 1, 2016, 6:55 pm | Arrived at USPS Facility | NORTH HOUSTON, TX 77315 |
| March 31, 2016, 12:43 am | Arrived at USPS Facility | BATON ROUGE, LA 70810 |
| March 31, 2016, 12:43 am | Departed USPS Facility | BATON ROUGE, LA 70810 |
| March 30, 2016, 9:31 pm | Departed USPS Facility | LAFAYETTE, LA 70501 |
| March 30, 2016, 9:28 pm | Arrived at USPS Facility | LAFAYETTE, LA 70501 |
| March 30, 2016, 5:27 pm | Departed Post Office | LAFAYETTE, LA 70501 |
| March 30, 2016, 2:39 pm | Acceptance | LAFAYETTE, LA 70501 |

EXHIBIT C