**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE NORTH |
| ************************************************* | * |

**THIS DOCUMENT RELATES TO:**
   *Johnnie Mae Reynolds*, 2:15-CV-2427-EEF-MBN

**ORDER**

Upon review of Plaintiff's Motion for Extension of Deadlines, the Court finds that this motion is addressed by the Court's Order in the wake of the Rule to Show Cause. R. Doc. 2983. Thus,

It is **ORDERED** that the Motion for Extension of Deadlines in the above-referenced case, R. Doc. 2740, is hereby **DISMISSED AS MOOT**.

New Orleans, Louisiana this 4th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE