UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************* | * |

**THIS DOCUMENT RELATES TO:**
*Frances Anderson*, 2:15-CV-5664-EEF-MBN

### ORDER

Upon review of Plaintiff's Notice of Withdrawal of Motion, the Court finds it appropriate to moot Plaintiff's Motion for Voluntary Dismissal of Bayer Healthcare. R. Doc. 2266. Therefore,

It is **ORDERED** that the Motion to Dismiss Bayer Healthcare, LLC, R. Doc. 2266, is hereby **DISMISSED AS MOOT**.

New Orleans, Louisiana this 4th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE