UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION

\*   SECTION L

\*   JUDGE ELDON E. FALLON

\*   MAG. JUDGE NORTH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:**
*Robert Murphy, et al.*, 2:16-CV-1066-EEF-MBN

## ORDER

IT IS ORDERED that the Court will hear oral argument regarding Plaintiffs' Motion for Remand, R. Doc. 3035, immediately following the monthly status conference scheduled for Tuesday, May 24, 2016 at 9:00 a.m.

New Orleans, Louisiana, this 4th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE