UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

THIS DOCUMENT RELATES TO: ALL CASES

## ORDER

Due to a conflict in the Court's schedule, the Court finds it appropriate to reschedule the oral argument and bi-weekly telephone discovery conference set for Thursday, May 5, 2016, at 3:30 p.m. Only lead and liaison counsel are expected to attend.

**IT IS ORDERED** that the oral argument and bi-weekly telephone discovery conference set for Thursday, May 5, 2016, at 3:30 p.m. are hereby **CANCELED**.

**IT IS FURTHER ORDERED** that oral argument concerning the PSC's Motion to Compel Discovery of Defendants' German Employees and Their Personnel Files, R. Doc. 2951, shall be set for Tuesday, May 10, 2016, at 2:00 p.m.

**IT IS FURTHER ORDERED** that a discovery conference shall be set for Tuesday, May 10, 2016, at 2:00 p.m.

**IT IS FURTHER ORDERED** that lead and liaison counsel wishing to telephonically appear for the oral argument and discovery conference may use the following call-in information: telephone number (877) 336 1837; access code 4227405; security code 051016.

New Orleans, Louisiana this 4th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE