UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that Jodi Dyan Oley of the law firm of Eckert Seamans Cherin & Mellott, LLC, Two Liberty Place, 50 South 16th Street, 22nd Floor, Philadelphia, PA 19102, Telephone: (215) 851-8473, email: joley@eckertseamans.com, who is duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, in the above-styled action.

This 6th day of May, 2016

Respectfully submitted,

ECKERT SEAMANS CHERIN & MELLOTT, LLC

_____
JODI DYAN OLEY, ESQUIRE
*Attorney for Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG*

KAYE SCHOLER LLP

*/s/ William Hoffman*
William Hoffman
Steven Glickstein

2642350-1
2679912-1

>Andrew K. Solow
>KAYE SCHOLER LLP
>The McPherson Building
>901 Fifteenth Street, NW
>Washington, DC 20005-2327
>Telephone: (202) 682-3550
>william.hoffman@kayescholer.com
>sglickstein@kayescholer.com
>*Co-Lead Defense Counsel*


>CHAFFE McCALL L.L.P.
>
>/s/ John F. Olinde
>John F. Olinde (1515)
>CHAFFE McCALL L.L.P.
>1100 Poydras Street
>Suite 2300
>New Orleans, LA 70163
>Telephone: (504) 585-7241
>Facsimile: (504) 544-6084
>olinde@chaffe.com
>
>*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on ___May 6___, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

>/s/   John F. Olinde

2642350-1
2679912-1