UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that Sarah E. Lynch, Esq. of the law firm of Shook, Hardy & Bacon LLP, 2555 Grand Boulevard, Kansas City, Missouri, Telephone: (816) 474-6550, Email: slynch@shb.com, who is duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, in the above-styled action.

This 6th day of May, 2016

                                                              Respectfully submitted,

                                                              SHOOK, HARDY & BACON L.L.P.

                                                               By: */s/ Sarah E. Lynch*
                                                               Sarah E. Lynch (55028)

                                                               2555 Grand Boulevard
                                                               Kansas City, Missouri 64108-2613
                                                               Telephone:  816.474.6550
                                                               Facsimile:  816.421.5547
                                                               E-mail:  slynch@shb.com

                                                               *Attorney for Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG*

KAYE SCHOLER LLP

*/s/ William Hoffman*
William Hoffman
Steven Glickstein
Andrew K. Solow
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: (202) 682-3550
william.hoffman@kayescholer.com
sglickstein@kayescholer.com
*Co-Lead Defense Counsel*


CHAFFE MCCALL L.L.P.

*/s/ John F. Olinde*
John F. Olinde (1515)
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*


**CERTIFICATE OF SERVICE**

I hereby certify that on _____May 6_____, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/*      John F. Olinde

2