IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*Gary T. Allen, et al v. Janssen Research & Development, LLC, et al; LAED USDC NO. : 2:16-cv-1548-EEF-MBN (LEAD CASE)*

*Joan Belcher, et al v. Janssen Research & Development, LLC, et al; 2:16-cv-3698*
*James Bosch, et al v. Janssen Research & Development, LLC, et al; 2:16-cv-3699*
*Egdomilia Cruz, et al v. Janssen Research & Development, LLC, et al; 2:16-cv-3700*
*Thomas Frick, et al v. Janssen Research & Development, LLC, et al; 2:16-cv-3701*
*Ivan Juarbe, et al v. Janssen Research & Development, LLC, et al; 2:16-cv-3703*
*Steven White, et al v. Janssen Research & Development, LLC, et al; 2:16-cv-3704*

## MOTION FOR ORDER DEEMING SERVICE VALID OR IN THE ALTERNATIVE, AN EXTENSION OF TIME TO SERVE PROCESS

COMES NOW, Plaintiffs, by counsel, and respectfully move this Court for an order deeming their prior service on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG as valid, or in the alternative, allowing them an additional twenty (20) days from the date of this motion to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, via expedited service as defined in Pre Trial Order # 10.  A Brief in support of Plaintiffs' motion is filed herewith.

WHEREFORE, Plaintiffs respectfully move for an order from this Court deeming their prior service as valid or granting them twenty (20) days from the date of this motion to serve

process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG under PTO # 10.

Respectfully submitted this the 6th day of May, 2016.

        **MOTLEY RICE LLC**

        /s/ Carmen S. Scott
        Carmen S. Scott
        cscott@motleyrice.com
        28 Bridgeside Boulevard
        Mt. Pleasant, SC 29464
        Phone: 843-216-9000
        Fax: 843-216-9440

        Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

     I hereby certify that a complete copy of the foregoing Motion for Extension of Time has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 6th day of May, 2016.

        s/ Carmen S. Scott