

**MotleyRice**® LLC
ATTORNEYS AT LAW

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000   f. 843.216.9450

**Kimberly A. Dotson**
*Paralegal*
direct: 202-386-9631
kdotson@motleyrice.com

April 27, 2016

<u>**Via Registered Mail – Return Receipt Requested**</u>
Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
Germany

RE:   In Re: *Xarelto MDL # 2592*
        *Allen, et al v. Janssen Research & Development, LLC*
        2:16-cv-1548

Dear Counsel:

Pursuant to Pre-Trial Orders Nos. 10 and 11 entered by Judge Eldon E. Fallon in the above-referenced MDL, enclosed please find for service Plaintiffs' Summons and Complaint, Severance Order and a list of associated files and cases in the above-referenced matter.

If you have any questions regarding this matter, do not hesitate to contact our office.

Sincerely,

*Kimberly A Dotson*

Kimberly A. Dotson,
Paralegal to Carmen S. Scott

Enclosures
cc:    xareltocomplaints@babc.com

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY | CHARLESTON, WV
MORGANTOWN, WV | WASHINGTON, DC | NEW ORLEANS, LA | KANSAS CITY, MO

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Gary T. Allen and Mary Ann Allen, et al. | )<br>)<br>) |
| _Plaintiff(s)_ | )<br>) |
| v. | ) Civil Action No. 16-cv-1548 L(5) |
| Janssen Research & Development LLC, et al. | )<br>)<br>) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Carmen S. Scott
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
_Name of clerk of court_

_Deputy clerk's signature_

Date: __Feb 24 2016__

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592<br>* SECTION L<br>* JUDGE ELDON E. FALLON<br>* MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO

*Allen et al v. Janssen Research & Development, LLC, et al.*, 16-1548

## ORDER

A Joint Complaint has been filed in the aforementioned case in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592. Pursuant to Pre-Trial Order No. 11 (Rec. Doc. 893), **IT IS ORDERED** that this complaint is **SEVERED** into separate, individual cases for each group of related plaintiffs. Plaintiffs are hereby directed to file separate, short form complaints for each case in accordance with Pre-Trial Order No. 11, paragraph 1 (c) (Rec. Doc. 893).

New Orleans, Louisiana, this 25th day of February, 2016.

*[signature]*
UNITED STATES DISTRICT JUDGE

# ATTACHMENT 2

1. **GARY T. ALLEN and MARY ANN ALLEN, Wife,** Plaintiffs v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG; *2:16-cv-1548 (Lead Plaintiff)*

2. **JOAN A. BELCHER and JOB O. BELCHER, JR., Husband,** Plaintiffs v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG; *2:16-cv-3698*

3. **JAMES A. BOSCH and MAXINE C. BOSCH, Wife,** Plaintiffs v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG; *2:16-cv-3699*

4. **EGDOMILIA CRUZ,** Plaintiff v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG; *2:16-cv-3700*

5. **THOMAS G. FRICK and FEMIE FRICK, Wife,** Plaintiffs v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER

CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG; *2:16-cv-3701*

6. **IVAN JUARBE and PATRICIA J. JUARBE, Wife,** Plaintiffs v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG; *2:16-cv-3703*

7. **STEVEN D. WHITE and BARBARA R. WHITE, Wife,** Plaintiffs v. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG; *2:16-cv-3704*



Registered No. RA196905241US

| | | | |
|---|---|---|---|
| Reg. Fee | $12.60 | | |
| Handling Charge | $13.40 | Return Receipt | |
| Postage | $3.70 | Restricted Delivery | |
| | $0.00 | | |
| Received by | $0.00 | | |
| | | $29.70 | |

Customer Must Declare Full Value $0.00

Domestic Insurance up to $25,000 is included 04/27/2016 based on the declared value. International Indemnity is limited. (See Reverse).

MOUNT PLEASANT, SC 29464

Date Stamp
APR 27 2016
USPS 29464

FROM: MotleyRice LLC ATTORNEYS AT LAW
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

TO: Eva Gardyan-Eisenlohr
Head of Law & Patents
Germany Bayer Pharma AG
Mullerstrasse 178
D- 13353 Berlin
Germany

5484GC.000

PS Form 3800, Receipt for Registered Mail    Copy 1 - Customer
May 2007 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com

| Item Description *(Nature de l'envoi)* | ☐ Registered Article *(Envoi recommandé)* | ☐ Insured Parcel *(Colis avec valeur déclarée)* |
|---|---|---|
| Article Number *(Numéro d'article)* RA 196 905 241 US | Insured Value *(Valeur déclarée)* | |
| | Date of Posting *(Date de dépôt)* | |

MotleyRice®
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464

Eva Gardyan-Eisenlohr
Head of Law & Patents
Bayer Pharma AG
Mullerstrasse 178
D- 13353 Berlin
Germany

568460.000

...the regulations of the country of destination; or, (3) if will be returned to the sender by the first mail.

Postmark of the office of destination *(Timbre du bureau de destination)*

those regulations so provide, by the employee of the ...
*(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur.)*

Office of Destination Employee Signature
*(Signature de l'agent du bureau du destination)*

Date

Signature of Addressee *(Signature du destinataire)*

PS Form **2865,** July 2013 *(Reverse)* PSN 7530-01-000-9775        UNITED STATES POSTAL SERVICE®