

MotleyRice®
ATTORNEYS AT LAW
www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9450

Kimberly A. Dotson
*Paralegal*
direct: 202-386-9631
kdotson@motleyrice.com

April 29, 2016

**Via Certified Mail – Return Receipt Requested**
Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

RE:   In Re: Xarelto MDL # 2592
      Allen, et al v. Janssen Research & Development, LLC
      2:16-cv-1548

Dear Counsel:

Pursuant to Pre-Trial Orders Nos. 10 and 11 entered by Judge Eldon E. Fallon in the above-referenced MDL, enclosed please find for service Plaintiffs' Summons and Complaint, Severance Order and a list of associated files and case numbers in the above-referenced matter.

If you have any questions regarding this matter, do not hesitate to contact our office.

Sincerely,

Kimberly A. Dotson,
Paralegal to Carmen S. Scott

KAD/sc
Enclosure

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY | CHARLESTON, WV
MORGANTOWN, WV | WASHINGTON, DC | NEW ORLEANS, LA | KANSAS CITY, MO

MotleyRice® LLC

ATTORNEYS AT LAW

...side Blvd.
Pleasant, SC 29464

SERVICE REQUESTED

7012 3460 0000 1267 3769

**Certified Mail – Return Receipt Requested**
Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808