IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*Gary T. Allen, et al v. Janssen Research & Development, LLC, et al; LAED USDC NO. : 2:16-cv-1548-EEF-MBN (LEAD CASE)*

*Joan Belcher, et al v. Janssen Research & Development, LLC, et al; 2:16-cv-3698*
*James Bosch, et al v. Janssen Research & Development, LLC, et al; 2:16-cv-3699*
*Egdomilia Cruz, et al v. Janssen Research & Development, LLC, et al; 2:16-cv-3700*
*Thomas Frick, et al v. Janssen Research & Development, LLC, et al; 2:16-cv-3701*
*Ivan Juarbe, et al v. Janssen Research & Development, LLC, et al; 2:16-cv-3703*
*Steven White, et al v. Janssen Research & Development, LLC, et al; 2:16-cv-3704*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Plaintiffs, will bring the attached Motion to Deem Prior Service Valid or in the Alternative, an Extension of Time to Serve Process pursuant to Pre-Trial Order # 10 for submission before the Honorable Judge Eldon E. Fallon on Wednesday May 25, 2016.

Respectfully submitted this the 6th day of May, 2016.

                                                   **MOTLEY RICE LLC**

                                                   /s/ Carmen S. Scott
                                                  Carmen S. Scott
                                                  cscott@motleyrice.com
                                                  28 Bridgeside Boulevard
                                                  Mt. Pleasant, SC 29464
                                                  Phone: 843-216-9000; Fax: 843-216-9440
                                                  Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that a complete copy of the foregoing Notice of Submission has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 6th day of May, 2016.

                                                s/ Carmen S. Scott