IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| **This Document Relates to:** | SECTION: L |
| *Gary T. Allen, et al v. Janssen Research & Development, LLC, et al; LAED USDC NO. : 2:16-cv-1548-EEF-MBN (LEAD CASE)* | JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

Considering the foregoing Motion and Supporting Memorandum to Deem Prior Service Valid or for Extension of Time within which to Serve Process via streamlined service as defined in Pre-Trial Order 10:

☐   IT IS HEREBY ORDERED the Plaintiffs' Motion to Deem Prior Service Valid be and is hereby GRANTED.

☐   IN THE ALTERNATIVE, IT IS ORDERED that Plaintiffs be and they are hereby granted twenty (20) days from the date of this order within to serve process on Defendants, Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG, through the streamlined process set for in Pre-Trial Order # 10.

New Orleans, Louisiana, this _____ day of _____, 2016

_____
UNITED STATES DISTRIC JUDGE