UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**   **JURY TRIAL DEMANDED**

*Roberta Flores v. Janssen Research & Development LLC, et al.*

*Civil Action No. 2:15-cv-6851*

## UNOPPOSED MOTION FOR SUBSTITUTION OF THE PROPER PARTY

Plaintiff, Fernando Flores, through undersigned counsel, moves for substitution of the proper party in this case pursuant to Federal Rule of Civil Procedure 25(a). Plaintiff Roberta Flores died on January 18, 2016. On February 18, 2016, Plaintiff Fernando Flores was appointed as the personal representative of Roberta Flores's Estate, see Exhibit 2. Plaintiff seeks an Order from the Court substituting Fernando Flores, on behalf of the Estate of Roberta Flores, as the Plaintiff. According to Federal Rule of Civil Procedure 25(a)(1), "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." The attached Notice of Death is the first statement noting death to be filed or served in this matter. Defendants do not oppose the filing of this Motion. For the foregoing reasons shown, Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute Fernando Flores, on behalf of the Estate of Roberta Flores for current Plaintiff Roberta Flores.

Dated:  May 6, 2016 　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　　/s/ *Russell T. Abney*_____
　　　　　　　　　　　　　　　　　　　　　　　Russell T. Abney, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 000875 (GA)
　　　　　　　　　　　　　　　　　　　　　　　FERRER, POIROT & WANSBROUGH
　　　　　　　　　　　　　　　　　　　　　　　2603 Oak Lawn Avenue Suite 300
　　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75219
　　　　　　　　　　　　　　　　　　　　　　　Telephone: 800.521.4492
　　　　　　　　　　　　　　　　　　　　　　　Fax: 866.513.0115
　　　　　　　　　　　　　　　　　　　　　　　rabney@lawyerworks.com
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Russell T. Abney*_____
　　　　　　　　　　　　　　　　　　　　　　　Russell T. Abney, Esq.