**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____: | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

*Roberta Flores v. Janssen Research & Development LLC, et al.*

*Civil Action No. 2:15-cv-6851*

**NOTICE OF DEATH OF PLAINTIFF**

Counsel for Plaintiff Roberta Flores hereby notifies the Court and the parties of the death of Plaintiff Roberta Flores. A copy of Ms. Flores's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto as Exhibit 1.

Dated:  May 6, 2016        /s/ *Russell T. Abney*_____
                            Russell T. Abney, Esq.
                            Attorney I.D. No. 000875 (GA)
                            FERRER, POIROT & WANSBROUGH
                            2603 Oak Lawn Avenue Suite 300
                            Dallas, TX 75219
                            Telephone: 800.521.4492
                            Fax: 866.513.0115
                            rabney@lawyerworks.com
                            *Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing notice of death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Russell T. Abney*_____

Russell T. Abney, Esq.