**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| _____ | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**           **JURY TRIAL DEMANDED**

*Roberta Flores v. Janssen Research & Development LLC, et al.*

*Civil Action No. 2:15-cv-6851*

### ORDER

The Court, after considering the Plaintiff's Unopposed Motion for Substitution of Proper

Party as well as any responses thereto, finds the motion meritorious.  It is therefore ORDERED

THAT:

Plaintiff Fernando Flores, on behalf of the Estate of Roberta Flores, is substituted for

Plaintiff Roberta Flores, in the above captioned cause.


Dated: _____                    _____

                                                                            Hon. Eldon E. Fallon
                                                                            United States District Court Judge