# EXHIBIT 1

# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

Local No 000083  EDR No 000000490699  State No 002540

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | ROBERTA ANNE FLORES |
| 1a. Maiden Name | SEVERANCE |
| 2. Sex | FEMALE |
| 3. Time Of Death | 10:25 AM |
| 4. Date Of Death | 01/18/2016 |
| 5. Social Security Number | ███-██-0405 |
| 6a. Age - Yrs | 74 |
| 7. Date of Birth | ██/██/1941 |
| 8. Birthplace | CLEVELAND, OH |
| 9. Ever in U.S. Armed Forces? | No |
| 10a. If Death Occurred Somewhere Other Than A Hospital | ☒ Nursing Home/Long-term Care Facility |
| 11. Facility Name | GREENLEAF LIVING CENTER |
| 12. City Or Town, State, And Zip Code | ELKHART, IN, 46514 |
| 13. County Of Death | ELKHART |
| 14. Marital Status At Time Of Death | ☒ Widowed |
| 16. Decedent's Usual Occupation | HOME MAKER |
| 17. Kind of Business/Industry | OWN HOME |
| 18. Residence - State | INDIANA |
| 18a. County | ELKHART |
| 18b. City Or Town | ELKHART |
| 18c. Street And Number | 1201 BEARDSLEY AVENUE |
| 18e. Zip Code | 46514 |
| 18f. Inside City Limits? | ☒ Yes |
| 19. Decedent's Education | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 20. Decedent Of Hispanic Origin | NOT HISPANIC |
| 21. Decedent's Race | White |
| 22. Father's Name | ROBERT SEVERANCE |
| 23. Mother's Name | BERTHA SEVERANCE |
| 23a. Mother's Maiden Last Name | BROOKS |
| 24. Informant's Name | PAULINE SNYDER |
| 24a. Relationship To Decedent | SISTER |
| 25a. Method Of Disposition | ☒ Donation |
| 25b. Place Of Disposition | ANATOMICAL EDUCATION PROGRAM |
| 25c. Location | INDIANAPOLIS, IN |
| 26. Was Coroner Contacted? | No |
| 27. Name And Complete Address Of Funeral Facility | ALBERTSONS METRO MORTUARY SERVICES, LLC, 1775 N. SHERMAN DRIVE, INDIANAPOLIS, IN 46218 |
| 27a. Funeral Home License Number | FH11200030 |
| 27b. Signature Of Indiana Funeral Service Licensee | PAUL FOX, BY ELECTRONIC SIGNATURE |
| 27c. License Number | FD20400082 |

**Cause Of Death**

Part I.
- A. Immediate Cause: COR PULMONALE — 3 1/2 YEARS
- B. CHRONIC OBSTRUCTIVE PULMONARY DISEASE — SEVERAL YEARS

Part II. Other Significant Conditions: LEFT VENTRICULAR DYSFUNCTION, CHRONIC RENAL FAILURE

29. Was An Autopsy Performed? No
31. Did Tobacco Use Contribute To Death? Yes
32. If Female: Not Pregnant Within Past Year
33. Manner Of Death: Natural

41. Signature Of Person Certifying Cause Of Death: JON BERNARD KUBLEY, BY ELECTRONIC SIGNATURE
42. Certifier: Certifying Physician
43. Name, Address And Zip Code Of Person Certifying Cause Of Death: JON BERNARD KUBLEY, ███
44. License Number: 01028632A
45. Date Certified: 01/19/2016

48. Signature of Local Health Officer: DANIEL ALAN NAFZIGER, VIA ELECTRONIC SIGNATURE
49. For Registrar Only - Date Filed: JAN 21 2016

State Form 53395   ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue responsibility. Disclosure is voluntary and there will be no penalty for refusal.