# EXHIBIT 2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ELKHART SUPERIOR COURT NO. 2 |
| | ) SS: | |
| COUNTY OF ELKHART | ) | ESTATE NO. 20D02-1602-ES- 007 |
| IN THE MATTER OF THE ESTATE OF | ) ) ) | FILED IN OPEN COURT |
| ROBERTA A. FLORES Deceased | ) | FEB 18 2016 CLERK ELKHART SUPERIOR COURT #2 |

## ORDER FOR APPOINTMENT OF PERSONAL REPRESENTATIVE

Comes now Fernando R. Flores and files verified petition for the appointment of a personal representative in the estate of the decedent Roberta A. Flores and the issuance of letters of administration.

The Court having examined said petition and being duly advised in the premises, now finds that the allegations of the petition are true, and that letters of administration should issue as requested in said petition.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that:

1. Said petition is approved.

2. Fernando R. Flores is the duly appointed and qualified personal representative of the estate of Roberta A. Flores, deceased.

3. The bond of the personal representative shall be and hereby is waived.

4. The Clerk be and hereby is directed to issue letters of administration to Fernando R. Flores upon qualification.

Comes now said personal representative and qualifies by taking and subscribing oath, all of which is now approved by the Court, and letters as prayed are now issued.

Dated this 18 day of February, 2016.

_____
Judge, Elkhart Superior Court No. 2

Prepared by:
J. A. Whitmer, #2074-71
219 S. Fourth Street
Elkhart, IN 46516
(574) 293-1311
Attorney for personal representative

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE ELKHART SUPERIOR COURT NO. 2 |
| | ) SS: | |
| COUNTY OF ELKHART | ) | ESTATE NO.  20D02-1602-ES-007 |
| | | |
| IN THE MATTER OF THE | ) | |
| ESTATE OF | ) | |
| | ) | |
| ROBERTA A. FLORES | ) | |
| Deceased | ) | |

## LETTERS OF ADMINISTRATION

I, Wendy Hudson, Clerk of the Elkhart Superior Court No. 2, Elkhart County, State of Indiana, do hereby certify that Letters of Administration of the estate of Roberta A. Flores, deceased, who died on January 18, 2016 domiciled in Elkhart County, Indiana, intestate, are granted to Fernando R. Flores, and the said personal representative having qualified as such, the personal representative is duly authorized to take upon himself the administration of such estate, according to law.

WITNESS my hand and the seal of said Court, this 18 day of February, 2016.

_____
Clerk, Elkhart Superior Court No. 2