**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION** | * **MDL NO. 2592** |
| | * **SECTION L** |
| | * |
| | * **JUDGE ELDON E. FALLON** |
| | * |
| | * **MAG. JUDGE NORTH** |
| **************************************************** | * |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court received materials composed of Dr. Theodore Spiro's personnel files.  The

personnel files concern Dr. Spiro's work performance as an employee of Defendant Bayer during

a time period pertinent to the litigation.  The Court had an opportunity to review the files in great

detail, weighing privacy interests against the Plaintiffs' right to discover relevant material.

Dr. Spiro was a core member of the Xarelto Joint Safety Management team, and later

rose to the position of Global Clinical Leader.  Dr. Spiro had responsibility for the maintenance

and update of the investigator's brochure, and was involved with the submission of Bayer's

annual safety report.  Dr. Spiro was also instrumental in the Magellan study, and supported the

drug through the publication of various manuscripts in the New England Journal of Medicine.

Because of his position and participation in the development of the drug, the file is discoverable.

However, regardless of the discovery interests at play, the personnel files relevant to the

litigation also raise employee privacy interests.  The material addresses personal goals,

performance evaluations, and salary.  Therefore, the personnel files must be placed under seal

and used only for purposes of this litigation.

In summary, this material is discoverable.  The materials shall be presented forthwith.

[2]

**IT IS ORDERED** that the personnel file of Dr. Theodore Spiro shall be excised of all information which the parties jointly agreed shall be redacted pursuant to PTO 20.  The personnel files shall then be produced to the PSC on or before Monday, May 9, 2016.

New Orleans, Louisiana this 9th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE