## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592  SECTION: L  JUDGE FALLON  MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nathaniel Bowens v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-CV-07160**

### NOTICE OF SUBMISSION

COMES NOW the Plaintiff Nathaniel Bowens, by and through undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies before the Honorable Judge Eldon E. Fallon on motion date May 25, 2016.

Date: May 9, 2016

Respectfully submitted,

By: Lisa Causey-Streete
Lisa Causey-Streete (#33767)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
lcausey@salim-beasley.com

*Attorney for Plaintiff*