UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  ( MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION  (
                               ( SECTION: L
                               (
                               ( JUDGE FALLON
                               (
                               ( MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Nathaniel Bowens v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-CV-07160**

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's First Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

### FACTUAL BACKGROUND

1. Counsel for Nathaniel Bowens filed his Xarelto complaint in the United District Court for the Eastern District of Louisiana on December 30, 2015.

2. The Plaintiff Fact Sheet for the matter was submitted by Nathaniel Bowens on February 26, 2016.

3. Plaintiff's Counsel submitted all medical records currently possessed by Plaintiff when submitting the Plaintiff Fact Sheet on February 28, 2016.

4. Defense Counsel issued a Deficiency Notice on April 19, 2016, stating that Plaintiff failed to, *inter alia,* submit prescription records demonstrating Xarelto usage and medical records demonstrating an alleged injury.

5. Plaintiff's Counsel has ordered additional records Plaintiff's Counsel believes will further support Plaintiff's Xarelto injury and usage, but they have not yet been received.

6. Plaintiff's counsel has had difficulty receiving records from Harris Health System, the facility that provided the Xarelto prescription for Mr. Bowens and treated him for his injury. Records have been requested or followed up on consistently from October 2015 until present. Plaintiff has multiple pending requests for pharmacy and medical records outstanding to this facility.

7. Plaintiff's Counsel and Plaintiff Nathaniel Bowens, seek an extension of the deadline in which to satisfy the alleged deficiency raised by Defendants. Plaintiff's Counsel believes she will be able to obtain the medical records necessary to satisfy the alleged Plaintiff Fact Sheet deficiencies within 60 days from the date of filing this Motion (i.e., though July 8, 2016).

8. On April 24, 2016, Plaintiff's Counsel reached out to Defendant's liaison counsel requesting a 30-day extension of time from the May 9, 2016, deadline. By May 3, 2016, Plaintiff's Counsel had not heard back from Defendant's liaison counsel, so an email was sent following up on the requested extension of time. On May 6, 2016, Defendant's liaison counsel responded that Defendant could not agree to extend the deadline to cure the deficiencies necessitating this First Motion for an Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies.

9. Plaintiff is not requesting an extension of time for purposes of delay but so that justice may be served.

WHEREFORE, Plaintiff's counsel request an extension of time of 60 days (until June 8, 2016) to satisfy the alleged Plaintiff Fact Sheet deficiency.

Date: May 9, 2016

Respectfully submitted,

By: Lisa Causey-Streete
Lisa Causey-Streete (#33767)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
lcausey@salim-beasley.com

2

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Date: May 9, 2016

By: /s/ Lisa Causey-Streete
Lisa Causey-Streete