UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nathaniel Bowens v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-CV-07160**

## ORDER

THIS MATTER, having come before the Court is Plaintiff's First Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEARBY ORDERED that Plaintiff's First Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is hereby GRANTED. The deadline to satisfy the alleged Plaintiff Fact Sheet deficiency is now July 8, 2016.

Date: May ____, 2016

_____
Hon. Eldon Fallon
United States District Court Judge