**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| JERRY MCELROY, Plaintiff : | JUDGE ELDON E. FALLON |
| v. : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. : | COMPLAINT AND JURY DEMAND |
| : | Civil Action No.: 2:16-cv-2016 |
| Defendants : | |

## MOTION FOR
## EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Jerry McElroy, by and through undersigned counsel, and respectfully moves this Court for an extension of time to submit his Plaintiff Fact Sheet ("PFS"). The current deadline provides an insufficient amount of time for Plaintiff to comply. Accordingly, Plaintiff requests an extension of the deadline to June 30, 2016.

In support of this Motion, Plaintiff has attached a Memorandum in Support. Specifically, Plaintiff has been suffering from the after-effects of a stroke, in addition to losing his original PFS to a weather-related incident. This is Plaintiff's first request for an extension of his PFS deadline.

An extension of time is not sought for delay. An extension is sought so that justice may be served. No party shall be prejudiced by such extension of time.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant his Motion for Extension of Time to Submit Plaintiff Fact Sheet; to enter an Order extending his PFS deadline to June 30, 2016; and for any further orders deemed just and proper under the circumstances.

Date:   May 10, 2016            Respectfully submitted,

/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this the 10th day of May, 2016.

/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*