UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| JERRY MCELROY, Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | **COMPLAINT AND JURY DEMAND** |
| Defendants | Civil Action No.: 2:16-cv-2016 |

## ORDER

THIS MATTER, having come before the Court is Plaintiff, Jerry McElroy's **Motion for Extension of Time to Submit Plaintiff Fact Sheet**. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff, Jerry McElroy's Motion for Extension of Time to Submit Plaintiff Fact Sheet is GRANTED. The deadline to submit the Plaintiff Fact Sheet is now set for June 30, 2016.

Dated: _____          _____

Judge Eldon E. Fallon