UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| JERRY MCELROY, Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | **COMPLAINT AND JURY DEMAND** |
| | Civil Action No.: 2:16-cv-2016 |
| Defendants | |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Plaintiff, Jerry McElroy, by and through undersigned counsel, and in support of Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet, states as follows:

1. Plaintiff's complaint was filed on March 10, 2016 in the MDL Court (2:16-cv-2016).

2. Pursuant to CMO No. 1 and PTO No. 13, Plaintiff's Plaintiff Fact Sheet ("PFS") is due on May 9, 2016. Defendants' Liaison Counsel is required to notify Plaintiff's Counsel by email if Plaintiff has not complied and Plaintiff shall be given twenty (20) additional day to serve the PFS. Therefore, Plaintiff's final due date to submit his PFS will likely be on or about May 31, 2016 (due to the Memorial Day holiday).

3. On March 10, 2016, Plaintiff's Counsel sent a copy of the PFS to the Plaintiff, including a letter regarding its completion.

4. On April 11, 2016, Plaintiff contacted Plaintiff's Counsel advising them that the PFS he had been working on was destroyed by rain/water from a large storm and requested a new one be sent to him.

5. On April 11, 2016, at Plaintiff's request, Plaintiff's Counsel sent Plaintiff a new copy of the PFS, including a letter regarding its completion.

6. On May 3, 2016, after multiple attempts by Counsel to contact Plaintiff, Plaintiff responded to Counsel by stating that he had been working on his PFS since receiving the new copy, but the effects of his recent stroke in November had made this work very difficult. As such, he was having his son assist him in the process so he could complete the PFS and return it. Plaintiff also provided Plaintiff's Counsel with a new telephone number. Plaintiff also requested another new copy of the PFS.

7. On May 3, 2016, at Plaintiff's request, Plaintiff's Counsel sent Plaintiff a new copy of the PFS, including a letter regarding its completion.

8. As of the date of this pleading, Counsel has not received the completed Plaintiff Fact Sheet; however, upon information and belief, Plaintiff has every intention to complete his Plaintiff Fact Sheet. He requires additional time and the assistance of his son as a result of his recent stroke and the long-term effects it has had on his physical and mental abilities.

9. For the above reasons, it is impossible for Plaintiff to submit his Plaintiff Fact Sheet prior to the May 9, 2016 or May 31, 2016 deadlines.

10. Therefore, Plaintiff respectfully requests an additional thirty (30) days from the May 31, 2016 deadline (i.e. through June 30, 2016) to submit his Plaintiff Fact Sheet. No party will be prejudiced by such an extension.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant his Motion for Extension of Time to Submit Plaintiff Fact Sheet and for any further orders deemed just and proper under the circumstances.

Date: May 10, 2016          Respectfully submitted,

/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this the 10th day of May, 2016.

/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*