## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**KAREN COLLINS**

**2:15-cv-4610**

## SUGGESTION OF DEATH

    Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Karen Collins. Counsel filed this suit in September 2015 out of an abundance of caution related to potential statute-of-limitations issues but since has learned that Ms. Collins died on July 23, 2015, a few months before this lawsuit was initiated. If a representative of Ms. Collins' estate decides to assert a claim against the Defendants in this matter, that representative will initiate a new lawsuit on behalf of Ms. Collins' estate.

                                       Respectfully submitted,

Date:   5/10/2016                      By:    /s/ Catherine Heacox

                                                  Catherine T. Heacox
                                                  The Lanier Law Firm
                                                  126 East 56th Street
                                                  New York, NY 10022
                                                  Tel: (212) 421-2800
                                                  Email: CTH@lanierlawfirm.com

Certificate of Service

      I hereby certify that on May 10, 2016, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                    */s/ Catherine Heacox*