MINUTE ENTRY
FALLON, J.
MAY 10, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)            MDL NO. 2592
      PRODUCTS LIABILITY LITIGATION

                                                           SECTION: L

THIS DOCUMENT RELATES TO:            JUDGE FALLON
ALL CASES                                       MAGISTRATE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:   Leonard Davis, Esq. and Fred Longer, Esq., (in person) and Andy Birchfield, Esq.
                and Roger Denton, Esq. (via phone) for Plaintiffs' Liaison Counsel
                James Irwin, Esq., Steve Glickstein, Esq., John Olinde, Esq. (in person) and
                Andrew Solow, Esq. and Susan Sharko, Esq. (via phone) for Defendants' Liaison
                Counsel

SEALED MOTION of the Plaintiffs' Steering Committee to Compel Discovery of Defendants' German Employees and Their Personnel Files, in its entirety    (2951)

After argument - motion was taken under submission


JS10:    1:26