UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE NORTH |

# ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on March 16, 2016, the following Plaintiffs were given until April 18, 2016 to remedy the deficiencies identified by Defendants. [Rec. Doc. 2982]. Having failed to remedy the deficiencies by this date, and for the reasons stated orally on the record at the April 20, 2016 hearing, the following cases are hereby **DISMISSED WITH PREJUDICE**:

| NAME OF ALLEGED XARELTO USER: | DOCKET NUMBER: |
|---|---|
| AUTREY, PEGGY | 2:15-cv-05064 |
| DOGGET, FANNIE | 2:15-cv-01249 |
| MAY, TONI | 2:15-cv-03803 |
| MANNHALTER, JOYCE | 2:15-cv-03148 |
| MCKOY, SHEILA | 2:15-cv-01253 |
| MEANS, ETTA | 2:15-cv-04568 |

New Orleans, Louisiana this 9th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE