UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL DOCKET NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE SHUSHAN |
| ***************************************************** | * | |
| THIS DOCUMENT RELATES TO: | * | |
| *Dubois v. Janssen Research & Development LLC, et al,* LAED USDC No. 2:15-cv-510 | * * | |

_____

**UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND INCORPORATED MEMORANDUM IN SUPPORT**
_____

COME NOW the Plaintiffs, Morrison M. Dubois, as Executor of the Estate of Bonnie R. Seal Dubois and Wendy Johnson, Individually, et al, by and through undersigned counsel, and moves this Honorable Court pursuant to Fed. R. Civ. P. 15 for an Order allowing the Plaintiffs to amend their Complaint currently filed herein.

The Plaintiffs seek to amend the original Complaint filed herein by adding Johnson & Johnson as a party Defendant herein. A true and correct copy of the Amended Complaint is attached hereto as Exhibit "A" and made a part herein as though recopied.

In support of their Motion, Plaintiffs would show that Co-Lead Defense Counsel, James Irwin, has no objection to the filing of this amended complaint.

This amendment would not cause undue delay nor would the Defendants be unduly prejudiced by the proposed amendment.

WHEREFORE, PREMISES CONSIDERED, the Plaintiffs respectfully requests this Court to enter an Order allowing for leave to file an amended complaint herein and any and other further relief to which they may be entitled.

Respectfully submitted, this 11th day of May, 2016.

>BY: /s/ James R. Reeves, Jr.
>JAMES R. REEVES, JR. (MSB #9519)
>REEVES & MESTAYER, PLLC
>160 MAIN ST. (39530)
>P. O. DRAWER 1388
>BILOXI, MS 39533
>Phone: 228/374-5151
>Fax: 228/374-6630
>Email: jrr@rmlawcall.com

## **CERTIFICATE OF SERVICE**

I, undersigned counsel, do hereby certify that I have this 11th day of May, 2016 served the above and foregoing pleading upon all known counsel for all parties, as well as all persons listed on the Panel Service List via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile email or other electronic transmission.

>/s/ James R. Reeves, Jr.
>JAMES R. REEVES, JR.