UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL DOCKET NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE SHUSHAN |
| ************************************************** | * | |
| THIS DOCUMENT RELATES TO: | * | |
| *Dubois v. Janssen Research & Development LLC, et al,* LAED USDC No. 2:15-cv-510 | * * | |

## ORDER

Considering the foregoing:

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Plaintiff, Morrison M. Dubois, et al., be and the same is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

NEW ORLEANS, LOUISIANA, this the ____ day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE