# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL DOCKET NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO:

*Dubois v. Janssen Research & Development LLC, et al,*
LAED USDC No. 2:15-cv-510

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

**MAY IT PLEASE THE COURT:**

The plaintiff, Morrison M. Dubois, as Executor of the Estate of Bonnie R. Seal Dubois and Wendy Johnson, Individually, et al., desires to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Complaint and all of its allegations contained therein pursuant to PTO Nos. 11 and 11A.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposing party's written consent or the Court's leave when justice so requires. In this case, justice requires that Morrison M. Dubois, et al., be allowed to amend the Complaint to add Johnson & Johnson as a party Defendant and to add all of the allegations contained in the Plaintiff Steering Committee's Complaint.

**CONCLUSION**

The plaintiff, Morrison M. Dubois, et al., respectfully requests that he be allowed to amend his Complaint to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Complaint with all of the allegations claimed therein.

Respectfully submitted, this 11th day of May, 2016.

> BY:  /s/ James R. Reeves, Jr.
> JAMES R. REEVES, JR. (MSB #9519)
> REEVES & MESTAYER, PLLC
> 160 MAIN ST. (39530)
> P. O. DRAWER 1388
> BILOXI, MS 39533
> Phone: 228/374-5151
> Fax: 228/374-6630
> Email: jrr@rmlawcall.com

**CERTIFICATE OF SERVICE**

I, undersigned counsel, do hereby certify that I have this 11th day of May, 2016 served the above and foregoing pleading upon all known counsel for all parties, as well as all persons listed on the Panel Service List via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile email or other electronic transmission.

> /s/ James R. Reeves, Jr.
> JAMES R. REEVES, JR.

REEVES & MESTAYER, PLLC
160 MAIN ST. (39530)
P. O. DRAWER 1388
BILOXI, MS 39533
Phone: 228/374-5151
Fax: 228/374-6630
Email: jrr@rmlawcall.com