UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**************************************

THIS DOCUMENT RELATES TO:
*Phillips v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-00006-EEF-MB*

## MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW Plaintiff, Emma Phillips, deceased, by and through undersigned counsel, pursuant to Fed.R.Civ.P. 25, and with the consent of all parties, moves this Honorable Court for an order substituting the Estate of Emma Phillips, Collins C. Phillips, Jr., and Lisa C. Phillips, individually and as Co-Administrators, as named parties in place of Emma Phillips.

Plaintiff, Emma Phillips, passed away on June 19, 2015, as reported in the Suggestion of Death filed by Plaintiff's counsel on April 8, 2016. Emma Phillips filed a products liability lawsuit against the defendants on January 2, 2015. Subsequently, on June 22, 2015, Plaintiff's counsel was notified of the death of the Plaintiff. Mrs. Phillip's claims against the defendants are not extinguished by her death and, therefore, the Estate and its Administrators are the proper parties to continue the lawsuit on the deceased's behalf.

WHEREFORE, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party.

Dated: May 11, 2016

Respectfully submitted,

/s/ Anthony D. Irpino_____
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
PEARL A. ROBERTSON (#34060)
Irpino Law Firm
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
probertson@irpinolaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Anthony D. Irpino_____
Anthony D. Irpino