UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**************************************

THIS DOCUMENT RELATES TO**:**
*Phillips v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-00006-EEF-MBN*

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED.

2. The Estate of Emma Phillips, Collins C. Phillips, Jr. and Lisa C. Phillips, individually and as Co-Administrators, are substituted as Plaintiffs in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on this _____ day of _____, 2016.

_____
JUDGE ELDON E. FALLON