UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| GREGORY K. BURT, Administrator of the Estate of WINONA G. BURT, dec., and GREGORY K. BURT, Individually and on Behalf of the Heirs-at-Law of WINONA G. BURT, dec.<br>              Plaintiffs. | : : : : : : : : | CIVIL ACTION No. 16-cv-00338 |

**LIST OF INDIVIDUAL CASE CAPTIONS
FOR ALL PLAINTIFFS IN JOINT COMPLAINT**

1.  Civil Action No. 16-cv-00338
    Gregory K. Burt, Administrator of the Estate of Winona G. Burt, dec., and Gregory K. Burt, Individually and on Behalf of the Heirs-at-Law of Winona G. Burt, dec.
    vs.
    Janssen Research & Development, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC;
    Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica, Inc., f/k/a Ortho-McNeal-Janssen Pharmaceuticals, Inc.; Janssen Ortho, LLC;
    Johnson & Johnson Company; Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; Bayer Corporation; Bayer Healthcare, LLC; Bayer Healthcare AG; Bayer AG

2.  Civil Action No. 16-cv-00530
    Wanda F. Gering, Administratrix of the Estate of Gale A. Gering, dec., and
    Wanda F. Gering, Individually and on Behalf of the Heirs-at-Law of Gale A. Gering, dec.
    vs.
    Janssen Research & Development, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC;
    Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica, Inc., f/k/a Ortho-McNeal-Janssen Pharmaceuticals, Inc.; Janssen Ortho, LLC;
    Johnson & Johnson Company; Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; Bayer Corporation; Bayer Healthcare, LLC; Bayer Healthcare AG; Bayer AG

3. Civil Action No. 16-cv-00533
Ginger J. Herrell and Lynn K. Herrell
vs.
Janssen Research & Development, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC;
Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica, Inc., f/k/a Ortho-McNeal-Janssen Pharmaceuticals, Inc.; Janssen Ortho, LLC;
Johnson & Johnson Company; Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; Bayer Corporation; Bayer Healthcare, LLC; Bayer Healthcare AG; Bayer AG

4. Civil Action No. 16-cv-00534
George E. Hudson and Karen J. Hudson
vs.
Janssen Research & Development, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC;
Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica, Inc., f/k/a Ortho-McNeal-Janssen Pharmaceuticals, Inc.; Janssen Ortho, LLC;
Johnson & Johnson Company; Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; Bayer Corporation; Bayer Healthcare, LLC; Bayer Healthcare AG; Bayer AG

5. Civil Action No. 16-cv-00535
Mark E. Hutton, Administrator of the Estate of Beverly B. Hutton, dec., and Mark E. Hutton, Individually and on Behalf of the Heirs-at-Law of Beverly B. Hutton, dec.
vs.
Janssen Research & Development, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC;
Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica, Inc., f/k/a Ortho-McNeal-Janssen Pharmaceuticals, Inc.; Janssen Ortho, LLC;
Johnson & Johnson Company; Bayer Healthcare Pharmaceuticals, Inc.; Bayer Pharma AG; Bayer Corporation; Bayer Healthcare, LLC; Bayer Healthcare AG; Bayer AG

Dated:  May 11, 2016

Respectfully submitted,

HUTTON & HUTTON LAW Firm, L.L.C.

 s/ Andrew W. Hutton
Andrew W. Hutton, KS Bar No. 10264
8100 E. 22nd St. N., Bldg. 1200
P. O. Box 638
Wichita, KS 67201-0638
(316) 688-1166 Telephone
(316) 686-1077 Facsimile
andrew.hutton@huttonlaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on the 11th day of May, 2016, a copy of the foregoing List of Individual Case Captions for All Plaintiffs in Joint Complaint was filed electronically by using the CM/ECF system. Parties may access this filing through the Court's system.

                                                 s/ Andrew W. Hutton  
                                                Andrew W. Hutton, KS Bar No. 10264  
                                                HUTTON & HUTTON LAW FIRM, L.L.C.  
                                                8100 E. 22nd St. N., Bldg. 1200  
                                                P. O. Box 638  
                                                Wichita, KS 67201-0638  
                                                (316) 688-1166 Telephone  
                                                (316) 686-1077 Facsimile  
                                                andrew.hutton@huttonlaw.com

                                                        *Attorneys for Plaintiffs*