**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| _____ | : | **MAGISTRATE JUDGE NORTH** |

THIS DOCUMENT RELATES TO:                    <u>JURY TRIAL DEMANDED</u>

**JAMES DOUGLAS HINTON**

CIVIL ACTION NO.: 2:15-cv-6544

### <u>PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

COME NOW, Plaintiff James Douglas Hinton, in the above reference civil action, and by and through his counsel of records hereby files a Motion for Voluntary Dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

WHEREFORE, Plaintiff hereby requests that his claims against all defendants in this action be voluntarily dismissed, without prejudice.

Date: May 11, 2016

**HILLIARD MUÑOZ GONZALES LLP**
By: <u>/s/ Robert C. Hilliard</u>
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard, Suite 500

Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION   :      **MDL No. 2592**
                                           :
                                           :      **SECTION L**
                                           :
                                           :      **JUDGE ELDON E. FALLON**
                                           :
_____:      **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**JAMES DOUGLAS HINTON**

CIVIL ACTION NO.: 2:15-cv-6544

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Voluntarily

Dismiss has contemporaneously with or before filing been served on all parties or their attorneys

a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via

MDL Centrality, which will send notice of electronic filing in accordance with the procedures

established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                 **HILLIARD MUÑOZ GONZALES LLP**
                                 By: /s/ Robert C. Hilliard
                                     Robert C. Hilliard
                                     Texas Bar No. 09677700
                                     Catherine Tobin
                                     Texas State Bar No. 24013642
                                     T. Christopher Pinedo
                                     Texas State Bar No. 00788935
                                     John Martinez
                                     Texas State Bar No. 24010212

                                   719 S. Shoreline Boulevard, Suite 500
                                   Corpus Christi, Texas 78401
                                   361-882-1612 Office
                                   361-882-3015 Fax
                                   ***Attorneys for Plaintiff***