# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**  **JURY TRIAL DEMANDED**

**JAMES DOUGLAS HINTON**

CIVIL ACTION NO.: 2:15-cv-6544

## ORDER

IT IS ORDERED that Plaintiffs' Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiffs' claims against all defendants in Hinton v. Janssen Research & Development, LLC, et al (2:15-cv-6544) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this _____ day of _____, 2016

_____
Hon. Eldon E. Fallon
U.S. District Court Judge