# UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

*Hally v. Janssen, et al*. (2:15-cv-2144)     *Lindsey v. Janssen, et al*. (2:16-cv-105)
*Lentz v. Janssen, et al*. (2:15-cv-2147)     *Brutus v. Janssen, et al*. (2:16-cv-109)
*Marzlin v. Janssen, et al*. (2:15-cv-2151)   *Millsberg v. Janssen, et al*. (2:16-cv-110)
*Sharpe v. Janssen, et al*. (2:15-cv-2155)    *Norman v. Janssen, et al*. (2:16-cv-111)
*Shaw v. Janssen, et al*. (2:15-cv-2158)      *Acuna v. Janssen, et al*. (2:16-cv-112)
*Tatum v. Janssen, et al*. (2:15-cv-2163)     *Bailey v. Janssen, et al*. (2:16-cv-113)
*Temple v. Janssen, et al*. (2:15-cv-2164)    *Baird v. Janssen, et al*. (2:16-cv-114)
*Yevin v. Janssen, et al*. (2:15-cv-2165)     *Redding v. Janssen, et al*. (2:16-cv-115)
*Breland v. Janssen, et al*. (2:15-cv-7167)   *Johnson v. Janssen, et al*. (2:16-cv-116)
*Molock v. Janssen, et al*. (2:16-cv-102)     *Casasanto v. Janssen, et al*. (2:16-cv-117)
*Huey v. Janssen, et al*. (2:16-cv-104)

## ORDER

THIS MATTER, having come before the Court is Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants, Bayer HealthCare, LLC, Bayer Corporation, and Janssen Pharmaceuticals, Inc., upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that the above-captioned Plaintiffs' Motion is GRANTED. The Plaintiffs shall have thirty (30) days from the date of this Order to serve process on Defendants, Bayer HealthCare, LLC, Bayer Corporation, and Janssen Pharmaceuticals, Inc.

Dated:   May  11th   2016  

_____
Judge Eldon E. Fallon