UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :   MDL No. 2592
                                   :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
                                   :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**      **JURY TRIAL DEMANDED**

*Roberta Flores v. Janssen Research & Development LLC, et al.*

*Civil Action No. 2:15-cv-6851*

## ORDER

The Court, after considering the Plaintiff's Unopposed Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Fernando Flores, on behalf of the Estate of Roberta Flores, is substituted for Plaintiff Roberta Flores, in the above captioned cause.

Dated: __May  11th  2016__                    _____
                                              Hon. Eldon E. Fallon
                                              United States District Court Judge