**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          *     MDL DOCKET NO.  2592
PRODUCTS LIABILITY LITIGATION
                                      *     SECTION L

                                      *     JUDGE ELDON E. FALLON

                                      *     MAG. JUDGE SHUSHAN
****************************************************** *

THIS DOCUMENT RELATES TO:             *

*Dubois v. Janssen Research &*        *
*Development LLC, et al,*
*LAED USDC No. 2:15-cv-510*            *


## ORDER

Considering the foregoing:

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed

by Plaintiff, Morrison M. Dubois, et al., be and the same is hereby GRANTED, and the

Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

NEW ORLEANS, LOUISIANA, this the  11th  day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE