UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | : SECTION L |
| | : JUDGE FALLON |
| _____ | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Beverly Copeland; Wesley Gilliard;*
*Arlene Klemme; Arlene Sorenson; and*
*David Stokes*
2:16-cv-02324-EEF-MBN

**MOTION FOR LEAVE TO FILE SECOND AMENDED JOINT COMPLAINT**

The above-captioned Plaintiffs hereby submit their *Motion for Leave to File Second Amended Joint Complaint*. The proposed *Second Amended Joint Complaint* is attached hereto as **Exhibit 1**. Plaintiffs are filing their *Second Amended Joint Complaint* pursuant to Fed. R. Civ. P 15(a)(2) and *Pre-Trial Order No. 11C*. Plaintiffs desire to amend their complaint at Paragraph 7(c) to reflect that Plaintiff Arlene Sorenson suffered her injury on or around January 2013, rather than March 2013. No other amendments are being made to Plaintiffs' Complaint. Plaintiffs desire their Complaint be accurate and consistent with their subsequently filed short form complaints and fact sheets. Plaintiff Arlene Sorenson has already filed her Short Form Complaint, which references the Joint Complaint, and as such, Plaintiffs assert that by allowing the instant proposed amendment, Ms. Sorenson's Short Form Complaint should not need to be refiled as it will remain consistent with the Joint Complaint. If the Court desires the Short Form Complaint be refiled, Ms. Sorenson will do so. As such, good cause is shown for granting Plaintiffs' instant motion, and therefore, Plaintiffs respectfully request the same.

A proposed form of order is attached hereto as **Exhibit 2**.

Dated: May 12, 2016

Respectfully Submitted,

By: /s/ John R. Crone
John R. Crone, Esq., CO Bar No. 48284
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: john.crone@andruswagstaff.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May 2016, a copy of the foregoing *Motion for Leave to File Second Amended Joint Complaint* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pretrial Order No. 17.

By: /s/ John R. Crone
John R. Crone, Esq.
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Phone: 303-376-6360
Fax: 303-376-6361
E-Mail: john.crone@andruswagstaff.com