# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABABAN) PRODUCTS LIABILITY LITIGATION | : <br> : <br> : MDL No. 2592 <br> : <br> : SECTION L <br> : <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH <br> : <br> : <br> : |

**THIS DOCUMENT RELATES TO:**
*James Scott v. Janssen Research & Development, LLC, et al.*
Case No. 15-cv-03718

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C. submit this Motion to Withdraw as counsel for Plaintiff, James Scott, and as grounds therefor state as follows:

1. Plaintiff initiated this action on July 30, 2015.

2. On August 20, 2015, Plaintiff's son, Kevin Scott, informed Counsel via phone that Plaintiff had passed away.

3. In the following months, Counsel made several attempts via phone and mail to locate a personal representative for the Decedent's estate..

4. Despite multiple efforts for multiple months, counsel has been unable to locate a personal representative for the Decedent's estate.

5. Accordingly, Counsel has been unable to meaningfully progress this case and representation of Plaintiff has been rendered impossible.

6. Under these circumstances, the undersigned counsel move to withdraw as counsel of record for Plaintiff in the above-captioned action.

7. Kevin Scott's last known contact information is as follows:

Kevin Scott
2886 W. 5925 South
Roy, UT 84067
Tel: 801-685-9052

WHEREFORE, the law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C. submit this Motion to Withdraw as counsel for Plaintiff, James Scott, and all counsel of those firms, move to withdraw as counsel of record for Plaintiff.

Dated:  May 12,  2016        By:    /s/ M. Elizabeth Graham

        M. Elizabeth Graham
        Thomas V. Ayala
        **GRANT & EISENHOFER P.A.**
        123 Justison Street
        Wilmington, DE 19801
        Tel: (302) 622-7000
        Fax:  (302) 622-7100
        egraham@gelaw.com
        tayala@gelaw.com

        Thomas Sims
        Stephen T. Blackburn
        **BARON & BUDD, P.C.**
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, TX  75219
        Telephone: (214) 521-3605
        Facsimile:  (214) 520-1181
        tsims@baronbudd.com
        sblackburn@baronbudd.com

# UNITED STATES DISTRICT COURT OF THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES SCOTT,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; AND DOES 1-100,<br><br>　　　　　　Defendants. | CIVIL ACTION NO. 2:14-cv-02918-EEF-MBN |

## ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Upon consideration of the Motion to Withdraw as Counsel for Plaintiff filed by the law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C., it is hereby **ORDERED** as follows:

1. The Motion to Withdraw as Counsel for Plaintiff, James Scott, is hereby **GRANTED**.

2. The law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C. and all counsel of those firms, are hereby discharged from any further obligation and relieved of any further appearance in this case on behalf of Plaintiff, James Scott.

3. Until a Notice of Appearance is filed by new counsel, all pleadings and future papers in this action shall be served upon Plaintiff at the following last known address:

James Scott
2886 W. 5925 South
Roy, UT 84067

4. Plaintiff, or any personal representative there of, shall have 60 days from the date of this Order to obtain new counsel and have counsel appear in this action.

AND IT IS SO ORDERED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE