## UNITED STATES DISTRICT COURT OF THE
## EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABABAN)   :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION       :
                                                          :   SECTION L
                                                          :   JUDGE ELDON E. FALLON
                                                          :   MAGISTRATE JUDGE NORTH

*James Scott v. Janssen Research & Development LLC et al.*
Civil Case No.:  15-cv-03718

### ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Upon consideration of the Motion to Withdraw as Counsel for Plaintiff filed by the law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C., it is hereby **ORDERED** as follows:

1. The Motion to Withdraw as Counsel for Plaintiff, James Scott, is hereby **GRANTED**.

2. The law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C. and all counsel of those firms, are hereby discharged from any further obligation and relieved of any further appearance in this case on behalf of Plaintiff, James Scott.

3. Until a Notice of Appearance is filed by new counsel, all pleadings and future papers in this action shall be served upon Plaintiff at the following last known address:

   James Scott
   2886 W. 5925 South
   Roy, UT 84067

4. Plaintiff, or any personal representative there of, shall have 60 days from the date of this Order to obtain new counsel and have counsel appear in this action.

2

AND IT IS SO ORDERED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE