**UNITED STATES DISTRICT COURT OF THE
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABABAN) PRODUCTS LIABILITY LITIGATION | : : : :  MDL No.  2592 : :  SECTION L : :  JUDGE ELDON E. FALLON : :  MAGISTRATE JUDGE NORTH : : |

**THIS DOCUMENT RELATES TO:**

*Betty Elkins v. Janssen Research & Development, LLC*
Civil Action No.: 2:15-cv-03718

<u>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**</u>

The law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C. submit this Motion to Withdraw as counsel for Plaintiff, Betty Elkins, and as grounds therefor state as follows:

1. Plaintiff initiated this action on July 30, 2015.

2. After commencement of this action, counsel has repeatedly attempted to contact Plaintiff but has received no response. Counsel has made at least the following attempts to contact Plaintiff:

    a. Letter sent to last known address September 16, 2015.

    b. Lexis search revealed new address. Letter sent January 13, 2016 and confirmed delivered January 14, 2016.

    c. Phone call to last known phone numbers and messages left February, 24, 2016.

    d. Email to last known e-mail address February 24, 2016.

    e. Phone call to last known phone numbers and messages left March 31, 2016.

    f. Email to last known e-mail address March 31, 2016.

  g. Letter sent to last known address April 6, 2016, and confirmed delivered April 8, 2016.

3. To date, Counsel has received no communications from Plaintiff.

4. Given that Plaintiff has not informed Counsel of any new contact information or responded to any communication for the last eight months, Counsel is unable to meaningfully progress this case and representation of Plaintiff has been rendered impossible.

5. Counsel has notified Plaintiff of their intent to withdraw in writing enclosing a copy of this motion.

6. Plaintiffs' last known contact information is as follows:

Ms. Betty Elkins
94 Fairview Road
Saint Joseph, TN 38481
Tel: 931-279-1551

WHEREFORE, the law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C. submit this Motion to Withdraw as counsel for Plaintiff, Betty Elkins, and all counsel of those firms, move to withdraw as counsel of record for Plaintiff.

Dated: May 12, 2016

                By*:* /s/ M. Elizabeth Graham

                  M. Elizabeth Graham
                  Thomas V. Ayala
                  **GRANT & EISENHOFER P.A.**
                  123 Justison Street
                  Wilmington, DE 19801
                  Tel: (302) 622-7000
                  Fax: (302) 622-7100
                  egraham@gelaw.com
                  tayala@gelaw.com

                  Thomas Sims
                  Stephen T. Blackburn
                  **BARON & BUDD, P.C.**
                  3102 Oak Lawn Avenue, Suite 1100

Dallas, TX  75219  
Telephone: (214) 521-3605  
Facsimile:  (214) 520-1181  
tsims@baronbudd.com  
sblackburn@baronbudd.com

**UNITED STATES DISTRICT COURT OF THE**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| BETTY ELKINS,<br>           Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; AND DOES 1-100,<br><br>           Defendants. | CIVIL ACTION NO. 2:14-cv-02918-EEF-MBN |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

Upon consideration of the Motion to Withdraw as Counsel for Plaintiff filed by the law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C., it is hereby **ORDERED** as follows:

1. The Motion to Withdraw as Counsel for Plaintiff, Betty Elkins, is hereby **GRANTED**.

2. The law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C. and all counsel of those firms, are hereby discharged from any further obligation and relieved of any further appearance in this case on behalf of Plaintiff, Betty Elkins.

3. Until a Notice of Appearance is filed by new counsel, all pleadings and future papers in this action shall be served upon Plaintiff at the following last known address:

   Ms. Betty Elkins
   94 Fairview Road
   Saint Joseph, TN 38481

4. Plaintiff shall have 60 days from the date of this Order to obtain new counsel and have counsel appear in this action.

AND IT IS SO ORDERED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE