**UNITED STATES DISTRICT COURT OF THE**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : |

MDL No.  2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Betty Elkins v. Janssen Research & Development, LLC*
Civil Action No.: 2:15-cv-03718

### ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Upon consideration of the Motion to Withdraw as Counsel for Plaintiff filed by the law

firms of Grant & Eisenhofer P.A. and Baron & Budd P.C., it is hereby **ORDERED** as follows:

1. The Motion to Withdraw as Counsel for Plaintiff, Betty Elkins, is hereby **GRANTED**.

2. The law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C. and all counsel of

those firms, are hereby discharged from any further obligation and relieved of any further

appearance in this case on behalf of Plaintiff, Betty Elkins.

3. Until a Notice of Appearance is filed by new counsel, all pleadings and future papers in

this action shall be served upon Plaintiff at the following last known address:

Ms. Betty Elkins
94 Fairview Road
Saint Joseph, TN 38481

4

4.  Plaintiff shall have 60 days from the date of this Order to obtain new counsel and have counsel appear in this action.

AND IT IS SO ORDERED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE