UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DIANNA JAY,

v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEURICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN
ORTHO LLC, JANSSEN
PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., BAYER
HEALTHCARE PHARMACEUTICALS, INC.
BAYER PHARMA AG, BAYER
CORPORATION, BAYER HEALTHCARE,
LLC, BAYER HEALTHCARE AG, BAYER AG

LAURIE MICHAELIS,

v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEURICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN
ORTHO LLC, JANSSEN
PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., BAYER
HEALTHCARE PHARMACEUTICALS, INC.
BAYER PHARMA AG, BAYER
CORPORATION, BAYER HEALTHCARE,
LLC, BAYER HEALTHCARE AG, BAYER AG

1

KATIE MOFFITT,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEURICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC. BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, BAYER AG

MILDRED REED,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEURICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC. BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, BAYER AG

JUDITH SCHUCKNECHT,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEURICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN

PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., BAYER
HEALTHCARE PHARMACEUTICALS, INC.
BAYER PHARMA AG, BAYER
CORPORATION, BAYER HEALTHCARE,
LLC, BAYER HEALTHCARE AG, BAYER AG


ELLA STUEVE – DODD,

v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEURICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN
ORTHO LLC, JANSSEN
PHARMACEUTICALS, INC. f/k/a
JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., BAYER
HEALTHCARE PHARMACEUTICALS, INC.
BAYER PHARMA AG, BAYER
CORPORATION, BAYER HEALTHCARE,
LLC, BAYER HEALTHCARE AG, BAYER AG