UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) )
PRODUCTS LIABILITY LITIGATION ) MDL No. 2592
)
) SECTION L
)
) JUDGE ELDON E. FALLON
)
) MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**   **JURY TRIAL DEMANDED**

ELLA STUEVE - DODD

2:16-cv- 04227

## SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiff's Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La) pursuant to Pretrial Order No. 11D. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Ella Stueve - Dodd, is identified more fully in Paragraph 7 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 3806 Burlage Rd., Lonedell, MO 63060.

4. The Xarelto User resides at 3806 Burlage Rd., Londell, MO 63060.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiff.

6. Attached as Attachment 2 is the Joint Complaint Listing within the Individual Plaintiff.

Dated: May 12, 2016 /s/William K. Holland
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2016, I electronically filed the forgoing document with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

GOLDBLATT + SINGER

/s/William K. Holland
William K. Holland
Attorney for Plaintiff(s)