UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| ANN M. BOSTON, | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| 2:16-cv-01204-EEF-MBN | |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

COMES NOW Counsel for Plaintiff, Ann M. Boston, and respectfully move this Court for or an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline. The deadline is presently set for May 12, 2016. Plaintiff's counsel requests a 60-day extension of the deadline to July 11, 2016.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff, Ann M. Boston, had to have emergency surgery on April 4, 2016 to amputate her leg and has been medically incapacitated and has been unable to respond to the Alleged Plaintiff Fact Sheet Deficiency.

This is Plaintiff's first request for an extension of time. A sixty-day extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deficiency Deadline until July 11, 2016.

Dated: May 12, 2016

Respectfully submitted,

By: s/Emanuella J. Paulos
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

2

## CERETIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Date:   May 12, 2016                                                                   By: s/Emanuella J. Paulos_____
                                                                                                  Emanuella J. Paulos (FL Bar 99010)