UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ANN M. BOSTON,<br><br>2:16-cv-01204-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's First Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. On January 29, 2016, Counsel for Plaintiff, Ann M. Boston, filed her Xarelto complaint jointly in the Eastern District of Louisiana. [*Thomas J. Banks, et al. v. Janssen Research & Development LLC, et al.*, 2:16-cv-00814-EEF-MBN [Doc. 1].

2. Pursuant to Pre-trial Order No. 13, Plaintiff, Ann M. Boston's Fact Sheet was due on March 29, 2016.

3. Plaintiff's counsel reached out to Plaintiff on several occasions regarding the Plaintiff's Fact Sheet and the deadline.

4. On December 8, 2015, Plaintiff's Counsel received Ms. Boston's fact sheet.

5. After a review of Plaintiff's medical records and a previous conversation with Ms. Boston regarding a stroke and not able to recall information, Plaintiff's Counsel called Ms. Boston to go over her fact sheet.

6. On March 18, 2014, information from the medical records was added to Plaintiff's Fact Sheet, and therefore was returned to Ms. Boston to review and certify as true and correct.

7. On March 24, 2016, Plaintiff's Counsel spoke to Ms. Boston's daughter, and was told that Ms. Boston's doctor stated that she would require an amputation.

8. On March 29, 2016, Plaintiff's Counsel was unable to contact Plaintiff or her daughter, and therefore submitted an Unverified Plaintiff Fact Sheet.

9. On April 7, 2016, Plaintiff's Counsel spoke with Plaintiff's daughter and was informed that Ms. Boston had to have her leg amputated on April 4, 2016 and was in rehabilitation.

10. Since April 7, 2016, Plaintiff's Counsel has been unable to make contact with Plaintiff.

WHEREFORE, Plaintiff's counsel request an extension of time of 60 days (until July 11, 2016) to satisfy the alleged Plaintiff Fact Sheet deficiency.

Dated: May 12, 2016

Respectfully submitted,

By: s/Emanuella J. Paulos
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

## CERETIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Date: May 12, 2016                                          By: s/Emanuella J. Paulos_____
                                                                 Emanuella J. Paulos (FL Bar 99010)