UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| ) | MDL 2592 |
| ) | |
| ) | Section: L |
| ) | |
| PATRICIA JARMAN ) | Judge: Eldon E. Fallon |
| ) | |
| ) | Mag. Judge Michael North |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC ) | Case no. 2:15-cv-05918 |
| f/k/a JOHNSON AND JOHNSON ) | |
| PHARMACEUTICAL RESEARCH AND ) | |
| DEVELOPMENT LLC et. al ) | |
| Defendants ) | |
| ) | |

This document relates to:
Patricia Jarman v. Janssen Research & Development, LLC et al; LAED USDC No. 2:15-cv-05918

MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO SERVE PROCESS
ON CERTAIN DEFENDANTS

Plaintiff Patricia Jarman ("Jarman") respectfully requests that this Honorable Court enter an Order enlarging the time in which to serve all defendants except Janssen Research & Development LLC to thirty (30) days from the date this Court enters a suitable order. In addition, Jarman requests that new summonses be issued and that she be permitted to utilize the streamlined processes established in the Xarelto Multi District Litigation for foreign defendants. A brief in support of Jarman's motion is submitted herewith, as is a proposed order.

Date: May 13, 2016.

             RESPECTFULLY SUBMITTED,


             By /s/ David A. Pearlman
             David A. Pearlman
             (# 671550)
             HELMSDALE LAW, LLP
             6 Consultant Place, Suite 100A
             Durham, NC  27707-3598
             Direct: (424) 249-7924
             dpearlman@summitlawllp.com

             Attorney for Plaintiff


## Certificate of Service

  I hereby certify that on May 13, 2016 I electronically filed the foregoing document with the Eastern District of Louisiana by using the CM/ECF system. I certify that the counsel of record for each defendant are registered as ECF Filers and that they will be served by the CM/ECF system. In addition, I directly served via email the foregoing pleading on attorney Lindy D. Brown, counsel for Bayer, at her email address of lbrown@babc.com.


             /s/ David A. Pearlman
             David A. Pearlman