UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PATRICIA JARMAN | ) MDL 2592 |
| | ) |
| | ) Section: L |
| | ) |
| | ) Judge: Eldon E. Fallon |
| | ) |
| | ) Mag. Judge Michael North |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC | ) Case no. 2:15-cv-05918 |
| f/k/a JOHNSON AND JOHNSON | ) |
| PHARMACEUTICAL RESEARCH AND | ) |
| DEVELOPMENT LLC et. al | ) |
| Defendants | ) |
| | ) |

This document relates to:
Patricia Jarman v. Janssen Research & Development, LLC et al; LAED USDC No. 2:15-cv-05918

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE THAT Plaintiff, Patricia Jarman, will bring the attached *Motion for Extension of Time Within Which to Serve Process on Certain Defendants* for submission before the Honorable Judge Eldon E. Fallon on June 22, 2016.

Date: May 13, 2016.

RESPECTFULLY SUBMITTED,

By /s/ David A. Pearlman
David A. Pearlman
(# 671550)

HELMSDALE LAW, LLP
6 Consultant Place, Suite 100A
Durham, NC  27707-3598
Direct: (424) 249-7924
dpearlman@summitlawllp.com

Attorney for Plaintiff

## Certificate of Service

　　I hereby certify that on May 13, 2016 I electronically filed the foregoing document with the Eastern District of Louisiana by using the CM/ECF system. I certify that the counsel of record for each defendant are registered as ECF Filers and that they will be served by the CM/ECF system. In addition, I directly served via email the foregoing pleading on attorney Lindy D. Brown, counsel for Bayer, at her email address of lbrown@babc.com.


/s/ David A. Pearlman
David A. Pearlman