UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>DAVID DUBACH<br><br>       Plaintiff,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>       Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:15-cv-06354 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the claim of Plaintiff David Dubach is dismissed with prejudice against all defendants, each party to bear its own fees and costs. Plaintiff was initially

filed with Joint Complaint, *Buettner et al. v. Janssen Research & Development LLC et al (2:15-cv-6270)*. The claims of the other plaintiffs in the joint complaint are not impacted by the dismissal of the claim asserted by David Dubach.

| | |
|---|---|
| WEITZ & LUXENBERG, P.C.<br>*Attorneys for Plaintiffs*<br>David Dubach | DRINKER BIDDLE & REATH LLP<br>*Attorneys for Defendants*<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC and<br>Johnson & Johnson |
| By: *s/ Ellen Relkin*<br>Ellen Relkin<br>WEITZ & LUXENBERG, P.C.<br>700 Broadway,<br>New York, NY 10003<br>erelkin@weitzlux.com<br><br>Dated: 05/16/2016 | By: *s/ Susan M. Sharko*<br>Susan Sharko<br>DRINKER BIDDLE & REATH, LLP<br>600 Campus Drive,<br>Florham Park, NJ 07932<br>Susan.Sharko@dbr.com<br>Dated: 05/16/2016 |
| | KAYE SCHOLER LLP<br>*Attorneys for Defendants*<br>Bayer Healthcare Pharmaceuticals, Inc. and<br>Bayer Pharma AG<br><br>By: *s/ Steven Glickstein*<br>Steven Glickstein<br>KAYE SCHOLER, LLP<br>901 15th Street NW<br>Washington, DC 20005<br>Steven.Glickstein@kayescholer.com<br>Dated:  05/16/2016 |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 16 day of May, 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of such filing.

                                                             /s/ Ellen Relkin
                                                             Ellen Relkin