UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>GARY HOGUE<br><br>       Plaintiff,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>       Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:16-cv-2561 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the claim of Plaintiff Gary Hogue is dismissed with prejudice against all defendants, each party to bear its own fees and costs. Plaintiff was initially filed with

Joint Complaint, *Adcock et al. v. Janssen Research & Development LLC et al (2:16-cv-2561)*. The claims of the other plaintiffs in the joint complaint are not impacted by the dismissal of the claim asserted by Gary Hogue.

WEITZ & LUXENBERG, P.C.
*Attorneys for Plaintiffs*
Gary Hogue

By:  *s/ Ellen Relkin*
Ellen Relkin
WEITZ & LUXENBERG, P.C.
700 Broadway,
New York, NY 10003
erelkin@weitzlux.com

Dated: 05/16/2016

DRINKER BIDDLE & REATH LLP
*Attorneys for Defendants*
Janssen Pharmaceuticals, Inc.,
Janssen Research & Development LLC,
Janssen Ortho LLC and
Johnson & Johnson

By:  *s/ Susan M. Sharko*
Susan Sharko
DRINKER BIDDLE & REATH, LLP
600 Campus Drive,
Florham Park, NJ 07932
Susan.Sharko@dbr.com
Dated: 05/16/2016

KAYE SCHOLER LLP
*Attorneys for Defendants*
Bayer Healthcare Pharmaceuticals, Inc. and
Bayer Pharma AG

By: *s/ Steven Glickstein*
Steven Glickstein
KAYE SCHOLER, LLP
901 15th Street NW
Washington, DC 20005
Steven.Glickstein@kayescholer.com
Dated:  05/16/2016

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 16 day of May, 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of such filing.

      /s/ Ellen Relkin
      Ellen Relkin