UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  : MDL NO. 2592
PRODUCTS LIABILITY LITIGATION  : SECTION L
: JUDGE FALLON
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Beverly Copeland; Wesley Gilliard; Arlene Klemme; Arlene Sorenson; and David Stokes*
2:16-cv-02324-EEF-MBN

## ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED JOINT COMPLAINT

The COURT, having reviewed Plaintiffs' *Motion for Leave to File Second Amended Joint Complaint*, any responses and replies thereto, if any, hereby FINDS Plaintiffs' motion to have merit and GRANTS the same, thereby allowing the filing of Plaintiffs' *Second Amended Joint Complaint* attached as Exhibit 1 to their motion. The *Second Amended Joint Complaint* shall be deemed to have been filed as of the date of this Order.

Dated: May 13, 2016, in New Orleans Louisiana.

By: _____
United States District Court Judge