|  |  |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No.  2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*James Scott  v. Janssen Research & Development, LLC, et al.*
Case No.  15-cv- 01136

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C. submit this Motion to Withdraw as counsel for Plaintiff, James Scott, and as grounds therefor state as follows:

1. Plaintiff initiated this action on July 30, 2015.

2. On August 20, 2015, Plaintiff's son, Kevin Scott, informed Counsel via phone that Plaintiff had passed away.

3. In the following months, Counsel made several attempts via phone and mail to locate a personal representative for the Decedent's estate..

4. Despite multiple efforts for multiple months, counsel has been unable to locate a personal representative for the Decedent's estate.

5. Accordingly, Counsel has been unable to meaningfully progress this case and representation of Plaintiff has been rendered impossible.

6. Under these circumstances, the undersigned counsel move to withdraw as counsel of record for Plaintiff in the above-captioned action.

7. Kevin Scott's last known contact information is as follows:

Kevin Scott
2886 W. 5925 South
Roy, UT 84067
Tel: 801-685-9052

WHEREFORE, the law firms of Grant & Eisenhofer P.A. and Baron & Budd P.C. submit this Motion to Withdraw as counsel for Plaintiff, James Scott, and all counsel of those firms, move to withdraw as counsel of record for Plaintiff.

Dated:  May 16, 2016          By:     /s/ M. Elizabeth Graham

        M. Elizabeth Graham
        Thomas V. Ayala
        **GRANT & EISENHOFER P.A.**
        123 Justison Street
        Wilmington, DE 19801
        Tel: (302) 622-7000
        Fax:  (302)  622-7100
        egraham@gelaw.com
        tayala@gelaw.com

        Thomas Sims
        Stephen T. Blackburn
        **BARON & BUDD, P.C.**
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, TX  75219
        Telephone: (214) 521-3605
        Facsimile:  (214) 520-1181
        tsims@baronbudd.com
        sblackburn@baronbudd.com