UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that the following attorneys:

- Bert L. Slonim of the law firm of Kaye Scholer, LLP, 250 W. 55th Street, New York, New York 10019-9710, Telephone: 212-836-8897, email: bert.slonim@kayescholer.com;

- Julie B. du Pont of the law firm of Kaye Scholer, LLP, 250 W. 55th Street, New York, New York 10019-9710, Telephone: 212-836-8572, email: julie.dupont@kayescholer.com; and

- Aaron H. Levine, of the law firm of Kaye Scholer, LLP, 250 W. 55th Street, New York, New York 10019-9710, Telephone: 212-836-7586, email: aaron.levine@kayescholer.com,

all of whom are duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appear as co-counsel of record for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, in the above-styled action.

2690093-1

This 16th day of May, 2016

Respectfully submitted,

*Attorney for Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG*

KAYE SCHOLER LLP

*/s/ William Hoffman*
William Hoffman
Steven Glickstein
Andrew K. Solow
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: (202) 682-3550
william.hoffman@kayescholer.com
sglickstein@kayescholer.com
*Co-Lead Defense Counsel*

CHAFFE MCCALL L.L.P.

*/s/ John F. Olinde*
John F. Olinde (1515)
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                              */s/     John F. Olinde*

2690093-1