# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that Lela Hollabaugh of the law firm of Bradley Arant Boult Cummings, LLP, 1600 Division Street, Suite 700, Nashville, TN  37203; Telephone: 615-252-2348, email: lhollabaugh@bradley.com, who is duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, in the above-styled action.

This 16th day of May, 2016

    Respectfully submitted,

    /s/ Lela M. Hollabaugh
    Lela M. Hollabaugh
    BRADLEY ARANT BOULT CUMMINGS LLP
    1600 Division Street, Suite 700
    Nashville, Tennessee  37203
    Telephone:  (615) 252-2348
    Facsimile: (615) 252-6348
    lhollabaugh@babc.com
    *Attorney for Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG*

2690087-1

KAYE SCHOLER LLP

*/s/ William Hoffman*
William Hoffman
Steven Glickstein
Andrew K. Solow
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: (202) 682-3550
william.hoffman@kayescholer.com
sglickstein@kayescholer.com
*Co-Lead Defense Counsel*

CHAFFE MCCALL L.L.P.

*/s/ John F. Olinde*
John F. Olinde (1515)
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/    John F. Olinde*

2

2690087-1