# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that Lyn P. Pruitt, Adria W. Conklin, Benjamin D. Brenner, Mary Catherine Way and Scott Provencher of the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., 425 W. Capitol Avenue, Suite 1800, Little Rock, Arkansas 72201 Telephone:    501-688-8800,    email:    lpruitt@mwlaw.com,    aconklin@mwlaw.com, bbrenner@mwlaw.com,    mway@mwlaw.com,    sprovencher@mwlaw.com,    who    are    duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appear as co-counsel of record for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, in the above-styled action.

This 16th day of May, 2016

Respectfully submitted,

/s/ Lyn P. Pruitt
Lyn P. Pruitt
Adria W. Conklin
Benjamin D. Brenner
Mary Catherine Way
Scott Provencher
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.

2690413-1

425 West Capitol Ave., Suite 1800
Little Rock, AR  72201
Telephone: (501) 688-8800
lpruitt@mwlaw.com
aconklin@mwlaw.com
bbrenner@mwlaw.com
mway@mwlaw.com
sprovencher@mwlaw.com
*Co- Counsel*


*Attorney for Bayer HealthCare Pharmaceuticals,
Inc. and Bayer Pharma AG*

KAYE SCHOLER LLP

*/s/ William Hoffman*
William Hoffman
Steven Glickstein
Andrew K. Solow
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: (202) 682-3550
william.hoffman@kayescholer.com
sglickstein@kayescholer.com
*Co-Lead Defense Counsel*



CHAFFE MCCALL L.L.P.

*/s/ John F. Olinde*
John F. Olinde (1515)
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

2

2690413-1

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2016, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to all

attorneys of record.

/s/      *John F. Olinde*

2690413-1