**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) | MDL No. 2592 |
| | ) ) | SECTION: L |
| | ) | JUDGE: ELDON E. FALLON |
| PAUL BECKLEY | ) ) | |
| Plaintiff, | ) ) | MAG. JUDGE MICHAEL NORTH |
| v. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC,    JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 2:15-cv-04081 STIPULATION OF DISMISSAL |
| Defendants. | ) ) ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and pursuant to Fed. R. Civ. P. 41, that the Complaint for plaintiff Paul Beckley in the above-captioned case be hereby dismissed in its entirety with prejudice but without prejudice to Plaintiff re-filing his complaint within 60 days in the Court of Common Pleas in Pennsylvania. Plaintiff agrees that the state court action will not add new defendants or assert additional claims. The parties further agree that all parties shall bear their own costs and expenses.

Dated this 16th day of May, 2016.          **Respectfully submitted,**

*/s/ Ryan L. Thompson*
**WATTS GUERRA LLP**
**Ryan L. Thompson**
*Attorney in Charge*
Texas State Bar No. 24046969
5726 W. Hausman, Suite 119
San Antonio, Texas 78249
Telephone: 210.448.0500
Fax: 210.448.0501
Email: rlt-bulk@wattsguerra.com
**ATTORNEY FOR PLAINTIFF**

Dated this 16th day of May, 2016.          **DRINKER BIDDLE & REATH LLP**

*By: /s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Telephone: 973.549.7000
Email: susan.sharko@dbr.com

Attorneys for Defendants
Janssen Pharmaceuticals, Inc.,
Janssen Research & Development, LLC,
Janssen Ortho LLC, and
Johnson & Johnson

Dated this 16th day of May, 2016.          **KAYE SCHOLER LLP**

*By: /s/ Andrew Solow*
Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8689
Email: andrew.solow@kayescholer.com
Email: steven.glickstein@kayescholer.com

Attorneys for Defendants Bayer Healthcare
Pharmaceuticals Inc., and Bayer Pharma AG

Dated this 16th day of May, 2016.          **IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504.310.2100
Email: jirwin@irwinllc.com

Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Ryan L. Thompson
Ryan L. Thompson