UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| **THIS DOCUMENT RELATES TO:** CAROLYN PARKER, Plaintiff, v. JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG, Defendants. | * * * * * * * * * * * * * * * * * * * * * * | CASE NO.: 2:15-cv-00511 JUDGE: E. FALLON MAG. JUDGE: NORTH JURY DEMAND |

### UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT

Beachman Williams, a competent individual acting on behalf of himself and on behalf of Carolyn Parker ("the Decedent"), by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 15 and 25, respectfully requests that as the Administrator of

1

the Estate of Carolyn Parker, deceased, and the father of the Decedent, he be substituted as Plaintiff in this action.

Beachman Williams further seeks leave to amend the Complaint to include wrongful death, survival action and loss of consortium claims pursuant to M.S. Code §11-7-13 and §15-1-55. In addition, Plaintiff also desires to add Johnson & Johnson Company as a party Defendant pursuant to the Plaintiff Steering Committee's Joint Complaint and all its allegations contained therein and pursuant to PTO Nos. 11 and 11(A)-(D). A memorandum in support of this Motion is attached.

On May 16, 2016, Deirdre Kole, partner of Susan M. Sharko, Co-Lead Defense Counsel, indicated via email correspondence that the Janssen Defendants and the Bayer Defendants do not oppose the filing of Beachman Williams obo Carolyn Parker's First Amended Complaint and substitution as party Plaintiff.

Respectfully Submitted,

/s/ Mekel S. Alvarez
Morris Bart (LA Bar #02788)
Mekel S. Alvarez (LA Bar #22157)
Morris Bart, LLC
909 Poydras Street, 20th Floor
New Orleans, LA 70112
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com
**COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of May, 2016, a true copy of the foregoing Unopposed Motion to Substitute Party Plaintiff and for Leave to Amend Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Mekel S. Alvarez