UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS    *    MDL NO. 2592
LIABILITY LITIGATION                                          *
                                                             *    SECTION L
                                                             *
                                                             *    JUDGE ELDON E. FALLON
                                                             *
                                                             *    MAG. JUDGE NORTH
*******************************************************************

**THIS DOCUMENT RELATES TO:**                                *
                                                             *
CAROLYN PARKER,                                              *
                                                             *
           **Plaintiff,**                                   *
                                                             *
           **v.**                                           *    CASE NO.: 2:15-cv-00511
                                                             *
JANSSEN RESEARCH & DEVELOPMENT,    LLC   *    JUDGE: E. FALLON f/k/a
JOHNSON AND JOHNSON                                          *
PHARMACEUTICAL RESEARCH AND                                  *    MAG. JUDGE: NORTH
 DEVELOPMENT LLC, JANSSEN ORTHO,   LLC,  *
JANSSEN PHARMACEUTICALS, INC. f/k/a                          *    JURY DEMAND
JANSSEN PHARMACEUTICA INC. f/k/a                             *
ORTHO-MCNEIL-JANSSEN                                         *
PHARMACEUTICALS, INC., JOHNSON &                             *
JOHNSON COMPANY, BAYER HEALTHCARE                            *
PHARMACEUTICALS, INC., BAYER PHARMA                          *
AG, BAYER CORPORATION, BAYER                                 *
HEALTHCARE, LLC, BAYER HEALTHCARE                            *
AG, and BAYER AG,                                            *
                                                             *
           **Defendants.**                                  *
                                                             *
*******************************************************************

<u>ORDER</u>

Considering the foregoing;

**IT IS ORDERED** that the Unopposed Motion for To Substitute Party Plaintiff and For Leave to

Amend Complaint filed by the Plaintiff,  Beachman Williams obo Carolyn Parker, deceased, be and the

same is hereby **GRANTED,** and the Clerk of Court is ordered to file the First Amended Complaint into

the record in this matter.

       **NEW ORLEANS,  LOUISIANA,** this _____ day of _____, 2016.


_____

       **UNITED STATES DISTRICT JUDGE**