## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| In re: | § MDL Docket No. 2:16-CV-04015-EEF-MBN |
| | § |
| XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 |
| | § |
| | § |
| CLARK, | § SECTION:   L |
|         Plaintiff, | § |
| | § JUDGE:  ELDON E. FALLON |
|   vs. | § |
| | § MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, et al. | § |
| | § |
| | § |
|         Defendants. | § |

### PLAINTIFF'S MOTION TO RESTYLE

**I.**

A personal injury lawsuit was filed in this Honorable Court as the above styled case: *Clark v. Janssen Research & Development, et al*. The plaintiff, Roy Clark, was listed as the representative of his deceased wife, Cathy Clark (*Roy Clark on behalf of the Estate of Cathy Clark)*, the injured party in the Xarelto lawsuit.

**II**.

On May 12th, 2016, it was discovered Roy Clark is deceased, therefore disqualifying him as representative in his deceased wife's claim against the manufacturers of Xarelto. We respectfully request The Honorable Court to amend the complaint and remove Roy Clark's name from caption.

**III**.

In place of Roy Clark, we respectfully request The Honorable Court to amend and add Christina Love (decedent's daughter) of Garland County, Arkansas, to be listed as the party/plaintiff in the above styled case. Ms. Love is also listed as representative of her late mother's estate.

**PRAYER**

We pray the Honorable Court, in all things, grants this request.

Respectfully submitted,

By: /s/ Christopher T. Kirchmer

**PROVOST ★ UMPHREY LAW FIRM, L.L.P.**
Christopher T. Kirchmer
Texas Bar No. 00794099
490 Park Street
P. O. Box 4905
Beaumont, Texas 77704
(409) 835-6000 telephone
(409) 813-8614 facsimile
ckirchmer@pulf.com - email