# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| In re: | § MDL Docket No. 2:16-CV-04015-EEF-MBN |
| | § |
| XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 |
| | § |
| | § |
| CLARK, | § SECTION: L |
|             Plaintiff, | § |
| | § JUDGE: ELDON E. FALLON |
|    vs. | § |
| | § MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, et al. | § |
| | § |
| | § |
|             Defendants. | § |

## ORDER

ON THIS DAY came on to be heard Plaintiff's Motion To Restyle and the Court, having considered the same, does hereby, in all things, grant said Motion.

It is, therefore, ORDERED, ADJUDGED AND DECREED by the Court that the case caption be restyled to show: *Christina Love on behalf of the Estate of Cathy Clark v. Janssen Research & Development et al.*

SIGNED this _____ day of May, 2016.

_____
JUDGE PRESIDING