UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*Evelyn Shelley v. Janssen Research & Development, LLC et al.*;
Civil Action No. 2:15-cv-6319

## ORDER

BEFORE THE COURT is Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, R. Doc. 2265, is **GRANTED**. The deadline to submit the Plaintiff Fact Sheet Deficiencies is now set for June 17, 2016.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Extension of Time to Satisfy Deficiences, R. Doc. 2828, is hereby **DISMISSED AS MOOT**.

New Orleans, Louisiana this 17th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE