UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION<br>    Plaintiffs,<br><br>v.<br><br><br>THIS DOCUMENT RELATES TO:<br><br>LARRY MULKEY<br>2:16-cv-00956 | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

# ORDER

Plaintiff's counsel's request for an extension of time to submit the Plaintiff Fact Sheet, based on the death of Plaintiff, is HEREBY GRANTED. The Plaintiff Fact Sheet is now due on June 01, 2016.

**SO ORDERED:**

_/s/ Eldon E. Fallon_                                                                   **DATED:** May 17th 2016

1