# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PETER J. HILL and BARBARA HILL, | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| vs. | ) | 2:16-cv-00037-EEF-MBN |
| | ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMECUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC.,BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

## ORDER

THIS MATTER, having come before the Court on Plaintiffs Peter J. Hill and Barbara Hill's Motion for Voluntary Dismissal Without Prejudice As To Defendant Bayer Healthcare, LLC and this Court deemed fully advised of the premises:

IT IS HEREBY ORDEREED that Plaintiffs Peter J. Hill and Barbara Hill's Motion For Voluntary Dismissal Without Prejudice As To Defendant Bayer Healthcare, LLC is GRANTED, each party to bear their own attorneys' fees and costs.

Signed, this ____17th____ day of _____May_____, 2016

_____
Honorable Eldon E. Fallon
United States District Court Judge