UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

SHELBY SPECK
Civil Action No.: 2:15-cv-05743

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims solely against Bayer Corporation in *Shelby Speck v. Janssen Research & Development, LLC, et al.,* 2:15-cv-05743, are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs, with all claims against any other Defendants to remain pending in this action.

Signed, this  17th  day of        May        , 2016.

*[signature]*

Honorable Eldon E. Fallon
United States District Court Judge