## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION** | \*  **MDL NO. 2592** |
| | \*  **SECTION L** |
| | \* |
| | \*  **JUDGE ELDON E. FALLON** |
| | \* |
| | \*  **MAG. JUDGE NORTH** |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | \* |

**THIS DOCUMENT RELATES TO:**

*Sharnetta Bennett, et al., v. Janssen Research & Development, LLC, et al.*, 2:16-cv-00059
*Alfonzio Hunter v. Janssen Research & Development, LLC, et al.*, 2:16-cv-00391
*Urbano Salmon v. Janssen Research & Development, LLC, et al.*, 2:16-cv-00392
*Robert Singleton v. Janssen Research & Development, LLC, et al.*, 2:16-cv-00393
*Robbie Stanley v. Janssen Research & Development, LLC, et al.*, 2:16-cv-00394
*Derrick Staples, et al., v. Janssen Research & Development, LLC, et al.*, 2:16-cv-00395
*Michael Woods v. Janssen Research & Development, LLC, et al.*, 2:16-cv-00396

## ORDER

BEFORE THE COURT is Plaintiffs' Motion for Extension of Time to Serve Process on

Bayer Pharma AG.  R. Doc. 2915.  Upon consideration of the pleadings and all documents

relating to this Motion, and good cause appearing:

**IT IS HEREBY ORDERED** Plaintiffs' Motion for Extension of Time to Serve Process

on Bayer Pharma AG is **GRANTED**.  The Plaintiffs shall have thirty (30) days from the date of

this Order to serve process on Defendant Bayer Pharma AG through the streamlined procedures

of PTO No. 10.

New Orleans, Louisiana this 17th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE