**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO: | |
|---|---|
| *Earlette Douresseau v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* <br><br> **No. 2:16-cv-01408** | **MDL No. 2592** <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

**ORDER**

    Plaintiff's counsel's request for an extension of time to submit the Plaintiff Fact Sheet

("PFS") is HEREBY GRANTED. The PFS is now due by July 18, 2016.

**SO ORDERED:**

_____     **DATED:** May 17th 2016