UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

CAROLYN PARKER,

    Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT, LLC JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG,

    Defendants.

CASE NO.: 2:15-cv-00511

JUDGE: E. FALLON f/k/a

MAG. JUDGE: NORTH

JURY DEMAND

## ORDER

Considering the foregoing;

**IT IS ORDERED** that the Unopposed Motion for To Substitute Party Plaintiff and For Leave to Amend Complaint filed by the Plaintiff, Beachman Williams obo Carolyn Parker, deceased, be and the same is hereby **GRANTED,** and the Clerk of Court is ordered to file the First Amended Complaint into

the record in this matter.

      **NEW ORLEANS, LOUISIANA,** this __17th__ day of _____May_____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**