UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that Andrew B. Johnson of the law firm of Bradley Arant Boult Cummings LLP, One Federal Place, 1819 5th Avenue North, Birmingham, Alabama 35203, (205) 521-8000, ajohnson@bradley.com, who is duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, in the above-styled action.

This 17th day of May, 2016

                                                      Respectfully submitted,

                                                      BRADLEY ARANT BOULT CUMMINGS LLP

                                                        /s/ Andrew B. Johnson
                                                    Andrew B. Johnson (JOH168)
                                                    1819 Fifth Avenue North
                                                    Birmingham, Alabama 35103-2104
                                                    Telephone: (205) 521-8000
                                                    Facsimile: (205) 521-8800
                                                    ajohnson@babc.com

                                                    *Attorney for Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG*

2691217-1

        KAYE SCHOLER LLP

        */s/ William Hoffman*
        William Hoffman
        Steven Glickstein
        Andrew K. Solow
        KAYE SCHOLER LLP
        The McPherson Building
        901 Fifteenth Street, NW
        Washington, DC 20005-2327
        Telephone: (202) 682-3550
        william.hoffman@kayescholer.com
        sglickstein@kayescholer.com
        *Co-Lead Defense Counsel*


        CHAFFE MCCALL L.L.P.

        */s/ John F. Olinde*
        John F. Olinde (1515)
        CHAFFE McCALL L.L.P.
        1100 Poydras Street
        Suite 2300
        New Orleans, LA 70163
        Telephone: (504) 585-7241
        Facsimile: (504) 544-6084
        olinde@chaffe.com

        *Defendants' Co-Liaison Counsel*


## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

        */s/*      John F. Olinde

2691217-1