UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Albert Wainscott v. Janssen Research & Development, LLC, et al*; LAED USDC No. 2:15-cv-02405

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process for the above-named case,

**IT IS HEREBY ORDERED** that Plaintiff Albert Wainscott is granted twenty (20) days from the date of this motion within which to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG.

DONE AND SIGNED this _____ day of _____, 2016, at New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE