# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carolyn Carter v. Janssen Research & Development, LLC, et al*; LAED USDC No. 2:16-cv-01633

## **ORDER**

Considering the foregoing Motion for Extension of Time Within Which to Serve Process for the above-named case,

**IT IS HEREBY ORDERED** that Plaintiff Carolyn Carter is granted twenty (20) days days from the date of this motion within which to serve process on Defendants: Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG.

DONE AND SIGNED this _____ day of _____, 2016, at New Orleans, Louisiana.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE