# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carol Hansen v. Janssen Research & Development, LLC, et al*; LAED USDC No. 2:16-cv-01312

## ORDER

Considering the foregoing Motion for Extension of Time Within Which to Serve Process for the above-named case,

**IT IS HEREBY ORDERED** that Plaintiff Carol Hansen is granted twenty (20) days from the date of this motion within which to serve process on Defendants: Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG.

DONE AND SIGNED this _____ day of _____, 2016, at New Orleans, Louisiana.

_____

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE