UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 | |
| ) | | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION L | |
| ) | | |
| ) | JUDGE ELDON E. FALLON | |
| ) | | |
| _____) | MAGISTRATE JUDGE NORTH | |

**This Document Relates to:**

*Flordell Parker, individually and as a legal representative of the estate of Howard Parker v. Janssen Research & Development, LLC, et al*; LAED USDC No. 2:15-cv-06548

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

NOW COMES, Plaintiff, FLORDELL PARKER, individually and as a legal representative of the estate of HOWARD PARKER, by her undersigned counsel of record, and respectfully moves the Court for an order allowing her an additional twenty (20) days from the date of this motion within which to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG. In support of her motion, Plaintiff states as follows:

1. This matter was filed into In Re: Xarelto (Rivaroxaban) Product Liability Litigation, MDL No. 2592, on December 7, 2015.

2. Pursuant to Pre-Trial Order No. 10, Plaintiff had sixty (60) days from the date of docketing of the Complaint in the MDL to serve the Complaint and a Summons on Defendants.

3. Unfortunately, during the time period discussed above, Plaintiff inadvertently failed to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG.

4.      In light of the foregoing, the Plaintiff requests an order from this Court granting her twenty (20) days from the date of this motion within which to serve process on the Defendants, specifically: Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG.

WHEREFORE, Plaintiff respectfully moves for an order from this Court granting her twenty (20) days from the date of this motion within which to serve process on Defendants: Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG.


Dated: May 17, 2016                                      Respectfully submitted,

                                                                         Goldblatt and Singer

                                                                         /s/ William K. Holland
                                                                         William K. Holland
                                                                         8182 Maryland Ave.
                                                                         Suite 801
                                                                         St. Louis, MO 63105
                                                                         (314) 231-4100
                                                                         Email: wholland@stlinjurylaw.com

                                                                         *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 17th day of May, 2016.

/s/ William K. Holland
William K. Holland