**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| _____ | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Wayne Meadows v. Janssen Research & Development, LLC, et al*; LAED USDC No. 2:15-cv-05824

<u>**MOTION FOR EXTENSION OF TIME WITHIN**</u>
<u>**WHICH TO SERVE PROCESS**</u>

NOW COMES, Plaintiff, WAYNE MEADOWS, individually, by his undersigned counsel of record, and respectfully moves the Court for an order allowing him an additional twenty (20) days from the date of this motion within which to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG. In support of his motion, Plaintiff states as follows:

1.      Plaintiff's First Amended Joint Complaint in this matter was filed into In Re: Xarelto (Rivaroxaban) Product Liability Litigation, MDL No. 2592, on March 1, 2016.

2.      Pursuant to Pre-Trial Order No. 10, Plaintiff had sixty (60) days from the date of docketing of the Complaint in the MDL to serve the Complaint and a Summons on Defendants.

3.      Unfortunately, during the time period discussed above, Plaintiff inadvertently failed to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG.

4.      In light of the foregoing, the Plaintiff requests an order from this Court granting him twenty (20) days from the date of this motion within which to serve process on the Defendants, specifically: Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG.

WHEREFORE, Plaintiff respectfully moves for an order from this Court granting him twenty (20) days from the date of this motion within which to serve process on Defendants: Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG.

Dated: May 17, 2016                     Respectfully submitted,

                                        Goldblatt and Singer

                                        /s/ William K. Holland
                                        William K. Holland
                                        8182 Maryland Ave.
                                        Suite 801
                                        St. Louis, MO 63105
                                        (314) 231-4100
                                        Email: wholland@stlinjurylaw.com

                                        *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing MOTION FOR EXTENSION OF

TIME WITHIN WHICH TO SERVE PROCESS has contemporaneously with or before filing

has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local

Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of

electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-

Trial Order No.17.

This the 17th day of May, 2016.


/s/ William K. Holland
William K. Holland