UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| JERRY MCELROY, Plaintiff | : : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | : : : | **COMPLAINT AND JURY DEMAND** |
| Defendants _____ | : : : | Civil Action No.: 2:16-cv-2016 |

**MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR
EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

COMES NOW Plaintiff, Jerry McElroy, by and through undersigned counsel, and respectfully moves this Court to withdraw the previously filed Motion for an Extension of Time to submit his Plaintiff Fact Sheet ("PFS"). Plaintiff's counsel has agreed to an extension with Defense counsel on this matter. Accordingly, Plaintiff requests that the previously filed Motion to Extend be withdrawn.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to Withdraw the Motion for Extension of Time to Submit Plaintiff Fact Sheet filed on May 10, 2016.

Date:  May 18, 2016         Respectfully submitted,

                            /s/ Scott D. Levensten
                            **Scott D. Levensten, Esq.**
                            **THE LEVENSTEN LAW FIRM, P.C.**
                            **1420 Walnut Street, Suite 1500**
                            **Philadelphia, PA 19102**
                            **Phone: (215) 545-5600**
                            **Fax: (215) 545-5156**
                            **SDL@LevenstenLawFirm.com**

                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this the 18th day of May, 2016.

                            /s/ Scott D. Levensten
                            **Scott D. Levensten, Esq.**
                            **THE LEVENSTEN LAW FIRM, P.C.**
                            **1420 Walnut Street, Suite 1500**
                            **Philadelphia, PA 19102**
                            **Phone: (215) 545-5600**
                            **Fax: (215) 545-5156**
                            **SDL@LevenstenLawFirm.com**

                            *Attorneys for Plaintiff*