# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : : | SECTION L |
| **JERRY MCELROY,** Plaintiff | : : : | JUDGE ELDON E. FALLON |
| v. | : : : | MAGISTRATE JUDGE NORTH |
| **JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL.** Defendants | : : : : : | **COMPLAINT AND JURY DEMAND** Civil Action No.: 2:16-cv-2016 |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Jerry McElroy, by and through undersigned counsel, and files this Notice of Submission of Motion to Withdraw Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet before the Honorable Judge Eldon E. Fallon.

Date:  May 18, 2016          Respectfully submitted,

/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this the 18th day of May, 2016.

                /s/ Scott D. Levensten
                **Scott D. Levensten, Esq.**
                **THE LEVENSTEN LAW FIRM, P.C.**
                **1420 Walnut Street, Suite 1500**
                **Philadelphia, PA 19102**
                **Phone: (215) 545-5600**
                **Fax: (215) 545-5156**
                **SDL@LevenstenLawFirm.com**

                *Attorneys for Plaintiff*