**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| JERRY MCELROY, | : | |
|     Plaintiff | : | JUDGE ELDON E. FALLON |
| | : | |
| v. | : | MAGISTRATE JUDGE NORTH |
| | : | |
| JANSSEN RESEARCH & | : | COMPLAINT AND JURY DEMAND |
| DEVELOPMENT LLC, ET AL. | : | |
| | : | Civil Action No.: 2:16-cv-2016 |
|     Defendants | : | |
| _____ | : | |

**ORDER**

THIS MATTER, having come before the Court is Plaintiff, Jerry McElroy's **Motion to Withdraw Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet**.  Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff, Jerry McElroy's Motion to Withdraw Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet is GRANTED.


Dated: _____                    _____

                                                              Judge Eldon E. Fallon