UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         (      MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION        (
                                     (      SECTION: L
                                     (
                                     (      JUDGE FALLON
                                     (
                                     (      MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Nathaniel Bowens v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-CV-07160**

### PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S FIRST MOTIONFOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

Plaintiff, Nathaniel Bowens, by and through undersigned counsel, hereby files this Reply to Defendants' Opposition to Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies, and states as follows:

1. Defendants' opposition memorandum implies that Plaintiff failed to timely submit a Plaintiff Fact Sheet. Plaintiff, by the deadline, completed a Plaintiff Fact Sheet with all information known to him to the best of his ability. Plaintiff, despite Plaintiff's counsel's diligence and persistence, has not yet been able to obtain Plaintiff's pharmacy and medical records. Consequently, Plaintiff could not submit those records with the Plaintiff Fact Sheet or timely respond to Defendant's deficiency notice.

2. Plaintiff is merely requesting an opportunity to obtain medical records from his health-care providers. To date, Plaintiff's requests and pre-payment of fees to facilities within the Harris Health System have been lost, re-routed, and ignored. Plaintiff requests the Court for additional time to navigate the bureaucratic, red-tape in order to obtain the records where Plaintiff filled his Xarelto and treated for a gastrointestinal bleed.

3. As this Court acknowledged, the Court does not intend to dismiss cases with prejudice "willy-nilly," but will "give everybody an opportunity to fill in the fact sheets or explain why they haven't filled in the fact sheet, if they haven't. If they have a good reason, I will listen to it." *See* November 20, 2015, Status Conf. Tr. 8:15-25.

4. Plaintiff's case is not set for trial and there are no other pending deadlines. Plaintiff, in good faith, completed the Plaintiff Fact Sheet to the best of his abilities, and has continued to follow up with healthcare providers in an attempt to respond to the alleged deficiencies. The granting of Plaintiff's extension will not prejudice Defendants in any way and will ensure that the case be decided on the merits.

5. Plaintiff request the Court to find that Plaintiff has a good reason why he has not provided the requisite records and grant and extension of time for sixty-days or until July 8, 2016 to respond to Defendant's deficiency notice.

FOR THESE REASONS, Plaintiff, Nathaniel Bowens, respectfully request that this Court GRANT Plaintiff's First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies and provide whatever relief this Court deems reasonable and just.

Date: May 19, 2016                                         Respectfully submitted,

                                                           By: <u>Lisa Causey-Streete</u>
                                                           Lisa Causey-Streete (#33767)
                                                           SALIM-BEASLEY, LLC
                                                           1901 Texas Street
                                                           Natchitoches, LA 71457
                                                           Phone: (800) 491-1817
                                                           Fax: (318) 354-1227
                                                           <u>lcausey@salim-beasley.com</u>

                                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1

of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Date: May 19, 2016

By: /s/ Lisa Causey-Streete
Lisa Causey-Streete