IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) § <br> PRODUCTS LIABILITY LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> ***************************************** <br> THIS DOCUMENT RELATES TO: <br> <br> ROBERT MURPHY, Individually and § <br> as Legal Representative of the ESTATE OF § <br> KATHLEEN MURPHY, deceased; SCOTT § <br> MURPHY; CHRISTINE MURPHY; and § <br> BRIAN MURPHY, § <br> § <br>     *Plaintiffs*, § <br> v. § <br> § <br> JEROME M. KANE, MD; RELIANT § <br> REHABILITATION HOSPITAL MID- § <br> CITIES in its Assumed or Common Name; § <br> RELIANT REHABILITATION HOSPITAL § <br> MID-CITIES, L.P. d/b/a RELIANT § <br> REHABILITATION HOSPITAL MID- § <br> CITIES; JOHNSON & JOHNSON; § <br> JANSSEN PHARMACEUTICALS, § <br> INC. f/k/a JANSSEN PHARMACEUTICA,§ <br> INC. f/k/a ORTHO-MCNEIL-JANSSEN § <br> PHARMACEUTICALS, INC.; JANSSEN § <br> RESEARCH AND DEVELOPMENT, LLC§ <br> f/k/a JOHNSON & JOHNSON § <br> PHARMACEUTICAL RESEARCH AND § <br> DEVELOPMENT, LLC; JANSSEN § <br> ORTHO, LLC; BAYER HEALTHCARE § <br> PHARMACEUTICALS, INC.; BAYER § <br> PHARMA AG; BAYER CORPORATION;§ <br> BAYER HEALTHCARE LLC; BAYER § <br> HEALTHCARE AG and BAYER AG, § <br> § <br>     *Defendants*. § | MDL NO. 14- MDL- 2592 <br> <br> SECTION L-5 <br> <br> JUDGE ELDON E. FALLON <br> <br> MAG. JUDGE NORTH <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> <br> CIVIL ACTION NO.: <br> 2:16-cv-01066- EEF - MBN |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY BRIEF
IN SUPPORT OF THEIR MOTION FOR REMAND AND BRIEF IN SUPPORT**

COME NOW, Plaintiffs Robert Murphy, Individually and as Legal Representative of the Estate of Kathleen Murphy (Deceased), Scott Murphy, Christine Murphy and Brian Murphy, (hereinafter referred to as "Plaintiffs") and file this their Motion for Leave to File a Reply Brief in Support of Their Motion for Remand, and would respectfully show the Court as follows:

## I. PROCEDURAL HISTORY

1.1   The Plaintiffs' Motion to Remand and Brief in Support were filed on April 13, 2016. [Docs. 3035 & 3035-1]. The Removing Defendants' Response In Opposition to the Plaintiffs' Motion for Remand was filed on May 17, 2016. [Doc. 3265]. The Motion to Remand is set for oral argument on May 24, 2016.

## II. Request for Leave to File a Reply Brief

2.1   Attached hereto as Exhibit "A" is the Plaintiffs' Reply Brief in Support of Their Motion to Remand. The Plaintiffs believe that the arguments presented in this Reply Brief would be of benefit to the Court in determining whether it has jurisdiction over this cause of action and the propriety of remanding this case to the Texas state court.

2.2.   This Court has broad discretion to grant leave to file a reply brief. *Harris v. HKS Enterprises, Inc*, 2008 U.S. Dist LEXIS 609603 (E.D. La. August 7, 2008) at *7.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that their Motion for Leave to File a Reply Brief In Support of Their Motion for Remand will be in all things granted.

Respectfully submitted,

**LAW OFFICES OF BEN C. MARTIN**

*/s/ Thomas Wm. Arbon*
Ben C. Martin
State Bar No. 13052400
Thomas Wm. Arbon
State Bar No. 01284275
3219 McKinney Avenue, Suite 100
Dallas, Texas 75204
(214) 761-6614
(214) 744-7590 (facsimile)
bmartin@bencmartin.com
tarbon@bencmartin.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of May, 2016, a copy of the *Plaintiffs' Motion for Leave to File a Reply Brief in Support of Their Motion for Remand* was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon

3