IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § § § § § | MDL NO. 14- MDL- 2592 <br><br> SECTION L-5 <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:**

*Robert Murphy, et al. v. Jerome M. Kane, M.D., et al.;* **2:16-cv-1066-EEF-MBN**

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE
A REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR REMAND**

After considering Plaintiffs' Motion for Leave to File a Reply Brief in Support of Their Motion for Remand and Brief in Support, the Court finds that the motion should be granted.

It is, therefore, ORDERED that the Clerk of the Court is to file Plaintiffs' Reply Brief in Support of Their Motion for Remand among the papers on file in this Civil Action.

SIGNED this _____ day of _____ 2016.

_____
UNITED STATES DISTRICT JUDGE