# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| **THIS DOCUMENT RELATES TO ALL CASES** | **JUDGE ELDON E FALLON** |
| | **MAG. JUDGE NORTH** |

### PRETRIAL ORDER NO. 29
(**Procedures for Notices of Voluntary Dismissal**)

This Order applies to all Notices of Voluntary Dismissal of entire actions filed by a plaintiff or parties under FRCP 41(a)(1), and establishes the following procedures as to such Notices:

1. A Notice of the Voluntary Dismissal of an entire action may be filed pursuant to FRCP 41(a)(1) only if no Defendant has answered the Complaint which is the subject of the Notice. Omnibus Answers filed by Defendants are deemed by PTO No. 11(2)(c) [Rec. Doc. 893] to be the operative answer in each action filed in, or transferred to, the MDL, thirty (30) days after the case is docketed, assuming no individual answer was filed prior to that time. Accordingly, all Notices of Voluntary Dismissal of an entire action under FRCP 41(a)(1) must be accompanied by a written certification by counsel that the Notice has been filed less than thirty (30) days from the date the case was docketed in the MDL, and that no individual answer has been filed by any Defendant in the matter.

2. Any Notice of Voluntary Dismissal pursuant to FRCP 41(a)(1) must be accompanied by a written certification by counsel filing the Notice that said counsel has complied with

the filing fee payment provisions of PTO No. 11B (Rec. Doc. 1117)  and that all filing

fees which are due have been paid.

NEW ORLEANS, LOUISIANA, this __18th__ day of _____May_____, 2016.


**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**