UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

JOE KILLINGSWORTH, SR.,
Civil Action No. 2:16-cv-00654

## MOTION FOR SUBSTITUTION OF THE PROPER PARTY

Plaintiff Joe Killingsworth, Sr., through undersigned counsel, moves for substitution of the proper party in this case pursuant to Federal Rule of Civil Procedure 25(a). Plaintiff Joe Killingsworth, Sr. died on or about March 25, 2015 in Mississippi. Philip Killingsworth is a surviving son of Plaintiff Joe Killingsworth, Sr. Pursuant to MS Code § 11-7-13 (2013), any cause of action for the wrongful death or injuries not resulting in death can be brought by a surviving child of the decedent. Plaintiff therefore seeks an Order from the Court substituting Philip Killingsworth, as a surviving child of Joe Killinsworth, Sr., as the Plaintiff. According to Federal Rule of Civil Procedure 25(a)(1), "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Counsel filed a Suggestion of Death for Joe Killingsworth, Sr. on March 7, 2016, a copy of which is attached hereto. For the foregoing reasons shown, Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute Philip Killingsworth, as surviving child of Joe Killingsworth, Sr., for the current Plaintiff Joe Killingsworth, Sr.

Dated:  May 20, 2016                                  Respectfully submitted,

                                                      DOWD & DOWD, P.C.

                                   By:    /s/ Laura G. Lumaghi
                                                 Laura G. Lumaghi (MO Bar #50186)
                                                 William T. Dowd (MO Bar #39648)
                                                 DOWD & DOWD, P.C.
                                                 211 N. Broadway, Suite 4050
                                                 St. Louis, MO 63102
                                                 (314) 621-2500
                                                 Fax: (314) 621-2503
                                                 laura@dowdlaw.net
                                                 bill@dowdlaw.net

                                                 *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing Motion for Substitution has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                 /s/ Laura G. Lumaghi