UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAG. JUDGE MICHAEL NORTH
_____

THIS DOCUMENT RELATES TO:

JOE KILLINGSWORTH, SR.,
Civil Action No. 2:16-cv-00654

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Philip Killingsworth, as a surviving child of Joe Killingsworth, Sr., is substituted for Plaintiff Joe Killingsworth, Sr., in the above captioned cause.

Dated: _____    _____
                                  Hon. Eldon E. Fallon
                                  United States District Court Judge