UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| JERRY MCELROY, Plaintiff | : : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC, ET AL. | : : : | **COMPLAINT AND JURY DEMAND** |
| | : | Civil Action No.: 2:16-cv-2016 |
| Defendants | : : | |

**ORDER**

THIS MATTER, having come before the Court is Plaintiff, Jerry McElroy's **Motion to Withdraw Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet**. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff, Jerry McElroy's Motion to Withdraw Plaintiff's Motion for Extension of Time to Submit Plaintiff Fact Sheet is GRANTED.

Dated:  May 20th 2016

Judge Eldon E. Fallon