UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**MOTION FOR LEAVE TO FILE BAYER'S MOTION
FOR A PROTECTIVE ORDER PRESERVING
THE CONFIDENTIALITY OF CERTAIN
<u>DISCOVERY MATERIALS UNDER SEAL IN ITS ENTIRETY</u>**

NOW COMES the Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG (collectively "Bayer") who respectfully submit that the attached Motion for a Protective Order Preserving the Confidentiality of Certain Discovery Materials, with supporting memorandum and exhibits, contain or refer to information that has been designated confidential under PTO 12 and should be filed UNDER SEAL in its entirety.

WHEREFORE Bayer prays that this motion be granted and the attached Motion for a Protective Order Preserving the Confidentiality of Certain Discovery Materials, with supporting memorandum and exhibits, be filed UNDER SEAL in its entirety.

Dated: May 20, 2016

        Respectfully submitted,

        KAYE SCHOLER LLP

        By: */s/ Steven Glickstein*
        Steven Glickstein
        William Hoffman
        Andrew K. Solow
        KAYE SCHOLER LLP
        250 West 55th Street
        New York, New York 10019-9710
        Telephone: (212) 836-8485
        Facsimile: (212) 836-6485
        sglickstein@kayescholer.com

        *Co-Lead Defense Counsel*

        CHAFFE MCCALL L.L.P.

        By: */s/ John F. Olinde*
        John F. Olinde (LA Bar # 1515)
        CHAFFE McCALL L.L.P.
        1100 Poydras Street
        Suite 2300
        New Orleans, LA 70163
        Telephone: (504) 585-7241
        Facsimile: (504) 544-6084
        olinde@chaffe.com

        *Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, , 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system.

        /s/    John F. Olinde