UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**ORDER**

Considering the Motion for Leave to File Defendants Motion for a Protective Order Preserving the Confidentiality of Certain Discovery Materials Under Seal in its Entirety;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Motion for a Protective Order Preserving the Confidentiality of Certain Discovery Materials, memorandum and exhibits, be and is hereby FILED UNDER SEAL IN ITS ENTIRETY.

New Orleans, Louisiana, this _____ day of May, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE