UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**BAYER'S MOTION FOR A PROTECTIVE ORDER PRESERVING THE <u>CONFIDENTIALITY OF CERTAIN DISCOVERY MATERIALS</u>**

# FILED UNDER SEAL