UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**BAYER'S MOTION FOR LEAVE TO EXCEED PAGE
LIMITATION AND INCORPORATED MEMORANDUM IN SUPPORT**

Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG (collectively "Bayer") respectfully move this Honorable Court for an Order granting it leave to file a Memorandum in Support of Bayer's Motion for a Protective Order Preserving the Confidentiality of Certain Discovery Materials that slightly exceeds the page limitation set forth in LR 7.7.[1] Bayer's proposed Memorandum slightly exceeds the twenty-five page limit. Bayer is seeking a protective order on 101 documents and the additional few pages are needed to provide the Court the needed background and law to rule on Bayer's Motion.

KAYE SCHOLER LLP

By: /s/ *Steven Glickstein*
Steven Glickstein
William Hoffman
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
sglickstein@kayescholer.com

*Co-Lead Defense Counsel*

---

[1] Bayer has filed a separate motion to file the Motion for a Protective Order Preserving the Confidentiality of Certain Discovery Materials, memorandum in support and exhibits under seal.

1

2693096-1

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/     John F. Olinde