UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          *   MDL 2592
PRODUCTS  LIABILITY LITIGATION        *
                                      *   SECTION L
THIS DOCUMENT RELATES TO              *
ALL CASES                             *   JUDGE ELDON E. FALLON
                                      *
                                      *   MAG. JUDGE NORTH
* * * * * * * * * * * * * * * * * * * * * * * *


***UNREDACTED***
**JANSSEN DEFENDANTS' MEMORNDUM IN SUPPORT OF MOTION TO ENFORCE
PRETRIAL ORDER NO. 12
AND FOR ENTRY OF A PROTECTIVE ORDER**

# FILED
# UNDER SEAL

00353597