UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL 2592 |
| | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

**EXHIBITS TO
JANSSEN DEFENDANTS' MOTION TO ENFORCE PRETRIAL ORDER NO. 12
AND FOR ENTRY OF A PROTECTIVE ORDER**

# FILED UNDER SEAL

00353552