UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS  LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION BY JANSSEN DEFENDANTS' FOR LEAVE TO FILE UNREDACTED MEMORANDUM AND EXHIBITS IN SUPPORT OF MOTION TO ENFORCE PRETRIAL ORDER NO. 12 AND FOR ENTRY OF A PROTECTIVE ORDER UNDER SEAL

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC ("Janssen Defendants") respectfully request leave of the Court to file the Unredacted Memorandum in Support of their Motion to Enforce Pretrial Order No. 12 and for Entry of a Protective Order (Rec. Doc. No. 3296) , as well as the accompanying Exhibits in support of said Motion, under seal.  Janssen Defendants respectfully submit that: (1) the redacted portions of the Memorandum reference a transcript of a Sealed Proceeding, the March 16, 2016 hearing on the PSC's Motion to Challenge Confidentiality designations; and 2) the Exhibits to Janssen's Motion consist of the transcript from said sealed hearing, as well as documents which have been designated confidential, and therefore, the unredacted Memorandum and Exhibits should be filed UNDER SEAL.  Janssen Defendants will file a redacted version of the Memorandum on the record.

WHEREFORE, Janssen Defendants pray that this Motion be granted, and the aforementioned Unredacted Memorandum and Exhibits be filed UNDER SEAL.

00353474

Respectfully submitted,


DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
     Susan M. Sharko
     DRINKER BIDDLE & REATH LLP
     600 Campus Drive
     Florham Park, NJ 07932-1047
     Telephone: (973) 549-7000
     Facsimile:  (973) 360-9831
     susan.sharko@dbr.com


IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
     James B. Irwin
     Kim E. Moore
     IRWIN FRITCHIE URQUHART
     & MOORE LLC
     400 Poydras Street
     Suite 2700
     New Orleans, LA 70130
     Telephone: (504) 310-2100
     Facsimile:  (504) 310-2120
     jirwin@irwinllc.com


*Attorneys for Defendants Janssen Pharmaceuticals,*
*Inc., Janssen Research & Development, LLC, and*
*Janssen Ortho LLC*

00353474

## <u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that on May 20, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**

00353474