UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

GEORGIA LANE
2:16-cv-01099

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW counsel for Plaintiff Georgia Lane, now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves to substitute Margaret Gordon, the surviving child and successor of Plaintiff Georgia Lane, as the Representative of the Estate of Georgia Lane and to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(A).

1. Plaintiff Georgia Lane's individual Complaint was filed on February 5, 2016.

2. Counsel for Plaintiff Georgia Lane filed the Notice and Suggestion of Death on February 25, 2016. [Doc. 2445].

3. Plaintiff Georgia Lane is deceased, and counsel for Plaintiff moves to substitute Margaret Gordon as Personal Representative of the Estate of Georgia Lane, as Plaintiff in the present action.

11. Because there have been no prior amendments to Plaintiff's Complaint and this Motion is filed within the applicable time limits set forth in Rule 15(a)(1)(A), counsel moves for this motion to be granted as a matter of course.

WHEREFORE, counsel for Plaintiff Georgia Lane respectfully requests the Court grant Plaintiff's Motion to Substitute Margaret Gordon as the Personal Representative of the Estate of Georgia Lane and to permit Plaintiff to file a First Amended Joint Complaint.

Respectfully submitted,

**BURNETT LAW FIRM**

By:  */s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail:  rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail: acollins@rburnettlaw.com
55 Waugh Drive, Suite 803
Houston, Texas 77007
Telephone:  (832) 413-4410
Facsimile:  (832) 900-2120
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2016, a copy of the above and foregoing Notice has contemporaneously with, or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.