UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) ( MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION (
( SECTION: L
(
( JUDGE FALLON
(
( MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Nathaniel Bowens v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-CV-07160**

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF HIS FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES**

COMES NOW, Plaintiff, Nathaniel Bowens, and files this Motion for Leave to file a Reply Brief in Support of Plaintiff's First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, and would respectfully show the Court as follows:

### I. Procedural History

1. Plaintiff's First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies was filed on May 9, 2016 (Doc. 3206). Defendants filed their opposition on May 17, 2016 (Doc. 3275). Plaintiffs' Motion is set for submission on May 25, 2016.

### II. Request for Leave to File a Reply Brief

2. Attached hereto as Exhibit A is Plaintiff's Reply Brief in Support of their Motion First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies.

3. Plaintiff believes the arguments presented in this Reply Brief would be of benefit to the Court in determining whether to grant an extension of time to respond.

4. This Court has broad discretion to grant leave to file a reply brief. *Harris v. HKS Enterprises, Inc,* 2008 U.S. Dist LEXIS 609603 (E.D. La. August 7, 2008) at *7.

FOR THESE REASONS, Plaintiff respectfully prays that his Motion for Leave to File a Reply Brief in Support of First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies will be in all things granted.

Date: May 23, 2016

Respectfully submitted,

By: Lisa Causey-Streete
Lisa Causey-Streete (#33767)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
lcausey@salim-beasley.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' Motion For Leave To File A Reply Brief In Support Of Their Motion First Motion for Extension of Time To Respond To Alleged Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

/s/ Lisa Causey-Streete
Lisa Causey-Streete

Date: May 23, 2016