# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nathaniel Bowens v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-CV-07160**

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

After considering Plaintiff's Motion for Leave to File a Reply Brief in Support of Plaintiff's First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, the Court finds that the motion should be granted.

It is, therefore, ORDERED that the Clerk of the Court is to file Plaintiff's Reply Brief in Support of (full name of motion) among the papers on file in this Civil Action.

SIGNED this _____ day of _____ 2016.

_____
Hon. Eldon Fallon
United States District Court Judge