UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  XARELTO (RIVAROXABAN) *       14-MD-2592
PRODUCTS LIABILITY LITIGATION *
                              *       Section L
                              *
Relates to:  All Cases        *       May 10, 2016
                              *
                              *
* * * * * * * * * * * * * * * *


ORAL ARGUMENT BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


<u>Appearances</u>:


For the Plaintiffs:          Levin Fishbein Sedran & Berman
                             BY:  FREDERICK S. LONGER, ESQ.
                             510 Walnut Street, Suite 500
                             Philadelphia, Pennsylvania 19106


For the Defendants:          Kaye Scholer, LLP
                             BY:  STEVEN GLICKSTEIN, ESQ.
                             250 West 55th Street
                             New York, New York 10019


Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                             500 Poydras Street, Room B-275
                             New Orleans, Louisiana 70130
                             (504) 589-7778


Proceedings recorded by mechanical stenography using
computer-aided transcription software.

### <u>INDEX</u>

                                                     <u>Page</u>

Oral Argument

     Frederick S. Longer, Esq.                 9

     Steven Glickstein, Esq.                   21

     Frederick S. Longer, Esq.                 41

1     **<u>PROCEEDINGS</u>**

2     **(May 10, 2016)**

3          **THE COURT:**  Be seated, please.  Good afternoon,

4     ladies and gentlemen.

5               Let's call the case, please.

6          **THE DEPUTY CLERK:**  MDL 2592, *In Re: Xarelto Products*

7     *Liability Litigation*.

8          **THE COURT:**  Counsel make their appearance for the

9     record, please.

10          **MR. LONGER:**  Good afternoon, Your Honor.  Fred Longer

11     on behalf of the PSC and the plaintiffs.

12          **MR. GLICKSTEIN:**  Good afternoon.  Steve Glickstein on

13     behalf of the Bayer defendants.

14          **THE COURT:**  Steve, I understand we have some folks on

15     the phone.  Does anybody want to come in for the record too?

16          **MR. BIRCHFIELD:**  Andy Birchfield on behalf of the

17     plaintiffs.

18          **THE COURT:**  Hello, Andy.

19          **MR. DENTON:**  Your Honor, Roger Denton is also on for

20     the plaintiffs.  Thank you.

21          **THE COURT:**  All right, Roger.

22          **MS. SHARKO:**  Susan Sharko for the Janssen defendants.

23          **THE COURT:**  All right, Susan.

24               Anyone else?

25          **MR. SOLOW:**  Good afternoon, Your Honor.  Andrew Solow

1   for the Bayer defendants.

2          **THE COURT:**  Let me make a few comments by way of

3   background, please.

4              This matter arises from damages the plaintiffs

5   claim to have suffered as a result of the ingestion of the drug

6   Xarelto.  The plaintiffs have sued Janssen and Bayer, the

7   manufacturers, producers, distributors of the drug.  Multiple

8   claims have been brought in various states, and an MDL has been

9   declared in this particular case.  It's MDL 2592.

10             We are now in the discovery aspect of the case.

11  The parties are working hard to get ready for some bellwether

12  trials, and they are proceeding to taking some depositions.  In

13  anticipation of the depositions, the plaintiffs have asked the

14  defendant Bayer to produce files for each witness.  I might say

15  that the files generally can be grouped into two categories.

16             One is a custodial file, and the custodial file

17  involves or contains documents generally written by the

18  individual.  It contains all of the information which he has

19  compiled in connection with his work on the drug.

20             In addition to the custodial files, there are

21  personnel files.  Personnel files generally contain material

22  collected by the employer or the employer's representative.  It

23  oftentimes has marital status, dates of birth, sometimes

24  social security numbers or the equivalent of it in other

25  countries, and various other information involving such things

1    as wages and bonuses and evaluations of the employee.

2              Now, Bayer has produced, as I understand, the

3    custodial files.  The plaintiffs feel that they need the

4    custodial files and, in addition, they need the personnel

5    files.  They have not received it from Bayer, so they filed

6    this motion to compel production of that material.

7              Bayer, in essence -- and other reasons too --

8    takes the position they are unable to give the material

9    because, if they do so, they would be in violation of the

10   German law which stops the distribution of personal

11   information, personnel files.

12             I've looked at the briefs.  I have read the

13   material that has been given to me.  I would like to try to at

14   least frame the issue as I see it and also spot for you some

15   areas that I would like you to attempt to help me on.

16             This issue, whether or not to compel production

17   of personnel files, presents some interesting questions of both

18   law and comity between nations as to the proper or appropriate

19   course of action when an apparent conflict emerges between the

20   Federal Rules of Civil Procedure, as we know it in this

21   country, and various laws that are termed generally "foreign

22   blocking statutes."  They are designed to keep the personal

23   information out of the hands of people who generally don't have

24   the permission of the individual to receive that information.

25             So there's an apparent conflict between these

02:11

two laws, mainly the Federal Rules of Civil Procedure and the German Data Protection Act, which falls into the category of "blocking statutes," as it's termed by the various Law Reviews and material.

Generally speaking, as we all know, in the United States nonprivileged material which is relevant to a claim or defense and proportional to the needs of the case is generally discoverable.  In many countries, particularly those following the civil regime, as is the case in Germany, there are laws which prevent a party from disclosing such information.  They are serious laws.  They provide for penalties in the event a disclosure is made.  There's also, as is the case in Germany, some criminal exposure for a person or an entity that discloses such information.

Now, after the *Aerospatiale* case from the Supreme Court and a number of appellate cases following that particular case, the law generally recognizes that such foreign blocking statutes do not always -- and I underline *always* -- deprive an American court of the power to order a party subject to its jurisdiction to produce certain evidence even though the act of production may be in violation of the foreign statutes; that is to say, it's generally not an absolute bar for an American court.  But it is appropriate to recognize and fair to say that a party requesting certain types of information which fall into this personal data has an uphill climb and a high

1   hurdle to get over it in order to obtain that information.

2          Various factors have to be carefully weighed,

3   the courts have pointed out.  The courts have described some,

4   and the restatement has also picked up on it.  The specificity

5   of the request, that's essential.  The importance of the

6   documents is very essential.  The location of the information

7   is to be considered.  Alternate means of obtaining information

8   has to be shown.  The national interest of both countries -- in

9   this case Germany as well as the United States -- has to be

10   factored in.  This is really just a few of the factors.  It's

11   not an exclusive list of the factors.

12          I mention the importance of documents.  This

13   also raises the issue to some extent of relevance, which is an

14   essential ingredient in the Federal Rules.  If the thrust of

15   the information or the thrust of the plaintiffs' approach is to

16   get material that can or may be used for impeachment or that

17   can or may show some bias, that is only applicable if a person

18   is not truthful, which hasn't been shown.  So there is some

19   interplay also with the Federal Rules on the question of

20   relevance.

21          The things that would help me are the burden of

22   proof, who has it; the significance or importance of the

23   material.

24          What are we looking for?  I have looked at a

25   number of files now.  I haven't seen any so-called smoking gun

02:15

1   in the files.

2           I can understand the potential of maybe a bias

3   based on some remuneration or some bonus.  It's one thing if

4   you're doing that to somebody who has great authority or

5   important positions.  If it's just somebody who is collecting

6   information or it's someone who doesn't have any administrative

7   responsibility or power, so to speak, does it matter?  To be

8   blunt about it, if you show that a janitor has bias, what is

9   that going to do?  It doesn't mean anything.  So sometimes that

10  can be important.

11          Can it be gotten from some other place; that is

12  to say, during the deposition can the witness be asked the

13  question and then he is stuck or she is stuck with that

14  question if she can't be rehabilitated later on by the

15  production of some document that shows that she was in error or

16  whatever?  Can it be asked and, if not answered, then that

17  material be focused on to determine whether or not it should be

18  producible?

19          How do I determine the type of material that we

20  are dealing with?  I mention that because the plaintiffs in

21  their briefs say that there's some material that may be

22  personal that they are not even interested in:  marital status,

23  birth dates, nationality, religious affiliations, things of

24  that sort.  There may be other things that are contained in the

25  personnel file which doesn't come under the Data Protection

1   Act.  If that's the case, how do I determine that?

2           These are just a few of the things that come to

3   mind after I read your briefs, the material, and the Law Review

4   article or two that I found to be very helpful.  I'm interested

5   in your comments.

6           Let me hear from the plaintiffs.

7       **MR. LONGER:**  Good afternoon again, Your Honor.

8   Fred Longer.  I'll be speaking on behalf of the plaintiffs.

9           We filed our motion to compel the discovery of

10  the German personnel files following Your Honor's discussion

11  with the liaison counsel at the end of January of this year.

12  These issues that you have just now discussed were brought out

13  then.

14          In large measure the concepts that you have

15  discussed from the Supreme Court's decision in

16  *Société Nationale* are certainly the drivers, I think, for

17  purposes of this motion.  On the other hand, to step back --

18  which is where I would like to begin and just go through sort

19  of the fundamentals from our perspective of why this material

20  is even being sought in the first place and how it's been

21  playing out so far.

22          So, Your Honor, in your preamble you discussed

23  how you have seen prior personnel files.  The point that I

24  would like to bring out there is that over the past two months,

25  the PSC has been seeking the Court's authority to obtain

1   personnel files for the domestic witnesses, Janssen in

2   particular, because that information -- I heard you asking,

3   "What am I looking for?"  That information is potentially

4   critical information.

5            The best example that I have is an example that

6   we both share, which goes back to the *Vioxx* litigation, when

7   Alise Reicin was a witness.  Your Honor allowed us to get the

8   discovery of the personnel files of Merck, and there was a key

9   phrase in one of the documents that she was the defender of the

10  franchise.  Frankly, we would not have known that that was in

11  any document whatsoever.  In large measure, because we are the

12  plaintiffs, we don't have access to the records that the

13  defendants have.  We are seeking discovery.

14           So in a case this large -- it's an MDL

15  litigation.  There's thousands of plaintiffs in the MDL.

16  There's hundreds or thousands of plaintiffs in state fora.  We

17  believe that it is not only proportionally justified to seek

18  information, but it's information that could be significant.

19           Certainly if you look at *Société Nationale* as

20  the standard, it's important.  The critical word there is

21  *importance*, and this information can be important.  But if you

22  ask me what is it, without access to it, I can't describe it.

23  I can only tell you we are looking for something that may

24  expose an Achilles' heel, if you will, of the defendant.

25           Now, we don't know it.  It's sort of like

02:22

1    Justice Potter Stewart's definition of *pornography*.  When you

2    see it, you will know it.  We don't know it because we don't

3    even know what it is that we are talking about other than we

4    are trying to be as specific as possible to describe what it is

5    that we are looking for.

6              I think that we have at least met that standard

7    where we are talking about Xarelto-related performance reviews.

8    We are talking about self-reviews.  We are talking about annual

9    compensation and incentive and bonus compensation because that

10   information certainly will indicate -- and we could do a

11   timeline along compensation routes to link up what a particular

12   employee is doing and how that activity relates to the bonus

13   and what it is that was the incentive for that person to do

14   whatever it was that they may have done.

15             Now, in this instance and in particular this

16   motion, we are talking about two employees of Bayer.  To my

17   knowledge they are both German nationals, Frank Misselwitz and

18   Dagmar Kubitza.  Both of them, the defendants acknowledged in

19   their papers, are central players in the development of

20   Xarelto.

21             Dr. Misselwitz literally wrote the book on

22   Xarelto.  It was called "The discovery and development of

23   rivaroxaban."  It's a published article.  It's literally like

24   the history of how we got to where we are.

25             His colleague, Dr. Kubitza, is the head of

02:24

1    clinical pharmacodynamics.  She was the person really in the

2    science end of things; not a janitor, not a mere administrator,

3    but the key scientist of pharmacodynamics looking at dosing

4    regimens.  That's going to be a critical part of this case.  A

5    most significant aspect of this litigation is the label's

6    dosing.

7              So what she did to develop the drug and what

8    Dr. Misselwitz did to develop the drug are both critical

9    aspects of the discovery, which is why we took the one doctor's

10   deposition and we are intending to take Dr. Misselwitz'

11   deposition in July.

12             So the information that we are looking for, as I

13   say, is unknown, but we do know that Your Honor in the past and

14   most recently on the 9th of May, you issued this order about

15   Dr. Theodore Spiro's personnel files.  What you said with

16   regard to him is similar to the others; because of his position

17   and participation in the development of the drug, his personnel

18   file is discoverable.  Why is it discoverable?  Because the

19   material in it will address his personal goals, performance

20   evaluations, and salary.  That's precisely the information that

21   we have specified for the German witnesses.  This order that I

22   just presented, you have done this at least half a dozen times.

23             So there is relevance to this information.  We

24   have asked here to obtain this information or, in the

25   alternative, that it be produced in camera to Your Honor so

02:26

1    that you could inspect it and make your own evaluation whether
2    or not there is relevance; and not only that, but importance to
3    the documents so that it actually gets produced, again, to the
4    PSC.
5              So the fundamental basis for all of this -- and,
6    Your Honor, I'm just going to walk through this quickly
7    because, from your comments earlier, I have the impression that
8    the German law is not really that critical.  The German law,
9    the Bundesdatenshutzgesetz (BDSG) -- for Ms. Tusa's benefit,
10   it's B-U-N-D-E-S-D-A-T-E-N-S-H-U-T-Z-G-E-S-E-T-Z, the
11   Bundesdatenshutzgesetz.
12        **THE COURT:**  Those of us who studied civil law know
13   about the Bundesdatenshutzgesetz, the BGB.  We used to call it
14   the "big German book."  That's the German Civil Code.  We are
15   very familiar with that in civilian areas.  It's a wonderful
16   code.
17              What were you saying?
18        **MR. LONGER:**  Your Honor, I went to school southwest
19   of you.  They didn't teach that in Pittsburgh.  At any rate,
20   the BDSG is the German law on data privacy.  It prohibits the
21   transfer of personal data.  *Personal data* is a defined term
22   under the act.  It is any information concerning the personal
23   or material circumstances of an identified or identifiable
24   natural person.  That's Section 3.1 of the BDSG.
25              However, as much as it prohibits the transfer of

02:28

1   personal data, the act also provides an exception, and it's a
2   very big exception.  It's one that is widely recognized.  As I
3   heard why Your Honor's comments, it's sufficient for purposes
4   of our discussion today to, I think, certainly confirm that the
5   information, the personal data, if it is required for the
6   establishment, exercise, or defense of a legal claim, may be
7   produced.

8          The defendant's expert agrees with that.  In
9   paragraph 25 of his report, he writes:  "As an exception to the
10  rule, the BDSG allows the transfer of personal data outside the
11  European Union and the EEA" -- which is the European Economic
12  Area, I believe -- "to the extent that the transfer is
13  necessary for the establishment, exercise, or defense of legal
14  claims."  He cites to Section 4c(1)3 of the BDSG.

15         Then he says:  "The exercise or defense of legal
16  claims is recognized as a legitimate interest that may justify
17  a transfer of data to the USA."

