UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :   MDL No. 2592
                              :
                              :   SECTION L
                              :
                              :   JUDGE ELDON E. FALLON
                              :
                              :   MAG. JUDGE MICHAEL NORTH

THIS DOCUMENT RELATES TO:

JOE KILLINGSWORTH, SR.,
Civil Action No. 2:16-cv-00654

# ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Philip Killingsworth, as a surviving child of Joe Killingsworth, Sr., is substituted for Plaintiff Joe Killingsworth, Sr., in the above captioned cause.

Dated:  May  23rd  2016           _____
                                  Hon. Eldon E. Fallon
                                  United States District Court Judge