UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

GEORGIA LANE
2:16-cv-01099

# ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by counsel for Plaintiff Georgia Lane be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the First Amended Joint Complaint into the record in this matter.

SIGNED this __23rd__ day of _____May_____, 2016.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge