UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Ex Parte* Motion by Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC for Leave to file Unredacted Memorandum in Support of their Motion to Enforce Pretrial Order No. 12 and for Entry of a Protective Order, as well as the accompanying Exhibits in support of said Motion, UNDER SEAL (Rec. Doc. 3296 ),

IT IS ORDERED that said Motion is GRANTED, and that the Clerk of Court shall the Unredacted Memorandum and Exhibits UNDER SEAL.

New Orleans, Louisiana, this 23rd day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

00353477