UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) * MDL No. 2592
PRODUCTS LIABILITY LITIGATION *
\* SECTION L
\* JUDGE ELDON E. FALLON
\* MAGISTRATE JUDGE NORTH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THIS DOCUMENT ONLY RELATES TO:

*LINDA STEVENS, v. Janssen Research & Development, LLC, et al;*
*LAED USDC No 2:16-cv-00146-EEF-MBN*

## UNNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Mack Kilpatrick on behalf of his deceased mother, Linda Stevens.

1. Linda Stevens filed a products liability lawsuit against defendants on December 23, 2015.

2. Subsequently, on April 5, 2016, plaintiff's counsel was notified that Linda Stevens died on March 27, 2016.

3. Linda Stevens' products liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on April 12, 2016.

5. Mack Kilpatrick, surviving son of Linda Stevens, is a proper party to substitute for plaintiff-decedent Linda Stevens and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Mack Kilpatrick further seeks leave to amend the short form complaint (2:16-cv-00146-EEF-MBN) to substitute himself as plaintiff on behalf of plaintiff-decedent Linda Stevens and to add survival action claims.  Linda Stevens did not pass away until after the original filing of the Complaint, and therefore, the survival action claims could not be made until this time. (see First Amended Short Form Complaint, attached as Exhibit 1).

Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Mack Kilpatrick requests that this Court grant his request for substitution as plaintiff in this action and for leave to amend short form complaint, and direct the Clerk to file the attached First Amended Short Form Complaint.

Dated: May 24, 2016

Respectfully submitted,

/s/ Lennie F. Bollinger
Lennie F. Bollinger
State Bar No. 24076894
WORMINGTON & BOLLINGER
212 E. Virginia Street
McKinney, Texas 75069
(972) 569-3930 Phone
(972) 547-6440 Facsimile
LB@wormingtonlegal.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will

send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: May 24, 2016

/s/ Lennie F. Bollinger  
Lennie F. Bollinger