**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)　　*　　**MDL No. 2592**
**PRODUCTS LIABILITY LITIGATION**　*
　　　　　　　　　　　　　　　　　　*　　**SECTION L**
　　　　　　　　　　　　　　　　　　*　　**JUDGE ELDON E. FALLON**
　　　　　　　　　　　　　　　　　　*　　**MAGISTRATE JUDGE NORTH**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**THIS DOCUMENT RELATES TO:**

*LINDA STEVENS, v. Janssen Research & Development, LLC, et al;*
*LAED USDC No 2:16-cv-00146-EEF-MBN*

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by

Plaintiff Mack Kilpatrick be and the same is hereby **GRANTED**, and the Clerk of the Court is

directed to file the First Amended Short Form Complaint into the record in this matter.


　　　New Orleans, Louisiana this_____day of_____, 2016.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Honorable Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge