UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :   MDL No. 2592
                                      :
                                      :   SECTION L
                                      :
                                      :   JUDGE ELDON E. FALLON
                                      :
_____:   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES ONLY TO:   **JURY TRIAL DEMANDED**

*Mack Kilpatrick, as Surviving Son of Linda Stevens, Deceased v. Janssen Research & Development LLC, et al.*

## FIRST AMENDED SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint (E.D. La. No. 2:15-cv-07019) filed in *In Re Xarelto (Rivaroxaban) Products Liability,* MDL 2592 (E.D. La.) pursuant to Pretrial Order No. 11, and Plaintiff's Short Form Complaint (*2:16-cv-00146-EEF-MBN).* The following *First Amended Short Form Complaint* is utilized in the above-captioned action.

2. Originally identified individual Plaintiff and now Decedent, Linda Stevens, was identified more fully in Paragraph 25 of the Plaintiffs' Joint Complaint (Case No. 2:15-cv-07019) and all allegations set forth in the Plaintiffs' Joint Complaint and Short Form Complaint (Case No. 2:16-cv-00146-EEF-MBN) are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Plaintiff files this First Amended Short Form Complaint for the reasons only to substitute Mack Kilpatrick as party plaintiff on behalf of his deceased mother, and to add survival action claims on her behalf, and is not brought for the purposes of delay.

4. Plaintiff and now Decedent, Linda Stevens resided in Raleigh, Wake County, North Carolina at the time of her death.

5. Plaintiff, Mack Kilpatrick, resides at 12301 Corras Road, Raleigh, Wake County, North Carolina 27614.

Respectfully submitted,

Dated: May 24, 2016    By: /s/ *Lennie F. Bollinger*
Lennie F. Bollinger
State Bar No. 24076894
WORMINGTON & BOLLINGER
212 E. Virginia Street
McKinney, Texas 75069
(972) 569-3930 Phone
(972) 547-6440 Facsimile
LB@wormingtonlegal.com

*ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: May 24, 2016

/s/ *Lennie F. Bollinger*
LENNIE F. BOLLINGER