MINUTE ENTRY
FALLON, J.
MAY 24, 2016

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      MDL NO. 2592
    PRODUCTS LIABILITY LITIGATION

    SECTION: L

THIS DOCUMENT RELATES TO:      JUDGE FALLON
ALL CASES      MAGISTRATE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances: Ben C. Martin, Esq. for Plaintiffs' Robert Murphy, Scott Murphy, Christine Murphy and Brian Murphy
Andrew Solow, Esq. for Defendants

Motion of Plaintiffs, Robert Murphy, Scott Murphy, Christine Murphy and Brian Murphy, to Remand Case to the 68th Judicial District Court of Dallas County, Texas (3035)

After argument - Motion was taken under submission

JS10:   :22