UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>JACK STEELEY<br><br>Case #: 2:26-cv-01319 | |

## MOTION FOR EXTENSION OF TIME

Plaintiff, JACK STEELEY, by and through undersigned counsel, hereby files this Motion for Extension of Time in order to serve the Plaintiff Fact Sheet, and states as follows:

1. Pursuant to Pretrial Order #13, in the event that Defendants deign Plaintiff Fact Sheet incomplete, Plaintiff is required to serve an amended Plaintiff Fact Sheet to the Defendants within 20 days of the deficiency notice.

2. In the above matter, Plaintiff received a deficiency notice on May 5, 2016.

3. Counsel for Plaintiff has learned that the Plaintiff has died. *See* Exhibit A – Death Certificate. Counsel is currently working on establishing a probate case. This is proving time consuming.

4. Plaintiff seeks an extension of 30 days in order to provide Defendants with the completed Plaintiff Fact Sheet.

5. Plaintiff's case is not set for trial and there are no other pending deadlines.

6. A proposed order has been filed along with this Motion as Exhibit B.

**WHEREFORE**, the Plaintiff, JACK STEELEY, respectfully requests that this Court **GRANT** Plaintiff's Motion for Extension of Time and provide whatever further relief this Honorable Court deems reasonable and just.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: May 24, 2016

                                           FREEDLAND HARWIN VALORI, PL
                                           110 SE 6th Street, Suite 2300
                                           Ft. Lauderdale, FL 33301
                                           Tel:    954-467-6400
                                           Fax:   954-670-2530

                                           __/s/ Aaron Rothenberg_____
                                           RAYMOND VALORI
                                           Fla. Bar #: 33200
                                           Ray@westonlawyers.com
                                           AARON ROTHENBERG
                                           Fla. Bar #: 99634
                                           Aaron@westonlawyers.com