# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

### DEPARTMENT OF STATE HEALTH SERVICES
### VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
MAR 28 2016

**STATE OF TEXAS — CERTIFICATE OF DEATH**
**STATE FILE NUMBER:** 142-16-041024

1. **LEGAL NAME OF DECEASED** (Include AKA's, if any) (First, Middle, Last) (Maiden): JACKY EUGENE STEELEY
2. **DATE OF DEATH - ACTUAL OR PRESUMED** (mm-dd-yyyy): MARCH 23, 2016
3. **SEX:** MALE
4. **DATE OF BIRTH** (mm-dd-yyyy): 1933
5. **AGE-Last Birthday** (Years): 82
6. **BIRTHPLACE** (City & State or Foreign Country): HULBERT, OK
7. **SOCIAL SECURITY NUMBER:** ###-##-4165
8. **MARITAL STATUS AT TIME OF DEATH:** ☒ Married
9. **SURVIVING SPOUSE'S NAME** (If wife, give name prior to first marriage): MARIE PICKUP

10a. **RESIDENCE STREET ADDRESS:** 1906 DIAMOND RIDGE
10c. **CITY OR TOWN:** LAMPASAS
10d. **COUNTY:** LAMPASAS
10e. **STATE:** TEXAS
10f. **ZIP CODE:** 76550
10g. **INSIDE CITY LIMITS?** ☒ Yes

11. **FATHER'S NAME PRIOR TO FIRST MARRIAGE:** ALBERT P. STEELEY
12. **MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** THELMA JOHNSON

13. **PLACE OF DEATH** (CHECK ONLY ONE): ☒ Inpatient

14. **COUNTY OF DEATH:** LAMPASAS
15. **CITY/TOWN, ZIP:** LAMPASAS, 76550
16. **FACILITY NAME:** ROLLINS BROOK COMMUNITY HOSPITAL

17. **INFORMANT'S NAME & RELATIONSHIP TO DECEASED:** MARIE GOFORTH STEELEY - WIFE
18. **MAILING ADDRESS OF INFORMANT:** P.O. BOX 406, LAMPASAS, TX 76550

19. **METHOD OF DISPOSITION:** ☒ Burial
20. **SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH:** MARK SNEED, BY ELECTRONIC SIGNATURE - 3318

21. Section __ Block 6 Lot 68 Space 5

22. **PLACE OF DISPOSITION:** OAK HILL CEMETERY
23. **LOCATION:** LAMPASAS, TX

24. **NAME OF FUNERAL FACILITY:** SNEED FUNERAL CHAPEL
25. **COMPLETE ADDRESS OF FUNERAL FACILITY:** 201 EAST THIRD STREET, LAMPASAS, TX 76550

26. **CERTIFIER:** ☒ Certifying physician
27. **SIGNATURE OF CERTIFIER:** MARK S. LANE, BY ELECTRONIC SIGNATURE
28. **DATE CERTIFIED:** MARCH 24, 2016
29. **LICENSE NUMBER:** G8229
30. **TIME OF DEATH:** 05:15 AM
31. **PRINTED NAME, ADDRESS OF CERTIFIER:** MARK S. LANE, 207 W. AVENUE E, LAMPASAS, TX 76550
32. **TITLE OF CERTIFIER:** MD

33. **PART 1. CHAIN OF EVENTS:**

| | Cause | Approximate Interval Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | ACUTE ISCHEMIC STROKE | 2 DAYS |
| b. | CORONARY ARTERY DISEASE | YEARS |
| c. | ATRIAL FIBRILLATION | YEARS |
| d. | | |

**PART 2.** OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:

34. **WAS AN AUTOPSY PERFORMED?** ☒ No
35. **WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?**

36. **MANNER OF DEATH:** ☒ Natural
37. **DID TOBACCO USE CONTRIBUTE TO DEATH?** ☒ Unknown
38. **IF FEMALE:** —
39. **IF TRANSPORTATION INJURY, SPECIFY:** —

40a. **DATE OF INJURY:** —
40b. **TIME OF INJURY:** —
40c. **INJURY AT WORK?** ☒ No
40d. **PLACE OF INJURY:** —
40e. **LOCATION:** —
40f. **COUNTY OF INJURY:** —

41. **DESCRIBE HOW INJURY OCCURRED:** —

42a. **REGISTRAR FILE NO.:** 01-033
42b. **DATE RECEIVED BY LOCAL REGISTRAR:** MARCH 28, 2016
42c. **REGISTRAR:** LAMPASAS COUNTY CLERK, ELECTRONICALLY FILED

EDR NUMBER: 000001874322

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

**ISSUED:** MAR 28 2016



GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE