UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EARL CLEMENTS AND JACKIE CLEMENTS | * | CASE NO.: 2:15-CV-4278 |
| Plaintiffs | * | SECTION: |
| v. | * | JUDGE :JUDGE ELDON E. FALLON |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, AND BAYER AG | * | MAG. JUDGE: MAGISTRATE JUDGE MICHAEL NORTH |
| Defendants | * | |

## CERTIFICATE OF CONSENT OF COUNSEL

Undersigned counsel for plaintiffs, Earl Clements and Jackie Clements, certifies that he has contacted defense counsel, Kelly E. Brilleaux at Irwin, Fritchie, Urquhart & Moore, LLC, who have expressed no objection to the filing of this First Amending Complaint for Damages.

Respectfully submitted,

E. JAMES GAIDRY, JR. (#21600)
Attorney and Counselor at Law
7921 Park Avenue
Houma, LA 70364
Telephone: (985) 223-4400