UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| _____ | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Bernadette Murillo v. Janssen Research & Development, LLC, et al.*, 2:15-cv-02403
*Albert Wainscott v. Janssen Research & Development, LLC, et al.*, 2:15-cv-02405
*Michael E. Jordan*, *v. Janssen Research & Development, LLC, et al.*, 2:15-cv-02409

## NOTICE OF SUBMISSION

Please take notice that the above-listed Plaintiffs will bring their Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG for submission before the Honorable Eldon E. Fallon on Wednesday, June 22, 2016 at 9:00 a.m.

Dated: May 24, 2016                                                         Respectfully Submitted,


/s/ William K. Holland
William K. Holland

GOLDBLATT + SINGER
8182 Maryland Avenue, Suite 801
St. Louis, MO  63105
Telephone: (314) 231-4100
Fax: (314) 241-5078
*ATTORNEY FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ William K. Holland
William K. Holland
