## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Bernadette Murillo v. Janssen Research & Development, LLC, et al.*, 2:15-cv-02403
*Albert Wainscott v. Janssen Research & Development, LLC, et al.*, 2:15-cv-02405
*Michael E. Jordan*, v. *Janssen Research & Development, LLC, et al.*, 2:15-cv-02409

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

COME NOW Plaintiffs, through undersigned counsel, in the above-listed action and respectfully request that this Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG and that this Court issue an Order granting them thirty (30) days from granting of the Motion within which to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10. A memorandum in support of Plaintiffs' Motion is submitted herewith.

Dated: May 24, 2016                    Respectfully submitted,

                                                   Goldblatt and Singer

                                                 /s/ William K. Holland
                                                 William K. Holland
                                                 8182 Maryland Ave.
                                                 Suite 801

St. Louis, MO 63105  
(314) 231-4100  
Email: wholland@stlinjurylaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ William K. Holland  
William K. Holland