UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Carol Hansen v. Janssen Research & Development, LLC, et al.*, 2:16-cv-01312

## ORDER

Having considered all of the pleadings and documents relating to Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG and Johnson and Johnson Company in the above-captioned case,

**IT IS HEREBY ORDERED** that Plaintiff Carol Hansen shall have thirty (30) days from the date of this Order to serve process on Defendants Bayer Healthcare Pharmaceuticals, Bayer Pharma AG and Johnson and Johnson Company.

Dated: _____          _____
                                                                            Judge Eldon E. Fallon

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ William K. Holland
William K. Holland