UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE NORTH |
| ************************************************ | * |

THIS DOCUMENT RELATES TO:
   ALL CASES

## ORDER

**IT IS ORDERED** that the Court will hear in-person oral argument regarding the Defendants' Motion for Protective Order and to Enforce Pretrial Order No. 12, R. Doc. 3296, on Friday, June 10, 2016, at 1:30 p.m.

**IT IS FURTHER ORDERED** that the PSC shall file its Opposition to the motion on or before Monday, June 6, 2016, at 12:00 p.m. The Defendants may file a Reply brief on or before Wednesday, June 8, 2016, at 5:00 p.m.

New Orleans, Louisiana, this 24th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE