**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Robert Atkins

2:16-cv-485

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, Robert Atkins, by and through undersigned counsel of record, and in support of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies, states as follows:

1.     Plaintiff's complaint was filed on or about November 20, 2015 in St. Clair County, Illinois, was removed to federal court on or about December 31, 2015, and was transferred to the MDL Court on or about January 26, 2016 (2:16-cv-485).

2.     While the Plaintiff has substantially complied with providing the other Plaintiff Fact Sheet (hereinafter "PFS") information, has uploaded documents proving his use of Xarelto, and has uploaded his responses and authorizations for defense counsel to the MDL Centrality website, Plaintiff has had significant difficulty obtaining his medical records regarding his injury from providers and requests additional time to obtain and upload the same and provide any remaining responses to the PFS.

3.     Plaintiff has received one (1) deficiency notice from Defendants and his response

to said deficiency is currently due on May 26, 2016.

      4.      Plaintiff's Counsel has made continual efforts to receive the necessary records to respond to the Notice of Deficiency, and although such efforts have not produced the necessary records to respond to the Deficiency yet, there are currently pending record requests.

      5.      The Plaintiff is currently aggressively pursuing two (2) separate record requests, both of which, upon information and belief, will produce records allowing Plaintiff to respond to the Notice of Deficiency.

      6.      Therefore, Plaintiff needs some additional time to satisfy the PFS Deficiencies, as he awaits the medical providers' responses to the requests for records, and Counsel respectfully requests an additional sixty (60) days to satisfy the PFS Deficiencies from the date of the order entered on Plaintiff's Motion for Extension of Time.

      WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that this Court grant Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies and for any further orders deemed just and proper under the circumstances

Signed: May 25, 2016           Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
JOHN J. DRISCOLL (IL6276464)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
chris@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court

using the CM/ECF system, which will send notification of such filing to all counsel of record, on

this 25th day of May, 2016.

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
andrew@thedriscollfirm.com