**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Faye Cook

2:16-cv-2270

**MOTION FOR EXTENSION OF TIME TO
SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES**

COMES NOW Plaintiff, Faye Cook, by and through undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the alleged Plaintiff Fact Sheet ("PFS") deficiencies herein. The current deadline provides an insufficient amount of time for Plaintiff to comply. Accordingly, Plaintiff requests an extension of the deadline for sixty (60) days from the date of the Court's order on this motion.

In support of this motion, Plaintiff has attached a Memorandum in Support. Specifically, Plaintiff has diligently requested the records necessary to respond to the alleged PFS deficiency, but the record request is still pending. This is Plaintiff's first request for an extension of the deadline to respond to alleged PFS deficiencies.

An extension of time is not sought for delay. An extension is sought so that justice may be served.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant this Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet

Deficiencies; to enter an Order extending the deadline to satisfy PFS deficiencies for sixty (60) days from the date of the Order; and for such further relief deemed just and proper under the circumstances.

Signed: May 25, 2016                    Respectfully submitted,

                                        **THE DRISCOLL FIRM, P.C.**


                                        /s/ Andrew D. Kinghorn
                                        JOHN J. DRISCOLL (IL6276464)
                                        CHRISTOPHER J. QUINN (IL6310758)
                                        ANDREW KINGHORN (IL6320925)
                                        211 N. Broadway, 40th Floor
                                        St. Louis, MO 63102
                                        314-932-3232
                                        314-932-3233 fax
                                        john@thedriscollfirm.com
                                        chris@thedriscollfirm.com
                                        andrew@thedriscollfirm.com

                                        **ATTORNEYS FOR PLAINTIFF**


                    **CERTIFICATE OF SERVICE**

        I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 25th day of May, 2016.

                                        **THE DRISCOLL FIRM, P.C.**

                                        /s/ Andrew D. Kinghorn
                                        ANDREW KINGHORN (IL6320925)
                                        211 N. Broadway, 40th Floor
                                        St. Louis, MO 63102
                                        314-932-3232
                                        314-932-3233 fax
                                        andrew@thedriscollfirm.com