IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| **THIS DOCUMENT RELATES TO:** | SECTION: L |
| WILLIAM K. RICHARDS and CAROL D. RICHARDS, Wife, *v*. JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | JUDGE ELDON E. FALLON MAG. JUDGE NORTH  **STIPULATION OF DISMISSAL** |
| Civil Action No: 2:15-cv-2649 | |

**IT IS HEREBY STIPULATED** and **AGREED** that pursuant to Fed. R. Civ. P. 41, that Plaintiffs' Complaint be and hereby is dismissed in its entirety with prejudice but without prejudice to plaintiffs re-filing their Complaint within 60 days in the Court of Common Pleas in Pennsylvania, the state in which Plaintiff resides. Plaintiff agrees that the state court action will not add new defendants or assert additional claims. All parties shall bear their own costs and expenses.

Dated: May 25, 2016

| | |
|---|---|
| **MOTLEY RICE LLC** | **KAYE SCHOLER LLP** |
| By: /s/ Carmen S. Scott | By: /s/Andrew Solow *(with permission)* |
| Carmen S. Scott | Andrew K. Solow |
| 28 Bridgeside Boulevard | Steven Glickstein |
| Mt. Pleasant, SC 29464 | KAYE SCHOLER LLP |
| Phone: 843-216-9000 | 250 West 55th Street |
| Fax: 843-216-9440 | New York, New York 10019-9710 |
| cscott@motleyrice.com | Telephone: (212) 836-8000 |
| | Facsimile: (212) 836-8689 |
| Attorneys for Plaintiffs | andrew.solow@kayescholer.com |
| | steven.glickstein@kayescholer.com |
| | |
| | Attorneys for Defendants |
| | Bayer Healthcare Pharmaceuticals Inc. and |
| | Bayer Pharma AG |
| | |
| | Dated: May 24, 2016 |
| | |
| **DRINKER BIDDLE & REATH LLP** | **IRWIN FRITCHIE URQUHART & MOORE LLC** |
| By: /s/Susan M. Sharko *(with permission)* | By: /s/James B. Irwin *(with permission)* |
| Susan Sharko | James B. Irwin |
| 600 Campus Dr. | Kim E. Moore |
| Florham Park, NJ 07932 | 400 Poydras St., Ste, 2700 |
| Tel: (973) 549-7000 | New Orleans, LA 70130 |
| Susan.Sharko@dbr.com | (504) 310-2100 |
| | jirwin@irwinllc.com |
| Attorneys for Defendants Janssen Pharmaceuticals, Inc., | kmoore@irwinllc.com |
| Janssen Research & Development, LLC, | |
| Janssen Ortho LLC, | Liaison Counsel for Defendants |
| and Johnson & Johnson | |
| | |
| Dated: May 24, 2016 | |
| | Dated: May 24, 2016 |

## **CERTIFICATE OF SERVICE**

  I hereby certify that a complete copy of the foregoing Stipulation of Dismissal has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 25th day of May, 2016.

                    s/ Carmen S. Scott