UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) ) SECTION: L |
| ANITA RITTENHOUSE, | ) JUDGE FALLON ) MAG. JUDGE NORTH |
| Plaintiff, | ) ) |
| vs. | ) **PLAINTIFF'S NOTICE OF SERVICE** ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; *et al.* | ) ) Civil Action No.: 2:16-cv-04260 ) ) ) |
| Defendants. | ) ) ) |

Plaintiff hereby gives notice that service has been effectuated on Defendant, Bayer Pharma AG, by sending a copy of the Complaint, Summons, and Civil Cover Sheet through registered mail and electronic mail to xareltocomplaints@babc.com, as instructed in Pre-trial Order No. 10.

- 1 -

- 2 -

Dated: May 26, 2016    Respectfully submitted,

/s/Jennifer A. Moore
JENNIFER A. MOORE
GROSSMAN & MOORE, PLLC
One Riverfront Plaza
401 W. Main Street, Suite 1810
Louisville, Kentucky 40202
(502) 657-7100
(502) 657-7111 (fax)
jmoore@gminjurylaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to CM/ECF participants registered to receive service in this MDL.

I have also served the foregoing, in accordance with Pre-Trial Order No. 10, via electronic mail to:

> Bayer Pharma AG
> Attn: Eva Gardyan-Eisenlohr
> General Counsel
> Muellerstrasse 178
> 13353 Berlin
> GERMANY
> (xareltocomplaints@babc.com)

/s/Jennifer A. Moore
JENNIFER A. MOORE
GROSSMAN & MOORE, PLLC
One Riverfront Plaza
401 W. Main Street, Suite 1810
Louisville, Kentucky  40202
(502) 657-7100
(502) 657-7111 (fax)
jmoore@gminjurylaw.com

*Counsel for Plaintiff*