UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:

FRANCES McDANIEL,

    Plaintiff,

v.      CASE NO.: 2:15-cv-05510

JANSSEN RESEARCH & DEVELOPMENT, LLC      JUDGE: E. FALLON
f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND      MAG. JUDGE: NORTH
DEVELOPMENT LLC, JANSSEN ORTHO, LLC,
JANSSEN PHARMACEUTICALS, INC. f/k/a      JURY DEMAND
JANSSEN PHARMACEUTICA INC. f/k/a
ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC., JOHNSON &
JOHNSON COMPANY, BAYER HEALTHCARE
PHARMACEUTICALS, INC., BAYER PHARMA
AG, BAYER CORPORATION, BAYER
HEALTHCARE, LLC, BAYER HEALTHCARE
AG, and BAYER AG,

    Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

    Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of the Plaintiff, Frances McDaniel ("the Plaintiff"). Counsel below respectfully informs this Court that an Unopposed Motion To Substitute Party

1

Plaintiff And For Leave to File First Amended Joint Complaint and First Amended Short Form Complaint will likely be filed by Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps, the children of the Plaintiff, Frances McDaniel. The Motion To Substitute Party Plaintiff And For Leave to File First Amended Joint Complaint and First Amended Short Form Complaint will also seek to add wrongful death and survival action claims, in addition to substituting Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps as the party Plaintiffs due to the death of Plaintiff, Frances McDaniel.

Respectfully Submitted,

/s/ Mekel S. Alvarez
Morris Bart (LA Bar #02788)
Mekel S. Alvarez (LA Bar #22157)
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this  26th  day of May, 2016, a true copy of the foregoing Notice Of and Suggestion of Death was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Mekel S. Alvarez