# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

***

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO:<br><br>FRANCES McDANIEL,<br><br>    Plaintiff,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | * * * * * * * * * * * * * * * * * * * * * * * | <br><br><br><br><br><br>CASE NO.: 2:15-cv-05510<br><br>JUDGE: E. FALLON<br><br>MAG. JUDGE: NORTH<br><br>JURY DEMAND |

***

## UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED JOINT COMPLAINT AND FIRST AMENDED SHORT FORM COMPLAINT

Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps, competent individuals acting on behalf of themselves and on behalf of Frances McDaniel ("the Decedent"), by and through the undersigned counsel,

1

pursuant to Federal Rules of Civil Procedure 15 and 25, respectfully requests that as the children and surviving heirs of Frances McDaniel, that they be substituted as Plaintiffs in this action.

Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps further seek leave to amend the Joint Complaint and the Short Form Complaint filed in this matter to include wrongful death, survival action, and loss of consortium claims pursuant to La. C.C. arts. 2315.1 and 2315.2. A memorandum in support of this Motion is attached. On May 25, 2016, Kelly E. Brilleaux and associate in the firm of Irwin, Fritchie, Urquhart & Moore, LLC, Co-Lead Defense Counsel, indicated via email correspondence that the Defendants do not oppose Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps obo Frances McDaniel's filing of the First Amended Joint Complaint, First Amended Short Form Complaint and substitution as party Plaintiff.

Respectfully Submitted,

/s/ Mekel S. Alvarez
Morris Bart (LA Bar #02788)
Mekel S. Alvarez (LA Bar #22157)
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com
**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this  26th  day of May, 2016, a true copy of the foregoing Unopposed Motion to Substitute Party Plaintiff and for Leave to File First Amended Complaint and First Amended Short Form Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                               /s/ Mekel S. Alvarez