UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | * * | |
| FRANCES McDANIEL, | * * | |
| Plaintiff, | * * | |
| v. | * * | CASE NO.: 2:15-cv-05510 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG, | * * * * * * * * * * * * * * * | JUDGE: E. FALLON <br> MAG. JUDGE: NORTH <br> JURY DEMAND |
| Defendants. | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED JOINT COMPLAINT AND FIRST AMENDED SHORT FORM COMPLAINT**

**MAY IT PLEASE THE COURT:**

The Plaintiff, Frances McDaniel, a resident of Jefferson Parish, Louisiana, passed away on December 27, 2015. The Plaintiff has filed a Notice of and Suggestion of Death of Plaintiff

1

with this Court on May 26, 2016. Frances McDaniel's children, Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps are her heirs and beneficiaries.

Frances McDaniel's claims survive her death and her children, Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps, as her legal heirs, are entitled to continue her causes of action. La. C.C. art. 2315.1. In addition, Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps are entitled to assert a cause of action for Frances McDaniel's wrongful death pursuant to La. C.C. art. 2315.2, and for loss of consortium. Finally, Federal Rule of Civil Procedure 25(a)(1) states that if a party dies and the claim is not extinguished due to the death, the court may order the substitution of parties.

Frances McDaniel was prescribed and ingested Xarelto, and as a result of that ingestion, Frances McDaniel sustained injuries including serious bleeding events for which she was hospitalized and transfused multiple units.  Frances McDaniel, Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps suffered injuries for which they are entitled to pursue causes of action against Defendants, Janssen Research & Development, L.L.C. f/k/a Johnson and Johnson Pharmaceutical Research and Development, L.L.C., Janssen Ortho, L.L.C., Janssen Pharmaceuticals, Inc., f/k/a Janssen Pharmaceutica, Inc., f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc.,  Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare, L.L.C., Bayer Healthcare AG, and Bayer AG (collectively, "the Defendants").  Her death does not preclude or extinguish her cause of action against the Defendants. Frances McDaniel is entitled to have Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T.

Stamps, James Stamps, and Lori Stamps obo Theodore Stamps, her children and legal heirs, substituted as Plaintiff in this action.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposing party's written consent or the Court's leave when justice so requires. In this case, justice requires that Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps be allowed to amend the Joint Complaint and the Short Form Complaint to include loss of consortium, wrongful death and survival action claims. Frances McDaniel did not pass away until after the filing of the original Complaint, and therefore, the wrongful death, loss of consortium, and survival action claims could not be made until this time.

## **CONCLUSION**

Despite her death, the Plaintiff Frances McDaniel is entitled to pursue her causes of action against Defendants. Therefore, the Plaintiff respectfully requests that Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps, her children and legal heirs, be substituted as the Plaintiffs in this action. In addition, justice requires that Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps be allowed to amend the

Joint Complaint and the Short Form Complaint to assert wrongful death, loss of consortium, and survival action claims.

Respectfully Submitted,

/s/ Mekel S. Alvarez
Morris Bart (LA Bar #02788)
Mekel S. Alvarez (LA Bar #22157)
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: 504-525-8000
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com
**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this  26th  day of May, 2016, a true copy of the foregoing Memorandum in Support of Unopposed Motion to Substitute Party Plaintiff and for Leave to File First Amended Joint Complaint and First Amended Short Form Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

 /s/ Mekel S. Alvarez