UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH <u>JURY TRIAL DEMANDED</u> |

<u>THIS DOCUMENT RELATES TO:</u>

FRANCES McDANIEL

INDIVIDUAL CIVIL ACTION NO. 2:15-cv-05510

## <u>FIRST AMENDED SHORT FORM COMPLAINT</u>

1. Plaintiffs incorporate by reference the Plaintiffs' Joint Complaint and First Amended Joint Complaint filed in *In Re: Xarelto Products Liability,* MDL 2592 (E.D. La) pursuant to Pretrial Order No. 11. The following *First Amended Short Form Complaint* is used in the above-captioned action.

2. The individual Plaintiffs, Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps, all acting on behalf of Frances McDaniel, are identified more fully in Paragraph No. 2 of the Plaintiffs' First Amended Joint Complaint and all allegations set forth in the Plaintiffs' First Amended Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiffs.

3. The Decedent, Frances McDaniel, resided at 6116 Singleton Drive, Marrero, Louisiana 70072 prior to her death on December 27, 2015. The Plaintiff, Deborah Coston, resides at 6116 Singleton Drive, Marrero, Louisiana 70072. The Plaintiff, Mary Franklin, resides at 1600 Lancaster Drive, Marrero, La. 70072. The Plaintiff, Keokuk McDaniel, resides at 749 Dory Drive, Gretna, Louisiana 70056. The Plaintiff, Booker T. Stamps, resides at 1649 Weigel Drive, Marrero, Louisiana 70072. The Plaintiff, James Stamps, resides at 2548 Jarrot Drive, Marrero, Louisiana 70072. The Plaintiff, Lori Stamps obo Theodore Stamps, resides at 1028 Magnolia Drive, Apt. C, Westwego, Louisiana 70094.

4. The Decedent, Frances McDaniel, resided in the Parish of Jefferson, in the State of Louisiana, prior to her death on December 27, 2015.  The Plaintiffs, Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps, all reside in the Parish of Jefferson, State of Louisiana.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the individual Plaintiffs.

6. Attached as Attachment 2 is a list of the individual case captions for the Plaintiffs named

in the original Joint Complaint.

Date: May 26, 2016

                                              Respectfully submitted,

                                              /s/ Mekel S. Alvarez
                                              Morris Bart (LA Bar #02788)
                                              Mekel Alvarez (LA Bar #22157)
                                              Morris Bart, LLC
                                              601 Poydras Street, 24th Floor
                                              New Orleans, LA 70130
                                              Telephone: 504-525-8000
                                              Facsimile: 504-599-3392
                                              morrisbart@morrisbart.com
                                              malvarez@morrisbart.com

                                              **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

     I hereby certify that a complete copy of the foregoing First Amended Short Form Complaint has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 26th day of May, 2016.

                                              /s/ Mekel S. Alvarez
                                              Mekel S. Alvarez

## ATTACHMENT 2

1. *Frances Mascaro and Louis Mascaro v. Janssen Research & Development, LLC, et al.,* Proceeding No. 2:15-cv-05060;

2. *Frances McDaniel v. Janssen Research & Development, LLC, et al;* Proceeding No. 2:15-cv-05510;

3. *Karen Morvant v. Janssen Research & Development, LLC, et al.* Proceeding No. 2:15-cv-05511