UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

***

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | |
| FRANCES McDANIEL, | |
| Plaintiff, | |
| v. | CASE NO.: 2:15-cv-05510 |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE AG, and BAYER AG, | JUDGE: E. FALLON |
| | MAG. JUDGE: NORTH |
| | JURY DEMAND |
| Defendants. | |

***

## ORDER

Considering the foregoing;

**IT IS ORDERED** that the Unopposed Motion To Substitute Party Plaintiff and For Leave to File First Amended Joint Complaint and First Amended Short Form Complaint filed by the Plaintiffs, Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps, all on behalf of Frances McDaniel, deceased, be and the same is hereby **GRANTED,**

and the Clerk of Court is ordered to file the First Amended Joint Complaint and First Amended Short Form Complaint into the record in this matter.

      **NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2016.

                                            _____
                                                **UNITED STATES DISTRICT JUDGE**