UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
**CIVIL ACTION NO: 2:15-CV-05497**

KENNETH D. CUNNINGHAM

       Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG

       Defendants.

**PLAINTIFF, KENNETH D. CUNNINGHAM'S, FIRST MOTION OF EXTENSION OF**
**<u>TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES</u>**

CUNNINGHAM'S 1ST MOTION FOR EXTENSION - 1

Plaintiff, Kenneth C. Cunningham, by and through undersigned counsel, respectfully moves the Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline. The Deadline is currently set for May 31, 2016, and Plaintiff requests an additional sixty days to supplement the Plaintiff Fact Sheet and produce additional medical records.

In support of the motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith.  Plaintiff takes the position the medial records produced as of current date fulfills Mr. Cunningham's obligation to demonstrate his injury resulting from Xarelto.  However, out of an abundance of caution, Plaintiff seeks additional time to provide the remainder of his medical records to supplement the evidence of his injuries resulting from Xarelto.  Specifically, Plaintiff's counsel is waiting for the medical records from two hospitals and two doctors, and seeks additional time to request records from any specialists that are identified in such records.

This is Plaintiff's first request for an extension of time.  A sixty-day extension of time is not sought for delay but so that justice may be served.

Plaintiff has consulted with Defendants' Liason counsel and they are opposed to the extension, but did not state their reasons for not agreeing to an extension.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deficiency Deadline until July 29, 2016.

CUNNINGHAM'S 1ST MOTION FOR EXTENSION - 2

Date: May 27, 2016

          Respectfully submitted,

          The Hayes Law Firm, P.C.

          */s/ Debra B. Hayes*
          Debra B. Hayes
          TX Bar No. 05656790
          700 Rockmead, Suite 210
          Kingwood, TX 77339
          Telephone: (281) 815-4986
          Fax: (832) 575-4759
          jleal@dhayeslaw.com
          dhayes@dhayeslaw.com
          **ATTORNEYS FOR KENNETH CUNNINGHAM**

### CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Defendants' Liason Counsel and they are opposed to the extension.

          */s/ Joshua R. Leal*
          Joshua R. Leal

### CERTIFICATE OF SERVICE

I certify that on May 27, 2016, I electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, and will be served upon counsel of record through MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592.

          */s/ Joshua R. Leal*
          Joshua R. Leal

CUNNINGHAM'S 1ST MOTION FOR EXTENSION - 3