# EXHIBIT 1

**MOUNT CARMEL ST. ANN'S**

Patient Name: **CUNNINGHAM, KENNETH D**
MRN:
Date of Birth:
Admit Date:
Discharge Date:
Account Number:
Patient Type:
Attending:

*Consultation*

After documentation of a right DVT, he was given Lovenox that was then switched to Xarelto; soon after this he developed what appears to have been acute hypercoagulability (according to his wife, a nurse and former phlebotomist, this was quite prominent) and has now been switched back to Lovenox.

**Past Medical History**

Congestive heart failure

**Surgical History**
    **Surgical/Procedure Hx**

Printed Date/Time:   1/27/2016 09:23 EST
Report Request ID:   88143202

Cunningham-Xarelto 102

**MOUNT CARMEL ST. ANN'S**

| | |
|---|---|
| Patient Name: | **CUNNINGHAM, KENNETH D** |
| MRN: | |
| Date of Birth: | |
| Admit Date: | |
| Discharge Date: | |
| Account Number: | |
| Patient Type: | |
| Attending: | |

## Consultation

**3. DVT**
 - this obviously requires anticoagulation (regardless of the results of V/Q scan), but the potential adverse reaction to Xarelto is concerning. I'll defer to Dr. Mitchell from Heme/Onc.

**Impression and Plan**
  **Diagnosis**



## Progress Notes



Author:   **Brodkin (Columbus) MD, Christopher C**

**Assessment**
I was called to the floor regarding the patient's inability to have blood drawn. Every time the nurses tried to draw blood from the patient, the patient's blood began clotting. They have been unsuccessful in obtaining a new IV site for the patient. Xarelto was supposed to be given last night after her heparin drip was discontinued. There is no documentation in the chart that Xarelto was given at 2000 hours. Patient received this medication at 0800. Over the last 24 hours the patient has had increasing fatigue. I believe the medication may be causing ineffective anticoagulation.

Plan
Will DC Xarelto, and we'll begin full dose Lovenox. 2 hours after Lovenox injection, will attempt blood draw and new IV insert

Printed Date/Time:   1/27/2016 09:23 EST
Report Request ID:   88143202

**MOUNT CARMEL ST. ANN'S**  Patient Name: **CUNNINGHAM, KENNETH D**

*Progress Notes*

### General Results

### Assessment

### Diagnosis/Impression/Plan:

1. Thrombophlebitis involving the right popliteal and posterior veins without evidence on CT angio of pulmonary embolization.prothrombic on xarelto, pt on lovenox therapudic and improved, workup includes protein c and s def, cryoglobulin

### Disposition: _

### Supervising Physician Comments
.

### Diagnosis Documentation
.

Printed Date/Time:   1/27/2016 09:23 EST
Report Request ID:   88143202

Cunningham-Xarelto 130