# EXHIBIT 2

# The Hayes Law Firm, P.C.

**700 Rockmead, Suite 210, Houston, Texas 77339**
**www.dhayeslaw.com**

Joshua R. Leal  jleal@dhayeslaw.com
(281) 815-4963  Fax (832) 575-4759

January 27, 2016

James B. Irwin
400 Poydras St., Suite 2700
New Orleans, LA 70130

Susan M. Sharko
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, New Jersey 07932

Steven Glickstein
Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-7910

Re:  2:15-cv-05497, Kenneth D. Cunningham, Jr., v. Janseen Research & Development LLC, et al. (Plaintiff ID 3916) MDL NO. 2592

Dear Counsel,

I am writing as legal counsel for Kenneth D. Cunningham and I am responding to the notice of deficiency dated January 7, 2016.  I am enclosing bates numbered documents Cunningham-Xarelto 014-062, which are the hospital records from Mt. Carmel.  These records confirm the use of Xarelto and the bleeding event that occurred while the Plaintiff was in the emergency room.  We are also in the process of requesting the complete medical records from Mt. Carmel and we will provide those to you once they are available.  You have also been provided medical authorizations so that you may request the records on your own.  Last, we are also providing a signed declaration for the First Amended Plaintiff Fact Sheet.

This should address any other concerns you may have.  We will continue, as required by law, and we reserve all right, to supplement or amend the Plaintiff Fact Sheet and produce the medical records as they become available.

Very Truly Yours,

/s/ *Joshua R. Leal*

Joshua R. Leal