# EXHIBIT 3

26 of 215  Cunningham, Kenneth D. - ███████   (Summary)



## Allergies

**Xarelto** Severity- Severe Onset-   Reaction-  **Bleeding problems**   Status- Active Type- Drug allergy Onset-

*Family Medicine Center*

Jesse J. Frank, D.O.

████████████████
████████
██████████████

Cunningham, Kenneth D

████████████████

Date:  March 23, 2014

Dear  Kenneth Cunningham:

█████████████████████████████████████████████████
███████████████████████████

Please find attached your most recent test results.

The following test results have returned:
          Your hemocult tests show that you are bleeding in the stomach or intestines.

Please do the following:
          We will need to find out where you are bleeding from.
          We are going to consult a specialist to investigate this.

██████████████████████████████████████████████████████
███████████████████████████

Sincerely

*[signature]*

Jesse J. Frank, D.O.
Printed on 03/23/2014 at 18:55

87 of 215  Cunningham, Kenneth D. - ███████     ████████████████████     ---- 03/23/2014 6:56 PM

.

**Jesse J. Frank, D.O.**

03/23/2014

Raymond Fuller,

**RE**: **Cunningham, Kenneth D** ████     ████████████████

**Dear: Raymond Fuller**

I am referring Kenneth Cunningham to you for consultation regarding his hemocult positive stool test

When you've evaluated Kenneth  I would be most interested in your impressions and recommendations.

Sincerely

Electronically signed by Jesse J. Frank, D.O.
printed on 03/23/2014 at 18:56

Insurance verified (yes)     approval code #: _____
Appointment location: _____
Appointment date: _____          Appointment time: _____
Spoke with: _____
     on (date/time): _____
Patient informed by (phone/letter/message/in person)
     on (date/time): _____
Information faxed to consultant's office (yes)