# EXHIBIT 4

```
        MedCentral Health System

PATIENT NAME:        CUNNINGHAM, KENNETH DEAN
MED. REC. NUMBER:
ACCOUNT NUMBER:
CONSULTANT:          Piyush Sheth, M.D.742
CONSULTATION DATE: 04/28/2014
ROOM NUMBER:
                                                  CONSULTATION REPORT
========================================================================

ALLERGIES:



    5.    Xarelto, causing "turns blood to mud"

CODE STATUS:


PRIMARY CARE PHYSICIAN:
Dr. Frank

REQUESTING PHYSICIAN:
Gregory Heins, D.O.

REASON FOR CONSULTATION:


HISTORY OF PRESENT ILLNESS:
```



```
KENNETH DEAN  CUNNINGHAM   MR#:343911   ECD#:3102200005
```

Cunningham-Xarelto 0906