# EXHIBIT 5



MY ACCOUNT | REQUESTS | INTERVIEWS | RESOURCES | LOG OUT | Request # | Go

Back to Requests

Create a Duplicate Request

16-009371

Xarelto **Ken Cunningham**

Requested **05/09/2016** by **Rahman, Wajih**

**Dates of Service**
12/1/2013-7/1/2014

**Record Types**
Entire medical record

**Submission Method** Fax

**Mark as Downloaded**

## Send a Message

Send

### Facility Notes

Verified 9/21/2015 Monica C
ATTN: Medical Records

## Patient

Cunningham, Ken

**SSN**
**Date of Birth**
**Date of Death**
**SOL**

## Facility

**Directory** **Original**

Knox Community Hospital

**Phone:**
**Fax:**

**Average Time to Acquire:** 29 day(s)

**Resubmitted**

## Request Log

| Date | Type | Description | User |
|---|---|---|---|
| 05/24/2016 09:38 AM | Phone Call with Facility | Called [redacted] and reach Knox Community Hospital. Left a detailed message requesting a return phone call. | RLee |
| 05/17/2016 03:44 PM | File Uploaded | file uploaded: RESUBMIT W CONFIRM.pdf | system |
| 05/17/2016 08:58 AM | Status Changed | request status changed from "Submitted" to "Resubmitted" | ddaniels |
| 05/17/2016 08:54 AM | Phone Call with Facility | Called [redacted] and reached Knox Community Hospital. Spoke with Lori who states that the request has not been received. She asks that we fax the request again to [redacted] ATTN: Lori. | ddaniels |
| | Status Changed | request status changed from "Ready to Process" to "Submitted" | bwilliard |

| | | | |
|---|---|---|---|
| 05/11/2016 01:30 PM | | | |
| 05/11/2016 11:44 AM | File Uploaded | file uploaded: CONFIRM.pdf | system |
| 05/11/2016 11:26 AM | File Uploaded | request file uploaded: SUBMIT FAX.pdf | system |
| 05/09/2016 05:46 PM | File Uploaded | HIPAA file uploaded: Pages from CUNNINGHAM, Ken (retainer).pdf | wrahman |
| 05/09/2016 05:46 PM | Status Changed | request status changed from "New" to "Ready to Process" | system |

## Request Dates

**Ready**
**05/09/2016**
**Submitted**
**05/11/2016**
**Verified**
**Received**
**Respond By**
**Closed**

## Main Files

**HIPAA** Pages from CUNNINGHAM, Ken (retainer).pdf
*2 pages - 107.5 KB*

**Request** SUBMIT FAX.pdf
*5 pages - 2.3 MB*

**Need to upload a HIPAA, Death Certificate, or other file?**

## Upload a File

File * [ ] Browse...

File Type -- select --

Upload File

## Request Files

| File | Type | Created |
|---|---|---|
| RESUBMIT W CONFIRM.pdf<br>*6 pages - 396.9 KB* | | 05/17/2016 03:44 PM |
| CONFIRM.pdf<br>*1 page - 793.8 KB* | | 05/11/2016 11:44 AM |
| SUBMIT FAX.pdf<br>*5 pages - 2.3 MB* | request | 05/11/2016 11:26 AM |
| Pages from CUNNINGHAM, Ken (retainer).pdf<br>*2 pages - 107.5 KB* | hipaa | 05/09/2016 05:46 PM |

© 2014
Medical Records Express
v0.5.33