# EXHIBIT 6



| MY ACCOUNT | REQUESTS | INTERVIEWS | RESOURCES | LOG OUT | Request # | Go |

**Back to Requests**      Create a Duplicate Request

## 16-009375

**Xarelto**  Ken Cunningham

Requested **05/09/2016** by Rahman, Wajih
**Dates of Service**
12/1/2013-7/1/2014
**Record Types**
Entire medical record
**Submission Method**  Fax

**Mark as Downloaded**

### Send a Message

[ Send ]

### Facility Notes

Verified 11/05/2015 Monica C
Attn: Medical Information Management
Additional:
*Centralized Medical Records Department handles requests for multiple locations including ▮▮▮▮▮▮▮▮▮▮▮▮
*Facility does not accept Electronic Signatures
*Facility requires their own facility HIPAA authorization to be submitted with the request

The Ohio State University Wexner Medical Center HIPAA Authorization.pdf

### Patient

Cunningham, Ken
▮▮▮▮
**SSN** ▮▮▮
**Date of Birth** ▮▮▮
**Date of Death**
**SOL**

### Facility

**Directory**                                                **Original**

The Ohio State University Wexner Medical Center Ohio State University Hospital
▮▮▮▮▮▮▮▮
**Phone:** ▮▮▮
**Fax:** ▮▮▮

Average Time to Acquire: 59 day(s)

**Submitted**

### Request Log

| Date | Type | Description | User |
|------|------|-------------|------|
| 05/24/2016 01:25 PM | Status Changed | request status changed from "Ready to Process" to "Submitted" | bwilliard |
| 05/24/2016 01:23 PM | File Uploaded | file uploaded: CONFIRM.pdf | system |
|  | File Uploaded | request file uploaded: SUBMIT FAX.pdf | system |

| | | | | |
|---|---|---|---|---|
| 05/24/2016 01:15 PM | | | | |
| 05/23/2016 09:19 AM | Status Changed | request status changed from "Held - Need Facility HIPAA" to "Ready to Process" | | bwilliard |
| 05/20/2016 03:41 PM | File Uploaded | HIPAA file uploaded: 5-20-16 Cunningham OSU HIPPA aUTHORIZATION.pdf | | wrahman |
| 05/20/2016 12:52 PM | Message to Client | REMINDER: Please have the patient sign the facility HIPAA authorization that has been uploaded for you in the facility notes. | | AshleyWilliams |
| 05/10/2016 12:58 PM | Status Changed | request status changed from "Ready to Process" to "Held - Need Facility HIPAA" | | AshleyWilliams |
| 05/10/2016 12:52 PM | Message to Client | Please have the patient sign the facility HIPAA authorization that has been uploaded for you in the facility notes. | | AshleyWilliams |
| 05/09/2016 05:51 PM | File Uploaded | HIPAA file uploaded: Pages from CUNNINGHAM, Ken (retainer).pdf | | wrahman |
| 05/09/2016 05:51 PM | Status Changed | request status changed from "New" to "Ready to Process" | | system |

### Request Dates

Ready **05/23/2016**
Submitted **05/24/2016**
Verified
Received
Respond By
Closed

### Main Files

**HIPAA**   5-20-16 Cunningham OSU HIPPA aUTHORIZATION.pdf
*1 page - 686 KB*

**Request**   SUBMIT FAX.pdf
*4 pages - 2 MB*

**Need to upload a HIPAA, Death Certificate, or other file?**

### Upload a File

File *  [            ]  Browse...
File Type  -- select --

[Upload File]

### Request Files

| File | Type | Created |
|---|---|---|
| CONFIRM.pdf<br>*1 page - 793.7 KB* | | 05/24/2016 01:23 PM |
| SUBMIT FAX.pdf<br>*4 pages - 2 MB* | request | 05/24/2016 01:15 PM |
| 5-20-16 Cunningham OSU HIPPA aUTHORIZATION.pdf<br>*1 page - 686 KB* | hipaa | 05/20/2016 03:41 PM |
| Pages from CUNNINGHAM, Ken (retainer).pdf<br>*2 pages - 107.5 KB* | hipaa | 05/09/2016 05:51 PM |

© 2014
Medical Records Express
v0.5.33