# EXHIBIT 7

# Wajih Rahman

| | |
|---|---|
| **From:** | Joshua Leal |
| **Sent:** | Wednesday, May 25, 2016 8:38 AM |
| **To:** | Wajih Rahman |
| **Subject:** | FW: Xarelto PFS |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Joshua R. Leal
Attorney
The Hayes Law Firm
(281) 815-4986

**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Monday, May 16, 2016 1:49 PM
**To:** Joshua Leal <jleal@dhayeslaw.com>
**Subject:** RE: Xarelto PFS

Josh,

Defendants are unable to allow an extension of the deadline in this matter, as it is essential for the plaintiff to establish an alleged injury.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Joshua Leal [mailto:jleal@dhayeslaw.com]
**Sent:** Tuesday, May 10, 2016 12:07 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Subject:** RE: Xarelto PFS

Name is Kenneth Cunningham, 2:15-cv-05497, Lives in Ohio.

Here is the notice we received yesterday (below).  We have already provided the emergency room records that shows the prescription and administration of Xarelto, so issue 1 has already been taken care of.

As far as the name of the prescribing physician and the dosage, that is in the records we produced and we have no problem updating the pfs for that information.

For item no 4, we request additional time to provide additional records.  Although we have already produced the emergency room records and they show how the client reacted to the drug, we requested additional records yesterday from several from 5 other medical facilities.  Once we get these records, we will upload them on the MDL website.  I expect for the providers to take anywhere between 30 to 60 days to get us the records.  Therefore, we ask for another 60 days to supplement the medical records.  Thanks.

core deficiencies in Section 1 of the Amended PFS and does not address all potential deficiencies.

|   | Plaintiff ID | Name | Law Firm | Date of Deficiency Notice |
|---|---|---|---|---|
| 1. | 3916 | CUNNINGHAM, KENNETH D | The Hayes Law Firm, P.C. | 5/9/2016 |

|   | PFS Section # | PFS Question | Deficiency |
|---|---|---|---|
| 1. | I. C. | I. C. Prescription Records | Failure to provide copies of Prescription and/or Pharmacy Records demonstrating use of Xarelto |
| 2. | I. C1. | I. C1. Name of Prescribing Physician | Prescription 1 - Failure to provide first and last name of each prescribing physician identified |
| 3. | I. C1. | I. C1. Prescription Dosage | Prescription 1 - Failure to respond |
| 4. | I. D. | I. D. Medical Records | Failure to provide any Medical Records demonstrating alleged injury |

Joshua R. Leal
Attorney
The Hayes Law Firm
(281) 815-4986

**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Tuesday, May 10, 2016 11:50 AM
**To:** Joshua Leal <jleal@dhayeslaw.com>
**Subject:** RE: Xarelto PFS

Josh,

Please send me the following: Plaintiff name, docket number, Plaintiff state of residence, nature of deficiency, amount of time requested for extension, and circumstances necessitating extension, and I will forward to counsel for Janssen and Bayer. Thanks.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Joshua Leal [mailto:jleal@dhayeslaw.com]
**Sent:** Tuesday, May 10, 2016 11:48 AM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Subject:** Xarelto PFS

Kelly, who can I contact in getting an extension to respond to a notice of deficiency relating to a PFS?  We just got the notice yesterday.   Thanks.

Joshua R. Leal
Attorney
The Hayes Law Firm
(281) 815-4986