# EXHIBIT 8



# The Hayes Law Firm, P.C.

700 Rockmead, Suite 210, Houston, Texas 77339
www.dhayeslaw.com

Joshua R. Leal
(281) 815-4963

jleal@dhayeslaw.com
Fax (832) 575-4759

May 18, 2016

James B. Irwin
400 Poydras St., Suite 2700
New Orleans, LA 70130

Re:   2:15-cv-05497, Kenneth D. Cunningham, Jr., v. Janseen Research & Development LLC, et al. (Plaintiff ID 3916) MDL NO. 2592

Dear Mr. Irwin,

I am writing to request an extension to respond to a notice of deficiency. If the request will not be granted, then I respectfully request a time to meet and confer regarding the matter so I may proceed to file a motion for an extension with the Court. I previously requested an extension from Kelly Brilleaux, but the request was denied without any explanation. I contacted Plaintiff's Liason Counsel, Lenny Davis, to determine if I had to take any additional steps before filing a motion with the Court. He advised me to contact you directly to resolve the matter and to copy him on the correspondence. Therefore, I am following through on the request.

As a brief overview, Mr. Cunningham filed suit this past October 2015 and has not been selected as a bellwether case. Mr. Cunningham timely provided a Plaintiff Fact Sheet and timely responded to any notices of deficiencies that were sent in the past. Further, Mr. Cunningham has signed and provided all authorizations, has provided proof of using Xarelto, and has provided what he believed to be his injury as a result of using Xarelto.

Mr. Cunningham was admitted to Mt. Carmel, was prescribed Xarelto, and he had an adverse reaction to the medication. We have already provided the medical records from Mt. Carmel. Mr. Cunningham states in his Plaintiff Fact Sheet that after taking Xarelto at Mt. Carmel, he experienced internal bleeding. We understood that the records from Mt. Carmel sufficiently identified Mr. Cunningham's injury resulting from Xarelto. On the bates-numbered page Cunningham-Xarelto 119, it states that Xarelto was discontinued since it was causing ineffective anticoagulation. On bated-numbered page Cunningham-Xarelto 102, it states that Mr. Cunningham developed acute hypercoagulability.

<mark>



The Hayes Law Firm, P.C.
P a g e | 2

On May 9, 2015, we received a notice of deficiency on four different topics. We will be able to address three of the four topics within the timeline to cure the deficiency. The fourth topic, however, states that Mr. Cunningham failed to "provide any medical records demonstrating alleged injury." Upon receipt of your notice, we again reviewed the records from Mt. Carmel. Upon further review and research, we understand, based upon the medical records from Mr. Carmel, that Mr. Cunningham's reaction to Xarelto was the development of additional blood clotting. We followed up with Mr. Cunningham and he insists that he developed internal bleeding as a result from using Xarelto.

Therefore, we have requested all medical records from December 1, 2013 until July 1, 2014 from all medical providers that Mr. Cunningham has identified on his Plaintiff Fact that treated him for internal bleeding. We have requested records from five hospitals on the PFS including Coshocton, Knox, MedCentral, Riverside, and OSU. We have also requested records from four medical providers including Dr. Frank, Dr. Denton, Dr. Dorsey, and Dr. Cush.

Furthermore, we have obtained a third party to obtain these records and we can electronically track the development of obtaining all records. Please see the attachment as an example. Since we have requested all records, and a third party is actively following up to obtain the records, then the only items remaining are to receive these records and produce them.

I cannot promise that I will be able to obtain all records by May 31, 2016, since that is out of my control. However, we are doing everything we can to get the records as soon as possible. So far, it is my understanding that Coshocton has mailed the records already and MedCentral just received our payment of their invoice. Also, Dr. Frank has placed the records in the mail and Dr. Denton may be faxing the records over the next couple of days. We are still pursuing the remainder of our requests.

