UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:
CIVIL ACTION NO: 2:15-CV-05497**

KENNETH D. CUNNINGHAM

    Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG

    Defendants.

## NOTICE OF SUBMISSION

Notice is hereby given that Plaintiff, Kenneth C. Cunningham's, Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies will be heard by submission before the Honorable Judge Eldon Fallon on motion date June 22, 2016.

CUNNINGHAM'S NOTICE OF SUBMISSION

Date:  May 27, 2016

                                                  Respectfully submitted,

                                                  The Hayes Law Firm, P.C.

                                                  */s/ Debra B. Hayes*
                                                  Debra B. Hayes
                                                  TX Bar No. 05656790
                                              700 Rockmead, Suite 210
                                              Kingwood, TX  77339
                                              Telephone: (281) 815-4986
                                              Fax: (832) 575-4759
                                              jleal@dhayeslaw.com
                                              dhayes@dhayeslaw.com
                                              **ATTORNEYS FOR KENNETH CUNNINGHAM**

## CERTIFICATE OF SERVICE

     I certify that on May 27, 2016, I electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, and will be served upon counsel of record through MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592.

                                                */s/ Joshua R. Leal*
                                                Joshua R. Leal

CUNNINGHAM'S NOTICE OF SUBMISSION