UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
|---|---|

**THIS DOCUMENT RELATES TO:**
**CIVIL ACTION NO:  2:15-CV-05497**

KENNETH D. CUNNINGHAM
      Plaintiff,
v.
JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG
                   Defendants.

**ORDER**

On this day, the Court considered Plaintiff, Kenneth D. Cunningham's First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies.  After considering the motion, the arguments of counsel and the evidence, the Court is of the Opinion that the Motion should be GRANTED.  It is THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff, Kenneth D. Cunningham is given until July 29, 2016 to respond to Defendants' Notice of Deficiency dated May 9, 2016.

New Orleans, Louisiana, on this ___ day of _____2016.

                                                _____
                                                United States District Judge

ORDER