UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION      :    MDL No. 2592
                                   :
                                   :    SECTION L
                                   :    JUDGE ELDON E. FALLON
                                   :    MAGISTRATE JUDGE NORTH
                                   :
_____:    **JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

*Estate of William Gravley v. Janssen Research & Development, LLC et al, 2:15-cv-03297*
*Louise Holbrook v. Janssen Research & development, LLC et al, 2:15-cv-03847*
*Tamara Hodgman v. Janssen Research & Development, LLC et al,, 2:15-cv-03849*
*Mary Moss v. Janssen Research & Development, LLC et al, 2:15-cv-03851*
*Georgia Schreiner v. Janssen Research & Development, LLC et al, 2:15-cv-03853*
*Annie Seward v. Janssen Research & Development, LLC et al, 2:15-03855*

**MOTION FOR EXTENSION OF TIME WITHIN TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARAMCEUTICALS, INC. AND BAYER PHARMA AG**

COME NOW Plaintiffs in the above-listed actions, through undersigned counsel, and respectfully request that his Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, and that this Court issue an Order granting them thirty (30) days in which to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10.  A memorandum in support of Plaintiffs' Motion is submitted herewith.

Dated: This 27th day of May, 2016

                                                   Respectfully submitted,

                                                   <u>/s/ C. Andrew Childers</u>
                                                   C. Andrew Childers
                                                   Georgia Bar No. 124398
                                                 **CHILDERS, SCHLUETER & SMITH, LLC**
                                                 1932 North Druid Hills Road, NE
                                                 Suite 100
                                                 Atlanta, Georgia 30319
                                                 (404) 419-9500 – telephone
                                                 (404) 419-9501 – facsimile
                                                 achilders@cssfirm.com

                                                 *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        Respectfully submitted,

        /s/ C. Andrew Childers
        C. Andrew Childers
        Georgia Bar No. 124398
        **CHILDERS, SCHLUETER & SMITH, LLC**
        1932 North Druid Hills Road, NE
        Suite 100
        Atlanta, Georgia 30319
        (404) 419-9500 – telephone
        (404) 419-9501 – facsimile
        achilders@cssfirm.com

        *Attorneys for Plaintiff*