UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
: JUDGE ELDON E. FALLON
: MAGISTRATE JUDGE NORTH
:
_____: **JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

*Estate of William Gravley v. Janssen Research & Development, LLC et al, 2:15-cv-03297*
*Louise Holbrook v. Janssen Research & development, LLC et al, 2:15-cv-03847*
*Tamara Hodgman v. Janssen Research & Development, LLC et al,, 2:15-cv-03849*
*Mary Moss v. Janssen Research & Development, LLC et al, 2:15-cv-03851*
*Georgia Schreiner v. Janssen Research & Development, LLC et al, 2:15-cv-03853*
*Annie Seward v. Janssen Research & Development, LLC et al, 2:15-03855*

**NOTICE OF SUBMISSION**

COMES NOW Plaintiffs in the above-listed actions by and through their undersigned counsel, and files this Notice of Submission of Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG.

Signed: May 27, 2016               Respectfully submitted,

/s/ C. Andrew Childers
C. Andrew Childers
Georgia Bar No. 124398
**CHILDERS, SCHLUETER & SMITH, LLC**
1932 North Druid Hills Road, NE
Suite 100
Atlanta, Georgia 30319
(404) 419-9500 – telephone
(404) 419-9501 – facsimile
achilders@cssfirm.com

*Attorneys for Plaintiff*