UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |
| _____ | : | JURY TRIAL DEMANDED |

THIS DOCUMENT RELATES TO:

*Estate of William Gravley v. Janssen Research & Development, LLC et al, 2:15-cv-03297*
*Louise Holbrook v. Janssen Research & development, LLC et al, 2:15-cv-03847*
*Tamara Hodgman v. Janssen Research & Development, LLC et al,, 2:15-cv-03849*
*Mary Moss v. Janssen Research & Development, LLC et al, 2:15-cv-03851*
*Georgia Schreiner v. Janssen Research & Development, LLC et al, 2:15-cv-03853*
*Annie Seward v. Janssen Research & Development, LLC et al, 2:15-03855*

## PROPOSED ORDER

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process

on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG filed by the

above-listed Plaintiffs is hereby GRANTED, and that Plaintiffs' shall have thirty (30) days from

the date of this Order to complete service of process through the streamlined service procedures

for informal service of process set forth in Pre-Trial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
United State District Judge