UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: : | |
| Blessing; Case #: 2:15-cv-6814 | |
| Burlen; Case #: 2:16-cv-375 : | |
| Eason; Case #: 2:16-cv-376 | |
| Eley; Case #: 2:16-cv-378 | |
| Haberern; Case #: 2:16-cv-380 | |
| Marsh; Case #: 2:16-cv-382 | |
| Riecken; Case #: 2:16-cv-384 | |
| Sneider; Case #: 2:16-cv-386 | |
| Vance; Case #: 2:16-cv-387 | |

**ORDER ON MOTION FOR LEAVE TO RE-SERVE
BAYER PHARMA AG PURSUANT TO PTO 10**

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion for Leave to Re-Serve Bayer Pharma AG Pursuant to PTO 10, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED.

2. Plaintiff shall have 30 days from the entry of this Order to effect service on Bayer Pharma AG.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on   May   27th   2016   .

JUDGE ELDON E. FALLON

Cc: All counsel of record