UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION<br>　　　　Plaintiffs,<br><br>　　v.<br><br><br>THIS DOCUMENT RELATES TO:<br><br>HENRY NIESE<br>2:16-cv-00946 | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

　　Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25 (a) (1), hereby informs this Honorable Court of the death of the Plaintiff, Henry Niese ("the Plaintiff). Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and for Leave to Amend Complaint will likely be filed by an independent administrator of Henry Niese's Estate. The Motion to Substitute Party Plaintiff and for Leave to Amend the Complaint may also seek to add wrongful death and survival action claims, in addition to substituting the independent administrator as the party Plaintiff due to the death of Plaintiff Henry Niese.

1

Dated: May 27, 2016

Respectfully submitted,

By: /s/ Willard J. Moody_____
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
will@moodyrrlaw.com

Jonathan A. Hogins, Esquire (VSB #83982)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-4093
jhogins@moodyrrlaw.com
ATTORNEYS FOR THE PLAINTIFFS

I hereby certify that on May 27, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.