UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNIE RANDELL BATIE AND LORETTA LACY BATIE<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | **Civil Action No 2:15-cv-06971** |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiffs in the above-listed action, through undersigned counsel, respectfully request that the Court grant their Motion for Extension of Time Within Which to Serve Process and issue an Order granting them twenty (20) days from the date of granting the Motion within which to serve process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. through the streamlined procedures for informal service of process set forth in Pre-Trial Order No.10. A brief memorandum in support of Plaintiffs' Motion is submitted herewith.

Dated: May 27th, 2016

                                                        Respectfully submitted,

                                                        /s/ Monte Bond
                                                       MONTE BOND
                                                       Texas Bar No.02585625
                                                       Tautfest Bond PLLC
                                                       5151 Belt Line Road, Suite 1000
                                                       Dallas, Texas  75254
                                                       214-617-9980 (Phone)
                                                       214-617-9985 (Fax)
                                                       mbond@tautfestbond.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      This is the 27th day of May, 2016.

                                                                /s/ Monte Bond
                                                             *Attorney for Plaintiffs*