EXHIBIT "A"

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Louisiana

| | |
|---|---|
| Alfredo H. Perez and spouse Hilda Perez, Kristy L. English, Johnnie Randell Batie and spouse Loretta Lacy Batie <br><br> _Plaintiff(s)_ <br><br> v. <br><br> Janssen Research & Development, LLC, <br><br> et al <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:15-cv-6404 L(5) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Monte Bond, Esq.
Tautfest Bond, PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
(214) 617-9980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_William W. Blevins_

_Deputy Clerk's signature_

Date: ____Dec 02 2015____



7014 0510 0000 6775 6227

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Postage
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)

Total

Postmark
Here

Sent To
Bayer Healthcare Pharmaceuticals, Inc.

SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

PS Form 3800, August 2006          See Reverse for Instructions

English     Customer Service     USPS Mobile

Register / Sign In

 USPS.COM

# USPS Tracking®

 Customer Service ›
Have questions? We're here to help.

 Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70140510000067756227

Updated Delivery Day: Friday, December 11, 2015

## Product & Tracking Information

Postal Product:                    Features:
                                   Certified Mail ™

Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 11, 2015 , 9:16 am | Delivered | WILMINGTON, DE 19808 |

Your item was delivered at 9:16 a.m. on December 11, 2015 in WILMINGTON, DE 19808.

| December 10, 2015 , 11:00 am | Business Closed | WILMINGTON, DE 19808 |
| December 10, 2015 , 8:40 am | Out for Delivery | WILMINGTON, DE 19808 |
| December 10, 2015 , 8:39 am | Sorting Complete | WILMINGTON, DE 19808 |
| December 10, 2015 , 5:05 am | Arrived at Unit | WILMINGTON, DE 19808 |
| December 9, 2015 , 7:13 pm | Departed USPS Facility | WILMINGTON, DE 19850 |
| December 9, 2015 , 12:23 pm | Arrived at USPS Facility | WILMINGTON, DE 19850 |
| December 4, 2015 , 8:03 pm | Arrived at USPS Facility | NTX P&DC |

## Track Another Package

Tracking (or receipt) number

70140510000067756227

Track It

Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Alfredo H. Perez and spouse Hilda Perez, Kristy L. English, Johnnie Randell Batie and spouse Loretta Lacy Batie<br><br>_____<br>Plaintiff(s)<br><br>v.<br><br>Janssen Research & Development, LLC,<br><br>et al<br>_____<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 2:15-cv-6404 L(5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Pharma AG
Attn: Eva Gardyan-Eiseniohr
Muellerstrasse 178
13353 Berlin
GERMANY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Monte Bond, Esq.
Tautfest Bond, PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
(214) 617-9980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ____Dec 02 2015____

William W. Blevins

*Deputy Clerk's signature*

USPS® Customs Declaration – CN 22

IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From: Sender's Last Name          First

Bond          Monte

Business

Tautfest Bond

Address

5151 Belt Line Rd Ste 1000

City          State/   ZIP+4®

Dallas          TX          75254

Telephone/Fax or Email

214-617-9980

To: Addressee's Last Name          First

Carolyn Eisenbahr

Business

Bayer Pharma AG

Address

Muellerstrasse 178

City          State/Province          Post Code

13353          Berlin

Country          Telephone/Fax or Email

Germany

2- Shipping Label (left) and Customer Copy (right)

---

**Registered No.**

RE914446167US

Reg. Fee $15.04

Handling Charge $13.95   Return Receipt

Postage $3.85   Restricted Delivery

Received by $0.00

Customer Must Declare $0.00   $32.84   Domestic insurance up to $25,000 is included based on the declared value. International Indemnity is limited. (See Reverse).
Full Value $50.00   cv   12/07/2018

DALLAS TX 75240

Date Stamp
0240
09

OFFICIAL USE

To Be Completed By Post Office

FROM   Monte Bond

Tautfest Bond

5151 Belt line Rd Ste 1000

Dallas   TX   75254

TO   Bayer Pharma AG

Muellerstrasse 178

13353   Berlin

Germany

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form 3806,   Receipt for Registered Mail   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

## Debbie Liska

| | |
|---|---|
| From: | Debbie Liska |
| Sent: | Tuesday, December 08, 2015 6:11 PM |
| To: | 'xareltocomplaints@babc.com' |
| Subject: | Alfredo Perez, et al Complaint |
| Attachments: | Summons #6 - Bayer Pharma AG.pdf; Perez-English- Batie - Joint Complaint - FILED - 2015-12-01.pdf |

Per the Case Management Order regarding service of process, attached is the Summons and Complaint for Alfredo Perez, et al, CA 2:15-cv-6404.

If you have any questions please give me a call.

