UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHNNIE RANDELL BATIE AND LORETTA LACY BATIE<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>　　　　　Defendants. | **Civil Action No 2:15-cv-06971** |

## NOTICE OF SUBMISSION

　　　　Please take notice that the Motion for Extension of Time Within Which to Serve Process filed by Plaintiffs in the above-listed action, through his undersigned counsel will be submitted to the Court on Wednesday, the 22nd of June, 2016 at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U. S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: May 27th, 2016

                                      Respectfully submitted,

                                      /s/ Monte Bond
                                      MONTE BOND, Esq.
                                      Texas Bar No.02585625
                                      Tautfest Bond PLLC
                                      5151 Belt Line Road, Suite 1000
                                      Dallas, Texas  75254
                                      214-617-9980 (Phone)
                                      214-617-9985 (Fax)
                                      mbond@tautfestbond.com

                                      **ATTORNEYS FOR PLAINTIFFS**