**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOHNNIE RANDELL BATIE AND LORETTA LACY BATIE<br><br>        Plaintiffs,<br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>        Defendants. | **Civil Action No 2:15-cv-06971** |

**PROPOSED ORDER**

Considering the foregoing Motion for Extension of Time within which to Serve Process:

IT IS HEREBY ORDERED that Plaintiffs in the above listed action shall have twenty (20) days from the date of this Order within which to effect service of process on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc. through the streamlined procedures for informal service of process set forth in Pre-Trial Order No.10.

New Orleans, Louisiana this ___ day of _____, 2016.

                                                   _____
                                                   Honorable Eldon E. Fallon
                                                   U.S. District Court Judge