UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

*Phillip Durham vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-04133

### MOTION FOR EXTENSION OF TIME UNDER PTO 27
### TO PROVIDE CERTAIN
### PLAINTIFF FACT SHEET MEDICAL RECORDS

COMES NOW the plaintiff Phillip Durham, by and through the undersigned counsel, and respectfully moves this Court for an extension of time under PTO 27 to provide certain medical records in connection with Plaintiff's Fact Sheet to July 22, 2016.

Under PTO 27, this case is not in the discovery pool, and the Plaintiff's Fact Sheet deadline is currently May 27, 2016. Plaintiff has submitted the Plaintiff's Fact Sheet and has substantially completed Section 1 of the PFS, and has provided plaintiff's pharmacy records of Xarelto use with the PFS. However, despite numerous requests, the hospital in Kentucky where plaintiff had portions of his colon removed has still not provided the records to counsel for upload. Accordingly, Plaintiff's counsel requests an extension of the time to do so until July 22, 2016.

Plaintiff's counsel is also unaware whether defense counsel is actually already in possession of these same records, as an authorization for the same was provided to defense counsel several months ago.

In support of the motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. This is plaintiff's fourth motion necessitated in this matter. If the records are received while this motion is pending, plaintiff's counsel will upload them to the PFS.

An extension of time is not sought for delay but so that justice may be served.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the time for plaintiff to provide medical records in connection with the Plaintiff Fact Sheet to July 22, 2016.

Dated: May 27, 2016                          Respectfully Submitted,

                                                             THE SCHLEMMER FIRM, LLC

                                                             By:  /S/Paul N. Schlemmer
                                                             Paul N. Schlemmer (NY2895415)
                                                             Attorney for Plaintiff
                                                             830 Third Avenue, 5th Floor
                                                             New York, New York 10022
                                                             (212) 390-8030
                                                             email: paul@schlemmerfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 27th day of March 2016.

                                                             THE SCHLEMMER FIRM, LLC

                                                             BY: /S/ Paul N. Schlemmer
                                                             Paul N. Schlemmer (NY2895415)
                                                             Attorney for Plaintiff
                                                             830 Third Avenue, 5th Floor
                                                             New York, New York 10022
                                                             (212) 390-8030
                                                             email: paul@schlemmerfirm.com