UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

*Phillip Durham vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-04133

## NOTICE OF SUBMISSION

COMES NOW the plaintiff Phillip Durham, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time under PTO 27 to provide certain medical records in connection with Plaintiff's Fact Sheet to July 22, 2016 before the Honorable Judge Eldon E. Fallon on motion date June 22, 2016

Dated: May 27, 2016          Respectfully Submitted,

                                                                    THE SCHLEMMER FIRM, LLC

                                                                    By: _/S/Paul N. Schlemmer
                                                                    Paul N. Schlemmer (NY2895415)
                                                                    Attorney for Plaintiff
                                                                    830 Third Avenue, 5th Floor
                                                                    New York, New York 10022
                                                                    (212) 390-8030
                                                                    email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 27th day of May 2016.

>THE SCHLEMMER FIRM, LLC
>
>BY: /S/ Paul N. Schlemmer
>Paul N. Schlemmer (NY2895415)
>Attorney for Plaintiff
>830 Third Avenue, 5th Floor
>New York, New York 10022
>(212) 390-8030
>email: paul@schlemmerfirm.com