UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 | |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L | |
| } | JUDGE FALLON | |
| } | MAG. JUDGE NORTH | |
| } | | |

This Document relates to:

*Laura Banks vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-03812

### MOTION FOR EXTENSION OF TIME UNDER PTO 27 TO PROVIDE CERTAIN PLAINTIFF FACT SHEET MEDICAL RECORDS

COMES NOW the plaintiff Laura Banks, by and through the undersigned counsel, and respectfully moves this Court for an extension of time under PTO 27 to provide certain medical records in connection with Plaintiff's Fact Sheet to July 22, 2016.

Plaintiff has already complied with PTO 27 by providing a signed Plaintiff's Fact Sheet substantially completing PFS Section 1, has provided pharmacy records of proof of Xarelto use, and medical records demonstrating injury and pulmonary embolism while on Xarelto. However, despite requests to the provider, plaintiff's counsel has still not received medical records from a physician named Dr. Shina in Kentucky whom plaintiff it it believed has additional proof of injury, which necessitates making this motion for an extension of time to obtain and upload the medical records. If the medical records are received during the pendency of the motion, plaintiff's counsel will upload them. Accordingly, Plaintiff's counsel requests an extension of the time to do so until July 22, 2016.

Plaintiff's counsel is also unaware whether defense counsel is actually already in possession of these same records, as an authorization for the same was provided to defense counsel several months ago.

In support of the motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. This is plaintiff's fourth motion necessitated in this matter, however the itemized record remains the only additional proof. If the records are received while this motion is pending, plaintiff's counsel will upload them to the PFS.

An extension of time is not sought for delay but so that justice may be served.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the time for plaintiff to provide medical records in connection with the Plaintiff Fact Sheet to July 22, 2016.

Dated: May 27, 2016

Respectfully Submitted,

THE SCHLEMMER FIRM, LLC

By: /S/Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 27th day of May 2016.

      THE SCHLEMMER FIRM, LLC

      BY: /S/ Paul N. Schlemmer
      Paul N. Schlemmer (NY2895415)
      Attorney for Plaintiff
      830 Third Avenue, 5th Floor
      New York, New York 10022
      (212) 390-8030
      email: paul@schlemmerfirm.com