UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 | |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L | |
| } | JUDGE FALLON | |
| } | MAG. JUDGE NORTH | |
| } | | |

This Document relates to:

    *Laura Banks vs. Janssen Research & Development, LLC et al;*
    Civil Action No. 2:15-cv-03812

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF
TIME UNDER PTO 27 TO PROVIDE CERTAIN MEDICAL RECORDS
IN CONNECTION WITH PLAINTIFF'S FACT SHEET**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time under PTO 27 to provide certain medical records in connection with Plaintiff's Fact Sheet, Plaintiff states the following:

1. The plaintiff filed the above captioned proceeding as a bundled Complaint on behalf of multiple plaintiffs on August 26, 2015, and thereafter filed separate short form Complaints on September 3, 2015 for the individual plaintiffs.

2. Pursuant to PTO 27, this case is not in the discovery pool, and by this Court's Order the PFS deadline is currently May 27, 2016.

3. Plaintiff has already complied with PTO 27 by providing a signed Plaintiff's Fact Sheet substantially completing PFS Section 1, has provided pharmacy records of proof of Xarelto use, and medical records demonstrating injury and pulmonary embolism while on Xarelto. However, plaintiff's counsel has still not received medical records from a physician named Dr. Shina in Kentucky whom plaintiff it it believed has additional proof of injury, which necessitates making this motion for an extension of time to obtain and upload the medical

records. If the medical records are received during the pendency of the motion, plaintiff's counsel will upload them.

4. Also, plaintiff is currently unaware as to whether defense counsel is already actually in possession of the subject medical records, as defendants were also provided with an authorization for the same several months ago.

5. Accordingly, Plaintiff therefore requests an extension of the deadline to July 22, 2016 to allow further time to obtain and upload the medical records in connection with the plaintiff's PFS.

6. While plaintiff believed that the prior request for an extension would provide sufficient time to receive the records, the same have not yet been received. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and will file upload the medical records to the PFS at the centrality website once received.

**WHEREFORE**, Plaintiff's counsel requests an extension of the time for providing medical records in connection with Plaintiff's Fact Sheet to July 22, 2016.

Dated: May 27, 2016

Respectfully Submitted,

THE SCHLEMMER FIRM, LLC

By: _/S/Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 27th day of May 2016.

                                                        THE SCHLEMMER FIRM, LLC

                                                        BY: /S/ Paul N. Schlemmer  
                                                        Paul N. Schlemmer (NY2895415)  
                                                        Attorney for Plaintiff  
                                                        830 Third Avenue, 5th Floor  
                                                        New York, New York 10022  
                                                        (212) 390-8030  
                                                        email: paul@schlemmerfirm.com