UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

*******************************************************************************

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: <br><br> VICTOR DEEB, <br><br>   Plaintiff, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO, LLC JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE, LLC BAYER HEALTHCARE AG, and BAYER AG, <br><br>   Defendants. | * * * * * * * * * * * * * * * * * * * * * * | CASE NO. 2:16-cv-02347 <br><br> JUDGE: E. FALLON <br><br> MAG. JUDGE NORTH <br><br> JURY DEMAND |

*******************************************************************************

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Victor Deeb ("the Plaintiff"). Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and Leave to Amend Complaint will likely be filed by Michael Deeb, the Plaintiff's son and next of kin. The Motion to Substitute Party Plaintiff and For Leave

to Amend the Complaint will also seek to add a survival action claim, in addition to substituting Michael Deeb as party Plaintiff due to the death of Plaintiff, Victor Deeb.

Respectfully Submitted,

/s/Robert T. Naumes, Jr.
Robert T. Naumes, Jr.,
MA BBO# 664826
Jeffrey S. Glassman,
Margaret S. Weiss,
The Law Offices of Jeffrey S. Glassman
One International Place, 18th Floor
Boston, MA 02110
P: (617) 367-2900
F: (617) 722-9999
bnaumes@jeffreysglassman.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2016, a true copy of the foregoing Notice of Suggestion of Death was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/Robert T. Naumes, Jr.