UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :        MDL No. 2592
                                      :
                                      :        SECTION L
                                      :        JUDGE ELDON E. FALLON
                                      :        MAGISTRATE JUDGE NORTH
                                      :
_____:        **JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

Gary Andersen v. Janssen Research & Development, LLC et al, 2:15-cv-03969
Mary Bodden v. Janssen Research & development, LLC et al, 2:15-cv-04409
Robert Emerson v. Janssen Research & Development, LLC et al,, 2:15-cv-04407
Orville Hood v. Janssen Research & Development, LLC et al, 2:15-cv-04416
Joseph Lamanna v. Janssen Research & Development, LLC et al, 2:15-cv-04417
Linda Martin v. Janssen Research & Development, LLC et al, 2:15-04419
Helena Miller v. Janssen Research & Development, LLC et al, 2:15-04421
Edith Paul v. Janssen Research & Development, LLC et al, 2:15-04426
Susan Roschel v. Janssen Research & Development, LLC et al, 2:15-00435
Martha Stubbs v. Janssen Research & Development, LLC et al, 2:15-04428
Bobbie Tawney v. Janssen Research & Development, LLC et al, 2:15-04429
Milan Vojnovich v. Janssen Research & Development, LLC et al, 2:15-04430

**MOTION FOR EXTENSION OF TIME WITHIN TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARAMCEUTICALS, INC. AND BAYER PHARMA AG**

COME NOW, Plaintiffs through undersigned counsel, in the above-listed actions, and respectfully request that his Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG and that this Court issue an Order granting them thirty (30) days from granting of the Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG through the streamlined service

1

procedures for informal service of process set forth in Pre-Trial Order No. 10. A memorandum in support of Plaintiffs' Motion is submitted herewith.

Dated: This 31th day of May, 2016

                                      Respectfully submitted,

                                      /s/ C. Andrew Childers
                                      C. Andrew Childers
                                      Georgia Bar No. 124398
                                      **CHILDERS, SCHLUETER & SMITH, LLC**
                                      1932 North Druid Hills Road, NE
                                      Suite 100
                                      Atlanta, Georgia 30319
                                      (404) 419-9500 – telephone
                                      (404) 419-9501 – facsimile
                                      achilders@cssfirm.com

                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      Respectfully submitted,

/s/ C. Andrew Childers
C. Andrew Childers
Georgia Bar No. 124398
**CHILDERS, SCHLUETER & SMITH, LLC**
1932 North Druid Hills Road, NE
Suite 100
Atlanta, Georgia 30319
(404) 419-9500 – telephone
(404) 419-9501 – facsimile
achilders@cssfirm.com

*Attorneys for Plaintiff*