## UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |
| _____ | : | **JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

*Gary Andersen v. Janssen Research & Development, LLC et al, 2:15-cv-03969*
*Mary Bodden v. Janssen Research & development, LLC et al, 2:15-cv-04409*
*Robert Emerson v. Janssen Research & Development, LLC et al,, 2:15-cv-04407*
*Orville Hood v. Janssen Research & Development, LLC et al, 2:15-cv-04416*
*Joseph Lamanna v. Janssen Research & Development, LLC et al, 2:15-cv-04417*
*Linda Martin v. Janssen Research & Development, LLC et al, 2:15-04419*
*Helena Miller v. Janssen Research & Development, LLC et al, 2:15-04421*
*Edith Paul v. Janssen Research & Development, LLC et al, 2:15-04426*
*Susan Roschel v. Janssen Research & Development, LLC et al, 2:15-00435*
*Martha Stubbs v. Janssen Research & Development, LLC et al, 2:15-04428*
*Bobbie Tawney v. Janssen Research & Development, LLC et al, 2:15-04429*
*Milan Vojnovich v. Janssen Research & Development, LLC et al, 2:15-04430*

## NOTICE OF SUBMISSION

COME NOW Plaintiffs in the above-listed actions, by and through their undersigned counsel, and file this Notice of Submission of Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG.

Signed: May 31, 2016                    Respectfully submitted,

                                        /s/ C. Andrew Childers
                                        C. Andrew Childers
                                        Georgia Bar No. 124398
                                        **CHILDERS, SCHLUETER & SMITH, LLC**
                                        1932 North Druid Hills Road, NE
                                        Suite 100
                                        Atlanta, Georgia 30319
                                        (404) 419-9500 – telephone
                                        (404) 419-9501 – facsimile
                                        achilders@cssfirm.com

                                        *Attorneys for Plaintiff*