UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
 :
 : SECTION L
 : JUDGE ELDON E. FALLON
 : MAGISTRATE JUDGE NORTH
 :
_____: JURY TRIAL DEMANDED

**THIS DOCUMENT RELATES TO:**
*Gary Andersen v. Janssen Research & Development, LLC et al, 2:15-cv-03969*
*Mary Bodden v. Janssen Research & development, LLC et al, 2:15-cv-04409*
*Robert Emerson v. Janssen Research & Development, LLC et al,, 2:15-cv-04407*
*Orville Hood v. Janssen Research & Development, LLC et al, 2:15-cv-04416*
*Joseph Lamanna v. Janssen Research & Development, LLC et al, 2:15-cv-04417*
*Linda Martin v. Janssen Research & Development, LLC et al, 2:15-04419*
*Helena Miller v. Janssen Research & Development, LLC et al, 2:15-04421*
*Edith Paul v. Janssen Research & Development, LLC et al, 2:15-04426*
*Susan Roschel v. Janssen Research & Development, LLC et al, 2:15-00435*
*Martha Stubbs v. Janssen Research & Development, LLC et al, 2:15-04428*
*Bobbie Tawney v. Janssen Research & Development, LLC et al, 2:15-04429*
*Milan Vojnovich v. Janssen Research & Development, LLC et al, 2:15-04430*

## PROPOSED ORDER

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG filed by the above-listed Plaintiffs is hereby GRANTED, and that Plaintiffs' shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
United State District Judge