UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The Court received materials composed of Alla Rhoge's personnel files. The personnel files concern Ms. Rhoge's work performance as an employee of Defendant Janssen during a time period pertinent to the litigation. The Court had an opportunity to review the files in great detail, weighing privacy interests against the Plaintiffs' right to discover relevant material.

Ms. Rhoge is the Associate Director of Regulatory Affairs at Janssen. She was a regulatory representative on the GEMINI program. She established herself as the principal FDA liaison for the A-Fib NDA. She led labelling negotiations as part of the approval process, and led the submission of a subsequent labelling supplement. Because of her position and participation in the development of the drug, the file is discoverable.

However, regardless of the discovery interests at play, the personnel files relevant to the litigation also raise employee privacy interests. The material addresses personal goals, performance evaluations, and salary. Therefore, the personnel files must be placed under seal and used only for purposes of this litigation.

In summary, this material is discoverable. The materials shall be presented forthwith.

[2]

**IT IS ORDERED** that the personnel file of Ms. Rhoge shall be excised of all information which the parties jointly agreed shall be redacted pursuant to PTO 20. The personnel files shall then be produced to the PSC as soon as possible.

New Orleans, Louisiana this 31st day of May, 2016.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE