UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) } MDL No. 2592
}
PRODUCTS LIABILITY LITIGATION } SECTION L
} JUDGE FALLON
} MAG. JUDGE NORTH
}

This Document relates to:

**Nancy Campbell** *v. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:16-cv-1481**

## SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Nancy Campbell, which occurred on October 24, 2015. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Nancy Campbell's estate.

Dated: June 1, 2016                    Respectfully Submitted,

                                       /s/ Jacob Levy

                                       Jacob Levy
                                       Gray & White
                                       713 E. Market St. #200
                                       Louisville, KY 40202

### CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 1st day of June 2016.

                                       /s/ Jacob Levy
                                       Gray & White