UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 |
| } | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L |
| } | JUDGE FALLON |
| } | MAG. JUDGE NORTH |
| } | |

This Document relates to:

**Nancy Campbell** *v. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:16-cv-1481**

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

Comes now Plaintiff, Nancy Campbell, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to replace Plaintiff Nancy Campbell with Tamera Back, Personal Representative of the Estate of Nancy Campbell.

1. Plaintiff passed away on October 24, 2015, as reported to the Court in the Suggestion of Death filed June 1, 2016.

2. On January 7, 2016 the Perry County District Court Judge of the Probate Division entered an order naming Tamera Back the Administratrix of the Estate of Nancy Campbell.

3. Thus, as death does not extinguish her cause of action, Plaintiff moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Tamera Back, Personal Representative of the Estate of Nancy Campbell as the named party in the place of Nancy Campbell.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and that the Court direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: June 1, 2016                Respectfully Submitted,

                                   /s/ Jacob Levy
                                   Jacob Levy

        Gray & White
        713 E. Market St. #200
        Louisville, KY 40202

**CERTIFICATE OF SERVICE**

    I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 1st day of June 2016.

        <u>/s/ Jacob Levy</u>
        Gray & White