UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          (     MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION         (
                                      (     SECTION: L
                                      (
                                      (     JUDGE FALLON
                                      (
                                      (     MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Nathaniel Bowens v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-CV-07160**

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

After considering Plaintiff's Motion for Leave to File a Reply Brief in Support of Plaintiff's First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, the Court finds that the motion should be granted.

It is, therefore, ORDERED that the Clerk of the Court is to file Plaintiff's Reply Brief in Support of (full name of motion) among the papers on file in this Civil Action.

SIGNED this   31st   day of     May     2016.

                                                       _____
                                                       Hon. Eldon Fallon
                                                       United States District Court Judge