UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Nathaniel Bowens v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-CV-07160**

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW, Plaintiff Nathaniel Bowens, by and through undersigned counsel, and respectfully moves the Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline. The deadline is presently set for May 9, 2016. Plaintiff's counsel requests a 60-day extension of the deadline to July 8, 2016.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff's counsel is waiting for various health-care providers to respond to outstanding requests for additional medical records.

This is Plaintiff's first request for an extension of time. A sixty-day extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deficiency Deadline until July 8, 2016.

Date: May 9, 2016                                        Respectfully submitted,

                                                         By: Lisa Causey-Streete
                                                         Lisa Causey-Streete (#33767)

SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
lcausey@salim-beasley.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiff's First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Date: May 9, 2016

/s/ Lisa Causey-Streete
Lisa Causey-Streete