UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         *     MDL No. 2592
PRODUCTS LIABILITY LITIGATION        *
                                     *     SECTION L
                                     *     JUDGE ELDON E. FALLON
                                     *     MAGISTRATE JUDGE NORTH

**************************************
THIS DOCUMENT RELATES TO:

*LINDA STEVENS, v. Janssen Research & Development, LLC, et al;*
*LAED USDC No 2:16-cv-00146-EEF-MBN*

# ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff Mack Kilpatrick be and the same is hereby **GRANTED**, and the Clerk of the Court is directed to file the First Amended Short Form Complaint into the record in this matter.

New Orleans, Louisiana this  31st  day of      May     , 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge