UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*Charles Lentz. v. Janssen Research & Development, LLC, et al* (2:15-cv-01632)

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice, R. Doc. 3045, is hereby GRANTED IN PART and that Plaintiff's claims against all defendants in Charles Lentz. v. Janssen Research & Development, LLC, et al (2:15-cv-01632) are hereby DISMISSED, **with prejudice**, each party to bear their own costs.

IT IS FURTHER ORDERED that this dismissal shall not prejudice Plaintiff's parallel lawsuit, 2:15-cv-2147.

New Orleans, Louisiana this 1st day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE