UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO:** *Gary Hanson, Sr. v. Janssen Research & Development, LLC, et al.* Civil Action No. *2:16-cv-00854* | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion to Voluntarily Dismiss Without Prejudice is granted.

This action is hereby DISMISSED without prejudice to the plaintiff's right to refile. All costs shall be taxed against the party incurring same.

Pursuant to PTO 11B, The Clerk of Court is directed not to docket the voluntary dismissal or close the case of until such filing fee has been paid.

New Orleans, Louisiana, this ___1st___ day of ___June___, 2016

_____
UNITED STATES DISTRICT JUDGE