**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS DOCUMENT RELATES TO:**
*THOMAS POLAKIEWICZ*: No. 2:15-CV-2878-EEF-MBN

## ORDER

Upon review of Plaintiff's Motion to Dismiss Without Prejudice, R. Doc. 3047, and finding it both unopposed and in compliance with Pretrial Orders 24 and 24A,

**IT IS ORDERED** that Plaintiff's Motion to Dismiss Without Prejudice, R. Doc. 3047, is hereby **GRANTED**.

New Orleans, Louisiana this 1st day of June, 2016.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE