UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

*************************************************

THIS DOCUMENT RELATES TO:
    ALL CASES

## ORDER

Upon receiving notice from the parties, the Court finds it appropriate to reschedule the oral argument concerning the Defendants' Motion for Protective Order and to Enforce Pretrial Order No. 12. R. Doc. 3296. Therefore,

**IT IS ORDERED** that the oral argument regarding the Defendants' Motion for Protective Order and to Enforce Pretrial Order No. 12 shall be held on Friday, June 10, 2016, at 11:00 a.m.

New Orleans, Louisiana, this 1st day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE