UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>MARY CARNEY,<br><br>2:16-cv-01483-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## MOTION TO AMEND FIRST JOINT COMPLAINT AND INDIVIDUAL SHORT FORM COMPLAINT

COMES NOW Counsel for Plaintiff, Mary Carney, respectfully move this court for leave to file the First Amended Joint Complaint and Individual Short Form Complaint in this action for adding Daniel Carney as a Plaintiff with a loss of consortium claim and adding this claim as subsection (b) to paragraph 7 in the forms attached hereto as Exhibits A and B in accordance with Fed. R. Civ. P. 15(a)(2).

1. Plaintiff Mary Carney case was filed in a Joint Complaint on February 14, 2016 (*Anita R. Alvarez, et al. v. Janssen Research & Development LLC, et al.*, 2:16-cv-01277-EEF-MBN [Doc. 1]).

2. On February 19, 2016, a Severance Order was issued for the Joint Complaint *Anita R. Alvarez, et al. v. Janssen Research & Development LLC, et al.*, 2:16-cv-01277-EEF-MBN [Doc. 5].

3. On February 22, 2016, Plaintiff Mary Carney filed her Short Form Complaint (*Mary Carney v. Janssen Research & Development LLC*, 2:16-cv-01483-EEF-MBN [Doc. 1]).

4. All active Defendants have been served with process.

5. On March 2, 2016, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

6. On March 4, 2016, Defendant Bayer Pharma AG was served by registered mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

7. On March 29, 2016, Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC and Johnson & Johnson Company executed Waivers of Service pursuant to Rule 4(d).

8. On April 14, 2016, Plaintiff's counsel was informed by Plaintiff Mary Carney that her husband, Daniel Carney had a loss of consortium claim due to her injuries from Xarelto.

WHEREFORE, Counsel for Plaintiff, Mary Carney, respectfully request the Court grant leave for Plaintiff, Mary Carney to file the First Amended Joint Complaint and Individual Short Form Complaint in this action in the forms attached hereto as Exhibits A and B and directing the Clerk of the Court to enter the Amended Joint and Short Form Complaints into the record of this matter.

Dated: June 1, 2016

Respectfully submitted,

By: s/Emanuella J. Paulos
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502

(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

3

**CERETIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 1st day of June, 2016.

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
