# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>MARY CARNEY,<br><br>2:16-cv-01483-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## PROPOSED ORDER

This matter having come before the Court on the Motion for Leave to File the First Amended Joint Complaint and Individual Short Form Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff, Mary Carney's Motion is GRANTED. Plaintiffs are hereby granted leave to file the First Amended Joint Complaint and Individual Short Form Complaint tendered with their Motion, and the Clerk of the Court is ordered to file the First Amended Joint Complaint and Individual Short Form Complaint into the records of this matter.

Entered this _____ day of _____, 2016

_____
HONORABLE DISTRICT JUDGE FALLON