# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :   MDL No. 2592
                                   :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
_____:  MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

MARY CARNEY and DANIEL CARNEY,

**AMENDED SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Amended Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiffs, Mary Carney and Daniel Carney, are identified more fully in Paragraph 7 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiffs.

3. Individual Plaintiffs, Mary Carney and Daniel Carney, herein reside at 120 Oak Hill Drive, Benwood WV 26031.

4. The Xarelto User, Mary Carney resides (or if deceased, resided at the time of death) at 120 Oak Hill Drive, Benwood WV 26031.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiffs.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiffs.

Dated: June 1, 2016

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

## **CERETIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 1st day of June, 2016.

By: s/Emanuella J. Paulos_____  
Emanuella J. Paulos
