## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ANN M. BOSTON,<br><br>2:16-cv-01204-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

### MOTION TO WITHDRAW PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, Ann M. Boston, by and through undersigned counsel, and respectfully moves this Court to withdraw the previously filed Motion for an Extension of Time to submit her Plaintiff Fact Sheet Deficiencies. Plaintiff's counsel has agreed to an extension with Defense counsel on this matter. Accordingly, Plaintiff requests that the previously filed Motion to Extend be withdrawn.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to Withdraw the Motion for Extension of Time to Submit Plaintiff Fact Sheet filed on May 12, 2016.

Dated: June 1, 2016

        Respectfully submitted,

        By: s/Emanuella J. Paulos_____
        Emanuella J. Paulos (FL Bar 99010)
        Brian H. Barr (FL Bar 493041)
        Neil E. McWilliams Jr. (FL Bar 16174)
        LEVIN, PAPANTONIO, THOMAS,
        MITCHELL, RAFFERTY &
        PROCTOR, P.A.

316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

2

## **CERETIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Motion to Withdraw Plaintiff's First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Date:   June 1, 2016                                                            By: s/Emanuella J. Paulos_____
                                                                                                         Emanuella J. Paulos (FL Bar 99010)