# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ANN M. BOSTON,<br><br>2:16-cv-01204-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

COMES NOW the Plaintiff Ann M. Boston, by and through undersigned counsel, and files this Notice of Submission of Motion to Withdraw Plaintiff's Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies before the Honorable Judge Eldon E. Fallon.

Dated: June 1, 2016

                                                Respectfully submitted,

                                                By: s/Emanuella J. Paulos
                                                Emanuella J. Paulos (FL Bar 99010)
                                                Brian H. Barr (FL Bar 493041)
                                                Neil E. McWilliams Jr. (FL Bar 16174)
                                                LEVIN, PAPANTONIO, THOMAS,
                                                MITCHELL, RAFFERTY &
                                                PROCTOR, P.A.
                                                316 South Baylen Street, Suite 600
                                                Pensacola, Florida 32502
                                                (850) 435-7059
                                                (850) 435-7020 (Fax)
                                                bbarr@levinlaw.com
                                                nmcwilliams@levinlaw.com
                                                epaulos@levinlaw.com

                                                *Attorneys for the Plaintiffs*

2

**CERETIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 1st day of June, 2016.

By: s/Emanuella J. Paulos_____<br>
Emanuella J. Paulos (FL Bar 99010)

2