UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| **THIS DOCUMENT RELATES TO:** | SECTION: L |
| ANN M. BOSTON, | JUDGE: ELDON E. FALLON |
| 2:16-cv-01204-EEF-MBN | MAG. JUDGE MICHAEL NORTH |

## ORDER

THIS MATTER, having come before the Court is Plaintiff, Ann M. Boston's Motion to Withdraw Plaintiff's First Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEARBY ORDERED that Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is hereby GRANTED.

Dated: _____

Hon. Eldon Fallon
United States District Court Judge