UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Richard Barrera v. Janssen Research & Development LLC, et. al.*, 2:16-cv-02005
*Shellie Jacobs v. Janssen Research & Development LLC, et al.*, 2:16-cv-02006
*Mary Laurell v. Janssen Research & Development LLC, et al.*, 2:16-cv-02007
*Dessie Pickens v. Janssen Research & Development LLC, et al.*, 2:16-cv-02008
*Frank Shirley v. Janssen Research & Development LLC, et al.*, 2:16-cv-02009
*Sharon Thomas v. Janssen Research & Development LLC, et al*, 2:16-cv-02011

**BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER PHARMA AG
AND BAYER HEALTHCARE PHARMACUETICALS, INC.**

COME NOW Plaintiffs, through undersigned counsel, in the above-captioned actions and hereby submit their Brief in support of Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG and Bayer HealthCare Pharmaceuticals, Inc. ("Defendants"), for an additional thirty (30) days through the streamlined process set forth in Pre-Trial Order ("PTO") No. 10.

**I. BACKGROUND**

On February 11, 2016, Plaintiffs filed a Joint Complaint against Defendants and were assigned Case No. 2:16-cv-01233, *Julia Abenila, et al., v. Janssen Research & Development, LLC, et al.* On February 18, 2016, pursuant to PTO No. 11, the Joint Complaint was severed into separate individual cases.

In accordance with PTO No. 11, Plaintiffs Richard Barrera, Shellie Jacobs, Mary Laurell, Dessie Pickens, Frank Shirley, and Sharon Thomas filed separate, Short Form Complaints on March 9, 2016, and were assigned the above-captioned case numbers.

On April 18, 2016 and April 19, 2016, service of process was made through the streamlined process set forth in PTO No. 10. The service of process was made within the sixty (60) days of filing of the Short Form Complaints. On May 11, 2016, Defendants' Counsel notified the undersigned counsel through electronic correspondence that service was deficient and that waiver of proper service would not be waived. Plaintiffs' counsel inadvertently calendared the sixty (60) day period with which to utilize the streamlined process from the date the Short Form Complaint was filed, rather than the Joint Complaint docketing date. Therefore, the service of process through Registered Mail to Defendant Bayer Pharma AG, and certified mail to Defendant Bayer HealthCare Pharmaceuticals, Inc., was effected one week late due to an inadvertence.

While the Plaintiff Fact Sheets and records have not yet been filed, they are still set to be timely served within the timeline set forth in PTO No. 27. Additionally, the undersigned counsel has already received two waivers of service from remaining Defendants in the above-captioned cases.[1]

## II. LAW AND ANALYSIS

Fed. R. Civ. P. 4(m) establishes the procedures for notifying defendants that a lawsuit has been filed against them and requires a summons to alert defendants that they have a limited time with which to respond. If a defendant is not served within the proper time period after the

---

[1] Counsel for Johnson & Johnson, Janssen Pharmaceuticals, Janssen Ortho, LLC, and Janssen Research & Development, LLC, executed Waivers of Service of Summons for Plaintiff Frank Shirley on May 19, 2016, and for Plaintiff Dessie Pickens on May 17, 2016.

complaint is filed, Rule 4(m) allows the Court to either dismiss the action without prejudice, or in the alternative, order that service be made within a specified time period. If the Plaintiff shows good cause, the Court may extend the time for an appropriate period. Fed. R. Civ. P 4(m). Additionally, Rule 4(m) has been interpreted to "broaden a district court's discretion by allowing it to extend the time for service even when a Plaintiff fails to shows good cause." *Thompson v. Brown*, 91 F.3d 20, 21 (5th Cir. 1996).

The Plaintiffs have shown their intention to pursue their claim, and will continue to demonstrate this intention to Defendants by filing the Plaintiff Fact Sheets in a timely manner under PTO No. 27. On May 11, 2016, Counsel for Defendants made it known that the service was deficient. It was purely through inadvertent error, by calculating a different filing date, that the service of the complaint was effected one week late of the streamlined process under PTO No. 10.

The Plaintiffs were not acting in bad faith, rather they have made every attempt to comply with the filing deadlines when the original complaints were served. Furthermore, Defendants have been served with hundreds, if not thousands, of identical complaints and PFS's. Because this MDL involves thousands of similarly situated Plaintiffs who have filed claims alleging facts, circumstances, and theories of recovery virtually identical to the lawsuit filed by these Plaintiffs, no actual prejudice has or will occur to Defendants by the Court granting relief sought herein. The Plaintiffs now respectfully request that this Honorable Court grant a permissive extension of time as allowed by the Court's discretionary power provided by Rule 4(m).

## III. CONCLUSION

In light of the foregoing, the Plaintiffs respectfully request an Order from this Court granting them thirty (30) days from the date the Order is entered within which to provide streamlined service of process on Defendants Bayer Pharma AG and Bayer HealthCare Pharmaceuticals, Inc. Plaintiffs have shown that no party herein will be prejudiced, nor will any MDL processes be adversely affected by the granting of the relief sought herein.

Dated: June 1, 2016                                     Respectfully submitted,

**CUTTER LAW, P.C.**

/s/ C. Brooks Cutter_____
C. Brooks Cutter
401 Watt Ave.
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of sub filing to all attorneys of record.

/s/ C. Brooks Cutter_____
C. Brooks Cutter