UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Richard Barrera v. Janssen Research & Development LLC, et. al.*, 2:16-cv-02005
*Shellie Jacobs v. Janssen Research & Development LLC, et al.*, 2:16-cv-02006
*Mary Laurell v. Janssen Research & Development LLC, et al.*, 2:16-cv-02007
*Dessie Pickens v. Janssen Research & Development LLC, et al.*, 2:16-cv-02008
*Frank Shirley v. Janssen Research & Development LLC, et al.*, 2:16-cv-02009
*Sharon Thomas v. Janssen Research & Development LLC, et al*, 2:16-cv-02011

## NOTICE OF SUBMISSION

COMES NOW Plaintiffs, by and through undersigned counsel, and files this Notice of Submission of their Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG and Bayer HealthCare Pharmaceuticals, Inc., accompanied by a Brief in Support of Plaintiffs' Motion, before the Honorable Judge Eldon E. Fallon. This Motion will be submitted to the Court on Wednesday, June 22, 2016, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, Courtroom C468, New Orleans, LA.

Dated: June 1, 2016

Respectfully submitted,

**CUTTER LAW, P.C.**

/s/ C. Brooks Cutter
C. Brooks Cutter
401 Watt Ave.
Sacramento, CA 95864
Telephone: (916) 290- 9400
Facsimile: (916) 588-9330
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2016, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ C. Brooks Cutter__
C. Brooks Cutter