UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Carol Baird* | *2:15-cv-05753* |
| *Wayne Bell and Beverly Bell;* | *2:15-cv-06135* |
| *August Blank and Rosalie Blank;* | *2:15-cv-06145* |
| *Danny Bowman and Kathleen Bowman;* | *2:15-cv-06147* |
| *Susan Cole, Individually and o/b/o Grady Cole;* | *2:15-cv-06152* |
| *Doreen Deock, Individually and o/b/o Dorothea Deock;* | *2:15-cv-06154* |
| *Francis Ellis, Individually and o/b/o Robert Ellis;* | *2:15-cv-06155* |
| *Lucy Falco;* | *2:15-cv-06157* |
| *Walter Green and Linda Green;* | *2:15-cv-06162* |
| *M. Evelyn Guertin;* | *2:15-cv-06163* |
| *Howard Helms, Individually and o/b/o Mamie Helms;* | *2:15-cv-06164* |
| *Kimberly Jackson and Donald Jackson;* | *2:15-cv-06165* |
| *Selina Jackson and James Jackson;* | *2:15-cv-06166* |
| *Thomas Luckern;* | *2:15-cv-06169* |
| *Adlai Mast and Sandra Mast;* | *2:15-cv-06170* |
| *Wilma Matthews;* | *2:15-cv-06171* |
| *David Harshbarger, Individually and o/b/o Noreen McMurray;* | *2:15-cv-06174* |
| *Patricia Reynolds* | *2:15-cv-06175* |
| *Louis Schell* | *2:15-cv-06176* |
| *William Schroff* | *2:15-cv-06178* |
| *Terry Senders and Gwen Senders* | *2:15-cv-06179* |
| *Cynthia Shaw* | *2:15-cv-06181* |
| *Richard Skinner and Mary Skinner* | *2:15-cv-06182* |
| *Genevieve Tartaglia* | *2:15-cv-06183* |
| *Lucy White* | *2:15-cv-06185* |
| *Robin White* | *2:15-cv-06187* |
| *Melvin Wilburn, Individually and o/b/o Becky Wilburn* | *2:15-cv-06188* |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARAMCEUTICALS, INC. AND BAYER PHARMA AG**

1

COME NOW, Plaintiffs through undersigned counsel, in the above-listed actions, and respectfully request that this Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendants **Bayer Healthcare Pharmaceuticals, Inc.** and **Bayer Pharma AG** and that this Court issue an Order granting them thirty (30) days from granting of the Motion for Extension of Time Within Which to Serve Process on Defendants **Bayer Healthcare Pharmaceuticals, Inc.** and **Bayer Pharma AG** through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10. A memorandum in support of Plaintiffs' Motion is submitted herewith.

Dated: This 1st day of June, 2016

                                              Respectfully submitted,

                                              MURPHY LAW FIRM

                                              *s/Peyton P. Murphy*
                                              PEYTON P. MURPHY (LA # 22125)
                                              7035 Jefferson Highway
                                              Baton Rouge, LA  70806
                                              Telephone: (225) 928-8800
                                              Facsimile: (225) 928-8802
                                              Email: peyton@murphylawfirm.com

                                              *s/Todd C. Comeaux*
                                              TODD C. COMEAUX (LA # 23453)
                                              4880 Bluebonnet Blvd., Suite A
                                              Baton Rouge, LA  70809
                                              Telephone: (225) 706-9000
                                              Facsimile: (225) 706-9001
                                              Email: tc@comeauxlawfirm.com

                                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2016 a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

*s/ Peyton P. Murphy*
Peyton P. Murphy