UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Carol Baird* | *2:15-cv-05753* |
| *Wayne Bell and Beverly Bell;* | *2:15-cv-06135* |
| *August Blank and Rosalie Blank;* | *2:15-cv-06145* |
| *Danny Bowman and Kathleen Bowman;* | *2:15-cv-06147* |
| *Susan Cole, Individually and o/b/o Grady Cole;* | *2:15-cv-06152* |
| *Doreen Deock, Individually and o/b/o Dorothea Deock;* | *2:15-cv-06154* |
| *Francis Ellis, Individually and o/b/o Robert Ellis;* | *2:15-cv-06155* |
| *Lucy Falco;* | *2:15-cv-06157* |
| *Walter Green and Linda Green;* | *2:15-cv-06162* |
| *M. Evelyn Guertin;* | *2:15-cv-06163* |
| *Howard Helms, Individually and o/b/o Mamie Helms;* | *2:15-cv-06164* |
| *Kimberly Jackson and Donald Jackson;* | *2:15-cv-06165* |
| *Selina Jackson and James Jackson;* | *2:15-cv-06166* |
| *Thomas Luckern;* | *2:15-cv-06169* |
| *Adlai Mast and Sandra Mast;* | *2:15-cv-06170* |
| *Wilma Matthews;* | *2:15-cv-06171* |
| *David Harshbarger, Individually and o/b/o Noreen McMurray;* | *2:15-cv-06174* |
| *Patricia Reynolds* | *2:15-cv-06175* |
| *Louis Schell* | *2:15-cv-06176* |
| *William Schroff* | *2:15-cv-06178* |
| *Terry Senders and Gwen Senders* | *2:15-cv-06179* |
| *Cynthia Shaw* | *2:15-cv-06181* |
| *Richard Skinner and Mary Skinner* | *2:15-cv-06182* |
| *Genevieve Tartaglia* | *2:15-cv-06183* |
| *Lucy White* | *2:15-cv-06185* |
| *Robin White* | *2:15-cv-06187* |
| *Melvin Wilburn, Individually and o/b/o Becky Wilburn* | *2:15-cv-06188* |

**PROPOSED ORDER**

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG filed by the above-listed Plaintiffs is hereby GRANTED, and that Plaintiffs' shall have thirty (30) days from the

date of this Order to complete service of process through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
United State District Judge