UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:**<br><br>Shirley Johnson v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.<br><br>No. 2:16-cv-06528 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**PLAINTIFF SHIRLEY JOHNSON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER HEALTHCARE LLC**

TAKE NOTICE that Plaintiff Shirley Johnson, by and through her attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses his Action solely against Bayer Healthcare LLC without prejudice. Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i) and Bayer Healthcare LLC has not been served nor otherwise filed an Answer or Motion for Summary Judgment, no Court order is required or requested. The filing of this Notice of Voluntary Dismissal as to Bayer Healthcare LLC is not intended to have any effect on any claims against any other Defendants in this action or any of the other bundled plaintiffs originally filed in this action.

Dated: June 3, 2016

                                          Respectfully submitted,

                                          COUNSEL FOR THE PLAINTIFF

BY:    s/ Thomas T. Merrigan
           Thomas T. Merrigan, BBO # 343480
           tom@sweeneymerrigan.com
           Peter M. Merrigan, BBO # 673272
           peter@sweeneymerrigan.com
           Jonathan Tucker Merrigan, BBO #681627
           tucker@sweeneymerrigan.com
           **SWEENEY MERRIGAN LAW**
           268 Summer Street, LL
           Boston, MA 02210
           617 391 9001 (telephone)
           617 357 9001 (fax)

## Certificate of Service

The undersigned hereby certifies the foregoing was filed with the Court on June 3, 2016, through the Court's CM/ECF system which will serve all counsel of record.

/s/ Thomas T. Merrigan