UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Sharon Erler v. Janssen Research & Development, LLC, et al.*, 2:15-cv-04658
*Michael Davis v. Janssen Research & Development, LLC, et al.*, 2:15-cv-03201

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER PHARMA AG AND BAYER HEALTHCARE PHARMACEUTICALS INC.**

COME NOW Plaintiffs, through undersigned counsel, in the above-captioned actions and respectfully requests that this Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Pharma AG and Bayer HealthCare Pharmaceuticals Inc. and that this Court issue an Order granting them an additional thirty (30) days from the granting of the Motion within which to serve process on Defendants Bayer Pharma AG and Bayer HealthCare Pharmaceuticals Inc., through the streamlined service set forth in Pre-Trial Order No. 10. A Brief in support of Plaintiffs' Motion is submitted herewith.

Dated: June 3, 2016                               Respectfully Submitted,

                                                  **CUTTER LAW, P.C.**

                                                  /s/ C. Brooks Cutter_____
                                                  C. Brooks Cutter
                                                  401 Watt Ave.
                                                  Sacramento, CA 95864
                                                  Telephone: (916) 290-9400
                                                  Fax: (916) 588-9330
                                                  *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2016, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ C. Brooks Cutter
C. Brooks Cutter