UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Archer et al. v. Janssen Research & Development LLC, et al.*
Civil Action No.: 2:1-cv-06495

## PLAINTIFFS' EX PARTE MOTION TO AMEND JOINT COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), plaintiff seeks leave to file the Amended Joint Complaint that is attached as Exhibit 1.

Plaintiff seeks to amend the caption, wherein plaintiff Helen Camacho has been changed to Ysaura Camacho.

Additionally, Plaintiff respectfully moves this Court to correct certain plaintiff specific allegations. Specifically, in paragraph 5 of the Joint Complaint, Plaintiff seeks to add a claim for plaintiff Robert Calabrese's spouse, Doris Calabrese.

1

**WHEREFORE**, for the reasons set forth above, Plaintiff respectfully moves the Court for leave to correct the first name of Ms. Camacho in the caption and to correct the single, plaintiff-specific allegation described above.

Dated:  June 3, 2016                                    Respectfully submitted,

By:  */s/ Lauren E. Burbol*

Adam P. Slater
Jonathan Schulman
Lauren E. Burbol
SLATER SLATER SCHULMAN LLP
445 Broadhollow Road, Suite 334
Melville, New York 11747
Phone: (212) 922-0906
Fax: (212) 922-0907
aslater@sssfirm.com
jschulman@sssfirm.com
lburbol@sssfirm.com
*Attorneys for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Motion to Amend Joint Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 3rd day of June 2016.

                                                          _/s/ Lauren E. Burbol_____
                                                             Lauren E. Burbol