UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Archer et al. v. Janssen Research & Development LLC, et al.*
Civil Action No.: 2:1-cv-06495

## ORDER

It is hereby ORDERED that Plaintiff's Motion to Amend Joint Complaint is hereby granted. The Clerk of Court is directed to file the Amended Joint Complaint attached as Exhibit 1 to the Plaintiff's Motion.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE