UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 <br> *  SECTION L <br> * <br> *  JUDGE ELDON E. FALLON <br> * <br> *  MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*Teresa Foret* **Case No. 16-cv-764**
*Emma Gulledge* **Case No. 16-cv-1142**
*John Hennessey* **Case No. 16-cv-1143**
*James Hinton* **Case No. 15-cv-6544**

## ORDER

Due to the issuance of PTO 24 and 24A, the Court finds it appropriate to order the parties to revisit the Motions for Voluntary Dismissal in the above-captioned cases. *See* R. Docs. 2918, 3130, 3131, 3218. Therefore,

**IT IS ORDERED** that counsel for the plaintiffs shall move to amend or supplement the above-referenced motions so that they are in compliance with PTOs 24 and 24A.

**IT IS FURTHER ORDERED** that oral argument shall be heard concerning the above-referenced motions following the Xarelto monthly status conference set for Friday, June 24, 2016. Parties who intend to appear telephonically may contact the Court to receive call-in information.

New Orleans, Louisiana this 2nd day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE