UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE SHUSHAN |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court has been informed by the parties that the telephone status conference set for Thursday, June 2, 2016, is unnecessary. Therefore,

**IT IS ORDERED** that the telephone status conference set for Thursday, June 2, 2016, is hereby **CANCELED**.

New Orleans, Louisiana this 2nd day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE