UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO *Marotte v. Janssen Research & Development LLC et al*, Case No. 2:15-cv-05751 (E.D.La.) | : : : : : : | |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND COMPLAINT**

Plaintiff, by and through her counsel, respectfully moves this Honorable Court for an Order in the form appended hereto to amend her complaint (the "Complaint").[1] This motion is brought pursuant to Fed. R.Civ.P. 15(a). The Plaintiff is seeking to amend the Complaint in order to name the additional defendant, Bayer B.V. Plaintiff just recently learned that Bayer B.V. was involved in the design of Xarelto. Because Bayer B.V. was involved in the design of Xarelto, it can be held liable to Plaintiff as a manufacturer under the Louisiana Products Liability Act. *See Cook v. United Container Machinery Co.*, 712 So.2d 307 (La. App. 5th Cir. 1998).

Leave to amend should be granted because amendments should be "freely given," there is no undue delay, bad faith or dilatory motive on the part of Plaintiff in seeking this amendment, nor would any of the Defendants be unduly prejudiced by the proposed amendment.

Further, Lead Counsel has contacted the Defendants, and there has been no objection to the amendment.

---

[1] Plaintiffs proposed Amended Complaint is attached hereto as Exhibit AA."

Respectfully submitted,

Dated: June 2, 2016

By:  **HUBER, SLACK, THOMAS & MARCELLE**
  _s/ Charles M. Thomas_
  **CHARLES M. THOMAS, BAR NO. 31989**
  1100 Poydras Street, Suite 1405
  New Orleans, LA 70163
  Charlie@huberslack.com
  ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

  _s/ Charles M. Thomas_
  CHARLES M. THOMAS