UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO *Marotte v. Janssen Research & Development LLC et al*, Case No. 2:15-cv-05751 (E.D.La.) | | |

# **ORDER**

AND NOW, on this _____ Day of _____, 2016, upon consideration of the Plaintiff's Motion to Amend Complaint, it is hereby ORDERED that said motion is GRANTED. The Clerk is hereby directed to enter Plaintiff's Amended Complaint (Exhibit "A" to Plaintiff's Motion to Amend) on the docket.

By the Court,

_____
JUDGE ELDON E. FALLON

1