**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)   **:**
PRODUCTS LIABILITY LITIGATION  **:**    **MDL No. 2592**
                         **:**
                         **:**    **SECTION L**
                         **:**
                         **:**    **JUDGE ELDON E. FALLON**
                         **:**
_____**:**    **MAGISTRATE JUDGE NORTH**

THIS DOCUMENT RELATES TO:        <u>**JURY TRIAL DEMANDED**</u>

*2:16-cv-06516-EEF-MBN; Scott et al v.*
*Janssen Research & Development LLC et al*

**SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Brian Masters, is identified more fully in Paragraph 2 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides in Hillsborough County, Florida.

4. The Xarelto User resides (or if deceased, resided at the time of death) in Hillsborough County, Florida.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: June 06, 2016                         Respectfully submitted,

**BAILEY PEAVY BAILEY PLLC**

By:  /s/  K. Camp Bailey
     K. Camp Bailey
     Texas Bar No. 24006782
     Andrea M. McGinnis
     Texas Bar No. 24046389
     Bailey Peavy Bailey PLLC
     The Lyric Centre
     440 Louisiana Street, Suite 2100
     Houston, Texas 77002
     Telephone:  713-425-7100
     Facsimile:  713-425-7101
     bailey-svc@bpblaw.com

     *Attorneys for the Plaintiffs*

## CERETIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 6th day of June, 2016.


By:   /s/  K. Camp Bailey