# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDA SCOTT, as Representative of the Estate of AUDREY GARNER, Deceased, BRIAN MASTERS, DAVID SEITZ, as Representative of the Estate of MYRTLE MARIE SEITZ, Deceased, JENNIFER TIEN, MITCHELL A. TOUPS, as Representative of the Estate of MARGARET TOUPS, Deceased, and LAURA WOLFE,<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br><br>**JURY TRIAL DEMANDED** |

## JOINT COMPLAINT

Pursuant to Pretrial Order No. 11, Plaintiffs, by and through counsel, file this *Joint Complaint* against Defendants, as follows:

**I.    PLAINTIFF SPECIFIC ALLEGATIONS**

Plaintiffs herein are:

1. **Audrey Garner**

    (a) Plaintiff, Audrey Garner ingested Xarelto from approximately March 13, 2014 to July 8, 2014 and suffered a subdural hemorrhage on July 8, 2014 as a direct result of Xarelto. Plaintiff, Audrey Garner died on August 17, 2014. Plaintiff Audrey Garner was a resident of Upson County in the state of Georgia at the time of her death. Plaintiff Audrey Garner is represented herein by Linda Scott, the representative of her estate.

2. **Brian Masters**

    (a) Plaintiff, Brian Masters ingested Xarelto from approximately November 5, 2013 to July 15, 2014 and suffered rectal bleeding on December 4, 2013, February 6, 2014, April 14, 2014, May 5, 2014, May 22, 2014 and July 14, 2014; hematuria from March 16, 2014 to March 20, 2014; and hemoptysis on March 18, 2014 as a direct result of Xarelto. Plaintiff, Brian Masters resides in Hillsborough County in the state of Florida. At the time of the ingestion and injury Plaintiff resided in Greenville County in the state of South Carolina.

    (b) In conjunction with Plaintiff, Brian Master's claim, Amanda Masters, spouse of Brian Masters, asserts a claim for loss of consortium.

3. **Myrtle Marie Seitz**

    (a) Plaintiff, Myrtle Marie Seitz ingested Xarelto from approximately May 13, 2014 to March 25, 2015 and suffered an intracerebral hemorrhage on March 25, 2015 as a direct result of Xarelto. Plaintiff, Myrtle Marie Seitz ultimately died due to her injuries on March 25, 2015. Plaintiff was a resident of Harris County in the

state of Texas. Plaintiff Myrtle Marie Seitz is represented herein by David Seitz, the representative of her estate.

4. **Jennifer Tien**

    (a) Plaintiff, Jennifer Tien ingested Xarelto from approximately January 16, 2014 to August 28, 2014 and suffered a hematochezia on September 2, 2014 as a direct result of Xarelto. Plaintiff Jennifer Tien resides in Brazoria County in the state of Texas.

5. **Margaret Toups**

    (a) Plaintiff, Margaret Toups ingested Xarelto from approximately April 25, 2013 to January 20, 2015 and suffered upper gastrointestinal bleeding on November 24, 2014 as a direct result of Xarelto. Plaintiff, Margaret Toups died on May 16, 2015. Plaintiff Margaret Toups was a resident of Jefferson County in the state of Texas at the time of her death. Plaintiff Margaret Toups is represented herein by Mitchell A. Toups, the representative of her estate.

6. **Laura Wolfe**

    (a) Plaintiff, Laura Wolfe ingested Xarelto from approximately July 1, 2015 to November 4, 2015 and suffered epistaxis on July 26, 2015 as a direct result of Xarelto. Plaintiff, Laura Wolfe resides in Fremont County in the state of Colorado.

II. **DEFENDANTS**

7. Upon information and belief, Defendant JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON RESEARCH AND DEVELOPMENT LLC (hereinafter referred to as "JANSSEN R&D") is a limited liability

3