UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
_____    :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**       **JURY TRIAL DEMANDED**

*2:16-cv-06516-EEF-MBN; Scott et al v.*
*Janssen Research & Development LLC et al*

## SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Laura Wolfe, is identified more fully in Paragraph 6 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides in Fremont County, Colorado.

4. The Xarelto User resides (or if deceased, resided at the time of death) in Fremont County, Colorado.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: June 06, 2016

Respectfully submitted,

**BAILEY PEAVY BAILEY PLLC**

By: /s/ K. Camp Bailey
K. Camp Bailey
Texas Bar No. 24006782
Andrea M. McGinnis
Texas Bar No. 24046389
Bailey Peavy Bailey PLLC
The Lyric Centre
440 Louisiana Street, Suite 2100
Houston, Texas 77002
Telephone: 713-425-7100
Facsimile: 713-425-7101
bailey-svc@bpblaw.com

*Attorneys for the Plaintiffs*

## **CERETIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 6th day of June, 2016.

                By:  /s/  K. Camp Bailey