# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Cases | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

### UNREDACTED VERSION OF
### PSC'S RESPONSE TO DEFENDANT JANSSEN'S
### MOTION TO ENFORCE PRETRIAL ORDER NO. 12 AND
### FOR ENTRY OF A PROTECTIVE ORDER, AND EXHIBITS "A" THROUGH "V"

# FILED UNDER SEAL