UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>All Cases | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**O R D E R**

Considering the Plaintiffs' Steering Committee's ("PSC") Motion for Leave to File Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibits "A" through "D" attached to the PSC's Response to Defendant Bayer's Motion for Protective Order Preserving the Confidentiality of Certain Discovery Materials be and they are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge