**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates To:**<br>**All Cases** | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE NORTH** |

<u>**EXHIBITS "A" THROUGH "D" ATTACHED TO**</u>
<u>**PSC'S RESPONSE TO DEFENDANT BAYER'S**</u>
<u>**MOTION FOR PROTECTIVE ORDER PRESERVING THE**</u>
<u>**CONFIDENTIALITY OF CERTAIN DISCOVERY MATERIALS**</u>

# FILED UNDER SEAL