THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### NOTICE OF FILING OF BAYER PHARMA AG'S PRIVACY LOGS OF DR. DAGMAR KUBITZA AND DR. FRANK MISSELWITZ IN COMPLAINCE WITH THE COURT'S MAY 11, 2016 ORDER & REASONS (Doc. No. 3237)

As ordered by this Court in its May 11, 2016, Order & Reasons (Doc. No. 3237), Bayer Pharma AG submits the privacy logs of the documents sought by plaintiffs from the personnel files of Drs. Dagmar Kubitza and Frank Misselwitz.[1]

To conform to the German Data Protection Act while providing the Court as much information as possible about the content of the personnel files, Bayer Pharma AG provides the following to the Court:

1. The privacy logs requested by this Court prepared by Bayer Pharma AG's in-house counsel attached hereto as follows

    **Exhibit A** – Privacy Log for Dr. Dagmar Kubitza;

    **Exhibit B** – Privacy Log for Dr. Frank Misselwitz

2. The declaration of Gudrun Lohkamp, the Head of Human Resources for Bayer Pharma AG's pharmaceutical and consumer health divisions, attached hereto as **Exhibit C**. Appended to Ms. Lohkamp's declaration as exhibits are:

---

[1] The logs reflect responsive documents from the personnel files from Drs. Kubitza and Misselwitz, to the extent available in the electronic tools and data storage systems used by the Human Resources department. Over the course of time, the electronic tools and systems used by HR have changed. Also, what types of documents were and are stored by the different HR functions in electronic format, changed over time. To the extent data from older systems was available, it was included in the log. It is possible but not certain that further documents might have been stored on an individual basis and might be located with further effort, but we were not able to verify whether that is possible within the 21-day time period provided by the Court.

1

2701433-1

  a. Blank templates of most of the documents referenced in the logs (Exs. 1 through 6); and

  b. Filed under seal, the personnel files of Dr. Theodore Spiro, a U.S. Bayer employee not subject to the German Data Protection Act (Ex. 7). Ms. Lohkamp confirmed that "the documents contained in the personnel files of Drs. Misselwitz and Kubitza are similar in format and contain the same categories of information as the documents relating to Dr. Spiro . . . ." Lohkamp Decl. ¶ 7.

3. The Declarations of Gregor Thüsing attached hereto as **Exhibit D**.

4. The Declaration of Henning Moelle attached hereto as **Exhibit E**.

5. The Declaration of Timothy Coon attached hereto as **Exhibit F**.

6. The English Translation of BDSG as cited in the Court's May 11, 2016, Order & Reasons and also referenced in footnote 1 of the Declaration of Henning Moelle dated December 7, 2015, attached hereto as **Exhibit G**.

Dated: June 6, 2016

Respectfully submitted,

**KAYE SCHOLER LLP**

By: /s/ *Steven Glickstein*
Steven Glickstein
William Hoffman
Andrew Solow
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
sglickstein@kayescholer.com

*Co-Lead Defense Counsel*

2

2701433-1

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 6, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/    John F. Olinde

2701433-1