# EXHIBIT A

Privacy Log
Documents re "performance reviews, self-reviews, annual compensation, incentives and bonuses"
of Dr Dagmar Kubitza's Personnel File

| Date | Document title | Pages |
|---|---|---|
| Undated | Completed Performance Management Process form for calendar year 2006 | 6 |
| Undated | Completed Performance Management Process form for calendar year 2007 | 6 |
| Undated | Completed Performance Management Process form for calendar year 2008 | 8 |
| Undated | Completed Performance Management Process form for calendar year 2009 | 7 |
| Undated | Completed Performance Management Process form for calendar year 2010 | 7 |
| Undated | Completed Performance Management Process form for calendar year 2011 | 5 |
| Undated | Completed Performance Management Process form for calendar year 2012 | 5 |
| Undated | Completed Performance Management Process form for calendar year 2013 | 5 |
| Undated | Completed Performance Management Process form for calendar year 2014 | 5 |
| Undated | Completed Performance Management Process form for calendar year 2015 | 5 |
| Undated | Partially completed Performance Management Process form for calendar year 2016 | 3 |
| March 2012 | Compensation & Benefits Statement 2011 | 5 |
| March 2013 | Compensation & Benefits Statement 2012 | 5 |
| March 2014 | Compensation & Benefits Statement 2013 | 5 |
| March 2015 | Compensation & Benefits Statement 2014 | 5 |
| March 2016 | Compensation & Benefits Statement 2015 | 5 |
| 29 September 1995 | Employment Contract | 6 |
| April 1996 | Letter confirming job position change and summarizing compensation | 1 |
| 10 February 2004 | Employment Contract | 6 |
| 1 April 2015 | Information Letter re short term incentive (yearly bonus) | 2 |
| 1 April 2016 | Information Letter re short term incentive (yearly bonus) | 2 |
| 1 April 2016 | Merit Increase Information Letter | 1 |

| | | |
|---|---|---|
| 29 November 2005 | Application for one time payment | 1 |
| 9 December 2005 | Information Letter re one time payment | 1 |
| 21 February 2008 | Information Letter re one time payment | 1 |
| 27 November 2014 | Information Letter re one time payment | 3 |