# EXHIBIT B

**Privacy Log**
**Documents re "performance reviews, self-reviews, annual compensation, incentives and bonuses"**
**of Dr Frank Misselwitz's Personnel File**

| Date | Document title | Pages |
|---|---|---|
| undated | Completed Performance Management Process form for calendar year 2006 | 4 |
| undated | Completed Performance Management Process form for calendar year 2007 | 6 |
| undated | Completed Performance Management Process form for calendar year 2008 | 8 |
| undated | Completed Performance Management Process form for calendar year 2009 | 10 |
| undated | Completed Performance Management Process form for calendar year 2010 | 7 |
| undated | Completed Performance Management Process form for calendar year 2011 | 5 |
| undated | Completed Performance Management Process form for calendar year 2012 | 5 |
| undated | Completed Performance Management Process form for calendar year 2013 | 5 |
| undated | Completed Performance Management Process form for calendar year 2014 | 7 |
| undated | Completed Performance Management Process form for calendar year 2015 | 8 |
| undated | Partially completed Performance Management Process form for calendar year 2016 | 3 |
| | | |
| February 2010 | Compensation & Benefits Statement 2009 | 5 |
| February 2011 | Compensation & Benefits Statement 2010 | 5 |
| February 2012 | Compensation & Benefits Statement 2011 | 5 |
| March 2013 | Compensation & Benefits Statement 2012 | 5 |
| March 2014 | Compensation & Benefits Statement 2013 | 5 |
| March 2015 | Compensation & Benefits Statement 2014 | 5 |
| March 2016 | Compensation & Benefits Statement 2015 | 5 |
| | | |
| 26 June 2001 | Letter regarding employment contract | 2 |
| 06 July 2001 | Employment contract | 5 |
| 31 July 2001 | Cover letter regarding employment contract | 1 |
| 14 September 2001 | Cover letter regarding employment contract | 1 |
| 17 April 2002 | Application regarding structure of salary payment | 1 |
| 19 April 2002 | Cover letter regarding structure of salary payment | 1 |
| 19 April 2002 | Amendment to employment contract | 4 |
| 28 July 2004 | Amendment to employment contract | 6 |
| 20 September 2004 | Amendment to employment contract | 6 |
| 30 August 2005 | Employment contract | 9 |
| 20 September 2005 | Amendment to employment contract | 7 |
| 10 November 2005 | Agreement on additional incentive opportunity | 3 |
| 15 November 2005 | Amendment to employment contract | 3 |
| 04 August 2006 | Amendment to employment contract | 7 |
| 20 September 2007 | Amendment to employment contract | 7 |

Privacy Log

Documents re "performance reviews, self-reviews, annual compensation, incentives and bonuses"
of Dr Frank Misselwitz's Personnel File

| Date | Description | Count |
|---|---|---|
| 6 October 2008 | Amendment to employment contract | 8 |
| 23 December 2008 | Amendment to employment contract | 7 |
| 10 July 2009 | Employment contract | 24 |
| 10 July 2009 | Employment contract | 32 |
| 14 August 2009 | Amendment to employment contract | 8 |
| 16 August 2010 | Amendment to employment contract | 8 |
| December 2010 | Amendment to employment contract | 2 |
| December 2010 | Amendment to employment contract | 2 |
| 10 September 2011 | Cover letter regarding  structure of salary payment with attachment | 2 |
| 31 August 2011 | Amendment to employment contract | 8 |
| 1 September 2012 | Amendment to employment contract | 8 |
| Undated | Letter regarding structure of salary payment for 2013 | 1 |
| Undated | Letter regarding structure of salary payment for 2013 | 1 |
| 1 September 2013 | Amendment to employment contract | 8 |
| Undated | Letter regarding structure of salary payment for 2014 | 1 |
| 1 September 2014 | Amendment to employment contract | 8 |
| Undated | Letter regarding structure of salary payment for 2015 | 1 |
| 3 August 2015 | Amendment to employment contract | 8 |
| Undated | Letter regarding structure of salary payment for 2016 | 1 |

| Date | Description | Count |
|---|---|---|
| 13 May 2002 | Information Letter re one time payment | 1 |
| 6 May 2002 | Application for one time payment | 1 |
| 10 December 2003 | Information Letter re one time payment | 1 |
| 4 December 2003 | Application for one time payment | 1 |
| 19 September 2007 | Information Letter re one time payment | 1 |
| 3 April 2009 | Various emails regarding timeliness of payment of one time payment | 3 |
| 11 March 2010 | Screenshot regarding payment of one time payment | 1 |
| 11 March 2010 | Email chain on calculation of one time payment | 3 |
| 25 February 2011 | Screenshot regarding payment of one time payment | 1 |
| 24 February 2011 | Email chain on timely payment of one time payment | 3 |

| Date | Description | Count |
|---|---|---|
| 2 April 2002 | Application to join the Bayer pension fund | 1 |
| 26 March 2003 | Information regarding benefits with respect to the company pension | 2 |
| 25 June 2003 | Agreement regarding retention program | 2 |
| 12 August 2005 | Email regarding promotion | 1 |
| 17 August 2005 | Merit Increase Approval | 1 |

Privacy Log

Documents re "performance reviews, self-reviews, annual compensation, incentives and bonuses"

of Dr Frank Misselwitz's Personnel File

| Date | Description | Count |
|---|---|---|
| 17 August 2005 | Job description | 3 |
| 22 December 2005 | Email regarding Merit Increase | 1 |
| June - September 2007 | Various emails and supporting documentation regarding salary proposal | 28 |
| 3 September 2007 | Approval of salary proposal | 2 |
| 19 September 2007 | Merit Increase Information Letter | 1 |
| 19 September 2007 | Merit Increase Information Letter | 2 |
| 30 May 2008 | Agreement on salary increase and additional incentives | 4 |
| 30 May 2008 | Agreement on salary increase and additional incentives | 3 |
| 01 June 2009 | HR-internal employee profile and Global Leadership Circle Membership Admission form | 3 |
| 10 July 2009 | Agreement on transfer of benefit obligations | 1 |
| February 2010 | Various emails and supporting documentation regarding company car | 16 |
| April 2010 | Information Letter re short term incentive (yearly bonus) | 3 |
| May 2010 | Merit Increase Information Letter | 1 |
| September 2011 | Merit Increase Information Letter | 1 |
| July 2011 | Notional Salary Increase Notification | 1 |
| July 2012 | Notional Salary Increase Notification | 1 |
| June 2013 | Merit Increase Information Letter | 1 |
| June 2013 | Notional Salary Increase Notification | 1 |