# EXHIBIT C

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## DECLARATION OF GUDRUN LOHKAMP

**FEDERAL REPUBLIC OF GERMANY**
**BERLIN**

I, Gudrun Lohkamp, declare under penalty of perjury, that:

1.      I am the Head of the Human Resources Department with responsibility for the pharmaceutical and consumer health divisions of Bayer in Germany.  In that capacity, I am responsible for ensuring compliance with labor law and all policies and guidelines of Bayer regarding its employee relations, including the confidential maintenance of personnel records.

2.      Among other things, the Human Resources Department maintains records concerning the compensation, including annual salaries, incentive program payments, and performance bonuses, as well as the performance evaluations, which include self-evaluations, of Bayer executives.

3.      I have been told by Bayer's counsel that plaintiffs in litigation pending in the United States have asked for copies of these personnel records relating to two German Bayer employees, Dr. Frank Misselwitz and Dr. Dagmar Kubitza.  Specifically, I have been told that those parties have asked for Xarelto-related personnel records of Dr. Misselwitz and Dr. Kubitza concerning compensation, incentive and bonus payments, performance evaluations, and self-evaluations.

4.      I have reviewed the privacy logs prepared by Bayer's in-house counsel, which describe the character, nature, and quantity of the personal data contained in the personnel files of Drs. Misselwitz and Kubitza.

5.      In addition, I have attached templates for some of the documents contained in the personnel files of Drs. Misselwitz and Kubitza to assist the Court in understanding the character and nature of the information contained in them.[1]

---

[1] The documents in the files of German employees are mostly in German and English.  Where available, I have attached the corresponding English templates as well.

a.  The annual base salaries of Bayer executives are determined after annual merits reviews.  Those merits reviews are not specific to any particular Bayer product.  Bayer notifies each executive of any increase in annual salary and the amount of his or her annual salary by letter.  A template for such a letter is attached as Exhibit 1.

b.  In addition, Bayer employees participate in a long-term incentive program called "Aspire."  Under the Aspire program, certain Management levels of Bayer employees may receive additional compensation depending on the performance of Bayer stock over a period of years.  The Aspire program is not specific to any particular Bayer product.  Bayer notifies employees of the results of the Aspire incentive plan by letter.  A template for such a letter is attached as Exhibit 2.

c.  Bayer employees also participate in a short term incentive program.  The short term incentive program may lead to additional compensation based in equal parts on metrics relating to Bayer's performance, the performance of the division in which the employee works, and the employee's individual performance.  The short term incentive program is not specific to any particular product.  Bayer notifies employees of the results of the components of the short-term incentive program and any amounts due employees under that program by letter.  A template for such a letter is attached as Exhibit 3.

d.  From time to time, Bayer employees can get individual performance awards for exceptional work on particularly challenging projects or for taking on additional assignments.  Those individual performance awards, if any, are paid from a budget established for that purpose by the employee's division.  There is no individual right and no regular decision-making process associated with such awards.  A template for a letter announcing such an award is attached as Exhibit 4.

e.  After each year, Bayer executives receive a compensation and benefits statement, which provides information concerning all monetary components which Bayer finances for the individual.  This covers the base salary, incentives, and individual performance awards paid to that employee during the year, as well as information concerning health, retirement, and other benefits provided to the employee during the year.  A template showing the information provided in such a statement is attached as Exhibit 5.

f.  Bayer executives participate in a Performance Management Process ("PMP") by which their performance is evaluated on an annual basis.  At the beginning of each year, Bayer executives and their supervisors identify business objectives for the coming year and the measures for achieving those objectives.  In mid-year, executives and their supervisors meet to discuss progress towards those objectives.  At the beginning of the following year,

supervisors and their direct reports discuss the final accomplishments based on their written comments.  Then, the executive's supervisor makes that assessment.  A template for a PMP performance evaluation is attached as Exhibit 6.

6.      Bayer and its divisions and corporate functions operate globally.  As a result Bayer's policies with respect to executives' compensation and performance evaluations and the documentation pertaining to those matters apply globally subject to variation if necessary to comply with local laws.

7.      I also have reviewed documents from the personnel file of Dr. Theodore Spiro, which are attached as Exhibit 7.  I have been told that Dr. Spiro is a United States citizen who is employed by a Bayer affiliate in the United States.  Although details of the information contained in each employee's personnel file differ, the documents contained in the personnel files of Drs. Misselwitz and Kubitza are similar in format and contain the same categories of information as the documents relating to Dr. Spiro that are attached as Exhibit 7.

