# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### DECLARATION OF TIMOTHY S. COON

1. I am a member of Eckert Seamans Cherin & Mellott LLC and am one of the attorneys representing the Bayer defendants in this litigation. I am also working with counsel for the Janssen Defendants to plan and coordinate e-discovery and document production for this litigation.

2. As the Court's May 11, 2016 decision makes clear, there is a distinction between custodial and personnel files. Defendants have collectively produced over 127,000,000 pages of custodial file documents and other materials requested by plaintiffs, including over 52,000,000 pages from Bayer, of which over 37,100,000 pages are from German custodians and other sources. Most of these are unique (non-duplicative) documents; duplicates have been removed to the extent possible prior to production, in accordance with the parties' agreed production protocol. The documents produced relate to the research, development, testing, government regulation, marketing and sale of Xarelto.

3. Document production is ongoing. Millions of additional pages of custodial documents and other materials requested by plaintiffs are in process of being produced by the production deadline of July 29, 2016.

4. The custodial files of Dagmar Kubitza and Frank Misselwitz have been produced. Dr. Kubitza's custodial file was more than 1,580,000 pages. Dr. Misselwitz' custodial file was more than 1,270,000 pages. Some additional material will be produced for Dr. Misselwitz shortly in response to plaintiff's request for an update of his custodial file in advance of his deposition.

5.  To date, including files from other custodians, more than 3,000,000 pages of documents have been produced that are either are authored by, from, to, copied to, or mention Dr. Kubitza. For Dr. Misselwitz, more than 3,500,000 pages of documents that are either authored by, from, to, copied to or mention to him have been produced.

6/6/16

/s/ *Timothy S. Coon*
_____
Timothy S. Coon