UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT 7 TO THE DECLARATION OF GUDRUN LOHKAMP ATTACHED TO NOTICE OF FILING OF BAYER PHARMA AG'S PRIVACY LOGS OF DR. DAGMAR KUBITZA AND DR. FRANK MISSELWITZ IN COMPLIANCE WITH THE COURT'S MAY 11, 2016 ORDER & REASONS (DOC. NO. 3237)

NOW COMES the Defendant Bayer Pharma AG ("Bayer") who respectfully submits that the attached Exhibit 7 to the Declaration of Gudrun Lohkamp [Doc. No. 3384-3] which is attached to the Notice of Filing of Bayer Pharma AG's Privacy Logs of Dr. Dagmar Kubitza and Dr. Frank Misselwitz in Compliance with the Court's May 11, 2016 Order & Reasons (Doc. No. 3237), contains or refers to information that has been designated "Highly Protected Information" under PTO 12 and should be filed UNDER SEAL. Exhibit 7 is the personnel files of Dr. Theodore Spiro, a U.S. Bayer employee. Further, the Court has ruled that Dr. Spiro's personnel files must be placed under seal. (Rec. Doc. 3204).

WHEREFORE Bayer prays that this motion be granted and the attached Exhibit 7 to the Declaration of Gudrun Lohkamp which is attached to the Notice of Filing of Bayer Pharma AG's Privacy Logs of Dr. Dagmar Kubitza and Dr. Frank Misselwitz in Compliance with the Court's May 11, 2016 Order & Reasons (Doc. No. 3237), be filed UNDER SEAL.

2693097-1

Dated: June 6, 2016

        Respectfully submitted,

        KAYE SCHOLER LLP

        By: /s/ *Steven Glickstein*
        Steven Glickstein
        William Hoffman
        Andrew K. Solow
        KAYE SCHOLER LLP
        250 West 55th Street
        New York, New York 10019-9710
        Telephone: (212) 836-8485
        Facsimile: (212) 836-6485
        sglickstein@kayescholer.com

        *Co-Lead Defense Counsel*

        CHAFFE MCCALL L.L.P.

        By: /s/ *John F. Olinde*
        John F. Olinde (LA Bar # 1515)
        CHAFFE McCALL L.L.P.
        1100 Poydras Street
        Suite 2300
        New Orleans, LA 70163
        Telephone: (504) 585-7241
        Facsimile: (504) 544-6084
        olinde@chaffe.com

        *Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on June 6, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system.

        /s/    *John F. Olinde*

2693097-1