UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## ORDER

Considering the Motion for Leave to File Under Seal Exhibit 7 to the Declaration of Gudrun Lohkamp attached to Notice of Filing of Bayer Pharma AG's Privacy Logs of Dr. Dagmar Kubitza and Dr. Frank Misselwitz in Compliance with the Court's May 11, 2016 Order & Reasons (Doc. No. 3237);

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and the attached Exhibit 7 to the Declaration of Gudrun Lohkamp [Doc. No. 3384-3] which is attached to the Notice of Filing of Bayer Pharma AG's Privacy Logs of Dr. Dagmar Kubitza and Dr. Frank Misselwitz in Compliance with the Court's May 11, 2016 Order & Reasons (Doc. No. 3237), be and is hereby **FILED UNDER SEAL**.

New Orleans, Louisiana, this _____ day of June, 2016

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

2693097-1