UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

EXHIBIT 7 TO THE DECLARATION OF GUDRUN LOHKAMP
ATTACHED TO NOTICE OF FILING OF BAYER PHARMA AG'S
PRIVACY LOGS OF DR. DAGMAR KUBITZA AND DR. FRANK MISSELWITZ
IN COMPLIANCE WITH THE COURT'S MAY 11, 2016
<u>ORDER & REASONS (DOC. NO. 3237)</u>

# FILED UNDER SEAL

2693097-1