**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)      MDL No. 2592
PRODUCTS LIABILITY LITIGATION

                                       SECTION L

THIS DOCUMENT RELATES TO ALL ACTIONS      JUDGE ELDON E. FALLON

                                       MAG. JUDGE NORTH

**DEFENDANT BAYER PHARMA AG'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF PERSONNEL FILES OF GERMAN EMPLOYEES**

Defendant Bayer Pharma AG ("Bayer"), moves this Court for leave to file the attached Supplemental Opposition to Plaintiffs' Motion to Compel Production of Personnel Files of German Employees. This supplemental opposition is warranted to address issues concerning the Court ordered privacy logs filed this date and issues raised in the Court's May 11, 2016, Order & Reasons. Bayer believes that this supplemental memorandum will assist the Court in reaching a decision. A proposed order to that effect is attached for the Court's convenience.

**WHEREFORE**, Bayer Pharma AG moves this Court for leave to file the attached Supplemental Opposition to Plaintiffs' Motion to Compel Production of Personnel Files of German Employees.

2701322-1

Dated:  June 6, 2016

Respectfully submitted,

KAYE SCHOLER LLP

By:  /s/ Steven Glickstein
Steven Glickstein
William Hoffman
Andrew K. Solow
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
sglickstein@kayescholer.com

*Co-Lead Defense Counsel*

CHAFFE MCCALL L.L.P.

By:  /s/ John F. Olinde
John F. Olinde (LA Bar # 1515)
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 6, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system.

/s/      John F. Olinde

2

2701322-1