UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### O R D E R

Considering the above and foregoing motion for leave

**IT IS ORDERED** that Bayer Pharma AG be and is hereby **GRANTED** leave to file its Supplemental Opposition to Plaintiffs' Motion to Compel Production of Personnel Files of German Employees.

New Orleans, Louisiana, this _____ day of June, 2016

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

2701322-1