UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) } MDL No. 2592
}
PRODUCTS LIABILITY LITIGATION } SECTION L
} JUDGE FALLON
} MAG. JUDGE NORTH
}

This Document relates to:

Nancy Campbell *v. Janssen Research & Development, LLC et al;*
Civil Action No. 2:16-cv-1481

## ORDER

This matter comes before the Court on Plaintiff's Motion to Substitute Tamera Back, as Personal Representative of the Estate of Nancy Campbell as Plaintiff in the place of Nancy Campbell, in the above referenced action. The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED. The Clerk of the Court is hereby directed to correct the Caption to reflect the substituted party.

Signed, this ___6th___ day of ___June___, 2016

Honorable Eldon E. Fallon
U.S. District Court Judge