UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L |
| This Document Relates To:<br>All Cases | JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**O R D E R**

Considering the Plaintiffs' Steering Committee's ("PSC") Motion for Leave to Exceed Page Limitation and To File An Unredacted Version of the PSC's Response to Defendant Janssen's Motion to Enforce Pretrial Order No. 12 and For Entry of a Protective Order, and Exhibits, Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached PSC's Response to Defendant Janssen's Motion to Enforce Pretrial Order No. 12 and For Entry of a Protective Order be and is hereby filed into the record.

IT IS FURTHER ORDERED BY THE COURT that an unredacted version of the PSC's Response to Defendant Janssen's Motion to Enforce Pretrial Order No. 12 and For Entry of a Protective Order and Exhibits "A" through "V" be filed UNDER SEAL.

New Orleans, Louisiana, this  6th  day of    June   , 2016.

_____
Eldon E. Fallon
United States District Court Judge