**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION: L** |
| **This Document Relates To: All Cases** | **JUDGE FALLON** |
| | **MAG. JUDGE NORTH** |

**O R D E R**

Considering the Plaintiffs' Steering Committee's ("PSC") Motion for Leave to File Exhibits Under Seal;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibits "A" through "D" attached to the PSC's Response to Defendant Bayer's Motion for Protective Order Preserving the Confidentiality of Certain Discovery Materials be and they are hereby FILED UNDER SEAL.

New Orleans, Louisiana, this __6th__ day of _____June_____, 2016.

Eldon E. Fallon
United States District Court Judge