UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION     :    MDL No. 2592
                                  :
                                  :    SECTION L
                                  :
                                  :    JUDGE ELDON E. FALLON
                                  :
_____    :    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:              **JURY TRIAL DEMANDED**

CHRISTINA MORENO AND RON MORENO

CIVIL ACTION NO. 2:16-cv-7656

## AMENDED SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Christina Moreno, is identified more fully in Paragraph - 14 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides in Tucson, Arizona.

4. At The Time of Xarelto Use, User resided in Tucson, Arizona.

5. Attached as Attachment 1 is the Severance Order issued by the Court for

    the Individual plaintiff.

6. Attached as Attachment 2 is the Case Caption Listing including within the Individual plaintiff.

Dated: 06/7/2016

/s/ MATTHEW R. MCCARLEY
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com

**FEARS NACHAWATI, PLLC**
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

ATTORNEY FOR THE PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Short Form Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.