**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUSIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> <u>JURY TRIAL DEMANDED</u> |

**THIS DOCUMENT RELATES TO:**

**LARRY BROUSSARD**

CIVIL ACTION NO.: 2:16-cv-03797

## <u>PLAINTIFF'S MOTION TO AMEND CASE CAPTION</u>

NOW INTO COURT come Plaintiff, LARRY BROUSSARD, and file the attached motion seeking to amend the case caption in the above-captioned matter to reflect the present alignment of parties, as the Plaintiff, Larry Broussard, is deceased and Sherrie Broussard, his wife, as the executor of his estate, and should read:

SHERRIE BROUSSARD on behalf of the estate of LARRY BROUSSARD,

        Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,

        Defendants.

For the reasons set forth in detail in the accompanying Memorandum, Plaintiffs respectfully request that the Court grant this Motion.

Dated: June 7, 2016

                                            Respectfully submitted,

                                            **BACHUS & SCHANKER, LLC**

                                            */s/ J. Kyle Bachus*
                                            J. Kyle Bachus, CO #24441
                                            BACHUS & SCHANKER, LLC
                                            1899 Wynkoop Street, Suite 700
                                            Denver, Colorado  80202
                                            Phone: (303) 893-9800
                                            Fax: (303) 893-9900
                                            kbachus@coloradolaw.net
                                            *Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th of June, 2016, I electronically filed the foregoing Plaintiff's Motion to Amend Case Caption with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to persons electronically noticed.

*/s/ J. Kyle Bachus*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> <u>JURY TRIAL DEMANDED</u> |

THIS DOCUMENT RELATES TO:

LARRY BROUSSARD

CIVIL ACTION NO.: 2:16-cv-03797

MEMORANDUM IN SUPPORT OF
PLAINTIFF'S MOTION TO AMEND CASE CAPTION

Plaintiff files this memorandum in support of Plaintiff's Motion to Amend Case Caption because the caption in this matter does not accurately reflect the parties to this litigation. The first-named Plaintiff, Larry Broussard, is deceased and was mistakenly named as Plaintiff by counsel. Sherrie Broussard is the executor of Larry Broussard's estate and should be the first-named plaintiff. Accordingly, the caption should read:


SHERRIE BROUSSARD on behalf of the estate of LARRY BROUSSARD,

               Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,

Defendants.

## ARGUMENT

Federal Rule of Civil Procedure 17 states "an action must be prosecuted in the name of the real party in interest. The following may sue in their own names without joining the person for whose benefit the action is brought: (A) an executor;" Fed. R. Civ. P. 17(a)(1)(A). The original Complaint in this matter, pursuant to Rule 10(a), was titled, "LARRY BROUSSARD, Plaintiffs, v. JANNSSEN RESEARCH & DEVELOPMENT LLC, et al., Defendants."

This title does not accurately reflect the parties to this case. Larry Broussard is not the real party in interest, as he is deceased. Sherrie Broussard, the executor of Larry Broussard's estate, must sue in her own name and be the first-named Plaintiff.

## CONCLUSION

For the reasons set forth in detail in the accompanying Memorandum, Plaintiff respectfully request that the Court grant this Motion.

Respectfully submitted,

*/s/ J. Kyle Bachus*
J. Kyle Bachus, CO #24441
BACHUS & SCHANKER, LLC
1899 Wynkoop Street, Suite 700
Denver, Colorado  80202
Phone: (303) 893-9800
Fax: (303) 893-9900
kbachus@coloradolaw.net
*Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 7th of June, 2016, I electronically filed the foregoing Memorandum in Support of Plaintiff's Motion to Amend Case Caption with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to persons electronically noticed.

 */s/ J. Kyle Bachus* 

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUSIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br><br> **SECTION L** <br><br> **JUDGE ELDON E. FALLON** <br><br> **MAGISTRATE JUDGE NORTH** <br><br> <u>**JURY TRIAL DEMANDED**</u> |

**THIS DOCUMENT RELATES TO:**

**LARRY BROUSSARD**

CIVIL ACTION NO.: 2:16-cv-03797

<u>**ORDER**</u>

On Plaintiff's Motion to Amend Case Caption, IT IS HEREBY ORDERED that the caption this matter is amended to read:

"SHERRIE BROUSSARD on behalf of the estate of LARRY BROUSSARD,

        Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,

        Defendants."

Signed, this _____ day of _____, 2016.

                                          _____
                                          HONORABLE ELDON E. FALLON