UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :
                                               :
                                               :
                                               :
                                               :
                                               :

MDL No. 2592

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH


THIS DOCUMENT RELATES TO:

**JURY TRIAL DEMANDED**

PERRY MIDDLETON v. JANSSEN
PHARMACEUTICALS, INC., et al

No.  2:15-cv-07037

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and moves this Honorable Court for an order substituting Beverly Middleton  on behalf of her deceased husband, Perry Middleton, for the following reasons:

I.

On December 23, 2015 Perry Middleton filed a Complaint in the above referenced matter.

II

On April 21, 2016 Perry Middleton died.

III.

The decedents wife, Beverly Middleton, is the Proper Party Plaintiff and wishes to be substituted on behalf of Perry Middleton, in this case.

WHEREFORE, movant prays for said substitution.


Respectfully submitted this 7th day of June, 2016.

By: _/s/Andre' P. LaPlace_____
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana  70808
Telephone No. (225)924-6898
Facsimile No.  (225)924-6877
alaw@andrelaplace.com

By: _/s/Rebecca A. Cunard_
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana  70809
Telephone No. (225)925-2978
Facsimile No.  (225)925-8192
Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this  7th  day of June, 2016  a true and correct copy of the

foregoing has been submitted to the Clerk of Court for filing and electronic service via

the  Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*_____

**ANDRE' P. LAPLACE (#8039)**