UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

PERRY MIDDLETON v. JANSSEN
PHARMACEUTICALS, INC., et al

No. 2:15-cv-07037

ORDER

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Beverly Middleton, on behalf of her deceased husband, Perry Middleton, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ___ day of _____, 2016.

_____
Eldon K. Fallon, United States District Court Judge