UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| Beryl Myers v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al<br><br>No. 2:15-cv-06581 | SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO PTO 24A AND FED. R. CIV. P. 41 (a)(2)

**COMES NOW** Plaintiff, through undersigned counsel, and pursuant to PTO 24A and Fed. R. Civ. P. 41(a)(2), hereby requests an order dismissing this case against all Defendants without prejudice to refile. In support, Plaintiff offers as follows:

1. Plaintiff's complaint was initially filed on or about December 8, 2015, for which she paid the filing fee as a solitary filing and thereby complied with the filing fee payment provisions pursuant to PTO 11B;

2. No counterclaims have been filed against the Plaintiff in this matter;

3. Plaintiff's counsel sought consent from Defendant's liaison counsel to file the instant motion to dismiss without prejudice unopposed, via email on May 25, 2016, however, Defendants will not consent;

WHEREFORE, Plaintiff, by and through her undersigned Counsel, respectfully request this Court grant her Motion for Voluntary Dismissal Without Prejudice.

Dated: June 8, 2016                                   Respectfully Submitted,


   /s/Kelly A. Fitzpatrick
Kelly A. Fitzpatrick
VENTURA RIBEIRO & SMITH
235 Main Street
Danbury, CT 06810
Ph: (203) 791-9040
Fax: (203) 791-9264
kfitzpatrick@vrslaw.com

## CERTIFICATE OF SERVICE

I hereby that a copy of the above and foregoing Motion for Voluntary Dismissal Without Prejudice has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kelly A. Fitzpatrick