**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENT RELATES TO:** | **MDL NO. 2592** |
| | |
| *Beryl Myers v. Janssen Research &* | SECTION: L |
| *Development LLC f/k/a Johnson & Johnson* | |
| *Pharmaceutical Research and Development,* | JUDGE: ELDON E. FALLON |
| *LLC, et al* | |
| | MAG. JUDGE: MICHAEL NORTH |
| **No. 2:15-cv-06581** | |

**ORDER**

Considering the foregoing:

**IT IS ORDERED** that the Motion to Dismiss Without Prejudice, be and be the same is hereby

**GRANTED**, and that the Plaintiff's claims against defendants in the above captioned action are hereby

voluntarily DISMISSED, without prejudice, each party to bear their own costs.

NEW ORLEANS, LOUISIANA**,** this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon,
U.S. District Court Judge