UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO | : : | |
| *Smith v. Janssen Research & Development, LLC et al*, Case No. 2:15-cv-02495 (E.D.La.) | : : : : | JURY TRIAL DEMANDED |

**AMENDED SHORT FORM COMPLAINT**

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint filed in *In re: Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11, except that all references and uses of the term "Defendants" therein shall be deemed to also include the additional defendant Bayer B.V. The following *Short Form Complaint* is used in the above-captioned action.

2. Individual Plaintiff, GWENDOLYN SMITH, is identified more fully in paragraph No. 6 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 1421 Crete Street, New Orleans, LA 70119.

4. The Xarelto User resides (or if deceased, resided at the time of death) in the parish of Orleans, in the State of Louisiana.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the individual Plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the individual Plaintiff.

## ADDITIONAL ALLEGATIONS REGARDING BAYER B.V.

7. Upon information and belief, Defendant BAYER B.V. is a pharmaceutical company domiciled in the Netherlands, with a principal place of business at Energieweg 1, 3641 RT Mijdrecht, Netherlands.

8. As part of its business Defendant BAYER B.V. is involved in the research, development, sales, and marketing of pharmaceutical products, including Xarelto.

9. Upon information and belief, Defendant BAYER B.V. has transacted and conducted business in the State of Louisiana.

10. Upon information and belief, Defendant BAYER B.V. has derived substantial revenue from good and products used in the State of Louisiana.

11. Upon information and belief, Defendant BAYER B.V., expected or should have expected its acts to have consequence within the United States of America and the State of Louisiana, and derived substantial revenue from interstate commerce within the United States and the State of Louisiana, more particularly.

12. Upon information and belief, and at all relevant times, Defendant BAYER B.V. was in the business of and did design, research, manufacture, test, advertise, promote, market, sell, and/or distribute the drug Xarelto for use as an oral anticoagulant, the primary purposes of which are to reduce the risk of stroke and systemic embolism in patients with non-valvular atrial fibrillation, to treat DVT and PE, to reduce the risk of recurrence of DVT and/or PE, and for prophylaxis of DVT for patients undergoing hip and knee replacement surgery.

13. Upon information and belief, BAYER B.V. is a manufacturer as defined in the Louisiana Products Liability Act.

14. Defendant BAYER B.V.'s efforts to design, research, manufacture, test, advertise, promote, market, sell, and/or distribute the drug Xarelto were only recently discovered when it was disclosed by Dr. Andrea Derix that the primary clinical lead for the EINSTEIN studies is Dr. Anthonie Lensing – an employee of BAYER B.V.

Dated: June 8, 2016

Respectfully submitted,

By: */s/ Mekel S. Alvarez*
Morris Bart (LA Bar #02788)
Mekel Alvarez (LA Bar #22157)
Morris Bart, LLC
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: 504-599-3385
Facsimile: 504-599-3392
morrisbart@morrisbart.com
malvarez@morrisbart.com

**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 8, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Mekel S. Alvarez*