UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS  LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

## *EX PARTE* MOTION BY JANSSEN DEFENDANTS
## FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF
## MOTION TO ENFORCE PRETRIAL ORDER NO. 12
## AND FOR ENTRY OF A PROTECTIVE ORDER IN EXCESS OF PAGE LIMIT

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC ("Janssen Defendants") respectfully request leave of the Court to file the attached Reply Memorandum in Support of their Motion to Enforce Pretrial Order No. 12 and for Entry of a Protective Order (Rec. Doc. No. 3296), in excess of the page limit imposed by LR 7.7. At 11 pages, Janssen Defendants' Reply Memorandum is one page over the 10-page limit for Reply memoranda set by LR 7.7.  Janssen Defendants respectfully suggest the excess page in order to fully respond to Plaintiffs' Opposition Memorandum which, at 29 pages with leave of the Court, was four pages in excess of the 25-page limit imposed by LR 7.7 (Rec. Doc. 3397),

WHEREFORE, Janssen Defendants pray that this Motion be granted, and the aforementioned Reply Memorandum be filed into the Record.

00356494

Respectfully submitted,


DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
     Susan M. Sharko
     DRINKER BIDDLE & REATH LLP
     600 Campus Drive
     Florham Park, NJ 07932-1047
     Telephone: (973) 549-7000
     Facsimile:  (973) 360-9831
     susan.sharko@dbr.com


IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
     James B. Irwin
     Kim E. Moore
     IRWIN FRITCHIE URQUHART
     & MOORE LLC
     400 Poydras Street
     Suite 2700
     New Orleans, LA 70130
     Telephone: (504) 310-2100
     Facsimile:  (504) 310-2120
     jirwin@irwinllc.com


*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 8, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**

00356494