UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## BAYER'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION AND INCORPORATED MEMORANDUM IN SUPPORT

Defendants Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG (collectively "Bayer") respectfully move this Honorable Court for an Order granting it leave to file a Reply in Support of Bayer's Motion for a Protective Order Preserving the Confidentiality of Certain Discovery Materials that slightly exceeds the page limitation set forth in LR 7.7. Bayer's proposed Memorandum slightly exceeds the ten page limit. Bayer is seeking a protective order on numerous documents and the additional few pages are needed to provide the Court the needed reply to Plaintiffs' opposition.

KAYE SCHOLER LLP

By: /s/ *Steven Glickstein*
Steven Glickstein
William Hoffman
Andrew Solow
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
sglickstein@kayescholer.com

*Co-Lead Defense Counsel*

1

2693096-1

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

    /s/     John F. Olinde

2693096-1