UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### O R D E R

Considering Bayer's Motion for Leave to Exceed Page Limitation, the Court finds that said Motion should be, and the same hereby is, GRANTED. The Clerk of Court is directed to accept and file Bayer's Reply in Support Motion for Protective Order Preserving the Confidentiality of Certain Discovery Materials, as submitted, into the record of this cause.

New Orleans, Louisiana, this _____ day of June, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE