UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>RODRICK NORMAN<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC, f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG, AND BAYER AG | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE: MICHAEL NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No: 2:16-cv-00111-EEF-MBN |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| THE DRISCOLL FIRM, P.C.<br>Attorneys for Plaintiff<br>Rodrick Norman | DRINKER BIDDLE & REATH LLP<br>Attorneys for Defendants<br>Janssen Pharmaceuticals, Inc.,<br>Janssen Research & Development LLC,<br>Janssen Ortho LLC, and<br>Johnson & Johnson |
| By:   s/ *John J. Driscoll*<br>        John J. Driscoll | By:   *s/ Susan M. Sharko*<br>        Susan M. Sharko |
| Dated: June 8, 2016 | Dated: June 8, 2016 |

1

KAYE SCHOLER LLP
Attorneys for Defendants
Bayer Healthcare Pharmaceuticals Inc. and
Bayer Pharma AG

By: _s/Andrew K. Solow_
   Andrew K. Solow

Dated: June 8, 2016

*s/ James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART &
MOORE LLC
400 Poydras St., Ste, 2700
New Orleans, LA  70130
jirwin@irwinllc.com
kmoore@irwinllc.com
*Liaison Counsel for Defendants*

Dated: June 8, 2016

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 8, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                          By: *s/ John J. Driscoll*
                                                John J. Driscoll