# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :           **MDL No. 2592**
                                         :           **SECTION L**
                                         :           **JUDGE ELDON E. FALLON**
                                         :           **MAGISTRATE JUDGE NORTH**
                                         :
_____:           **<u>JURY TRIAL DEMANDED</u>**

**THIS DOCUMENT RELATES TO:**

*Stanley M. Elliot v. Janssen Research & Development, LLC et al, 2:16-cv-07492*

## <u>MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG</u>

COMES NOW Plaintiff in the above-listed action by and through his undersigned counsel, and respectfully requests that this Honorable Court grant his Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, and that this Court issue an Order granting them thirty (30) days in which to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10. A memorandum in support of Plaintiff's Motion is submitted herewith.

Dated: June 08, 2016

Respectfully submitted,

Elizabeth P. Kagan, Esquire
Florida Bar No:330779
Kagan Legal Group
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
(239) 410-8999 – telephone
(239) 466-7226 – facsimile
Liz@kaganlegalgroup.com
*Attorney for Plaintiff*