UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> _____ : | MDL No. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH <br><br> **JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

*Stanley M. Elliot v. Janssen Research & Development, LLC et al, 2:16-cv-07492*

**NOTICE OF SUBMISSION**

COMES NOW Plaintiff in the above-listed actions by and through his undersigned counsel, and files this Notice of Submission of Motion for Extension of Time Within Which to Serve Processes on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG.

Signed: June 08, 2016

Respectfully submitted,

/s/ Elizabeth P. Kagan

Elizabeth P. Kagan, Esquire
Florida Bar No: 330779
Kagan Legal Group
295 Palmas Inn Way, Suite 6
Humacao, PR 00791
(239) 410-8999 – telephone
(239) 466-7226 – facsimile
Liz@kaganlegalgroup.com
*Attorney for Plaintiff*