**CERTIFICATE OF SERVICE**

I hereby certify that on June 08, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_____
Elizabeth P. Kagan, Esquire