**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

Elizabeth P. Kagan, Esquire
Florida Bar No: 330779
Kagan Legal Group
295 Palmas inn Way, Suite 6
Humacao, PR  00791
(239) 410-8999 – telephone
(239) 466-7226 – facsimile
Liz@kaganlegalgroup.com
*Attorney for Plaintiff*