UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Beryl Myers v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| No. 2:15-cv-06581 | MAG. JUDGE: MICHAEL NORTH |

## MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO PTO 24A AND FED. R. CIV. P. 41 (a)(2)

**COMES NOW** Plaintiff, through undersigned counsel, and pursuant to PTO 24A and Fed. R. Civ. P. 41(a)(2), hereby requests an order dismissing this case against all Defendants without prejudice to refile. Plaintiff's Memorandum of Law in support of the instant motion is filed contemporaneously herewith.

WHEREFORE, Plaintiff, by and through her undersigned Counsel, respectfully request this Court grant her Motion for Voluntary Dismissal Without Prejudice.

Dated: June 9, 2016                                   Respectfully Submitted,

                                                                /s/Kelly A. Fitzpatrick
                                                                Kelly A. Fitzpatrick
                                                                VENTURA RIBEIRO & SMITH
                                                                235 Main Street, Danbury, CT 06810
                                                                Ph: (203) 791-9040, Fax: (203) 791-9264
                                                                kfitzpatrick@vrslaw.com

**CERTIFICATE OF SERVICE**

I hereby that a copy of the above and foregoing Motion for Voluntary Dismissal Without Prejudice has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kelly A. Fitzpatrick