# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Beryl Myers v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| No. 2:15-cv-06581 | |

## ORDER

Considering the foregoing:

**IT IS ORDERED** that the Motion to Dismiss Without Prejudice, be and be the same is hereby **GRANTED**, and that the Plaintiff's claims against defendants in the above captioned action are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

NEW ORLEANS, LOUISIANA**,** this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon,
U.S. District Court Judge