UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**Joanne McClure v. Janssen Research & Development LLC, et al.**

**Civil Action No. 2:16-cv-01244**

### STIPULATION OF DISMISSAL OF DEFENDANT
### BAYER HEALTHCARE LLC WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Joanne McClure and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer HealthCare LLC. This stipulation is not intended to have any effect on any claims against any other defendants in this action or any of the other bundled plaintiffs originally filed in this action. Costs and fees shall be borne by the party that incurred them.

Dated: June 9, 2016

                                                Respectfully submitted,
                                                COUNSEL FOR THE PLAINTIFF

                BY:     s/ Thomas T. Merrigan
                          Thomas T. Merrigan, BBO # 343480
                          tom@sweeneymerrigan.com
                          Peter M. Merrigan, BBO # 673272
                          peter@sweeneymerrigan.com
                          Jonathan Tucker Merrigan, BBO #681627
                          tucker@sweeneymerrigan.com
                          **SWEENEY MERRIGAN LAW**
                          268 Summer Street, LL
                          Boston, MA 02210
                          617 391 9001 (telephone)
                          617 357 9001 (fax)

/s/ Andrew K. Solow
Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
steven.glickstein@kayescholer.com

*Attorneys for Defendant Bayer HealthCare LLC*