UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :  MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
                              :  SECTION L
                              :
                              :  JUDGE ELDON E. FALLON
                              :
                              :  MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

PERRY MIDDLETON v. JANSSEN
PHARMACEUTICALS, INC., et al

No. 2:15-cv-07037

## ORDER

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Beverly Middleton, on behalf of her deceased husband, Perry Middleton, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this 8th day of June, 2016.

_____
Eldon K. Fallon, United States District Court Judge