UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2592 SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Richard Sokol, et al v. Janssen Research & Development, LLC, et al; Case No. 2:14-cv-02940*

## MOTION FOR SUBSTITUTION OF PARTY UNDER FED.R.CIV.P. 25(a)

Undersigned Counsel for Plaintiff, pursuant to Fed.R.Civ.P. 25(a), moves to substitute deceased Plaintiff Richard T. Sokol with his surviving spouse, Leroya Sokol. Plaintiff moves for an order substituting Leroya Sokol for Richard T. Sokol on behalf of Richard T. Sokol. In support of this motion, Plaintiff states as follows:

1. Under Fed.R.Civ.P. 25(a)(1), "[i]f a party dies and the claim in not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

2. Plaintiff Richard T. Sokol passed away on June 12, 2015 (Ex. A).

3. Leroya Sokol was the Plaintiff's surviving spouse and informant at the time of Plaintiff's death (Ex. A).

4. Given that Leroya Sokol is the Plaintiff's surviving spouse and informant at the time of Plaintiff's death, Leroya Sokol has proper capacity to continue the suit as a party and as successor and representative pursuant to Fed.R.Civ.P. 25(a)(1).

WHEREFORE, for each and all of the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Leroya Sokol for Richard T. Sokol on behalf of Richard T. Sokol.

Dated: June 9, 2016

Respectfully Submitted By,

**McCORVEY LAW, L.L.C.**

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
117 Caillouett Place
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
Email: derriel@mccorveylaw.com

**CERTIFICATE OF SERVICE**

I, Derriel C. McCorvey. hereby certify that a true and correct copy of the foregoing was served with the Clerk of the Court using the CM/ECF system which automatically sent notification of such filings to the Filing User(s) listed on the Court's Case List for CM/ECF service.

This document so filed is available for viewing and downloading on the ECF system.

I declare that I am a registered Filing User for this District of the United States District Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Certificate is executed on June 9, 2016, at Lafayette, Louisiana.

/s/ Derriel C. McCorvey
Derriel C. McCorvey
LA Bar Roll # 26083
TX Bar Roll# 24073351
117 Caillouett Place
Post Office Box 2473
Lafayette, LA 70502
Tel. 337-291-2431
Fax 337-291-2433
Email: derriel@mccorveylaw.com