# FRANKLIN-WILLIAMSON BI-COUNTY HEALTH DEPARTMENT
## MARION, ILLINOIS
### MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2015 0047400  **DATE ISSUED:** 6/15/2015

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | RICHARD T SOKOL |
| SEX | MALE |
| DATE OF DEATH | JUNE 12, 2015 |
| COUNTY OF DEATH | WILLIAMSON |
| AGE AT LAST BIRTHDAY | 60 YEARS |
| DATE OF BIRTH | FEBRUARY 14, 1955 |
| CITY OR TOWN | MARION |
| HOSPITAL OR OTHER INSTITUTION NAME | 718 NORTH LOGAN STREET |
| PLACE OF DEATH | DECEDENT'S HOME |
| BIRTHPLACE | WASHINGTON, PA |
| SOCIAL SECURITY NUMBER | 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 |
| STATUS AT TIME OF DEATH | MARRIED |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | LEROYA HODGE |
| EVER IN U.S. ARMED FORCES? | YES |
| RESIDENCE | 718 NORTH LOGAN STREET |
| CITY OR TOWN | MARION |
| INSIDE CITY LIMITS? | YES |
| COUNTY | WILLIAMSON |
| STATE | IL |
| ZIP CODE | 62959 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | EDWARD SOKOL |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | HELEN SMIGLSKY |
| INFORMANT'S NAME | LEROYA SOKOL |
| RELATIONSHIP | SPOUSE |
| MAILING ADDRESS | 7185 NORTH LOGAN STREET, MARION, IL, 62959 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | BFH CREMATORY |
| LOCATION - CITY OR TOWN AND STATE | MARION, IL |
| DATE OF DISPOSITION | JUNE 16, 2015 |
| FUNERAL HOME | BLUE FUNERAL HOME, 1704 NORTH COURT STREET, MARION, IL, 62959 |
| FUNERAL DIRECTOR'S NAME | WEBB A SULLIVAN |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034015900 |
| LOCAL REGISTRAR'S NAME | ROBIN KOEHL |
| DATE FILED WITH LOCAL REGISTRAR | JUNE 15, 2015 |

**CAUSE OF DEATH**

PART I.
- a. (Immediate Cause) RESPIRATORY FAILURE — MINUTES
- b. Due to: CONGESTIVE HEART FAILURE — YEARS
- c.

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.:
NON-HODGKIN'S LYMPHOMA, DIABETES, CORONARY ARTERY DISEASE, ATRIAL FIBRILLATION, SEIZURES, ISCHEMIC HEART DISEASE, PHERIPHERAL NEUROPATHY

- WAS AN AUTOPSY PERFORMED? NO
- WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A
- FEMALE PREGNANCY STATUS: NOT APPLICABLE
- MANNER OF DEATH: NATURAL

DATE OF INJURY: — TIME OF INJURY: — PLACE OF INJURY: — INJURY AT WORK: —
LOCATION OF INJURY: —
DESCRIBE HOW INJURY OCCURRED: —
IF TRANSPORTATION INJURY, SPECIFY: —

| Field | Value |
|---|---|
| ATTEND THE DECEASED? | |
| DATE LAST SEEN ALIVE | |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | |
| DATE PRONOUNCED | JUNE 12, 2015 |
| TIME OF DEATH | 08:40 PM |
| CERTIFIER | MEDICAL EXAMINER/CORONER |
| DATE CERTIFIED | JUNE 15, 2015 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | MICHAEL R BURKE, 407 NORTH MONROE, SUITE 360, MARION, IL, 62959 |
| PHYSICIAN'S LICENSE NUMBER | |




This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Robin Koehl, B.S.
Local Registrar

REGISTRAR
ILL DIST 800