UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br><br>*Marotte v. Janssen Research & Development LLC et al*,<br>Case No. 2:15-cv-05751 (E.D.La.) | : : : : : : | |

**ORDER**

Upon consideration of the Plaintiff's Motion to Amend Complaint, it is hereby ORDERED that said motion is GRANTED. The Clerk is hereby directed to enter Plaintiff's Amended Complaint (Exhibit "A" to Plaintiff's Motion to Amend) on the docket.

On June 8, 2016, in New Orelans, Louisiana

*[signature]*
JUDGE ELDON E. FALLON

1