UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion filed by Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho, LLC for Leave to File Reply Memorandum in Support of their Motion to Enforce Pretrial Order No. 12 and for Entry of a Protective Order in Excess of Page Limit (Rec. Doc. 3405),

**IT IS ORDERED** that said Motion is **GRANTED** and the Clerk of Court is directed to file the proposed Reply Memorandum into the Record.

New Orleans, Louisiana, this 9th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

00356474