Michael A. London (ML-7510)
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Ph:  (212) 566-7500
Fax: (212) 566-7501
Email:MLondon@DouglasAndLondon.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 |
| | ) |
| THIS DOCUMENT RELATES TO: CHARLES FRANCIS, ON BEHALF OF THE ESTATE OF SHARRON FRANICS, DECEASED, AND CHARLES FRANCIS, INDIVIDUALLY, | ) SECTION:  L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH |
| Plaintiff, | ) Civil Action No.: 2:15-cv-00947 |
| v. | ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, | ) **STIPULATION OF DISMISSAL OF DEFENDANT BAYER CORPORATION WITHOUT PREJUDICE** |
| Defendants | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Charles Francis, on behalf of the Estate of Sharron Franics, deceased, and Charles Francis, Individually and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Corporation.  All other Defendants  remain

1

in the case.  Costs and fees shall be borne by the party that incurred them.

DATED:  June 10, 2016

Respectfully submitted,

By: /s/ *Michael A. London*
 Michael A. London (ML-7510)
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Ph:  (212) 566-7500
Fax: (212) 566-7501
Email:MLondon@DouglasAndLondon.com
*Attorneys for Plaintiff*

By: */s/Andrew Solow*
Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
steven.glickstein@kayescholer.com
*Attorneys for Defendant Bayer HealthCare LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:     /s/ *Michael A. London*

Michael A. London
Attorney for Plaintiff

2