Michael A. London (ML-7510)
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Ph:  (212) 566-7500
Fax: (212) 566-7501
Email:MLondon@DouglasAndLondon.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>STEVEN FINK,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br><br>　　　　Defendants | MDL No. 2592<br><br>SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br><br>Civil Action No.: 2: 15-cv-3109<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE** |

　　　Pursuant to Fed. R. Civ. P. 41, Plaintiff Steven Fink and Defendants hereby stipulate to

the dismissal without prejudice of Defendant Bayer Healthcare LLC.  All other Defendants

remain in the case.  Costs and fees shall be borne by the party that incurred them.

DATED:  June 10, 2016

Respectfully submitted,


By: _/s/ *Michael A. London*_____
 Michael A. London (ML-7510)
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Ph:  (212) 566-7500
Fax: (212) 566-7501
Email:MLondon@DouglasAndLondon.com
*Attorneys for Plaintiff*


By: _/s/Andrew Solow_____
Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
steven.glickstein@kayescholer.com
*Attorneys for Defendant Bayer HealthCare LLC*


**CERTIFICATE OF SERVICE**

     I hereby certify that on June 10, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


     By:     _/s/ *Michael A. London*_____

          Michael A. London
          Attorney for Plaintiff