Michael A. London (ML-7510)
Douglas & London, P.C.
59 Maiden Lane, 6th Floor
New York, New York 10038
Ph: (212) 566-7500
Fax: (212) 566-7501
Email: MLondon@DouglasAndLondon.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 |
| | ) |
| | ) SECTION: L |
| THIS DOCUMENT RELATES TO: MATTHEW CARRASCO, | ) JUDGE FALLON |
| | ) MAG. JUDGE NORTH |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 2: 15-cv-7039 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, | ) **STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE** |
| Defendants | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Matthew Carrasco and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Healthcare LLC. All other

1

Defendants remain in the case.  Costs and fees shall be borne by the party that incurred them.

DATED:  June 10, 2016

Respectfully submitted,


By:  /s/ *Michael A. London*  
 Michael A. London (ML-7510)  
Douglas & London, P.C.  
59 Maiden Lane, 6th Floor  
New York, New York 10038  
Ph:  (212) 566-7500  
Fax: (212) 566-7501  
Email:MLondon@DouglasAndLondon.com  
*Attorneys for Plaintiff*


By: /s/Andrew Solow  
Andrew K. Solow  
Steven Glickstein  
KAYE SCHOLER LLP  
250 West 55th Street  
New York, New York 10019-9710  
Telephone: (212) 836-8000  
Facsimile: (212) 836-8689  
andrew.solow@kayescholer.com  
steven.glickstein@kayescholer.com  
*Attorneys for Defendant Bayer HealthCare LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


By:     /s/ *Michael A. London*

Michael A. London  
Attorney for Plaintiff