MINUTE ENTRY
FALLON, J.
JUNE 10, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON MAGISTRATE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances: Gerald Meunier, Esq. and Roger Denton, Esq. for Plaintiffs
             James Irwin, Esq., Andrew Solow, Esq. and Steve Glickstein, Esq. for Defendants

The Courtroom was ORDERED SEALED for these proceedings

Motion of Defendants, Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC and Janssen Ortho, LLC, to Enforce Pretrial Order No. 12 and for Entry of a Protective Order (3296)

After argument - the Motion was GRANTED for the reasons stated orally on the record


JS10:   1:56