UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE NORTH |

## ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on March 16, 2016, the following Plaintiffs were given until May 18, 2016 to remedy the deficiencies identified by Defendants. [Rec. Doc. 2983]. Having failed to remedy the deficiencies by this date, the following cases are hereby **DISMISSED WITH PREJUDICE**:

| Name of Alleged Xarelto User: | Docket No.: |
|---|---|
| BAILEY, THEARETTA | 2:15-cv-04708 |
| BAYLESS, BEVERLY | 2:15-cv-03646 |
| BONNER, TRINA | 2:15-cv-05463 |
| BOOKER, JOSEPHINE | 2:15-cv-04028 |
| BURNETT, PERCY | 2:15-cv-03649 |
| CASTRO-CHAVIRA, PEDRO | 2:15-cv-03024 |
| CHAMBERS, FREDERICK | 2:15-cv-02291 |
| DAY, MICHAEL | 2:15-cv-05552 |
| DIXON, DAVID | 2:15-cv-04676 |
| DURAN, DANIEL | 2:15-cv-03650 |
| ELKINS, BETTY | 2:15-cv-03714 |
| ENGLAND, RONALD | 2:15-cv-02180 |
| EVERETT, SHONDA | 2:15-cv-4742 |
| FAVORS, ALI | 2:15-cv-00618 |
| GONZALES, GRACE | 2:15-cv-02143 |
| GOTICH, HEIDI | 2:15-cv-4745 |
| HAYES, ROLAND | 2:15-cv-01640 |
| HERNANDEZ, DANIEL | 2:15-cv-00920 |

| Name of Alleged Xarelto User: | Docket No.: |
|---|---|
| HUMPHRIES, JESSICA | 2:15-cv-03654 |
| JOHNSON, MICHAEL | 2:15-cv-04042 |
| MABRY, BEATRICE | 2:15-cv-02569 |
| MARXEN, DEBORAH | 2:15-cv-04752 |
| MCCULLEN, MARY | 2:15-cv-04753 |
| MCVAY, VERA | 2:15-cv-3078 |
| MONTALVO, MAYRA | 2:15-cv-04048 |
| MOORE, ALLISON | 2:15-cv-04697 |
| MORROW, JASMINE | 2:15-cv-04050 |
| NACE, LINDA | 2:15-cv-04369 |
| PERRY, LYNNE | 2:15-cv-02153 |
| PERRY, VICKIE | 2:15-cv-3659 |
| PHELPS, JAMIE | 2:15-cv-03660 |
| POPE, VONCILLE | 2:15-cv-00186 |
| RIDER, JAMES | 2:15-cv-02180 |
| ROSE, OTTIS R., SR. | 2:15-cv-00861 |
| SARMIENTO, JUAN | 2:15-cv-03663 |
| SCOTT, JAMES | 2:15-cv-03749 |
| SCOTT, TIMOTHY | 2:15-cv-01254 |
| SHARMA, JENNIFER | 2:15-cv-03664 |
| SIRIOS, JENNIE | 2:15-cv-04173 |
| SKINNER, TOMMIE | 2:15-cv-2160 |
| STANSBURY, MARK E. | 2:15-cv-04956 |
| STEVENS, REBECCA | 2:15-cv-01255 |
| THOMPSON, SANDRA | 2:15-cv-04758 |
| WALKER, LARRY | 2:15-cv-02180 |
| WEST, ANDRE | 2:15-cv-03669 |
| WIGGERS, EDWARD | 2:15-cv-02501 |
| WOLF, ART | 2:15-cv-02180 |
| WOODS, SHARON | 2:15-cv-00460 |
| WRIGHT, VERONICA | 2:15-cv-04711 |
| ZACHERY-BROADNAX, PATRICIA | 2: 15-cv-01267 |

New Orleans, Louisiana this 10th day of ___June___, 2016.

_____
UNITED STATES DISTRICT JUDGE