# CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
OCT 30 2015

**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER 142-15-153851**

1. LEGAL NAME OF DECEASED: DONALD JAMES BROUSSARD
2. DATE OF DEATH (ACTUAL OR PRESUMED): OCTOBER 21, 2015
3. SEX: MALE
4. DATE OF BIRTH: ███ 1942
5. AGE: 73
6. BIRTHPLACE: PORT ARTHUR, TX
7. SOCIAL SECURITY NUMBER: ███
8. MARITAL STATUS: Married
9. SURVIVING SPOUSE'S NAME: CONNIE DELCAMBRE
10a. RESIDENCE STREET ADDRESS: ███
10c. CITY OR TOWN: PORT ARTHUR
10d. COUNTY: JEFFERSON
10e. STATE: TEXAS
10f. ZIP CODE: 77640
10g. INSIDE CITY LIMITS: Yes
11. FATHER'S NAME: JOSEPH C BROUSSARD
12. MOTHER'S NAME: BERNICE COMEAUX
13. PLACE OF DEATH: Decedent's Home
14. COUNTY OF DEATH: JEFFERSON
15. CITY/TOWN, ZIP: PORT ARTHUR, 77640
17. INFORMANT'S NAME & RELATIONSHIP: CONNIE BROUSSARD - WIFE
18. MAILING ADDRESS OF INFORMANT: ███ PORT ARTHUR, TX 77640
19. METHOD OF DISPOSITION: Burial
20. SIGNATURE OF FUNERAL DIRECTOR: MICHELLE KOLB, BY ELECTRONIC SIGNATURE - 113120
21. Section 34, Block ROW 2, Lot FEATURE LOT 9, Space 3
22. PLACE OF DISPOSITION: GREENLAWN MEMORIAL PARK
23. LOCATION: GROVES, TX
24. NAME OF FUNERAL FACILITY: GRAMMIER-OBERLE FUNERAL HOME, INC.
25. ADDRESS: 4841 39TH ST, PORT ARTHUR, TX 77642
26. CERTIFIER: Medical Examiner/Justice of the Peace
27. SIGNATURE OF CERTIFIER: TOM GILLAM III, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: OCTOBER 28, 2015
30. TIME OF DEATH: 09:03 AM
31. PRINTED NAME, ADDRESS OF CERTIFIER: TOM GILLAM III 525 LAKESHORE DRIVE, PORT ARTHUR, TX 77640
32. TITLE OF CERTIFIER: JP

33. CAUSE OF DEATH:
   a. CARDIAC EXHAUSTION DUE TO COMPLICATIONS OF — MINUTES
   b. CHRONIC OBSTRUCTIVE PULMONARY DISEASE — UNKNOWN
   c. CARDIAC DISEASE — UNKNOWN

34. WAS AN AUTOPSY PERFORMED? No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? Yes
36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? Unknown

42a. REGISTRAR FILE NO.: 03-0578
42b. DATE RECEIVED BY LOCAL REGISTRAR: OCTOBER 30, 2015
42c. REGISTRAR: REGISTRAR - CITY OF PORT ARTHUR, ELECTRONICALLY FILED

VS-112 REV 1/2006
EDR NUMBER 000001788999

LHA

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED NOV 02 2015

GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE