UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| GREGORY K. BURT, Administrator of the Estate of WINONA G. BURT, dec., and GREGORY K. BURT, Individually and on Behalf of the Heirs-at-Law of WINONA G. BURT, dec. Plaintiffs. | : : : : : : : | CIVIL ACTION No. 16-cv-00338 |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC.**

COME NOW Plaintiffs in the above-listed action, by and through their undersigned counsel, and respectfully request that this Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc., and that this Court issue an Order granting them thirty (30) days from granting of the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc., through the streamlined service procedures for informal service of process set forth in Pretrial Order No. 10. A memorandum in support of Plaintiffs' Motion is submitted herewith.

1

Dated: June 13, 2016

Respectfully submitted,

HUTTON & HUTTON LAW Firm, L.L.C.

 s/ Andrew W. Hutton
Andrew W. Hutton, KS Bar No. 10264
8100 E. 22nd St. N., Bldg. 1200
P. O. Box 638
Wichita, KS 67201-0638
(316) 688-1166 Telephone
(316) 686-1077 Facsimile
andrew.hutton@huttonlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2016, a copy of the foregoing Motion for Extension of Time Within Which to Service Process on Defendant Bayer Healthcare Pharmaceuticals, Inc., has been filed electronically with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PTO No. 17.

 s/ Andrew W. Hutton
Andrew W. Hutton, KS Bar No. 10264
8100 E. 22nd St. N., Bldg. 1200
P. O. Box 638
Wichita, KS 67201-0638
(316) 688-1166 Telephone
(316) 686-1077 Facsimile
andrew.hutton@huttonlaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : : | |
| GREGORY K. BURT, Administrator of the Estate of WINONA G. BURT, dec., and GREGORY K. BURT, Individually and on Behalf of the Heirs-at-Law of WINONA G. BURT, dec.<br>    Plaintiffs. | : : : : : : : : | CIVIL ACTION No. 16-cv-00338 |

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON <u>DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC.</u>**

COME NOW Plaintiffs in the above-listed action, by and through their undersigned counsel, and respectfully request that this Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc., and that this Court issue an Order granting them thirty (30) days from granting of the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc., through the streamlined service procedures for informal service of process set forth in Pretrial Order No. 10. A memorandum in support of Plaintiffs' Motion is submitted herewith.

1

Dated: June 13, 2016

Respectfully submitted,

HUTTON & HUTTON LAW Firm, L.L.C.

 s/ Andrew W. Hutton
Andrew W. Hutton, KS Bar No. 10264
8100 E. 22nd St. N., Bldg. 1200
P. O. Box 638
Wichita, KS 67201-0638
(316) 688-1166 Telephone
(316) 686-1077 Facsimile
andrew.hutton@huttonlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2016, a copy of the foregoing Motion for Extension of Time Within Which to Service Process on Defendant Bayer Healthcare Pharmaceuticals, Inc., has been filed electronically with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PTO No. 17.

 s/ Andrew W. Hutton
Andrew W. Hutton, KS Bar No. 10264
8100 E. 22nd St. N., Bldg. 1200
P. O. Box 638
Wichita, KS 67201-0638
(316) 688-1166 Telephone
(316) 686-1077 Facsimile
andrew.hutton@huttonlaw.com

*Attorneys for Plaintiffs*