UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| GREGORY K. BURT, Administrator of the Estate of WINONA G. BURT, dec., and GREGORY K. BURT, Individually and on Behalf of the Heirs-at-Law of WINONA G. BURT, dec.<br>Plaintiffs. | | CIVIL ACTION No. 16-cv-00338 |

## NOTICE OF SUBMISSION

COME NOW Plaintiffs in the above-listed action, by and through their undersigned counsel, and file the following pleadings on Defendant Bayer HealthCare Pharmaceuticals, Inc., as follows:

1. Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc.;

2. Memorandum in Support of Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc.; and

3. Proposed Order.

1

2

Dated:  June 13, 2016 	Respectfully submitted,

	HUTTON & HUTTON LAW Firm, L.L.C.

	 s/  Andrew W. Hutton
	Andrew W. Hutton, KS Bar No. 10264
	8100 E. 22nd St. N., Bldg. 1200
	P. O. Box 638
	Wichita, KS 67201-0638
	(316) 688-1166 Telephone
	(316) 686-1077 Facsimile
	andrew.hutton@huttonlaw.com

	*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of June, 2016, a copy of the foregoing Notice of Submission has been filed electronically with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PTO No. 17.

	 s/  Andrew W. Hutton
	Andrew W. Hutton, KS Bar No. 10264
	HUTTON & HUTTON LAW FIRM, L.L.C.
	8100 E. 22nd St. N., Bldg. 1200
	P. O. Box 638
	Wichita, KS 67201-0638
	(316) 688-1166 Telephone
	(316) 686-1077 Facsimile
	andrew.hutton@huttonlaw.com

	*Attorneys for Plaintiffs*