UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 |
| | | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : : | |
| GREGORY K. BURT, Administrator of the Estate of WINONA G. BURT, dec., and GREGORY K. BURT, Individually and on Behalf of the Heirs-at-Law of WINONA G. BURT, dec.<br>Plaintiffs. | : : : : : : : : | CIVIL ACTION No. 16-cv-00338 |

**PROPOSED ORDER**

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer HealthCare Pharmaceuticals, Inc., filed by the above-listed Plaintiff is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

 

Hon. Eldon E. Fallon
United States District Judge

1