UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Julius Wollfarth, Jr. on behalf of Julius Wollfarth, Sr.*
 *v. Janssen Research & Development, et al.*

**Civil Action No. 2:15-cv-00298**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, Huber, Slack, Thomas, and Marcelle, L.L.P., counsel for Plaintiff Julius Wollfarth, Jr., and respectfully move for an Order withdrawing them from any further representation in this litigation of Plaintiff for the reasons set forth below:

1. Irreconcilable differences have arisen between the undersigned counsel and Plaintiff, Julius Wollfarth, Jr., making continued representation impossible. Under these circumstances, undersigned counsel moves to withdraw as counsel of record for Plaintiff in the above-captioned action.

2. Granting this motion would not delay trial of this matter or otherwise prejudice Defendants, as this matter is part of MDL 2592 and is not yet scheduled for trial.

3. Pursuant to Local Rule 83.211 the law firm has notified Plaintiff of this motion for leave to withdraw via certified mail at his last known residential address, which is 5745 Wilson Drive, New Orleans, LA 70122.

4. The notice to Plaintiff also advises him that he should retain other counsel immediately.

5. The notice to Plaintiff also advised that within 21 days of the entry of an Order granting this Motion to Withdraw, Plaintiff or his new counsel will be required to file with the Clerk of the Court a supplementary appearance that provides the address at which the party of his new counsel may receive service of documents related to this case.

6. Along with this motion, Huber, Slack, Thomas & Marcelle, LLP are submitting a memorandum in support of the requested relief, along with the declaration of Charles M. Thomas.

WHEREFORE, Huber, Slack, Thomas & Marcelle, LLP, requests that this Honorable Court grant it leave to withdraw as counsel of record for Plaintiff and that, should Plaintiff choose to continue to pursue this matter on his own or with new counsel, he be given 45 days from the day that he or his new counsel enter an appearance and as such other and further relief the Court deems just and appropriate under the circumstances.

DATED: June 14, 2016

Respectfully submitted,

**HUBER, SLACK, THOMAS & MARCELLE**

_s/ Charles M. Thomas_
**CHARLES M. THOMAS, BAR NO. 31989**
**TODD R. SLACK, BAR NO. 24647**
1100 Poydras Street, Suite 1405
New Orleans, LA 70163
Charlie@huberslack.com
Todd@huberslack.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 14th day of June, 2016.

                                          _s/ Charles M. Thomas_
                                          **CHARLES M. THOMAS**