**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | * | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| | * | |
| | * | **JUDGE ELDON E. FALLON** |
| | * | |
| | * | **MAG. JUDGE NORTH** |
| | * | |
| | * | |
| _____ | * | |

**THIS DOCUMENT RELATES TO:**

*Julius Wollfarth, Jr. on behalf of Julius Wollfarth, Sr.*
*v. Janssen Research & Development, et al.*

**Civil Action No. 2:15-cv-00298**

**DECLARATION**

I, Charles M. Thomas, declare and state as follows:

1. I am a member of the law firm of Huber, Slack, Thomas & Marcelle, L.L.P., counsel of record for the Plaintiff herein, *IN RE: Xarelto (Rivaroxaban) Products Liability Litigation*. (hereinafter referred to as the "MDL").

2. The facts contained herein are within my personal knowledge, and if called upon as a witness I could and would competently testify to the following under oath.

3. Since the complaint was filed in this action in the Eastern District of Louisiana on January 30, 2015, a conflict has arisen between Plaintiff and his Counsel, making it unreasonably difficult for Huber, Slack, Thomas & Marcelle, L.L.P. to represent Plaintiff in this action.

4. Granting the motion will not cause unnecessary delay to Mr. Wollfarth's case, and would not otherwise be inequitable.

5. Pursuant to Local Rule 83.211, Plaintiff was notified of our motion for leave to withdraw via certified mail to his last known residential address as well as by Federal Express.

6. The notice to Plaintiff also advised him that he should retain other counsel.

7. The notice to Plaintiff also advised him that within 21 days of the entry of the order granting this motion for withdrawal, the party or new counsel shall file with the Clerk of the Court a supplementary appearance that provides the address at which the party and/or his new counsel may receive service of documents related to the case.

8. No case-specific discovery has been completed in this matter and no trial date has been set. Therefore, withdrawal will not cause any delay in trial, will not adversely affect the client's interests, and will not otherwise be inequitable.

9. Should the Court require specificity regarding the numerous and extensive correspondence sent to Mr. Wollfarth, I respectfully request that the Court permit an *in camera* hearing so that I may provide the Court with such additional information that the Court deems necessary. Should the Court require it, I will also provide the Court with an affidavit, filed under seal, which provides additional detail with respect to the aforementioned conflict.

10. A copy of this Motion as been sent to Plaintiff via certified mail on June 14, 2016.

I declare under penalty of perjury under the laws of the United States of America and the State of Louisiana that the foregoing is true and correct and that this Declaration was executed on this 14th day of June, 2016.

DATED: June 14, 2016

Respectfully submitted,

**HUBER, SLACK, THOMAS & MARCELLE**

_s/ Charles M. Thomas_
**CHARLES M. THOMAS, BAR NO. 31989**
**TODD R. SLACK, BAR NO. 24647**
1100 Poydras Street, Suite 1405
New Orleans, LA 70163
Charlie@huberslack.com
Todd@huberslack.com
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this  14th day of June, 2016.


_s/ Charles M. Thomas_
**CHARLES M. THOMAS**