**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | * | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| | * | |
| | * | **JUDGE ELDON E. FALLON** |
| | * | |
| | * | **MAG. JUDGE NORTH** |
| | * | |
| | * | |
| _____ | * | |

**THIS DOCUMENT RELATES TO:**

*Julius Wollfarth, Jr. on behalf of Julius Wollfarth, Sr.*
 *v. Janssen Research & Development, et al.*

**Civil Action No. 2:15-cv-00298**

## ORDER TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record for the above-

captioned case,

IT IS HEREBY ORDERED that Huber, Slack, Thomas, and Marcelle, L.L.P. and all

associated counsel, are withdrawn as Plaintiff's attorneys of record.

Plaintiff's last known contact information is:

> 5745 Wilson Dr.
> New Orleans, LA 70112
> (504) 952-3068

DONE AND SIGNED this _____ day of _____, 2016.

_____
JUDGE E. FALLON