Ryan J Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
**REYES | BROWNE | REILLEY**
5950 Berkshire Lane, Suite 410
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (FAX)
ryan@reyeslaw.com
spencer@reyeslaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| JANE DOWLING, DECEASED, BY AND THROUGH HER EXECUTRIX/ PERSONAL REPRESENTATIVE, NANCY DOWLING PERSONS, NANCY DOWLING PERSONS, INDIVIDUALLY AND KERRY DOWLING, INDIVIDUALLY | Civil Action No.: 2:15-cv-05063-EEF-MBN |
| Plaintiffs | **STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE** |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG | |
| Defendants | |

1

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Jane Dowling, Deceased, by and through her Executrix/ Personal Representative, Nancy Dowling Persons, Nancy Dowling Persons, Individually and Kerry Dowling, Individually and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Healthcare LLC.  All other Defendants remain in the case. Costs and fees shall be borne by the party incurring same.

DATED:  June 14, 2016                    Respectfully submitted,


By:   /s/ *Ryan J Browne*_____
Ryan J Browne
Texas State Bar No. 00796262
Spencer P. Browne
Texas State Bar No. 24040589
REYES │ BROWNE │ REILLEY
5950 Berkshire Lane, Suite 410
Dallas, TX 75225
(214) 526-7900
(214) 526-7910 (FAX)
ryan@reyeslaw.com
spencer@reyeslaw.com
***Attorneys for Plaintiffs***


By:   /s/ *Andrew K. Solow*_____
Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone:  (212) 836-8000
Facsimile:  (212) 836-8689
andrew.solow@kayescholer.com
steven.glickstein@kayescholer.com
***Attorneys for Defendant Bayer HealthCare LLC***

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 14, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

            By: /s/ *Ryan J Browne*_____
               Ryan J Browne
               Attorney for Plaintiffs