MINUTE ENTRY
FALLON, J.
JUNE 10, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

Following oral argument, a discovery conference was held on this date in the courtroom of Judge Eldon E. Fallon.  The parties discussed the status of the case, as well as the timing of pending monthly status conferences.  The Court finds it appropriate to reset the monthly status conferences for June and July.  Therefore,

**IT IS ORDERED** that the monthly status conference set for June 24, 2016, is hereby **CANCELED**.

**IT IS FURTHER ORDERED** that the monthly status conference set for July 22, 2016, is hereby **CANCELED**.

**IT IS FURTHER ORDERED** that a monthly status conference shall be held on Wednesday, July 6, 2016 at 9:00 a.m.  The Court has set up a conference line for auditing the conference. To audit, call (800) 260-0718 and enter access code 392162.

**IT IS FURTHER ORDERED** that all oral arguments scheduled for June 24, 2016, shall be set for oral argument immediately following the July 6 monthly status conference.  Parties who intend to appear telephonically shall contact the Court to receive call-in information.

JS10(00:10)