UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

The Court received materials composed of Dr. Paul Burton's personnel files. The personnel files concern Dr. Burton's work performance as an employee of Defendant Janssen during a time period pertinent to the litigation. The Court had an opportunity to review the files in great detail, weighing privacy interests against the Plaintiffs' right to discover relevant material.

During his time with Janssen, Dr. Burton has served as the Vice President of Medical Affairs. He worked on research and development, including several of Xarelto's clinical trials, and led efforts in the Phase 3 ACS study.

However, regardless of the discovery interests at play, the personnel files relevant to the litigation also raise employee privacy interests. Personnel files raise "special concerns" and therefore should be scrutinized and balanced between the interests of privacy and the importance and relevance of the information. *Poseidon Oil Pipeline Co., L.L.C. v. Transocean Sedco Forex, Inc.*, Civ. A. 00-760, 2002 WL 1919797, at *4 (E.D. La. Aug. 20, 2002). The material addresses personal goals and performance evaluations. Therefore, the personnel files must be placed under seal and used only for purposes of this litigation.

In summary, all of the requested material is discoverable.  The discoverable material shall be presented forthwith.

**IT IS ORDERED** that the personnel file of Dr. Burton shall be excised of all information which the parties jointly agreed shall be redacted pursuant to PTO 20.  The personnel files shall then be produced to the PSC as soon as possible.

New Orleans, Louisiana this 14th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE