# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Barbara Gatten on behalf of Delmas Gatten, deceased

2:16-cv-1007

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, Barbara Gatten on behalf of Delmas Gatten, deceased, by and through undersigned counsel of record, and in support of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies, states as follows:

1. Plaintiff's complaint was filed on or about February 1, 2016 directly in the MDL Court as part of a multi-plaintiff complaint (2:16-cv-866). Pursuant to the severance order entered herein, a Short Form Complaint was filed and the Plaintiff's individual case number is 2:16-cv-1007.

2. While the Plaintiff has substantially complied with providing the other Plaintiff Fact Sheet (hereinafter "PFS") information, has uploaded documents proving use of Xarelto, and has uploaded his responses and authorizations for defense counsel to the MDL Centrality website, Plaintiff has had significant difficulty obtaining medical records regarding the injury from providers and requests additional time to obtain and upload the same and provide any remaining responses to the PFS.

3. Plaintiff received the current deficiency from Defendants on May 27, 2016 and the response to said deficiency is currently due on June 16, 2016.

4. Plaintiff's Counsel has made continual efforts to receive the necessary records to respond to the Notice of Deficiency, and although such efforts have not produced the necessary records to respond to the Deficiency yet, there are currently pending record requests.

5. The Plaintiff is currently aggressively pursuing a record request, which, upon information and belief, will produce records allowing Plaintiff to respond to the Notice of Deficiency.

6. Therefore, Plaintiff needs some additional time to satisfy the PFS Deficiencies, as she awaits the medical provider's response to the request for records, and Counsel respectfully requests an additional sixty (60) days to satisfy the PFS Deficiencies from the date of the order entered on Plaintiff's Motion for Extension of Time.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that this Court grant Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies and for any further orders deemed just and proper under the circumstances

Signed: June 14, 2016                              Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
JOHN J. DRISCOLL (IL6276464)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
chris@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 14th day of June, 2016.

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
andrew@thedriscollfirm.com