# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Barbara Gatten on behalf of Delmas Gatten, deceased,

2:16-cv-1007

## ORDER

THIS MATTER, having come before the Court is Plaintiff, Barbara Gatten on behalf of Delmas Gatten's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies; upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff, Barbara Gatten on behalf of Delmas Gatten's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is GRANTED. The deadline to satisfy the Plaintiff Fact Sheet Deficiencies is now set for sixty (60) days from the date of this order.

Dated:_____      _____
                                                            Judge Eldon E. Fallon