UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :       MDL No. 2592
                                   :
                                   :       SECTION L
                                   :
                                   :       JUDGE ELDON E. FALLON
                                   :
                                   :       MAG. JUDGE MICHAEL NORTH

THIS DOCUMENT RELATES TO:

DERRICK ZACHARY,

Civil Action No. 2:16-cv-10111

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Derrick Zachary and pursuant to PTO 29 and Fed. R. Civ. P. 41(a)(1), hereby dismisses his case against all Defendants without prejudice. Attached is Plaintiff's counsel's certificate that this Notice of Voluntary Dismissal Without Prejudice been filed less than thirty (30) days from the date the case was docketed in the MDL, no individual answer has been filed by any Defendant in the matter, and the filing fee has been paid for this severed civil action.

Dated: June 14, 2016                       Respectfully submitted,

                                  By:      /s/ Laura G. Lumaghi
                                           Laura G. Lumaghi (MO Bar #50186)
                                           William T. Dowd (MO Bar #39648)
                                           DOWD & DOWD, P.C.
                                           211 N. Broadway, Suite 4050
                                           St. Louis, MO 63102
                                           (314) 621-2500
                                           Fax: (314) 621-2503
                                           laura@dowdlaw.net
                                           bill@dowdlaw.net

                                           *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Laura G. Lumaghi