UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :   MDL No. 2592
                                   :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
                                   :   MAG. JUDGE MICHAEL NORTH

THIS DOCUMENT RELATES TO:

DERRICK ZACHARY,

Civil Action No. 2:16-cv-10111

### CERTIFICATION OF LAURA G. LUMAGHI

I hereby certify that pursuant to Pre-Trial Order (PTO) 29, this matter was filed in a Joint Complaint on May 20, 2016 and a severance Order was entered on June 6, 2016. I further certify that this Notice of Voluntary Dismissal Without Prejudice been filed less than thirty (30) days from the date the case was docketed in the MDL, no individual answer has been filed by any Defendant in the matter, and the filing fee was paid on June 14, 2016 for this severed civil action as required by PTO No. 11B (2).

Dated: June 14, 2016                    Respectfully submitted,

                                    By: /s/ Laura G. Lumaghi
                                        Laura G. Lumaghi (MO Bar #50186)
                                        William T. Dowd (MO Bar #39648)
                                        DOWD & DOWD, P.C.
                                        211 N. Broadway, Suite 4050
                                        St. Louis, MO 63102
                                        (314) 621-2500
                                        Fax: (314) 621-2503
                                        laura@dowdlaw.net
                                        bill@dowdlaw.net

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on June 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                       /s/ Laura G. Lumaghi