UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Phillip Durham (15-4133)* | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### OPPOSITION TO MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC ("Janssen Defendants"), Johnson & Johnson ("J&J"), Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG ("Bayer Defendants") collectively referenced as "Defendants," through undersigned counsel, respectfully submit the instant Opposition to Plaintiff Phillip Durham's ("Plaintiff") Fourth Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, which is now styled as a "Motion for Extension of Time Under PTO 27 To Provide Certain Plaintiff Fact Sheet Medical Records." (Rec. Doc. No. 3341).

As explained *infra*, Plaintiff's fourth request for an extension of time to cure the PFS deficiencies should be denied because, as repeatedly emphasized by the Court, (1) timely submission of the completed PFSs is *essential* to this litigation; and (2) at this point in the litigation, plaintiffs who have made claims now need to provide proof that they belong in this MDL.

- 1 -

First, the Court has repeatedly emphasized that the timely submission of Plaintiff Fact Sheets is an essential step in this litigation and that the failure to submit a completed PFS will result in the dismissal of the case. *See* November 20, 2015 Status Conf. Tr. at 8:15-19 ("**[I]f the fact sheets are not going to be filled out, then I will be dismissing cases. I will dismiss the case. My intent is to dismiss the case with prejudice, not without prejudice**."); October 21, 2015 Status Conf. Tr. at 6:1-6 (again noting that failure to timely file PFSs will result in dismissal of cases).

Furthermore, the Court has explicitly recognized the important role of plaintiff fact sheets in determining whether plaintiffs who have made claims in the MDL are properly in this litigation.

> Also, with the fact sheets, we find in some of these types of cases, particularly with the pharmaceutical drug cases, there are individuals who have made claims, but they haven't taken the drug. They may have taken another drug, and they may be entitled to be in another MDL proceeding, but not in this proceeding, and the fact sheets are helpful in determining that aspect of the situation, so that those cases can be moved out of the system.

*See* November 20, 2015 Status Conf. Tr. at 9:1-8.

Here, Plaintiff asserts that his bundled Complaint was filed on August 26, 2015, and that her short form Complaint was filed on September 3, 2015. (Rec. Doc. No. 3341-2, ¶1). Furthermore, this is Plaintiff's fourth Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, and Plaintiff has already been granted an extension of the PFS deadline by this Court on three separate occasions. First, by Court Order dated December 4, 2015, he was given until January 13, 2016, to upload his medical records and correct any PFS deficiencies (Rec. Doc. No. 1705). And subsequently, by Court Order dated March 8, 2016, he was allowed until March 23,

2016, to cure his PFS deficiencies. (Rec. Doc. No. 2646). And finally, by Court Order dated April 21, 2016, he was allowed until May 27, 2016, to cure his deficiencies. (Rec. Doc. No. 3106). Thus, despite the copious amount of time allowed by this Court to cure PFS deficiencies in this matter, there is still a clear absence of proof that Plaintiff belongs in this litigation.

Accordingly, Defendants respectfully request that the Court deny Plaintiff's Fourth Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies. (Rec. Doc. No. 3341).

- 4 -

        Respectfully submitted,

        KAYE SCHOLER LLP

        By: */s/ Andrew K. Solow*
        KAYE SCHOLER LLP
        250 West 55th Street
        New York, New York 10019-9710
        Telephone: (212) 836-8485
        Facsimile: (212) 836-6485
        Andrew.Solow@kayescholer.com

        *On behalf of Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

        DRINKER BIDDLE & REATH LLP

        By: */s/ Susan M. Sharko*
        Susan M. Sharko
        DRINKER BIDDLE & REATH LLP
        *A Delaware Limited Liability Partnership*
        600 Campus Drive
        Florham Park, NJ 07932-1047
        Telephone: (973) 549-7000
        Facsimile:  (973) 360-9831
        susan.sharko@dbr.com

        *On behalf of Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson and Johnson*

- 5 -

          IRWIN FRITCHIE URQUHART & MOORE LLC

          By: /s/ *James B. Irwin*
              James B. Irwin
              Kim E. Moore
              IRWIN FRITCHIE URQUHART
              & MOORE LLC
              400 Poydras Street
              Suite 2700
              New Orleans, LA 70130
              Telephone: (504) 310-2100
              Facsimile:  (504) 310-2120
              jirwin@irwinllc.com

          CHAFFE MCCALL L.L.P.

          By: /s/ *John F. Olinde*
              John F. Olinde
              CHAFFE McCALL L.L.P.
              1100 Poydras Street
              Suite 2300
              New Orleans, LA 70163
              Telephone: (504) 585-7241
              Facsimile: (504) 544-6084
              olinde@chaffe.com

          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on June 14, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

          */s/ James B. Irwin*
          **James B. Irwin**