UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HERBERT J. LOUVIERE, JR., <br><br> Plaintiffs <br><br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, <br><br> Defendants. | MDL NO. 2592 <br><br> SECTION:   L <br><br> JUDGE:  ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH <br><br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Katy Krottinger (Texas Bar No. 24077251) and Douglas C. Monsour (Texas Bar No. 00791289) of The Monsour Law Firm, 404 North Green St., Longview, TX 75601, Telephone: (903) 758-5757, Email: katy@monsourlawfirm.com and doug@monsourlawfirm.com, respectively, hereby enter an appearance as additional counsel of record in this action on behalf of Plaintiff, Herbert J. Louviere, Jr. The Clerk is requested to note the master docket sheet and other Court records so as to reflect that all pleadings and other

papers filed in this matter and communications from the Court will be directed to and served on Douglas C. Monsour at: doug@monsourlawfirm.com and Katy Krottinger at katy@monsourlawfirm.com.

Dated:  June 15, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Katy Krottinger*
　　　　　　　　　　　　　　　　　　　Katy Krottinger
　　　　　　　　　　　　　　　　　　　TX Bar No. 24077251
　　　　　　　　　　　　　　　　　　　The Monsour Law Firm
　　　　　　　　　　　　　　　　　　　404 North Green St.
　　　　　　　　　　　　　　　　　　　Longview, TX 75601
　　　　　　　　　　　　　　　　　　　Tel. (903) 758-5757
　　　　　　　　　　　　　　　　　　　Fax (903)
　　　　　　　　　　　　　　　　　　　Email: katy@monsourlawfirm.com

　　　　　　　　　　　　　　　　　　　*/s/ Douglas C. Monsour*
　　　　　　　　　　　　　　　　　　　Douglas C. Monsour
　　　　　　　　　　　　　　　　　　　TX Bar No. 00791289
　　　　　　　　　　　　　　　　　　　The Monsour Law Firm
　　　　　　　　　　　　　　　　　　　404 North Green St.
　　　　　　　　　　　　　　　　　　　Longview, TX 75601
　　　　　　　　　　　　　　　　　　　Tel. (903) 758-5757
　　　　　　　　　　　　　　　　　　　Fax (903)
　　　　　　　　　　　　　　　　　　　Email: doug@monsourlawfirm.com

　　　　　　　　　　　　　　　　　　　*/s/ Neil D. Overholtz*
　　　　　　　　　　　　　　　　　　　Neil D. Overholtz
　　　　　　　　　　　　　　　　　　　FL Bar No. 188761
　　　　　　　　　　　　　　　　　　　Aylstock, Witkin, Kreis & Overholtz, PLLC
　　　　　　　　　　　　　　　　　　　17 East Main Street, Suite 200
　　　　　　　　　　　　　　　　　　　Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　　Tel. (850) 202-1010
　　　　　　　　　　　　　　　　　　　Fax (850) 916-7449
　　　　　　　　　　　　　　　　　　　Email: noverholtz@awkolaw.com
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Herbert J. Louviere, Jr.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 15th day of June 2016.

*/s/ Katy Krottinger*
Katy Krottinger (TX Bar No. 24077251)