UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ; | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ; | SECTION: L |
| | : | JUDGE: ELDON E. FALLON |
| | : | |
| | : | |
| | ; | MAG. JUDGE NORTH |

………………………………………………
THIS DOCUMENT RELATES TO:                :
Francisca Marquez v. Johnson &              :
Johnson, et al; Case No. 2:15-cv 06128      :
_____

## ORDER

AND NOW, on this _____ Day of 2016, upon consideration of the Plaintiff's Motion for Substitution and to Amend Complaint, it is hereby ORDERED that said motion is GRANTED. The Clerk is hereby directed to enter Plaintiff's Amended Complaint (Exhibit "A" to Plaintiff's Motion) on the docket.

By the Court,

_____
JUDGE ELDON E. FALLON