UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> **JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

*MARY ELLEN COOK-STILLDAY, Administrator*
*of the Estate of Paul Stillday*

CIVIL ACTION NO: 2:16-cv-00399

## AMENDED
## SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D. La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Mary Ellen Cook-Stillday, Administrator would show that Paul Stillday, deceased, is identified more fully in Paragraph 5 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 14209 Ponderosa Dr., Red Lake, MN 56671.

4. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

5. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: June 16, 2016

s/E. Scott Verhine
E. Scott Verhine
VERHINE & VERHINE, PLLC
1013 Adams Street
Vicksburg, MS 39183
(601) 636-0791
(601) 636-2718 (facsimile)
scott@verhine.biz


/s/Matthew J. Schumacher
Matthew J. Schumacher
Stephen J. Randall
**PEARSON, RANDALL & SCHUMACHER, P.A.**
310 Fourth Avenue South, Suite 5010
Minneapolis, MN  55415
 (612) 767-7500
 (612) 767-7501 (facsimile)
mschumacher@prslegal.com
srandall@prslegal.com


*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2016, a copy of the above and foregoing Short Form Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

s/E. Scott Verhine
E. Scott Verhine
VERHINE & VERHINE, PLLC
1013 Adams Street
Vicksburg, MS 39183
(601) 636-0791
(601) 636-2718 (facsimile)
scott@verhine.biz

2

/s/Matthew J. Schumacher
Matthew J. Schumacher
Stephen J. Randall
**PEARSON, RANDALL & SCHUMACHER, P.A.**
310 Fourth Avenue South, Suite 5010
Minneapolis, MN  55415
 (612) 767-7500
 (612) 767-7501 (facsimile)
mschumacher@prslegal.com
srandall@prslegal.com

*Attorneys for Plaintiff*
