UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARY ANN ZALOCKA<br><br>     Plaintiff,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>     Defendants. | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>No. 2:16-cv-06719 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Mary Ann Zalocka and pursuant to PTO 29 and Fed. R. Civ. P. 41(a)(1), hereby dismisses her case against all Defendants without prejudice. Attached is Plaintiff's counsel's certification that this Notice of Voluntary Dismissal Without Prejudice is being filed less than thirty (30) days from the date the case was docketed in the MDL, no individual answer has been filed by any Defendant in the matter, and the filing fee has been paid for this severed civil action.

Notice of Voluntary Dismissal Without Prejudice - Page 1

Case 2:14-md-02592-EEF-MBN   Document 3467   Filed 06/16/16   Page 2 of 2

Respectfully submitted,

/s/ Monte Bond
MONTE BOND, Esq.
Texas Bar No.02585625
Tautfest Bond PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas  75254
214-617-9980 (Phone)
214-853-4281 (Fax)
mbond@tautfestbond.com

**ATTORNEYS FOR PLAINTIFF(S)**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Monte Bond*
Monte Bond

Notice of Voluntary Dismissal Without Prejudice - Page 2