UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> *Kimberly C. Henry v. Janssen Research &* ) <br> *Development, LLC, et al.* ) <br> **Civil Action No. 2:16-cv-07801** ) <br> ) <br> ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br><br> MAGISTRATE JUDGE NORTH |

**PLAINTIFFS' BRIEF IN SUPPORT OF**
**UNOPPOSED MOTION TO CORRECT MISNOMER OF PLAINTIFF**

Plaintiff, by and through her undersigned counsel, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, respectfully requests the Court to order the substitution of the correctly named Plaintiff in this case.

**FACTUAL BACKGROUD**

On June 1, 2016 this action was filed for injuries sustained by Plaintiff Christine Francis Carter as a result of her exposure to Xarelto. A miscommunication within counsel's office led to the Plaintiff being misnamed as "Kimberly C. Henry" on the original complaint filed in this case. Christine Francis Carter is the correct name of the injured party, but as Ms. Christine Francis Carter is deceased, Kimberly C. Henry is bringing this claim as Executor of the Estate of Christine Francis Carter.

The Complaint, however, is unambiguous with regard to the fact that it was Ms. Christine Francis Carter who sustained the injury. A Plaintiff Fact Sheet will be timely served for Ms. Carter and her medical records will be provided to Defendants. Defendants do not oppose this motion.

## MEMORANDUM OF LAW

Leave to amend a pleading "shall be freely given where justice so requires." Fed. R. Civ. P. 15(a). Rule 15(a) requires the Court to consider whether the movant would be prejudiced by denial of leave to amend. *Reyna v. Flashtax, Inc.*, 162 F.R.D. 530, at 532 (S.D. Tex. 1995). The Court may consider a number of factors, including "undue prejudice to the opposing party by virtue of allowance of the amendment." *Forman v. Davis*, 371 U.S. 178 (1962). In *Reyna*, the Court granted Plaintiff's motion for leave to amend its complaint finding that the error in listing plaintiff as Reyna Fastax, Inc. instead of Raul Reyna d/b/a Rena Fastax Service was a misnomer and Defendant would not be prejudiced because Defendant had notice since the beginning of the lawsuit that plaintiff Reyna Fastax Service was partly owned and operated by the party to be substituted as plaintiff, Paul Reyna. *Reyna*, 162 F.R.D. 530, 532. The Court also noted that it would be unduly harsh on the Plaintiff to deny leave to amend because since the original Plaintiff did not exist and therefore cannot sue, denial of leave would effectively end the case before reaching the merits. *Id.*

Accordingly, Plaintiff respectfully requests that the Court Order the substitution of "Kimberly C. Henry, on behalf of the Estate of Christine Francis Carter" as Plaintiff in this case in place of "Kimberly C. Henry"

Respectfully submitted this 16th day of June 2016.

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com

*Attorney for the Plaintiffs*