# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HERBERT J. LOUVIERE, JR., <br><br> Plaintiffs <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, <br><br> Defendants. | MDL NO. 2592 <br><br> SECTION:   L <br><br> JUDGE:  ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH <br><br> **NOTICE OF APPEARANCE** <br><br> Civil Action No.: 2:15-cv-4790 |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Katy Krottinger (Texas Bar No. 24077251) of The Monsour Law Firm, 404 North Green St., Longview, TX 75601, Telephone: (903) 758-5757, Email: katy@monsourlawfirm.com, hereby enters an appearance as additional counsel of record in this action on behalf of Plaintiff, Herbert J. Louviere, Jr. The Clerk is requested to note the master docket sheet and other Court records so as to reflect that all pleadings and other papers filed in

this matter and communications from the Court will be directed to and serve on Katy Krottinger at katy@monsourlawfirm.com.

Dated:  June 16, 2016							Respectfully submitted,

*/s/ Katy Krottinger*
Katy Krottinger
TX Bar No. 24077251
The Monsour Law Firm
404 North Green St.
Longview, TX 75601
Tel. (903) 758-5757
Fax (903) 230-5010
Email: katy@monsourlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record via the Court's CM/ECF Filing System this 16th day of June 2016.

*/s/ Katy Krottinger*

Katy Krottinger
TX Bar No. 24077251
The Monsour Law Firm
404 North Green St.
Longview, TX 75601
Tel. (903) 758-5757
Fax (903) 230-5010
Email: katy@monsourlawfirm.com