# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO: | MDL No. 2592 |
|---|---|
| *Maida Marshall v. Janssen Research & Development LLC, et al.* <br><br> **2:15-cv-01431-EEF-MBN** | SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

## ORDER

**IT IS ORDERED** that the Unopposed Motion for Leave to Amend Complaint filed by Plaintiff is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint and Jury Demand into the record in this matter.

ORDERED AND SIGNED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE