UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** | MDL No. 2592 |
|---|---|
| *Gordon & Paula Davenport*<br>**2:15-cv-02365-EEF-MBN** | SECTION: L |
| *Ruth Edmonds*<br>**2:15-cv-03156 -EEF-MBN** | JUDGE: ELDON E. FALLON |
| *George & Marian Fidler*<br>**2:15-cv-03152-EEF-MBN** | MAG. JUDGE: MICHAEL NORTH |
| *Joy Ireland & Michael Julius*<br>**2:15-cv-03158-EEF-MBN** | Bundled Complaint No.:<br>**2:15-cv-02365-EEF-MBN** |
| *Robin Kern*<br>**2:15-cv-03154-EEF-MBN** | |
| *Robert & Patricia Meyers*<br>**2:15-cv-03155-EEF-MBN** | |
| *Thomas & Shelley Parks*<br>**2:15-cv-03149-EEF-MBN** | |
| *Deberah Prater*<br>**2:15-cv-03150-EEF-MBN** | |
| *Basset Strauther*<br>**2:15-cv-03151-EEF-MBN** | |
| *Susan Thompson*<br>**2:15-cv-03153-EEF-MBN** | |

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COME NOW Plaintiffs, by and through their attorney Seth Webb and Brown & Crouppen, P.C., and, pursuant to Federal Rule of Civil Procedure 15, respectfully seek leave to amend their Complaint and Jury Demand to add Johnson & Johnson as a party Defendant

pursuant to the Plaintiff Steering Committee's Exemplar Bundled Complaint filed in this Court in PTO 11D. In support of their motion, plaintiffs state as follows:

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the opposing party's written consent or the Court's leave when justice so requires. On June 14, 2016, Kelly Brilleaux, an associate of James B. Irwin, Defendants' Liaison Counsel, indicated vie email correspondence that Defendants do not oppose Plaintiffs' Amended Complaint.

WHEREFORE, Plaintiffs pray that this Court enter the Proposed Order tendered herewith granting leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint and Jury Demand into the record of this matter.

Dated: June 17, 2016

Respectfully submitted,

/s/ Seth S. Webb
**Seth S. Webb #51236**
BROWN AND CROUPPEN, PC
211 N. Broadway, Suite 1600
St. Louis, MO 63102
(314)421-0216
SethW@getbc.com
**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system. Notice of this filing was sent to all parties by operation of the Court's electronic filing system and MDL Centrality.

/s/ Seth S. Webb
Seth S. Webb
Attorney for Plaintiffs