UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
**CIVIL ACTION NO: 2:15-CV-05497**

KENNETH D. CUNNINGHAM

   Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG

      Defendants.

**PLAINTIFF, KENNETH D. CUNNINGHAM'S, MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF HIS FIRST MOTION FOR EXTENSION OF TIME TO <u>SATISFY PLAINTIFF FACT SHEET DEFICIENCIES</u>**

CUNNINGHAM'S REPLY - 1

## I. Procedural History

Plaintiff's First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies was filed on May 27, 2016, Dkt#3335. Defendants filed their opposition on June 14, 2016, Dkt# 3456.  Plaintiff's Motion is set for submission on June 22, 2016.  Dkt#3335-10.

## II.  Request for Leave to File a Reply Brief.

Attached hereto as **Exhibit A** is Plaintiff's Reply Brief in Support of his Motion for Extension of Time to Satisfy Plaintiff Fact Deficiencies.

Plaintiff believes the arguments presented in the Reply Brief would be of benefit to the Court in deciding to grant an extension.  This Court has broad discretion to grant leave to file a reply brief.  *Harris v. HKA Enterprises, Inc.*, No. CIV. A. 06-2125, 2008 WL 3364531, at *2 (E.D. La. Aug. 8, 2008)

FOR THESE REASONS, Plaintiff respectfully prays that his Motion for Leave to File a Reply Brief will be granted.

Date:  June 17, 2016

Respectfully submitted,

The Hayes Law Firm, P.C.

*/s/ Debra B. Hayes*
Debra B. Hayes
TX Bar No. 05656790
700 Rockmead, Suite 210
Kingwood, TX  77339
Telephone: (281) 815-4986
Fax: (832) 575-4759
jleal@dhayeslaw.com
dhayes@dhayeslaw.com
**ATTORNEYS FOR KENNETH CUNNINGHAM**

CUNNINGHAM'S REPLY - 2

**CERTIFICATE OF SERVICE**

     I certify that on June 17, 2016, I electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, and will be served upon counsel of record through MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592.

                                                                      /s/ Joshua R. Leal
                                                                         Joshua R. Leal