UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
**CIVIL ACTION NO:  2:15-CV-05497**

KENNETH D. CUNNINGHAM
       Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC,  et.al.,
       Defendants.

## ORDER

On this day, the Court considered Plaintiff, Kenneth D. Cunningham's, Motion For Leave to File a Reply in Support of His First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies (Dkt#3476), along with the proposed Reply Brief (Dkt#3476-1).  After considering the motion, the arguments of Counsel, and any responses thereto, the Court finds that the Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that Plaintiff, Kenneth D. Cunningham's, Motion for Leave (Dkt#3476) is hereby granted, and that the Plaintiff's Reply Brief (Dkt#3476-1) is hereby deemed to be filed in this cause, and shall be considered by the Court when deciding Plaintiffs Motion for of Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies (Dkt#3335).

New Orleans, Louisiana, on this ___ day of _____2016.

_____
United States District Judge

ORDER