UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) § | MDL Docket No. 2:16-cv-04015 | |
| PRODUCTS LIABILITY LITIGATION § | MDL No. 2592 | |
| § | | |
| Christina Love, on behalf of the Estate of Cathy Clark, § | | |
| Plaintiff, § | SECTION L | |
| vs. § | JUDGE ELDON E. FALLON | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a Johnson and Johnson Pharmaceutical Research & Development, et al., § § | MAGISTRATE JUDGE NORTH | |
| Defendants § | | |

_____

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

CHRISTINA LOVE, on behalf of the Estate of Cathy Clark,

**AMENDED SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, CHRISTINA LOVE, on behalf of the Estate of Cathy Clark, is identified more fully in Paragraph I.1(a) of the Plaintiffs' Joint Complaint,

originally filed as ROY CLARK, on behalf of the Estate of Cathy Clark (Motion to Restyle granted by The Court) and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 801 Calico Road, Royal, AR 71968.

4. The Xarelto User resided at 5675 W. Dot Tipton Road, Fayettville, AR 72704.

Dated:  June 20, 2016                                     /s/  Christopher T. Kirchmer

*Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing short-form complaint has contemporaneously, with or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/   Christopher T. Kirchmer