UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
*Michael Floyd* Case No. 2:15-cv-04678
*Jana Choe* Case No. 2:15-cv-6096
*Shelley Borlandelli* Case No. 15-cv-05833
*Bernice Thorpe* Case No. 2:15-cv-6141
*Gloria Robinson* Case No. 2:15-cv-6937
*Gina Rippley* Case No. 16-cv-1402
*Julius Wollfarth, Jr.* No. 15-0298
*Betty Elkins* Case No. 15-cv-03718
*James Scott* Case No. 15-cv-03718
*James Scott* Case No. 15-cv-3749
*Heidi Gotich* Case No. 2:15-cv-04745
*David Dixon* Case No. 2:15-cv-04676
*Jessica Humphries* Case No. 2:15-cv-03654

## ORDER

Due to the issuance of PTO 30, the Court finds it appropriate to order the parties to revisit the following Motions to Withdraw. R. Docs. 2742, 2825, 2839, 2840, 2906, 2938, and 3447. The Court also finds that many Motions to Withdraw are associated with closed cases. Therefore,

**IT IS ORDERED** that counsel for the plaintiffs shall move to amend or supplement the above-referenced motions to withdraw so that they are in compliance with PTO 30.

**IT IS FURTHER ORDERED** that the following motions to withdraw are **DISMISSED AS MOOT**. R. Docs. 2664, 2768, 2749, 3226, 3227, and 3246.

New Orleans, Louisiana this 16th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE