UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
   *All Cases*

## ORDER

As discussed in the Monthly Status Conference held on May 24, 2016, the parties will continue to participate in bi-monthly telephone conferences to discuss discovery disputes. Only Lead and Liaison Counsel shall participate in those conferences, and the Court will issue Minute Entries memorializing the conferences.

**IT IS ORDERED** that the parties shall participate in bi-weekly telephone conferences on the following days:

- Thursday, July 28, 2016 at 2:30 p.m.;
- Thursday, August 11, 2016 at 3:30 p.m.;
- Thursday, August 25, 2016 at 3:30 p.m.;
- Thursday, September 8, 2016 at 8:30 a.m.;
- Thursday, September 22, 2016 at 3:30 p.m.;
- Thursday, October 6, 2016 at 3:30 p.m.;
- Thursday, October 20, 2016 at 3:30 p.m.;
- Thursday, November 3, 2016 at 8:30 a.m.;
- Thursday, November 17, 2016 at 3:30 p.m.;

- Thursday, December 8, 2016 at 3:30 p.m.;

**IT IS FURTHER ORDERED** that the parties shall provide notice to the Court and to one another of the issues that they intend to discuss at least forty-eight (48) hours in advance of the conference to provide sufficient time to meet and confer prior to the conference.

New Orleans, Louisiana this 16th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE

[2]