**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)      *      MDL No. 2592
PRODUCTS LIABILITY LITIGATION      *
                                   *      SECTION L
                                   *      JUDGE ELDON E. FALLON
                                   *      MAGISTRATE JUDGE NORTH

**************************************
THIS DOCUMENT RELATES TO**:**

*JENNY SOUDERS, AS POWER OF ATTORNEY FOR MICHAEL SOUDERS, v.*
*Janssen Research & Development, LLC, et al; LAED USDC No 2:16-cv-03447-EEF-MBN*

**SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

        Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby

informs this Honorable Court of the Death of Plaintiff, Michael Souders, which occurred April

6, 2016. A copy of his death certificate is attached hereto for reference. Counsel

respectfully informs this Court that a Motion for Leave to Amend Complaint will be submitted

to re-name Plaintiff Jenny Souders, As Surviving Spouse of Michael Souders, in place

of "As Power of Attorney for Michael Souders."

        Dated: June 20, 2016

                                        Respectfully submitted,

                                        /s/ Lennie F. Bollinger
                                        Lennie F. Bollinger
                                        State Bar No. 24076894
                                        WORMINGTON & BOLLINGER
                                        212 E. Virginia Street
                                        McKinney, Texas 75069
                                        (972) 569-3930 Phone
                                        (972) 547-6440 Facsimile
                                        LB@wormingtonlegal.com

                                        **ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: June 20, 2016

/s/ Lennie F. Bollinger
Lennie F. Bollinger