UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE: ELDON E. FALLON |
| FRANCES MCDANIEL | MAGISTRATE JUDGE: MICHAEL NORTH |
| | Civil Action No: 2:15-cv-05510 (Severed from Lead Action No. 2:15-cv-05060) |
| | JURY TRIAL DEMANDED |

## ANSWER AND ADDITIONAL DEFENSES OF DEFENDANT BAYER PHARMA AG TO PLAINTIFFS' FIRST AMENDED SHORT FORM COMPLAINT

Defendant Bayer Pharma AG serves its Answer and Additional Defenses to Plaintiffs' First Amended Short Form Complaint (the "Complaint") and states as follows:

1. Bayer Pharma AG incorporates by reference the "Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiffs' First Amended Joint Complaint as it Relates to the Claims of Plaintiffs Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps, all of whom are acting on behalf of Decedent, Frances McDaniel" as if fully set forth herein.

2. Bayer Pharma AG incorporates by reference the "Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiffs' First Amended Joint Complaint as it Relates to the Claims of' Plaintiffs Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps, all of whom are acting on

1

2710165-1

behalf of Decedent, Frances McDaniel" as if fully set forth herein, including its response to paragraph 2.

3. Bayer Pharma AG lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3, and therefore those allegations are denied.

4. Bayer Pharma AG lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4, and therefore those allegations are denied.

5. Paragraph 5 contains no factual allegations and requires no response. Bayer Pharma AG denies the allegations contained in paragraph 5. For a further response, Bayer Pharma AG states that Plaintiffs' First Amended Short Form Complaint does not include Attachment 1.

6. Paragraph 6 contains no factual allegations and requires no response. Bayer Pharma AG admits that attached as Attachment 2 to Plaintiffs' First Amended Short Form Complaint is a List of Severed Cases.

Bayer Pharma AG requests that Plaintiffs' Complaint be dismissed with prejudice, that judgment be entered in favor of Bayer Pharma AG and against Plaintiffs, and that Bayer Pharma AG be awarded the costs of this action, together with such other and further relief as may be appropriate.

All allegations of the Complaint not expressly admitted are denied.

DEFENSES

Bayer Pharma AG incorporates by references its defenses in the "Answer and Additional Defenses of Defendant Bayer Pharma AG to Plaintiffs' First Amended Joint Complaint as it Relates to the Claims of' Plaintiffs Deborah Coston, Mary Franklin, Keokuk McDaniel, Booker

2710165-1

T. Stamps, James Stamps, and Lori Stamps obo Theodore Stamps, all of whom are acting on behalf of Decedent, Frances McDaniel," as if fully set forth herein, to the extent applicable.

JURY DEMAND

Bayer Pharma AG hereby demands a trial by jury on all issues so triable.

June 20, 2016.

                                          Respectfully submitted,

                                          /s/  John F. Olinde
                                          John F. Olinde, #1515
                                          CHAFFE McCALL, L.L.P.
                                          2300 Energy Centre
                                          1100 Poydras Street
                                          New Orleans, Louisiana 70163-2300
                                          Telephone: (504) 585-7000
                                          Email: olinde@chaffe.com

                                          Steven Glickstein
                                          Andrew K. Solow
                                          KAYE SCHOLER LLP
                                          250 West 55th Street
                                          New York, NY 10019-7910
                                          Telephone: (212)836-8485
                                          Email: steven.glickstein@kayescholer.com
                                          Email: andrew.solow@kayescholer.com

                                          William Hoffman
                                          KAYE SCHOLER LLP
                                          The McPherson Building
                                          901 Fifteenth Street, NW
                                          Washington, DC 20005-2327
                                          Telephone: (202) 682-3550
                                          Email: William.hoffman@kayescholer.com

                                          Pamela J. Yates
                                          KAYE SCHOLER LLP
                                          1999 Avenue of the Stars, Suite 1600
                                          Los Angeles, CA 90067-6048
                                          Telephone: (310) 788-1278
                                          Email: pamela.yates@kayescholer.com

2710165-1

        Fred M. Haston, III
        BRADLEY ARANT BOULT CUMMINGS LLP
        One Federal Place
        1819 Fifth Avenue North
        Birmingham, AL 35203
        Telephone: (205) 521-8303
        Email: thaston@babc.com

        *ATTORNEYS FOR BAYER PHARMA AG*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

          /s/  John F. Olinde