# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES BRYANT, JAMES BUSDEKER, ELIZABETH CHANDLER, JOANNE DAVIS, CONSTANT HARRIS, LINDA HENRY, LARRY HOFFMAN, JAMES JONES, VIOLET MACSUGA, HARLEY NELSON, BARRY PAROFF, RONDA PEARSON, DIXIE PETERS, REBECCA ROBERTS, SANDRA STEARNS, TONYA SWINFORD, AND DARRYL YUE, | MDL NO. 2592 <br><br> SECTION:   L <br><br> JUDGE:  ELDON E. FALLON |
| Plaintiffs, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | MAG. JUDGE MICHAEL NORTH |
| Defendants. | |

**THIS DOCUMENT RELATES TO:**

*Charles Bryant v. Janssen Research & Development, LLC et al, 2:16-cv-01867*
*James Busdeker v. Janssen Research & development, LLC et al, 2:16-cv-02253*
*Elizabeth Chandler v. Janssen Research & Development, LLC et al, 2:16-cv-02258*
*Joanne Davis v. Janssen Research & Development, LLC et al, 2:16-cv-02261*
*Constant Harris v. Janssen Research & Development, LLC et al, 2:16-cv-02265*
*Linda Henry v. Janssen Research & Development, LLC et al, 2:16-02269*
*Larry Hoffman v. Janssen Research & Development, LLC et al, 2:16-02273*
*James Jones v. Janssen Research & Development, LLC et al, 2:16-02284*
*Violet Macsuga v. Janssen Research & Development, LLC et al, 2:16-02285*
*Harley Nelson v. Janssen Research & Development, LLC et al, 2:16-02290*
*Barry Paroff v. Janssen Research & Development, LLC et al, 2:16-02295*
*Ronda Pearson v. Janssen Research & Development, LLC et al, 2:16-02299*
*Dixie Peters v. Janssen Research & Development, LLC et al, 2:16-02302*
*Rebecca Roberts v. Janssen Research & Development, LLC et al, 2:16-02303*
*Sandra Stearns v. Janssen Research & Development, LLC et al, 2:16-02304*
*Tonya Swinford v. Janssen Research & Development, LLC et al, 2:16-02306*
*Darryl Yue v. Janssen Research & Development, LLC et al, 2:16-02307*

## MOTION FOR EXTENSION OF TIME WITHIN TO
## SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

COME NOW Plaintiffs in the above-listed actions, through undersigned counsel, and respectfully request that his Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG, and that this Court issue an Order granting them thirty (30) days in which to serve process on Defendant Bayer Pharma AG through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10. A memorandum in support of Plaintiffs' Motion is submitted herewith.

Dated: This 21st day of June, 2016

Respectfully submitted,

Neal L. Moskow
ct 04516
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393 – telephone
(203) 610-6399 – facsimile
Neal@urymoskow.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

Neal L. Moskow
ct 04516
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393 – telephone
(203) 610-6399 – facsimile
Neal@urymoskow.com

*Attorney for Plaintiffs*