UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES BRYANT, JAMES BUSDEKER, ELIZABETH CHANDLER, JOANNE DAVIS, CONSTANT HARRIS, LINDA HENRY, LARRY HOFFMAN, JAMES JONES, VIOLET MACSUGA, HARLEY NELSON, BARRY PAROFF, RONDA PEARSON, DIXIE PETERS, REBECCA ROBERTS, SANDRA STEARNS, TONYA SWINFORD, AND DARRYL YUE, <br><br> Plaintiffs, <br><br> v. <br><br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, <br><br> Defendants. | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Charles Bryant v. Janssen Research & Development, LLC et al, 2:16-cv-01867*
*James Busdeker v. Janssen Research & development, LLC et al, 2:16-cv-02253*
*Elizabeth Chandler v. Janssen Research & Development, LLC et al,, 2:16-cv-02258*
*Joanne Davis v. Janssen Research & Development, LLC et al, 2:16-cv-02261*
*Constant Harris v. Janssen Research & Development, LLC et al, 2:16-cv-02265*
*Linda Henry v. Janssen Research & Development, LLC et al, 2:16-02269*
*Larry Hoffman v. Janssen Research & Development, LLC et al, 2:16-02273*
*James Jones v. Janssen Research & Development, LLC et al, 2:16-02284*
*Violet Macsuga v. Janssen Research & Development, LLC et al, 2:16-02285*
*Harley Nelson v. Janssen Research & Development, LLC et al, 2:16-02290*
*Barry Paroff v. Janssen Research & Development, LLC et al, 2:16-02295*
*Ronda Pearson v. Janssen Research & Development, LLC et al, 2:16-02299*
*Dixie Peters v. Janssen Research & Development, LLC et al, 2:16-02302*
*Rebecca Roberts v. Janssen Research & Development, LLC et al, 2:16-02303*
*Sandra Stearns v. Janssen Research & Development, LLC et al, 2:16-02304*
*Tonya Swinford v. Janssen Research & Development, LLC et al, 2:16-02306*
*Darryl Yue v. Janssen Research & Development, LLC et al, 2:16-02307*

## NOTICE OF SUBMISSION

COME NOW Plaintiffs in the above-listed actions, by and through their undersigned counsel, and file this Notice of Submission of Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG on July 20, 2016.

Signed: June 21, 2016

Respectfully submitted,

Neal L. Moskow
ct 04516
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393 – telephone
(203) 610-6399 – facsimile
Neal@urymoskow.com

*Attorney for Plaintiffs*