UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

*Phillip Durham vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-04133

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

COMES NOW the plaintiff Phillip Durham, by and through the undersigned counsel, and respectfully moves this Court for leave to file the Reply Memorandum annexed as Exhibit 1, based upon new information received during the pendency of the motion.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for leave to file the annexed Reply Memorandum for the motion returnable on June 22, 2016.

Dated:  June 21, 2016                Respectfully Submitted,

                                     THE SCHLEMMER FIRM, LLC

                                     By:  /S/Paul N. Schlemmer
                                     Paul N. Schlemmer (NY2895415)
                                     Attorney for Plaintiff
                                     830 Third Avenue, 5th Floor
                                     New York, New York 10022
                                     (212) 390-8030
                                     email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 21st day of June 2016.

                                                     THE SCHLEMMER FIRM, LLC

                                                     BY: /S/ Paul N. Schlemmer  
                                                     Paul N. Schlemmer (NY2895415)  
                                                     Attorney for Plaintiff  
                                                     830 Third Avenue, 5th Floor  
                                                     New York, New York 10022  
                                                     (212) 390-8030  
                                                     email: paul@schlemmerfirm.com