UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 <br> *  SECTION L <br> * <br> *  JUDGE ELDON E. FALLON <br> * <br> *  MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
*Emma Gulledge*, 2:16-CV-1142
*John Hennessey*, 2:16-CV-1143

## ORDER

Upon review of Plaintiffs Stipulations of Dismissal without Prejudice, R. Docs. 3205, 3400, the Court finds it appropriate to moot Plaintiff's Motions to Dismiss without Prejudice. R. Docs. 3130, 3131. Therefore,

It is **ORDERED** that the Motions to Dismiss without Prejudice, R. Docs. 3130, 3131, are hereby **DISMISSED AS MOOT**.

New Orleans, Louisiana this 21st day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE