# ATTACHMENT 1

# ATTACHMENT 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | *  JUDGE ELDON E. FALLON |
| | *  MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO**

*Angelle v. Janssen Research & Development, LLC, et al.*, **16-6228**

## ORDER

A Joint Complaint has been filed in the aforementioned case in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592. Pursuant to Pre-Trial Order No. 11 (Rec. Doc. 893), **IT IS ORDERED** that this complaint is **SEVERED** into separate, individual cases for each group of related plaintiffs. Plaintiffs are hereby directed to file separate, short form complaints for each case in accordance with Pre-Trial Order No. 11, paragraph 1 (c) (Rec. Doc. 893).

New Orleans, Louisiana, this 25th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE