# ATTACHMENT 2

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMANDED**

ROLAND ANGELLE

Case 2:16-cv-06228

---

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMANDED**

VERONICA SIMPSON AS ADMINITRATRIX AND WRONGFUL DEATH
BENEFICIARY FOR STEPHEN BOGDON

Case 2:16-cv-06228

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION  :          MDL No. 2592
                                                      :
                                                      :          SECTION L
                                                      :
                                                      :          JUDGE ELDON E. FALLON
                                                      :
_____:          MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMANDED**

CLARENCE BYRD

**Case 2:16-cv-06228**

---

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION  :          MDL No. 2592
                                                      :
                                                      :          SECTION L
                                                      :
                                                      :          JUDGE ELDON E. FALLON
                                                      :
_____:          MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMANDED**

ROXANE DUARTE

**Case 2:16-cv-06228**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION  :          MDL No. 2592
                               :
                               :          SECTION L
                               :
                               :          JUDGE ELDON E. FALLON
                               :
_____:          MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:                 <u>JURY TRIAL DEMANDED</u>

MAXINE FLETCHER AS ADMINISTRATRIX AND WRONGFUL DEATH
BENEFICARY FOR GEORGE FLETCHER

Case 2:16-cv-06228

---

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION  :          MDL No. 2592
                               :
                               :          SECTION L
                               :
                               :          JUDGE ELDON E. FALLON
                               :
_____:          MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:                 <u>JURY TRIAL DEMANDED</u>

MARSHALL FRAZIER

Case 2:16-cv-06228

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION  :        MDL No. 2592
                                                    :
                                                    :        SECTION L
                                                    :
                                                    :        JUDGE ELDON E. FALLON
                                                    :
_____:        MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:            **JURY TRIAL DEMANDED**

**HUGH M. GLENN AS ADMINITRATRIX AND WRONGFUL DEATH BENEFICIARY
FOR WILLIAM GRAHAM**

**Case 2:16-cv-06228**

---

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION  :        MDL No. 2592
                                                    :
                                                    :        SECTION L
                                                    :
                                                    :        JUDGE ELDON E. FALLON
                                                    :
_____:        MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:            **JURY TRIAL DEMANDED**

**LINDA JONES**

**Case 2:16-cv-06228**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :       MDL No. 2592
                                :
                                :       SECTION L
                                :
                                :       JUDGE ELDON E. FALLON
                                :
_____:       MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:              **JURY TRIAL DEMANDED**

LINDA LEGEZA

Case 2:16-cv-06228

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :       MDL No. 2592
                                :
                                :       SECTION L
                                :
                                :       JUDGE ELDON E. FALLON
                                :
_____:       MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:              **JURY TRIAL DEMANDED**

BERTHA MORRIS

Case 2:16-cv-06228

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION  :      MDL No. 2592
                                              :
                                              :      SECTION L
                                              :
                                              :      JUDGE ELDON E. FALLON
                                              :
_____:      MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:           **JURY TRIAL DEMANDED**

ROBERT SEWEL

Case 2:16-cv-06228

---

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION  :      MDL No. 2592
                                              :
                                              :      SECTION L
                                              :
                                              :      JUDGE ELDON E. FALLON
                                              :
_____:      MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:           **JURY TRIAL DEMANDED**

YOLANDA VEALS

Case 2:16-cv-06228

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____: | | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMANDED**

**SHARIAN WHITE AS ADMINISTRATRIX AND WRONGFUL DEATH BENEFICARY FOR DONALD WHITE**

**Case 2:16-cv-06228**