UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :       MDL No. 2592
                                   :
                                   :       SECTION L
                                   :
                                   :       JUDGE ELDON E. FALLON
                                   :
_____:       MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMANDED**

LINDA JONES

Case 2:16-cv-06228

## SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Linda Jones, is identified more fully in Paragraph I-8 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 6713 Finch St., Houston, TX 77028.

4. The Xarelto User resides at 6713 Finch St., Houston, TX 77028.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated:      6/22/16                                    /s/ Jason C. Webster
                                                       *Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2016, I served the foregoing Plaintiff's Short Form Complaint to all parties by causing a copy of the same to be served to the following:

James B. Irwin
Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

Susan M. Sharko
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932

Steven Glickstein
Kaye Scholer LLP
250 West 55th Street
New York, NY 10019

                                                       /s/ Jason C. Webster
                                                       Jason C. Webster