# ATTACHMENT 2

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**ROLAND ANGELLE**

**Case 2:16-cv-06228**

---

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**VERONICA SIMPSON AS ADMINITRATRIX AND WRONGFUL DEATH BENEFICIARY FOR STEPHEN BOGDON**

**Case 2:16-cv-06228**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :     MDL No. 2592
                                     :
                                     :     SECTION L
                                     :
                                     :     JUDGE ELDON E. FALLON
                                     :
_____  :     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**              **JURY TRIAL DEMANDED**

**CLARENCE BYRD**

**Case 2:16-cv-06228**

---

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :     MDL No. 2592
                                     :
                                     :     SECTION L
                                     :
                                     :     JUDGE ELDON E. FALLON
                                     :
_____  :     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**              **JURY TRIAL DEMANDED**

**ROXANE DUARTE**

**Case 2:16-cv-06228**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**MAXINE FLETCHER AS ADMINISTRATRIX AND WRONGFUL DEATH BENEFICARY FOR GEORGE FLETCHER**

**Case 2:16-cv-06228**

---

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**MARSHALL FRAZIER**

**Case 2:16-cv-06228**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :     MDL No. 2592
                                                         :
                                                         :     SECTION L
                                                         :
                                                         :     JUDGE ELDON E. FALLON
                                                         :
_____:     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**HUGH M. GLENN AS ADMINITRATRIX AND WRONGFUL DEATH BENEFICIARY FOR WILLIAM GRAHAM**

Case 2:16-cv-06228

---

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :     MDL No. 2592
                                                         :
                                                         :     SECTION L
                                                         :
                                                         :     JUDGE ELDON E. FALLON
                                                         :
_____:     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**LINDA JONES**

Case 2:16-cv-06228

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**LINDA LEGEZA**

**Case 2:16-cv-06228**

---

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**BERTHA MORRIS**

**Case 2:16-cv-06228**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**           **JURY TRIAL DEMANDED**

**ROBERT SEWEL**

**Case 2:16-cv-06228**

---

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**           **JURY TRIAL DEMANDED**

**YOLANDA VEALS**

**Case 2:16-cv-06228**

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**         **<u>JURY TRIAL DEMANDED</u>**

**SHARIAN WHITE AS ADMINISTRATRIX AND WRONGFUL DEATH BENEFICARY FOR DONALD WHITE**

**Case 2:16-cv-06228**