# ATTACHMENT 2

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION   :         MDL No. 2592
                                                                :
                                                                :         SECTION L
                                                                :
                                                                :         JUDGE ELDON E. FALLON
                                                                :
_____:         MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:                **JURY TRIAL DEMANDED**

ROLAND ANGELLE

**Case 2:16-cv-06228**

---

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION   :         MDL No. 2592
                                                                :
                                                                :         SECTION L
                                                                :
                                                                :         JUDGE ELDON E. FALLON
                                                                :
_____:         MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:                **JURY TRIAL DEMANDED**

VERONICA SIMPSON AS ADMINITRATRIX AND WRONGFUL DEATH
BENEFICIARY FOR STEPHEN BOGDON

**Case 2:16-cv-06228**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION :     MDL No. 2592
                                                         :
                                                         :     SECTION L
                                                         :
                                                         :     JUDGE ELDON E. FALLON
                                                         :
_____:     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMANDED**

CLARENCE BYRD

Case 2:16-cv-06228

---

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION :     MDL No. 2592
                                                         :
                                                         :     SECTION L
                                                         :
                                                         :     JUDGE ELDON E. FALLON
                                                         :
_____:     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMANDED**

ROXANE DUARTE

Case 2:16-cv-06228

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**MAXINE FLETCHER AS ADMINISTRATRIX AND WRONGFUL DEATH BENEFICARY FOR GEORGE FLETCHER**

**Case 2:16-cv-06228**

---

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**MARSHALL FRAZIER**

**Case 2:16-cv-06228**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**        <u>**JURY TRIAL DEMANDED**</u>


**HUGH M. GLENN AS ADMINITRATRIX AND WRONGFUL DEATH BENEFICIARY FOR WILLIAM GRAHAM**

**Case 2:16-cv-06228**

---

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**        <u>**JURY TRIAL DEMANDED**</u>

**LINDA JONES**

**Case 2:16-cv-06228**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **:** | |
| **PRODUCTS LIABILITY LITIGATION** | **:** | **MDL No. 2592** |
| | **:** | |
| | **:** | **SECTION L** |
| | **:** | |
| | **:** | **JUDGE ELDON E. FALLON** |
| | **:** | |
| _____ | **:** | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**            **JURY TRIAL DEMANDED**

**LINDA LEGEZA**

**Case 2:16-cv-06228**

---

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **:** | |
| **PRODUCTS LIABILITY LITIGATION** | **:** | **MDL No. 2592** |
| | **:** | |
| | **:** | **SECTION L** |
| | **:** | |
| | **:** | **JUDGE ELDON E. FALLON** |
| | **:** | |
| _____ | **:** | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**            **JURY TRIAL DEMANDED**

**BERTHA MORRIS**

**Case 2:16-cv-06228**

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)    :
PRODUCTS LIABILITY LITIGATION   :       MDL No. 2592
                                :
                                :       SECTION L
                                :
                                :       JUDGE ELDON E. FALLON
                                :
_____:       MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:              **JURY TRIAL DEMANDED**

ROBERT SEWEL

Case 2:16-cv-06228

---

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)    :
PRODUCTS LIABILITY LITIGATION   :       MDL No. 2592
                                :
                                :       SECTION L
                                :
                                :       JUDGE ELDON E. FALLON
                                :
_____:       MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:              **JURY TRIAL DEMANDED**

YOLANDA VEALS

Case 2:16-cv-06228

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION  :      **MDL No. 2592**

                                                      :

                                                      :      **SECTION L**

                                                      :

                                                      :      **JUDGE ELDON E. FALLON**

                                                      :

_____:      **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**          **<u>JURY TRIAL DEMANDED</u>**

**SHARIAN WHITE AS ADMINISTRATRIX AND WRONGFUL DEATH BENEFICARY FOR DONALD WHITE**

**Case 2:16-cv-06228**