# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO:** *Kimberly C. Henry v. Janssen Research & Development, LLC, et al.* **Civil Action No. 2:16-cv-07801** | JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

## ORDER

The Court, after considering the Plaintiff's Unopposed Motion to Correct Misnomer of Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Kimberly C. Henry, on behalf of the Estate of Christine Francis Carter be substituted for Kimberly C. Henry, in the above captioned cause.

Dated:  June  22nd  2016

Hon. Eldon E. Fallon
United States District Court Judge