UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** *Eva & Charles Brumfield* **2:15-cv-01877-EEF-MBN** *Antoinette Schmidt* **2:15-cv-02763-EEF-MBN** | MDL No. 2592 SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE: MICHAEL NORTH Bundled Complaint No.: **2:15-cv-01877-EEF-MBN** |
|---|---|

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to Amend Complaint filed by Plaintiffs is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint and Jury Demand into the record in this matter.

ORDERED AND SIGNED this __22nd__ day of _____June_____, 2016.

_____
UNITED STATES DISTRICT JUDGE