UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** | MDL No. 2592 |
|---|---|
| *Gordon & Paula Davenport* **2:15-cv-02365-EEF-MBN** | SECTION: L |
| *Ruth Edmonds* **2:15-cv-03156 -EEF-MBN** | JUDGE: ELDON E. FALLON |
| *George & Marian Fidler* **2:15-cv-03152-EEF-MBN** | MAG. JUDGE: MICHAEL NORTH |
| *Joy Ireland & Michael Julius* **2:15-cv-03158-EEF-MBN** | Bundled Complaint No.: **2:15-cv-02365-EEF-MBN** |
| *Robin Kern* **2:15-cv-03154-EEF-MBN** | |
| *Robert & Patricia Meyers* **2:15-cv-03155-EEF-MBN** | |
| *Thomas & Shelley Parks* **2:15-cv-03149-EEF-MBN** | |
| *Deberah Prater* **2:15-cv-03150-EEF-MBN** | |
| *Basset Strauther* **2:15-cv-03151-EEF-MBN** | |
| *Susan Thompson* **2:15-cv-03153-EEF-MBN** | |

## **ORDER**

**IT IS ORDERED** that the Unopposed Motion for Leave to Amend Complaint filed by

Plaintiffs is hereby GRANTED, and the Clerk of Court is ordered to file the Amended

Complaint into the record in this matter.

       ORDERED AND SIGNED this __22nd__ day of _____June_____, 2016.

                                      _____
                                      UNITED STATES DISTRICT JUDGE