UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
**CIVIL ACTION NO:  2:15-CV-05497**

KENNETH D. CUNNINGHAM

      Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG

      Defendants.

**PLAINTIFF, KENNETH D. CUNNINGHAM'S, REPLY
TO DEFENDANTS' OPPOSITION TO
MOTION FOR EXTENSION OF TIME TO
<u>SATISFY PLAINTIFF FACT SHEET DEFICIENCIES</u>**

CUNNINGHAM'S REPLY - 1

First and foremost, the Defendants fail to address any of the arguments in the Plaintiff's Motion for Extension. Rather, the Defendants cite the Court's transcript about timely providing a Plaintiff Fact Sheet. Such comments do not apply since Mr. Cunningham *timely* provided his Plaintiff Fact Sheet on December 8, 2015, and this was not contested by the Defendants.

Second, the Defendants then cite the Court's transcripts about the importance of proving the use of Xarelto. However, Mr. Cunninghan has in fact proven his use of Xarelto, and attached to his memorandum his reaction to Xarelto. See Dkt#3335-1 at 2-3. Defendants also do not contest this evidence.

Last, Defendants simply offer an unsubstantiated conclusion that Mr. Cunningham does not belong in this litigation. However, the Defendants offer no reason why Mr. Cunningham should not be entitled to additional time to obtain the remainder of his records to prove his injury resulting from Xarelto. At the time of the motion, Mr. Cunningham was seeking additional time to obtain the records from Knox Community Hospital, OSU Hospital, Dr. Cush and Dr. Fuller. Since then Mr. Cunningham has received and will be producing his records from Knox Community Hospital, and is still waiting for the records from OSU. It is the understanding of Plaintiff's counsel that Dr. Cush and Dr. Fuller did not have responsive records for the requested time period, but Counsel still needs additional time to request records from any providers identified in any recent records to which the Plaintiff was referred to for internal bleeding.

Since the Plaintiff identified good cause to grant an extension, and the Defendants failed address any arguments made by the Plaintiff, nor provided any reason for not granting the extension, then the Motion should be granted and Mr. Cunningham should be given until July 29, 2016 to supplement his medical records.

CUNNINGHAM'S REPLY - 2

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deficiency Deadline until July 29, 2016.

Date:  June 17, 2016

                                        Respectfully submitted,

                                        The Hayes Law Firm, P.C.

                                        */s / Debra B. Hayes*
                                        Debra B. Hayes
                                        TX Bar No. 05656790
                                        700 Rockmead, Suite 210
                                        Kingwood, TX  77339
                                        Telephone: (281) 815-4986
                                        Fax: (832) 575-4759
                                        jleal@dhayeslaw.com
                                        dhayes@dhayeslaw.com
                                        **ATTORNEYS FOR KENNETH CUNNINGHAM**

### CERTIFICATE OF SERVICE

    I certify that on June 17, 2016, I electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, and will be served upon counsel of record through MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592.

                                        */s / Joshua R. Leal*
                                        Joshua R. Leal