UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 | |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L | |
| } | JUDGE FALLON | |
| } | MAG. JUDGE NORTH | |
| } | | |

This Document relates to:

*Phillip Durham vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:15-cv-04133

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion for leave to file a Reply Memorandum regarding the pending motion for an Extension of Time under PTO 27 to provide certain medical records in connection with Plaintiff Fact Sheet. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for leave to file a Reply Memorandum is hereby GRANTED.

Dated: June 22nd, 2016

_____
Hon. Eldon E. Fallon
United States District Court Judge