**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN)  } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION  } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Phillip Durham vs. Janssen Research & Development, LLC et al;**
**Civil Action No. 2:15-cv-04133**

**REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF**
**TIME UNDER PTO 27 TO PROVIDE CERTAIN MEDICAL RECORDS**
**IN CONNECTION WITH PLAINTIFF'S FACT SHEET**

**MAY IT PLEASE THE COURT:**

In reply to the opposition and in further support of Plaintiff's Motion for Extension of Time under PTO 27 to provide certain medical records in connection with Plaintiff's Fact Sheet, Plaintiff's counsel states the following:

1.      Plaintiff's counsel noted in the moving papers that if the medical records required were received during the pendency of the motion, plaintiff's counsel will upload them.

2.      I am able to report to the Court that during the pendency of this motion the undersigned counsel has been in contact with the Release of Information Center for Norton Healthcare (plaintiff's medical provider), and more specifically a representative known as "B.A." who informed me that (1) Mr. Durham's records have now been located; (2) that the hospital apologized for its failure to provide the records in response to the prior requests; (3) that the hospital is forwarding the records to the undersigned in an expedited manner and "free of charge" due to the hospital's error in providing the records; and (4) that the records should be received in

"about a week" from June 20, 2016. Therefore, it is respectfully submitted that the motion for an extension should be granted in all respects.

3.     Also, it is noteworthy that in opposition, the defense counsel has not responded to the inquiry in the moving papers as to whether the defense is already actually in possession of the subject medical records, as defendants were also provided with an authorization for the same several months ago. Leaving it to speculation as to whether the defense actually already has the records and is simply not acknowledging it.

4.     In either event, now that the hospital has clearly stated its intention to provide the medical records forthwith, there is certainly no prejudice to the defense, by allowing the requested extension in this matter.

5.     Accordingly, Plaintiff therefore requests an extension of the deadline to July 22, 2016 to allow further time to obtain and upload the medical records in connection with the plaintiff's PFS. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and will file upload the medical records to the PFS at the centrality website once received.

**WHEREFORE**, Plaintiff's counsel requests an extension of the time for providing medical records in connection with Plaintiff's Fact Sheet to July 22, 2016.

Dated: June 20, 2016

Respectfully Submitted,

THE SCHLEMMER FIRM, LLC

By: _/S/Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the

Court using CM/ECF system which will send notification of such filing to all counsel of record,

on this 20th day of June 2016.

THE SCHLEMMER FIRM, LLC

BY: /S/ Paul N. Schlemmer
Paul N. Schlemmer (NY2895415)
Attorney for Plaintiff
830 Third Avenue, 5th Floor
New York, New York 10022
(212) 390-8030
email: paul@schlemmerfirm.com