UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :  MDL No. 2592
                               :
                               :  SECTION L
                               :
                               :  JUDGE ELDON E. FALLON
                               :
                               :  MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

JAMES DOUGLAS HINTON

CIVIL ACTION NO.: 2:15-cv-6544

**PLAINTIFF'S AMENDED MOTION FOR**

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COME NOW, Plaintiff James Douglas Hinton, in the above reference civil action, and by and through his counsel of records hereby files an Amended Motion for Voluntary Dismissal of this actions without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

WHEREFORE, Plaintiff hereby requests that his claims against all defendants in this action be voluntarily dismissed, without prejudice.

Date: June 23, 2016

                                                  HILLIARD MUÑOZ GONZALES LLP
                                                  By: /s/ Robert C. Hilliard
                                                        Robert C. Hilliard
                                                        Texas Bar No. 09677700
                                                        Catherine Tobin
                                                        Texas State Bar No. 24013642
                                                        T. Christopher Pinedo
                                                        Texas State Bar No. 00788935
                                                        John Martinez
                                                        Texas State Bar No. 24010212

719 S. Shoreline Boulevard, Suite 500  
Corpus Christi, Texas 78401  
361-882-1612 Office  
361-882-3015 Fax  
***Attorneys for Plaintiff***

## CERTIFICATE OF CONFERENCE

Pursuant to Pre Trial Order 24 and 24A, I, by signature below, certify that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below regarding the filing of this motion and Irwin Fritchie Urquhart & Moore LLC are opposed to the same. To date we have not heard from the other counsel listed below. Furthermore, I certify that Plaintiff has complied with the filing fee payment provisions of PTO No. 11B (Rec. Doc. 1117) and that all applicable filing fees have been paid.

**Via Electronic Mail: jirwin@irwinllc.com**  
James Irwin

**Via Electronic Mail: susan.sharko@dbr.com**  
Susan Sharko

**Via Electronic Mail: steven.glickstein@kayescholer.com**  
Steven Glickstein

/s/T. Christopher Pinedo  
T. Christopher Pinedo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**   <u>**JURY TRIAL DEMANDED**</u>

**JAMES DOUGLAS HINTON**

CIVIL ACTION NO.: 2:15-cv-6544

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the above and foregoing Plaintiff's Amended Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                             **HILLIARD MUÑOZ GONZALES LLP**
                                                                             By: /s/ Robert C. Hilliard
                                                                                Robert C. Hilliard
                                                                                Texas Bar No. 09677700
                                                                                Catherine Tobin
                                                                                Texas State Bar No. 24013642
                                                                                T. Christopher Pinedo
                                                                                Texas State Bar No. 00788935
                                                                                John Martinez
                                                                                Texas State Bar No. 24010212

                                                                                719 S. Shoreline Boulevard, Suite 500
                                                                                Corpus Christi, Texas 78401
                                                                                361-882-1612 Office
                                                                                361-882-3015 Fax
                                                                                *Attorneys for Plaintiff*