UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENTS RELATES TO:**<br>*BARBARA ALDERDICE*<br>*2:15-cv-01596* | **MDL No. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure,* hereby informs this Honorable Court of the death of the Plaintiff, Barbara Alderdice. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and a Motion for Leave to File Amended Complaint will be filed by Michael Alderdice, who is the surviving spouse of Plaintiff Barbara Alderdice.

Dated: <u>June 24, 2016</u>                                   Respectfully submitted,

/s/ Seth S. Webb
**Seth S. Webb #51236**
BROWN AND CROUPPEN, PC
211 N. Broadway, Suite 1600
St. Louis, MO 63102
(314)421-0216
SethW@getbc.com
**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the forgoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                          /s/ Seth S. Webb
                                          Seth S. Webb
                                          Attorney for Plaintiffs