UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

### PRE-TRIAL ORDER NO. 10A
(Streamlined Service on Certain Bayer Defendants)

The Court outlined in Pretrial Order 10 the procedure for the streamlined service of certain Bayer Defendants. R. Doc. 357. In Part II.C., the Court granted multiple classes of plaintiffs 60 days to serve their Complaint with a Summons. R. Doc. 357 at 2. Due to an influx of Complaints in advance of the deadline for filing Bundled Complaints, the Clerk's Office is inundated with a large number of recently-filed Complaints into MDL 2592. The quantity of these Complaints has delayed the Clerk's entry of Summons in recently-filed cases. Therefore, to promote the interests of fairness, efficiency, and economy,

**IT IS ORDERED** that plaintiffs identified in Part II.C. of Pretrial Order 10 whose cases have already been docketed in this MDL shall have 90 days from the entry of this Order to serve the Complaint with a Summons.

**IT IS FURTHER ORDERED** that plaintiffs identified in Part II.C. of Pretrial Order 10 whose cases are not docketed in this MDL upon the entry of this Order but are

1

docketed on or before July 11, 2016, shall have 90 days from the docketing of the Complaint in the MDL to serve the Complaint with a Summons.

NEW ORLEANS, LOUISIANA this 23rd day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE