UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION<br>Plaintiffs,<br><br>v. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>Henry Niese v. Janssen Research & Development, LLC. Et al.<br><br>INDIVIDUAL CIVIL ACTION NO:2:16-cv-00946 | MAG. JUDGE MICHAEL NORTH<br><br>JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PLAINTIFF

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

COMES NOW Plaintiff, Henry Niese, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, Henry Niese, respectfully showing the Court as follows:

Plaintiff, Henry Niese, passed away on April 01, 2016, as reported to the Court in the Suggestion of Death filed on May 24, 2016. On April 18, 2016, the Circuit Court in Harris County, in the State of Maryland appointed Paula Niese as Administrator of the Estate of Henry Niese, attached hereto as Exhibit A. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25 (a) (1) to substitute Paula Niese, as Administrator of the Estate of Henry Niese as the named party in place of Henry Niese.

1

WHEREFORE, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated: June 24, 2016

                                            Respectfully submitted,

                                            By: /s/ Willard J. Moody
                                            Willard J. Moody, Jr., Esquire (VSB #22866)
                                            THE MOODY LAW FIRM, INC.
                                            500 Crawford Street, Suite 200
                                            Portsmouth, VA 23704
                                            (757) 393-4093
                                            will@moodyrrlaw.com

                                            Jonathan A. Hogins, Esquire (VSB #83982)
                                            THE MOODY LAW FIRM, INC.
                                            500 Crawford Street, Suite 200
                                            Portsmouth, VA 23704
                                            (757) 393-4093
                                            jhogins@moodyrrlaw.com
                                            ATTORNEYS FOR THE PLAINTIFFS

I hereby certify that on June 24, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.