# EXHIBIT A



# STATE OF MARYLAND
# LETTERS OF ADMINISTRATION
# OF A SMALL ESTATE

Estate No. 27122

I certify that administration of the Estate of

**HENRY ERNST NIESE**

was granted on the ___18th___ day of ___APRIL, 2016___,

to PAULA J NIESE

as personal representative(s) and the appointment is in effect

this ___18th___ day of ___APRIL, 2016___

☐ Will probated _____ (date)

☐ Intestate estate

☑ Unprobated Will – Probate Not Required

*[signature]*

BYRON E MACFARLANE
Register of Wills for
HOWARD COUNTY

**VALID ONLY IF SEALED WITH THE SEAL OF THE COURT OR THE REGISTER**

RW1107

ROWNET
11/2009