UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION<br>            Plaintiffs,<br><br>       v.<br><br><br>THIS DOCUMENT RELATES TO:<br><br>Lois Griffin v. Janssen Research & Development, LLC. Et al.<br><br>INDIVIDUAL CIVIL ACTION NO:2:16-cv-06258 | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><br>JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PLAINTIFF

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

COMES NOW Plaintiff, Lois Griffin, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, Lois Griffin, respectfully showing the Court as follows:

Plaintiff, Lois Griffin, passed away on May 04, 2016, as reported to the Court in the Suggestion of Death filed on May 27, 2016. On May 24, 2016, the Circuit Court For Palm Beach County, Florida appointed Gary Griffin as Administrator of the Estate of Lois Griffin, attached hereto as Exhibit A. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25 (a) (1) to substitute Gary Griffin, as Administrator of the Estate of Lois Griffin as the named party in place of Lois Griffin.

1

WHEREFORE, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated: June 24, 2016

                    Respectfully submitted,

                    By: /s/ Willard J. Moody_____
                    Willard J. Moody, Jr., Esquire (VSB #22866)
                    THE MOODY LAW FIRM, INC.
                    500 Crawford Street, Suite 200
                    Portsmouth, VA 23704
                    (757) 393-4093
                    will@moodyrrlaw.com

                    Jonathan A. Hogins, Esquire (VSB #83982)
                    THE MOODY LAW FIRM, INC.
                    500 Crawford Street, Suite 200
                    Portsmouth, VA 23704
                    (757) 393-4093
                    jhogins@moodyrrlaw.com
                    ATTORNEYS FOR THE PLAINTIFFS

I hereby certify that on June 24, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.