UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION<br>  Plaintiffs,<br><br>v. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:<br><br>Lois Griffin v. Janssen  Research & Development, LLC. Et al.<br><br>INDIVIDUAL CIVIL ACTION NO:2:16-cv-06258 | MAG. JUDGE MICHAEL NORTH<br><br>JURY TRIAL DEMANDED |

**(Proposed ) ORDER**

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Gary Griffin, as Administrator of the Estate of Lois Griffin, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered Plaintiff's Motions to Substitute is **HEREBY GRANTED**, and the Clerk is hereby directed To correct the caption to reflect the proper party as "Gary Griffin, Administrator of the Estate of Lois Griffin", Plaintiff.

Dated this _____day of _____ 2016.

                                                                          _____
                                                                          Honorable Eldon E. Fallon
                                                                          United States District Court Judge