# EXHIBIT A

IN THE CIRCUIT COURT FOR PALM
BEACH COUNTY, FLORIDA

PROBATE DIVISION

File No. 50 2016 CP 002450 XXXX MB

IN RE: ESTATE OF

LOIS M. GRIFFIN

Deceased.

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

WHEREAS, LOIS M. GRIFFIN, resident of Palm Beach County, Florida, died on May 4, 2016, owning assets in the State of Florida, and

WHEREAS, GARY L. GRIFFIN has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of letters of administration in the estate, with full power to administer the estate according to law; to ask, demand, sue for, recover, and receive the property of the decedent and to act for and in the name of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

WITNESS my hand and seal of this court this 24 day of MAY, 2016.

_____
Circuit Judge
Janis Keyser

STATE OF FLORIDA - PALM BEACH COUNTY
I hereby certify that the foregoing is a true
copy as recorded in my office and the
same is in full force and effect.
THIS 27 DAY OF May, 2016.
SHARON R. BOCK
CLERK & COMPTROLLER
By: _____
DEPUTY CLERK

FILED
2016 MAY 25 PM 3: 42
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
CIRCUIT PROBATE 2