UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Larry Goodell -2:15-cv-4239

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned attorney herby informs the Honorable Court of the death of Plaintiff, Larry Goodell.

Date: June 27, 2016

    Respectfully submitted,

    **Hilliard Munoz Gonzales LLP**

    By: /s/ T. Christopher Pinedo
    Robert C. Hilliard
    Texas State Bar No. 09677700
    Federal Bar No. 5912
    Catherine Tobin
    Texas State Bar No. 24013642
    Federal Bar No. 25316
    John Martinez
    Texas State Bar No. 24010212
    Federal Bar No. 23612
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    Federal Bar No. 17993

                                              719 S. Shoreline, Suite 500
                                              Corpus Christi, Texas 78401
                                              361-882-1612 Telephone
                                              361-882-3015 Facsimile
                                              **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ T. Christopher Pinedo
Thomas Christopher Pinedo