# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Larry Goodell-2:15-cv-4239

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Plaintiff, Larry Goodell, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Plaintiff, Larry Goodell, passed away on November 14, 2014, as reported to the Court in a Notice of Death filed on June 27, 2016.

2. Plaintiff seeks to substitute Jessica Closson and Jennifer Guthrie as the Party Plaintiffs due to the death of Larry Goodell. Jessica Closson and Jennifer Guthrie have been appointed as Co-Administratrixes of the Estate of Larry Goodell, deceased, by the Circuit Court of Arkansas County, Arkansas Southern District – Probate Division.

3. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Jessica Closson and Jennifer Guthrie, as Co-Administratrixes for the deceased, Larry Goodell, as the named party in the place of Larry Goodell.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: June 27, 2016			Respectfully submitted,

**Hilliard Munoz Gonzales LLP**

By: /s/ T. Christopher Pinedo
Robert C. Hilliard
Texas State Bar No. 09677700
Federal Bar No. 5912
Catherine Tobin
Texas State Bar No. 24013642
Federal Bar No. 25316
John Martinez
Texas State Bar No. 24010212
Federal Bar No. 23612
T. Christopher Pinedo
Texas State Bar No. 00788935
Federal Bar No. 17993

719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via the the Court's CM/ECF system on this 27th day of June, 2016.

    /s/ T. Christopher Pinedo
Thomas Christopher Pinedo