**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Victoria Esquibel Morales-2:15-cv-02460

**NOTICE AND SUGGESTION OF DEATH**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned attorney herby informs the Honorable Court of the death of Plaintiff, Victoria Esquibel Morales.

Date: June 27, 2016

                                        Respectfully submitted,

                                        **Hilliard Munoz Gonzales LLP**

                                        By: /s/ T. Christopher Pinedo
                                        Robert C. Hilliard
                                        Texas State Bar No. 09677700
                                        Federal Bar No. 5912
                                        Catherine Tobin
                                        Texas State Bar No. 24013642
                                        Federal Bar No. 25316
                                        John Martinez
                                        Texas State Bar No. 24010212
                                        Federal Bar No. 23612
                                        T. Christopher Pinedo
                                        Texas State Bar No. 00788935
                                        Federal Bar No. 17993

719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

    I hereby certify that the copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/ T. Christopher Pinedo
    Thomas Christopher Pinedo