UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Victoria Esquibel Morales-2:15-cv-02460

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Plaintiff, Victoria Esquibel Morales, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Plaintiff, Victoria Esquibel Morales, passed away on May 15, 2013, as reported to the Court in a Notice of Death filed on June 27, 2016.

2. Plaintiff will seek to Substitute Linda Gonzales as the Party Plaintiff due to the death of Victoria Esquibel Morales. Linda Gonzales has been appointed as Independent Executrix, of the Estate of Victoria Morales, deceased by the Harris County, Texas Probate Court No. Three (3).

3. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Linda Gonzales, as Independent Executrix for the deceased, Victoria Esquibel Morales, as the named party in the place of Victoria Esquibel Morales.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: June 27, 2016                     Respectfully submitted,

**Hilliard Munoz Gonzales LLP**

By: /s/ T. Christopher Pinedo
Robert C. Hilliard
Texas State Bar No. 09677700
Federal Bar No. 5912
Catherine Tobin
Texas State Bar No. 24013642
Federal Bar No. 25316
John Martinez
Texas State Bar No. 24010212
Federal Bar No. 23612
T. Christopher Pinedo
Texas State Bar No. 00788935
Federal Bar No. 17993

719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via the the Court's CM/ECF system on this 27th day of June, 2016.

                                                     /s/ T. Christopher Pinedo
                                                   Thomas Christopher Pinedo