UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Verdie McNeal v. Janssen Research & Development, LLC | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| E.D. La. No. 2:16-cv-06844 | **JURY TRIAL DEMANDED** |

## MOTION TO SUBSTITUTE PARTY PLAINIFF

Counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Veronica McNeal-Middleton on behalf of her deceased mother, Verdie McNeal.

1. Verdie McNeal filed a products liability case against the defendants on April 28, 2016.

2. Subsequently, on May 10, 2016, plaintiff's counsel was notified that Verdie McNeal died on April 23, 2016.

3. Verdie McNeal's products liability action against defendant survived her death and was not extinguished.

4. Veronica McNeal-Middleton, daughter of Verdie McNeal, is a proper party to substitute for plaintiff-decedent Verdie McNeal and has proper capacity to continue the lawsuit on her behalf, as successor and estate representative pursuant to Fed. R. Civ. P. 25(a)(1).

Based on the foregoing, Veronica McNeal-Middleton requests that this Court grant her request for substitution as plaintiff in this action.

Dated: June 28, 2016

                                              Respectfully Submitted:

                                              By:  */s/ Aimee Robert*
                                              Aimee Robert, Esquire
                                              TX Bar #24046729
                                              2925 Richmond Ave., Ste. 1700
                                              Houston, TX 77098
                                              Telephone: (713) 626- 9336
                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: June 28, 2016

                                              */s/ Aimee Robert*
                                              Attorney for Plaintiff