UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Verdie McNeal v. Janssen Research & Development, LLC | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| E.D. La. No. 2:16-cv-06844 | **JURY TRIAL DEMANDED** |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINIFF

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED.
2. Veronica McNeal-Middleton as daughter of Verdie McNeal and estate representative, is substituted as Plaintiff in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on _____.

_____
JUDGE ELDON E. FALLON

Cc: All counsel of records