UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Eugene Roddenberry-2:15-cv-6743

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Shelly Coy, as Special Administrator for the deceased, Eugene Roddenberry, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "Shelly Coy, Personal Representative for the deceased, Eugene Roddenberry", Plaintiff.

Dated this __28th__ day of __June__, 2016

_____
Honorable Eldon E. Fallon
United states District Court Judge