UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Victoria Esquibel Morales-2:15-cv-02460

<u>**ORDER**</u>

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Linda Gonzales, as Special Administrator for the deceased, Victoria Esquibel Morales, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "Linda Gonzales, Independent Executrix for the deceased, Victoria Esquibel Morales", Plaintiff.

Dated this __28th__ day of __June__, 2016

_[signature: Eldon E. Fallon]_
Honorable Eldon E. Fallon
United states District Court Judge