IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL-2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |
| | **JURY TRIAL DEMANDED** |

**THIS DOCUMENT RELATES TO:**

**BRENDA ALDRICH**

**CIVIL ACTION NO.: 2:16-cv-06566-EEF-MBN**

**SHORT FORM COMPLAINT**

1. Plaintiff incorporates by reference the plaintiffs' Joint Complaint filed in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL-2592 (E.D. La.) pursuant to Pretrial Order No. 11 (2:14-md-02592, ECF No. 893). The following Short Form Complaint is utilized in the above-captioned action.

2. Individual Plaintiff Brenda Aldrich is identified more fully in Paragraph 1 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff resides at 1 Acushnet Road, Apt. 11, Mattapoisett, Plymouth County, Massachusetts 02739.

4. The Xarelto User resides (or if deceased, resided at the time of death) at 1 Acushnet Road, Apt. 11, Mattapoisett, Plymouth County, Massachusetts 02739.

5.      Attached as Attachment 1 is the Severance Order (2:16-cv-06566, ECF No. 7) issued by the Court for the Individual Plaintiff.

6.      Attached as Attachment 2 is a list of individual case captions for the individual plaintiffs named in the Joint Complaint.

Dated: June 29, 2016 at Birmingham, Alabama.

/s/  Michael Allsup_____
Michael Allsup
Alabama Bar No. ASB-3951-L42M
michael.allsup@jacobymeyers.com

Jacoby & Meyers, LLC
1929 Third Avenue North, Suite 800
Birmingham, Alabama 35203
Telephone (205) 380-7070
Facsimile (205) 244-1171

/s/  Joseph J. Siegelman_____
Joseph J. Siegelman
Alabama Bar No. ASB-6058-B92D
jsiegelman@cochranfirm.com

/s/  John J. Givens_____
John J. Givens
Alabama Bar No. ASB-8862-H65G
johngivens@cochranfirm.com

The Cochran Firm Birmingham, P.C.
222 20th Street North, Suite 800
Birmingham, Alabama 35203
Telephone (205) 244-1115
Facsimile (205) 244-1171

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on June 29, 2016, a complete copy of the foregoing Short Form Complaint was electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

/s/ Michael Allsup
Michael Allsup
Alabama Bar No. ASB-3951-L42M
michael.allsup@jacobymeyers.com
One of the Plaintiff's Attorneys