UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION<br>　　　　Plaintiffs,<br><br>　　v.<br><br><br>THIS DOCUMENT RELATES TO:<br><br>Lois Griffin v. Janssen Research & Development, LLC. Et al.<br><br>INDIVIDUAL CIVIL ACTION NO:2:15-cv-06258 | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><br><u>**JURY TRIAL DEMANDED**</u> |

## ORDER

　　THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Gary Griffin, as Administrator of the Estate of Lois Griffin, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered Plaintiff's Motions to Substitute is **HEREBY GRANTED**, and the Clerk is hereby directed To correct the caption to reflect the proper party as "Gary Griffin, Administrator of the Estate of Lois Griffin", Plaintiff.

Dated this  28th  day of    June    2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1