UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION  Plaintiffs, <br><br> v. | MDL NO. 2592 <br><br> SECTION:  L <br><br> JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: <br><br> Henry Niese v. Janssen Research & Development, LLC. Et al. <br><br> INDIVIDUAL CIVIL ACTION NO:2:16-cv-00946 | MAG. JUDGE MICHAEL NORTH <br><br><br> **JURY TRIAL DEMANDED** |

## (Proposed) ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Paula Niese, as Administrator of the Estate of Henry Niese, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered Plaintiff's Motions to Substitute is **HEREBY GRANTED**, and the Clerk is hereby directed To correct the caption to reflect the proper party as "Paula Niese, Administrator of the Estate of Henry Niese", Plaintiff.

Dated this  28th  day of     June     2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1