# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES ONLY TO: | MDL No. 2592 |
|---|---|
| Joyce Navaro, Individually and on behalf of the Estate of Betty Dynes (deceased) <br><br> Civil Action No. 2:16-cv-7864 | SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER HEALTHCARE LLC

COMES NOW Plaintiff Joyce Navaro, individually and on behalf of the estate of Betty Dynes, by and through her attorneys Seth Webb and Brown & Crouppen, P.C., and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby gives notice that only her action is voluntarily dismissed without prejudice only as against defendant Bayer Healthcare LLC. Bayer Healthcare LLC has not been served and has not otherwise filed an Answer or Motion for Summary Judgment. The filing of this Notice of Voluntary Dismissal Without Prejudice as to Bayer Healthcare LLC is not intended to have any effect on Plaintiff's claims against any other Defendants in the above-styled action.

Dated: June 3, 2016

Respectfully submitted,

/s/ Seth S. Webb
**Seth S. Webb #51236**
BROWN AND CROUPPEN, PC

                                                      211 N. Broadway, Suite 1600
                                                      St. Louis, MO 63102
                                                      (314)421-0216
                                                      SethW@getbc.com
                                                      **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing Notice of Voluntary Dismissal has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established MDL 2592 pursuant to Pre-Trail Order No. 17.

                                                        /s/ Seth S. Webb
                                                        Seth S. Webb
                                                        Attorney for Plaintiff