UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Larry Goodell-2:15-cv-4239

## PROPOSED ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Jessica Closson and Jennifer Guthrie, as Co-Administratrixes for the deceased, Larry Goodell, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "Jessica Closson and Jennifer Guthrie, Co-Administratrixes for the deceased, Larry Goodell", Plaintiff.

Dated this __29th__ day of __June__, 2016

_____
Honorable Eldon E. Fallon
United states District Court Judge