UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE SHUSHAN |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

On June 10, 2016, the Court heard oral argument regarding Defendants Janssen and Bayer's Motions for Protective Order. R. Docs. 3296, 3310. The Court granted the motions for the reasons stated at oral argument, which are adopted as part of this Order. Therefore,

**IT IS ORDERED** Janssen and Bayer's Motions for Protective Order, R. Docs. 3296, 3310, are hereby **GRANTED**.

New Orleans, Louisiana this 29th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE