UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

Please take notice that Michael W. Hogue of the law firm of Nelson Mullins Riley & Scarborough LLP, 1320 Main Street, 17th Floor, Columbia, South Carolina 29201, Telephone: (803) 799-2000, email: michael.hogue@nelsonmullins.com, who is duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, in the above-styled action.

This 30th day of June, 2016.

Respectfully submitted,

*/s/ Michael W. Hogue*
Michael W. Hogue
Federal Bar No. 5696
E-Mail: michael.hogue@nelsonmullins.com
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, South Carolina 29201
(803) 799-2000

*Attorney for Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG*

2717286-1

        KAYE SCHOLER LLP

        */s/ William Hoffman*
        William Hoffman
        Steven Glickstein
        Andrew K. Solow
        KAYE SCHOLER LLP
        The McPherson Building
        901 Fifteenth Street, NW
        Washington, DC 20005-2327
        Telephone: (202) 682-3550
        william.hoffman@kayescholer.com
        sglickstein@kayescholer.com
        *Co-Lead Defense Counsel*

        CHAFFE MCCALL L.L.P.

        */s/ John F. Olinde*
        John F. Olinde (1515)
        CHAFFE McCALL L.L.P.
        1100 Poydras Street
        Suite 2300
        New Orleans, LA 70163
        Telephone: (504) 585-7241
        Facsimile: (504) 544-6084
        olinde@chaffe.com

        *Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

        */s/     John F. Olinde*

2717286-1