# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Teresa Foret, Individually, and as Representative Of the Estate of Mallie Akers v. Janssen Research & Development, LLC E.D. La. No. 2:16-cv-764 | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO PRETRIAL ORDER 24A AND FED. R. CIV. P. 41 (a)(2)

**COMES NOW** Plaintiff, through undersigned counsel, and pursuant to PTO 24A and Fed. R. Civ. P. 41 (a)(2), hereby requests an order dismissing this case against all Defendants without prejudice to refile. In support, Plaintiff offers as follows:

1. Plaintiff's complaint was initially filed on or about December 29, 2015 as a part of a Joint Form Complaint. Plaintiff's Short Form Complaint was filed on or about January 28, 2016. Plaintiff complied with the filing fee payment provisions pursuant to PTO 11B for both complaints;
2. No counterclaims have been filed against the Plaintiff in this matter;
3. Plaintiff initially filed motion to dismiss without prejudice on or about March 31, 2016 via ECF for the Eastern District of Louisiana. Defendants then responded with a Response/Memorandum in Opposition to the Motion to dismiss without Prejudice on or about April 14, 2016. In their Memorandum, Defendants requested that Plaintiff's Motion to Dismiss Without Prejudice be conditioned on Plaintiff's refiling the instant case in federal court, as opposed to a state court forum. Plaintiff replied to this memorandum on or about April 15, 2016. In Plaintiff's response, Plaintiff agreed to this request. Proposed order is as stipulated by consent of both parties.

WHEREFORE, Plaintiff, by and through her undersigned Counsel, respectfully request this Court grant her Motion for Voluntary Dismissal Without Prejudice on the condition that Plaintiff's refiling of the instant case in federal court, as opposed to a state court forum.

Dated: July 5, 2016

                                Respectfully Submitted,

                              By:  */s/ Aimee Robert*
                                  Aimee Robert, Esquire
                                  TX Bar #24046729
                                  2925 Richmond Ave., Suite 1700
                                  Houston, TX 77098
                                  Telephone: (713) 626- 9336
                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                */s/ Aimee Robert*
                                                Attorney for Plaintiff