UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>Teresa Foret, Individually, and as Representative Of the Estate of Mallie Akers v. Janssen Research & Development, LLC<br>E.D. La. No. 2:16-cv-764 | JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

Considering the foregoing motion,

IT IS ORDERED that Plaintiff's Motion to Dismiss is hereby GRANTED and that plaintiff's claims against all defendants in *Teresa Foret, Individuall, and as Representative of the Estate of Mallie Akers. v. Janssen Research & Development, LLC, et al* (No. 2:16-cv-764) are hereby voluntarily DISMISSED, without prejudice, on condition that Plaintiff's refiling the instant case in federal court, as opposed to a state court forum, each party to bear their own costs

New Orleans, Louisiana this ____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
U.S. District Court Judge