UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Barbara Gatten on behalf of Delmas Gatten (16-1007)* | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

## OPPOSITION TO MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC ("Janssen Defendants"), Johnson & Johnson ("J&J"), Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG ("Bayer Defendants") collectively referenced as "Defendants," through undersigned counsel, respectfully submit the instant Opposition to Plaintiff Barbara Gatten's ("Plaintiff") Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies. (Rec. Doc. No. 3451).

As explained *infra*, Plaintiff's request for an extension of time to cure the PFS deficiencies should be denied because, as repeatedly emphasized by the Court, (1) timely submission of the completed PFSs is *essential* to this litigation; and (2) at this point in the litigation, plaintiffs who have made claims now need to provide proof that they belong in this MDL.

First, the Court has repeatedly emphasized that the timely submission of Plaintiff Fact Sheets is an essential step in this litigation and that the failure to submit a completed PFS will result in the dismissal of the case. *See* November 20, 2015 Status Conf. Tr. at 8:15-19 ("**[I]f the fact sheets are not going to be filled out, then I will be dismissing cases. I will dismiss the case. My intent is to dismiss the case with prejudice, not without prejudice**."); October 21, 2015 Status Conf. Tr. at 6:1-6 (again noting that failure to timely file PFSs will result in dismissal of cases).

Furthermore, the Court has explicitly recognized the important role of plaintiff fact sheets in determining whether plaintiffs who have made claims in the MDL are properly in this litigation.

> Also, with the fact sheets, we find in some of these types of cases, particularly with the pharmaceutical drug cases, there are individuals who have made claims, but they haven't taken the drug. They may have taken another drug, and they may be entitled to be in another MDL proceeding, but not in this proceeding, and the fact sheets are helpful in determining that aspect of the situation, so that those cases can be moved out of the system.

*See* November 20, 2015 Status Conf. Tr. at 9:1-8.

Here, Plaintiff asserts that she needs sixty additional days from the current deadline of June 16, 2016, to satisfy the PFS deficiency; however, Plaintiff's Memorandum in Support of her Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies alleges that despite continual efforts, counsel for Plaintiff has been unable to obtain medical records needed to cure the PFS deficiency. (Rec. Doc. No. 3451-1). Thus, in this matter, there is a clear absence of proof that Plaintiff belongs in this litigation.

Accordingly, Defendants respectfully request that the Court deny Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies. (Rec. Doc. No. 3451).

Respectfully submitted,

KAYE SCHOLER LLP

By: */s/ Andrew K. Solow*
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Andrew.Solow@kayescholer.com

*On behalf of Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

DRINKER BIDDLE & REATH LLP

By: */s/ Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*On behalf of Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson and Johnson*

- 4 -

                              IRWIN FRITCHIE URQUHART & MOORE LLC

                              By: /s/ *James B. Irwin*
                                  James B. Irwin
                                  Kim E. Moore
                                  IRWIN FRITCHIE URQUHART
                                  & MOORE LLC
                                  400 Poydras Street
                                  Suite 2700
                                  New Orleans, LA 70130
                                  Telephone: (504) 310-2100
                                  Facsimile:  (504) 310-2120
                                  jirwin@irwinllc.com

                              CHAFFE MCCALL L.L.P.

                              By: /s/ *John F. Olinde*
                                  John F. Olinde
                                  CHAFFE MCCALL L.L.P.
                                  1100 Poydras Street
                                  Suite 2300
                                  New Orleans, LA 70163
                                  Telephone: (504) 585-7241
                                  Facsimile: (504) 544-6084
                                  olinde@chaffe.com

                              *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on July 5, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                              */s/ James B. Irwin*
                              **James B. Irwin**