MINUTE ENTRY
FALLON, J.
JULY 6, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          MDL NO. 2592
       PRODUCTS LIABILITY LITIGATION

                                                      SECTION: L

THIS DOCUMENT RELATES TO:         JUDGE FALLON
C.A. 16-764 and 15-6544)                 MAGISTRATE NORTH

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Donna Goree

Appearances:   Scott Brooks, Esq. for Plaintiff Teresa Foret
                 T. Christopher Pinedo, Esq. for Plaintiff James Hinton
                 James Irwin, Esq. for Defendants

1. Motion of Plaintiff, Teresa Foret, Individually, and as Representative of the Estate of Mallie Akers, for Voluntary Dismissal (REF: C.A. 16-764) (2918)

After argument - Motion was GRANTED and Plaintiff Teresa Foret's Complaint was Dismissed With Prejudice.

2. Amended Motion of Plaintiff James Douglas Hinton, for Voluntary Dismissal Without Prejudice (REF: C.A. 15-6544) (3525)

After argument - Motion was GRANTED and Plaintiff James Hinton's Complaint was Dismissed With Prejudice.


JS10:     :10