UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH JURY TRIAL DEMANDED |

THIS DOCUMENT RELATES TO:

TIMOTHY BAKER V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-6547

JESSIE BARRS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4175

ALICE BRYANT V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9573

GERARD DELONZOR, ADMINISTRATOR OF THE ESTATE OF DIANA DELONZOR, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-4032

PEGGY DEPUYDT V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-5978

GERALD FITZGERALD V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-6047

GAIL FRY, AS EXECUTRIX OF THE ESTATE OF ROBERT FRY, DECEASED, V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4221

DONNA GRIMES V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4202

DAVID HERRING V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9576

PHILLIP E. HORTON V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-6573

MARY LEE JENKINS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9577

DAVID L. JOHNSON V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9581

PHYLLIS JOHNSON, ADMINISTRATOR OF THE ESTATE OF EDWARD LEWIS JOHNSON, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-5044

JERRY KEITH JONES V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9584

MARIAN F. HALL V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9565

STEPHEN KELSEY V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9588

ALAN KENT V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-6551

ROGER D. MURRAY V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9590

STEPHEN NEW V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9593

CHESTER ROBERTS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-9594

LISA TALLIE, EXECUTOR OF THE ESTATE
OF HAZEL CONNER, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4200

SAMUEL TRUNZO V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-6044

WALTER C. WASCO V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-8079

RICHARD WEIS V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:15-CV-4178

## NOTICE OF CHANGE OF ADDRESS

COME NOW Richard S. Frankowski and N. Victoria Ebrahimi of The Frankowski Firm, LLC, attorneys for the Plaintiffs, and hereby give notice to this Honorable Court, all parties, and all counsel of record in this matter who have made an appearance that The Frankowski Firm, LLC's new office address location effective immediately is: **2126 15th Avenue South, Birmingham, Alabama 35205**. All phone numbers and emails remain the same. Accordingly, all notices, service and correspondence should be directed to this new location as of August 1, 2016.

Respectfully submitted this the 6th day of July, 2016.

/s/ Richard S. Frankowski
Richard S. Frankowski

/s/ N. Victoria Ebrahimi
N. Victoria Ebrahimi

The Frankowski Firm, LLC
2126 15th Avenue South
Birmingham, Alabama 35205

Office:      205.390.0399
Fax:         205.390.1001
Emails:      richard@frankowskifirm.com
             victoria@frankowskifirm.com


CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of July 2016 a copy of the above and foregoing Notice of Change of Address has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Richard S. Frankowski
OF COUNSEL