## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 |
| } | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L |
| } | JUDGE FALLON |
| } | MAG. JUDGE NORTH |
| } | |

This Document relates to:

   *Lenora Demeritte vs. Janssen Research & Development, LLC et al;*
    Civil Action No. 2:16-cv-2636

### MOTION FOR EXTENSION OF TIME UNDER PTO 27 TO PROVIDE ADMINISTRATOR DOCUMENTATION TO PLAINTIFF FACT SHEET

COMES NOW the plaintiff Lenora Demeritte by and through the undersigned counsel, and respectfully moves this Court for an extension of time under PTO 27 to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user in connection with Plaintiff Fact Sheet to October 5, 2016.

Under PTO 27, this case is not in the discovery pool, and the Plaintiff's Fact Sheet deadline was May 17, 2016. Plaintiff produced a substantially complete fact sheet with all core criteria on May 5, 2016. Subsequently, Defendant submitted a deficiency notice regarding the Xarelto user's representative to sign declaration on behalf of the user in connection with the Plaintiff Fact Sheet. The time to respond to the purported deficiency currently July 6, 2016. Plaintiff has submitted the Plaintiff's Fact Sheet and has substantially completed Section 1 of the PFS, and has provided plaintiff's pharmacy records of proof of Xarelto use as well as medical records of proof of injury with the PFS.

On this same day, counsel for Plaintiff filed a Notice of Suggestion of Death and a Motion to Substitute Party, requesting that the Court enter an order substituting Karen Person—the surviving daughter of and successor to deceased-Plaintiff Lenora Demeritte—as Plaintiff in this action. Additionally, counsel is waiting on documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user, which necessitates making this motion for an extension of time to obtain and upload the medical records. Accordingly, Plaintiff's counsel requests an extension of the time to do so until October 5, 2016.

In support of the motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. If the documentation is received while this motion is pending, plaintiff's counsel will upload them to the PFS. An extension of time is not sought for delay but so that justice may be served.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the time for plaintiff to provide medical records in connection with the Plaintiff Fact Sheet to October 5, 2016.

Dated: July 6, 2016                                  Respectfully Submitted,

                                                     Kirkendall Dwyer, LLP

                                                     By: */s/ Andrew F. Kirkendall*
                                                     Andrew F. Kirkendall
                                                     Texas Bar No. 24050882
                                                     Alexander G. Dwyer
                                                     Texas Bar No. 24054271
                                                     Kirkendall Dwyer LLP
                                                     4343 Sigma Rd., STE 200
                                                     Dallas, TX 75244
                                                     Phone: 214-271-4027
                                                     Fax: 214-253-0629
                                                     ak@kirkendalldwyer.com
                                                     ad@kirkendalldwyer.com
                                                     ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6th day of July 2016.

    Kirkendall Dwyer, LLP

    By: */s/ Andrew F. Kirkendall*
    Andrew F. Kirkendall
    Texas Bar No. 24050882
    Alexander G. Dwyer
    Texas Bar No. 24054271
    Kirkendall Dwyer LLP
    4343 Sigma Rd., STE 200
    Dallas, TX 75244
    Phone: 214-271-4027
    Fax: 214-253-0629
    ak@kirkendalldwyer.com
    ad@kirkendalldwyer.com

    ***Attorney for Plaintiffs***