UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) } | MDL No. 2592 | |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L | |
| } | JUDGE FALLON | |
| } | MAG. JUDGE NORTH | |
| } | | |

This Document relates to:

    *Lenora Demeritte vs. Janssen Research & Development, LLC et al;*
     Civil Action No. 2:16-cv-2636

MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF
TIME UNDER PTO 27 TO PROVIDE ADMINISTRATOR
<u>IN CONNECTION WITH PLAINTIFF'S FACT SHEET</u>

**MAY IT PLEASE THE COURT:**

    In support of Plaintiff's Motion for Extension of Time under PTO 27 to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of user in connection with Plaintiff's Fact Sheet, Plaintiff states the following:

    1.    The plaintiff filed the above captioned proceeding as a bundled Complaint along with multiple plaintiffs on March 18, 2016, and thereafter filed separate short form Complaints on March 31, 2016, for the individual plaintiffs.

    2.    Subsequently, counsel learned that Plaintiff passed away on February 14, 2016.

    3.    On July 6, 2016, Plaintiff filed a Notice of Suggestion of Death and a Motion to Substitute Party.

    4.    Pursuant to PTO 27, this case is not in the discovery pool, and by this Court's Order the PFS deadline to respond to the Defendant's notice of deficiency is currently July 6, 2016.

    5.    Plaintiff has already complied with PTO 27 by providing a signed Plaintiff Fact

Sheet substantially completing PFS Section 1, and has provided medical records of proof of Xarelto use. However, plaintiff's counsel has still not received supporting dumentation of Xarelto user's represntative's right to sign, which necessitates making this motion for an extension of time to obtain and upload administrator ducmentation. If the documentaion is received during the pendency of the motion, plaintiff's counsel will upload them.

6. Accordingly, Plaintiff therefore requests an extension of the deadline to October 6, 2016 to allow further time to obtain and upload the represtative's authority in connection with the plaintiff's PFS.

7. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and will file upload the medical records to the PFS at the centrality website once received.

**WHEREFORE**, Plaintiff's counsel requests an extension of the time for providing pharmacy records in connection with Plaintiff's Fact Sheet to October 5, 2016.

Dated: July 6, 2016

Respectfully Submitted,

Kirkendall Dwyer, LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6th day of July 2016.

        Kirkendall Dwyer, LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        *Attorney for Plaintiffs*