UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION  } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    *Lenora Demeritte vs. Janssen Research & Development, LLC et al;*
      Civil Action No. 2:16-cv-2636

### NOTICE OF SUBMISSION

COMES NOW the plaintiff Lenora Demeritte by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time under PTO 27 to provide documentation supporting the authority of Xarelto user's representative to sign the declaration on behalf of the user in connection with Plaintiff's Fact Sheet to October 5, 2016 before the Honorable Judge Eldon E. Fallon on motion date August 31, 2016.

Dated: July 6, 2016                        Respectfully Submitted,

                                                       Kirkendall Dwyer, LLP
                                                       By: */s/ Andrew F. Kirkendall*
                                                       Andrew F. Kirkendall
                                                       Texas Bar No. 24050882
                                                       Alexander G. Dwyer
                                                       Texas Bar No. 24054271
                                                       Kirkendall Dwyer LLP
                                                       4343 Sigma Rd., STE 200
                                                       Dallas, TX 75244
                                                       Phone: 214-271-4027
                                                       ak@kirkendalldwyer.com
                                                       ad@kirkendalldwyer.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6th day of July 2016.

        Kirkendall Dwyer, LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        ***Attorney for Plaintiffs***