# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| This Document relates to:<br>   LILA FARMER v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |
| | Civil Action No.: 2:16-cv-06533 |
| | **JURY TRIAL DEMANDED** |

## MOTION TO SUBSTITUTE PARTY PLAINTIFFS

Counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Michael Farmer and Alan Farmer on behalf of their deceased mother, Lila Farmer.

1. Plaintiff, Lila Farmer, passed away on January 20, 2015.

2. Counsel for Plaintiff Lila Farmer filed a products liability case against Defendants on May 18, 2016.

3. Counsel did not properly include Plaintiff Lila Farmer's Co-Executors of her Estate, Michael Farmer and Alan Farmer, in the caption and body of the Complaint.

4. Michael Farmer and Alan Farmer, sons of Lila Farmer, are proper parties to substitute for Plaintiff-Decedent Lila Farmer and have proper capacity to continue the lawsuit on her behalf. They were appointed as Co-Executors and estate representatives by the Probate Court of Dallas County, Texas, attached hereto as Exhibit A.

5. Plaintiffs thus move pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Michael Farmer & Alan Farmer, as Co-Executors of the Estate of Lila Farmer as the named parties in place of Plaintiff Lila Farmer.

WHEREFORE, Plaintiffs pray that this Court grant their Motion to Substitute Plaintiffs, and grant leave to file an amended complaint for the above entitled action.

**Dated**: July 6th, 2016　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Deborah S. Kerr_____
　　　　　　　　　　　　　　　　　　　　Deborah S. Kerr
　　　　　　　　　　　　　　　　　　　　GOLDBERG & OSBORNE
　　　　　　　　　　　　　　　　　　　　915 West Camelback Road
　　　　　　　　　　　　　　　　　　　　Phoenix, AZ 85013
　　　　　　　　　　　　　　　　　　　　Telephone: (602) 808-6750
　　　　　　　　　　　　　　　　　　　　Facsimile: (602) 808-6799
　　　　　　　　　　　　　　　　　　　　E-mail: dkerr@goldbergandosborne.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6th, 2016, I electronically filed the foregoing Complaint with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of such filing.

　　　　　　　　　　　　　　　　　　　　/s/ Deborah S. Kerr_____
　　　　　　　　　　　　　　　　　　　　Deborah S. Kerr