# EXHIBIT A

NO. PR-15-00940-2

ORIGINAL

| | | |
|---|---|---|
| In re Estate of<br>Lila Faye Farmer,<br>Deceased | )<br>)<br>)<br>)<br>) | IN THE COUNTY COURT AT LAW<br><br>DALLAS COUNTY, TEXAS |

**ORDER ADMITTING WILL TO PROBATE AS A MUNIMENT OF TITLE**

On this day came on to be heard the application of Michael Farmer and Alan Farmer to probate the will of Lila Faye Farmer, decedent, as a muniment of title.

The Court, having heard the evidence and having reviewed the will and the pleadings on file in the above-referenced and numbered cause, finds that the allegations contained in the application are true; that citation and notice were given in the manner and for the length of time required by law; that decedent died on January 20, 2015, at the age of 78 years, in Farmers Branch, Dallas County, Texas; that the decedent was, at the time of her death, a resident of Dallas County, Texas; that four years have not elapsed since the date of decedent's death; that the Court has jurisdiction and venue of this estate; that decedent executed a will dated September 29, 1993, with the formalities and solemnities and under the circumstances required by law to make it a valid will; that on the date decedent executed the will decedent was of sound mind and was at least 18 years of age; that decedent never revoked the will dated September 29, 1993; that no objection to or contest of the probate of the will has been filed with the Court; that all of the proof required for the probate of the will has been made; that the will is entitled to probate; that no unpaid debts owing by the estate or decedent exist, except for any debts secured by liens on real estate; and that no necessity exists for the administration of this estate.

IT IS, THEREFORE, ORDERED that the will of Lila Faye Farmer, deceased, dated September 29, 1993, and on file with the Court, be and hereby is admitted to probate as a muniment of title only. The clerk of this Court is ORDERED to record the will, together with the application for probate and the testimony given in these proceedings, in the Judge's Probate Docket. This Order shall constitute sufficient legal authority to all persons owing any money, having custody of any property, or acting as registrar or transfer agent of any evidence of

PR-15-00940-2
COPM
ORDER - PROBATE OF WILLS AS MUNIMI
998853

interest, indebtedness, property, or right belonging to the estate, and to persons purchasing from or otherwise dealing with the estate, for payment or transfer to the persons described in this will as entitled to receive a particular asset without administration. The persons entitled to property under this will shall be entitled to deal with the properties to which they are so entitled in the same manner as if the record of title of those properties were vested in their names.

IT IS FURTHER ORDERED that the Court hereby waives the requirement that applicant file with this Court an affidavit stating specifically the terms of the will that have been fulfilled and the terms of the will that have not been fulfilled within 180 days of the date that this Order is entered.

SIGNED and ENTERED on this 14th day of January, 2016.

Lincoln Monroe, Judge Presiding

**ASSOCIATE JUDGE, IN AND FOR THE PROBATE COURTS, DALLAS COUNTY, TEXAS**

PR-15-00940-2

# LAST WILL AND TESTAMENT

# OF

# LILA FARMER

THE STATE OF TEXAS

COUNTY OF DALLAS

That I, LILA FARMER, of the County of Dallas, State of Texas, being of sound mind and disposing memory, and above the age of nineteen (19) years, do make, publish and declare this to be my Last Will and Testament, hereby revoking any and all wills, codicils and testamentary instruments heretofore made by me at any time.

I.

I hereby appoint my sons, MICHAEL FARMER and ALAN FARMER, Joint Independent Executors, under this Will and of my estate, and direct that no bond shall be required of them.

My said Executor, the one acting, shall have full power and authority to sell any part or parts, real or personal, of my estate for cash or on terms of credit, and for such consideration or considerations as such Executor, the one acting, may deem advisable.

II.

I direct that all of my just debts, including all expenses of my last illness, funeral, and burial, shall be paid by my Executor, the one acting, as soon as reasonably convenient after my death.

III.

I give, bequeath, grant and devise to my children, MICHAEL FARMER and ALAN FARMER, all my property, both real and personal or mixed, in equal shares, share and share alike per



Lila Farmer
LILA FARMER

stirpes and not per capita.

In the event that my children should not agree on the division of the personal property, it is my wish, that all of my property, both real and personal or mixed, be sold and the proceeds divided equally between my children.

IV.

I hereby direct that in the matter of the administration of my estate, no other action be had in the County Court, the Probate Court, or any other Court, other than the proof and recording of this Will and the return of an inventory, appraisement and list of claims, and clearing of all taxing units.

IN TESTIMONY WHEREOF, I have hereunto subscribed and signed these presents at Irving, Dallas County, Texas, in the presence of two witnesses whose names are affixed hereto and whom I have requested to sign their names hereto as witnesses; and in the presence of said witnesses I have declared and published the foregoing as my Last Will and Testament on this 29th day of Septem, 1993.

Lila Farmer
Testatrix

The foregoing was on this date signed by LILA FARMER in our presence and in the presence of each of us, and at the time of her subscribing said instrument, she declared that it was her Last Will and Testament, and at her request and in her presence, and in the presence of each other, we have subscribed our names as witnesses on this the 29th day of September 1993.

WITNESS

612 N. Story #104 Irving Tx 75061

ADDRESS

WITNESS

612 N. Story #104 Irving TX 75061

ADDRESS



Lila Farmer

LILA FARMER

THE STATE OF TEXAS

COUNTY OF DALLAS

BEFORE ME, the undersigned authority, a notary public in and for the said County and State, on this date personally appeared LILA FARMER and George White, Donnie Ransom known to me to be the Testatrix and witnesses, respectively, whose names are subscribed to the foregoing instrument in their respective capacities; and all of said persons being by me duly sworn, the same, Testatrix declared to me and to the witnesses in my presence that the said instrument is her Last Will and Testament and that she had willingly made and executed it as her free act and deed for the purposes therein expressed; and the said witnesses, each on their oath, stated to me in the presence and hearing of said Testatrix, that said Testatrix had declared to them that said instrument is her Last Will and Testament and that she executed the same as such and wanted each of them to sign it as a witness; and, upon their oath, each witness stated further that they did sign the same as witnesses in the presence of said Testatrix and at her request, and that she was, at that time, over the age of nineteen (19) years was of sound mind, and that each of said witnesses was then at least fourteen (14) years of age.

Lila Farmer
Testatrix

[signature]
WITNESS

Don Ransom
WITNESS

SUBSCRIBED AND ACKNOWLEDGED before me by the said LILA FARMER, Testatrix, and SUBSCRIBED AND SWORN TO before me by the said George White and Donnie Ransom, Witnesses, this 29 day of September, 1993.

Sheryl J. Ransom
Notary Public in and for
TEXAS

My Commission Expires: 1-16-94

SHIRLEY J. RANSOM
Notary Public, State of Texas
My Commission Expires 01-16-1994



Lila Farmer
LILA FARMER