# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| This Document relates to:<br>LILA FARMER v. JANSSEN RESEARCH & DEVELOPMENT, LLC, et al | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |
| | Civil Action No.: 2:16-cv-06533 |
| | **JURY TRIAL DEMANDED** |

## PROPOSED ORDER

THIS MATTER having come before the Court on Plaintiffs' Motion to Substitute Michael Farmer and Alan Farmer, as Co-Executors of the Estate of Lila Farmer, as Plaintiffs in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered Plaintiffs' Motion to Substitute and request for leave to file an amended complaint is **HEREBY GRANTED**.

The Clerk is hereby directed to correct the caption to reflect the proper parties as "Michael Farmer and Alan Farmer, Co-Executors of the Estate of Lila Farmer", Plaintiffs.

Dated this ____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge