UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

JOHN MAHONEY v. JANSSEN
PHARMACEUTICALS, INC., et al

No. 2:16-cv-4344

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and moves this Honorable Court for an order substituting Therese Mahoney on behalf of her deceased husband, John Mahoney, for the following reasons:

I.

On May 6, 2016 John Mahoney filed a Complaint in the above referenced matter.

II

On April 16, 2016 John Mahoney died.

III.

The decedents wife, Therese Mahoney, is the Proper Party Plaintiff and wishes to be substituted on behalf of John Mahoney, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 7th day of July, 2016.

By: /s/Andre' P. LaPlace
Andre' P. LaPlace(#8039)
*Attorney for the Plaintiff*
2762 Continental Drive, Ste. 103
Baton Rouge, Louisiana  70808
Telephone No. (225)924-6898
Facsimile No.  (225)924-6877
alaw@andrelaplace.com

By: /s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana  70809
Telephone No. (225)925-2978
Facsimile No.  (225)925-8192
Rebecca@CunardLaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of July, 2016 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**