UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

**JOHN MAHONEY v. JANSSEN
PHARMACEUTICALS, INC., et al**

No.  2:16-cv-4344

## ORDER

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Therese Mahoney, on behalf of her deceased husband, John Mahoney, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this ___ day of _____, 2016.

_____
Eldon K. Fallon, United States District Court Judge