UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**JOHN MAHONEY v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:16-cv-4344

**NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF**

NOW INTO COURT, comes Andre' P. LaPlace for the Plaintiff and file this Notice of Submission of Motion to Substitute Party Plaintiff.

Respectfully submitted this 7th day of July, 2016.

> By: /s/Andre' P. LaPlace
> Andre' P. LaPlace(#8039)
> *Attorney for the Plaintiff*
> 2762 Continental Drive, Ste. 103
> Baton Rouge, Louisiana 70808
> Telephone No. (225)924-6898
> Facsimile No. (225)924-6877
> alaw@andrelaplace.com
>
> By: /s/Rebecca A. Cunard
> Rebecca A. Cunard(#20154)
> *Attorney for the Plaintiff*
> Cunard Law Firm
> 9214 Interline Avenue
> Baton Rouge, Louisiana 70809
> Telephone No. (225)925-2978
> Facsimile No. (225)925-8192
> Rebecca@CunardLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2016 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*s/Andre' P. LaPlace*
**ANDRE' P. LAPLACE (#8039)**