Kansas Department of Health and Environment
Office of Vital Statistics

# CERTIFICATE OF DEATH

115-2016-07186
State File Number

| # | Field | Value |
|---|---|---|
| 1 | Decedent's Legal Name (First, Middle, Last) | JOHN JOSEPH MAHONEY |
| 2 | Sex | MALE |
| 3 | Date Of Death (Month, Day, Year) | 04/16/2016 |
| 4 | Social Security Number | 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 |
| 5 | Date Filed By State Registrar | 04/22/2016 |
| 6 | Last Name Prior to First Marriage | |
| 7a | Date Of Birth | 03/24/1931 |
| 7b | Age | 85 YEAR(S) |
| 8 | Place Of Birth (City And State Or Foreign Country) | KANSAS CITY, MISSOURI |
| 9 | Decedent Ever In U.S. Armed Forces | YES |
| 10a | Place Of Death | INPATIENT |
| 10b | Facility Name | MENORAH MEDICAL CENTER |
| 10c | County Of Death | JOHNSON |
| 10d | Zip Code | 66209 |
| 10e | City or Town Of Death | OVERLAND PARK |
| 11 | Marital Status | MARRIED |
| 12 | Surviving Spouse (Name Prior to First Marriage) | THERESE BRENNAN |
| 13a | Residence – Street Address | 11221 GRANADA LANE |
| 13b | State or Foreign Country | KANSAS |
| 13c | County or Province | JOHNSON |
| 13d | City or Town | LEAWOOD |
| 13e | Zip Code | 66211 |
| 13f | Inside City Limits | YES |
| 14 | Decedent's Ancestry | AMERICAN |
| 15 | Decedent's Race | WHITE |
| 16 | Decedent's Hispanic Origin | NOT SPANISH, HISPANIC, LATINO |
| 17 | Decedent's Education | BACHELOR'S DEGREE |
| 18 | Decedent's Occupation | COMMODITY TRADER |
| 19 | Decedent's Industry | GRAIN CO. |
| 20 | Father/Parent Birth Name | THOMAS PATRICK MAHONEY |
| 21 | Mother/Parent Birth Name | ESTHER FISHER |
| 22a | Informant's Name | THERESE MAHONEY |
| 22b | Mailing Address | 11221 GRANADA LANE, LEAWOOD, KANSAS, 66211 |
| 22c | Relationship To Decedent | WIFE |
| 23 | Method Of Disposition | CREMATION |
| 24a | Place Of Disposition | PORTER CREMATORY |
| 24b | Location | LENEXA, KANSAS |
| 25 | Funeral Service Licensee And License Number | /s/ CANDICE L SAATHOFF - 2698 |
| 26 | Name Of Embalmer And License Number | NOT EMBALMED - 9999 |
| 27 | Name And Address Of Firm | CREMATION SOCIETY OF KS AND MO, 8837 ROE AVENUE, PRAIRIE VILLAGE, KANSAS, 66207 |

28. Cause Of Death
Part I. Events (diseases, injuries, or complications) that directly caused the death.

IMMEDIATE CAUSE (Final Disease Or Condition Resulting In Death)
a. ACUTE KIDNEY FAILURE
Due To (Or As A Consequence Of):
b. SEPSIS
Due To (Or As A Consequence Of):

Conditions, if any, leading to cause listed on line a. UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LISTED LAST
c. URINARY TRACT INFECTION
Due To (Or As A Consequence Of):
d. 

Approximate Interval: Onset To Death

Part II. Other Significant Conditions Contributing To Death But Not Resulting In The Underlying Cause Given In Part I.
DIASTOLIC CONGESTIVE HEART FAILURE; INTERSTITIAL LUNG DISEASE

29a. Autopsy: NO
29b. Autopsy Findings Available To Complete The Cause Of Death
29c. Coroner Contacted: UNKNOWN

30. Did Tobacco Use Contribute To Death? NO
31. If Female:
32. Manner Of Death: NATURAL

33a. Date Of Injury | 33b. Time Of Injury | 33c. Injury At Work | 33d. How Injury Occurred
33e. Place Of Injury | 33f. Location

34a. Date Pronounced Dead: 04/16/2016
34b. Time Pronounced Dead: 9:13 AM
34c. Actual Or Presumed Time Of Death: 9:13 AM
34d. Name Of Person Pronouncing Death
34e. License No.

35a. Pronouncing and Certifying Physician: /s/ DONALD COHEN - DO
35b. License No.: 518512
35c. Date Certified: 04/18/2016
35d. Address And Zip Code Of Person Completing Cause Of Death: 5701 W 119TH ST STE 419, OVERLAND PARK, KANSAS, 66209

VS231A - Rev. 07/01/2009
Death 4/26/2016 V230194252 03 MAHONEY 201604007186 10c



This is a true and correct copy of the official record on file in the Office of Vital Statistics, Topeka, Kansas, certified on the date stamped below.

2016 APR 26 AM 08:13

*Elizabeth W. Saadi*

Elizabeth W. Saadi, Ph.D
State Registrar
Office of Vital Statistics
Department of Health & Environment

A06954033

It is in violation of KSA 65-2422d(g) to "prepare or issue any certificate which purports to be an original, certified copy or copy of a certificate of birth, death or fetal death, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**