IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) § <br> PRODUCTS LIABILITY LITIGATION § <br> § <br> § <br> § <br> § <br> § | MDL NO. 14- MDL- 2592 <br><br> SECTION L-5 <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

*****************************************

**THIS DOCUMENT RELATES TO:**

*Robert Murphy, et al. v. Jerome M. Kane, M.D., et al.;* **2:16-cv-1066-EEF-MBN**

___

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL**
___

  **COME NOW** Ben C. Martin, Thomas Wm. Arbon and Jacob A. Boyd of the Law Offices of Ben C. Martin, counsel for Plaintiffs, and hereby give notice to this Honorable Court, all parties, and all counsel of record in this matter who have made an appearance that the Law Offices of Ben C. Martin has relocated its office. The telephone and fax numbers remain the same. The new address is as follows:

Ben C. Martin
Thomas Wm. Arbon
Jacob A. Boyd
LAW OFFICES OF BEN C. MARTIN
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219

  Accordingly, all notices, service and correspondence should be directed to the address above effective immediately.

Respectfully submitted,

**LAW OFFICES OF BEN C. MARTIN**

*/s/ Thomas Wm. Arbon*
Ben C. Martin
State Bar No. 13052400
Thomas Wm. Arbon
State Bar No. 01284275
Jacob A. Boyd
State Bar No. 24090004
3710 Rawlins Street, Suite 1230
Dallas, Texas 75219
(214) 761-6614
(214) 744-7590 (facsimile)
bmartin@bencmartin.com
tarbon@bencmartin.com
jboyd@bencmartin.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2016, a copy of the above and foregoing Notice of Change of Address of Counsel has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in the MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon