UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION   :
: 
:   MDL NO. 2592
:   SECTION L
:
:   JUDGE ELDON E. FALLON
:   MAG. JUDGE SHUSHAN
:

THIS DOCUMENT RELATES TO:

Case No. 15-cv-716 – Roeper vs. Jannsen Research & Development LLC, et al.
Case No. 15-cv-1070 – Beeler vs. Jannsen Research & Development LLC, et al.
Case No. 16-cv-1217 – Graham vs. Jannsen Research & Development LLC, et al.
Case No. 16-cv-1422 – Reed vs. Jannsen Research & Development LLC, et al.
Case No. 16-cv-1423 – Clark vs. Jannsen Research & Development LLC, et al.
Case No. 16-cv-1424 – Tedaldi vs. Jannsen Research & Development LLC, et al.
Case No. 16-cv-1426 – Dietrich vs. Jannsen Research & Development LLC, et al.
Case No. 16-cv-1427 – Grannemann vs. Jannsen Research & Development LLC, et al.
Case No. 16-cv-1428 – Yosten vs. Jannsen Research & Development LLC, et al.
Case No. 16-cv-1429 – Matthews vs. Jannsen Research & Development LLC, et al.

## PLAINTIFFS' JOINT MOTION FOR
## WITHDRAWAL AND SUBSTITUION OF COUNSEL

COMES NOW Plaintiffs in the above-referenced case numbers herein, and file this Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel.

Plaintiffs request that attorney Todd S. Hageman, The Simon Law Firm, PC, be withdrawn as counsel in the main MDL No. 2592 and in each member case associated with MDL No. 2592, including, Case No. 15-cv-716 – Roeper vs. Jannsen Research & Development LLC, et al.; Case No. 15-cv-1070 – Beeler vs. Jannsen Research & Development LLC, et al.; Case No. 16-cv-1217 – Graham vs. Jannsen Research & Development LLC, et al.; Case No. 16-cv-1422 – Reed vs. Jannsen Research & Development LLC, et al.; Case No. 16-cv-1423 –

Clark vs. Janssen Research & Development LLC, et al.;  Case No. 16-cv-1424 – Tedaldi vs. Janssen Research & Development LLC, et al.; Case No. 16-cv-1426 – Dietrich vs. Janssen Research & Development LLC, et al.; Case No. 16-cv-1427 – Grannemann vs. Janssen Research & Development LLC, et al.; Case No. 16-cv-1428 – Yosten vs. Janssen Research & Development LLC, et al.; and  Case No. 16-cv-1429 – Matthews vs. Janssen Research & Development LLC, et al.

Plaintiffs further request the substitution of attorneys Anthony G. Simon and Michael P. Kella, The Simon Law Firm, PC, in place of attorney Todd S. Hageman, The Simon Law Firm, PC.

Attorneys Anthony G. Simon and Michael P. Kella have conferred with Todd S. Hageman, The Simon Law Firm, PC, who is not opposed to this Motion.

WHEREFORE, Plaintiffs respectfully request that Todd S. Hageman, The Simon Law Firm, PC, be granted leave to withdraw as counsel in the main MDL No. 2592 and in each member case associated with MDL No. 2592.  Plaintiffs further request that Attorneys Anthony G. Simon and Michael P. Kella of The Simon Law Firm, PC be substituted.

DATED:  July 8, 2016

Respectfully Submitted,

  /s/ Michael P. Kella
Anthony G. Simon
Michael P. Kella
The Simon Law Firm, PC
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Tel: 314-241-2929
Fax: 314-241-2029
Email: asimon@simonlawpc.com
           mkella@simonlawpc.com

**CERTIFICATE OF SERVICE**

I HEREBY certify that on July 8, 2016, a true copy of the foregoing Joint Motion for Withdrawal and Substitution of Counsel was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

/s/ Michael P. Kella