**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION          :
                                                         :
                                                         :          MDL NO. 2592
                                                         :          SECTION L
                                                         :
                                                         :          JUDGE ELDON E. FALLON
                                                         :          MAG. JUDGE SHUSHAN
                                                         :
_____

THIS DOCUMENT RELATES TO:

Case No. 15-cv-716 – Roeper vs. Jannsen Research & Development LLC, et al.
Case No. 15-cv-1070 – Beeler vs. Jannsen Research & Development LLC, et al.
Case No. 16-cv-1217 – Graham vs. Janssen Research & Development LLC, et al.
Case No. 16-cv-1422 – Reed vs. Janssen Research & Development LLC, et al.
Case No. 16-cv-1423 – Clark vs. Janssen Research & Development LLC, et al.
Case No. 16-cv-1424 – Tedaldi vs. Janssen Research & Development LLC, et al.
Case No. 16-cv-1426 – Dietrich vs. Janssen Research & Development LLC, et al.
Case No. 16-cv-1427 – Grannemann vs. Janssen Research & Development LLC, et al.
Case No. 16-cv-1428 – Yosten vs. Janssen Research & Development LLC, et al.
Case No. 16-cv-1429 – Matthews vs. Janssen Research & Development LLC, et al.

## ORDER

Considering the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that Todd S. Hageman of The Simon Law Firm, PC, is withdrawn as Plaintiffs' attorneys of record.

**IT IS FURTHER ORDERED** that Anthony G. Simon and Michael P. Kella are enrolled as Plaintiffs' attorneys of record herein.

DONE AND SIGNED this _____ day of _____, 2016, at New Orleans, Louisiana.

_____
                                   **UNITED STATES DISTRICT JUDGE**