# EXHIBIT "A"

In re: Xarelto (Rivaroxaban) Prod. Liab.



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 140404-0002

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Portola Pharmaceuticals, Inc.
Court Case No. MDL 2592

GAINSBURGH, BENJAMIN, ET AL.
Ms. Denise Martin
1100 Poydras Street
2800 Energy Centre
New Orleans, LA 70163-2800

State of: CALIFORNIA ) ss.
County of: SAN FRANCISCO )

Name of Server: TONY KLEIN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the 9th day of MAY, 2016, at 11:22 o'clock A M

Place of Service: at 270 E. Grand Avenue, in South San Francisco, CA 94080

Documents Served: the undersigned served the documents described as:
Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action; Notice of Oral and Videotaped Deposition Duces Tecum Pursuant to Fed. R. Civ. P. 30(b)(6) of Diagnostica Stago, Inc.; Witness Fee

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Portola Pharmaceuticals, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: TOM HARLAN, HR MANAGER / AUTHORIZED

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color BROWN ; Facial Hair ____
Approx. Age 35 ; Approx. Height 6' ; Approx. Weight 185

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 9th day of MAY, 20 16
8/10/16 (Commission Expires)

*Signature of Server*

*Notary Public*

APS International, Ltd.

JERRY TOPOLOS
NOTARY PUBLIC - CALIFORNIA
COMMISSION # 1985648
SAN FRANCISCO COUNTY
My Comm. Exp. August 17, 2016

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.