UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**<u>UNREDACTED VERSION OF
MEMORANDUM IN SUPPORT OF
PLAINTIFFS' STEERING COMMITTEE'S
MOTION TO COMPEL UNDER SEAL</u>**

# FILED UNDER SEAL

1