UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION  Plaintiffs,  v. | MDL NO. 2592  SECTION:  L  JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO:  LARRY MULKEY  2:16-cv-00956 | MAG. JUDGE MICHAEL NORTH  **JURY TRIAL DEMANDED** |

### PLAINTIFF's MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW, Plaintiff; Larry Mulkey; by and through counsel Pursuant to Fed. R. Civ, P. 41(a) (2), and files this Motion to Dismiss this matter without prejudice.

The Plaintiff, Larry Mulkey demised on November 17, 2015. After the notification of the death, Plaintiff's spouse; Jean Mulkey; was informed numerous times that somebody will be required to qualify as administrator of the estate in order for the case to move forward. It became apparent to Plaintiff's counsel after numerous conversations with Plaintiff's spouse that she may not fully comprehend the reality of her husband's death, including details such as the actual date of death. Plaintiff's then attempted to reach out to other family members but this proved to be unsuccessful. We cannot in good faith agree to a dismissal with prejudice because either a change in Mrs. Mulkey's lucidity or a different family member deciding to pursue the case is a possibility.

Plaintiff has attempted to meet and confer with defendants regarding the dismissal of this matter without prejudice. Please see attached Exhibit A. However, defendants have stated they are unable to agree to the dismissal unless it is with prejudice without providing an explanation.

Therefore, Plaintiffs respectfully move this Court to dismiss this matter without prejudice pursuant to Rule 41(a)(2).

Respectfully Submitted,

**For Plaintiff:**

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
THE MOODY LAW FIRM, INC.
500 Crawford St., Suite 200
Portsmouth, VA 23704
Tel: 757.393.6020
will@moodyrrlaw.com

## CERTIFICATE OF SERVICE

I, Willard J. Moody, Jr., certify that on July 08, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
THE MOODY LAW FIRM, INC.
500 Crawford St., Suite 200
P.O. Box 1138
Portsmouth, VA  23704
Tel:  757.393.6020
will@moodyrrlaw.com

*Counsel for Plaintiff*