# EXHIBIT A

## Renee Stuart

**From:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Sent:** Tuesday, June 28, 2016 11:15 AM
**To:** Renee Stuart
**Cc:** Jonathan A. Hogins
**Subject:** RE: Larry Mulkey; 2:16-00956

Renee,

Defendants are unable to agree to a stipulation of dismissal without prejudice under these circumstances.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax

IRWIN FRITCHIE
URQUHART & MOORE LLC
COUNSELLORS AT LAW

www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Renee Stuart [mailto:renee@moodyrrlaw.com]
**Sent:** Friday, June 24, 2016 12:40 PM
**To:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Cc:** Jonathan A. Hogins <jhogins@moodyrrlaw.com>
**Subject:** RE: Larry Mulkey; 2:16-00956

Dear Counsel,

Please advise if the stipulation has been prepared for filing. Thank you, Renee Stuart

*Renee' Stuart*
*Product Liability Litigation Secretary to*
*Willard J. Moody, Jr.*
*THE MOODY LAW FIRM, INC.*
*500 Crawford Street, Suite 200*
*Portsmouth, VA 23705*
**800/793-4816**
**757/393-6020**
**757/399-3019-Fax**

1

**From:** Renee Stuart
**Sent:** Monday, May 16, 2016 11:12 AM
**To:** 'Kelly Brilleaux'
**Cc:** Jonathan A. Hogins
**Subject:** RE: Larry Mulkey; 2:16-00956

Counsel,

      I have had numerous conversations with Mrs. Mulkey regarding the necessity of qualifying as administrator of the estate. She still believes her husband passed away the week before each conversation or speaks as though Mr. Mulkey is alive. Regardless of how many times I explain the urgency in her qualifying as administrator of the estate, she is in constant confusion. I sent letters stating we were going to close her file and a final letter that the case was going to be dismissed. No one has power of attorney over her and after speaking to a son with her permission, I found he was not helpful in assisting his mother to qualify as administrator of the estate. Because I am not certain that Mrs. Mulkey is fully aware of our conversations, our office would not be agreeable to dismissing the claim with prejudice. Thank you, Renee Stuart

**From:** Kelly Brilleaux [mailto:kbrilleaux@irwinllc.com]
**Sent:** Friday, May 13, 2016 5:40 PM
**To:** Renee Stuart
**Cc:** Jonathan A. Hogins
**Subject:** RE: Larry Mulkey; 2:16-00956

Renee,

Thank you for your email. I was forwarded your email and did not ultimately receive the attachment.

Regardless, Defendants have been preparing stipulations in this case with a form. <u>Please confirm that you are agreeable to a dismissal with prejudice.</u> If so, I will draft this, have it approved by counsel for Janssen and Bayer, and hopefully have it circulated back to you for your approval next week. Once we have your approval, we will proceed with filing. Thank you.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax

<image001.png>

www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

2

**From:** Renee Stuart [mailto:renee@moodyrrlaw.com]
**Sent:** Thursday, May 12, 2016 11:33 AM
**To:** Jimmy Irwin <jimmy@irwinllc.com>; Susan Sharko <susan.sharko@dbr.com>; Steven Glickstein <Steven.Glickstein@kayescholer.com>; William Hoffman <William.Hoffman@kayescholer.com>; andrew.solow@kayescholer.com
**Cc:** Jonathan A. Hogins <jhogins@moodyrrlaw.com>
**Subject:** Larry Mulkey; 2:16-00956

Dear Counsel,

     Mr. Mulkey's widow has not qualified as administrator of the estate nor responded to our numerous telephone calls and letters.  Please see the attached proposed Stipulation.  Please let me know if you are agreeable to the Stipulation and, if so, I will prepare it for filing. Thank you, Renee Stuart

*Renee' Stuart*
*Product Liability Litigation Secretary to*
*Willard J. Moody, Jr.*
*THE MOODY LAW FIRM, INC.*
*500 Crawford Street, Suite 200*
*Portsmouth, VA 23705*
*800/793-4816*
*757/393-6020*
*757/399-3019-Fax*