# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| Plaintiffs, | SECTION:   L |
| v. | JUDGE:  ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE MICHAEL NORTH |
| Franklin, et al; 2:15-cv-06796<br>Travis Franklin<br>Henry Niese<br>Dixie Martin<br>Tom Priestley | **JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION TO DEEM PRIOR SERVICE VALID

**COME NOW,** Plaintiffs Travis Franklin, Henry Niese, Dixie Martin and Tom Priestley, by their undersigned counsel of record, and respectfully moves the Court for an order declaring that the prior service of their Complaint and Summons on Defendant Bayer Pharma AG (Berlin, Germany) is valid. In support of this Motion, Plaintiffs' submit their contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiffs respectfully requests that this Court exercise its discretion and enter an order declaring service to be valid.

                          Respectfully submitted,

                          By: /s/ Willard J. Moody, Jr.
                          Willard J. Moody, Jr. (VSB#: 22866)
                          The Moody Law Firm
                          500 Crawford Street, Suite 200
                          Portsmouth, VA 23704
                          Telephone: (757) 393-6020
                          Fax: (757) 399-3019

## CERTIFICATE OF SERVICE

I, Willard J. Moody, Jr., certify that on July 08, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
THE MOODY LAW FIRM, INC.
500 Crawford St., Suite 200
P.O. Box 1138
Portsmouth, VA  23704
Tel:  757.393.6020
will@moodyrrlaw.com

*Counsel for Plaintiff*