**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| **Plaintiffs,** | SECTION:   L |
| v. | JUDGE:  ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE MICHAEL NORTH |
| Franklin, et al; 2:15-cv-06796<br>Travis Franklin<br>Henry Niese<br>Dixie Martin<br>Tom Priestley | <u>JURY TRIAL DEMANDED</u> |

**ORDER**

Considering the foregoing Motion and Supporting Memorandum to Deem Prior Service Valid:

IT IS HEREBY ORDERED that Plaintiffs, Travis Franklin, Henry Niese, Dixie Martin and Tom Priestley's Motion to Deem Prior Service Valid is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE