UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the Motion for Leave to File Unredacted Version of Memorandum in Support of Plaintiffs' Steering Committee's Motion to Compel Under Seal filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached unredacted memorandum in support of the motion to compel be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this __8th__ day of _____July_____, 2016.

_____
Eldon E. Fallon
United States District Court Judge

1