UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    Peavley v. Janssen Pharmaceuticals, Inc. et al
    **Civil Action No.** 2:15-cv-1275

## MOTION FOR LEAVE OF COURT TO RE-SERVE BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

    Comes now Plaintiff, Inge Peavley, and states that when her Complaint was filed, she served all Defendants named in her complaint. Plaintiff's case was filed on May 7, 2015 and service was sent contemporaneously. Thereafter, Defendants participated in the above referenced case through the sending of a deficiency notice related to the Plaintiff Fact Sheet on August 29, 2015. Plaintiff cured all deficiencies related to the Fact Sheet on September 2, 2015. More than fourteen months after its Complaint was filed, and Defendant was served, on July 11, 2016, Plaintiff received notice that Defendant did not believe the Complaint and Summons had been received.

    In March of 2016 Plaintiff dealt with a substantially similar issue regarding a case that was filed at the same time as this case. For that case, Plaintiff immediately re-served the Defendants. Plaintiff then received a letter stating that the time for service had elapsed. Plaintiff then contacted defense counsel informing them of its previous attempt to serve Defendants. Defense Counsel informed Plaintiff that it could not locate any prior attempts at service. When Defense Counsel was asked what they would propose to cure this issue, since they had already been re-served after receipt of the deficiency notice, Defendants stated that Plaintiff should get leave of Court to re-serve. Plaintiffs then sought leave from the Court and it was granted. Plaintiffs then re-served Defendants. Rather than go through this whole process a second time, Plaintiff seeks to streamline this process and seek leave from the court to re-serve Defendants at this time. Plaintiff believes that this will render moot the dispute about whether or not it did in fact serve Defendant when its

case was filed in May of 2015. Furthermore, Plaintiff believes that Defendants' litigation participation effectively waives the requirement that they be served and furthermore negates any prejudice that may have arose had they not received service, however, Plaintiff wishes to seek leave from the Court to re-serve the Defendants out of an abundance of caution.

     WHEREFORE, Plaintiff prays that this Motion for leave to re-serve Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG be granted. Plaintiff requests that it be given 30 days to serve the Complaint and Summons on Bayer Pharma AG by registered mail and Bayer Healthcare Pharmaceuticals, Inc. by certified mail.

Dated: July 11, 2016               Respectfully Submitted,

/s/ Jacob Levy

Jacob Levy
Gray & White
713 E. Market St. #200
Louisville, KY 40202

## CERTIFICATE OF SERVICE

    I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 11th day of July 2016.

/s/ Jacob Levy
Gray & White