UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   }   MDL No. 2592
                               }
PRODUCTS LIABILITY LITIGATION  }   SECTION L
                               }   JUDGE FALLON
                               }   MAG. JUDGE NORTH
                               }

This Document relates to:

    **Peavley v. Janssen Pharmaceuticals, Inc. et al**
    **Civil Action No.** 2:15-cv-1275

## ORDER

    This matter comes before the Court on Plaintiff's Motion For Leave of Court to Re-serve Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG. The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion is HEREBY GRANTED. Plaintiff shall have thirty days by which to send Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG service.

Signed, this _____ day of _____, 2016

                                                            _____
                                                             Honorable Eldon E. Fallon
                                                             U.S. District Court Judge