UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : <br> : MDL No. 2592 <br> : <br> : SECTION L <br> : <br> : JUDGE ELDON E. FALLON <br> : <br> : MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:        **JURY TRIAL DEMANDED**

*Henrietta Mahoney v. Janssen Research & Development, LLC, et al.  2:16-cv-7213*

### SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Mahoney, is identified more fully in Paragraph 5 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 1110 N. Summit St. Lot 11, Crescent City, FL 32112.

4. The Xarelto User resides at 1110 N. Summit St. Lot 11, Crescent City, FL  32112.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

1

Dated: July 11, 2016

                                        Respectfully submitted,

                                        **BACHUS & SCHANKER, LLC**

                                        */s/ J. Christopher Elliott*
                                        J. Christopher Elliott, CO #41063
                                        BACHUS & SCHANKER, LLC
                                        1899 Wynkoop Street, Suite 700
                                        Denver, Colorado  80202
                                        Phone: (303) 893-9800
                                        Fax: (303) 893-9900
                                        celliott@coloradolaw.net
                                        *Attorney for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Short Form Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(B)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                        */s/ J. Christopher Elliott*
                                        J. Christopher Elliott, Esq.
                                        Colorado Bar No. 41063