UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | **JUDGE ELDON E. FALLON** |
| | **MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Sinclair Brutus,

2:16-cv-109

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Sinclair Brutus, by and through undersigned counsel, and files this Notice of Submission of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies before the Honorable Judge Eldon E. Fallon.

Signed: July 11, 2016                Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
JOHN J. DRISCOLL (MO Bar #54729)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (MO Bar #66006)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
chris@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEYS FOR PLAINTIFF**