# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERI SPARKS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF PHYLLIS MACIOCI<br><br>Plaintiffs,<br><br>v.<br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. BAYER CORPORATION, BAYER AG, BAYER HEALTHCARE<br><br>Defendants. | |

## PROPOSED ORDER

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc. filed by the above-listed Plaintiff is hereby GRANTED, and that Plaintiffs' shall have thirty (30) days from the date of this Order to

complete service of process through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
United State District Judge