# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERI SPARKS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF PHYLLIS MACIOCI<br><br>　　　　Plaintiffs,<br><br>v.<br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC; JOHNSON & JOHNSON COMPANY JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. BAYER CORPORATION, BAYER AG, BAYER HEALTHCARE<br><br>　　　　Defendants. | |

**THIS DOCUMENT RELATES TO:**

*Teri Sparks, Individually and as Representative of the Estate of Phyllis Macioci v. Janssen Research & Development, LLC et al, 2:16-cv-00435*

## NOTICE OF SUBMISSION

COME NOW Plaintiff in the above-listed action, by and through their undersigned counsel, and file this Notice of Submission of Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc. on August 17, 2016.

Signed: July 11, 2016

Respectfully submitted,

Neal L. Moskow
ct 04516
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393 – telephone
(203) 610-6399 – facsimile
Neal@urymoskow.com

*Attorney for Plaintiffs*