# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF LOS ANGELES
### DEPARTMENT OF PUBLIC HEALTH

**STATE FILE NUMBER:** 3052016110620
**LOCAL REGISTRATION NUMBER:** 3201619025012

**CERTIFICATE OF DEATH**

| Field | Value |
|---|---|
| 1. Name of Decedent—First | ERNEST |
| 2. Middle | MICHAEL |
| 3. Last | FLECK |
| 4. Date of Birth | 03/20/1938 |
| 5. Age | 78 |
| 6. Sex | M |
| 9. Birth State/Foreign Country | GERMANY |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces | YES |
| 12. Marital Status | MARRIED |
| 13. Date of Death | 05/30/2016 |
| 14. Hour | 0655 |
| 15. Education | SOME COLLEGE |
| 16. Hispanic | NO |
| 17. Race | CAUCASIAN |
| 18. Usual Occupation | CITY LETTER CARRIER |
| 19. Kind of Business/Industry | US POSTMASTER |
| 20. Years in Occupation | 22 |
| 21. Decedent's Residence | 1214 S. ALMA STREET #6 |
| 22. City | SAN PEDRO |
| 23. County | LOS ANGELES |
| 24. ZIP | 90731 |
| 25. Years in County | 61 |
| 26. State | CA |
| 27. Informant's Name/Relationship | MARY A. FLECK, WIFE |
| 28. Informant's Address | 1214 S. ALMA STREET #6, SAN PEDRO, CA 90731 |
| 29. Name of Surviving Spouse—First | MARY |
| 30. Middle | ALTA |
| 31. Last (Birth Name) | FARLEY |
| 32. Name of Father—First | HEINRICH |
| 33. Last | FLECK |
| 34. Birth State | GERMANY |
| 35. Name of Mother—First | SOPHIE |
| 36. Middle | MARIE |
| 37. Last (Birth Name) | BECKER |
| 38. Birth State | GERMANY |
| 39. Disposition Date | 06/10/2016 |
| 40. Place of Final Disposition | ST. MARYS CEMETERY, HOOK ROAD, RED BLUFF, CA 96080 |
| 41. Type of Disposition | BU |
| 42. Signature of Embalmer | MICHAEL WOODS |
| 43. License Number | EMB9188 |
| 44. Name of Funeral Establishment | GREEN HILLS MORTUARY & MEMORIAL CHAPEL INC |
| 45. License Number | FD1175 |
| 46. Signature of Local Registrar | JEFFREY GUNZENHAUSER, MD |
| 47. Date | 06/03/2016 |
| 101. Place of Death | USC/NORRIS COMPREHENSIVE CANCER CENTER |
| 104. County | LOS ANGELES |
| 105. Facility Address | 1441 EASTLAKE AVE |
| 106. City | LOS ANGELES |

**107. Cause of Death:**
- Immediate cause (A): ASPIRATION — 4 DAYS
- (B): METASTATIC UROTHELIAL CANCER — 3 MOS

Death Reported to Coroner: YES — 2016-53947
Biopsy Performed: YES
Autopsy Performed: NO
Used in Determining Cause: (blank)

**112. Other Significant Conditions:** CEREBROVASCULAR ACCIDENT

**113. Was Operation Performed:** RIGHT RADICAL NEPHRECTOMY 03/16/2016

**114. Physician's Certification:**
- Decedent Attended Since: 04/22/2016
- Decedent Last Seen Alive: 05/29/2016
- Signature: TANYA BARAUSKAS DORFF M.D.
- License Number: A82869
- Date: 06/02/2016
- Address: 1441 EASTLAKE AVE #3440, LOS ANGELES, CA 90033

---

### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.



000930741

**DATE ISSUED:** JUN -6 2016

Health Officer and Registrar

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE