UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

JOHN MAHONEY v. JANSSEN
PHARMACEUTICALS, INC., et al

No. 2:16-cv-4344

## ORDER

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Therese Mahoney, on behalf of her deceased husband, John Mahoney, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this 11th day of ___July___, 2016.

_____
Eldon E. Fallon, United States District Court Judge