**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **SECTION: L** |
| ) | |
| ) | **JUDGE: ELDON E. FALLON** |
| ) | |
| ) | **MAG. JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**
*Richard Sokol, et al v. Janssen Research & Development, LLC, et al; Case No. 2:14-cv-02940*

## ORDER

WHEREAS the Plaintiffs have moved to substitute Richard T. Sokol, decedent, with Leroya Sokol, decedent's surviving spouse, on behalf of Richard T. Sokol; and

WHEREAS, after considering the Plaintiffs' arguments, the court will grant the motion.

IT IS HEREBY ORDERED THAT:

The Plaintiffs' motion to substitute be GRANTED.

Dated: July 11th  2016

Hon. Eldon E. Fallon
United States District Court Judge