**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592** <br><br> **SECTION: L** <br> **JUDGE FALLON** <br> **MAG. JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Archer et al. v. Janssen Research & Development LLC, et al.*
Civil Action No.: 2:1-cv-06495

**<u>ORDER</u>**

It is hereby ORDERED that Plaintiff's Motion to Amend Joint Complaint is hereby granted.

The Clerk of Court is directed to file the Amended Joint Complaint attached as Exhibit 1 to the

Plaintiff's Motion.

New Orleans, Louisiana, this __11th__ day of __July__, 2016.

_____
UNITED STATES DISTRICT JUDGE