UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  　　MDL No. **2592**
PRODUCTS LIABILITY LITIGATION

　　SECTION L

　　JUDGE ELDON E. FALLON

　　MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Stanley M. Elliot v. Janssen Research & Development, LLC,* LAED USDC No. 2:16-cv-07492

## ORDER

Considering the foregoing Opposed Motion for Extension of Time Within Which to Serve Process on Bayer Pharma AG;

**IT IS HEREBY ORDERED** that Plaintiffs in the above listed action shall have thirty (30) days from the date of this Order within which to effect service on defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order # 10.

**NEW ORLEANS, LOUISIANA,** this 11th day of July, 2016.

　　　　　　　　　　　　　　　　　　/s/ Eldon E. Fallon
　　　　　　　　　　　　　　　　　　**THE HONORABLE ELDON E. FALLON**