UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  MDL No. **2592**
PRODUCTS LIABILITY LITIGATION

SECTION L

JUDGE ELDON E. FALLON

MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Larry Broussard* Civ. A. No. 2:16-cv-03797

## ORDER

Considering Plaintiff's Motion to Amend Case Caption, R. 3396,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Joint Complaint is hereby granted. The Clerk of Court is directed to file the Amended Joint Complaint to the Plaintiff's Motion.

**NEW ORLEANS, LOUISIANA,** this 11th day of July, 2016.

_____
**THE HONORABLE ELDON E. FALLON**