## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           **MDL** No. **2592**
PRODUCTS  LIABILITY  LITIGATION

                                       **SECTION L**

                                       **JUDGE ELDON E. FALLON**

                                       **MAGISTRATE JUDGE NORTH**

_____

**THIS DOCUMENT RELATES TO:**

*Sharon Erler v. Janssen Research & Development, LLC, et al.*, 2:15-cv-04658
*Michael Davis v. Janssen Research & Development, LLC, et al.*, 2:15-cv-03201

### ORDER

Considering the foregoing Opposed Motions for Extension of Time Within Which to

Serve Process on Bayer Pharma AG;

   **IT IS HEREBY ORDERED** that Plaintiffs in the above listed action shall have thirty

(30) days from the date of this Order within which to effect service on defendant Bayer Pharma

AG through the streamlined procedures for informal service of process set forth in Pre-Trial

Order # 10.


**NEW ORLEANS, LOUISIANA,** this 11th day of _____July_____, 2016.


_____
**THE HONORABLE ELDON E. FALLON**