**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

MARIE RICHTER
Civil Action No.: 2:15-cv-06050

## ORDER

This matter comes before the Court on Plaintiff's Motion for Voluntary Dismissal of this action solely against Bayer Corporation, without prejudice, with each party to bear its own costs.

The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Dismiss her claims against Bayer Corporation is HEREBY GRANTED.

Signed, this _____11th_____ day of ____July____, 2016

_____
Honorable Eldon E. Fallon
U.S. District Court Judge