UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :       MDL No. 2592
                                      :
                                      :       SECTION L
                                      :
                                      :       JUDGE ELDON E. FALLON
                                      :
_____:       MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**                 **JURY TRIAL DEMANDED**

MARY CARNEY and DANIEL CARNEY,

**AMENDED SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Amended Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiffs, <u>Mary Carney and Daniel Carney</u>, are identified more fully in Paragraph <u>7</u> of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiffs.

3. Individual Plaintiffs, <u>Mary Carney and Daniel Carney,</u> herein reside at <u>120 Oak Hill Drive, Benwood WV 26031</u>.

4. The Xarelto User, <u>Mary Carney</u> resides (or if deceased, resided at the time of death) at <u>120 Oak Hill Drive, Benwood WV 26031.</u>

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiffs.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiffs.

Dated: June 1, 2016

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

## **CERETIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 1st day of June, 2016.

By: <u>s/Emanuella J. Paulos</u>_____
Emanuella J. Paulos
