UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| PATRICIA JARMAN | ) MDL 2592 |
|  | ) |
|  | ) Section: L |
|  | ) |
|  | ) Judge: Eldon E. Fallon |
|  | ) |
| Plaintiff | ) Mag. Judge Michael North |
|  | ) |
| v. | ) |
|  | ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC | ) Case no. 2:15-cv-05918 |
| f/k/a JOHNSON AND JOHNSON | ) |
| PHARMACEUTICAL RESEARCH AND | ) |
| DEVELOPMENT LLC *et. al* | ) |
| Defendants | ) |

This document relates to:
Patricia Jarman v. Janssen Research & Development, LLC et al; LAED USDC No. 2:15-cv-05918

## ORDER

Considering the foregoing Motion of Extension of Time Within Which to Serve Process on all defendants except Janssen Research & Development, LLC ("Janssen R&D LLC"):

IT IS HEREBY ORDERED:

1. The Clerk shall issue new summonses for all defendants except Janssen R&D LLC (the "Other Defendants");

2. The time for plaintiff Patricia Jarman ("Jarman") to serve the Other Defendants is enlarged to thirty (30) days from the date of this Order; and

3. Such service by Jarman shall be consistent with any streamlined service of

process and/or waiver of service procedures set forth in Pre-Trial Order 10. See In Re: Xarelto (Rivaroxaban) Prods. Liab. Litig., Case No. 2:14-md-02592-EEE-MDB, Pre-Trial Order 10 [Dkt. 357) "PTO No. 10), § II.

Date: __July   11th__, 2016.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge