UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. **2592** |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Richard Barrera v. Janssen Research & Development LLC, et. al.*, 2:16-cv-02005
*Shellie Jacobs v. Janssen Research & Development LLC, et al.*, 2:16-cv-02006
*Mary Laurell v. Janssen Research & Development LLC, et al.*, 2:16-cv-02007
*Dessie Pickens v. Janssen Research & Development LLC, et al.*, 2:16-cv-02008
*Frank Shirley v. Janssen Research & Development LLC, et al.*, 2:16-cv-02009
*Sharon Thomas v. Janssen Research & Development LLC, et al*, 2:16-cv-02011

**ORDER**

Considering the foregoing Opposed Motion for Extension of Time Within Which to Serve Process on Bayer Pharma AG;

**IT IS HEREBY ORDERED** that Plaintiffs in the above listed action shall have thirty (30) days from the date of this Order within which to effect service on defendant Bayer Pharma AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order # 10.

**NEW ORLEANS, LOUISIANA,** this 11th day of July, 2016.

_____
**THE HONORABLE ELDON E. FALLON**