# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)  :     **MDL No. 2592**
**PRODUCTS LIABILITY LITIGATION**  :

                              :     **SECTION L**
                              :
                              :     **JUDGE ELDON E. FALLON**
                              :
                              :     **MAGISTRATE JUDGE NORTH**

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**ERIC MOORE v. JANSSEN**
**PHARMACEUTICALS, INC., et al**

**No.  2:15-cv-04739**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

      NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff and moves this Honorable Court for an order substituting **CYNTHIA MOORE** on behalf of her deceased spouse, **ERIC MOORE**, for the following reasons:

I.

      On September 25, 2015 ERIC MOORE filed a Complaint in the above referenced matter.

II

      On December 5, 2015, ERIC MOORE died.

III.

      The decedent's spouse, **CYNTHIA MOORE**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **ERIC MOORE**, in this case.

      WHEREFORE, movant prays for said substitution.

Respectfully submitted this 12th day of July, 2016.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., &
Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

Date: 7/12/2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2016 a true and correct copy of the

foregoing has been submitted to the Clerk of Court for filing and electronic service via

the  Court's CCM/ECF system on all counsel of record.

/s/ John Jewell Pace
**JOHN JEWELL PACE (#1115)**