UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | STAEMENT NOTING A PARTY'S DEATH |
| ERIC MOORE v. JANSSEN PHARMACEUTICALS, INC., et al | |
| No. 2:15-cv-04739 | |

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who represents Plaintiff **CYNTHIA MOORE**, notes the death during pendency of this action of Plaintiff **ERIC MOORE** on September 25, 2015.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., &
Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

Date: 7/12/2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2016 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ John Jewell Pace
**JOHN JEWELL PACE (#1115)**

# STATE OF NEW JERSEY

## NEW JERSEY DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 20150065767

| Field | Value |
|---|---|
| 1a. Legal Name of Decedent | Eric J Moore, Sr. |
| 1b. Also Known As (AKA) | |
| 2. Sex | Male |
| 3. Social Security Number | 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 |
| 4a. Age | 56 Years |
| 5. Date of Birth | 08/01/1959 |
| 6. Birthplace | Hampton, Virginia |
| 7a. Residence-State | New Jersey |
| 7b. County | Camden |
| 7c. Municipality/City | Chesilhurst Borough |
| 7d. Street and Number | 513 First Ave. |
| 7e. Apt No. | |
| 7f. Zip Code | 08089 |
| 7g. Inside City Limits? | Yes |
| 8a. Ever in US Armed Forces? | Yes |
| 8b. If Yes, Name of War | |
| 8c. War Service Dates (From/To) | |
| 9. Domestic Status at Time of Death | Married |
| 10. Name of Surviving Spouse/Partner | Cynthia Wright |
| 11. Father's Name | Bobby Moore |
| 12. Mother's Name Prior to First Marriage | Loretta Cooper |
| 13a. Name of Informant | Cynthia Connor-Moore |
| 13b. Relationship to Decedent | Spouse |
| 13c. Mailing Address | 513 First Ave., Chesilhurst, NJ 08089 |
| 14. Method of Disposition | Cremation |
| 15. Place of Disposition | Camden County Crematory |
| 16. Location - City & State/Foreign Country | Waterford Township, New Jersey |
| 17. Name and Complete Address of Funeral Facility | Leroy P Wooster Funeral Home and Crematory LLC, 441 White Horse Pike, Atco, NJ 08004-0297 |
| 18. Electronic Signature of Funeral Director | Jamie D Zaremba |
| 19. NJ License Number | 23JP00486700 |
| 20. Decedent Education | High school graduate or GED completed |
| 21. Decedent of Hispanic Origin? | Not Spanish / Hispanic / Latino |
| 22. Decedent Race | White |
| 23. Occupation of Decedent | Environmental Services Supervisor |
| 24. Kind of Business/Industry | Casino |
| 25. Name and Address of Last Employer | Trump Plaza, Atlantic City, NJ, |
| 26. Date Pronounced Dead | 12/05/2015 |
| 28. Name of Person Pronouncing Death | Constance Hutchison |
| 27. Time Pronounced Dead (24-hr) | 0501 |
| 29. License Number | 26NR09219500 |
| 30. Date Signed | 12/05/2015 |
| 31. Date of Death | 12/05/2015 |
| 32. Time of Death (24-hr) | Approx-0501 |
| 33. Was Medical Examiner Contacted? | No |
| 34. Place of Death | Decedent's Home |
| 35a. Facility Name | 513 First Ave, Chesilherst, NJ |
| 35b. Municipality | Chesilhurst Borough |
| 35c. County | Camden |

**36a. PART I - IMMEDIATE CAUSE** - final disease or condition resulting in death. Subsequently list conditions, if any, leading to the cause listed on Line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST.

| Cause | Interval Between Onset and Death |
|---|---|
| Immediate Cause a. Colon Cancer with metastases | 7 years |
| Due to (or as a consequence of): b. | |
| Due to (or as a consequence of): c. | |
| Due to (or as a consequence of): d. | |

**36b. PART II** - Enter other significant conditions contributing to death but not resulting in underlying cause given in PART I.
Gastrointestinal Bleeding, Anemia, Gastroesophageal Reflux Disease, Pancreatic Mass.

| Field | Value |
|---|---|
| 37. Was an Autopsy Performed? | No |
| 38. Were Autopsy Findings Available to Complete Cause of Death? | Not Applicable |
| 39. Date of Injury | |
| 40. Time of Injury | |
| 41. Place of Injury | |
| 42. Injury at work? | |
| 43a. Location of Injury | |
| 43b. Municipality | |
| 43c. County | |
| 43d. State | |
| 44. Describe How Injury Occurred | |
| 45. If Transportation Injury | |
| 46. Manner of Death | Natural |
| 47. Did Decedent Have Diabetes? | No |
| 48. Did Tobacco Use Contribute to Death? | No |
| 49. If Female, Pregnancy State | Not applicable |
| 50. Certifier Type | Certifying Physician or APN |
| 51. Name, Address, and Zip Code of Certifier | Ritchell Rodriguez Dignam, M.D. 521 Fellowship Road Suite 110, Mount Laurel, NJ 08054 |
| 52. Electronic Signature of Certifier | Ritchell Rodriguez Dignam |
| 53. License Number | 25MA07042300 |
| 54. Date Certified | 12/07/2015 |

Record Contains Amendment ☐

# STATE OF NEW JERSEY
New Jersey Department of Health
Vital Statistics, PO Box 370, Trenton, NJ 08625-0370

**REQUEST FOR CORRECTION TO NJ VITAL RECORD OF:**

State File Number: 100183694

☐ BIRTH   ☒ DEATH   ☐ FETAL DEATH   ☐ MARRIAGE   ☐ CIVIL UNION   ☐ DOMESTIC PARTNERSHIP

## SECTION 1 — INFORMATION AS IT APPEARS ON THE CURRENT RECORD:

**Name:** Eric J. Moore, Sr.
[Name (Names in the case of Marriage, Civil Union or Domestic Partnership)]

**Date of Occurrence:** 12 / 05 / 2015
**County of Occurrence:** Camden
**City/Municipality of Occurrence:** Chesilhurst

## SECTION 2

| Item Omitted or In Error | Item as Currently Recorded on Record | Item as It Should Appear |
|---|---|---|
| 22 | White | Black or African American |
| 35a | 513 First Ave., Chesilherst, NJ | 513 First Ave. |

## SECTION 3

**3A. Signature:** [signed]
**Printed Name:** Jamie Zaremba
**Date:** 12/12/2015
**Address:** 441 White Horse Pike
**Relationship to Individual on Vital Record:** Funeral Director

**3B. Signature of Witness** (see instructions): [signed]
**Printed Name:** LeRoy P. Wooster

**3C. AFFIDAVIT SECTION**

Subscribed and sworn to before me at _____

this _____ day of _____, 20 _____

Signature _____   Official Title _____

## SECTION 4

Documentation presented to establish the validity of the amended information reported in Section 2:
**Clerical Errors**

9-34
13

---

**DO NOT WRITE OR SEAL BELOW THIS LINE!**

This is to certify that the above is correctly copied from a record on file in my office.

Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

[signed] Vincent T. Arrisi
**Vincent T. Arrisi**
State Registrar
Office of Vital Statistics and Registry

REG-42A
JAN 13

PENALTY FOR FALSE STATEMENT - FIVE HUNDRED DOLLARS ($500.00) TYPE OR WRITE PLAINLY WITH UNFADING INK. THIS IS A PERMANENT RECORD.

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED