UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Bernadette Murillo v. Janssen Research & Development, LLC, et al.*, 2:15-cv-02403
*Albert Wainscott v. Janssen Research & Development, LLC, et al.*, 2:15-cv-02405
*Michael E. Jordan*, *v. Janssen Research & Development, LLC, et al.*, 2:15-cv-02409

## ORDER

Having considered all of the pleadings and documents relating to Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG in the above-captioned case,

**IT IS HEREBY ORDERED** that Plaintiffs Bernadette Murillo, Albert Wainscott and Michael E. Jordan shall have thirty (30) days from the date of this Order to serve process on Defendants Bayer Healthcare Pharmaceuticals and Bayer Pharma AG.

Dated: July 11th 2016

_____
Judge Eldon E. Fallon

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ William K. Holland
William K. Holland
