UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN)  : <br> PRODUCTS LIABILITY LITIGATION  : <br> : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH <br><br> **JURY TRIAL DEMANDED** |

THIS DOCUMENT RELATES TO:

MARY L. CLARK v. JANSSEN
PHARMACEUTICALS, INC., et al

No.  2:15-cv-03381

**NOTICE OF SUBMISSION OF MOTION TO SUBSTITUTE PARTY PLAINTIFF**

NOW INTO COURT, comes John Jewell Pace for the Plaintiff and file this Notice of Submission of Motion to Substitute Party Plaintiff.

Respectfully submitted this 12th day of July, 2016.

Date: 7/12/2016

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., &
Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2016 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ John Jewell Pace
**JOHN JEWELL PACE (#1115)**