UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION        :
                                     :   SECTION L
                                     :
                                     :   JUDGE ELDON E. FALLON
                                     :
                                     :   MAGISTRATE JUDGE NORTH
                                     :
                                         STAEMENT NOTING A
                                         PARTY'S DEATH

THIS DOCUMENT RELATES TO:

MARY L. CLARK v. JANSSEN
PHARMACEUTICALS, INC., et al

No. 2:15-cv-03381

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who represents Plaintiff **ANNA CLARK**, notes the death during pendency of this action of Plaintiff **MARY L. CLARK** on August 11, 2015.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., &
Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

Date: 7/12/2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2016 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ John Jewell Pace
**JOHN JEWELL PACE (#1115)**

# INDIANA STATE DEPARTMENT OF HEALTH
# CERTIFICATE OF DEATH

Local No: 004980  EDR No: 000000458479  State No: ____

| # | Field | Value |
|---|---|---|
| 1. | Decedent's Legal Name (First, Middle, Last) | MARY LOU CLARK |
| 1a. | Maiden Name (if female) | PAYNE |
| 2. | Sex | FEMALE |
| 3. | Time Of Death | 04:01 PM |
| 4. | Date Of Death (Month/Day/Year) | 07/11/2015 |
| 5. | Social Security Number | 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 |
| 6a. | Age - Yrs | 74 |
| 7. | Date of Birth (Month/Day/Year) | 07/06/1941 |
| 8. | Birthplace (City and State or Foreign Country) | OAKHILL, WV |
| 9. | Ever in U.S. Armed Forces? | ☐ Yes  ☒ No  ☐ Unknown |
| 10. | If Death Occurred In A Hospital | — |
| 10a. | If Death Occurred Somewhere Other Than A Hospital | ☒ Nursing Home/Long-term Care Facility |
| 11. | Facility Name | BEECH GROVE MEADOWS |
| 12. | City Or Town, State, And Zip Code | BEECH GROVE, IN 46107 |
| 13. | County Of Death | MARION |
| 14. | Marital Status At Time Of Death | ☒ Divorced |
| 15. | Surviving Spouse's Name | — |
| 16. | Decedent's Usual Occupation | HOMEMAKER |
| 17. | Kind Of Business/Industry | OWN HOME |
| 18. | Residence - State | INDIANA |
| 18a. | County | MARION |
| 18b. | City Or Town | INDIANAPOLIS |
| 18c. | Street And Number | 340 SOUTH LASALLE STREET |
| 18e. | Zip Code | 46201 |
| 18f. | Inside City Limits? | ☒ Yes  ☐ No |
| 19. | Decedent's Education | 8TH GRADE OR LESS |
| 20. | Decedent Of Hispanic Origin | NOT HISPANIC |
| 21. | Decedent's Race | White |
| 22. | Father's Name (First, Middle, Last) | GEORGE PAYNE |
| 23. | Mother's Name (First, Middle, Last) | EVELYN LOUISE PAYNE |
| 23a. | Mother's Maiden Last Name | TURLEY |
| 24. | Informant's Name | CHARLES CLARK |
| 24a. | Relationship To Decedent | SON |
| 24b. | Mailing Address | 3125 NEWHART STREET, INDIANAPOLIS, IN 46217 |
| 25a. | Method Of Disposition | ☒ Cremation |
| 25b. | Place Of Disposition | INDIANA MEMORIAL CREMATION SERVICES INC |
| 25c. | Location - City, Town, And State | INDIANAPOLIS, IN |
| 26. | Was Coroner Contacted? | ☐ Yes  ☒ No |
| 27. | Name And Complete Address Of Funeral Facility | DANIEL F. ORILEY FUNERAL HOME, 6107 S EAST ST, INDIANAPOLIS, IN 46227 |
| 27a. | Funeral Home License Number | FH83003213 |
| 27b. | Signature Of Indiana Funeral Service Licensee | SHAWN GUDAT, BY ELECTRONIC SIGNATURE |
| 27c. | License Number (Of Licensee) | FD01006536 |

## Cause Of Death

28. Part I.
- A. Immediate Cause: CHRONIC OBSTRUCTIVE PULMONARY DISEASE
- B. HYPERTENSIVE HEART DISEASE
- C. —
- D. —

Part II. Other Significant Conditions Contributing to Death: DIABETES

| # | Field | Value |
|---|---|---|
| 29. | Was An Autopsy Performed? | ☒ No |
| 30. | Were Autopsy Findings Available To Complete The Cause Of Death? | ☐ Yes  ☐ No |
| 31. | Did Tobacco Use Contribute To Death? | ☐ Yes  ☐ Probably  ☐ No  ☒ Unknown |
| 32. | If Female | ☒ Not Pregnant Within Past Year |
| 33. | Manner Of Death | ☒ Natural |
| 37. | Injury At Work? | ☐ Yes  ☐ No |
| 41. | Signature Of Person Certifying Cause Of Death | DANIEL J. HURLEY, BY ELECTRONIC SIGNATURE |
| 42. | Certifier | ☒ Certifying Physician |
| 43. | Name, Address And Zip Code Of Person Certifying Cause Of Death | DANIEL J. HURLEY, 1920 A CHURCHMAN AVE., BEECH GROVE, IN 46107 |
| 44. | License Number | 01029180A |
| 45. | Date Certified | 07/13/2015 |
| 48. | Signature of Local Health Officer | VIRGINIA A CAINE, VIA ELECTRONIC SIGNATURE |
| 49. | For Registrar Only - Date Filed (Month/Day/Year) | JUL 13 2015 |

State Form 63395  ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue responsibility. Disclosure is voluntary and there will be no penalty for refusal.

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTO COPIED.