UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Robert Atkins

2:16-cv-485

## ORDER

THIS MATTER, having come before the Court is Plaintiff, Robert Atkins' Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies; upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff, Robert Atkins' Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is GRANTED. The deadline to satisfy the Plaintiff Fact Sheet Deficiencies is now set for thirty (30) days from the date of this order.

Dated: July 11th 2016

_____
Judge Eldon E. Fallon

1