# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| CIVIL ACTION NO.: 2:15-CV-06984 | JUDGE ELDON E. FALLON |
| ALFRED F. MUZER, | MAGISTRATE JUDGE NORTH |
| Plaintiff, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

## MOTION FOR SUBSTITUTION OF PLAINTIFF

**NOW COMES** Tonya R. Williams, as Executrix of the Estate of Alfred F. Muzer, Sr., deceased, by and through her counsel of record, and requests that she be substituted for Alfred F. Muzer as Plaintiff. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. A *Suggestion of Death* has been submitted. In support of this motion, Tonya R. Williams states as follows:

1

1. On December 22, 2015, Plaintiff Alfred F. Muzer instituted this cause of action by serving on Defendant Janssen Pharmaceuticals, Inc. ("Defendant Janssen"), Defendant Janssen Ortho, LLC ("Defendant Janssen Ortho"), Defendant Janssen Research & Development LLC f/k/a Johnson and Johnson Research & Development LLC (Defendant "Janssen R&D"), Defendant Bayer Healthcare Pharmaceuticals, Inc. (Defendant "Bayer"), and Defendant Bayer Pharma AG (Defendant "Bayer AG") a Summons and Complaint seeking damages resulting from injuries caused by the use of Xarelto. *See* Compl., ECF No. 1.

2. In his Complaint, the Decedent, Alfred F. Muzer, alleged citizenship and residency in North Carolina. *See* Compl. ¶ 14, ECF No. 1.

3. On March 17, 2016, Alfred F. Muzer was pronounced dead in Gates County, North Carolina. *See* Ex. A, Death Certificate of Alfred F. Muzer.

4. The Decedent, Alfred F. Muzer, resided in North Carolina at the time of his death. *See id.*

5. In North Carolina, § 28A-18-1 controls survival actions. It states that "[u]pon the death of any person, all demands whatsoever, and rights to prosecute or defend any action or special proceeding, existing in favor of or against such person, except as provided in subsection (b) hereof, shall survive to and against the personal representative or collector of the person's estate." N.C. Gen. Stat. § 28A-18-1(a) (2011). However, subsection (b) states that "[t]he following rights of action in favor of a decedent do not survive: (1) [c]auses of action for libel and for slander, except slander of title; (2) [c]auses of action for false imprisonment; (3) [c]auses of action where the relief sought could not be enjoyed, or granting it would be nugatory after death." N.C. Gen. Stat. § 28A-18-1(b) (2011). In other words, upon a person's death in North Carolina, all causes of action existing in favor of such person, except causes of action for libel, slander, false

imprisonment, and those which could not be enjoyed after death, survives to the personal representative of the person's estate.

6. North Carolina courts have specifically stated that "a civil action based upon personal injury survives the death of the plaintiff." *McGowen v. Rental Tool Co.*, 109 N.C. App. 688, 691, 428 S.E.2d 275, 276 (N.C. App. 1993) (citing *Fuquay v. R.R.*, 199 N.C. 499, 155 S.E. 167 (N.C. 1930)).

7. Additionally, in North Carolina "it is well settled that all actions that survive a decedent must be brought by or against the personal representative." *Estate of Tallman v. City of Gastonia*, 200 N.C. App. 13, 22, 682 S.E.2d 428, 434 (N.C. App. 2009) (quoting 31 Am. Jur. 2d *Executors and Administrators* § 1118 (2008)).

8. In North Carolina, the term "personal representative" includes both executors and administrators. N.C. Gen. Stat. § 28A-1-1(5) (2011).

9. Therefore, pursuant to North Carolina law, the causes of action brought by Alfred F. Muzer in his complaint survive his death[1] and can be continued by his "personal representative," which is defined to include his executor or administrator.

10. The Name of the Proposed Substitute Plaintiff in the matter is Tonya R. Williams, the duly appointed Executrix of the Estate of Alfred F. Muzer, Sr. *See* Ex. B, Letters of Testamentary issued by the Clerk of the Superior Ct. of Gates County, North Carolina, *In The Matter of the Estate of Alfred Frank Muzer, Sr.*

11. After Alfred F. Muzer's death on March 17, 2016, Plaintiff's counsel caused to be initiated proceedings to open an estate and obtain the appointment of an executor for the Plaintiff.

---

[1] Alfred F. Muzer did not allege or plead a cause of action for libel, slander, false imprisonment, or one which could not be enjoyed after death and therefore will not be addressed in this Motion.

12. On June 9, 2016, the Clerk of the Superior Ct. of Gates County, North Carolina qualified and appointed Tonya R. Williams as Executrix of the Estate of Alfred Frank Muzer, Sr. *See* Ex. B.

13. Therefore, Tonya R. Williams is the proper party for substitution because in North Carolina Alfred F. Muzer's civil action for personal injury against Defendants survives to and may be continued by his personal representative, namely, Tonya R. Williams, as Executrix of Alfred F. Muzer, Sr.'s estate.

**WHEREFORE**, Tonya R. Williams, as Executrix of the Estate of Alfred Frank Muzer, Sr., respectfully requests that she be substituted as Plaintiff in this cause of action and that the style of the action be changed to accurately reflect her status as Executrix of the Estate of Alfred Frank Muzer, Sr., namely: *Tonya R. Williams, as Executrix of the Estate of Alfred Frank Muzer, Sr., Deceased, Plaintiff.*

**RESPECTFULLY SUBMITTED** this the 12th day of July, 2016.

WILSON LAW, P.A.

/s/ Kimberly Wilson White
Kimberly Wilson White
N.C. State Bar No. 30044
kim@wilsonlawpa.com
Marc C. Downing
N.C. State Bar No. 49169
marc@wilsonlawpa.com
1111 Haynes Street, Suite 103 (27604)
Post Office Box 10389
Raleigh, NC 27605
Tel: (919) 890-0180
Fax: (919) 882-1758
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: July 12, 2016

/s/ Kimberly Wilson White
Kimberly Wilson White
N.C. State Bar No. 30044
kim@wilsonlawpa.com
Marc C. Downing
N.C. State Bar No. 49169
marc@wilsonlawpa.com
1111 Haynes Street, Suite 103 (27604)
Post Office Box 10389
Raleigh, NC 27605
Tel:   (919) 890-0180
Fax:   (919) 882-1758
*Attorneys for Plaintiff*