NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
## CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO. 037-00   LOCAL NO. ___   COUNTY OF DEATH: Gates   STATE FILE NO. 164

**1. DECEDENT'S LEGAL NAME**
- 1a. First: Alfred
- 1b. Middle: Frank
- 1c. Last: Muzer
- 1d. Suffix: Sr.
- 1e. Last Name Prior to First Marriage: ___

**2. Sex:** M
**3a. Age-Last Birthday (Yrs):** 81
**4. Date of Birth:** ___
**5. Birthplace:** Hudson/NJ
**6. Date of Death:** March 17, 2016

**Place of Death:** Decedent's home
**7c. Facility Name:** 96 Old Rail Bed
**7d. City or Town:** Gates
**7e. County of Death:** Gates

**8. Marital Status:** Widowed
**9. Surviving Spouse:** ___
**10a. Decedent's Usual Occupation:** Maintenance Supervisor
**10b. Kind of Business/Industry:** City Government

**12a. Residence—State:** North Carolina
**12b. County:** Gates
**12c. City or Town:** Gates
**12d. Street and Number:** 96 Old Rail Bed
**12e. Inside City Limits:** No
**12f. Zip Code:** 27937
**13. Was Decedent Ever in U.S. Armed Forces?:** Yes

**14. Decedent's Education:** 9th grade or less
**15. Decedent of Hispanic Origin:** No, not Spanish/Hispanic/Latino
**16. Decedent's Race:** White

**17. Father's Name:** Adam J. Muzer
**18. Mother's Name Prior to First Marriage:** Bertha Halmo
**19a. Informant's Name:** Tonya Williams
**19b. Relationship to Decedent:** Niece
**19c. Mailing Address:** 96 Old Rail Bed, Gates, NC 27937

**20a. Method of Disposition:** Cremation
**20b. Place of Disposition:** The Cremation Center
**20c. Location:** Edenton, NC

**21a. Signature of Funeral Director:** David J. Vanly____
**21b. License Number:** FS 2311
**22. Name and Address of Funeral Home:** Miller Funeral Home, 304 Main Street, PO Box 23, Gatesville, NC 27938

**23. Part I. Chain of Events:**
- a. Immediate Cause: Heart failure
- b. Due to: Anemia
- c. Due to: Gastrointestinal bleed

**Part II. Other Significant Conditions:** COPD, Atrial fibrillation, tobacco abuse

**24a. Was an Autopsy Performed?:** No
**25. Manner of Death:** Natural
**26a. Was Case Referred to Medical Examiner?:** No
**27. Time of Death (Approximate):** 6:55 PM
**28. Did Tobacco Use Contribute to Death?:** Yes

**32. Certifier:** Certifying physician
**33a. Signature and Title of Certifier:** ___
**33b. License Number:** 9801531
**33c. Date Signed:** 03/22/2016
**33d. Name and Address of Certifier:** DAVID S. THOMPSON, MD, 501 MAIN STREET, GATESVILLE, NC 27938

**34. For Local Registrar:** Jenna L. Parks, MPH
**35. Date Filed:** 3-23-2016

---

GATES COUNTY, NORTH CAROLINA

This is to certify that this is a true and correct reproduction of the official record of DEATH filed in Book 30, Page 164 in this office. Any alteration or erasure voids this certificate.

Witness my hand and official seal of office this the 24TH day of MARCH, 2016.

MARY C. HORTON, REGISTER OF DEEDS BY: _____ Deputy/Assistant Register of Deeds