UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

    *Leland White vs. Janssen Research & Development, LLC et al;*
    Civil Action No. 2:16-cv-3562

## MOTION FOR EXTENSION OF TIME UNDER PTO 27 TO PROVIDE CERTAIN PLAINTIFF FACT SHEET MEDICAL RECORDS

COMES NOW the plaintiff Leland White by and through the undersigned counsel, and respectfully moves this Court for an extension of time under PTO 27 to provide certain medical records in connection with Plaintiff's Fact Sheet to September 9, 2016.

Under PTO 27, this case is not in the discovery pool, and the Plaintiff's Fact Sheet deadline is currently July 12, 2016. Plaintiff has submitted the Plaintiff's Fact Sheet and has substantially completed Section 1 of the PFS, and has provided plaintiff's pharmacy records of proof of Xarelto use with the PFS. However, despite requests to the the hospital in Texas whom plaintiff is believed has proof of injury, plaintiff's counsel has still not received medical records from Covenant Health System whom plaintiff is believed to have proof of injury, which necessitates making this motion for an extension of time to obtain and upload the medical records. Accordingly, Plaintiff's counsel requests an extension of the time to do so until September 9, 2016.

In support of the motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. If the records are received while this motion is pending, plaintiff's

counsel will upload them to the PFS. An extension of time is not sought for delay but so that justice may be served.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the time for plaintiff to provide medical records in connection with the Plaintiff Fact Sheet to September 9, 2016.

Dated: July 12, 2016                    Respectfully Submitted,

Kirkendall Dwyer, LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 12th day of July 2016.

    Kirkendall Dwyer, LLP

    By: */s/ Andrew F. Kirkendall*
    Andrew F. Kirkendall
    Texas Bar No. 24050882
    Alexander G. Dwyer
    Texas Bar No. 24054271
    Kirkendall Dwyer LLP
    4343 Sigma Rd., STE 200
    Dallas, TX 75244
    Phone: 214-271-4027
    Fax: 214-253-0629
    ak@kirkendalldwyer.com
    ad@kirkendalldwyer.com

    ***Attorney for Plaintiffs***