UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 | |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L | |
| } | JUDGE FALLON | |
| } | MAG. JUDGE NORTH | |
| } | | |

This Document relates to:

*Leland White vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:16-cv-3562

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF
TIME UNDER PTO 27 TO PROVIDE CERTAIN MEDICAL RECORDS
IN CONNECTION WITH PLAINTIFF'S FACT SHEET**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time under PTO 27 to provide certain medical records in connection with Plaintiff's Fact Sheet, Plaintiff states the following:

1.  The plaintiff filed the above captioned proceeding as a bundled Complaint on behalf of multiple plaintiffs on April 14, 2016, and thereafter filed separate short form Complaints on April 20, 2016 for the individual plaintiffs.

2.  Pursuant to PTO 27, this case is not in the discovery pool, and by this Court's Order the PFS deadline is currently July 12, 2016.

3.  Plaintiff has already complied with PTO 27 by providing a signed Plaintiff's Fact Sheet substantially completing PFS Section 1, and has provided medical records of proof of Xarelto use. However, plaintiff's counsel has still not received medical records from a hospital in Texas where plaintiff had his injuries, which necessitates making this motion for an extension of

time to obtain and upload the medical records. If the medical records are received during the pendency of the motion, plaintiff's counsel will upload them.

4. Accordingly, Plaintiff therefore requests an extension of the deadline to September 9, 2016, to allow further time to obtain and upload the medical records in connection with the plaintiff's PFS.

5. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and will file upload the medical records to the PFS at the centrality website once received.

**WHEREFORE**, Plaintiff's counsel requests an extension of the time for providing pharmacy records in connection with Plaintiff's Fact Sheet to August 12, 2016.

Dated: July 12, 2016

Respectfully Submitted,

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 12th day of July 2016.

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

*Attorney for Plaintiffs*