UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

*Leland White vs. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:16-cv-3562**

## NOTICE OF SUBMISSION

 COMES NOW the plaintiff Leland White by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time under PTO 27 to provide certain medical records in connection with Plaintiff's Fact Sheet to September 9, 2016 before the Honorable Judge Eldon E. Fallon on motion date August 31, 2016.

Dated: July 12, 2016                                  Respectfully Submitted,

                                                                     Kirkendall Dwyer, LLP

                                                                     By: */s/ Andrew F. Kirkendall*
                                                                     Andrew F. Kirkendall
                                                                     Texas Bar No. 24050882
                                                                     Alexander G. Dwyer
                                                                     Texas Bar No. 24054271
                                                                     Kirkendall Dwyer LLP
                                                                     4343 Sigma Rd., STE 200
                                                                     Dallas, TX 75244
                                                                     Phone: 214-271-4027
                                                                     Fax: 214-253-0629
                                                                     ak@kirkendalldwyer.com
                                                                     ad@kirkendalldwyer.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 12th day of July 2016.

                                        Kirkendall Dwyer, LLP

                                        By: */s/ Andrew F. Kirkendall*
                                        Andrew F. Kirkendall
                                        Texas Bar No. 24050882
                                        Alexander G. Dwyer
                                        Texas Bar No. 24054271
                                        Kirkendall Dwyer LLP
                                        4343 Sigma Rd., STE 200
                                        Dallas, TX 75244
                                        Phone: 214-271-4027
                                        Fax: 214-253-0629
                                        ak@kirkendalldwyer.com
                                        ad@kirkendalldwyer.com

                                        ***Attorney for Plaintiffs***