# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERTA USHER<br><br>  Plaintiffs,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

*Yorio et al v. Janssen Research & Development, LLC, et al.*, **16-809**

## MOTION TO DISMISS WITHOUT PREJUDICE

  COMES NOW, Plaintiff Roberta Usher, and hereby dismisses her cause of action against Defendants WITHOUT prejudice. With each party to bear its own costs.

                                        Respectfully submitted,

                                        */s/ E. Ryan Bradley*

                                    By: _____
                                        E. Ryan Bradley, #53777
                                        Attorney for Plaintiff
                                        The Bradley Law Firm
                                        1424 Washington Avenue, Ste 300
                                        St. Louis, MO 63103
                                        (314) 721-9111 (phone)
                                        (314) 255-2768 (fax)