UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
_____ :

**THIS DOCUMENT RELATES TO:**

*Copes v. Janessen Research & Development LLC, et al; LAED USDC No. 2:15-cv-06201*

## ORDER

Plaintiff Art Copes' Motion to Dismiss Without Prejudice is hereby GRANTED.

New Orleans, Louisiana, this ___ day of _____, 2016.

SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

_____

DATE