## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| _____ | : | |

**THIS DOCUMENT RELATES TO:**

*Copes v. Janessen Research & Development LLC, et al; LAED USDC No. 2:15-cv-06201*

## NOTICE OF SUBMISSION

Please take notice that the Motion to Dismiss Without Prejudice filed by Plaintiff in the above-listed action, through his undersigned counsel will be submitted to the Court on the 3rd day of August, 2016 before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Respectfully submitted,

By: /s/ E. Ryan Bradley
**E. Ryan Bradley, #53777**
Attorney for Plaintiff
The Bradley Law Firm
1424 Washington Avenue, Ste. 300
(314) 721-9111 (phone)
(314) 255-2768 (fax)
Ryan@stllawhelp.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on January 29, 2016.



/s/ E. Ryan Bradley