UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) } | MDL No. 2592 |
| } | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L |
| } | JUDGE FALLON |
| } | MAG. JUDGE NORTH |
| } | |

This Document relates to:

   *Eldon B. Manwill vs. Janssen Research & Development, LLC et al;*
    Civil Action No. 2:16-cv-3540

## MOTION TO SUBSTITUTE PARTY

  Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Brenda Manwill on behalf of her deceased husband, Eldon B. Manwill.

1. Eldon B. Manwill filed a products liability case against the defendants on March 18, 2016.

2. Subsequently, plaintiff's counsel was notified that Eldon B. Manwill died on November 3, 2015.

3. Eldon B. Manwill products liability action against defendant survived his death and was not extinguished.

4. Brenda Manwill, widow of Eldon B. Manwill, is a proper party to substitute for plaintiff decedent Eldon B. Manwill and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

  Based on the foregoing, Brenda Manwill requests that this Court grant her request for substitution as plaintiff in this action.

Dated: July 12, 2016  				Respectfully Submitted,

						Kirkendall Dwyer, LLP

						By: */s/ Andrew F. Kirkendall*
						Andrew F. Kirkendall
						Texas Bar No. 24050882
						Alexander G. Dwyer
						Texas Bar No. 24054271
						Kirkendall Dwyer LLP
						4343 Sigma Rd., STE 200
						Dallas, TX 75244
						Phone: 214-271-4027
						Fax: 214-253-0629
						ak@kirkendalldwyer.com
						ad@kirkendalldwyer.com

						***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 12th day of July 2016.

                Kirkendall Dwyer, LLP
                By: */s/ Andrew F. Kirkendall*
                Andrew F. Kirkendall
                Texas Bar No. 24050882
                Alexander G. Dwyer
                Texas Bar No. 24054271
                Kirkendall Dwyer LLP
                4343 Sigma Rd., STE 200
                Dallas, TX 75244
                Phone: 214-271-4027
                Fax: 214-253-0629
                ak@kirkendalldwyer.com
                ad@kirkendalldwyer.com

                ***Attorney for Plaintiffs***