# EXHIBIT A

**Pariser, Daniel**

| | |
|---|---|
| **From:** | Pariser, Daniel |
| **Sent:** | Thursday, June 02, 2016 2:57 PM |
| **To:** | Lenny Davis |
| **Cc:** | Almeida, MaryAnn; Jeff Grand; Lillian Flemming |
| **Subject:** | Re: In re Xarelto (Rivaroxaban) Prod. Liab. Litig., MDL No. 2592 -- nonparty subpoena on PhRMA |

Lenny and Jeff,

I have discussed next steps with my client.  PhRMA agrees to conduct a reasonable inquiry to try to determine the nature and extent of its involvement, if any, in the three categories of dealings referenced in your email.  PhRMA will do so whether or not Plaintiffs are willing to supply additional information or documents in their possession about the dealings.  But I reiterate that if plaintiffs can do so, it will help focus our efforts and save time and burden, and I see no reason why plaintiffs should be unwilling to share the information they have so long as confidentiality concerns can be addressed.

Our inquiry is ongoing.  Once it has progressed sufficiently, I will be prepared for a more substantive meet and confer discussion.  To be clear, we are not committing to a production of documents at this time; that depends on what we find, if anything.

I'm happy to go forward with a call tomorrow as discussed if you wish.  Alternatively, if we can regroup when Lenny returns after next week, that may provide us with time to have a more substantive/better informed discussion.  Let me know your preference.

Dan

-------------------------------------------------------

Daniel S. Pariser
Arnold & Porter LLP
601 Massachusetts Avenue, N.W.
Washington DC  20001-3743
Phone:  (202) 942-6216
Cell: (240) 383-8075
daniel.pariser@aporter.com

On May 26, 2016, at 12:10 PM, Lenny Davis <LDAVIS@hhklawfirm.com> wrote:

1

We are not in a position to produce materials.  Even if we were there is a protective confidentiality order that is in place and defendants have produced substantial documents that are marked confidential under the courts Protective Order. Further the defendants have also marked a substantial amount of deposition testimony as confidential. We believe that the information we sent in my earlier email should assist your client to locate materials in their possession. We provided the information to assist you and as a courtesy to you to help  expedite the production as requested in the subpoena. We also are sure you would not want  either of us to violate the courts order.  We look forward to speaking with you next week in a further meet and confer.

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*
CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** Pariser, Daniel [mailto:Daniel.Pariser@APORTER.COM]
**Sent:** Wednesday, May 25, 2016 10:56 AM
**To:** Lenny Davis
**Cc:** Almeida, MaryAnn; 'Jeff Grand'; Lillian Flemming
**Subject:** RE: In re Xarelto (Rivaroxaban) Prod. Liab. Litig., MDL No. 2592 -- nonparty subpoena on PhRMA

Lenny and all,

Thank you for your note.

I will discuss the below with my client but are plaintiffs able to provide any particular documents produced by defendants, deposition testimony, or other materials you have obtained to date that would flesh out/provide further details on the three Xarelto-specific dealings referenced in your email?  Anything along those lines you could provide would be helpful to guide our efforts.

Let's please continue our discussions as planned; but to be clear we have not at this time committed to a production of documents and our continuing meet and confer efforts are without waiver of objections.

Dan

**From:** Lenny Davis [mailto:LDAVIS@hhklawfirm.com]
**Sent:** Tuesday, May 24, 2016 4:10 PM
**To:** Pariser, Daniel
**Cc:** Almeida, MaryAnn; 'Jeff Grand'; Lillian Flemming
**Subject:** RE: In re Xarelto (Rivaroxaban) Prod. Liab. Litig., MDL No. 2592 -- nonparty subpoena on PhRMA

Jeff Grand and I appreciated the opportunity to meet and confer with you on Wednesday, May 18.  We look forward to speaking further on the call we scheduled for May 31 at 3PM CT.  You requested additional information from us so that you could locate documents within the organization and also identify individuals that would have had involvement with Xarelto or NOAC's.  We understand that PhRMA has had prior dealings specifically with Xarelto and in particular with respect to government affairs involving J&J/Janssen Pharmaceuticals.  We understand that the involvement  began in  at least the 2000's and has continued for numerous years.  We understand  the PhRMA office of accountability appears to have collected information from J&J/Janssen Pharmaceuticals relating to their direct to consumer advertising for Xarelto, including and comments on such it received from consumers, healthcare professionals, the FDA and companies regarding direct to consumer advertising.  We also understand that in 2014 PhRMA had meetings with the FDA to discuss Xarelto-specific information and materials that J&J/Janssen wished to use in its promotions to physicians.  This should give you some additional information so that you can determine the names of individuals involved from PhRMA and enable you to locate documents that are responsive to the subpoena.  We appreciate your efforts and look forward to determining the scope of documents that will be made available so we can address production issues as well as the potential names of individuals who have knowledge of the topics.

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*
CONFIDENTIAL ATTORNEY WORK PRODUCT

```
CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee. Please do not read, copy, or disseminate it unless
you are the addressee. If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender. Also, we would appreciate your forwarding the message back to us and
deleting it from your system. Thank you.