# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA**

_____
                                          )
IN RE: XARELTO (RIVAROXABAN)              )     MDL 2592
PRODUCTS LIABILITY LITIGATIONS            )
                                          )     SECTION L
                                          )     JUDGE ELDON E. FALLON
                                          )     MAG. JUDGE NORTH
                                          )
_____ )

**DECLARATION OF DANIEL S. PARISER**

1.      My name is Daniel Pariser.  I am a partner at Arnold & Porter LLP, and am counsel for non-party the Pharmaceutical Research and Manufacturers of America ("PhRMA") in the above matter.  In consultation with and under the direction of myself and PhRMA in-house counsel, PhRMA conducted the inquiry described below in response to the subpoena served on it by Plaintiffs.  This declaration is based on a truthful and accurate report of facts conveyed to me by PhRMA personnel concerning that effort.

2.      Under the direction of legal counsel, PhRMA conducted inquiries to determine whether PhRMA participated in a meeting with FDA in 2011 or 2014 involving discussions specific to Xarelto.  That inquiry included discussion with a senior member of the organization who supervises advocacy and interactions with FDA, and who would be likely to know of any such dealings.  It also included a keyword search of those electronic documents that PhRMA maintains in a form that is reasonably searchable by electronic means.  The results of that inquiry revealed no evidence of such Xarelto-specific discussions with FDA.

3.      Under the direction of legal counsel, PhRMA also conducted inquiries concerning comments that PhRMA's Office of Accountability received on direct-to-consumer ("DTC") advertising.  That inquiry included discussions with the individual who prepares the Office of Accountability's annual report on DTC advertising.  The results of that inquiry reflected that the Office of Accountability reports ("DTC Reports") are prepared based on summary information obtained from participating member companies, which includes the number and nature of comments.  PhRMA does not regularly receive comments on DTC advertising from third parties and does not maintain a file or collection of any such third-party comments.

FURTHER DECLARANT SAYETH NOT

I declare under penalty of perjury of pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.


/s/ Daniel Pariser
_____

Executed on this 12th day of July, 2016.