# EXHIBIT C

## Pariser, Daniel

| | |
|---|---|
| **From:** | Pariser, Daniel |
| **Sent:** | Tuesday, June 28, 2016 12:21 PM |
| **To:** | 'Lillian Flemming'; Almeida, MaryAnn |
| **Cc:** | 'Jeff Grand (jgrand@seegerweiss.com)'; Lenny Davis; Kate Robinson |
| **Subject:** | RE: Xarelto MDL 2592 re PhRMA |

Lenny and all,

Thank you for your email and for sharing the draft motion. I have had an opportunity to discuss these issues further with my client. As I've previously stated, if plaintiffs are willing to provide the documents from defendants' production on which plaintiffs apparently base their belief that PhRMA had relevant involvement with Xarelto (or further details that may be reflected in those documents), that would be very helpful to our efforts in trying to resolve these issues. In that regard, I reiterate that we are willing to work with you and defendant's counsel to the extent there are protective order issues that you believe prevent you from doing so. Otherwise, it appears that Court involvement will unfortunately be needed, as I do not see that a 30(b)(6) deposition would be fruitful.

With respect to the schedule for addressing these issues with the Court, I would like to ask for your professional courtesy to have the matter heard on an alternative date. I have a long-planned family vacation for the July 4th week. I understand you wish to move forward expeditiously and would be happy to discuss a reasonable alternative schedule for having the matter briefed and heard.

Regards,
Dan

_____
Daniel Pariser
Partner

**Arnold & Porter LLP**
601 Massachusetts Ave., NW
Washington, DC 20001-3743

Office: +1 202.942.6216
Mobile: +1 240.383.8075
daniel.pariser@aporter.com
www.arnoldporter.com

**From:** Lillian Flemming [mailto:LFLEMMING@hhklawfirm.com]
**Sent:** Thursday, June 23, 2016 12:40 PM
**To:** Pariser, Daniel; Almeida, MaryAnn
**Cc:** 'Jeff Grand (jgrand@seegerweiss.com)'; Lenny Davis; Kate Robinson
**Subject:** RE: Xarelto MDL 2592 re PhRMA

Sorry -- Wednesday is June 29, 2016.

**From:** Lillian Flemming
**Sent:** Thursday, June 23, 2016 11:38 AM
**To:** 'Pariser, Daniel'; 'Almeida, MaryAnn'

1

**Cc:** Jeff Grand (jgrand@seegerweiss.com); Lenny Davis; Kate Robinson
**Subject:** Xarelto MDL 2592 re PhRMA

From:  Leonard A. Davis

Jeff Grand and I appreciate the opportunity to speak with you over the last few weeks regarding the subpoena that was issued to PhRMA for production of documents.  We have considered the various comments discussed in the meet and confers and believe that the best way to resolve our request for the production of documents, assuming you still have not been able to locate the documents requested, is to take the deposition of the most knowledgeable person(s) within PhRMA that has information concerning certain subject matters.  As a result, we are providing to you a draft Motion to Compel.  Attached to the Memorandum is a proposed Notice of 30(b)(6) Deposition.  Our suggestion is to proceed with the deposition on a mutually agreeable date.  Assuming you agree, we would expect that you would voluntarily, without the need of a formal subpoena, produce the designee.  If this is not acceptable, please let us know and we will file the Motion with the court and request relief from Judge Fallon.  We believe that obtaining whatever testimony PhRMA has regarding documents requested and the particular subject matters should assist in addressing these discovery items.  The Court has a status conference scheduled on July 6, 2016 and, therefore, if we are unable to agree on a course of action, our intent is to file the motion on Wednesday, June 28, 2016, so that the Court will have it in advance of the status conference.  Please feel free to contact me with any questions.


Lillian M. Flemming
Legal Assistant to
Leonard A. Davis and Danielle Treadaway Hufft
*Herman, Herman & Katz, L.L.C.*
*Herman Gerel, LLP*
820 O'Keefe Avenue
New Orleans, Louisiana  70113
(504) 581-4892
(504) 561-6024 (fax)
Email:  lflemming@hhklawfirm.com
www.hhklawfirm.com

# CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee.  Please do not read, copy, or disseminate it unless you are the addressee.  If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender.  Also, we would appreciate your forwarding the message back to us and deleting it from your system.  Thank you.