UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

*Eldon B. Manwill vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:16-cv-3540

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel herby informs the Honorable Court of the death of the Plaintiff, Eldon B. Manwill.

Dated: July 12, 2016                     Respectfully Submitted,

                                         Kirkendall Dwyer, LLP

                                         By: */s/ Andrew F. Kirkendall*
                                         Andrew F. Kirkendall
                                         Texas Bar No. 24050882
                                         Alexander G. Dwyer
                                         Texas Bar No. 24054271
                                         Kirkendall Dwyer LLP
                                         4343 Sigma Rd., STE 200
                                         Dallas, TX 75244
                                         Phone: 214-271-4027
                                         Fax: 214-253-0629
                                         ak@kirkendalldwyer.com
                                         ad@kirkendalldwyer.com

                                         *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 12th day of July 2016.

                                                Kirkendall Dwyer, LLP
                                                By: */s/ Andrew F. Kirkendall*
                                                Andrew F. Kirkendall
                                                Texas Bar No. 24050882
                                                Alexander G. Dwyer
                                                Texas Bar No. 24054271
                                                Kirkendall Dwyer LLP
                                                4343 Sigma Rd., STE 200
                                                Dallas, TX 75244
                                                Phone: 214-271-4027
                                                Fax: 214-253-0629
                                                ak@kirkendalldwyer.com
                                                ad@kirkendalldwyer.com

                                                ***Attorney for Plaintiffs***