**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUSIANA**

| | |
|---|---|
| ) | |
| IN RE: XARELTO (RIVAROXABAN) ) | MDL 2592 |
| PRODUCTS LIABILITY LITIGATIONS ) | |
| ) | SECTION L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |

**NONPARTY PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF
AMERICA'S REQUEST FOR ORAL ARGUMENT REGARDING PLAINTIFFS'
MOTION TO COMPEL DISCOVERY**

TO THE HONORABLE JUDGE OF SAID COURT:

On this date, Nonparty Pharmaceutical Research and Manufacturers of America ("PhRMA") filed its opposition to the Plaintiff Steering Committee's Motion to Compel Discovery.

Plaintiffs filed a notice of submission requesting the matter be set before the Honorable Judge Eldon E. Fallon, United States Judge for the Eastern District of Louisiana, on July 20, 2016, at 9:00 a.m., or as soon thereafter as counsel may be heard.

Pursuant to Local Rule 78.1 of the United States District Court for the Eastern District of Louisiana, PhRMA respectfully requests that the Motion be set for oral argument. The undersigned believes that oral argument will assist this Honorable Court in the determination of the issues raised by the Plaintiffs' Motion.

Respectfully submitted,

/s/ Daniel S. Pariser
Daniel S. Pariser
ARNOLD & PORTER LLP

601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:  202.942.5000
Facsimile:  202.942.5999

*Attorney for PhRMA*