## **CERTIFICATE OF SERVICE**

I, Daniel Pariser, hereby certify that on July 12, 2016, a true and correct copy of Nonparty Pharmaceutical Research and Manufacturers of America (PhRMA)'s Request for Oral Argument Regarding Plaintiffs' Motion to Compel Discovery was filed electronically on the court's CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  July 12, 2016                                                                  /s/ Daniel Pariser