UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Hall v. Janssen Research & Development, et al.*;<br>Civil Case No.: 2:15-cv-00412 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

### UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW, Plaintiff, Diana Hall, individually and as Personal Representative of the Estate of Sigrid Hall, by and through her undersigned attorneys and pursuant to Federal Rule of Civil Procedure 15, and respectfully seeks leave to amend her complaint to add Bayer Pharma AG as a party Defendant and otherwise adopt the Plaintiff Steering Committee's Exemplar Complaint filed in this Court in PTO 11D. At the time of original filing, PTO 11 had not been entered, and no exemplar complaint had been circulated. Plaintiff named and served all relevant Bayer entities except Bayer Pharma AG. Plaintiff now seeks to amend her Complaint to add Bayer Pharma AG and serve the company pursuant to PTO 10.

In support of her motion, Plaintiff states as follows: Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the opposing party's written consent or the Court's leave when justice so requires. On July 7, 2016, and July 8, 2016, Defendants' Liaison Counsel indicated via email correspondence that Defendants do not oppose Plaintiff's Amended Complaint.

WHEREFORE, Plaintiff prays that this Court enter the Proposed Order tendered herewith

granting leave to file the Amended Complaint and Jury Demand and directing the Clerk of the Court to enter the attached First Amended Complaint into the record of this matter.

          Respectfully submitted,

          *s/ Mitchell Theodore*
          KRISTIAN RASMUSSEN
          Alabama Bar No.: ASB-1068-R64R
          MITCHELL THEODORE
          Alabama Bar No.: ASB-6549-I00D
          CORY WATSON, P.C.
          2131 Magnolia Avenue
          Birmingham, AL 35205
          (205) 328-2200
          Fax: (205) 324-7896
          krasmussen@corywatson.com
          mtheodore@corywatson.com

          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

          *s/ Mitchell Theodore*
          Mitchell Theodore