UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>*Hall v. Janssen Research & Development, et al.*;<br>Civil Case No.: 2:15-cv-00412 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to File Amended Complaint filed by Plaintiffs is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter. ORDERED AND SIGNED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE