# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>HARRY WILLIAMS,<br><br>           Plaintiff,<br><br>           v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br><br>           Defendants | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br>Civil Action No.: 2:16-cv-1386<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Harry Williams and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Healthcare LLC. All other Defendants remain in the case. Costs and fees shall be borne by the party that incurred them.

Dated: July 13, 2016

                                        Respectfully submitted,

                                        /s/ Daniel J. Carr
                                      Joseph C. Peiffer, La. Bar # 26459
                                      Daniel J. Carr, La. Bar # 31088
                                      PEIFFER ROSCA WOLF
                                      ABDULLAH CARR & KANE
                                      A Professional Law Corporation
                                      201 St. Charles Avenue, Suite 4610
                                      New Orleans, Louisiana  70170-4600
                                      Telephone:  (504) 523-2434
                                      Facsimile:  (504) 523-2464
                                      Email: dcarr@prwlegal.com

      Michael B. Lynch, Esq.
      THE MICHAEL BRADY LYNCH FIRM
      127 West Fairbanks Ave. #528
      Winter Park, Florida 32789
      Office: (877) 513-9517
      Fax: (321) 972-3568
      Cell: (321) 239-8026
      Email: michael@mblynchfirm.com
      *Attorneys for the Plaintiff*

      Andrew K. Solow
      Steven Glickstein
      KAYE SCHOLER LLP
      250 West 55th Street
      New York, New York 10019-9710
      Telephone: (212) 836-8000
      Facsimile: (212) 836-8689
      andrew.solow@kayescholer.com
      steven.glickstein@kayescholer.com
      *Attorneys for Defendant Bayer HealthCare LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 13, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      By:   */s/ Daniel J. Carr*

          Daniel J. Carr
          Attorney for Plaintiff