UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: MOHAMMAD GHAZVINI,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG,<br><br>Defendants | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:16-cv-1526<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT BAYER HEALTHCARE LLC WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Mohammad Ghazvini and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Healthcare LLC. All other Defendants remain in the case. Costs and fees shall be borne by the party that incurred them.

Dated: July 13, 2016

Respectfully submitted,

/s/ Daniel J. Carr
Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170-4600
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
Email: dcarr@prwlegal.com

2

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com
*Attorneys for the Plaintiff*


Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
steven.glickstein@kayescholer.com
Attorneys for Defendant Bayer HealthCare LLC


**CERTIFICATE OF SERVICE**

    I hereby certify that on July 13, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


By:     /s/ *Daniel J. Carr*

        Daniel J. Carr
        Attorney for Plaintiff

2