UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
_____

| | |
|---|---|
| LEROY GRAHAM AS ADMINISTRATOR OF THE ESTATE OF ELLA GRAHAM, DECEASED,<br><br>       Plaintiffs,<br><br>       v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC; JOHNSON & JOHNSON; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC.; BAYER CORPORATION; BAYER HEALTHCARE AG; BAYER PHARMA AG; BAYER AG; BAYER HEALTHCARE LLC; BAYER HEALTHCARE PHARMACEUTICALS INC.; AND FICTITIOUS DEFENDANTS 1-100,<br><br>       Defendants. | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.<br>2:16-cv-6751-EEF-MBN |

## **MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE**

COME NOW the Plaintiffs, by and through the undersigned counsel, JUSTINIAN PLLC, and respectfully requests an extension of time of thirty (30) days, to complete service pursuant to the provisions of Pre Trial Order 10.

Plaintiffs require this additional time to ensure that the requirements of Pre Trial Order 10 for streamlined service of certain Defendants are met. This request is made for good cause and not for the purpose of delay.

Plaintiffs thus pray that this Court enter an Order granting the motion for extension of time, and allowing Plaintiffs an additional thirty (30) days to comply with the provisions of Pre Trial Order 10.

1

Dated this 13th day of July, 2016.

    Respectfully submitted,

    s/ Amber M. Pang Parra.
    Amber M. Pang Parra, Esq.
    **JUSTINIAN PLLC**
    305 N. Heatherwilde Blvd Ste. 200
    Pflugerville, TX 78660
    Telephone: (512) 980-0000
    Facsimile:  (512) 852-1980
    Email: apangparra@justinianpllc.com
    Texas Bar. No. 24007924
    Hawaii Bar No. 7305
    ATTORNEYS FOR PLAINTIFFS