UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
_____

LEROY GRAHAM AS
ADMINISTRATOR OF THE ESTATE OF ELLA
GRAHAM, DECEASED,

|  |  |
|---|---|
| Plaintiffs, | MDL No. 2592 |
| v. | SECTION: L<br>JUDGE FALLON |
| JANSSEN RESEARCH &<br>DEVELOPMENT, LLC; JOHNSON &<br>JOHNSON; JANSSEN ORTHO, LLC; JANSSEN<br>PHARMACEUTICALS, INC.; BAYER<br>CORPORATION; BAYER HEALTHCARE AG;<br>BAYER PHARMA AG; BAYER AG; BAYER<br>HEALTHCARE LLC; BAYER HEALTHCARE<br>PHARMACEUTICALS INC.; AND FICTITIOUS<br>DEFENDANTS 1-100, | MAG. JUDGE NORTH<br><br>Civil Action No.<br>2:16-cv-6751-EEF-MBN |
| Defendants. | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE

THIS MATTER is before the Court upon Plaintiffs' Motion for Extension of Time to Complete Service.

Plaintiffs request an extension of time of thirty (30) days, to complete service pursuant to the provisions of Pre Trial Order 10.

The Court finds that this Motion should be GRANTED and that Plaintiffs' should have an extension of time of thirty (30) days from the date of entry of this Order to comply with the provisions of Pre Trial Order 10 for streamlined service of certain Defendants.

SO ORDERED.

1

Dated this ____ day of July, 2016.


_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE