UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION    :    MDL No. 2592
                                 :
                                 :    SECTION L
                                 :    JUDGE ELDON E. FALLON
                                 :    MAGISTRATE JUDGE NORTH
                                 :
_____   :    JURY TRIAL DEMANDED

**THIS DOCUMENT RELATES TO:**

**MILAN VOJNOVICH**
**Civil Action No. : 2:15-cv-04430**

## NOTICE OF SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD:

     Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Daniel Vojnovich, as Personal Representative of the Estate of Milan Vojnovich, by and through the undersigned counsel, hereby informs the Honorable Court of the death of the Plaintiff, Milan Vojnovich.

Dated: This 13th day of July, 2016.

                          Respectfully submitted,

                          <u>/s/ C. Andrew Childers</u>
                          C. Andrew Childers
                          Georgia Bar No. 124398
                          **CHILDERS, SCHLUETER & SMITH, LLC**
                          1932 North Druid Hills Road, NE
                          Suite 100
                          Atlanta, Georgia 30319
                          (404) 419-9500 – telephone
                          (404) 419-9501 – facsimile
                          achilders@cssfirm.com

                          *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Notice of Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

/s/ C. Andrew Childers
C. Andrew Childers
Georgia Bar No. 124398
**CHILDERS, SCHLUETER & SMITH, LLC**
1932 North Druid Hills Road, NE
Suite 100
Atlanta, Georgia 30319
(404) 419-9500 – telephone
(404) 419-9501 – facsimile
achilders@cssfirm.com

*Attorneys for Plaintiff*