UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :     MDL No. 2592
                                       :
                                       :     SECTION L
                                       :     JUDGE ELDON E. FALLON
                                       :     MAGISTRATE JUDGE NORTH
                                       :
_____    :     JURY TRIAL DEMANDED

**THIS DOCUMENT RELATES TO:**
**MILAN VOJNOVICH v. Janssen Research**
**& Development, LLC et al.**
**Civil Action No. : 2:15-cv-04430**

## MOTION TO SUBSTITUTE PLAINTIFF

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please notice that:**

COMES NOW Daniel Vojnovich, as Personal Representative of the Estate of Milan Vojnovich, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 25, and with consent of all parties, and herby files this Motion to Substitute Plaintiff to correct the proper Plaintiff party in this matter and amend the case caption, and respectfully shows the Court as follows:

The original Plaintiff to this action, Milan Vojnovich, passed away on November 8, 2015, as reported to the Court in the Suggestion of Death filed on June 30, 2016.  On May 27, 2016, the District Court in Clark County, in the State of Nevada appointed Daniel Vojnovich as Personal Representative of the Estate of Milan Vojnovich.  A copy of the Clark County Court's Order

1

attached hereto as Exhibit A. Daniel Vojnovich, as Personal Representative of the Estate of Milan Vojnovich, hereby moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to be substituted as the named party in place of Milan Vojnovich.

WHEREFORE, Daniel Vojnovich, as Personal Representative of the Estate of Milan Vojnovich, prays that this Motion to Substitute Plaintiff be granted, and that the Court direct the Clerk to amend the caption to reflect the proper party, or in the alternative, that the Court grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated: This 13th day of July, 2016

Respectfully submitted,

/s/ C. Andrew Childers
C. Andrew Childers
Georgia Bar No. 124398
**CHILDERS, SCHLUETER & SMITH, LLC**
1932 North Druid Hills Road, NE
Suite 100
Atlanta, Georgia 30319
(404) 419-9500 – telephone
(404) 419-9501 – facsimile
achilders@cssfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute Party has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

/s/ C. Andrew Childers
C. Andrew Childers
Georgia Bar No. 124398
**CHILDERS, SCHLUETER & SMITH, LLC**
1932 North Druid Hills Road, NE
Suite 100
Atlanta, Georgia 30319
(404) 419-9500 – telephone
(404) 419-9501 – facsimile
achilders@cssfirm.com

*Attorneys for Plaintiff*

# EXHIBIT A

Electronically Filed
05/27/2016 04:08:21 PM

CLERK OF THE COURT

1  LETT
2  SHIRLEY A. DERKE, ESQ.
   Nevada Bar No. 2686
3  627 S. Seventh St.
   Las Vegas, NV 89101
4  702-388-0545
   shirley@derke.lvcoxmail.com
5  Attorney for the Estate
6
7                DISTRICT COURT
8              CLARK COUNTY, NEVADA
9                    * * *
10
11 In the Matter of the Estate of      )
                                       )
12 MILAN VOJNOVICH,                    )   Case No. P-16-087473-E
                                       )   Dept. PCI
13         Deceased.                   )   Date:
   _____ )   Time:
14

## LETTERS OF SPECIAL ADMINISTRATION

16   On May 26, 2016 the Court entered an Order appointing DANIEL VOJNOVICH and

17 SHIRLEY A. DERKE, ESQ. as Co-Special Personal Representatives of the Decedent's estate.

18   The order includes a directive for no bond and any liquid assets be placed in the trust account

19 of Shirley A. Derke, Esq.

20   The Special Personal Representative, having duly qualified, may act and have the authority

22 and duties of Special Personal Representative and more specifically as stated in the order attached

23 hereto.

24   In testimony of which, I have this date signed these letters and affixed the seal of the Court.

25
                              EDWARD FRIEDLAND, CLERK OF COURT
26
                              By: _____
27                            Deputy Clerk                Date 5-27-16
                              Page 1 of 3    LISAMARIE VAQUERO
28

## OATH

I, SHIRLEY A. DERKE, ESQ., whose mailing address is 627 S. Seventh St., Las Vegas, NV 89101, solemnly affirm that I will faithfully perform according to law the duties of Special Personal Representative, and that all matters stated in any petition or paper filed with the Court by me are true of my own knowledge or, if any matters are stated on information and belief, I believe them to be true.

_____
SHIRLEY A. DERKE, ESQ.

Subscribed and Sworn to before on May 27, 2016

_____
NOTARY PUBLIC
COUNTY OF CLARK
STATE OF NEVADA



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
YADIRA ROMERO
No: 05-97112-1
My Appointment Expires April 10, 2017

1  STATE OF CALIFORNIA )
                       ) ss:
2  COUNTY OF RIVERSIDE )

                              OATH

3

4

   I, DANIEL J. VOJNOVICH whose mailing address is 25123
5
   Parkcrest Dr., Murrieta, California 92562, solemnly affirm that I
6
   will faithfully perform according to law the duties of Special
7
   Personal Representative, and that all matters stated in any
8
   petition or paper filed with the Court by me are true of my own
9
   knowledge or, if any matters are stated on information and belief,
10
   I believe them to be true.
11

12
                                        _____
13                                      DANIEL J. VOJNOVICH

14 Subscribed and Sworn to before
   me this 2nd day of May 2016.
15

16 _____        ALEJANDRA VIVAS
   NOTARY PUBLIC                          COMM. # 2062249
                                          NOTARY PUBLIC - CALIFORNIA
17                                        RIVERSIDE COUNTY
                                          COMM. EXPIRES MARCH 24, 2018

18

19

20

21

22

23

24

25

26

27

28

                              Page 3 of 3