UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
: JUDGE ELDON E. FALLON
: MAGISTRATE JUDGE NORTH
:
_____: **JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**MILAN VOJNOVICH**
**Civil Action No.: 2:15-cv-04430**

## PROPOSED ORDER

The Motion of Daniel Vojnovich, as Personal Representative of the Estate of Milan Vojnovich, to Substitute Plaintiff pursuant to Rule 25(a)(1) having come before the Court, and the Court having reviewed the same and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Daniel Vojnovich, as Personal Representative of the Estate of Milan Vojnovich, is substituted for Plaintiff Milan Vojnovich as the party Plaintiff in this action. The Clerk is hereby directed to amend the caption of this case to reflect Daniel Vojnovich, as Personal Representative of the Estate of Milan Vojnovich as the party Plaintiff in this matter.

Signed, New Orleans, Louisiana this ___ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge