UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

DIANE BROADNAX

Case No: 2:16-cv-03141

## MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, Diane Broadnax, by and through undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the alleged Plaintiff Fact Sheet ("PFS") deficiencies herein. The current deadline provides an insufficient amount of time for Plaintiff to comply. Accordingly, Plaintiff requests an extension of the deadline for sixty (60) days from the date of the Court's order on this motion.

In support of this motion, Plaintiff has attached a Memorandum in Support. Specifically, Plaintiff has diligently requested the signed Declaration necessary to respond to the alleged PFS deficiency, but the Declaration has not been received. This is Plaintiff's first request for an extension of the deadline to respond to alleged PFS deficiencies.

An extension of time is not sought for delay. An extension is sought so that justice may be served.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant this Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies; to enter an Order extending the deadline to satisfy PFS deficiencies for sixty (60) days from the date of the Order; and for such further relief deemed just and proper under the circumstances.

Signed: July 13, 2016

Respectfully submitted,

**THE MONSOUR LAW FIRM**

By: /s Douglas C. Monsour, Esq.
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
Katy Krottinger
Texas Bar No. 24077251
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on July 13, 2016.

**THE MONSOUR LAW FIRM**

By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
404 North Green Street
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com