UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :    MDL No. 2592
                                   :
                                   :    SECTION L
                                   :
                                   :    JUDGE ELDON E. FALLON
                                   :
_____:    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

DIANE BROADNAX

Case No: 2:16-cv-03141

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, Diane Broadax, by and through undersigned counsel of record, and in support of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies, states as follows:

1. Plaintiff's complaint was filed on or about April 7, 2016 directly in the MDL Court as part of a multi-plaintiff complaint (2:16-cv-02912). Pursuant to the severance order entered therein, a Short Form Complaint was filed and the Plaintiff's individual case number is 2:16-cv-03141.

2. While the Plaintiff has substantially complied with providing the other Plaintiff Fact Sheet (hereinafter "PFS") information and has uploaded her responses for defense counsel to the MDL Centrality website, Plaintiff has had significant difficulty obtaining signed Declaration and Authorization, due in part to the fact that Plaintiff is in very poor health, and requests additional time to obtain and

upload the above mentioned documents and provide any remaining responses to the PFS.

3. Plaintiff received the current deficiency from Defendants on June 24, 2016 and the response to said deficiency is currently due on July 13, 2016.

4. Plaintiff's Counsel has made continual efforts to receive the necessary records to respond to the Notice of Deficiency, and although such efforts have not produced the necessary records to respond to the Deficiency yet, there are currently pending record requests.

5. Therefore, Plaintiff needs some additional time to satisfy the PFS Deficiencies, as she awaits the signed Declaration and Authorizations, and Counsel respectfully requests an additional sixty (60) days to satisfy the PFS Deficiencies from the date of the order entered on Plaintiff's Motion for Extension of Time.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that this Court grant Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies and for any further orders deemed just and proper under the circumstances

Signed: July 13, 2016           Respectfully submitted,

**THE MONSOUR LAW FIRM**

By: /s *Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
Katy Krottinger
Texas Bar No. 24077251
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com

**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on July 13, 2016.

                         **THE MONSOUR LAW FIRM**

                         By: */s Douglas C. Monsour, Esq.*
                         **Douglas C. Monsour, Esq.**
                         404 North Green Street
                         Longview, TX 75601
                         Phone (903) 758-5757
                         Fax (903) 230-5010
                         Email: doug@monsourlawfirm.com