UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> : <br> _____ : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

DIANE BROADNAX

Case No: 2:16-cv-03141

**NOTICE OF SUBMISSION**

COMES NOW Plaintiff, Diane Broadnax, by and through undersigned counsel, and files this Notice of Submission of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies before the Honorable Judge Eldon E. Fallon.

Signed: July 13, 2016                                       Respectfully submitted,

                                                            THE MONSOUR LAW FIRM

                                                            By: /s Douglas C. Monsour, Esq.
                                                            **Douglas C. Monsour, Esq.**
                                                            Texas Bar No. 00791289
                                                            Katy Krottinger
                                                            Texas Bar No. 24077251
                                                            404 North Green Street
                                                            PO Box 4209
                                                            Longview, TX 75601
                                                            Phone (903) 758-5757
                                                            Fax (903) 230-5010
                                                            Email: doug@monsourlawfirm.com
                                                            **Attorney for Plaintiff**