UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION        :
                                     :   SECTION L
                                     :
                                     :   JUDGE ELDON E. FALLON
                                     :
                                     :   MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

ERIC MOORE v. JANSSEN
PHARMACEUTICALS, INC., et al

No. 2:15-cv-04739

## ORDER

Considering the foregoing Motion to Substitute:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that CYNTHIA MOORE, on behalf of her deceased spouse, ERIC MOORE, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this __13th__ day of _____July_____, 2016.

_/s/ Eldon E. Fallon_
Eldon E. Fallon, United States District Court Judge