UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION      :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
                                   :   MAGISTRATE JUDGE NORTH

**JURY TRIAL DEMANDED**

THIS DOCUMENT RELATES TO:

MARY L. CLARK v. JANSSEN
PHARMACEUTICALS, INC., et al

No. 2:15-cv-03381

## ORDER

Considering the foregoing Motion to Substitute:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that ANNA CLARK, on behalf of her deceased mother, MARY L. CLARK, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this 13th day of July, 2016.

_____
Eldon E. Fallon, United States District Court Judge