UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) } MDL No. 2592
}
PRODUCTS LIABILITY LITIGATION } SECTION L
} JUDGE FALLON
} MAG. JUDGE NORTH
}

This Document relates to:

*Eldon B. Manwill vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:16-cv-3540

### ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion to Substitute Party, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED, and that Brenda Manwill, widow of and successor to Eldon B. Manwill, is substituted as Plaintiff in this action

Dated: July 11th, 2016

Hon. Eldon E. Fallon
United States District Court Judge

cc: Al counsel of record