UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION: L** |
| **This Document Relates To:** *Hall v. Janssen Research & Development, et al.*; Civil Case No.: 2:15-cv-00412 | **JUDGE FALLON** |
| | **MAG. JUDGE NORTH** |

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to File Amended Complaint filed

by Plaintiffs is hereby GRANTED, and the Clerk of Court is ordered to file the Amended

Complaint into the record in this matter. ORDERED AND SIGNED this __13th__ day of

_____July_____, 2016.

_____

UNITED STATES DISTRICT JUDGE