UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>JACK STEELEY<br><br>Case #: 2:16-cv-1319 | |

## NOTICE OF DEATH

Counsel for Plaintiff hereby notifies the Court of the death of the Plaintiff, JACK STEELEY. A copy of the Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached as Attachment #1. Plaintiff is survived by his spouse, Marie Goforth, and counsel for Plaintiff is filing a Motion to Substitute Party contemporaneously with this notice.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: July 14, 2016

                                                FREEDLAND HARWIN VALORI, PL
                                                110 SE 6th Street, Suite 2300
                                                Ft. Lauderdale, FL 33301
                                                Tel:    954-467-6400
                                                Fax:    954-670-2530

                                                __/s/ Aaron Rothenberg_____
                                                RAYMOND VALORI
                                                Fla. Bar #: 33200
                                                Ray@westonlawyers.com
                                                AARON ROTHENBERG
                                                Fla. Bar #: 99634
                                                Aaron@westonlawyers.com