# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

### DEPARTMENT OF STATE HEALTH SERVICES
### VITAL STATISTICS UNIT

MAR 28 2016

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER 142-16-041024

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last) (Maiden): JACKY EUGENE STEELEY
2. DATE OF DEATH ACTUAL OR PRESUMED (mm-dd-yyyy): MARCH 23, 2016
3. SEX: MALE
4. DATE OF BIRTH (mm-dd-yyyy): 1933
5. AGE-Last Birthday (Years): 82
6. BIRTHPLACE (City & State or Foreign Country): HULBERT, OK
7. SOCIAL SECURITY NUMBER: ###-##-4165
8. MARITAL STATUS AT TIME OF DEATH: ☒ Married
9. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage): MARIE PICKUP
10a. RESIDENCE STREET ADDRESS: 1906 DIAMOND RIDGE
10c. CITY OR TOWN: LAMPASAS
10d. COUNTY: LAMPASAS
10e. STATE: TEXAS
10f. ZIP CODE: 76550
10g. INSIDE CITY LIMITS? ☒ Yes
11. FATHER'S NAME PRIOR TO FIRST MARRIAGE: ALBERT P. STEELEY
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: THELMA JOHNSON
13. PLACE OF DEATH (CHECK ONLY ONE): ☒ Inpatient
14. COUNTY OF DEATH: LAMPASAS
15. CITY/TOWN, ZIP: LAMPASAS, 76550
16. FACILITY NAME: ROLLINS BROOK COMMUNITY HOSPITAL
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: MARIE GOFORTH STEELEY - WIFE
18. MAILING ADDRESS OF INFORMANT: P.O. BOX 406, LAMPASAS, TX 76550
19. METHOD OF DISPOSITION: ☒ Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: MARK SNEED, BY ELECTRONIC SIGNATURE - 3318
21. Section 6, Block 6, Lot 68, Space 5
22. PLACE OF DISPOSITION: OAK HILL CEMETERY
23. LOCATION (City/Town, and State): LAMPASAS, TX
24. NAME OF FUNERAL FACILITY: SNEED FUNERAL CHAPEL
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 201 EAST THIRD STREET, LAMPASAS, TX 76550
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: MARK S. LANE, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED (mm-dd-yyyy): MARCH 24, 2016
29. LICENSE NUMBER: G8229
30. TIME OF DEATH (Actual or presumed): 05:15 AM
31. PRINTED NAME, ADDRESS OF CERTIFIER: MARK S. LANE, 207 W. AVENUE E, LAMPASAS, TX 76550
32. TITLE OF CERTIFIER: MD

33. PART 1. ENTER THE CHAIN OF EVENTS — DISEASES, INJURIES, OR COMPLICATIONS — THAT DIRECTLY CAUSED THE DEATH.

| | Cause | Approximate interval Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | ACUTE ISCHEMIC STROKE | 2 DAYS |
| b. | CORONARY ARTERY DISEASE | YEARS |
| c. | ATRIAL FIBRILLATION | YEARS |
| d. | | |

34. WAS AN AUTOPSY PERFORMED? ☒ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ Unknown
38. IF FEMALE: 
39. IF TRANSPORTATION INJURY, SPECIFY:
40a. DATE OF INJURY:
40c. INJURY AT WORK? ☒ No
40e. LOCATION:
40f. COUNTY OF INJURY:
41. DESCRIBE HOW INJURY OCCURRED:

42a. REGISTRAR FILE NO.: 01-033
42b. DATE RECEIVED BY LOCAL REGISTRAR: MARCH 28, 2016
42c. REGISTRAR: LAMPASAS COUNTY CLERK, ELECTRONICALLY FILED

EDR NUMBER 000001874322

VS-112 REV-1/2006

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED MAR 28 2016



GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE