LT-1 - LETTERS TESTAMENTARY - Class 3　　　　　　　　　　　　　　　　BEAR GRAPHICS, INC. 1-800-325-8094

# Letters Testamentary

No. 6785

**The State of Texas**　　　**In County Court**

County of ___Lampasas___

___Lampasas___ County, Texas

I, ___Connie Hartmann___ Clerk of the County Court of ___Lampasas___ County, Texas, do hereby certify that on the ___21st___ day of ___April___ A.D. ___2016___ ___Marie Goforth___ was by said court granted Letters Testamentary of the Estate of ___Jack Eugene Steeley,___ deceased and that ___she___ has duly qualified as * ___Independent___ Execut___or___ of said Estate on the ___21st___ day of ___April___ A.D. ___2016___ as the law requires, and that said appointment is still in full force and effect.

Witness my hand and seal of said court, at ___Lampasas___, Texas, this ___21st___ day of ___April___ A.D. 2016

　　　　　　　　　　　　　　___Connie Hartmann___ Clerk

(SEAL)　　　County Court, ___Lampasas___ County, Texas.

　　　　　　By ___[signature]___ Deputy

*Insert "Independent" When Applicable

Attorney @ Law
Marten Millican Cooley

Jackie Baltrusch

512 East 4th
Lampasas, Texas
76550

512-556-6226

## WHAT CONSTITUTES LETTERS

Letters Testamentary or of Administration shall be a Certificate of the Clerk of the Court granting the same, attested by the seal of such Court, and stating that the Executor or Administrator, as the case may be, has duly qualified as such as the law requires, the date of such qualification and the name of the deceased. (Sec. 183, Texas Probate Code)

LT-1

No. 6785

Estate of

Jack Eugene Steeley,

——————— Deceased

**Letters Testamentary**

To

Marie Goforth

As Independent Executor

Issued the 21st day of April A.D. 2016

Connie Hartmann　　Clerk

County Court, Lampasas County, Texas

By /s/ _____ Deputy

BEAR GRAPHICS, INC. 1-800-325-6084