UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO: GERALD DELONZOR, AS ADMINISTRATOR OF THE ESTATE OF DIANA DELONZOR, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-4032

MOTION TO AMEND CASE CAPTION

COMES NOW counsel for Plaintiff, Gerard DeLonzor, Administrator of the Estate of Diana DeLonzor, Deceased, and pursuant to Rule 10 of the *Federal Rules of Civil Procedure*, respectfully moves to amend the above-captioned matter to reflect the correct spelling of the Plaintiff's name, as by clerical error the Plaintiff's first name is listed erroneously as "GERALD" in the case caption. The Plaintiff's first name is correctly spelled as "GERARD". The Plaintiff respectfully requests the case caption be amended to read:

GERARD DELONZOR, ADMINISTRATOR OF THE ESTATE OF DIANA DELONZOR, DECEASED,
   Plaintiff,
vs.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, and BAYER AG,
   Defendants.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an order granting the Plaintiff's request to amend the case caption.

Respectfully submitted this the 14th day of July 2016.

/s/ *N. Victoria Ebrahimi*
ASB-5251-W40P
N. Victoria Ebrahimi

The Frankowski Firm, LLC
231 22nd Street South, Suite 203
Birmingham, Alabama 35233
Phone: 205.390.0399
Fax: 205.390.1001
richard@frankowskifirm.com
victoria@frankowskifirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July 2016, a copy of the above and foregoing Motion to Amend Case Caption has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *N. Victoria Ebrahimi*
OF COUNSEL