UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| | ) | JURY TRIAL DEMANDED |

THIS DOCUMENT RELATES TO: GERALD DELONZOR, AS ADMINISTRATOR OF THE ESTATE OF DIANA DELONZOR, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-4032

NOTICE OF SUBMISSION OF PLAINTIFF'S MOTION TO AMEND CASE CAPTION

COMES NOW Plaintiff, Gerard DeLonzor, as Administrator of the Estate of Diana DeLonzor, Deceased, by and through his undersigned counsel, and files this Notice of Submission of Plaintiff's Motion to Amend Case Caption.

Respectfully submitted this the 14th day of July 2016.

/s/ N. Victoria Ebrahimi
ASB-5251-W40P
N. Victoria Ebrahimi

The Frankowski Firm, LLC
231 22nd Street South, Suite 203
Birmingham, Alabama 35233
Phone: 205.390.0399
Fax: 205.378.8661

victoria@frankowskifirm.com

CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of July 2016, a copy of the above and foregoing Notice of Submission of Plaintiff's Motion to Amend Case Caption has contemporaneously with

or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *N. Victoria Ebrahimi*
OF COUNSEL