UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | SECTION: L |
| ) | JUDGE ELDON E. FALLON |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |

THIS DOCUMENT RELATES TO: GERALD DELONZOR, AS ADMINISTRATOR OF THE ESTATE OF DIANA DELONZOR, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-4032

MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND CASE CAPTION

Plaintiff files this Memorandum in Support of Plaintiff's Motion to Amend Case Caption in the above referenced matter as the case caption currently does not accurately reflect the name of the Plaintiff.

ARGUMENT

Federal Rule of Civil Procedure 10 states the "title of the complaint must name all the parties." Due to a clerical error not discovered until after filing of the Complaint, the Plaintiff's first was erroneously listed as "Gerald" in the case caption. The Plaintiff's first name is correctly spelled as "Gerard". To be in compliance with Rule 10 and correctly name all parties, Plaintiff respectfully requests the case caption be amended to read:

GERARD DELONZOR, ADMINISTRATOR OF THE ESTATE OF DIANA DELONZOR, DECEASED,
   Plaintiff,
vs.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.,  JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, and BAYER AG,

Defendants.

Because of the clerical error, the case caption does not accurately reflect the Plaintiff's name. The only relief Plaintiff is requesting is the correction of his first name on the case caption of this matter. Plaintiff's reached out to lead Defense Counsel via email on June 21, 2016 and on July 6, 2016 regarding this motion but has yet to receive a response. Accordingly, Plaintiff is unable to file this motion by consent.

## CONCLUSION

For the reasons set forth in detail in the accompanying Memorandum, Plaintiff respectfully requests that this Honorable Court grant his Motion to Amend Case Caption.

Respectfully submitted this the 14th day of July 2016.

/s/ *N. Victoria Ebrahimi*
ASB-5251-W40P
N. Victoria Ebrahimi

The Frankowski Firm, LLC
231 22nd Street South, Suite 203
Birmingham, Alabama 35233
Phone: 205.378.8661
Fax: 205.390.1001
victoria@frankowskifirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July 2016, a copy of the above and foregoing Motion to Amend Case Caption has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *N. Victoria Ebrahimi*
OF COUNSEL