# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Jo Ann Pryzbelinski v. Janssen Research & Development LLC, et al;* **Case No.: 2:16-cv-03255**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Lisa Stewart, as executor of the estate of Jo Ann Przybelinski, is substituted for Plaintiff Jo Ann Przybelinski, in the above captioned cause.

Dated: _____     _____
                                                                Hon. Eldon E. Fallon
                                                                United States District Court Judge