**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL NO. 2592** |
| ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | **SECTION L** |
| ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **MAG. JUDGE NORTH** |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Tiffany Curry v. Janssen Research & Development LLC, et al;* **Case No.: 2:16-cv-06925**

## MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Mattie Page on behalf of her deceased daughter, Tiffany Curry.

1. Tiffany Curry filed a products liability lawsuit against defendants on May 9, 2016.

2. Subsequently, plaintiffs' counsel learned that Tiffany Curry died.

3. Tiffany Curry's products liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on July 7, 2016, attached hereto.

5. Mattie Page, surviving mother of Tiffany Curry, is a proper party to substitute for plaintiff-decedent Tiffany Curry and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: July 14, 2016                                        Respectfully submitted,

**JENSEN & ASSOCIATES**
1024 N. Main Street
Fort Worth, TX  76164
Telephone:  (817) 34-0762
Fax:  (817) 334-0110
bhs@jensen-law.com

/s/ Brandon H. Steffey
Brandon H. Steffey
Texas Bar No.: 24047207

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 14th day of July, 2016.

/s/ Brandon H. Steffey
Brandon H. Steffey