UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*Tiffany Curry v. Janssen Research & Development LLC, et al;* **Case No.: 2:16-cv-06925**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Mattie Page, as a surviving mother and personal representative of the estate of Tiffany Curry, is substituted for Plaintiff Tiffany Curry, in the above captioned cause.

Dated: _____    _____
                                                                                Hon. Eldon E. Fallon
                                                                                United States District Court Judge