UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**This Document Relates to:**

*Dwight Jack v. Janssen Research & Development LLC, et al;* Case No.: 2:16-cv-06930

<u>MOTION TO SUBSTITUTE PARTY</u>

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Joyce Jack on behalf of her deceased husband, Dwight Jack.

1. Dwight Jack filed a products liability lawsuit against defendants on May 9, 2016.

2. Subsequently, plaintiffs' counsel learned that Dwight Jack died.

3. Dwight Jack's products liability action against defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on July 7, 2016, attached hereto.

5. Joyce Jack, surviving spouse of Dwight Jack, is a proper party to substitute for plaintiff-decedent Dwight Jack and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: July 14, 2016						Respectfully submitted,


							JENSEN & ASSOCIATES
							1024 N. Main Street
							Fort Worth, TX  76164
							Telephone:  (817) 34-0762
							Fax:  (817) 334-0110
							bhs@jensen-law.com


							/s/ Brandon H. Steffey
							Brandon H. Steffey
							Texas Bar No.: 24047207

							**ATTORNEY FOR PLAINTIFFS**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 14th day of July, 2016.


							/s/ Brandon H. Steffey
							Brandon H. Steffey