# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Dwight Jack v. Janssen Research & Development LLC, et al;* **Case No.: 2:16-cv-06930**

## **ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Joyce Jack, as a surviving spouse and personal representative of the estate of Dwight Jack, is substituted for Plaintiff Dwight Jack, in the above captioned cause.

Dated: _____     _____
                                          Hon. Eldon E. Fallon
                                          United States District Court Judge