UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE: SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:
*Phillips v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-00006*

## ORDER

This matter having come before the Court on Plaintiff's Motion for Extension of Time Within Which to Serve Process On Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, the Court having reviewed such and being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time Within Which to Serve Process On Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG is hereby **GRANTED**.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge