UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Raisa Shigunowa

2:16-cv-09517

## PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDCIE

Plaintiff Raisa Shigunowa, through undersigned counsel, respectfully requests the Court dismiss this action against all Defendants without prejudice. Defendants have been contacted to confirm they do not oppose this motion, but have not responded.

After the filing of the above-captioned action, counsel for Plaintiff learned that Ms. Shigunowa inadvertently signed attorney representation contracts with two different law firms, which resulted in two substantially similar cases being filed on Plaintiff's behalf. She signed with The Driscoll Firm, PC resulting in the filing of the above-captioned action (2:16-cv-09517) and she signed with Shaw Cowart, LLP resulting in the filing of action 2:16-cv-03648. The attorneys from the two firms have conferred and concluded that the appropriate action is to dismiss this case, Case No. 2:16-cv-09517, without prejudice, which will avoid unnecessary duplication of efforts on the part of both the plaintiff and the defendants. The dismissal of this action without prejudice will not otherwise affect any other pending action involving Ms. Shigunowa. Defendants have asserted no counterclaims. Counsel for Defendants has been

contacted to confirm whether they will oppose this motion, but have not responded to Plaintiff's counsel.

Plaintiff therefore respectfully requests that this Court enter an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure dismissing Case No. 2:16-cv-09517 without prejudice, with each party to bear their own costs.

Signed: July 15, 2016

Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
JOHN J. DRISCOLL (IL6276464)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
chris@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on July 15, 2016.

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
andrew@thedriscollfirm.com