# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Raisa Shigunowa

2:16-cv-09517

## ORDER

It is hereby ORDERED that Plaintiff Raisa Shigunowa's Motion to Voluntarily Dismiss Without Prejudice is granted.

This action is hereby DISMISSED without prejudice. Each party shall bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE