## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

---

IN RE: XARELTO (RIVAROXABAN)           )
PRODUCTS LIABILITY LITIGATION          )        MDL No. 2592
                                       )
                                       )        SECTION: L
                                       )
**This document relates to:**          )        JUDGE ELDON E. FALLON
*David Comeaux v. Janssen Research &*  )
*Development, LLC, et al.*             )
**Civil Action No. 2:16-cv-01145**     )        MAGISTRATE JUDGE NORTH
                                       )
_____ )

### UNOPPOSED MOTION TO CORRECT MISNOMER OF PLAINTIFF

Plaintiff moves to correct misnomer of Plaintiff.  Donald Comeaux was incorrectly listed as David Comeaux in the above captioned case.  Plaintiff moves for an order correcting misnomer and naming Donald Comeaux as Plaintiff.

WHEREFORE, for the foregoing reasons, Counsel for Plaintiff requests that an order of correction for misnomer of Plaintiff be entered naming Donald Comeaux as Plaintiff.

Respectfully submitted,

Date:  July 18, 2016                    *s/ Nathan C. VanDerVeer*_____
                                        Nathan C. VanDerVeer
                                        AL Bar No.: 7794-A63V
                                        **FARRIS, RILEY & PITT, LLP**
                                        The Financial Center, Suite 1700
                                        505 20th Street North
                                        Birmingham, Alabama 35203
                                        (205) 324-1212 phone
                                        (205) 324-1255 fax
                                        nate@frplegal.com

                                        *Attorney for the Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: July 18, 2016                                  */s/ Nathan C. VanDerVeer*
                                                      Nathan C. VanDerVeer