UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |
| **This document relates to:** *David Comeaux v. Janssen Research & Development, LLC, et al.* **Civil Action No. 2:16-cv-01145** | | |

**PLAINTIFFS' BRIEF IN SUPPORT OF
UNOPPOSED MOTION TO CORRECT MISNOMER OF PLAINTIFF**

Plaintiff, by and through his undersigned counsel, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, requests the Court to order the substitution of the correctly named Plaintiff in this case.

**FACTUAL BACKGROUND**

On February 6, 2016, this action was filed for injuries sustained by Plaintiff Donald Comeaux as a result of his exposure to Xarelto. A miscommunication within counsel's office led to the Plaintiff being misnamed as "David Comeaux" on the original complaint filed in this case.

The Complaint, however, is unambiguous with regard to the fact that it was Mr. Comeaux who sustained the injury. A Plaintiff Fact Sheet was timely served for Mr. Comeaux and his medical records have been provided to Defendants. Defendants do not oppose this motion.

Leave to amend a pleading "shall be freely given where justice so requires." Fed. R. Civ. P. 15(a). Rule 15(a) requires the Court to consider whether the movant would be prejudiced by

denial of leave to amend. *Reyna v. Flashtax, Inc.*, 162 F.R.D. 530, at 532 (S.D. Tex. 1995). The Court may consider a number of factors, including "undue prejudice to the opposing party by virtue of allowance of the amendment." *Forman v. Davis*, 371 U.S. 178 (1962). In *Reyna*, the Court granted Plaintiff's motion for leave to amend its complaint finding that the error in listing plaintiff as Reyna Fastax, Inc. instead of Raul Reyna d/b/a Rena Fastax Service was a misnomer and Defendant would not be prejudiced because Defendant had notice since the beginning of the lawsuit that plaintiff Reyna Fastax Service was partly owned and operated by the party to be substituted as plaintiff, Paul Reyna. *Reyna*, 162 F.R.D. 530, 532. The Court also noted that it would be unduly harsh on the Plaintiff to deny leave to amend because since the original Plaintiff did not exist and therefore cannot sue, denial of leave would effectively end the case before reaching the merits. *Id*.

Accordingly, Plaintiff respectfully requests that the Court Order the substitution of Donald Comeaux as Plaintiff in this case in place of "David Comeaux."

Respectfully submitted this 18th day of July 2016.

*/s/ Nathan C. VanDerVeer*
Nathan C. VanDerVeer
AL Bar No.: 7794-A63V
**FARRIS, RILEY & PITT, LLP**
The Financial Center, Suite 1700
505 20th Street North
Birmingham, Alabama 35203
(205) 324-1212 phone
(205) 324-1255 fax
nate@frplegal.com

*Attorney for the Plaintiff*