UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| **This document relates to:** ) | JUDGE ELDON E. FALLON |
| *Donald Comeaux v. Janssen Research &* ) | |
| *Development, LLC, et al.* ) | |
| **Civil Action No. 2:15-cv-05035** ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____ ) | |

# ORDER

The Court, after considering the Plaintiff's Unopposed Motion to Correct Misnomer of Plaintiff as well as any responses therto, finds the motion meritorious. It is therefore: ORDERED THAT Plaintiff Donald Comeaux be substituted for David Comeaux in the above captioned cause.

Dated: _____    _____
                                Hon. Eldon E. Fallon
                                United States District Court Judge