UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Talisha Molock

2:16-cv-102

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION
OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCY**

COMES NOW Plaintiff, Talisha Molock, by and through undersigned counsel of record, and in support of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies, states as follows:

1. Plaintiff's complaint was filed on or about December 30, 2015 directly in the MDL Court as part of a multi-plaintiff complaint (2:15-cv-7167) Pursuant to the severance order entered therein, a Short Form Complaint was filed and the Plaintiff's individual case number is 2:16-cv-102.

2. While the Plaintiff has substantially complied with providing the other Plaintiff Fact Sheet (hereinafter "PFS") information and has uploaded responses and authorizations for defense counsel to the MDL Centrality website, Plaintiff has had significant difficulty obtaining medical records from providers, and requests additional time to obtain and upload the same and provide any remaining responses to the PFS.

3. Plaintiff received the current deficiency from Defendants on June 28, 2016 and the response to said deficiency is currently due on July 18, 2016.

4.  Plaintiff's Counsel has made continual efforts to receive the necessary records to respond to the Notice of Deficiency, and although such efforts have not produced the necessary records to respond to the Deficiency yet, there are currently pending record requests. Plaintiff does note, however, that the only alleged deficiency herein is lack of proof of injury and that she has, in fact, submitted numerous records referencing a possible Xarelto-related injury. The currently pending records are anticipated to provide significant additional proof of her injury.

5.  The Plaintiff is currently aggressively pursuing a record request, which, upon information and belief, will produce records allowing Plaintiff to respond to the Notice of Deficiency.

6.  Therefore, Plaintiff needs some additional time to satisfy the PFS Deficiencies, as Plaintiff awaits the medical provider's response to the request for records, and Counsel respectfully requests an additional sixty (60) days to satisfy the PFS Deficiencies from the date of the order entered on Plaintiff's Motion for Extension of Time.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that this Court grant Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency and for any further orders deemed just and proper under the circumstances

Signed: July 18, 2016                    Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
JOHN J. DRISCOLL (IL6276464)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
chris@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on July 18, 2016.

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
andrew@thedriscollfirm.com