UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION:  L |
| JAMES THAD SITTON AND | ) | JUDGE FALLON |
| TASSIE SITTON CORBETT, | ) | |
| INDIVIDUALLY AND AS EXECUTRIX | ) | |
| OF THE ESTATE OF SUE COLE | ) | |
| SITTON, DECEASED | ) | |
| | ) | MAG. JUDGE NORTH |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JANSSEN RESEARCH & DEVELOPMENT | ) | |
| LLC f/k/a JOHNSON AND JOHNSON | ) | |
| PHARMACEUTICAL RESEARCH AND | ) | |
| DEVELOPMENT LLC, JANSSEN ORTHO | ) | JOINT MOTION FOR |
| LLC, JANSSEN PHARMACEUTICALS, | ) | WITHDRAWAL AND |
| INC. f/k/a JANSSEN PHARMACEUTICA | ) | SUBSTITUTION OF COUNSEL |
| INC. f/k/a ORTHO-MCNEIL-JANSSEN | ) | |
| PHARMACEUTICALS, INC., JOHNSON & | ) Civil Action No. 2:15-cv-02368 | |
| JOHNSON, BAYER  HEALTHCARE | ) | |
| PHARMACEUTICALS,  INC., | ) | |
| BAYER PHARMA AG, BAYER | ) | |
| CORPORATION, BAYER HEALTHCARE | ) | |
| LLC, BAYER HEALTHCARE AG, and | ) | |
| BAYER AG, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| _____ | ) | |
| | ) | |

Plaintiffs file this Joint Motion for Withdrawal and Substitution of Counsel, and would

respectfully show unto this Court as follows:

Plaintiffs request that attorneys Kenneth W. Lewis and W. Don Bush of BUSH LEWIS,

PLLC of 595 Orleans, Suite 500, Beaumont, Texas  77701, be granted leave to withdraw as counsel

1

of record for Plaintiffs.  Attorney Kenneth W. Lewis has passed away since the filing of this case.

Attorney W. Don Bush is now the managing partner of Bush Lewis, PLLC.

Plaintiffs further request the substitution of attorneys Ethan L. Shaw of SHAW COWART,

L.L.P. of 1609 Shoal Creek Boulevard, Suite 100, Austin, Texas  78701.

Attorney Ethan L. Shaw has conferred with W. Don Bush of Bush Lewis, PLLC, who is

not opposed to this Motion.

WHEREFORE, Plaintiffs respectfully request that Kenneth W. Lewis and W. Don Bush

of Bush Lewis, PLLC be granted leave to withdraw as counsel of record for Plaintiffs.  Plaintiffs

further request that Attorney Ethan L. Shaw of Shaw Cowart, L.L.P. be substituted.


Respectfully submitted,


By:    /s/Ethan L. Shaw
       Ethan L. Shaw, Esquire
       SHAW COWART, L.L.P.
       1609 Shoal Creek Blvd, Suite 100
       Austin, Texas  78701
       (Tel) (512) 499-8900
       (Fax) (512) 320-8906
       elshaw@shawcowart.com


By:    /s/ W. Don Bush
       W. Don Bush, Individually and on
       behalf of Kenneth W. Lewis, Deceased
       BUSH LEWIS, PLLC
       595 Orleans, Suite 500
       Beaumont, Texas  77701
       Tel. (409) 835-3521
       Fax. (409) 835-4194
       Don.B@bushlewis.com


Dated:  July 19, 2016

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 19, 2016, the foregoing document was filed and served upon all counsel of record via the Court's ECF system.


/s/ Ethan L. Shaw
Ethan L. Shaw