UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| | ) | SECTION:  L |
| JAMES THAD SITTON AND TASSIE SITTON CORBETT, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF SUE COLE SITTON, DECEASED | ) ) ) ) ) ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER  HEALTHCARE PHARMACEUTICALS,  INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JOINT MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL  Civil Action No. 2:15-cv-02368 |
| Defendants | ) ) ) ) | |

## **ORDER**

Upon consideration of the foregoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that Kenneth W. Lewis and W. Don Bush of Bush Lewis, PLLC are withdrawn as Plaintiffs' attorneys of record.

1

2

**IT IS FURTHER ORDERED** that Ethan L. Shaw of Shaw Cowart, L.L.P. is substituted as Plaintiffs' attorney of record.

**SIGNED** this _____ day of _____, 2016, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**