# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) |
| THIS DOCUMENT RELATES TO: KAMNI PRASAD, | ) SECTION: L ) JUDGE FALLON ) MAG. JUDGE NORTH |
| Plaintiff, | ) ) |
| v. | ) ) Civil Action No.: 2: 15-cv-4558 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, AND BAYER AG, | ) ) **STIPULATION OF DISMISSAL OF** ) **DEFENDANT BAYER HEALTHCARE LLC** ) **WITHOUT PREJUDICE** ) ) ) ) ) ) ) ) ) ) |
| Defendants | ) ) |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Kamni Prasad and Defendants hereby stipulate to the dismissal without prejudice of Defendant Bayer Healthcare LLC. All other Defendants remain in the case. Costs and fees shall be borne by the party that incurred them.

Dated: July 19, 2016

Respectfully submitted,

   /s/ Daniel J. Carr
Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@prwlegal.com

2

        Michael B. Lynch, Esq.
        THE MICHAEL BRADY LYNCH FIRM
        127 West Fairbanks Ave. #528
        Winter Park, Florida 32789
        Office: (877) 513-9517
        Fax: (321) 972-3568
        Cell: (321) 239-8026
        Email: michael@mblynchfirm.com
        *Attorneys for the Plaintiff*


        Andrew K. Solow
        Steven Glickstein
        KAYE SCHOLER LLP
        250 West 55th Street
        New York, New York 10019-9710
        Telephone: (212) 836-8000
        Facsimile: (212) 836-8689
        andrew.solow@kayescholer.com
        steven.glickstein@kayescholer.com
        *Attorneys for Defendant Bayer HealthCare LLC*


## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


        By:     */s/ Daniel J. Carr*

                Daniel J. Carr
                Attorney for Plaintiff