UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 <br> *  SECTION L <br> * <br> *  JUDGE ELDON E. FALLON <br> * <br> *  MAG. JUDGE NORTH |
| ************************************************* | * |

**THIS DOCUMENT RELATES TO:**
    **ALL CASES**

## ORDER

Upon receiving notice from the parties, the Court finds it appropriate to reschedule the oral argument concerning the PSC's Motion to Compel PhRMA, R. 3541, to Thursday, July 28, 2016, at 2:30 p.m.  Therefore,

**IT IS ORDERED** that the oral argument regarding the PSC's Motion to Compel PhRMA shall be held on Thursday, July 28, 2016, at 2:30 p.m.  Lead and liaison counsel who wish to telephonically appear may do so by using the call-in phone number for the Thursday, July 28, 2016, telephonic discovery conference.

New Orleans, Louisiana, this 18th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE