UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAGISTRATE JUDGE NORTH |
| | ) | |

THIS DOCUMENT RELATES TO: GERALD DELONZOR, AS ADMINISTRATOR OF THE ESTATE OF DIANA DELONZOR, DECEASED V. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL, 2:16-CV-4032

ORDER

On Plaintiff's Motion to Amend Case Caption, it is hereby ORDERED that the caption in this matter is amended to read:

GERARD DELONZOR, ADMINISTRATOR OF THE ESTATE OF DIANA DELONZOR, DECEASED,
  Plaintiff,
vs.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE AG, and BAYER AG,
  Defendants.

New Orleans, Louisiana this  19th  day of _____July_____ 2016.

_____
United States District Judge