## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| **This document relates to:** | ) | JUDGE ELDON E. FALLON |
| *Donald Comeaux v. Janssen Research &* | ) | |
| *Development, LLC, et al.* | ) | |
| **Civil Action No. 2:15-cv-05035** | ) | MAGISTRATE JUDGE NORTH |
| | ) | |
| | ) | |

## ORDER

The Court, after considering the Plaintiff's Unopposed Motion to Correct Misnomer of Plaintiff as well as any responses therto, finds the motion meritorious. It is therefore: ORDERED THAT Plaintiff Donald Comeaux be substituted for David Comeaux in the above captioned cause.

Dated: __July 19, 2016_____

Hon. Eldon E. Fallon
United States District Court Judge