UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*Dwight Jack v. Janssen Research & Development LLC, et al;* Case No.: 2:16-cv-06930

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Joyce Jack, as a surviving spouse and personal representative of the estate of Dwight Jack, is substituted for Plaintiff Dwight Jack, in the above captioned cause.

Dated: July 19, 2016

_____
Hon. Eldon E. Fallon
United States District Court Judge