UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
_____ :

**THIS DOCUMENT RELATES TO:**

*Copes v. Janessen Research & Development LLC, et al; LAED USDC No. 2:15-cv-06201*

## AMENDED MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW, Plaintiff Art Copes, and for his Amended Motion to Dismiss Without Prejudice, states as follows:

1. Plaintiff, Art Copes, is the son of Isbella Copes.

2. Isbella Copes ingested Xarelto from approximately 2012 to 2014 and suffered a stroke due to Xarelto on 11/23/2014 and 12/03/14 and untimely died due to her injuries.

3. The statute of limitations for a wrongful death mater in Louisiana is one year.

4. Plaintiff's counsel did not begin its representation of Plaintiff until October 29, 2015.

5. Counsel immediately ordered medical records to investigate Plaintiff's cause of action but did not obtain the material prior the expiration to the one-year statute of limitations for wrongful death claims in the State of Louisiana.

6. For this reason, Plaintiff was forced to file this lawsuit on a good faith basis as to what the facts were, without the aid of medical records.

7. After further investigation of Plaintiff's claim, Plaintiff's counsel concluded, right or wrong, that the decedent did not die of any blood loss (hemorrhage) due to Xarelto.

8. Counsel seeks to dismiss Plaintiff's claim without prejudice so that he may refile this cause of action with another law firm whose intake criteria may differ from this firms.

**WHEREFORE**, Plaintiff requests this Honorable Court dismiss this cause of action **without** prejudice and for any further relief this Court deems appropriate.

Respectfully submitted,

By: _____
**E. Ryan Bradley, #53777**
Attorney for Plaintiff
The Bradley Law Firm
1424 Washington Avenue, Ste 300
St. Louis, MO 63103
(314) 721-9111 (phone)
(314) 255-2768 (fax)