# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERTA USHER<br><br>  Plaintiffs,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

*Yorio et al v. Janssen Research & Development, LLC, et al.*, **16-809**

## AMENDED MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW, Plaintiff Roberta Usher, and for her Amended Motion to Dismiss Without Prejudice, states as follows:

1. Plaintiff Roberta Usher ingested Xarelto from 02/2014 to 03/2014.

2. Plaintiff resides in Camden County, State of New Jersey.

3. The statute of limitations for a products liability matter in New Jersey is two years.

4. Plaintiff's counsel did not begin its representation of Plaintiff until November 18, 2015.

5. Counsel immediately ordered medical records to investigate Plaintiff's cause of action but did not obtain the material prior the expiration to the two-year statute of limitations for product liability claims in the State of New Jersey.

6. For this reason, Plaintiff was forced to file this lawsuit on a good faith basis as to what the facts were, without the aid of medical records.

7. After further investigation of Plaintiff's claim, Plaintiff's counsel concluded, right or wrong, that Plaintiff did not suffer any injuries and/or blood loss (hemorrhage) due to Xarelto.

8. Counsel seeks to dismiss Plaintiff's claim without prejudice so that she may refile this cause of action with another law firm whose intake criteria may differ from this firms.

**WHEREFORE**, Plaintiff requests this Honorable Court dismiss this cause of action **without** prejudice and for any further relief this Court deems appropriate.

Respectfully submitted,

By: _____
**E. Ryan Bradley, #53777**
Attorney for Plaintiff
The Bradley Law Firm
1424 Washington Avenue, Ste 300
St. Louis, MO 63103
(314) 721-9111 (phone)
(314) 255-2768 (fax)