UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

**<u>MOTION FOR CONSIDERATION OF LATE-SUBMITTED TIME AND EXPENSES</u>**

  COMES NOW counsel in the above-captioned action and respectfully requests that this Court grant the Motion for Consideration of Late-Submitted Time and Expenses, and that this Court issue an order granting CPA Philip Garrett leave to review late-submitted expenses and time from my firm for common benefit work authorized in advance by the PSC Executive Committee ("Committee"). A Brief and Declaration in support of this motion is submitted herewith.

Dated: July 21, 2016          Respectfully Submitted,

                  <u>/s/C. Brooks Cutter</u>
                  C. Brooks Cutter (CA SBN 121407)
                  Cutter Law, P.C.
                  401 Watt Avenue
                  Sacramento, CA 95864
                  Telephone: (916) 290-9400
                  bcutter@cutterlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 21, 2016, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                By: /s/C. Brooks Cutter
                   C. Brooks Cutter