# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
|---|---|
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

## NOTICE OF SUBMISSION

COMES NOW counsel in the above-captioned action and files a Motion for Consideration of Late-Submitted Time and Expenses, accompanied by a Brief and Declaration in Support, before the Honorable Judge Eldon E. Fallon. This motion will be submitted to the Court on August 17, 2016, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Poydras Street, Courtroom C468, New Orleans, LA.

Dated: July 21, 2016                                Respectfully Submitted,

/s/C. Brooks Cutter
C. Brooks Cutter (CA SBN 121407)
Cutter Law, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
bcutter@cutterlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2016, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                      By: /s/C. Brooks Cutter
                                              C. Brooks Cutter