**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

<u>**BRIEF IN SUPPORT OF MOTION FOR CONSIDERATION OF LATE-SUBMITTED TIME AND EXPENSES**</u>

COMES NOW counsel in the above-captioned action and hereby submits a Brief in support of Motion for Consideration of late-Submitted Time and Expenses. Counsel moves this Court for leave for CPA Philip Garrett to review late-submitted expenses and time from my firm for common benefit work authorized in advance by the PSC Executive Committee ("Committee")

**BACKGROUND**

My firm, Cutter Law, P.C., is counsel for several individual plaintiffs in the above-captioned matter. In November 2015, my firm was approached by the Committee to participate in common benefit discovery - specifically, document review. My firm sent an attorney to training conducted by the Committee in November, 2015. Thereafter, he immediately began document review assigned to him by the Committee. The work undertaken was pre-approved by the Committee, assigned by the Committee, and was done for the common benefit of all plaintiffs.

My Firm Administrator went out on maternity leave around that same time. Her temporary replacement was unaware of the deadline to submit costs, and did not prepare the expenses and time for submission to CPA Philip Garrett for review. During the time our Firm Administrator was on leave, we officially split my former firm into three separate firms, and at

1

the end of the fiscal year for the former firm, each of the three new firms migrated to three separate technology systems.  There were significant problems in the migration of my firm's data to the new technology, which resulted in the deletion of many previously calendared deadlines. With the unanticipated problems caused by these events, the submission of time in this matter was inadvertently overlooked.

I was made aware of the situation in late April 2016, after my Firm Administrator's return from maternity leave and an internal audit of the new systems.  Once we determined the deadline had been missed, my staff immediately created the online account needed to submit costs to Mr. Garrett, gathered the necessary records, formatted the data properly, and, in mid-June, completed the upload of all time and expenses for review by Mr. Garrett's firm.  Time submitted for April through June 2016, a total of 237.2 hours, has been approved.  Time for November 2015 through March 2016, a total of 578.2 hours, and expenses submitted for Mr. Gray's November 2015, training in the amount of $837.24, were rejected without review because they were not timely submitted.

## LAW AND ANALYSIS

PTO 8, issued on February 13, 2015, establishes standards and procedures for counsel seeking reimbursement for common benefit fees and costs.  Section A(5) of PTO 8, states:

> The first submission is due on March 15, 2015, and should include all time and expense through February 28, 2015… Any time or expense records submitted more than two (2) months in arrears may not be considered or included in any compilation of time or expense calculation and shall be disallowed, except for good cause shown and with Court approval.

It is within the discretion of this court to grant Mr. Garrett leave to review the time and expense submitted by my firm after the deadline.  The late submission was the result of excusable error, as shown above.  There is no prejudice to any party to allow Mr. Garrett to review these costs.

/ / /

/ / /

/ / /

**CONCLUSION**

In light of the foregoing, my firm is requesting that this court, for good cause shown, allow Mr. Garrett to review the time and expenses submitted by my firm for November 2015 through March 2016.

Dated:  July 21, 2016                    Respectfully Submitted,


/s/C. Brooks Cutter
C. Brooks Cutter (CA SBN 121407)
Cutter Law, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 290-9400
bcutter@cutterlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 21, 2016, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


By: <u>/s/C. Brooks Cutter          </u>
C. Brooks Cutter