UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

### DECLARATION OF C. BROOKS CUTTER IN SUPPORT OF MOTION FOR CONSIDERATION OF LATE-SUBMITTED TIME AND EXPENSES

1. I am an attorney at law licensed to practice before all courts in the State of California and I am admitted to the United States District Court for the Eastern District of California. Pursuant to PTO 1, section 12, in this matter, I am admitted pro hac vice in this litigation. I am a partner at Cutter Law, P.C. My firm is counsel for several individual plaintiffs in the above-captioned matter.

2. In November 2015, my firm was approached by the Committee to participate in common benefit discovery - specifically, document review. My firm sent an attorney to training conducted by the Committee in November, 2015. Thereafter, he immediately began document review assigned to him by the Committee.

3. The work undertaken was pre-approved by the Committee, assigned by the Committee, and was done for the common benefit of all plaintiffs.

4. My Firm Administrator went out on maternity leave around that same time. Her temporary replacement was unaware of the deadline to submit costs, and did not prepare the expenses and time for submission to CPA Philip Garrett for review.

5. During the time our Firm Administrator was on leave, we officially split my former firm into three separate firms, and at the end of the fiscal year for the former firm, each of the three new firms migrated to three separate technology systems. There were significant

1

problems in the migration of my firm's data to the new technology, which resulted in the deletion of many previously calendared deadlines.

6. With the unanticipated problems caused by these events, the submission of time in this matter was inadvertently overlooked.

7. I was made aware of the situation in late April 2016, after my Firm Administrator's return from maternity leave and an internal audit of the new systems.

8. Once we determined the deadline had been missed, my staff immediately created the online account needed to submit costs to Mr. Garrett, gathered the necessary records, formatted the data properly, and, in mid-June, completed the upload of all time and expenses for review by Mr. Garrett's firm.

9. Time submitted for April through June 2016, a total of 237.2 hours, has been approved. Time for November 2015 through March 2016, a total of 578.2 hours, and expenses submitted for Mr. Gray's November 2015, training in the amount of $837.24, were rejected without review because they were not timely submitted.

Dated: July 21, 2016                                     Respectfully Submitted,

/s/C. Brooks Cutter
C. Brooks Cutter (CA SBN 121407)
Cutter Law, P.C.
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
bcutter@cutterlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2016, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

By: /s/C. Brooks Cutter
C. Brooks Cutter