**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br> **SECTION: L**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

**BELL V. JANSSEN RESEARCH & DEVELOPEMENT, LLC ET AL**
**2:16-CV-06647**

**UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED JOINT COMPLAINT AND FIRST AMENDED SHORT FORM COMPLAINT**

Plaintiff Dorothy Bell, on behalf of the estate of Cynthia Morris, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), respectfully seeks leave to amend the Joint Complaint and Short Form Complaint and to correct the case caption of the Complaint to reflect that Rudy Isaiah Maddox has been duly appointed as the Administrator of Cynthia Morris's estate for suit purposes only. Plaintiff provides the following in support of this Motion:

1. A Complaint on behalf of Decedent was filed on May 6, 2016.
2. At the time of filing, Ms. Morris's mother, Dorothy Bell, was named as the Proposed Administrator on the Complaint as it was expected that Ms. Bell would seek appointment from the Court.
3. Rudy Isaiah Maddox is the nephew of Decedent, Cynthia Morris.

4. On June 2, 2016, Rudy Isaiah Maddox was appointed the Administrator of Cynthia Morris's Estate by the Southampton County Circuit Court of the State of Virginia, Southampton County.

5. Plaintiff duly served a copy of the Complaint on June 6, 2016.

6. Plaintiff's only modifications to the Joint Complaint as set forth in the proposed Amended Joint Complaint, attached hereto, are the following:

   a. In the Caption, substitution of Dorothy Bell to Rudy Isaiah Maddox as the "Representative of the Estate of CYNTHIA MORRIS."

   b. Revision to Paragraph 3 to reflect the appointment of Rudy Isaiah Maddox as the Administrator of the Estate of Cynthia Morris as follows: "Rudy Isaiah Maddox, Individually and as the Appointed Representative of the Estate of Cynthia Morris."

   c. Further revision to Paragraph 3 as follows: "Plaintiff Rudy Isaiah Maddox is a nephew of the Decedent, Cynthia Morris. On June 2, 2016, Plaintiff Rudy Isaiah Maddox was appointed as the Administrator of Cynthia Morris's Estate by the Southampton County Circuit Court of the State of Virginia, Southampton County."

   d. Additionally, in paragraph 3, amending the Plaintiff specific allegations by removing the November 2014 gastrointestinal bleed injury alleged in the original Joint Complaint filed on May 6, 2016. The amended Plaintiff specific allegations are as follows: "Decedent, Cynthia Morris, first began using Xarelto on or about April 8, 2014 and upon information and belief used Xarelto through approximately November 2014. As a result of using Defendants' Xarelto, Decedent was caused to suffer a right tibia oseteomyelitis and abscess on June 8, 2014 requiring hospitalization for ten days starting June 8, 2014, irrigation and debridement, transfusions of at least four units of packed red blood cells and an x-ray. Decedent was a resident of the city of Franklin in the state of Virginia. Decedent is represented herein by Rudy Isaiah Maddox as the personal representative of her estate."

   e. Revision to the numbering in the Amended Joint Complaint as paragraph 255 within Count XII- Wrongful Death was improperly numbered 255 instead of 270

in the original Complaint. Therefore, the numbered paragraphs in the remainder of the Amended Complaint will now follow sequentially.

    f.  In paragraphs 275 (formerly paragraph 261 in Count XIII) and 277 (formerly paragraph 262 in Count XIII), replacing Dorothy Bell as the PROPOSED ADMINISTRATOR with Rudy Isaiah Maddox as the REPRESENTATIVE of the Estate of Cynthia Morris.

    g.  No further changes to the Complaint are requested.

7. Plaintiff's only modifications to the Short Form Complaint as set forth in the proposed Amended Short Form Complaint, attached hereto, are the following:

    a.  Revision to Paragraph 2 by reflecting the appointment of Rudy Isaiah Maddox as the Administrator of the Estate of Cynthia Morris, which is as follows: "Plaintiff, Rudy Isaiah Maddox, Individually and as the Representative of the Estate of Cynthia Morris, is identified more fully in Paragraph No. 3 of the Plaintiffs' Joint Amended Complaint and all allegations set forth in the Plaintiffs' Joint Amended Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

    b.  Rudy Isaiah Maddox and Dorothy Bell reside at the same address; therefore, no revision to Paragraph 3 is necessary.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

9. On July 14, 2016, Plaintiffs provided a copy of the proposed Amended Complaint to Defendants and obtained written consent from opposing counsel on July 21, 2016 to amend the Complaint.

    WHEREFORE, Plaintiff Dorothy Bell respectfully requests that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaints and directing the Clerk to enter the Amended Complaints into the record of this matter.

Dated: July 21, 2016                       Respectfully Submitted,

                                    By:   /s/ Lauren Weitz
                                    Lauren Weitz
                                    WEITZ & LUXENBERG, P.C.

700 Broadway
New York, NY 10003
Telephone: (212)558-5556
Facsimile: (646) 293-4370
E-mail: lweitz@weitzlux.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July 2016, a true copy of the foregoing Ex Parte Motion for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

/s/ Lauren Weitz