**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** <br><br> **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** <br><br> **SECTION: L** <br><br> **JUDGE: ELDON E. FALLON** <br><br> **MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

**BELL V. JANSSEN RESEARCH & DEVELOPEMENT, LLC ET AL**
**2:16-CV-06647**

**PROPOSED ORDER**

  **IT IS ORDERED** that the Unopposed Motion To Substitute for Party Plaintiff and For Leave to File First Amended Joint Complaint and First Amended Short Form Complaint filed by Plaintiff Dorothy Bell, on behalf of the estate of Cynthia Morris, is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaints into the record in this matter.

  **NEW ORLEANS, LOUISIANA, this _____ day of _____, 2016.**

                _____
                **UNITED STATES DISTRICT JUDGE**