UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**RUDY ISAIAH MADDOX, Individually and as the Representative of the Estate of CYNTHIA MORRIS**

**INDIVIDUAL CIVIL ACTION NO. 2:16-cv-6647**

### FIRST AMENDED SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint and Joint Amended Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D. La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is used in the above-captioned action.

2. Plaintiff, Rudy Isaiah Maddox, Individually and as the Representative of the Estate of Cynthia Morris, is identified more fully in Paragraph No. 3 of the Plaintiffs' Joint Amended Complaint and all allegations set forth in the Plaintiffs' Joint Amended Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein resides at 524 Campbell Ave., Franklin, VA 23851.

4. The Xarelto User resided (or if deceased, resides at the time of death) in the city of Franklin in the state of Virginia.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiff.

6. Attached as Attachment 2 is a list of the individual case captions for the Plaintiffs named in the Joint Complaint.

Date: July 21, 2016

/s/ Lauren Weitz
Lauren Weitz
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212)558-5556
Facsimile: (646)293-4370
E-mail: lweitz@weitzlux.com

**COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

    I hereby certify that a complete copy of the foregoing Short Form Complaint has been served upon all counsel of record by electronic filing via the CM/ECF filing system on this the 21st day of July, 2016.

                                             /s/ Lauren Weitz
                                             Lauren Weitz