IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592<br>CASE NO. 15-3773<br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**This Document Relates to:**

1. *Michael Duffy v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*, Case No. 2:16-cv-06618
2. *Patricia Green v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*, Case No. 2:16-cv-08771
3. *Mortie Hamilton v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*, Case No. 2:16-cv-08766
4. *Frederick Hoover v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*, Case No. 2:16-cv-08714
5. *Carol Pauley v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*, Case No. 2:16-cv-08694
6. *Allen Rogers v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*, Case No. 2:16-cv-08683
7. *John Schlosser v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*, Case No. 2:16-cv-08718
8. *Steven Schwarcz v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*, Case No. 2:16-cv-08781
9. *Curtis Sutton v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*, Case No. 2:16-cv-08705

## MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

**MAY IT PLEASE THE COURT:**

In support of Plaintiffs' Motion for Extension of Time to Complete the Plaintiff Fact Sheets in the above cases, Plaintiffs state the following:

///

///

## FACTUAL BACKGROUND

1. Counsel for Plaintiffs filed a joint Xarelto Complaint ("the Complaint") in the United States District Court for the Eastern District of Louisiana on May 19, 2016.
2. Pursuant to Case Management Order No. 13, the Plaintiff Fact Sheets for Plaintiffs were due on July 19, 2016.
3. All thirteen (13) Plaintiffs named in the Complaint have completed and signed the Plaintiff Fact Sheets to the best of their ability. However, nine (9) of the thirteen (13) Plaintiffs are unable to fully and accurately respond to the entirety due to unavailable medical records. These nine (9) Plaintiffs are identified above.
4. Plaintiffs' counsel requested Plaintiffs' medical records by May 16, 2016. Due to a number of issues with the facilities, including various HIPAA authorization problems, the records have still not been provided to Plaintiffs' counsel.
5. Plaintiffs' medical record service has informed Plaintiffs' counsel that these records have been ordered and Plaintiffs' counsel are only waiting for delivery. However, Plaintiffs' medical record service cannot provide any approximate time for the delivery of these records.
6. Plaintiffs and Plaintiffs' counsel have made substantial good faith efforts to acquire Plaintiffs' medical records and the instant delay is due entirely to circumstances outside of their control.
7. The instant motion is not made for any purposes of delay but in the interest of justice.

///

///

///

WHEREFORE, Plaintiffs request an extension of time of 60 days (until September 17, 2016) to complete the remaining Plaintiff Fact Sheets.

RESPECTFULLY SUBMITTED this 20th day of July, 2016.

_____
James A. Morris, Esq. (CSBN 296852)
Amy J. Anderson, Esq. (CSBN 301732)
**MORRIS LAW FIRM**
6310 San Vicente Blvd, Suite 360
Los Angeles, CA  90048
Tel:   323-302-9488
Fax:  323-931-4990

Attorneys for Plaintiff