**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Raisa Shigunowa

2:16-cv-09517

**MOTION TO WITHDRAW PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDCIE**

COMES NOW Plaintiff, Raisa Shigunowa, by and through undersigned counsel, and respectfully moves this Court to withdraw her previously filed Motion to Voluntarily Dismiss Without Prejudice. Plaintiff's counsel and Defense counsel have agreed to enter a stipulation of dismissal in this matter. Accordingly, Plaintiff requests that the previously filed motion be withdrawn.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that this Court withdraw Plaintiff's Motion to Voluntarily Dismiss Without Prejudice which was filed on July 15, 2016.

Signed: July 22, 2016        Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
JOHN J. DRISCOLL (IL6276464)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
chris@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on July 22, 2016.

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
andrew@thedriscollfirm.com