# UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Raisa Shigunowa,

2:16-cv-09517

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Raisa Shigunowa, by and through undersigned counsel, and files this Notice of Submission of her Motion to Withdraw Plaintiff's Motion to Voluntarily Dismiss Without Prejudice before the Honorable Judge Eldon E. Fallon.

Signed: July 22, 2016

Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
JOHN J. DRISCOLL (MO Bar #54729)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (MO Bar #66006)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
chris@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEYS FOR PLAINTIFF**