EXHIBIT A


**UNITED STATES POSTAL SERVICE.**

Date Produced: 07/11/2016

STARK & STARK:

The following is the delivery information for Certified Mail™ item number 7192 6438 0010 0015 4021. Our records indicate that this item was delivered on 07/09/2016 at 10:57 a.m. in MABLETON, GA 30126. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: hlr

- Updated Delivery Day: Saturday, July 9, 2016

**Product & Tracking Information**
**Postal Product:**

- First-Class Mail®

**Features:**

  o Certified Mail™

| DATE & TIME | | STATUS OF ITEM | | LOCATION |
|---|---|---|---|---|
| 1. | July 9, 2016, 10:57 am | 2. | Delivered, Left with Individual | 3. MABLETON, GA 30126 |
| 4. | Your item was delivered to an individual at the address at 10:57 am on July 9, 2016 in MABLETON, GA 30126. | | | |
| 5. | July 9, 2016, 9:50 am | 6. | Out for Delivery | 7. MABLETON, GA 30126 |
| 8. | July 9, 2016, 9:46 am | 9. | Sorting Complete | 10. MABLETON, GA 30126 |
| 11. | July 9, 2016, 6:02 am | 12. | Arrived at Unit | 13. MABLETON, GA 30126 |
| 14. | July 8, 2016, 4:17 pm | 15. | Departed USPS Facility | 16. ATLANTA, GA 30304 |
| 17. | July 8, 2016, 12:09 pm | 18. | Arrived at USPS Facility | 19. ATLANTA, GA 30304 |
| 20. | July 7, 2016, 5:39 am | 21. | Departed USPS Facility | 22. TRENTON, NJ 08650 |
| 23. | July 6, 2016, 9:02 pm | 24. | Arrived at USPS Origin Facility | 25. TRENTON, NJ 08650 |
| 26. | July 6, 2016, 7:47 pm | 27. | Accepted at USPS Origin Facility | 28. LAWRENCE TOWNSHIP, NJ 08648 |
| 29. | July 6, 2016 | 30. | Pre-Shipment Info Sent to USPS | |