UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  *  MDL No. 2592
PRODUCTS LIABILITY LITIGATION  *
                               *  SECTION L
                               *  JUDGE ELDON E. FALLON
                               *  MAGISTRATE JUDGE NORTH

**************************************
THIS DOCUMENT ONLY RELATES TO:

*JENNY SOUDERS, AS POWER OF ATTORNEY FOR MICHAEL SOUDERS*
*v. Janssen Research & Development, LLC, et al;*
*2:16-cv-03447-EEF-MBN*

## UNOPPOSED MOTION TO RENAME PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order renaming Plaintiff Jenny Souders, As Power of Attorney for Michael Souders to **Jenny Souders, Surviving Spouse of Michael Souders**, **Deceased**, due to the death of her husband subsequent to the filing of this case.

1. Jenny Souders, As Power of Attorney for Michael Souders, filed a products liability lawsuit against defendants on April 4, 2016 (Joint Complaint) and April 19, 2016 (Short-Form Complaint).

2. Subsequently, plaintiff's counsel was notified that Michael Souders died on April 6, 2016.

3. Michael Souders' products liability action against defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on June 20, 2016.

5. Jenny Souders, surviving spouse of Michael Souders, is a proper party to substitute for plaintiff-decedent Michael Souders and has proper capacity to proceed forward with

the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Jenny Souders further seeks leave to amend the short form complaint (*2:16-cv-03447-EEF-MBN*) to rename herself as surviving spouse of plaintiff on behalf of plaintiff-decedent Michael Souders.

Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Jenny Souders requests that this Court grant her request to rename herself as surviving spouse of plaintiff Michael Souders, deceased, in this action and for leave to amend short form complaint, and direct the Clerk to correct the caption of the Joint Complaint (2:16-cv-02792) and file the attached First Amended Short Form Complaint into the record.

Dated: July 22, 2016

Respectfully submitted,

/s/ Lennie F. Bollinger
Lennie F. Bollinger
State Bar No. 24076894
WORMINGTON & BOLLINGER
212 E. Virginia Street
McKinney, Texas 75069
(972) 569-3930 Phone
(972) 547-6440 Facsimile
LB@wormingtonlegal.com

**ATTORNEY FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: July 22, 2016

/s/ Lennie F. Bollinger
Lennie F. Bollinger