**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: Case #: 2:16-cv-03626-EEF-MBN | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| | MAG. JUDGE:  MICHAEL NORTH |
| | **JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

Please enter the appearance of Thomas J. Kennedy of the law firm Glancy Prongay & Murray LLP, on behalf of Plaintiffs Larry E. Standberry and Myris Williams, in the above-captioned matter.

Dated: July 22, 2016

Respectfully Submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:  /s/ Thomas J. Kennedy
          Thomas J. Kennedy (*pro hac vice*)
          122 East 42nd Street, Suite 2920

2

New York, NY  10168
Telephone: (212) 682-5340
Fax: (212) 884-0988
Email: tkennedy@glancylaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys registered to receive notices of electronic filing in this case.

_/s/ Thomas J. Kennedy_____
Thomas J. Kennedy (*pro hac vice*)
Attorney for Plaintiffs
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, NY  10168
Telephone: (212) 682-5340
Fax: (212) 884-0988
Email: tkennedy@glancylaw.com