UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    *    MDL No. 2592
PRODUCTS LIABILITY LITIGATION   *
                                *    SECTION L
                                *    JUDGE ELDON E. FALLON
                                *    MAGISTRATE JUDGE NORTH

**************************************
THIS DOCUMENT ONLY RELATES TO:

*ROBERT SCHABOT v. Janssen Research & Development, LLC, et al; 2:16-cv-00145-EEF-MBN*

## UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Christine Schabot on behalf of her deceased husband, Robert Schabot.

1. Robert Schabot filed a products liability lawsuit against defendants on December 23, 2015.

2. Subsequently, plaintiff's counsel was notified that Robert Schabot died on May 26, 2016.

3. Robert Schabots' products liability action against defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on June 20, 2016.

5. Christine Schabot, surviving spouse of Robert Schabot, is a proper party to substitute for plaintiff-decedent Robert Schabot and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or

by the decedent's successor or representative."

Christine Schabot further seeks leave to amend the short form complaint (2:16-cv-00145-EEF-MBN) to substitute herself as plaintiff on behalf of plaintiff-decedent Robert Schabot and to add survival action claims. Robert Schabot did not pass away until after the original filing of the Complaint, and therefore, the survival action claims could not be made until this time. (see First Amended Short Form Complaint, attached as Exhibit 1).

Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Christine Schabot requests that this Court grant her request for substitution as plaintiff in this action and for leave to amend short form complaint, and direct the Clerk to correct the case caption of the Joint Complaint (2:15-cv-07019) and file the attached First Amended Short Form Complaint in the record.

Dated: July 22, 2016

Respectfully submitted,

/s/ Lennie F. Bollinger
Lennie F. Bollinger
State Bar No. 24076894
WORMINGTON & BOLLINGER
212 E. Virginia Street
McKinney, Texas 75069
(972) 569-3930 Phone
(972) 547-6440 Facsimile
LB@wormingtonlegal.com

**ATTORNEY FOR PLAINTIFF**

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: July 22, 2016

/s/ Lennie F. Bollinger<br>Lennie F. Bollinger