UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS DOCUMENT RELATES TO:**

*ROBERT SCHABOT, v. Janssen Research & Development, LLC, et al;*
*2:16-cv-00145-EEF-MBN*

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff Christine Schabot be and the same is hereby **GRANTED**, and the Clerk of the Court is directed to correct the case caption of the Joint Complaint (2:15-cv-07019) and file the First Amended Short Form Complaint into the record in this matter.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge