UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Aversano, et al. v. Janssen, et al.* (2:16-cv-6472)
*Amos, et al. v. Janssen, et al.* (2:16-cv-6499)
*Allen, et al. v. Janssen, et al.* (2:16-cv-6524)
*Balukonis, et al. v. Janssen, et al.* (2:16-cv-6538)
*Albergo, et al. v. Janssen, et al.* (2:16-cv-6544)
*Barnett, et al. v. Janssen, et al.* (2:16-cv-6555)
*Agyapong, et al. v. Janssen, et al.* (2:16-cv-6576)
*Atkins, et al. v. Janssen, et al.* (2:16-cv-6605)
*Arnold, et al. v. Janssen, et al.* (2:16-cv-6613)

*See attached Schedule for complete list of joined plaintiffs named in the above Joint Complaints

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT, BAYER PHARMA AG

COME NOW Plaintiffs, through undersigned counsel, in the above-captioned actions and respectfully request that this Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendant, Bayer Pharma AG, pursuant to Fed. R. Civ. P. 4(m), and enter an Order allowing Plaintiffs an additional thirty (30) days from the date the Order is entered within which to serve process on said Defendant in accordance with the processes established in the Xarelto MultiDistrict Litigation ("Xarelto MDL"). A Brief in support of Plaintiffs' Motion is submitted herewith.

1

Dated: July 22, 2016                    Respectfully submitted,

                                               **THE DRISCOLL FIRM, P.C.**

BY:     /s/ John J. Driscoll
        JOHN J. DRISCOLL (IL6276464)
        CHRISTOPHER J. QUINN (IL6310758)
        ANDREW D. KINGHORN (IL6320925)
        THE DRISCOLL FIRM, P.C.
        211 North Broadway, Suite 4050
        St. Louis, Missouri 63012
        Telephone No. (314) 932-3232
        Fax No. (314) 932-3233
        *Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on July 22, 2016, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                 /s/ John J. Driscoll