UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Aversano, et al. v. Janssen, et al.* (2:16-cv-6472)
*Amos, et al. v. Janssen, et al.* (2:16-cv-6499)
*Allen, et al. v. Janssen, et al.* (2:16-cv-6524)
*Balukonis, et al. v. Janssen, et al.* (2:16-cv-6538)
*Albergo, et al. v. Janssen, et al.* (2:16-cv-6544)
*Barnett, et al. v. Janssen, et al.* (2:16-cv-6555)
*Agyapong, et al. v. Janssen, et al.* (2:16-cv-6576)
*Atkins, et al. v. Janssen, et al.* (2:16-cv-6605)
*Arnold, et al. v. Janssen, et al.* (2:16-cv-6613)

*See schedule attached to Plaintiffs' Motion for a complete list of joined plaintiffs named in the above Joint Complaints

## BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT, BAYER PHARMA AG

COME NOW Plaintiffs, through undersigned counsel, in the above-captioned actions and for their Brief in support of Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant, Bayer Pharma AG, state as follows:

The above matters were filed directly in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (the "Xarelto MDL") as part of one of the following nine bundled cases: *Aversano, et al. v. Janssen Research & Development, et al.* (2:16-cv-6472), *Amos, et al. v. Janssen Research & Development, et al.* (2:16-cv-6499), *Allen, et al. v. Janssen Research & Development, et al.* (2:16-cv-6524), *Balukonis, et al. v. Janssen Research & Development, et al.* (2:16-cv-6538), *Albergo, et al. v. Janssen Research & Development, et al.* (2:16-cv-6544),

1

*Barnett, et al. v. Janssen Research & Development, et al.* (2:16-cv-6555), *Agyapong, et al. v. Janssen Research & Development, et al.* (2:16-cv-6576), *Atkins, et al. v. Janssen Research & Development, et al.* (2:16-cv-6605) and *Arnold, et al. v. Janssen Research & Development, et al.* (2:16-cv-6613), which were filed on May 17, 2016, May 18, 2016 and May 19, 2016, respectively.

The Court entered an Order severing Case No. 2:16-cv-6472 on May 26, 2016, an Order severing Case No. 2:16-cv-6499 on May 27, 2016, an Order severing Case No. 2:16-cv-6524 on May 27, 2016, an Order severing Case No. 2:16-cv-6538 on June 3, 2016, an Order severing Case No. 2:16-cv-6544 on June 3, 2016, an Order severing Case No. 2:16-cv-6555 on June 3, 2016, an Order severing Case No. 2:16-cv-6576 on June 3, 2016, an Order severing Case No. 2:16-cv-6605 on June 3, 2016 and an Order severing Case No. 2:16-cv-6613 also on June 3, 2016 at which time the Plaintiffs filed separate short form Complaints pursuant to Pre-Trial Order No.11 and were assigned the individual case numbers referenced in the schedule attached to Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendant, Bayer Pharma AG.

Although the Plaintiffs complied with all other requirements in serving the Defendants, a contemporaneous email was inadvertently not sent to xareltocomplaints@babc.com at the time when the above referenced cases were served on Bayer Pharma AG by registered mail. This was due to a clerical error. Upon Bayer Pharma AG's receipt of the pleadings by registered mail, their counsel sent a letter to Plaintiffs' counsel stating that they will not accept service because they did not receive the contemporaneous email. Plaintiffs move this Court for an Order allowing them thirty (30) additional days from the date the Order is entered within which to reserve said Defendant in compliance with PTO 10.

The requested extension of time to serve Bayer Pharma AG will not result in prejudice to the Defendant as the Defendant has already admittedly received Plaintiffs' pleadings by registered mail and is on notice of the claims Plaintiffs intend to pursue.

WHEREFORE, for the above reasons, Plaintiffs respectfully request an Order from this Court granting them thirty (30) days from the date the Order is entered to serve process on Defendant, Bayer Pharma AG.

Dated: July 22, 2016                                Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

BY:     /s/ John J. Driscoll
JOHN J. DRISCOLL (IL6276464)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW D. KINGHORN (IL6320925)
THE DRISCOLL FIRM, P.C.
211 North Broadway, Suite 4050
St. Louis, Missouri 63012
Telephone No. (314) 932-3232
Fax No. (314) 932-3233
*Counsel for Plaintiffs*

**Certificate of Service**

I hereby certify that on July 22, 2016, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

    /s/ John J. Driscoll