# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> **JUDGE ELDON E. FALLON** <br><br> **MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

*Aversano, et al. v. Janssen, et al.* (2:16-cv-6472)
*Amos, et al. v. Janssen, et al.* (2:16-cv-6499)
*Allen, et al. v. Janssen, et al.* (2:16-cv-6524)
*Balukonis, et al. v. Janssen, et al.* (2:16-cv-6538)
*Albergo, et al. v. Janssen, et al.* (2:16-cv-6544)
*Barnett, et al. v. Janssen, et al.* (2:16-cv-6555)
*Agyapong, et al. v. Janssen, et al.* (2:16-cv-6576)
*Atkins, et al. v. Janssen, et al.* (2:16-cv-6605)
*Arnold, et al. v. Janssen, et al.* (2:16-cv-6613)

*See schedule attached to Plaintiffs' Motion for a complete list of joined plaintiffs named in the above Joint Complaints

## NOTICE OF SUBMISSION

COMES NOW Plaintiffs, by and through undersigned counsel, and files this Notice of Submission of their Motion for Extension of Time Within Which to Serve Process on Defendant, Bayer Pharma AG, before the Honorable Judge Eldon E. Fallon.

Dated: July 22, 2016                    Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

BY:   __/s/ John J. Driscoll__
         JOHN J. DRISCOLL (IL6276464)

1

>CHRISTOPHER J. QUINN (IL6310758)
>ANDREW D. KINGHORN (IL6320925)
>THE DRISCOLL FIRM, P.C.
>211 North Broadway, Suite 4050
>St. Louis, Missouri 63012
>Telephone No. (314) 932-3232
>Fax No. (314) 932-3233
>*Counsel for Plaintiffs*

## Certificate of Service

    I hereby certify that on July 22, 2016, I electronically filed the foregoing document with the clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                              /s/ John J. Driscoll