## SCHEDULE

### *Aversano, et al v. Janssen Research & Development, et al.:*

1. SANTO AVERSANO ON BEHALF OF FLORENCE AVERSANO, DECEASED; 2:16-cv-06472

2. MARY BAKER - 2:16-cv-08662

3. NORMALINDA BAZAN - 2:16-cv-08667

4. JONATHAN BETHLY - 2:16-cv-08627

5. YVONNE WEBB ON BEHALF OF BILLIE BLAIR, DECEASED - 2:16-cv-08680

6. BRANDON BOYD - 2:16-cv-08686

7. TERRY BROWDER - 2:16-cv-08688

8. DANIEL CALIX - 2:16-cv-08690

9. CURTIS CLOPTON - 2:16-cv-08693

10. KRISTAN CUBBAGE - 2:16-cv-08701

11. LEE DAVIS - 2:16-cv-08704

12. GAIL ELDRIDGE ON BEHALF OF ROBERT ELDRIDGE, DECEASED – 2:16-cv-08707

13. LARRIE ELMS ON BEHALF OF KENNETH ELMS, DECEASED - 2:16-cv-08709

14. GAROLYN FIELDS - 2:16-cv-08716

15. GLADYS FOREMAN - 2:16-cv-08722

16. RAYMOND FUSILIER ON BEHALF OF ALICE FUSILIER, DECEASED 2:16-cv-08728

17. RIDGEWAY GAINES - 2:16-cv-08731

18. RENIA GOODE - 2:16-cv-08733

19. DELLA GLENN ON BEHALF OF STEPHANIE GOURLEY, DECEASED 2:16-cv-08736

20.    EDWARD GUNDERSEN - 2:16-cv-08739

21.    MILDRED HARDY ON BEHALF OF CARL HARDY, DECEASED - 2:16-cv-08742

22.    DAVID HINKLEY - 2:16-cv-08747

23.    DARLENE JOHNSON ON BEHALF OF, BRENDA HOBS DECEASED - 2:16-cv-08751

24.    JOHN HOLLIER ON BEHALF OF SEDIA HOLLIER, DECEASED - 2:16-cv-08756

25.    CATHERINE HOLLINS - 2:16-cv-08758

26.    JUDY HOSCH - 2:16-cv-08760

27.    JEFFREY HUFFMAN - 2:16-cv-08762

28.    BRYANT HUNTER – 2:16-cv-08764

29.    CASSANDRA JACKSON - 2:16-cv-08767

30.    MARLENA JACKSON ON BEHALF OF JAMES JACKSON, DECEASED –
       2:16-cv-08769

31.    EDWARD JONES ON BEHALF OF LINDA JONES, DECEASED - 2:16-cv-08774

32.    THOMAS KINCADE - 2:16-cv-08776

33.    TOMMY LADD - 2:16-cv-08777

34.    SHELTON LEWIS - 2:16-cv-08778

35.    DENISE LUSH - 2:16-cv-08779

36.    JANET MACK-GRANT ON BEHALF OF JOHNORA MACK, DECEASED
       2:16-cv-08780

37.    JOHN MCANDREW - 2:16-cv-08822

38.    EDDIE MCDONALD - 2:16-cv-08826

39.    BARRY MCLEAD - 2:16-cv-08833

40.    ANTHONY MCMAHAN - 2:16-cv-08838

41.    DURAND MOORE - 2:16-cv-08869

42. DELORES MOOREHOUSE - 2:16-cv-08876

43. DAPHNE NANCE ON BEHALF OF MIRIAM NANCE, DECEASED
2:16-cv-08881

44. JEFFREY ODOM ON BEHALF OF CONWAY ODOM, DECEASED
2:16-cv-08886

45. MARY PATRICK - 2:16-cv-08888

46. QUENTIN PUGH - 2:16-cv-08894

47. PATRICIA RATCLIFF ON BEHALF OF WILLIAM RATCLIFF, DECEASED
2:16-cv-08897

48. DANIEL RAYMOND - 2:16-cv-08901

49. JAMES REED ON BEHALF OF BETTY REED, DECEASED - 2:16-cv-08910

50. EVELYNA RHODES ON BEHALF OF CLAYBURN RHODES, DECEASED
2:16-cv-08928

51. ROBERT RICE ON BEHALF OF ALLINE RICE, DECEASED - 2:16-cv-08935

52. ELIZABETH ROBINSON - 2:16-cv-08941

53. WILLIE RUFFIN, JR. ON BEHALF OF WILLIE RUFFIN, SR., DECEASED
2:16-cv-08953

54. HARRISON SIMS - 2:16-cv-08960

55. LATRICE WHITE ON BEHALF OF LOIS SMALL, DECEASED - 2:16-cv-08962

56. KENNETH SMITH - 2:16-cv-08996

57. CANDICE STEPHENS - 2:16-cv-09000

58. DAVID SUTTON - 2:16-cv-09006

59. LATONYA SWINNEY - 2:16-cv-09012

60. DORIS TAYLOR ON BEHALF OF CLEO TAYLOR, DECEASED - 2:16-cv-09024

61. ANDRE THOMAS - 2:16-cv-09032

62. HELEN TILLMAN - 2:16-cv-09037

63.  DONALD VAIL - 2:16-cv-09040

64.  JOSEPH VATTEROTT - 2:16-cv-09046

65.  DEMETRIUS WARD - 2:16-cv-09053

66.  LINDA WILLIAMS ON BEHALF OF VERONICA WATSON, DECEASED –
     2:16-cv-09056

67.  CATHERINE WIGGINS - 2:16-cv-09060

68.  NORMAN WOODS - 2:16-cv-09067

## *Amos, et al v. Janssen Research & Development, et al.:*

1.  HENRY AMOS - 2:16-cv-06499

2.  WILLIEMEANER ANDERSON ON BEHALF OF CHENNETTE ANDERSON,
