**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Raisa Shigunowa

2:16-cv-09517

## ORDER

THIS MATTER, having come before the Court is Plaintiff Raisa Shigunowa's Motion to Withdraw Plaintiff's Motion to Voluntarily Dismiss Without Prejudice. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Plaintiff's Motion to Voluntarily Dismiss Without Prejudice is GRANTED.

New Orleans, Louisiana, this __22nd__ day of _____July_____, 2016.

_____
Hon. Eldon Fallon
UNITED STATES DISTRICT JUDGE