UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| DON BERNARDINE, 2:16-cv-08746-EEF-MBN | JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| MARY KAY DURHAM, 2:16-cv-08837-EEF-MBN | |
| SHAUNA M. LI, 2:16-cv-09054-EEF-MBN | |
| LAWRENCE P. MEDDAUGH, 2:16-cv-09076-EEF-MBN | |

**MOTION FOR LEAVE TO FILE FIRST AMENDED JOINT COMPLAINT AND INDIVIDUAL SHORT FORM COMPLAINTS**

COMES NOW Counsel for Plaintiffs, Don Bernardine, Mary Kay Durham, Shauna M. Li, and Lawrence P. Meddaugh, respectfully move this court for leave to file the First Amended Joint Complaint and Individual Short Form Complaints in these actions for adding Claudette Bernardine, Michael David Durham, Wei Li, and M. Joan Meddaugh, as Plaintiffs with loss of consortium claims and adding their claims as subsection (b) to paragraphs 11, 19, 30, and 37 in the forms attached hereto as Exhibits A, B, C, D and E in accordance with Fed. R. Civ. P. 15(a)(2).

1. Plaintiffs Don Bernardine, Mary Kay Durham, Shauna M. Li, and Lawrence P. Meddaugh, cases were filed in a Joint Complaint on May 19, 2016 (*Kristian M. Agurs, et al. v. Janssen Research & Development LLC, et al.*, 2:16-cv-06583-EEF-MBN [Doc. 1]).

2. On June 3, 2016, a Severance Order was issued for the Joint Complaint *Kristian M. Agurs, et al. v. Janssen Research & Development LLC, et al.*, 2:16-cv-06583-EEF-MBN [Doc. 5].

3. On June 7, 2016, Plaintiff Don Bernardine filed his Short Form Complaint (*Don Bernardine v. Janssen Research & Development LLC*, 2:16-cv-08746-EEF-MBN [Doc. 1]).

4. On June 8, 2016, Plaintiff Mary Kay Durham filed her Short Form Complaint (*Mary Kay Durham v. Janssen Research & Development LLC*, 2:16-cv-08837-EEF-MBN [Doc. 1]).

5. On June 8, 2016, Plaintiff Shauna M. Li filed her Short Form Complaint (*Shauna M. Li v. Janssen Research & Development LLC*, 2:16-cv-09054-EEF-MBN [Doc. 1]).

6. On June 8, 2016, Plaintiff Lawrence P. Meddaugh filed his Short Form Complaint (*Lawrence P. Meddaugh v. Janssen Research & Development LLC*, 2:16-cv-09076-EEF-MBN [Doc. 1]).

7. All active Defendants have been served with process.

8. On June 17, 2016, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

9. On July 1, 2016, Defendant Bayer Pharma AG was served by registered mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

10. On July 8, 2016, Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC and Johnson & Johnson Company executed Waivers of Service pursuant to Rule 4(d).

11. Plaintiff's counsel was informed by Plaintiffs Don Bernardine, Mary Kay Durham, Shauna M. Li, and Lawrence P. Meddaugh that their respective spouses, Claudette Bernardine, Michael David Durham, Wei Li, and M. Joan Meddaugh have a loss of consortium claim due to their injuries from Xarelto.

WHEREFORE, Counsel for Plaintiffs, Don Bernardine, Mary Kay Durham, Shauna M. Li, and Lawrence P. Meddaugh, respectfully request the Court grant leave for Plaintiffs, Don Bernardine, Mary Kay Durham, Shauna M. Li, and Lawrence P. Meddaugh to file the First Amended Joint Complaint and Individual Short Form Complaints in these actions in the forms attached hereto as Exhibits A, B, C, D and E and directing the Clerk of the Court to enter the Amended Joint and Short Form Complaints into the record of this matter.

Dated: July 25, 2016

Respectfully submitted,

By: s/Emanuella J. Paulos
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

**CERETIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 25th day of July, 2016.

By: <u>s/Emanuella J. Paulos</u>_____<br>
Emanuella J. Paulos (FL Bar 99010)