# EXHIBIT B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :   MDL No. 2592
                                   :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
_____:   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**      **JURY TRIAL DEMANDED**

DON BERNARDINE and CLAUDETTE BERNARDINE

## AMENDED SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Amended Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiffs, Don Bernardine and Claudette Bernardine, are identified more fully in Paragraph 11 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiffs.

3. Individual Plaintiffs, Don Bernardine and Claudette Bernardine, herein reside at 1399 NW 6th Street, Boca Raton, FL 33486.

4. The Xarelto User, Don Bernardine resides (or if deceased, resided at the time of death) at 1399 NW 6th Street, Boca Raton, FL 33486.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiffs.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiffs.

Dated: July 25, 2016

By: /s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7151
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

## **CERETIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 25th day of July, 2016.

                                           By: /s/Emanuella J. Paulos_____
                                                Emanuella J. Paulos