# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
                               :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
_____:   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**      <u>**JURY TRIAL DEMANDED**</u>

SHAUNA M. LI and WEI LI

## AMENDED SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Amended Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiffs, <u>Shauna M. Li And Wei Li</u>, are identified more fully in Paragraph <u>30</u> of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiffs.

3. Individual Plaintiffs, <u>Shauna M. Li And Wei Li</u>, herein reside at <u>15216 Interlachen Drive, Austin, TX 78717</u>.

4. The Xarelto User, <u>Shauna M. Li</u> resides (or if deceased, resided at the time of death) at <u>15216 Interlachen Drive, Austin, TX 78717</u>.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiffs.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiffs.

Dated: July 25, 2016

By: /s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7151
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

## **CERETIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 25th day of July, 2016.

                                    By: /s/Emanuella J. Paulos_____
                                    Emanuella J. Paulos