UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Beryl Myers v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| No. 2:15-cv-06581 | |

**PLAINTIFF'S MOTION TO WITHDRAW HER
MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**COMES NOW** Plaintiff, through undersigned counsel, in the above-listed action and respectfully moves this Court to withdraw her previously filed Motion to Voluntarily Dismiss Without Prejudice. Plaintiff's counsel and Defense counsel have agreed to enter a stipulation of dismissal in this matter. Accordingly, Plaintiff requests that the previously filed motion be withdrawn.

WHEREFORE, Plaintiff, by and through her undersigned Counsel, respectfully request this Court Withdraw Plaintiff's Motion to Voluntarily Dismiss Without Prejudice, which was originally filed on June 8, 2016 as document 3403 and revised on June 9, 2016 as document 3409.

Dated: July 25, 2016                                    Respectfully Submitted,

                                                         /s/Kelly A. Fitzpatrick_____
                                                        Kelly A. Fitzpatrick
                                                        VENTURA RIBEIRO & SMITH
                                                        235 Main Street, Danbury, CT 06810
                                                        203-791-9040 Telephone

## **CERTIFICATE OF SERVICE**

I hereby that a copy of the above and foregoing Motion to Withdraw Plaintiffs Motion to Voluntarily Dismiss Without Prejudice has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Kelly A. Fitzpatrick