UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Peyton v. Jansen Research & Development, LLC, et al., 2:16-cv-1524*

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW Plaintiff, James Peyton, by and through undersigned counsel of record, and in support of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies, states as follows:

1. Plaintiff's complaint was filed on or about February 2, 2016 directly in the MDL Court as part of a multi-plaintiff complaint (2:16-cv-920). Pursuant to the severance order entered herein, a Short Form Complaint was filed and the Plaintiff's individual case number is 2:16-cv-1524.

2. While the Plaintiff has substantially complied with providing the other Plaintiff Fact Sheet (hereinafter "PFS") information, has uploaded documents proving use of Xarelto, and has uploaded his responses and authorizations for defense counsel to the MDL Centrality website, Plaintiff has had significant difficulty obtaining medical records regarding the injury from providers and requests additional time to obtain and upload the same and provide any remaining responses to the PFS.

3. Plaintiff received the current deficiency from Defendants on July 5, 2016 and the response to said deficiency is currently due on July 25, 2016.

4. Plaintiff's Counsel has made continual efforts to receive the necessary records to respond to the Notice of Deficiency, and although such efforts have not produced the necessary records to respond to the Deficiency yet, there are currently pending record requests.

5. The Plaintiff is currently aggressively pursuing a record request, which, upon information and belief, will produce records allowing Plaintiff to respond to the Notice of Deficiency.

6. Therefore, Plaintiff needs some additional time to satisfy the PFS Deficiencies, as he awaits the medical provider's response to the request for records, and Counsel respectfully requests an additional sixty (60) days to satisfy the PFS Deficiencies from the date of the order entered on Plaintiff's Motion for Extension of Time.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that this Court Grant Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies and for any further orders deemed just and proper under the circumstances

Dated: July 25, 2016

Respectfully Submitted,

Kirkendall Dwyer, LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 25th day of July 2016.

                Kirkendall Dwyer, LLP

                By: */s/ Andrew F. Kirkendall*
                Andrew F. Kirkendall
                Texas Bar No. 24050882
                Alexander G. Dwyer
                Texas Bar No. 24054271
                Kirkendall Dwyer LLP
                4343 Sigma Rd., STE 200
                Dallas, TX 75244
                Phone: 214-271-4027
                Fax: 214-253-0629
                ak@kirkendalldwyer.com
                ad@kirkendalldwyer.com

                ***Attorney for Plaintiffs***