UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Peyton v. Jansen Research & Development, LLC, et al., 2:16-cv-1524*

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, James Peyton, by and through undersigned counsel, and files this Notice of Submission of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies before the Honorable Judge Eldon E. Fallon.

Dated: July 25, 2016         Respectfully Submitted,

Kirkendall Dwyer LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

## CERTIFICATE OF SERVICE

 I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 25th day of July 2016.

                                              Kirkendall Dwyer LLP

                                              By: */s/ Andrew F. Kirkendall*
                                              Andrew F. Kirkendall
                                              Texas Bar No. 24050882
                                              Alexander G. Dwyer
                                              Texas Bar No. 24054271
                                              Kirkendall Dwyer LLP
                                              4343 Sigma Rd., STE 200
                                              Dallas, TX 75244
                                              Phone: 214-271-4027
                                              Fax: 214-253-0629
                                              ak@kirkendalldwyer.com
                                              ad@kirkendalldwyer.com

                                              *Attorney for Plaintiffs*