UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

*James McCaffrey vs. Janssen Research & Development, LLC et al;*
  Civil Action No. 2:16-cv-1375

**MOTION FOR EXTENSION OF TIME UNDER PTO 27 TO PROVIDE ADMINISTRATOR DOCUMENTATION TO PLAINTIFF FACT SHEET**

COMES NOW the Plaintiff James McCaffrey by and through the undersigned counsel, and respectfully moves this Court for an extension of time under PTO 27 to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user in connection with Plaintiff Fact Sheet to November 20, 2016.

Under PTO 27, this case is not in the discovery pool, and the Plaintiff's Fact Sheet deficiency deadline is July 27, 2016.  Plaintiff produced a substantially complete fact sheet with all core criteria on March 17, 2016.  Subsequently, Defendant submitted a deficiency notice regarding the Xarelto user's representative to sign declaration on behalf of the user in connection with the Plaintiff Fact Sheet.   The time to respond to the purported deficiency currently July 27, 2016.  Plaintiff has submitted the Plaintiff's Fact Sheet and has substantially completed Section 1 of the PFS, and has provided plaintiff's pharmacy records of proof of Xarelto use as well as medical records of proof of injury with the PFS.

Additionally, counsel is waiting on documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user, which necessitates making this motion for an extension of time to obtain and administrator documentation. Accordingly, Plaintiff's counsel requests an extension of the time to do so until November 20, 2016.

In support of the motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith.  If the documentation is received while this motion is pending, plaintiff's counsel will upload them to the PFS.  An extension of time is not sought for delay but so that justice may be served.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the time for plaintiff to provide medical records in connection with the Plaintiff Fact Sheet to November 20, 2016.

Dated: July 25, 2016                          Respectfully Submitted,

Kirkendall Dwyer, LLP

By: /s/ *Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com
***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 25th day of July 2016.

Kirkendall Dwyer, LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

***Attorney for Plaintiffs***