UNITED STATES DISTRICT COURT  EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

> *James McCaffrey vs. Janssen Research & Development, LLC et al;*
> Civil Action No. 2:16-cv-1375

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME UNDER PTO 27 TO PROVIDE ADMINISTRATOR IN CONNECTION WITH PLAINTIFF'S FACT SHEET

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time under PTO 27 to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of user in connection with Plaintiff's Fact Sheet, Plaintiff states the following:

1. The plaintiff filed the above captioned proceeding as a bundled Complaint along with multiple plaintiffs on February 5, 2016, and thereafter filed separate short form Complaints on February 18, 2016, for the individual plaintiffs.

2. Pursuant to PTO 27, this case is not in the discovery pool, and by this Court's Order the PFS deadline to respond to the Defendant's notice of deficiency is currently July 27, 2016.

3. Plaintiff has already complied with PTO 27 by providing a signed Plaintiff Fact Sheet substantially completing PFS Section 1, and has provided medical records of proof of Xarelto use.  However, plaintiff's counsel has still not received supporting documentation

of Xarelto user's representative's right to sign, which necessitates making this motion for an extension of time to obtain and upload administrator documentation. If the documentation is received during the pendency of the motion, plaintiff's counsel will upload them.

4. Accordingly, Plaintiff therefore requests an extension of the deadline to November 20, 2016, to allow further time to obtain and upload the representative's authority in connection with the plaintiff's PFS.

5. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and will file upload the medical records to the PFS at the centrality website once received.

**WHEREFORE**, Plaintiff's counsel requests an extension of the time for providing pharmacy records in connection with Plaintiff's Fact Sheet to November 20, 2016.

Dated: July 25, 2016

        Respectfully Submitted,
        Kirkendall Dwyer, LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        ***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 20th day of July 2016.

                                      Kirkendall Dwyer, LLP
                                      By: */s/ Andrew F. Kirkendall*
                                      Andrew F. Kirkendall
                                      Texas Bar No. 24050882
                                      Alexander G. Dwyer
                                      Texas Bar No. 24054271
                                      Kirkendall Dwyer LLP
                                      4343 Sigma Rd., STE 200
                                      Dallas, TX 75244
                                      Phone: 214-271-4027
                                      Fax: 214-253-0629
                                      ak@kirkendalldwyer.com
                                      ad@kirkendalldwyer.com

                                      *Attorney for Plaintiffs*