**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

   *James McCaffrey vs. Janssen Research & Development, LLC et al;*
      *Civil Action No. 2:16-cv-1375*

### NOTICE OF SUBMISSION

 COMES NOW the plaintiff James McCaffrey by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time under PTO 27 to provide documentation supporting the authority of Xarelto user's representative to sign the declaration on behalf of the user in connection with Plaintiff's Fact Sheet to November 20, 2016 before the Honorable Judge Eldon E. Fallon on motion date August 31, 2016.


Dated: July 25, 2016                     Respectfully Submitted,

                                         Kirkendall Dwyer, LLP
                                         By: */s/ Andrew F. Kirkendall*
                                         Andrew F. Kirkendall
                                         Texas Bar No. 24050882
                                         Alexander G. Dwyer
                                         Texas Bar No. 24054271
                                         Kirkendall Dwyer LLP
                                         4343 Sigma Rd., STE 200
                                         Dallas, TX 75244
                                         Phone: 214-271-4027
                                         ak@kirkendalldwyer.com
                                         ad@kirkendalldwyer.com

## CERTIFICATE OF SERVICE

 I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court

using CM/ECF system which will send notification of such filing to all counsel of record,

on this 25th day of July 2016.

Kirkendall Dwyer, LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

***Attorney for Plaintiffs***