UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2592 |
| | ) | SECTION: L |
| JAMES THAD SITTON AND TASSIE SITTON CORBETT, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF SUE COLE SITTON, DECEASED | ) ) ) ) ) ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:15-cv-02368 |
| Defendants | ) ) ) | |

**THIS DOCUMENT RELATES TO:**

*JAMES THAD SITTON AND TASSIE SITTON CORBETT, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF SUE COLE SITTON, DECEASED V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;* **Civil Action No.** 2:15-cv-02368

## **UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiffs, James Thad Sitton, Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased (*hereinafter* "Plaintiffs"), by and through their undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2) and Local Rule (7.6E) respectfully seek leave to amend the Complaint and correct the case caption of the Complaint, the body of the Complaint under to reflect the inclusion of Johnson & Johnson as a party Defendant as well as Plaintiff's counsel signature block.  Plaintiffs' only modifications to the Complaint as set forth in the proposed Amended Complaint, attached hereto, are the following:

a. In the Caption, adding "Johnson & Johnson";

b. Addition of Johnson & Johnson under "Nature of the Case," paragraph 6;

c. Addition of Johnson & Johnson under "Parties," paragraphs 37 through 41; and

d. In accordance with the Order on Joint Motion for Withdrawal and Substitution of Counsel signed by the Judge on July 19, 2016, the Plaintiffs' counsel signature block will be changed to reflect new counsel, Ethan L. Shaw of Shaw Cowart, LLP.

Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave.  The court should freely give leave when justice so requires.

Plaintiffs duly served a copy of the Complaint on June 4, 2015.

On July 21, 2016, Plaintiffs provided a copy of the proposed Amended Complaint to Defendants and obtained written consent from opposing counsel to amend the Complaint.

WHEREFORE, Plaintiffs James Thad Sitton, Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased respectfully request that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint into the record of this matter.

Dated: July 26, 2016

                                              Respectfully submitted,

By: */s/ Ethan L. Shaw*
      Ethan L. Shaw
      John P. Cowart
      Matthew J. Riley
      SHAW COWART, L.L.P.
      1609 Shoal Creek Boulevard
      Suite 100
      Austin, Texas  78701
      Telephone:  (512) 499-8900
      Facsimile:  (512) 320-8906
      elshaw@shawcowart.com
      jcowart@shawcowart.com
      mriley@shawcowart.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2016, a true and correct copy of the foregoing Motion for Leave to File Amended Complaint was filed electronically.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

*/s/ Ethan L. Shaw*
Ethan L. Shaw