UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>JAMES THAD SITTON and TASSIE SITTON CORBETT, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF SUE COLE SITTON, DECEASED<br><br>       Plaintiffs,<br><br>vs.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>       Defendants | MDL NO. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*JAMES THAD SITTON and TASSIE SITTON CORBETT, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF SUE COLE SITTON, DECEASED V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;* **Civil Action No. 2:15-cv-02368**

**MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION FOR LEAVE TO AMEND COMPLAINT**

**MAY IT PLEASE THE COURT:**

Plaintiffs, James Thad Sitton, Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased (*hereinafter* "Plaintiffs"), desire to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint and all of the allegations contained herein pursuant to PTO Nos. 11 and 11A. Plaintiffs also desire to change the signature block on the Amended Complaint to reflect new counsel of record, Ethan L. Shaw of Shaw Cowart, LLP.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend the party's pleading with the opposed party's written consent or the Court's leave when justice so requires. In this case, justice requires that James Thad Sitton, Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased be allowed to amend the Complaint to add Johnson & Johnson as a party Defendant and to add all of the allegations contained in the Plaintiff Steering Committee's Bundled Complaint. The Plaintiff recently discovered the involvement of Johnson & Johnson in the events giving rise to the Complaint when the Plaintiff's Steering Committee filed their Bundled Complaint. Plaintiffs also request to amend the signature block on the Amended Complaint to reflect new counsel of record, Ethan L. Shaw of Shaw Cowart, LLP.

**CONCLUSION**

Plaintiffs, James Thad Sitton, Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased respectfully request that they be allowed to amend their Complaint to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Bundled Complaint with all of the allegations claimed

therein as well as amend the signature block to reflect new counsel of record, Ethan L. Shaw of Shaw Cowart, LLP.

Dated: July 26, 2016

                                      Respectfully submitted,

                              By:  */s/ Ethan L. Shaw*
                                      Ethan L. Shaw
                                      John P. Cowart
                                      Matthew J. Riley
                                      SHAW COWART, L.L.P.
                                      1609 Shoal Creek Boulevard
                                      Suite 100
                                      Austin, Texas  78701
                                      Telephone:  (512) 499-8900
                                      Facsimile:  (512) 320-8906
                                      elshaw@shawcowart.com
                                      jcowart@shawcowart.com
                                      mriley@shawcowart.com

                                      *Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 26th day of July, 2016, a true and correct copy of the foregoing Memorandum was filed electronically.  Notice of this filing was sent to all parties by operation of the Court′s electronic filing system.

                                      */s/ Ethan L. Shaw*
                                      Ethan L. Shaw