# Yvette Noel

| | |
|---|---|
| **From:** | Daly, Daryl <Daryl.Daly@dbr.com> |
| **Sent:** | Thursday, July 21, 2016 4:38 PM |
| **To:** | Yvette Noel |
| **Cc:** | 'Alan.Rothman@kayescholer.com' |
| **Subject:** | RE: Civil Action No. 2:15-cv-02368; James Thad Sitton and Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased v. Janssen Research & Development LLC, et al.; MDL 2592; Xarelto Litigation |

Ms. Noel,

While we do not agree that Johnson & Johnson is a proper party to this action, we will not oppose your motion at this time.

Thank you
Daryl

---

**From:** Yvette Noel [mailto:ynoel@shawcowart.com]
**Sent:** Thursday, July 21, 2016 3:42 PM
**To:** Daly, Daryl
**Subject:** FW: Civil Action No. 2:15-cv-02368; James Thad Sitton and Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased v. Janssen Research & Development LLC, et al.; MDL 2592; Xarelto Litigation

Ms. Daly:

Please see the email below with the attached referenced documents.

Thank you for your cooperation in this matter.

Yvette Noel


Yvette M. Noel, Legal Assistant to Ethan L. Shaw
Shaw Cowart, L.L.P.
1609 Shoal Creek Blvd., Suite 100
Austin, TX 78701
512.499.8900
512.320.8906 (facsimile)
ynoel@shawcowart.com

CONFIDENTIALITY STATEMENT: This electronic message transmission contains information from the law firm of Shaw Cowart, L.L.P., 1609 Shoal Creek Blvd., Suite 100, Austin, Texas 78701, (512) 499-8900, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying,

distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by return email. Thank you.

**From:** Yvette Noel
**Sent:** Thursday, July 21, 2016 10:26 AM
**To:** 'Susan.sharko@dbr.com' <Susan.sharko@dbr.com>; 'Deirdre.kole@dbr.com' <Deirdre.kole@dbr.com>; 'steven.glickstein@kayscholer.com' <steven.glickstein@kayscholer.com>
**Cc:** Ethan Shaw <elshaw@shawcowart.com>
**Subject:** Civil Action No. 2:15-cv-02368; James Thad Sitton and Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased v. Janssen Research & Development LLC, et al.; MDL 2592; Xarelto Litigation

Dear Counselors:

Pursuant to Federal Rules of Civil Procedure 15(a)(2) and Local Rule 7.6E, attached for your review and approval are the following:

1. Unopposed Motion for Leave to File Amended Complaint; and
2. Amended Complaint and Jury Demand.

Please advise of your approval of this Motion and we will go forward with filing the Amended Complaint and Jury Demand.

*Please be advised that a Motion for Withdrawal and Substitution of Counsel with corresponding Order was filed on July 19, 2016. Also attached is the Order signed by the Judge on July 19, 2016 approving the withdrawal and substitution of counsel.*

Please contact the undersigned with your decision at your earliest convenience.

Thank you for your cooperation in this matter.


Yvette M. Noel, Legal Assistant to Ethan L. Shaw
Shaw Cowart, L.L.P.
1609 Shoal Creek Blvd., Suite 100
Austin, TX 78701
512.499.8900
512.320.8906 (facsimile)
ynoel@shawcowart.com

CONFIDENTIALITY STATEMENT: This electronic message transmission contains information from the law firm of Shaw Cowart, L.L.P., 1609 Shoal Creek Blvd., Suite 100, Austin, Texas 78701, (512) 499-8900, and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying,

| From: | Rothman, Alan |
|---|---|
| To: | Yvette Noel |
| Cc: | Glickstein, Steven; Daly, Daryl; Solow, Andrew |
| Subject: | RE: Civil Action No. 2:15-cv-02368; James Thad Sitton and Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased v. Janssen Research & Development LLC, et al.; MDL 2592; Xarelto Litigation |
| Date: | Tuesday, July 26, 2016 10:21:53 AM |

Ms. Noel: The Bayer Defendants have no objection to the motion.

Thanks,

Alan


Alan E. Rothman
Kaye Scholer LLP
250 West 55th Street | New York, New York 10019-9710
T: (212) 836-8860 | F: (212) 836-6660
Alan.Rothman@kayescholer.com | www.kayescholer.com


**From:** Yvette Noel [mailto:ynoel@shawcowart.com]
**Sent:** Tuesday, July 26, 2016 8:38 AM
**To:** Rothman, Alan
**Cc:** Glickstein, Steven
**Subject:** FW: Civil Action No. 2:15-cv-02368; James Thad Sitton and Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased v. Janssen Research & Development LLC, et al.; MDL 2592; Xarelto Litigation

Mr. Rothman:

Just checking to see if you have had a chance to review the attached Amended Complaint and if you approve of our filing same.

Please advise.

Thank you,

Yvette Noel


Yvette M. Noel, Legal Assistant to Ethan L. Shaw
Shaw Cowart, L.L.P.
1609 Shoal Creek Blvd., Suite 100
Austin, TX 78701