UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |

**************************************************  *

**THIS DOCUMENT RELATES TO:**
    *Michael Floyd*, No. 2:15-CV-04678
    *Jana Choe*, No. 2:15-CV-6096
    *Shelley Borlandelli*, No. 15-CV-05833
    *Bernice Thorpe*, No. 2:15-CV-6141
    *Gloria Robinson*, No. 2:15-CV-6937
    *Gina Rippley*, No. 2:16-CV-1402
    *Julius Wollfarth, Jr.*, No. 2:15-CV-00298

## ORDER

On June 15, 2016, the Court issued Pretrial Order 30, which governed the procedure for filing motions to withdraw counsel in this matter. The Court finds it appropriate to set all pending motions to withdraw counsel for submission. Therefore,

**IT IS ORDERED** that counsel in the above-captioned cases shall amend their motions to withdraw to comply with Pretrial Order 30 on or before August 20, 2016.

**IT IS FURTHER ORDERED** that the motions to withdraw, R. 2742, 2825, 2839, 2840, 2906, 2938, 3447, shall be set for submission on September 20, 2016. Defendants may file oppositions pursuant to the Local Rules. At this time, oral argument is not scheduled, and the motions will be decided on the briefs.

New Orleans, Louisiana, this 26th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

[2]