UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

THIS DOCUMENT RELATES TO:
   All Cases

## ORDER

On July 26, 2016, counsel for the PSC and Bayer contacted the Court for the purpose of requesting a brief continuance of the *in camera* filing date of the German personnel files. The Court finds it appropriate to grant Bayer an extension as to this matter. Therefore,

**IT IS ORDERED** that the document production deadline of July 27, 2016, for the German personnel files is **CONTINUED**.

**IT IS FURTHER ORDERED** that Bayer shall produce by August 8, 2016, all personnel files ordered for production in this Court's July 21, 2016, Order & Reasons. R. 3688. The production shall be subject to all the restrictions imposed in this Court's July 21, 2016, Order & Reasons. R. 3688.

New Orleans, Louisiana, this 26th day of July, 2016.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE