UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Leland White (16-3562)* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### OPPOSITION TO MOTION FOR EXTENSION OF TIME TO PROVIDE CERTAIN MEDICAL RECORDS IN CONNECTION WITH PLAINTIFF'S FACT SHEET

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC ("Janssen Defendants"), Johnson & Johnson ("J&J"), Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG ("Bayer Defendants") collectively referenced as "Defendants," through undersigned counsel, respectfully submit the instant Opposition to Plaintiff Leland White's ("Plaintiff") Motion for Extension of Time to Provide Certain Medical Records in Connection with Plaintiff's Fact Sheet. (Rec. Doc. No. 3630).

As explained *infra*, Plaintiff's request for an extension of time to cure the PFS deficiencies should be denied because, as repeatedly emphasized by the Court, (1) timely submission of the completed PFSs is *essential* to this litigation; and (2) at this point in the litigation, plaintiffs who have made claims now need to provide proof that they belong in this MDL.

- 1 -

First, the Court has repeatedly emphasized that the timely submission of Plaintiff Fact Sheets is an essential step in this litigation and that the failure to submit a completed PFS will result in the dismissal of the case. *See* November 20, 2015 Status Conf. Tr. at 8:15-19 ("**[I]f the fact sheets are not going to be filled out, then I will be dismissing cases. I will dismiss the case. My intent is to dismiss the case with prejudice, not without prejudice**."); October 21, 2015 Status Conf. Tr. at 6:1-6 (again noting that failure to timely file PFSs will result in dismissal of cases).

Furthermore, the Court has explicitly recognized the important role of plaintiff fact sheets in determining whether plaintiffs who have made claims in the MDL are properly in this litigation.

> Also, with the fact sheets, we find in some of these types of cases, particularly with the pharmaceutical drug cases, there are individuals who have made claims, but they haven't taken the drug. They may have taken another drug, and they may be entitled to be in another MDL proceeding, but not in this proceeding, and the fact sheets are helpful in determining that aspect of the situation, so that those cases can be moved out of the system.

*See* November 20, 2015 Status Conf. Tr. at 9:1-8.

Here, Plaintiff asserts that he needs sixty additional days from the current deadline of July 12, 2016, satisfy the PFS deficiency; however, Plaintiff's Memorandum in Support of his Motion for Extension of Time to Provide Certain Medical Records in Connection with Plaintiff's Fact Sheet alleges that Plaintiff's counsel "still has not received medical records from a hospital in Texas where plaintiff had his injuries . . . ." (Rec. Doc. No. 3630-1, ¶ 3). Thus, in this matter, there is a clear absence of proof that Plaintiff belongs in this litigation.

Accordingly, Defendants respectfully request that the Court deny Plaintiff's Motion for Extension of Time to Provide Certain Medical Records in Connection with Plaintiff's Fact Sheet. (Rec. Doc. No. 3630).

Respectfully submitted,

KAYE SCHOLER LLP

By: /s/ Andrew K. Solow
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Andrew.Solow@kayescholer.com

*On behalf of Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG*

DRINKER BIDDLE & REATH LLP

By: /s/ Susan M. Sharko
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*On behalf of Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson and Johnson*

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART
& MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile:  (504) 310-2120
jirwin@irwinllc.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 26, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**