UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PROD. LIAB. | Case No. MDL 2593<br><br>**DECLARATION OF JEETINDER MAHAL IN SUPPORT OF NON-PARTY PORTOLA PHARMACEUTICAL, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL**<br><br>Hearing Date: August 3, 2016<br> Section L<br>Judge: Hon. Eldon E. Fallon<br>Mag. Judge: Michael B. North |

# REDACTED

## DECLARATION OF JEETINDER MAHAL

I, JEETINDER MAHAL, declare as follows:

1. I am Vice President of Business Development at non-party Portola Pharmaceuticals, Inc. ("Portola").

2. I have been employed by Portola since September 2008.

3. Portola's principal place of business is in South San Francisco, California.

4. I have personal knowledge of the facts stated herein, and if called to testify, I could competently do so.

5. Portola is focused on the development and commercialization of novel therapeutics to meet patient needs in thrombosis, other hematologic disorders, and inflammation.

6. Portola is currently a small (less than 200 employees) research and development organization without any commercial products and funds its operations through collaboration agreements and capital investments through the public markets.

7. Andexanet Alfa is one of Portola's leading drug candidates.

8. Portola's development of Andexanet Alfa comprises approximately one-half of Portola's business. Accordingly, I believe it is reasonable to estimate that more than one-half of Portola's documents pertain to Andexanet Alfa.

9. Portola is also in the process of developing a direct competitor to Xarelto, Betrixaban.

10. Many of Portola's documents relating to Betrixaban and its development are highly confidential and contain Portola's proprietary trade secret information. If Portola was required to provide such documents to Defendants, who will be direct competitors upon Betrixaban's anticipated FDA approval, it would be highly prejudicial and harmful to Portola and could put Portola's intellectual property in jeopardy.

11. Portola's Investigational New Drug Application ("IND") for Andexanet Alfa was submitted to the FDA in April 2012.

- 3 -

12.     The results of Portola's completed Phase 2 and Phase 3 Andexanet Alfa studies involving Xarelto are publicly available.

13.     Andexanet Alfa is in late stage commercial development; clinical trials are ongoing, and may continue even after initial approval from the FDA.  Prematurely sharing data related to a trial prior to its completion may result in a significant change with respect to FDA approval, even after the drug has received initial approval from the FDA.  As such, the disclosure of documents related to the ongoing Andexanet Alfa study could cause significant material harm to Portola's ability to obtain or maintain FDA approval.

14.     Andexanet Alfa is not commercially available.

15.     As part of its development efforts for Andexanet Alfa, Portola entered into a collaboration agreement with Bayer and Janssen, dated February 3, 2013. This collaboration agreement covered a cohort (or group) of subjects dosed with Xarelto in Phase 2 of the Andexanet Alfa study.

16.     Under the February 3, 2013 collaboration agreement, [REDACTED] Portola has complied with these [REDACTED] obligations.

17.     On January 31, 2014, Portola, Bayer, and Janssen entered into a collaboration agreement applying to a Phase 3 study that also included subjects dosed with Xarelto.  The January 31, 2014 collaboration agreement contains the same [REDACTED] [REDACTED] as the 2013 collaboration agreement.

18.     Portola's involvement under the February 3, 2013 and January 31, 2014 collaboration agreements was limited to its development of its own drug, Andexanet Alfa; Portola has never been involved in the development, manufacture, or distribution of Xarelto.

19.     Attached as **Exhibit A** is a true and correct copy of the May 2016 revisions to the prescribing information label for Xarelto (rivaroxaban) tablets, for oral use.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of July, 2016, in South San Francisco, California.

_____
Jeetinder Mahal

134549964

## CERTIFICATE OF SERVICE

Pursuant to the Eastern District of Louisiana's Local Rule 5.4, I, Julie L. Correll, hereby certify that on July 26, 2016, a true and correct copy of the Redacted Version of the Declaration of Jeetinder Mahal in Support of Non-Party Portola Pharmaceutical, Inc.'s Opposition to Plaintiffs' Motion to Compel was filed electronically on the Court's CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2016

                                            */s/ Julie L. Correll*
                                            Julie L. Correll

134733265 v1