# EXHIBIT A

## Correll, Julie

| | |
|---|---|
| **From:** | Lillian Flemming <LFLEMMING@hhklawfirm.com> |
| **Sent:** | Thursday, May 19, 2016 9:44 AM |
| **To:** | Dunn Navarro, Heather |
| **Cc:** | Lambert, Mark; Benfield, Shawna; Rhyu, Michelle; Lenny Davis; Jerry Meunier (gmeunier@gainsben.com); Denise Martin (dmartin@gainsben.com); Kate Robinson |
| **Subject:** | RE: In re Xarelto - subpoena to Portola Pharmaceuticals |

From:  Leonard A. Davis

After I hung up with you last night, I did not turn on my computer and have been traveling all day.  I am just seeing your email.  We agreed to extend the deadline for Portola to provide responses and objections.  I advised you further about Judge Fallon's website for the MDL, which you indicated you had some familiarity with.  Specifically, I suggested that you look at the production and confidentiality Orders which are located on the Court's website.  We agreed to have a follow-up call on May 31, 2016 at 11:00 a.m. (Pacific)/1:00 p.m. (Central), so that you would have time to consult with your client to determine the scope and size of the potential documents responsive to the requests.  **The call-in number for the May 31, 2016 telephone conference is  855-747-8824; Participant Code:  4892.**  We also agreed to "pencil" in the date "June 6, 2016," but did not agree to extend the deadline to at least that date.  Rather, we agreed to discuss the responses and potential objections in the May 31, 2016 call and at that time, we will discuss whether responses and objections are necessary and whether they should occur before or after June 6, 2016.  Further, we also agreed to discuss the deposition, including potential dates, in the May 31 telephone call.   I hope this clarifies further and if you have any problems with this, please let me know.


> **From:** "Dunn Navarro, Heather" <hdnavarro@cooley.com>
> **Date:** May 18, 2016 at 8:13:01 PM EDT
> **To:** "ldavis@hhklawfirm.com" <ldavis@hhklawfirm.com>
> **Cc:** "Lambert, Mark" <mlambert@cooley.com>, "Benfield, Shawna" <sbenfield@cooley.com>, "Rhyu, Michelle" <RHYUMS@cooley.com>
> **Subject: re: In re Xarelto - subpoena to Portola Pharmaceuticals**
>
> Dear Mr. Davis,
> Thank you for your time today to discuss the subpoena Plaintiffs' served on my client, Portola Pharmaceuticals.  I look forward to meeting and conferring with you about the scope of the subpoena requests on Tuesday, May 31 at 11 am PT.
>
> I write now to confirm our agreement to extend the deadline for Portola Pharmaceuticals to respond and object to Plaintiffs' subpoena to at least June 6, 2016, with the understanding that we will revisit that deadline during our May 31 call and adjust further as needed and/or appropriate.  In addition, I write to confirm that the deposition of Portola Pharmaceuticals noticed for June 20, 2016 is off-calendar.  We will discuss rescheduling the deposition at a mutually convenient time and place once we have a better sense of the scope of Portola Pharmaceutical's response to the subpoena, if any, and the timing of any related production.  If the above does not match your understanding of our agreement reached today, please let me know immediately.
>
> Regards,
> Heather
>
>
> **Heather Dunn Navarro**

1

Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
Direct: (650) 843-5649 • Fax: (650) 849-7400
Email: hdnavarro@cooley.com • www.cooley.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.