# EXHIBIT B

# Correll, Julie

| | |
|---|---|
| **From:** | Dunn Navarro, Heather |
| **Sent:** | Friday, June 03, 2016 4:59 PM |
| **To:** | Lenny Davis; 'Roger Denton' |
| **Cc:** | Lambert, Mark; Benfield, Shawna |
| **Subject:** | RE: re: Xarelto litigation - |

Lenny and Roger,

Per our call, and as a courtesy to help you understand whether you have conducted adequate party discovery, attached are the cover pages of the Clinical Collaboration agreements entered by Portola Pharmaceuticals, Bayer, and Janssen. As you will see, the first attachment does not include an effective date on the cover page. For your reference and ease of searching, the effective date for that agreement was February 4, 2013.

 

In addition, for clarity, I want to reiterate that the lists below reflect the Bayer and Janssen personnel that serve/served as the principal points of contact with Portola *and that Portola has identified through its own investigation in relation to the subpoena*. While we discussed that during the call, it was not necessarily reflected in the email I quickly sent to facilitate our discussion. In addition, below is a list of the Portola personnel with whom Bayer and Janssen principally interacted:

Portola
John Curnutte
Pam Conley
Alex Gold
Jeet Mahal
Mark Gossett
Janice Castillo
Peter Stumph
Bill Lis
Galia Levy
Tao Fu
Michael Kitt

We look forward to receiving your written response regarding the production of the collaboration agreements and will speak with you again Monday afternoon.

Regards,
Heather

**Heather Dunn Navarro**
Cooley LLP
Direct: (650) 843-5649 • Fax: (650) 849-7400
Email: hdnavarro@cooley.com • www.cooley.com

_____
**From:** Dunn Navarro, Heather
**Sent:** Friday, June 03, 2016 9:14 AM

**To:** Lenny Davis; 'Roger Denton'
**Cc:** Benfield, Shawna
**Subject:** re: Xarelto litigation -


Here are the names of people that Portola interacts with Bayer and Janssen.

<u>Janssen</u>
Troy Sarich
Anne Vosatka
Todd Moore
Lori Birkenberger
Christopher Nessel
Kirk Ways
Sig Johnson
Angela Giusti
Pete Dibatisse
Nancy Ondovik
Larry Deckelbaum

<u>Bayer</u>
Frank Kobor
Frank Misselwitz
Andrea Derix
Max Wegner
Dagmar Kubitza
Scott Berkowitz
Sabine Dittmar
Jeremy Booth
Paula Batalha
Corinna Weidt


**Heather Dunn Navarro**
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
Direct: (650) 843-5649 • Fax: (650) 849-7400
Email: hdnavarro@cooley.com • www.cooley.com