UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PROD. LIAB. | Case No. MDL 2593<br><br>**NON-PARTY PORTOLA PHARMACEUTICALS, INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL UNREDACTED VERSIONS OF ITS 1) OPPOSITION TO PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL, AND 2) DECLARATION OF JEETINDER MAHAL IN SUPPORT THEREOF**<br><br>Hearing Date: August 3, 2016<br>Section L<br>Judge: Hon. Eldon E. Fallon<br>Mag. Judge: Michael B. North |

On July 26, 2016, non-party Portola Pharmaceuticals, Inc. ("Portola") filed its Opposition to the Plaintiffs' Steering Committee's Motion to Compel (the "Opposition") and its Declaration of Jeetinder Mahal in support thereof (the "Declaration").  The Opposition and Declaration reference certain provisions of the collaboration agreements entered by Portola and Defendants Bayer and Janssen on or around February 3, 2013 and January 31, 2014.  Counsel for Defendant Bayer has requested that Portola file any references to the provisions of these collaboration agreements under seal. Accordingly, Portola requests leave of Court to file the attached unredacted versions of the Opposition and Declaration UNDER SEAL.

Dated: July 26, 2016

                                              COOLEY LLP

                                              By:  */s/ Benjamin H. Kleine*
                                                      Benjamin H. Kleine

*Attorneys for Non-Party*
*Portola Pharmaceuticals, Inc.*

COOLEY LLP
MARK LAMBERT (197410)
(mlambert@cooley.com)
BENJAMIN H. KLEINE (257225)
(bkleine@cooley.com)
HEATHER DUNN NAVARRO (238158)
(hdnavarro@cooley.com)
SHAWNA BENFIELD (290511)
sbenfield@cooley.com
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

2.

## CERTIFICATE OF SERVICE

Pursuant to the Eastern District of Louisiana's Local Rule 5.4, I, Julie L. Correll, hereby certify that on July 26, 2016, a true and correct copy of Non-Party Portola Pharmaceuticals, Inc.'s Motion For Leave to File Under Seal Unredacted Versions of its 1) Opposition to Plaintiffs' Steering Committee's Motion to Compel, and 2) Declaration of Jeetinder Mahal In Support Thereof was filed electronically on the Court's CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2016

*/s/ Julie L. Correll*
Julie L. Correll

134710655