UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PROD. LIAB. | Case No. MDL 2593<br><br>**[PROPOSED] ORDER GRANTING NON-PARTY PORTOLA PHARMACEUTICALS, INC.'S REQUEST TO FILE UNDER SEAL**<br><br>Hearing Date: August 3, 2016<br>Section L<br>Judge: Hon. Eldon E. Fallon<br>Mag. Judge: Michael B. North |

## ORDER

Having considered non-party Portola Pharmaceuticals, Inc.'s ("Portola") Motion for Leave to File Under Seal Unredacted Versions of its 1) Opposition to Plaintiffs' Steering Committee's Motion to Compel, and 2) Declaration of Jeetinder Mahal in support thereof;

IT IS HEREBY ORDERED BY THE COURT that the motion is GRANTED and the attached unredacted versions of Portola's Opposition to Plaintiffs' Steering Committee's Motion to Compel and Declaration of Jeetinder Mahal in Support of Opposition are hereby filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2016.

                                                          Eldon E. Fallon
                                        United States District Court Judge

134710679