UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PROD. LIAB. | Case No.  MDL 2593<br><br>**NON-PARTY PORTOLA PHARMACEUTICALS, INC.'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION TO COMPEL**<br><br>Hearing Date: August 3, 2016<br>Section L<br>Judge: Hon. Eldon E. Fallon<br>Mag. Judge: Michael B. North |

**TO THE HONORABLE JUDGE FALLON AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On July 26, 2016, non-party Portola Pharmaceuticals, Inc. filed its opposition to the Plaintiff Steering Committee's Motion to Compel.

Plaintiffs filed a notice of submission requesting the matter be set before the Honorable Judge Eldon E. Fallon, United States Judge for the Eastern District of Louisiana, on August 3, 2016 at 9:00 a.m., or as soon thereafter as counsel may be heard.

Pursuant to Local Rule 78.1 of the United States District Court for the Eastern District of Louisiana, Portola respectfully requests that the Motion be set for oral argument. The undersigned believes that oral argument will assist this Honorable Court in the determination of the issues raised by the Plaintiffs' motion.

Counsel for Portola is available for hearing on August 3, 2016 at 9:00 a.m., as requested by the Plaintiffs. In the event the Court must set this hearing for oral argument on a later date, counsel is available with the exception of August 5-August 12, 2016.

Dated: July 26, 2016                    COOLEY LLP

                                        By:  */s/ Benjamin H. Kleine*
                                             Benjamin H. Kleine (257225)

                                        *Attorneys for Non-Party*
                                        *Portola Pharmaceuticals, Inc.*

                                        COOLEY LLP
                                        MARK LAMBERT (197410)
                                        (mlambert@cooley.com)
                                        BENJAMIN H. KLEINE (257225)
                                        (bkleine@cooley.com)
                                        HEATHER DUNN NAVARRO (238158)
                                        (hdnavarro@cooley.com)
                                        SHAWNA BENFIELD (290511)
                                        sbenfield@cooley.com
                                        3175 Hanover Street
                                        Palo Alto, CA  94304-1130
                                        Telephone:    (650) 843-5000
                                        Facsimile:    (650) 849-7400

## CERTIFICATE OF SERVICE

Pursuant to the Eastern District of Louisiana's Local Rule 5.4, I, Julie L. Correll, hereby certify that on July 26, 2016, a true and correct copy of Non-Party Portola Pharmaceuticals, Inc.'s Request for Oral Argument on Plaintiffs' Motion to Compel was filed electronically on the Court's CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 26, 2016

*/s/ Julie L. Correll*
Julie L. Correll

134690371 v1