**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Joann Bailey

2:16-cv-113

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCY**

COMES NOW Plaintiff, Joann Bailey, by and through undersigned counsel of record, and in support of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency, states as follows:

1. Plaintiff's complaint was filed on or about December 30, 2015 directly in the MDL Court as part of a multi-plaintiff complaint (2:15-cv-7167). Pursuant to the severance order entered therein, a Short Form Complaint was filed and the Plaintiff's individual case number is 2:16-cv-113.

2. While the Plaintiff has substantially complied with providing the other Plaintiff Fact Sheet (hereinafter "PFS") information and has uploaded responses and authorizations for defense counsel to the MDL Centrality website, Plaintiff has had significant difficulty obtaining medical records from certain providers, and requests additional time to obtain and upload the same and provide any remaining responses to the PFS.

3. Plaintiff received the current deficiency from Defendants on July 7, 2016 and the response to said deficiency is currently due on July 27, 2016.

4.      Plaintiff's Counsel has made continual efforts to receive the necessary records to respond to the Notice of Deficiency, and although such efforts have not produced the necessary records to respond to the Deficiency yet, there are currently pending record requests. The currently pending requests are anticipated to provide the necessary records to allow Plaintiff to respond to the Notice of Deficiency.

5.      The Plaintiff is currently aggressively pursuing record requests, which, upon information and belief, will produce records allowing Plaintiff to respond to the Notice of Deficiency.

6.      Therefore, Plaintiff needs some additional time to satisfy the allege PFS Deficiency, as Plaintiff awaits the medical providers' responses to the requests for records, and Counsel respectfully requests an additional sixty (60) days to satisfy the alleged PFS Deficiency from the date of the order entered on Plaintiff's Motion for Extension of Time.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that this Court grant Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency and for any further orders deemed just and proper under the circumstances.

Signed: July 27, 2016                    Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
JOHN J. DRISCOLL (IL6276464)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
chris@thedriscollfirm.com
andrew@thedriscollfirm.com
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on July 27, 2016.

                                          **THE DRISCOLL FIRM, P.C.**

                                          */s/ Andrew D. Kinghorn*
                                          ANDREW KINGHORN (IL6320925)
                                          211 N. Broadway, 40th Floor
                                          St. Louis, MO 63102
                                          314-932-3232
                                          314-932-3233 fax
                                          andrew@thedriscollfirm.com