UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Joann Bailey,

2:16-cv-113

## ORDER

THIS MATTER, having come before the Court on Plaintiff Joann Bailey's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency; upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff Joann Bailey's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency is GRANTED. The deadline to satisfy the Plaintiff Fact Sheet Deficiency is now set for sixty (60) days from the date of this order.

Dated:_____          _____
                                                             Judge Eldon E. Fallon