# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| PAMELA BAGLEY, CHARLES LOLLIS AND AMY LOLLIS | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiffs, | |
| vs. | Civil Action No: 2:16-cv-02226 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHOMCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | STIPULATION OF DISMISSAL |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims of Plaintiffs Charles Lollis and Amy Lollis only in the above captioned case be dismissed with prejudice, each

1

party to bear its own fees and costs.  The dismissal of said Plaintiffs shall not impact the claims of the other named Plaintiff in this action.

**CALLAHAN & BLAINE, APLC**
By      /s/   Laura M. Morris
    Daniel J. Callahan
    Daniel@callahan-law.com
    Laura M. Morris
    lmorris@callahan-law.com
    3 Hutton Centre Drive, Ninth Floor
    Santa Ana, CA  92707
    Tel:  (714) 241-4444
    Fax:  (714) 241-4445]

    Attorneys for Plaintiff
    Dated: July 28, 2016

**HODES MILMAN & LIEBECK, LLP**
By:      /s/   Jeff Milman
    Daniel Hodes
    dhodes@hmlm.com
    Jeff Milman
    jmilman@hmlm.com
    Jason Caruso
    jcaruso@hmlm.com
    9210 Irvine Center Drive
    Irvine, CA 92618
    Tel: (949) 640-8222
    Fax: (949) 336-8114

    Attorneys for Plaintiff
    Dated: July 28, 2016

**DRINKER BIDDLE & REATH LLP**
By      /s/   Susan M. Sharko
    Susan Sharko
    600 Campus Drive
    Florham Park, NJ  07932
    Tel: (973) 549-7350
    Susan.Sharko@dbr.com

    Attorneys for Defendants Janssen Pharmaceuticals, Inc.; Johnson & Johnson; Janssen Research & Development, LLC; and Janssen Ortho LLC
    Dated: July 28, 2016

**KAYE SCHOLER LLP**
By      /s/   William Hoffman
    William Hoffman
    901 15th St. NW
    Washington, DC  20005
    Tel: (202) 682-3500
    william.hoffman@kayescholer.com

    Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc.; and Bayer Pharma AG
    Dated: July 28, 2016

**IRWIN FRITCHIE URQUHART & MOORE, LLC**
By      /s/   James B. Irwin
    James B. Irwin
    Kim E. Moore
    400 Poydras St., Ste. 2700
    New Orleans, LA  70130
    Tel: (504) 310-2100
    jirwin@irwinllc.com
    kmoore@irwinllc.com

    Liaison Counsel for Defendants
    Dated: July 28, 2016