**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | **MDL No. 2592** |
| | ) | SECTION:  L |
| PAMELA BAGLEY, CHARLES LOLLIS AND AMY LOLLIS | ) ) ) | JUDGE FALLON MAG. JUDGE NORTH |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **Civil Action No: 2:16-cv-01435** |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHOMCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION OF DISMISSAL** |
| Defendants. | ) ) ) ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims of Plaintiff Pamela

Bagley only in the above captioned case be dismissed with prejudice, each party to bear its

1

own fees and costs.  The dismissal of said Plaintiff shall not impact the claims of the other

named Plaintiff in this action.

**CALLAHAN & BLAINE, APLC**

By ___/s/ *Laura M. Morris*___
Daniel J. Callahan
Daniel@callahan-law.com
Laura M. Morris
lmorris@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
Tel:  (714) 241-4444
Fax:  (714) 241-4445]

Attorneys for Plaintiff
Dated: July 28, 2016

**HODES MILMAN & LIEBECK, LLP**

By: ___/s/ *Jeff Milman*___
Daniel Hodes
dhodes@hmlm.com
Jeff Milman
jmilman@hmlm.com
Jason Caruso
jcaruso@hmlm.com
9210 Irvine Center Drive
Irvine, CA 92618
Tel: (949) 640-8222
Fax: (949) 336-8114

Attorneys for Plaintiff
Dated: July 28, 2016

**DRINKER BIDDLE & REATH LLP**

By ___/s/ *Susan M. Sharko*___
Susan Sharko
600 Campus Drive
Florham Park, NJ  07932
Tel: (973) 549-7350
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen
Pharmaceuticals, Inc.; Johnson &
Johnson; Janssen Research &
Development, LLC; and
Janssen Ortho LLC
Dated: July 28, 2016

**KAYE SCHOLER LLP**

By ___/s/ *William Hoffman*___
William Hoffman
901 15th St. NW
Washington, DC  20005
Tel: (202) 682-3500
william.hoffman@kayescholer.com

Attorneys for Defendants Bayer
Healthcare Pharmaceuticals Inc.; and
Bayer Pharma AG
Dated: July 28, 2016

**IRWIN FRITCHIE URQUHART &
MOORE, LLC**

By ___/s/ *James B. Irwin*___
James B. Irwin
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA  70130
Tel: (504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: July 28, 2016