UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| MARLA KLINDERA, PAULA REED, ROBERT REED AND WILLIE WELLS | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiffs, | |
| vs. | Civil Action No. 16-cv-818 (L5) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHOMCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | STIPULATION OF DISMISSAL |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the claims of Plaintiff Willie Wells only in the above captioned case be dismissed with prejudice, each party to bear its own fees

1

and costs.  The dismissal of said Plaintiff shall not impact the claims of the other named Plaintiffs in this action.

| | |
|---|---|
| **CALLAHAN & BLAINE, APLC**<br>By      /s/   *Laura M. Morris*<br>Daniel J. Callahan<br>Daniel@callahan-law.com<br>Laura M. Morris<br>lmorris@callahan-law.com<br>3 Hutton Centre Drive, Ninth Floor<br>Santa Ana, CA  92707<br>Tel:  (714) 241-4444<br>Fax:  (714) 241-4445]<br><br>Attorneys for Plaintiff<br>Dated: July 28, 2016 | **DRINKER BIDDLE & REATH LLP**<br>By      /s/   *Susan M. Sharko*<br>Susan Sharko<br>600 Campus Drive<br>Florham Park, NJ  07932<br>Tel: (973) 549-7350<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc.; Johnson & Johnson; Janssen Research & Development, LLC; and Janssen Ortho LLC<br>Dated: July 28, 2016 |
| **HODES MILMAN & LIEBECK, LLP**<br>By:      /s/   *Jeff Milman*<br>Daniel Hodes<br>dhodes@hmlm.com<br>Jeff Milman<br>jmilman@hmlm.com<br>Jason Caruso<br>jcaruso@hmlm.com<br>9210 Irvine Center Drive<br>Irvine, CA 92618<br>Tel: (949) 640-8222<br>Fax: (949) 336-8114<br><br>Attorneys for Plaintiff<br>Dated: July 28, 2016 | **KAYE SCHOLER LLP**<br>By      /s/   *William Hoffman*<br>William Hoffman<br>901 15th St. NW<br>Washington, DC  20005<br>Tel: (202) 682-3500<br>william.hoffman@kayescholer.com<br><br>Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc.; and Bayer Pharma AG<br>Dated: July 28, 2016 |
| | **IRWIN FRITCHIE URQUHART & MOORE, LLC**<br>By         /s/   *James B. Irwin*<br>James B. Irwin<br>Kim E. Moore<br>400 Poydras St., Ste. 2700<br>New Orleans, LA  70130<br>Tel: (504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br><br>Liaison Counsel for Defendants<br>Dated: July 28, 2016 |