UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL 2592 * |
| | * SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * JUDGE ELDON E. FALLON * |
| | * MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

### PRETRIAL ORDER 12(A)
(Modification of Paragraph 19(1) of PTO 12 regarding Disclosure of Protected Documents to Prescribing and Treating Physicians of Bellwether Plaintiffs)

With the consent of all parties, Paragraph 19(1) of Pretrial Order No. 12 (Stipulated Protective Order) be and hereby is modified to provide that information designated as "PROTECTED" under this Order may be disclosed to the prescribing and treating physicians of the Bellwether Pool plaintiffs if such person or persons execute the document that is attached as Exhibit A hereto.

New Orleans, Louisiana, this 28th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

00361492