## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION   :  **MDL No. 2592**
                :
                :  **SECTION L**
                :  **JUDGE ELDON E. FALLON**
                :
                :  **MAGISTRATE NORTH**

## EXHIBIT A:
## AGREEMENT FOR USE OF PROTECTED DOCUMENTS BY PHYSICIANS

The undersigned agrees:

I understand that the information or documents designated "PROTECTED INFORMATION" that may be shown to me contain information which the Bayer and Janssen Xarelto ® litigation defendants have designated as subject to the Protective Order entered on April 21, 2015 in that litigation.

I agree that I shall not disclose to others or discuss with them the documents designated "PROTECTED INFORMATION" or any information contained in such "PROTECTED INFORMATION", in any form whatsoever, and agree that I will not copy or retain such information and documents, or notes or summaries of same. I agree that such "PROTECTED INFORMATION is the confidential and proprietary information of the Janssen and Bayer defendants.   I further understand and agree that my obligation to honor the protected nature of such "PROTECTED INFORMATION" will continue even after this litigation concludes.

## EXHIBIT A:
## AGREEMENT FOR USE OF PROTECTED DOCUMENTS BY PHYSICIANS

Date: _____   By: _____
                                        (Signature)


                                        _____
                                        (Printed)


                                        _____
                                        (Street Address)


                                        _____
                                        (City, State and Zip Code)


                                        _____
                                        (Telephone)