**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  PRODUCTS      *  **MDL NO. 2592**
LIABILITY LITIGATION

                                                   *  **SECTION L**
                                                   *
                                                   *  **JUDGE ELDON E. FALLON**
                                                   *
                                                   *  **MAG. JUDGE NORTH**

   **********************************************  *

**THIS DOCUMENT RELATES TO:**
     **ALL CASES**

## ORDER

IT IS ORDERED that the Court will hear oral argument regarding Plaintiffs' Motion to Compel Portola Pharmaceuticals, Inc., R. 3578, shall be held immediately following the monthly status conference scheduled for Thursday, August 4, 2016 at 9:00 a.m.

New Orleans, Louisiana, this 28th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE