MINUTE ENTRY
FALLON, J.
JULY 28, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic hearing was held on this date in the Courtroom of Judge Eldon E. Fallon. The PSC was represented by Lenny Davis, Jerry Meunier, Brian Barr, Andy Birchfield, and Jeff Grant. Defendants were represented by Jim Irwin, John Olinde, Steve Glickstein, Andy Solow, and Susan Sharko. Non-party PhRMA was represented by Daniel Pariser. The status conference was transcribed by Court Reporter Jodi Simcox. To obtain a copy of the transcript, contact Ms. Simcox at (504) 589-7780.

At the conference, the Court discussed the Motion to Compel PhRMA, R. 3541, and the bellwether selection process. Regarding PhRMA, the PSC presented some documents indicating areas of interest to the litigation. The Court felt that the subpoena as drafted was too broad to support these areas of interest. Regarding bellwether trial selection, the Court largely adopted the Defendants' proposal except for the Defendants' proposed dates.

For the reasons stated at oral argument as well as recited above,

**IT IS ORDERED** that the PSC's Motion to Compel PhRMA, R. 3541, is **GRANTED IN PART. IT IS ORDERED** that the parties shall meet and confer regarding the exemplar

JS10(00:48)

documents presented by the PSC at oral argument and subsequent to oral argument in order to narrow the areas at issue and otherwise comply with the Court's instructions. J&J shall have input to further expedite the matter.

**IT IS FURTHER ORDERED** that counsel for the PSC shall be prepared to discuss the progress of the PhRMA matter at the August monthly status conference.

**IT IS FURTHER ORDERED** that counsel for the Defendants shall file with the Court on or before Monday, August 1, 2016, a pretrial order concerning bellwether trial selection that is consistent with the Court's instructions presented at oral argument.

**IT IS FURTHER ORDERED** that the parties shall be prepared to argue the merits of excluding bellwether plaintiffs from the bellwether pool following the Court's August 4, 2016, monthly Xarelto status conference. The parties shall then make their bellwether selections on or before August 8, 2016.