# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | CASE NO. 15-3773 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**This Document Relates to:**

1. *Michael Duffy v. Janssen, et al.*, Case No. 2:16-cv-06618
2. *Patricia Green v. Janssen, et al.*, Case No. 2:16-cv-08771
3. *Mortie Hamilton v. Janssen, et al.*, Case No. 2:16-cv-08766
4. *Frederick Hoover v. Janssen, et al.*, Case No. 2:16-cv-08714
5. *Carol Pauley v. Janssen, et al.*, Case No. 2:16-cv-08694
6. *Allen Rogers v. Janssen, et al.*, Case No. 2:16-cv-08683
7. *John Schlosser v. Janssen, et al.*, Case No. 2:16-cv-08718
8. *Steven Schwarcz v. Janssen, et al.*, Case No. 2:16-cv-08781
9. *Curtis Sutton v. Janssen, et al.*, Case No. 2:16-cv-08705

## MOTION FOR EXTENSION OF TIME TO PROVIDE MEDICAL RECORDS FOR PLAINTIFFS' FACT SHEETS

COME NOW the above-named Plaintiffs by and through the undersigned counsel, and respectfully move this Court for an extension of time to provide medical records and supplement Plaintiff Fact Sheets in connection with the Plaintiffs' Fact Sheets to September 17, 2016.

Under PTO 13, the Plaintiff Fact Sheets were purportedly due on July 19, 2016. Plaintiffs provided substantially complete fact sheets, to the extent possible without the medical records, on that same date. As described further in the attached memorandum in support, Plaintiffs requested the medical records at least a month prior to filing the respective complaints. However, due to circumstances outside of Plaintiffs' control, Plaintiffs' counsel has not yet received most of these records from the treating facilities.

Accordingly, in the interest of justice, Plaintiffs request an extension of time to September 17, 2016 to provide these records to Defendants.

In support of the motion, Plaintiffs' counsel submits a Memorandum in Support filed contemporaneously herewith. If the documentation is received while this motion is pending, Plaintiff's counsel will promptly upload it to the MDL Centrality website. This extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiffs move the Court for an extension of time of 60 days (until September 17, 2016) to provide medical records and supplement the Plaintiff Fact Sheets.

RESPECTFULLY SUBMITTED this 29th day of July, 2016.

James A. Morris, Esq. (CSBN 296852)
Amy J. Anderson, Esq. (CSBN 301732)
**MORRIS LAW FIRM**
6310 San Vicente Blvd, Suite 360
Los Angeles, CA 90048
Tel: 323-302-9488
Fax: 323-931-4990

Attorneys for Plaintiff