IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | CASE NO. 15-3773 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**This Document Relates to:**

1. *Michael Duffy v. Janssen, et al.*, Case No. 2:16-cv-06618
2. *Patricia Green v. Janssen, et al.*, Case No. 2:16-cv-08771
3. *Mortie Hamilton v. Janssen, et al.*, Case No. 2:16-cv-08766
4. *Frederick Hoover v. Janssen, et al.*, Case No. 2:16-cv-08714
5. *Carol Pauley v. Janssen, et al.*, Case No. 2:16-cv-08694
6. *Allen Rogers v. Janssen, et al.*, Case No. 2:16-cv-08683
7. *John Schlosser v. Janssen, et al.*, Case No. 2:16-cv-08718
8. *Steven Schwarcz v. Janssen, et al.*, Case No. 2:16-cv-08781
9. *Curtis Sutton v. Janssen, et al.*, Case No. 2:16-cv-08705

## **NOTICE OF SUBMISSION**

COME NOW the above-named Plaintiffs by and through the undersigned counsel, and file the Notice of Submission of Motion for Extension of Time to provide Medical Records in connection with Plaintiffs' Fact Sheets to September 17, 2016 before the Honorable Judge Eldon E. Fallon on motion date September 14, 2016.

Dated: July 29, 2016

James A. Morris, Esq. (CSBN 296852)
Amy J. Anderson, Esq. (CSBN 301732)
**MORRIS LAW FIRM**
6310 San Vicente Blvd, Suite 360
Los Angeles, CA 90048
Tel: 323-302-9488
Fax: 323-931-4990

Attorneys for Plaintiff

-1-
Motion for Extension of Time to Complete Plaintiff Fact Sheets