IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | CASE NO. 15-3773 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**This Document Relates to:**

1. *Michael Duffy v. Janssen, et al.*, Case No. 2:16-cv-06618
2. *Patricia Green v. Janssen, et al.*, Case No. 2:16-cv-08771
3. *Mortie Hamilton v. Janssen, et al.*, Case No. 2:16-cv-08766
4. *Frederick Hoover v. Janssen, et al.*, Case No. 2:16-cv-08714
5. *Carol Pauley v. Janssen, et al.*, Case No. 2:16-cv-08694
6. *Allen Rogers v. Janssen, et al.*, Case No. 2:16-cv-08683
7. *John Schlosser v. Janssen, et al.*, Case No. 2:16-cv-08718
8. *Steven Schwarcz v. Janssen, et al.*, Case No. 2:16-cv-08781
9. *Curtis Sutton v. Janssen, et al.*, Case No. 2:16-cv-08705

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion for Extension of Time to provide medical records in connection with Plaintiffs' Fact Sheets.

Upon consideration of all the documents relating to the Motion, and good cause appearing: IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time to provide medical records in connection with Plaintiffs' Fact Sheets is hereby GRANTED. The deadline to provide these medical records is now September 17, 2016.

Dated: _____, 2016

 

_____
Hon. Eldon E. Fallon
United States District Court Judge