UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| RUDOLF JAGER, | : | |
| Plaintiff | : | JUDGE ELDON E. FALLON |
| v. | : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | : | Civil Action No.: 2:16-cv-0524<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

850057

-2-

| | |
|---|---|
| **JOHNSON BECKER, PLLC**<br>By: *s/ Lisa A. Gorshe*<br>Lisa Ann Gorshe, Esq.<br>Alexandra Robertson, Esq.<br>444 Cedar Street Suite 1800<br>St. Paul, MN 55101<br>Phone:  612-436-1800<br>Fax:  612-436-1801<br>Email:  lgorshe@johnsonbecker.com<br>             arobertson@johnsonbecker.com<br><br>Attorneys for Plaintiff | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC<br><br>**KAYE SCHOLER LLP**<br>By: /s/Andrew Solow<br>Andrew K. Solow<br>Steven Glickstein<br>KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>andrew.solow@kayescholer.com<br>steven.glickstein@kayescholer.com<br><br>Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/James B. Irwin<br>James B. Irwin<br>Kim E. Moore<br>400 Poydras St., Ste, 2700<br>New Orleans, LA 70130<br>(504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br><br>Liaison Counsel for Defendants<br><br>Dated: July 27, 2016 |

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 27, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Lisa A. Gorshe