**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Case #: 2:15-cv-00514-EEF-MBN | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE**

Please enter the appearance of Les Weisbrod and Alexandra V. Boone of the law firm

Miller Weisbrod LLP, on behalf of Plaintiff Mary E. Dennis, in the above-captioned matter.

Respectfully submitted this 1st day of August, 2016.

By:      */s/ Les Weisbrod*
         **LES WEISBROD**
         Texas Bar No. 21104900
         **ALEXANDRA V. BOONE**
         Texas Bar No. 00795259
         **MILLER WEISBROD LLP**
         11551 Forest Central Drive, Suite 300
         Dallas, Texas  75243
         Telephone:    (214) 987-0005
         Fax:          (214) 987-2545
         E-Mail:  lweisbrod@millerweisbrod.com

         **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/Les Weisbrod*
Les Weisbrod