UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **JURY TRIAL DEMANDED** |

THOMAS LIVELY
Civil Action No.: 2:16-cv-00569

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS**

NOW COMES Plaintiff, through undersigned counsel, in the above-listed action and respectfully request that this Honorable Court grant its Motion for Extension of Time Within Which to Serve Process on Defendants and that this Court issue an Order granting thirty (30) days from granting of the Motion within which to serve process on Defendants through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10. A memorandum in support of Plaintiff's Motion is submitted herewith.

Dated: August 1, 2016                   By: /s/ Gabriel A. Assaad
                                            Gabriel A. Assaad
                                            gassaad@kennedyhodges.com
                                            711 W. Alabama St.
                                            Houston, TX 77006
                                            Telephone: (713) 523-0001
                                            Facsimile: (713) 523-1116

                                            ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record.

/s/ *Gabriel A. Assaad* _____
Gabriel A. Assaad