| **From:** | MDL Centrality Administrator <noreply@mdlcentrality.com> |
|---|---|
| **Sent:** | Monday, July 11, 2016 12:49 PM |
| **To:** | Xarelto |
| **Subject:** | New Unserved Complaint Notice– MDL 2592 |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator.

|    | **Plaintiff ID** | **Name** | **Law Firm** | **Date Filed** |
|----|---|---|---|---|
| 1. | 8403 | LIVELY, THOMAS W | Kennedy Hodges, LLP | 7/11/2016 |

As no lawsuit has been served, the submission of this Plaintiff Fact Sheet does not result in the creation of a deadline for submission of a Defendant Fact Sheet by the unserved Defendant(s). If the lawsuit is served, any applicable deadlines will run from the date of service.

Defendants have reviewed the Plaintiff Fact Sheet (PFS) for the plaintiff listed below for substantial completeness pursuant to PTOs 13 and 14 and have determined that this lawsuit has not been served on Bayer or Janssen. If you have questions regarding this notice, those inquiries should be directed to: XareltoMDL2592-PFSInquiries@babc.com. This Notice does not constitute a waiver of Defendants' right to identify additional deficiencies.

Click here to access MDL Centrality and use the View Documents button to view a pdf copy of this Notice.

MDL Centrality Administrator
**BROWNGREER** PLC
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

Exhibit A