UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **JURY TRIAL DEMANDED** |

THOMAS LIVELY
Civil Action No.: 2:16-cv-00569

**NOTICE OF SUBMISSION**

Please take notice that the above-listed Plaintiff will bring his Motion for Extension of Time Within Which to Serve Process on Defendants for submission before the Honorable Eldon E. Fallon on Wednesday, August 17, 2016 at 9:00 a.m.

                                                                                                      By: /s/ Gabriel A. Assaad
                                                                                                          Gabriel A. Assaad
                                                                                                          gassaad@kennedyhodges.com
                                                                                                          711 W. Alabama St.
                                                                                                          Houston, TX 77006
                                                                                                          Telephone: (713) 523-0001
                                                                                                          Facsimile: (713) 523-1116

                                                                                                          ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record.

/s/ *Gabriel A. Assaad* _____
Gabriel A. Assaad