UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO: | MDL No. 2592 |
|---|---|
| *Barbara & Harry Alderdice* **2:15-cv-01596-EEF-MBN** | SECTION: L |
| *Michael Beckwith* **2:15-CV-02374-EEF-MBN** | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| *Eulah Blank* **2:15-cv-02391-EEF-MBN** | Bundled Complaint No.: **2:15-cv-01596-EEF-MBN** |
| *Julius & Gertrude Guillory* **2:15-cv-2393-EEF-MBN** | |
| *Vernon Vaughn* **2:15-cv-2394-EEF-MBN** | |
| *Gary & Kay Walker* **2:15-cv-2398-EEF-MBN** | |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
AND SUBSTITUTE PARTY PLAINTIFF**

COME NOW Plaintiffs, by and through their attorney Seth Webb and Brown & Crouppen, P.C., and, pursuant to Federal Rule of Civil Procedure 15, respectfully seek leave to amend their bundled complaint to substitute Harry Michael Alderdice as party plaintiff for Barbara Alderdice, who died after filing this action and submitting discovery, and to add a corresponding survival action. Harry Alderdice is the surviving spouse of Plaintiff Barbara Alderdice. Plaintiffs further wish to add Johnson & Johnson as a party Defendant pursuant to the Plaintiff Steering Committee's Exemplar Bundled Complaint filed in this Court in PTO 11D.

In support of these motions, plaintiffs state as follows:

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with the opposing party's written consent or the Court's leave when justice so requires. On July 27, 2016, an associate of James B. Irwin, Defendants' Liaison Counsel, indicated vie email correspondence that Defendants do not oppose Plaintiffs' Amended Complaint.

WHEREFORE, Plaintiffs pray that this Court enter the Proposed Order tendered herewith granting leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint into the record of this matter.

Dated: <u>August 2, 2016</u>　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Seth S. Webb
　　　　　　　　　　　　　　　　　　　　　　　　**Seth S. Webb #51236**
　　　　　　　　　　　　　　　　　　　　　　　　BROWN AND CROUPPEN, PC
　　　　　　　　　　　　　　　　　　　　　　　　211 N. Broadway, Suite 1600
　　　　　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63102
　　　　　　　　　　　　　　　　　　　　　　　　(314)421-0216
　　　　　　　　　　　　　　　　　　　　　　　　SethW@getbc.com
　　　　　　　　　　　　　　　　　　　　　　　　**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system. Notice of this filing was sent to all parties by operation of the Court's electronic filing system and MDL Centrality.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Seth S. Webb
　　　　　　　　　　　　　　　　　　　　　　　　Seth S. Webb
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs