UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO:<br><br>*Barbara & Harry Alderdice*<br>**2:15-cv-01596-EEF-MBN**<br><br>*Michael Beckwith*<br>**2:15-CV-02374-EEF-MBN**<br><br>*Eulah Blank*<br>**2:15-cv-02391-EEF-MBN**<br><br>*Julius & Gertrude Guillory*<br>**2:15-cv-2393-EEF-MBN**<br><br>*Vernon Vaughn*<br>**2:15-cv-2394-EEF-MBN**<br><br>*Gary & Kay Walker*<br>**2:15-cv-2398-EEF-MBN** | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH<br><br>Bundled Complaint No.:<br>**2:15-cv-01596-EEF-MBN** |
|---|---|

## ORDER

**IT IS ORDERED** that the Unopposed Motion for Leave to Amend Complaint filed by Plaintiffs is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

ORDERED AND SIGNED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE