**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 |
| | ) |
| THIS DOCUMENT RELATES TO: GERTRUDE CLIFFORD, | ) SECTION:  L |
| | ) JUDGE FALLON |
| | ) MAG. JUDGE NORTH |
| Plaintiff, | ) |
| | ) SHORT FORM COMPLAINT |
| v. | ) |
| | ) Civil Action No.: 2:16-cv-07009-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | ) |
| | ) |
| | ) |
| | ) |
| Defendants | ) |

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY**

The Court, after considering Plaintiff's Motion to Substitute Party as well as any responses thereto, finds the motion meritorious.  It is therefore ORDERED THAT:  Plaintiff Calvin Clifford, as a surviving son and personal representative of the estate of Gertrude Clifford, is substituted for Plaintiff Gertrude Clifford in the above numbered and captioned  case.


Dated: _____        _____

                                      Hon. Eldon E. Fallon
                                      United States District Court Judge