**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Diane Broadnax
2:16-cv-03141

**MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES**

COMES NOW Plaintiff, Diane Broadnax, by and through undersigned counsel, states that Plaintiff cured all PFS deficiencies on July 29, 2016. Plaintiff's signed Declaration and signed authorizations have been uploaded to MDL Centrality.

As such, Plaintiff moves that the hearing on August 3, 2016 be cancelled.

Signed: August 2, 2016                    Respectfully submitted,

**THE MONSOUR LAW FIRM**

By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
Texas Bar No. 00791289
Katy Krottinger
Texas Bar No. 24077251
404 North Green Street
PO Box 4209
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com
**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on August 2, 2016.

**THE MONSOUR LAW FIRM**

By: */s Douglas C. Monsour, Esq.*
**Douglas C. Monsour, Esq.**
404 North Green Street
Longview, TX 75601
Phone (903) 758-5757
Fax (903) 230-5010
Email: doug@monsourlawfirm.com