UNITED STATES DISTRICT COURT  EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Diane Broadnax
2:16-cv-03141

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion to Withdraw her Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies.

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw her Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is GRANTED.

Dated:_____          _____
                                                                    Judge Eldon E. Fallon