Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 )  ) SECTION:   L ) JUDGE FALLON ) MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: SUSIE SALINAS, | |
| Plaintiff, | ) SHORT FORM COMPLAINT ) |
| v. | ) Civil Action No.: 2:16-cv-03491-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | |
| Defendants | |

## MOTION TO SUBSTITUTE PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for moves this Court for an order substituting Patricia Alonzo on behalf of her late mother, Susie Salinas.

Susie Salinas filed a products liability action against Defendants on April 13, 2016, as part of a bundled complaint, cause number 16-3067.  By court order dated April 18, 2016, this action was severed from the bundled complaint [dkt # 5 in 16-3067].  Ms. Salinas's short form complaint was filed on April 20, 2016, and assigned cause number 16-3491.  Ms. Salinas passed away on October 19, 2015 (counsel did not learn of Ms. Salinas's passing until late May 2016).

1

A suggestion of death was filed on August 2, 2016 [dkt # 4 in 16-3491].

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."  Fed. R. Civ. P. 25(a)(1).  Susie Salinas's products liability action against Defendants survived her death and was not extinguished.  Patricia Alonzo, surviving daughter of Susie Salinas, is a proper party to substitute for Ms. Salinas and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

DATED:  August 2, 2016                                   THE MULLIGAN LAW FIRM


                                                         By:    /s/Charles G. Orr
                                                                Charles G. Orr
                                                                Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                         By:    /s/Charles G. Orr
                                                                Charles G. Orr
                                                                Attorney for Plaintiff