Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>DONALD FITZGERALD,<br><br>    Plaintiff,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>    Defendants | MDL No. 2592<br><br>SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>SHORT FORM COMPLAINT<br><br>Civil Action No.: 2:16-cv-03334-EEF-MBN |

## MOTION TO SUBSTITUTE PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Gail Fitzgerald on behalf of her late husband, Donald Fitzgerald.

Donald Fitzgerald filed a products liability action against Defendants on March 31, 2016, as part of a bundled complaint, cause number 16-2682.  By court order dated April 15, 2016, this action was severed from the bundled complaint [dkt # 6 in 16-2682].  Mr. Fitzgerald's short form complaint was filed on April 18, 2016, and assigned cause number 16-3334.  Mr. Fitzgerald passed away on September 19, 2015 (counsel did not learn of Mr. Fitzgerald's passing until well

1

after his complaint was filed). A suggestion of death was filed on August 2, 2016 [dkt # 4 in 16-3334].

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Donald Fitzgerald's products liability action against Defendants survived her death and was not extinguished. Gail Fitzgerald, surviving spouse of Donald Fitzgerald, is a proper party to substitute for Mr. Fitzgerald and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

DATED:  August 2, 2016						THE MULLIGAN LAW FIRM


								By:	/s/Charles G. Orr
									Charles G. Orr
									Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


								By:	/s/Charles G. Orr
									Charles G. Orr
									Attorney for Plaintiff