# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: DONALD FITZGERALD, | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Plaintiff, | SHORT FORM COMPLAINT |
| v. | Civil Action No.: 2:16-cv-03334-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | |
| Defendants | |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

The Court, after considering Plaintiff's Motion to Substitute Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Gail Fitzgerald, as surviving spouse and personal representative of the estate of Donald Fitzgerald, is substituted for Plaintiff Donald Fitzgerald in the above numbered and captioned case.

Dated: _____        _____
                                    Hon. Eldon E. Fallon
                                    United States District Court Judge