UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED AGENDA FOR
## AUGUST 4, 2016 STATUS CONFERENCE

1. Pre-Trial Orders

2. Case Management Order Nos. 2, 3, 4, & 5

3. Bellwether Selections

4. Counsel Contact Information Form

5. Plaintiff Fact Sheets

6. Defendant Fact Sheets

7. Bundling of Complaints/Answers/Responsive Pleadings

8. Preservation Order

9. Order Governing the Parties' Interactions with MDL Plaintiffs' Prescribing and Treating Physicians

10. Discovery

11. Discovery Issued to Third Parties

12. State/Federal Coordination

13. Matters Set for Hearing Following the Status Conference

14. Next Status Conference