Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) |
| THIS DOCUMENT RELATES TO: GERTRUDE CLIFFORD, | ) SECTION:   L ) JUDGE FALLON ) MAG. JUDGE NORTH |
| Plaintiff, | ) ) SHORT FORM COMPLAINT |
| v. | ) ) Civil Action No.: 2:16-cv-07009-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | ) ) ) ) ) |
| Defendants | ) ) |

### MOTION TO SUBSTITUTE PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for moves this Court for an order substituting Calvin Clifford on behalf of his late mother, Gertrude Clifford.

Gertrude Clifford filed a products liability action against Defendants on April 20, 2016, as part of a bundled complaint, cause number 16-3519.  By court order dated May 18, 2016, this action was severed from the bundled complaint [dkt # 6 in 16-3519].  Ms. Clifford's short form complaint was filed on May 25, 2016, and assigned cause number 16-7009.  Ms. Clifford passed away on July 13, 2016.  A suggestion of death was filed on August 1, 2016 [dkt # 4 in 16-7009].

1

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."  Fed. R. Civ. P. 25(a)(1).  Gertrude Clifford's products liability action against Defendants survived her death and was not extinguished.  Calvin Clifford, surviving son of Gertrude Clifford, is a proper party to substitute for Ms. Clifford and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

DATED:  August 3, 2016                        THE MULLIGAN LAW FIRM


                                              By:   /s/Charles G. Orr
                                                    Charles G. Orr
                                                    Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                              By:   /s/Charles G. Orr
                                                    Charles G. Orr
                                                    Attorney for Plaintiff