# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>PATRICIA ANN MARKERT,<br><br>2:15-cv-05612-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## NOTICE AND SUGGESTION OF DEATH

COME NOW Counsel for Plaintiff, Patricia Ann Markert, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, hereby informs the Honorable Court of the death of the Plaintiff.  Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and for Leave to Amend Complaint will be filed by Robin Caye Brady, who is the daughter of Patricia Ann Markert.

DATED:  August 4, 2016

Respectfully submitted,

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY &  PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      By:   s/ *Emanuella J. Paulos*
              Emanuella J. Paulos
              Attorney for Plaintiff