UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>David and Carolyn S. Curenton<br>Civil Action No.: 2:16-cv-03469-EEF-MBN | : | **JURY TRIAL DEMANDED** |

SHORT FORM COMPLAINT

1. Plaintiffs incorporate by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiffs David Curenton and Carolyn S. Curenton are identified more fully in Paragraph I. (1) of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiffs herein reside at 7116 Midnightsun Lane, Columbus, GA 31909.

4. The Xarelto User resides at 7116 Midnightsun Lane, Columbus, GA 31909.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual Plaintiff.

Respectfully submitted,

RILEY & JACKSON, P.C.

/s/ Brian Keith Jackson
Brian Keith Jackson
AL Bar No. 7519-J66B

RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, AL 35209
Telephone: (205) 879-5000
Facsimile: (205) 879-5901
kj@rileyjacksonlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

/s/ Brian Keith Jackson
Brian Keith Jackson
AL Bar No. 7519-J66B