## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**

***Karl Cheney v. Janssen Research & Development LLC, et al;*** **Case No.: 2:16-cv-06433**

## <u>MOTION TO SUBSTITUTE PARTY</u>

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Kenneth Cheney on behalf of his deceased father, Karl Cheney.

1.    Karl Cheney filed a products liability lawsuit against defendants on May 17, 2016.

2.    Subsequently, plaintiffs' counsel learned that Karl Cheney died.

3.    Karl Cheney's products liability action against defendants survived his death and was not extinguished.

4.    Plaintiff filed a Suggestion of Death on July 29, 2016, attached hereto.

5.    Kenneth Cheney, surviving son of Karl Cheney, is a proper party to substitute for plaintiff-decedent Karl Cheney and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.


Dated: August 4, 2016                    Respectfully submitted,


                                         **JENSEN & ASSOCIATES**
                                         1024 N. Main Street
                                         Fort Worth, TX  76164
                                         Telephone:  (817) 34-0762
                                         Fax:  (817) 334-0110
                                         bhs@jensen-law.com


                                         /s/ Brandon H. Steffey
                                         Brandon H. Steffey
                                         Texas Bar No.: 24047207

                                         **ATTORNEY FOR PLAINTIFFS**



                        **CERTIFICATE OF SERVICE**

        I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

        This the 4th day of August, 2016.


                                         /s/ Brandon H. Steffey
                                         Brandon H. Steffey