UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Karl Cheney v. Janssen Research & Development LLC, et al;* Case No.: 2:16-cv-06433

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Kenneth Cheney, as a surviving son of Karl Cheney, is substituted for Plaintiff Karl Cheney, in the above captioned cause.

Dated: _____         _____
                                       Hon. Eldon E. Fallon
                                       United States District Court Judge