# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**

*Karl Cheney v. Janssen Research & Development LLC, et al;* **Case No.: 2:16-cv-06433**

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Karl Cheney.

Dated: July 29, 2016                    Respectfully submitted,

                                        **JENSEN & ASSOCIATES**
                                        1024 N. Main Street
                                        Fort Worth, TX  76164
                                        Telephone:  (817) 34-0762
                                        Fax:  (817) 334-0110
                                        bhs@jensen-law.com


                                        /s/ Brandon H. Steffey
                                        Brandon H. Steffey
                                        Texas Bar No.: 24047207


                                        **ATTORNEY FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 29th day of July, 2016.

*/s/ Brandon H. Steffey*_____
Brandon H. Steffey