UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : : | |
| GREGORY K. BURT, Administrator of the Estate of WINONA G. BURT, dec., and GREGORY K. BURT, Individually and on Behalf of the Heirs-at-Law of WINONA G. BURT, dec.; WANDA F. GERING, Administratrix for The Estate of GALE G. GERING, dec., and WANDA F. GERING, Individually and on Behalf of the Heirs-at-Law of GALE A. GERING, dec.; GINGER J. HERRELL and LYNN K. HERRELL; GEORGE E. HUDSON and KAREN J. HUDSON; and MARK E. HUTTON, Administrator of the Estate of BEVERLY B. HUTTON, dec., and MARK E. HUTTON, Individually and on Behalf of the Heirs-at-law of BEVERELY B. HUTTON, dec.<br><br>Plaintiffs. | : : : : : : : : : : : : : : : : : : : : | CIVIL ACTION No. 2:16-cv-00338 |

**NOTICE OF COMPLIANCE WITH SERVICE OF PROCESS
PROVISIONS IN PTO 10 AND PTO 11**

**Streamlined Service of Process Procedures in PTO 10 and PTO 11**

PTO 10 states in pertinent part that streamlined service of process can be effected on Bayer Healthcare Pharmaceuticals, Inc. (BHCP), "By CERTIFIED Mail, Return Receipt

1

Requested, upon the following representative of BHCP:

> SOP Department
> Corporation Service Company
> Suite 400
> 2711 Centerville Road
> Wilmington, DE 19808

PTO 10 at II. C.1.

PTO 10 further states that streamlined service of process can be effected on Bayer Pharma AG, "By REGISTERED Mail, Return Receipt Requested, upon the following representative of Bayer Pharma AG:

> Bayer Pharma AG
> Attn: Eva Gardyan-Eisenlohr
> General Counsel
> Muellerstrasse 178
> 13353 Berlin
> GERMANY

PTO 10 at II. C.2.

PTO 10 additionally provides, "Contemporaneous with mailing the Bayer Pharma AG pleading, Plaintiffs shall provide, by electronic mail, notice of service, including a copy of the Complaint, to the following address: xareltocomplaints@babc.com." PTO 10 at II.C.

PTO 10 also states: "Service will be effective only if addressed as above (including the notice of service provided via electronic mail). General mailing, or use of other methods of transmission, including but not limited to Federal Express or email, will not be sufficient to effect service. Service will be effective ten (10) days after the date of delivery." PTO 10 at II. D.

Finally, PTO 11 states in pertinent part that, for bundled complaints, "[s]ervice of the Joint Complaint, together with a copy of the applicable Severance Order and a list of the

2

individual cases and their civil action numbers, shall be sufficient to effectuate service of process for each of the individual cases associated with the Joint Complaint." PTO 11 at 1.e.

Plaintiffs' Notice of Compliance with PTO 10 and PTO 11

On July 7, 2016, Plaintiffs in the above-styled bundled complaint, which was severed pursuant to court order on January 22, 2016, complied with the streamlined service of process provisions in PTO 10 and PTO 11 and pursuant to a court order on July 12, 2016, granting Plaintiffs' motion for an extension of time to serve process on Defendant Bayer HealthCare Pharmaceuticals Inc. (BHCP) by placing in the U.S. Mail, by Certified Mail, Return Receipt Requested, to the address specified in section II. C.1 of PTO 10 for streamlined service of process on BHCP, the following items:

A copy of the bundled complaint for the above-styled matter;

A copy of the summons issued as to BHCP for the bundled complaint;

A copy of the severance order for the bundled complaint; and

A list of the individual actions with their civil action numbers for the bundled complaint.

Attached to this Notice of Compliance as Exhibit A is a true and correct copy of the proof of mailing, for BHCP.

Also on January 19, 2016, Plaintiffs in the above-styled bundled complaint, which was severed pursuant to court order on January 22, 2016, complied with the streamlined service of process provisions in PTO 10 and PTO 11 for Defendant Bayer Pharma AG by placing in the U.S. Mail, by Registered Mail, Return Receipt Requested, to the address specified in section II. C.2 of PTO 10 for streamlined service of process on BHCP, the following items:

A copy of the bundled complaint for the above-styled matter;

A copy of the summons issued as to BHCP for the bundled complaint;

A copy of the severance order for the bundled complaint; and

A list of the individual actions with their civil action numbers for the bundled complaint.

