# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: THOMAS HYNEMAN and LANA HYNEMAN | JUDGE: ELDON E. FALLON |
| **Plaintiffs,** | MAGISTRATE JUDGE: MICHAEL NORTH |
| v. | Civil Action No.: 2:16-cv-9592 |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | STIPULATION OF DISMISSAL OF DEFENDANT BAYER CORPORATION WITHOUT PREJUDICE |
| **Defendants.** | |

Pursuant to Fed. R. Civ. P. 41, Plaintiffs Thomas Hyneman and Lana Hyneman and Defendants hereby stipulate to dismiss Defendant Bayer Corporation only without prejudice. All other Defendants remain in the case. Costs and fees shall be borne by the party that incurred them. This Stipulation does not affect the parties at issue in the other Plaintiffs' cases contained in the bundled complaint, *Lea Hamilton et al v. Janssen Research & Development, LLC et al.*, Case No. 2:16-cv-06581.

Dated:  August 5, 2016    Respectfully submitted,

By: /s/ Roopal P. Luhana
   Eric T. Chaffin, Esq.
   Roopal P. Luhana, Esq.
   CHAFFIN LUHANA LLP
   600 Third Ave., 12th Floor
   New York, NY 10016
   Telephone:  (347) 269-4472
   Fax:   (888) 499-1123
   luhana@chaffinluhana.com
   ***Attorneys for Plaintiff***


By: KAYE SCHOLER LLP
   By: /s/Andrew Solow
   Andrew K. Solow
   Steven Glickstein
   KAYE SCHOLER LLP
   250 West 55th Street
   New York, New York 10019-9710
   Telephone: (212) 836-8000
   Facsimile: (212) 836-8689
   andrew.solow@kayescholer.com
   steven.glickstein@kayescholer.com
   ***Attorneys for Defendant Bayer Corporation***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5th 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:     /s/ Roopal P. Luhana
        Roopal P. Luhana, Esq.

        Attorney for Plaintiff