# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>PATRICIA ANN MARKERT,<br><br>2:15-cv-05612-EEF-MBN<br><br>LOIS E. RYERSON, as an individual and as the Administrator for and on behalf of the heirs of the Estate of JACK E. RYERSON,<br><br>2:15-cv-05625-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

### PATRICIA ANN MARKERT AND LOIS E. RYERSON'S MOTION FOR LEAVE TO FILE THE SECOND JOINT COMPLAINT AND PLAINTIFF, PATRICIA ANN MARKERT'S MOTION TO SUBSTITUTE PARTY AND AMEND THE INDIVIDUAL SHORT FORM COMPLAINT

COMES NOW Counsel for Plaintiffs, Patricia Ann Markert, and Lois E. Ryerson, respectfully move this court for leave to file the Second Amended Joint Complaint in this action to amend paragraph 12(a) to substitute party and 17(a) to add injury, and to substitute a party on the Amended Individual Short Form Complaint for Patricia Ann Markert in the forms attached hereto as Exhibit A and B in accordance with Fed. R. Civ. P. 15(a)(2) and Fed. R. Civ. P. 25(a)(1).

1. Plaintiff Lois E. Ryerson and Patricia Ann Markert's cases were filed in a Joint Complaint on October 22, 2015 (*Rita I. Campagnari, et al. v. Janssen Research & Development LLC, et al.*, 2:15-cv-05383-EEF-MBN [Doc. 1]).

2. On October 29, 2015, a Severance Order was issued for the Joint Complaint *Rita I. Campagnari, et al. v. Janssen Research & Development LLC, et al.*, 2:15-cv-05383-EEF-MBN [Doc. 5].

3. On October 30, 2015, Plaintiff, Patricia Ann Markert, filed her Short Form Complaint (*Patricia Ann Markert v. Janssen Research & Development LLC*, 2:15-cv-05612-EEF-MBN [Doc. 1]).

4. On October 30, 2015, Plaintiff, Lois E. Ryerson, filed her Short Form Complaint (*Lois E. Ryerson, as an individual and as the Administrator for and on behalf of the heirs of the Estate of Jack E. Ryerson v. Janssen Research & Development LLC*, 2:15-cv-05625-EEF-MBN [Doc. 1]).

5. All active Defendants have been served with process.

6. On November 16, 2015, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

7. On November 24, 2015, Defendant Bayer Pharma AG was served by registered mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

8. On December 2, 2015, Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC and Johnson & Johnson Company executed Waivers of Service pursuant to Rule 4(d).

9. On November 16, 2015, Order granting the plaintiffs motion for leave was filed (*In Re: Xarelto (Rivaroxaban) Products Liability Litigation*, 2:14-md-02592-EEF-MBN [Doc.

1621]) and the Plaintiffs first amended complaint was filed the same date (*In Re: Xarelto (Rivaroxaban) Products Liability Litigation*, 2:14-md-02592-EEF-MBN [Doc. 1622]).

10. The First Amended Complaint in this matter was filed on November 18, 2015.

11. On November 20, 2015, Plaintiffs' counsel was informed that Patricia Ann Markert passed away on November 14, 2015.

12. On March 9, 2016, Robin Caye Brady was named the Administrator of the estate of Patricia Ann Markert's in the Henrico County Probate Court.

13. On August 8, 2016, Plaintiffs' counsel filed its Suggestion of Death of Plaintiff Patricia Ann Markert [Doc. 3760].

14.  Plaintiff's Counsel requests that Robin Caye Brady be substituted as the party in Patricia Ann Markert's case.

15. Since filing the complaint, it has come to Plaintiff's Counsel's attention that Plaintiff, Jack E. Ryerson suffered with an additional injury from his use of Xarelto.

16. Plaintiff, Jack E. Ryerson, suffered with a gastrointestinal bleed on or about September 6, 2013.

17. Paragraph 17(a) of the Joint Complaint (*Rita I. Campagnari, et al. v. Janssen Research & Development LLC, et al.*, 2:15-cv-05383-EEF-MBN [Doc. 1]), will be amended to include this injury date.

WHEREFORE, Counsel for Plaintiffs, Patricia Ann Markert and Lois E. Ryerson, respectfully request the Court grant leave for Plaintiffs, Patricia Ann Markert And Lois E. Ryerson's Motion to File the Second Amended Joint Complaint and Patricia Ann Markert's Amended Individual Short Form Complaint filed by Counsel for Plaintiffs in this action in the forms attached hereto as Exhibits A and B and directing the Clerk of the Court to enter the

Amended Joint Complaint and Patricia Ann Markert's Amended Individual Short Form Complaint into the record of this matter.

Dated: August 5, 2016

Respectfully submitted,

By: s/Emanuella J. Paulos
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

**CERETIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 5th day of August, 2016.

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
