**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION:   L |
| PATRICIA ANN MARKERT, | JUDGE:  ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
| 2:15-cv-05612-EEF-MBN | |
| LOIS E. RYERSON, as an individual and as the Administrator for and on behalf of the heirs of the Estate of JACK E. RYERSON, | |
| 2:15-cv-05625-EEF-MBN | |

## ORDER

**IT IS ORDERED** that Plaintiffs, Patricia Ann Markert And Lois E. Ryerson's Motion for Leave to file the Second Joint Complaint and Plaintiff, Patricia Ann Markert's Motion to Substitute Party and Amend the Individual Short Form Complaint, be and the same is hereby **GRANTED**, that and the Clerk of the Court is ordered to file the Second Amended Joint Complaint and Amended Individual Short Form Complaint into the record in this matter.

SIGNED this _____ day of _____, 2016.

_____
HONORABLE DISTRICT JUDGE FALLON