UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L

JUDGE ELDON E. FALLON  
MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Rice, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01301

## MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCY

COMES NOW Plaintiff, Bernard Rice, by and through undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the alleged Plaintiff Fact Sheet ("PFS") deficiency herein. The current deadline provides an insufficient amount of time for Plaintiff to comply. Accordingly, Plaintiff requests an extension of the deadline for sixty (60) days from the date of the Court's order on this motion.

In support of this motion, Plaintiff has attached a Memorandum in Support. Specifically, Plaintiff has diligently requested the records necessary to respond the alleged PFS deficiency, but the record requests are still pending. This is Plaintiff's first request for an extension of the deadline to respond the alleged PFS deficiencies.

An extension of time is not sought for delay.  An extension is sought so that justice may be served.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests that this Court grant this Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency; enter an Order extending the deadline to satisfy PFS deficiencies for sixty (60) days from the date of the Order; and for such further relief deemed just and proper under the circumstances.

Signed: August 7, 2016                                             Respectfully submitted,

/s/ Michael E. Gallant_____
MICHAEL E. GALLANT, ESQ.
DC Bar No. 453087
2200 Pennsylvania Avenue NW
Suite 400, East Tower
Washington, DC  20037
(202) 379-0680
(202) 379-0685 (fax)
MGallant@kbdattorneys.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rules 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on August 7, 2016.

/s/ Michael E. Gallant
MICHAEL E. GALLANT, ESQ.
DC Bar No. 453087
2200 Pennsylvania Avenue NW
Suite 400, East Tower
Washington, DC  20037
(202) 379-0680
(202) 379-0685 (fax)
MGallant@kbdattorneys.com