UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br>**MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Rice, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01301

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Bernard Rice, by and through undersigned counsel, and files this Notice of Submission of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency before the Honorable Judge Eldon E. Fallon.

Signed:  August 7, 2016

/s/ Michael E. Gallant_____
MICHAEL E. GALLANT, ESQ.
DC Bar No. 453087
2200 Pennsylvania Avenue NW
Suite 400, East Tower
Washington, DC  20037
(202) 379-0680
(202) 379-0685 (fax)
MGallant@kbdattorneys.com