UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH<br><br>Civil Action No.: 2:15-cv-06941 |

**THIS DOCUMENT RELATES TO:**

*Rice, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01301

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCY

COMES NOW Plaintiff, Bernard Rice, by and through undersigned counsel of record, and in support of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency, states as follows:

1. Plaintiff's Complaint was filed on or about December 18, 2015 directly in the MDL Court as part of a multi-plaintiff complaint (2:15-cv-6941). Pursuant to the severance order entered therein, a Short Form Complaint was filed and the Plaintiff's individual case number is 2:16-cv-1301.

2. While the Plaintiff has substantially complied with providing the other Plaintiff Fact Sheet (hereinafter "PFS") information and has uploaded responses and authorizations for defense counsel to the MDL Centrality website, Plaintiff has had significant difficulty obtaining medical records from certain providers, and requests

additional time to obtain and upload same and provide and remaining responses to the PFS.

3. Plaintiff received the currently deficiency from Defendants on July 18, 2016 and the response to said deficiency is currently due on August 7, 2016.

4. Plaintiff's Counsel has made continual efforts to receive the necessary records to respond to the Notice of Deficiency, and although such efforts have not produced the necessary records to respond to the Deficiency yet, there are currently pending record requests. The currently pending requests are anticipated to provide the necessary records to allow Plaintiff to respond the Notice of Deficiency.

5. The Plaintiff is currently aggressively pursuing records requests, which, upon information and belief, will produce records allowing Plaintiff to respond to the Notice of Deficiency.

6. Therefore, Plaintiff needs some additional time to satisfy the allege PFS Deficiency, as Plaintiff awaits the medical provides' responses to the requests for records, and Counsel respectfully requests an additional sixty (60) days to satisfy the alleged PFS Deficiency from the date of the order entered on Plaintiff's Motion for Extension of Time.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that this Court grant Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency and for any further orders deemed just and proper under

the circumstances.

Signed: <u>August 7, 2016</u>

<u>/s/ Michael E. Gallant</u>
MICHAEL E. GALLANT, ESQ.
DC Bar No. 453087
2200 Pennsylvania Avenue NW
Suite 400, East Tower
Washington, DC  20037
(202) 379-0680
(202) 379-0685 (fax)
MGallant@kbdattorneys.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rules 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on August 7, 2016.

<u>/s/ Michael E. Gallant</u>
MICHAEL E. GALLANT, ESQ.
DC Bar No. 453087
2200 Pennsylvania Avenue NW
Suite 400, East Tower
Washington, DC  20037
(202) 379-0680
(202) 379-0685 (fax)
MGallant@kbdattorneys.com