# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*Regina Gonzalez v. Janssen Research & Development LLC, et al.*, Civil Action No. 2:16-cv-10948

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Oscar Foster, as surviving son of Regina Gonzalez, is substituted for Plaintiff Regina Gonzalez in the above captioned cause.

Dated: _____      _____
                                     Hon. Eldon E. Fallon
                                     United States District Court Judge