UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION | MDL NO. 2592  SECTION L  JUDGE ELDON E. FALLON  MAG. JUDGE NORTH |

**This Document Relates to:**

*Sherry Hickman v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-07936*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Anthony Hickman as surviving spouse of Sherry Hickman is substituted for Plaintiff Sherry Hickman in the above captioned cause.

Dated: _____     _____
                                                                 Hon. Eldon E. Fallon
                                                                 United States District Court Judge