UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**This Document Relates to:**

*Edward Pienkowski v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-08741*

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Zanna Pienkowski on behalf of decedent Edward Pienkowski.

1. Edward Pienkowski filed a products liability lawsuit against defendants on May 19, 2016.

2. Plaintiff Edward Pienkowski died on June 7, 2016.

3. Edward Pienkowski's products liability action against defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on August 8, 2016, attached hereto as "Exhibit A".

5. Zanna Pienkowski, surviving spouse of Edward Pienkowski, is a proper party to substitute for plaintiff-decedent Edward Pienkowski and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party

dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

      WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: August 8, 2016                            Respectfully submitted,

                                          /s/ Russell T. Abney_____
                                          Russell T. Abney, Esq.
                                          Attorney I.D. No. 000875 (GA)
                                          FERRER, POIROT & WANSBROUGH
                                          2603 Oak Lawn Avenue Suite 300
                                          Dallas, TX 75219
                                          Telephone: 800.521.4492
                                          Fax: 866.513.0115
                                          rabney@lawyerworks.com
                                          *Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: August 8, 2016                                   Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com
*Attorney for the Plaintiffs*