UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION L JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**This Document Relates to:**

*Edward Pienkowski v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-08741*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Zanna Pienkowski, as surviving spouse of Edward Pienkowski, is substituted for Plaintiff Edward Pienkowski in the above captioned cause.

Dated: _____     _____
                                    Hon. Eldon E. Fallon
                                    United States District Court Judge