UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Rebecca Ollie Wallace v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-11478*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Timothy Wallace, as surviving spouse of Rebecca Ollie Wallace, is substituted for Plaintiff Rebecca Ollie Wallace in the above captioned cause.

Dated: _____      _____
                                     Hon. Eldon E. Fallon
                                     United States District Court Judge