UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**       **JURY TRIAL DEMANDED**

*Lemerie Bobb v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-07698**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Samuel Sheppard, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Samuel Sheppard on behalf of his deceased mother, Lemerie Bobb.

1. Lemerie Bobb filed a products liability lawsuit against the defendants on May 3, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Lemerie Bobb died on April 26, 2015.

3. Lemerie Bobb's products liability action against defendants survived her death and was not extinguished.

4. Samuel Sheppard, son of Lemerie Bobb, is a proper party to substitute for plaintiff-decedent Lemerie Bobb and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Sam Sheppard requests that this Court grant his request for substitution as plaintiff in this action.

Dated: <u>August 8, 2016</u>

        Respectfully Submitted,

        BARTIMUS, FRICKLETON and ROBERTSON, P.C.

        By: */s/ Michelle Marvel*
        Michelle Marvel    MO # 59815   KS #23511
        11150 Overbrook Road, Suite 250
        Leawood, KS 66211
        (913) 266-2300
        (913) 266-2366 Facsimile
        mmarvel@bflawfirm.com

        GOZA & HONNOLD, L.L.C

        By: */s/ Bradley D. Honnold*
        Kirk J. Goza    MO # 32475
        Bradley D. Honnold    MO # 39818
        11181 Overbrook Road, Suite 200
        Leawood, KS 66211
        (913) 451-3433 Telephone
        kgoza@gohonlaw.com
        bhonnold@gohonlaw.com

        ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

___/s/ *Michelle Marvel* _____