UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:** <u>**JURY TRIAL DEMANDED**</u>

*Lemerie Bobb v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-07698**

<u>**NOTICE AND SUGGESTION OF DEATH**</u>

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Lemerie Bobb. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Samuel Sheppard, who is the son of Lemerie Bobb.

Dated: <u>August 8, 2016</u>

                Respectfully Submitted,

                BARTIMUS, FRICKLETON and ROBERTSON, P.C.

                By: */s/ Michelle Marvel*_____
                Michelle Marvel    MO # 59815   KS #23511
                11150 Overbrook Road, Suite 250
                Leawood, KS 66211
                (913) 266-2300
                (913) 266-2366 Facsimile
                mmarvel@bflawfirm.com

GOZA & HONNOLD, L.L.C

By: */s/ Bradley D. Honnold*_____
Kirk J. Goza        MO # 32475
Bradley D. Honnold    MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


___/s/ *Michelle Marvel* _____