UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** : | **MDL No. 2592** |
| : | **SECTION L** |
| : | **JUDGE ELDON E. FALLON** |
| : | **MAGISTRATE JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO** : | **<u>JURY TRIAL DEMANDED</u>** |
| LEMERIE BOBB : | |
| Case #: 2:16-CV-07698 | |

_____

**<u>ORDER ON MOTION TO SUBSTITUTE PARTY</u>**

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1. Motion is GRANTED

2. SAMUEL SHEPPARD, as surviving son of LEMERIE BOBB, is substituted as Plaintiff in this action.


Dated: _____          _____
                                                                       JUDGE ELDON E. FALLON

Cc: All counsel of record