## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____: | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**  **JURY TRIAL DEMANDED**

*Thomas Smithhisler v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-10493**

### MOTION TO SUBSTITUTE PARTY PLAINTIFF

Maureen Smithhisler, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Maureen Smithhisler on behalf of her deceased husband, Thomas Smithhisler.

1. Thomas Smithhisler filed a products liability lawsuit against the defendants on May 11, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Thomas Smithhisler died on December 17, 2015.

3. Thomas Smithhisler's products liability action against defendants survived his death and was not extinguished.

4. Maureen Smithhisler, wife of Thomas Smithhisler and personal representative of the Estate of Thomas Smithhisler, is a proper party to substitute for plaintiff-decedent Thomas Smithhisler and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Maureen Smithhisler requests that this Court grant her request for substitution as plaintiff in this action. Maureen Smithhisler is the appointed personal representative for the Estate of Thomas Smithhisler.

Dated: August 8, 2016

                    Respectfully Submitted,

                    BARTIMUS, FRICKLETON and ROBERTSON, P.C.

                    By: */s/ Michelle Marvel*_____
                    Michelle Marvel    MO # 59815   KS #23511
                    11150 Overbrook Road, Suite 250
                    Leawood, KS 66211
                    (913) 266-2300
                    (913) 266-2366 Facsimile
                    mmarvel@bflawfirm.com

                    GOZA & HONNOLD, L.L.C

                    By: */s/ Bradley D. Honnold*_____
                    Kirk J. Goza          MO # 32475
                    Bradley D. Honnold    MO # 39818
                    11181 Overbrook Road, Suite 200
                    Leawood, KS 66211
                    (913) 451-3433 Telephone
                    kgoza@gohonlaw.com
                    bhonnold@gohonlaw.com

                    ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

  I hereby certify that on August 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


\_\_\_/s/ *Michelle Marvel* _____