UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

*Thomas Smithhisler v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-10493**

**NOTICE AND SUGGESTION OF DEATH**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Thomas Smithhisler. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Maureen Smithhisler, the wife of Thomas Smithhisler.

Dated: August 8, 2016

    Respectfully Submitted,

    BARTIMUS, FRICKLETON and ROBERTSON, P.C.


    By: */s/ Michelle Marvel*_____
    Michelle Marvel     MO # 59815    KS #23511
    11150 Overbrook Road, Suite 250
    Leawood, KS 66211
    (913) 266-2300
    (913) 266-2366 Facsimile
    mmarvel@bflawfirm.com

GOZA & HONNOLD, L.L.C

By: */s/ Bradley D. Honnold*_____
Kirk J. Goza        MO # 32475
Bradley D. Honnold    MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I hereby certify that on August 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


___/s/ *Michelle Marvel* _____