UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO : | **JURY TRIAL DEMANDED** |
| THOMAS SMITHHISLER : | |
| Case #: 2:16-CV-10493 | |
| _____ | |

**ORDER ON MOTION TO SUBSTITUTE PARTY**

THIS CAUSE, having come before this Honorable Court on Maureen Smithhisler's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1. Motion is GRANTED

2. MAUREEN SMITHHISLER, as surviving wife and Personal Representative of the Estate of THOMAS SMITHHISLER, is substituted as Plaintiff in this action.

Dated: _____          _____
                                                                                           JUDGE ELDON E. FALLON

Cc: All counsel of record