UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :   MDL No. 2592
                                      :
                                      :   SECTION L
                                      :
                                      :   JUDGE ELDON E. FALLON
                                      :
_____:   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

*Michaeline Smith v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-07984**

### MOTION TO SUBSTITUTE PARTY PLAINTIFF

Patricia Wicker, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Patricia Wicker on behalf of her deceased life partner, Michaeline Smith.

1. Michaeline Smith filed a products liability lawsuit against the defendants on May 3, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Michaeline Smith died on March 4, 2015.

3. Michaeline Smith's products liability action against defendants survived her death and was not extinguished.

4. Patricia Wicker, Executor of the Estate of Michaeline Smith, is a proper party to substitute for plaintiff-decedent Michaeline Smith and proceed forward with the surviving products liability claim on her behalf.

1

Based on the foregoing, Patricia Wicker requests that this Court grant her request for substitution as plaintiff in this action. Patricia Wicker is the appointed Executor for the Estate of Michaeline Smith.

Dated: August 8, 2016

Respectfully Submitted,

BARTIMUS, FRICKLETON and ROBERTSON, P.C.

By: */s/ Michelle Marvel*
Michelle Marvel    MO # 59815    KS #23511
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 266-2300
(913) 266-2366 Facsimile
mmarvel@bflawfirm.com

GOZA & HONNOLD, L.L.C

By: */s/ Bradley D. Honnold*
Kirk J. Goza           MO # 32475
Bradley D. Honnold    MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


\_\_\_/s/ *Michelle Marvel* _____