UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO : | <u>JURY TRIAL DEMANDED</u> |
| MICHAELINE SMITH : | |
| Case #: 2:16-CV-07984 | |

_____

### <u>ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF</u>

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1. Motion is GRANTED

2. PATRICIA WICKER, as Executor of the Estate of MICHAELINE SMITH, is substituted as Plaintiff in this action.

Dated: _____     _____
                                                                        JUDGE ELDON E. FALLON

Cc: All counsel of record