UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   *   MDL NO. 2592
LIABILITY LITIGATION                    *
                                        *   SECTION L
                                        *
                                        *   JUDGE EDLON FALLON
                                        *
                                        *   MAG. JUDGE NORTH
**************************************************

THIS DOCUMENT RELATES TO:
ALL CASES

# ORDER

Non-party Portola Pharmaceuticals ("Portola") is a pharmaceutical company that focuses on the development and commercialization of therapeutics to meet patient needs in thrombosis, other hematologic disorders, and inflammation. Portola has less than 200 employees, which may be fairly characterized as relatively small for a research and development organization. Portola is currently engaged in the development of a reversal agent (colloquially, an antidote) that could be used to reverse the anticoagulation effects of Xarelto in the event that a patient experiences a bleeding event while taking Xarelto. R. 3578-7 at 2. The reversal agent is known as "Andexanet Alfa." R. 3578-7 at 2. Portola entered into a contractual arrangement with Janssen to develop the reversal agent at some time in 2013. R. 3578-7 at 2. Portola is also currently developing another Factor XA anticoagulant that functions as an alternative design to Xarelto. The alternative drug is called Betrixaban. R. 3578-7 at 2.

The PSC subpoenaed Portola for information regarding both Andexanet and Betrixaban.[1] R. 3578-7 at 3. Counsel for Portola advised the PSC that Portola will not produce many of the

---

[1] At oral argument, counsel for Portola disputed that the PSC had properly addressed Betrixaban in its subpoena.

documents subject to the subpoena.  Portola refused to produce any documents related to Betrixaban.  R. 3578-7 at 3.  Portola agreed to produce some emails from Portola's employees that were sent to Defendants' employees related to Andexanet, but Portola otherwise declined to produce Andexanet materials.  R. 3578-7 at 3.  The PSC moved the Court to compel Portola to comply with the PSC's Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action.  R. 3578.

Upon review of the briefing and the statements made at oral argument, the Court finds the sought material relevant.  However, the Court is concerned about the issue of proportionality.  The parties shall meet and confer so as to be more specific regarding the categories of documents requested.  Therefore,

**IT IS ORDERED** that the Motion to Compel Portola, R. 3578, is hereby **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that counsel for Portola and the PSC shall meet and confer for the purpose of designing a more proportional discovery request for purposes of Rule 26(b).

New Orleans, Louisiana this  4th   day of  August , 2016

_____
UNITED STATES DISTRICT JUDGE