## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>ROBERTA T. PRESTON,<br><br>2:15-cv-02547-EEF-MBN | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## NOTICE AND SUGGESTION OF DEATH

COME NOW Counsel for Plaintiff, Roberta A. Preston, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, hereby informs the Honorable Court of the death of the Plaintiff. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and for Leave to Amend Complaint will be filed by Lillian G. Cota, who is the daughter of Roberta A. Preston.

DATED:  August 8, 2016

Respectfully submitted,

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr.(FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY &  PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: s/ *Emanuella J. Paulos*
Emanuella J. Paulos
Attorney for Plaintiff