LEVIN FISHBEIN SEDRAN & BERMAN
By: Laurence S. Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel (215) 592-1500/Fax (215) 592-4663
LBerman@lfsblaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| *This Document Relates to:* | SECTION L |
| George W. Haney and Raye J. Haney, | JUDGE ELDON E. FALLON |
| v. | |
| Janssen Research & Development LLC, et al. | Case No: 2:16-cv-1308 |

### SUGGESTION OF DEATH

Plaintiff, George W. Haney, suggests upon the record, pursuant to Rule 25 (a)(1), the death of Raye J. Haney, during the pendency of this action on May 21, 2016. *See* redacted State of Texas Certificate of Death (Exhibit 1). Plaintiff will proceed with his individual claims but will not pursue any of the Decedent's derivative claims in this action.

Respectfully submitted,

By: /s/ Laurence S. Berman
    Laurence S. Berman
    LEVIN FISHBEIN SEDRAN & BERMAN

*Attorneys for Plaintiffs*

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

### DEPARTMENT OF STATE HEALTH SERVICES
### VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
MAY 25 2016

**STATE OF TEXAS — CERTIFICATE OF DEATH**
STATE FILE NUMBER: 142-16-073402

1. LEGAL NAME OF DECEASED: RAYE JOAN HANEY (Maiden) PICKETT
2. DATE OF DEATH: MAY 21, 2016
3. SEX: FEMALE
4. DATE OF BIRTH: SEPTEMBER 7, 1929
5. AGE: 86
6. BIRTHPLACE: FREDERICKSBURG, TX
7. SOCIAL SECURITY NUMBER: [redacted]
8. MARITAL STATUS AT TIME OF DEATH: ☒ Married
9. SURVIVING SPOUSE'S NAME: GEORGE W. HANEY
10a. RESIDENCE STREET ADDRESS: 202 NATIVE OAK
10c. CITY OR TOWN: INGRAM
10d. COUNTY: KERR
10e. STATE: TEXAS
10f. ZIP CODE: 78025
10g. INSIDE CITY LIMITS? ☒ No
11. FATHER'S NAME PRIOR TO FIRST MARRIAGE: JOHN PICKETT
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: OLGA FOERSTER
13. PLACE OF DEATH: ☒ Decedent's Home
14. COUNTY OF DEATH: KERR
15. CITY/TOWN, ZIP: PRECINCT 4, 78025
16. FACILITY NAME: 202 NATIVE OAK
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: GEORGE W. HANEY - HUSBAND
18. MAILING ADDRESS OF INFORMANT: PO BOX 616, INGRAM, TX 78025
19. METHOD OF DISPOSITION: ☒ Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: B. LYNN ISHAM, BY ELECTRONIC SIGNATURE - 7604
21. ☒ Unknown
22. PLACE OF DISPOSITION: GRIMES CREMATORY
23. LOCATION: KERRVILLE, TX
24. NAME OF FUNERAL FACILITY: GRIMES FUNERAL CHAPELS - KERRVILLE
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 728 JEFFERSON, KERRVILLE, TX 78028-0170
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: JAMES YOUNG, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: MAY 23, 2016
29. LICENSE NUMBER: J1591
30. TIME OF DEATH: 03:18 AM
31. PRINTED NAME, ADDRESS OF CERTIFIER: JAMES YOUNG 218 SIDNEY BAKER NORTH, KERRVILLE, TX 78028
32. TITLE OF CERTIFIER: MD

33. PART 1.
a. IMMEDIATE CAUSE: MALIGNANT NEOPLASM OF MANDIBLE — MONTHS
b. DYSPHAGIA — MONTH

34. WAS AN AUTOPSY PERFORMED? ☒ No
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ No
38. IF FEMALE: ☒ Not pregnant within past year

42a. REGISTRAR FILE NO.: 01-0290
42b. DATE RECEIVED BY LOCAL REGISTRAR: MAY 25, 2016
42c. REGISTRAR - KERR COUNTY CLERK, ELECTRONICALLY FILED
EDR NUMBER: 000001906582

VS-112 REV 1/2006
QA0803574
LHA

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED MAY 25 2016

GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND

