UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Beryl Myers v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| No. 2:15-cv-06581 | |

## ORDER

THIS MATTER, having come before this Court is Plaintiff Beryl Myers' Motion to Withdraw Plaintiff's Motion to Voluntarily Dismiss Without Prejudice. Upon consideration of all documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that the Plaintiff's Motion to Withdraw Plaintiff's Motion to Voluntarily Dismiss Without Prejudice is GRANTED.

NEW ORLEANS, LOUISIANA, this __6th__ day of __August__, 2016.

_____
Honorable Eldon E. Fallon,
U.S. District Court Judge