**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CHARLES BRYANT, JAMES BUSDEKER, ELIZABETH CHANDLER, JOANNE DAVIS, CONSTANT HARRIS, LINDA HENRY, LARRY HOFFMAN, JAMES JONES, VIOLET MACSUGA, HARLEY NELSON, BARRY PAROFF, RONDA PEARSON, DIXIE PETERS, REBECCA ROBERTS, SANDRA STEARNS, TONYA SWINFORD, AND DARRYL YUE, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, <br><br>　　　　　Defendants. | MDL NO. 2592 <br><br> SECTION:　L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

## **ORDER**

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG filed by the above-listed Plaintiffs is hereby GRANTED, and that Plaintiffs' shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10.

New Orleans, Louisiana, this   6th   day of        August        , 2016.

                                                                Hon. Eldon E. Fallon
                                                                 United State District Judge