UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) }  MDL No. 2592
}
PRODUCTS LIABILITY LITIGATION }  SECTION L
} JUDGE FALLON
} MAG. JUDGE NORTH
}

This Document relates to:

**Peavley v. Janssen Pharmaceuticals, Inc. et al**
**Civil Action No.** 2:15-cv-1275

## ORDER

This matter comes before the Court on Plaintiff's Motion For Leave of Court to Re-serve Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG. The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion is HEREBY GRANTED. Plaintiff shall have thirty days by which to send Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG service.

Signed, this ___6th___ day of ___August___, 2016

_____
Honorable Eldon E. Fallon
U.S. District Court Judge