## UNITED STATES DISTRICT COURT  EASTERN DIVISION OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

**MDL No. 2592**

**SECTION: L**

**JUDGE ELDON E. FALLON**

**MAG. JUDGE MICHAEL**

**NORTH**

**THIS DOCUMENT RELATES TO:**

Diane Broadnax
2:16-cv-03141

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion to Withdraw her Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies.

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw her Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is GRANTED.

Dated:   August   6th   2016   

_____
Judge Eldon E. Fallon