UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Karl Cheney v. Janssen Research & Development LLC, et al;* Case No.: 2:16-cv-06433

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Kenneth Cheney, as a surviving son of Karl Cheney, is substituted for Plaintiff Karl Cheney, in the above captioned cause.

Dated: August 6th 2016

_____
Hon. Eldon E. Fallon
United States District Court Judge