# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) |
| THIS DOCUMENT RELATES TO: GERTRUDE CLIFFORD, | ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH |
| Plaintiff, | ) ) SHORT FORM COMPLAINT |
| v. | ) ) Civil Action No.: 2:16-cv-07009-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | ) ) ) ) ) |
| Defendants | ) ) |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

The Court, after considering Plaintiff's Motion to Substitute Party as well as any responses thereto, finds the motion meritorious.  It is therefore ORDERED THAT:  Plaintiff Calvin Clifford, as a surviving son and personal representative of the estate of Gertrude Clifford, is substituted for Plaintiff Gertrude Clifford in the above numbered and captioned  case.

Dated:   August  6th   2016

_____
Hon. Eldon E. Fallon
United States District Court Judge