**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

TERI SPARKS, INDIVIDUALLY AND AS
REPRESENTATIVE OF THE ESTATE OF
PHYLLIS MACIOCI

      Plaintiffs,

v.

JANSSEN RESEARCH & DEVELOPMENT
LLC; JOHNSON & JOHNSON COMPANY
JANSSEN ORTHO LLC, JANSSEN
PHARMACEUTICALS, INC. BAYER
CORPORATION, BAYER AG, BAYER
HEALTHCARE

      Defendants.

## **ORDER**

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc. filed by the above-listed Plaintiff is hereby GRANTED, and that Plaintiffs' shall have thirty (30) days from the date of this Order to

complete service of process through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10.

New Orleans, Louisiana, this ___6th___ day of _____August_____, 2016.

                                                  Hon. Eldon E. Fallon
                                                United State District Judge