UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

Talisha Molock,

2:16-cv-102

## ORDER

THIS MATTER, having come before the Court is Plaintiff Talisha Molock's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency; upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff Talisha Molock's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency is GRANTED. The deadline to satisfy the Plaintiff Fact Sheet Deficiencies is now set for sixty (60) days from the date of this order.

Dated: August 6th 2016

Judge Eldon E. Fallon