# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 <br> ) <br> ) SECTION: L |
| THIS DOCUMENT RELATES TO: <br> SUSIE SALINAS, | ) JUDGE FALLON <br> ) MAG. JUDGE NORTH <br> ) |
| Plaintiff, | ) SHORT FORM COMPLAINT <br> ) |
| v. | ) Civil Action No.: 2:16-cv-03491-EEF-MBN <br> ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | ) <br> ) <br> ) <br> ) |
| Defendants | ) |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

The Court, after considering Plaintiff's Motion to Substitute Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Patricia Alonzo, as a surviving daughter and personal representative of the estate of Susie Salinas, is substituted for Plaintiff Susie Salinas in the above numbered and captioned case.

Dated: __August 6th 2016__

_____
Hon. Eldon E. Fallon
United States District Court Judge