UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| **THIS DOCUMENTS RELATES TO:** | MDL No. 2592 |
|---|---|
| *Barbara & Harry Alderdice* **2:15-cv-01596-EEF-MBN** | SECTION: L |
| *Michael Beckwith* **2:15-CV-02374-EEF-MBN** | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| *Eulah Blank* **2:15-cv-02391-EEF-MBN** | Bundled Complaint No.: **2:15-cv-01596-EEF-MBN** |
| *Julius & Gertrude Guillory* **2:15-cv-2393-EEF-MBN** | |
| *Vernon Vaughn* **2:15-cv-2394-EEF-MBN** | |
| *Gary & Kay Walker* **2:15-cv-2398-EEF-MBN** | |

## ORDER

**IT IS ORDERED** that the Unopposed Motion for Leave to Amend Complaint filed by Plaintiffs is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

ORDERED AND SIGNED this __6th__ day of _____August_____, 2015.

_____
UNITED STATES DISTRICT JUDGE