UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      *      MDL No. 2592
PRODUCTS LIABILITY LITIGATION     *
                                  *      SECTION L
                                  *      JUDGE ELDON E. FALLON
                                  *      MAGISTRATE JUDGE NORTH

************************************
THIS DOCUMENT RELATES TO:

*JENNY SOUDERS, AS POWER OF ATTORNEY FOR MICHAEL SOUDERS,*
*v. Janssen Research & Development, LLC, et al;*
*2:16-cv-03447-EEF-MBN*

## ORDER

**IT IS ORDERED** that the Motion to Rename Party and Amend Complaint filed by Plaintiff Jenny Souders be and the same is hereby **GRANTED**, and the Clerk of the Court is directed to correct the caption of the Joint Complaint and file the First Amended Short Form Complaint into the record in this matter.

New Orleans, Louisiana this   6th   day of   August   , 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge