## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) *  MDL No. 2592
PRODUCTS LIABILITY LITIGATION *

           *  **SECTION L**
           *  **JUDGE ELDON E. FALLON**
           *  **MAGISTRATE JUDGE NORTH**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**THIS DOCUMENT RELATES TO:**

*ROBERT SCHABOT, v. Janssen Research & Development, LLC, et al;*
*2:16-cv-00145-EEF-MBN*

### ORDER

  **IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff Christine Schabot be and the same is hereby **GRANTED**, and the Clerk of the Court is directed to correct the case caption of the Joint Complaint (2:15-cv-07019) and file the First Amended Short Form Complaint into the record in this matter.

  New Orleans, Louisiana this  6th  day of    August    , 2016.

                     Honorable Eldon E. Fallon
                     United States District Court Judge