## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 2592 SECTION L JUDGE FALLON MAG. JUDGE NORTH |
| TRACEY LOWE, As surviving spouse of JAMES RICHARD LOWE, JR., deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 2:15-cv-03893-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT, LLC, JOHNSON & JOHNSON COMPANY, JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC., BAYER CORPORATION, BAYER AG, BAYER HEALTHCARE, LLC, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER HEALTHCARE AG, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO STRIKE PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS PURSUANT TO PTOs 10 AND 11

COMES NOW Plaintiff, Tracey Lowe, through undersigned counsel, and respectfully requests this Court to strike her Motion for Extension of Time Within Which to Serve Process Under PTOs 10 and 11.  On June 24, 2016, Plaintiff received a Notice of Deficient Document via electronic mail from MDL Centrality which states the, "document must be refilled in its entirety within seven (7) calendar days… Deficiency remedy due by 5/3/2016."  A copy of that email is attached hereto as Exhibit A.  As the email notifying Plaintiff of the deficiencies of her motion

was received long past the date stated to cure remedies, Plaintiff hereby withdraws her Motion and will re-file the Motion and cure the deficiencies.

Plaintiffs have consulted Defendants regarding this Motion to Strike and Defendants are not opposed to Plaintiff's striking her Motion for Extension of Time Within Which to Serve Process Under PTOs 10 and 11.  A copy of that email is attached hereto as Exhibit B.

WHEREFORE, Plaintiff respectfully requests the Court strike her previously filed Motion for Extension of Time Within Which to Serve Process Under PTOs 10 and 11 so that she may cure the deficiencies and re-file her Motion.

August 8, 2016                                   Respectfully submitted,

                                                 THE KELLY FIRM

                                                 /s/ Clinton L. Kelly
                                                 F. Dulin Kelly, TN BPR No. 04085
                                                 Clinton L. Kelly, TN BPR No. 16171
                                                 629 East Main Street
                                                 Hendersonville, Tennessee 37075
                                                 Telephone:  (615) 824-3703
                                                 Facsimile:   (615) 824-2674
                                                 dulin@kellyfirm.net
                                                 clint@kellyfirm.net

                                                 *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2016, that a copy of the above and foregoing document has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                 /s/ Clinton L. Kelly
                                                 Clinton L. Kelly