# Michele Mize

| | |
|---|---|
| **From:** | noreply@mdlcentrality.com |
| **Sent:** | Friday, June 24, 2016 8:57 AM |
| **To:** | Michele Mize |
| **Subject:** | In Re Xarelto – New Document Available |
| **Importance:** | High |

A new document has been filed in MDL 2592 (In Re: Xarelto) and is available for your review. The details of the document are as follows:

**Docket Text:** NOTICE OF DEFICIENT DOCUMENT: re [3151] Motion for Extension of Deadlines,. Reason(s) of deficiency: ** A statement stating objection or no objection by opposing party was not provided; unopposed motions must state so within the body of the motion. If the motion is opposed it must be be filed with a Memorandum in Support and a Notice of Submission set before the appropriate Judge. In this instance the filing attorney did not attached a Notice of Submission.** For corrective information, see section(s) D10/D12 on http://www.laed.uscourts.gov/cmecf/Deficiency/deficiency.htm
**Attention: Document must be refiled in its entirety within seven(7) calendar days; otherwise, it may be stricken by the court without further notice. Deficiency remedy due by 5/3/2016.** (Reference: 3151)(clc)
**Docket Number:** N/A
**Filed by:**
**Date Filed:** 04/26/2016

The file size of this document is too large to send by email. To access this document and any other filings, log into MDL Centrality at www.mdlcentrality.com/MDL2592.

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, VA 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*