# Michele Mize

| | |
|---|---|
| **From:** | Kelly Brilleaux <kbrilleaux@irwinllc.com> |
| **Sent:** | Sunday, July 10, 2016 2:46 PM |
| **To:** | Michele Mize |
| **Subject:** | RE: XARELTO - Lowe deficiency notice email |

Michele,

Defendants do not oppose the filing of this Motion. Thank you.

**Kelly E. Brilleaux**
Irwin Fritchie Urquhart & Moore LLC
400 Poydras St., Suite 2700
New Orleans, Louisiana 70130
kbrilleaux@irwinllc.com
504.310.2233
504.310.2101 fax



www.irwinllc.com

This communication is from a law firm and may contain privileged and/or confidential information. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Michele Mize [mailto:michele@kellyfirm.net]
**Sent:** Wednesday, July 06, 2016 11:31 AM
**To:** Meera Sossamon <msossamon@irwinllc.com>
**Cc:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Subject:** FW: XARELTO - Lowe deficiency notice email

I am waiting for your response to the attached that was sent last week. I am re-sending my email and attachments to ensure they are received.

Thank you for your consideration.

**Michele Mize**
**THE KELLY FIRM**
615-824-3703 phone 615-824-2674 fax
michele@kellyfirm.net

**From:** Michele Mize
**Sent:** Wednesday, June 29, 2016 4:26 PM
**To:** 'Meera Sossamon'
**Cc:** 'kbrilleaux@irwinllc.com'
**Subject:** RE: XARELTO - Lowe deficiency notice email

Attached:

1) Draft Motion to Strike

2) Original motion (we wish to strike) Motion for Extension of Time to Serve Process (3151-00)

3) Brief in support of (original) Motion (3151-01)

4) Ex A to Brief (3151-02)

5) Ex B to Brief (3151-03)

6) Declaration of attorney Clinton L. Kelly (3151-04)

7) Proposed Order (3151-05)

Thank you for your assistance and consideration.

Kind Regards,

Michele

**Michele Mize**
Paralegal
**THE KELLY FIRM**
629 East Main Street
Hendersonville, TN 37075
615-824-3703
615-824-2674 facsimile
michele@kellyfirm.net
www.kellyfirm.net

The information contained in this message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and—as such— is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and any review, dissemination, distribution, or copying of its contents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (615) 824-3703 and return the message to us via e-mail. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

 Please print responsibly.

---

**From:** Meera Sossamon [mailto:msossamon@irwinllc.com]
**Sent:** Wednesday, June 29, 2016 4:16 PM
**To:** Michele Mize
**Cc:** Kelly Brilleaux
**Subject:** FW: XARELTO - Lowe deficiency notice email

HI Michelle,

Can you forward me a draft Motion to Strike and a copy of the pleadings which you wish to strike? I'll circulate them to defense counsel to check on any opposition.

Thanks,

**Meera U. Sossamon**
Irwin Fritchie Urquhart & Moore LLC

504.310.2162 • 504.310.2101 fax
website • bio • vcard

**IRWIN FRITCHIE URQUHART & MOORE LLC**
— COUNSELORS AT LAW —

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.

**From:** Michele Mize [mailto:michele@kellyfirm.net]
**Sent:** Tuesday, June 28, 2016 6:47 PM
**To:** jirwin@irwinllc.com; Sharko, Susan M; steven.glickstein@kayescholer.com; olinde@chaffe.com
**Cc:** dmartin@gainsben.com; Gerald E. Meunier
**Subject:** XARELTO - Lowe deficiency notice email

I am writing seeking assistance.

On Friday, June 24, I received the attached email deficiency notice on one of our Motions but the email body states the deficiency remedy was due by 5/3 (way before we received the email stating the deficiency).

Under the circumstances, we would like to file a Motion to Strike our original motion so we can re-file our motion and correct the deficiencies but I am inquiring of you to see if you oppose our Motion to Strike.

Thank you for your consideration and response.


Kind Regards,

Michele

**Michele Mize**
Paralegal
**THE KELLY FIRM**
629 East Main Street
Hendersonville, TN 37075
615-824-3703
615-824-2674 facsimile
michele@kellyfirm.net
www.kellyfirm.net

The information contained in this message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and—as such— is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error, and any review, dissemination, distribution, or copying of its contents is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (615) 824-3703 and return the message to us via e-mail. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Please print responsibly.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Drinker Biddle & Reath LLP is a Delaware limited liability partnership. The partner responsible for the firm's Princeton office is Jonathan I. Epstein, and the partner responsible for the firm's Florham Park office is Andrew B. Joseph.

**************************************

This message contains information which may be confidential and privileged. Unless you are the intended addressee (or authorized to receive for the intended addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender at Drinker Biddle & Reath LLP by reply e-mail and delete the message. Thank you very much.

**************************************