## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE NORTH |
| TRACEY LOWE, | ) | |
| As surviving spouse of | ) | |
| JAMES RICHARD LOWE, JR., deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:15-cv-03893-EEF-MBN |
| | ) | |
| JANSSEN RESEARCH & DEVELOPMENT, | ) | |
| LLC, JOHNSON & JOHNSON COMPANY, | ) | |
| JANSSEN ORTHO, LLC; | ) | |
| JANSSEN PHARMACEUTICALS, INC., | ) | |
| BAYER CORPORATION, BAYER AG, | ) | |
| BAYER HEALTHCARE, LLC, | ) | |
| BAYER HEALTHCARE | ) | |
| PHARMACEUTICALS, INC., | ) | |
| BAYER PHARMA AG, | ) | |
| BAYER HEALTHCARE AG, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion to Strike her Motion for Extension of Time Within Which to Serve Process Pursuant to PTOs 10 and 11. Upon consideration of the Motion, no objection from Defendants, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Striker her Motion for Extension of Time Within Which to Serve Process Pursuant to PTOs 10 and 11 is hereby **GRANTED**.

Dated: _____, 2016

                                                         _____

Hon. Eldon E. Fallon
United States District Court Judge

Prepared for entry by:

**THE KELLY FIRM**

/s/ Clinton L. Kelly
F. Dulin Kelly, TN BPR No. 04085
Clinton L. Kelly, TN BPR No. 16171
629 East Main Street
Hendersonville, Tennessee 37075
Telephone:   (615) 824-3703
Facsimile:   (615) 824-2674
dulin@kellyfirm.org
clint@kellyfirm.org

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2016, that a copy of the above and foregoing document has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Clinton L. Kelly
Clinton L. Kelly