UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| JAMES THAD SITTON AND TASSIE SITTON CORBETT, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF SUE COLE SITTON, DECEASED | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiffs, | |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Civil Action No. 2:15-cv-02368 |
| Defendants | |

**THIS DOCUMENT RELATES TO:**

*JAMES THAD SITTON, TASSIE SITTON CORBETT, INDIVIDUALLY AND AS EXECUTRIX OF THE ESTATE OF SUE COLE SITTON, DECEASED V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL.;* Civil Action No. 2:15-cv-02368

## **ORDER**

**IT IS ORDERED** that the Unopposed Motion for Leave to File Amended Complaint filed by Plaintiffs James Thad Sitton, Tassie Sitton Corbett, Individually and as Executrix of the Estate of Sue Cole Sitton, Deceased, be and the same is hereby GRANTED, and the Clerk of the Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA, this** 6th **day of** August **, 2016.**

_____
**UNITED STATES DISTRICT JUDGE**

2