# EXHIBIT B

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :    **MDL No. 2592**
                                    :
                                    :    **SECTION L**
                                    :
                                    :    **JUDGE ELDON E. FALLON**
                                    :
_____:    **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**        <u>**JURY TRIAL DEMANDED**</u>

DON BERNARDINE and CLAUDETTE BERNARDINE

### AMENDED SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Amended Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiffs, <u>Don Bernardine and Claudette Bernardine,</u> are identified more fully in Paragraph <u>11</u> of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiffs.

3. Individual Plaintiffs, <u>Don Bernardine and Claudette Bernardine,</u> herein reside at <u>1399 NW 6th Street, Boca Raton, FL 33486.</u>

4. The Xarelto User, <u>Don Bernardine</u> resides (or if deceased, resided at the time of death) at <u>1399 NW 6th Street, Boca Raton, FL 33486.</u>

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiffs.

6.  Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiffs.

Dated: July 25, 2016

By: /s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7151
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

**CERETIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 25th day of July, 2016.


By: /s/Emanuella J. Paulos_____
Emanuella J. Paulos