# EXHIBIT E

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| _____ | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**        <u>**JURY TRIAL DEMANDED**</u>

LAWRENCE P. MEDDAUGH and M. JOAN MEDDAUGH

### AMENDED SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Amended Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiffs, <u>Lawrence P. Meddaugh and M. Joan Meddaugh</u>, are identified more fully in Paragraph <u>37</u> of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiffs.

3. Individual Plaintiffs, <u>Lawrence P. Meddaugh and M. Joan Meddaugh</u>, herein reside at <u>136 Owego Street, Candor, NY 13743</u>.

4. The Xarelto User, <u>Lawrence P. Meddaugh</u> resides (or if deceased, resided at the time of death) at <u>136 Owego Street, Candor, NY 13743</u>.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiffs.

6.   Attached as Attachment 2 is the Joint Complaint listing within the Individual

plaintiffs.


Dated: July 25, 2016
                                                  By: /s/Emanuella J. Paulos_____
                                                  Emanuella J. Paulos (FL Bar 99010)
                                                  Brian H. Barr (FL Bar 493041)
                                                  Neil E. McWilliams Jr. (FL Bar
                                                  16174)
                                                  LEVIN, PAPANTONIO, THOMAS,
                                                  MITCHELL, RAFFERTY &
                                                  PROCTOR, P.A.
                                                  316 South Baylen Street, Suite 600
                                                  Pensacola, Florida 32502
                                                  (850) 435-7151
                                                  (850) 435-7020 (Fax)
                                                  bbarr@levinlaw.com
                                                  nmcwilliams@levinlaw.com
                                                  epaulos@levinlaw.com

                                                  *Attorneys for the Plaintiffs*

**<u>CERETIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 25th day of July, 2016.

By: <u>/s/Emanuella J. Paulos</u>
Emanuella J. Paulos