## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFREDO H. PEREZ and spouse HILDA PEREZ<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | **MDL-2592**<br><br><br><br><br><br><br><br><br><br>**Civil Action No 2:15-cv-6404** |

## MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO RE-SERVE CERTAIN DEFEDNANTS WITH PROCESS

Plaintiffs in the above-listed action, through undersigned counsel, respectfully request that the Court grant their Motion for Extension of Time Within Which to Re-Serve Certain Defendants With Process and issue an Order granting them twenty (20) days from the date of granting the Motion within which to serve process on Defendants Bayer Pharma AG, Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer Healthcare AG and Bayer AG

through the streamlined procedures for informal service of process set forth in Pre-Trial Order No.10. A brief memorandum in support of Plaintiffs' Motion is submitted herewith.

Dated: August 8, 2016

>Respectfully submitted,
>
>/s/ Monte Bond
>MONTE BOND
>Texas Bar No.02585625
>Tautfest Bond PLLC
>5151 Belt Line Road, Suite 1000
>Dallas, Texas  75254
>214-617-9980 (Phone)
>214-617-9985 (Fax)
>mbond@tautfestbond.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 8th day of August, 2016.

>/s/ Monte Bond
>*Attorney for Plaintiff*