# EXHIBIT "A"

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

Alfredo H. Perez and spouse Hilda Perez, Kristy L. English, Johnnie Randell Batie and spouse Loretta Lacy Batie

*Plaintiff(s)*

v.

Janssen Research & Development, LLC, et al

*Defendant(s)*

Civil Action No. 2:15-cv-6404 L(5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Corporation
c/o Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Monte Bond, Esq.
Tautfest Bond, PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
(214) 617-9980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

William W. Blevins
Name of clerk of court

Date: Dec 02 2015

Deputy clerk's signature

7014 0510 0000 6775 6234

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Pc | |

Postmark Here

Sent To
Street, Ap or PO Bo:
City, State

Bayer Corporation
c/o Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

PS Form 3800, August 2006 See Reverse for Instructions

USPS.COM

# USPS Tracking®

Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

**Tracking Number:** 70140510000067756234

**Updated Delivery Day:** Monday, December 7, 2015

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 7, 2015 , 10:44 am** | Delivered | **SPRINGFIELD, IL 62703** |

Your item was delivered at 10:44 am on December 7, 2015 in SPRINGFIELD, IL 62703.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 7, 2015 , 9:58 am | Out for Delivery | SPRINGFIELD, IL 62702 |
| December 7, 2015 , 9:48 am | Sorting Complete | SPRINGFIELD, IL 62702 |
| December 7, 2015 , 8:52 am | Arrived at Unit | SPRINGFIELD, IL 62702 |
| December 5, 2015 , 7:47 pm | Arrived at USPS Facility | HAZELWOOD, MO 63042 |
| December 4, 2015 , 10:10 pm | Departed USPS Facility | NTX P&DC |
| December 4, 2015 , 8:02 pm | Arrived at USPS Facility | NTX P&DC |

## Available Actions

## Track Another Package

**Tracking (or receipt) number**

70140510000067756234

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

Alfredo H. Perez and spouse Hilda Perez, Kristy L. English, Johnnie Randell Batie and spouse Loretta Lacy Batie

*Plaintiff(s)*

v.

Janssen Research & Development, LLC, et al

*Defendant(s)*

Civil Action No. 2:15-cv-6404 L(5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Healthcare LLC
Corporation Service Company
2711 Centerville Rd., Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Monte Bond, Esq.
Tautfest Bond, PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
(214) 617-9980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

[signature]
Deputy clerk's signature

Date: Dec 02 2015

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

7014 0510 0000 6775 6241

U.S. Postal Service™

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Postmark Here

Sent To

Street, or PO

City, St.

Bayer Healthcare LLC
Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

PS Form 3800, August 2006 See Reverse for Instructions

USPS.com® - USPS Tracking® Page 1 of 2

English Customer Service USPS Mobile Register / Sign In

USPS.COM

# USPS Tracking®

Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70140510000067756241

Updated Delivery Day: Friday, December 11, 2015

## Product & Tracking Information

Postal Product:

Features:
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 11, 2015 , 9:16 am | Delivered | WILMINGTON, DE 19808 |
| Your item was delivered at 9:16 am on December 11, 2015 in WILMINGTON, DE 19808. | | |
| December 10, 2015 , 11:00 am | Business Closed | WILMINGTON, DE 19808 |
| December 10, 2015 , 8:49 am | Out for Delivery | WILMINGTON, DE 19808 |
| December 10, 2015 , 8:39 am | Sorting Complete | WILMINGTON, DE 19808 |
| December 10, 2015 , 5:05 am | Arrived at Unit | WILMINGTON, DE 19808 |

## Available Actions

## Track Another Package

Tracking (or receipt) number

70140510000067756241

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

HELPFUL LINKS
Contact Us
Site Index
FAQs

ON ABOUT.USPS.COM
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

OTHER USPS SITES
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

LEGAL INFORMATION
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tLc=1&text28777=... 1/28/2016

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

Alfredo H. Perez and spouse Hilda Perez, Kristy L. English, Johnnie Randell Batie and spouse Loretta Lacy Batie

*Plaintiff(s)*

v.

