# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFREDO H. PEREZ and spouse HILDA PEREZ<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL-2592<br><br><br><br><br><br><br><br><br>Civil Action No 2:15-cv-6404 |

## NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time Within Which to Re-Serve Certain Defendants With Process filed by Plaintiffs in the above-listed action, through their undersigned counsel will be submitted to the Court on Wednesday, the 31st of August 2016 at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U. S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: August 8, 2016

                                              Respectfully submitted,

                                              /s/ Monte Bond
                                              MONTE BOND, Esq.
                                              Texas Bar No.02585625
                                              Tautfest Bond PLLC
                                              5151 Belt Line Road, Suite 1000
                                              Dallas, Texas  75254
                                              214-617-9980 (Phone)
                                              214-617-9985 (Fax)
                                              mbond@tautfestbond.com

                                              **ATTORNEYS FOR PLAINTIFFS**