**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| _____ ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| This Document Relates to: ) | |
| *Bradley Clayton et al. v. Janssen Research* ) | |
| *& Development LLC, et al,* No. 2:15-cv-3247 ) | |
| -EEF-MBN ) | |

## MOTION TO SUBSTITUTE PARTY

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of Plaintiff Bradley Clayton.

Dated: August 9, 2016

                                                                Respectfully Submitted,

                                                                *s/ C. Mark Whitehead III*
                                                                 C. Mark Whitehead III
                                                                 The Whitehead Law Firm, LLC
                                                                 Petroleum Tower, Suite 303
                                                                 3639 Ambassador Caffery Pkwy.
                                                                 Lafayette, LA 70503
                                                                 Telephone: (337) 740-6006
                                                                Facsimile: (337) 205-7754
                                                                cmw@whiteheadfirm.com
                                                                LA Bar 27682
                                                                 *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of court using the CM/ECF system which will send notification of such filing to all counsel of record, on this 9th day of August 2016.

                                                 *s/ C. Mark Whitehead III*
                                                 C. Mark Whitehead III
                                                 The Whitehead Law Firm, LLC
                                                 Petroleum Tower, Suite 303
                                                 3639 Ambassador Caffery Pkwy.
                                                 Lafayette, LA 70503
                                                 Telephone: (337) 740-6006
                                                 Facsimile:  (337) 205-7754
                                                 cmw@whiteheadfirm.com
                                                 LA Bar 27682
                                             *Attorney for Plaintiffs*