# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ──────────────────────────────── ) <br> ) <br> This Document Relates to: ) <br> *Bradley Clayton et al. v. Janssen Research* ) <br> *& Development LLC, et al,* No. 2:15-cv-3247 ) <br> -EEF-MBN ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**MOTION TO SUBSTITUTE PARTY**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of Plaintiff Bradley Clayton.

Dated: August 9, 2016

                                                                                            Respectfully Submitted,

                                                                                            *s/ C. Mark Whitehead III*
                                                                                            C. Mark Whitehead III
                                                                                            The Whitehead Law Firm, LLC
                                                                                            Petroleum Tower, Suite 303
                                                                                            3639 Ambassador Caffery Pkwy.
                                                                                            Lafayette, LA 70503
                                                                                            Telephone: (337) 740-6006
                                                                                            Facsimile:  (337) 205-7754
                                                                                            cmw@whiteheadfirm.com
                                                                                            LA Bar 27682
                                                                                           *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of court using the CM/ECF system which will send notification of such filing to all counsel of record, on this 9th day of August 2016.

                                        *s/ C. Mark Whitehead III*
                                      C. Mark Whitehead III
                                      The Whitehead Law Firm, LLC
                                      Petroleum Tower, Suite 303
                                      3639 Ambassador Caffery Pkwy.
                                      Lafayette, LA 70503
                                      Telephone: (337) 740-6006
                                      Facsimile:  (337) 205-7754
                                      cmw@whiteheadfirm.com
                                      LA Bar 27682
                                      *Attorney for Plaintiffs*