UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Marian Harris v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-10977*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Barbara Dorsey, as surviving daughter of Marian Harris, is substituted for Plaintiff Marian Harris in the above captioned cause.

Dated: _____          _____
                                                                     Hon. Eldon E. Fallon
                                                                     United States District Court Judge