# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**

***Rudolph Jackson v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-09869***

<u>**ORDER**</u>

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Elma Francis, as surviving spouse of Rudolph Jackson, is substituted for Plaintiff Rudolph Jackson in the above captioned cause.

Dated: _____          _____
                                                           Hon. Eldon E. Fallon
                                                           United States District Court Judge