Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>HENRY HARTE,<br><br>          Plaintiff,<br><br>          v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>          Defendants | ) MDL No. 2592<br>)<br>) SECTION:   L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>) SHORT FORM COMPLAINT<br>)<br>) Civil Action No.: 2:16-cv-11470-EEF-MBN<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION TO SUBSTITUTE PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for moves this Court for an order substituting Virginia Harte on behalf of her late husband, Henry Harte.

Henry Harte filed a products liability action against Defendants on May 13, 2016, as part of a bundled complaint, cause number 16-5885.  By court order dated May 23, 2016, this action was severed from the bundled complaint [dkt # 4 in 16-5885].  Mr. Harte's short form complaint was filed on June 23, 2016, and assigned cause number 16-11470.  Mr. Harte passed away on March 20, 2016 (counsel did not learn of Mr. Harte's passing until May 2016).  A suggestion of

1

death was filed on August 9, 2016 [dkt # 3 in 16-11470].

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Henry Harte's products liability action against Defendants survived his death and was not extinguished. Virginia Harte, surviving spouse of Henry Harte, is a proper party to substitute for Mr. Harte and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

DATED: August 9, 2016                    THE MULLIGAN LAW FIRM


                                         By:   /s/Charles G. Orr
                                                Charles G. Orr
                                                Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                         By:   /s/Charles G. Orr
                                                Charles G. Orr
                                                Attorney for Plaintiff