Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>THOMAS WELKE,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>　　　　　Defendants | MDL No. 2592<br><br>SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>SHORT FORM COMPLAINT<br><br>Civil Action No.: 2:16-cv-12301-EEF-MBN |

**MOTION TO AMEND SHORT FORM COMPLAINT**

Plaintiff Nelson Welke, misnamed in the bundled and short form complaints as "Thomas Welke," respectfully moves for an order allowing him to amend his short form complaint to correct this clerical error.

Nelson Welke filed a products liability action against Defendants on May 13, 2016, as part of a bundled complaint, cause number 16-5885.  Because of a clerical error by counsel in the drafting of that complaint, Mr. Welke was misnamed as "Thomas Welke" in that bundled complaint (see style and ¶ 45).  By court order dated May 23, 2016, this action was severed from

1

the bundled complaint [dkt # 5 in 16-3067].  Mr. Welke's short form complaint was filed on June 28, 2016, and assigned cause number 16-12301.  Counsel repeated the clerical error in the short form, again misnaming Mr. Welke as "Thomas Welke."

Counsel now seeks leave to correct this clerical error by way of the filing of an amended short form complaint in cause number 16-12301.  A copy of the amended short form is attached to this motion as Exhibit A.

Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Amend Short Form Complaint and allow Plaintiff to file the Amended Short Form Complaint attached as Exhibit A to this motion.

DATED:  August 9, 2016                    THE MULLIGAN LAW FIRM


                                          By:    /s/Charles G. Orr
                                                 Charles G. Orr
                                                 Attorney for Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                          By:    /s/Charles G. Orr
                                                 Charles G. Orr
                                                 Attorney for Plaintiff