UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*Nancy Howell v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-06969*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting James Joseph Howell on behalf of decedent Nancy Howell.

1. Plaintiff Nancy Howell filed a products liability lawsuit against Defendants on May 25, 2016.

2. Plaintiff Nancy Howell died on June 2, 2016.

3. Plaintiff Nancy Howell's products liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on August 10, 2016, attached hereto as Exhibit A.

5. James Joseph Howell, surviving spouse of Nancy Howell, is a proper party to substitute for Plaintiff-decedent Nancy Howell and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

**WHEREFORE**, counsel for Plaintiff requests that this Court grant this request for substation as Plaintiff in this action.

Dated: August 10, 2016                    Respectfully submitted,

/s/ Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann, Esq.
ASB-2956-N76D
ZARZAUR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, Alabama 35203
P: 205.983.7985
F: 888.505.0523
E: fuli@zarzaur.com
*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 22592 pursuant to Pre-Trial Order No. 17.

Dated: August 10, 2016

Respectfully submitted,

/s/ Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann, Esq.
ASB-2956-N76D
ZARZAUR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, Alabama 35203
P: 205.983.7985
F: 888.505.0523
E: fuli@zarzaur.com
*Attorney for the Plaintiff*