UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*Nancy Howell v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-06969*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff James Joseph Howell, as surviving spouse of Nancy Howell, is substituted for Plaintiff Nancy Howell in the above-captioned cause.

Dated: _____ _____
Hon. Eldon E. Fallon
United States District Court Judge