UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*Nancy Howell v. Janssen Research & Development LLC, et al.*, Civil Action No. 2:16-cv-06969

## MOTION FOR EXTENSION OF TIME
## TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCY

**COMES NOW** counsel on behalf of Plaintiff Nancy Howell, deceased, by and through undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the alleged Plaintiff Fact Sheet ("PFS") deficiency herein. The current deadline provides an insufficient amount of time for Plaintiff to comply. Accordingly, Plaintiff requests an extension of the deadline for sixty (60) days from the date of the Court's order on this Motion.

In support of this Motion, Plaintiff has attached a Memorandum in Support. Specifically, Plaintiff Nancy Howell filed a Long Form Complaint and issued Summons on May 25, 2016.

On June 2, 2016, Nancy Howell passed away, and she had not yet signed her Plaintiff Fact Sheet.

Nancy Howell's Last Will & Testament appoints her spouse, James Joseph Howell, as Sole Executor of her Estate.

Her Estate is in the process of being opened.

An extension of time is not sought for delay. An extension is sought so that justice may be served.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to grant this Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency, to enter an Order extending the deadline to satisfy PFS deficiencies for sixty (60) days from the date of the Order, and for such further relief deemed just and proper under the circumstances.

Dated: August 10, 2016

Respectfully submitted,

/s/ Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann, Esq.
ASB-2956-N76D
ZARZAUR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, Alabama 35203
P: 205.983.7985
F: 888.505.0523
E: fuli@zarzaur.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record on August 10, 2016.

/s/ Diandra S. Debrosse Zimmermann
OF COUNSEL