UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: L | |
| ) | | |
| ) | JUDGE ELDON E. FALLON | |
| ) | | |
| ) | MAG. JUDGE MICHAEL NORTH | |

**THIS DOCUMENT RELATES TO:**
Nancy Howell
2:16-cv-06969

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCY

**COMES NOW** Plaintiff Nancy Howell, by and through undersigned counsel of record, and in support of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies, states as follows:

1. Plaintiff's Complaint was filed on or about May 25, 2016, and the Plaintiff's individual case number is 2:16-cv-06969.

2. Plaintiff Nancy Howell passed away on June 2, 2016.

3. Plaintiff Nancy Howell's Last Will and Testament appoints her spouse James Joseph Howell as Sole Executor of her Estate.

4. The Plaintiff's Fact Sheet requires the signature of the Plaintiff, who is now deceased.

5. Therefore, Plaintiff needs some additional time to satisfy the PFS Deficiencies, as Mr. Howell is awaiting the opening of the estate in order to file the Plaintiff Fact Sheet. Counsel respectfully requests an additional sixty (60) days to satisfy the PFS Deficiencies from the date of the Order entered on Plaintiff's Motion for Extension of Time.

**WHEREFORE,** Plaintiff, by and through undersigned counsel, respectfully requests that this Court grant Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency and for any further orders deemed just and proper under the circumstances.

Dated: August 10, 2016

Respectfully submitted,

/s/ Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann, Esq.
ASB-2956-N76D
ZARZAUR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, Alabama 35203
P: 205.983.7985
F: 888.505.0523
E: fuli@zarzaur.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record on August 10, 2016.

/s/ Diandra S. Debrosse Zimmermann
OF COUNSEL