UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:
Nancy Howell
2:16-cv-06969

## NOTICE OF SUBMISSION

**COMES NOW** Plaintiff, Nancy Howell, by and through undersigned counsel, and files this Notice of Submission of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency before the Honorable Judge Eldon E. Fallon.

Dated: August 10, 2016

Respectfully submitted,

/s/ Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann, Esq.
ASB-2956-N76D
ZARZAUR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, Alabama 35203
P: 205.983.7985
F: 888.505.0523
E: fuli@zarzaur.com
*Attorney for the Plaintiff*