# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
: 
:   SECTION L
:
:   JUDGE ELDON E. FALLON
:
_____:   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**        **JURY TRIAL DEMANDED**

*James Strout v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-12558**

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, James Strout. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Susan Strout, the wife of James Strout.

Dated: August 11, 2016

                                                                          Respectfully Submitted,

                                                                          BARTIMUS, FRICKLETON and ROBERTSON, P.C.

                                                                          By: */s/ Michelle Marvel*_____
                                                                          Michelle Marvel     MO # 59815    KS #23511
                                                                          11150 Overbrook Road, Suite 250
                                                                          Leawood, KS 66211
                                                                          (913) 266-2300
                                                                          (913) 266-2366 Facsimile
                                                                          mmarvel@bflawfirm.com

GOZA & HONNOLD, L.L.C

By: */s/ Bradley D. Honnold*_____
Kirk J. Goza         MO # 32475
Bradley D. Honnold   MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


___/s/ *Michelle Marvel* _____