UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

*James Strout v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-12558**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Susan Strout, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Susan Strout on behalf of her deceased husband, James Strout.

1.  James Strout filed a products liability lawsuit against the defendants on May 16, 2016.

2.  Subsequently, after filing the lawsuit, plaintiff's counsel was notified that James Strout died on March 8, 2016.

3.  James Strout's products liability action against defendants survived his death and was not extinguished.

4.  Susan Strout, wife of James Strout, deceased, and informant, is a proper party to substitute for plaintiff-decedent James Strout and will proceed forward with the surviving products liability claim on his behalf.

1

Based on the foregoing, Susan Strout requests that this Court grant her request for substitution as plaintiff in this action.

Dated: <u>August 11, 2016</u>

                         Respectfully Submitted,

                         BARTIMUS, FRICKLETON and ROBERTSON, P.C.

By: */s/ Michelle Marvel*_____
Michelle Marvel    MO # 59815   KS #23511
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 266-2300
(913) 266-2366 Facsimile
mmarvel@bflawfirm.com

GOZA & HONNOLD, L.L.C

By: */s/ Bradley D. Honnold*_____
Kirk J. Goza       MO # 32475
Bradley D. Honnold   MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

   I hereby certify that on August 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


\_\_\_/s/ *Michelle Marvel* _____