UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO : | **JURY TRIAL DEMANDED** |
| JAMES STROUT : | |
| Case #: 2:16-CV-12558 | |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Susan Strout's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1. Motion is GRANTED

2. SUSAN STROUT, as surviving wife of JAMES STROUT, is substituted as Plaintiff in this action.

Dated: _____           _____
                                                                          JUDGE ELDON E. FALLON

Cc: All counsel of record