UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE SHUSHAN |
| ************************************************ | * | |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The Court has been informed by the parties that the telephone status conference set for Thursday, August 11, 2016, is unnecessary. Therefore,

**IT IS ORDERED** that the telephone status conference set for Thursday, August 11, 2016, is hereby **CANCELED**.

New Orleans, Louisiana this 10th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE