**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION)** | **MDL No. 2592** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE: ELDON E. FALLON** |
| **MARY ANNE BALL,** | **MAG. JUDGE NORTH** |
| **2:16-cv-08089-EEF-MBN** | |
| | **JURY TRIAL DEMANDED** |

**NOTICE AND SUGGESTION OF DEATH**

COME NOW Counsel for Plaintiff, Mary Anne Ball, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, hereby informs the Honorable Court of the death of the Plaintiff. Counsel below respectfully informs this Court that a Motion to Substitute Party Plaintiff and for Leave to Amend Complaint will be filed by Indiana Trust & Investment Management Company, who is the Personal Representative of Mary Anne Ball, Deceased.

DATED: August 11, 2016

Respectfully submitted,

**ROSS FELLER CASEY, LLP**
*Attorneys for Plaintiff(s)*

By:    /s/ Mark A. Hoffman_____
Mark A. Hoffman, Esquire
Robert Ross, Esquire
Joel J. Feller, Esquire
Matthew A. Casey, Esquire
Brian J. McCormick, Jr., Esquire

Dena Young, Esquire
ROSS FELLER CASEY, LLP
One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA. 19103
Phone: (215) 574-2000
Fax: (215) 574-3080
mhoffman@rossfellercasey.com
rross@rossfellercasey.com
jfeller@rossfellercasey.com
mcasey@rossfellercasey.com
bmccormick@rossfellercasey.com
dyoung@rossfellercasey.com

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on August 11, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

   I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

      By: <u>/s/ Brian J. McCormick, Jr.</u>
         Brian J. McCormick, Jr.