# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| _____ ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| This Document Relates to: ) | |
| *Bradley Clayton et al. v. Janssen Research* ) | |
| *& Development LLC, et al,* No. 2:15-cv-3247 ) | |
| -EEF-MBN ) | |

## MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Teddi Clayton on behalf of her deceased husband, Bradley Clayton.

1. Bradley Clayton filed a products liability case against defendants on August 15, 2015.

2. Plaintiff Bradley Clayton died on May 6, 2016.

3. Bradley Clayton's products liability action against defendant survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on August 9, 2016, attached hereto as "Exhibit A."

5. Teddi Clayton, wife of Bradley Clayton, is a proper party to substitute for plaintiff-decedent Bradley Clayton and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: August 11, 2016

Respectfully Submitted,

*s/ C. Mark Whitehead III*
C. Mark Whitehead III
The Whitehead Law Firm, LLC
Petroleum Tower, Suite 303
3639 Ambassador Caffery Pkwy.
Lafayette, LA 70503
Telephone: (337) 740-6006
Facsimile: (337) 205-7754
cmw@whiteheadfirm.com
LA Bar 27682
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: August 9, 2016

                                          Respectfully Submitted,

                                          *s/ C. Mark Whitehead III*
                                          C. Mark Whitehead III
                                          The Whitehead Law Firm, LLC
                                          Petroleum Tower, Suite 303
                                          3639 Ambassador Caffery Pkwy.
                                          Lafayette, LA 70503
                                          Telephone: (337) 740-6006
                                          Facsimile: (337) 205-7754
                                          cmw@whiteheadfirm.com
                                          LA Bar 27682
                                          *Attorney for Plaintiff*