# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| _____ ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| This Document Relates to: ) | |
| *Bradley Clayton et al. v. Janssen Research* ) | |
| *& Development LLC, et al,* No. 2:15-cv-3247 ) | |
| -EEF-MBN ) | |

## MOTION TO SUBSTITUTE PARTY

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of Plaintiff Bradley Clayton.

Dated: August 9, 2016

                                                Respectfully Submitted,

                                                *s/ C. Mark Whitehead III*
                                                C. Mark Whitehead III
                                                The Whitehead Law Firm, LLC
                                                Petroleum Tower, Suite 303
                                                3639 Ambassador Caffery Pkwy.
                                                Lafayette, LA 70503
                                                Telephone: (337) 740-6006
                                                Facsimile:  (337) 205-7754
                                                cmw@whiteheadfirm.com
                                                LA Bar 27682
                                                *Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of court using the CM/ECF system which will send notification of such filing to all counsel of record, on this 9th day of August 2016.

*s/ C. Mark Whitehead III*
C. Mark Whitehead III
The Whitehead Law Firm, LLC
Petroleum Tower, Suite 303
3639 Ambassador Caffery Pkwy.
Lafayette, LA 70503
Telephone: (337) 740-6006
Facsimile: (337) 205-7754
cmw@whiteheadfirm.com
LA Bar 27682
*Attorney for Plaintiffs*
