Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: BILLIE MORRIS, | SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Plaintiff, | SHORT FORM COMPLAINT |
| v. | Civil Action No.: 2:16-cv-13256-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | |
| Defendants | |

## MOTION TO SUBSTITUTE PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Brenda Hay on behalf of her late mother, Billie Morris.

Billie Morris filed a products liability action against Defendants on May 19, 2016, as part of a bundled complaint, cause number 16-6612.  By court order dated May 31, 2016, this action was severed from the bundled complaint [dkt # 6 in 16-6612].  Ms. Morris's short form complaint was filed on July 26, 2016, and assigned cause number 16-13256.  Ms. Morris passed away on April 1, 2016 (counsel did not learn of Ms. Morris's passing until after her complaint

1

was filed).  A suggestion of death was filed on August 12, 2016 [dkt # 3 in 16-13256].

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."  Fed. R. Civ. P. 25(a)(1).  Billie Morris's products liability action against Defendants survived her death and was not extinguished.  Brenda Hay, surviving daughter of Billie Morris, is a proper party to substitute for Ms. Morris and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

DATED:  August 12, 2016                     THE MULLIGAN LAW FIRM


                                            By:   /s/Charles G. Orr
                                                  Charles G. Orr
                                                  Attorney for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


                                            By:   /s/Charles G. Orr
                                                  Charles G. Orr
                                                  Attorney for Plaintiff

2