UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>BILLIE MORRIS,<br><br>        Plaintiff,<br><br>        v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>        Defendants | ) MDL No. 2592<br>)<br>) SECTION: L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>) SHORT FORM COMPLAINT<br>)<br>) Civil Action No.: 2:16-cv-13256-EEF-MBN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY**

The Court, after considering Plaintiff's Motion to Substitute Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Brenda Hay, as surviving daughter and personal representative of the estate of Billie Morris, is substituted for Plaintiff Billie Morris in the above numbered and captioned case.

Dated: _____          _____
                                                                                Hon. Eldon E. Fallon
                                                                                United States District Court Judge