Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 )  ) SECTION:  L |
| THIS DOCUMENT RELATES TO: WANDA MCDANIEL, | ) JUDGE FALLON ) MAG. JUDGE NORTH ) |
| Plaintiff, | ) SHORT FORM COMPLAINT ) |
| v. | ) Civil Action No.: 2:16-cv-11723-EEF-MBN ) |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | ) ) ) ) ) |
| Defendants | ) ) |

## MOTION TO SUBSTITUTE PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Jeanie Johnson on behalf of her late mother, Wanda McDaniel.

Wanda McDaniel filed a products liability action against Defendants on May 19, 2016, as part of a bundled complaint, cause number 16-5885.  By court order dated May 23, 2016, this action was severed from the bundled complaint [dkt # 4 in 16-5885].  Ms. McDaniel's short form complaint was filed on July 24, 2016, and assigned cause number 16-11723.  Ms. McDaniel passed away on March 11, 2016 (counsel did not learn of Ms. McDaniel's passing until after her

1

complaint was filed).  A suggestion of death was filed on August 12, 2016 [dkt # 3 in 16-11723].

      Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."  Fed. R. Civ. P. 25(a)(1).  Wanda McDaniel's products liability action against Defendants survived her death and was not extinguished.  Jeanie Johnson, surviving daughter of Wanda McDaniel, is a proper party to substitute for Ms. McDaniel and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

      Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

DATED:  August 12, 2016                    THE MULLIGAN LAW FIRM

                                        By:    /s/Charles G. Orr
                                                 Charles G. Orr
                                                 Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

      I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                          By:    /s/Charles G. Orr
                                                 Charles G. Orr
                                                 Attorney for Plaintiff