# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | : : | SECTION L |
| DOUGLAS WATERFIELD AND JOYCE WATERFIELD, | : : : : | |
| Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | : : : : : : : : : : : : : : : : : | Civil Action No.: 2:16-cv-00355 STIPULATION OF DISMISSAL |
| Defendants | : : | |

**IT IS HEREBY STIPULATED AND AGREED**, that Plaintiffs Douglas and Joyce Waterfield, hereby dismiss all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-00355, only. This stipulation shall not affect the lawsuit filed by Douglas Waterfield, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:15-cv-05744. All parties shall bear their own costs.

00347318
86294691.1

| | |
|---|---|
| **SEEGER WEISS, LLP**<br>By:  /s/ Christopher A. Seeger<br>Christopher A. Seeger<br>550 Broad Street, Suite 920<br>Newark, NJ 07102<br>Telephone: (973) 639-9100<br>Facsimile: (973) 639-9393<br><br>Attorneys for Plaintiff<br>Dated: August 12, 2016 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br><br>Dated: August 11, 2016<br><br>**KAYE SCHOLER LLP**<br>By: /s/Andrew Solow<br>Andrew K. Solow<br>Steven Glickstein<br>KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>andrew.solow@kayescholer.com<br>steven.glickstein@kayescholer.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br><br>Dated: June 17, 2016<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/James B. Irwin<br>James B. Irwin<br>Kim E. Moore<br>400 Poydras St., Ste, 2700<br>New Orleans, LA 70130<br>(504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br><br>Liaison Counsel for Defendants<br>Dated: August 11, 2016 |

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on <u>August 12, 2016</u>, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

           <u>/s/ Christopher A. Seeger   </u>