UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |

******************************************
THIS DOCUMENT RELATES TO

*Titi v. Janssen Research & Development, LLC, et al., 16-cv-13782*
*Flynn v. Janssen Research & Development, LLC, et al., 16-cv-13761*

### PLAINTIFFS MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS

COME NOW Plaintiffs through undersigned counsel, in the above-styled actions, and respectfully request this Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendants. In support of this motion, Plaintiffs state:

1. Plaintiffs Titi and Flynn are in need of additional time in which to serve Defendants JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG. Plaintiffs' request is due to the delay of issuance of Summonses by the Clerk's Office resulting from the overwhelming number of recently filed Complaints into MDL 2592. Therefore, Plaintiffs respectfully request an extension of time to and including August 18, 2016 in which to effectuate service on said Defendants.

2. The need for an extension of time is not a result of any procrastination or dilatory conduct on the part of Plaintiffs. Further, neither party will suffer prejudice as a result of the extension of time.

WHEREFORE, Plaintiffs respectfully request the Court grant an extension of time to effectuate service on Defendants to and including September 18, 2016, and for such other and further relief as the Court may deem proper and just.

## CERTIFICATE OF GOOD FAITH CONFERENCE

The undersigned hereby certifies that counsel for the movant has conferred with Defendants' Liaison counsel regarding the proposed extension of time; however, the undersigned has not received a return phone call.

Dated: August 10, 2016

Respectfully submitted,

**KELLEY UUSTAL, PLC**

By: */s Catherine C. Darlson*
Catherine C. Darlson, Esq.
Florida Bar No. 112440
500 N. Federal Highway, Suite 200
Fort Lauderdale, Florida 33301
Telephone: (954) 522-6601
Facsimile: (954) 522-6608
ccd@kulaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

WE HERBY CERTIFY that on August 12, 2016 a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s Catherine C. Darlson*
Catherine C. Darlson, Esq.