UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO**

*Titi v. Janssen Research & Development, LLC, et al., 16-cv-13782*
*Flynn v. Janssen Research & Development, LLC, et al., 16-cv-13761*

### PROPOSED ORDER

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendants filed by the above-listed plaintiffs is hereby GRANTED, and that Plaintiffs' shall have to and including September 18, 2016 to complete service of process on Defendants JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
United States District Judge

Copies furnished:
All Counsel of Record