## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |

******************************************

**THIS DOCUMENT RELATES TO**

*Titi v. Janssen Research & Development, LLC, et al., 16-cv-13782*
*Flynn v. Janssen Research & Development, LLC, et al., 16-cv-13761*

### NOTICE OF SUBMISSION

COME NOW Plaintiffs in the above-styled action, by and through their undersigned counsel, and file this Notice of Submission of Motion for Extension of Time Within Which to Serve Process on Defendants JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG.

| | |
|---|---|
| Dated: August 10, 2016 | Respectfully submitted, |
| | **KELLEY UUSTAL, PLC** |
| | By: */s Catherine C. Darlson* |
| | Catherine C. Darlson, Esq. (FBN 112440) |
| | 500 N. Federal Highway, Suite 200 |
| | Fort Lauderdale, Florida 33301 |
| | Telephone: (954) 522-6601 |
| | Facsimile: (954) 522-6608 |
| | ccd@kulaw.com |

**CERTIFICATE OF SERVICE**

      WE HERBY CERTIFY that on August 12, 2016 a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      By: */s Catherine C. Darlson*
      Catherine C. Darlson, Esq.