## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**

*Orla Smith v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-08611*

### MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Donald Smith on behalf of decedent Orla Smith.

1.      Orla Smith filed a products liability lawsuit against defendants on May 18, 2016.

2.      Plaintiff Orla Smith died on June 21, 2016.

3.      Orla Smith's products liability action against defendants survived her death and was not extinguished.

4.      Plaintiff filed a Suggestion of Death on August 12, 2016 attached hereto as "Exhibit A".

5.      Donald Smith, surviving spouse of Orla Smith, is a proper party to substitute for plaintiff-decedent Orla Smith and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for

substitution as plaintiff in this action.


Dated: August 12, 2016                              Respectfully submitted,


                                                    /s/ Russell T. Abney_____
                                                    Russell T. Abney, Esq.
                                                    Attorney I.D. No. 000875 (GA)
                                                    FERRER, POIROT & WANSBROUGH
                                                    2100 RiverEdge Pkwy NW, Suite 1025
                                                    Atlanta, GA 30328
                                                    Telephone: 800.521.4492
                                                    Fax: 866.513.0115
                                                    atlanta@lawyerworks.com
                                                    *Attorney for the Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: August 12, 2016                    Respectfully submitted,


                                         /s/ Russell T. Abney_____
                                         Russell T. Abney, Esq.
                                         Attorney I.D. No. 000875 (GA)
                                         FERRER, POIROT & WANSBROUGH
                                         2100 RiverEdge Pkwy NW, Suite 1025
                                         Atlanta, GA 30328
                                         Telephone: 800.521.4492
                                         Fax: 866.513.0115
                                         atlanta@lawyerworks.com
                                         *Attorney for the Plaintiffs*