UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
| | * |
| | *  MAG. JUDGE SHUSHAN |
| ************************************************* | * |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER RANDOMLY SELECTING BELLWETHER CASES

Four bellwether cases will initially be tried in this matter.  The first two cases will be tried in Louisiana.  The third case will be tried in Mississippi.  The fourth case will be tried in Texas.

Per Case Management Order ("CMO") No. 5, R. 3745, the pool of eligible bellwether plaintiffs was narrowed by for-cause strikes argued to the Court on August 4, 2016.  R. 3745 at 1–2.  The nomination of eligible plaintiffs and the use of peremptory strikes by the parties respectively occurred on August 8, 2016, and August 9, 2016.  R. 3745 at 2–3.  On August 9, 2016, the parties jointly submitted the three remaining plaintiffs who were eligible to be selected for the first bellwether trial, which the Court held would be an "Afib + GI bleed" case.  R. 3745 at 1–2.  The parties also jointly submitted the two remaining plaintiffs who were eligible to be selected for the second bellwether trial, which the Court held would be an "Afib + Brain bleed" case.  R. 3745 at 2–3.

Upon receipt of the list of eligible plaintiffs, the Court created five slips of paper, each one representing a bellwether case.  The three slips representing Afib + GI bleed cases were placed into one container.  The two slips representing Afib + Brain bleed cases were placed into

[2]

a separate container.  The Court then randomly selected a case from each of the two containers. Having concluded the randomization process, the Court now orders the following.

**IT IS ORDERED** that the first bellwether trial (E.D. La. Afib + GI bleed) shall be the matter of Boudreaux, Joseph J., Jr., Case No. 2:14-cv-02720.

**IT IS FURTHER ORDERED** that the second bellwether trial (E.D. La. Afib + Brain bleed) shall be the matter of Orr, Joseph, Jr., Case No. 2:15-cv-03708.

New Orleans, Louisiana this 11th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE