**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Regina Cothron on behalf of
Charlie Andrews, deceased

2:15-cv-7185

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION
OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCY**

COMES NOW Plaintiff, Regina Cothron on behalf of Charlie Andrews, deceased, by and through undersigned counsel of record, and in support of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency, states as follows:

1. Plaintiff's complaint was filed on or about October 30, 2015 in state court in St. Clair County, IL. It was subsequently removed to federal court and transferred the MDL Court on or about December 29, 2015.

2. While the Plaintiff has substantially complied with providing the other Plaintiff Fact Sheet (hereinafter "PFS") information and has uploaded responses and authorizations for defense counsel to the MDL Centrality website, Plaintiff has had significant difficulty obtaining medical records from certain providers, due in part to Plaintiff's recent hospitalization for a serious medical condition, and requests additional time to obtain and upload the same and provide any remaining responses to the PFS.

3. Plaintiff received the current deficiency from Defendants on July 25, 2016 and the response to said deficiency is currently due on August 14, 2016.

4.       Plaintiff's Counsel has made continual efforts to receive the necessary records to respond to the Notice of Deficiency, and although such efforts have not produced the necessary records to respond to the Deficiency yet, there are currently pending record requests. The currently pending requests are anticipated to provide the necessary records to allow Plaintiff to respond to the Notice of Deficiency.

5.       The Plaintiff is currently aggressively pursuing record requests, which, upon information and belief, will produce records allowing Plaintiff to respond to the Notice of Deficiency.

6.       Therefore, Plaintiff needs some additional time to satisfy the allege PFS Deficiency, as Plaintiff awaits the medical providers' responses to the requests for records, and Counsel respectfully requests an additional sixty (60) days to satisfy the alleged PFS Deficiency from the date of the order entered on Plaintiff's Motion for Extension of Time.

WHEREFORE, Plaintiff, by and through undersigned counsel, respectfully requests that this Court grant Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency and for any further orders deemed just and proper under the circumstances.

Signed: August 12, 2016              Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
JOHN J. DRISCOLL (IL6276464)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (IL6320925)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
chris@thedriscollfirm.com
andrew@thedriscollfirm.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on August 12, 2016.

                                            **THE DRISCOLL FIRM, P.C.**

                                            */s/ Andrew D. Kinghorn*
                                            ANDREW KINGHORN (IL6320925)
                                            211 N. Broadway, 40th Floor
                                            St. Louis, MO 63102
                                            314-932-3232
                                            314-932-3233 fax
                                            andrew@thedriscollfirm.com