# UNITED STATES DISTRICT COURT
# EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Regina Cothron on behalf of
Charlie Andrews, deceased

2:15-cv-7185

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Regina Cothron on behalf of Charlie Andrews, deceased, by and through undersigned counsel, and files this Notice of Submission of Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency before the Honorable Judge Eldon E. Fallon.

Signed: August 12, 2016            Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ Andrew D. Kinghorn*
JOHN J. DRISCOLL (MO Bar #54729)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (MO Bar #66006)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
chris@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEYS FOR PLAINTIFF**