UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**JERALD WELLS**
Civil Action No.: 2:15-cv-04567

**MICHAEL BROWN**
Civil Action No.: 2:15-cv-05517

**WILLARD GAMMEL**
Civil Action No.: 2:15-cv-06514

**DOROTHEA NEIGUT**
Civil Action No.: 2:15-cv-06515

**LESLIE KEITH SHEFFIELD**
Civil Action No.: 2:15-cv-07074

**JANE TURMAN**
Civil Action No.: 2:16-cv-00356

**SEYMOUR BIRNBAUM**
Civil Action No.: 2:16-cv-00525

**ELLEN SANTORA**
Civil Action No.: 2:16-cv-01162

**MARY FRANCES BOYD**
Civil Action No.: 2:16-cv-01166

**HAROLD STARK**
Civil Action No.: 2:16-cv-01419

1

**CLARENCE HARBAUER**
Civil Action No.: 2:16-cv-02769

**LEAH HECKERT**
Civil Action No.: 2:16-cv-04740

**DAVID BUNSICK**
Civil Action No.: 2:16-cv-04744

**CHARLES SHIPULSKI**
Civil Action No.: 2:16-cv-07424

**VERONICA CONLEY**
Civil Action No.: 2:16-cv-08938

**ANGEL LAGO**
Civil Action No.: 2:16-cv-10191

**CHRISTY COOKSEY**
Civil Action No.: 2:16-cv-10428

**SOLOMON KILGROE**
Civil Action No.: 2:16-cv-13116

**FRANK KLINGER**
Civil Action No.: 2:16-cv-13122

**GARLAND THOMPSON**
Civil Action No.: 2:16-cv-13125

**JAMES THOMAS**
Civil Action No.: 2:16-cv-13130

## NOTICE OF FIRM NAME AND ADDRESS CHANGE

COMES NOW Annesley H. DeGaris, counsel for the above listed Plaintiffs, and hereby gives notice to this Honorable Court, all parties, and all counsel of record in this matter who have made an appearance that DeGaris Law Group, LLC has changed its name to DeGaris & Rogers, LLC. The new address and telephone numbers are as follows:

Annesley H. DeGaris  
DeGaris & Rogers, LLC  
Two North Twentieth Street, Suite 1030  
Birmingham, AL 35203  
Telephone: (205) 558-9000  
Facsimile: (205) 588-5231  

Accordingly, all notices, service and correspondence should be directed to the address above effective immediately.

Dated this 12th day of August, 2016

                        Respectfully submitted,

                        By: s/ Annesley H. DeGaris  
                        Annesley H. DeGaris (ASB-9182-a63a)  
                        DEGARIS & ROGERS, LLC  
                        Two North Twentieth Street, Suite 1030  
                        Birmingham, AL 35203  
                        Telephone: (205) 558-9000  
                        Facsimile: (205) 588-5231  
                        Email: adegaris@degarislaw.com

                        *ATTORNEY FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

    I hereby certify that on that 12th day of August, 2016, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated this 12th day of August, 2016

                                                s/ Annesley H. DeGaris
                                                ANNESLEY H. DEGARIS