# EXHIBIT 2

# RED LAKE NATION TRIBAL COURT
# RED LAKE NATION JURISDICTION

In RE: The Estate of:

**Paul Robert Stillday**, DOD 11-23-2015

Mary Ellen Cook-Stillday,
    Petitioner

**ORDER
FOR PROBATE**
Case No. 16-PB-002

This matter came before the Red Lake Nation Tribal Court on June 13th, 2016 with Associate Judge Rodney Prentice Jr. presiding. Present at the Hearing were: Mary Ellen Cook-Stillday, Petitioner; Michael Jones.
From the files, records, testimony and proceedings, the Court makes the following as:

## FINDINGS OF FACT

1. The Petitioner filed for this Probate on May 4th, 2016.

2. The Petitioner, is the decedents spouse and her mailing address is: P.O. Box 868, Red Lake, MN 56671.

3. The decedent was an enrolled member of the Red Lake Band of Chippewa Indians with enrollment #409-00005467 and resided in Red Lake, Minnesota at the time of his death.

4. The decedent had no real and personal property at the date of his death.

5. The names of the decedents heirs are as follows: Mary Ellen Cook-Stillday, P.O. Box 868, Red Lake, MN 56671; Paul Jones, Red Lake, MN 56671; Michael Jones, Red Lake, MN 56671; Joel Jones, Red Lake, MN 56671.

6. The court did receive information that the decedent was actively involved in a lawsuit at the time of his death.

7. The decedent did not have a will.

8. All interested parties were properly notified and the hearing was publically posted 30 days prior to the hearing as required by the Tribal Code.

9. That according to the Intestate rules of Probate, that the spouse receive all real or personal property.

10. The Petitioner is asking to be designated executor/administrator of the Probate.

11. The court did not receive notice of any delinquent accounts or bills.

12. The court has jurisdiction over this matter.

## CONCLUSIONS OF LAW

1. That this matter now before the court is governed by the Red Lake Nation Tribal Code, Section 900.01 – 900.18.

2. That all interested parties were in attendance and proper notice was given to all parties.

## ORDER

1. That Mary Ellen Cook-Stillday is appointed Executor/Administrator of the Estate.

2. That Mary Ellen Cook-Stillday is authorized to pursue the decedent's lawsuit on his behalf, within the limits of state and or federal laws.

3. That Mary Ellen Cook-Stillday produce, if any new information comes forth, delinquent accounts or bills, list of real or personal property at the next hearing.

4. That the court, review the list, if any, and order a plan of distribution at the next hearing which will be, **July 15th, 2016 at 10:30 am.**

IT IS SO ORDERED:                                BY THE COURT

Dated: June 13th, 2016

*Rod P.*
Rodney Prentice Jr., Associate Judge
Red Lake Nation Tribal Courts

I HEREBY CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF ACTUAL ON FILE IN THIS OFFICE