## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| _____ | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

**MAUREEN WELCH:** **CIVIL ACTION NOS. 2:16 cv 03185 and 2:16 cv 05975**

### VERIFIED MOTION TO WITHDRAW

Now comes plaintiff's counsel in the above matter and moves to withdraw as counsel.

In accordance with PRETRIAL ORDER NO. 30, plaintiff's counsel hereby certifies as follows:

1. Defendant's Lead Counsel Steven Glickstein and Defendant's Liaison Counsel James B. Irwin  was served served by electronic mail on a copy of the within Motion to Withdraw not less than fourteen days before filing;

2. Defendant's Lead Counsel Steven Glickstein and Defendant's Liaison Counsel James B. Irwin have not served an Opposition or otherwise objected to the Motion to Withdraw;

3. Moving counsel has communicated with and advised Maureen Welch, by first class and certified mail, of counsel's intention to file a Motion to Withdraw by certified mail on June 30, 2016.  The return receipt was returned to plaintiff's counsel by the US Post office showing delivery on or about July 6, 2016.  See Exhibit A hereto;

4.  The client has not expressed an objection to the Motion to Withdraw or indicated an intention to seek other counsel;

5.  Plaintiff's counsel has not served Plaintiff Fact Sheet for Maureen Welch as required by PRETRIAL ORDER NOS 13 and 27.

6.  Counsel has complied with Pretrial Order 11B and applicable fees have been paid.

Wherefore, plaintiff's counsel respectfully moves to withdraw as counsel for Maureen Welch, and for such other relief to which he is entitled.

Signed under the pains and penalties of perjury this 15th day of August 2016.

Dated: August 15, 2016

_____
Attorney for Plaintiff(s)

Thomas T. Merrigan, BBO # 343480
tom@sweeneymerrigan.com
Peter M. Merrigan, BBO # 673272
peter@sweeneymerrigan.com
Jonathan Tucker Merrigan, BBO #681627
tucker@sweeneymerrigan.com
SWEENEY MERRIGAN LAW
268 Summer Street, LL, Boston, MA 02210
617 391 9001 (telephone)
617 357 9001 (fax

## CERTIFICATE OF SERVICE

I, Thomas T. Merrigan, counsel of record for the Plaintiff in this action, do hereby certify service of the Motion to Withdraw has electronically been served on Defendant's Lead Counsel Steven Glickstein (steven.glickstein@kayescholer.com) and Defendant's Liaison Counsel James B. Irwin (jirwin@irwinllc.com) this 15th day of August, 2016.

Respectfully Submitted by
Plaintiff's Counsel:

_____
Thomas T. Merrigan, BBO# 343480

2