UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Sweeney Merrigan Law
268 Summer St. LL
Boston, MA 02210

USPS TRACKING#

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maureen Welch
857 Goshen Rd
Panama, NY 14767

9590 9403 0577 5183 6763 12

7016 0[

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
            ☑ Addressee

B. Received by (Printed Name): Samuel Welch
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise

PS Form 3811, April 2015 PSN 7530-02-000-9053         Domestic Return Receipt

# EXHIBIT A