UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
 :
 : SECTION L
 :
 : JUDGE ELDON E. FALLON
 :
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

<u>MAUREEN WELCH</u>:    CIVIL ACTION NOS. 2:16 cv 03185 and 2:16 cv 05975

<u>**ORDER GRANTING MOTION TO WITHDRAW**</u>

The <u>Motion to Withdraw</u> as counsel for Maureen Welch in the above captioned matter, filed by plaintiff's counsel on August 15, 2016, Document # 3861, is hereby **GRANTED**.

**SO ORDERED:**

Dated: _____
Michael B. North, Magistrate Judge