UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCT LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> TRACEY LOWE, ) <br> As surviving spouse of ) <br> JAMES RICHARD LOWE, JR., deceased, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JANSSEN RESEARCH & DEVELOPMENT,) <br> LLC, JOHNSON & JOHNSON COMPANY, ) <br> JANSSEN ORTHO, LLC; ) <br> JANSSEN PHARMACEUTICALS, INC., ) <br> BAYER CORPORATION, BAYER AG, ) <br> BAYER HEALTHCARE, LLC, ) <br> BAYER HEALTHCARE ) <br> PHARMACEUTICALS, INC., ) <br> BAYER PHARMA AG, ) <br> BAYER HEALTHCARE AG, ) <br> ) <br>     Defendants. ) | MDL NO. 2592 <br><br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE NORTH <br><br><br><br><br><br><br> Civil Action No.: 2:15-cv-03893-EEF-MBN |

# ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion to Strike her Motion for Extension of Time Within Which to Serve Process Pursuant to PTOs 10 and 11. Upon consideration of the Motion, no objection from Defendants, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Striker her Motion for Extension of

.

Time Within Which to Serve Process Pursuant to PTOs 10 and 11 is hereby GRANTED.

Dated: __August_____14th_____, 2016

_____
Hon. Eldon E. Fallon
United States District Court Judge