UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) ) ) ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) ) | MAG. JUDGE NORTH |
| | ) ) ) | |

**This Document Relates to:**

*Rudolph Jackson v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-09869*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Elma Francis, as surviving spouse of Rudolph Jackson, is substituted for Plaintiff Rudolph Jackson in the above captioned cause.

Dated: August 14th 2016

_____
Hon. Eldon E. Fallon
United States District Court Judge