UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION     :       MDL No. 2592
                                                          :
                                                          :       SECTION L
                                                          :
                                                          :       JUDGE ELDON E. FALLON
                                                          :
                                                          :       MAGISTRATE JUDGE NORTH
_____:

THIS DOCUMENT RELATES TO:

EDMUND KAZLAUSKAS and LOUELLA KAZLAUSKAS

Civil Action No.: 2:16-cv-07563

**MOTION FOR EXTENSION OF TIME UNDER PTO 27 TO PROVIDE
ADMINISTRATOR DOCUMENTATION AND DECLARATION TO PLAINTIFF FACT
SHEET AS WELL AS AUTHORIZATIONS**

COMES NOW, the plaintiff by and through the undersigned counsel respectfully moves this court for an extension of time under PTO 27 to provide an Order from the New York State Surrogate's Court supporting the authority of Xarelto user's representative to sign the declaration on behalf of the user in connection with the Plaintiff's Fact Sheet, and provide the Plaintiff Fact Sheet declaration and required authorizations to November 16, 2016.

Under PTO 27, this case is not in the discovery pool, and the Plaintiff Fact Sheet deadline was August 16, 2016. Plaintiff produced a substantially complete fact sheet with all core criteria on August 16, 2016. Plaintiff has provided plaintiff's medical records demonstrating proof of

Xarelto use, photographs of the Xarelto sample bottles, as well as medical records of proof of injury with the plaintiff's fact sheet.

On August 15, 2016, counsel for plaintiff filed a Notice and Suggestion of Death. Counsel needs time to obtain an Order from the New York State Surrogate's Court supporting the authority of the Xarelto user's representative to sign the declaration and authorizations on behalf of the user, which necessitates making this motion for an extension of time to provide the appropriate declaration until November 16, 2016.

In support of the motion, plaintiff's counsel submits a memorandum in support filed contemporaneously herewith. If the Order is received from the Surrogate's Court while this motion is pending plaintiff's counsel will upload the Order, signed declaration and required authorizations.  An extension of time is requested as time is needed to obtain the appropriate Order from the Surrogate's Court naming the Administrator of the Estate.

WHEREFORE, for the reasons set forth above, plaintiff's counsel respectfully moves the court for an extension of time for plaintiff to provide the Surrogate's Court Order, declaration of the Plaintiff's Fact Sheet and required authorizations.

Dated:  August 16, 2016                          Respectfully submitted,


                                                 */s/ Rosemarie Riddell Bogdan*
                                                 Rosemarie Riddell Bogdan
                                                 NDNY Bar Roll Number: 506409
                                                 NYS Bar Roll Number: 380552
                                                 MARTIN, HARDING & MAZZOTTI, LLP
                                                 Attorneys for Plaintiff
                                                 1222 Troy-Schenectady Road
                                                 P.O. Box 15141
                                                 Albany, New York 12212-5141
                                                 Telephone: (518) 862-1200
                                                 rosemarie.bogdan@1800law1010.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rosemarie.bogdan@1800law1010.com