**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

**THIS DOCUMENT RELATES TO:**

**EDMUND KAZLAUSKAS and LOUELLA KAZLAUSKAS**

**Civil Action No.: 2:16-cv-07563**

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME UNDER PTO 27 TO PROVIDE ADMINISTRATOR DOCUMENTATION AND DECLARATION TO PLAINTIFF FACT SHEET AS WELL AS AUTHORIZATIONS**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time under PTO 27 to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of user in connection with Plaintiff's Fact Sheet as well as sign the Plaintiff Fact Sheet declaration and required authorizations allowing defendants access to the relevant records, Plaintiff states the following:

1.  The plaintiff filed the above-captioned proceeding as a bundled complaint along with

multiple plaintiffs on May 18, 2016, and thereafter filed a separate short form complaint on June 1, 2016.

2.   Subsequently, plaintiff's counsel learned that plaintiff passed away on June 17, 2016.

3.   On August 15, 2016, Plaintiff filed a Notice and Suggestion of Death.

4.   Pursuant to PTO 27, this case is not in the discovery pool, and by this court's order the deadline to file the Plaintiff Fact Sheet is August 16, 2016.

5.   Plaintiff has already complied with PTO 27 by providing the Core Information, and has provided medical records of proof of Xarelto use and injury.  However, plaintiff's counsel has still not received the New York State Surrogate's Court Order supporting the Xarelto user's representatives right to sign, which necessitates making this motion for an extension of time to obtain and upload the Order from the Surrogate's Court appointing an Administrator of the Estate as well as the signed declaration and authorizations.  If the Order is received during the pendency of this motion, plaintiff's counsel will upload such documentation.

6.   Accordingly, plaintiff requests an extension of the deadline to November 16, 2016 to allow further time to obtain and upload the Order appointing the Administrator of the Estate and provide the Plaintiff Fact Sheet declaration and authorizations.

7.   Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and there is time for the New York State Surrogate's Court to appoint an Administrator of Edmund Kazlauskas' Estate.

**WHEREFORE,** Plaintiff's counsel requested an extension of time to provide the administrator documentation/Surrogate's Court Order, declaration of the Plaintiff's Fact Sheet and required authorizations.

Dated:  August 16, 2016

Respectfully submitted,

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rosemarie.bogdan@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rosemarie.bogdan@1800law1010.com