UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| _____ | : | |

**THIS DOCUMENT RELATES TO:**

EDMUND KAZLAUSKAS and LOUELLA KAZLAUSKAS

Civil Action No.: 2:16-cv-07563

### ORDER

This matter having come before the court for Plaintiff's Motion for Extension of Time under PTO 27 to provide documentation supporting the authority of the Xarelto user's representative to sign the declaration on behalf of the user in connection with the Plaintiff's Fact Sheet and to provide the required signed authorizations, and upon consideration of all the documents relating to the motion, and good cause appearing:

IT IS HEREBY ORDERED that plaintiff's motion for an extension of time to provide documentation supporting the authority of the Xarelto user's representative to sign the declaration on behalf of the user in connection with the Plaintiff's Fact Sheet and to provide the required signed authorizations is hereby GRANTED.  The deadline to provide the documentation

supporting the authority of the Xarelto user's representative to sign the declaration on behalf of the user in connection with the Plaintiff's Fact Sheet and to provide the required signed authorizations is now November 16, 2016.

Dated: _____

_____
Hon. Eldon E. Fallon
United States District Court Judge