UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE SHUSHAN |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER SELECTING BELLWETHER CASES

Four bellwether cases will initially be tried in this matter. The first two cases will be tried in Louisiana. The third case will be tried in Mississippi. The fourth case will be tried in Texas.

Per Case Management Order ("CMO") No. 5, R. 3745, the pool of eligible bellwether plaintiffs was narrowed by for-cause strikes argued to the Court on August 4, 2016. R. 3745 at 1–2. On August 15, 2016, the parties jointly informed the Court that they reached an agreement as to the selection of plaintiffs for the third and fourth bellwether trials, which the Court earlier held would be a "DVT/PE + GI Bleed" and an "Afib + GI Bleed" case respectively. Therefore, the Court finds no need to continue with the selection process set forth in CMO 5. The Court now orders the following:

**IT IS ORDERED** that the third bellwether trial (Mississippi DVT/PE + GI Bleed) shall be the matter of Mingo, Dora, Case No. 2:15-cv-03469.

[2]

**IT IS FURTHER ORDERED** that the fourth bellwether trial (Texas Afib + GI Bleed) shall be the matter of James Henry, Individually and as Executor of the Estate of William Henry, Case No. 2:15-cv-00224.

New Orleans, Louisiana this 15th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE

[2]