# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>NELSON WELKE,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>Defendants | ) MDL No. 2592<br>)<br>) SECTION: L<br>) JUDGE FALLON<br>) MAG. JUDGE NORTH<br>)<br>) SHORT FORM COMPLAINT<br>)<br>) Civil Action No.: 2:16-cv-12301-EEF-MBN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION TO AMEND SHORT FORM COMPLAINT

The Court, after considering Plaintiff's Motion to Amend Short Form Complaint as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Nelson Welke is granted leave to file an amended short form complaint in the above numbered and captioned case. The Clerk of the Court is instructed to file the amended short form complaint that was attached as Exhibit A to Plaintiff's Motion to Amend Short Form Complaint in this cause.

Dated:  August 14, 2016

_____
Hon. Eldon E. Fallon
United States District Court Judge

1