Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: NELSON WELKE, | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff, | |
| | AMENDED SHORT FORM COMPLAINT |
| v. | |
| | Civil Action No.: 2:16-cv-12031-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, BAYER AG, and DOES 1-50, Inclusive, | |
| Defendants | |

## AMENDED SHORT FORM COMPLAINT

1.  Plaintiff Nelson Welke incorporates by reference the Plaintiffs' Joint Complaint (No. 2:16-cv-05885-EEF-MBN) filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D. La.)

1

pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Nelson Welke, is identified more fully in paragraph 45 of the Plaintiffs' Joint Complaint (but misnamed therein as "Thomas Welke") and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff herein, who is also the Xarelto user, resides in Warren, Trumbull County, Ohio 44485.

4. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiff.

5. Attached as Attachment 2 is the Joint Complaint listing within the Individual Plaintiff.

DATED: August 9, 2016                    THE MULLIGAN LAW FIRM

                                         By:    /s/Charles G. Orr
                                                Charles G. Orr
                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:   /s/Charles G. Orr
        Charles G. Orr
        Attorney for Plaintiff