UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**
*Nancy Howell v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-06969*

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff James Joseph Howell, as surviving spouse of Nancy Howell, is substituted for Plaintiff Nancy Howell in the above-captioned cause.

Dated: __August    14th    2016__

_____
Hon. Eldon E. Fallon
United States District Court Judge