**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| _____ ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| This Document Relates to: ) | |
| *Bradley Clayton et al. v. Janssen Research* ) | |
| *& Development LLC, et al,* No. 2:15-cv-3247 ) | |
| -EEF-MBN ) | |

## **ORDER**

THIS MATTER, having come before the court on Plaintiff's Motion to Substitute Party, and the Court having reviewed such and otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED, and that Teddi Clayton, wife and successor to Bradley Clayton, is substituted as Plaintiff in this action.

**NEW ORLEANS, LOUISIANA,** this ___14th___ day of _____August_____, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge