UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL No. 2592 |
| IN RE:  XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |
| | : | |

**THIS DOCUMENT RELATES TO:**

LLOYD DENNIS
2:16-cv-09574

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW counsel for Plaintiff Lloyd Dennis, now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves to substitute Zachariah Dennis, Keeley Dennis, Nathaniel Dennis and Hannah Dennis, surviving children and successors of Plaintiff Lloyd Dennis, as the Representatives of the Estate of Lloyd Dennis and to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(A).

1. Plaintiff Lloyd Dennis' individual Complaint was filed on June 10, 2016.

2. Counsel for Plaintiff Lloyd Dennis filed the Suggestion of Death on June 20, 2016.

3. Plaintiff Lloyd Dennis is deceased, and counsel for Plaintiff moves to substitute Zachariah Dennis, Keeley Dennis, Nathaniel Dennis and Hannah Dennis as the Representatives of the Estate of Lloyd Dennis, as Plaintiffs in the present action.

4. Because there have been no prior amendments to Plaintiff's Complaint and this Motion is filed within the applicable time limits set forth in Rule 15(a)(1)(A), counsel moves for this motion to be granted as a matter of course.

WHEREFORE, counsel for Plaintiff Lloyd Dennis respectfully requests the Court grant this Motion to Substitute Zachariah Dennis, Keeley Dennis, Nathaniel Dennis and Hannah Dennis, Individually and as Representatives of the Estate of Lloyd Dennis and to permit Plaintiff to file a First Amended Joint Complaint.

Respectfully submitted,

**BURNETT LAW FIRM**

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail: rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail: acollins@rburnettlaw.com
55 Waugh Drive, Suite 803
Houston, Texas 77007
Telephone: (832) 413-4410
Facsimile: (832) 900-2120
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, a copy of the above and foregoing Motion has contemporaneously with, or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.