UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

LLOYD DENNIS
2:16-cv-09574

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff Lloyd Dennis be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the First Amended Joint Complaint into the record in this matter.

SIGNED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE