# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: BILLIE MORRIS, | JUDGE FALLON |
| | MAG. JUDGE NORTH |
| Plaintiff, | SHORT FORM COMPLAINT |
| v. | Civil Action No.: 2:16-cv-13256-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | |
| Defendants | |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

The Court, after considering Plaintiff's Motion to Substitute Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Brenda Hay, as surviving daughter and personal representative of the estate of Billie Morris, is substituted for Plaintiff Billie Morris in the above numbered and captioned case.

Dated: August 14th 2016

_____
Hon. Eldon E. Fallon
United States District Court Judge