UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Daniel Calix

2:16-cv-8690

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW The Driscoll Firm, P.C. ("Moving Counsel") pursuant to Pretrial Order #30, Eastern District of Louisiana Local Rule 83.2.11 and the applicable Rules of Professional Conduct, and for their Memorandum in Support of Motion for Leave to Withdraw as counsel for Plaintiff Daniel Calix in the above-styled case, state as follows:

1. Plaintiff Calix retained the services of The Driscoll Firm, P.C. to represent him in the Xarelto Multidistrict Litigation for his claim.

2. On or about May 17, 2016, Moving Counsel filed a joint complaint under Case Number 2:16-cv-6472 which included the instant cause of action, which was later severed and assigned Case Number 2:16-cv-8690.

3. On or about July 20, 2016, Plaintiff Calix sent a letter to Moving Counsel terminating Moving Counsel's representation and indicating that Plaintiff has contacted another lawyer.

4. Pursuant to these irreconcilable differences which have arisen, Moving Counsel's continued

representation of Plaintiff is impossible, and Moving Counsel moves to withdraw as counsel of record for Plaintiff Calix in the above-referenced matter.

5. Granting this motion would not delay trial of this matter or otherwise prejudice Defendants.

6. Pursuant to Local Rule 83.2.11, Moving Counsel has served Plaintiff Calix with a copy of this motion and notification of all deadlines and pending court appearances via certified mail at his last known address, which is 6123 Benefit Dr., Baton Rouge, LA 70809. Plaintiff Calix's telephone number is (225)774-7474.

7. Plaintiff Calix has not communicated to Moving Counsel any objection to the requested withdrawal and, in fact, has communicated to Moving Counsel that he no longer requires Moving Counsel's services in this matter.

8. Plaintiff Calix has communicated to Moving Counsel that he has been in touch with a new attorney. Moving Counsel does not know whether the new attorney will enter in the matter or how long it might take for the new attorney to do so.

9. Pursuant to Pretrial Order #30, Moving Counsel emailed defense counsel on August 1, 2016 to request their position with regard to the filing of this motion and on August 3, 2016, Moving Counsel emailed the proposed pleadings to defense counsel. Counsel requested a response from defense counsel within fourteen (14) days.

10. As of the date of this filing, more than fourteen (14) days have passed and defense counsel has not responded to Moving Counsel's emails.

11. Plaintiff Calix has submitted a Plaintiff Fact Sheet ("PFS"), pursuant to Pretrial Orders 13 and 27, on the MDL Centrality portal.

12. Moving Counsel and Plaintiff Calix are in compliance with Pretrial Order #11B as no filing fee is currently due. Moving Counsel verifies that there is currently no applicable filing fee

to pay as this matter has not been dismissed voluntarily or involuntarily, no motion or notice to dismiss with or without prejudice has been filed, no Judgment has been entered in Plaintiff Calix's favor, no stipulation or order of dismissal has been entered and no settlement of Plaintiff's case has been reached.

13. The ABA Model Rules of Professional Conduct offer guidance for consideration of motions for leave to withdraw as attorney of record. Specifically, the ABA-AMRPC Rule 1.16(b) provides that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interest of the client.

14. In this matter, there will not be any material adverse effect on the Plaintiff's interests and good cause for withdrawal exists as the Plaintiff has specifically informed Moving Counsel that their services are no longer required, Plaintiff has specifically indicated that he has contacted another attorney, no case-specific discovery has yet been completed in this matter, no trial has been set, and Moving Counsel has notified Plaintiff of all deadlines and court appearances.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: August 18, 2016

                                       Respectfully submitted,

                                **THE DRISCOLL FIRM, P.C.**

                         */s/John J. Driscoll*
                         JOHN J. DRISCOLL
                         MO State Bar No. 54729
                         211 N. Broadway, 40th Floor
                         St. Louis, MO 63102
                         314-932-3232
                         314-932-3233 fax
                         john@thedriscollfirm.com
                         **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2016, the forgoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that a copy of the motion to withdraw was served via certified mail to Plaintiff Daniel Calix at 6123 Benefit Dr., Baton Rouge, LA 70809 along with a notice of all deadlines and court appearances.

                                                                    The Driscoll Firm, P.C.

                                                                    /s/Andrew D. Kinghorn