**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Daniel Calix

2:16-cv-8690

**CERTIFICATION IN SUPPORT OF**
**MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL OF RECORD**

COMES NOW The Driscoll Firm, P.C. ("Moving Counsel") pursuant to Pretrial Order #30 and hereby submits this Certification in Support of their Motion for Leave to Withdraw stating as follows:

1. Pursuant to Pretrial Order #30, Moving Counsel contacted defense counsel via email on August 1, 2016 to request their position with regard to the filing of Moving Counsel's motion to withdraw and on August 3, 2016, Moving Counsel emailed the proposed pleadings to defense counsel. Counsel requested a response from defense counsel within fourteen (14) days.

2. As of the date of this filing, more than fourteen (14) days have passed and defense counsel has not responded to Moving Counsel's emails.

3. Plaintiff Calix has not communicated to Moving Counsel any objection to the requested withdrawal and, in fact, has communicated to Moving Counsel that he no longer requires Moving Counsel's services in this matter.

4. Plaintiff Calix has communicated to Moving Counsel that he has been in touch with a new attorney. Moving Counsel does not know whether the new attorney will enter in the matter or how long it might take for the new attorney to do so.

5. Plaintiff Calix has submitted a Plaintiff Fact Sheet ("PFS"), pursuant to Pretrial Orders 13 and 27, on the MDL Centrality portal.

6. Moving Counsel and Plaintiff Calix are in compliance with Pretrial Order #11B as no filing fee is currently due. Moving Counsel verifies that there is currently no applicable filing fee to pay as this matter has not been dismissed voluntarily or involuntarily, no motion or notice to dismiss with or without prejudice has been filed, no Judgment has been entered in Plaintiff Calix's favor, no stipulation or order of dismissal has been entered and no settlement of Plaintiff's case has been reached.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: August 18, 2016

Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/John J. Driscoll*
JOHN J. DRISCOLL
MO State Bar No. 54729
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
**ATTORNEY FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 18, 2016, the forgoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that a copy of the motion to withdraw was served via certified mail to Plaintiff Daniel Calix at 6123 Benefit Dr., Baton Rouge, LA 70809 along with a notice of all deadlines and court appearances.

The Driscoll Firm, P.C.

/s/Andrew D. Kinghorn