UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :    MDL No. 2592
                                   :
                                   :    SECTION L
                                   :
                                   :    JUDGE ELDON E. FALLON
                                   :
                                   :    MAG. JUDGE MICHAEL NORTH
_____

THIS DOCUMENT RELATES TO:

JEFFREY CARPENTER,
Civil Action No. 2:15-cv-6955

## SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF THE PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Jeffrey Carpenter. Plaintiff Jeffrey Carpenter died on or about March 31, 2016. Amy Carpenter Lawson is a surviving daughter of Plaintiff Jeffrey Carpenter. Plaintiff therefore seeks an Order from the Court substituting Amy Carpenter Lawson, as surviving child and Personal Representative of the Estate of Jeffrey Carpenter, as the Plaintiff. According to Federal Rule of Civil Procedure 25(a)(1), "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." For the foregoing reasons shown, Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute Amy Carpenter Lawson, as surviving child and Personal Representative of the Estate of Jeffrey Carpenter, for the current Plaintiff Jeffrey Carpenter.

Dated:  August 18, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DOWD & DOWD, P.C.


　　　　　　　　　　　　　　By:　　/s/ Laura G. Lumaghi
　　　　　　　　　　　　　　　　　　Laura G. Lumaghi (MO Bar #50186)
　　　　　　　　　　　　　　　　　　William T. Dowd (MO Bar #39648)
　　　　　　　　　　　　　　　　　　DOWD & DOWD, P.C.
　　　　　　　　　　　　　　　　　　211 N. Broadway, Suite 4050
　　　　　　　　　　　　　　　　　　St. Louis, MO 63102
　　　　　　　　　　　　　　　　　　(314) 621-2500
　　　　　　　　　　　　　　　　　　Fax: (314) 621-2503
　　　　　　　　　　　　　　　　　　laura@dowdlaw.net
　　　　　　　　　　　　　　　　　　bill@dowdlaw.net

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

　　　I hereby certify that a copy of the above and foregoing Suggestion of Death and Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


　　　　　　　　　　　　　　　　　　/s/ Laura G. Lumaghi