UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

JEFFREY CARPENTER,
Civil Action No. 2:15-cv-6955

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Amy Carpenter Lawson, as surviving child and Personal Representative of the Estate of Jeffrey Carpenter, is substituted for Plaintiff Jeffrey Carpenter, in the above captioned cause.

Dated: _____     _____
                                  Hon. Eldon E. Fallon
                                  United States District Court Judge