UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :

PRODUCTS LIABILITY LITIGATION    :     MDL No. 2592
                                 :
                                 :     SECTION L
                                 :
                                 :     JUDGE ELDON E. FALLON
                                 :
                                 :     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

1. **KEVIN AND LARK MORTENSEN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-08562**
2. **ANTOINETTE AND GREGORY BROWN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-06632**
3. **KATHLEEN AND TIMOTHY GOODWIN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-09413**

**MOTION FOR EXTENSION OF TIME TO SATISFY
PLAINTIFF FACT SHEET DEFICIENCIES**

**MAY IT PLEASE THE COURT:**

In support of Plaintiffs' Motion for Extension of Time to Complete the Plaintiff Fact Sheets in the above case, Plaintiffs state the following:

1. Counsel for Plaintiffs filed a joint Xarelto Complaint in the United State District Court for the Eastern District of Louisiana on May 20, 2016.

2. Pursuant to Case Management Order No. 27, the Plaintiff Fact Sheets were due on August 19, 2016.

3. Plaintiffs are unable to fully and accurately respond to the entirety due to unavailable medical records.  These three (3) Plaintiffs are identified above.

4. Plaintiffs' counsel started requesting Plaintiffs' medical records by May 25, 2016. Due to a number of issues with the facilities, including various HIPAA authorization problems, the records have still not been provided to Plaintiffs' counsel.

5. These medical records have been ordered and Plaintiffs' counsel are only waiting for delivery but cannot provide any approximate time for the delivery of these

    records.

6. Plaintiffs and Plaintiffs' counsel have made substantial good faith efforts to acquire Plaintiffs' medical records and the instant delay is due entirely to circumstances outside of their control.

7. Plaintiffs' counsel contacted defendant liaison counsel for an extension, but has yet to receive a response.

8. The instant motion is not made for any purposes of delay but in the interest of justice.

WHEREFORE, Plaintiffs request an extension of time of 60 days (until October 19, 2016) to complete the Plaintiff Fact Sheets.

Dated: August 18, 2016

    Respectfully Submitted,

/s/ Jennifer L. Lawrence
Jennifer L. Lawrence
Ohio Bar No. 0066864
THE LAWRENCE FIRM, PSC
606 Philadelphia Street
Covington KY, 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
*Attorney for the Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    /s/ Jennifer L. Lawrence