UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Alvin Bridgers v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-08810*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Doris Davis as Personal Representative of the Estate of Alvin Bridgers is substituted for Plaintiff Alvin Bridgers in the above captioned cause.

New Orleans, Louisiana this 17th day of August, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge