UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Earl Humbles v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-10996*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Louise Humbles, as surviving spouse of Earl Humbles, is substituted for Plaintiff Earl Humbles in the above captioned cause.

New Orleans, Louisiana this 17th day of August, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge