UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Warren Mathias v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-09065*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Dolores Mathias, as surviving spouse of Warren Mathias, is substituted for Plaintiff Warren Mathias in the above captioned cause.

New Orleans, Louisiana this 17th day of August, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge