UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) ) ) ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) ) | MAG. JUDGE NORTH |

**This Document Relates to:**

*Edward Pienkowski v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-08741*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Zanna Pienkowski, as surviving spouse of Edward Pienkowski, is substituted for Plaintiff Edward Pienkowski in the above captioned cause.

New Orleans, Louisiana this 17th day of August, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge