UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Larry Heard v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-cv-06358**

<u>**UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF
AND FOR LEAVE TO FILE FIRST AMENDED JOINT COMPLAINT
AND FIRST AMENDED SHORT FORM COMPLAINT**</u>

Plaintiff Ursula Denise Twyman, on behalf of the estate of Larry Heard, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), respectfully seeks leave to amend the Joint Complaint and Short Form Complaint and to correct the case caption of the Complaint to reflect that Ursula Denise Twyman has been duly appointed as the Administrator of Larry Heard's estate. Plaintiff provides the following in support of this Motion:

1. A Complaint was filed on behalf of Decedent, Larry Heard, on November 23, 2015.
2. Decedent duly served a copy of the Complaint on December 1, 2015.
3. Decedent, Larry Heard, passed away on March 19, 2016, as reported to the Court in the Notice of Death filed on August 18, 2016.
4. Ursula Denise Twyman is the daughter of Decedent, Larry Heard.

5. On May 16, 2016, the Probate Court of Randolph County, State of Alabama, appointed Ursula Denise Twyman as Administratrix of the Estate of Larry Heard, attached hereto as Exhibit A.

6. Plaintiff's only modifications to the Joint Complaint as set forth in the proposed Amended Joint Complaint, attached hereto, are the following:
    a. In the Caption, substitution to Ursula Denise Twyman, both individually and as the Representative of the Estate of Larry Heard, as the named party in place of Larry Heard.
    b. Revision to Paragraph 6 to reflect the appointment of Ursula Denise Twyman as the Administratrix of the Estate of Larry Heard as follows: "Ursula Denise Twyman, Individually and as the Representative of the Estate of Larry Heard."
    c. Further revision to Paragraph 6 as follows: "Plaintiff, Ursula Denise Twyman, is the daughter of the Decedent. On May 16, 2016, Plaintiff, Ursula Denise Twyman, was appointed as the Administratrix of Larry Heard's estate by The Probate Court of the State of Alabama, Randolph County. Decedent, Larry Heard, ingested Xarelto from approximately March 12, 2015 to April 28, 2015 and, as a direct result of Xarelto, was hospitalized for two days beginning April 28, 2015 for gastrointestinal bleeding, requiring three units of blood transfusion and an esophagogastroduodenoscopy. Decedent was a resident of Randolph County in the state of Alabama. Decedent is represented herein by Ursula Denise Twyman as the personal representative of his estate."
    d. No further changes to the Complaint are requested.

7. Plaintiff's only modifications to the Short Form Complaint as set forth in the proposed Amended Short Form Complaint, attached hereto, are the following:
    a. Revision to Paragraph 2 by reflecting the appointment of Ursula Denise Twyman as the Administrator of the Estate of Larry Heard, which is as follows: "Plaintiff, Ursula Denise Twyman, Individually and as the Representative of the Estate of Larry Heard, is identified more fully in Paragraph No. 6 of the Plaintiffs' Joint Amended Complaint and all allegations set forth in the Plaintiffs' Joint Amended Complaint are adopted herein by reference and are applicable to the Individual

      Plaintiff."

   b. Revision to Paragraph 3 by reflecting the residential address of Ms. Twyman, which is as follows: "Individual Plaintiff herein resides at 1910 Main Rd., Mae Anniston, AL 36207."

   c. No further changes to the Complaint are requested.

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

9. On August 18, 2016, Plaintiffs provided a copy of the proposed Amended Complaint to Defendants and obtained written consent on August 18, 2016 from opposing counsel to amend the Complaint.

WHEREFORE, Plaintiff Ursula Denise Twyman, on behalf of the Decedent, Larry Heard, respectfully requests that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaints and directing the Clerk to enter the Amended Complaints into the record of this matter.

Dated: August 18, 2016

                                                          Respectfully Submitted,

                                                          By: /s/ Lauren Weitz
                                                          Lauren Weitz
                                                          WEITZ & LUXENBERG, P.C.
                                                          700 Broadway
                                                          New York, NY 10003
                                                          Telephone: (212) 558-5556
                                                          Facsimile: (646) 293-4370
                                                          E-mail: lweitz@weitzlux.com

                                                          *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of August 2016, a true copy of the foregoing Motion to Substitute Plaintiff and for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                    /s/ Lauren Weitz  
                                                    Lauren Weitz

# EXHIBIT A

IN THE PROBATE COURT OF RANDOLPH COUNTY, ALABAMA

IN RE: LARRY O'NEAL HEARD, a.k.a LAWERY O'NEAL HEARD deceased

## LETTERS OF ADMINISTRATION

KNOW ALL MEN that Letters of Administration on the estate of LARRY O'NEAL HEARD, a.k.a LAWERY O'NEAL HEARD, deceased, are hereby granted to Ursula Denise Twyman, who has duly qualified as Administrator and that she is authorized to administer such estate.

## RESTRICTIONS

The said Administrator shall not enter into any settlement of litigation or receive any asset for such litigation without approval of this Court and under such conditions as this Court may require. Inventory due on or before 60 days from the date of this order.

Done this _16_ day of _May_, 2016.

_____
Judge of Probate

STATE OF ALABAMA
RANDOLPH COUNTY

I, George Diamond, Judge of Probate of Randolph County, Alabama, do hereby certify that the above and foregoing is a true and correct of the Letters of Administration granted to Ursula Denise Twyman as Administrator of the Estate of Larry O'Neal Heard, a.k.a. Lawery O'Neal Heard, deceased, as the same appears of record in my office.

Given under my hand and official seal of the court on this _16_ day of _May_, 20_16_.

_____
Judge of Probate