**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)          MDL No. 2592
PRODUCTS LIABILITY LITIGATION  :

                                                      SECTION L
                                             :
                                                      JUDGE ELDON E. FALLON
                                             :
                                                      MAGISTRATE JUDGE NORTH
                                             :
THIS DOCUMENT RELATES TO          JURY TRIAL DEMANDED
                                             :
LEMERIE BOBB
                                             :
Case #: 2:16-CV-07698

_____

**ORDER ON MOTION TO SUBSTITUTE PARTY**

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's

Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1.  Motion is GRANTED

2.  SAMUEL SHEPPARD, as surviving son of LEMERIE BOBB, is substituted as

    Plaintiff in this action.

New Orleans, Louisiana this 17th day of August, 2016.

_____
                                          United States District Judge