UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO : | <u>JURY TRIAL DEMANDED</u> |
| THOMAS SMITHHISLER : | |
| Case #: 2:16-CV-10493 | |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Maureen Smithhisler's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1. Motion is GRANTED

2. MAUREEN SMITHHISLER, as surviving wife and Personal Representative of the Estate of THOMAS SMITHHISLER, is substituted as Plaintiff in this action.

New Orleans, Louisiana this 17th day of August, 2016.

_____
United States District Judge