UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
                                    :   MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

JEFFREY CARPENTER,
Civil Action No. 2:15-cv-6955

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Amy Carpenter Lawson, as surviving child and Personal Representative of the Estate of Jeffrey Carpenter, is substituted for Plaintiff Jeffrey Carpenter, in the above captioned cause.

Dated: __August  18th  2016__     _____
                                  Hon. Eldon E. Fallon
                                  United States District Court Judge