Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2592 ) |
| THIS DOCUMENT RELATES TO: KAREN MORTENSEN, | ) SECTION:  L ) JUDGE FALLON ) MAG. JUDGE NORTH |
| Plaintiff, | ) ) SHORT FORM COMPLAINT |
| v. | ) ) Civil Action No.: 2:15-cv-03009-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | ) ) ) ) ) |
| Defendants | ) ) |

### MOTION TO SUBSTITUTE PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Shelly Johnson on behalf of her late mother, Karen Mortensen.

Karen Mortensen filed a products liability action against Defendants on July 21, 2015, as part of a bundled complaint, cause number 15-2833.  By court order dated July 23, 2015, this action was severed from the bundled complaint [dkt # 6 in 15-2833].  Ms. Mortensen's short form complaint was filed on July 28, 2015, and assigned cause number 15-3009.  Ms. Mortensen passed away on December 3, 2015.  A suggestion of death was filed on August 19, 2016 [dkt # 4

1

in 15-3009].

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."  Fed. R. Civ. P. 25(a)(1).  Karen Mortensen's products liability action against Defendants survived her death and was not extinguished.  Shelly Johnson, surviving daughter of Karen Mortensen, is a proper party to substitute for Ms. Mortensen and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

DATED:  August 19, 2016                THE MULLIGAN LAW FIRM

                                       By:    /s/Charles G. Orr
                                              Charles G. Orr
                                              Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                       By:    /s/Charles G. Orr
                                              Charles G. Orr
                                              Attorney for Plaintiff