# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>KAREN MORTENSEN,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>Defendants | MDL No. 2592<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:15-cv-03009-EEF-MBN |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

The Court, after considering Plaintiff's Motion to Substitute Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Shelly Johnson, as surviving daughter and personal representative of the estate of Karen Mortensen, is substituted for Plaintiff Karen Mortensen in the above numbered and captioned case.

Dated: _____        _____
                                                               Hon. Eldon E. Fallon
                                                               United States District Court Judge