UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>THOMAS LIVELY<br>Civil Action No.: 2:16-cv-00569 | **JURY TRIAL DEMANDED** |

## ORDER

This matter having come before the Court on Plaintiff's Motion for Extension of Time Within Which to Serve Process On Defendants, the Court having reviewed such and being otherwise sufficiently advised:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Time Within Which to Serve Process On Defendants is hereby **GRANTED**.

New Orleans, Louisiana this __18th__ day of __August__, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge