UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | MDL No. 2592 | |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L | |
| } | JUDGE FALLON | |
| } | MAG. JUDGE NORTH | |
| } | | |

This Document relates to:

*James McCaffrey vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:16-cv-1375

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion for Extension of Time under PTO 27 to provide documentation supporting the authority of Xarelto user's representative to sign declaration on behalf of the user in connection with Plaintiff Fact Sheet.

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to provide representative documentation in connection with the Plaintiff Fact Sheet is hereby GRANTED. The deadline to provide the representative documentation in connection with Plaintiff 's Fact Sheet is now November 20, 2016.

Dated:   August    18th    , 2016

_____
Hon. Eldon E. Fallon
United States District Court Judge