UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Peyton v. Jansen Research & Development, LLC, et al., 2:16-cv-1524*

## ORDER

THIS MATTER, having come before the Court is Plaintiff, James Peyton's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies; upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff, James Peyton's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is GRANTED. The deadline to satisfy the Plaintiff Fact Sheet Deficiencies is now set for sixty (60) days from the date of this order.

Dated: August 18th 2016

_____
Judge Eldon E. Fallon