# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>PATRICIA ANN MARKERT,<br><br>2:15-cv-05612-EEF-MBN<br><br>LOIS E. RYERSON, as an individual and as the Administrator for and on behalf of the heirs of the Estate of JACK E. RYERSON,<br><br>2:15-cv-05625-EEF-MBN | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

**IT IS ORDERED** that Plaintiffs, Patricia Ann Markert And Lois E. Ryerson's Motion for Leave to file the Second Joint Complaint and Plaintiff, Patricia Ann Markert's Motion to Substitute Party and Amend the Individual Short Form Complaint, be and the same is hereby **GRANTED**, that and the Clerk of the Court is ordered to file the Second Amended Joint Complaint and Amended Individual Short Form Complaint into the record in this matter.

SIGNED this ___18th___ day of ___August___ __, 2016.

_____
HONORABLE DISTRICT JUDGE FALLON