# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :    MDL No. 2592
                                    :
                                    :    SECTION L
                                    :
                                    :    JUDGE ELDON E. FALLON
                                    :
_____      :    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**           **JURY TRIAL DEMANDED**

ROBIN CAYE BRADY as an individual and as the Administrator for and on behalf of the heirs of the Estate of PATRICIA ANN MARKERT

**AMENDED SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Amended Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Robin Caye Brady, is identified more fully in Paragraph 12 of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff, Robin Caye Brady, herein resides at 754 Early Forest Circle, Sandston, VA 23150.

4. The Xarelto User, Patricia Ann Markert, resided (or if deceased, resided at the time of death) at 754 Early Forest Circle, Sandston, VA 23150.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

| | |
|---|---|
| Dated: August 5, 2016 | By: s/Emanuella J. Paulos_____<br>Emanuella J. Paulos (FL Bar 99010)<br>Brian H. Barr<br>Neil E. McWilliams Jr.<br>LEVIN, PAPANTONIO, THOMAS,<br>MITCHELL, RAFFERTY &<br>PROCTOR, P.A.<br>316 South Baylen Street, Suite 600<br>Pensacola, Florida 32502<br>(850) 435-7059<br>(850) 435-7020 (Fax)<br>bbarr@levinlaw.com<br>nmcwilliams@levinlaw.com<br>epaulos@levinlaw.com<br><br>*Attorneys for the Plaintiffs* |

**CERETIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 5th day of August, 2016.

                                                    By: s/Emanuella J. Paulos_____
                                                    Emanuella J. Paulos (FL Bar 99010)