UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Upon review of Counsel's Motion for Consideration of Late Submitted Time and Expenses, R. 3689, and finding it well-taken,

**IT IS ORDERED** that the Motion for Consideration of Late Submitted Time and Expenses, R. 3689, is hereby **GRANTED**.

New Orleans, Louisiana this 18th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE