UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

1. **KEVIN AND LARK MORTENSEN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-08562**
2. **ANTOINETTE AND GREGORY BROWN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-06632**
3. **KATHLEEN AND TIMOTHY GOODWIN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-09413**

## MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

Plaintiffs, by and through undersigned counsel, respectfully move this Court for an extension of time to complete the Plaintiff Fact Sheet (PFS) herein. The current deadline provides an insufficient amount of time for Plaintiffs to comply. Accordingly, the above-named Plaintiffs respectfully request an extension of the deadline for sixty (60) days from the date of this motion.

In support of this motion, Plaintiffs have attached a Memorandum in Support. Specifically, Plaintiffs have diligently requested the records necessary to complete the PFS, but the record requests are still pending. This is Plaintiffs' first request for an extension to submit the PFS.

An extension of time is not sought for delay; it is sought so that justice may be served.

WHEREFORE, Plaintiffs, through counsel, respectfully request that this Court grant their

Motion for Extension of time to Satisfy Plaintiff Fact Sheet Deficiencies, enter an Order extending the deadline to complete the PFS for sixty (60) days (until October 19, 2016), and for such other relief deemed just and proper under the circumstances.

Dated: August 19, 2016

                                                  Respectfully Submitted,

                                                  /s/ Jennifer L. Lawrence
                                                  Jennifer L. Lawrence
                                                  Ohio Bar No. 0066864
                                                  THE LAWRENCE FIRM, PSC
                                                  606 Philadelphia Street
                                                  Covington KY, 41011
                                                  Telephone: (859) 578-9130
                                                  Facsimile: (859) 578-1032
                                                  *Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                    /s/ Jennifer L. Lawrence