UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :

PRODUCTS LIABILITY LITIGATION          :        MDL No. 2592
                                       :
                                       :        SECTION L
                                       :
                                       :        JUDGE ELDON E. FALLON
                                       :
_____:        MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

1. **KEVIN AND LARK MORTENSEN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-08562**
2. **ANTOINETTE AND GREGORY BROWN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-06632**
3. **KATHLEEN AND TIMOTHY GOODWIN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-09413**

## ORDER

This matter, having come before the Court on the above-named Plaintiffs' Motion for Exentsion of Time to Satisfy Plaintiff Fact Sheet Deficiencies; upon consideration of the pleadings and all documents relation to this Motion and good cause appearing:

IT IS HEREBY ORDERED that the above-named Plaintiffs' Motion for Exension of Time to Satisfy Plaintiff Fact Sheet Deficiencies is GRANTED. The deadline to satisfy the deficiencies is now 60 days from the date of the Motion, or October 19, 2016.

Dated: _____

_____
Judge Eldon E. Fallon