UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

1. **KEVIN AND LARK MORTENSEN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-08562**
2. **ANTOINETTE AND GREGORY BROWN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-06632**
3. **KATHLEEN AND TIMOTHY GOODWIN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-09413**

NOTICE OF SUBMISSION

Plaintiffs, by and through undersigned counsel, hereby files this Notice of Submission of Plaintiffs' Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies before Judge Eldon E. Fallon and Magistrate Judge Michael North.

Dated: August 19, 2016

                                                        Respectfully Submitted,

                                                        /s/ Jennifer L. Lawrence
                                                        Jennifer L. Lawrence
                                                        Ohio Bar No. 0066864
                                                        THE LAWRENCE FIRM, PSC
                                                        606 Philadelphia Street
                                                        Covington KY, 41011
                                                        Telephone: (859) 578-9130
                                                        Facsimile: (859) 578-1032
                                                        *Attorney for the Plaintiffs*