Exhibit A

**USPS Certified Mail Receipt**
7015 0640 0007 3759 8934

Sent To: Gloria Robinson
Street: 2720 SE 59th St
City, State, ZIP: Ocala, FL 34480

Notation: Contact Letter
Handwritten: Exp Tnt

Postmark: Sam Houston PO, Houston, TX 77002, FEB [2?] 16

**PS Form 3811 Return Receipt**

Signature: X [signature] R [illegible] — Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: 2/9/16
D. Is delivery address different from item 1? No

1. Article Addressed to:
Gloria Robinson
2720 SE 59th St.
Ocala, FL 34480

Barcode: 9590 9402 1181 5246 1184 71

2. Article Number: 7015 0640 0007 3759 8934

3. Service Type: ☒ Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt