Exhibit B

**U.S. Postal Service CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

7015 3010 0001 4743 8536

Sent To: GLORIA ROBINSON
Street and Apt. No., or PO Box No.: 2720 SE 59er St.
City, State, ZIP+4®: Ocala, FL 34480

ROBINSON, GLORIA W. THORNE ETC.

Postmark: SAM HOUSTON ANNEX, HOUSTON, TEXAS, MAR 30 2016

Exp Ent 7.1

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X May Fuhrn ☐ Agent ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 4/2/16
D. Is delivery address different from item 1? ☐ Yes ☐ No

1. Article Addressed to:
GLORIA ROBINSON
2720 S E 59th St
Ocala, FL 34480

3. Service Type
☐ Certified Mail®   ☐ Priority Mail Express™
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7015 3010 0001 4743 8536

PS Form 3811, July 2013    Domestic Return Receipt