| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Thursday, December 17, 2015 9:01 PM |
| **To:** | Gabby Trevino |
| **Subject:** | Pay.gov Payment Confirmation: LAED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Kimberly Lange at (504) 589-7786.

Application Name: LAED CM ECF
Pay.gov Tracking ID: 25OV5DUA
Agency Tracking ID: 053L-5155458
Transaction Type: Sale
Transaction Date: Dec 17, 2015 10:01:21 PM

Account Holder Name: Kennedy Hodges
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************5088


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.