UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>GLORIA ROBINSON<br>Civil Action No.: 2:15-cv-6937 | **JURY TRIAL DEMANDED** |

## ORDER

This matter having come before the Court on Plaintiff's Motion to Withdraw as Counsel of Record for Plaintiff Gloria Robinson in the above-referenced case,

**IT IS HEREBY ORDERED** that Gabriel A. Assaad and Kennedy Hodges, LLP are withdrawn as Plaintiff's attorneys of record.

New Orleans, Louisiana this _____ day of _____, 2016.

Honorable Eldon E. Fallon

_____
United States District Court Judge