UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **JURY TRIAL DEMANDED** |
| GLORIA ROBINSON Civil Action No.: 2:15-cv-6937 | |

### NOTICE OF SUBMISSION

Please take notice that the above-listed Plaintiff will bring his Motion for Extension of Time Within Which to Serve Process on Defendants for submission before the Honorable Eldon E. Fallon on Tuesday, September 20, 2016 at 9:00 a.m.

By: /s/ Gabriel A. Assaad
Gabriel A. Assaad
gassaad@kennedyhodges.com
711 W. Alabama St.
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record.

/s/ *Gabriel A. Assaad* _____
Gabriel A. Assaad