UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Larry Heard v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-cv-06358**

### ORDER

**IT IS ORDERED** that the Unopposed Motion To Substitute for Party Plaintiff and For Leave to File First Amended Joint Complaint and First Amended Short Form Complaint filed by Plaintiff Ursula Denise Twyman, on behalf of the estate of Larry Heard, is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaints into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this 22nd day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE