UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Michael Duffy (16-6618)* | * | JUDGE ELDON E. FALLON |
| *Patricia Green (16-8771)* | * | |
| *Mortie Hamilton (16-8766)* | * | MAG. JUDGE NORTH |
| *Frederick Hoover (16-8714)* | * | |
| *Carol Pauley (16-8694)* | * | |
| *Allen Rogers (16-8683)* | * | |
| *John Schlosser (16-8718)* | * | |
| *Steven Schwarcz (16-8781)* | * | |
| *Curtis Sutton (16-8705)* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OPPOSITION TO MOTION FOR EXTENSION
OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCY**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC ("Janssen Defendants"), Johnson & Johnson ("J&J"), Bayer Healthcare Pharmaceuticals, Inc., and Bayer Pharma AG ("Bayer Defendants") collectively referenced as "Defendants," through undersigned counsel, respectfully submit the instant Opposition the Motion for Extension of Time to Provide Medical Records for Plaintiffs' Fact Sheets filed on behalf of Michael Duffy, Patricia Green, Mortie Hamilton, Frederick Hoover, Carol Pauley, Allen Rogers, John Schlosser, Steven Schwarcz, and Curtis Sutton ("Plaintiffs"). (Rec. Doc. No. 3732).

As explained *infra*, Plaintiffs' request for an extension of time to cure the PFS deficiencies should be denied because, as repeatedly emphasized by the Court, (1) timely

submission of the completed PFSs is *essential* to this litigation; and (2) at this point in the litigation, plaintiffs who have made claims now need to provide proof that they belong in this MDL.

First, the Court has repeatedly emphasized that the timely submission of Plaintiff Fact Sheets is an essential step in this litigation and that the failure to submit a completed PFS will result in the dismissal of the case. *See* November 20, 2015 Status Conf. Tr. at 8:15-19 ("**[I]f the fact sheets are not going to be filled out, then I will be dismissing cases. I will dismiss the case. My intent is to dismiss the case with prejudice, not without prejudice**."); October 21, 2015 Status Conf. Tr. at 6:1-6 (again noting that failure to timely file PFSs will result in dismissal of cases).

Furthermore, the Court has explicitly recognized the important role of plaintiff fact sheets in determining whether plaintiffs who have made claims in the MDL are properly in this litigation.

> Also, with the fact sheets, we find in some of these types of cases, particularly with the pharmaceutical drug cases, there are individuals who have made claims, but they haven't taken the drug. They may have taken another drug, and they may be entitled to be in another MDL proceeding, but not in this proceeding, and the fact sheets are helpful in determining that aspect of the situation, so that those cases can be moved out of the system.

*See* November 20, 2015 Status Conf. Tr. at 9:1-8.

Here, the Motion asserts that the current deadline for submitting a Plaintiff Fact Sheet for all nine plaintiffs on behalf of whom the instant Motion is filed passed on July 19, 2016, and that each of the plaintiffs needs sixty additional days from this deadline to complete the Plaintiff Fact

Sheets. Plaintiffs' Memorandum in Support of the Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency alleges that despite "substantial good faith efforts to acquire Plaintiffs' medical records," counsel for Plaintiffs has been unable to obtain medical records needed to cure the PFS deficiencies. (Rec. Doc. No. 3732-1, ¶ 5-6). The burden is on Plaintiffs to establish proof of use of the product and proof of injury and the records that Plaintiffs alleged they have been unable to obtain should have been collected prior to Plaintiffs' filing of their complaints. Thus, in these matters, there is a clear absence of proof that each of these Plaintiffs belong in this litigation. Accordingly, Defendants respectfully request that the Court deny Plaintiffs' Motion for Extension of Time to Provide Medical Records for Plaintiffs' Fact Sheets (Rec. Doc. No. 3732).

Respectfully submitted,

KAYE SCHOLER LLP

By: */s/ Andrew K. Solow*
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
Andrew.Solow@kayescholer.com

*On behalf of Bayer HealthCare*
*Pharmaceuticals Inc. and Bayer Pharma AG*

DRINKER BIDDLE & REATH LLP

By: */s/ Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*On behalf of Janssen Pharmaceuticals, Inc.,*
*Janssen Research & Development, LLC,*
*Janssen Ortho LLC, and Johnson and Johnson*

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
    James B. Irwin
    Kim E. Moore
    IRWIN FRITCHIE URQUHART
    & MOORE LLC
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    jirwin@irwinllc.com

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
    John F. Olinde
    CHAFFE McCALL L.L.P.
    1100 Poydras Street
    Suite 2300
    New Orleans, LA 70163
    Telephone: (504) 585-7241
    Facsimile: (504) 544-6084
    olinde@chaffe.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on August 23, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                        */s/ James B. Irwin*
                        **James B. Irwin**