UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*Curtis Clementich v. Janssen Research & Development LLC, et al*

Case No.: 2:16-cv-07158

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Curtis Clementich.

Dated: August 23, 2016

> Respectfully submitted,
> By: /s/ Lisa Causey-Streete
> Lisa Causey-Streete (#33767)
> SALIM-BEASLEY, LLC
> 1901 Texas Street
> Natchitoches, LA 71457
> Phone: (800) 491-1817
> Fax: (318) 354-1227
> lcausey@salim-beasley.com
> Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 23rd day of August 2016.

                                                                */s/ Lisa Causey-Streete*
                                                                   Lisa Causey-Streete