UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Curtis Clementich v. Janssen Research & Development LLC, et al.*
Civil Action No.: 2:16-cv-07158

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Nancy Clementich as plaintiff on behalf of her deceased husband, Curtis Clementich.

1. Curtis Clementich filed a claim against the defendants on May 27, 2016.

2. Subsequently, plaintiff's counsel was notified that Curtis Clementich died on May 4, 2016.

3. Curtis Clementich's action against the defendants survived his death and was not extinguished.

4. Nancy Clementich, wife of Curtis Clementich, is a proper party to substitute for plaintiff-decedent Curtis Clementich and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

1

**WHEREFORE**, based on the foregoing, Nancy Clementich requests that this Court grant her request for substitution as plaintiff in this action.

Dated:  August 12, 2016                                   Respectfully submitted,

By:  _/s/ Lisa Causey-Streete_____

Lisa Causey-Streete (#33767)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
lcausey@salim-beasley.com
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 12th day of August 2016.

                                                                _/s/ Lisa Causey-Streete_
                                                                          Lisa Causey-Streete