# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Curtis Clementich v. Janssen Research & Development LLC, et al*

Case No.: 2:16-cv-07158

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Curtis Clementich.

Dated: August 23, 2016

                                        Respectfully submitted,
                                        By: /s/ Lisa Causey-Streete
                                        Lisa Causey-Streete (#33767)
                                        SALIM-BEASLEY, LLC
                                        1901 Texas Street
                                        Natchitoches, LA 71457
                                        Phone: (800) 491-1817
                                        Fax: (318) 354-1227
                                        lcausey@salim-beasley.com
                                        Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 23rd day of August 2016.

                                                      _/s/ Lisa Causey-Streete_
                                                      Lisa Causey-Streete