1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  XARELTO              *     Docket No. MDL-2592
    (RIVAROXABAN) PRODUCTS       *     Section L
6   LIABILITY LITIGATION         *
                                 *     New Orleans, Louisiana
7   * * * * * * * * * * * * * * * *   April 20, 2016

8

9        TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
             BEFORE THE HONORABLE ELDON E. FALLON
10                UNITED STATES DISTRICT JUDGE

11

    APPEARANCES:
12

13  For Plaintiffs'             Herman, Herman & Katz
    Liaison Counsel:            BY:  LEONARD A. DAVIS, ESQ.
14                              820 O'Keefe Avenue
                                New Orleans, Louisiana 70113
15

16

    For Defendants'             Irwin Fritchie
17  Liaison Counsel:            BY:  JAMES B. IRWIN, ESQ.
                                400 Poydras Street
18                              Suite 2700
                                New Orleans, Louisiana 70130
19

20

21

22

23

24

25

                    UNOFFICIAL REALTIME TRANSCRIPT

1    APPEARANCES:

2    For Defendants:              Drinker Biddle & Reath
                                  BY:  SUSAN M. SHARKO, ESQ.
3                                 600 Campus Drive
                                  Florham Park, New Jersey 07932
4

5
     For Defendants:              Drinker Biddle & Reath
6                                 BY:  DEIRDRE KOLE, ESQ.
                                  One Logan Square
7                                 Suite 2000
                                  Philadelphia, Pennsylvania 19103
8

9
     For Peggy Autrey:            The Hayes Law Firm, P.C.
10                                BY:  JOSHUA R. LEAL, ESQ.
                                  700 Rockmead
11                                Suite 210
                                  Kingwood, Texas 77339
12

13
     Official Court Reporter:     Jodi Simcox, RMR, FCRR
14                                500 Poydras Street
                                  Room HB-406
15                                New Orleans, Louisiana 70130
                                  (504) 589-7780
16

17   Proceedings recorded by mechanical stenography, transcript

18   produced by computer.

19

20

21

22

23

24

25

                    UNOFFICIAL REALTIME TRANSCRIPT

1

**I N D E X**

2

Page

3

Pretrial Orders                                          4

4

Case Management Order Nos. 2, 3 & 4                      6

5

Bellwether Selections                                   6

6

Counsel Contact Information Form                        6

7

Plaintiff Fact Sheets                                   6

8

Defendant Fact Sheets                                   6

9

Bundling of Pleadings                                  12

10

Preservation Orders                                    12

11

Parties' Interactions with Physicians                  13

12

Discovery                                              13

13

Deposition Guidelines                                  14

14

Discovery Issued to Third Parties                      15

15

State/Federal Coordination                             15

16

Hearing Following Status Conference                    17

17

Next Status Conference                                 21

18

19

20

21

22

23

24

25

UNOFFICIAL REALTIME TRANSCRIPT

**<u>PROCEEDINGS</u>**

**(April 20, 2016)**

**\*\*\*\*\*\***

(COURT CALLED TO ORDER)

**THE COURT:**  Be seated, please.  Good morning, ladies and gentlemen.  Let's call the case.

**THE DEPUTY CLERK:**  MDL No. 2592*, In Re:  Xarelto Products Liability Litigation.*

**THE COURT:**  Counsel, make their appearance for the record, please.

**MR. DAVIS:**  Good morning, Your Honor.  Leonard Davis from the law firm of Herman, Herman, Katz, representing the plaintiffs.

**MR. IRWIN:**  And Jim Irwin for defendants Bayer and Janssen.

**THE COURT:**  Okay.  We're here today for our monthly status conference.  I had a conference a moment ago with lead liaison counsel to discuss the agenda.  We'll take it in the order proposed.

The first item is pretrial orders.

**MR. DAVIS:**  Your Honor, the first item on the agenda are pretrial orders.  And there are a number of pretrial orders that were issued, and I'd like to go through them even though some of them may relate to other items later in the agenda.

08:32    1          **THE COURT:** Sure.

08:32    2          **MR. DAVIS:** But I think it's important, especially

08:32    3 for those on the phone, to be aware of the new pretrial orders,

08:32    4 specifically, Pretrial Orders Nos. 11E and 11F.

08:32    5          This one specifically deals with bundling of

08:32    6 complaints in Pretrial Order No. 11.  And the new pretrial

08:32    7 order terminates the procedure for filing bundled complaints

08:32    8 per PTO 11.  So it was vacated.  So that as of May the 11th --

08:32    9 and I'll repeat that date -- as of -- I'm sorry, May the

08:32   10 20th -- as of May the 20th, 2016, no complaints, per pretrial

08:33   11 order 11, will be received by the Clerk of Court.

08:33   12          And I wanted people to be aware of those

08:33   13 pretrial orders that specifically deal with bundled complaints

08:33   14 and the deadline of May the 20th of this year.

08:33   15          **THE COURT:** Yes.  I wanted to give enough notice.  I

08:33   16 didn't want to all of a sudden mention that.  But I gave them

08:33   17 enough notice so that if they do intend to file them anyplace

08:33   18 in the country, bundled complaints, they have to do so before

08:33   19 that date.

08:33   20          **MR. DAVIS:** And, Your Honor, that specifically

08:33   21 relates to the section later in the report regarding bundled

08:33   22 complaints.

08:33   23          **THE COURT:** Right.

08:33   24          **MR. DAVIS:** The Court also issued Pretrial Order

08:33   25 No. 24, which deals with subject matter jurisdiction and sets

08:33  1   forth dismissal guidelines, and I wanted people to be aware of
08:33  2   that so that if they plan on having dismissals on subject
08:33  3   matter, they address that order.
08:34  4              And also Pretrial Order No. 25, which sets forth
08:34  5   a time frame for production of documents from third parties.
08:34  6              And just so folks on the phone are aware, all of
08:34  7   Your Honor's orders are located on the Court's Web site.
08:34  8              With respect to Item No. 2, Case Management
08:34  9   Orders No. 2, 3 and 4, there's nothing new to report on those.
08:34  10             With respect to No. 3, bellwether selection, the
08:34  11  40 bellwether discovery pool cases are being worked up, and we
08:34  12  are in the process of preparing those for the upcoming trials.
08:34  13             With respect to Item No. 4, we continue to
08:34  14  receive counsel contact forms.  And I'll remind people that
08:34  15  there is an obligation to send that in.  It's helpful so you
08:34  16  have access to various information, including MDL centrality
08:34  17  and things like that.
08:35  18             On Item No. 5, plaintiff fact sheets, I know
08:35  19  BrownGreer is here to make a report.  But, Your Honor, we
08:35  20  continue to discuss with defendants plaintiff fact sheets.
08:35  21             And I'll also talk about No. 6, defendant fact
08:35  22  sheets.  We continue to have discussions on those matters and
08:35  23  will report back to the Court as appropriate and if there are
08:35  24  issues.
08:35  25             I also apologize.  In section 6, there's a typo

UNOFFICIAL REALTIME TRANSCRIPT

08:35   1   about six lines in that says, "At the March 16th status

08:35   2   conference . . . ."  It should be, "At the April status

08:35   3   conference."

08:35   4          But I'll turn it over to BrownGreer to make

08:35   5   their report.

08:35   6          **THE COURT:**  Yes.  The fact sheets are very important

08:35   7   in these types of cases.  We can't do the interrogatories that

08:35   8   we do traditionally.  It just takes too long and it creates too

08:35   9   many problems.  So we utilize fact sheets, and that's more

08:35  10   efficient and is better able to be dealt with.

08:35  11          **MR. WOODY:**  Good morning, Your Honor.  My name is

08:35  12   Jake Woody from BrownGreer.

08:35  13          **THE COURT:**  Jake.

08:35  14          **MR. WOODY:**  I have a brief report for you on MDL

08:36  15   centrality and fact sheets in this matter.

08:36  16          So far we have 4,953 plaintiff fact sheets

08:36  17   submitted.  That's an increase of 533 since the last status

08:36  18   conference.  We have 2,036 fact sheets in progress, meaning

08:36  19   they've been started, but not yet submitted.  And we have 1,644

08:36  20   amended fact sheets.  And that's an increase of 141 since the

08:36  21   last status conference.

08:36  22          **THE COURT:**  Is the 1,644 in addition to the 4,953?

08:36  23          **MR. WOODY:**  No, they're part of that --

08:36  24          **THE COURT:**  Part of it.

08:36  25          **MR. WOODY:**  -- 4,000.

UNOFFICIAL REALTIME TRANSCRIPT

| | |
|---|---|
| 08:36 | 1 |

THE COURT:  But 2,000 is not part of it?

MR. WOODY:  Correct.  Correct.  So we have a total of 6,992 plaintiffs in the system, which is an increase of 743 since our last status conference.

THE COURT:  How many are you getting a month, Jake?

