# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Curtis Clementich v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-07158**

## ORDER

THIS MATTER, having come before the Court on Plaintiff's Motion to Substitute Party, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's Motion to Substitute is hereby GRANTED, and that Nancy Clementich, the spouse of Curtis Clementich, is substituted as Plaintiff in this action.

New Orleans, Louisiana, this __24th___ day of __August___, 2016.

Hon. Eldon E. Fallon
UNITED STATES DISTRICT JUDGE