AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

ESTATE OF LUCY STANLEY, by and through Robert Stanley, Administrator of the Estate of Lucy Stanley, and ROBERT STANLEY, surviving spouse of Lucy Stanley on behalf of all legal heirs of Lucy Stanley,

*Plaintiff(s)*

v.

Civil Action No. 2 16-cv-

JANSSEN PHARMACEUTICALS, INC
f/k/a JANSSEN PHARMACEUTICA INC
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC , et al

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To *(Defendant's name and address)*  BAYER HEALTHCARE PHARMACEUTICALS, INC
c/o Corporation Service Company
40 Technology Parkway South
Suite 300
Norcross, Georgia 30092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R Civ P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure   The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are.   CHILDERS, SCHLUETER & SMITH, LLC
1932 N  Druid Hills Road, Suite 100
Atlanta, Georgia 30319
404) 419-9500 – phone
(404) 419-9501 – fax
achilders@cssfirm com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint You also must file your answer or motion with the court.

*CLERK OF COURT*

Date.   08/24/2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2 16-cv-

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address, or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ , or

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0 00

I declare under penalty of perjury that this information is true

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| ESTATE OF LUCY STANLEY, by and through Robert Stanley, Administrator of the Estate of Lucy Stanley, and ROBERT STANLEY, surviving spouse of Lucy Stanley on behalf of all legal heirs of Lucy Stanley, <br><br> *Plaintiff(s)* <br> v. <br><br> JANSSEN PHARMACEUTICALS, INC f/k/a JANSSEN PHARMACEUTICA INC f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC , et al <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No  2 16-cv-0 |

## SUMMONS IN A CIVIL ACTION

To (Defendant's name and address)  BAYER PHARMA AG
Mullerstrasse 178
D-13353
Berlin, Germany

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed R Civ P 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    CHILDERS, SCHLUETER & SMITH, LLC
1932 N  Druid Hills Road, Suite 100
Atlanta, Georgia 30319
404) 419-9500 – phone
(404) 419-9501 – fax
achilders@cssfirm com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint You also must file your answer or motion with the court

*CLERK OF COURT*

Date:       08/24/2016                                       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2 16-cv-0

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title if any)* _____
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ , or

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: