**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

IN RE: XARELTO (RIVAROXABAN)  )   **MDL NO. 2592**
              )
PRODUCTS LIABILITY LITIGATION  )   **SECTION L**
              )
              )   **JUDGE ELDON E. FALLON**
              )
              )   **MAG. JUDGE NORTH**
              )
              )
              )

---

**This Document Relates to:**

***Bonnie Frick v. Janssen Research & Development LLC, et al;*** **Case No.: 2:16-cv-04814**

**NOTICE AND SUGGESTION OF DEATH**

   **TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

   Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure

hereby informs the Honorable Court of the death of Plaintiff, Bonnie Frick.

Dated: August 24, 2016      Respectfully submitted,

             By:  /s/ Lisa Causey-Streete
             Lisa Causey-Streete (#33767)
             SALIM-BEASLEY, LLC 1901
             Texas Street Natchitoches, LA
             71457 Phone: (800) 491-1817
             Fax: (318) 354-1227
             lcausey@salim-beasley.com
             Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 24th day of August 2016.


_/s/ Lisa Causey-Streete_____
Lisa Causey-Streete