UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> *Linard Allen, et al. v. Janssen Research &* ) <br> *Development, LLC, et al.* ) <br> Civil Action No. *2:16-cv-06589* ) <br> ) <br> _____ ) | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br><br> MAGISTRATE JUDGE NORTH |

**PLAINTIFFS' MOTION TO AMEND JOINT COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs seek leave to file the Amended Joint Complaint that is attached as Exhibit 1. The only edits are to correct the Plaintiff name in Paragraph I.32 and the corresponding name in the case caption in which the Plaintiff name is incorrectly listed as Mary Helms and should be listed as Sib Helms.

Paragraph I.32 of the original Joint Complaint stated:

32. Mary Helms

   a. "Plaintiff, Mary Helms, ingested Xarelto from approximately March 2014 to November 28, 2015 and suffered a gastrointestinal bleed on approximately November 28, 2015 as a direct result of Xarelto. Plaintiff Mary Helms resides in Union County in the state of North Carolina."

Our proposed amendment to Paragraph I.32 is as follows:

32. Sib Helms

   a. "Plaintiff, Sib Helms, ingested Xarelto from approximately March 2014 to November 28, 2015 and suffered a gastrointestinal bleed on approximately

> *November 28, 2015 as a direct result of Xarelto. Plaintiff Sib Helms resides in Union County in the state of North Carolina."*

The Short-Form Complaint, attached as Exhibit 2, was filed June 20, 2016 and correctly lists Sib Helms as the Plaintiff. A Plaintiff's Fact Sheet was timely submitted to Defense via MDL Centrality on August 5, 2016.

Dated: August 25, 2016

Respectfully Submitted,

/s/ *Russell T. Abney*
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com
*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Correct Misnomer of Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  August 25, 2016                              /s/ Russell T. Abney
                                                                       Russell T. Abney