# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Margaret E. Cantrell v. Janssen Research & Development, LLC, et al.* | MAGISTRATE JUDGE NORTH |
| Case File No. 2:16-cv-02286 | |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting John A. Cantrell on behalf of decedent Margaret E. Cantrell.

1. Margaret E. Cantrell filed a products liability action against Defendants on January 22, 2016, as part of a bundled complaint, Case No. 2:16-cv-01186. On March 11, 2016, the Court entered an Order severing this action from the bundled complaint. Plaintiff filed a Short Form Complaint on March 16, 2016 and was assigned Case No. 2:16-cv-02286.

2. Margaret E. Cantrell died on March 30, 2016.

3. Plaintiff filed a Suggestion of Death on August 25, 2016.

4. Margaret E. Cantrell's products liability action against defendants survived her death and was not extinguished.

5. John A. Cantrell, surviving son of Margaret E. Cantrell, is a proper party to substitute for plaintiff-decedent Margaret E. Cantrell and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. 25(a)(1).

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: <u>August 25, 2016</u>                                         LAW OFFICES OF CHARLES H. JOHNSON, PA

<u>/s/ Charles H. Johnson</u>
Charles H. Johnson, Esq. (#50696)
Jonathan R. Mencel, Esq. (#390056)
*Attorneys for Plaintiff*
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:     (651) 633-5685
Fax Phone:     (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>/s/ Charles H. Johnson</u>
Charles H. Johnson (MN Bar No. 50696)
Jonathan R. Mencel (MN Bar No. 390056)
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:     (651) 633-5685
Fax Phone:     (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

**ATTORNEYS FOR PLAINTIFF**