UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE NORTH |
| *Margaret E. Cantrell v. Janssen Research & Development, LLC, et al.* | |
| Case File No. 2:16-cv-02286 | |

## ORDER

The Court, after considering Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff John A. Cantrell, as surviving son of Margaret E. Cantrell, is substituted for Plaintiff Margaret E. Cantrell in the above-captioned case.

Dated: _____ _____
Hon. Eldon E. Fallon
United States District Court Judge