UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Bonnie Frick v. Janssen Research & Development LLC, et al;* **Case No.: 2:16-cv-04814**

## MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Diane Wilson on behalf Bonnie Frick.

1. Bonnie Frick filed a products liability lawsuit against defendants on May 10, 2016.

2. Subsequently, plaintiffs' counsel learned that Bonnie Frick died on June 24, 2016.

3. Bonnie Frick's products liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on August 24, 2016, attached hereto.

5. Diane Wilson, executor of the estate of Bonnie Frick, is a proper party to substitute for plaintiff-decedent Bonnie Frick and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: August 25, 2016

Respectfully submitted,
By: /s/ Lisa Causey-Streete
Lisa Causey-Streete (#33767)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
lcausey@salim-beasley.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 25th day of August 2016.

/s/ Lisa Causey-Streete
Lisa Causey-Streete

2