# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** <br><br> SMITH H. PARSONS <br><br> Civil Action No.: 16-01988 | <u>JURY TRIAL DEMAND</u> |

## MOTION FOR SUBSTITUTION OF THE PROPER PARTY

Plaintiff, Smith Parsons, through undersigned counsel, moves for substitution of the proper party in this case pursuant to Federal Rule of Civil Procedure 25 (a). Plaintiff, Smith Parsons died on April 19, 2016 in Mississippi. Allawana Parsons is a surviving spouse of Plaintiff Smith Parsons. Pursuant to MS Code §11-7-13 (2013), any cause of action for the wrongful death or injuries not resulting in death can be brought by a surviving spouse of the decedent. Plaintiff therefore seeks an Order from the Court substituting Allawana Parsons, as a surviving spouse of Smith Parsons, as the Plaintiff. According to Federal Rule of Civil Procedure 25 (a)(1), "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Counsel filed a Suggestion of Death for Smith Parson on August 26, 2016, a copy of which is attached hereto. For the foregoing reasons shown, Plaintiff respectfully requests

the Court grant Plaintiff's motion and substitute Allawana Parsons, as surviving spouse of Smith Parsons, for the current Plaintiff Smith Parsons.

Dated: August 26, 2016

/s/ **James C. Ferrell**
James C. Ferrell
Texas Bar No.: 00785857
JAMES C. FERRELL, P.C.
4119 Montrose Blvd, Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of August, 2016, a copy of the above and foregoing *Motion for Substitution of the Proper Party* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      Respectfully submitted,

By: /s/ James C. Ferrell
James C. Ferrell
James C. Ferrell, P.C.
4119 Montrose Blvd., Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*