# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** | <u>JURY TRIAL DEMAND</u> |

SMITH H. PARSONS

Civil Action No.: 16-01988

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Allawana Parsons, on behalf of the Estate of Smith Parsons, is substituted for Plaintiff Smith Parsons, in the above captioned cause.

Dated: _____

_____
Honorable Eldon E. Fallon
United States District Court Judge