# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**       **JURY TRIAL DEMAND**

SMITH H. PARSONS

Civil Action No.: 16-01988

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Smith H. Parsons.

Dated: August 26, 2016

/s/ **James C. Ferrell**
James C. Ferrell
Texas Bar No.: 00785857
JAMES C. FERRELL, P.C.
4119 Montrose Blvd, Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 26th day of August, 2016, a copy of the above and foregoing *Notice of Death of Plaintiff* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      Respectfully submitted,

By: /s/ James C. Ferrell
James C. Ferrell
James C. Ferrell, P.C.
4119 Montrose Blvd., Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*

# EXHIBIT 1

# STATE OF MISSISSIPPI

## MISSISSIPPI STATE DEPARTMENT OF HEALTH
### VITAL RECORDS

12112683

**CERTIFICATE OF DEATH**
STATE OF MISSISSIPPI

Amended by authority of Sec 41-57-13, Miss. Code of 1972
MAY 09 2016

FILING DATE: APR 26 2016
STATE FILE NUMBER: 123- 2016-058887

1. **DECEDENT'S LEGAL NAME:** Hayden S. Parsons
2. **SEX:** Male
3a. **HOUR OF DEATH:** 0610 a.m.
3b. **DATE OF DEATH:** April 19, 2016
4. **RACE:** ☒ White
5a. **AGE AT LAST BIRTHDAY:** 82 Years
6. **DATE OF BIRTH:** February 23, 1934
7. **BIRTH PLACE:** MS
8. **PLACE OF DEATH:** ☒ Decedent's home
9a. **FACILITY NAME:** 3044 Jordan Dr. SW
9b. **CITY:** Smithdale
9c. **ZIP:** 39664
9d. **COUNTY:** Lincoln
10. **DECEDENT'S EDUCATION:** ☒ High school graduate or GED
11. **MARITAL STATUS AT TIME OF DEATH:** ☒ Married
12. **SURVIVING SPOUSE:** Allawana Lewis
13. **WAS DECEASED EVER IN U.S. ARMED FORCES:** Yes
14. **DECEDENT OF HISPANIC ORIGIN?** ☒ No, not Spanish/Hispanic/Latino
15. **SOCIAL SECURITY NUMBER:** 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
16a. **USUAL OCCUPATION:** Gas Tech
16b. **KIND OF BUSINESS OR INDUSTRY:** Automotive
17a. **RESIDENCE - STATE:** MS
17b. **COUNTY:** Lincoln
17c. **CITY OR TOWN:** Smithdale
17d. **ZIP CODE:** 39664
17e. **STREET AND NUMBER OR RURAL LOCATION:** 3044 Jordan Dr. SW
17f. **INSIDE CITY LIMITS:** NO
18. **FATHER'S NAME:** Lonnie Parsons
19. **MOTHER'S NAME PRIOR TO FIRST MARRIAGE:** Lucille Smith
20a. **INFORMANT - NAME:** Allawana Lewis Parsons
20b. **RELATIONSHIP TO DECEDENT:** Wife
20c. **MAILING ADDRESS:** 3044 Jordan Dr SW Smithdale, MS 39664
21a. **DISPOSITION OF BODY:** Burial
21b. **CEMETERY/CREMATORY NAME:** Mt. Gilead Cem.
21c. **LOCATION:** Smithdale, MS
22. **FUNERAL DIRECTOR SIGNATURE AND LICENSE NUMBER:** FP 1767
22a. **FUNERAL HOME:** Hartman Funeral Home
22b. **FUNERAL HOME LICENSE NUMBER:** 57-H FE-0141
22d. **MAILING ADDRESS:** 1801 Delaware Ave, McComb, MS 39648
23a. **PERSON WHO PRONOUNCED DEATH:** Hinton Melanie RN (Hospice Compassus)
23b. **PRONOUNCED DEAD:** April 19, 2016
23c. **PRONOUNCED DEAD (Time):** 0610 a.m.
24a. **NAME OF CERTIFYING PHYSICIAN OR CORONER:** Riggs, John T Dsmsi /L43
24b. **MAILING ADDRESS:** 1870 Callender Rd NE Brookhaven, MS 39601
25f. **TITLE:** Death Coroner/Investigator
25g. **DATE SIGNED:** April 19, 2016

26. **CAUSE OF DEATH PART I:**
(a) IMMEDIATE CAUSE: End-Stage Heart Failure

27. **PART II: OTHER SIGNIFICANT CONDITIONS:** Hypertension

28a. **AUTOPSY:** No
28b. **AUTOPSY FINDINGS AVAILABLE:** No
29. **WAS CASE REFERRED TO MEDICAL EXAMINER:** Yes

---

5/9/2016

Judy Moulder
**STATE REGISTRAR**

**WARNING:** A REPRODUCTION OF THIS DOCUMENT RENDERS IT VOID AND INVALID. DO NOT ACCEPT UNLESS EMBOSSED SEAL OF THE MISSISSIPPI STATE BOARD OF HEALTH IS PRESENT. IT IS ILLEGAL TO ALTER OR COUNTERFEIT THIS DOCUMENT.

**VERIFY PRESENCE OF WATERMARK** HOLD TO LIGHT TO VIEW

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER. THIS IS WATERMARKED PAPER. DO NOT ACCEPT WITHOUT FIRST HOLDING TO LIGHT TO VERIFY WATERMARK