UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Donald F. Burch v. Janssen Research & Development, LLC, et al.* | MAGISTRATE JUDGE NORTH |
| Case File No. 2:16-cv-13272 | |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Catherine J. Burch on behalf of decedent Donald F. Burch.

1.  Donald F. Burch filed a products liability action against Defendants on May 10, 2016, as part of a bundled complaint, Case No. 2:16-cv-04702. On May 19, 2016, the Court entered an Order severing this action from the bundled complaint. Plaintiff filed a Short Form Complaint on July 27, 2016, and was assigned Case No. 2:16-cv-13272.

2.  Donald F. Burch died on July 14, 2015. Counsel did not learn of Mr. Burch's death until after his Complaint was filed.

3.  Plaintiff filed a Suggestion of Death on August 26, 2016.

4.  Donald F. Burch's products liability action against defendants survived his death and was not extinguished.

5.  Catherine J. Burch, surviving spouse of Donald F. Burch, is a proper party to substitute for plaintiff-decedent Donald F. Burch and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. 25(a)(1).

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: <u>August 26, 2016</u>     LAW OFFICES OF CHARLES H. JOHNSON, PA

<u>/s/ Charles H. Johnson</u>
Charles H. Johnson, Esq. (#50696)
Jonathan R. Mencel, Esq. (#390056)
*Attorneys for Plaintiff*
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:     (651) 633-5685
Fax Phone:     (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>/s/ Charles H. Johnson</u>
Charles H. Johnson (MN Bar No. 50696)
Jonathan R. Mencel (MN Bar No. 390056)
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:     (651) 633-5685
Fax Phone:     (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

**ATTORNEYS FOR PLAINTIFF**