UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Donald F. Burch v. Janssen Research & Development, LLC, et al.*<br><br>Case File No. 2:16-cv-13272 | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## ORDER

The Court, after considering Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Catherine J. Burch, as surviving spouse of Donald F. Burch, is substituted for Plaintiff Donald F. Burch in the above-captioned case.

Dated: _____  _____
Hon. Eldon E. Fallon
United States District Court Judge