# DEATH TRANSCRIPT

**VITAL RECORDS CERTIFICATE**

DATE FILED — THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

## CERTIFICATE OF DEATH

Certificate No. 156-15-044642

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE
OCTOBER 29, 2015 06:17 PM

**1. DECEDENT'S LEGAL NAME:** FRANCISCA MARQUEZ (First, Middle, Last)

**2a. New York City Place of Death** — **2b. Borough:** Brooklyn
**2c. Type of Place:** 1 ☒ Hospital Inpatient; 2 ☐ Emergency Dept./Outpatient; 3 ☐ Dead on Arrival; 4 ☐ Nursing Home/Long Term Care Facility; 5 ☐ Hospice Facility; 6 ☐ Decedent's Residence; 7 ☐ Other Specify
**2d. Any Hospice care in last 30 days:** 1 ☐ Yes  2 ☒ No  3 ☐ Unknown
**2e. Name of hospital or other facility:** Lutheran Medical Center

**3a. Date of Death:** October 25, 2015
**3b. Time:** 04:19 PM
**4. Sex:** Female
**5. Date last attended by a Physician:** 10/25/2015

**6. Certifier:** I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See instructions on reverse of certificate.

**Name of Physician:** Kevin Bain DO
**Signature:** Kevin Bain — Signature Electronically Authenticated — D.O.
**Address:** 150 55th Street, Brooklyn, New York 11220
**License No.** 201161
**Date:** OCT-25-2015

**7a. Usual Residence State:** New York
**7b. County:** Kings
**7c. City or Town:** Brooklyn
**7d. Street and Number:** 5613 2nd Avenue
**Apt. No.** 6b
**ZIP Code:** —
**7e. Inside City Limits?** 1 ☒ Yes  2 ☐ No

**8. Date of Birth:** January 08, 1932
**9. Age at last birthday (years):** 83
Under 1 Year — Months 2, Days 3; Under 1 Day — Hours 4, Minutes 5
**10. Social Security No.:** 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

**11a. Usual Occupation:** Home Attendant
**11b. Kind of business or industry:** Care Taker
**12. Aliases or AKAs:** —

**13. Birthplace:** Puerto Rico
**14. Education:** 3 ☒ High school graduate or GED

**15. Ever in U.S. Armed Forces?** 1 ☐ Yes  2 ☒ No
**16. Marital/Partnership Status at time of death:** 7 ☒ Other, Specify — Single
**17. Surviving Spouse's/Partner's Name:** *** ***

**18. Father's Name:** *** ***
**19. Mother's Maiden Name:** *** ***

**20a. Informant's Name:** Orlando Ramos
**20b. Relationship to Decedent:** Son
**20c. Address:** 183 Ocean Parkway 2D, Brooklyn, New York
**ZIP Code:** 11218

**21a. Method of Disposition:** 2 ☒ Cremation
**21b. Place of Disposition:** Rosemount Memorial Park
**21c. Location of Disposition:** Elizabeth, New Jersey
**21d. Date of Disposition:** 10/30/2015

**22a. Funeral Establishment:** Caribe Funeral Home
**22b. Address:** 1922 Utica Avenue, Brooklyn, New York 11234

Family Members–Surviving Spouse's First Name– formerly Uknown; approved by Deputy City Registrar J. Barnswell on Feb-29-2016; Family Members–Surviving Spouse's Last Name– formerly Unknown; approved by Deputy City Registrar J. Barnswell on Feb-29-2016; Family Members–Marital Status– formerly Married, but Separated; approved by Deputy City Registrar J. Barnswell on Feb-29-2016; Family Members–Marital Status Other Specify– formerly blank; approved by Deputy City Registrar J. Barnswell on Feb-29-2016;

VR 15 (Rev. 01/09)



This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.

February 29, 2016  Order No. 20160232107


Steven P. Schwartz, Ph.D., City Registrar

Y00210748

