At a Surrogate's Court of the State of New York held in and for the County of Kings at 2 Johnson Street, Brooklyn, New York, on May  9                                    , 2016.

**SURROGATE'S COURT : KINGS COUNTY**
**HON DIANA A. JOHNSON, SURROGATE**

--------------------------------------------

### Administration Proceeding

Estate of  FRANCISCA MARQUEZ

### Decree
### Appointing Administrator

File No.   2016-1225

                                                    Deceased.
--------------------------------------------

A petition having been filed by **Orlando Ramos**  praying that administration of the goods, chattels and credits of the above-named decedent be granted to **Orlando Ramos**; and all persons named in such petition required to be cited, having been duly cited to show cause why such relief should not be granted or having duly waived the issuance of such citation and consented thereto, and it appearing that **Orlando Ramos** is in all respects competent to act as administrator of the estate of said deceased, and a

        X        bond having been dispensed with pursuant to SCPA § 801

and such representative(s) otherwise having qualified, therefore now, after due deliberation, with no one appearing in opposition thereto, it is

**Ordered and Decreed,** that Letters of Administration issue to

**Orlando Ramos**

**Ordered and Decreed,** that the authority of such representative(s) be restricted in accordance with, and that letters issued contain the limitation, if any, which appears immediately below.

LIMITED LETTERS OF ADMINISTRATION FOR THE SOLE PURPOSE OF COMMENCING AND PROSECUTING A CAUSE OF ACTION ON BEHALF OF THE ESTATE IN THE SUPREME COURT OF KINGS COUNTY.

AND SAID ADMINISTRATOR IS HEREBY RESTRAINED FROM COMPROMISING ANY CAUSE OF ACTION UNTIL FURTHER COURT ORDER PURSUANT TO EPTL 5-4.6 AND UPON FILING A SATISFACTORY BOND OR SATISFACTORY SECURITY.

HON. DIANA A. JOHNSON,
SURROGATE