# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ; | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ; | SECTION: L |
| | : | JUDGE: ELDON E. FALLON |
| | ; | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | : | |
| Francisca Marquez v. Johnson & Johnson, et al; Case No. 2:15-cv 06128 | : | |

## ORDER

AND NOW, on this ____ Day of _____ 2016, upon consideration of the Plaintiff's Motion to Substitute Party Plaintiff and for Leave to Amend Complaint, it is hereby ORDERED that said motion is GRANTED.

The Clerk is hereby directed to enter Plaintiff's Amended Complaint (Exhibit "A" to Plaintiff's Motion) on the docket.

By the Court,

_____
JUDGE ELDON E. FALLON