UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Shayne Potter v. Janssen Research & Development LLC, et al.*<br>Civil Action No. 2:15-cv-7172 | ) ) ) ) ) | Civil Action No. 2:14-md-2592 |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Through counsel, Plaintiff hereby moves to dismiss all parties and claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and PTO No. 24A.

Plaintiff respectfully requests that the Court dismiss this action without prejudice for the reasons contained in the Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice, which is provided herewith as Exhibit A.

As required by PTO 24A, undersigned counsel certifies as follows:

1. Plaintiff's counsel contacted Defendants' Lead and Liaison Counsel on August 4, 2016 regarding the present Motion. Counsel for Defendants indicated in writing on August 22, 2016 that the Bayer and Janssen Defendants oppose the present Motion.

2. Plaintiff's counsel has complied with the filing fee payment provisions of PTO No. 11B and all applicable filing fees have been paid.

WHEREFORE, Plaintiff respectfully requests that this Court enter the Proposed Order submitted herewith granting the Plaintiff's Motion for Voluntary Dismissal Without Prejudice, with each party paying its own costs.

Dated: 8/29/2016                                         Respectfully submitted,

**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**

*/s/ Seth A. Katz*
Seth A. Katz
Attorney Registration Number: 37205 (CO)
40 Inverness Drive East
Englewood, CO  80112
Tel: (303) 792-5595
Fax: (303) 708-0527
skatz@burgsimpson.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Motion for Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17

/s/ Seth A. Katz
Seth A. Katz