UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Shayne Potter v. Janssen Research & Development LLC, et al.*<br>Civil Action No. 2:15-cv-7172 | Civil Action No. 2:14-md-2592 |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Through counsel, Plaintiff herby submits this Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice.

### Background

Plaintiff's Complaint in this matter was filed on December 31, 2015. On January 4, 2016 Plaintiff's counsel was informed that the Plaintiff died on December 19, 2015. As a result of Plaintiff's death, counsel for the Plaintiff is unable to comply with the Plaintiff Fact Sheet requirements contained in CMO No. 1 and PTO No. 13. Undersigned counsel does not represent any party that seeks to join this action and be substituted as Plaintiff in the pending lawsuit, nor has Plaintiff's Counsel been retained to represent Plaintiff's Estate. Accordingly, Plaintiff's counsel seeks dismissal without prejudice. Dismissal without prejudice will protect the rights of the Estate of Shayne Potter and any party that may seek compensation for injuries caused by Mr. Potter's use of Xarelto. Furthermore, permitting Plaintiff's claims to be voluntarily dismissed without prejudice will not result in any prejudice to the Defendants.

### Argument

This Motion seeks Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and PTO 24A.  Granting this request will protect the rights of the Estate of Shayne Potter and any other party that may file a lawsuit seeking compensation for injuries due to Mr. Potter's use of Xarelto.  Furthermore, granting this Motion will cause no prejudice to the Defendants.

Regarding voluntary dismissal without prejudice, the Fifth Circuit Court of Appeals has stated that "courts approve such dismissals unless the defendant will suffer some plain legal prejudice other than the mere prospect of a second lawsuit." *Ikospentakis v. Thalassic S.S. Agency*, 915 F. 2d 176, 177 (5th Cir. 1990).  The Court of Appeals' primary concern is whether dismissal without prejudice will cause the defendant to lose a defense that would otherwise be available. *Id*.

In this case, there is no prospect of the Defendants losing any available defenses if this Motion is granted.   If the Motion is granted, a proper plaintiff would need to file a new lawsuit within the applicable statute of limitations period.  The Defendants would then have every opportunity to vigorously defend against any claims that are filed.  There are no defenses available to the Defendants now that would not also be available in the future should a party seek to file another action arising out of the same facts.  Accordingly, dismissal without prejudice will cause the defendants no legal prejudice.

By contrast, dismissal with prejudice may result in prejudice to the Estate of Shayne Potter or members of the decedent's family who may have potential claims but who are not parties to this lawsuit.  Counsel agrees that dismissal is appropriate because, at this time, there is no Plaintiff to pursue the lawsuit and counsel is unable to comply with the Court's orders, including the requirement of CMO No. 1 and PTO No. 13 to serve a Plaintiff Fact Sheet.

However, because undersigned counsel does not represent the Estate of Shayne Potter or any other party who may have potential claims, counsel is unable to take steps to protect the rights of any such potential claimants other than to ask the Court to dismiss this case without prejudice to claims being filed at a later time.  Thus, we respectfully request that the Court order dismissal of this action *without prejudice*.

## Conclusion

For the reasons stated herein, undersigned counsel respectfully requests that the Court grant the Motion for Voluntarily Dismissal Without Prejudice.

Dated: 8/29/2016                                                                                    Respectfully submitted,

                                        **BURG SIMPSON**
                                        **ELDREDGE HERSH & JARDINE, P.C.**

*/s/ Seth A. Katz*
Seth A. Katz
Attorney Registration Number: 37205 (CO)
40 Inverness Drive East
Englewood, CO  80112
Tel: (303) 792-5595
Fax: (303) 708-0527
skatz@burgsimpson.com
*Attorney for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17

                                                /s/ Seth A. Katz
                                                Seth A. Katz