**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Shayne Potter v. Janssen Research & Development LLC, et al.; 2:15-cv-7172* | ) ) ) ) ) | Civil Action No. 2:14-md-02592 |

# ORDER

IT IS ORDERED that Plaintiff's Motion for Voluntary Dismissal Without Prejudice is hereby GRANTED with each party to pay its own costs.

ORDERED AND SIGNED this \_\_\_\_ day of _____, 2016.

Honorable Eldon E. Fallon
United States District Court Judge