**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO** | ) | MDL No. 2592 |
| **(RIVAROXABAN) PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | SECTION: L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | Civil Action No. 2:14-md-02592 |
| *Shayne Potter v. Janssen Research &* | ) | |
| *Development LLC, et al.; 2:15-cv-7172* | ) | |

## <u>NOTICE OF SUBMISSION AND HEARING</u>

PLEASE TAKE NOTICE THAT Plaintiff Shayne Potter, through counsel, will bring the

attached Plaintiff's Motion for Voluntary Dismissal Without Prejudice for submission and

hearing before the Honorable Eldon E. Fallon on September 20, 2016 at 9:00 a.m.


 Dated: 8/29/2016                                    Respectfully submitted,


                                    **BURG SIMPSON**
                                    **ELDREDGE HERSH & JARDINE, P.C.**


                                    */s/ Seth A. Katz*
                                    Seth A. Katz
                                    Attorney Registration Number: 37205 (CO)
                                    40 Inverness Drive East
                                    Englewood, CO  80112
                                    Tel: (303) 792-5595
                                    Fax: (303) 708-0527
                                    skatz@burgsimpson.com
                                    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Submission and Hearing has

contemporaneously with or before filing been served on all parties or their attorneys in a manner

authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL

Centrality, which will send notice of electronic filing in accordance with the procedures

established in MDL 2592 pursuant to Pre-Trial Order No. 17

/s/ Seth A. Katz
Seth A. Katz