# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>AMY ROBINSON<br><br>       Plaintiff,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>       Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:16-cv-1652 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the claim of Plaintiff AMY ROBINSON is dismissed with prejudice against all defendants, each party to bear its own fees and costs. Plaintiff was initially

filed with the Joint Complaint captioned *Barr et al. v. Janssen Research & Development LLC et al. (2:16-cv-1430).* The claims of the other plaintiffs in the joint complaint are not impacted by the dismissal of the claim asserted by AMY ROBINSON.

WEITZ & LUXENBERG, P.C.
*Attorneys for Plaintiff*
Amy Robinson

By: */s/ Lauren Weitz*
Lauren Weitz
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5556
Facsimile: (646) 293-4370
E-mail: lweitz@weitzlux.com

Dated: 08/29/2016

DRINKER BIDDLE & REATH LLP
*Attorneys for Defendants*
Janssen Pharmaceuticals, Inc.,
Janssen Research & Development LLC,
Janssen Ortho LLC and
Johnson & Johnson

By:  */s/ Susan M. Sharko (with consent)*
Susan M. Sharko
DRINKER BIDDLE & REATH, LLP
600 Campus Drive,
Florham Park, NJ 07932
susan.sharko@dbr.com

Dated: 08/29/2016


KAYE SCHOLER LLP
*Attorneys for Defendants*
Bayer Healthcare Pharmaceuticals, Inc. and
Bayer Pharma AG

By: */s/Andrew Solow (with consent)*
Andrew K. Solow
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
William Hoffman
KAYE SCHOLER LLP
901 15th Street NW
Washington, D.C. 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580
william.hoffman@kayescholer.com

Dated:  08/29/2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of August, 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of such filing.

/s/ Lauren Weitz
Lauren Weitz