UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION
*****************************************
This Document Relates to:  2:16 cv 00399

| | | |
|---|---|---|
| PAUL R. STILLDAY, | * | **MDL NO. 2592** |
| Plaintiff, | * | **SECTION L** |
| v. | * | **JUDGE ELDON E. FALLON** |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | * * * * * * | **MAG. JUDGE NORTH** **UNOPPOSED MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT** |
| Defendants. | | |

Comes now, Mary Ellen Cook-Stillday, Executor/Administrator of the Estate of Paul Stillday, by and through the undersigned counsel of record, and files this Unopposed Motion to Substitute Party and Amend the Compalint pursuant to Fed. Rule Civil Procedure 25(a)(1) and in support thereof would show the following:

1

1. Plaintiff Paul Stillday's attorneys filed a short from complaint on January 1, 2016 in the United States District Court for the Eastern District of Louisiana [Court File No: 2:16 cv 00399; Doc No: 1] in Xarelto MDL No: 2592, alleging injury related to use of Xarelto. Unbeknownst to Plaintiff's counsel at the time the complaint was filed, Plaintiff died on November 23, 2015.  (See death certificate attached as Exhibit 1).  Plaintiff originally retained the law firms of Pearson Randall & Schumacher PA and Verhine and Verhine, PLLC on November 24, 2014.

2. By Order of the Red Lake Nation Tribal Court dated June 13, 2016, the wife of Paul Stillday, Mary Ellen Cook-Stillday, was appointed the Administrator/Executor of the Estate of Paul Stillday and was granted authority to maintain this action. (Attached as Exhibit 2)

3. As part of the Petition for Probate filed by Mary Ellen Cook-Stillday, she had to provide Paul Stillday's proof of enrollment in the Red Band of Chippewa Indians.(Attached as Exhibit 2)

4. At the time of his death, Paul Stillday resided on the Red Lake Nation Indian Reservation located in Beltrami and Clearwater Counties in the State of Minnesota.

5. Administrator/Executor Mary Ellen Cook-Stillday should be substituted as the party plaintiff to proceed with the litigation against above-named defendants for injuries suffered as the result of his use of the prescribed medication Xarelto.

6. Mary Ellen Cook-Stillday is empowered to proceed in the Xarelto lawsuit "within the limits of state and or federal laws", and within the limits of the Red Lake Nation Tribal Code, Sections 900.01 – 900.18 (Exhibit 2).   Pursuant to Minnesota Statute §573.02 Subd. 2:

> "*When injury is caused to a person by the wrongful act or omission of any person or corporation and the person thereafter dies from a cause unrelated to those injuries, the trustee appointed in subdivision 3 may maintain an action for special damages arising*

*out of such injury if the decedent might have maintained an action therefore had the decedent lived."*

Pursuant to Red Lake Nation Trial Code, Section 900.02, Subdivision 3:

*"The Court (tribal court) has full power to make Orders, judgements and decrees and take all other action necessary and proper to administer justice in all matters which come before it."*

7. Mary Ellen Cook-Stillday requests the Court amend the caption of the above identified action to "Mary Ellen Cook-Stillday as Executor and Administrator of the Estate of Paul Stillday (deceased) v. Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC. et al."

WHERERFORE, Mary Ellen Cook-Stillday as Executor and Administrator of the Estate of Paul Stillday, respectfully requests this Court that she be substituted as Plaintiff in this action and that the style of the action be amended to accurately reflect her status as Administrator/Executor of the Estate of Paul Stillday in Red Lake Nation Tribal Court.

Dated: August 15, 2016

Respectfully submitted,

By: /s/ E. Scott Verhine
E. Scott Verhine, MSB #10548
**VERHINE & VERHINE, PLLC**
1013 Adams Street
Vicksburg, MS  39183
Telephone:  (601) 636-0791
Fax:  (601) 636-2718
Email:  scott@verhine.biz

/s/Matthew J. Schumacher
Matthew J. Schumacher, MNB# 244946
Stephen J. Randall, MNB# 221910
**PEARSON, RANDALL & SCHUMACHER, P.A.**
310 Fourth Avenue South, Suite 5010
Minneapolis, MN  55415
Telephone:  (612) 767-7500

Fax:  (612) 767-7501
Email:  mschumacher@prslegal.com
srandall@prslegal.com

**ATTORNEYS FOR PLAINTIFF**