# EXHIBIT 1



## CERTIFICATION OF VITAL RECORD

## CERTIFICATE OF DEATH

STATE FILE NUMBER  2015-MN-042928

| | |
|---|---|
| DECEDENT | PAUL ROBERT STILLDAY |
| NAME PRIOR TO FIRST MARRIAGE | |
| ALSO KNOWN AS | |
| SOCIAL SECURITY NUMBER | 477 - 60 - 9294 |
| SEX | MALE |
| BORN | APRIL 25, 1950 |
| PLACE OF BIRTH | RED LAKE     MINNESOTA |
| DATE OF DEATH | NOVEMBER 23, 2015 |
| PLACE OF DEATH | RED LAKE HOSPITAL |
| | RED LAKE     BELTRAMI     MINNESOTA |
| MARITAL STATUS | MARRIED |
| SPOUSE | MARY ELLEN COOK |
| RESIDENCE | RED LAKE     BELTRAMI     MINNESOTA |
| PARENT | MARY JANE MASON |
| PARENT | ROBERT STILLDAY |
| FUNERAL HOME | NORTHERN PEACE FUNERAL HOME |
| DISPOSITION | BURIAL |
| CAUSE OF DEATH | |
| IMMEDIATE | CARDIO RESPIRATORY ARREST |
| UNDERLYING | SEVERE ISCHEMIC CARDIOMYOPATHY |
| | CORONARY ARTERY DISEASE |
| OTHER CONTRIBUTING CONDITIONS | TOBACCO USE SMOKER, TYPE 2 DIABETES MELLITUS, HYPERTENSION, HYPERLIPIDEMIA, COPD, ATRIAL FIBRILLATION FLUTTER |
| MANNER | NATURAL |
| MEDICAL EXAMINER, CORONER OR PHYSICIAN | MICHAEL P. BORROMEO, M.D. |
| | PHS INDIAN HOSPITAL, HWY 1, RED LAKE, MINNESOTA, 56671 |

THIS RECORD HAS NOT BEEN AMENDED

THIS IS A TRUE AND CORRECT RECORD OF DEATH REGISTERED IN THE MINNESOTA OFFICE OF VITAL RECORDS.

MR&C Certificate ID
9733993

FILED: NOVEMBER 27, 2015

*Molly Mulcahy Crawford*
Molly Mulcahy Crawford
STATE REGISTRAR

000018387
11A-000018387

ISSUED: DECEMBER 14, 2015     CASS COUNTY AUDITOR/TREASURER

THIS CERTIFICATION IS VALID ONLY WHEN REPRODUCED ON WATERMARKED SECURITY PAPER WITH A RAISED BORDER AND RAISED STATE SEAL OF MINNESOTA.



