MINUTE ENTRY
FALLON, J.
AUGUST 26, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic hearing was held on this date in the chambers of Judge Eldon E. Fallon. The PSC was represented by Lenny Davis, Jerry Meunier, Brian Barr, and Roger Denton. Defendants were represented by Jim Irwin, John Olinde, Susan Sharko, Steve Glickstein, and Andy Solow. Third Party Portola was represented by Mark Lambert. The status conference was transcribed by Court Reporter Jodi Simcox. To obtain a copy of the transcript, contact Ms. Simcox at (504) 589-7780.

At the conference, the Court discussed Duke Clinical Research Institute's production of documents, Portola's Motion to Compel, scheduling of depositions and expert report deadlines, Pennsylvania bellwether trials, and logistical problems with current bellwether trial dates.

JS10(00:30)