UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   XARELTO (RIVAROXABAN)
         PRODUCTS LIABILITY LITIGATION

|  | MDL No. 2592 |
|---|---|
| **THIS DOCUMENTS RELATES TO:** | **SECTION: L** |
| *Major Porterfield*<br>*No. 2:15-cv-0253* | **JUDGE: ELDON E. FALLON** |
|  | **MAG. JUDGE: MICHAEL NORTH** |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Undersigned counsel for Plaintiff, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order replacing Plaintiff Major Porterfield with Velma McDaniel, Administrator *ad Litem* for the Estate of Major Porterfield, and in support states as follows:

1. Plaintiff Major Porterfield passed away on June 7, 2015, as reported to the Court in the attached Suggestion of Death (Ex. 1).

2. On November 10, 2015, the Shelby County, Tennessee Judge of Probate entered an order naming Velma McDaniel as Administrator *ad Litem* of the Estate of Major Porterfield. (Ex. 2)

3. Thus, as death does not extinguish his cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Velma McDaniel, Administrator *ad Litem* for the Estate of Major Porterfield as the named party in the place of Major Porterfield.

WHEREFORE, for each and all of the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Velma McDaniel, Administrator *ad Litem* for the Estate of Major Porterfield as the named party in the place of Major Porterfield.

Date:  August 30th, 2016.

                                            **THE COCHRAN FIRM-DOTHAN**

                                            By: /s/ Joseph D. Lane
                                            Joseph D. Lane
                                            AL Bar ASB 9991 N75-J
                                            111 E. Main Street
                                            Dothan, AL 36301
                                            phone: (334) 673-1555
                                            fax: (334) 699-7229
                                            e-mail: joelane@cochranfirm.com
                                            *Counsel for plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day 30th day of August, 2016, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

                                            /s/ Joseph D. Lane
                                            Joseph D. Lane