# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     XARELTO (RIVAROXABAN)
             PRODUCTS LIABILITY LITIGATION

| | MDL No. 2592 |
|---|---|
| **THIS DOCUMENTS RELATES TO:** | **SECTION: L** |
| *Major Porterfield*<br>*No. 2:15-cv-0253* | **JUDGE: ELDON E. FALLON** |
| | **MAG. JUDGE: MICHAEL NORTH** |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel herby informs the Honorable Court of the death of the Plaintiff, Major Porterfield.

Dated: August 30th, 2016.

                                **THE COCHRAN FIRM-DOTHAN**

                                By: /s/ Joseph D. Lane
                                Joseph D. Lane
                                AL Bar ASB 9991 N75-J
                                111 E. Main Street
                                Dothan, AL 36301
                                phone: (334) 673-1555
                                fax: (334) 699-7229
                                e-mail: joelane@cochranfirm.com
                                *Counsel for plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day 30th day of August, 2016, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Joseph D. Lane
Joseph D. Lane
