# Exhibit 2

IN THE PROBATE COURT OF SHELBY COUNTY, TENNESSEE

| | |
|---|---|
| IN RE: ESTATE OF<br>MAJOR PORTERFIELD,<br>DECEASED. | No. PR 4844 |

ORDER APPOINTING ADMINISTRATOR *AD LITEM* TO PROSECUTE LAWSUIT

THIS CAUSE came to be heard upon the Petition of Velma McDaniel for the appointment of an Administrator *ad Litem* for the Estate of Major Porterfield, the decedent, upon the statements of counsel, upon the Joinders of the heirs-at-law, and upon the entire record in this cause, from all of which it appears to the Court that Major Porterfield died on June 7, 2015 in Shelby County, Tennessee, at which time he was a resident of Shelby County, Tennessee; that no estate administration has been opened for Major Porterfield; and it further appearing to the Court that the decedent initiated a lawsuit for damages arising in tort prior to his death which the heirs-at-law desire to pursue (United States District Court, Eastern District of Louisiana, Case No. 2:14-md-02592-EEF-MBN); that the heirs desire for Velma McDaniel to be appointed as Administrator *ad Litem* for the sole purpose of serving as the plaintiff to such action so that such suit can be fully prosecuted; and it further appearing to the Court that this Court has inherent jurisdiction to appoint an Administrator *ad Litem* under TENN. CODE ANN. § 30-1-109 for such a limited purpose.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Velma McDaniel be and is hereby appointed as Administrator *ad Litem* of the Estate of Major Porterfield, deceased. The sole purpose of the Administrator *ad Litem* is to serve as a plaintiff to the tort action filed by the decedent before his death (United States District Court, Eastern District of Louisiana, Case No. 2:14-md-02592-EEF-MBN). The Administrator *ad Litem* is

not authorized or required to marshal the assets of the decedent or to take any other action in this estate, but she may do everything necessary to fully prosecute the tort action for the benefit of the decedent's estate and/or heirs-at-law, including requesting the decedent's medical records, substituting or joining as plaintiff, or co-plaintiff, the lawsuit against the alleged tortfeasors in the trial court, conducting investigation and discovery, and resolving the lawsuit by settlement, judgment, or appeal, without further order of this Court.

<u>**KATHLEEN N. GOMES**</u>
PROBATE JUDGE

NOV 10 2015

DATE

APPROVED FOR ENTRY:

*M. Matthew Thornton*
M. Matthew Thornton (BPR #18930)
BOURLAND, HEFLIN, ALVAREZ, MINOR & MATTHEWS, PLC
Attorneys for Petitioner
5400 Poplar Avenue, Suite 100
Memphis, Tennessee 38119-3660
(901) 683-3526

A TRUE COPY ATTEST
PAUL BOYD, CLERK
BY _____ D.C.