# Exhibit 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   XARELTO (RIVAROXABAN)
         PRODUCTS LIABILITY LITIGATION

|  | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Major Porterfield* *No. 2:15-cv-0253* | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Velma McDaniel, on behalf of the Estate of Major Porterfield, is substituted for Plaintiff Major Porterfield, in the above captioned cause.

Date:_____       _____
                              Hon. Eldon E. Fallon
                              United States District Court Judge