UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   XARELTO (RIVAROXABAN)
         PRODUCTS LIABILITY LITIGATION

| | MDL No. 2592 |
|---|---|
| THIS DOCUMENTS RELATES TO: | SECTION: L |
| *Lois Pardee Manning*<br>*No. 2:15-cv-01037* | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF**

Undersigned counsel for Plaintiff, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order replacing Plaintiff Lois Pardee Manning with Jessica Smith, Personal Representative of the Estate of Lois Manning, and in support states as follows:

1. Plaintiff Lois Manning passed away on March 20, 2015, as reported to the Court in the attached Suggestion of Death. (Ex. 1)

2. On April 18, 2016, the Suwannee County Circuit Judge, Probate Division, entered an order naming Jessica Smith the Personal Representative of the Estate of Lois P. Manning. (Ex. 2)

3. Thus, as death does not extinguish her cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Jessica Smith, Personal Representative of the Estate of Lois P. Manning as the named party in the place of Lois Pardee Manning.

WHEREFORE, for each and all of the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Jessica Smith, Personal Representative of the Estate of Lois P. Manning as the named party in the place of Lois Pardee Manning.

Date:  August 30th, 2016.

        THE COCHRAN FIRM-DOTHAN

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: joelane@cochranfirm.com
*Counsel for plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of August, 2016, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Joseph D. Lane
Joseph D. Lane