# Exhibit 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)
        PRODUCTS LIABILITY LITIGATION

|                                                                        |                                 |
| ---------------------------------------------------------------------- | ------------------------------- |
|                                                                        | MDL No. 2592                    |
| **THIS DOCUMENTS RELATES TO:**                                         | SECTION: L                      |
| *Lois Pardee Manning*<br>*No. 2:15-cv-01037*                           | JUDGE: ELDON E. FALLON          |
|                                                                        | MAG. JUDGE: MICHAEL NORTH       |

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel herby informs the Honorable Court of the death of the Plaintiff, Lois Pardee Manning.

Dated: August 30th, 2016.

THE COCHRAN FIRM-DOTHAN

By: /s/ Joseph D. Lane
Joseph D. Lane
AL Bar ASB 9991 N75-J
111 E. Main Street
Dothan, AL 36301
phone: (334) 673-1555
fax: (334) 699-7229
e-mail: joelane@cochranfirm.com
*Counsel for plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this 30th day of August, 2016, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

                                        /s/ Joseph D. Lane  
                                        Joseph D. Lane