# Exhibit 2

IN THE CIRCUIT COURT FOR SUWANNEE COUNTY, FLORIDA

PROBATE DIVISION

IN RE: ESTATE OF

LOIS P. MANNING

Deceased.

File No. 2016-047-CP

Barry A. Baker Clerk, Suwannee County Clerk of the Circuit Court File#2016180984 OR:1916 PG: 406 Page/s: 1 of 1 CP Rec:4/19/2016 9:00 AM

## LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN:

WHEREAS, LOIS P. MANNING, a resident of Suwannee County, Florida, died on March 20, 2015, owning assets in the State of Florida, and

WHEREAS, JESSICA SMITH has been appointed Personal Representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned Circuit Judge, declare JESSICA SMITH duly qualified under the laws of the State of Florida to act as Personal Representative of the estate of LOIS P. MANNING, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on _April 18th, 2016_

_____
CIRCUIT JUDGE

cc: Adam Morrison

I hereby certify copies were mailed/hand delivered.
____4/18/16____ Date
_____, Deputy Clerk

SCANNED

2016 APR 18 PM 4:16
SUWANNEE COUNTY
CLERK OF COURT
DOCKETED FILED
RECEIVED