# Exhibit 3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE:   XARELTO (RIVAROXABAN)
         PRODUCTS LIABILITY LITIGATION

|                              | MDL No. 2592                  |
| ---------------------------- | ----------------------------- |
| **THIS DOCUMENTS RELATES TO:** | **SECTION: L**                |
| *Lois Pardee Manning*<br>*No. 2:15-cv-01037* | **JUDGE: ELDON E. FALLON**    |
|                              | **MAG. JUDGE: MICHAEL NORTH** |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Jessica Smith, on behalf of the Estate of Lois Pardee Manning, is substituted for Plaintiff Lois Pardee Manning, in the above captioned cause.

Date:_____          _____
                                 Hon. Eldon E. Fallon
                                 United States District Court Judge