UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

William E. Myrick - 2:15-cv-6700

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned attorney herby informs the Honorable Court of the death of Plaintiff, William E. Myrick.

Date: August 30, 2016

                 Respectfully submitted,

                 **Hilliard Munoz Gonzales LLP**

                 By: /s/ T. Christopher Pinedo
                 Robert C. Hilliard
                 Texas State Bar No. 09677700
                 Federal Bar No. 5912
                 Catherine Tobin
                 Texas State Bar No. 24013642
                 Federal Bar No. 25316
                 John Martinez
                 Texas State Bar No. 24010212
                 Federal Bar No. 23612
                 T. Christopher Pinedo
                 Texas State Bar No. 00788935
                 Federal Bar No. 17993

        719 S. Shoreline, Suite 500
        Corpus Christi, Texas 78401
        361-882-1612 Telephone
        361-882-3015 Facsimile
        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

       /s/ T. Christopher Pinedo
      Thomas Christopher Pinedo