UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Robert Shepherd, Jr.-2:15-cv-6759

### NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned attorney herby informs the Honorable Court of the death of Plaintiff, Robert Shepherd, Jr.

Date: August 30, 2016

                                                                                         Respectfully submitted,

                                                                                         **Hilliard Munoz Gonzales LLP**

                                                                                         By: /s/ T. Christopher Pinedo
                                                                                         Robert C. Hilliard
                                                                                         Texas State Bar No. 09677700
                                                                                         Federal Bar No. 5912
                                                                                         Catherine Tobin
                                                                                         Texas State Bar No. 24013642
                                                                                         Federal Bar No. 25316
                                                                                         John Martinez
                                                                                         Texas State Bar No. 24010212
                                                                                         Federal Bar No. 23612
                                                                                         T. Christopher Pinedo
                                                                                         Texas State Bar No. 00788935
                                                                                         Federal Bar No. 17993

> 719 S. Shoreline, Suite 500
> Corpus Christi, Texas 78401
> 361-882-1612 Telephone
> 361-882-3015 Facsimile
> **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that the copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                             /s/ T. Christopher Pinedo
                                             Thomas Christopher Pinedo