UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Robert Shepherd, Jr.-2:15-cv-6759

## PROPOSED ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Ronald Shepherd, as Independent Administrator for the deceased, Robert Shepherd, Jr., as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "Ronald Shepherd, Independent Administrator for the deceased, Robert Shepherd, Jr.", Plaintiff.

Dated this _____ day of _____, 2016

_____
Honorable Eldon E. Fallon
United states District Court Judge