UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592** <br><br> **SECTION: L** <br><br> **JUDGE: FALLON** <br><br> **MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Pauline Allen - 2:15-cv-3178

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Plaintiff, Pauline Allen, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Plaintiff, Pauline Allen, passed away on February 9, 2016, as reported to the Court in the Notice of Death filed on August 30, 2016.

2. Plaintiff will seek to Substitute John David Allen as the Party Plaintiff due to the death of Pauline Allen. John David Allen has been appointed as Personal Representative of the Estate of Pauline Allen, deceased by the Superior Court of the State of Washington in and for the County of Okanogan.

3. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute John David Allen, as Personal Representative for the deceased, Pauline Allen, as the named party in the place of Pauline Allen.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: August 30, 2016

                                                  Respectfully submitted,

                                                  **Hilliard Munoz Gonzales LLP**

                                                  By: /s/ T. Christopher Pinedo
                                                  Robert C. Hilliard
                                                  Texas State Bar No. 09677700
                                                  Federal Bar No. 5912
                                                  Catherine Tobin
                                                  Texas State Bar No. 24013642
                                                  Federal Bar No. 25316
                                                  John Martinez
                                                  Texas State Bar No. 24010212
                                                  Federal Bar No. 23612
                                                  T. Christopher Pinedo
                                                  Texas State Bar No. 00788935
                                                  Federal Bar No. 17993

                                                  719 S. Shoreline, Suite 500
                                                  Corpus Christi, Texas 78401
                                                  361-882-1612 Telephone
                                                  361-882-3015 Facsimile
                                                  **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via the the Court's CM/ECF system on this 30th day of August, 2016.

                                                      /s/ T. Christopher Pinedo
                                                      Thomas Christopher Pinedo