UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Barry John Thomas - 2:16-cv-3203

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Plaintiff, Barry John Thomas, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Plaintiff, Barry John Thomas, passed away on April 23, 2016, as reported to the Court in the Notice of Death filed on August 30, 2016.

2. Plaintiff will seek to Substitute Holly Thomas as the Party Plaintiff due to the death of Barry John Thomas. Holly Thomas is the successor in interest to Barry John Thomas, deceased, by affidavit under the laws of the State of California.

3. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Holly Thomas, as successor for the deceased, Barry John Thomas, as the named party in the place of Barry John Thomas.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: August 30, 2016

                Respectfully submitted,

                **Hilliard Munoz Gonzales LLP**

                By: /s/ T. Christopher Pinedo
                Robert C. Hilliard
                Texas State Bar No. 09677700
                Federal Bar No. 5912
                Catherine Tobin
                Texas State Bar No. 24013642
                Federal Bar No. 25316
                John Martinez
                Texas State Bar No. 24010212
                Federal Bar No. 23612
                T. Christopher Pinedo
                Texas State Bar No. 00788935
                Federal Bar No. 17993

                719 S. Shoreline, Suite 500
                Corpus Christi, Texas 78401
                361-882-1612 Telephone
                361-882-3015 Facsimile
                **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via the the Court's CM/ECF system on this 30th day of August, 2016.

                                            /s/ T. Christopher Pinedo
                                            Thomas Christopher Pinedo