UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

**************************************

THIS DOCUMENT RELATES TO**:**
*MICHAEL ST. PIERRE, v. Janssen Research & Development, LLC, et al; LAED USDC No2:15-cv-00397-EEF-MBN*

## PROPOSED ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Louise Gaudet St. Pierre and Scott St. Pierre, on behalf of the estate of Michael St. Pierre, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED, and the Clerk is hereby directed to correct the caption to reflect the proper parties as "Louise Gaudet St. Pierre and Scott St. Pierre, on behalf of the estate of Michael St. Pierre", Plaintiff.

Dated this _____day of _____, 2016

_____
Honorable Eldon E. Fallon
United states District Court Judge