UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | JUDGE ELDON E. FALLON |
| *Linard Allen, et al. v. Janssen Research &* ) | |
| *Development, LLC, et al.* ) | |
| **Civil Action No.** *2:16-cv-06589* ) | MAGISTRATE JUDGE NORTH |

## ORDER

The Court, after considering the Plaintiffs' Motion to Amend Joint Complaint as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT Plaintiffs' Motion to Amend Joint Complaint is granted. The Clerk of Court is directed to file the Amended Joint Complaint attached as Exhibit 1 to Plaintiffs' Motion.

New Orleans, Louisiana this 30th day of August, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge