UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE NORTH |
| *Donald F. Burch v. Janssen Research & Development, LLC, et al.* | |
| Case File No. 2:16-cv-13272 | |

## ORDER

The Court, after considering Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Catherine J. Burch, as surviving spouse of Donald F. Burch, is substituted for Plaintiff Donald F. Burch in the above-captioned case.

New Orleans, Louisiana this 30th day of August, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge