# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** | **JURY TRIAL DEMAND** |

SMITH H. PARSONS

Civil Action No.: 16-01988

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Allawana Parsons, on behalf of the Estate of Smith Parsons, is substituted for Plaintiff Smith Parsons, in the above captioned cause.

New Orleans, Louisiana this 30th day of August, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge