UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Bonnie Frick v. Janssen Research & Development LLC, et al;* **Case No.: 2:16-cv-04814**

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Diane Wilson, as executor of the estate of Bonnie Frick, is substituted for Plaintiff Bonnie Frick, in the above captioned cause.

New Orleans, Louisiana this 30th day of August, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge