UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Steve Mull, et al. v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:16-cv-14019

### PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF A HIPAA PROTECTIVE ORDER TO OBTAIN THE RELEASE OF MEDICAL RECORDS

Plaintiff Steve Mull, individually and as surviving spouse of the Estate of Felix Lopez, Deceased, by and through his attorney, Lisa Causey-Streete, and pursuant to Federal Rule of Civil Procedure 26(c), moves for entry of a HIPAA protective order permitting the disclosure of "protected health information" of his deceased husband, Felix Lopez, for the purpose of the above above-captioned litigation, and in support of this motion, states as follows:

1. On July 6, 2016, Plaintiff, Steve Mull, issued his first request for medical records to Socorro General Hospital[1] in this products liability litigation, seeking the medical records pertaining to his late husband's hospitalization at that facility as it directly pertains to the instant matter. The request (attached as Exhibit A[2]) included a copy of the death certificate of Felix Lopez as well as a HIPAA-compliant Authorization to Release Protected Health Information signed and initialed by Plaintiff indicating his consent to release said records on behalf of the Deceased.

2. On July 28, 2016, Plaintiff's attorney was informed via a fax from MRO Corp. that Presbyterian Healthcare Services / Socorro General Hospital would not be responding to the request as

---

[1] Socorro General Hospital is a partnership between Socorro County, a local Board of Trustees, and Presbyterian Healthcare Services. *See* About Socorro General Hospital *https://socorro-general-hospital.phs.org/about/Pages/default.aspx* (last visited Aug. 22, 2016)

[2] Plaintiff has redacted certain private, confidential information.

the paperwork was inadequate. Specifically, Presbyterian Healthcare Services / Socorro General Hospital requires Plaintiff to submit a Letter of Administration from the Court naming him personal representative over the Deceased's estate (Exhibit B.)

3. Pursuant to the implementing regulation of the Health Insurance Portability and Accountability Act of 1996, 45 C.F.R. § 164.512(e)(1), and because Presbyterian Healthcare Services has indicated it will not release the Deceased medical records without Letters of Administration, and because Plaintiff must submit these records for purposes of the Xarelto litigation no later than November 20, 2016, Plaintiff, Steve Mull, individually and as surviving spouse of the Estate of Felix Lopez, Deceased, requests that the court enter the attached, proposed HIPAA protective order, which permits "covered entities" (namely, the hospitals, pharmacies, and/or clinics where Felix Lopez was treated for his alleged injuries) to release the desired medical records pursuant to a records request issued by Plaintiff's attorney, Lisa Causey-Streete.

WHEREFORE, Plaintiff, Steve Mull, individually and as surviving spouse of the Estate of Felix Lopez, Deceased, requests that the court enter a HIPAA protective order authorizing the disclosure of Felix Lopez's protected health information for the purposes of this products liability litigation as outlined in the proposed order.

Date: August 30, 2016

Respectfully submitted,

By: <u>Lisa Causey-Streete</u>
Lisa Causey-Streete (#33767)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax (318) 354-1227
lcausey@salim-beasley.com

Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Date: August 30, 2016                                       /s/ Lisa Causey-Streete
                                                            Lisa Causey-Streete