



**SALIM-BEASLEY** *LLC*

ATTORNEYS AT LAW

1901 Texas Street
Natchitoches, LA 71457
Toll-Free: 1-800-491-1817
Facsimile: (318) 354-1227
www.salim-beasley.com

Robert L. Salim
Barrett Beasley*
Lisa Causey-Streete**
*Also admitted in California
**Also admitted in Texas

July 6, 2016

Socorro General Hospital
Attn: Custodian of Medical Records
1202 US-60
Socorro, NM  87801

Re:     Records Request
        Claimant: Felix Lopez: SSN:          0443 DOB:        1970

To Whom It May Concern:

Please be advised that this law firm represents Felix Lopez regarding a personal injury/product liability claim against the manufacturers of Xarelto.  Please forward a <u>certified copy</u> of the discharge summaries and ER reports for the dates <u>**1/1/2012 - 1/31/2016**</u> to me as soon as possible via: U.S. Mail to 1901 Texas Street, Natchitoches, LA 71457; facsimile at (318) 354-1227; or e-mail at croberts@salim-beasley.com. Please be sure to send the original certification of records via U.S. Mail to the above address. **<u>If the cost associated with this request is over the amount of $100.00</u>, please fax an invoice to me at 318-354-1227 or send it by e-mail at <u>croberts@salim-beasley.com</u> for pre-approval and payment.**

I thank you for your time and cooperation and look forward to your prompt response.  If you have any questions or concerns, you may reach me toll-free at 1-800-491-1817.

With kindest regards, I remain
Yours truly,

Catherine Roberts

Catherine Roberts

Catherine Roberts, Paralegal
e-mail: croberts@salim-beasley.com

## AFFIDAVIT OF RECORDS CUSTODIAN

Records Pertaining To: _____

(Patient)

Type of Records: _____

BEFORE ME, the undersigned authority, personally came and appeared _____

_____, who, being by me duly sworn, deposed as follows:

of Records)

(Custodian

My name is _____, I am over eighteen

(18) years of age, of sound mind, capable of making this affidavit, and personally acquainted with the

facts herein stated:

I am the Custodian of Records for: _____.

(Facility)

Attached hereto are _____ pages of records from this facility. These records are kept in

the regular course of business, and it was the regular course of business for an employee or

representative of this facility, with knowledge of the act, event, condition, opinion, or diagnosis,

recorded to make the record or to transmit information thereof to be included in such record; and the

record was made at or near the time or reasonably soon thereafter. The records attached hereto are

the original or exact duplicates of the original.


_____

AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the _____ day of _____, 20____.


_____

NOTARY PUBLIC

My Commission Expires:_____.

## AUTHORIZATION TO USE OR DISCLOSE PROTECTED HEALTH INFORMATION

| Individual's Name:<br>FELIX L. LOPEZ | | | Individual's Date of Birth:<br>1970 |
|---|---|---|---|
| Street Address:<br>211 TORNILLO CT | | | Individual's Social Security Number:<br>0443 |
| City:<br>SOCORRO | State:<br>NM | Zip:<br>87801 | Phone:<br>N/A |

I hereby authorize __Socorro General Hospital__ to disclose the above named individual's health information as described below to **Salim-Beasley, LLC, 1901 Texas Street, Natchitoches, LA 71457**.

Disclose the following PHI for treatment dates __1 · 1 · 12__ to __1 · 31 · 16__

| | | | |
|---|---|---|---|
| ☐ Abstract/Pertinent | ☐ History & Physical | ☑ Discharge Summary | ☐ Consult |
| ☐ Operative Report | ☐ Progress Notes | ☐ Physician Orders | ☐ Nurses Notes |
| ☑ ER Report | ☐ Lab | ☐ X-ray films / reports | ☐ Entire Chart |
| ☐ M.A.R. | ☐ Pharmacy | ☐ Subrogation Information (Lien) | ☐ Billing (Itemized Statements) |

Other Specified: _____

The above information is disclosed for the following purposes:

☐ Medical Care   ☒ Legal   ☐ Insurance   ☐ Personal   ☐ Other _____

*Initials*

I acknowledge, and hereby consent to such, that the released information may contain information relating to sexually transmitted disease, Human Immunodeficiency Virus (HIV Infection, Acquired Immune Deficiency Syndrome or AIDS Related Complex) and any other communicable disease. It may also include information about behavioral or mental health services, and referral and/or treatment for alcohol and drug abuse (as permitted by 42 CFR Part 2) as well as genetic information.

- I understand that if I give permission, I have the right to change my mind and revoke this authorization in writing to: Salim-Beasley, LLC, 1901 Texas Street, Natchitoches, LA 71457. I also understand that any uses or disclosure already made with my permission cannot be taken back.

- If this authorization is needed as a condition to obtain health care coverage and I revoke it, then I understand that the above person/organization who would have received the information may have the right to contest health care coverage claims.

- Unless otherwise revoked, this authorization will expire on the following date, event of condition. (If I fail to specify an expiration date, event or condition, this authorization will expire one (1) year from the signature date.)

