**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403



Fax: (610) 962-8421
Phone: 888-252-4146

Request ID: **13706587**
Tracking #: **PHCS9DXYKAY3W**

**Catherine Roberts**
Salim-Beasley LLC
1901 Texas Street
Natchitoches, LA 71457

Track your request at www.roilog.com.
Enter your Tracking # and Request ID.

Date: 7/28/2016
Phone: 800-491-1817
Fax: 318-354-1227

### Notice of an Issue Regarding Your Medical Record Information Request

There is an issue with your medical record request (see below). In order to resolve this issue; please fax the information requested to MRO at (610) 962-8421. Upon receipt of the requested information, your request will be processed as quickly as possible. **If you send this information to the facility the process may be delayed.**

Please note that you may be billed for a search/retrieval fee if you cancel your request.

Should you have any questions, send an e-mail to Requestinformation@mrocorp.com.
Please be sure to enter your Request ID in the subject field of the e-mail.
**PLEASE DO NOT CONTACT THE MEDICAL FACILITY ABOUT THIS REQUEST.**

Thank you,
**MRO**

Patient Name: **FELIX L LOPEZ**          Your Request Date: 7/6/2016
                                         Your Reference Number:
                                         Date Received at Facility: 7/18/2016

Your request is being processed by MRO on behalf of the following facility:

Facility:  **Presbyterian Healthcare Services**
           1100 Central Avenue SE
           Albuquerque, NM 87106

The issue related to this request is: **Proof of Executorship Required**

The patient whose records have been requested is deceased and the patient's records can only be released to the patient's duly appointed personal representative. A copy of the Letter of Administration from the Court naming a personal representative is required.

Additional Comments:
THIS FACILITY DOES NOT ACCEPT AFFIDAVITS OF NEXT OF KIN. THANK YOU

## AUTHORIZATION FOR USE AND RELEASE OF HEALTH RECORDS



Release of Information

Patient's Full Name: _____  Date of Birth: _____

Social Security Number: _____  Medical Record No: _____

### RELEASE OF GENERAL HEALTH RECORDS

I AUTHORIZE PRESBYTERIAN HEALTHCARE SERVICES ("PRESBYTERIAN") TO USE OR RELEASE (DISCLOSE) THE FOLLOWING HEALTH RECORDS OF THE ABOVE NAMED PATIENT ("PATIENT").

☐ Dictated Reports   ☐ Test Results   ☐ Billing Records   ☐ All Health Records
☐ Other (Please specify) _____

From (indicate facility): _____
For date(s) of service from: _____ to _____
To (Name): _____
Address: _____ City: _____
State: _____ Zipcode: _____ Telephone Number: _____ Facsimile (FAX) Number: _____

**Records released for the following purpose(s):**   ☐ Pick Up   ☐ Mail Out
☐ At the request of the Individual
☐ For Marketing (specify campaign): _____
  ☐ If checked, Presbyterian will receive direct or indirect payment from a third party as a result of this activity.
☐ Other (Describe each purpose of the requested use or disclosure)

IN ADDITION TO RELEASE OF THE GENERAL HEALTH RECORDS INDICATED ABOVE, BY INITIALING BELOW I ALSO AUTHORIZE THE RELEASE OF HEALTH RECORDS PERTAINING TO THE FOLLOWING CONDITIONS. (Initial ONLY those records to be released):

_____ Health Records Related to Drug / Alcohol / Substance Abuse
_____ Health Records Related to Sexually Transmitted Diseases
_____ Health Records Related to Human Immune Deficiency Virus (HIV) / Acquired Immune Deficiency Syndrome (AIDS)
_____ Health Records Related to Emotional / Mental Health / Developmental Disabilities / Psychiatric Conditions
(Excludes Psychotherapy Notes. This authorization does not authorize release of Psychotherapy Notes. To release Psychotherapy Notes, a separate authorization is required.)

**EXPIRATION:** I understand that I may cancel this authorization at any time by sending Presbyterian my notice of cancellation in writing. I understand that Presbyterian may have already used or released records according to this authorization prior to receiving my notice of cancellation. I understand that if this authorization is cancelled, an insurer may still have the legal right to contest a claim or the insurance policy. This right only applies if this authorization is requested as a condition of obtaining insurance coverage. **UNLESS CANCELLED, THIS AUTHORIZATION EXPIRES (either Event OR Date is required):**
☐ In 6 months  ☐ When Other Event occurs (specify): _____
**OR on Date:** _____

**IN THE EVENT OF MY DEATH:** I authorize the following persons to obtain my medical records as indicated above: _____ Or ___ I do not wish to authorize release of my records in the event of my death.

I UNDERSTAND THAT THIS AUTHORIZATION TO RELEASE HEALTH RECORDS IS VOLUNTARY AND THAT I MAY REFUSE TO SIGN THIS AUTHORIZATION. SIGNING THIS AUTHORIZATION IS NOT A CONDITION OF PATIENT RECEIVING TREATMENT OR PAYMENT FOR SERVICES, EXCEPT AS PERMITTED BY LAW. I have read and understand this authorization form including statements that appear on the reverse side of this page. I am the Patient or I am legally authorized as the Patient's representative to execute this authorization and accept these terms.

_____   _____   _____
Patient or Authorized Representative/Relationship to Patient    Date        Time
(Relationship to Patient required if signed by Representative)

Print Name if Other than Patient _____

PATIENT IDENTIFICATION

**PRESBYTERIAN**
Health Information Management
P.O. Box 26666
Albuquerque, NM 87125-6666
(505)841-1944

**PRESBYTERIAN**

White Copy - Chart   Canary Copy - Patient

2227 (Rev. 12/09)
Page 1 of 1

**RIGHT TO REVIEW:** By law, you have a right to see and obtain a copy of the information to be disclosed under this authorization.

**FEES:** We charge a fee for providing a copy, summary or explanation of the information you request. Before we provide the requested information, we will tell you how much it will cost. You may change your request to avoid or reduce the fee.

**DENIAL OF REQUEST:** We may deny your request to release your health records only for certain reasons. If your request is denied, you may request a review of this decision as described in Presbyterian's *Notice of Privacy Practices*.

**REDISCLOSURE OF INFORMATION:** I understand that information released under this authorization could potentially be redisclosed by the receiver of the information. If information is redisclosed by the receiver, the information may no longer be protected under federal privacy law. I understand that Presbyterian cannot prevent the person who receives this information from releasing it to others.

**PHYSICIAN RECORDS:** I understand that physicians (such as radiologists, anesthesiologists and pathologists) provide services in Presbyterian facilities but may not be employees or agents of Presbyterian. These physicians may maintain additional health records about the Patient (such as billing records). To release information contained in those records the Patient must contact the physician.

**CERTIFICATIONS:** I certify that prior to signing this authorization all blanks or statements requiring completion by me were filled in and all items that do not apply were left blank. I release Presbyterian Healthcare Services its officers, directors, employees and agents and the physicians who provided Patient's healthcare services from all liability and claims of any nature that may arise from the release of information requested under this authorization.

A copy of this authorization that contains my signature shall be considered as effective and as valid as the original and shall be honored by those to whom it is provided.