UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABITILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JAMES JOSEPH HOWELL,<br><br>2:16-cv-06969-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**MOTION TO WITHDRAW PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO SATISFY ALLEGED PLAINTIFF FACT SHEET DEFICIENCIES**

COMES NOW Plaintiff, James Joseph Howell, as surviving spouse of Nancy Howell, and respectfully moves this Court to withdraw the previously filed Motion for an Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies. Plaintiff has satisfied alleged Plaintiff Fact Sheet deficiencies. Accordingly, Plaintiff requests that the previously filed Motion to Extend be withdrawn.

WHEREFORE, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to Withdraw the Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies filed on August 10, 2016.

Dated: August 31, 2016

Respectfully submitted,

BY: /s/ Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann, Esq.
ASB-2956-N76D
ZARZAR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, Alabama 35203
P: 205.983.7985
F: 888.505.0523
E: fuli@zarzaur.com
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record on August 31, 2016.

/s/ Diandra S. Debrosse Zimmermann
OF COUNSEL