UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JAMES JOSEPH HOWELL,<br><br>2:16-cv-06969-EEF-MBN | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

COMES NOW the Plaintiff, James Joseph Howell, as surviving spouse of Nancy Howell, by and through undersigned counsel, and files this Notice of Submission of Motion to Withdraw Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies before the Honorable Judge Eldon E. Fallon.

Dated: August 31, 2016

Respectfully submitted,

BY: /s/ Diandra S. Debrosse Zimmermann
Diandra S. Debrosse Zimmermann, Esq.
ASB-2956-N76D
ZARZAR MUJUMDAR & DEBROSSE
2332 2nd Avenue North
Birmingham, Alabama 35203
P: 205.983.7985
F: 888.505.0523
E: fuli@zarzaur.com
*Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record on August 31, 2016.

/s/ Diandra S. Debrosse Zimmermann
OF COUNSEL