**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABITILY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JAMES JOSEPH HOWELL,<br><br>2:16-cv-06969-EEF-MBN | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**ORDER**

     THIS MATTER, having come before the Court is Plaintiff James Joseph Howell's Motion to Withdraw Plaintiff's First Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

     IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is hereby GRANTED.

Dated: _____

                                                                             Hon. Eldon Fallon
                                                                             United States District Court Judge