UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO:** *Katherine Zimmerman v. Janssen Research & Development, LLC, et al.* | JUDGE ELDON E. FALLON |
| **Civil Action No. 2:16-cv-09250** | MAGISTRATE JUDGE NORTH |

## MOTION TO CORRECT MISNOMER OF PLAINTIFF

Plaintiff moves to correct misnomer of Plaintiff. Katherine Zimmerman was incorrectly listed as Plaintiff in the above captioned cause. Plaintiff moves for an order correcting misnomer and naming Katherine Gehman as Plaintiff.

WHEREFORE, for the foregoing reasons, Counsel for Plaintiff requests that an order of correction for misnomer of plaintiff be entered naming Katherine Gehman as Plaintiff for Katherine Zimmerman.

Respectfully submitted,

Date: August 31, 2016

/s/ *Russell T. Abney*_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2603 Oak Lawn Avenue Suite 300
Dallas, TX 75219
Telephone: 800.521.4492
Fax: 866.513.0115
rabney@lawyerworks.com

*Attorney for the Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Motion to Correct Misnomer of Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  August 31, 2016                  /s/ Russell T. Abney
                                                  Russell T. Abney