UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | JUDGE ELDON E. FALLON |
| *Katherine Zimmerman v. Janssen Research &* ) | |
| *Development, LLC, et al.* ) | |
| Civil Action No. 2:16-cv-09250 ) | MAGISTRATE JUDGE NORTH |
| ) | |

**PLAINTIFF'S BRIEF IN SUPPORT OF
MOTION TO CORRECT MISNOMER OF PLAINTIFF**

Plaintiff, by and through undersigned counsel, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, respectfully requests the Court to order the correction of the misnomer of Plaintiff in this case.

**FACTUAL BACKGROUD**

On May 18, 2016 this action was filed for injuries sustained by Plaintiff Katherine Gehman as a result of her exposure to Xarelto. Katherine Gehman is the correct name of the injured party, but, due to a miscommunication between Plaintiff and undersigned counsel's office, Plaintiff was incorrectly listed by her maiden name, Katherine Zimmerman.

A Plaintiff Fact Sheet for the above captioned cause was timely submitted to Defense via MDL Centrality on August 4, 2016 and correctly lists Plaintiff by her legal name, Katherine Gehman.

**MEMORANDUM OF LAW**

Leave to amend a pleading "shall be freely given where justice so requires." Fed. R. Civ. P. 15(a). Rule 15(a) requires the Court to consider whether the movant would be prejudiced by

denial of leave to amend. *Reyna v. Flashtax, Inc.*, 162 F.R.D. 530, at 532 (S.D. Tex. 1995). The Court may consider a number of factors, including "undue prejudice to the opposing party by virtue of allowance of the amendment." *Forman v. Davis*, 371 U.S. 178 (1962). In *Reyna*, the Court granted Plaintiff's motion for leave to amend its complaint finding that the error in listing plaintiff as Reyna Fastax, Inc. instead of Raul Reyna d/b/a Rena Fastax Service was a misnomer and Defendant would not be prejudiced because Defendant had notice since the beginning of the lawsuit that plaintiff Reyna Fastax Service was partly owned and operated by the party to be substituted as plaintiff, Paul Reyna. *Reyna*, 162 F.R.D. 530, 532. The Court also noted that it would be unduly harsh on the Plaintiff to deny leave to amend because since the original Plaintiff did not exist and therefore cannot sue, denial of leave would effectively end the case before reaching the merits. *Id.*

Accordingly, Plaintiff respectfully requests that the Court Order the substitution of "Katherine Gehman" as Plaintiff in this case in place of "Katherine Zimmerman."

Respectfully submitted this 31st day of August 2016.

                                              */s/ Russell T. Abney*_____
                                              Russell T. Abney, Esq.
                                              Attorney I.D. No. 000875 (GA)
                                              FERRER, POIROT & WANSBROUGH
                                              2603 Oak Lawn Avenue Suite 300
                                              Dallas, TX 75219
                                              Telephone: 800.521.4492
                                              Fax: 866.513.0115
                                              rabney@lawyerworks.com

                                              *Attorney for the Plaintiff*