# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO:** *Katherine Zimmerman v. Janssen Research & Development, LLC, et al.* | JUDGE ELDON E. FALLON |
| **Civil Action No. 2:16-cv-09250** | MAGISTRATE JUDGE NORTH |

## ORDER

The Court, after considering the Plaintiff's Motion to Correct Misnomer of Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Katherine Gehman be substituted for Katherine Zimmerman, in the above captioned cause.

Dated: _____          _____
                                                                    Hon. Eldon E. Fallon
                                                                    United States District Court Judge