**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)    }          MDL No. 2592
                                 }
PRODUCTS LIABILITY LITIGATION  }          SECTION L
                                 }          JUDGE FALLON
                                 }          MAG. JUDGE NORTH
                                 }

This Document relates to:

*Lenora Demeritte vs. Janssen Research & Development, LLC et al;*
    Civil Action No. 2:16-cv-2636

<u>ORDER</u>

 THIS MATTER, having come before the Court is Plaintiff's Motion for Extension of Time under

PTO 27 to provide documentation supporting the authority of Xarelto user's representative to sign

declaration on behalf of the user in connection with Plaintiff Fact Sheet.

Upon consideration of all the documents relating to the Motion, and good cause appearing:

 IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to provide medical

records in connection with the Plaintiff Fact Sheet is hereby GRANTED.  The deadline to provide

the medical records in connection with Plaintiff 's Fact Sheet is now October 5, 2016.

 New Orleans, Louisiana this 31st day of August, 2016.

_____
  Hon. Eldon E. Fallon
  United States District Court Judge