**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN)   } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION  } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

   *Leland White vs. Janssen Research & Development, LLC et al;*
   **Civil Action No. 2:16-cv-3562**

### ORDER

 THIS MATTER, having come before the Court is Plaintiff's Motion for Extension of Time under

PTO 27 to provide certain medical records in connection with Plaintiff Fact Sheet.

Upon consideration of all the documents relating to the Motion, and good cause appearing:

 IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to provide medical

records in connection with the Plaintiff Fact Sheet is hereby GRANTED.  The deadline to provide

the medical records in connection with Plaintiff 's Fact Sheet is now September 9, 2016.


 New Orleans, Louisiana this 31st day of August, 2016.


                                                          Hon. Eldon E. Fallon
                                                          United States District Court Judge