UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH<br><br>Civil Action No.:  2:15-cv-06941 |

**THIS DOCUMENT RELATES TO:**
*Rice, et. al. v. Janssen Research & Development, LLC, et. al.,* 2:16-cv-01301

## ORDER

THIS MATTER, having come before the Court on Plaintiff Bernard Rice's Motion For Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency; upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff Bernard Rice's, Motion For Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency is GRANTED.  The deadline to satisfy the Plaintiff Fact Sheet Deficiency is now set for sixty (60) days from the date of this order.

New Orleans, Louisiana this 31st day of August, 2016.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge