UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALFREDO H. PEREZ and spouse HILDA PEREZ<br><br>        Plaintiffs,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>        Defendants. | **MDL-2592**<br><br><br><br><br><br>**Civil Action No 2:15-cv-6404** |

**ORDER**

Considering the foregoing Motion for Extension of Time within which to Re-Serve Certain Defendants With Process:

IT IS HEREBY ORDERED that Plaintiffs in the above listed action shall have twenty (20) days from the date of this Order within which to effect service of process on Defendants Bayer Pharma AG, Bayer Corporation, Bayer Healthcare Pharmaceuticals, Inc., Bayer Healthcare LLC, Bayer Healthcare AG and Bayer AG through the streamlined procedures for informal service of process set forth in Pre-Trial Order No.10.

Dated this 31st day of August, 2016.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge