UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Regina Cothron on behalf of
Charlie Andrews, deceased

2:15-cv-7185

## ORDER

THIS MATTER, having come before the Court on Plaintiff Regina Cothron on behalf of Charlie Andrews' Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency; upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency is GRANTED. The deadline to satisfy the Plaintiff Fact Sheet Deficiency is now set for sixty (60) days from the date of this order.

New Orleans, Louisiana this 31st day of August, 2016.

_____
United States District Court Judge