UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       ;   MDL NO. 2592
PRODUCTS LIABILITY LITIGATION      ;   SECTION: L
                                   :   JUDGE: ELDON E. FALLON
                                   ;   MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
Francisca Marquez v. Johnson &
Johnson, et al; Case No. 2:15-cv 06128

## ORDER

Upon consideration of the Plaintiff's Motion to Substitute Party Plaintiff and for Leave to Amend Complaint, it is hereby ORDERED that said motion is GRANTED.

The Clerk is hereby directed to enter Plaintiff's Amended Complaint (Exhibit "A" to Plaintiff's Motion) on the docket.

New Orleans, Louisiana this 31st day of August, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE