UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO® (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION
*****************************************
This Document Relates to:   2:16 cv 00399

| | | |
|---|---|---|
| PAUL R. STILLDAY, | * | **MDL NO. 2592** |
| Plaintiff, | * | **SECTION L** |
| v. | * | **JUDGE ELDON E. FALLON** |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | * * * * * * | **MAG. JUDGE NORTH**  **ORDER** |
| Defendants. | | |

UPON CONSIDERATION of the Motion Submitted, it is hereby ORDERED THAT:

Mary Ellen Cook-Stillday as Executor and Administrator of the Estate of Paul Stillday is hereby substituted as Plaintiff in this action and that the style of the action is hereby changed to accurately reflect her status as Administrator/Executor of the Estate of Paul Stillday.  The action is now styled:  Mary Ellen Cook-Stillday as Executor and Administrator of the Estate of Paul

1

Stillday (deceased) v. Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC. et al.

New Orleans, Louisiana this 31st day of August, 2016.

                                                  ELDON E. FALLON
                                                  UNITED STATES DISTRICT JUDGE