UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   XARELTO (RIVAROXABAN)
         PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Major Porterfield* *No. 2:15-cv-0253* | MDL No. 2592 SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE: MICHAEL NORTH |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Velma McDaniel, on behalf of the Estate of Major Porterfield, is substituted for Plaintiff Major Porterfield, in the above captioned cause.

New Orleans, Louisiana this 31st day of August, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge