UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:     XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| | MDL No. 2592 |
| **THIS DOCUMENTS RELATES TO:** | SECTION: L |
| *Lois Pardee Manning*<br>*No. 2:15-cv-01037* | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Jessica Smith, on behalf of the Estate of Lois Pardee Manning, is substituted for Plaintiff Lois Pardee Manning, in the above captioned cause.

New Orleans, Louisiana this 31st day of August, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge