UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2592<br><br>SECTION L |
| TINA BARKER and TERESA HODGES, Individually and as representatives of the Estate of SARA MOULIS<br><br>     Plaintiffs<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG,<br><br>     Defendants | : : : : : : : : : : : : : : : : : : : : : : : : : : | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH<br><br><br>Civil Action No.: 2:16-cv-12783<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 that Plaintiffs Tina Barker and Teresa Hodges, individually and as representatives of the Estate of Sara Moulis, hereby dismiss all claims in this matter with prejudice against all Defendants in this action, each party to bear its own costs and fees.

**ELKUS SISSON & ROSENSTEIN, P.C.**
By:/s/ Scott D. Mcleod_____
Scott D. Mcleod
501 South Cherry Street, Suite 920
Denver, CO 80246
Phone: 303-567-7981
Fax: 303-431-3753
smcleod@elkusandsisson.com

Attorneys for Plaintiffs

Dated: August 31, 2016

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson

Dated: August 31, 2016

**KAYE SCHOLER LLP**
By: /s/Andrew Solow
Andrew K. Solow
William Hoffman
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
william.hoffman@kayescholer.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: August 31, 2016

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: August 31, 2016

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 31, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                             /s/James B. Irwin _____