UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * **

**THIS DOCUMENT RELATES TO:**

*Rogers, et al. v. Janssen Res. & Dev., LLC, et al.,* 2:16-cv-13851-EEF-MBN

## NOTICE OF PENDING MOTION TO REMAND

Plaintiffs in the above-captioned action respectfully notify the Court and counsel that their Motion to Remand to state court was pending at the time this action was ordered transferred to this Court from the United States District Court for the Eastern District of Missouri.  The motion and related briefing appear on this Court's docket at entry numbers 14 (Plaintiffs' Motion to Remand), 15 (Plaintiffs' Memorandum in Support), 18 (Defendants' Response), 20 (Plaintiffs' Reply), and 25 (Notice of Supplemental Legal Authority).

Dated this 31st day of August, 2016.		Respectfully Submitted,

					THE DRISCOLL FIRM, P.C.

By:	*/s/ John J. Driscoll*
	John J. Driscoll
	211 N. Broadway, 40th Floor
	St. Louis, MO  63102
	Tel:	(314) 932-3232
	Fax:	(314) 932-3233
	john@thedriscollfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF Filing system. Notice of this filing will be served on all parties of record by operation of the ECF system.

					THE DRISCOLL FIRM, P.C.

By:	*/s/ John J. Driscoll*
	John J. Driscoll
	211 N. Broadway, 40th Floor
	St. Louis, MO  63102
	Tel:	(314) 932-3232
	Fax:	(314) 932-3233
	john@thedriscollfirm.com