UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| JESSIE HEARD | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | Civil Action No.: 2:16-cv-10383<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

<div style="column-count:2">

**FERRER, POIROT, WANSBROUGH, FELLER, DANIEL, ABNEY**
By: /s/Russell T. Abney
Russell T. Abney
2603 Oak Lawn Ave.
P. O. Box 199109
Dallas, Texas 75219
Tel: 800-521-4492
Email: rabney@lawyerworks.com

Attorneys for Plaintiff
Dated: August 31, 2016

**DRINKER BIDDLE & REATH LLP**
By: /s/Susan M. Sharko
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson

Dated: August 31, 2016

**KAYE SCHOLER LLP**
By: /s/Andrew Solow
Andrew K. Solow
William Hoffman
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
william.hoffman@kayescholer.com

Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: August 31, 2016

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

Dated: August 31, 2016

</div>

-3-

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on August 31, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                   /s/ James B. Irwin