# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT LOUISIANA

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Viola Mae Harrison - 2:15-cv-4244

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Jerry Harrison, as Personal Representative for the deceased, Viola Mae Harrison, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "Jerry Harrison, Personal Representative for the deceased, Viola Mae Harrison", Plaintiff.

New Orleans, Louisiana this 31st day of August, 2016.

Honorable Eldon E. Fallon
United States District Court Judge