# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

******************************************

THIS DOCUMENT RELATES TO**:**
*MICHAEL ST. PIERRE, v. Janssen Research & Development, LLC, et al; LAED USDC No2:15-cv-00397-EEF-MBN*

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Louise Gaudet St. Pierre and Scott St. Pierre, on behalf of the estate of Michael St. Pierre, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED, and the Clerk is hereby directed to correct the caption to reflect the proper parties as "Louise Gaudet St. Pierre and Scott St. Pierre, on behalf of the estate of Michael St. Pierre", Plaintiff.

New Orleans, Louisiana this 31st day of August, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1