# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Isiah Shaw-2:15-cv-0561

## ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Reginald Shaw, Sr., as Executor for the deceased, Isiah Shaw, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "Reginald Shaw, Sr., Executor for the deceased, Isiah Shaw", Plaintiff.

New Orleans, Louisiana this 31st day of August, 2016.

_____
Honorable Eldon E. Fallon
United states District Court Judge