UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L

JUDGE: FALLON

MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

Robert Shepherd, Jr.-2:15-cv-6759

**ORDER**

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Ronald Shepherd, as Independent Administrator for the deceased, Robert Shepherd, Jr., as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "Ronald Shepherd, Independent Administrator for the deceased, Robert Shepherd, Jr.", Plaintiff.

New Orleans, Louisiana this 31st day of August, 2016.

_____
Honorable Eldon E. Fallon
United states District Court Judge