**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

> **John T. Edgington *v. Janssen Research & Development, LLC et al;***
> **Civil Action No. 2:16-cv-08454**

### SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, John T. Edgington, which occurred on January 25, 2016.  Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of John T. Edgington's estate.

Dated: September 1, 2016                    Respectfully Submitted,

                                                            Kirkendall Dwyer LLP

                                                            By: */s/ Andrew F. Kirkendall*
                                                            Andrew F. Kirkendall
                                                            Texas Bar No. 24050882
                                                            Alexander G. Dwyer
                                                            Texas Bar No. 24054271
                                                            Kirkendall Dwyer LLP
                                                            4343 Sigma Rd., STE 200
                                                            Dallas, TX 75244
                                                            Phone: 214-271-4027
                                                            Fax: 214-253-0629
                                                            ak@kirkendalldwyer.com
                                                            ad@kirkendalldwyer.com

                                                            *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

 I hereby certify that I have this day electronically filed the foregoing with the Clerk of the

Court using CM/ECF system which will send notification of such filing to all counsel of

record, on this 1st day of September 2016.

Kirkendall Dwyer LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

*Attorney for Plaintiffs*