UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

　　Vanessa B. Thomas *v. Janssen Research & Development, LLC et al;*
　　Civil Action No. 2:16-cv-08434

## SUGGESTION OF DEATH

　　Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Vanessa B. Thomas, which occurred on March 1, 2016. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Vanessa B. Thomas's estate.

Dated: September 1, 2016　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　Kirkendall Dwyer LLP

　　　　　　　　　　　　　　　　　　　　By: */s/ Andrew F. Kirkendall*
　　　　　　　　　　　　　　　　　　　　Andrew F. Kirkendall
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24050882
　　　　　　　　　　　　　　　　　　　　Alexander G. Dwyer
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24054271
　　　　　　　　　　　　　　　　　　　　Kirkendall Dwyer LLP
　　　　　　　　　　　　　　　　　　　　4343 Sigma Rd., STE 200
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75244
　　　　　　　　　　　　　　　　　　　　Phone: 214-271-4027
　　　　　　　　　　　　　　　　　　　　Fax: 214-253-0629
　　　　　　　　　　　　　　　　　　　　ak@kirkendalldwyer.com
　　　　　　　　　　　　　　　　　　　　ad@kirkendalldwyer.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 1st day of September 2016.

        Kirkendall Dwyer LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        *Attorney for Plaintiffs*