UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2:14-md-02592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE UNDER SEAL

Laura A. Feldman, Esquire from the law firm of Feldman and Pinto, respectfully moves to file under seal a Motion to Approve the Expense Submissions of Feldman and Pinto. As grounds for seeking leave to file under seal, Laura Feldman avers the following:

1. The Motion to Approve the Expense Submissions of Feldman and Pinto contains confidential information which should not be shared with other counsel (said confidential Motion has been forwarded to Dean Oser awaiting Judge Fallon's ruling on this Motion for Leave to File Under Seal).

Wherefore, Laura A. Feldman, hereby requests that the Court grant her Motion to File the Motion to Approve the Expense Submissions of Feldman and Pinto under Seal.

Respectfully submitted:

_____
Laura A. Feldman, Esquire
6706 Springbank Street
Philadelphia, PA  19119
PA ID Number: 49459
Telephone:  215-546-2604
Email:  lfeldman@feldmanpinto.com

## **CERTIFICATE OF SERVICE**

I, Laura A. Feldman, Esquire certify that on September 1, 2016 a true and correct copy of the Motion for Leave to File Under Seal is being electronically filed pursuant to the Court's electronic Court filing system.

_____
Laura A. Feldman