UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2:14-md-02592 |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

## ORDER

Upon consideration of the Motion for Leave to File Under Seal and for good cause shown it is hereby ORDERED this _____ date of _____ 2016, that said Motion for Leave to File Under Seal is GRANTED.

BY THE COURT:

_____
J.