UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO **James A. Starck** *v. Janssen Research & Development LLC et al.* | ) ) ) ) ) | SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

Case No. 2:16-cv-10465

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff James A. Starck, respectfully moves the Court to dismiss the above-styled cause of action against all Defendants with prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(2), with each party to bear its own costs.

This dismissal is not intended to affect Plaintiff James A. Starck's lawsuit filed by Stanley Law Group filed jointly May 18, 2016 (Case No. 2:16-cv-06511) and individually June 15, 2016 (2:16-cv-10418).

WHEREFORE, plaintiffs hereby request that the claim against all defendants in this action (Case No.2:16-cv-10465) be voluntarily dismissed, with prejudice.

Dated: September 1, 2016.

Respectfully Submitted,

Kirkendall Dwyer LLP

By: */s/ Andrew F. Kirkendall*
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 1st day of September 2016.

        Kirkendall Dwyer LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        *Attorney for Plaintiffs*