**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO** | ) | MDL No. 2592 |
| **(RIVAROXABAN) PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | SECTION: L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | Civil Action No. 2:14-md-02592 |
| *James A. Stark v. Janssen Research &* | ) | |
| *Development LLC, et al.; 2:16-cv-10465* | ) | |

**ORDER**

IT IS ORDERED that Plaintiff's Motion for Voluntary Dismissal With Prejudice is hereby GRANTED with each party to pay its own costs.

ORDERED AND SIGNED this ____ day of _____, 2016.

Honorable Eldon E. Fallon
United States District Court Judge