UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION     :     MDL No. 2592
                                  :
                                  :     SECTION L
                                  :
                                  :     JUDGE ELDON E. FALLON
                                  :
_____    :     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Robert Morton

CA# 2:16-cv-3172

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an order replacing Plaintiff Robert Morton with Bernetta Hardy, Personal Representative of the Estate of Robert Morton, and in support states as follows:

1. Plaintiff Robert Morton passed away on June 9, 2016, as reposted to the Court in the attached Suggestion of Death. (Ex.1)

2. On June 28, 2016 the Probate Court of the County of Edgefield, State of South Carolina, entered an order naming Bernetta Hardy the Personal Representative of the Estate of Robert Morton. (Ex. 2)

3. Thus, as death does not extinguish his cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25 (a)(1) to substitute Bernetta Hardy, Personal Representative of the Estate of Robert Morton, as the named party in the place of Robert Morton.

WHEREFORE, for each and all of the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Bernetta Hardy, Personal Representative of the Estate of Robert Morton, as the named party in the place of Robert Morton.

Date: September 1, 2016.

                            Respectfully submitted,

                            By:     /s/ Daniel J. Carr

                            Joseph C. Peiffer, La. Bar # 26459
                            Daniel J. Carr, La. Bar # 31088
                            PEIFFER ROSCA WOLF
                            ABDULLAH CARR & KANE
                            A Professional Law Corporation
                            201 St. Charles Avenue, Suite 4610
                            New Orleans, Louisiana  70170-4600
                            Telephone:  (504) 523-2434
                            Facsimile:  (504) 523-2464
                            Email: dcarr@prwlegal.com

                            Michael B. Lynch, Esq.
                            THE MICHAEL BRADY LYNCH FIRM
                            127 West Fairbanks Ave. #528
                            Winter Park, Florida 32789
                            Office: (877) 513-9517
                            Fax: (321) 972-3568
                            Cell: (321) 239-8026
                            Email: michael@mblynchfirm.com

                            *Attorneys for the Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that on September 1, 2016, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                      /s/ Daniel J. Carr