UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Robert Morton

CA# 2:16-cv-3172

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Bernetta Hardy, on behalf of the Estate of Robert Morton, is substituted for Plaintiff Robert Morton, in the above captioned cause.

Date: _____        _____
                                                                Hon. Eldon E. Fallon
                                                                United States District Court Judge