# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :       MDL No. 2592
                                       :
                                       :       SECTION L
                                       :
                                       :       JUDGE ELDON E. FALLON
                                       :
_____:       MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Robert Morton

CA# 2:16-cv-3172

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Robert Morton on June 9, 2016.

Dated: September 1, 2016

                                       Respectfully submitted,

                                       By:   /s/ Daniel J. Carr

                                       Joseph C. Peiffer, La. Bar # 26459
                                       Daniel J. Carr, La. Bar # 31088
                                       PEIFFER ROSCA WOLF
                                       ABDULLAH CARR & KANE
                                       A Professional Law Corporation
                                       201 St. Charles Avenue, Suite 4610
                                       New Orleans, Louisiana  70170-4600
                                       Telephone: (504) 523-2434
                                       Facsimile: (504) 523-2464
                                       Email: dcarr@prwlegal.com

>Michael B. Lynch, Esq.
>THE MICHAEL BRADY LYNCH FIRM
>127 West Fairbanks Ave. #528
>Winter Park, Florida 32789
>Office: (877) 513-9517
>Fax: (321) 972-3568
>Cell: (321) 239-8026
>Email: michael@mblynchfirm.com
>
>*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2016, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>/s/ Daniel J. Carr