# EXHIBIT 2

STATE OF SOUTH CAROLINA )  IN THE PROBATE COURT
COUNTY OF EDGEFIELD )
) CERTIFICATE OF APPOINTMENT
IN THE MATTER OF )
ROBERT MORTON, SR ) CASE NUMBER: 2016ES1900126
(Decedent)

This is to certify that

BERNETTA HARDY

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ SUCCESSOR PERSONAL REPRESENTATIVE
☐ SPECIAL ADMINISTRATOR

In the above matter and that this appointment, having been executed on the 28th day of June, 2016 is now in full force and effect.

**RESTRICTIONS:**

Executed this 28th day of June, 2016.

ROBERT E. PEELER, PROBATE COURT JUDGE

Do not accept a copy of this certificate without the raised seal of the Probate Court.

FORM #141ES (1/2014)
62-1-305, 62-3-103