**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>JAMES JOSEPH HOWELL,<br><br>2:16-cv-06969-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**ORDER**

THIS MATTER, having come before the Court is Plaintiff James Joseph Howell's Motion to Withdraw Plaintiff's First Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Plaintiff's Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiencies is hereby GRANTED.

New Orleans, Louisiana this 1st day of September, 2016.

_____
Hon. Eldon Fallon
United States District Court Judge