UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | JUDGE ELDON E. FALLON |
| *Katherine Zimmerman v. Janssen Research &* ) | |
| *Development, LLC, et al.* ) | |
| **Civil Action No. 2:16-cv-09250** ) | MAGISTRATE JUDGE NORTH |
| ) | |
| ) | |

## ORDER

The Court, after considering the Plaintiff's Motion to Correct Misnomer of Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Katherine Gehman be substituted for Katherine Zimmerman, in the above captioned cause.

New Orleans, Louisiana this 1st day of September, 2016.

*[signature: Eldon E. Fallon]*

Hon. Eldon E. Fallon
United States District Court Judge