## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

**THIS DOCUMENT RELATES TO:**

EDMUND KAZLAUSKAS and LOUELLA KAZLAUSKAS

Civil Action No.: 2:16-cv-07563

### MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR EXTENSION OF TIME UNDER PTO 27 TO PROVIDE ADMINISTRATOR DOCUMENTATION AND DECLARATION TO PLAINTIFF FACT SHEET AS WELL AS AUTHORIZATIONS

COMES NOW, the plaintiff by and through the undersigned counsel respectfully moves this court to withdraw her previously filed Motion for an extension of time under PTO 27 to provide an Order from the New York State Surrogate's Court supporting the authority of Xarelto user's representative to sign the declaration on behalf of the user in connection with the Plaintiff's Fact Sheet, and provide the Plaintiff Fact Sheet declaration and required authorizations to November 16, 2016. Counsel for the defendants has agreed to an extension until October 15, 2016 with the understanding that if the Surrogate's Court has not issued the Decree as of this date and

that it has been demonstrated that the appropriate motion/petition has been filed and that counsel for the plaintiff is waiting for the Court to issue the Decree, an additional extension will be granted.

WHEREFORE, for the reasons set forth above, plaintiff's counsel respectfully moves the court to withdraw plaintiff's motion for an extension of time for plaintiff to provide the Surrogate's Court Order, declaration of the Plaintiff's Fact Sheet and required authorizations which was filed on August 16, 2016.

Dated:  September 2, 2016

                Respectfully submitted,

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbxarelto@1800law1010.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/Rosemarie Riddell Bogdan*
        Rosemarie Riddell Bogdan
        NDNY Bar Roll Number: 506409
        NYS Bar Roll Number: 380552
        MARTIN, HARDING & MAZZOTTI, LLP
        Attorneys for Plaintiff
        1222 Troy-Schenectady Road
        P.O. Box 15141
        Albany, New York 12212-5141
        Telephone: (518) 862-1200
        rrbxarelto@1800law1010.com