## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | : | |
| **PRODUCTS LIABILITY LITIGATION** | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |
| | : | |

**THIS DOCUMENT RELATES TO:**

**EDMUND KAZLAUSKAS and
LOUELLA KAZLAUSKAS**

**Civil Action No.: 2:16-cv-07563**

### NOTICE OF SUBMISSION

COMES NOW, the plaintiff by and through the undersigned counsel, and files this Notice of Submission of her Motion to Withdraw Plaintiff's Motion for Extension of Time under PTO 27 to provide documentation supporting the authority of Xarelto user's representative to sign the declaration on behalf of the user in connection with the Plaintiff's Fact Sheet, and provide the Plaintiff Fact Sheet verification and required authorizations before the Honorable Judge Eldon E. Fallon.

Dated:  September 2, 2016

Respectfully submitted,

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbxarelto@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbxarelto@1800law1010.com