UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Syvertsen v. Janssen Research & Development LLC, et al**
Case Number: **2:16-cv-02031**

## MOTION FOR LEAVE TO WITHDRAW REPRESENTATION

Comes now, Mark Gray, Matthew White, Doris Kim, and Jacob Levy, the Law Firm of Gray and White, and files this motion to withdrawal as counsel in re: Syvertsen v. Janssen Research & Development LLC, et al. In support of this motion counsel states that they are no longer able to pursue this claim based on recent developments. In communicating with Ms. Syvertsen, she communicated no objection to the proposed withdraw. When we communicated our intent to withdraw to Ms. Syvertsen, and asked her if she would like to continue to pursue the case with another attorney we were no longer able to reach her. Plaintiff has been unable to obtain records which satisfy PTO 27.

Pursuant to PTO 11B, no filing fee is currently owed, and may never be owed, if Plaintiff voluntarily dismisses her case within nine months of the filing of it. At this time, no filing fee has been paid.

Ms. Syvertsen has a current address of: 2044 Georgion Way, Apt D20 Lexington, KY 40504. She can be reached by telephone at 859-536-5565.

Lastly, Ms. Syvertsen has been made aware of the PFS deficiency as well as the Defendants' deficiency notice.

Dated: September 6, 2016		Respectfully submitted,

/s/ Jacob Levy
Jacob E. Levy
Gray & White
713 East Market St.
Suite 200
Louisville, Kentucky 40202
Phone: (502) 805-1800
Fax: (502) 618-4059

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6th day of September 2016.

Furthermore, the forgoing was mailed via regular mail to the following:

Rosemarie Syvertsen
2044 Georgion Way, Apt D20
Lexington, KY 40504

/s/ Jacob Levy

Gray & White