UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Syvertsen v. Janssen Research & Development LLC, et al**
Case Number: **2:16-cv-02031**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion to Withdraw as Counsel was filed in the above referenced case.

Dated: September 6, 2016                Respectfully Submitted,

/s/ Jacob Levy

Jacob Levy
Gray & White
713 E. Market St. #200
Louisville, KY 40202

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this September 6, 2016.

/s/ Jacob Levy
Gray & White