UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  }   MDL No. 2592
                              }
PRODUCTS LIABILITY LITIGATION }   SECTION L
                              }   JUDGE FALLON
                              }   MAG. JUDGE NORTH
                              }

This Document relates to:

**Syvertsen v. Janssen Research & Development LLC, et al**
Case Number: **2:16-cv-02031**

## CERTIFICATION

Plaintiff's Counsel hereby certifies that they have communicated with defense counsel regarding this motion to withdraw and they have expressed their desire to oppose it.

Dated: September 6, 2016                    Respectfully submitted,

/s/ Jacob Levy
Jacob E. Levy
Gray & White
713 East Market St.
Suite 200
Louisville, Kentucky 40202
Phone: (502) 805-1800
Fax: (502) 618-4059

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6 day of September 2016.

Furthermore, the forgoing was mailed via regular mail to the following:

Rosemarie Syvertsen
2044 Georgion Way, Apt D20
Lexington, KY 40504

<u>/s/ Jacob Levy</u>

Gray & White