UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
    EDMUND KAZLAUSKAS and LOUELLA KAZLAUSKAS
    Civil Action No.: 2:16-cv-07563

## ORDER

The Court received a Motion to Withdraw filed by Plaintiffs Edmund Kazlauskas and Louella Kazlauskas. (R. Doc. 4061). This Motion sought to withdraw a previously-filed Motion for Extension of Deadlines. (R. Doc. 3872). Because the Court has already granted the Motion for Extension of Deadlines (R. Doc. 3998);

**IT IS ORDERED** that the Motion to Withdraw (R. Doc. 4061), is hereby rendered **MOOT**.

New Orleans, Louisiana this 6th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE