UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
_____  :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Robert Morton

CA# 2:16-cv-3172

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Bernetta Hardy, on behalf of the Estate of Robert Morton, is substituted for Plaintiff Robert Morton, in the above captioned cause.

New Orleans, Louisiana this 6th day of September, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge