UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)           *      MDL NO. 2:14-md-02592
PRODUCTS LIABILITY LITIGATION          *
                                       *
                                       *      SECTION L
                                       *
                                       *      JUDGE ELDON E. FALLON
                                       *
                                       *      MAG. JUDGE NORTH
* * * * * * * * * * * * * * * * * * * * * * * *

**<u>ORDER</u>**

Upon consideration of the Motion for Leave to File Under Seal and for good cause shown it is hereby ORDERED that said Motion for Leave to File Under Seal is GRANTED.

New Orleans, Louisiana this 6th day of September, 2016.

_____
United States District Judge