UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ROBERTA T. PRESTON,<br><br>2:15-cv-2547-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINTS

COMES NOW Counsel for Plaintiff, Robert T. Preston, and respectfully move this court to substitute Lillian G. Cota, the daughter and successor of Plaintiff Roberta T. Preston, as the Administrator of The Estate of Roberta T. Preston, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file a Second Amended Complaint and Amended Individual Short Form Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff Roberta T. Preston case was filed in a Joint Complaint on July 3, 2015 (*Michael O. Atkerson, et al. v. Janssen Research & Development LLC, et al.*, 2:15-cv-02454 -EEF-MBN [Doc. 1]).

2. On July 10, 2015, a Severance Order was issued for the Joint Complaint *Michael O. Atkerson, et al. v. Janssen Research & Development LLC, et al.*, 2:15-cv-02454 -EEF-MBN [Doc. 5].

3. On July 13, 2015, Plaintiff, Roberta T. Preston, filed her Individual Short Form Complaint (*Roberta T. Preston v. Janssen Research & Development LLC*, 2:15-cv-02547-EEF-MBN [Doc. 1]).

4. On June 18, 2015, Defendants filed an Omnibus Answer to any Complaint pending in the MDL.

5. All active Defendants have been served with process.

6. On July 15, 2015, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

7. On August 7, 2015, Defendant Bayer Pharma AG was served by registered mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

8. On July 21, 2015, Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC and Johnson & Johnson Company executed Waivers of Service pursuant to Rule 4(d).

9. On November 18, 2015, Plaintiffs' counsel was informed that Roberta T. Preston passed away on October 26, 2015.

10. Roberta T. Preston's action against Defendants survived her death and is not extinguished.

11. On March 17, 2016, in the Superior Court for the State of Vermont, Probate Division, Addison Unit, appointed Lillian G. Cota as the administrator of The Estate of Roberta T. Preston.

12. Plaintiff's Counsel filed the Notice and Suggestion of Death on August 8, 2016. [Doc. 3798].

13. Plaintiff thus moves to substitute Lillian G. Cota, both individually and as Administrator, as Plaintiff in the present action.

14. Additionally, Plaintiff's counsel seeks to amend paragraph 14(a) of the Joint Complaint, as well as the caption of the Joint Complaint and Individual Short Form Complaint to correct the proper Plaintiffs, specifically Lillian G. Cota, Administrator of the Estate of Roberta T. Preston, Deceased and to update the information provided in the Plaintiff's specific allegations to reflect that Plaintiff Roberta T. Preston is deceased.

15. Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleadingly only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiff, Roberta T. Preston, respectfully request the Court grant Plaintiff's Motion to Substitute Lillian G. Cota as the Administrator of The Estate of Roberta T. Preston, and to grant leave to file the Amended Complaints directing the Clerk of the Court to enter the Second Amended Complaint and Amended Individual Short Form Complaint into the record of this matter attached hereto as Exhibit A and Exhibit B.

Dated: September 6, 2016

Respectfully submitted,

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

3

*Attorneys for the Plaintiffs*

**CERETIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 6th day of September, 2016.

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)