UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| | SECTION:   L |
| **THIS DOCUMENT RELATES TO:** | JUDGE:  ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |
| ROBERTA T. PRESTON, 2:15-cv-2547-EEF-MBN | |

**ORDER**

This matter having come before the Court on the Motion to Substitute Party and Amend Complaints, the Court having reviewed such and being otherwise sufficiently advised:

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaints filed by Counsel for Plaintiff, Roberta T. Preston, be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Second Amended Joint Complaint and Amended Individual Short Form Complaint into the record in this matter.

SIGNED this _____ day of _____, 2016.

_____
Honorable Judge Eldon E. Fallon
United States District Court Judge

1