UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Syvertsen v. Janssen Research & Development LLC, et al**
Case Number: **2:16-cv-02031**

## CERTIFICATION

Plaintiff's Counsel hereby certifies that they have communicated with defense counsel regarding this motion to withdraw and they have expressed their desire to oppose it.

Dated: September 6, 2016                                  Respectfully submitted,

/s/ Jacob Levy
Jacob E. Levy
Gray & White
713 East Market St.
Suite 200
Louisville, Kentucky 40202
Phone: (502) 805-1800
Fax: (502) 618-4059

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6 day of September 2016.

Furthermore, the forgoing was mailed via certified mail to the following:

Rosemarie Syvertsen
2044 Georgion Way, Apt D20
Lexington, KY 40504

/s/ Jacob Levy

Gray & White