UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) } MDL No. 2592
}
PRODUCTS LIABILITY LITIGATION } SECTION L
} JUDGE FALLON
} MAG. JUDGE NORTH
}

This Document relates to:

**Syvertsen v. Janssen Research & Development LLC, et al**
Case Number: **2:16-cv-02031**

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion to Withdraw as Counsel was filed in the above referenced case.

Dated: September 6, 2016                Respectfully Submitted,

                                        /s/ Jacob Levy

                                        Jacob Levy
                                        Gray & White
                                        713 E. Market St. #200
                                        Louisville, KY 40202

CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this September 6, 2016.

Furthermore, the forgoing was mailed via certified mail to the following:

Rosemarie Syvertsen
2044 Georgion Way, Apt D20
Lexington, KY 40504

                                        /s/ Jacob Levy
                                        Gray & White