UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    **Syvertsen v. Janssen Research & Development LLC, et al**
    Case Number: **2:16-cv-02031**

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW REPRESENTATION

Comes now, Mark Gray, Matthew White, Doris Kim, and Jacob Levy, the Law Firm of Gray and White, and files this motion to withdrawal as counsel in re: Syvertsen v. Janssen Research & Development LLC, et al. In support of this motion counsel states that they are no longer able to pursue this claim based on recent developments in the case. In communicating with Ms. Syvertsen, she communicated no objection to the proposed withdraw. When we attempted to contact her to determine if she would like to continue to pursue the case with another attorney we were no longer able to reach her. Plaintiff has been unable to obtain records which satisfy PTO 13.

Dated: September 6, 2016        Respectfully submitted,

                                        /s/ Jacob Levy
                                        Jacob E. Levy
                                        Gray & White
                                        713 East Market St.
                                        Suite 200
                                        Louisville, Kentucky 40202

Phone: (502) 805-1800
Fax: (502) 618-4059

**CERTIFICATE OF SERVICE**

  I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6th day of September 2016.

  Furthermore, the forgoing was mailed via certified mail to the following:

Rosemarie Syvertsen
2044 Georgion Way, Apt D20
Lexington, KY 40504

               <u>/s/ Jacob Levy</u>

               Gray & White