**Exhibit A**
**(Failure to Provide Proof of Ingestion of Xarelto®)**

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Arnoth, Robin | Hilliard Munoz Gonzales LLP | 2:15-cv-06450 |
| 2. | Blankenship, Linda | The Michel Brady Lynch Law Firm | 2:15-cv-01575 |
| 3. | Bowens, Nathaniel | Salim-Beasley, LLC | 2:15-cv-07160 |
| 4. | Candler, Deborah | Murphy Law Firm | 2:16-07217 |
| 5. | Chappell, Mildred | The Mulligan Law Firm | 2:16-cv-00783 |
| 6. | Cunningham, Arin | Pro Se - Arin Cunningham | 2:15-cv-02141 |
| 7. | Dedear, Pamela | Douglas & London | 2:15-cv-03107 |
| 8. | Doublin, Janet | Douglas & London | 2:15-cv-03094 |
| 9. | Dunlap, Barbara | Hilliard Munoz Gonzales LLP | 2:15-cv-06502 |
| 10. | Erler, Joseph | Grant & Eisenhofer | 2:16-cv-01137 |
| 11. | Gelerter, Gerald | Grant & Eisenhofer | 2:15-cv-07173 |
| 12. | Gohl, Michael | Sanders Phillips Grossman, LLC | 2:15-cv-04040 |
| 13. | Green, Eddie | Burke Harvey, LLC | 2:15-cv-05936 |
| 14. | Hedrick, Walter | Hilliard Munoz Gonzales LLP | 2:16-cv-00414 |
| 15. | Herrera, Frances | Simmons Hanly Conroy | 2:16-cv-00599 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
| --- | --- | --- | --- |
| 16. | Howard, Calvin | Hilliard Munoz Gonzales LLP | 2:15-cv-06606 |
| 17. | Jaysura, Linda | The Benton Law Firm | 2:16-cv-02252 |
| 18. | Jones, Chezarea | The Driscoll Firm | 2:15-cv-06376 |
| 19. | Kazer, Mary | Law Offices of Andre' P. LaPlace | 2:16-cv-03641 |
| 20. | Kjell Bomark, Noel | Simon Greenstone Panatier Bartlett, P.C. | 2:15-cv-06194 |
| 21. | Lynn, John | Pro Se - John Lynn | 2:15-cv-02149 |
| 22. | Mann, George | Burke Harvey, LLC | 2:15-cv-05939 |
| 23. | Mcmillian, Jacqueline | Grant & Eisenhofer | 2:15-cv-01138 |
| 24. | Milford, Breland | The Driscoll Firm | 2:15-cv-07167 |
| 25. | Moore, Marleena | The Michel Brady Lynch Law Firm | 2:15-cv-07117 |
| 26. | Mosby, Elizabeth | Burke Harvey, LLC | 2:15-cv-05940 |
| 27. | Muldrow, Wayne | Pro Se - Wayne Muldrow | 2:15-cv-05896 |
| 28. | Napier, Abbie | Kennedy Hodges, LLP | 2:15-cv-07094 |
| 29. | Perkins, Tommy | Beasley Allen | 2:16-cv-01267 |
| 30. | Quinn Smith, Deletha | Burke Harvey, LLC | 2:15-cv-05941 |
| 31. | Robinson, Gloria | Kennedy Hodges, LLP | 2:15-cv-06937 |
| 32. | Sells, Louise | Hilliard Munoz Gonzales LLP | 2:15-cv-06753 |
| 33. | Shelley, Evelyn | Sommerman & Quesada LLP | 2:15-cv-06319 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 34. | Shepherd, Robert | Hilliard Munoz Gonzales LLP | 2:15-cv-06759 |
| 35. | Shirley, Frank | Cutter Law PC | 2:16-cv-02009 |
| 36. | Strano, Josephine | The Mulligan Law Firm | 2:16-cv-02156 |
| 37. | Terrell, Lukesha | Pro Se - Lukesha Terrell | 2:15-cv-01273 |
| 38. | Walker Clemons, Yvonne | Sanders Phillips Grossman, LLC | 2:15-cv-04672 |
| 39. | Welton, Keith | The Michel Brady Lynch Law Firm | 2:15-cv-07115 |