UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: <br><br> ROBERTA T. PRESTON, <br> 2:15-cv-2547-EEF-MBN | JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

### ORDER

This matter having come before the Court on the Motion to Substitute Party and Amend Complaints, the Court having reviewed such and being otherwise sufficiently advised:

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaints filed by Counsel for Plaintiff, Roberta T. Preston, be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Second Amended Joint Complaint and Amended Individual Short Form Complaint into the record in this matter.

SIGNED this ___7th___ day of ___September___, 2016.

_[signature: Eldon E. Fallon]_

Honorable Judge Eldon E. Fallon
United States District Court Judge