UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mildred Simpson v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-00164-EEF-MBN**

<u>**MOTION TO SUBSTITUTE PLAINTIFF**</u>

**COMES NOW** Plaintiff, Mildred Simpson, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, and with consent of all parties, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

Plaintiff, Mildred Simpson, passed away on January 22, 2016, as reported to the Court in the Suggestion of Death filed on September 8, 2016. On August 22, 2016, the Probate Court of the county of Carroll, in the state of Georgia, appointed Delia Smith as Administratrix of the Estate of Mildred Simpson, attached hereto as Exhibit A. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Delia Smith, as Administratrix of the Estate of Mildred Simpson as the named party in place of Mildred Simpson.

**WHEREFORE**, Plaintiff prays that this Motion to Substitute Plaintiff be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an amended complaint to correct the caption to reflect the proper party.

Dated:  September 8, 2016

Respectfully submitted,

**STARK & STARK**
**A Professional Corporation**

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq. (NJ #039581997)
mschrama@stark-stark.com
Stark & Stark
993 Lenox Drive
Lawrenceville, NJ 08648
Tel: 609.896.9060
Fax: 609.896.0629
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2016, a complete copy of the foregoing has been electronically filed with the Clerk of the Court via the CM/ECF filing system, which will send notification of such filing to all counsel of record.

*/s/ Martin P. Schrama*
Martin P. Schrama, Esq.