EXHIBIT A

IN THE PROBATE COURT
COUNTY OF CARROLL
STATE OF GEORGIA

IN RE: ESTATE OF )
)
**MILDRED MAY SIMPSON,** ) ESTATE NO. 2016-ES-304
**DECEASED** )

## LETTERS OF ADMINISTRATION
(Bond Waived and/or Certain Powers Granted at Time of Appointment)

WHEREAS, **MILDRED MAY SIMPSON** died intestate

(Initial one)

    __BBC__    domiciled in this County;

    _____    not domiciled in this State, but owning property in this County;

and this Court granted an order appointing **Delia Smith,** as Administrator(s) of the estate of said decedent, on condition that said Administrator(s) give(s) oath as required by law; and the said Administrator(s) having complied with said condition; the Court hereby grants unto said Administrator(s) full power to collect the assets of said decedent, and to pay the debts of said estate, so far as such assets will extend, according to law, and then to pay over the balance, if any, to the heirs of said decedent, and to do and perform all other duties as such Administrator(s), according to the laws of this State. In addition, this Court:

(Initial all which apply)

    __BBC__  (a)    REPORTS WAIVED: Grants to the Administrator(s) the power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court; but the fiduciary(ies) shall furnish to the heirs, at least annually, a statement of receipts and disbursements.

    __BBC__  (b)    BOND WAIVED: Waives the requirement to post bond.

    __BBC__  (c)    POWERS GRANTED: Grants to the Administrator(s) the powers contained in O.C.G.A. §53-12-261 not included in (a) above.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as Judge of the Probate Court of said County and the seal of this office this _23rd_ day of _August_, 2016.

_____
Judge of the Probate Court

NOTE: The following must be signed if the judge
does not sign the original of this document:

Issued by:
_Melissa K. Cox_
Chief Clerk Probate Court

(Seal)

GPCSF 3                     [16]                    Eff. July 2013

<mark>
</mark>
<mark>
</mark>
<mark>
</mark>
<mark>
</mark>
<mark>
</mark>
<mark>
</mark>

GEORGIA, CARROLL COUNTY

I, Melissa K. Cosey, Chief Clerk of the Probate Court in and for said County and State, do hereby certify that the within is a true and exact copy of the original which is of record in **"CR Minutes 2016"** which is on file in this office. I further certify that the within is of full force and effect.

This the 26th day of August 2016.

*Melissa K. Cosey*
Melissa K. Cosey
Chief Clerk of the Probate Court
Carroll County, Georgia