# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*A.J. Harrell v. Janssen Research & Development LLC, et al;* **Case No.: 2:16-cv-04240**

## NOTICE AND SUGGESTION OF DEATH

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, A.J. Harrell, which occurred on July 7, 2016. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of A.J. Harrell's estate.

Dated: September 6, 2016                 Respectfully submitted,

**KAGAN LEGAL GROUP, LLC**
295 Palmas Inn Way, Unit 6
Humacao, PR  00791
Telephone:  (239) 410-8999
Fax:  (239) 466-7226
Liz@kaganlegalgroup.com


*/s/ Elizabeth P. Kagan*
Elizabeth P. Kagan
Florida Bar No.: 330779

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 6th day of September, 2016.

/s/ *Elizabeth P. Kagan*
Elizabeth P. Kagan