UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

**THIS DOCUMENT RELATES TO:**

1. **KEVIN AND LARK MORTENSEN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-08562**
2. **ANTOINETTE AND GREGORY BROWN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-06632**
3. **KATHLEEN AND TIMOTHY GOODWIN V. JANSSEN RESEARCH & DEVELOPMENT LLC, et al., Case No. 2:16-cv-09413**

**PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

Plaintiffs, by and through undersigned counsel, respectfully submit the following reply to Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Jansen Ortho, LCC, Johnson & Johnason, Bayer Healthcare Pharmacueticals, Inc., and Bayer Pharma AG (collectively "Defendants") Response in Opposition to Plaintiffs' request for an extension of time to cure Plaintiff Fact Sheet ("PFS") deficiencies (Rec. Doc. No. 4072).

The above-named Plaintiffs filed their motion on August 19, 2015 (Rec. Doc. No. 3928) requesting additional time to cure their PFS deficiencies. At that time, despite Plaintiffs' good faith efforts, Plaintiffs were still awaiting receipt of the medical records necessary to finalize the PFSs. Plaintiffs' counsel had previously obtained medical information from Plaintiffs prior to filing these claims, but still required additional records from providers to submit the PFSs.

At present, Plaintiffs have submitted completed PFSs for Plaintiffs Brown (Case No.

2:16-cv-06632) and Goodwin (Case No. 2:16-cv-09413) and provided a stipulation of dismissal to defense counsel for Plaintiffs Mortensen (Case No. 2:16-cv-08562) on September 7, 2016. Thus, Plaintiffs did not require the 60-day extension requested and actually required only nineteen (19) days between the date of Plaintiffs' Motion, August 19, 2016 and September 7, 2016, to remedy all deficiencies. Defendants have made no showing of any prejudice resulting from the additional nineteen days.

WHEREFORE, because Plaintiffs have remedied all PFS deficiencies with no prejudice to Defendants, Plaintiffs respectfully request that this Court grant their Motion for Extension of time to Satisfy Plaintiff Fact Sheet Deficiencies and enter an Order extending the deadline to complete their PFSs for nineteen (19) days (until September 7, 2016).

Dated: September 8, 2016

Respectfully Submitted,

/s/ Jennifer L. Lawrence
Jennifer L. Lawrence
Ohio Bar No. 0066864
THE LAWRENCE FIRM, PSC
606 Philadelphia Street
Covington KY, 41011
Telephone: (859) 578-9130
Facsimile: (859) 578-1032
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Jennifer L. Lawrence
Jennifer L. Lawrence