UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Allen Brandon v. Janssen Research & Development LLC, et al.*
Civil Action No.: 2:16-cv-6879

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs this Honorable Court of the death of the Plaintiff, Allen Brandon.

| | |
|---|---|
| Dated: September 8, 2016 | Respectfully submitted,<br><br>By: */s/ Lauren E. Burbol*<br>Lauren E. Burbol<br>Adam P. Slater<br>Jonathan Schulman<br>SLATER SLATER SCHULMAN LLP<br>445 Broadhollow Road, Suite 334<br>Melville, New York 11747<br>Phone: (212) 922-0906<br>Fax: (212) 922-0907<br>aslater@sssfirm.com<br>jschulman@sssfirm.com<br>lburbol@sssfirm.com<br>*Attorneys for Plaintiffs* |

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 8th day of September 2016.

                                              */s/ Lauren E. Burbol*_____
                                                   Lauren E. Burbol