UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Allen Brandon v. Janssen Research & Development LLC, et al.*
Civil Action No.: 2:16-cv-6879

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Maria Brandon as plaintiff on behalf of her deceased husband, Allen Brandon.

1. Allen Brandon filed a claim against the defendants on May 18, 2016.

2. Subsequently, plaintiff's counsel was notified that Allen Brandon died on June 12, 2016.

3. Allen Brandon's action against the defendants survived his death and was not extinguished.

1

4. Maria Brandon, wife of Allen Brandon, is a proper party to substitute for plaintiff-decedent Allen Brandon and has proper capacity to continue the lawsuit on his behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Maria Brandon requests that this Court grant her request for substitution as plaintiff in this action.

Dated:  September 8, 2016                             Respectfully submitted,

By:  /s/ Lauren E. Burbol

Adam P. Slater
Jonathan Schulman
Lauren E. Burbol
SLATER SLATER SCHULMAN LLP
445 Broadhollow Road, Suite 334
Melville, New York 11747
Phone: (212) 922-0906
Fax: (212) 922-0907
aslater@sssfirm.com
jschulman@sssfirm.com
lburbol@sssfirm.com
*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 8th day of September 2016.

                                                                    _/s/ Lauren E. Burbol_____
                                                                          Lauren E. Burbol