# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# CITY OF LONG BEACH
## DEPARTMENT OF HEALTH AND HUMAN SERVICES
LONG BEACH, CALIFORNIA

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA

State File Number: (blank)    Local Registration Number: 3201662001606

| Field | Value |
|---|---|
| 1. Name of Decedent – First (Given) | ALLEN |
| 2. Middle | EUGENE |
| 3. Last (Family) | BRANDON |
| AKA | ALAN EUGENE BRANDON |
| 4. Date of Birth | 04/01/1943 |
| 5. Age | 73 |
| 6. Sex | M |
| 9. Birth State | MO |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | YES |
| 12. Marital Status | MARRIED |
| 7. Date of Death | 06/12/2016 |
| 8. Hour (24 Hours) | 1606 |
| 13. Education | 09 |
| 14/15. Hispanic/Latino | NO |
| 16. Race | CAUCASIAN |
| 17. Usual Occupation | MILLWRIGHT |
| 18. Kind of Business/Industry | ENGINEERING |
| 19. Years in Occupation | 41 |
| 20. Decedent's Residence | 7762 DEVONWOOD AVENUE |
| 21. City | GARDEN GROVE |
| 22. County | ORANGE |
| 23. Zip Code | 92841 |
| 24. Years in County | 50 |
| 25. State | CA |
| 26. Informant's Name, Relationship | MARIA L. BRANDON, SPOUSE |
| 27. Informant's Mailing Address | 7762 DEVONWOOD AVENUE, GARDEN GROVE, CA 92841 |
| 28. Surviving Spouse – First | MARIA |
| 29. Middle | L. |
| 30. Last (Birth Name) | FATUESI |
| 31. Father – First | GLEN |
| 32. Middle | O. |
| 33. Last | BRANDON |
| 34. Birth State | MO |
| 35. Mother – First | JOSEPHINE |
| 36. Middle | - |
| 37. Last (Birth Name) | MCGOWAN |
| 38. Birth State | MO |
| 39. Disposition Date | 06/28/2016 |
| 40. Place of Final Disposition | RES. MARIA L. BRANDON, 7762 DEVONWOOD AVENUE, GARDEN GROVE, CA 92841 |
| 41. Type of Disposition | CR/RES |
| 42. Signature of Embalmer | ROSE CHHUN |
| 43. License Number | EMB9058 |
| 44. Name of Funeral Establishment | FOREST LAWN MEMORIAL-PARKS & MORTUARIES |
| 45. License Number | FD1051 |
| 46. Signature of Local Registrar | MAURO TORNO, MD |
| 47. Date | 06/17/2016 |
| 101. Place of Death | COMMUNITY HOSPITAL LONG BEACH |
| 102. If Hospital | ER/OP |
| 104. County | LOS ANGELES |
| 105. Facility Address | 1720 TERMINO AVENUE |
| 106. City | LONG BEACH |

**107. Cause of Death**

- (A) IMMEDIATE CAUSE: RESPIRATORY FAILURE — WEEKS
- (B) PNEUMONIA — WEEKS
- (C) OBSTRUCTIVE SLEEP APNEA — YEARS
- (D): (blank)

108. Death Reported to Coroner? NO
109. Biopsy Performed? NO
110. Autopsy Performed? NO
111. Used in Determining Cause? (blank)

**112. Other Significant Conditions Contributing to Death:** ATRIAL FIBRILLATION, PAROXYSMAL ATRIAL FLUTTER, TYPE II DIABETES MELLITUS, ATHEROSCLEROSIS OF CORONARY ARTERY, HISTORY OF TRANSIENT CEREBRAL ISCHEMIA

113. Was Operation Performed: NO

114. Decedent Attended Since: 06/10/2016    Decedent Last Seen Alive: 06/10/2016
115. Signature and Title of Certifier: DAVID CAO D.O.
116. License Number: 20A11015
117. Date: 06/17/2016
118. Type Attending Physician's Name, Mailing Address: DAVID CAO D.O., 2699 ATLANTIC AVENUE, LONG BEACH, CA 90806

119. Manner of Death: Natural

*010001003273741*

---



**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, CITY OF LONG BEACH

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Vital Records Section, Long Beach Department of Health and Human Services.

DATE ISSUED: JUL 13 2016



000624356

Mauro Torno MD — HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the Registrar.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**