UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mildred Simpson v. Janssen Research & Development, LLC. et al.*

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-00164-EEF-MBN**

## ORDER

**THIS MATTER** having come before the Court on Plaintiff's Motion to Substitute Delia Smith, as Administratrix of the Estate of Mildred Simpson, as Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed to correct the caption to reflect the proper party as "Delia Smith, Administratrix of the Estate of Mildred Simpson", Plaintiff.

New Orleans, Louisiana this 8th day of September, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge