UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ( | |
| | ( | SECTION: L |
| | ( | |
| | ( | JUDGE FALLON |
| | ( | |
| | ( | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Nathaniel Bowens v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-CV-07160**

PLANTIFF NATHANIEL BOWEN'S RESPONSE TO THE
COURT'S ORDER TO SHOW CAUSE FOR FAILING TO PROVE XARELTO USE

Now comes Plaintiff Nathaniel Bowens, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Doc. 4070) and by and through undersigned counsel submits this, his response in opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Nathaniel Bowens contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The complaint in this matter was filed on December 30, 2015, while record requests from some providers were still pending. The complaint was filed in good faith before all records were received to comply with the statute of limitations for Mr. Bowens's claim.

3. After receipt of additional records, undersigned counsel has been unable to confirm via pharmacy records that Mr. Bowens took Xarelto.

4. Undersigned counsel has communicated with Mr. Bowens regarding the need to obtain records that demonstrate proof of ingestion and an injury relating to Xarelto. Mr. Bowens has been unable to provide such documentation to date, but reports that he is continuing his efforts to locate pharmacy records or other proof of Xarelto usage.

1

5.   Undersigned counsel has been diligent in investigating this claim, informed Plaintiff that undersigned counsel exhausted all sources of information to obtain Xarelto usage, and requested Plaintiff's help.

6.   Without waiving the attorney-client privilege, the Firm has advised Mr. Bowens in writing on multiple occasions regarding the need for proof of Xarelto usage and the implications of not providing proof of Xarelto usage:

| **Date** | **Correspondence** | **Documents** |
| --- | --- | --- |
| April 22, 2016 | FedEx, tracking no.: 776189558640 | April 19, 2016, PFS Deficiency Notice |
| May 17, 2016 | Regular Mail | First Motion for Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Notice of Submission, and Memo in Support |
| June 28, 2016 | FedEx, Direct Signature Required, tracking no.: 776622687996 | July 6, 2016, PFS Deficiency Notice<br><br>Multiple letters from facilities regarding no records from facilities. |
| July 7, 2016 | Regular Mail | Second PFS Deficiency Notice |
| July 13, 2016 | FedEx, Direct Signature Required, tracking no.: 776744147676 | E-Mail from Plaintiffs' Executive Committee regarding Defendants' plan to file Motion to Show Cause due to lack of proof of Xarelto usage. |
| September 9, 2016 | FedEx, Direct Signature Required, Tracking No. 777195212105 | Defendants' Motion for an Order to Show Cause for Failing to provide Xarelto Use |

In addition, someone from the Firm spoke to Mr. Bowens regarding the implications of providing no proof of Xarelto usage on numerous occasions, including May 6, 2016, June 21, 2016, June 27, 2016, and July 5, 2016, and September, 9, 2016.

2

7. In preparing to respond to this Court's Order, undersigned counsel spoke to Mr. Bowens regarding the Motion to Show Cause based on the failure to prove Xarelto use. Mr. Bowens represented to Counsel that he is continuing his efforts to locate proof that he took Xarelto.

8. Accordingly, undersigned counsel requests that Mr. Bowens' claim not be dismissed with prejudice for failure to show use of Xarelto, and be given an additional 60-days to obtain the relevant records documenting use of Xarelto.

9. At all times relevant hereto, undersigned Counsel has diligently sought proof of Xarelto usage from all known healthcare providers and Mr. Bowens. Plaintiff's request is not for purposes of delay but so that justice may be done.

FOR THESE REASONS, Salim-Beasley requests this Court enter an Order denying Defendants' Motion for Order to Show Cause; and for any further orders deemed just and proper under the circumstances.

September 12, 2016

Respectfully submitted,

By: Lisa Causey-Streete
Lisa Causey-Streete (#33767)
SALIM-BEASLEY, LLC
1901 Texas Street
Natchitoches, LA 71457
Phone: (800) 491-1817
Fax: (318) 354-1227
lcausey@salim-beasley.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2016, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/Lisa Causey-Streete
      Lisa Causey-Streete