**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ( | |
| | ( | SECTION: L |
| | ( | |
| | ( | JUDGE FALLON |
| | ( | |
| | ( | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Nathaniel Bowens v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-CV-07160**

**ORDER**

THIS MATTER, having come before the Court is Plaintiff's Response to Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use; upon consideration of the pleadings and all the documents relating to this motion, and good cause appearing:

IT IS HEREBY ORDERED that the request for an extension of sixty (60) days for Plaintiff to complete and submit proof of Xarelto usage is hereby GRANTED.

Plaintiff must provide proof of Xarelto usage within sixty (60) days from the entry of this Order.

NEW ORLEANS, LOUISIANA, this the _____ day of _____, 2016.

_____
JUDGE ELDON E. FALLON