**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| **THIS DOCUMENT RELATES TO:** | **MAGISTRATE JUDGE NORTH** |
| *Daniel Potochnic v. Janssen Research & Development, LLC, et al.* | |
| Case File No. 2:16-cv-06219 | |

**MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Patricia Potochnic on behalf of decedent Daniel Potochnic.

1.     Daniel Potochnic filed a products liability action against Defendants on March 30, 2016, as part of a bundled complaint, Case No. 2:16-cv-02944.  On May 3, 2016, the Court entered an Order severing this action from the bundled complaint.    Plaintiff filed a Short Form Complaint on May 16, 2016, and was assigned Case No. 2:16-cv-06219.

2.     Daniel Potochnic died on May 25, 2016.

3.     Plaintiff filed a Suggestion of Death on September 12, 2016.

4.     Daniel Potochnic's products liability action against defendants survived his death and was not extinguished.

5.     Patricia Potochnic, surviving spouse of Daniel Potochnic, is a proper party to substitute for plaintiff-decedent Daniel Potochnic and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. 25(a)(1).

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for

substitution as plaintiff in this action.

Dated: <u>September 12, 2016</u>         LAW OFFICES OF CHARLES H. JOHNSON, PA

/s/ Charles H. Johnson
Charles H. Johnson, Esq. (#50696)
Jonathan R. Mencel, Esq. (#390056)
*Attorneys for Plaintiff*
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:    (651) 633-5685
Fax Phone:    (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2016, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to all counsel of record.

/s/ Charles H. Johnson
Charles H. Johnson (MN Bar No. 50696)
Jonathan R. Mencel (MN Bar No. 390056)
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:    (651) 633-5685
Fax Phone:    (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

**ATTORNEYS FOR PLAINTIFF**