UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN   ) PRODUCTS LIABILITY LITIGATION) ) ) ) ) ) ) | MDL NO:   2592  SECTION:  L  JUDGE:   ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

**MARY BISHOP**

**CIVIL ACTION NO.:  2:16-CV-01903**

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Undersigned counsel for Plaintiff, Mary Bishop, pursuant to Fed.R.Civ.P. 25(a) moves to substitute deceased Plaintiff Mary Bishop with her surviving spouse, Joel Bishop.  Plaintiff moves for an order substituting Mary Bishop with Joel Bishop on behalf of Mary Bishop. In support of this motion, Plaintiff states as follows:

1. Under Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

2. Plaintiff Mary Bishop passed away on March 6, 2014 (Exhibit A).

3. Joel Bishop was the Plaintiff's surviving spouse and informant at the time of Plaintiff's death (Exhibit A).

4. Given that Joel Bishop is the Plaintiff's surviving spouse and informant at the time of Plaintiff's death, Joel Bishop has proper capacity to continue the suit as successor and representative pursuant to Fed.R.Civ.P. 25(a)(1).

WHEREFORE, for each and all foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Joel Bishop, on behalf of Mary Bishop, in place of Plaintiff Mary Bishop.

Dated:   September 12, 2016                  /s/  J. Matthew Stephens
                                             J. Matthew Stephens
                                             Alabama Bar No.:  ASB-3788-e66s
                                             **MCCALLUM, METHVIN & TERRELL, P.C.**
                                             2201 Arlington Avenue South
                                             Birmingham, Alabama  35205
                                             Telephone:     (205) 939-0199
                                             Facsimile:     (205) 939-0399
                                             Email:         mstephens@mmlaw.net

                                             *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 12, 2016, and that this system will provide notice of such filing to all counsel of record.

    /s/ J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.: ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone: (205) 939-0199
Facsimile: (205) 939-0399
Email: mstephens@mmlaw.net

*Attorney for Plaintiff*