# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN ) PRODUCTS LIABILITY LITIGATION) )<br>)<br>)<br>)<br>)<br>) | MDL NO: 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>MARY BISHOP<br><br>CIVIL ACTION NO.: 2:16-CV-01903 | JURY TRIAL DEMANDED |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Mary Bishop.

Dated:  September 12, 2016

/s/ J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.: ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:    (205) 939-0199
Facsimile:    (205) 939-0399
Email:       mstephens@mmlaw.net

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 12, 2016, and that this system will provide notice of such filing to all counsel of record.

        /s/ J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.: ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone:    (205) 939-0199
Facsimile:    (205) 939-0399
Email:    mstephens@mmlaw.net

*Attorney for Plaintiff*