# EXHIBIT B

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

DOH-1961 (8/2011)

RECORDED DISTRICT: 1401
REGISTER NUMBER: 00988

**1. NAME:** FIRST: MARY    MIDDLE:    LAST: BISHOP
**2. SEX:** Female
**3A. DATE OF DEATH:** 03/06/2014
**3B. HOUR:** 5:23 P.M.

**4A. PLACE OF DEATH:** Hospital Inpatient
**4B. IF FACILITY, DATE ADMITTED:** 03/06/2014
**4C. NAME OF FACILITY:** BUFFALO GENERAL HOSPITAL
**4D. LOCALITY:** City — BUFFALO
**4E. COUNTY OF DEATH:** ERIE
**4F. MEDICAL RECORD NO.:** 1002988258
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?** YES — WCA HOSPITAL, JAMESTOWN, NY, CHAUTAUQUA

**5. DATE OF BIRTH:** [redacted]
**6A. AGE IN YEARS:** 72
**7A. CITY AND STATE OF BIRTH:** JAMESTOWN, NY

**8. SERVED IN U.S. ARMED FORCES?** NO
**9. DECEDENT OF HISPANIC ORIGIN?** A. No, not Spanish/Hispanic/Latino
**10. DECEDENT'S RACE:** White/Caucasian
**11. DECEDENT'S EDUCATION:** 4. Some college credit, but no degree

**12. SOCIAL SECURITY NUMBER:** [redacted]
**13. MARITAL STATUS:** Married
**14. SURVIVING SPOUSE:** 

**15A. USUAL OCCUPATION:** HOMEMAKER
**15B. KIND OF BUSINESS OR INDUSTRY:** 
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** 

**16A. RESIDENCE (State or Country):** NY
**16B. County:** CHAUTAUQUA
**16C. LOCALITY:** Village — GARY
**16D. STREET AND NUMBER:** 5050 HERRICK ROAD
**16E. ZIP CODE:** 14740
**16F. IF CITY OR VILLAGE, IS RESIDENCE WITHIN CITY OR VILLAGE LIMITS?** 

**17. BIRTH NAME OF FATHER/PARENT:** JOSEPH CUSIMANO
**18. BIRTH NAME OF MOTHER/PARENT:** EMMA DAVIDSON

**19A. NAME OF INFORMANT:** JOEL BISHOP
**19B. MAILING ADDRESS:** 5050 HERRICK RD, GARY, NY 14740

**20A.** 2. Cremation — 03/18/2014
**20B. PLACE OF BURIAL/CREMATION:** BUFFALO CREMATION CO
**20C. LOCATION:** BUFFALO, NY

**21A. NAME AND ADDRESS OF FUNERAL HOME:** JOHN E ROBERTS FUNERAL HOME, 1361 HERTEL AVE, BUFFALO NY 14216
**21B. REGISTRATION NUMBER:** 00888

**22A. NAME OF FUNERAL DIRECTOR:** JAMES J ROBERTS
**22B. SIGNATURE OF FUNERAL DIRECTOR:** James J Robert
**22C. REGISTRATION NUMBER:** 13056

**23A. SIGNATURE OF REGISTRAR:** Harold A. Chwalinski
**23B. DATE FILED:** 03/18/2014
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** [signature]
**24B. DATE ISSUED:** 03/18/2014

---

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN — OR — CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

**25A. CERTIFICATION:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
**Certifier's Name:** ATTIYA M SIDDIQI
**License No.:** 253543
**Signature:** A Siddiqi
**Date:** 3/10/2014

**Certifier's Title:** Physician acting on behalf of Attending Physician
**Address:** 100 High Street Buffalo NY 14203

**25C. If certifier is not attending physician, enter Attending Physician's name & title:** Dr. JAMIE NADLER
**License No.:** 003838
**Address:** 100 High Street Buffalo NY 14203

**26A. Attending physician attended deceased:** FROM 3/6/2014 TO 3/6/2014
**26B. Deceased last seen alive by attending physician:** 3/6/2014
**26C. Pronounced Dead on:** 3/6/2014 at 5:23 P.M.

**27. MANNER OF DEATH:** Natural Cause
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?** YES
**29A. AUTOPSY?** YES
**29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?** NO

**30. DEATH WAS CAUSED BY:**
PART I. IMMEDIATE CAUSE:
(A) Septic Shock / distributive Shock
DUE TO OR AS A CONSEQUENCE OF:
(B) Ischemic bowel
DUE TO OR AS A CONSEQUENCE OF:
(C) Lactic Acidosis

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): CAD, atherosclerosis, Afib

**DID TOBACCO USE CONTRIBUTE TO DEATH?** NO

**31A. IF INJURY, DATE:** 
**31B. INJURY LOCALITY:** 
**31C. DESCRIBE HOW INJURY OCCURRED:** 
**31D. PLACE OF INJURY:** 
**31E. INJURY AT WORK?** 

**32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS?** YES

Name of decedent: BISHOP, MARY
Date of death: 3/6/2014
Time of death: 5:23 P.M.

191926

**Safety Features Used In This Form**

1. Watermark on back is visible when document is held up to a light source.

2. Press number on document.

3. "VOID" appears on photocopies made on either a black and white or color photocopier.

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE COPY OF A RECORD ON FILE IN THE CITY CLERK'S OFFICE, VITAL STATISTICS BUREAU OF THE CITY OF BUFFALO, NEW YORK.

CITY CLERK/
REGISTRAR OF VITAL STATISTICS

*Gerald A. Chwalinski*

GERALD A. CHWALINSKI
(SEAL)