UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION) | ) ) ) ) ) ) ) ) | MDL NO: 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

**MARY BISHOP**

**CIVIL ACTION NO.: 2:16-CV-01903**

## ORDER

WHEREAS the Plaintiff has moved to substitute Mary Bishop, decedent, with Joel Bishop, decedent's surviving spouse, on behalf of Mary Bishop; and

WHEREAS, after considering the Plaintiff's arguments, the Court will grant the motion.

IT IS HEREBY ORDERED THAT:

The Plaintiff's motion to substitute be GRANTED.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge