**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN | ) | MDL NO:  2592 |
| PRODUCTS LIABILITY LITIGATION) | ) | |
| | ) | SECTION:  L |
| | ) | |
| | ) | JUDGE:  ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:              JURY TRIAL DEMANDED

FRANCINE PETERSEN

CIVIL ACTION NO.:  2:16-CV-2861

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure

hereby informs the Honorable Court of the death of Plaintiff, Francine Petersen.


Dated:  September 12, 2016              /s/  J. Matthew Stephens
                                                        J. Matthew Stephens
                                                        Alabama Bar No.:  ASB-3788-e66s
                                                        **MCCALLUM, METHVIN & TERRELL, P.C.**
                                                        2201 Arlington Avenue South
                                                        Birmingham, Alabama  35205
                                                        Telephone:     (205) 939-0199
                                                        Facsimile:     (205) 939-0399
                                                        Email:            mstephens@mmlaw.net

                                                        *Attorney for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**


  I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 12, 2016, and that this system will provide notice of such filing to all counsel of record.


        /s/ J. Matthew Stephens
        J. Matthew Stephens
        Alabama Bar No.:  ASB-3788-e66s
        **MCCALLUM, METHVIN & TERRELL, P.C.**
        2201 Arlington Avenue South
        Birmingham, Alabama  35205
        Telephone: (205) 939-0199
        Facsimile: (205) 939-0399
        Email:  mstephens@mmlaw.net

        *Attorney for Plaintiff*