# EXHIBIT 1

## STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

### BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2015011115      **DATE ISSUED:** February 2, 2015

**STATE FILE DATE:** January 27, 2015

### DECEDENT INFORMATION
NAME: FRANCINE M PETERSEN

DATE OF DEATH: January 22, 2015           SEX: FEMALE   SSN: ▇▇▇▇▇   AGE: 065 YEARS
DATE OF BIRTH: ▇▇▇▇▇
BIRTHPLACE: QUEENS, NEW YORK, UNITED STATES
PLACE OF DEATH: HOSPICE
FACILITY NAME OR STREET ADDRESS: HOSPICE OF PALM BEACH COUNTY
LOCATION OF DEATH: DELRAY BEACH, PALM BEACH COUNTY, 33484

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
MARITAL STATUS: NEVER-MARRIED
SPOUSE (IF FEMALE, MAIDEN NAME): NONE
RESIDENCE: 544 CPRI-L, DELRAY BEACH, FLORIDA 33484, UNITED STATES       COUNTY: PALM BEACH
OCCUPATION, INDUSTRY: SECRETARY, INVESTMENT
RACE: X White   ___Black or African American   ___Asian Indian   ___Chinese   ___Filipino   ___Native Hawaiian   ___Japanese   ___Korean
___American Indian or Alaskan Native--Tribe:   ___Vietnamese   ___Other Asian:
___Guamian or Chamorro   ___Samoan   ___Other Pacific Isl:   ___Other:   ___Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED       EVER IN U.S. ARMED FORCES? YES

### PARENTS AND INFORMANT INFORMATION
FATHER: REYNOLD R PETERSEN
MOTHER: JANE L FRYE
INFORMANT: LYNN LINDTVEDT
RELATIONSHIP TO DECEDENT: SISTER
INFORMANT'S ADDRESS: 544 CPRI-L, DELRAY BEACH, FLORIDA 33484, UNITED STATES

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
PLACE OF DISPOSITION: TREASURE COAST CREMATORY
                     LAKE WORTH, FLORIDA
METHOD OF DISPOSITION: CREMATION
FUNERAL DIRECTOR/LICENSE NUMBER: ALBERT GUERRA JR, F042448
FUNERAL FACILITY: A CREMATION SVC OF THE PALM BEACH F068102
                  115 W WOOLBRIGHT RD #D, BOYNTON BEACH, FLORIDA 33435

### CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN       MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr): 2130
CERTIFIER'S NAME: RICHARD LEE TEITZMAN
CERTIFIER'S LICENSE NUMBER: OS11009
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH   NATURAL
CAUSE OF DEATH - PART I - and Approximate Interval: Onset to Death:
a  CVA                                                                           DAYS

b

c

d

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:


AUTOPSY PERFORMED? NO       AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:             DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN
REASON FOR SURGERY:
IF FEMALE, NOT PREGNANT WITHIN PAST YEAR
DATE OF INJURY: NOT APPLICABLE       TIME OF INJURY (24 hr)       INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:


PLACE OF INJURY:
IF TRANSPORTATION INJURY, Status of Decedent:              Type of Vehicle:

 , State Registrar                                  REQ: 2015624164

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
WARNING:  THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATER-MARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY

DH FORM 1947 (03-13)

CERTIFICATION OF VITAL RECORD  Florida