# EXHIBIT 1

# STATE OF NORTH CAROLINA
## CERTIFICATION OF VITAL RECORD
# MECKLENBURG COUNTY
# REGISTER OF DEEDS - HEALTH DEPARTMENT
## CHARLOTTE, NORTH CAROLINA
# CERTIFICATE OF DEATH

**NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**N.C. VITAL RECORDS**
**CERTIFICATE OF DEATH**

REGISTRATION DISTRICT NO. 060-95   LOCAL NO. 2015000418   COUNTY OF DEATH   STATE FILE NO.

**DECEDENT**
1a. FIRST: Willie
1b. MIDDLE: Mae
1c. LAST: Sampson
1d. SUFFIX:
1e. LAST NAME PRIOR TO FIRST MARRIAGE:

2. SEX: F
3a. AGE-LAST BIRTHDAY (Yrs): 70
4. DATE OF BIRTH:
5. BIRTHPLACE: Hartsville, SC
6. DATE OF DEATH: 01/23/2015

7a. PLACE OF DEATH: ☒ Inpatient
7c. FACILITY NAME: CMC-Main
7d. CITY OR TOWN: Charlotte
7e. COUNTY OF DEATH: Mecklenburg

8. MARITAL STATUS: ☒ Never married
10a. DECEDENT'S USUAL OCCUPATION: Administrative Manager
10b. KIND OF BUSINESS/INDUSTRY: CPCC

12a. RESIDENCE-STATE: NC
12b. COUNTY: Mecklenburg
12c. CITY OR TOWN: Charlotte
12d. STREET AND NUMBER: 2424 Midland Ave., #A
12e. INSIDE CITY LIMITS: ☒ Yes
12f. ZIP CODE: 28208

14. DECEDENT'S EDUCATION: ☒ Associate degree (e.g., AA, AS)
15. DECEDENT OF HISPANIC ORIGIN: ☒ No, not Spanish/Hispanic/Latino
16. DECEDENT'S RACE: ☒ Black or African American

17. FATHER'S NAME: Johnny Sampson
18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Louise DuBose

19a. INFORMANT'S NAME: Robin Broadway
19b. RELATIONSHIP TO DECEDENT: Daughter
19c. MAILING ADDRESS: 2206 #3 Yorkhills Dr., Charlotte, NC 28217

20a. METHOD OF DISPOSITION: ☒ Burial
20b. PLACE OF DISPOSITION: York Memorial Park
20c. LOCATION: Charlotte, NC

21b. LICENSE NUMBER: 2364 fsl
21c. NAME OF EMBALMER: Harmon Bradford
21d. LICENSE NUMBER: 1702 fsl

22. NAME AND ADDRESS OF FUNERAL HOME: Alexander-1424 Statesville Ave.-Charlotte, NC 28206

23. PART I.
| | | Approximate Interval: Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | Cardiac Arrest | 8 hours |
| b. | Acute blood loss | |
| c. | Coagulopathy | |
| d. | Acute liver failure | |

24a. WAS AN AUTOPSY PERFORMED? ☒ No

25. MANNER OF DEATH: ☒ Natural
26a. WAS CASE REFERRED TO MEDICAL EXAMINER? ☒ No
27. TIME OF DEATH: 0240
28. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ No
29. IF FEMALE: ☒ Not pregnant within past year

33b. LICENSE NUMBER: 1477944585
33c. DATE SIGNED: 1/23/15

34. NAME AND ADDRESS OF CERTIFIER: Patrick Proctor MD - 1000 Blythe Blvd, Charlotte, N.C. 28207

35. DATE FILED: JAN 27 2015

---

THIS IS TO CERTIFY THIS IS A TRUE AND CORRECT REPRODUCTION OF THE OFFICIAL RECORD FILED IN MECKLENBURG COUNTY.

**V 703864**

WITNESS MY HAND AND OFFICIAL SEAL THIS DAY   January 28, 2015

Michelle Lancaster-Sandlin                                              J. David Granberry
Health Director & Registrar                                             Register of Deeds

By: _____
Assistant Deputy Register of Deeds

