UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO: 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:   JURY TRIAL DEMANDED

MICHAEL GRAY

CIVIL ACTION NO.: 2:16-CV-02859

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Undersigned counsel for Plaintiff, Michael Gray, pursuant to Fed.R.Civ.P. 25(a) moves to substitute deceased Plaintiff Michael Gray with his surviving spouse, Linda Gray. Plaintiff moves for an order substituting Michael Gray with Linda Gray, on behalf of Michael Gray. In support of this motion, Plaintiff states as follows:

1. Under Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

2. Plaintiff Michael Gray passed away on May 23, 2015 (Exhibit A).

3. Linda Gray was the Plaintiff's surviving spouse and informant at the time of Plaintiff's death (Exhibit A). Linda Gray is also the Independent Executrix of Michael Gray's estate (Exhibit B).

4. Given that Linda Gray is the Plaintiff's surviving spouse and informant at the time of Plaintiff's death, Linda Gray has proper capacity to continue the suit as successor and representative pursuant to Fed.R.Civ.P. 25(a)(1).

WHEREFORE, for each and all foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Linda Gray, on behalf of Michael Gray, in place of Plaintiff Michael Gray.

Dated: September 12, 2016

/s/ J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.: ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone: (205) 939-0199
Facsimile: (205) 939-0399
Email: mstephens@mmlaw.net

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 12, 2016, and that this system will provide notice of such filing to all counsel of record.

          /s/  J. Matthew Stephens
          J. Matthew Stephens
          Alabama Bar No.:  ASB-3788-e66s
          **MCCALLUM, METHVIN & TERRELL, P.C.**
          2201 Arlington Avenue South
          Birmingham, Alabama  35205
          Telephone: (205) 939-0199
          Facsimile: (205) 939-0399
          Email:  mstephens@mmlaw.net

          *Attorney for Plaintiff*