# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN ) PRODUCTS LIABILITY LITIGATION) ) ) ) ) ) ) | MDL NO: 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> MICHAEL GRAY <br><br> CIVIL ACTION NO.: 2:16-CV-02859 | JURY TRIAL DEMANDED |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Michael Gray.

Dated:  September 12, 2016

/s/ J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.: ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone:   (205) 939-0199
Facsimile:    (205) 939-0399
Email:         mstephens@mmlaw.net

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 12, 2016, and that this system will provide notice of such filing to all counsel of record.

    /s/ J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.: ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone: (205) 939-0199
Facsimile: (205) 939-0399
Email: mstephens@mmlaw.net

*Attorney for Plaintiff*

# EXHIBIT 1

# CERTIFICATION OF VITAL RECORD

## DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

**TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS**
**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER 142-15-075305**

1. LEGAL NAME OF DECEASED: MICHAEL KENT GRAY
2. DATE OF DEATH: MAY 23, 2015
3. SEX: MALE
5. AGE-Last Birthday (Years): 74
6. BIRTHPLACE: NORMAN, OK
8. MARITAL STATUS AT TIME OF DEATH: Married
9. SURVIVING SPOUSE'S NAME: LINDA HOOD
10a. RESIDENCE STREET ADDRESS: 129 QUAIL RUN RD
10c. CITY OR TOWN: SHERMAN
10d. COUNTY: GRAYSON
10e. STATE: TEXAS
10f. ZIP CODE: 75090
10g. INSIDE CITY LIMITS: No
11. FATHER'S NAME: JAMES GRAY
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: CAROLYN ATKINS
13. PLACE OF DEATH: Decedent's Home
14. COUNTY OF DEATH: GRAYSON
15. CITY/TOWN, ZIP: SHERMAN, 75090
16. FACILITY NAME: 129 QUAIL RUN RD
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: LINDA GRAY - WIFE
18. MAILING ADDRESS OF INFORMANT: 129 QUAIL RUN RD, SHERMAN, TX 75090
19. METHOD OF DISPOSITION: Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: CHAD W. GUTHRIE, BY ELECTRONIC SIGNATURE - 11745
21. Unknown
22. PLACE OF DISPOSITION: NORTH TEXAS CREMATORY INC
23. LOCATION: SHERMAN, TX
24. NAME OF FUNERAL FACILITY: WALDO FUNERAL HOME, INC.
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 619 N. TRAVIS, SHERMAN, TX 75090
26. CERTIFIER: Medical Examiner/Justice of the Peace
27. SIGNATURE OF CERTIFIER: RITA G. NOEL, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: MAY 26, 2015
30. TIME OF DEATH: 08:40 AM
31. PRINTED NAME, ADDRESS OF CERTIFIER: RITA G. NOEL, 117 S MAIN, VAN ALSTYNE, TX 75495
32. TITLE OF CERTIFIER: JP

33. PART 1. CHAIN OF EVENTS:
a. IMMEDIATE CAUSE: UNKNOWN NATURAL CAUSES — Approximate interval: YEARS

PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: HEART DISEASE, CONGESTIVE HEART FAILURE, ATRIAL FIBRILLATION, STROKE, PULMONARY HYPERTENTION, OBESITY

34. WAS AN AUTOPSY PERFORMED? No
36. MANNER OF DEATH: Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? Unknown

42a. REGISTRAR FILE NO: 01-617
42b. DATE RECEIVED BY LOCAL REGISTRAR: MAY 27, 2015
42c. REGISTRAR: REGISTRAR - GRAYSON COUNTY CLERK, ELECTRONICALLY FILED
EDR NUMBER: 000001712941

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED MAY 28 2015

GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND