# EXHIBIT B

LETTERS TESTAMENTARY

| | | |
|---|---|---|
| STATE OF TEXAS | * | IN THE COUNTY COURT |
| | * | |
| | * | OF |
| | * | |
| COUNTY OF GRAYSON | * | GRAYSON COUNTY, TEXAS |

## CAUSE NO: 2015-389P

I, the undersigned Clerk of the County Court of Grayson County, Texas do hereby certify that on the 12th day of January, 2016 A.D., Linda Diane Gray was duly granted by said Court, Letters Testamentary as Independent Executrix without bond in the matter of the ESTATE OF MICHAEL KENT GRAY, DECEASED, and that she Qualified as such on the 12th day of January, 2016 A.D., as the law requires, and that said appointment is still in full force and effect.

Given under my hand and seal of office at Sherman, Texas on the 12th day of January, 2016, A.D.

Wilma Blackshear Bush, County Clerk,
Grayson County, Texas

(SEAL)

_____
DEPUTY