UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN ) PRODUCTS LIABILITY LITIGATION) ) ) ) ) ) ) ) _____ | MDL NO: 2592 SECTION: L JUDGE: ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**MICHAEL GRAY**

**CIVIL ACTION NO.: 2:16-CV-02859**

## ORDER

WHEREAS the Plaintiff has moved to substitute Michael Gray, decedent, with Linda Gray, decedent's surviving spouse, on behalf of Michael Gray; and

WHEREAS, after considering the Plaintiff's arguments, the Court will grant the motion.

IT IS HEREBY ORDERED THAT:

The Plaintiff's motion to substitute be GRANTED.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge