UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : : | SECTION L |
| BILLIE HUTSON | : : | |
| Plaintiffs | : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | : : : : : : : : : : : : : : : | Civil Action No.: 2:16-cv-4522  STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | : : | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **SLATER SLATER SCHULMAN LLP**<br>By:/s/ Jonathan E. Schulman<br>Jonathan E. Schulman<br>445 Broad Hollow Road<br>Suite 334<br>Melville, NY 11747<br>Phone: 212-922-0906<br>jschulman@sssfirm.com<br>Attorneys for Plaintiffs<br><br>Dated: September 12, 2016 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br><br>Dated: September 12, 2016<br><br>**KAYE SCHOLER LLP**<br>By: /s/Andrew Solow<br>Andrew K. Solow<br>William Hoffman<br>KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>andrew.solow@kayescholer.com<br>william.hoffman@kayescholer.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br><br>Dated: September 12, 2016<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/James B. Irwin<br>James B. Irwin<br>Kim E. Moore<br>400 Poydras St., Ste, 2700<br>New Orleans, LA 70130<br>(504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br><br>Liaison Counsel for Defendants<br>Dated: September 12, 2016 |

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on September 12, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

             /s/James B. Irwin _____