SUMMA HEALTH SYSTEM
SUMMA BARBERTON HOSPITAL
DISCHARGE SUMMARY

| | | | |
|---|---|---|---|
| **PATIENT:** | HEDRICK SR, WALTER W | **ADMISSION DATE:** | 08/24/2015 |
| **MEDICAL RECORD#:** | 0-011-297-3 | **DISCHARGE DATE:** | 08/25/2015 |
| **ACCOUNT #:** | 900508619492 | **ADMITTING:** | Glenn R Black, MD |
| **DATE OF BIRTH:** | 07/04/1944 | **ATTENDING:** | Glenn R Black, MD |
| **AGE:** | 71 | **HOSPITAL SERVICE:** | |

Electronically Authenticated
Glenn R Black, MD 08/30/2015 11:56 A

**ATTENDING PHYSICIAN:** Glenn R Black, MD

**DICTATING PHYSICIAN:** Glenn R Black, MD

HISTORY: This white male patient was admitted with gastrointestinal bleeding. He does have a prior history of atrial fibrillation for which he has been on anticoagulant therapy all due to previous bleeding. His Xarelto has been discontinued. He had remained however on a baby aspirin. He now noted rectal bleeding. He was admitted and subsequently seen by Dr. Mir. His baby aspirin was subsequently discontinued. He was found to have evidence of rectal bleeding. He is undergoing laser therapy with report of telangiectasia. His vital signs did remain stable.
At the time of discharge, he was without symptoms. He will now be discharged to home. He is to follow-up with Dr. Mir in 1 to 2 weeks, Dr. Black as scheduled. No further GI bleeding noted. Blood pressure at the time of discharge was 104/62, pulse ox was 100%. Temperature 97. Pulse 98. Hemoglobin 10.8.
DIAGNOSIS: As stated above.
See recent history and physical on discharge. Recent admit.
ADDITIONAL DIAGNOSES:
1. Atrial fibrillation.
2. Hyperlipidemia.
3. Hypothyroidism.
4. Diabetes mellitus.
5. Prostate cancer.
6. Coronary artery disease.
7. Status post coronary artery bypass.
8. Obesity.
9. Anemia.
10. GI bleed.
The patient has a low cholesterol, no added salt diet.

DISCHARGE SUMMARY
Page 1 of 2

: 00008