UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN     ) <br> PRODUCTS LIABILITY LITIGATION) ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____ | MDL NO:   2592 <br><br> SECTION:  L <br><br> JUDGE:   ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | JURY TRIAL DEMANDED |

ROBERT KELLEY

CIVIL ACTION NO.:  2:16-CV-2860

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Undersigned counsel for Plaintiff, Robert Kelley, pursuant to Fed.R.Civ.P. 25(a) moves to substitute deceased Plaintiff Robert Kelley with his son and Executor of his Estate, Robert McCrory Kelley, Jr.  Plaintiff moves for an order substituting Robert Kelley with Robert McCrory Kelley, Jr., on behalf of Robert Kelley. In support of this motion, Plaintiff states as follows:

1.	Under Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

2.	Plaintiff Robert Kelley passed away on May 21, 2016 (Exhibit A).

3.	Robert McCrory Kelley, Jr. was the Plaintiff's surviving son and informant at the time of Plaintiff's death (Exhibit A).

4. Given that Robert McCrory Kelley, Jr. is the Plaintiff's surviving son and informant at the time of Plaintiff's death and has been appointed the Executor of Robert Kelley's estate (Exhibit B), Robert McCrory Kelley, Jr. has proper capacity to continue the suit as successor and representative pursuant to Fed.R.Civ.P. 25(a)(1).

WHEREFORE, for each and all foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Robert McCrory Kelley, Jr., on behalf of Robert Kelley, in place of Plaintiff Robert Kelley.

Dated:   September 13, 2016

/s/  J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.:  ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:    (205) 939-0199
Facsimile:    (205) 939-0399
Email:        mstephens@mmlaw.net

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 13, 2016, and that this system will provide notice of such filing to all counsel of record.

       /s/  J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.:  ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:	(205) 939-0199
Facsimile:	(205) 939-0399
Email:	mstephens@mmlaw.net

*Attorney for Plaintiff*