# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN ) PRODUCTS LIABILITY LITIGATION) ) ) ) ) ) ) | MDL NO: 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:        JURY TRIAL DEMANDED

ROBERT KELLEY

CIVIL ACTION NO.: 2:16-CV-2860

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Robert Kelley.

Dated:  September 12, 2016

/s/ J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.: ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone:    (205) 939-0199
Facsimile:    (205) 939-0399
Email:        mstephens@mmlaw.net

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 12, 2016, and that this system will provide notice of such filing to all counsel of record.

/s/ J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.: ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone:  (205) 939-0199
Facsimile:   (205) 939-0399
Email:         mstephens@mmlaw.net

*Attorney for Plaintiff*

# EXHIBIT 1

# GEORGIA DEATH CERTIFICATE

State File Number: 2016GA000029607

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | ROBERT MCCRORY KELLEY |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2. SEX | MALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 05/21/2016 |
| 3. SOCIAL SECURITY NUMBER | [redacted] |
| 4a. AGE (Years) | 86 |
| 4b. UNDER 1 YEAR (Mos./Days) | |
| 4c. UNDER 1 DAY (Hours/Mins.) | |
| 5. DATE OF BIRTH (Mo., Day, Year) | [redacted] |
| 6. BIRTHPLACE | ALABAMA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | ROCKDALE |
| 7c. CITY, TOWN | CONYERS |
| 7d. STREET AND NUMBER | 584 OAK COURT NW |
| 7e. ZIP CODE | 30012 |
| 7f. INSIDE CITY LIMITS? | NO |
| 8. ARMED FORCES? | YES |
| 8a. USUAL OCCUPATION | EDUCATOR |
| 8b. KIND OF INDUSTRY OR BUSINESS | EDUCATION |
| 9. MARITAL STATUS | WIDOWED |
| 10. SPOUSE NAME | FAYE LEE PITTMAN |
| 11. FATHER'S FULL NAME (First, Middle, Last) | BENJAMIN K. KELLEY |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | MYRTLE BETTIE ROBERTS |
| 13a. INFORMANT'S NAME (First, Middle, Last) | ROBERT MCCRORY KELLEY JR |
| 13b. RELATIONSHIP TO DECEDENT | SON |
| 13c. MAILING ADDRESS | 2016 LEOLA LANE MCDONOUGH GEORGIA 30252 |
| 14. DECEDENT'S EDUCATION | MASTER'S DEGREE |
| 15. ORIGIN OF DECEDENT (Italian, Mex., French, English, etc.) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify) | WHITE |
| 17a. IF DEATH OCCURRED IN HOSPITAL | INPATIENT |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | |
| 18. HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street and no.) | EMORY UNIVERSITY HOSPITAL |
| 19. CITY, TOWN or LOCATION OF DEATH | ATLANTA |
| 20. COUNTY OF DEATH | DEKALB |
| 21. METHOD OF DISPOSITION (specify) | BURIAL |
| 22. PLACE OF DISPOSITION | GREEN MEADOW MEMORIAL GARDENS 677 LEGION ROAD CONYERS GEORGIA 30012 |
| 23. DISPOSITION DATE (Mo., Day, Year) | 05/25/2016 |
| 24a. EMBALMER'S NAME | MICHELLE ANN TERRELL |
| 24b. EMBALMER LICENSE NO. | 4589 |
| 25. FUNERAL HOME NAME | SCOT WARD FUNERAL SERVICES |
| 25a. FUNERAL HOME ADDRESS | 699 AMERICAN LEGION ROAD CONYERS GEORGIA 30012 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | MICHELLE ANN TERRELL |
| 26b. FUN. DIR. LICENSE NO | 4999 |
| AMENDMENTS | |
| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) | 05/21/2016 |
| 28. HOUR PRONOUNCED DEAD | 07:06 AM |
| 29a. PRONOUNCER'S NAME | FEDERICO PALACIO BEDOYA |
| 29b. LICENSE NUMBER | 072915 |
| 29c. DATE SIGNED | 05/21/2016 |
| 30. TIME OF DEATH | 07:05 AM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | NO |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, OR ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) A. | RESPIRATORY FAILURE | 1 DAY |
| Due to, or as a consequence of B. | PULMONARY EDEMA | 2 DAYS |
| Due to, or as a consequence of C. | END STAGE RENAL DISEASE | 5 MONTHS |
| Due to, or as a consequence of D. | CLASS IV-D HEART FAILURE | 2 YEARS |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.
HYPERTENSION, SEVERE AORTIC-STENOSIS STATUS POST TRANSCATHETER AORTIC VALVE REPLACEMENT IN 2012, CORONARY ARTERY DISEASE, ATRIAL FIBRILLATION

33. WAS AUTOPSY PERFORMED? NO
34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?

35. TOBACCO USE CONTRIBUTED TO DEATH: PROBABLY
36. IF FEMALE (range 10-54) PREGNANT: NOT APPLICABLE
37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify): NATURAL

38. DATE OF INJURY (Mo., Day, Year)
39. TIME OF INJURY
40. PLACE OF INJURY (Home, Farm, Street, Factory, Office, Etc.) (Specify)
41. INJURY AT WORK? (Yes or No)

42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County)

43. DESCRIBE HOW INJURY OCCURRED
44. IF TRANSPORTATION INJURY

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated. Medical Certifier (Name, Title, License No.)
FEDERICO PALACIO BEDOYA, MD, 072915

46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.)

45a. DATE SIGNED (Mo., Day, Year): 05/21/2016
45b. HOUR OF DEATH: 07:06 AM
46a. DATE SIGNED (Mo., Day, Year)
46b. HOUR OF DEATH

47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH
FEDERICO PALACIO BEDOYA 5482 CREEKSIDE MEADOWS DRIVE HAMILTON OHIO 45011

48. REGISTRAR (Signature): /S/ DONNA L. MOORE
49. DATE FILED - REGISTRAR (Mo., Day, Year): 05/26/2016

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES

DO NOT FOLD THIS CERTIFICATE

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA, AND 290-1-3 DPH RULES AND REGULATIONS.

STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

County Custodian: _____
Issued by: Debra K. Bryant
Date Issued: May 26, 2016

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.

VOID IF ALTERED OR COPIED