# EXHIBIT B

IN THE PROBATE COURT
COUNTY OF ROCKDALE
STATE OF GEORGIA

IN RE: ESTATE OF                              )
                                             )
Robert McCrory Kelley, Sr.,                   )        ESTATE NO.  16-177
          DECEASED                            )

LETTERS TESTAMENTARY
(Relieved of Filing Returns)

At a regular term of Probate Court, the Last Will and Testament dated **May 18, 2016** (and
Codicil(s) dated _____) of the above named Decedent, who was
domiciled in this County at the time of his or her death or was domiciled in another state but
owned property in this County at the time of his or her death, was legally proven in Solemn
Form to be the Decedent's Will and was admitted to record by order, and it was further ordered
that **Robert McCrory Kelley, Jr.,** named as Executor(s) in said Will, be allowed to qualify, and
that upon so doing, Letters Testamentary be issued to such Executor(s).

THEREFORE, the said Executor(s), having taken the oath of office and complied with all
necessary prerequisites of the law, is/are legally authorized to discharge all the duties and
exercise all powers of Executor(s) under the Will of said Deceased, according to the Decedent's
Will and the law.

Given under my hand and official seal, the _10th_ day of _June_ 20_16_.

_____
Judge of the Probate Court

NOTE: *The following must be signed if the*
*Judge does not sign the original of*
*this document:*

Issued by:

Recorded in Rockdale County Records
Book **16** Page **071**

_____
Clerk/Deputy Clerk of the Probate Court