UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIGATION) | ) ) ) ) ) ) ) ) | MDL NO: 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

**ROBERT KELLEY**

**CIVIL ACTION NO.: 2:16-CV-02860**

## ORDER

WHEREAS the Plaintiff has moved to substitute Robert Kelley, decedent, with Robert McCrory Kelley, Jr., decedent's son, on behalf of Robert Kelley; and

WHEREAS, after considering the Plaintiff's arguments, the Court will grant the motion.

IT IS HEREBY ORDERED THAT:

The Plaintiff's motion to substitute be GRANTED.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge