UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION) | MDL NO: 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | JURY TRIAL DEMANDED |

FRANCINE PETERSEN

CIVIL ACTION NO.: 2:16-CV-2861

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Undersigned counsel for Plaintiff, Francine Petersen, pursuant to Fed.R.Civ.P. 25(a) moves to substitute deceased Plaintiff Francine Petersen with her sister and Personal Representative of her Estate, Lynn Lindtvedt. Plaintiff moves for an order substituting Francine Petersen with Lynn Lindtvedt, on behalf of Francine Petersen. In support of this motion, Plaintiff states as follows:

1. Under Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

2. Plaintiff Francine Petersen passed away on January 22, 2015 (Exhibit A).

3. Lynn Lindtvedt was the Plaintiff's surviving sister and informant at the time of Plaintiff's death (Exhibit A).

4. Given that Lynn Lindtvedt is the Plaintiff's sister and informant at the time of Plaintiff's death and has been appointed the Personal Representative of Francine Petersen's estate (Exhibit B), Lynn Lindtvedt has proper capacity to continue the suit as successor and representative pursuant to Fed.R.Civ.P. 25(a)(1).

WHEREFORE, for each and all foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Lynn Lindtvedt, on behalf of Francine Petersen, in place of Plaintiff Francine Petersen.

Dated:  September 13, 2016          /s/  J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.:  ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone: (205) 939-0199
Facsimile: (205) 939-0399
Email: mstephens@mmlaw.net

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 13, 2016, and that this system will provide notice of such filing to all counsel of record.

       /s/  J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.:  ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:     (205) 939-0199
Facsimile:       (205) 939-0399
Email:             mstephens@mmlaw.net

*Attorney for Plaintiff*