# EXHIBIT A

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN   )<br>PRODUCTS LIABILITY LITIGATION) )<br>)<br>)<br>)<br>)<br>) | MDL NO:  2592<br><br>SECTION:  L<br><br>JUDGE:   ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:            JURY TRIAL DEMANDED

FRANCINE PETERSEN

CIVIL ACTION NO.:  2:16-CV-2861

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Francine Petersen.

Dated:   September 12, 2016

　　　　　　　　　　　　　　　 /s/  J. Matthew Stephens
　　　　　　　　　　　　　　　J. Matthew Stephens
　　　　　　　　　　　　　　　Alabama Bar No.:  ASB-3788-e66s
　　　　　　　　　　　　　　　McCALLUM, METHVIN & TERRELL, P.C.
　　　　　　　　　　　　　　　2201 Arlington Avenue South
　　　　　　　　　　　　　　　Birmingham, Alabama  35205
　　　　　　　　　　　　　　　Telephone:     (205) 939-0199
　　　　　　　　　　　　　　　Facsimile:     (205) 939-0399
　　　　　　　　　　　　　　　Email:          mstephens@mmlaw.net

　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 12, 2016, and that this system will provide notice of such filing to all counsel of record.

/s/ J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.: ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone:      (205) 939-0199
Facsimile:      (205) 939-0399
Email:            mstephens@mmlaw.net

*Attorney for Plaintiff*

# EXHIBIT 1

# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER · HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2015011115

**DATE ISSUED:** February 2, 2015

**STATE FILE DATE:** January 27, 2015

## DECEDENT INFORMATION

NAME: FRANCINE M PETERSEN

SEX: FEMALE    SSN: ▮▮▮▮▮▮    AGE: 065 YEARS

DATE OF DEATH: January 22, 2015

DATE OF BIRTH: ▮▮▮▮▮▮    BIRTHPLACE: QUEENS, NEW YORK, UNITED STATES

PLACE OF DEATH: HOSPICE

FACILITY NAME OR STREET ADDRESS: HOSPICE OF PALM BEACH COUNTY

LOCATION OF DEATH: DELRAY BEACH, PALM BEACH COUNTY, 33484

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: NEVER-MARRIED

SPOUSE (IF FEMALE, MAIDEN NAME): NONE

RESIDENCE: 544 CPRI-L, DELRAY BEACH, FLORIDA 33484, UNITED STATES    COUNTY: PALM BEACH

OCCUPATION, INDUSTRY: SECRETARY, INVESTMENT

RACE: _X_ White ___ Black or African American ___ Asian Indian ___ Chinese ___ Filipino ___ Native Hawaiian ___ Japanese ___ Korean
___ American Indian or Alaskan Native—Tribe: ___ Vietnamese ___ Other Asian: ___
___ Guamian or Chamorro ___ Samoan ___ Other Pacific Is: ___ Other: ___ Unknown

HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN

EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED    EVER IN U.S. ARMED FORCES? YES

## PARENTS AND INFORMANT INFORMATION

FATHER: REYNOLD R PETERSEN

MOTHER: JANE L FRYE

INFORMANT: LYNN LINDTVEDT

RELATIONSHIP TO DECEDENT: SISTER

INFORMANT'S ADDRESS: 544 CPRI-L, DELRAY BEACH, FLORIDA 33484, UNITED STATES

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION: TREASURE COAST CREMATORY
LAKE WORTH, FLORIDA

METHOD OF DISPOSITION: CREMATION

FUNERAL DIRECTOR/LICENSE NUMBER: ALBERT GUERRA JR, F042448

FUNERAL FACILITY:    A CREMATION SVC OF THE PALM BEACH F068102
115 W WOOLBRIGHT RD #D, BOYNTON BEACH, FLORIDA 33435

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN    MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE

TIME OF DEATH (24 hr): 2130

CERTIFIER'S NAME: RICHARD LEE TEITZMAN

CERTIFIER'S LICENSE NUMBER: OS11009

NAME OF ATTENDING PHYSICIAN (if other than Certifier): NOT APPLICABLE

## CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL

CAUSE OF DEATH - PART I - and Approximate Interval: Onset to Death:

a CVA    DAYS

b

c

d

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

AUTOPSY PERFORMED? NO    AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?

DATE OF SURGERY:    DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN

REASON FOR SURGERY:

IF FEMALE, NOT PREGNANT WITHIN PAST YEAR

DATE OF INJURY: NOT APPLICABLE    TIME OF INJURY (24 hr)    INJURY AT WORK?

LOCATION OF INJURY:

DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:

IF TRANSPORTATION INJURY, Status of Decedent:    Type of Vehicle:

*Ken Jones*, State Registrar

REQ: 2015624164

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

WARNING: THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (05-13)

CERTIFICATION OF VITAL RECORD

Florida

VOID IF ALTERED OR ERASED