# EXHIBIT B

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY, FLORIDA         PROBATE DIVISION

IN RE: ESTATE OF

**FRANCINE M. PETERSEN**

File No. 502015CP001711XXXXMB

Division _____

Deceased.

LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, FRANCINE M. PETERSEN, a resident of Palm Beach County, FL, died on January 22, 2015, owning assets in the State of Florida, and

WHEREAS, LYNN LINDTVEDT has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare LYNN LINDTVEDT duly qualified under the laws of the State of Florida to act as personal representative of the estate of FRANCINE M. PETERSEN, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

DONE AND ORDERED in West Palm Beach, Palm Beach County, FL this 30 day of April, 2015.

_Janis Brustares Keyser_
JANIS BRUSTARES KEYSER
Circuit Judge

Copy furnished to:

Matthew L. Ferguson, Esq.
340 Royal Palm Way, Suite 100
Palm Beach, FL 33480
Personal Email: mferguson@mettlerlaw.com

STATE OF FLORIDA • PALM BEACH COUNTY
I hereby certify that the foregoing is a true copy as recorded in my office and the same is in full force and effect.
THIS 30 DAY OF April, 2015
SHARON R. BOCK
CLERK & COMPTROLLER
By _EMSmith_
DEPUTY CLERK

FILED 2015 APR 30 AM 9:31
SHARON R. BOCK, CLERK
PALM BEACH COUNTY, FL
CIRCUIT PROBATE 2

IN THE CIRCUIT COURT FOR PALM BEACH COUNTY, FLORIDA        PROBATE DIVISION

IN RE: ESTATE OF

**FRANCINE M. PETERSEN**

Deceased.

File No. 502015CP001711XXXXMB

Division _____

ORDER APPOINTING PERSONAL REPRESENTATIVE
(intestate - single)

On the petition of LYNN LINDTVEDT for administration of the estate of FRANCINE M. PETERSEN, deceased, the court finding that the decedent died on January 22, 2015, and that LYNN LINDTVEDT is entitled to appointment as personal representative by reason of she was selected by a majority of the intestate beneficiaries of this estate, and is entitled and qualified to be personal representative, it is

ADJUDGED that LYNN LINDTVEDT is appointed personal representative of the estate of the decedent, and that upon taking the prescribed oath, filing designation and acceptance of resident agent and entering into bond in the sum of _____ 0 _____, letters of administration shall be issued.

DONE AND ORDERED in West Palm Beach, Palm Beach County, FL this _____ day of _____, 2015.

SIGNED & DATED
APR 3 0 2015

_____
JANIS BRUSTARES KEYSER
Circuit Judge

Copy furnished to:

Matthew L. Ferguson, Esq.
340 Royal Palm Way, Suite 100
Palm Beach, FL 33480
Personal Email: mferguson@mettlerlaw.com