UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN  ) | MDL NO:   2592 | |
| PRODUCTS LIABILITY LITIGATION) ) | | |
| ) | SECTION:  L | |
| ) | | |
| ) | JUDGE:   ELDON E. FALLON | |
| ) | | |
| ) | MAGISTRATE JUDGE NORTH | |

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

**FRANCINE PETERSEN**

**CIVIL ACTION NO.:  2:16-CV-02861**

## ORDER

WHEREAS the Plaintiff has moved to substitute Francine Petersen, decedent, with Lynn Lindtvedt, decedent's sister, on behalf of Francine Petersen; and

WHEREAS, after considering the Plaintiff's arguments, the Court will grant the motion.

IT IS HEREBY ORDERED THAT:

The Plaintiff's motion to substitute be GRANTED.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge