UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN      )    MDL NO:  2592
PRODUCTS LIABILITY LITIGATION)   )
                                 )    SECTION:  L
                                 )
                                 )    JUDGE:  ELDON E. FALLON
                                 )
                                 )    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:             JURY TRIAL DEMANDED

WILLIE MAE SAMPSON

CIVIL ACTION NO.:  2:16-CV-2864

### MOTION FOR SUBSTITUTION OF PROPER PARTY

Undersigned counsel for Plaintiff, Willie Mae Sampson, pursuant to Fed.R.Civ.P. 25(a) moves to substitute deceased Plaintiff Willie Mae Sampson with her daughter and Administratrix of her Estate, Robin Sampson Broadway.  Plaintiff moves for an order substituting Willie Mae Sampson with Robin Sampson Broadway, on behalf of Willie Mae Sampson. In support of this motion, Plaintiff states as follows:

1.   Under Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

2.   Plaintiff Willie Mae Sampson passed away on January 23, 2015 (Exhibit A).

3.   Robin Sampson Broadway was the Plaintiff's surviving daughter and informant at the time of Plaintiff's death (Exhibit A).

4. Given that Robin Sampson Broadway is the Plaintiff's surviving daughter and informant at the time of Plaintiff's death and has been appointed the Administratrix of Willie Mae Sampson's estate (Exhibit B), Robin Sampson Broadway has proper capacity to continue the suit as successor and representative pursuant to Fed.R.Civ.P. 25(a)(1).

WHEREFORE, for each and all foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Robin Sampson Broadway, on behalf of Willie Mae Sampson, in place of Plaintiff Willie Mae Sampson.

Dated:   September 13, 2016

/s/  J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.:  ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:    (205) 939-0199
Facsimile:    (205) 939-0399
Email:        mstephens@mmlaw.net

*Attorney for Plaintiff*


## **CERTIFICATE OF SERVICE**

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 13, 2016, and that this system will provide notice of such filing to all counsel of record.

     /s/  J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.:  ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:      (205) 939-0199
Facsimile:      (205) 939-0399
Email:            mstephens@mmlaw.net

*Attorney for Plaintiff*