# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN ) PRODUCTS LIABILITY LITIGATION) ) ) ) ) ) ) | MDL NO: 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>WILLIE MAE SAMPSON<br><br>CIVIL ACTION NO.: 2:16-CV-2864 | JURY TRIAL DEMANDED |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Willie Mae Sampson.

Dated: September 12, 2016

/s/ J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.: ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone: (205) 939-0199
Facsimile: (205) 939-0399
Email: mstephens@mmlaw.net

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on September 12, 2016, and that this system will provide notice of such filing to all counsel of record.

/s/ J. Matthew Stephens
J. Matthew Stephens
Alabama Bar No.: ASB-3788-e66s
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama 35205
Telephone:   (205) 939-0199
Facsimile:    (205) 939-0399
Email:          mstephens@mmlaw.net

*Attorney for Plaintiff*

# EXHIBIT 1

# STATE OF NORTH CAROLINA
## CERTIFICATION OF VITAL RECORD

## MECKLENBURG COUNTY
## REGISTER OF DEEDS - HEALTH DEPARTMENT
## CHARLOTTE, NORTH CAROLINA

## CERTIFICATE OF DEATH

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
CERTIFICATE OF DEATH

REGISTRATION DISTRICT NO. 060-95   LOCAL NO. 305000418   COUNTY OF DEATH   STATE FILE NO.

DECEDENT
1a. FIRST: Willie
1b. MIDDLE: Mae
1c. LAST: Sampson

2. SEX: F
3a. AGE-LAST BIRTHDAY (Yrs): 70
4. DATE OF BIRTH:
5. BIRTHPLACE: Hartsville, SC
6. DATE OF DEATH: 01/23/2015

7a. PLACE OF DEATH: Inpatient
7c. FACILITY NAME: CMC-Main
7d. CITY OR TOWN: Charlotte
7e. COUNTY OF DEATH: Mecklenburg

8. MARITAL STATUS: Never married
10a. DECEDENT'S USUAL OCCUPATION: Administrative Manager
10b. KIND OF BUSINESS/INDUSTRY: CPCC

11. SOCIAL SECURITY NUMBER:
12a. RESIDENCE—STATE: NC
12b. COUNTY: Mecklenburg
12c. CITY OR TOWN: Charlotte
12d. STREET AND NUMBER: 2424 Midland Ave., 0A
12e. INSIDE CITY LIMITS: Yes
12f. ZIP CODE: 28208

14. DECEDENT'S EDUCATION: Associate degree (e.g., AA, AB)
15. DECEDENT OF HISPANIC ORIGIN: No, not Spanish/Hispanic/Latino
16. DECEDENT'S RACE: Black or African American

17. FATHER'S NAME: Johnny Sampson
18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Louise DuBose

19a. INFORMANT'S NAME: Robin Broadway
19b. RELATIONSHIP TO DECEDENT: Daughter
19c. MAILING ADDRESS: 2206 #3 Yorkhills Dr., Charlotte, NC 28217

20a. METHOD OF DISPOSITION: Burial
20b. PLACE OF DISPOSITION: York Memorial Park
20c. LOCATION: Charlotte, NC

21a. SIGNATURE OF FUNERAL DIRECTOR:
21b. LICENSE NUMBER: 2364 fsl
21c. NAME OF EMBALMER: Harmon Bradford
21d. LICENSE NUMBER: 1702 fsl

22. NAME AND ADDRESS OF FUNERAL HOME: Alexander-1424 Statesville Ave.-Charlotte, NC 28206

23. Part I:
a. IMMEDIATE CAUSE: Cardiac Arrest — 8 hours
b. Acute blood loss
c. Coagulopathy
d. Acute liver failure

25. MANNER OF DEATH: Natural
27. TIME OF DEATH: 0240
28. DID TOBACCO USE CONTRIBUTE TO DEATH? No
29. IF FEMALE: Not pregnant within past year

33a. SIGNATURE AND TITLE OF CERTIFIER: MD
33b. LICENSE NUMBER: 1477890625
33c. DATE SIGNED: 1/23/15

34. NAME AND ADDRESS OF CERTIFIER: Patrick Proctor, MD - 1000 Blythe Blvd, Charlotte, N.C. 28207

REGISTRAR: Mayacula Sanderson
DATE FILED: JAN 2 7 2015

---

THIS IS TO CERTIFY THIS IS A TRUE AND CORRECT REPRODUCTION OF THE OFFICIAL RECORD FILED IN MECKLENBURG COUNTY.

**V 703864**

WITNESS MY HAND AND OFFICIAL SEAL THIS DAY   January 28, 2015

Michelle Lancaster-Sandlin                               J. David Granberry
Health Director & Registrar                              Register of Deeds

By: _____
Assistant/Deputy Register of Deeds