UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN ) MDL NO: 2592
PRODUCTS LIABILITY LITIGATION) )
) SECTION: L
)
) JUDGE: ELDON E. FALLON
)
) MAGISTRATE JUDGE NORTH
_____

THIS DOCUMENT RELATES TO:     JURY TRIAL DEMANDED

WILLIE MAE SAMPSON

CIVIL ACTION NO.: 2:16-CV-02864

## ORDER

WHEREAS the Plaintiff has moved to substitute Willie Mae Sampson, decedent, with Robin Sampson Broadway, decedent's daughter, on behalf of Willie Mae Sampson; and

WHEREAS, after considering the Plaintiff's arguments, the Court will grant the motion.

IT IS HEREBY ORDERED THAT:

The Plaintiff's motion to substitute be GRANTED.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge