## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to:<br>Debra Burton v. Janssen Research<br> & Development, LLC<br>E.D. La. No. 2:16-cv-9913 | JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

NOW INTO COURT, please take notice that pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, plaintiff John Burton, who is a representative of the deceased party, hereby informs the Honorable Court of the death of the plaintiff, Debra Burton during the pendency of this action. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by undersigned counsel in the near future.

Dated: September 13, 2016

Respectfully Submitted by:

      By: */s/ Aimee Robert*
      Aimee Robert, Esquire
      TX Bar #24046729
      2925 Richmond Ave, Suite 1700
      Houston, Tx 77098
      Telephone: (713) 626- 9336
      *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above and foregoing Notice and Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

  Date: September 13, 2016

                        */s/ Aimee Robert*
                        Attorney for Plaintiff