UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
                               :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
_____ :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

<u>MAUREEN WELCH</u>:   CIVIL ACTION NOS. 2:16 cv 03185 and 2:16 cv 05975

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW REPRESENTATION

Now come Thomas T. Merrigan, Peter M. Merrigan, and Jonathan T. Merrigan, dba Sweeney Merrigan Law, regarding their motion to withdrawal as counsel in the above matter.

In support of this motion, counsel states that they are no longer able to pursue this claim based on recent developments in the case. In communicating with the plaintiff, she has not communicated any objection to the Motion to Withdraw. Moreover, plaintiff's counsel has been unable to obtain medical records which enable compliance with PTO 13.

Following service of the Motion to Withdraw by certified return receipt mail, we are not in receipt any communications from the plaintiff.

For these reasons, counsel is unable in good faith and consistent with professional responsibilities to continue representation of the plaintiff in this matter.

1

Respectfully submitted,

Dated: September 13, 2016

_____
Attorney for Plaintiff

Thomas T. Merrigan, BBO # 343480
tom@sweeneymerrigan.com
Peter M. Merrigan, BBO # 673272
peter@sweeneymerrigan.com
Jonathan Tucker Merrigan, BBO #681627
tucker@sweeneymerrigan.com
SWEENEY MERRIGAN LAW
268 Summer Street, LL, Boston, MA 02210
617 391 9001 (telephone)
617 357 9001 (fax

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17, and by email to counsel for Bayer defendants, Alan E. Rothman, Alan.Rothman@kayescholer.com, and to counsel for Janssen defendants, Daryl Daly, Daryl.Daly@dbr.com.

Respectfully Submitted by
Plaintiff's Counsel:

_____
Thomas T. Merrigan, BBO# 343480

2