# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION L |
| This Document relates to: Debra Burton v. Janssen Research & Development, LLC E.D. La. No. 2:16-cv-9913 | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting John Burton on behalf of his deceased spouse, Debra Burton.

1. Debra Burton filed a products liability lawsuit against the defendants on May 20, 2016.

2. Subsequently on June 23, 2016, plaintiff's counsel was notified that Debra Burton died on June 17, 2016.

3. Debra Burton's products liability action against defendants survived her death and was not extinguished.

4. John Burton, spouse of Debra Burton, is a proper party to substitute for plaintiff-decedent Debra Burton and has proper capacity to continue the lawsuit on her behalf, as successor and estate representative pursuant to Fed. R. Civ. P. 25(a)(1).

Based on the foregoing, John Burton requests that this Court grant his request for substitution as plaintiff in this action.

Dated: September 13, 2016

Respectfully Submitted:

By: */s/ Aimee Robert*
Aimee Robert, Esquire
TX Bar #24046729
2925 Richmond Ave, Suite 1700
Houston, Tx 77098
Telephone: (713) 626- 9336
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute Party Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Date: September 13, 2016

*/s/ Aimee Robert*
Attorney for Plaintiff