**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** |
| | **SECTION L** |
| This Document relates to:<br>　Debra Burton v. Janssen Research<br>　 & Development, LLC<br>　E.D. La. No. 2:16-cv-9913 | **JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE NORTH** |

**ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF**

　　　THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Counsel for Plaintiff's motion is GRANTED.
2. John Burton, as spouse of Debra Burton, is substituted as Plaintiff in this action.

**SO ORDERED** in Chambers in the United States District Court for the Eastern District of Louisiana, on _____.

　　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE ELDON E. FALLON

Cc: All counsel of record