**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO.: 2592 |
| JOSEPH ORR, JR., JOSEPH ORR, III, KELLI ORR WALKER, and KIM ORR DEAGANO | ) ) ) ) | SECTION: L JUDGE FALLON MAG. JUDGE SHUSHAN |
| Plaintiffs | ) ) ) | COMPLAINT AND JURY DEMAND |
| vs. | ) ) | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JOHNSON AND JOHNSON; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JANSSEN ORTHO LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, f/k/a BAYER SCHERING PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; and BAYER AG | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

THIS DOCUMENT RELATES TO: USDC EDLA 15-3708 L (5)

**MOTION TO ENROLL AS CO-COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, come plaintiffs, who desire to have J. Alex Watkins and Vincent E. Odom of the law firm of Capitelli and Wicker, enroll as co-counsel of record in the above entitled and numbered cause. As such, plaintiffs ask this Court to enroll J. Alex Watkins and Vincent E. Odom of the law firm of Capitelli and Wicker as co-counsel of record in the above entitled and numbered cause.

WHEREFORE, plaintiffs move this Court to grant the foregoing Motion to Enroll as Co-Counsel of Record, enrolling J. Alex Watkins and Vincent E. Odom of the law firm of Capitelli and Wicker as co-counsel of record in the above entitled and numbered cause.

Respectfully submitted,
CAPITELLI AND WICKER
By: s/T. Carey Wicker, III
T. Carey Wicker, III La. Bar No. 13450
J. Alex Watkins, La. Bar No. 29472
Vincent E. Odom La. Bar No. 36918
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163
Phone 504-582-2425
Fax 504-582-2422
tcw@capitelliandwicker.com

AND

Albert Nicaud
Louisiana Bar No. 19261
Nicaud & Sunseri, LLC
3000 18th Street
Metairie, Louisiana 70002
Telephone: 504-837-1304
Fax: 504-833-2843
anicaud@nslawla.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing **Motion to Enroll as Co-Counsel of Record** has contemporaneously or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/T. Carey Wicker, III (#13450)
CAPITELLI AND WICKER
1100 Poydras Street, Suite 2950
New Orleans, Louisiana 70163-2950
Phone 504-582-2425
Fax 504-582-2422
tcw@capitelliandwicker.com