# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO *Jim Martin v. Janssen Research & Development LLC et al.* | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Case No. 2:16-cv-6407 |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Jim Martin, hereby dismiss all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-06407, only. This stipulation shall not affect the lawsuit filed by Jim Martin, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-00996. All parties shall bear their own costs.

DATED: 9/13/2016

Respectfully submitted,

/s/ Catherine Heacox
NY Juris No. 2971445
The Lanier Law Firm, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
Telephone: (212) 421-2800
Fax: (212) 421-2827
CTH@Lanierlawfirm.com
*Attorneys for the Plaintiff*

**KAYE SCHOLER LLP**
By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

1

William Hoffman
901 15th Street NW
Washington, D.C. 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580
andrew.solow@kayescholer.com
william.hoffman@kayescholer.com
Attorneys for Defendants Bayer Healthcare
Pharmaceuticals Inc., and Bayer Pharma AG


 /s/ Susan Sharko_____
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000
Susan.sharko@dbr.com
*Attorneys for Defendants Janssen*
*Pharmaceuticals, Inc., Janssen Research &*
*Development LLC., Janssen Ortho LLC*


 /s/ James B. Irwin_____
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART &MOORE LLC
400 Poydras Street. Ste. 2700
New Orleans, LA 70130
*Liaison Counsel for Defendants*