# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE XARELTO (RIVAROXABAN)          )
PRODUCTS LIABILITY LITIGATION        )          MDL 2592
_____      )

**THIS DOCUMENT RELATES TO:**

*Yvonne Spates, et al. v. Janssen Research & Development, LLC, et al.*
*CASE NO.: 2:16-cv-04776-EEF-MBN*

## NOTICE OF APPEARANCE

**COMES NOW** the law firm of Farris, Riley & Pitt, LLP, by and through Nathan C. VanDerVeer, and requests that the Court enter their names as attorney of record for the Plaintiff, Yvonne Spates.

Respectfully submitted,

*/s/ Nathan C. VanDerVeer*
Nathan C. VanDerVeer
AL State Bar No.: ASB-7794-A63V
**FARRIS, RILEY & PITT, L.L.P.**
505 20th Street North, Suite 1700
Birmingham, AL 35203
Phone: (205) 324-1212
Facsimile: (205) 324-1255
nate@frplegal.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was served on all counsel of record by way of the Court's CM/ECF filing system this 13th day of September, 2016.

*/s/ Nathan C. VanDerVeer*
Nathan C. VanDerVeer