# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Fink v. Janssen Research & Development, LLC, et al; Civil Case No. 2:16-cv-12301*

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiff in the above-entitled action, through her undersigned Counsel, respectfully requests that this Court grant her Motion for Extension of Time Within Which to Serve Process and issue an Order allowing her an additional sixty (60) days from the date the Order is entered in which to effect service on defendants Janssen Research & Development, LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development, LLC, Janssen Pharmaceuticals, Inc. f/k/a Janssen Pharmaceutica Inc. f/k/a Ortho-McNeil-Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC, Johnson & Johnson Company, Bayer Healthcare Pharmaceuticals, Inc., Bayer Pharma AG, Bayer Corporation, Bayer Healthcare LLC, Bayer Healthcare AG, and Bayer AG. Plaintiff's Complaint and Summons were filed on June 30, 2016. Pursuant to Pre-Trial Order 10B, due to the large number of recently-filed Complaints into this MDL, the Clerk's entry of Summons has been delayed in recently-filed cases. Therefore, Pre-Trial Order 10B extends the deadline in which to serve the Bayer Defendants to ninety (90) days from the docketing of the Complaint in the MDL.

Pre-Trial Order 10B and the Federal Rules of Civil Procedure Rule 4(m) require that the issued Summons and Complaint must be served on defendants within 90 days after the Complaint

is filed. Therefore, the deadline for Plaintiff to serve all defendants in this matter is September 28, 2016. To date, a summons has not been issued in this matter. It is impossible for Plaintiff to serve the defendants without an issued Summons and it appears that the Summons in this matter will not be issued with enough time to complete service pursuant to the timelines provided in Pre-Trial Order 10, Pre-Trial Order 10B, and Federal Rule of Civil Procedure 4. Plaintiff therefore respectfully requests this Court extend the time within which to serve the defendants and allow service to be affected in accordance with the methodology outlined in Pre-Trial Order 10, Pre-Trial Order 10B, and the Federal Rule of Civil Procedure 4 by sixty (60) days from the date the Order on this Motion is entered.

Dated: September 13th, 2016			Respectfully submitted,

                                        /s/ Deborah S. Kerr_____
Deborah S. Kerr
GOLDBERG & OSBORNE
915 W. Camelback Road
Phoenix, AZ 85013
Telephone: (602) 808-6750
Facsimile: (602) 808-6799
E-mail: dkerr@goldbergandosborne.com

*Attorneys for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13th, 2016, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

/s/ Deborah S. Kerr
Deborah S. Kerr