# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Fink v. Janssen Research & Development, LLC, et al; Civil Case No. 2:16-cv-12301*

## NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time Within Which to Serve Process filed by Plaintiff in the above-listed action, through her undersigned counsel will be submitted to the Court on or before the 28th day of September, 2016 before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: September 13th, 2016

Respectfully submitted,

/s/ Deborah S. Kerr
Deborah S. Kerr
GOLDBERG & OSBORNE
915 W. Camelback Road
Phoenix, AZ 85013
Telephone: (602) 808-6750
Facsimile: (602) 808-6799
E-mail: dkerr@goldbergandosborne.com

*Attorneys for Plaintiff(s)*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 13th, 2016, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

      /s/ Deborah S. Kerr
      Deborah S. Kerr