# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION: L <br> JUDGE: ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Fink v. Janssen Research & Development, LLC, et al; Civil Case No. 2:16-cv-12301*

## ORDER

In consideration of the foregoing Motion for Extension of Time within Which to Serve Process:

IT IS HEREBY ORDERED that Plaintiff in the above-listed action shall have sixty (60) days from the date of this Order within which to effect service on Defendants, through the streamlined procedures for informal service of process set forth in Pre-Trial Order 10, Pre-Trial Order 10B, and Federal Rule of Civil Procedure 4.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon