IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Gregory Adams, | ) | Civil Case No. 2:16-CV-13159 |
| | ) | |
| Plaintiff, | ) | MDL No. 2592 |
| | ) | |
| v. | ) | JUDGE ELDON E. FALLON |
| | ) | |
| JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al., | ) ) ) ) ) ) | **PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF FACT SHEET** |
| Defendants. | | |

Now comes Plaintiff, Gregory Adams, by and through the undersigned counsel and hereby requests additional time to file the Plaintiff Fact Sheet. Plaintiff has not been able to complete and sign the Plaintiff Fact Sheet due to the fact that Plaintiff has not yet received all of the medical records needed to complete the Plaintiff Fact Sheet. Therefore, Plaintiff respectfully requests this Court grant Plaintiff an addition sixty (60) days.

    Respectfully submitted,

    KELLEY & FERRARO, L.L.P.

    By: /s/ Electronically filed
    Constantine Venizelos (0078596)
    Ryan J. Cavanaugh (0079996)
    William D. Mason (0092747)
    127 Public Square, Suite 2200
    Cleveland, Ohio 44114
    (216) 575-0777
    (216) 575-0799 (Fax)
    cvenizelos@kelley-ferraro.com
    rcavanaugh@kelley-ferraro.com
    wmason@kelley-ferraro.com
    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The foregoing Plaintiff's Motion for an Extension of Time has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 13th day of September, 2016.

/s/ Electronically filed
Constantine Venizelos (0078596)
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Gregory Adams, | ) | Civil Case No. 2:16-CV-13159 |
| | ) | |
| Plaintiff, | ) | MDL No. 2592 |
| | ) | |
| v. | ) | JUDGE ELDON E. FALLON |
| | ) | |
| JANSSEN RESEARCH AND | ) | |
| DEVELOPMENT LLC f/k/a JOHNSON | ) | **JUDGMENT ENTRY GRANTING** |
| AND JOHNSON | ) | **PLAINTIFF'S MOTION FOR AN** |
| PHARMACEUTICALS RESEARCH | ) | **EXTENSION OF TIME TO FILE** |
| AND DEVELOPMENT LLC, et al., | ) | **PLAINTIFFS FACT SHEET** |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on Plaintiff's Motion for an Extension of Time to File Plaintiff Fact Sheet.

After due consideration, this Court hereby GRANTS Plaintiff's Motion for an Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has until and including November 14, 2016 to file Plaintiff Fact Sheet.

_____     _____
DATE                                                                JUDGE ELDON E. FALLON