IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Gregory Adams, ) | Civil Case No. 2:16-CV-06752 |
| ) | |
| Plaintiff, ) | MDL No. 2592 |
| ) | |
| v. ) | JUDGE ELDON E. FALLON |
| ) | |
| JANSSEN RESEARCH AND ) | **NOTICE OF SUBMISSION** |
| DEVELOPMENT LLC f/k/a JOHNSON ) | |
| AND JOHNSON ) | |
| PHARMACEUTICALS RESEARCH ) | |
| AND DEVELOPMENT LLC, et al., ) | |
| ) | |
| Defendants. | |

PLEASE TAKE NOTICE that on September 13, 2016, the attached Plaintiff's Motion for an Extension of Time to File Plaintiff's Fact Sheet will be presented to the Court for ruling without the necessity of an oral hearing, unless oral hearing is ordered by the Court.

                Respectfully submitted,

                KELLEY & FERRARO, L.L.P.

                By: /s/ Electronically filed
                    Constantine Venizelos (0078596)
                    Ryan J. Cavanaugh (0079996)
                    William D. Mason (0092747)
                    127 Public Square, Suite 2200
                    Cleveland, Ohio 44114
                    (216) 575-0777
                    (216) 575-0799 (Fax)
                    cvenizelos@kelley-ferraro.com
                    rcavanaugh@kelley-ferraro.com
                    wmason@kelley-ferraro.com
                    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The foregoing Notice of Submission has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 13th day of September, 2016.

/s/ Electronically filed
Constantine Venizelos (0078596)
Counsel for Plaintiff