UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

PATRICIA L. MCCOY
CIVIL ACTION NO.: 2:16-cv-01100

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW counsel for Plaintiff Patricia L. McCoy, now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves to substitute Donald G. Meyers, successor of Plaintiff Patricia L. McCoy, as the Representative of the Estate of Patricia L. McCoy and to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(A).

1. Plaintiff Patricia L. McCoy's individual Complaint was filed on February 5, 2016.

2. Counsel for Plaintiff Patricia L. McCoy filed the Suggestion of Death on March 23, 2016.

3. Plaintiff Patricia L. McCoy is deceased, and counsel for Plaintiff moves to substitute Donald G. Meyers as the Representative of the Estate of Patricia L. McCoy, as Plaintiff in the present action.

WHEREFORE, counsel for Plaintiff Patricia L. McCoy respectfully requests the Court grant this Motion to Substitute Donald G. Meyers, Individually and as Representative of the Estate of Patricia L. McCoy and to permit Plaintiff to file a Second Amended Joint Complaint.

Respectfully submitted,

**BURNETT LAW FIRM**

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail:  rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail: acollins@rburnettlaw.com
55 Waugh Drive, Suite 803
Houston, Texas 77007
Telephone:  (832) 413-4410
Facsimile:  (832) 900-2120
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2016, a copy of the above and foregoing Motion has contemporaneously with, or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.