UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

PATRICIA L. MCCOY
CIVIL ACTION NO.:  2:16-cv-01100

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff Patricia L. McCoy be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Second Amended Joint Complaint into the record in this matter.

SIGNED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE