# BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2016107618  
**DATE ISSUED:** July 19, 2016  
**STATE FILE DATE:** July 18, 2016

### DECEDENT INFORMATION
**NAME:** DAVID J SHATTUCK

**DATE OF DEATH:** July 13, 2016 **SEX:** MALE **SSN:** 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 **AGE:** 060 YEARS  
**DATE OF BIRTH:** September 9, 1955 **BIRTHPLACE:** SYRACUSE, NEW YORK, UNITED STATES  
**PLACE OF DEATH:** EMERGENCY ROOM/OUTPATIENT  
**FACILITY NAME OR STREET ADDRESS:** VENICE REGIONAL BAYFRONT HEALTH  
**LOCATION OF DEATH:** VENICE, SARASOTA COUNTY, 34285

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
**MARITAL STATUS:** WIDOWED  
**SPOUSE (IF FEMALE, MAIDEN NAME):** NONE  
**RESIDENCE:** 964 JACINTO EAST, VENICE, FLORIDA 34285, UNITED STATES **COUNTY:** SARASOTA  
**OCCUPATION, INDUSTRY:** DIETITIAN / HEALTH FOOD CONSULTANT, HEALTHCARE  
**RACE:** X White ___ Black or African American ___ Asian Indian ___ Chinese ___ Filipino ___ Native Hawaiian ___ Japanese ___ Korean ___ American Indian or Alaskan Native—Tribe: ___ Vietnamese ___ Other Asian: ___ Guamian or Chamorro ___ Samoan ___ Other Pacific Is: ___ Other: ___ Unknown  
**HISPANIC OR HAITIAN ORIGIN?** NO, NOT OF HISPANIC/HAITIAN ORIGIN  
**EDUCATION:** ASSOCIATE DEGREE **EVER IN U.S. ARMED FORCES?** YES

### PARENTS AND INFORMANT INFORMATION
**FATHER:** FREDERICK SHATTUCK  
**MOTHER:** ELIZABETH MIER  
**INFORMANT:** JASON SHATTUCK  
**RELATIONSHIP TO DECEDENT:** SON  
**INFORMANTS ADDRESS:** 9387 TUTTLE ROAD, BRIDGEPORT, NEW YORK 13030, UNITED STATES

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
**PLACE OF DISPOSITION:** OAKWOOD CREMATORIUM  
SYRACUSE, NEW YORK  
**METHOD OF DISPOSITION:** REMOVAL FROM STATE  
**FUNERAL DIRECTOR/LICENSE NUMBER:** KIRK C. HILD, F058559  
**FUNERAL FACILITY:** BRASOTA SERVICES INC F058289  
1410 COMMERCE BLVD UNIT R, SARASOTA, FLORIDA 34243

### CERTIFIER INFORMATION
**TYPE OF CERTIFIER:** CERTIFYING PHYSICIAN **MEDICAL EXAMINER CASE NUMBER:** NOT APPLICABLE  
**TIME OF DEATH (24 hr):** 0125  
**CERTIFIER'S NAME:** DAVID THOMAS REICHEL  
**CERTIFIER'S LICENSE NUMBER:** ME79284  
**NAME OF ATTENDING PHYSICIAN (If other than Certifier):** NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION
**MANNER OF DEATH:** NATURAL  
**CAUSE OF DEATH - PART I -** and Approximate Interval; Onset to Death:  
a CARDIAC ARREST

b CARDIOGENIC SHOCK

c DISSECTION OF THORACOABDOMINAL ANEURYSM

d

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

**AUTOPSY PERFORMED?** NO **AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?**  
**DATE OF SURGERY:** **DID TOBACCO USE CONTRIBUTE TO DEATH?** PROBABLY  
**REASON FOR SURGERY:**  
**IF FEMALE,** NOT APPLICABLE  
**DATE OF INJURY:** NOT APPLICABLE **TIME OF INJURY (24 hr):** **INJURY AT WORK?**  
**LOCATION OF INJURY:**  
**DESCRIBE HOW INJURY OCCURRED:**

**PLACE OF INJURY:**  
**IF TRANSPORTATION INJURY, Status of Decedent:** **Type of Vehicle:**

State Registrar **REQ:** 2017217630

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, COLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)

CERTIFICATION OF VITAL RECORD




* 55137705 *