UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>BARBARA W. COBB,<br>2:16-cv-08048-EEF-MBN<br><br>NICHOLAS D. ELIOPOULOS,<br>2:16-cv-08051-EEF-MBN<br><br>RITA M. IRVING,<br>2:16-cv-08326-EEF-MBN<br><br>LENA SAMPSON as an individual and as Administrator for and on behalf of the heirs of the Estate of PAULINE M. SAMPSON,<br>2:16-cv-08499-EEF-MBN<br><br>THERESA E. WISE,<br>2:16-cv-08539-EEF-MBN | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**MOTION FOR LEAVE TO FILE FIRST AMENDED JOINT COMPLAINT AND AMENDED INDIVIDUAL SHORT FORM COMPLAINTS**

COMES NOW Counsel for Plaintiffs, Barbara W. Cobb, Nicholas D. Eliopoulos, Rita M. Irving, Lena Sampson, and Theresa E. Wise, respectfully move this court for leave to file the First Amended Joint Complaint, as well as the Amended Individual Short Form Complaints for Plaintiffs Barbara W. Cobb, Nicholas D. Eliopoulos, and Theresa E. Wise, in these actions. Plaintiffs, Mary W. Cobb and Nicholas D. Eliopoulos, request to add their spouses, respectively Michael A. Cobb and Maria N. Eliopoulos, to the First Amended Joint Complaint and their Amended Individual Short Form Complaints, as Plaintiffs with loss of consortium claims and adding their claims as subsection (b) to paragraphs 3 and 5 in the forms attached hereto as

Exhibits A, B and C, in accordance with Fed. R. Civ. P. 15(a)(2). Plaintiffs, Nicholas D. Eliopoulos, Lena Sampson and Theresa E. Wise all have typographical errors in their names or their title in the caption and/or body which have been corrected in paragraphs 5, 23 and 34 in the forms attached hereto as Exhibits A, C and D, in accordance with Fed. R. Civ. P. 15(a)(2). Plaintiff, Rita Irving had a subsequent injury from Xarelto which will be added to paragraph 7 of the First Amended Complaint in the form attached hereto as Exhibit A, in accordance with Fed. R. Civ. P. 15(a)(2).

1. Plaintiffs Barbara W. Cobb, Nicholas D. Eliopoulos, Rita M. Irving, Lena Sampson, and Theresa E. Wise, cases were filed in a Joint Complaint on May 18, 2016 (*Frances W. Byrd, et al. v. Janssen Research & Development LLC, et al.*, 2:16-cv-06513-EEF-MBN [Doc. 1]).

2. On May 27, 2016, a Severance Order was issued for the Joint Complaint *Frances W. Byrd, et al. v. Janssen Research & Development LLC, et al.*, 2:16-cv-06513-EEF-MBN [Doc. 5].

3. On June 3 2016, Plaintiff Barbara W. Cobb filed her Short Form Complaint (*Barbara W. Cobb v. Janssen Research & Development LLC*, 2:16-cv-08048-EEF-MBN [Doc. 1]).

4. On June 3, 2016, Plaintiff Nicholas D. Eliopoulos filed his Short Form Complaint (*Nicholas D. Eliopoulos v. Janssen Research & Development LLC*, 2:16-cv-08051-EEF-MBN [Doc. 1]).

5. On June 5, 2016, Plaintiff Rita M. Irving filed her Short Form Complaint (*Rita M. Irving v. Janssen Research & Development LLC*, 2:16-cv-08326-EEF-MBN [Doc. 1]).

6. On June 6, 2016, Plaintiff Lena Sampson filed her Short Form Complaint (*Lena Sampson as an individual and as Administrator for and on behalf of the heirs of the Estate of*

*Pauline M. Sampson v. Janssen Research & Development LLC*, 2:16-cv-08499-EEF-MBN [Doc. 1]).

7. On June 6, 2016, Plaintiff Theresa E. Wise filed her Short Form Complaint (*Theresa E. Wise v. Janssen Research & Development LLC*, 2:16-cv-08539-EEF-MBN [Doc. 1]).

8. All active Defendants have been served with process.

9. On June 13, 2016, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

10. On June 6, 2016, Defendant Bayer Pharma AG was served by registered mail with the Joint Complaint, Severance Order and list of individual case captions, with the Summons, pursuant to PTO No. 10.

11. On June 28, 2016, Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho, LLC and Johnson & Johnson Company executed Waivers of Service pursuant to Rule 4(d).

12. Plaintiff's counsel was informed by Plaintiffs Mary W. Cobb and Nicholas D. Eliopoulos that their respective spouses, Michael A. Cobb and Maria N. Eliopoulos have a loss of consortium claim due to their injuries from Xarelto.

13. Plaintiff's counsel found typographical errors in the spelling of Nicholas D. Eliopoulos in paragraph 5 within the Joint Complaint.

14. Plaintiff's counsel also found that Lena Sampson is the Personal Representative of the Estate of Pauline M. Sampson and not the Administrator of the Estate. This was an inadvertent error in the caption and in paragraph 23 of the Joint Complaint.

15. Plaintiff's counsel discovered that Theresa E. Wise is actually Theresa M. Wise, which was a typographical error within the caption and in paragraph 34 of the Joint Complaint and also in her Individual Short Form Complaint.

16. Plaintiff's counsel also discovered that Rita M. Irving had a subsequent injury from her Xarelto use that was not listed in paragraph 7 of the Joint Complaint.

WHEREFORE, Counsel for Plaintiffs, Barbara W. Cobb, Nicholas D. Eliopoulos, Rita M. Irving, Lena Sampson, and Theresa E. Wise, respectfully request the Court grant leave for Plaintiffs, Barbara W. Cobb, Nicholas D. Eliopoulos, Rita M. Irving, Lena Sampson, and Theresa E. Wise to file the First Amended Joint Complaint and Amended Individual Short Form Complaints in these actions in the forms attached hereto as Exhibits A, B, C and D and directing the Clerk of the Court to enter the First Amended Joint and Amended Short Form Complaints into the record of this matter.

Dated: September 15, 2016

                                            Respectfully submitted,

                                            By: s/Emanuella J. Paulos_____
                                            Emanuella J. Paulos (FL Bar 99010)
                                            Brian H. Barr (FL Bar 493041)
                                            Neil E. McWilliams Jr. (FL Bar 16174)
                                            LEVIN, PAPANTONIO, THOMAS,
                                            MITCHELL, RAFFERTY &
                                            PROCTOR, P.A.
                                            316 South Baylen Street, Suite 600
                                            Pensacola, Florida 32502
                                            (850) 435-7059
                                            (850) 435-7020 (Fax)
                                            bbarr@levinlaw.com
                                            nmcwilliams@levinlaw.com
                                            epaulos@levinlaw.com

                                            *Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 15th day of September, 2016.

                                                       By: s/Emanuella J. Paulos_____
                                                       Emanuella J. Paulos (FL Bar 99010)