**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| **THIS DOCUMENT RELATES TO:** | SECTION:   L |
| | JUDGE:  ELDON E. FALLON |
| BARBARA W. COBB, 2:16-cv-08048-EEF-MBN | MAG. JUDGE MICHAEL NORTH |

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:


BARBARA W. COBB,
2:16-cv-08048-EEF-MBN

NICHOLAS D. ELIOPOULOS,
2:16-cv-08051-EEF-MBN

RITA M. IRVING,
2:16-cv-08326-EEF-MBN

LENA SAMPSON as an individual and as
Administrator for and on behalf of the heirs of the
Estate of PAULINE M. SAMPSON,
2:16-cv-08499-EEF-MBN

THERESA E. WISE,
2:16-cv-08539-EEF-MBN

MDL NO. 2592

SECTION:   L

JUDGE:  ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

## PROPOSED ORDER

This matter having come before the Court on the Motion for Leave to File the First Amended

Joint Complaint and Amended Individual Short Form Complaints, the Court having reviewed such

and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiffs, Barbara W. Cobb, Nicholas D. Eliopoulos, Rita

M. Irving, Lena Sampson, and Theresa E. Wise's Motion is GRANTED. Plaintiffs are hereby

granted leave to file the First Amended Joint Complaint and Amended Individual Short Form

Complaints tendered with their Motion, and the Clerk of the Court is ordered to file the First

2

Amended Joint Complaint and Amended Individual Short Form Complaints into the records of

this matter.

Entered this _____ day of _____, 2016

_____
HONORABLE DISTRICT JUDGE FALLON