# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :    MDL No. 2592
                               :
                               :    SECTION L
                               :
                               :    JUDGE ELDON E. FALLON
                               :
_____ :    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**       **JURY TRIAL DEMANDED**

BARBARA W. COBB and MICHAEL A. COBB

## AMENDED SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' First Amended Joint Complaint filed in *In Re Xarelto Products Liability,* MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Amended Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiffs, <u>Barbara W. Cobb and Michael A. Cobb</u>, are identified more fully in Paragraph <u>3</u> of the Plaintiffs' First Amended Joint Complaint and all allegations set forth in the Plaintiffs' First Amended Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiffs.

3. Individual Plaintiffs, <u>Barbara W. Cobb and Michael A. Cobb</u> reside at <u>406 Forest Lane Drive, Gaffney, SC 29340</u>.

4. The Xarelto User, <u>Barbara W. Cobb</u>, resides (or if deceased, resided at the time of death) at <u>406 Forest Lane Drive, Gaffney, SC 29340</u>.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiffs.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiffs.

Dated: September 15, 2016

By: /s/Emanuella J. Paulos
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7107
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the foregoing was served on Plaintiff and Defendant liaison counsel via CM/ECF on this 15th day of September, 2016.

                                            By: s/Emanuella J. Paulos
                                            Emanuella J. Paulos (FL Bar 99010)