**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

CHERYL VAUGHN ON BEHALF OF MILFORD BRELAND, DECEASED

2:15-cv-7167

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL OF RECORD**

COMES NOW The Driscoll Firm, P.C. ("Moving Counsel") pursuant to Pretrial Order #30, Eastern District of Louisiana Local Rule 83.2.11 and the applicable Rules of Professional Conduct, and for their Memorandum in Support of Motion for Leave to Withdraw as counsel for Plaintiff Cheryl Vaughn in the above-styled case, state as follows:

1. Plaintiff Vaughn retained the services of The Driscoll Firm, P.C. to represent her in the Xarelto Multidistrict Litigation for her claim on behalf of Milford Breland, deceased.

2. On or about December 30, 2015, Moving Counsel filed the instant cause of action under Case Number 2:15-cv-7167.

3. Since the filing of the instant case, Moving Counsel has attempted to contact Plaintiff Vaughn on numerous occasions in order to discuss Plaintiff Vaughn's case and get information essential to litigating the case. Specifically, Moving Counsel called Plaintiff Vaughn on January 6th, 7th, 11th, 12th, 14th, 18th, 20th, 22nd, February 1st, 11th, 25th, 26th, March 4th, 9th, 17th, 29th, April 1st, 4th, 8th, 21st, May 3rd, 4th, 12th, June 9th, July 29th, August 3rd, 17th, and

18th, 2016. In addition, Moving Counsel sent letters to Plaintiff Vaughn on December 30th, 2015, January 21st, February 15th, March 2nd, April 8th, April 18th, June 8th, and July 14th, 2016.

4.  Despite Moving Counsel's extensive efforts to communicate with Plaintiff Vaughn about this case, Plaintiff Vaughn has continuously failed and refused to respond to Moving Counsel or provide the requested information.

5.  For the foregoing reasons, Plaintiff Vaughn has failed substantially to fulfill an obligation to her attorney.

6.  Pursuant to these irreconcilable differences which have arisen, Moving Counsel's continued representation of Plaintiff is impossible, and Moving Counsel moves to withdraw as counsel of record for Plaintiff Vaughn in the above-referenced matter.

7.  Granting this motion would not delay trial of this matter or otherwise prejudice Defendants.

8.  Pursuant to Local Rule 83.2.11, Moving Counsel has served Plaintiff Vaughn with a copy of this motion and notification of all deadlines and pending court appearances via certified mail at her last known address, which is 313 Onondaga Ave., Syracuse, NY 13207. Plaintiff Vaughn's last known telephone number is (315)314-6536.

9.  Plaintiff Vaughn has not communicated to Moving Counsel any objection to the requested withdrawal and, in fact, has almost entirely failed and refused to communicate with Moving Counsel at all.

10. Plaintiff Vaughn has not communicated to Moving Counsel regarding whether she has been in touch with a new attorney and Moving Counsel does not know whether or when a new attorney might enter in this matter.

11.  Pursuant to Pretrial Order #30, Moving Counsel emailed defense counsel on August 31, 2016

to request their position with regard to the filing of this motion. Moving Counsel included their proposed pleadings in the email to defense counsel. Moving Counsel requested a response from defense counsel within fourteen (14) days.

12. Defense counsel has not responded within fourteen (14) days.

13. Plaintiff Vaughn has submitted a Plaintiff Fact Sheet ("PFS"), pursuant to Pretrial Orders 13 and 27. The PFS has been entered into MDL Centrality. Plaintiff Vaughn has received a PFS Deficiency Notice and has been made well aware of the circumstances and deadlines surrounding same.

14. Moving Counsel and Plaintiff Vaughn are in compliance with Pretrial Order #11B as no filing fee is currently due. Moving Counsel verifies that there is currently no applicable filing fee to pay as this matter has not been dismissed voluntarily or involuntarily, no motion or notice to dismiss with or without prejudice has been filed, no Judgment has been entered in Plaintiff Vaughn's favor, no stipulation or order of dismissal has been entered and no settlement of Plaintiff's case has been reached.

15. The ABA Model Rules of Professional Conduct offer guidance for consideration of motions for leave to withdraw as attorney of record. Specifically, the ABA-AMRPC Rule 1.16(b) provides that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interest of the client.

16. In this matter, there will not be any material adverse effect on the Plaintiff's interests and good cause for withdrawal exists as the Plaintiff has been repeatedly contacted by Moving Counsel regarding her case and any issues or deadlines therein, no case-specific discovery has yet been completed in this matter, no trial has been set, and Moving Counsel has notified Plaintiff of all deadlines and court appearances.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: September 15 , 2016

                              Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/John J. Driscoll*
JOHN J. DRISCOLL
MO State Bar No. 54729
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 15 , 2016, the forgoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that a copy of the motion to withdraw was served via certified mail to Plaintiff Vaughn at 313 Onondaga Ave., Syracuse, NY 13207 along with a notice of all deadlines and court appearances.

                              The Driscoll Firm, P.C.

                              /s/Andrew D. Kinghorn