# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

CHERYL VAUGHN ON BEHALF OF MILFORD BRELAND, DECEASED

2:15-cv-7167

## CERTIFICATION IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW The Driscoll Firm, P.C. ("Moving Counsel") pursuant to Pretrial Order #30 and hereby submits this Certification in Support of their Motion for Leave to Withdraw stating as follows:

1. Pursuant to Pretrial Order #30, Moving Counsel emailed defense counsel on August 31, 2016 to request their position with regard to the filing of this motion. Moving Counsel included their proposed pleadings in the email to defense counsel. Moving Counsel requested a response from defense counsel within fourteen (14) days.

2. Defense counsel has not responded within fourteen (14) days.

3. Plaintiff Vaughn has not communicated to Moving Counsel any objection to the requested withdrawal and, in fact, has almost entirely failed and refused to communicate with Moving Counsel at all.

4. Plaintiff Vaughn has not communicated to Moving Counsel regarding whether she has been in touch with a new attorney and Moving Counsel does not know whether or when a new

attorney might enter in this matter.

5. Plaintiff Vaughn has submitted a Plaintiff Fact Sheet ("PFS"), pursuant to Pretrial Orders 13 and 27. The PFS has been entered into MDL Centrality. Plaintiff Vaughn has received a PFS Deficiency Notice and has been made well aware of the circumstances and deadlines surrounding same.

6. Moving Counsel and Plaintiff Vaughn are in compliance with Pretrial Order #11B as no filing fee is currently due. Moving Counsel verifies that there is currently no applicable filing fee to pay as this matter has not been dismissed voluntarily or involuntarily, no motion or notice to dismiss with or without prejudice has been filed, no Judgment has been entered in Plaintiff Vaughn's favor, no stipulation or order of dismissal has been entered and no settlement of Plaintiff's case has been reached.

WHEREFORE, The Driscoll Firm, P.C., by and through undersigned counsel, respectfully requests this Court to grant its Motion for Leave to Withdraw and for any further orders deemed just and proper under the circumstances.

Signed: September 15, 2016

Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/John J. Driscoll*
JOHN J. DRISCOLL
MO State Bar No. 54729
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15 , 2016, the forgoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that a copy of the motion to withdraw was served via certified mail to Plaintiff Vaughn at 313 Onondaga Ave., Syracuse, NY 13207 along with a notice of all deadlines and court appearances.

    The Driscoll Firm, P.C.

    /s/Andrew D. Kinghorn