UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

CHERYL VAUGHN ON BEHALF OF MILFORD BRELAND, DECEASED

2:15-cv-7167

## ORDER

Considering the foregoing Motion for Leave to Withdraw as Counsel of Record for Plaintiff Cheryl Vaughn on behalf of Milford Breland, deceased, in the above-referenced case,

**IT IS HEREBY ORDERED** that John J. Driscoll, Christopher J. Quinn, Andrew D. Kinghorn and The Driscoll Firm, P.C., are withdrawn as the above-referenced Plaintiff's attorneys of record.

DONE AND SIGNED this _____ day of _____, 2016.

_____
JUDGE E. FALLON