# UNITED STATES DISTRICT COURT
## EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

CHERYL VAUGHN ON BEHALF OF MILFORD BRELAND, DECEASED

2:15-cv-7167

## NOTICE OF SUBMISSION

COMES NOW Moving Counsel, The Driscoll Firm, P.C., and files this Notice of Submission of their Motion for Leave to Withdraw as Counsel of Record before the Honorable Judge Eldon E. Fallon.

Signed: September 15, 2016

Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/ John J. Driscoll*
JOHN J. DRISCOLL (MO Bar #54729)
CHRISTOPHER J. QUINN (IL6310758)
ANDREW KINGHORN (MO Bar #66006)
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
chris@thedriscollfirm.com
andrew@thedriscollfirm.com

**ATTORNEYS FOR PLAINTIFF**