UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> JUDY E. WEILER, <br><br> 2:16-cv-09874-EEF-MBN | MDL NO. 2592 <br><br> SECTION:   L <br><br> JUDGE:  ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH |

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Counsel for Plaintiff, Judy E. Weiler, and respectfully move this Court for or an extension of time to submit the Plaintiff Fact Sheet. The deadline is presently set for September 15, 2016. Plaintiff's counsel requests a 60-day extension of the deadline to November 14, 2016.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff, Judy E. Weiler, passed away on May 27, 2015 and there is no proper Plaintiff at this time to execute Plaintiff's Fact Sheet.

This is Plaintiff's first request for an extension of time. A sixty-day extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deadline until November 14, 2016.

Dated: September 15, 2016

                                                  Respectfully submitted,

                                                  By: s/Emanuella J. Paulos_____
                                                  Emanuella J. Paulos (FL Bar 99010)

Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiff's First Motion for Extension of Time to Submit Plaintiff Fact Sheet has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Date:   September 15, 2016                                  By: s/Emanuella J. Paulos_____
                                                                Emanuella J. Paulos (FL Bar 99010)