## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 |
| **THIS DOCUMENT RELATES TO:** | SECTION:   L |
| JUDY E. WEILER, | JUDGE:  ELDON E. FALLON |
| 2:16-cv-09874-EEF-MBN | MAG. JUDGE MICHAEL NORTH |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO SUBMIT  PLAINTIFF FACT SHEET

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's First Motion for Extension of Time to Submit Plaintiff Fact Sheet, Plaintiff Counsel states the following:

1. On May 19, 2016, Counsel for Plaintiff, Judy E. Weiler, filed her Xarelto complaint jointly in the Eastern District of Louisiana. [*Kristian M. Agurs, et al. v. Janssen Research & Development LLC, et al.*, 2:16-cv-06583-EEF-MBN [Doc. 1].

2. Pursuant to Pre-trial Order No. 27, Plaintiff, Judy E. Weiler's Fact Sheet was due on August 17, 2016.

3. Plaintiff's counsel attempted to contact client on several occasions regarding the filing of her case beginning on April 8, 2016.

4. Plaintiff's counsel attempted to contact Plaintiff and Plaintiff's family by telephone on April 8, 2016 and May 5, 2016 and by mail on May 6, 2016 regarding her case prior to filing, however, Plaintiff failed to respond to Counsel's attempts.

5. Since filing the complaint, Plaintiff's counsel attempted to reach out to Plaintiff and Plaintiff's family members on several occasions regarding the Plaintiff's Fact Sheet and the deadline.

6. Plaintiff's counsel was unsuccessful in its efforts.

7. Plaintiff's counsel requested a LexisNexis Locate Comprehensive Report ("Report") to locate Plaintiff.

8. On May 6, 2016, Plaintiff's counsel sent certified letters, to all addresses on the Report, asking that Plaintiff contact her attorney.

9. On August 8, 2016, after multiple letters sent to all known addresses, and messages left on all telephone numbers found on the Report, Plaintiff's counsel hired John C. Theobold with Tactical Process, an investigator in Plaintiff's local area to locate and have Plaintiff execute the Plaintiff Fact Sheet.

10. On August 18, 2016, Plaintiff's counsel was informed by Mr. Theobold that Plaintiff, Judy E. Weiler passed away on May 27, 2015.

11. Plaintiff's counsel requested that Mr. Theobold locate Plaintiff's next-of-kin.

12. Mr. Theobold was also able to make contact with Plaintiff's daughter, Jean Zupek on August 18, 2016.

13. Plaintiff's counsel has made contact with Ms. Zupek regarding her mother's case on August 16, 2016, August 23, 2016, September 6, 2016, and September 9, 2016.

14. Since that time, Plaintiff's counsel has been attempting to work with Ms. Zupek to either open an estate and complete the Plaintiff Fact Sheet or dismiss the case.

15. At this time, we are awaiting a decision from Ms. Zupek on whether or not she would like to pursue this claim.

WHEREFORE, Plaintiff's counsel request an extension of time of 60 days (until November 14, 2016) to submit the Plaintiff Fact Sheet.

Dated: September 15, 2016

Respectfully submitted,

By: s/Emanuella J. Paulos_____
Emanuella J. Paulos (FL Bar 99010)
Brian H. Barr (FL Bar 493041)
Neil E. McWilliams Jr. (FL Bar 16174)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7059
(850) 435-7020 (Fax)
bbarr@levinlaw.com
nmcwilliams@levinlaw.com
epaulos@levinlaw.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion for Extension of Time to Submit Plaintiff Fact Sheet has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Date: September 15, 2016                                                                By: s/Emanuella J. Paulos_____
                                                                                               Emanuella J. Paulos (FL Bar 99010)