# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>JUDY E. WEILER,<br><br>2:16-cv-09874-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

THIS MATTER, having come before the Court is Plaintiff's First Motion for Extension of Time to Submit Plaintiff Fact Sheet. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEARBY ORDERED that Plaintiff's First Motion for Extension of Time to Submit Plaintiff Fact Sheet is hereby GRANTED. The deadline to satisfy the alleged Plaintiff Fact Sheet deficiency is now November 14, 2016.

Dated:                                                          _____

Hon. Eldon Fallon
United States District Court Judge