# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL No. 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | Civil Action No. 2:14-md-2592 |
| *Shayne Potter v. Janssen Research & Development LLC, et al.* <br> Civil Action No. 2:15-cv-7172 | |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

COMES NOW the plaintiff Shayne Potter, through counsel, and respectfully moves this Court for leave to file the Reply Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice attached hereto as Exhibit A. Undersigned counsel believes the arguments presented in the Reply would be of benefit to the Court in deciding to grant the pending motion for voluntary dismissal without prejudice.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests that this Motion for Leave to File Reply Memorandum be granted.

Dated: 9/16/2016

Respectfully submitted,

**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**

*/s/ Seth A. Katz*
Seth A. Katz
Attorney Registration Number: 37205 (CO)
40 Inverness Drive East
Englewood, CO  80112
Tel: (303) 792-5595
Fax: (303) 708-0527
skatz@burgsimpson.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File a Reply Memorandum has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17

*/s/ Seth A. Katz*
Seth A. Katz