# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Shayne Potter v. Janssen Research & Development LLC, et al.*<br>Civil Action No. 2:15-cv-7172 | ) ) ) ) ) | Civil Action No. 2:14-md-2592 |

## ORDER

CONSIDERING the Motion for Leave to File Reply Memorandum filed by Plaintiff Shayne Potter through counsel.

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the attached Plaintiff's Reply in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice be and is hereby filed into the record.

New Orleans, Louisiana this _____ day of _____, 2016.

 

                                                                                                 Eldon E. Fallon<br>
                                                                                                  United States District Court Judge