18         THE COURT:  Most of those cases, though, that deal
19  with that are cases where -- I read one where the party is
20  seeking to execute on a judgment and they want to get certain
21  personal information about the company, where they do business
22  or whatever, or what personal assets they have, or what
23  personal assets the stockholders or prime stockholders have.
24  The court there said, well, it's essential because they have
25  got a judgment, but theres no way of executing on it.  So this

02:30

1   would make that judgment meaningless and, therefore it's
2   essential, it's necessary.  Your position is that it might be
3   helpful, which is a different type of standard.
4       **MR. LONGER:**  Well, the two cases that come to my
5   mind, Your Honor, are the *BrightEdge* litigation -- which is not
6   the case that you have just described --
7       **THE COURT:**  Right.
8       **MR. LONGER:**  -- certainly not the circumstance, and
9   the court permitted the production.  Then I come back to the
10  *Baycol* litigation.  I'm sure I'm going to hear Mr. Glickstein
11  tell me the court didn't order any production in that
12  litigation.
13          When I read what happened in the *Baycol*
14  litigation -- and it involves the same party here, Bayer -- the
15  plaintiffs were asking for personnel files, and the court said,
16  "Well, you didn't make a record, so you are out, but had you
17  made the record" -- when I read *Baycol*, the judge certainly
18  appeared open to the notion that it was available to be
19  produced.
20          Now, I come back to this point -- which is what
21  the briefing focused on, Your Honor -- which is the defendants
22  make a big point that we are looking for personnel files, not
23  ordinary custodial files, but the BDSG makes no such textual
24  distinction.  I read the whole thing.  You will not find the
25  words *personnel file* in the BDSG.  It talks about personal

02:32

1   data.

2          Now, what they say is that, well, there's so

3   much personal data that it renders it subject to a heightened

4   standard.  Again, that is not present in the BDSG.  You don't

5   even see *heightened standard* in the BDSG.  That argument, I

6   think, is just erroneous.

7          That said, the concerns that weigh on your mind

8   weigh on my mind because we recognize that -- and they say you

9   don't have a case where a personnel file was ordered to be

10   produced.  We don't.  What we do have are cases where personal

11   data was requested and personal data was produced.

12          Even in this litigation, Your Honor, the

13   defendants acknowledge that they have produced personal data.

14   Just the other day, May 3, Tim Coon at Eckert Seamans, he wrote

15   to my colleague, Leonard Davis, and he went through in this

16   paragraph -- and I could hand a copy up, Your Honor.

17          **THE COURT:**  I can see it.

18          **MR. LONGER:**  I'll give a copy to your clerk, and I'll

19   give you a chance to read it.  He says there's a lot of

20   personal data in this material.  What I have highlighted is:

21   "BPAG is required by law to designate such material as

22   confidential and subject to the protective order in order to

23   produce it in this U.S. litigation."

24          What he is basically saying is what I have just

25   said, which is personal data, when it meets the exception of

02:34

1    the BDSG, can be produced.  This is an admission, in my mind,

2    of precisely my point, which is that personal data can be

3    produced in litigation.  In fact, the defendants have been

4    doing that because there's PTO 12 in place, and Your Honor

5    affords sufficient protections akin to that which is available

6    over in the European Union.

7                    Now, that said, I still think that we could go

8    through the *Société Nationale* elements, and I can establish for

9    Your Honor that we did have the degree of specificity required.

10   We have highlighted who the particular witnesses are.  We have

11   highlighted why they are significant players.  The defendants

12   concede that they are central players to the development of

13   Xarelto.

14                   What we are looking for are their performance

15   reviews, Xarelto-related documents associated with their

16   performance reviews.  If they worked on another drug or

17   something like that, we are not asking for that.  We have been

18   specific here.  We are targeted.  We are focused on matters

19   that are important to this litigation.  So the performance

20   reviews, their self-reviews, annual compensation, and their

21   incentive or bonus, it's a narrow universe, but in our mind

22   it's an important narrow universe, and it's been very

23   specifically identified.

24                   The second element is the availability of

25   alternative means of securing the information.  Frankly, we

02:36

1   have seen it in -- and it was in our briefing.  The defendants

2   say the plaintiffs had an opportunity to depose Dr. Moelle and

3   they asked all these questions.  The problem is you can ask the

4   questions, but the answer that you get is not very helpful when

5   you don't have the document behind it.  The witness knows that

6   you don't have the document behind it, and the witness

7   basically says, "Well, I would have to look at my performance

8   evaluation and it would be there."  But he knows that you don't

9   have the document, so where are you?  Unless you can confront

10  the witness with the information in writing, you really don't

11  have the ammunition, if you will, the evidence to contradict

12  them.

13          So when Your Honor was saying you're looking for

14  information about bias, but bias is only useful if the person

15  is not truthful, we don't know if the person is being truthful

16  or not.  We do know when they are playing games.  When

17  Dr. Moelle is saying, "Well, you would have to look at my

18  personal evaluation," and he knows that you don't have it,

19  that's a little bit of hiding the pea.

20          So from our perspective, yes, a deposition is

21  going to be very helpful.  It will enable Your Honor/the jury

22  to evaluate the person by what they see.  But it's really a lot

23  more important and a lot better, from our perspective, if we

24  have the document to contradict them, to catch them in some

25  regard if there is a mistruth being spoken.

1       Now, the third element is the importance.  We

2  have covered how important it is.  Your Honor has ordered these

3  documents in other situations.  They are relevant.  They are

4  discoverable.  We think it's proportional to the litigation.  I

5  think I have covered that element.

6       Whether the information originated in the

7  United States, obviously it didn't.  It originated in Germany.

8  It exists in German.  That said, I don't know that that

9  necessarily buys them a place in heaven because we are looking

10  at documents from a global player.  Bayer is selling drugs

11  across the world, and certainly the United States is a big

12  market.  It's taking advantage of a very big market here, and

13  we think that it should play by the rules here, or at least

14  expect it to play by the rules here and not be able to shield

15  itself from a blocking statute when that blocking statute has

16  an exception for litigation just like this.

17       **THE COURT:**  Okay.

18       **MR. LONGER:**  Then the last, which is probably the

19  most important element in the case law, is what you were

20  talking about earlier, Your Honor, which is comity.  What I

21  come back to is the *BrightEdge* litigation.  I'm going to put

22  this on the ELMO since I like ELMO.

23       This is at page 5 of the opinion, which is at

24  2014 WL 3965062.  The court there says:  "The German interest

25  in enforcing the blocking statutes at issue here is entitled to

less deference since it is not a substantive rule of law at
variance with the law of the United States, but rather one
whose primary purpose is to protect its citizens from discovery
obligations in foreign courts."  It cites to the *Air Cargo*
litigation that initially issued that quote.

So it's not substantive German law; it's
procedural German law.  I can have that up there some more if
you like, Your Honor.  It's procedural German law.  As a right,
plaintiffs' rights, our rights, which are substantive, are more
important than German citizens' rights.

Frankly, one of the points that Your Honor asked
us was whose burden is it here, and it's the defendants'
burden.  We have a burden of coming forward on this motion to
compel, but it's the defendants who have the burden of proving
that the foreign law actually prohibits the production of these
documents in this litigation.  It's our position, Your Honor,
that they have failed the meet their burden.

Mr. Moelle acknowledges as much, and that's in
paragraph 25 of his report.  Beyond that, he just goes through
argument which, frankly, I think is inappropriate.  We cited
case law to Your Honor where a legal expert should not be
opining on conclusions of law in the way that the court should.

So I think that aspect of his opinion is
excludable, and what you are left with is we all agree what
German law is.  It's up to Your Honor to determine its effect.

02:42

1   We think that we have met all of the *Société Nationale*

2   standards/requirements.  The defendants have failed to meet

3   their burden.  Therefore, I think that our motion should be

4   granted.

5           **THE COURT:**  All right.  Let me hear from the

6   defendants.

7           **MR. GLICKSTEIN:**  Good afternoon, Your Honor.

8   Steve Glickstein on behalf of Bayer AG and Bayer Pharma AG,

9   both of which are German companies based in Germany.

10          I should note just a kind word to my colleague,

11  Fred Longer.  It reminds me of another MDL long ago in which we

12  shared a podium on many occasions.

13          **MR. LONGER:**  You're welcome back, Steve, but not

14  really.

15          **MR. GLICKSTEIN:**  This comes on on plaintiffs' motion

16  to compel the personnel files of Dr. Frank Misselwitz and

17  Dr. Dagmar Kubitza.  They are both medical doctors.  They are

18  not janitors.  We are not contending that either one is a

19  peripheral witness, but that does not mean that they do not

20  have privacy rights under German law that are protected by the

21  German Constitution and by the German Data Protection Act.

22          I think it's undeniable and certainly Mr. Longer

23  hasn't contested that they are both German citizens, they are

24  employed in Germany by a German company, and that the personnel

25  files were created in Germany by German personnel and they are

02:45

1    maintained in Germany.

2              There are two key questions, I think, that need

3    to be answered.  The first is:  Will Bayer violate the civil

4    and criminal law of the Federal Republic of Germany, its

5    sovereign, and will the constitutional and statutory rights of

6    Dr. Misselwitz and Dr. Kubitza be violated if Bayer produces

7    the personnel files of these individuals?

8              If the answer to that question is no, then you

9    don't have to go any further.  It's the same question that's

10   presented by American law.  But if the answer to that question

11   is yes, as Your Honor properly noted, it becomes a horse of a

12   different color.  It's a different question.

13             Then you have to answer the second question,

14   which is:  Assuming German law prohibits the disclosure of the

15   files, under the Supreme Court case of *Société Nationale*

16   *Aerospatiale*, should the Court nonetheless order Bayer to break

17   German law and violate the rights of its employees to

18   facilitate litigation here in furtherance of American

19   interests?  And that's a balancing test.

20             Your Honor asked about the burden of proof, and

21   I think I will start by answering that question.  I will agree

22   with Mr. Longer that it is Bayer's burden to prove foreign law.

23   In two minutes down the road, I think we will demonstrate why

24   we satisfied our burden of proof.

25             If we submit a declaration establishing foreign

1   law, I think the burden then switches to the plaintiff to

2   contest the applicability of the law, and they haven't done so.

3   So I think the question that Your Honor has to ask there is

4   whether Dr. Moelle -- they call lawyers "doctors" in Germany.

5   In America we don't feel quite so important.  But if his

6   declaration establishes that it would be a violation of German

7   law to produce the files, then it would be incumbent on

8   plaintiff to contest that, and they haven't done so.

9            The second question is who bears the burden of

10   proof, assuming a violation of German law, to establish that

11   the documents should be produced, and I think Mr. Longer agreed

12   that the plaintiffs have the burden in that connection.

13            I think I should also say what the case is not

14   about, and I think this goes to the heart of the matter.  As we

15   get into Dr. Moelle's affidavit, I think we will see that not

16   all personal data is created equal.  The German Data Protection

17   Act, like many issues that pervade American law, involves a

18   balancing of competing interests.

19            There is personal information that is contained

20   in routine business communications -- e-mails, letters,

21   correspondence, data, test results, and the like -- which are,

22   as the statute has been construed, entitled to one level of

23   protection and as to which a litigation exception applies, and

24   there is much more personal information that is contained in a

25   personnel file that is entitled to heightened scrutiny.

02:50

1          I disagree with Mr. Longer -- and I will prove
2    it to Your Honor in just a second -- that there is no
3    heightened scrutiny for personnel files.  In fact, there is.
4          In those circumstances, the litigation exception
5    applies in litigation that involves the employment
6    relationship, sure.  If you are going to terminate the person
7    and he or she sues for wrongful termination, or there is an
8    issue with respect to employee misconduct, or for certain types
9    of criminal investigations, yes, there is an exception.  But
10   the exception is not so generally applied when you are dealing
11   with ordinary documents that contain personal data.
12          It's because of that distinction that the Bayer
13   defendants collectively have been able to produce over
14   50 million pages of documents, including those that are not
15   numbered that are in native file, about 70 percent of which
16   come from Germany.
17        **THE COURT:**  Do you think that the personnel files we
18   are looking at contain both types of information?
19        **MR. GLICKSTEIN:**  I will agree the plaintiffs have
20   narrowed their request to compensation, bonus, performance
21   review, and self-evaluation.
22        **THE COURT:**  It's your position that all of that is
23   personal data?
24        **MR. GLICKSTEIN:**  Well, I think it's not for me to say
25   or Mr. Longer to say.  I think Dr. Moelle has said that that is

1    not only personal information, but it is very personal

2    information entitled to heightened protection --

3            **THE COURT:** Scrutiny.

4            **MR. GLICKSTEIN:** -- under the statute.  I'm going to

5    read you the relevant section of the statute in just one

6    second, but the point that I want to make here is that we are

7    not talking about the documents that deal with:  who did what,

8    at what time, at what moment; what studies were conducted; what

9    studies were not conducted; what studies were thought about

10   being conducted and perhaps wouldn't have been; what studies

11   might have been conducted differently; what was said to the

12   regulators; what information, arguably, should have been

13   disclosed to regulators, that plaintiffs will say ought to have

14   been and wasn't; how you characterized the test results; how

15   you marketed the drug.

16           All of that is in the 50 million pages that

17   Bayer has produced in the ordinary custodial files, all the

18   e-mails, the test results, the business arrangements with

19   Janssen.  On top of that there's another 65 million pages from

20   Janssen.  So we are not talking about a situation like

21   *Société Nationale*, where there was a true blocking statute that

22   blocked everything.

23           So let's go to Question 1, what does German law

24   provide, and Footnote 1 to Dr. Moelle's declaration provides

25   the website to the English translation.  That's the official

1   English translation by the German data protection agency, which
2   was not attached but which I have.
3          THE COURT:  I have it already.
4          MR. GLICKSTEIN:  I should have known you would beat
5   me to the punch.
6          THE COURT:  No, that's okay.
7          MR. GLICKSTEIN:  Let's go through Dr. Moelle's
8   affidavit briefly and see whether Bayer has met its burden of
9   proof of establishing German law.  After introduction and his
10  credentials and sort of a summary of his opinion, the details
11  start in paragraph 7.
12          In paragraph 7 Dr. Moelle says that privacy is a
13  constitutional right in Germany and that according to the
14  German Constitutional Court, which is the equivalent of our
15  Supreme Court on constitutional issues, individuals have a
16  right to informational self-determination.
17          In paragraph 8 he shows that this constitutional
18  right is implemented through the Federal Data Protection Act.
19          In paragraph 11 he explains that there are
20  serious administrative and criminal penalties for violating the
21  act, including fines, and more importantly perhaps up to two
22  years of imprisonment -- which tells you that it's not just
23  Bayer as a corporate entity that is at risk for violating this
24  act, the senior executives who produce the files have personal
25  criminal exposure here if they produce -- as well as the

02:55

1   statute also authorizes lawsuits for damages.

2              In paragraphs 12 through 16 Dr. Moelle explains

3   how the files requested by the plaintiffs are covered by the

4   act.

5              In paragraph 17 he says it would be unlawful to

6   transfer the files to the United States.

7              In paragraphs 18 and 19 he explains that

8   employees can consent, but it has to be truly informed consent

9   based on the data subject's free decision.  Here I'm quoting:

10  "A German employer has no right to request its employee to

11  grant such consent or is not to withdraw any such consent given

12  later.  Any attempt by the German employer to exercise pressure

13  on its employee in this regard would invalidate any consent and

14  would also be considered a violation of the employer's duties

15  under the employment contract."

16             Then in paragraphs 20 through 25 he talks about

17  some of the exceptions for production, including the one that

18  Mr. Longer talked about, in paragraph 25 where he says that

19  production may be allowed -- I think the key word there is

20  *may* -- if necessary for the establishment, exercise, or defense

21  of legal claims.

22             Now, Mr. Longer would have the affidavit end

23  there, as if the rest of it didn't exist, but in paragraphs 26

24  through 37 Dr. Moelle explains why that exception would not

25  pertain to the personnel files and would not pertain to the

02:57

1   circumstances of this case.

2              So, for example, in paragraph 30 he cites to

3   decisions by the Federal Labor Court which establish that

4   personnel files are entitled to a particularly high degree of

5   protection that can only be used in connection with employment

6   decisions like hiring, promotion, or firing.

7              In paragraph 31 of his declaration he

8   demonstrates that there is a particular section, in contrast to

9   what Mr. Longer said, that particularly deals with personnel

10  files.  I'll put it up.  It's Section 32 of the act.

11             I'm not going to be able to read it this far

12  with my bad eyes.  You will have to forgive me for stooping

13  over.  I will read it off the screen.  This is important

14  because --

15        THE COURT:  You can blow it up, Steve, if you need

16  to.  No, I mean it makes it bigger.

17        MR. GLICKSTEIN:  I can read it if you can read it.

18        THE COURT:  Yes.  I have it right before me.

19        MR. GLICKSTEIN:  Section 32 says:  "Data collection,

20  processing, and use for employment-related purposes."

21  Admittedly, it doesn't use the English word *personnel file*, but

22  that's the personnel file.

23             It says:  "Personal data of an employee may be

24  collected, processed, or used for employment-related purposes

25  where necessary for hiring decisions or, after hiring, for

02:59

1   carrying out or terminating the employment contract.
2   Employees' personal data may be collected, processed, or used
3   to detect crimes only if there is a documented reason to
4   believe the data subject has committed a crime while employed,
5   the collection, processing, or use of such data is necessary to
6   investigate the crime and is not outweighed by the data
7   subject's legitimate interest in excluding the collection,
8   processing, or use, and in particular the type and extent are
9   not disproportionate to the reason."
10          So there is a very particularized section in the
11  statute about personnel files, and it explicitly says that the
12  data can only be used for employment purposes.  Even in a
13  criminal investigation there are significant constraints on the
14  transfer and use of that information.
15          So at the conclusion of his discussion about the
16  personnel files directly, he concludes in paragraph 37 at the
17  end "would therefore violate German data protection law if it
18  made the personnel records or any parts of it (for example,
19  performance reviews, compensation records, etc.) available for
20  discovery in the U.S. as requested by plaintiffs."
21          So it seems to me, Your Honor, that we have a
22  lawyer from Germany quoting German case law and reviewing an
23  explicit section of the German statute and providing other
24  reasons why the litigation exception would not apply in the
25  circumstance of the personnel file.  I think, under those

03:02

1   circumstances, it's incumbent upon the plaintiffs to come up

2   with a German lawyer that says, "Wait a minute.  We disagree,"

3   and they haven't done that.  I'm going to hazard to guess that

4   it's not because they lack resources to find a German lawyer.

5   It's because there isn't a German lawyer who will contradict

6   what Dr. Moelle has said.

7              Mr. Longer, as an advocate, can advocate on

8   American law, but he is not qualified to tell Your Honor what

9   the German statute means.  The only evidence that Your Honor

10  has before you is the affidavit of Dr. Moelle.  I think it

11  establishes conclusively and without refutation that it would

12  be a violation of the German Data Protection Act to produce

13  this material.

14             **THE COURT:**  Do you know of any instance where the

15  party has been put in jail or fined for violations?

16             **MR. GLICKSTEIN:**  Well, you know, I know of no case

17  where anyone has ever been ordered to produce it.  So can I

18  tell you with certainty if Your Honor, notwithstanding the law

19  on the subject, orders it to be produced whether, in fact, the

20  witnesses will file a complaint and/or even without complaint

21  the German authorities will take action?  I don't have a

22  crystal ball.  I can't answer that question.  I do know that no

23  judge heretofore in America has ever put a German company in

24  that position.  So the reason we don't know the answer is

25  likely because nobody has forced them into that choice.

03:04

1       **THE COURT:**  What's your view of having an index or a

2    log of material in the personnel file without disclosing the

3    material, just the nature of the material?

4       **MR. GLICKSTEIN:**  Sure.  I understand that that was

5    done with respect to a broader request for documents in the

6    *Vitamins Antitrust Litigation*.  I'm not opposed, if Your Honor

7    orders it, to providing an index or log, although given the

8    nature of the plaintiffs' request, I don't know that it would

9    be very elucidating.  I will agree it's not a broad request for

10   documents.  They have asked for compensation information and

11   performance reviews and self-evaluations.  So I'm not sure what

12   the log would say other than compensation information,

13   performance review, or self-evaluation.

14       **THE COURT:**  Suppose there was none?

15       **MR. GLICKSTEIN:**  Well, I don't think the answer to

16   the question is that there's none, although I don't know for

17   sure.  I think it's fairly routine practice to maintain the

18   personnel files and -- here I'm in danger of speculating, but I

19   believe -- judging by my client's concern about the motion, I

20   would imagine that if the answer was no such documents exist,

21   that would have been point one that we would both tell the

22   plaintiffs and tell Your Honor.

23       So again, Your Honor, I don't think that

24   creating the logs so long as you don't disclose the substantive

25   information -- I don't think it would advance the ball because

03:06

1   I think at the end of the day you still have to deal with the
2   balancing test.
3            I would like to go to that, which is the second
4   question that has to be answered --
5            **THE COURT:**  Okay.
6            **MR. GLICKSTEIN:**  -- which is German law doesn't
7   permit it, so what does that mean.  I will freely admit it's
8   not the end of the inquiry.  There are cases out there which
9   say that notwithstanding foreign law, in appropriate
10  circumstances a U.S. judge can compel the production of foreign
11  documents, but those circumstances tend to involve one of two
12  situations, either there is a true blocking statute -- I know
13  some courts have called it a blocking statute, but I'm going to
14  take issue in a second with the characterization of the German
15  Data Protection Act as a blocking statute.
16           Either there is a true blocking statute in which
17  the statute was used to deprive the opposing party of any
18  discovery at all and the argument was go through the
19  Hague Convention or get nothing or, in the second situation,
20  where the *Société Nationale* factors have been deemed to be
21  satisfied, it involves documents which clearly go to the heart
22  of the case, without which the plaintiff really can't get his
23  or her day in court.
24           Let me tell you why I don't think this is a
25  blocking statute, and I want to compare it to the statute that

1    was at issue in *Société Nationale* itself.  Here's what the

2    French blocking statute said.

3             Can you read it?  How do I make it bigger?

4         **THE DEPUTY CLERK:**  Push it forward.

5         **MR. GLICKSTEIN:**  "Subject to treaties or

6    international agreements and applicable laws and regulations,

7    it is prohibited for any party to request, seek or disclose, in

8    writing, orally or otherwise, economic, commercial, industrial,

9    financial or technical documents or information leading to the

10   constitution of evidence with a view to foreign judicial or

11   administrative proceedings or in connection therewith."

12            So this was a French statute that was enacted

13   for the purpose of thwarting American discovery and for

14   protecting its companies from American lawsuits and to put

15   French companies in a better position if they are involved in

16   U.S. litigation than American companies would be.

17            I'm not surprised that the Supreme Court had

18   trouble with this statute, but we are not dealing with that

19   here.  We are dealing with a statute that, first of all, as

20   construed by German authorities, permits all of the economic,

21   commercial, financial, technical documents, and information

22   leading to the constitution of evidence to be produced pursuant

23   to a protective order but just not the personnel files.  I

24   think that's what distinguishes the letter that was written by

25   Bayer.

 1          We said, yeah, we can produce information

 2  containing some personal data pursuant to a protective order,

 3  but you can't then lift the protective order because then it

 4  would violate the Data Protection Act.  Personnel files are

 5  different, as explained by Dr. Moelle.

 6          Secondly, this is not a statute that is

 7  designed -- the German statute isn't -- that is designed to

 8  thwart American discovery requests.  We are talking about a

 9  protection of a constitutional right to privacy.  It is meant

10  for the benefit of the employees, not for the benefit of Bayer.

11  Bayer can get in a ton of trouble for violating the act, but

12  their culture, their law deems that these type of personnel

13  files are very private and very personal and are entitled to

14  special protection.  The question that we have to address is

15  whether, as a matter of comity, the U.S. courts will honor

16  that.

17          Let's go through the five factors.  It's not a

18  question of do they all go in one direction.  It's a matter of

19  balancing them.  Some are more important than others, and in

20  particular cases they may weigh differently.

21          I want to start with the easiest factor because

22  everyone agrees that that favors Bayer, and that factor is

23  whether the information originated in the United States.  I

24  can, of course, see an argument if the Bayer German company was

25  keeping personnel files on U.S. Bayer employees that we would

03:13

1    have a weaker argument in front of Your Honor.  But we are

2    talking about information that are German employees only,

3    employed by Bayer in Germany, where the documents originated in

4    Germany and are maintained in Germany.

5             I don't think you have to worry about a slippery

6    slope because we have already submitted to Your Honor the

7    question of Bayer personnel files for U.S. based Bayer

8    employees in the case of Dr. Spiro, and we did not assert the

9    German act as a defense.  Your Honor ruled in the same way that

10   you ruled with respect to the Janssen requests.

11            The next issue is the importance of the

12   documents requested.  Courts have used different formulations.

13   The Ninth Circuit in *Richmark* and the Tenth Circuit in

14   *Westinghouse* used the words does the case "stand or fall."  In

15   the *Vitamins* case they say "absolutely essential."

16            I know the plaintiffs say maybe that's too high,

17   but I think one thing is clear, that it's not simply relevance

18   and it's not we are hopeful.  It's not we would like to go

19   through them in the hope that we would find something.

20            If you look at the cases again where you have

21   ordered production, Your Honor identified in *Richmark* there was

22   a default judgment.  The Chinese government was saying, "We are

23   not going to let you say where your assets are," so they would

24   render a U.S. court proceeding a nullity.

25            You have in the *Accessdata* case a company that

03:15

1   is defending a breach of contract claim is saying, "We are not

2   paying you because our customers are dissatisfied with the

3   product you sold us."

4               So the party says, "Well, what customers are you

5   talking about?"

6               The party says, "Well, no, we are not going to

7   tell you."

8               Well, that goes to the very heart of the case.

9   "You're telling us you're not paying us because of your

10  customers and then you won't provide the information about the

11  customers."

12              A similar situation arose in the *Pershing* case

13  that the plaintiffs cited.  Somebody claimed that they

14  purchased a defective yacht and they don't want to produce

15  documents concerning the engine.

16              In *BrightEdge*, which is the case that Mr. Longer

17  emphasized here, it's a patent infringement case.  They are

18  asking for the development, functionality, use, and

19  modification made to the product.  They are talking about

20  economic damages.  The court says these requests are specific

21  to the elements of a patent infringement case.  They are not

22  the type of generalized searches for information.

23              The generalized search for information is what

24  we have here.  We are talking about issues of credibility.

25  What is the marginal benefit of that information?  I'm not

1    going to say there is zero relevance to the request, but there

2    are issues of bias and credibility.

3              We know that the employee is employed.  We know

4    that the employee is being paid.  We know that the employees

5    have answered questions about whether they received bonuses.

6    The argument is there for plaintiffs to make to the jury that

7    the witness is economically interested.  What may be missing is

8    the exact number of euros.  We know that the employee is being

9    evaluated.  We know that if the employee succeeds, it is better

10   than if the employee does not.  The argument is always there

11   that the employee is economically interested.

12             So these are not the questions that go to the

13   heart of the case.  The heart of the case is:  What studies

14   were conducted?  How is the medicine marketed?  How is

15   regulatory approval obtained?  What is the benefit versus risk

16   of the drug?  What are the adverse reactions?  Did the medicine

17   cause the plaintiff's injury?  It's not about how much money a

18   particular person made.

19             The next factor is --

20        THE COURT:  Could it be gotten from any other than

21   place.

22        MR. GLICKSTEIN:  I'm sorry?

23        THE COURT:  Could it be gotten from any other place

24   is the --

25        MR. GLICKSTEIN:  Of course, the basic case

information, the important case information, is in the
50 million pages of documents that have already been produced
and who did what when and should have done but didn't do what
when.  But even with respect to the credibility issues like
bias, the employee may not remember every last detail of their
compensation, but you are going to get from the witness, if you
ask the question -- they haven't even asked any of the
witnesses these questions of are you making money from your
employer.  Yeah, they can get that.  If they ask them how much
you make, we can't force the employee to answer, but my guess
is a number of employees would answer that.

So am I going to argue to Your Honor that having
documents and deposition testimony isn't somewhat better than
having just deposition testimony?  But when you consider what
the issues are that the questions are directed to, the
deposition testimony should be more than sufficient to
establish the bias and they don't go to the heart of the case.

Another question is the degree of specificity.
I think that specificity has two components.  One component is
are you targeted in what you ask for.  I would agree in that
sense the plaintiffs' request has specificity in they're asking
for compensation information, personnel reviews, and
self-evaluation, but there's another aspect of specificity
which deals with making a particularized showing of need for
the information and how specific is it to the issues of the

03:22

1   case.

2               I think what we are hearing is that maybe,

3   possibly we will find, and they will get like in Vioxx.  I

4   don't think when you are weighing the potential criminal

5   penalties to Bayer against a fishing expedition of maybe

6   finding something that would be helpful when there has been, as

7   Your Honor knows, enormous cooperation on discovery issues

8   generally -- nobody, I think, can be accused of hiding the ball

9   here.  I think Your Honor knows me from other litigation.  We

10  don't play that way.  This is a situation where if it were not

11  important to the client, I wouldn't be up here talking.  If the

12  client didn't feel in jeopardy, I wouldn't be up here talking.

13              The last issue is balancing the interests of the

14  respective countries.  I saw the case that Fred put up that

15  said it's a blocking statute designed to prevent discovery.  I

16  respectfully disagree with the characterization of the judge in

17  that case.  We are talking about a constitutional right to

18  privacy.  This is meant to protect people.  It is not meant for

19  discovery.

20              It's true that Germans and Europeans may place a

21  greater emphasis and importance to privacy than we do here in

22  America, but that's the world we live in, in which different

23  countries have different values and place different importance

24  to different things.

25              We know that this isn't made up.  This is not

like a dictatorship or communist government saying, "We don't want to cooperate with the U.S. courts."  This is a statute of law that was enacted by a democracy to protect ordinary people. That's the interest of the foreign country.  They have expressed that interest enough so that our executives are in jeopardy if they produce the information.

What's the interest of the United States?  The United States for sure has broader discovery rules than would be allowed in Europe, although I would say that recent amendments to Rule 26 somewhat constrain that because we used to have "reasonably calculated to lead to admissible evidence." We don't have that anymore.  It sounds like that's where Fred is going with his argument, it may be calculated to lead to admissible evidence.  We have added proportionality, and I would respectfully submit that proportionality has to include the potential burden that is imposed on a defendant for violating the laws of its country.

Given that all of the documents directly related to the conduct that constitutes the claim that is being litigated are being produced, I don't think the U.S. interest is as strong as the German interest to the contrary.  I think that's where the case law comes out.  There's three cases that we cited where personnel files specifically were produced. They all came out in favor of nonproduction.

There was a Texas Supreme Court involving, you

03:26

1   know, a telephone book, and the Texas Supreme Court granted a

2   mandamus and said you can't do that.

3           If Your Honor ordered the production, you would

4   be the first.  I know that's not the end of the argument

5   because Your Honor always thinks through the question and comes

6   up with your own judgment.  I don't have a Fifth Circuit case

7   or a Supreme Court case dealing precisely with German personnel

8   files, but I think that the law dealing with this precise

9   question is all one way.  As I said, the cases going the other

10  way usually involve the nonproduction of custodial files,

11  either the company wants to produce nothing or it wants to

12  block something that goes to the very heart of the case.

13          **THE COURT:**  I do understand the issues.  I would like

14  to write on this one.

15          Do you have any response, Fred?

16          **MR. LONGER:**  I'll try to be very brief, Your Honor.

17          **THE COURT:**  Okay.

18          **MR. LONGER:**  I appreciate your time.  You have been

19  very gracious.

20          First, in response to your question, Your Honor,

21  about whether any violation has ever rained down on a German

22  company for violating the BDSG, Steve says he doesn't have a

23  crystal ball.  He says there's potential criminal penalties,

24  and he also said Bayer can get in a ton of trouble for

25  violating the law, but he meant that in the word's possibility.

03:28

1           I come back to the *BrightEdge* case, which we
2    have been talking about, and here the court said:  "However, in
3    examining the hardship on the party from whom compliance is
4    sought, courts look at the likelihood that enforcement of the
5    foreign law will be successful.  If the likelihood that the
6    party resisting compliance would be prosecuted and convicted is
7    slight and speculative, a court can order disclosure."

8           In that case SearchMetrics had not provided any
9    argument as to whether parties in its position have been fined
10   or prosecuted for disclosing personal data under similar
11   circumstances, and so the court said this factor weighs in
12   favor of compliance.  Well, given what I have heard from
13   Mr. Glickstein, he is completely speculating as to whether or
14   not his company would actually be prosecuted, punished, what
15   have you.  He would need a crystal ball, in fact, to make that
16   contention.  Under the *BrightEdge* reasoning -- and I understand
17   Mr. Glickstein disagrees with the court in *BrightEdge* -- at
18   least in that case that factor weighs against him.

19          As to his argument regarding Section 32 of the
20   BDSG being very particular about personnel files, again, it
21   only talks about personal data.  It does not talk about
22   personnel files.  It is referencing those documents in the
23   context of employment use, but it again does not exclude those
24   documents from Section 4's exclusion.  So I understand his
25   argument, I understand why he puts a lot of emphasis on this

03:30

1    section of the act, but it does not address personnel files,

2    which is my thesis.  It is not there.  The exclusion still

3    applies to Section 32.  He has not avoided that.

4              Dr. Moelle, again, I disagree with his --

5    Mr. Glickstein is right.  I end at paragraph 26 and 27 because

6    after that Dr. Moelle is just an advocate.  He is just

7    articulating his opinion on the balancing factors.  That's

8    Your Honor's call, not his call.

9              So, with that, Your Honor, I understand you have

10   a lot on your plate.  We have given you a lot to think about.

11   I hope you think about it our way.

12              **THE COURT:**  Give me 10 minutes and then we will talk

13   about the other thing.  I have something at 3:30, but I will be

14   quick about it.

15              **THE DEPUTY CLERK:**  All rise.

16              (Proceedings adjourned.)

17                          * * *

18                     <u>**CERTIFICATE**</u>

19         I, Toni Doyle Tusa, CCR, FCRR, Official Court
     Reporter for the United States District Court, Eastern District
20   of Louisiana, certify that the foregoing is a true and correct
     transcript, to the best of my ability and understanding, from
21   the record of proceedings in the above-entitled matter.

22

23

24              <u>*s/ Toni Doyle Tusa*</u>
                Toni Doyle Tusa, CCR, FCRR
                Official Court Reporter

25

MR. BIRCHFIELD: [1]  3/15
MR. DENTON: [1]  3/18
MR. GLICKSTEIN: [17]  3/11 21/6
21/14 24/18 24/23 25/3 26/3 26/6
28/16 28/18 30/15 31/3 31/14 32/5
33/4 37/21 37/24
MR. LONGER: [10]  3/9 9/6 13/7 15/3
15/7 16/17 19/17 21/12 41/15 41/17
MR. SOLOW: [1]  3/24
MS. SHARKO: [1]  3/21
THE COURT: [29]  3/2 3/7 3/13 3/17
3/20 3/22 4/1 13/11 14/17 15/6 16/16
19/16 21/4 24/16 24/21 25/2 26/2 26/5
28/14 28/17 30/13 30/25 31/13 32/4
37/19 37/22 41/12 41/16 43/11
THE DEPUTY CLERK: [3]  3/5 33/3
43/14

---

**1**

10 [2]  1/6 3/2
10 minutes [1]  43/12
10019 [1]  1/18
11 [1]  26/19
12 [2]  17/4 27/2
14-MD-2592 [1]  1/4
16 [1]  27/2
17 [1]  27/5
18 [1]  27/7
19 [1]  27/7
19106 [1]  1/15

---

**2**

20 [1]  27/16
2014 [1]  19/24
2016 [2]  1/6 3/2
25 [4]  14/9 20/19 27/16 27/18
250 [1]  1/18
2592 [3]  1/4 3/6 4/9
26 [2]  27/23 40/10 43/5
27 [1]  43/5
275 [1]  1/20

---

**3**

3.1 [1]  13/24
30 [1]  28/2
31 [1]  28/7
32 [4]  28/10 28/19 42/19 43/3
37 [2]  27/24 29/16
3965062 [1]  19/24
3:30 [1]  43/13

---

**4**

4's [1]  42/24
4c [1]  14/14

---

**5**

50 million [3]  24/14 25/16 38/2
500 [2]  1/15 1/20
504 [1]  1/21
510 [1]  1/15
55th [1]  1/18
589-7778 [1]  1/21

---

**6**

65 million [1]  25/19

---

**7**

70 percent [1]  24/15
70130 [1]  1/21

7778 [1]  1/21

---

**9**

9th [1]  12/14

---

**A**

ability [1]  43/20
able [3]  19/14 24/13 28/11
about [42]  8/8 11/3 11/7 11/8 11/8
11/16 12/14 13/13 14/21 15/25 18/14
19/20 22/20 23/14 24/15 25/7 25/9
25/20 27/16 27/18 29/11 29/15 31/19
34/8 35/2 35/5 36/5 36/10 36/19 36/24
37/5 37/17 39/17 41/21 42/2 42/20
42/21 42/21 43/10 43/11 43/13 43/14
above [1]  43/21
above-entitled [1]  43/21
absolute [1]  6/22
absolutely [1]  35/15
access [2]  10/12 10/22
Accessdata [1]  35/25
according [1]  26/13
accused [1]  39/8
Achilles' [1]  10/24
acknowledge [1]  16/13
acknowledged [1]  11/18
acknowledges [1]  20/18
across [1]  19/11
act [18]  6/2 6/21 9/1 13/22 14/1 21/21
23/17 26/18 26/21 26/24 27/4 28/10
30/12 32/15 34/4 34/11 35/9 43/1
action [2]  5/19 30/21
activity [1]  11/12
actually [3]  13/3 20/15 42/14
added [1]  40/14
addition [2]  4/20 5/4
address [3]  12/19 34/14 43/1
adjourned [1]  43/16
administrative [3]  8/6 26/20 33/11
administrator [1]  12/2
admissible [2]  40/11 40/14
admission [1]  17/1
admit [2]  32/7
Admittedly [1]  28/21
advance [1]  31/25
advantage [1]  19/12
adverse [1]  37/16
advocate [3]  30/7 30/7 43/6
Aerospatiale [2]  6/15 22/16
affidavit [4]  23/15 26/8 27/22 30/10
affiliations [1]  8/23
affords [1]  17/5
after [5]  6/15 9/3 26/9 28/25 43/6
afternoon [6]  3/3 3/10 3/12 3/25 9/7
21/7
AG [2]  21/8 21/8
again [8]  9/7 13/3 16/4 31/23 35/20
42/20 42/23 43/4
against [1]  39/5 42/18
agency [1]  26/1
ago [1]  21/11
agree [5]  20/24 22/21 24/19 31/9 38/20
agreed [1]  23/11
agreements [1]  33/6
agrees [2]  14/8 34/22
aided [1]  1/25
Air [1]  20/4
akin [1]  17/5
Alise [1]  10/7
all [22]  1/6 3/21 3/23 4/18 6/5 13/5 18/3

20/24 21/4 21/5 23/16 24/22 25/16
23/17 32/18 35/19 35/20 34/18 40/18
40/24 41/9 43/15
allowed [3]  10/7 27/19 40/9
allows [1]  14/10
along [1]  11/11
already [3]  26/3 35/6 38/2
also [11]  3/19 5/14 6/12 7/4 7/13 7/19
14/1 23/13 27/1 27/14 41/24
Alternate [1]  7/7
alternative [2]  12/25 17/25
although [3]  31/7 31/16 40/9
always [4]  6/18 6/18 37/10 41/5
am [2]  10/3 38/12
amendments [1]  40/10
America [3]  23/5 30/23 39/22
American [10]  6/19 6/23 22/10 22/18
23/17 30/8 33/13 33/14 33/16 34/8
ammunition [1]  18/11
and/or [1]  30/20
Andrew [1]  3/25
Andy [2]  3/16 3/18
annual [2]  11/8 17/20
another [5]  17/16 21/11 25/19 38/18
38/23
answer [10]  18/4 22/8 22/10 22/13
30/22 30/24 31/15 31/20 38/10 38/11
answered [4]  8/16 22/3 32/4 37/5
answering [1]  22/21
anticipation [1]  4/13
Antitrust [1]  31/6
any [20]  7/25 8/6 10/11 13/19 13/22
15/11 22/9 27/11 27/12 27/13 29/18
30/14 32/17 33/7 37/20 37/23 38/7
41/15 41/21 42/8
anybody [1]  3/15
anymore [1]  40/12
anyone [2]  3/24 30/17
anything [1]  8/9
apparent [2]  5/19 5/25
appearance [1]  3/8
Appearances [1]  1/12
appeared [1]  15/18
appellate [1]  6/16
applicability [1]  23/2
applicable [2]  7/17 33/6
applied [1]  24/10
applies [3]  23/23 24/5 43/3
apply [1]  29/24
appreciate [1]  41/18
approach [1]  7/15
appropriate [3]  5/18 6/23 32/9
approval [1]  37/15
are [114]
Area [1]  14/12
areas [2]  5/15 13/15
arguably [1]  25/12
argue [1]  38/12
argument [13]  1/10 16/5 20/20 32/18
34/24 35/1 37/6 37/10 40/13 41/4 42/9
42/19 42/25
arises [1]  4/4
arose [1]  36/12
arrangements [1]  25/18
article [2]  9/4 11/23
articulating [1]  43/7
as [47]
ask [6]  10/22 18/3 23/3 38/7 38/9 38/20
asked [9]  4/13 8/12 8/16 12/24 18/3
20/11 22/20 31/10 38/7

## A

asking [5]   10/2 15/15 17/17 36/18 38/21
aspect [4]   4/10 12/5 20/23 38/23
aspects [1]   12/9
assert [1]   35/8
assets [3]   14/22 14/23 35/23
associated [1]   17/15
assuming [2]   22/14 23/10
at [32]   5/12 5/13 7/24 9/11 10/19 11/6 12/3 12/22 13/19 16/14 18/7 18/17 19/10 19/13 19/23 19/23 19/25 20/1 24/18 25/8 25/8 26/23 29/15 29/16 32/1 32/18 33/1 35/20 42/4 42/17 43/5 43/13
attached [1]   26/2
attempt [2]   5/15 27/12
authorities [2]   30/21 33/20
authority [2]   8/4 9/25
authorizes [1]   27/1
availability [1]   17/24
available [3]   15/18 17/5 29/19
avoided [1]   43/3

## B

B-275 [1]   1/20
B-U-N-D-E-S-D-A-T-E-N-S-H-U-T-Z-G-E-S-E-T-Z [1]   13/10
back [2]   9/17 10/6 15/9 15/20 19/21 21/13 42/1
background [1]   4/3
bad [1]   28/12
balancing [6]   22/19 23/18 32/2 34/19 39/13 43/7
ball [5]   30/22 31/25 39/8 41/23 42/15
bar [1]   6/22
based [4]   8/3 21/9 27/9 35/7
basic [1]   37/25
basically [2]   16/24 18/7
basis [1]   13/5
Baycol [3]   15/10 15/13 15/17
Bayer [30]   3/13 4/1 4/6 4/14 5/2 5/5 5/7 11/16 15/14 19/10 21/8 21/23 22/6 22/16 24/12 25/17 26/8 26/23 33/25 34/10 34/11 34/22 34/24 34/25 35/3 35/7 35/7 39/5 41/24
Bayer's [1]   22/22
BDSG [12]   13/9 13/20 13/24 14/10 14/14 15/23 15/25 16/4 16/5 17/1 41/22 42/20
be [74]
bears [1]   23/9
beat [1]   26/4
because [27]   5/9 8/20 10/2 10/11 11/2 11/9 12/16 12/18 13/7 14/24 16/8 17/4 19/9 24/12 28/14 30/4 30/5 30/25 31/25 34/3 34/21 35/6 36/2 36/9 40/10 41/5 43/5
becomes [1]   22/11
been [24]   4/8 4/8 5/13 7/18 9/20 9/25 17/3 17/17 17/22 23/22 24/13 25/10 25/11 25/12 25/14 30/15 30/17 31/21 32/20 38/2 39/6 41/18 42/2 42/9
before [3]   1/10 28/18 30/10
begin [1]   9/18
behalf [5]   3/11 3/13 3/16 9/8 21/8
behind [2]   18/5 18/6
being [9]   9/20 18/15 18/25 25/10 37/4 37/8 40/19 40/20 42/20

believe [4]   10/17 14/12 29/4 31/19
benefit [5]   13/9 34/10 34/10 36/25 37/15
Berman [1]   1/14
best [2]   10/5 43/20
better [8]   18/23 33/15 37/9 38/13
between [3]   5/18 5/19 5/25
Beyond [1]   20/19
BGB [1]   13/13
bias [8]   7/17 8/2 8/8 18/14 18/14 37/2 38/5 38/17
big [5]   13/14 14/2 15/22 19/11 19/12
bigger [2]   28/16 33/3
Birchfield [1]   3/16
bit [1]   18/19
block [1]   41/12
blocked [1]   25/22
blocking [14]   5/22 6/3 6/18 19/15 19/15 19/25 25/21 32/12 32/13 32/15 32/16 32/25 33/2 39/15
blow [1]   28/15
blunt [1]   8/8
bonus [5]   8/3 11/9 11/12 17/21 24/20
bonuses [2]   5/1 37/5
book [3]   11/21 13/14 41/1
both [11]   5/17 7/8 10/6 11/17 11/18 12/8 21/9 21/17 21/23 24/18 31/21
BPAG [1]   16/21
breach [1]   36/1
break [1]   22/16
brief [1]   41/16
briefing [2]   15/21 18/1
briefly [1]   26/8
briefs [3]   5/12 8/21 9/3
BrightEdge [6]   15/5 19/21 36/16 42/1 42/16 42/17
bring [1]   9/24
broad [1]   31/9
broader [2]   31/5 40/8
brought [2]   4/8 9/12
Bundesdatenshutzgesetz [3]   13/9 13/11 13/13
burden [15]   7/21 20/12 20/13 20/13 20/14 20/17 21/3 22/20 22/22 22/24 23/1 23/9 23/12 26/8 40/16
business [3]   14/21 23/20 25/18
but [50]
buys [1]   19/9

## C

calculated [2]   40/11 40/13
call [5]   3/5 13/13 23/4 43/8 43/8
called [3]   7/25 11/22 32/13
came [1]   40/24
camera [1]   12/25
can [34]   4/15 7/16 7/17 8/2 8/10 8/11 8/12 8/16 10/21 10/23 16/17 17/1 17/2 17/8 18/3 18/9 20/7 27/8 28/5 28/15 28/17 28/17 29/12 30/7 30/17 32/10 33/3 34/1 34/11 34/24 38/9 39/8 41/24 42/7
can't [7]   8/14 10/22 30/22 32/22 34/3 38/10 41/2
carefully [1]   7/2
Cargo [1]   20/4
carrying [1]   29/1
case [46]
cases [11]   1/6 6/16 14/18 14/19 15/4

16/10 32/8 34/20 35/20 40/22 41/9 42/16
categories [1]   4/15
category [1]   6/2
cause [1]   37/17
CCR [3]   1/20 43/19 43/24
central [2]   11/19 17/12
certain [4]   6/20 6/24 14/20 24/8
certainly [8]   9/16 10/19 11/10 14/4 15/8 15/17 19/11 21/22
certainty [1]   30/18
CERTIFICATE [1]   43/18
certify [1]   43/20
chance [1]   16/19
characterization [2]   32/14 39/16
characterized [1]   25/14
Chinese [1]   35/22
choice [1]   30/25
Circuit [3]   35/13 35/13 41/6
circumstance [2]   15/8 29/25
circumstances [7]   13/23 24/4 28/1 30/1 32/10 32/11 42/11
cited [3]   20/20 36/13 40/23
cites [3]   14/14 20/4 28/2
citizens [2]   20/3 21/23
citizens' [1]   20/10
civil [6]   5/20 6/1 6/9 13/12 13/14 22/3
civilian [1]   12/1
claim [5]   4/5 6/7 14/6 36/1 40/19
claimed [1]   36/13
claims [4]   4/8 14/14 14/16 27/21
clear [1]   35/17
clearly [1]   32/21
clerk [1]   16/18
client [2]   39/11 39/12
client's [1]   31/19
climb [1]   6/25
clinical [1]   12/1
code [2]   13/14 13/16
colleague [3]   11/25 16/15 21/10
collected [3]   4/22 28/24 29/2
collecting [1]   8/5
collection [3]   28/19 29/5 29/7
collectively [1]   24/13
color [1]   22/12
come [10]   3/15 8/25 9/2 15/4 15/9 15/20 19/21 24/16 30/1 42/1
comes [3]   21/15 40/22 41/5
coming [1]   20/13
comity [3]   5/18 19/20 34/15
comments [4]   4/2 9/5 13/7 14/3
commercial [2]   33/8 33/21
committed [1]   29/4
communications [1]   23/20
communist [1]   40/1
companies [4]   21/9 33/14 33/15 33/16
company [8]   14/21 21/24 20/23 34/24 35/25 41/11 41/22 42/14
compare [1]   32/25
compel [6]   5/6 5/16 9/9 20/14 21/16 32/10
compensation [10]   11/9 11/9 11/11 17/20 24/20 29/19 31/10 31/12 38/6 38/22
competing [1]   23/18
compiled [1]   4/19
complaint [2]   30/20 30/20
completely [1]   42/13
compliance [3]   42/3 42/6 42/12
component [1]   38/19

**C**

components [1] 38/19
computer [1] 1/25
computer-aided [1] 1/25
concede [1] 17/12
concepts [1] 9/14
concern [1] 31/19
concerning [2] 13/22 36/15
concerns [1] 16/7
concludes [1] 29/16
conclusion [1] 29/15
conclusions [1] 20/22
conclusively [1] 30/11
conduct [1] 40/19
conducted [5] 25/8 25/9 25/10 25/11
37/14
confidential [1] 16/22
confirm [1] 14/4
conflict [2] 5/19 5/25
confront [1] 18/9
connection [4] 4/19 23/12 28/5 33/11
consent [5] 27/8 27/8 27/11 27/11
27/13
consider [1] 38/14
considered [2] 7/7 27/14
constitutes [1] 40/19
constitution [3] 21/21 33/10 33/22
constitutional [7] 22/5 26/13 26/14
26/15 26/17 34/9 39/17
constrain [1] 40/10
constraints [1] 29/13
construed [2] 33/22 33/20
contain [3] 4/21 24/11 24/18
contained [5] 8/24 23/19 23/24
containing [1] 34/2
contains [2] 4/17 4/18
contending [1] 21/18
contention [1] 42/16
contest [2] 23/2 23/8
contested [1] 21/23
context [1] 42/23
contract [3] 27/15 29/1 36/1
contradict [3] 18/11 18/24 30/5
contrary [1] 40/21
contrast [1] 28/8
Convention [1] 32/19
convicted [1] 42/6
Coon [1] 16/14
cooperate [1] 40/2
cooperation [1] 39/7
copy [2] 16/16 16/18
corporate [1] 26/23
correct [1] 43/20
correspondence [1] 23/21
could [7] 10/18 11/10 13/1 16/16 17/7
37/20 37/23
counsel [2] 3/8 9/11
countries [5] 4/25 6/8 7/8 39/14 39/23
country [3] 5/21 40/4 40/17
course [3] 5/19 34/24 37/25
court [30] 1/1 1/20 6/16 6/19 6/23
14/24 15/9 15/11 15/15 19/24 20/22
22/15 22/16 26/14 26/15 28/3 32/23
33/17 35/24 36/20 40/25 41/1 41/7
42/2 42/7 42/11 42/17 43/19 43/19
43/24
Court's [2] 9/15 9/25
courts [8] 7/3 7/3 20/4 32/13 34/15
35/12 40/2 42/4

**D**

Dagmar [2] 11/18 21/17
damages [3] 4/4 27/1 29/9
danger [1] 31/18
data [41] 6/2 6/25 8/25 13/20 13/21
13/21 14/1 14/5 14/10 14/17 16/1 16/3
16/11 16/13 16/20 16/25 17/2
21/21 23/16 23/16 23/21 24/11 24/23
26/1 26/18 27/9 28/19 28/23 29/2 29/4
29/5 29/6 29/12 29/17 30/12 32/15
34/2 34/4 42/10 42/21
dates [2] 4/23 8/23
Davis [1] 16/15
day [3] 16/14 32/1 32/23
deal [3] 14/18 25/7 32/1
dealing [6] 8/20 24/10 33/18 33/19 41/7
41/8
deals [2] 28/9 38/24
decision [2] 9/15 27/9
decisions [3] 28/3 28/6 28/25
declaration [4] 22/25 23/6 25/24 28/7
declared [1] 4/9
deemed [1] 32/20
deems [1] 34/12
default [1] 35/22
defective [1] 36/14
defendant [4] 4/14 10/24 40/16
defendant's [1] 14/8
defendants [15] 1/17 3/13 3/22 4/1
10/13 11/18 15/21 16/13 17/3 17/11
18/1 20/14 21/2 21/6 24/13
defendants' [1] 20/12
defender [1] 10/9
defending [1] 36/1
defense [6] 6/7 14/6 14/13 14/15 27/20
35/9
deference [1] 20/1
defined [1] 13/21
definition [1] 11/1
degree [3] 17/9 28/4 38/18
democracy [1] 40/3
demonstrate [1] 22/23
demonstrates [1] 28/8
Denton [1] 3/19
depose [1] 18/2
deposition [7] 8/12 12/10 12/11 18/20
38/13 38/14 38/16
depositions [2] 4/12 4/13
deprive [2] 6/19 32/17
describe [2] 10/22 11/4
described [2] 7/3 15/6
designate [1] 16/21
designed [4] 5/22 34/7 34/7 39/15
detail [1] 38/5
covered [3] 19/2 19/5 27/3
created [2] 41/23 23/16
creating [1] 31/24
credentials [1] 26/10
credibility [3] 36/24 37/2 38/4
crime [2] 29/4 29/6
crimes [1] 29/3
criminal [8] 6/13 22/4 24/9 26/20 26/25
29/13 39/4 41/23
critical [5] 10/4 10/20 12/4 12/8 13/8
crystal [3] 30/22 41/23 42/15
culture [1] 34/12
custodial [8] 4/16 4/16 4/20 5/3 5/4
15/23 25/17 41/10
customers [3] 36/2 36/4 36/10 36/11

details [1] 26/10
detect [1] 29/8
determination [1] 26/16
determine [4] 8/17 8/19 9/1 20/25
develop [2] 12/7 12/8
development [5] 11/19 11/22 12/17
17/12 36/18
dictatorship [1] 40/1
did [7] 12/7 12/8 17/9 25/7 35/8 37/16
38/3
didn't [7] 13/19 15/11 15/16 19/7 27/23
38/3 39/12
different [9] 15/3 22/12 22/12 34/5
35/12 39/22 39/23 39/23 39/24
differently [2] 25/11 34/20
directed [1] 38/15
direction [1] 34/18
directly [2] 29/16 40/18
disagree [4] 24/1 30/2 39/16 43/4
disagrees [1] 42/17
disclose [2] 31/24 33/7
disclosed [1] 25/13
discloses [1] 6/14
disclosing [3] 6/10 31/2 42/10
disclosure [3] 6/12 22/14 42/7
discoverable [4] 6/8 12/18 12/18 19/4
discovery [15] 4/10 9/9 10/8 10/13
11/22 12/9 20/3 29/20 32/18 33/13
34/8 39/7 39/15 39/19 40/8
discussed [3] 9/12 9/15 9/22
discussion [3] 9/10 14/4 29/15
disproportionate [1] 29/9
dissatisfied [1] 36/2
distinction [2] 15/24 24/12
distinguishes [1] 33/24
distribution [1] 5/10
distributors [1] 4/7
DISTRICT [5] 1/1 1/2 1/11 43/19 43/19
do [22] 5/9 6/18 8/9 8/19 9/1 11/10
11/13 12/13 14/21 16/10 18/16 21/19
24/17 30/14 30/22 33/3 34/18 38/3
39/21 41/2 41/13 41/15
doctor's [1] 12/9
doctors [2] 21/17 23/4
document [6] 8/15 10/11 18/5 18/6
18/9 18/24
documented [1] 29/3
documents [28] 4/17 7/6 7/12 10/9 13/3
17/15 19/3 19/10 20/16 23/11 24/11
24/14 25/7 31/5 31/10 31/20 32/1
32/21 33/9 33/21 35/3 35/12 36/15
38/2 38/13 40/18 42/22 42/24
does [10] 3/15 8/7 21/19 25/23 32/7
35/14 37/10 42/21 42/23 43/1
doesn't [6] 8/6 8/9 8/25 28/21 32/6
41/22
doing [3] 8/4 11/12 17/4
domestic [1] 10/1
don't [35] 5/23 10/12 10/25 11/2 11/2
16/4 16/9 16/10 18/5 18/6 18/8 18/10
18/15 18/18 19/8 22/9 23/5 30/21
30/24 31/8 31/15 31/16 31/23 31/24
31/25 32/24 35/5 36/14 38/17 39/4
39/10 40/1 40/12 40/20 41/6
done [7] 11/14 12/22 23/2 23/8 30/3
31/5 38/3
dosing [2] 12/3 12/6
down [2] 22/23 41/21
Doyle [4] 1/20 43/19 43/23 43/24
dozen [1] 12/22

**D**

Dr. [25]  11/21 11/25 12/8 12/10 12/15
18/2 18/17 21/16 21/17 22/6 22/6 23/4
23/15 24/25 25/24 26/7 26/12 27/2
27/24 30/6 30/10 34/5 35/8 43/4 43/6
Dr. Dagmar [1]  21/17
Dr. Frank [1]  21/16
Dr. Kubitza [1]  11/25 22/6
Dr. Misselwitz [3]  11/21 12/8 22/6
Dr. Misselwitz' [1]  12/10
Dr. Moelle [12]  18/2 18/17 23/4 24/25
26/12 27/2 27/24 30/6 30/10 34/5 43/4
43/6
Dr. Moelle's [3]  23/15 25/24 26/7
Dr. Spiro [1]  35/8
Dr. Theodore [1]  12/15
drivers [1]  9/16
drug [9]  4/5 4/7 4/19 12/7 12/8 12/17
17/16 25/15 37/16
drugs [1]  19/10
during [1]  8/12
duties [1]  27/14

**E**

e-mails [2]  23/20 25/18
each [1]  4/14
earlier [2]  13/7 19/20
easiest [1]  34/21
EASTERN [2]  1/2 43/19
Eckert [1]  16/14
economic [4]  14/11 33/8 33/20 36/20
economically [2]  37/7 37/11
EEA [1]  14/11
effect [1]  20/25
either [4]  21/18 32/12 32/16 41/11
ELDON [1]  1/10
element [4]  17/24 19/1 19/5 19/19
elements [2]  17/8 36/21
ELMO [2]  19/22 19/22
else [1]  3/24
elucidating [1]  31/9
emerges [1]  5/19
emphasis [2]  39/21 42/25
emphasized [1]  36/17
employed [4]  21/24 29/4 35/3 37/3
employee [14]  5/1 11/12 24/8 27/10
27/13 28/23 37/3 37/4 37/8 37/9 37/10
37/11 38/5 38/10
employees [9]  11/16 22/17 27/8 34/10
34/25 35/2 35/8 37/4 38/11
Employees' [1]  29/2
employer [4]  4/22 27/10 27/12 38/9
employer's [2]  4/22 27/14
employment [8]  24/5 27/15 28/5 28/20
28/24 29/12 42/23
employment-related [2]  28/20 28/24
enable [1]  18/21
enacted [2]  33/12 40/3
end [8]  9/11 12/2 27/22 29/17 32/1
32/8 41/4 43/5
enforcement [1]  42/4
enforcing [1]  19/25
engine [1]  36/15
English [3]  25/25 26/1 28/21
enormous [1]  39/7
enough [1]  40/5
entitled [7]  19/25 23/22 23/25 25/2 28/4
34/13 43/21
entity [2]  6/14 26/23

equal [1]  23/16
equivalent [2]  4/24 26/12
erroneous [1]  16/6
error [1]  8/15
ESQ [2]  1/14 1/17
essence [1]  5/7
essential [6]  7/5 7/6 7/14 14/24 15/2
35/15
establish [4]  17/8 23/10 28/3 38/17
establishes [2]  23/6 30/11
establishing [2]  22/25 26/9
establishment [3]  14/6 14/13 27/20
etc [1]  29/19
Europe [1]  40/9
European [3]  14/11 14/11 17/6
Europeans [1]  39/20
euros [1]  37/8
evaluate [1]  18/22
evaluated [1]  37/9
evaluation [6]  13/1 18/8 18/18 24/21
31/13 38/23
evaluations [3]  5/1 12/20 31/11
even [10]  6/20 8/22 9/20 11/3 16/5
16/12 29/12 30/20 38/4 38/7
event [1]  6/12
ever [3]  30/17 30/23 41/21
every [1]  38/5
everyone [1]  34/22
everything [1]  25/22
evidence [7]  6/20 18/11 30/9 33/10
33/22 40/11 40/14
exact [1]  37/8
examining [1]  42/3
example [4]  10/5 10/5 28/2 29/18
exception [11]  14/1 14/2 14/9 16/25
19/16 23/23 24/4 24/9 24/10 27/24
29/24
exceptions [1]  27/17
excludable [1]  20/24
exclude [1]  42/23
excluding [1]  29/7
exclusion [2]  42/24 43/2
exclusive [1]  7/11
execute [1]  14/20
executing [1]  14/25
executives [2]  26/24 40/5
exercise [5]  14/6 14/13 14/15 27/12
27/20
exist [2]  27/23 31/20
exists [1]  19/8
expect [1]  19/14
expedition [1]  39/5
expert [1]  14/8 20/21
explained [1]  34/5
explains [4]  26/19 27/2 27/7 27/24
explicit [1]  29/23
explicitly [1]  29/11
expose [1]  10/24
exposure [2]  6/13 26/25
expressed [1]  40/5
extent [3]  7/13 14/12 29/8
eyes [1]  28/12

**F**

facilitate [1]  22/18
fact [4]  17/3 24/3 30/19 42/15
factor [5]  34/21 34/22 37/19 42/11
42/18
factored [1]  7/10
factors [6]  7/2 7/10 7/11 32/20 34/17

43/7
failed [2]  20/9 21/2
fair [1]  6/23
fairly [1]  31/17
fall [2]  6/25 35/14
FALLON [1]  1/10
falls [1]  6/2
familiar [1]  13/15
far [2]  9/21 28/11
favor [2]  40/24 42/12
favors [1]  34/22
FCRR [3]  1/20 43/19 43/24
Federal [7]  5/20 6/1 7/14 7/19 22/4
26/18 28/3
feel [3]  5/3 23/5 39/12
few [3]  4/2 7/10 9/2
Fifth [1]  41/6
Fifth Circuit [1]  41/6
file [13]  4/16 4/16 8/25 12/18 15/25
16/9 23/25 24/15 28/21 28/22 29/25
30/20 31/2
filed [2]  5/5 9/9
files [48]
financial [2]  33/9 33/21
find [4]  15/24 30/4 35/19 39/3
finding [1]  39/6
fined [2]  30/15 42/9
fines [1]  26/21
firing [1]  28/6
first [5]  9/20 22/3 33/19 41/4 41/20
Fishbein [1]  1/14
fishing [1]  39/5
five [1]  34/17
focused [3]  8/17 15/21 17/18
folks [1]  3/14
following [3]  6/9 6/16 9/10
Footnote [1]  25/24
fora [1]  10/16
force [1]  38/10
forced [1]  30/25
foregoing [1]  43/20
foreign [12]  5/21 6/17 6/21 20/4 20/15
22/22 22/25 32/9 32/10 33/10 40/4
42/5
forgive [1]  28/12
formulations [1]  35/12
forward [2]  20/13 33/4
found [1]  9/4
frame [1]  5/14
franchise [1]  10/10
Frank [2]  11/17 21/16
frankly [4]  10/10 17/25 20/11 20/20
Fred [6]  3/10 9/8 21/11 39/14 40/12
41/15
Fred Longer [1]  9/8
FREDERICK [1]  1/14
free [1]  27/9
freely [1]  32/7
French [3]  33/2 33/12 33/15
front [1]  35/1
functionality [1]  36/18
fundamental [1]  13/5
fundamentals [1]  9/19
further [1]  22/9
furtherance [1]  22/18

**G**

games [1]  18/16
generalized [2]  36/22 36/23
generally [11]  4/15 4/17 4/21 5/21 5/23

**G**

generally... [6]  6/5 6/8 6/17 6/22 24/10 39/8
gentlemen [1]  3/4
German [55]
Germans [1]  39/20
Germany [16]  6/9 6/13 7/9 19/7 21/9 21/24 21/25 22/1 22/4 23/4 24/16 26/13 29/22 35/3 35/4 35/4
get [14]  4/11 7/1 7/16 10/7 14/20 18/4 23/15 32/19 32/22 34/11 38/6 38/9 39/3 41/24
gets [1]  13/3
give [4]  5/8 16/18 16/19 43/12
given [6]  5/13 27/11 31/7 40/18 42/12 43/10
GLICKSTEIN [7]  1/17 3/12 15/10 21/8 42/13 42/17 43/5
global [1]  19/10
go [13]  9/18 17/7 22/9 25/23 26/7 32/3 32/18 32/21 34/17 34/18 35/18 37/12 38/17
goals [1]  12/19
goes [5]  10/6 20/19 23/14 36/8 41/12
going [18]  8/9 12/4 13/6 15/10 18/21 19/21 24/6 25/4 28/11 30/3 32/13 35/23 36/6 37/1 38/6 38/12 40/13 41/9
Good [6]  3/3 3/10 3/12 3/25 9/7 21/7
got [2]  11/24 14/25
gotten [3]  8/11 37/20 37/23
government [2]  35/22 40/1
gracious [1]  41/19
grant [1]  27/11
granted [2]  21/4 41/1
great [1]  8/4
greater [1]  39/21
grouped [1]  4/15
guess [2]  30/3 38/10
gun [1]  7/25

**H**

had [4]  15/16 18/2 33/17 42/8
Hague [1]  32/19
Hague Convention [1]  32/19
half [1]  12/22
hand [2]  9/17 16/16
hands [1]  5/23
happened [1]  15/13
hard [1]  4/11
hardship [1]  42/3
has [37]  4/8 4/18 4/23 5/2 5/13 6/25 7/4 7/8 7/9 7/22 8/4 8/8 9/25 19/2 19/15 23/3 23/22 24/25 25/17 26/8 27/8 27/10 29/4 30/6 30/10 30/15 30/17 30/23 30/25 32/4 38/19 38/21 39/6 40/8 40/15 41/21 43/3
hasn't [2]  7/18 21/23
have [109]
haven't [5]  7/25 23/2 23/8 30/3 38/7
having [3]  31/1 38/12 38/14
hazard [1]  30/3
he [32]  4/18 8/13 14/9 14/14 14/15 16/14 16/15 16/19 16/24 18/8 18/18 20/19 24/7 26/17 26/19 27/5 27/7 27/16 27/18 28/2 28/7 29/16 30/8 41/22 41/23 41/24 41/25 42/13 42/15 42/25 43/3 43/6
head [1]  11/25
hear [3]  9/6 15/10 21/5

heard [3]  10/2 14/3 42/12
hearing [1]  39/7
heart [7]  23/14 32/21 36/8 37/13 37/13 38/17 41/12
heaven [1]  19/9
heel [1]  10/24
heightened [5]  16/3 16/5 23/25 24/3 25/2
Hello [1]  3/18
help [2]  5/15 7/21
helpful [5]  9/4 15/3 18/4 18/21 39/6
her [1]  32/23
here [21]  12/24 15/14 17/18 19/12 19/13 19/14 19/25 20/12 22/18 25/6 26/25 27/9 31/18 33/19 36/7 36/24 39/9 39/11 39/12 39/21 42/2
Here's [1]  33/1
heretofore [1]  30/23
hiding [2]  18/19 39/8
high [3]  6/25 28/4 35/16
highlighted [3]  16/20 17/10 17/11
him [2]  12/16 42/18
hiring [3]  28/6 28/25 28/25
his [21]  4/19 11/25 12/16 12/17 12/19 14/9 20/19 20/23 23/5 26/9 26/10 28/7 29/15 32/22 40/13 42/14 42/19 42/24 43/4 43/7 43/8
history [1]  11/24
honor [50]
Honor's [3]  9/10 14/3 43/8
HONORABLE [1]  1/10
hope [2]  35/19 43/11
hopeful [1]  35/18
horse [1]  22/11
how [16]  8/19 9/1 9/20 9/23 11/12 11/24 19/2 25/14 25/14 27/3 33/3 37/14 37/14 37/17 38/9 38/25
However [2]  13/25 42/2
hundreds [1]  10/16
hurdle [1]  7/1

**I**

I'll [5]  9/8 16/18 16/18 28/10 41/16
I'm [16]  9/4 13/6 15/10 15/10 19/21 25/4 27/9 28/11 30/3 31/6 31/11 31/18 32/13 33/17 36/25 37/22
I've [1]  5/12
identifiable [1]  13/23
identified [3]  13/23 17/23 35/21
if [48]
imagine [1]  31/20
impeachment [1]  7/16
implemented [1]  26/18
importance [9]  7/5 7/12 7/22 10/21 13/2 19/1 35/11 39/21 39/23
important [15]  8/5 8/10 10/20 10/21 17/19 17/22 18/23 19/2 19/19 20/10 23/5 28/13 34/19 38/1 39/11
importantly [1]  26/21
imposed [1]  40/16
impression [1]  13/7
imprisonment [1]  26/22
in [189]
in camera [1]  12/25
In Re [1]  3/6
inappropriate [1]  20/20
incentive [1]  11/9 11/13 17/21
include [1]  40/15
including [3]  24/14 26/21 27/17
incumbent [2]  23/7 30/1

index [3]  2/1 31/1 31/7
indicate [1]  40/17
individual [2]  4/18 5/24
individuals [2]  22/7 26/15
industrial [1]  33/8
information [55]
informational [1]  26/16
informed [1]  27/8
infringement [2]  36/17 36/21
ingestion [1]  4/5
ingredient [1]  7/14
initially [1]  20/5
injury [1]  37/17
inquiry [1]  32/8
inspect [1]  13/1
instance [2]  11/15 30/14
intending [1]  12/10
interest [9]  7/8 14/16 19/24 29/7 40/4 40/5 40/7 40/20 40/21
interested [4]  8/22 9/4 37/7 37/11
interesting [1]  5/17
interests [3]  22/19 23/18 39/13
international [1]  33/6
interplay [1]  7/19
into [5]  4/15 6/2 6/25 23/15 30/25
introduction [1]  26/9
invalidate [1]  27/13
investigate [1]  29/6
investigation [1]  29/13
investigations [1]  24/9
involve [2]  32/11 41/10
involved [1]  33/15
involves [5]  4/17 15/14 23/17 24/5 32/21
involving [1]  4/25 40/25
is [199]
isn't [4]  30/5 34/7 38/13 39/25
issue [9]  5/14 5/16 7/13 19/25 24/8 32/14 33/1 35/11 39/13
issued [2]  12/14 20/5
issues [10]  9/12 23/17 26/15 36/24 37/2 38/4 38/15 38/25 39/7 41/13
it [126]
it's [58]
its [11]  6/20 20/3 20/25 22/4 22/17 26/8 27/10 27/13 33/14 40/17 42/9
itself [2]  19/15 33/1

**J**

jail [1]  30/15
janitor [2]  8/8 12/2
janitors [1]  21/18
Janssen [6]  3/22 4/6 10/1 25/19 25/20 35/10
January [1]  9/11
jeopardy [2]  39/12 40/6
judge [5]  1/11 15/17 30/23 32/10 39/16
judging [1]  31/19
judgment [5]  14/20 14/25 15/1 35/22 41/6
judicial [1]  33/10
July [1]  12/11
jurisdiction [1]  6/20
jury [2]  18/21 37/6
just [22]  7/10 8/5 9/2 9/12 9/18 12/22 13/6 15/6 16/6 16/14 16/24 19/16 20/19 21/2 24/2 25/5 26/22 31/3 33/23 38/14 43/6 43/6
Justice [1]  11/1
justified [1]  10/17

J

justify [1] 14/16

K

Kaye [1] 1/17
keep [1] 5/22
keeping [1] 34/25
key [4] 10/8 12/3 22/2 27/19
kind [1] 21/10
know [28] 5/20 6/5 10/25 11/2 11/2
11/3 12/13 13/12 18/15 18/16 19/8
30/14 30/16 30/16 30/22 30/24 31/8
31/16 32/12 35/16 37/3 37/3 37/4 37/8
37/9 39/25 41/1 41/4
knowledge [1] 11/17
known [2] 10/10 26/4
knows [5] 18/5 18/8 18/18 39/7 39/9
Kubitza [4] 11/18 11/25 21/17 22/6

L

label's [1] 12/5
Labor [1] 28/3
lack [1] 30/4
ladies [1] 3/4
large [3] 9/14 10/11 10/14
last [3] 19/18 38/5 39/13
later [2] 8/14 27/12
law [45]
Law Review [1] 9/3
laws [6] 5/21 6/1 6/10 6/11 33/6 40/17
lawsuits [2] 27/1 33/14
lawyer [4] 29/22 30/2 30/4 30/5
lawyers [1] 23/4
lead [2] 40/11 40/13
leading [2] 33/9 33/22
least [5] 5/14 11/6 12/22 19/13 42/18
left [1] 20/24
legal [5] 14/6 14/13 14/15 20/21 27/21
legitimate [2] 14/16 29/7
Leonard [1] 16/15
less [1] 20/1
let [5] 4/2 9/6 21/5 32/24 35/23
let's [4] 3/5 25/23 26/7 34/17
letter [1] 33/24
letters [1] 23/20
level [1] 23/22
Levin [1] 1/14
LIABILITY [2] 1/5 3/7
liaison [1] 9/11
lift [1] 34/3
like [21] 5/13 5/15 9/18 9/24 10/25
11/23 17/17 19/16 19/22 20/8 23/17
23/21 25/20 28/6 32/3 35/18 38/4 39/3
40/1 40/12 41/13
likelihood [2] 42/4 42/5
likely [1] 30/25
link [1] 11/11
list [1] 7/11
literally [2] 11/21 11/23
litigated [1] 40/20
litigation [26] 1/5 3/7 10/6 10/15 12/5
15/5 15/10 15/12 15/14 16/12 16/23
17/3 17/19 19/4 19/16 19/21 20/5
20/16 22/18 23/23 24/4 24/5 29/24
31/6 33/16 39/9
little [1] 18/19
live [1] 39/22
LLP [1] 1/17
location [1] 7/6

logs [3] 31/2 31/7 31/12
logs [1] 9/24
long [2] 21/11 31/24
LONGER [14] 1/14 3/10 9/8 21/11
21/22 22/22 23/11 24/1 24/25 27/18
27/22 28/9 30/7 36/16
look [5] 10/19 18/7 18/17 35/20 42/4
looked [2] 5/12 7/24
looking [11] 7/24 10/3 10/23 11/5 12/3
12/12 15/22 17/14 18/13 19/9 24/18
43/10
lot [6] 16/19 18/22 18/23 42/25 43/10
43/10
LOUISIANA [3] 1/2 1/21 43/20

M

made [6] 6/12 15/17 29/18 36/19 37/18
39/25
mails [2] 23/20 25/18
mainly [1] 3/11
maintain [1] 31/17
maintained [2] 22/1 35/4
make [11] 3/8 4/2 13/1 15/1 15/16
15/22 25/6 33/3 37/6 38/10 42/15
makes [1] 15/23 28/16
making [2] 38/8 38/24
mandamus [1] 41/2
manufacturers [1] 4/7
many [3] 6/8 21/12 23/17
marginal [1] 36/25
marital [2] 4/23 8/22
market [2] 19/12 19/12
marketed [2] 25/15 37/14
material [21] 4/21 5/6 5/8 5/13 6/4 6/6
7/16 7/23 8/17 8/19 8/21 9/3 9/19
12/19 13/23 16/20 16/21 30/13 31/2
31/3 31/3
matter [6] 4/4 8/7 23/14 34/15 34/18
43/21
matters [1] 17/18
may [22] 1/6 3/2 6/21 7/16 7/17 8/21
8/24 10/23 11/14 12/14 14/6 14/16
16/14 27/19 27/20 28/23 29/2 34/20
37/7 38/5 39/20 40/13
May 3 [1] 16/14
maybe [4] 8/2 35/16 39/2 39/5
MD [1] 1/4
MDL [6] 3/6 4/8 4/9 10/14 10/15 21/11
me [17] 4/2 5/13 5/15 7/21 9/6 10/22
15/11 21/5 21/11 24/24 26/5 28/12
28/18 29/21 32/24 39/9 43/12
mean [4] 8/9 21/19 28/16 32/7
meaningless [1] 15/1
means [3] 7/7 17/25 30/9
meant [4] 34/9 39/18 39/18 41/25
measure [2] 9/14 10/11
mechanical [1] 1/24
medical [1] 21/17
medicine [2] 37/14 37/16
meet [2] 20/17 21/2
meets [1] 16/25
mention [2] 7/12 8/20
Merck [1] 10/8
mere [1] 12/2
met [3] 11/6 21/1 26/8
might [3] 4/14 15/2 25/11
million [4] 24/14 25/16 25/19 38/2
mind [6] 9/3 15/5 16/7 16/8 17/1 17/21
minute [1] 30/2
minutes [2] 22/23 43/12
misconduct [1] 24/8

Misselwitz [5] 11/17 11/21 11/21 12/8 21/16
22/6
Misselwitz' [1] 12/10
missing [1] 37/7
mistruth [1] 18/25
modification [1] 36/19
Moelle [13] 18/2 18/17 20/18 23/4
24/25 26/12 27/2 27/24 30/6 30/10
34/5 43/4 43/6
Moelle's [3] 23/15 25/24 26/7
moment [1] 25/8
money [2] 37/17 38/8
months [1] 9/24
more [7] 18/23 20/7 20/9 23/24 26/21
34/19 38/16
most [4] 12/5 12/14 14/18 19/19
motion [8] 5/6 9/9 9/17 11/16 20/13
21/3 21/15 31/19
Mr. [15] 15/10 20/18 21/22 22/22 23/11
24/1 24/25 27/18 27/22 28/9 30/7
36/16 42/13 42/17 43/5
Mr. Glickstein [4] 15/10 42/13 42/17
43/5
Mr. Longer [10] 21/22 22/22 23/11 24/1
24/25 27/18 27/22 28/9 30/7 36/16
Mr. Moelle [1] 20/18
Ms. [1] 13/9
Ms. Tusa's [1] 13/9
much [6] 13/25 16/3 20/18 23/24 37/17
38/9
Multiple [1] 4/7
my [14] 11/16 15/4 16/8 16/15 17/1
17/2 18/7 18/17 21/10 28/12 31/19
38/10 43/2 43/20

N

narrow [2] 17/21 17/22
narrowed [1] 24/20
national [1] 7/8
Nationale [8] 9/16 10/19 17/8 21/1
22/15 25/21 32/20 33/1
nationality [1] 8/23
nationals [1] 11/17
nations [1] 5/18
native [1] 24/15
natural [1] 13/24
nature [2] 31/3 31/8
necessarily [1] 19/9
necessary [5] 14/13 15/2 27/20 28/25
29/5
need [6] 5/3 5/4 22/2 28/15 38/24
42/15
needs [1] 6/7
New [3] 1/18 1/18 1/21
next [2] 35/11 37/19
Ninth [1] 35/13
Ninth Circuit [1] 35/13
no [11] 14/25 15/23 22/8 24/2 26/6
27/10 28/16 30/16 30/22 31/20 36/6
nobody [2] 30/25 39/8
none [2] 31/14 31/16
nonetheless [1] 22/16
nonprivileged [1] 6/6
nonproduction [2] 40/24 41/10
not [90]
note [1] 21/10
noted [1] 22/11
nothing [2] 32/19 41/11
notion [1] 15/18
notwithstanding [2] 30/18 32/9

**N**

now [12]  4/10 5/2 6/15 7/25 9/12 10/25 11/15 15/20 16/2 17/7 19/1 27/22
nullity [1]  35/24
number [4]  6/16 7/25 37/8 38/11
numbered [1]  24/15
numbers [1]  4/24

**O**

obligations [1]  20/4
obtain [3]  7/1 9/25 12/24
obtained [1]  37/15
obtaining [1]  7/7
obviously [1]  19/7
occasions [1]  21/12
off [1]  28/13
official [4]  1/20 25/25 43/19 43/24
oftentimes [1]  4/23
okay [4]  19/17 26/6 32/5 41/17
on [48]
one [19]  4/16 8/3 10/9 12/9 14/2 14/19 20/2 20/11 21/18 23/22 25/5 27/17 31/21 32/11 34/18 35/17 38/19 41/9 41/14
only [12]  7/17 10/17 10/23 13/2 18/14 25/1 28/5 29/3 29/12 30/9 35/2 42/21
open [1]  15/18
opining [1]  20/22
opinion [4]  19/23 20/23 26/10 43/7
opportunity [1]  18/2
opposed [1]  31/6
opposing [1]  32/17
or [71]
ORAL [1]  1/10
orally [1]  33/8
order [12]  6/19 7/1 12/14 12/21 15/11 16/22 16/22 22/16 33/23 34/2 34/3 42/7
ordered [5]  16/9 19/2 30/17 35/21 41/3
orders [2]  30/19 31/7
ordinary [4]  15/23 24/11 25/17 40/3
originated [4]  19/6 19/7 34/23 35/3
Orleans [1]  1/21
other [16]  4/24 4/25 5/7 8/11 8/24 9/17 11/3 16/14 19/3 29/23 31/12 37/20 37/23 39/9 41/9 43/13
others [2]  12/16 34/19
otherwise [1]  33/8
ought [1]  25/13
our [15]  9/9 9/19 14/4 17/21 18/1 18/20 18/23 20/9 20/16 21/3 22/24 26/14 36/2 40/5 43/11
out [10]  5/23 7/3 9/12 9/21 9/24 15/16 29/1 32/8 40/22 40/24
outside [1]  14/10
outweighed [1]  29/6
over [5]  7/1 9/24 17/6 24/13 28/13
own [2]  13/1 41/6

**P**

page [2]  2/2 19/23
pages [4]  24/14 25/16 25/19 38/2
paid [1]  37/4
papers [1]  11/19
paragraph [13]  14/9 16/16 20/19 26/11 26/12 26/17 26/19 27/5 27/18 28/2 28/7 29/16 43/5
paragraphs [4]  27/2 27/7 27/16 27/23
part [1]  12/4

participation [1]  12/17
particular [11]  4/9 6/17 10/2 11/10 11/15 17/10 28/8 29/8 34/20 37/18 42/20
particularized [2]  29/10 38/24
particularly [3]  6/8 28/4 28/9
parties [2]  4/11 42/9
parts [1]  29/18
party [12]  6/10 6/19 6/24 14/19 15/14 30/15 32/17 33/7 36/4 36/6 42/3 42/6
past [2]  9/24 12/13
patent [2]  36/17 36/21
paying [2]  36/2 36/9
pea [1]  18/19
penalties [4]  6/12 26/20 39/5 41/23
Pennsylvania [1]  1/15
people [3]  5/23 39/18 40/3
percent [1]  24/15
performance [10]  11/7 12/19 17/14 17/16 17/19 18/7 24/20 29/19 31/11 31/13
perhaps [2]  25/10 26/21
peripheral [1]  21/19
permission [1]  5/24
permit [1]  32/7
permits [1]  33/20
permitted [1]  15/9
Pershing [1]  36/12
person [10]  6/13 7/17 11/13 12/1 13/24 18/14 18/15 18/22 24/6 37/18
personal [37]  5/10 5/22 6/25 8/22 12/19 13/21 13/21 13/22 14/1 14/5 14/10 14/21 14/22 14/23 15/25 16/3 16/10 16/11 16/13 16/20 16/25 17/2 18/18 23/16 23/19 23/24 24/11 24/23 25/1 25/1 26/24 28/23 29/2 34/2 34/13 42/10 42/21
personnel [45]
perspective [3]  9/19 18/20 18/23
pertain [2]  27/25 27/25
pervade [1]  23/17
Pharma [1]  21/8
pharmacodynamics [2]  12/1 12/3
Philadelphia [1]  1/15
phone [1]  3/15
phrase [1]  10/9
picked [1]  7/4
Pittsburgh [1]  13/19
place [8]  8/11 9/20 17/4 19/9 37/21 37/23 39/20 39/23
plaintiff [3]  23/1 23/8 32/22
plaintiff's [1]  37/17
plaintiffs [26]  1/14 3/11 3/17 3/20 4/4 4/6 4/13 5/3 8/20 9/6 9/8 10/12 10/15 10/16 15/15 18/12 22/24 24/19 25/13 27/3 29/20 30/1 31/22 35/16 36/13 37/6
plaintiffs' [5]  7/15 20/9 21/15 31/8 38/21
plate [1]  43/10
play [3]  19/13 19/14 39/10
player [1]  19/10
players [3]  11/19 17/11 17/12
playing [2]  9/21 18/16
please [4]  3/3 3/5 3/9 4/3
podium [1]  21/12
point [6]  9/23 15/20 15/22 17/2 25/6 31/21
pointed [1]  7/3
points [1]  2/17

pornography [1]  11/1
position [8]  5/8 12/16 15/2 20/16 24/22 30/24 33/15 42/9
positions [1]  8/5
possibility [1]  41/25
possible [1]  11/4
possibly [1]  39/3
potential [4]  8/2 39/4 40/16 41/23
potentially [1]  10/3
Potter [1]  11/1
power [2]  6/19 8/7
Poydras [1]  1/20
practice [1]  31/17
preamble [1]  9/22
precise [1]  41/8
precisely [3]  12/20 17/2 41/7
present [1]  16/4
presented [2]  12/22 22/10
presents [1]  5/17
pressure [1]  27/12
prevent [2]  6/10 39/15
primary [1]  20/3
prime [1]  14/23
prior [1]  9/23
privacy [6]  13/20 21/20 26/12 34/9 39/18 39/21
private [1]  34/13
probably [1]  19/18
problem [1]  18/3
procedural [2]  20/7 20/8
Procedure [2]  5/20 6/1
proceeding [2]  4/12 35/24
proceedings [5]  1/24 3/1 33/11 43/16 43/21
processed [2]  28/24 29/2
processing [3]  28/20 29/5 29/8
produce [13]  4/14 6/20 16/23 23/7 24/13 26/24 26/25 30/12 30/17 34/1 36/14 40/6 41/11
produced [17]  5/2 12/25 13/3 14/7 15/19 16/10 16/11 16/13 17/1 17/3 23/11 25/17 30/19 33/22 38/2 40/20 40/23
producers [1]  4/7
produces [1]  22/6
producible [1]  8/18
product [2]  36/3 36/19
production [12]  5/6 5/16 6/21 8/15 15/9 15/11 20/15 27/17 27/19 32/10 35/21 41/3
PRODUCTS [2]  1/5 3/6
prohibited [1]  33/7
prohibits [4]  13/20 13/25 20/15 22/14
promotion [1]  28/6
proof [5]  7/22 22/20 22/24 23/10 26/9
proper [1]  5/18
properly [1]  22/11
proportional [2]  6/7 19/4
proportionality [2]  40/14 40/15
proportionally [1]  10/17
prosecuted [3]  42/6 42/10 42/14
protect [3]  20/3 39/18 40/3
protected [1]  21/20
protecting [1]  33/14
protection [15]  6/2 8/25 21/21 23/16 23/23 25/2 26/1 26/18 28/5 29/17 30/12 32/15 34/4 34/9 34/14
protections [1]  17/5
protective [4]  16/22 33/23 34/2 34/3
prove [2]  22/22 24/1

**P**

provide [3] 6/11 25/24 36/10
provided [1] 42/8
provides [2] 14/1 25/24
providing [2] 29/23 31/7
proving [1] 20/14
PSC [3] 3/11 9/25 13/4
PTO [1] 17/4
published [1] 11/23
punch [1] 26/5
punished [1] 42/14
purchased [1] 36/14
purpose [2] 20/3 33/13
purposes [5] 9/17 14/3 28/20 28/24 29/12
pursuant [2] 33/22 34/2
Push [1] 33/4
put [6] 19/21 28/10 30/15 30/23 33/14 39/14
puts [1] 42/25

**Q**

qualified [1] 30/8
question [23] 7/19 8/13 8/14 22/8 22/9 22/10 22/12 22/13 22/21 23/3 23/9 25/23 30/22 31/16 32/4 34/14 34/18 35/7 38/7 38/18 41/5 41/9 41/20
Question 1 [1] 25/23
questions [6] 5/17 18/3 18/4 22/2 37/5 37/12 38/8 38/15
quick [1] 43/14
quickly [1] 13/6
quite [1] 23/5
quote [1] 20/5
quoting [2] 27/9 29/22

**R**

rained [1] 41/21
raises [1] 7/13
rate [1] 13/19
rather [1] 20/2
RE [2] 1/4 3/6
reactions [1] 37/16
read [13] 5/12 9/3 14/19 15/13 15/17 15/24 16/19 25/5 28/11 28/13 28/17 28/17 33/3
ready [1] 4/11
really [7] 7/10 12/1 13/8 18/10 18/22 21/14 32/22
reason [3] 29/3 29/9 30/24
reasonably [1] 40/11
reasoning [1] 42/16
reasons [2] 5/7 29/24
receive [1] 5/24
received [2] 5/5 37/5
recent [1] 40/9
recently [1] 12/14
recognize [2] 6/23 16/8
recognized [2] 14/2 14/16
recognizes [1] 6/17
record [5] 3/9 3/15 15/16 15/17 43/21
recorded [1] 1/24
records [3] 10/12 29/18 29/19
referencing [1] 42/22
refutation [1] 30/11
regard [3] 12/16 18/25 27/13
regarding [1] 42/19
regime [1] 6/9
regimens [1] 12/4

regulations [1] 33/6
regulators [2] 25/13 25/13
regulatory [1] 37/15
rehabilitated [1] 8/14
Reicin [1] 10/7
related [5] 11/7 17/15 28/20 28/24 40/18
relates [1] 1/6 11/12
relationship [1] 24/6
relevance [6] 7/13 7/20 12/23 13/2 35/17 37/1
relevant [1] 6/6 19/3 25/5
religious [1] 8/23
remember [1] 38/5
reminds [1] 21/11
remuneration [1] 8/3
render [1] 35/24
renders [1] 16/3
report [2] 14/9 20/19
Reporter [3] 1/20 43/19 43/24
representative [1] 4/22
Republic [1] 22/4
request [9] 7/5 24/20 27/10 31/5 31/8 31/9 33/7 37/1 38/21
requested [4] 16/11 27/3 29/20 35/12
requesting [1] 6/24
requests [3] 34/8 35/10 36/20
required [1] 14/5 16/21 17/9
requirements [1] 21/2
resisting [1] 42/6
resources [1] 30/4
respect [4] 24/8 31/5 35/10 38/4
respectfully [2] 39/16 40/15
respective [1] 39/14
response [2] 41/15 41/20
responsibility [1] 8/7
rest [1] 27/23
restatement [1] 7/4
result [1] 4/5
results [3] 23/21 25/14 25/18
review [3] 9/3 24/21 31/13
reviewing [1] 29/22
reviews [10] 6/3 11/7 11/8 17/15 17/16 17/20 17/20 29/19 31/11 38/22
Richmark [2] 35/13 35/21
right [13] 3/21 3/23 15/7 20/8 21/5 26/13 26/16 26/18 27/10 28/18 34/9 39/17 43/15
rights [6] 20/9 20/9 20/10 21/20 22/5 22/17
rise [1] 43/15
risk [2] 26/23 37/15
rivaroxaban [2] 1/4 11/23
road [1] 22/23
Roger [2] 3/19 3/21
Room [1] 1/20
routes [1] 11/11
routine [2] 23/20 31/17
rule [3] 14/10 20/1 40/10
Rule 26 [1] 40/10
ruled [2] 35/9 35/10
rules [7] 5/20 6/1 7/14 7/19 19/13 19/14 40/8

**S**

said [19] 12/15 14/24 15/15 16/7 16/25 17/7 19/8 24/25 25/11 28/9 30/6 33/2 34/1 39/15 41/2 41/9 41/24 42/2 42/11
salary [1] 12/20
same [3] 15/14 22/9 35/9

satisfied [2] 22/24 32/21
saw [1] 39/4
say [20] 4/14 6/22 6/24 8/12 8/21 12/13 16/2 16/8 18/12 23/13 24/24 24/25 25/13 31/12 32/9 35/15 35/16 35/23 37/1 40/9
saying [3] 13/17 16/24 18/13 18/17 35/22 36/1 40/1
says [6] 14/15 16/19 18/7 19/24 26/12 27/5 27/18 28/19 28/23 29/11 30/2 36/4 36/6 36/20 41/22 41/23
Scholer [1] 1/17
school [1] 13/18
science [1] 12/2
scientist [1] 12/3
screen [1] 28/13
scrutiny [3] 23/25 24/3 25/3
Seamans [1] 16/14
search [1] 36/23
searches [1] 36/22
SearchMetrics [1] 42/8
seated [1] 3/3
second [8] 17/24 22/13 23/9 24/2 25/6 32/3 32/14 32/19
Secondly [1] 34/6
section [13] 1/5 13/24 14/14 25/5 28/8 28/10 28/19 29/10 29/23 42/19 42/24 43/1 43/3
Section 3.1 [1] 13/24
Section 32 [4] 28/10 28/19 42/19 43/3
securing [1] 17/25
security [1] 4/24
Sedran [1] 1/14
see [8] 5/14 11/2 16/5 16/17 18/22 23/15 26/8 34/24
seek [2] 10/17 33/7
seeking [3] 9/25 10/13 14/20
seems [1] 29/21
seen [3] 7/25 9/23 18/1
self [7] 11/8 17/20 24/21 26/16 31/11 31/13 38/23
self-determination [1] 26/16
self-evaluation [3] 24/21 31/13 38/23
self-evaluations [1] 31/11
self-reviews [2] 11/8 17/20
selling [1] 19/10
senior [1] 26/24
sense [1] 38/21
serious [2] 6/11 26/20
share [1] 10/6
shared [1] 21/12
Sharko [1] 3/22
she [7] 8/13 8/14 8/15 10/9 12/1 12/7 24/7
shield [1] 19/14
should [13] 8/17 19/13 20/21 20/22 21/3 21/10 22/16 23/11 23/13 25/12 26/4 38/3 38/16
show [2] 7/17 8/8
showing [1] 38/24
shown [2] 7/8 7/18
shows [2] 8/15 26/17
significance [1] 7/22
significant [4] 10/18 12/5 17/11 29/13
similar [3] 12/16 36/12 42/10
simply [1] 35/17
since [2] 19/22 20/1
situation [4] 25/20 32/19 36/12 39/10
situations [2] 19/3 32/12
slight [1] 7/8

**S**

slippery [1]  35/5
slope [1]  35/6
smoking [1]  7/25
so [51]
so-called [1]  7/25
social [1]  4/24
social security [1]  4/24
Société [8]  9/16 10/19 17/8 21/1 22/15
 25/21 32/20 33/1
Société Nationale [8]  9/16 10/19 17/8
 21/1 22/15 25/21 32/20 33/1
software [1]  1/25
sold [1]  36/3
Solow [1]  3/25
some [21]  3/14 4/11 4/12 5/14 5/17
 6/13 7/3 7/13 7/17 7/18 8/3 8/3 8/11
 8/15 8/21 18/24 20/7 27/17 32/13 34/2
 34/19
somebody [3]  8/4 8/5 36/13
someone [1]  8/6
something [6]  17/17 17/17 35/19 39/6
 41/12 43/13
sometimes [2]  4/23 8/9
somewhat [2]  38/13 40/10
sorry [1]  37/22
sort [4]  8/24 9/18 10/25 26/10
sought [2]  9/20 42/4
sounds [1]  40/12
southwest [1]  13/18
sovereign [1]  22/5
speak [1]  8/7
speaking [2]  6/5 9/8
special [1]  34/14
specific [4]  11/4 17/18 36/20 38/25
specifically [2]  17/23 40/23
specificity [6]  7/4 17/9 38/18 38/19
 38/21 38/23
specified [1]  12/21
speculating [2]  31/18 42/13
speculative [1]  42/7
Spiro [1]  35/8
Spiro's [1]  12/15
spoken [1]  18/25
spot [1]  5/14
stand [1]  35/14
standard [5]  10/20 11/6 15/3 16/4 16/5
standards [1]  21/2
standards/requirements [1]  21/2
start [3]  22/21 26/11 34/21
state [1]  10/16
states [13]  1/1 1/11 4/8 6/6 7/9 19/7
 19/11 20/2 27/6 34/23 40/7 40/8 43/19
status [2]  4/23 8/22
statute [25]  19/15 19/15 23/22 25/4
 25/5 25/21 27/1 29/11 29/23 30/9
 32/12 32/13 32/15 32/16 32/17 32/25
 32/25 33/2 33/12 33/18 33/19 34/6
 34/7 39/15 40/2
statutes [5]  5/22 6/3 6/18 6/21 19/25
statutory [1]  22/5
stenography [1]  1/24
step [1]  9/17
Steve [6]  3/12 3/14 21/8 21/13 28/15
 41/22
Steve Glickstein [1]  21/8
STEVEN [1]  1/17
Stewart's [1]  11/1
still [3]  17/7 32/1 43/2

**stockholders [2]** stockholders [2]  14/23 14/23
stooping [1]  28/7
stops [1]  5/10
Street [3]  1/15 1/18 1/20
strong [1]  40/21
stuck [2]  8/13 8/13
studied [1]  13/12
studies [5]  25/8 25/9 25/9 25/10 37/13
subject [6]  6/19 16/3 16/22 29/4 30/19
 33/5
subject's [1]  27/9 29/7
submit [2]  22/25 40/15
submitted [1]  35/6
substantive [4]  20/1 20/6 20/9 31/24
succeeds [1]  37/9
successful [1]  42/5
such [10]  4/25 6/10 6/14 6/17 15/23
 16/21 27/11 27/11 29/5 31/20
sued [1]  4/6
sues [1]  24/7
suffered [1]  4/5
sufficient [3]  14/3 17/5 38/16
Suite [1]  1/15
summary [1]  26/10
Suppose [1]  31/14
Supreme [8]  6/16 9/15 22/15 26/15
 33/17 40/25 41/1 41/7
Supreme Court [6]  22/15 26/15 33/17
 40/25 41/1 41/7
Supreme Court's [1]  9/15
sure [6]  15/10 24/6 31/4 31/11 31/17
 40/8
surprised [1]  33/17
Susan [2]  3/22 3/23
switches [1]  23/1

**T**

take [3]  12/10 30/21 32/14
takes [1]  5/8
taking [4]  4/12 19/12
talk [2]  42/21 43/12
talked [1]  27/18
talking [17]  11/3 11/7 11/8 11/8 11/16
 19/20 25/7 25/20 34/8 35/2 36/5 36/19
 36/24 39/11 39/12 39/17 42/2
talks [3]  15/25 27/16 42/21
targeted [2]  17/18 38/20
teach [1]  13/19
technical [2]  33/9 33/21
telephone [1]  41/1
tell [8]  10/23 15/11 30/8 30/18 31/21
 31/22 32/24 36/7
telling [1]  36/9
tells [1]  26/22
tend [1]  32/11
Tenth [1]  35/13
term [1]  13/21
termed [2]  5/21 6/3
terminate [1]  24/6
terminating [1]  29/1
termination [1]  24/7
test [5]  22/19 23/21 25/14 25/18 32/2
testimony [3]  38/13 38/14 38/16
Texas [2]  40/25 41/1
textual [1]  15/23
than [11]  11/3 20/10 31/12 33/16 34/19
 37/10 37/20 38/13 38/16 39/21 40/8
Thank [1]  3/20
that [279]
that's [17]  7/5 9/1 12/4 12/20 13/14

13/21 18/19 20/18 22/9 22/19 25/25
 28/8 28/22 39/24 35/16 39/22 40/4
 40/12 40/22 41/4 43/7
their [13]  3/8 8/21 11/19 17/14 17/15
 17/20 17/20 20/17 21/3 24/20 34/12
 34/12 38/5
them [9]  11/18 18/12 18/24 18/24 19/9
 30/25 34/19 35/19 38/9
then [15]  8/13 8/16 9/13 14/15 15/9
 19/18 22/8 22/13 23/1 23/7 27/16 34/3
 34/3 36/10 43/12
Theodore [1]  12/15
there [44]
there's [13]  5/25 6/12 8/21 10/15 10/16
 16/2 16/19 17/4 25/19 31/16 38/23
 40/22 41/23
therefore [3]  15/1 21/3 29/17
theres [1]  14/25
therewith [1]  33/11
these [11]  5/25 9/2 9/12 18/3 19/2
 20/15 22/7 34/12 36/20 37/12 38/8
thesis [1]  43/2
they [63]
they're [1]  38/21
thing [4]  8/3 15/24 35/17 43/13
things [7]  4/25 7/21 8/23 8/24 9/2 12/2
 39/24
think [47]
thinks [1]  41/5
third [1]  19/1
this [60]
those [9]  6/8 13/12 14/18 24/4 24/14
 29/25 32/11 42/22 42/23
though [2]  6/20 14/18
thought [1]  25/9
thousands [2]  10/15 10/16
three [1]  40/22
through [14]  9/18 13/6 16/15 17/8
 20/19 26/7 26/18 27/2 27/16 27/24
 32/18 34/17 35/19 41/5
thrust [2]  7/14 7/15
thwart [1]  34/8
thwarting [1]  33/13
Tim [1]  16/14
time [2]  25/8 41/18
timeline [1]  11/11
times [1]  12/22
today [1]  14/4
ton [2]  34/11 41/24
Toni [4]  1/20 43/19 43/23 43/24
too [3]  3/15 5/7 35/16
took [1]  12/9
top [1]  25/19
transcript [1]  43/20
transcription [1]  1/25
transfer [7]  13/21 13/25 14/10 14/12
 14/17 27/6 29/14
translation [2]  25/25 26/1
treaties [1]  33/5
trials [1]  4/12
trouble [3]  33/18 34/11 41/24
true [5]  25/21 32/12 32/16 39/20 43/20
truly [1]  27/8
truthful [3]  7/18 18/15 18/15
try [2]  5/13 41/16
trying [1]  11/4
Tusa [4]  1/20 43/19 43/23 43/24
Tusa's [1]  13/9
two [11]  4/15 6/1 9/4 9/24 11/16 15/4
 22/2 22/21 26/21 32/11 38/19

# T

**type** [5] 8/19 15/3 29/8 34/12 36/22
**types** [3] 6/24 24/8 24/18

# U

**U.S** [10] 16/23 29/20 32/10 33/16 34/15 34/25 35/7 35/24 40/2 40/20
**unable** [1] 5/8
**undeniable** [1] 21/22
**under** [9] 8/25 13/22 21/20 22/15 25/4 27/15 29/25 42/10 42/16
**underline** [1] 6/18
**understand** [9] 3/14 5/2 8/2 31/4 41/13 42/16 42/24 42/25 43/9
**understanding** [1] 43/20
**Union** [2] 14/11 17/6
**UNITED** [12] 1/1 1/11 6/6 7/9 19/7 19/11 20/2 27/6 34/23 40/7 40/8 43/19
**United States** [9] 6/6 7/9 19/7 19/11 20/2 27/6 34/23 40/7 40/8
**universe** [2] 17/21 17/22
**unknown** [1] 12/13
**unlawful** [1] 27/5
**Unless** [1] 18/9
**up** [14] 7/4 11/11 16/16 20/7 20/25 26/21 28/10 28/15 30/1 39/11 39/12 39/14 39/25 41/6
**uphill** [1] 6/25
**upon** [1] 30/1
**us** [6] 10/7 13/12 20/12 36/3 36/9 36/9
**USA** [1] 14/17
**use** [7] 28/20 28/21 29/5 29/8 29/14 36/18 42/23
**used** [10] 7/16 13/13 28/5 28/24 29/2 29/12 32/17 35/12 35/14 40/10
**useful** [1] 18/14
**using** [1] 1/24
**usually** [1] 41/10

# V

**values** [1] 39/23
**variance** [1] 20/2
**various** [5] 4/8 4/25 5/21 6/3 7/2
**versus** [1] 37/15
**very** [18] 7/6 9/4 13/15 14/2 17/22 18/4 18/21 19/12 25/1 29/10 31/9 34/13 34/13 36/8 41/12 41/16 41/19 42/20
**view** [2] 31/1 33/10
**violate** [4] 22/3 22/17 29/17 34/4
**violated** [1] 22/6
**violating** [6] 26/20 26/23 34/11 40/17 41/22 41/25
**violation** [7] 5/9 6/21 23/6 23/10 27/14 30/12 41/21
**violations** [1] 30/15
**Vioxx** [2] 10/6 39/3
**Vitamins** [2] 31/6 35/15

# W

**wages** [1] 5/1
**Wait** [1] 30/2
**walk** [1] 13/6
**Walnut** [1] 1/15
**want** [7] 3/15 14/20 25/6 32/25 34/21 36/14 40/2
**wants** [2] 41/11 41/11
**was** [33] 8/15 10/7 10/8 10/9 10/10 11/13 11/14 11/22 12/1 15/18 16/9 16/11 16/11 18/1 18/13 20/12 25/11 25/21 26/2 31/4 31/14 31/20 32/17

**32/18 33/1 33/12 33/12 33/24 34/24 35/21 35/22 40/3 40/25**
**wasn't** [1] 25/14
**way** [8] 4/2 14/25 20/22 35/9 39/10 41/9 41/10 43/11
**we** [116]
**weaker** [1] 35/1
**website** [1] 25/25
**weigh** [3] 16/7 16/8 34/20
**weighed** [1] 7/2
**weighing** [1] 39/4
**weighs** [2] 42/11 42/18
**welcome** [1] 21/13
**well** [15] 7/9 14/24 15/4 15/16 16/2 18/7 18/17 24/24 26/25 30/16 31/15 36/4 36/6 36/8 42/12
**went** [2] 13/18 16/15
**were** [11] 9/12 13/17 15/15 19/19 21/25 25/8 25/9 25/9 37/14 39/10 40/23
**West** [1] 1/18
**Westinghouse** [1] 35/14
**what** [59]
**What's** [2] 31/1 40/7
**whatever** [3] 8/16 11/14 14/22
**whatsoever** [1] 10/11
**when** [17] 5/19 10/6 11/1 15/13 15/17 16/25 18/4 18/13 18/16 18/16 19/15 24/10 38/3 38/4 38/14 39/4 39/6
**where** [23] 9/18 11/7 11/24 14/19 14/21 16/9 16/10 18/9 20/21 25/21 27/18 28/25 30/14 30/17 32/20 35/3 35/20 35/23 39/10 40/12 40/22 40/23
**whether** [13] 5/16 8/17 13/1 19/6 23/4 26/8 30/19 34/15 34/23 37/5 41/21 42/9 42/13
**which** [47]
**while** [1] 29/4
**who** [13] 5/23 7/22 8/4 8/5 8/6 13/12 17/10 20/14 23/9 25/7 26/24 30/5 38/3
**whole** [1] 15/24
**whom** [1] 42/3
**whose** [2] 20/3 20/12
**why** [10] 9/19 12/9 12/18 14/3 17/11 22/23 27/24 29/24 32/24 42/25
**widely** [1] 14/2
**will** [29] 10/24 11/2 11/10 12/19 15/24 18/11 18/21 22/3 22/5 22/21 22/21 22/23 23/15 24/1 24/19 25/13 28/12 28/13 30/5 30/20 30/21 31/9 32/7 34/15 39/3 39/3 42/5 43/12 43/13
**withdraw** [1] 27/11
**without** [5] 10/22 30/11 30/20 31/2 32/22
**witness** [9] 4/14 8/12 10/7 18/5 18/6 18/10 21/19 37/7 38/6
**witnesses** [5] 10/1 12/21 17/10 30/20 38/8
**WL** [1] 19/24
**won't** [1] 36/10
**wonderful** [1] 13/15
**word** [4] 10/20 21/10 27/19 28/21
**word's** [1] 41/25
**words** [2] 15/25 35/14
**work** [1] 4/19
**worked** [1] 17/16
**working** [1] 4/11
**world** [2] 19/11 39/22
**worry** [1] 35/5

**would** [47]
**wouldn't** [3] 26/18 39/11 39/12
**write** [1] 41/14
**writes** [1] 14/9
**writing** [2] 18/10 33/8
**written** [2] 4/17 33/24
**wrongful** [1] 24/7
**wrote** [2] 11/21 16/14

# X

**XARELTO** [8] 1/4 3/6 4/6 11/7 11/20 11/22 17/13 17/15
**Xarelto-related** [2] 11/7 17/15

# Y

**yacht** [1] 36/14
**yeah** [2] 34/1 38/9
**year** [1] 9/11
**years** [1] 26/22
**yes** [4] 18/20 22/11 24/9 28/18
**York** [2] 1/18 1/18
**you** [94]
**you're** [5] 8/4 18/13 21/13 36/9 36/9
**your** [69]
**Your Honor** [45]
**Your Honor's** [3] 9/10 14/3 43/8
**Your Honor/the** [1] 18/21

# Z

**zero** [1] 37/1