Therefore, I ask that you please grant us a thirty day extension to respond to the notice of deficiency regarding the "proof of injury." I calculate that May 31, 2016 is the date to respond to the notice of deficiency, and we request an extension until June 30, 2016 to produce the entirety of the medical records. Furthermore, we are agreeable to producing the medical records as we receive them. If the request cannot be granted, then I request a meet and confer. If necessary, I plan to file the Motion on May 27, 2016. Therefore, I appreciate your response as soon as possible, and no later than Monday, May 23, 2016. Thank you.

Sincerely,

Joshua R. Leal

CC: Lenny Davis

# Medical Records Express LLC

Your Reliable Source for Medical Records Ordering and Retrieval

| MY ACCOUNT | REQUESTS | INTERVIEWS | RESOURCES | LOG OUT | Request # | Go |

Back to Requests  Create a Duplicate Request

## 16-009373
### Xarelto  Ken Cunningham

Requested **05/09/2016** by **Rahman, Wajih**
**Dates of Service**
12/1/2013-7/1/2014
**Record Types**
Entire medical record
**Submission Method**  Fax

**Mark as Downloaded**

### Send a Message

[ Send ]

**Facility Notes**

Verified 10/13/2015 Ashley W
ATTN: Medical Records
Additional:
*Facility does not accept Electronic Signatures

### Patient
Cunningham, Ken

SSN
Date of Birth
Date of Death
SOL

### Facility
Directory                                                    Original
OhioHealth MedCentral Mansfield Hospital

Phone:
Fax:

Average Time to Acquire: 19 day(s)

**Processing**

### Request Log

| Date | Type | Description | User |
|---|---|---|---|
| 05/18/2016 10:55 AM | Status Changed | request status changed from "Verified Facility Received" to "Processing" | bwilliard |
| 05/18/2016 10:00 AM | Invoice Received | pre-pay | bwilliard |
| 05/17/2016 08:54 AM | Status Changed | request status changed from "Submitted" to "Verified Facility Received" | ddaniels |

| Date | Action | Description | User |
|---|---|---|---|
| 05/17/2016 08:15 AM | Phone Call with Facility | Called [redacted] and reached Medical Records. Spoke with Sylvia who states that the request has been received. She states that the request is currently processing. She states that a prepayment invoice will be sent on 5/17/16. Ciox is their copy service. She was unable to provide the normal turnaround time. | ddaniels |
| 05/16/2016 04:27 PM | Phone Call with Facility | Called [redacted] and reached the voicemail for Becky in Medical Records. The office is currently closed. Left detailed message requesting return phone call. | ddaniels |
| 05/11/2016 01:30 PM | Status Changed | request status changed from "Ready to Process" to "Submitted" | bwilliard |
| 05/11/2016 11:45 AM | File Uploaded | file uploaded: CONFIRM.pdf | system |
| 05/11/2016 11:26 AM | File Uploaded | request file uploaded: SUBMIT FAX.pdf | system |
| 05/09/2016 05:49 PM | File Uploaded | HIPAA file uploaded: Pages from CUNNINGHAM, Ken (retainer).pdf | wrahman |
| 05/09/2016 05:49 PM | Status Changed | request status changed from "New" to "Ready to Process" | system |

## Request Dates

Ready
**05/09/2016**
Submitted
**05/11/2016**
Verified
**05/17/2016**
Received
Respond By
Closed

## Main Files

**HIPAA**    Pages from CUNNINGHAM, Ken (retainer).pdf
*2 pages - 107.5 KB*

**Request**    SUBMIT FAX.pdf
*5 pages - 2.3 MB*

Need to upload a HIPAA, Death Certificate, or other file?

## Upload a File

File * [ Choose File ] No file chosen

File Type [ -- select -- ▼ ]

[ Upload File ]

## Request Files

| File | Type | Created |
|---|---|---|
| CONFIRM.pdf *1 page - 793.7 KB* | | 05/11/2016 11:45 AM |
| SUBMIT FAX.pdf *5 pages - 2.3 MB* | request | 05/11/2016 11:26 AM |
| Pages from CUNNINGHAM, Ken (retainer).pdf *2 pages - 107.5 KB* | hipaa | 05/09/2016 05:49 PM |

© 2014
Medical Records Express
v0.5.33