Thank you.

*Debbie Liska*
Legal Assistant
**Tautfest Bond, PLLC**
5151 Belt Line Road, Suite 1000
Dallas, TX 75254
Ph. 214.617.9980
Fax 214.617.9985
dliska@tautfestbond.com

*Notice: This e-mail message is the property of Tautfest Bond PLLC. The contents of this message and any attachments are confidential and protected by law under the attorney-client privilege, attorney-work-product doctrine, and/or other applicable privileges. If you are not the intended recipient of this message, please forward a copy to dliska@tautfestbond.com and delete the message and its attachments from your computer. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.*

English     Customer Service     USPS Mobile                                    Register / Sign In

**≡USPS.COM**

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: RE491446167US

## Product & Tracking Information                    Available Actions

Postal Product:                    Features:
First-Class Package International Service   Registered Mail    Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 18, 2015 , 11:59 pm | Delivered | GERMANY |

Your item was delivered at 11:59 pm on December 18, 2015.

| December 18, 2015 , 8:42 am | Missed delivery - Scheduled for another delivery attempt today | GERMANY |
| December 17, 2015 , 8:42 am | Customs clearance processing complete | GERMANY |
| December 16, 2015 , 9:17 am | Customs Clearance | GERMANY |
| December 16, 2015 , 9:17 am | Processed Through Sort Facility | GERMANY |
| December 13, 2015 , 7:30 pm | Departed | Frankfurt, GERMANY |
| December 13, 2015 , 3:45 pm | Departed | Madrid, SPAIN |
| December 12, 2015 , 8:35 pm | Departed | New York, UNITED STATES |
| December 12, 2015 , 1:26 pm | Arrived | New York, UNITED STATES |
| December 11, 2015 , 9:57 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| December 10, 2015 , 11:21 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| December 8, 2015 , 5:57 pm | Departed USPS Facility | COPPELL, TX 75099 |
| December 8, 2015 , 5:52 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| December 7, 2015 , 4:40 pm | Acceptance | DALLAS, TX 75240 |

## Track Another Package

Tracking (or receipt) number

RE491446167US

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



**HELPFUL LINKS**

Contact Us
Site Index
FAQs

**ON ABOUT USPS.COM**

About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**

Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**

Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

Search or Enter a Tracking Number

EXHIBIT "B"

| | |
|---|---|
| **From:** | Debbie Liska |
| **To:** | "xareltocomplaints@babc.com" |
| **Subject:** | Xarelto - Alfredo H. Perez, Kristy English, Johnnie Batie |
| **Date:** | Thursday, January 14, 2016 8:41:00 PM |
| **Attachments:** | Perez-English- Batie - Joint Complaint - FILED - 2015-12-01.pdf |
| | Summons #5 - Bayer Healthcare Pharmaceuticals.pdf |
| | English, Kristy - Short Form Complaint with attachments FILED.pdf |
| | Batie, Johnnie- Short Form Complaint with attachments FILED.pdf |

Dear Counsel:

Per the Case Management Order regarding service of process, attached are the Complaint and Summons in connection with Plaintiffs Alfredo H. Perez et al, Case No. 2:15-cv-06404.

If you have any questions please give me a call.

Thank you.


*Debbie Liska*

Legal Assistant
**Tautfest Bond, PLLC**
5151 Belt Line Road, Suite 1000
Dallas, TX 75254
Ph. 214.617.9980
Fax 214.617.9985
dliska@tautfestbond.com


*Notice: This e-mail message is the property of Tautfest Bond PLLC. The contents of this message and any attachments are confidential and protected by law under the attorney-client privilege, attorney-work-product doctrine, and/or other applicable privileges. If you are not the intended recipient of this message, please forward a copy to dliska@tautfestbond.com and delete the message and its attachments from your computer. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.*

**From:**       Debbie Liska
**To:**         "xareltocomplaints@babc.com"
**Subject:**    Xarelto - Alfredo H. Perez, Kristy English, Johnnie Batie
**Date:**       Thursday, January 14, 2016 8:44:00 PM
**Attachments:** Summons #6 - Bayer Pharma AG.pdf
                Perez-English- Batie - Joint Complaint - FILED - 2015-12-01.pdf
                Batie, Johnnie- Short Form Complaint with attachments FILED.pdf
                English, Kristy - Short Form Complaint with attachments FILED.pdf

Dear Counsel:

Per the Case Management Order regarding service of process, attached are the Complaint and Summons in connection with Plaintiffs Alfredo H. Perez et al, Case No. 2:15-cv-06404.

If you have any questions please give me a call.

Thank you.


*Debbie Liska*

Legal Assistant
**Tautfest Bond, PLLC**
5151 Belt Line Road, Suite 1000
Dallas, TX 75254
Ph. 214.617-9980
Fax 214.617-9985
dliska@tautfestbond.com

*Notice:* This e-mail message is the property of Tautfest Bond PLLC. The contents of this message and any attachments are confidential and protected by law under the attorney-client privilege, attorney-work-product doctrine, and/or other applicable privileges. If you are not the intended recipient of this message, please forward a copy to dliska@tautfestbond.com and delete the message and its attachments from your computer. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

EXHIBIT "C"

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Louisiana

| | |
|---|---|
| Alfredo H. Perez and spouse Hilda Perez, Kristy L. English, Johnnie Randell Batie and spouse Loretta Lacy Batie<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>Janssen Research & Development, LLC,<br><br>et al<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:15-cv-6404 L(5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Monte Bond, Esq.
Tautfest Bond, PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
(214) 617-9980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name*

*Deputy Clerk's Signature*

Date: ___Dec 02 2015___

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

9590 9403 0500 5173 9523 70

7014 0510 0000 6775 1031

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  Bayer Healthcare Pharmaceuticals, Inc.
         SOP Department
Street, Apt No.;  Corporation Service Company
or PO Box No.    2711 Centerville Road, Suite 400
City, State, ZIP+4  Wilmington, DE 19808

7014 0510 0000 6775 1031

PS Form 3800, August 2006                See Reverse for Instructions

English     Customer Service     USPS Mobile                                    Register / Sign In

**▨USPS.COM**

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70140510000067751031

Updated Delivery Day: Monday, March 28, 2016

## Product & Tracking Information

Postal Product:                Features:
                               Certified Mail™

Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 28, 2016 , 8:44 am | Delivered | WILMINGTON, DE 19808 |

Your item was delivered at 8:44 am on March 28, 2016 in WILMINGTON, DE 19808.

| | | |
|---|---|---|
| March 28, 2016 , 7:20 am | Arrived at Unit | WILMINGTON, DE 19808 |
| March 27, 2016 , 5:07 am | Departed USPS Facility | WILMINGTON, DE 19850 |
| March 26, 2016 , 4:56 pm | Arrived at USPS Facility | WILMINGTON, DE 19850 |
| March 24, 2016 , 10:05 pm | Departed USPS Facility | NORTH TEXAS PROCESSING AND DISTRIBUTION CENTER |
| March 24, 2016 , 7:29 pm | Arrived at USPS Facility | NORTH TEXAS PROCESSING AND DISTRIBUTION CENTER |
| March 24, 2016 , 5:02 am | Departed USPS Facility | DALLAS, TX 75260 |
| March 23, 2016 , 8:51 am | Arrived at USPS Facility | DALLAS, TX 75260 |

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Louisiana

| | |
|---|---|
| Alfredo H. Perez and spouse Hilda Perez, Kristy L. English, Johnnie Randell Batie and spouse Loretta Lacy Batie<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>Janssen Research & Development, LLC,<br><br>_____<br>*et al*<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  2:15-cv-6404 L(5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer Pharma AG
Attn: Eva Gardyan-Eiseniohr
Muellerstrasse 178
13353 Berlin
GERMANY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Monte Bond, Esq.
Tautfest Bond, PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
(214) 617-9980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ Dec 02 2015

William W. Blevins
*Name*

*Deputy Clerk's Signature*

Registered No. RE140140085US

| | | | Date Stamp |
|---|---|---|---|
| Reg. Fee | $11.14 | | 0240 |
| Handling Charge | $13.95 | Return Receipt | 58 |
| Postage | $3.85 | Restricted Delivery | |
| Received by | $0.00 | | |
| Customer Must Declare Full Value | $0.00 | | 03/22/2016 |

SPRING VALLEY STATION
MAR 2 2 2016
DALLAS TX 75240

Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

DALLAS TX 75240

OFFICIAL USE

FROM
Tautfest Bond PLLC
Attention: Debbie
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
75254

TO
Bayer Pharma AG.
ATTN: Eva Gardyan-Eiseniohr
Muellerstrasse 178
13353 Berlin
GERMANY

PS Form 3806, January 2014 (7530-02-000-9051)
Receipt for Registered Mail          Copy 1 - Customer
For domestic delivery information, visit our website at www.usps.com ®          (See Information on Reverse)

English       Customer Service       USPS Mobile

Register / Sign In

**USPS.COM**

# USPS Tracking®



Customer Service ›
Have questions? We're here to help.



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: RE190146018US

## Product & Tracking Information

| Postal Product: | Features: |
| --- | --- |
| First-Class Package International Service Registered Mail™ | Return Receipt |

### Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| March 31, 2016 , 11:59 pm | Delivered | GERMANY |

Your item was delivered in GERMANY at 11:59 pm on March 31, 2016.

| March 31, 2016 , 8:25 am | Attempted Delivery Abroad | GERMANY |
| March 30, 2016 , 8:25 am | Customs clearance processing complete | GERMANY |
| March 30, 2016 , 7:56 am | Customs Clearance | GERMANY |
| March 30, 2016 , 7:56 am | Processed Through Facility | GERMANY |
| March 27, 2016 , 11:46 am | Departed | Frankfurt, GERMANY |
| March 26, 2016 , 7:48 pm | Departed | New York, UNITED STATES |
| March 26, 2016 , 3:48 pm | Arrived | New York, UNITED STATES |
| March 26, 2016 , 10:26 am | Processed Through Facility | ISC NEW YORK NY(USPS) |
| March 23, 2016 , 5:45 am | Arrived at Facility | ISC NEW YORK NY(USPS) |
| March 23, 2016 , 6:56 pm | Departed USPS Facility | COPPELL, TX 75099 |
| March 23, 2016 , 6:48 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| March 22, 2016 , 1:24 pm | Acceptance | DALLAS, TX 75240 |

## Track Another Package

Tracking (or receipt) number

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›



**EXHIBIT "D"**

| | |
|---|---|
| **From:** | Brown, Lindy |
| **To:** | Monte Bond |
| **Cc:** | Debbie Liska |
| **Subject:** | RE: Xarelto: Perez |
| **Date:** | Monday, May 16, 2016 10:01:42 AM |

Mr. Bond – I cannot agree to an extension of time to serve process on the Bayer defendants.  Lindy



**Lindy D. Brown**
Attorney
e: lbrown@bradley.com  w: bradley.com
d: 601.592.9905 f: 601.592.1405
One Jackson Place, 188 E. Capitol Street, Suite 400
Jackson, MS 39201
LinkedIn | Facebook | Twitter | Instagram | Blogs | My Bio

**From:** Monte Bond [mailto:mbond@tautfestbond.com]
**Sent:** Monday, May 16, 2016 9:50 AM
**To:** Brown, Lindy <lbrown@bradley.com>
**Cc:** Debbie Liska <dliska@tautfestbond.com>
**Subject:** FW: Xarelto: Perez

Dear Ms. Brown:

We never received a response to our email below. Perhaps it was missed.  Please provide a response.


Best regards,
Monte Bond
Tautfest Bond PLLC
5151 Beltline Road
Suite 1000
Dallas, Texas 75254
(214) 617-9998 (O)
(214) 356-2170 (M)
**NOTICE OF CONFIDENTIALITY:** The information contained in and transmitted with this e-mail may be subject to the Attorney-Client and Attorney Work  Product privileges, and is Confidential.  It is intended only for the individuals or entities designated as recipients above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in or transmitted with this e-mail by anyone other than the above addressee is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender immediately.  Please destroy any e-mail erroneously transmitted to

you.

**From:** Monte Bond
**Sent:** Monday, April 25, 2016 5:40 PM
**To:** Brown, Lindy <lbrown@babc.com>
**Cc:** Debbie Liska <dliska@tautfestbond.com>
**Subject:** RE: Xarelto: Perez

Dear Ms. Brown:

We are in receipt of your letters (attached to your email below and the attached email) regarding your claim that Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. were not properly served with process under PTO.  It appears Bayer is objecting to the service of the short form complaint after being properly served with the original docketed bundled complaint and original summons. While we do not agree with this position we also want to avoid needless motion practice and needlessly taxing the Court's limited resources. Therefore, in light of the Court's recent statements regarding service on the Bayer entities and recent orders extending the deadlines set forth in PTO 10 for various Plaintiffs, we suggest that Bayer agree to provide Plaintiffs will have an additional 20 days to serve the Bayer entities listed above with the short form complaint with attachments along with the original summons. If this is agreeable to you please let me know and we will submit an unopposed motion with the court along with the appropriate order.


Best Regards
Monte Bond
Tautfest Bond
214-617-9998 (O)
214-356-2170 (M)


**From:** Brown, Lindy [mailto:lbrown@babc.com]
**Sent:** Thursday, March 31, 2016 12:57 PM

**To:** Monte Bond <mbond@tautfestbond.com>
**Subject:** Xarelto: Perez

Please see attached.

# BRADLEY ARANT
# BOULT CUMMINGS LLP

### Lindy D. Brown
*Attorney*

| | |
|---|---|
| Phone | 601.592.9905 |
| Fax | 601.948.3000 |
| Email | lbrown@babc.com |
| Website | www.babc.com |

**One Jackson Place**
188 E. Capitol Street, Suite 400
Jackson, MS 39201

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.