8.      As one Head of Human Resources at Bayer, it is my job to be familiar with the German data protection laws and to assure that all employees follow the laws and controls necessary to comply with those laws.  Based on my experience, the information requested by plaintiffs from the personnel files of Drs. Misselwitz and Kubitza is subject to the requirements of the German data protection laws and for that reason is subject to the strict controls outlined below.

9.      To protect the rights of its employees as required, Bayer has instituted strict controls over who can have access to personnel files and for what purpose.  Outside the Human Resources Department, only the employee and the employee's supervisors have access to information in the employee's personnel file as necessary to make employment decisions.  For some employees in Bayer's Global Leadership Circle, including Dr. Misselwitz, access to information is even further restricted to a select group.[2]  No one else is allowed access to the information in an employee's personnel file without the consent of the employee.  These controls apply regardless of the purpose for which access is requested.

10.     Disclosing personal data in violation of its employees' privacy rights would have a significant adverse impact on employee relations.  Based on German law and Bayer's values, Bayer's German employees expect that their personal data consisting of information relating to the employment relationship will be protected by their employer and used only for its intended purpose.

---

[2] I am not among the select group with access to Dr. Misselwitz's personnel file.  However, the format of the documents in that file would be similar to the attached templates.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 6th day of June, 2016.

_____
Gudrun Lohkamp

# EXHIBIT 1



**Personal/Confidential**
Ms./Mr.
Name
Address
ZIP

**Salary Increase Notification**

Dear Ms. / Mr. xxx,

The merit review of GLC members' base salaries was carried out as of April 1, 2016.

Your base salary has been increased by xxx EUR per annum.

From this date, your base salary is therefore

       xxx EUR gross p.a.

The base salary stated above also forms the basis for future changes in your compensation.

This does not take account of any existing and valid salary conversion agreements or agreements concluded concurrently with this employment contract; the base salary set forth above, and thus also the annual salary, shall be reduced by the amount of any such agreements. If any such agreements on salary conversion exist, the applicable taxable income taking these agreements into account differs from the base salary set forth above.

All other provisions of your employment contract remain unchanged.

Please treat the contents of this letter confidentially.

With best regards,

Company

25 May 2016

marginal note



**Persönlich / Vertraulich**
Frau/Herrn
Name
Anschrift
PLZ

**Neufestsetzung des Funktionseinkommens**

25. Mai 2016

Marginalie

Sehr geehrte (r) Frau / Herr [................],

zum [. . . - . . - . .] wurden die Funktionseinkommen (FE) der Leitenden Mitarbeiterinnen und Mitarbeiter überprüft.

Dabei ist Ihr FE unter Berücksichtigung des mit Ihnen vereinbarten Umfangs Ihrer Arbeitszeit um [. . .] EUR brutto pro Jahr erhöht worden.

Ihr Funktionseinkommen beträgt somit ab diesem Zeitpunkt

[. . .] EUR brutto pro Jahr.

Der hier ausgewiesene Betrag des Funktionseinkommens bildet zugleich die Grundlage für künftige Anpassungen Ihrer Bezüge.

Etwaige Vereinbarungen zur Entgeltumwandlung, die bereits bestehen und Gültigkeit behalten oder die Sie zeitgleich mit Erhalt dieses Schreiben abschließen, sind hierbei nicht berücksichtigt; das oben ausgewiesene Funktionseinkommen reduziert sich daher um die ggfs. vereinbarten Umwandlungsbeträge. **Bestehen solche Vereinbarungen zur Entgeltumwandlung, weicht das zu versteuernde Einkommen nach Maßgabe dieser Vereinbarungen von dem oben ausgewiesenen Funktionseinkommen ab.**

Die übrigen Anstellungsvereinbarungen bleiben unverändert.

Die Erhöhung Ihres Funktionseinkommens wird Ihnen in einem persönlichen Gespräch durch Ihren Vorgesetzten erläutert.

Bitte behandeln Sie den Inhalt dieses Schreibens vertraulich.

Mit freundlichen Grüßen

[GESELLSCHAFT]

# EXHIBIT 2



For non-Global Leadership Circle (GLC) Members

Dear Colleagues,

Bayer's reputation and performance are ultimately driven by people. And by leaders who are committed to Bayer's long-term success. Our 'Aspire' program acknowledges your dedication and contribution as a manager and expert. Thus it is my pleasure to inform you that the first global performance period of Aspire, Bayer's long-term incentive plan, in which you have participated has ended very successfully on December 31 2015. Due to a tremendous gain in the Bayer share price, which more than doubled in the course of the past four years, the performance period reached the maximum payout of **250%** based on the following values:

| | |
|---|---|
| **Bayer Starting Share Price** | **EUR 46.32** |
| **Bayer Ending Share Price** | **EUR 119.17** |
| **Performance of the Bayer share** | 157.28 % |

The ending share price was determined as an average of the closing share prices of the last 30 trading days in 2015. Information on the 2012 – 2015 cycle and all other Performance Periods is available on **HR**online. The following button will take you directly to your individual Self Service:



If you have been an expatriate at any time between Jan 1, 2012, and Dec 31, 2015, your assignment related payout will be paid net in the host country. The payout will be made in January 2016 via regular payroll.

**Start of Aspire 2.0**

As already announced by Michael König in November we have started a new Aspire Performance Period 2016 – 2019 on January 1, 2016, with a starting price of **EUR 119.17** for the Bayer share. This year, the grant of the new program has already been approved by the Board of Management. It will end on December 31, 2019.

Please be reminded, that from January 1 2016 on the long-term performance measurement will be based on the advanced plan design of Aspire 2.0. For further information on the new program, please also have a look at this interactive PDF brochure or simply visit BayerNet.

Your eligibility to participate in Aspire 2.0 will remain unchanged and further information on your actual grant value will be available via the Self-Service in April.

I would like to use this opportunity to thank you for your ongoing effort and contributions to Bayer's success, which is reflected in this phenomenal development of our stock.

With best regards,
Hartmut Klusik
Member of the Group Board of Management

1

For Global Leadership Circle (GLC) Members

Dear Fellow Bayer Leaders,

Bayer's reputation and performance are ultimately driven by people. And by leaders who are committed to Bayer's long-term success. Our 'Aspire' program acknowledges your dedication and contribution as a as a member of our Group Leadership Circle. Thus it is my pleasure to inform you that another global performance period of Aspire, Bayer's long-term incentive plan, has ended very successfully on December 31, 2015. Due to a tremendous gain in the Bayer share price, which more than doubled in the course of the past four years, and a significant outperformance compared to the EuroStoxx, the performance period reached the maximum payout of **300%** for the GLC Members:

| | |
|---|---|
| **Bayer Starting Share Price** | **EUR 46.32** |
| **EuroStoxx 50 Share Price** | **EUR 2,252.25** |
| | |
| **Bayer Starting Share Price** | **EUR 119.17** |
| **EuroStoxx 50 Share Price** | **EUR 3,346.47** |
| | |
| **Performance of the Bayer share** | 157.28 % |
| **Outperformance** | 108.70 % |

The ending share prices were determined as an average of the closing share prices of the last 30 trading days in 2015. Information on the 2012 – 2015 cycle and all other Performance Periods is available on **HR**online. The following button will take you directly to your individual Self Service:



If you have been an expatriate at any time between Jan 1, 2012, and Dec 31, 2015, your assignment related payout will be paid net in the host country. The payout will be made in January 2016 via regular payroll.


**Start of Aspire 2.0**

As already announced by Michael König in November we have started a new Aspire Performance Period 2016 – 2019 on January 1, 2016, with a starting price of **EUR 119.17** for the Bayer share. This year, the grant of the new program has already been approved by the Board of Management. It will end on December 31, 2019.

Please be reminded, that from January 1 2016 on the long-term performance measurement will be based on the advanced plan design of Aspire 2.0. For further information on the new program, please also have a look at this interactive PDF brochure or simply visit BayerNet.

I would like to use this opportunity to thank you for your ongoing effort and contributions to Bayer's success, which is reflected in this phenomenal development of our stock.

With best regards,

Hartmut Klusik
Member of the Group Board of Management

2

# EXHIBIT 3



**Personal/Confidential**
Ms./Mr.
Name
Address
ZIP

Dear Ms./ Mr. xxx,                                                    25 May 2016

                                                                      marginal note

We are pleased to inform you about your Short Term Incentive (STI)
according to our 'Bayer Global STI' program for the business year 2015.

You will receive a total STI payment of

        **xxx EUR gross.**

The calculation of this amount can be found in the annex to this letter.
Your STI amount will be paid out to you within the payroll cycle end of
April 2016 unless you have concluded an additional agreement on
crediting part of your STI amount to your BayZeit long-term account
and/or the Deferred Compensation model for additional pension benefits.

According to the arrangements with labor representatives about
'Beschaeftigungssicherung' (employment guarantees) all Bayer Real
Estate GmbH employees contribute a solidarity surcharge for the
sustainment of workplaces at German sites. For the business year 2015
the contribution is 0,xx % of the individual STI. The solidarity surcharge
has already been considered in the amount mentioned above.
STI is a voluntary company benefit and does not constitute any future
legal claims.

Please treat the content of this letter confidential.

We want to thank you for your effort, dedication and contribution in 2015
and look forward to working together in the future.

Yours sincerely,

Company

Attachment: Detailed calculation of your STI award

IPIN: 123

Detailed calculation of your STI Award – Total amount (gross, before solidarity surcharge): xxx EUR

1. Individual Component

| From | To | Annual Salary | STI Target Percentage | 1/3 of STI Target Amount | Perf. Rating | Payout Factor | Individual Payout | Curr. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | Total | | |

2. Subgroup Component

| From | To | 1/3 of STI Target Amount | Funding Unit | Payout Factor | Subgroup Payout | Curr. |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | Total | | |

3. Group Component

| From | To | 1/3 of STI Target Amount | Group Payout Factor | Group Payout | Curr. |
|---|---|---|---|---|---|
| | | | | | |
| | | | Total | | |



**Persönlich / Vertraulich**
Frau/Herrn
Name
Anschrift
PLZ

25. Mai 2016

Marginalie

Sehr geehrte (r) Frau / Herr xxx,

wir freuen uns, Sie über Ihre variable Einkommenskomponente (VEK) im
Rahmen unseres Programms „Bayer Global STI" für das Geschäftsjahr
2015 zu informieren.

Sie erhalten eine VEK in Höhe von

**xxx EUR brutto.**

Die Berechnung, die diesem Betrag zugrunde liegt, entnehmen Sie bitte
der Anlage. Ihre VEK wird Ihnen mit der Entgeltabrechnung für den
Monat April 2016 ausgezahlt, soweit Sie keine Vereinbarung zur
Umwandlung in ein Entgeltguthaben zugunsten des Langzeitkontos
„BayZeit" und/oder in einen Deferred Compensation-
Versorgungsbaustein getroffen haben.

Gemäß den Vereinbarungen mit den Arbeitnehmervertretern zur
Beschäftigungssicherung leisten alle Mitarbeiterinnen und Mitarbeiter in
den betreffenden Gesellschaften einen Solidaritätsbeitrag zum Erhalt von
Arbeitsplätzen an den deutschen Standorten. Für das Geschäftsjahr
2015 beträgt dieser Beitrag x,xx % der individuellen VEK. Er ist in dem
o.g. Betrag bereits berücksichtigt.
Die VEK gehört nicht zum pensionsfähigen Einkommen. Sie ist eine
freiwillige Leistung des Unternehmens, auf die kein Rechtsanspruch für
die Zukunft besteht.

Bitte behandeln Sie den Inhalt dieses Schreibens vertraulich.
Wir danken Ihnen für Ihre Mitarbeit und wünschen Ihnen für die Zukunft
alles Gute.

Mit freundlichen Grüßen

[Gesellschaft]

IPIN: xxx / Employee: Name

## Anlage: Detaillierte Berechnung Ihrer VEK – Gesamtsumme (brutto, vor Abzug Solidarbeitrag): xxx EUR

### 1. Individuelle Komponente

| From | To | Annual Salary | STI Target Percentage | 1/3 of STI Target Amount | Perf. Rating | Payout Factor | Individual Payout | Curr. |
|------|----|---------------|-----------------------|--------------------------|--------------|---------------|-------------------|-------|
|      |    |               |                       |                          |              |               |                   | EUR   |
|      |    |               |                       |                          |              |               |                   | EUR   |
|      |    |               |                       |                          |              | Total         |                   |       |

### 2. Teilkonzern-Komponente

| From | To | 1/3 of STI Target Amount | Funding Unit | Payout Factor | Subgroup Payout | Curr. |
|------|----|--------------------------|--------------|---------------|-----------------|-------|
|      |    |                          |              |               |                 | EUR   |
|      |    |                          |              |               |                 | EUR   |
|      |    |                          |              | Total         |                 |       |

### 3. Konzern-Komponente

| From | To | 1/3 of STI Target Amount | Group Payout Factor | Group Payout | Curr. |
|------|----|--------------------------|---------------------|--------------|-------|
|      |    |                          |                     |              | EUR   |
|      |    |                          |                     |              | EUR   |
|      |    |                          | Total               |              |       |

# EXHIBIT 4



Herrn                          *IPIN*
Gesellschaft/Division
Abteilung.
Geb. XXX  / R. 3. Eta LEV

**Einmalzahlung**

Sehr geehrter Herr *XYZ*,

in Anerkennung Ihrer besonderen Leistungen freuen wir uns Ihnen eine
"Einmalzahlung" in Höhe von

                                 xxx EUR (brutto)

überreichen zu dürfen.

Der Betrag wird Ihnen automatisch zum nächstmöglichen
Entgeltabrechnungstermin überwiesen.

Zusätzlich möchten wir Sie noch auf die attraktiven Möglichkeiten eines
Eigeninvestments in DEGEF-Bayer-Mitarbeiter-Fonds oder Lea Fonds
hinweisen.

Bei Fragen wenden Sie sich bitte an **HR**direct
        Tel.: +49 214 30 - 99777 oder
        DEhrdirect@bayer.com

Bitte behandeln Sie den Inhalt dieses Schreibens vertraulich.

Wir danken Ihnen für Ihre geleistete Arbeit und hoffen auf weitere gute
Zusammenarbeit.

Mit freundlichen Grüßen
[Gesellschaft]

Leverkusen,
25. Mai 2016

Marginalie

DocID





Herrn
Name
Gesellschaft
Abteilung
Gebäude
Werk


**Individuelle Einmalzahlung**

Leverkusen,
im März 2016

Sehr geehrter Herr/Frau ….. ,

Marginalie

in Anerkennung Ihrer besonderen Leistungen im Rahmen
Projekt/Sonderaufgabe freuen wir uns, Ihnen eine Individuelle
Einmalzahlung (IEZ) in Höhe von

xxx EUR (brutto)

zu gewähren.

Der IEZ-Betrag wird Ihnen automatisch zum nächsten Entgeltabrech-
nungstermin überwiesen.

Die IEZ gehört nicht zum pensionsfähigen Einkommen. Sie ist eine
freiwillige Leistung des Unternehmens und begründet keinen Rechts-
anspruch für die Zukunft.

Bitte behandeln Sie den Inhalt dieses Schreibens vertraulich.

Wir danken Ihnen für Ihre geleistete Arbeit und hoffen auf weitere gute
Zusammenarbeit.

Mit freundlichen Grüßen
[GESELLSCHAFT]



Herrn     *IPIN*
*XYZ*
Gesellschaft/Division
Abteilung.
Geb. XXX  / R. 3. Eta LEV

**Individuelle Einmalzahlung**       Leverkusen,
                  25. Mai 2016

Sehr geehrter Herr *XYZ*,         Marginalie

in Anerkennung Ihrer besonderen Leistungen bei der Erfüllung Ihrer
Hauptaufgaben

   *AUFLISTUNG*

freuen wir uns, Ihnen eine Individuelle Einmalzahlung (IEZ) in Höhe von

     xxx EUR (brutto)

zu überreichen.

Sie haben die Möglichkeit, die Auszahlung der IEZ zum nächstmöglichen
Entgeltabrechnungstermin zu veranlassen. Alternativ können Sie den
Betrag ganz oder teilweise in das Langzeitkonto BayZeit einbringen.
Beide Varianten erfordern Ihre Entscheidung in **HR**online im Employee
Self Service (ESS) → *Compensation & Benefits* → *BayZeit: Individuelle
Einmalzahlung (IEZ).*
Wenn Sie keine aktive Entscheidung treffen, wird Ihnen der Betrag
automatisch nach Ablauf von zwei Monaten zur nächsten
Entgeltabrechnung überwiesen. Weitere Informationen entnehmen Sie
bitte der Anlage.
Die IEZ gehört nicht zum pensionsfähigen Einkommen. Sie ist eine
freiwillige Leistung des Unternehmens und begründet keinen
Rechtsanspruch für die Zukunft.

DocID



Seite 2 von 3 zum Schreiben an Herrn  xxx   xxxxxx vom 25. Mai 2016

Zusätzlich möchten wir Sie noch auf die attraktiven Möglichkeiten eines
Eigeninvestments in DEGEF-Bayer-Mitarbeiter-Fonds oder Lea Fonds
hinweisen.

Für weitere Fragen wenden Sie sich bitte an **HR**direct
Tel.: + 49 214 30 99777
DEhrdirect@bayer.com

Bitte behandeln Sie den Inhalt dieses Schreibens vertraulich.

Wir danken Ihnen für Ihre geleistete Arbeit und hoffen auf weitere gute
Zusammenarbeit.

Mit freundlichen Grüßen

[GESELLSCHAFT]

Anlage



Seite 3 von 3 zum Schreiben an Herrn  xxx   xxxxxx vom 25. Mai 2016

**Anlage zum IEZ-Schreiben an Herrn XXXX  XXXXXXX vom
25. Mai 2016**

Sie haben die Möglichkeit, den IEZ-Betrag auszahlen zu lassen oder in
das Langzeitkonto BayZeit einzubringen:

1.  Auszahlung mit der nächsten Entgeltabrechnung aktiv anstoßen

    Entscheiden Sie sich, den IEZ-Betrag mit dem nächsten
    Entgeltabrechnungstermin auszahlen zu lassen, müssen Sie im
    ESS → *Compensation & Benefits* → *BayZeit: Individuelle
    Einmalzahlung (IEZ)* den Betrag aktiv entsperren und damit zur
    Auszahlung freigeben.
    Anschließend erhalten Sie eine E-Mail mit Hinweis auf den
    Auszahlungsmonat.

2.  Einbringung in das Langzeitkonto BayZeit aktiv anstoßen

    Möchten Sie den IEZ-Betrag ganz oder teilweise Ihrem
    Langzeitkonto gutschreiben, können Sie Ihren Antrag auf
    Einbringung in BayZeit im ESS → *Compensation & Benefits*
    → *BayZeit: Individuelle Einmalzahlung (IEZ)* stellen.

**Wichtige Anmerkung:** Bitte nehmen Sie die Eingaben im ESS zeitnah
vor, da nach zwei Monaten automatisch die Entsperrung und Auszahlung
zur nächsten Entgeltabrechnung erfolgt. Sobald Ihre IEZ einmal
ausgezahlt und damit steuer- und sozialversicherungsrechtlich behandelt
wurde, kann keine nachträgliche Gutschrift in das Langzeitkonto BayZeit
erfolgen.



# EXHIBIT 5



PASSION | POWER
TO | TO
INNOVATE | CHANGE

# Compensation & Benefits Statement

Gesamtname

Muster / Sample



Science For A Better Life

Gesamtname                    Compensation & Benefits Statement 2014

| | |
|---|---|
| Februar 2015 | February 2015 |
| **Lieber Herr/Frau .........,** | **Dear Mr. Mrs** , |
| der Erfolg von Bayer wäre ohne Ihren anhaltenden Einsatz und Ihren Beitrag für das Unternehmen nicht möglich. In Anerkennung Ihrer Leistung bieten wir Ihnen ein umfangreiches und wettbewerbsfähiges Paket von Vergütungs- und Versorgungsleistungen. | Bayer's success would not be possible without your ongoing dedication and your commitment to the company. In recognition of your performance, we offer you an extensive and competitive compensation and benefits package. |
| Ihr persönliches Compensation & Benefits Statement stellt die einzelnen Bestandteile und den Gesamtwert Ihres Pakets im Jahr 2014 übersichtlich dar: | Your personal Compensation & Benefits Statement lists the individual components and the total value of your package in 2014: |

| | |
|---|---|
| • Vergütung | • Remuneration |
| • Altersversorgung | • Retirement benefits |
| • Gesundheitsleistungen | • Health benefits |
| • Weitere Leistungen | • Other benefits |

| | |
|---|---|
| Sie werden erkennen, dass der Gesamtwert Ihres Pakets deutlich über das hinausgeht, was in Ihrer monatlichen Entgeltabrechnung aufgeführt wird. | You will see that the total value of your package considerably exceeds the aggregate of the items listed on your monthly payslip. |
| Bei Fragen zum Inhalt des Statements wenden Sie sich bitte an HR//direct: | Should you have any questions about the contents of this statement, please contact HR//direct: |
| Tel.: +49 214 30 - 99777 oder DEhrdirect@bayer.com | Tel.: +49 214 30 - 99777 or DEhrdirect@bayer.com |
| Vielen Dank für Ihren fortgesetzten Einsatz und Ihren Beitrag zu unserem Erfolg. | We would like to thank you for your continuing dedication and your contribution to our success. |
| Mit freundlichen Grüßen | Yours sincerely, |
| Georg Müller | Georg Müller |
| Leiter Human Resources Germany | Head of Human Resources Germany |
| Bayer AG | Bayer AG |

**Gesamtname**

**Compensation & Benefits Statement 2014**

Ihr Statement gibt Ihnen einen Überblick über den Gesamtwert Ihres Vergütungs- und Versorgungsleistungspakets bei Bayer im Jahr 2014.
Die Informationen in der Übersicht beruhen auf den am 04. Februar 2015 vorhandenen Daten, soweit nicht anders angegeben.

Your statement provides an overview of the items comprising your Bayer compensation and benefits package in 2014 and the total package value.
The information in this overview is based on the data available on 04 February 2015, unless otherwise stated.

| Vergütung* | Remuneration* | |
|---|---|---|
| **Funktionseinkommen** Das Funktionseinkommen, das Sie während des Kalenderjahres erhalten haben. | **Base Salary** The base salary you received during the calendar year. | 55.000,00 € |
| **Bayer Global STI (VEK)** Die Auszahlung, die Sie im Jahr 2014 erhalten haben. | **Bayer Global STI (VEK)** The STI award you received in 2014. | 8.000,00 € |
| **Individuelle Einmalzahlung (IEZ)** | **Individual performance award (IEZ)** | 1.200,00 € |
| Summe Vergütung | Total remuneration | 64.200,00 € |

\*   Die einzelnen Vergütungsbestandteile sind Bruttowerte.   \*   The individual remuneration components are gross figures.

| Altersversorgung | Retirement benefits | |
|---|---|---|
| **Gesetzliche Rentenversicherung** Aufwendungen von Bayer für Ihre gesetzliche Rentenversicherung oder gleichgestellte Versorgungswerke. | **Statutory pension insurance** Bayer's contributions toward your statutory pension insurance or equivalent professional pension fund. | 1.000,00 € |
| Summe Altersversorgung | Total retirement benefit contributions | 1.000,00 € |

3 | 5

**Gesamtname** — **Compensation & Benefits Statement 2014**

| Gesundheitsleistungen | Health benefits | |
|---|---|---|
| **Krankenversicherung** Aufwendungen von Bayer für Ihre gesetzliche oder private Krankenversicherung. | **Health insurance** Bayer's contributions toward your statutory or private health insurance. | 1.000,00 € |
| **Pflegeversicherung** Aufwendungen von Bayer für Ihre gesetzliche oder private Pflegeversicherung. | **Nursing care insurance** Bayer's contributions toward your statutory or private nursing care insurance. | 100,00 € |
| **Gesetzliche Unfallversicherung** Bayer zahlt den gesetzlichen Beitrag zur Berufsgenossenschaft. | **Statutory accident insurance** Bayer pays the statutory amount to the occupational health and safety agency. | Von Bayer bezahlt Paid by Bayer |
| **Medizinische Vorsorgeuntersuchung** Bayer stellt Ihnen alle drei Jahre ein Budget in Höhe von 250,00 € für eine medizinische Vorsorgeuntersuchung zur Verfügung. | **Preventive medical checkup** Bayer provides a budget of € 250,00 every three years for a preventive medical checkup. | Von Bayer bezahlt Paid by Bayer |
| **Entgeltfortzahlung im Krankheitsfall** Bayer zahlt im Krankheitsfall Ihr Entgelt für maximal 42 Tage fort.* | **Continued payment of salary in the case of illness** Should you become ill, Bayer will continue to pay your salary for a maximum of 42 days.* | Von Bayer bezahlt Paid by Bayer |
| **24-Stunden-Unfallversicherungsschutz** Bayer hat 2014 für Sie eine 24-Stunden-Unfallversicherung mit einer Versicherungssumme von 300.000,00 € bei Tod, 300.000,00 € bei Invalidität sowie 30.000,00 € für Heilkosten abgeschlossen. | **24-hour accident insurance cover** Bayer purchased 24-hour accident insurance cover for you in 2014 with an insured amount of € 300.000,00 in case of death, € 300.000,00 in the case of invalidity and € 30.000,00 for treatment costs. | Von Bayer bezahlt Paid by Bayer |
| **Entgeltfortzahlung im Todesfall** Bayer zahlt im Todesfall Ihr Entgelt für 3 Monate an Ihre Hinterbliebenen fort. | **Continued payment of salary in the case of death** In the case of death, Bayer will continue to pay your salary to your surviving dependents for 3 months. | Von Bayer bezahlt Paid by Bayer |
| **Summe Gesundheitsleistungen** | **Total health benefits** | 1.300,00 € |

\* Im Fall einer Erkrankung über 6 Wochen hinaus zahlt Bayer Ihnen einen Krankengeldzuschuss für maximal 18 Monate (einschließlich der gesetzlichen Dauer von sechs Wochen).

\* In case that your illness lasts longer than 6 weeks, Bayer will continue to pay you an "additional allowance to sickness benefits" for a maximum period of 18 months (including the statutory payment of salary in the case of illness for six weeks).

4 | 5

Gesamtname

# Compensation & Benefits Statement 2014

| Weitere Leistungen | Other benefits | |
|---|---|---|
| **Gesetzliche Arbeitslosenversicherung** Aufwendungen von Bayer für Ihre Arbeitslosen- versicherung. | **Statutory unemployment insurance** Bayer's contributions toward your statutory unemployment insurance. | 1.000,00 € |
| **BayShare** Zeigt den Abschlag in Höhe von 20% auf den Betrag, für den Sie im Jahr 2014 Bayer-Aktien gezeichnet haben. | **BayShare** Shows the discount of 20% to the amount of Bayer shares you subscribed in 2014. | 360,00 € |
| **Gepäckversicherung auf Reisen** Bayer hat für Sie eine Gepäckversicherung in Höhe von 20.000,00 € für Privat- und Dienstreisen abgeschlossen. | **Baggage insurance when travelling** Bayer has concluded a baggage insurance policy for you worth € 20.000,00 for private and business trips. | Von Bayer bezahlt Paid by Bayer |
| **Urlaub** Sie haben Anspruch auf 30 Tage bezahlten Urlaub (einschließlich des gesetzlichen Urlaubsanspruchs). | **Vacation** You are entitled to 30 days of paid vacation (including the statutory vacation entitlement). | Von Bayer bezahlt Paid by Bayer |
| **Summe weitere Leistungen** | **Total other benefits** | **1.360,00 €** |



Vergütung/ Remuneration

Altersversorgung/ Retirement benefits

Gesundheitsleistungen/ Health benefits

Weitere Leistungen/ Other benefits

Weitere Zahlungen/ Other payments

Bayer Global STI (VEK)

Funktionseinkommen/ Base Salary

| Gesamtsumme | Grand total | 67.860,00 € |
|---|---|---|
| Hinzu kommt der nicht individuell ausgewiesene Aufwand. | This does not include expenditure that is not listed individually. | |

**Wichtiger Hinweis**
Die Gewährung der in diesem Statement ausgewiesenen Leistungen und Benefits erfolgt ausschließlich auf der Grundlage der jeweils zugrunde liegenden vertraglichen, be- trieblichen und gesetzlichen Bestimmungen. Das Compensation & Benefits Statement verfolgt allein den Zweck der Information. Es begründet weder eigenständige Rechts- ansprüche noch ist ihm zu entnehmen, dass solche Rechtsansprüche aus anderem Grund bestehen oder bestanden haben.

**Important notice**
The compensation and benefits listed in this statement shall only be granted on the basis of the relevant contractual, corporate and legal conditions. The Compensation & Benefits Statement is provided solely for information. It does not establish independent legal entitlements, nor can it be inferred from the statement that such legal entitlements exist or existed for another reason.

# EXHIBIT 6

# PMP Dokument

| | |
|---|---|
| Name: | IPIN: |
| R-Vorgesetzte/r: | Periode: |
| Planstelle: | Datum: |
| Gültig: | |

## Business Performance

### Ziel 1

**Maßnahme(n)**

**Kommentar(e) Mitarbeiter/in**

**Kommentar(e) Vorgesetzte/r**

### Ziel 2

**Maßnahme(n)**

**Kommentar(e) Mitarbeiter/in**

Name :

| |
|---|
| **Kommentar(e) Vorgesetzte/r** |
| **Ziel   3** |
| **Maßnahme(n)** |
| **Kommentar(e) Mitarbeiter/in** |
| **Kommentar(e) Vorgesetzte/r** |
| **Ziel   4** |
| **Maßnahme(n)** |
| **Kommentar(e) Mitarbeiter/in** |

Name :

| |
|---|
| **Kommentar(e) Vorgesetzte/r** |
| **Ziel 5** |
| **Maßnahme(n)** |
| **Kommentar(e) Mitarbeiter/in** |
| **Kommentar(e) Vorgesetzte/r** |
| **LIFE Verhalten** |
| **Leadership (Führung)** |
| |
| **Kommentar(e) Mitarbeiter/in** |
| **Kommentar(e) Vorgesetzte/r** |
| **Integrität** |
| |
| **Kommentar(e) Mitarbeiter/in** |

Name :

| |
|---|
| **Kommentar(e) Vorgesetzte/r** |
| **Flexibilität** |
| **Kommentar(e) Mitarbeiter/in** |
| **Kommentar(e) Vorgesetzte/r** |
| **Effizienz** |
| **Kommentar(e) Mitarbeiter/in** |
| **Kommentar(e) Vorgesetzte/r** |

## Jahresendbewertung

| Job Performance | |
|---|---|
| | |

Name :

| | |
|---|---|
| LIFE - Leadership (Führung) | |
| LIFE - Integrität | |
| LIFE - Flexibilität | |
| LIFE - Effizienz | |
| LIFE Performance | |
| Overall Performance | |

# EXHIBIT 7

# FILED UNDER SEAL