    DECEASED - 2:16-cv-09377

3.  JAMES ANDRYSIAK - 2:16-cv-09382

4.  BARBARA BARTEL ON BEHALF OF ARCHIE BARTEL, DECEASED
    2:16-cv-09385

5.  MARJORIE BEASLEY - 2:16-cv-09387

6.  KATHY BLAIR - 2:16-cv-09392

7.  KRYSTI BROWN ON BEHALF OF GAIL BROWN, DECEASED - 2:16-cv-09394

8.  JAMES BRUNE - 2:16-cv-09398

9.  ELLEN BURNETTE - 2:16-cv-09411

10. PAUL CHAPPELEAR ON BEHALF OF EVELYN CHAPPELEAR, DECEASED
    2:16-cv-09414

11. GWENDOLYN CHUCULATE - 2:16-cv-09417

12. MARY COFFMAN - 2:16-cv-09419

13. CHERYL COLLINS ON BEHALF OF ELIJAH COLLINS, DECEASED
    2:16-cv-09421

14. MARY CONLEY - 2:16-cv-09425

15. HARRY DAVIS - 2:16-cv-09428

16. LOASTEEN MITCHELL ON BEHALF OF CHRISTINE DORSEY, DECEASED
    2:16-cv-09431

17. PRISCILLA DYSON - 2:16-cv-09434

18. EDWINA FELTON - 2:16-cv-09436

19. RICHARD FLITSCH - 2:16-cv-09439

20. BOBBY GADDIS - 2:16-cv-09443

21. SHIRLEY GAINEY - 2:16-cv-09454

22. JOHN GREGORY ON BEHALF OF EDITH GREGORY, DECEASED
    2:16-cv-09461

23. CHARLES HACIC - 2:16-cv-09466

24. LARRY HARDY - 2:16-cv-09472

25. BARBARA HAYS - 2:16-cv-09489

26. STELLA HICKS - 2:16-cv-09490

27. JESSIE STEWART ON BEHALF OF TRACEY HICKS, DECEASED - 2:16-cv-09491

28. WAYNE HOENER - 2:16-cv-09494

29. HATTIE HUGHES - 2:16-cv-09496

30. LINDA JACOBSON - 2:16-cv-09497

31. CURTIS JOHNSON - 2:16-cv-09499

32. JOYCE JORDAN - 2:16-cv-09501

33. RICHARD KRAUS - 2:16-cv-09503

34. DORIELLE LANE - 2:16-cv-09506

35. DONALD LARKIN - 2:16-cv-09507

36. KELLEY JOHNSON ON BEHALF OF DEBORAH LAW, DECEASED - 2:16-cv-09508

37. ROBERT LONGARDNER ON BEHALF OF JAMES LONGARDNER, DECEASED
2:16-cv-09509

38. JOY MALONE - 2:16-cv-09510

39. RENE MARTEL ON BEHALF OF JENETTE MARTEL, DECEASED - 2:16-cv-09511

40. MYRTIS MARTIN ON BEHALF OF DEMPSEY MARTIN, DECEASED
2:16-cv-09512

41. SIDNEY NORVELL - 2:16-cv-09513

42. SONJA WILLIAMS ON BEHALF OF MARTHA PETERS, DECEASED
2:16-cv-09514

43. ERNEST CAMPBELL ON BEHALF OF IDA PRESLEY, DECEASED - 2:16-cv-09515

44. MATTHEW SCHNEIBEL - 2:16-cv-09516

45. RAISA SHIGUNOWA - 2:16-cv-09517

46. ROGER SHOEMAKER - 2:16-cv-09518

47. TERRENCE HUBBARD ON BEHALF OF SERENA SIMMONS, DECEASED
2:16-cv-09519

48. MARION SMITH ON BEHALF OF BOBBY SMITH, DECEASED - 2:16-cv-09520

49. WILBERT STAMNITZ - 2:16-cv-09522

50. WALTER C. STORER ON BEHALF OF WALTER L. STORER, DECEASED
2:16-cv-09523

51. JULIE SUTEK - 2:16-cv-09521

52. DARREN SWAIN ON BEHALF OF RICHARD SWAIN, DECEASED - 2:16-cv-09524

53. LUCIAN WILLIAMS ON BEHALF OF DONIELLE SWANSON, DECEASED
2:16-cv-09525

54. JANICE BELLE ON BEHALF OF RICHARD TATE, DECEASED - 2:16-cv-09526

55. PATRICIA TURNER ON BEHALF OF LOUIS TERRY, DECEASED - 2:16-cv-09544

56. STANLEY TURNER - 2:16-cv-09547

57.  GARY WADDELL - 2:16-cv-09551

58.  CURTIS WALKER ON BEHALF OF LINDA WALKER, DECEASED - 2:16-cv-09558

59.  CHARLES WALLACE - 2:16-cv-09560

60.  ELIZABETH WHALEY - 2:16-cv-09564

61.  MARGLEE WHITLEY - 2:16-cv-09579

62.  RONALD WILLIAMS - 2:16-cv-09582

63.  PATRICIA WILSON - 2:16-cv-09585

64.  SABREANA PATTERSON ON BEHALF OF EBONY YOUNG, DECEASED
     2:16-cv-09587

## *Allen, et al v. Janssen Research & Development, et al.*:

1.  ROBERT ALLEN - 2:16-cv-06524

2.  KAREN ARCOTTA - 2:16-cv-09643

3.  PHILLIP BARTEAU - 2:16-cv-09645

4.  LUCILLE BENN - 2:16-cv-09646

5.  DONNA BENNETT - 2:16-cv-09648

6.  BARRY BRADEN ON BEHALF OF CHRISTINA BRADEN, DECEASED –
     2:16-cv-09651

7.  JIMMIE BRADEN - 2:16-cv-09652

8.  BRINDA BRADLEY - 2:16-cv-09654

9.  ROBERT BRAUN - 2:16-cv-09656

10. SCOTT BRITT - 2:16-cv-09657

11. JOHNNIE BROADWAY, III - 2:16-cv-09665

12. CHARLES BROWN - 2:16-cv-09666

13. ANTONETTA BROWN-HAMPTON - 2:16-cv-09667

14.   ANN BURNS - 2:16-cv-09668

15.   JACK CACCAVALE - 2:16-cv-09669

16.   DARREN CHRISTOPHER - 2:16-cv-09705

17.   DEBORAH COATES - 2:16-cv-09707

18.   DEBORAH COLEMAN - 2:16-cv-09710

19.   TASHA MORIKAWA ON BEHALF OF TOMMIE COX, DECEASED - 2:16-cv-09712

20.   TONYA MCCLAIN ON BEHALF OF JEAN CRISP, DECEASED - 2:16-cv-09714

21.   CANDACE DANIELS ON BEHALF OF FRED DANIELS, JR., DECEASED
      2:16-cv-09716

22.   AARON DUNLAP - 2:16-cv-09718

23.   LISA BOWEN ON BEHALF OF RONALD DUSENBERRY, DECEASED
      2:16-cv-09719

24.   EARL RICHARD EVANS - 2:16-cv-09721

25.   EMMA FAURE - 2:16-cv-09722

26.   WILLIAM FLANARY ON BEHALF OF VALLIE FLANARY, DECEASED
      2:16-cv-09725

27.   CAROL FULLER - 2:16-cv-09728

28.   KIM GARDNER - 2:16-cv-09729

29.   JASON HALL - 2:16-cv-09731

30.   JEAN HARRIS - 2:16-cv-09734

31.   CHARLES HEDRICK, JR. ON BEHALF OF CHARLES HEDRICK, SR., DECEASED
      2:16-cv-09744

32.   NORMAN HUFFMAN - 2:16-cv-09745

33.   LARRY JACKSON - 2:16-cv-09748

34.   JOSEPH JIMCOILY - 2:16-cv-09752

35.   CALVIN JONES - 2:16-cv-09754

36.   EDITH JOYNER - 2:16-cv-09757

37.   GENTRY KENDRICK - 2:16-cv-09758

38.   KENNY KILGORE - 2:16-cv-09759

39.   CARL KNOX - 2:16-cv-09764

40.   MICKEY MCCAULEY - 2:16-cv-09769

41.   PAUL MCCULLOCH - 2:16-cv-09771

42.   MICHAEL MCGONNELL - 2:16-cv-09773

43.   ORA MCPHERSON - 2:16-cv-09775

44.   STEVE MARCEAU ON BEHALF OF RANDU MERCADO, DECEASED
      2:16-cv-09777

45.   GERALDINE MURPHY ON BEHALF OF RICHARD MURPHY, DECEASED
      2:16-cv-09782

46.   BEULAH NUNN - 2:16-cv-09792

47.   CAROLE OHMAN - 2:16-cv-09814

48.   ROBERT OLIVA - 2:16-cv-09817

49.   DARREN PANGLE - 2:16-cv-09820

50.   JAMES PHILLIPS - 2:16-cv-09823

51.   MARILYN PLUMMER - 2:16-cv-09826

52.   ANDRIANA RUIZ-RODRIGUEZ ON BEHALF OF RUBEN POLAMAR, DECEASED
      2:16-cv-09829

53.   HAZEL POWELL ON BEHALF OF AMOS POWELL, DECEASED
      2:16-cv-09836

54.   MAGGIE QUARLES - 2:16-cv-09839

55.   GREGORY RAYBURN - 2:16-cv-09841

56.  GRACIE ROSS - 2:16-cv-09843

57.  HENRY RUTHERFORD - 2:16-cv-09854

58.  MARY SANCHEZ - 2:16-cv-09862

59.  BERTA SAUCEDO - 2:16-cv-09867

60.  ELROY SCHORN - 2:16-cv-09872

61.  ROGER SHUNK - 2:16-cv-09876

62.  CHARLES SIMPKINS - 2:16-cv-09878

63.  JOHN SMITH - 2:16-cv-09885

64.  JANICE STEWART ON BEHALF OF JOHNNY STEWART, DECEASED
     2:16-cv-09889

65.  ROBERT STOKES - 2:16-cv-09890

66.  JOHN SWEENEY - 2:16-cv-09896

67.  MARLENE TABOR - 2:16-cv-09969

68.  LOIS THAYER - 2:16-cv-09971

69.  JOHN THEILIG - 2:16-cv-09978

70.  DUANE THOMPSON - 2:16-cv-09981

71.  REX THOMPSON - 2:16-cv-09983

72.  ALAN VANVALKENBURG - 2:16-cv-09986

73.  DERRICK WARE - 2:16-cv-09988

74.  LOUISE WARSHAUER - 2:16-cv-09990

75.  JOSLYNN PICKENS ON BEHALF OF ROSLYNN WELCH, DECEASED
     2:16-cv-09996

76.  BOBBY WILLIAMS - 2:16-cv-10000

77.  CHARLES WILSON - 2:16-cv-10002

**Balukonis, et al v. Janssen Research & Development, et al.:**

1.  JOSEPHINE BALUKONIS ON BEHALF OF RICHARD BALUKONIS, DECEASED
    2:16-cv-06538

2.  JOYCE BARNES - 2:16-cv-10863

3.  CECILIA BARRAGAN - 2:16-cv-10865

4.  CHARLES BELL - 2:16-cv-10866

5.  HAROLD BERRY - 2:16-cv-10870

6.  OLLIE CULVER ON BEHALF OF ANNIE BERTHA, DECEASED - 2:16-cv-10872

7.  JOHN BLAINE - 2:16-cv-10873

8.  CHERYL BOLTON - 2:16-cv-10875

9.  GEORGIA BOWLING - 2:16-cv-10879

10. OLLIE G. BROWN ON BEHALF OF IRENE BROWN, DECEASED - 2:16-cv-10880

11. CHARLES CARNES - 2:16-cv-10882

12. ANN CIARAMELLA ON BEHALF OF AMEDEO CIARAMELLA, DECEASED
    2:16-cv-10885

13. ADRENN CLAYTON - 2:16-cv-10887

14. NICOLE COVINGTON ON BEHALF OF FREDA COVINGTON, DECEASED
    2:16-cv-10888

15. MICHAEL CURTIS - 2:16-cv-10890

16. DAVID DEAN - 2:16-cv-10891

17. WILLIAM DEARMON - 2:16-cv-10894

18. SUZANNE DUBY - 2:16-cv-10896

19. DONALD EDWARDS - 2:16-cv-10898

20. KAY FORBACH - 2:16-cv-10900

21. WILLIAM FRANCIS ON BEHALF OF MICHAEL FRANCIS, DECEASED
2:16-cv-10902

22. AMELIA GARCIA ON BEHALF OF PEDRO GARCIA, DECEASED
2:16-cv-10907

23. JOHN GOBURGER - 2:16-cv-10908

24. SENORA SMITH ON BEHALF OF RICHARD GRIFFIN, DECEASED
2:16-cv-10910

25. JAMES HAMMOND - 2:16-cv-10923

26. LESTER HAMPTON - 2:16-cv-10928

27. SHARON HARRIS - 2:16-cv-10931

28. BEATRICE ALLEN ON BEHALF OF THELMA HARRISON, DECEASED
2:16-cv-10935

29. KEVIN HARTJES ON BEHALF OF LINDA HARTJES, DECEASED
2:16-cv-10937

30. JAMES HEATH - 2:16-cv-10940

31. PATRICIA HEITGER ON BEHALF OF HOWARD HEITGER, DECEASED
2:16-cv-10941

32. NANCY HENRY - 2:16-cv-10943

33. DOROTHY HICKS - 2:16-cv-10946

34. DONNA HODGES - 2:16-cv-10947

35. FELICIA HOGG - 2:16-cv-10953

36. MICHAEL HOUSER - 2:16-cv-10955

37. ARTELIA JACKSON - 2:16-cv-10957

38. HULDA JORDAN - 2:16-cv-10959

39. JEWEL KELLY - 2:16-cv-10967

40. LORI VANDYKE ON BEHALF OF PRISCILLA KENDALL, DECEASED

2:16-cv-10981

41. JANET KNAFLICH - 2:16-cv-10983

42. ANTIONETTE LAPLANTE - 2:16-cv-10986

43. DARRELL LAVETTE - 2:16-cv-10990

44. DARRON LEWIS SR. - 2:16-cv-10991

45. JAMES LINDER - 2:16-cv-10994

46. PAMELA MANSFIELD - 2:16-cv-10997

47. BARBARA MARTINEZ - 2:16-cv-10999

48. PEARLIE MCENTIRE - 2:16-cv-11003

49. MANUEL MEDRANO ON BEHALF OF SUSAN MEDRANO, DECEASED
    2:16-cv-11005

50. NANCY MICHELSON - 2:16-cv-11006

51. LAQUITA MORAN - 2:16-cv-11008

52. DONNA BRUCE ON BEHALF OF WILLIAM MUNSON, DECEASED
    2:16-cv-11025

53. DONNA NIEDING - 2:16-cv-11027

54. FLORENCIA PADEN - 2:16-cv-11028

55. THOMAS PARK - 2:16-cv-11029

56. HUBERT PARKER - 2:16-cv-11030

57. MARIE SAGE - 2:16-cv-11031

58. ROBERT SEATON - 2:16-cv-11033

59. ELIZABETH UDITIS ON BEHALF OF DOLOREEN SHERIDAN, DECEASED
    2:16-cv-11037

60. BETTY SONGER - 2:16-cv-11041

61. LESLIE STAFFORD - 2:16-cv-11044

62. DOUGLAS TAYLOR - 2:16-cv-11047

63. BETTY TIDWELL - 2:16-cv-11050

64. GREGORY TURMAN ON BEHALF OF GLADYS TURMAN, DECEASED
2:16-cv-11052

65. JANET VANBUREN ON BEHALF OF STANLEY VANBUREN, DECEASED
2:16-cv-11053

66. JUDY VANDENBERG ON BEHALF OF PAUL VANDENBERG, DECEASED
2:16-cv-11054

67. RALPH WARNE - 2:16-cv-11056

68. MARY WHARTON - 2:16-cv-11058

69. VERNON WILSON - 2:16-cv-11060

70. KIMBERLY WOLLENBERG - 2:16-cv-11075

71. LARRY GOSHORN ON BEHALF OF CATHY WORKEN, DECEASED
2:16-cv-11078

72. JAMES YOUNG - 2:16-cv-11081

## *Albergo, et al v. Janssen Research & Development, et al.:*

1. ANTHONY ALBERGO - 2:16-cv-6544

2. JAMES ANDERSON - 2:16-cv-11114

3. BETTY ANTHONY - 2:16-cv-11115

4. DEBORAH BABB ON BEHALF OF CONSTANCE KOKERNAK, DECEASED
2:16-cv-11120

5. JAMES BALDWIN - 2:16-cv-11121

6. ELSE BECKMANN - 2:16-cv-11123

7. DARIAN IGONI ON BEHALF OF MILDRED BELL, DECEASED
2:16-cv-11125

8. NORMA BOONE - 2:16-cv-11127

9.   BERNARD BOWLING - 2:16-cv-11136

10.  JERRY BRINNICH - 2:16-cv-11142

11.  JAMES BUDD - 2:16-cv-11144

12.  DEBBIE BUFFINGTON - 2:16-cv-11146

13.  TRACY BULLOCK - 2:16-cv-11150

14.  DENISE MADISON ON BEHALF OF FLORENCE CARTER, DECEASED
     2:16-cv-11152

15.  LEWIS COHEN - 2:16-cv-11155

16.  PANSY COOK - 2:16-cv-11160

17.  ELIZABETH CORRIA - 2:16-cv-11162

18.  ANTJUAN CROCKRON - 2:16-cv-11167

19.  KIKKI DAVIS - 2:16-cv-11169

20.  CATHERINE DEAN - 2:16-cv-11170

21.  HENRY DINKINS - 2:16-cv-11173

22.  JENNIFER ELLISON - 2:16-cv-11174

23.  RONNIE FISHER - 2:16-cv-11176

24.  WILLIAM FOWLKES - 2:16-cv-11178

25.  JEFFREY GATES - 2:16-cv-11180

26.  MATTIE GLENN - 2:16-cv-11182

27.  SIXTO GONZALEZ - 2:16-cv-11184

28.   JOHN GRIFFIN - 2:16-cv-11241

29.   MOHAMMED HARUN - 2:16-cv-11244

30.   LEONARD HAYES - 2:16-cv-11246

31.   JOHN HINES - 2:16-cv-11249

32.   ANNA HOBBS - 2:16-cv-11251

33.   NICOLE HUDSON - 2:16-cv-11255

34.   JEWEL HUNT - 2:16-cv-11257

35.   CHARLES BLACKWELL ON BEHALF OF DOROTHY JOHNSON, DECEASED
      2:16-cv-11262

36.   BRYANT JOYNER - 2:16-cv-11266

37.   RALPH KENMURE - 2:16-cv-11267

38.   WILLIE KING - 2:16-cv-11268

39.   RAYMOND KRAMER - 2:16-cv-11324

40.   DAVID LANKFORD - 2:16-cv-11329

41.   PERCY LEBLANC - 2:16-cv-11331

42.   BRENDA LINDHORST ON BEHALF OF LARRY LINDHORST, DECEASED
      2:16-cv-11334

43.   DIANE LOWE ON BEHALF OF JUNE LOWE, DECEASED - 2:16-cv-11337

44.   PEDRIDRA MATHEWS - 2:16-cv-11341

45.   MARTIN MATTOX - 2:16-cv-11344

46.   DORIS MCBRAYER - 2:16-cv-11348

47.   FLORENCE MCCAFFREY - 2:16-cv-11352

48. SHARONDA MCCLEARY - 2:16-cv-11354

49. SHERRY MCDANIEL - 2:16-cv-11356

50. KATHRYN MCKNIGHT - 2:16-cv-11358

51. JOHN MCMICHAEL - 2:16-cv-11359

52. CHERIE ZIRA ON BEHALF OF ISLA MCROBBIE, DECEASED - 2:16-cv-11361

53. FREDDIE MITCHELL - 2:16-cv-11364

54. MARTHA MOORE - 2:16-cv-11365

55. WENDY OWENS - 2:16-cv-11366

56. LEONARD PAYNE - 2:16-cv-11369

57. NORMA PETERSON - 2:16-cv-11370

58. DONALD POPE - 2:16-cv-11373

59. KIMBERLY PRICE ON BEHALF OF GEORGE PRICE, DECEASED - 2:16-cv-11376

60. VICTOR SANG - 2:16-cv-11378

61. ANNIE SHEROD - 2:16-cv-11434

62. BARRY SNIDER ON BEHALF OF HELEN SNIDER, DECEASED - 2:16-cv-11441

63. HOWARD STENGLER - 2:16-cv-11468

64. BYRON STUCKEY - 2:16-cv-11472

65. CHARLES SULLIVAN ON BEHALF OF BARBARA SULLIVAN, DECEASED
    2:16-cv-11475

66. MARLIN SUZ - 2:16-cv-11477

67. VICTORIA TYLER - 2:16-cv-11479
68. NANCY VOORHEES - 2:16-cv-11482

69. BETTY WALKER - 2:16-cv-11484

70. GEORGE WASHINGTON - 2:16-cv-11487

71. BILLY WIEMERS - 2:16-cv-11488

72. PATRICIA WILKERSON - 2:16-cv-11492

73. VERONICA WILLIAMS - 2:16-cv-11494

74. SAMMIE WINTERS - 2:16-cv-11496

75. GAYLE ZELENSKAS ON BEHALF OF WILLIAM ZELENSKAS, DECEASED
    2:16-cv-11497

76. KATHLEEN VERA ON BEHALF OF MARGARET ZUPANCIC, DECEASED
    2:16-cv-11500


## *Barnett, et al v. Janssen Research & Development, et al.:*

1. MARSHALL BARNETT - 2:16-cv-06555

2. RACHELLE BARRETT - 2:16-cv-11587

3. MICHAEL BATEMAN ON BEHALF OF ETTA BATEMAN, DECEASED
   2:16-cv-11593

4. DENISE BERRY ON BEHALF OF MINNIE BERRY, DECEASED
   2:16-cv-11597

5. GARY BITETTO - 2:16-cv-11602

6. THEODORE BRAUN - 2:16-cv-11605

7. CURLEY BRAXTON - 2:16-cv-11608

8.  ROBERT BRYANT - 2:16-cv-11690

9.  WAYNE BURDICK - 2:16-cv-11691

10. HENRY COHEN - 2:16-cv-11704

11. GERALDINE COLBERT - 2:16-cv-11752

12. JANICE COLCORD ON BEHALF OF ELVA COLCORD, DECEASED
    2:16-cv-11753

13. DANA PLASTER ON BEHALF OF SUSAN COMPTON, DECEASED
    2:16-cv-11754

14. JANET DOUGHERTY - 2:16-cv-11755

15. MARY DUNWORTH ON BEHALF OF LEONARD DUNWORTH, DECEASED
    2:16-cv-11757

16. MICHAEL TODD ON BEHALF OF OCIE FAZEKAS, DECEASED
    2:16-cv-11758

17. JOHN FIRNETT - 2:16-cv-11759

18. MARY FITZGERRAL - 2:16-cv-11760

19. SARAH GAYTON - 2:16-cv-11761

20. CHERRY GIBSON - 2:16-cv-11767

21. CHARLES GRIFFIN - 2:16-cv-11771

22. CHARLES GUILLIAMS - 2:16-cv-11772

23. MARY ANN HAWKINS - 2:16-cv-11778

24. RONALD HEDTCKE - 2:16-cv-11779

25. DAVID HERRINGTON - 2:16-cv-11780

26.   DOROTHY HILL - 2:16-cv-11782

27.   WILLIAM JACKSON - 2:16-cv-11783

28.   MOUNIR JAMALEDDINE - 2:16-cv-11784

29.   JAIDA JOHNSON - 2:16-cv-11785

30.   SHARLENER JOHNSON-RICHARDSON - 2:16-cv-11787

31.   ROBERT JONES - 2:16-cv-11789

32.   CALEDA KELLY - 2:16-cv-11790

33.   GLENN KIMBLE - 2:16-cv-11794

34.   DOROTHY LAMAR - 2:16-cv-11798

35.   ERNEST LAURENZI - 2:16-cv-11799

36.   ANGELISE LEE - 2:16-cv-11801

37.   SANDRA LOGAN - 2:16-cv-11803

38.   DARLENE LONG - 2:16-cv-11804

39.   STANLEY LOVEKAMP - 2:16-cv-11805

40.   GEORGIA MARSHALL - 2:16-cv-11807

41.   JACQUELINE MATTHEWS - 2:16-cv-11809

42.   ERNELL MAY - 2:16-cv-11810

43.   ERIC MCABEE - 2:16-cv-11812

44.   HELEN MCGREW - 2:16-cv-11813

45.   VINCENT MCLAURY - 2:16-cv-11814

46.   JEROLD MILLS - 2:16-cv-11817

47.   GERALDINE MINIX - 2:16-cv-11818

48.   GLADYS MINOR - 2:16-cv-11822

49.   MELISSA MOORE - 2:16-cv-11824

50.   DAVID MOYED - 2:16-cv-11827

51.   RODNEY MUHAMMAD - 2:16-cv-11829

52.   JAMES NOBLICK - 2:16-cv-11830

53.   LINDA PARKER - 2:16-cv-11831

54.   MARSHALL PAYNE - 2:16-cv-11832

55.   LAURA O. PETERSON - 2:16-cv-11836

56.   JOE REID - 2:16-cv-11837

57.   DAVID RHINE - 2:16-cv-11840

58.   CHARLES RIVERA - 2:16-cv-11841

59.   MARCELINO SALAZAR - 2:16-cv-11843

60.   WESLEY SAUCKE - 2:16-cv-11844

61.   CHRISTEL REICHENBACH ON BEHALF OF NANCY SCHAFFRATH, DECEASED
      2:16-cv-11845

62.   JOE SIMS - 2:16-cv-11846

63.   DAVID SINGEI - 2:16-cv-11847

64.   WAYNE SLOAN - 2:16-cv-11851

65. TIMOTHY BEUSHAUSEN ON BEHALF OF GERALDINE SOLOMON, DECEASED
2:16-cv-11852

66. JESSIE STAPP - 2:16-cv-11853

67. TERESA DUBOSE ON BEHALF OF HELEN SURRELL, DECEASED
2:16-cv-11896

68. JULIETTTE TAYLOR ON BEHALF OF ROBERT TAYLOR, DECEASED
2:16-cv-11897

69. JIMMIE THOMAS - 2:16-cv-11899

70. SANDRA TURNER - 2:16-cv-11901

71. LINDA WARD - 2:16-cv-11902

72. CASHANNA WASHINGTON - 2:16-cv-11903

73. TRIESA WHITE - 2:16-cv-11907

74. JEANA CROUCH ON BEHALF OF EVA WHITEHEAD, DECEASED
2:16-cv-11909

75. JAMES WHITEHEAD - 2:16-cv-11910

76. TERRENCE WILSON ON BEHALF OF CARRIE WILSON, DECEASED
2:16-cv-11911

77. VERNON ZELLER - 2:16-cv-11912

## _Agyapong, et al v. Janssen Research & Development, et al.:_

1. KWAKU AGYAPONG - 2:16-cv-06576

2. KENDALL ALLEN ON BEHALF OF PAULINE ALLEN, DECEASED
2:16-cv-11915

3. DOUGLAS ANTLEY - 2:16-cv-11917

4.   RAYMOND AUSTIN - 2:16-cv-11926

5.   VELMA BAIRD - 2:16-cv-11928

6.   ALLEGRA BAKER ON BEHALF OF LLOYD BAKER, DECEASED
     2:16-cv-11930

7.   DAVID BAKER - 2:16-cv-11932

8.   STEPHEN BALCERZAK - 2:16-cv-11933

9.   HELEN BODELL - 2:16-cv-11934

10.  BILLY BRANNON - 2:16-cv-11935

11.  MARGARET BRAY - 2:16-cv-11936

12.  KATHRYN BROWN ON BEHALF OF WILLIAM BROWN, DECEASED
     2:16-cv-11937

13.  SHIRLEY BUS - 2:16-cv-11938

14.  JEAN CARMICHAEL - 2:16-cv-11940

15.  BILLY CHANNELL - 2:16-cv-11941

16.  THOMAS CLOCK - 2:16-cv-11942

17.  OLEN COLEMAN - 2:16-cv-11943

18.  MOODY COOK - 2:16-cv-11944

19.  JAMES CRADDOCK ON BEHALF OF LINDA CRADDOCK, DECEASED
     2:16-cv-11945

20.  SHERRY CRAWFORD ON BEHALF OF JERRY CRAWFORD, DECEASED
     2:16-cv-11946

21.  GEORGE EATON - 2:16-cv-11948

22.   MARIA FARMER - 2:16-cv-11949

23.   REBECCA GAGGIN ON BEHALF OF PATRICK GAGGIN, DECEASED
      2:16-cv-11950

24.   MARK MCCALL ON BEHALF OF MARGARET GALLOWAY, DECEASED
      2:16-cv-11952

25.   HERBERT GOMEZ - 2:16-cv-11953

26.   ERNESTINE HAMMOND MAGEE - 2:16-cv-11954

27.   LINDA HARLOW - 2:16-cv-11955

28.   JOHN HEELAN - 2:16-cv-11956

29.   LORETTA ALEXANDER ON BEHALF OF JOHN HINSON, DECEASED
      2:16-cv-11959

30.   MARGIE HOVORKA ON BEHALF OF CLEADUES HOVORKA, DECEASED
      2:16-cv-11960

31.   BARBARA HOWARD - 2:16-cv-11963

32.   HAROLD HUDDLESTON - 2:16-cv-11964

33.   MICHAEL JAROSZ - 2:16-cv-11966

34.   JAMES KING - 2:16-cv-11967

35.   GREG KLUBER - 2:16-cv-11969

36.   CAROL KORZENIOWSKI - 2:16-cv-11970

37.   RICHARD LAMBERT - 2:16-cv-11972

38.   FRANK LANE - 2:16-cv-11973

39.   MARY ANN LAVOIE - 2:16-cv-11974

40.  TIMOTHY LOWDER ON BEHALF OF GLORIA LOWDER, DECEASED
     2:16-cv-11976

41.  MARYANN ROSATI ON BEHALF OF ANGELA MALACHINO, DECEASED
     2:16-cv-11978

42.  HENRY MALONE - 2:16-cv-11979

43.  KIM MAXFIELD - 2:16-cv-11980

44.  CHRISTINA MCDONALD - 2:16-cv-11981

45.  CAROL MEADOWS - 2:16-cv-11982

46.  VIRGINIA MITCHELL - 2:16-cv-11983

47.  COLLEEN MORSE - 2:16-cv-11984

48.  LUCIAN PARKS - 2:16-cv-11988

49.  ELIDA PENA - 2:16-cv-11990

50.  HEIDI QUICK - 2:16-cv-11992

51.  MARY RANALLI - 2:16-cv-11995

52.  TANDRA REED-REASON - 2:16-cv-11997

53.  CHARLIE RICHARD - 2:16-cv-11998

54.  BARBARA RIISKA - 2:16-cv-11999

55.  TIMOTHY ROGERS - 2:16-cv-12001

56.  SHEON RUSSELL - 2:16-cv-12003

57.  MICHAEL PERSCHITZ ON BEHALF OF JEAN SCHWARTZ, DECEASED
     2:16-cv-12004

58.  ALFRED SCOTT ON BEHALF OF WESLEY SCOTT, DECEASED
     2:16-cv-12005

59.  PATRICIA SHINES - 2:16-cv-12006

60.  MARCELLA SMITH - 2:16-cv-12007

61.  MARGARET SMITH - 2:16-cv-12008

62.  MARY SOTO - 2:16-cv-12009

63.  JAMES SOUCEK - 2:16-cv-12010

64.  DORIS WALLACE - 2:16-cv-12011

65.  MARILYN WEAVER - 2:16-cv-12013

66.  ANNIE WELL - 2:16-cv-12014

67.  JOHN WILHELM - 2:16-cv-12017

68.  FREDERICK WILLIAMS - 2:16-cv-12019

69.  ANGELA WILLIAMS - 2:16-cv-12016

70.  WILLIAM WOODSON - 2:16-cv-12022

71.  DERWIN WORDS - 2:16-cv-12023

72.  BELINDA WRIGHT - 2:16-cv-12024

73.  FREDERICK YANCEY - 2:16-cv-12025

74.  WILBER YATES - 2:16-cv-12027

75.  DONNA ZERBIAN - 2:16-cv-12028

**<u>Atkins, et al v. Janssen Research & Development, et al.:</u>**

1.  ANTHONY ATKINS - 2:16-cv-06605

2.  CHRISTUMA ALLEN - 2:16-cv-12068

3.  ORA BAILEY - 2:16-cv-12076

4.  ROBERT BAKER - 2:16-cv-12079

5.  MARY BARGE - 2:16-cv-12085

6.  CHARLES BERNER - 2:16-cv-12086

7.  FRANK BILLIE - 2:16-cv-12087

8.  DAVID BLINNE ON BEHALF OF JEAN BLINNE, DECEASED
    2:16-cv-12089

9.  NATHAN BRIGHT - 2:16-cv-12090

10. STEVEN BROCK - 2:16-cv-12091

11. JAMES BUZARD - 2:16-cv-12093

12. ROBERT CALDWELL - 2:16-cv-12094

13. BETSEY CASEY - 2:16-cv-12095

14. WILLIAM COOK - 2:16-cv-12096

15. CYNTHIA RAY ON BEHALF OF MURIEL CUTHBERTSON, DECEASED
    2:16-cv-12097

16. PERRY CUTSHALL - 2:16-cv-12099

17. WILLIAMS FILES - 2:16-cv-12100

18. JOSEPH FISHER - 2:16-cv-12101

19. GLORIA FLAGG - 2:16-cv-12103

20.   ADOLF FORAGE - 2:16-cv-12104

21.   GWENDOLYN FREEMAN - 2:16-cv-12105

22.   JANET GAMBLE SHANNON - 2:16-cv-12106

23.   ELBA GARCIA - 2:16-cv-12107

24.   PATRICK GATTISON - 2:16-cv-12108

25.   ANGELA GENTILE - 2:16-cv-12110

26.   RONALD GIBBONS - 2:16-cv-12111

27.   BARBARA GILBERT - 2:16-cv-12113

28.   RUBEN GONZALEZ - 2:16-cv-12114

29.   FREDERICK GRAY - 2:16-cv-12115

30.   REGINALD GREEN - 2:16-cv-12136

31.   ANNETTE GWYNN - 2:16-cv-12140

32.   JIMMY HANNERS - 2:16-cv-12143

33.   WARREN HARRINGTON - 2:16-cv-12144

34.   JOHN HAYES - 2:16-cv-12154

35.   JUNE HERRINGTON - 2:16-cv-12155

36.   AURELIO IRIZARRY - 2:16-cv-12157

37.   WILLIAM JAMES - 2:16-cv-12158

38.   RICHARD JANVRIN - 2:16-cv-12159

39.   BARBARA KEGEL - 2:16-cv-12160

40.   ISTAT KHAVASOVA - 2:16-cv-12161

41.   CORRINE LEAK - 2:16-cv-12162

42.   RUBY LEDFORD - 2:16-cv-12163

43.   JAMES LOCKLEAR - 2:16-cv-12164

44.   JOSEPH LOPEZ - 2:16-cv-12165

45.   IRENE MANFRE -2:16-cv-12166

46.   LUCRETIA MCCANTS - 2:16-cv-12168

47.   ROCKY MILLER - 2:16-cv-12169

48.   WENDY MUNN - 2:16-cv-12170

49.   LAWRENCE MURRAY - 2:16-cv-12171

50.   ALICE MYERS ON BEHALF OF IVAN MYERS, DECEASED - 2:16-cv-12172

51.   WILLENA E. NATT - 2:16-cv-12173

52.   CAROL PAQUE - 2:16-cv-12175

53.   LEZETTE PARSONS - 2:16-cv-12176

54.   GINA PAVELKA - 2:16-cv-12180

55.   HAROLD PAYNE - 2:16-cv-12181

56.   JASON RAMTHUN - 2:16-cv-12183

57.   MINDY RICH - 2:16-cv-12184

58.   CONTOTA RICHARDSON - 2:16-cv-12185

59.   ALBERTHA RIVERS - 2:16-cv-12187

60. PEDRO RODRIGUEZ, JR. ON BEHALF OF PEDRO RODRIGUEZ, DECEASED
    2:16-cv-12189

61. TONJA RUSH - 2:16-cv-12190

62. DAVID SALVEY - 2:16-cv-12191

63. EFFIE SANDERS - 2:16-cv-12192

64. DANIEL SCEGO - 2:16-cv-12193

65. PATRICIA SCHIFFMAN - 2:16-cv-12198

66. JESSE SHAFFER - 2:16-cv-12200

67. DON SMITH - 2:16-cv-12202

68. THELMA SMITH ON BEHALD OF GEORGE SMITH, DECEASED - 2:16-cv-12204

69. CATHERINE SMITH ON BEHALF OF SHIRLEY SMITH, DECEASED
    2:16-cv-12212

70. LEONARD SNODDY - 2:16-cv-12214

71. CHARLIE SPINK - 2:16-cv-12215

72. JOEY STOKES - 2:16-cv-12217

73. ANTHONY SUTPHIN - 2:16-cv-12218

74. WILLIAM TAYLOR - 2:16-cv-12219

75. EMMA STEGALL ON BEHALF OF RAYMOND THEBEAU, DECEASED
    2:16-cv-12221

76. MADELINE TIRRO - 2:16-cv-12223

77. BETTY TOLER - 2:16-cv-12226

78. WALTER TYLER - 2:16-cv-12228

79. DAVID VERTZ - 2:16-cv-12229

80. CAROL WAITE - 2:16-cv-12231

81. YVONNE WALSTON - 2:16-cv-12232

82. PEARLIE WARE - 2:16-cv-12233

83. SUSAN ZEMAN ON BEHALF OF MARGARET WEATHERS, DECEASED
    2:16-cv-12235

84. ARMER WILLIAMS - 2:16-cv-12239

85. WILLIE WRIGHT - 2:16-cv-12241

## Arnold, et al v. Janssen Research & Development, et al.:

1. MARK ARNOLD - 2:16-cv-06613

2. DONALD BAILEY - 2:16-cv-12248

3. LORELL BERNARD - 2:16-cv-12250

4. VICKI SANDERS ON BEHALF OF LINDA BROADWELL, DECEASED
   2:16-cv-12251

5. JEANNE BURNES - 2:16-cv-12252

6. GREGORY CLARK - 2:16-cv-12254

7. PEDRO CORREA - 2:16-cv-12256

8. DONNA EVANS - 2:16-cv-12257

9. GEORGIA MARVEL - 2:16-cv-12258

10. ALESSANDRO GIANVECCHIO ON BEHALF OF GUISEPPE GIANVECCHIO,
    DECEASED - 2:16-cv-12260

11.   HELEN GILCHRIST - 2:16-cv-12261

12.   DON GUNN - 2:16-cv-12263

13.   PATRICK HARTNETT - 2:16-cv-12264

14.   ROBERT JACKSON - 2:16-cv-12265

15.   RICHARD LEAMONS - 2:16-cv-12269

16.   JOSEPHINE LEWIS - 2:16-cv-12272

17.   RAY MCCARTY - 2:16-cv-12273

18.   PATRICIA MERRITT - 2:16-cv-12276

19.   ANTHONY MOBLEY - 2:16-cv-12278

20.   PETER MYERS - 2:16-cv-12280

21.   SHERRONE OWENS - 2:16-cv-12283

22.   DERRICK PASSE - 2:16-cv-12284

23.   JOEL PROFFER - 2:16-cv-12285

24.   RAUL RODRIGUEZ - 2:16-cv-12286

25.   PETER RUIZ - 2:16-cv-12289

26.   CHARLES SCHECTER - 2:16-cv-12290

27.   GURBACHAN SEEHRA - 2:16-cv-12291

28.   GEORGE SISKO, JR. - 2:16-cv-12293

29.   WENCEL SPLICHAL - 2:16-cv-12294

30.   DONALD STASKIVIGE - 2:16-cv-12295

31.   JOHN SZEDON - 2:16-cv-12296

32.   PHILLIP THORNBURG - 2:16-cv-12298

33.   ROSEANNE WATERS - 2:16-cv-12299

34.   JAYNE WHITE - 2:16-cv-12300