Attached to this Notice of Compliance as Exhibit B is a true and correct copy of the proof of mailing for Bayer Pharma AG.

Finally, on May 26, 2016, Plaintiffs in the above-styled bundled complaint emailed a notice of service to xareltocomplaints@babc.com which included a copy of every item placed in the mail as identified in the preceding two paragraphs of this Notice. Attached to this Notice of Compliance as Exhibit C are true and correct copies of the emails by which this was done.

Dated:   August 4, 2016				Respectfully submitted,

						By /s/ Andrew W. Hutton
						Andrew W. Hutton, KS Bar No. 10264
						HUTTON & HUTTON LAW FIRM, L.L.C.
						8100 E. 22nd St. N., Bldg. 1200
						P. O. Box 638
						Wichita, KS 67201-0638
						(316) 688-1166 Telephone
						(316) 686-1077 Facsimile
						andrew.hutton@huttonlaw.com

						*Attorneys for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

I certify that on August 4, 2016, a copy of the foregoing pleading was filed electronically by using the CM/ECF system. Parties may access this filing through the Court's system.

/s/ Andrew W. Hutton
Andrew W. Hutton, KS Bar No. 10264
HUTTON & HUTTON LAW FIRM, L.L.C.
8100 E. 22nd St. N., Bldg. 1200
P. O. Box 638
Wichita, KS 67201-0638
(316) 688-1166 Telephone
(316) 686-1077 Facsimile
andrew.hutton@huttonlaw.com

*Attorneys for Plaintiffs*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Gregory K. Burt et al

*Plaintiff(s)*

v.  Civil Action No. 2:16-cv-00338 L(5)

Janssen Research & Development, LLC et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P. O. Box 638
Wichita, KS 67201-0638
T (316) 688-1166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

Date: Jan 19 2016

*Deputy clerk's signature*

**Exhibit A**

CASE NO. 16-cv-00338

RETURN ON SERVICE
BY CERTIFIED MAIL

I hereby certify that I have served the within Joint Complaint and Jury Demand and Summons in a Civil Case:

(1) By mailing on the 2nd day of August, 2016, a copy of the Joint Complaint in the above action as certified mail return receipt requested; (2) the name and address on the envelope containing the process mailed as certified mail return receipt requested were as shown on card below:

[Certified mail return receipt card addressed to:
Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808
Tracking: 9590 9403 0576 5183 2099 17
Article number: 7015 0640 0007 9496 5465]

Dated: _____, 2016

[U.S. Postal Service Certified Mail Receipt addressed to:
Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808]

Respectfully submitted,

By /s/ Andrew W. Hutton
Andrew W. Hutton, KS Bar No. 10264
HUTTON & HUTTON LAW FIRM, L.L.C.
8100 E. 22nd St. N., Bldg. 1200
P. O. Box 638
Wichita, KS 67201-0638
(316) 688-1166 Telephone
(316) 686-1077 Facsimile
andrew.hutton@huttonlaw.com

*Attorneys for Plaintiffs*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

Gregory K. Burt et al

*Plaintiff(s)*

v.   Civil Action No. 2:16-cv-00338 L(5)

Janssen Research & Development, LLC, f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC; et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bayer AG
CHEMPARK Leverkusen
Zentraler Besucherempfang
Kaiser-Wilhelm-Allee
D-51368 Leverkusen, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew W. Hutton
Hutton & Hutton Law Firm, L.L.C.
P. O. Box 638
Wichita, KS 67201-0638
T (316) 688-1166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

Date: Jan 19 2016

*Deputy clerk's signature*

Exhibit B

CASE NO. 16-cv-00338

RETURN ON SERVICE
BY REGISTERED MAIL

    I hereby certify that I have served the within Joint Complaint and Jury Demand and Summons in a Civil Case:

    (1) By mailing on the 19th day of January, 2016, a copy of the Joint Complaint in the above action as registered mail return receipt requested;  (2) the name and address on the envelope containing the process mailed as registered mail return receipt requested were as shown on card below:

(See attached mail receipt
and delivery confirmation)

Dated: _____, 2016        Respectfully submitted,

By /s/ Andrew W. Hutton
Andrew W. Hutton, KS Bar No. 10264
HUTTON & HUTTON LAW FIRM, L.L.C.
8100 E. 22nd St. N., Bldg. 1200
P. O. Box 638
Wichita, KS 67201-0638
(316) 688-1166 Telephone
(316) 686-1077 Facsimile
andrew.hutton@huttonlaw.com

*Attorneys for Plaintiffs*



English    Customer Service    USPS Mobile                                                Register / Sign In



# USPS Tracking®

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** RE947590786US

## Product & Tracking Information

**Postal Product:** First-Class Package International Service
**Features:** Registered Mail™

## Available Actions

**Text Updates**

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 8, 2016 , 5:30 am** | **Delivered** | **GERMANY** |

Your item was delivered in GERMANY at 5:30 am on February 8, 2016.

| | | |
|---|---|---|
| February 7, 2016 , 5:30 am | Customs clearance processing complete | GERMANY |
| February 6, 2016 , 8:15 am | Processed Through Sort Facility | GERMANY |
| February 6, 2016 , 8:15 am | Customs Clearance | GERMANY |
| February 2, 2016 , 8:05 pm | Departed | Frankfurt, GERMANY |
| February 2, 2016 , 4:00 pm | Departed | London, UNITED KINGDOM |
| February 1, 2016 , 9:04 pm | Departed | New York, UNITED STATES |
| February 1, 2016 , 1:31 pm | Arrived | New York, UNITED STATES |
| February 1, 2016 , 7:46 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| February 1, 2016 , 7:33 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| January 21, 2016 , 2:29 am | Departed USPS Facility | KANSAS CITY, MO 64121 |
| January 20, 2016 , 3:36 am | Arrived at USPS Facility | KANSAS CITY, MO 64121 |
| January 19, 2016 , 10:46 pm | Departed USPS Facility | WICHITA, KS 67276 |
| January 19, 2016 , 10:12 pm | Arrived at USPS Facility | WICHITA, KS 67276 |
| January 19, 2016 , 6:47 pm | Departed Post Office | WICHITA, KS 67208 |
| January 19, 2016 , 11:39 am | Acceptance | WICHITA, KS 67208 |

## Track Another Package

Tracking (or receipt) number

## Manage Incoming Packages

Track all your packages from a dashboard. **Sign up for**

# Sherri Bowlby

| | |
|---|---|
| **From:** | Sherri Bowlby |
| **Sent:** | Thursday, May 26, 2016 12:24 PM |
| **To:** | 'lbrown@bradley.com'; 'xareltocomplaints@babc.com' |
| **Cc:** | Andy Hutton; Sharon Fornshell |
| **Subject:** | Xarelto: Burt |
| **Attachments:** | 2016.01.21 #12 Order, sever Joint Complaint.pdf; 2016.01.19 #11-1 Summons Issued, Bayer Healthcare Pharmaceuticals Inc.pdf; 2016.01.14 #1 Joint Complaint & Jury Trial Demand.pdf; 2016.05.26 Notice of service.pdf; 2016.05.11 List of case captions w-case number.pdf |

Dear Ms. Brown,

     Pursuant to your letters to Andy Hutton dated 5/26/16 regarding service of process on Bayer HealthCare Pharmaceuticals, Inc. and Bayer Healthcare, LLC, pursuant to PTO 11, attached please find the Joint Complaint and Summons, Order severing plaintiffs named in Joint Complaint and, a List of the Case Captions together with Case Numbers, and a Notice of Service of same that are being mailed today via certified, return receipt requested, to the above named defendants.
     If you have any questions, please let us know.  Thank you for your attention to this matter.

Sherri Bowlby
Legal Assistant
Hutton & Hutton
8100 East 22nd Street North
Building 1200
P.O. Box 638 (67201)
Wichita, KS 67226
316-494-6489 (direct)
316-686-1077 (fax)
sherri.bowlby@huttonlaw.com

**Exhibit C**