Janssen Research & Development, LLC, et al

*Defendant(s)*

Civil Action No. 2:15-cv-6404 L(5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Monte Bond, Esq.
Tautfest Bond, PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
(214) 617-9980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

William W. Blevins
Name of clerk of court

Date: Dec 02 2015

Deputy clerk's signature

7014 0510 0000 6775 6227

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total | |

Postmark Here

Sent To: Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
Street or PO: 2711 Centerville Road, Suite 400
City: Wilmington, DE 19808

PS Form 3800, August 2006 See Reverse for Instructions

**Debbie Liska**

**From:** Debbie Liska
**Sent:** Thursday, January 14, 2016 8:42 PM
**To:** 'xareltocomplaints@babc.com'
**Subject:** Xarelto - Alfredo H. Perez, Kristy English, Johnnie Batie
**Attachments:** Perez-English- Batie - Joint Complaint - FILED - 2015-12-01.pdf; Summons #5 - Bayer Healthcare Pharmaceuticals.pdf; English, Kristy - Short Form Complaint with attachments FILED.pdf; Batie, Johnnie- Short Form Complaint with attachments FILED.pdf

Dear Counsel:

Per the Case Management Order regarding service of process, attached are the Complaint and Summons in connection with Plaintiffs Alfredo H. Perez et al, Case No. 2:15-cv-06404.

If you have any questions please give me a call.

Thank you.

*Debbie Liska*
Legal Assistant
**Tautfest Bond, PLLC**
5151 Belt Line Road, Suite 1000
Dallas, TX 75254
Ph. 214.617-9980
Fax 214.617-9985
dliska@tautfestbond.com

*Notice: This e-mail message is the property of Tautfest Bond PLLC. The contents of this message and any attachments are confidential and protected by law under the attorney-client privilege, attorney-work-product doctrine, and/or other applicable privileges. If you are not the intended recipient of this message, please forward a copy to dliska@tautfestbond.com and delete the message and its attachments from your computer. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.*

USPS.COM

# USPS Tracking®

Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70140510000067756227

Updated Delivery Day: Friday, December 11, 2015

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 11, 2015 , 9:16 am** | Delivered | **WILMINGTON, DE 19808** |

Your item was delivered at 9:16 am on December 11, 2015 in WILMINGTON, DE 19808.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 10, 2015 , 11:00 am | Business Closed | WILMINGTON, DE 19808 |
| December 10, 2015 , 8:49 am | Out for Delivery | WILMINGTON, DE 19808 |
| December 10, 2015 , 8:39 am | Sorting Complete | WILMINGTON, DE 19808 |
| December 10, 2015 , 5:05 am | Arrived at Unit | WILMINGTON, DE 19808 |
| December 9, 2015 , 7:13 pm | Departed USPS Facility | WILMINGTON, DE 19850 |
| December 9, 2015 , 12:23 pm | Arrived at USPS Facility | WILMINGTON, DE 19850 |
| December 4, 2015 , 8:03 pm | Arrived at USPS Facility | NTX P&DC |

## Available Actions

## Track Another Package

**Tracking (or receipt) number**

70140510000067756227

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

Alfredo H. Perez and spouse Hilda Perez, Kristy L. English, Johnnie Randell Batie and spouse Loretta Lacy Batie

*Plaintiff(s)*

v.

Janssen Research & Development, LLC,

et al

*Defendant(s)*

Civil Action No. 2:15-cv-6404 L(5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Pharma AG
Attn: Eva Gardyan-Eiseniohr
Muellerstrasse 178
13353 Berlin
GERMANY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Monte Bond, Esq.
Tautfest Bond, PLLC
5151 Belt Line Road, Suite 1000
Dallas, Texas 75254
(214) 617-9980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: Dec 02 2015

[signature]
Deputy clerk's signature

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

LC487814405US

USPS® Customs Declaration – CN 22

IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From:
Sender's Last Name: Bond First: monte
Business: Tautfest Bond
Address: 5151 Belt Line Rd Ste 1000
City: Dallas State: TX ZIP+4®: 75254
Telephone/Fax or Email: 214-617-9980

To:
Addressee's Last Name: Gardyan-Eisenlohr First:
Business: Bayer Pharma AG
Address: Muellerstrasse 178
City: 13353 State/Province: Berlin Post Code:
Country: Germany Telephone/Fax or Email:

2-Shipping Label (left) and Customer Copy (right)

| Registered No. | | Date Stamp |
|---|---|---|
| RE491446162US | | 0240 09 |
| Reg. Fee $15.04 | | USPS SPRING VALLEY STATION DALLAS TX 75240 DEC 7 2015 |
| Handling Charge $13.95 | Return Receipt | |
| Postage $3.85 | Restricted Delivery | |
| Received by $0.00 | | |
| $0.00 | $32.84 | |
| Customer Must Declare Full Value $ $50.00 / 50.00 | 12/07/2015 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

To Be Completed By Post Office

OFFICIAL USE

DALLAS, TX 75240

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM:
monte Bond
Tautfest Bond
5151 Belt line Rd Ste 1000
Dallas TX 75254

TO:
Bayer Pharma AG
Muellerstrasse 178
13353 Berlin
Germany

PS Form 3806, Receipt for Registered Mail *Copy 1 - Customer*
May 2007 (7530-02-000-9051) *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com ®*

**Debbie Liska**

---

**From:** Debbie Liska
**Sent:** Tuesday, December 08, 2015 6:11 PM
**To:** 'xareltocomplaints@babc.com'
**Subject:** Alfredo Perez, et al Complaint
**Attachments:** Summons #6 - Bayer Pharma AG.pdf; Perez-English- Batie - Joint Complaint - FILED - 2015-12-01.pdf

Per the Case Management Order regarding service of process, attached is the Summons and Complaint for Alfredo Perez, et al, CA 2:15-cv-6404.

If you have any questions please give me a call.

Thank you.

*Debbie Liska*
Legal Assistant
**Tautfest Bond, PLLC**
5151 Belt Line Road, Suite 1000
Dallas, TX 75254
Ph. 214.617-9980
Fax 214.617-9985
dliska@tautfestbond.com

*Notice: This e-mail message is the property of Tautfest Bond PLLC. The contents of this message and any attachments are confidential and protected by law under the attorney-client privilege, attorney-work-product doctrine, and/or other applicable privileges. If you are not the intended recipient of this message, please forward a copy to dliska@tautfestbond.com and delete the message and its attachments from your computer. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.*

**Debbie Liska**

| | |
|---|---|
| **From:** | Debbie Liska |
| **Sent:** | Thursday, January 14, 2016 8:44 PM |
| **To:** | 'xareltocomplaints@babc.com' |
| **Subject:** | Xarelto - Alfredo H. Perez, Kristy English, Johnnie Batie |
| **Attachments:** | Summons #6 - Bayer Pharma AG.pdf; Perez-English- Batie - Joint Complaint - FILED - 2015-12-01.pdf; Batie, Johnnie- Short Form Complaint with attachments FILED.pdf; English, Kristy - Short Form Complaint with attachments FILED.pdf |

Dear Counsel:

Per the Case Management Order regarding service of process, attached are the Complaint and Summons in connection with Plaintiffs Alfredo H. Perez et al, Case No. 2:15-cv-06404.

If you have any questions please give me a call.

Thank you.

*Debbie Liska*
Legal Assistant
**Tautfest Bond, PLLC**
5151 Belt Line Road, Suite 1000
Dallas, TX 75254
Ph. 214.617-9980
Fax 214.617-9985
dliska@tautfestbond.com

*Notice: This e-mail message is the property of Tautfest Bond PLLC. The contents of this message and any attachments are confidential and protected by law under the attorney-client privilege, attorney-work-product doctrine, and/or other applicable privileges. If you are not the intended recipient of this message, please forward a copy to dliska@tautfestbond.com and delete the message and its attachments from your computer. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.*

USPS.COM

# USPS Tracking®

Customer Service ›
Have questions? We're here to help.

Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **RE491446167US**

## Product & Tracking Information

**Postal Product:** First-Class Package International Service Registered Mail™

**Features:** Return Receipt

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **December 18, 2015 , 11:59 pm** | Delivered | **GERMANY** |

Your item was delivered in GERMANY at 11:59 pm on December 18, 2015.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 18, 2015 , 8:42 am | Missed delivery - Scheduled for another delivery attempt today | GERMANY |
| December 17, 2015 , 8:42 am | Customs clearance processing complete | GERMANY |
| December 16, 2015 , 9:17 am | Customs Clearance | GERMANY |
| December 16, 2015 , 9:17 am | Processed Through Sort Facility | GERMANY |
| December 13, 2015 , 7:30 pm | Departed | Frankfurt, GERMANY |
| December 13, 2015 , 3:45 pm | Departed | Madrid, SPAIN |
| December 12, 2015 , 8:35 pm | Departed | New York, UNITED STATES |
| December 12, 2015 , 1:26 pm | Arrived | New York, UNITED STATES |
| December 11, 2015 , 9:57 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| December 10, 2015 , 11:21 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| December 8, 2015 , 5:57 pm | Departed USPS Facility | COPPELL, TX 75099 |
| December 8, 2015 , 5:32 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| December 7, 2015 , 4:40 pm | Acceptance | DALLAS, TX 75240 |

## Available Actions

## Track Another Package

**Tracking (or receipt) number**

RE491446167US

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

HELPFUL LINKS
Contact Us
Site Index
FAQs

ON ABOUT.USPS.COM
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

OTHER USPS SITES
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

LEGAL INFORMATION
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.

Search or Enter a Tracking Number