MR. WOODY:  We are getting about 500 a month.  Here's our monthly chart.  Ever since about last November -- actually, in October it's been steady at about 500 a month.  That number does not seem to be changing.  Especially, in the previous slide I showed you, there's 700 new people in the system.  So we don't see any sign that that number will stop.  In April, we have 327 so far with about 10 days left in the month; and last March we had 506.

THE COURT:  And are the groupings of people consistent with what you have now already?

MR. WOODY:  Yes.  Yes.  I have a slide in just a minute about that.  But, yes, the demographics are not changing significantly, even though we're getting more and more fact sheets.  So the new people coming in are substantially similar to the people who are already in.

Defendant fact sheets, just like the plaintiff fact sheets, are steady.  We have 5,818 defendant fact sheets submitted, split roughly evenly between Bayer and Janssen.  We had 900 in March, and 650 so far in April.  And as long as the plaintiff fact sheets remain steady, I expect the defendant

08:37  1   fact sheets to remain steady because they are simply responses

08:37  2   to plaintiff fact sheets.

08:37  3          I mentioned earlier that the demographics

08:38  4   haven't changed.  I showed this slide last month.  It's the

08:38  5   same.  The information is the same, even though I updated it,

08:38  6   because the people coming in just aren't -- they aren't

08:38  7   different than the people who are already in.

08:38  8          So the male/female split is 51 percent male,

08:38  9   49 percent female.  And you can see that the age, the people

08:38  10  between 60 and 79 make up 59 percent of the MDL as a whole.  So

08:38  11  that is the main age group, and it's split evenly between

08:38  12  genders.

08:38  13         In terms of the discovery pool, this slide is

08:38  14  also identical to the slide last month, even though I updated

08:38  15  the numbers to account for the new fact sheets, because the

08:38  16  discovery pool and the new people coming in just aren't that

08:38  17  different.

08:38  18         So you've got 51 percent male in the MDL, and

08:38  19  52 percent in the discovery pool.  60 to 79 age group is

08:38  20  59 percent of the MDL; it's 77 percent of the discovery pool,

08:38  21  and that difference is because of the protocol used to pick the

08:39  22  discovery pool, to exclude younger people and be more inclusive

08:39  23  of people in this main age group.  So the discovery pool

08:39  24  percentage is a little higher than the MDL here, but that is by

08:39  25  design.

UNOFFICIAL REALTIME TRANSCRIPT

08:39   1          The same with the major injury, which is a GI
08:39   2   bleed.  It's the number one injury alleged.  60 percent of the
08:39   3   MDL allege that injury; 72 percent of the discovery pool.  And,
08:39   4   again, the protocols were designed to be more inclusive of the
08:39   5   main sort of cornerstone data points.
08:39   6          Reduction of stroke risk is the main indication.
08:39   7   52 percent of the MDL have that indication -- or that's the
08:39   8   reason that they were prescribed Xarelto; 72 percent of the
08:39   9   discovery pool.
08:39   10          And on terms of who was hospitalized, 93 percent
08:39   11   of the MDL was hospitalized; 97 percent of the discovery pool.
08:39   12          So you can see that the discovery pool matches
08:39   13   the MDL.  In some cases, it's a little bit higher, but that is
08:40   14   by design by agreement of the parties.
08:40   15          I did want to point out a few improvements that
08:40   16   we've made to our home page.  This is for plaintiffs:  You can
08:40   17   now control which e-mails you get.  If you want to get
08:40   18   individual pleadings e-mails, you can check that box.  If you
08:40   19   just want to get that end-of-the-day summary, you can check
08:40   20   that.
08:40   21          We put the PTOs and CMOs that the Court has on
08:40   22   its Web site, we went ahead and put them on our Web site as
08:40   23   well so that people can get them there without having to go
08:40   24   elsewhere.  And we also put the status conference information
08:40   25   that the Court has on its Web site here as well.  And we will

08:40  1   update those as new PTOs and status conference transcripts come

08:40  2   through.

08:40  3            This is our attempt to make this one place where

08:40  4   people can go and get all the information they need about the

08:40  5   MDL and do their fact sheets and do all that sort of thing.

08:40  6   And we'll continue to improve this as we think of more things

08:40  7   that might be helpful.

08:40  8            Finally, this is our summary.  I do want to

08:40  9   point out Row 3, which is duplicate plaintiffs identified.

08:40  10  We've identified 35 plaintiffs who are represented by separate

08:41  11  law firms.  They have two separate fact sheets, two separate

08:41  12  entries, and we know they are duplicates because they have the

08:41  13  same social security number and date of birth and name.

08:41  14            We will do some outreach to those firms and let

08:41  15  them know that there's an overlap in representation and try to

08:41  16  resolve those issues now rather than years from now when

08:41  17  they're trying to figure out who represents who and who should

08:41  18  dismiss cases and things of that nature.

08:41  19       THE COURT:  After you make that outreach, if they

08:41  20  still are that way, I'd like the plaintiffs committee to at

08:41  21  least talk to the lawyers and see where we are with that, and

08:41  22  I'll get involved in it if you need me to.

08:41  23       MR. DAVIS:  No.  It would be helpful, and I want to

08:41  24  make sure that if a plaintiff is clearing that up through

08:41  25  centrality, they also clear up the docket in this court so that

we know who the counsel is in the court's record.

THE COURT:  Yes.

MR. WOODY:  One of the things I looked at was the docket number listed on the fact sheet and those are different. I think they have different cases.  So we can work with them to clean up not only our system, but also with the Court to deal with those cases.

MR. DAVIS:  We'll work with BrownGreer on that.

THE COURT:  All right.  Okay.

MR. WOODY:  And that is my summary, Your Honor.  I hope it's been helpful.  If there's any questions from the Court or the parties, we're always available.

THE COURT:  No, that's fine.  Jake, would you send me a copy of that?  Just a hard copy.

MR. WOODY:  Yes, I'll send it to Thomas.

THE COURT:  Good.

MR. WOODY:  Thank you.

THE COURT:  Thank you.

MR. DAVIS:  Here's a copy, Your Honor.

Your Honor, with respect to Section 7, bundling of complaints, I've previously spoken about Pretrial Orders 11E & F and 24, and I don't believe that there's anything further for me to address with that section.

The next section is preservation orders. There's nothing new on that.

UNOFFICIAL REALTIME TRANSCRIPT

1    The next section, No. 9, is the proposed order

2  governing the parties interaction with MDL plaintiffs'

3  prescribing and treating physicians.

4    The defendants filed a motion for

5  reconsideration on this matter on April 6th.  We have addressed

6  this matter with the Court in the biweekly conferences, and the

7  parties are preparing an additional order to present to the

8  Court based upon guidance that Your Honor gave during the

9  conference.

10    With respect to Section 10 on discovery,

11  depositions are being scheduled, and I'll report that they are

12  ongoing; and as Your Honor knows, these sometimes are addressed

13  in the biweekly calls as needed.  But so folks know, they are

14  ongoing and the depositions have been taking place.

15    The PSC has brought challenges to privileged

16  documents, and those issues are addressed.  We have a weekly

17  call where those issues are being addressed.  And if there are

18  issues, those privilege issues will be brought to the attention

19  of the Court.  But I am happy to say that we have had some good

20  discussions in those calls.  Anthony Irpino has been involved

21  in those matters, and I know Your Honor is familiar with

22  Mr. Irpino.

23    We also have challenges on confidential

24  designations that the PSC has brought, and we are in the meet

25  and confer process, and we continue to have discussions on

1   those issues.  And if, in fact, there are issues that need to

2   be brought to the Court's attention, they'll be brought up

3   appropriately.

4          With respect to the biological samples of

5   Xarelto related studies, the current Xarelto related studies,

6   defendants advise that they desire to dispose of those samples,

7   and we continue to consider those issues.

8          With respect to a motion to compel discovery of

9   the defendant German employee and their personnel files, that

10   issue is set to be argued on May the 5th.  We have discussed

11   this in the pre-conference, and just so that everybody is

12   aware, defendant's brief is due tomorrow, and a reply brief

13   will be due on April the 28th.  So those briefing deadlines are

14   in place.

15          The last item in discovery is the Court asked us

16   to place on the agenda the issue of discussion concerning the

17   Paul Herman matter and salary, and we placed that on the

18   agenda; and that issue, I think, has been addressed, and the

19   parties are aware of the Court's desire with respect to that.

20          The next item is No. 11, deposition guidelines.

21   The parties filed a consent motion this past week, and I

22   believe it's in Your Honor's hands --

23          **THE COURT:**  Right.

24          **MR. DAVIS:**  -- with respect to the consideration of

25   that motion, and we await further guidance from the Court.

UNOFFICIAL REALTIME TRANSCRIPT

08:46    1          With respect to No. 12, discovery issued to
08:46    2     third parties, there was a third party subpoena that was issued
08:46    3     to an entity called Alere, Alere San Diego Inc., and they have
08:46    4     responded with objections.  We'll be dealing with that.
08:46    5     Defendants are aware of that issue.  And we will be reaching
08:46    6     out to them and discussing that and having a meet and confer,
08:47    7     hopefully, to deal with that issue.
08:47    8          THE COURT:  Keep me focused on that.  If that
08:47    9     presents a problem, get to me and I'll deal with it.
08:47   10          MR. DAVIS:  Ms. Barrios is not present today on the
08:47   11     next section on state/federal coordination and she's asked that
08:47   12     we make a report.  I have to tell you, Your Honor, I'm not used
08:47   13     to this, but I have her report here and I'll try to go through
08:47   14     the bottom line of it.
08:47   15          There are a number of state court matters that
08:47   16     are reported in her report, and I'm happy to provide a copy to
08:47   17     defense counsel, as well as the Court.
08:47   18          According to Ms. Barrios' report, the change in
08:47   19     number of cases filed since the last status conference, there's
08:47   20     an increase of 93 cases; and there are total cases filed, 808.
08:47   21          With respect to the change in number of Xarelto
08:48   22     users since the last status conference, according to her
08:48   23     report, it's up 164.  And the current number of Xarelto users
08:48   24     is 1,087.
08:48   25          THE COURT:  Where are the cases being filed in state

08:48 1  court?  Which states?

08:48 2       MR. DAVIS:  There are California cases, Your Honor.

08:48 3  There's Delaware.  There's Florida, Illinois, Kentucky,

08:48 4  Missouri, New Jersey, Pennsylvania.

08:48 5       THE COURT:  Are most of them still in Pennsylvania,

08:48 6  number-wise?

08:48 7       MR. DAVIS:  I think Pennsylvania has the most.

08:48 8       THE COURT:  Susan?

08:48 9       MS. SHARKO:  I can help Mr. Davis.  The state court

08:48 10 cases are primarily in Pennsylvania.  Then the recent filings

08:48 11 we discussed in chambers, in Delaware.  There are a number of

08:48 12 filings in California, and a motion for statewide coordination

08:48 13 is to be decided.  I think most of the others are either random

08:48 14 cases that have no diversity, or they're cases that were filed

08:49 15 and are in the process of removal.

08:49 16       THE COURT:  Okay.  Ask Dawn to get with me on the

08:49 17 judges who are handling them that I haven't contacted yet.  I

08:49 18 know I've been talking to Judge New recently, and he's going to

08:49 19 use our protocol for depositions with some tweaks.  If I can be

08:49 20 of help to any of the other judges, I'd like to at least offer

08:49 21 it.

08:49 22       MR. DAVIS:  I will report back to Ms. Barrios, as

08:49 23 well as others on the committee, and someone will get back to

08:49 24 Your Honor on that.

08:49 25       THE COURT:  All right.

UNOFFICIAL REALTIME TRANSCRIPT

08:49   1      **MR. DAVIS:**  We also will be reaching out to some of

08:49   2   the new lawyers that have filed in these cases, for instance,

08:49   3   we understand Delaware, and the PSC will be reaching out to

08:49   4   these lawyers, and hopefully we'll get coordination.

08:50   5          There is one matter set for hearing after the

08:50   6   conference, which is a carryover from last month.

08:50   7      **THE COURT:**  Okay.  Well, let's take that up now then

08:50   8   if we can.  What is the motion?

08:50   9      **MR. DAVIS:**  I think it's defendant's motion, Your

08:50   10  Honor.  I'll let them address that.

08:50   11     **MR. IRWIN:**  Your Honor, Ms. Deirdre Kole will be

08:50   12  speaking as to this order to show cause matter, your order of

08:50   13  yesterday, I believe, Document No. 3074.

08:50   14     **THE COURT:**  Okay.

08:50   15     **MS. KOLE:**  Good morning, Your Honor.  Deirdre Kole

08:50   16  for the defendants.

08:50   17          Yesterday Your Honor issued an order to show

08:50   18  cause further to the show cause hearing on March 16th, 2016.

08:50   19  There are several cases identified on the order to show cause.

08:50   20  Three have been resolved.  Those are Mark McDonald,

08:50   21  2:15-CV-05669; Maurice Quarles, 2:15-CV-05598; and Gerald

08:51   22  Stevenson, 2:15-CV-03098.

08:51   23          The remainder of the defendants, we'd submit

08:51   24  should be dismissed in accordance with Your Honor's rulings

08:51   25  last time.

UNOFFICIAL REALTIME TRANSCRIPT

08:51  1        **THE COURT:**  Anybody speaking on behalf of those

08:51  2   plaintiffs either on the phone or in person?

08:51  3             Hearing none, who are the plaintiffs?

08:51  4        **MS. KOLE:**  The remaining plaintiffs, Your Honor,

08:51  5   would be Peggy Autrey, 2:15-CV-05064; Fannie Dogget,

08:51  6   2:15-CV-01249; Russell Jackson, 2:15-CV-05638; Toni May,

08:51  7   2:15-CV-03803; Joyce Mannhalter, 2:15-CV-03148; Sheila McKoy,

08:52  8   2:15-CV-01253; and Etta Means, 2:15-CV-04568.

08:52  9        **THE COURT:**  Anybody on the phone that wishes to say

08:52  10  anything about any of those cases?

08:52  11       **MR. LEAL:**  Good morning, Your Honor.  This is Joshua

08:52  12  R. Leal.  I'm addressing the first case.  I'm counsel for Peggy

08:52  13  Autrey.  I just want to let you know, Your Honor, we've done

08:52  14  everything we could in our power to show proof of using

08:52  15  Xarelto.  However, we lack the cooperation of our client.

08:52  16            We were at least able to request pharmacy

08:52  17  records from three different pharmacies, and they just don't

08:52  18  show proof of using the medication.  The client did represent

08:52  19  that she would go to the pharmacy herself and get the proof,

08:52  20  and she hasn't done so.

08:52  21            And, for the record, for the past five months,

08:52  22  we've sent at least 12 different letters to the client, telling

08:53  23  her how important it is, we need specific information or the

08:53  24  case will be dismissed, and we just have not been provided the

08:53  25  information.  So there's nothing else, as legal counsel, we can

08:53 1    do to get the proof without our client's cooperation.

08:53 2                **THE COURT:**  Okay.  Well, I appreciate your efforts in

08:53 3    the matter, and you've done a great job in trying to represent

08:53 4    her.  She has responsibilities to keep in touch with you, and

08:53 5    it's not your fault if she hasn't kept in touch with you or

08:53 6    hasn't responded to you.

08:53 7                So I appreciate your coming on the phone and

08:53 8    your participation in the case.  It's been very helpful, and

08:53 9    you've done it in a very professional way, and I appreciate it.

08:53 10               **MR. LEAL:**  Thank you, Your Honor.

08:53 11               **THE COURT:**  Yes?

08:53 12               **MR. DAVIS:**  Your Honor, the PSC would object to any

08:53 13   dismissals, and specifically dismissals with prejudice.  We've

08:53 14   also, as we've indicated previously to the Court, reached out

08:53 15   to these lawyers as best we can and attempted to communicate

08:54 16   with them.  Cindy Daniel, who was present last time, has

08:54 17   followed up, and we have had communications with all of these

08:54 18   lawyers.

08:54 19               I'll point out one, and I know Ms. Kole is aware

08:54 20   of this, with respect to Joyce Mannhalter, which is

08:54 21   2:15-CV-03148, we understood that that firm was going to call

08:54 22   in.  The attorney is Randi Kassan from the Sanders, Phillips

08:54 23   Grossman, LLC firm.

08:54 24               And they originally alleged that they filed this

08:54 25   case in a bundled complaint in error and amended the complaint

UNOFFICIAL REALTIME TRANSCRIPT

08:54 1  an hour or so later and attempted to remove this plaintiff
08:54 2  from the bundled complaint because it was a mistake.
08:54 3          The plaintiff, as we understand it, has been
08:54 4  trying to resolve this matter with the defendants, but they've
08:54 5  been unable to resolve it, and they were going to call in to
08:54 6  try to address the matter and deal with it.  I understand from
08:54 7  Ms. Kole that she understood they were going to call in as
08:55 8  well.
08:55 9          So I just point that out to the Court, and I
08:55 10 have not heard from this person any further.
08:55 11          THE COURT:  Okay.  Anybody in connection with the
08:55 12 Joyce Mannhalter case on the phone?
08:55 13          Okay.  All right.  Then in view of our attempts
08:55 14 to contact people, in view of their unwillingness or whatever,
08:55 15 they didn't respond, they failed to respond to the Court's
08:55 16 order, address the Court's order, I'm going to dismiss the
08:55 17 cases, and I'm going to dismiss the cases with prejudice.
08:55 18          I understand the plaintiff's position, but it's
08:55 19 time that these cases get over.  I'm dismissing them with
08:55 20 prejudice.
08:55 21          Thank you very much.
08:55 22          MR. DAVIS:  Thank you, Your Honor.
08:55 23          MS. KOLE:  Thank you, Your Honor.
08:55 24          Your Honor, would you like defendants to submit
08:55 25 an order?

UNOFFICIAL REALTIME TRANSCRIPT

08:55  1          **THE COURT:**  Yes.

08:55  2          **MS. KOLE:**  Okay.  Thank you.

08:55  3          **THE COURT:**  Anything else?

08:55  4          **MR. DAVIS:**  Your Honor, I think just the next status

08:55  5  conference.

08:55  6          **THE COURT:**  Okay.  The next status meeting is when,

08:55  7  Thomas?  May 24th.  And the one in June, June the 24th.

08:56  8  June 24th, May 24th at 9:00 a.m., 8:30 for the lead and liaison

08:56  9  counsel pre-meeting.

08:56  10          All right.  Thank you very much.  Court will

08:56  11  stand in recess.

08:56  12          (WHEREUPON, the proceedings were concluded.)

08:56  13                          *****

08:56  14                       <u>CERTIFICATE</u>

08:56  15          I, Jodi Simcox, RMR, FCRR, Official Court Reporter

08:56  16  for the United States District Court, Eastern District of

08:56  17  Louisiana, do hereby certify that the foregoing is a true and

08:56  18  correct transcript, to the best of my ability and

08:56  19  understanding, from the record of the proceedings in the

08:56  20  above-entitled and numbered matter.

08:56  21
08:56
08:56  22
08:56
08:56                      *s/Jodi Simcox, RMR, FCRR*
08:56  23                       Jodi Simcox, RMR, FCRR
08:56                          Official Court Reporter
08:56  24

       25

MR. DAVIS: [18] 4/11 4/21 5/1 5/19 5/23 11/22 12/7 12/18 14/23 15/9 16/1 16/6 16/21 16/25 17/8 19/11 20/21 21/3
MR. IRWIN: [2] 4/14 17/10
MR. LEAL: [2] 18/10 19/9
MR. WOODY: [11] 7/10 7/13 7/22 7/24 8/1 8/5 8/15 12/2 12/9 12/14 12/16
MS. KOLE: [4] 17/14 18/3 20/22 21/1
MS. SHARKO: [1] 16/8
THE COURT: [36]
THE DEPUTY CLERK: [1] 4/7

## 0

01249 [1] 18/6
01253 [1] 18/8
03098 [1] 17/22
03148 [2] 18/7 19/21
03803 [1] 18/7
04568 [1] 18/8
05064 [1] 18/5
05598 [1] 17/21
05638 [1] 18/6
05669 [1] 17/21
07932 [1] 2/3

## 1

1,087 [1] 15/24
1,644 [2] 7/19 7/22
10 [2] 8/12 13/10
11 [4] 5/6 5/8 5/11 14/20
11E [2] 5/4 12/22
11F [1] 5/4
11th [1] 5/8
12 [2] 15/1 18/22
141 [1] 7/20
164 [1] 15/23
16th [1] 17/18
19103 [1] 2/7

## 2

2,000 [1] 8/1
2,036 [1] 7/18
20 [2] 1/7 4/2
2000 [1] 2/7
2016 [4] 1/7 4/2 5/10 17/18
20th [2] 5/10 5/10
20th of [1] 5/14
210 [1] 2/11
24 [2] 5/25 12/22
24th [3] 21/7 21/7 21/8
25 [1] 6/4

2592 [2] 1/5 4/8
2700 [1] 1/18
28th [1] 14/13
2:15-CV-01249 [1] 18/6
2:15-CV-01253 [1] 18/8
2:15-CV-03098 [1] 17/22
2:15-CV-03148 [2] 18/7 19/21
2:15-CV-03803 [1] 18/7
2:15-CV-04568 [1] 18/8
2:15-CV-05064 [1] 18/5
2:15-CV-05598 [1] 17/21
2:15-CV-05638 [1] 18/6
2:15-CV-05669 [1] 17/21

## 3

3074 [1] 17/13
327 [1] 8/12
35 [1] 11/10

## 4

4,000 [1] 7/25
4,953 [2] 7/16 7/22
40 [1] 6/11
400 [1] 1/17
406 [1] 2/14
49 percent [1] 9/9

## 5

5,818 [1] 8/22
500 [3] 2/14 8/6 8/8
504 [1] 2/15
506 [1] 8/13
51 percent [2] 9/8 9/18
52 percent [2] 9/19 10/7
533 [1] 7/17
589-7780 [1] 2/15
59 percent [2] 9/10 9/20
5th [1] 14/10

## 6

6,992 [1] 8/3
60 [2] 9/10 9/19
60 percent [1] 10/2
600 [1] 2/3
650 [1] 8/24
6th [1] 13/5

## 7

700 [2] 2/10 8/10
70113 [1] 1/14
70130 [2] 1/18 2/15
72 [1] 10/3
72 percent [1] 10/8
743 [1] 8/3
77 percent [1] 9/20

77339 [1] 2/11
7780 [1] 2/15
79 [2] 9/10 9/19

## 8

808 [1] 15/20
820 [1] 1/14
8:30 [1] 21/8

## 9

900 [1] 8/24
93 [1] 15/20
93 percent [1] 10/10
97 percent [1] 10/11
9:00 a.m [1] 21/8

## A

a.m [1] 21/8
ability [1] 21/18
able [2] 7/10 18/16
about [10] 6/21 7/1 8/6 8/7 8/8 8/12 8/17 11/4 12/21 18/10
above [1] 21/20
above-entitled [1] 21/20
access [1] 6/16
accordance [1] 17/24
according [2] 15/18 15/22
account [1] 9/15
actually [1] 8/7
addition [1] 7/22
additional [1] 13/7
address [5] 6/3 12/23 17/10 20/6 20/16
addressed [5] 13/5 13/12 13/16 13/17 14/18
addressing [1] 18/12
advise [1] 14/6
after [2] 11/19 17/5
again [1] 10/4
age [4] 9/9 9/11 9/19 9/23
agenda [5] 4/19 4/22 4/25 14/16 14/18
ago [1] 4/18
agreement [1] 10/14
ahead [1] 10/22
Alere [2] 15/3 15/3
all [9] 5/16 6/6 11/4 11/5 12/9 16/25 19/17 20/13 21/10
allege [1] 10/3
alleged [2] 10/2 19/24
already [3] 8/15 8/20 9/7
also [11] 5/24 6/4 6/21 6/25 9/14 10/24 11/25 12/6 13/23 17/1 19/14
always [1] 12/12

**A**

am [1] 13/19
amended [2] 7/20 19/25
Anthony [1] 13/20
any [6] 8/11 12/11 16/20 18/10
  19/12 20/10
Anybody [3] 18/1 18/9 20/11
anyplace [1] 5/17
anything [3] 12/23 18/10 21/3
apologize [1] 6/25
appearance [1] 4/10
APPEARANCES [2] 1/11 2/1
appreciate [3] 19/2 19/7 19/9
appropriate [1] 6/23
appropriately [1] 14/3
April [7] 1/7 4/2 7/2 8/11 8/24
  13/5 14/13
April 6th [1] 13/5
are [49]
aren't [3] 9/6 9/6 9/16
argued [1] 14/10
as [23]
Ask [1] 16/16
asked [2] 14/15 15/11
attempt [1] 11/3
attempted [2] 19/15 20/1
attempts [1] 20/13
attention [2] 13/18 14/2
attorney [1] 19/22
Autrey [3] 2/9 18/5 18/13
available [1] 12/12
Avenue [1] 1/14
await [1] 14/25
aware [8] 5/3 5/12 6/1 6/6
  14/12 14/19 15/5 19/19

**B**

back [3] 6/23 16/22 16/23
Barrios [2] 15/10 16/22
Barrios' [1] 15/18
based [1] 13/8
Bayer [2] 4/15 8/23
be [27]
because [6] 9/1 9/6 9/15 9/21
  11/12 20/2
been [12] 7/19 8/8 12/11 13/14
  13/20 14/18 16/18 17/20 18/24
  19/8 20/3 20/5
before [2] 1/9 5/18
behalf [1] 18/1
being [4] 6/11 13/11 13/17
  15/25
believe [3] 12/22 14/22 17/13
bellwether [2] 6/10 6/11

best [2] 19/15 21/18
better [1] 7/10
between [3] 8/23 9/10 9/11
Biddle [2] 2/2 2/5
biological [1] 14/4
birth [1] 11/13
bit [1] 10/13
biweekly [2] 13/6 13/13
bleed [1] 10/2
bottom [1] 15/14
box [1] 10/18
brief [3] 7/14 14/12 14/12
briefing [1] 14/13
brought [5] 13/15 13/18 13/24
  14/2 14/2
BrownGreer [4] 6/19 7/4 7/12
  12/8
bundled [6] 5/7 5/13 5/18 5/21
  19/25 20/2
bundling [1] 5/5 12/20

**C**

California [2] 16/2 16/12
call [5] 4/7 13/17 19/21 20/5
  20/7
called [2] 4/5 15/3
calls [2] 13/13 13/20
Campus [1] 2/3
can [13] 9/9 10/12 10/16 10/18
  10/19 10/23 11/4 12/5 16/9
  16/19 17/8 18/25 19/15
can't [1] 7/7
carryover [1] 17/6
case [7] 4/7 6/8 18/12 18/24
  19/8 19/25 20/12
cases [20] 6/11 7/7 10/13
  11/18 12/5 12/7 15/19 15/20
  15/20 15/25 16/2 16/10 16/14
  16/14 17/2 17/19 18/10 20/17
  20/17 20/19
cause [4] 17/12 17/18 17/18
  17/19
centrality [3] 6/16 7/15 11/25
CERTIFICATE [1] 21/14
certify [1] 21/17
challenges [2] 13/15 13/23
chambers [1] 16/11
change [2] 15/18 15/21
changed [1] 9/4
changing [2] 8/9 8/17
chart [1] 8/7
check [2] 10/18 10/19
Cindy [1] 19/16
clean [1] 12/6
clear [1] 11/25

clearing [1] 11/24
Clerk [1] 5/11
client [3] 18/15 18/18 18/22
client's [1] 19/1
CMOs [1] 10/21
come [1] 11/1
coming [4] 8/19 9/6 9/16 19/7
committee [2] 11/20 16/23
communicate [1] 19/15
communications [1] 19/17
compel [1] 14/8
complaint [3] 19/25 19/25 20/2
complaints [7] 5/6 5/7 5/10
  5/13 5/18 5/22 12/21
computer [1] 2/18
concerning [1] 14/16
concluded [1] 21/12
confer [2] 13/25 15/6
conference [16] 1/9 4/18 4/18
  7/2 7/3 7/18 7/21 8/4 10/24
  11/1 13/9 14/11 15/19 15/22
  17/6 21/5
conferences [1] 13/6
confidential [1] 13/23
connection [1] 20/11
consent [1] 14/21
consider [1] 14/7
consideration [1] 14/24
consistent [1] 8/15
contact [2] 6/14 20/14
contacted [1] 16/17
continue [6] 6/13 6/20 6/22
  11/6 13/25 14/7
control [1] 10/17
cooperation [2] 18/15 19/1
coordination [3] 15/11 16/12
  17/4
copy [4] 12/14 12/14 12/19
  15/16
cornerstone [1] 10/5
correct [3] 8/2 8/2 21/18
could [1] 18/14
counsel [10] 1/13 1/17 4/10
  4/19 6/14 12/1 15/17 18/12
  18/25 21/9
country [1] 5/18
court [26]
court's [6] 6/7 12/1 14/2 14/19
  20/15 20/16
creates [1] 7/8
current [2] 14/5 15/23
CV [11] 17/21 17/21 17/22 18/5
  18/6 18/6 18/7 18/7 18/8 18/8
  19/21

**D**

**data** [1]  10/5
**date** [3]  5/9 5/19 11/13
**DAVIS** [3]  1/13 4/12 16/9
**Dawn** [1]  16/16
**day** [1]  10/19
**days** [1]  8/12
**deadline** [1]  5/14
**deadlines** [1]  14/13
**deal** [5]  5/13 12/6 15/7 15/9 20/6
**dealing** [1]  15/4
**deals** [2]  5/5 5/25
**dealt** [1]  7/10
**decided** [1]  16/13
**defendant** [5]  6/21 8/21 8/22 8/25 14/9
**defendant's** [2]  14/12 17/9
**defendants** [11]  2/2 2/5 4/15 6/20 13/4 14/6 15/5 17/16 17/23 20/4 20/24
**Defendants'** [1]  1/16
**defense** [1]  15/17
**DEIRDRE** [3]  2/6 17/11 17/15
**Delaware** [3]  16/3 16/11 17/3
**demographics** [2]  8/17 9/3
**deposition** [1]  14/20
**depositions** [3]  13/11 13/14 16/19
**design** [2]  9/25 10/14
**designations** [1]  13/24
**designed** [1]  10/4
**desire** [2]  14/6 14/19
**did** [2]  10/15 18/18
**didn't** [2]  5/16 20/15
**Diego** [1]  15/3
**difference** [1]  9/21
**different** [6]  9/7 9/17 12/4 12/5 18/17 18/22
**discovery** [15]  6/11 9/13 9/16 9/19 9/20 9/22 9/23 10/3 10/9 10/11 10/12 13/10 14/8 14/15 15/1
**discuss** [2]  4/19 6/20
**discussed** [2]  14/10 16/11
**discussing** [1]  15/6
**discussion** [1]  14/16
**discussions** [3]  6/22 13/20 13/25
**dismiss** [3]  11/18 20/16 20/17
**dismissal** [1]  6/1
**dismissals** [3]  6/2 19/13 19/13
**dismissed** [2]  17/24 18/24
**dismissing** [1]  20/19

**dispose** [1]  14/6
**DISTRICT** [5]  1/1 1/2 1/10 21/16 21/16
**diversity** [1]  16/14
**do** [10]  5/17 5/18 7/7 7/8 11/5 11/5 11/8 11/14 19/1 21/17
**docket** [3]  1/5 11/25 12/4
**Document** [1]  17/13
**documents** [2]  6/5 13/16
**does** [1]  8/9
**Dogget** [1]  18/5
**don't** [3]  8/11 12/22 18/17
**done** [4]  18/13 18/20 19/3 19/9
**Drinker** [2]  2/2 2/5
**Drive** [1]  2/3
**due** [2]  14/12 14/13
**duplicate** [1]  11/9
**duplicates** [1]  11/12
**during** [1]  13/8

**E**

**e-mails** [2]  10/17 10/18
**earlier** [1]  9/3
**EASTERN** [2]  1/2 21/16
**efficient** [1]  7/10
**efforts** [1]  19/2
**either** [2]  16/13 18/2
**ELDON** [1]  1/9
**else** [2]  18/25 21/3
**elsewhere** [1]  10/24
**employee** [1]  14/9
**end** [1]  10/19
**end-of-the-day** [1]  10/19
**enough** [2]  5/15 5/17
**entitled** [1]  21/20
**entity** [1]  15/3
**entries** [1]  11/12
**error** [1]  19/25
**especially** [2]  5/2 8/9
**ESQ** [5]  1/13 1/17 2/2 2/6 2/10
**Etta** [1]  18/8
**even** [4]  4/24 8/18 9/5 9/14
**evenly** [2]  8/23 9/11
**Ever** [1]  8/7
**everybody** [1]  14/11
**everything** [1]  18/14
**exclude** [1]  9/22
**expect** [1]  8/25

**F**

**fact** [21]  6/18 6/20 6/21 7/6 7/9 7/15 7/16 7/18 7/20 8/18 8/21 8/22 8/22 8/25 9/1 9/2 9/15 11/5 11/11 12/4 14/1
**failed** [1]  20/15

**FALLON** [1]  1/9
**familiar** [1]  13/21
**Fannie** [1]  18/5
**far** [3]  7/16 8/12 8/24
**fault** [1]  19/5
**FCRR** [4]  2/13 21/15 21/22 21/23
**federal** [1]  15/11
**female** [2]  9/8 9/9
**few** [1]  10/15
**figure** [1]  11/17
**file** [1]  5/17
**filed** [8]  13/4 14/21 15/19 15/20 15/25 16/14 17/2 19/24
**files** [1]  14/9
**filing** [1]  5/7
**filings** [2]  16/10 16/12
**Finally** [1]  11/8
**fine** [1]  12/13
**firm** [4]  2/9 4/13 19/21 19/23
**firms** [2]  11/11 11/14
**first** [3]  4/21 4/22 18/12
**five** [1]  18/21
**Florham** [1]  2/3
**Florida** [1]  16/3
**focused** [1]  15/8
**folks** [2]  6/6 13/13
**followed** [1]  19/17
**foregoing** [1]  21/17
**forms** [1]  6/14
**forth** [2]  6/1 6/4
**frame** [1]  6/5
**Fritchie** [1]  1/16
**from the** [1]  20/2
**further** [4]  12/23 14/25 17/18 20/10

**G**

**gave** [2]  5/16 13/8
**genders** [1]  9/12
**gentlemen** [1]  4/7
**Gerald** [1]  17/21
**German** [1]  14/9
**get** [13]  10/17 10/17 10/19 10/23 11/4 11/22 15/9 16/16 16/23 17/4 18/19 19/1 20/19
**getting** [3]  8/5 8/6 8/18
**GI** [1]  10/1
**give** [1]  5/15
**go** [5]  4/24 10/23 11/4 15/13 18/19
**going** [6]  16/18 19/21 20/5 20/7 20/16 20/17
**good** [7]  4/6 4/12 7/11 12/16 13/19 17/15 18/11

**G**

**got** [1]  9/18
**governing** [1]  13/2
**great** [1]  19/3
**Grossman** [1]  19/23
**group** [3]  9/11 9/19 9/23
**groupings** [1]  8/14
**guidance** [2]  13/8 14/25
**guidelines** [2]  6/1 14/20

**H**

**had** [5]  4/18 8/13 8/24 13/19 19/17
**handling** [1]  16/17
**hands** [1]  14/22
**happy** [2]  13/19 15/16
**hard** [1]  12/14
**has** [10]  10/21 10/25 13/15 13/20 13/24 14/18 16/7 19/4 19/16 20/3
**hasn't** [3]  18/20 19/5 19/6
**have** [32]
**haven't** [2]  9/4 16/17
**having** [3]  6/2 10/23 15/6
**Hayes** [1]  2/9
**HB** [1]  2/14
**HB-406** [1]  2/14
**he's** [1]  16/18
**heard** [1]  20/10
**hearing** [3]  17/5 17/18 18/3
**help** [2]  16/9 16/20
**helpful** [5]  6/15 11/7 11/23 12/11 19/8
**her** [5]  15/13 15/16 15/22 18/23 19/4
**here** [5]  4/17 6/19 9/24 10/25 15/13
**Here's** [2]  8/6 12/19
**hereby** [1]  21/17
**Herman** [5]  1/13 1/13 4/13 4/13 14/17
**herself** [1]  18/19
**higher** [2]  9/24 10/13
**home** [1]  10/16
**Honor** [27]
**Honor's** [3]  6/7 14/22 17/24
**HONORABLE** [1]  1/9
**hope** [1]  12/11
**hopefully** [2]  15/7 17/4
**hospitalized** [2]  10/10 10/11
**hour** [1]  20/1
**how** [2]  8/5 18/23
**However** [1]  18/15

**I'd** [3]  4/24 11/20 16/20
**I'll** [11]  5/9 6/14 6/21 7/4 11/22 12/15 13/11 15/9 15/13 17/10 19/19
**I'm** [8]  5/9 15/12 15/16 18/12 18/12 20/16 20/17 20/19
**I've** [2]  12/21 16/18
**identical** [1]  9/14
**identified** [3]  11/9 11/10 17/19
**Illinois** [1]  16/3
**important** [3]  5/2 7/6 18/23
**improve** [1]  11/6
**improvements** [1]  10/15
**Inc** [1]  15/3
**including** [1]  6/16
**inclusive** [2]  9/22 10/4
**increase** [4]  7/17 7/20 8/3 15/20
**indicated** [1]  19/14
**indication** [2]  10/6 10/7
**individual** [1]  10/18
**information** [6]  6/16 9/5 10/24 11/4 18/23 18/25
**injury** [3]  10/1 10/2 10/3
**instance** [1]  17/2
**intend** [1]  5/17
**interaction** [1]  13/2
**interrogatories** [1]  7/7
**involved** [2]  11/22 13/20
**Irpino** [2]  13/20 13/22
**Irwin** [3]  1/16 1/17 4/15
**is** [47]
**issue** [5]  14/10 14/16 14/18 15/5 15/7
**issued** [5]  4/24 5/24 15/1 15/2 17/17
**issues** [9]  6/24 11/16 13/16 13/17 13/18 13/18 14/1 14/1 14/7
**it** [22]
**it's** [15]  5/2 6/15 8/8 9/4 9/11 9/20 10/2 10/13 12/11 14/22 15/23 17/9 19/5 19/8 20/18
**item** [7]  4/21 4/22 6/8 6/13 6/18 14/15 14/20
**items** [1]  4/25
**its** [2]  10/22 10/25

**J**

**Jackson** [1]  18/6
**Jake** [4]  7/12 7/13 8/5 12/13
**JAMES** [1]  1/17
**Janssen** [2]  4/16 8/23

**Jersey** [2]  2/3 16/4
**Jim** [1]  4/15
**job** [1]  19/3
**Jodi** [2]  2/13 21/15 21/22 21/23
**JOSHUA** [2]  2/10 18/11
**Joyce** [3]  18/7 19/20 20/12
**JUDGE** [2]  1/10 16/18
**judges** [2]  16/17 16/20
**June** [3]  21/7 21/7 21/8
**June 24th** [1]  21/8
**jurisdiction** [1]  5/25
**just** [14]  6/6 7/8 8/16 8/21 9/6 9/16 10/19 12/14 14/11 18/13 18/17 18/24 20/9 21/4

**K**

**Kassan** [1]  19/22
**Katz** [2]  1/13 4/13
**keep** [2]  15/8 19/4
**Kentucky** [1]  16/3
**kept** [1]  19/5
**Kingwood** [1]  2/11
**know** [9]  6/18 11/12 11/15 12/1 13/13 13/21 16/18 18/13 19/19
**knows** [1]  13/12
**KOLE** [5]  2/6 17/11 17/15 19/19 20/7

**L**

**lack** [1]  18/15
**ladies** [1]  4/6
**last** [13]  7/17 7/21 8/4 8/7 8/12 9/4 9/14 14/15 15/19 15/22 17/6 17/25 19/16
**later** [3]  4/25 5/21 20/1
**law** [3]  2/9 4/13 11/11
**lawyers** [5]  11/21 17/2 17/4 19/15 19/18
**lead** [2]  4/18 21/8
**LEAL** [2]  2/10 18/12
**least** [4]  11/21 16/20 18/16 18/22
**left** [1]  8/12
**legal** [1]  18/25
**LEONARD** [2]  1/13 4/12
**let** [3]  11/14 17/10 18/13
**let's** [2]  4/7 17/7
**letters** [1]  18/22
**LIABILITY** [2]  1/6 4/9
**liaison** [4]  1/13 1/17 4/19 21/8
**like** [6]  4/24 6/17 8/21 11/20 16/20 20/24
**line** [1]  15/14
**lines** [1]  7/1

## L

listed [1]  12/4
LITIGATION [2]  1/6 4/9
little [2]  9/24 10/13
LLC [1]  19/23
located [1]  6/7
Logan [1]  2/6
long [2]  7/8 8/24
looked [1]  12/3
LOUISIANA [6]  1/2 1/6 1/14
1/18 2/15 21/17

## M

made [1]  10/16
mails [2]  10/17 10/18
main [4]  9/11 9/23 10/5 10/6
major [1]  10/1
make [8]  4/10 6/19 7/4 9/10
11/3 11/19 11/24 15/12
male [3]  9/8 9/8 9/18
male/female [1]  9/8
Management [1]  6/8
Mannhalter [3]  18/7 19/20
20/12
many [2]  7/9 8/5
March [4]  7/1 8/13 8/24 17/18
March 16th [1]  17/18
March 16th status [1]  7/1
Mark [1]  17/20
matches [1]  10/12
matter [12]  5/25 6/3 7/15 13/5
13/6 14/17 17/5 17/12 19/3
20/4 20/6 21/20
matters [3]  6/22 13/21 15/15
Maurice [1]  17/21
may [9]  4/25 5/8 5/9 5/10 5/14
14/10 18/6 21/7 21/8
May 24th [1]  21/7
May 24th at [1]  21/8
McDonald [1]  17/20
McKoy [1]  18/7
MDL [14]  1/5 4/8 6/16 7/14
9/10 9/18 9/20 9/24 10/3 10/7
10/11 10/13 11/5 13/2
MDL-2592 [1]  1/5
me [6]  11/22 12/13 12/23 15/8
15/9 16/16
meaning [1]  7/18
Means [1]  18/8
mechanical [1]  2/17
medication [1]  18/18
meet [2]  13/24 15/6
meeting [2]  21/6 21/9
mention [1]  5/16

mentioned [1]  9/3
might [1]  11/7
minute [1]  8/17
Missouri [1]  16/4
mistake [1]  20/2
moment [1]  4/18
month [7]  8/5 8/6 8/8 8/12 9/4
9/14 17/6
monthly [3]  1/9 4/17 8/7
months [1]  18/21
more [6]  7/9 8/18 8/18 9/22
10/4 11/6
morning [5]  4/6 4/12 7/11
17/15 18/11
most [3]  16/5 16/7 16/13
motion [7]  13/4 14/8 14/21
14/25 16/12 17/8 17/9
Mr. [2]  13/22 16/9
Mr. Davis [1]  16/9
Mr. Irpino [1]  13/22
Ms. [6]  15/10 15/18 16/22
17/11 19/19 20/7
Ms. Barrios [2]  15/10 16/22
Ms. Barrios' [1]  15/18
Ms. Deirdre [1]  17/11
Ms. Kole [2]  19/19 20/7
much [2]  20/21 21/10
my [3]  7/11 12/10 21/18

## N

name [2]  7/11 11/13
nature [1]  11/18
need [4]  11/4 11/22 14/1 18/23
needed [1]  13/13
new [17]  1/6 1/14 1/18 2/3 2/15
5/3 5/6 6/9 8/10 8/19 9/15 9/16
11/1 12/25 16/4 16/18 17/2
next [6]  12/24 13/1 14/20 15/11
21/4 21/6
no [19]  1/5 4/8 5/6 5/10 6/4 6/8
6/9 6/10 6/13 6/18 6/21 7/23
11/23 12/13 13/1 14/20 15/1
16/14 17/13
No. [1]  5/25
No. 24 [1]  5/25
none [1]  18/3
Nos [1]  5/4
not [10]  7/19 8/1 8/9 8/17 12/6
15/10 15/12 18/24 19/5 20/10
nothing [3]  6/9 12/25 18/25
notice [2]  5/15 5/17
November [1]  8/7
now [5]  8/15 10/17 11/16 11/16
17/7
number [12]  4/23 8/8 8/11 10/2

11/13 12/4 15/15 15/19 15/21
15/23 16/6 16/11
number-wise [1]  16/6
numbered [1]  21/20
numbers [1]  9/15

## O

O'Keefe [1]  1/14
object [1]  19/12
objections [1]  15/4
obligation [1]  6/15
October [1]  8/8
offer [1]  16/20
Official [3]  2/13 21/15 21/23
Okay [10]  4/17 12/9 16/16 17/7
17/14 19/2 20/11 20/13 21/2
21/6
one [8]  2/6 5/5 10/2 11/3 12/3
17/5 19/19 21/7
ongoing [2]  13/12 13/14
only [1]  12/6
order [17]  4/5 4/20 5/6 5/7 5/11
5/24 6/3 6/4 13/1 13/7 17/12
17/12 17/17 17/19 20/16 20/16
20/25
orders [10]  4/21 4/23 4/23 5/3
5/4 5/13 6/7 6/9 12/22 12/24
Orders 11E [1]  12/22
originally [1]  19/24
Orleans [4]  1/6 1/14 1/18 2/15
other [2]  4/25 16/20
others [2]  16/13 16/23
our [13]  4/17 8/4 8/7 10/16
10/22 11/3 11/8 12/6 16/19
18/14 18/15 19/1 20/13
out [9]  10/15 11/9 11/17 15/6
17/1 17/3 19/14 19/19 20/9
outreach [2]  11/14 11/19
over [2]  7/4 20/19
overlap [1]  11/15

## P

P.C [1]  2/9
page [2]  3/2 10/16
Park [1]  2/3
part [3]  7/23 7/24 8/1
participation [1]  19/8
parties [8]  6/5 10/14 12/12
13/2 13/7 14/19 14/21 15/2
party [1]  15/2
past [2]  14/21 18/21
Paul [1]  14/17
Peggy [3]  2/9 18/5 18/12
Pennsylvania [5]  2/7 16/4 16/5
16/7 16/10

**P**

**people [16]** 5/12 6/1 6/14 8/10 8/14 8/19 8/20 9/6 9/7 9/9 9/16 9/22 9/23 10/23 11/4 20/14
**per [2]** 5/8 5/10
**percent [13]** 9/8 9/9 9/10 9/18 9/19 9/20 9/20 10/2 10/3 10/7 10/8 10/10 10/11
**percentage [1]** 9/24
**person [2]** 18/2 20/10
**personnel [1]** 14/9
**pharmacies [1]** 18/17
**pharmacy [2]** 18/16 18/19
**Philadelphia [1]** 2/7
**Phillips [1]** 19/22
**phone [6]** 5/3 6/6 18/2 18/9 19/7 20/12
**physicians [1]** 13/3
**pick [1]** 9/21
**place [4]** 11/3 13/14 14/14 14/16
**placed [1]** 14/17
**plaintiff [9]** 6/18 6/20 7/16 8/21 8/25 9/2 11/24 20/1 20/3
**plaintiff's [1]** 20/18
**plaintiffs [9]** 4/14 8/3 10/16 11/9 11/10 11/20 18/2 18/3 18/4
**plaintiffs' [2]** 1/13 13/2
**plan [1]** 6/2
**pleadings [1]** 10/18
**please [2]** 4/6 4/11
**point [4]** 10/15 11/9 19/19 20/9
**points [1]** 10/5
**pool [11]** 6/11 9/13 9/16 9/19 9/20 9/22 9/23 10/3 10/9 10/11 10/12
**position [1]** 20/18
**power [1]** 18/14
**Poydras [2]** 1/17 2/14
**pre [2]** 14/11 21/9
**pre-conference [1]** 14/11
**pre-meeting [1]** 21/9
**prejudice [3]** 19/13 20/17 20/20
**preparing [2]** 6/12 13/7
**prescribed [1]** 10/8
**prescribing [1]** 13/3
**present [3]** 13/7 15/10 19/16
**presents [1]** 15/9
**preservation [1]** 12/24
**pretrial [12]** 4/21 4/23 4/23 5/3 5/4 5/6 5/6 5/10 5/13 5/24 6/4 12/21

**previous [1]** 8/9
**previously [2]** 12/21 19/14
**primarily [1]** 16/10
**privilege [1]** 13/18
**privileged [1]** 13/15
**problem [1]** 15/9
**problems [1]** 7/9
**procedure [1]** 5/7
**proceedings [5]** 1/9 2/17 4/1 21/12 21/19
**process [3]** 6/12 13/25 16/15
**produced [1]** 2/18
**production [1]** 6/5
**PRODUCTS [2]** 1/5 4/9
**professional [1]** 19/9
**progress [1]** 7/18
**proof [4]** 18/14 18/18 18/19 19/1
**proposed [2]** 4/20 13/1
**protocol [2]** 9/21 16/19
**protocols [1]** 10/4
**provide [1]** 15/16
**provided [1]** 18/24
**PSC [4]** 13/15 13/24 17/3 19/12
**PTO [1]** 5/8
**PTOs [2]** 10/21 11/1
**put [3]** 10/21 10/22 10/24

**Q**

**Quarles [1]** 17/21
**questions [1]** 12/11

**R**

**Randi [1]** 19/22
**random [1]** 16/13
**rather [1]** 11/16
**RE [2]** 1/5 4/8
**reached [1]** 19/14
**reaching [3]** 15/5 17/1 17/3
**reason [1]** 10/8
**Reath [2]** 2/2 2/5
**receive [1]** 6/14
**received [1]** 5/11
**recent [1]** 16/10
**recently [1]** 16/18
**recess [1]** 21/11
**reconsideration [1]** 13/5
**record [4]** 4/11 12/1 18/21 21/19
**recorded [1]** 2/17
**records [1]** 18/17
**Reduction [1]** 10/6
**regarding [1]** 5/21
**relate [1]** 4/25
**related [2]** 14/5 14/5

**relates [1]** 5/21
**remain [2]** 8/25 9/1
**remainder [1]** 17/23
**remaining [1]** 18/4
**remind [1]** 6/14
**removal [1]** 16/15
**remove [1]** 20/1
**repeat [1]** 5/9
**reply [1]** 14/12
**report [13]** 5/21 6/9 6/19 6/23 7/5 7/14 13/11 15/12 15/13 15/16 15/18 15/23 16/22
**reported [1]** 15/16
**Reporter [3]** 2/13 21/15 21/23
**represent [2]** 18/18 19/3
**representation [1]** 11/15
**represented [1]** 11/10
**representing [1]** 4/13
**represents [1]** 11/17
**request [1]** 18/16
**resolve [3]** 11/16 20/4 20/5
**resolved [1]** 17/20
**respect [12]** 6/8 6/10 6/13 12/20 13/10 14/4 14/8 14/19 14/24 15/1 15/21 19/20
**respond [2]** 20/15 20/15
**responded [2]** 15/4 19/6
**responses [1]** 9/1
**responsibilities [1]** 19/4
**right [6]** 5/23 12/9 14/23 16/25 20/13 21/10
**risk [1]** 10/6
**RIVAROXABAN [1]** 1/5
**RMR [4]** 2/13 21/15 21/22 21/23
**Rockmead [1]** 2/10
**Room [1]** 2/14
**roughly [1]** 8/23
**Row [1]** 11/9
**rulings [1]** 17/24
**Russell [1]** 18/6

**S**

**s/Jodi [1]** 21/22
**salary [1]** 14/17
**same [4]** 9/5 9/5 10/1 11/13
**samples [2]** 14/4 14/6
**San [1]** 15/3
**Sanders [1]** 19/22
**say [2]** 13/19 18/9
**says [1]** 7/1
**scheduled [1]** 13/11
**seated [1]** 4/6
**section [9]** 1/5 5/21 6/25 12/20 12/23 12/24 13/1 13/10 15/11

## S

**security** [1] 11/13
**see** [4] 8/11 9/9 10/12 11/21
**seem** [1] 8/9
**selection** [1] 6/10
**send** [3] 6/15 12/13 12/15
**sent** [1] 18/22
**separate** [3] 11/10 11/11 11/11
**set** [2] 14/10 17/5
**sets** [2] 5/25 6/4
**several** [1] 17/19
**SHARKO** [1] 2/2
**she** [5] 18/19 18/20 19/4 19/5 20/7
**she's** [1] 15/11
**sheet** [1] 12/4
**sheets** [19] 6/18 6/20 6/22 7/6 7/9 7/15 7/16 7/18 7/20 8/19 8/21 8/22 8/22 8/25 9/1 9/2 9/15 11/5 11/5 11/11
**Sheila** [1] 18/7
**should** [3] 7/2 11/17 17/24
**show** [6] 17/12 17/17 17/18 17/19 18/14 18/18
**showed** [2] 8/10 9/4
**sign** [1] 8/11
**significantly** [1] 8/18
**Simcox** [4] 2/13 21/15 21/22 21/23
**similar** [1] 8/19
**simply** [1] 9/1
**since** [6] 7/17 7/20 8/4 8/7 15/19 15/22
**site** [4] 6/7 10/22 10/22 10/25
**six** [1] 7/1
**slide** [5] 8/10 8/16 9/4 9/13 9/14
**so** [30]
**social** [1] 11/13
**some** [6] 4/25 10/13 11/14 13/19 16/19 17/1
**someone** [1] 16/23
**sometimes** [1] 13/12
**sorry** [1] 5/9
**sort** [2] 10/5 11/5
**speaking** [2] 17/12 18/1
**specific** [1] 18/23
**specifically** [5] 5/4 5/5 5/13 5/20 19/13
**split** [3] 8/23 9/8 9/11
**spoken** [1] 12/21
**Square** [1] 2/6
**stand** [1] 21/11
**started** [1] 7/19

**state** [4] 15/11 15/15 15/25 16/9
**state/federal** [1] 15/11
**states** [4] 1/1 1/10 16/1 21/16
**statewide** [1] 16/12
**status** [13] 1/9 4/18 7/1 7/2 7/17 7/21 8/4 10/24 11/1 15/19 15/22 21/4 21/6
**steady** [4] 8/8 8/22 8/25 9/1
**stenography** [1] 2/17
**Stevenson** [1] 17/22
**still** [2] 11/20 16/5
**stop** [1] 8/11
**Street** [2] 1/17 2/14
**stroke** [1] 10/6
**studies** [2] 14/5 14/5
**subject** [2] 5/25 6/2
**submit** [2] 17/23 20/24
**submitted** [3] 7/17 7/19 8/23
**subpoena** [1] 15/2
**substantially** [1] 8/19
**sudden** [1] 5/16
**Suite** [3] 1/18 2/7 2/11
**summary** [3] 10/19 11/8 12/10
**sure** [2] 5/1 11/24
**SUSAN** [2] 2/2 16/8
**system** [3] 8/3 8/10 12/6

## T

**take** [2] 4/19 17/7
**takes** [1] 7/8
**taking** [1] 13/14
**talk** [2] 6/21 11/21
**talking** [1] 16/18
**tell** [1] 15/12
**telling** [1] 18/22
**terminates** [1] 5/7
**terms** [2] 9/13 10/10
**Texas** [1] 2/11
**than** [3] 9/7 9/24 11/16
**Thank** [8] 12/17 12/18 19/10 20/21 20/22 20/23 21/2 21/10
**that** [92]
**that's** [5] 7/9 7/17 7/20 10/7 12/13
**their** [5] 4/10 7/5 11/5 14/9 20/14
**them** [14] 4/24 4/25 5/16 5/17 10/22 10/23 11/15 12/5 15/6 16/5 16/17 17/10 19/16 20/19
**then** [3] 16/10 17/7 20/13
**there** [13] 4/23 6/15 6/23 10/23 13/17 14/1 15/2 15/15 15/20 16/2 16/11 17/5 17/19
**there's** [11] 6/9 6/25 8/10

11/15 12/11 12/22 12/25 15/19 16/3 16/3 18/25
**these** [7] 7/7 13/12 17/2 17/4 19/15 19/17 20/19
**they** [25]
**they'll** [1] 14/2
**they're** [3] 7/23 11/17 16/14
**they've** [2] 7/19 20/4
**thing** [1] 11/5
**things** [4] 6/17 11/6 11/18 12/3
**think** [8] 5/2 11/6 12/5 14/18 16/7 16/13 17/9 21/4
**third** [3] 6/5 15/2 15/2
**this** [24]
**Thomas** [2] 12/15 21/7
**those** [22]
**though** [4] 4/24 8/18 9/5 9/14
**three** [2] 17/20 18/17
**through** [4] 4/24 11/2 11/24 15/13
**time** [4] 6/5 17/25 19/16 20/19
**today** [2] 4/17 15/10
**tomorrow** [1] 14/12
**Toni** [1] 18/6
**too** [2] 7/8 7/8
**total** [2] 8/2 15/20
**touch** [2] 19/4 19/5
**traditionally** [1] 7/8
**transcript** [3] 1/9 2/17 21/18
**transcripts** [1] 11/1
**treating** [1] 13/3
**trials** [1] 6/12
**true** [1] 21/17
**try** [3] 11/15 15/13 20/6
**trying** [3] 11/17 19/3 20/4
**turn** [1] 7/4
**tweaks** [1] 16/19
**two** [2] 11/11 11/11
**types** [1] 7/7
**typo** [1] 6/25

## U

**unable** [1] 20/5
**understand** [4] 17/3 20/3 20/6 20/18
**understanding** [1] 21/19
**understood** [2] 19/21 20/7
**UNITED** [3] 1/1 1/10 21/16
**unwillingness** [1] 20/14
**up** [9] 6/11 9/10 11/24 11/25 12/6 14/2 15/23 17/7 19/17
**upcoming** [1] 6/12
**update** [1] 11/1
**updated** [2] 9/5 9/14
**upon** [1] 13/8

**U**

**us [1]**  14/15
**use [1]**  16/19
**used [2]**  9/21 15/12
**users [2]**  15/22 15/23
**using [2]**  18/14 18/18
**utilize [1]**  7/9

**V**

**vacated [1]**  5/8
**various [1]**  6/16
**very [5]**  7/6 19/8 19/9 20/21
21/10
**view [2]**  20/13 20/14

**W**

**want [7]**  5/16 10/15 10/17
10/19 11/8 11/23 18/13
**wanted [3]**  5/12 5/15 6/1
**was [9]**  5/8 10/10 10/11 12/3
15/2 15/2 19/16 19/21 20/2
**way [2]**  11/20 19/9
**we [53]**
**we'd [1]**  17/23
**we'll [5]**  4/19 11/6 12/8 15/4
17/4
**we're [3]**  4/17 8/18 12/12
**we've [6]**  10/16 11/10 18/13
18/22 19/13 19/14
**Web [4]**  6/7 10/22 10/22 10/25
**week [1]**  14/21
**weekly [1]**  13/16
**well [7]**  10/23 10/25 15/17
16/23 17/7 19/2 20/8
**went [1]**  10/22
**were [8]**  4/24 10/4 10/8 16/14
18/16 20/5 20/7 21/12
**what [2]**  8/15 17/8
**whatever [1]**  20/14
**when [2]**  11/16 21/6
**where [4]**  11/3 11/21 13/17
15/25
**WHEREUPON [1]**  21/12
**which [9]**  5/25 6/4 8/3 10/1
10/17 11/9 16/1 17/6 19/20
**who [11]**  8/20 9/7 10/10 11/10
11/17 11/17 11/17 12/1 16/17
18/3 19/16
**whole [1]**  9/10
**will [15]**  5/11 6/23 8/11 10/25
11/14 13/18 14/13 15/5 16/22
16/23 17/1 17/3 17/11 18/24
21/10
**wise [1]**  16/6

**wishes [1]**  18/9
**without [2]**  10/23 19/1
**Woody [1]**  7/12
**work [2]**  12/5 12/8
**worked [1]**  6/11
**would [6]**  11/23 12/13 18/5
18/19 19/12 20/24

**X**

**XARELTO [8]**  1/5 4/8 10/8 14/5
14/5 15/21 15/23 18/15

**Y**

**year [1]**  5/14
**years [1]**  11/16
**yes [9]**  5/15 7/6 8/16 8/16 8/17
12/2 12/15 19/11 21/1
**yesterday [2]**  17/13 17/17
**yet [2]**  7/19 16/17
**you [30]**
**you've [3]**  9/18 19/3 19/9
**younger [1]**  9/22
**your [35]**