   Date, Event or Condition: _____ July 5, 2017 _____

- I understand that authorizing the disclosure of this health information in voluntary. I also understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability obtain treatment, payment for services, or eligibility for benefits unless the information is necessary to demonstrate that I meet eligibility or enrollment criteria.

- I understand that once the health information I have authorized to be disclosed reached the noted recipient, that person or organization may redisclose it, at which time it may no longer be protected under Privacy laws. I further understand that I may request a copy of this signed Authorization.

*I have read the above and authorize the disclosure of the protected health information as stated.*

| | |
|---|---|
| _____<br>Signature of Patient/Legal Representative | _____July 5, 2016_____<br>Date |

If signed by legal representative, relationship to patient: ____ SPOUSE _____

Any facsimile, copy or photocopy of this authorization shall authorize you to release the records requested herein.

REV (8/13)

# STATE OF NEW MEXICO
## CERTIFICATE OF DEATH
New Mexico Vital Records and Health Statistics
State of New Mexico
United States of America

No. 3745848

**DECEDENT'S LEGAL NAME**

<<<Felix L Lopez - Mull>>>

**IF FEMALE, MAIDEN NAME**

<<<>>>

**DATE OF DEATH**

January 31, 2016

**TIME OF DEATH**

08:55   AM ☐   PM ☒

**SEX**

Male

**SOCIAL SECURITY NUMBER**

0443

**MARITAL STATUS**

Married

**SURVIVING SPOUSE - If wife, maiden name**

<<<Steven Mull>>>

**DATE OF BIRTH**

1970

**BIRTH PLACE**

Albuquerque, New Mexico, United States

**SERVED IN U.S. ARMED FORCES**

Yes ☐   No ☒

**DECEDENT'S RACE**

White

**TRIBE**

<<<>>>

**HISPANIC**

Yes ☒   No ☐

**DECEDENT'S RESIDENCE COUNTY**

Socorro

**DECEDENT'S RESIDENCE STATE**

New Mexico

**MOTHER'S FULL MAIDEN NAME**

<<<Louisa Gallegos>>>

**FATHER'S FULL NAME**

<<<Richard V Lopez>>>

**METHOD OF DISPOSITION**

☐ Burial   ☐ Donation   ☐ Removal from State
☒ Cremation   ☐ Entombment   ☐ Other (Specify): <<<>>>

**DISPOSITION LOCATION**

Daniels Family Crematory (Yale)

**FUNERAL SERVICE FACILITY**

Daniels Family Funeral Services Socorro

**COUNTY OF DEATH**

Socorro

**PLACE OF DEATH**

Socorro General Hospital

**TYPE OF PLACE**

Hospital-Emergency Room/Outpatient

**NAME OF PERSON CERTIFYING CAUSE OF DEATH**

<<< Karen Cline-Parhamovich DO >>>

**MANNER OF DEATH**

☒ Natural   ☐ Accident   ☐ Homicide   ☐ Suicide   ☐ Undetermined   ☐ Pending Investigation

**CAUSE OF DEATH**

*PART I. Events such as diseases, injuries, or complications that directly caused the death.*

a. Spontaneous coronary artery dissection due to isolated eosinophilic coronary periarteritis

b. <<<>>>

c. <<<>>>

d. <<<>>>

*PART II. Other significant conditions contributing to death.*

Obesity, hypertension

File Number: 2016-005547
File Date: May 02, 2016
Order Number: 20160500171

*Renee Valencia*, State Registrar

### CERTIFIED COPY OF VITAL RECORD
This is a true and exact reproduction of all or part of the document officially registered and filed with the New Mexico Bureau of Vital Records and Health Statistics. Department of Health.

DATE ISSUED May-03-2016



WARNING: IT IS ILLEGAL TO ALTER, COPY OR COUNTERFEIT THIS CERTIFICATE.
ADVERTENCIA: ES ILEGAL ALTERAR, COPIAR O FALSIFICAR ESTE CERTIFICADO.

Hold to light to view the Raised Seal of New Mexico    The back of this document contains a watermark displaying the State Seal of New Mexico

## AFFIDAVIT OF NEXT OF KIN

The undersigned, being first duly sworn, deposes and says:

1. That I am the surviving spouse or next of kin of
   FELIX L. LOPEZ-MULL who died on or about the 31 day
   of JANUARY, 2016.

2. That no personal representative has been appointed for the decedent's
   estate in this state or elsewhere and no application for such an
   appointment is pending in the state or elsewhere.

3. That this affidavit is made in support of the undersigned's request for the
   release of medical records.

Further, your affiant sayeth naught.

Dated the 24 day of June, 2016.

SIGNATURE: _____
(Print Name: STEVEN C. LOPEZ MULL SR)

SUBSCRIBED AND SWORN to before me this

24 day of June, 2016 by

_____
Notary Public

OFFICIAL SEAL:
ANA R CHAVEZ
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: