# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION L  
JUDGE ELDON E. FALLON  
MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*PHILLIP MILLWOOD v. Janssen Research & Development LLC, et al.*  
Civil Action No.: 2:15-cv-07077-EEF-MBN

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Phillip Millwood, files this Suggestion of Death upon the Record. Plaintiff Phillip Millwood departed this world on or about April 3, 2016 during the pendency of this civil action.

Dated: September 16, 2016

Respectfully submitted,

**WATTS GUERRA LLP**  
 /s/ *Ryan L. Thompson*  
Ryan L. Thompson  
TX State Bar No. 24046969  
5726 W. Hausman Rd., Suite 119  
San Antonio, TX 78249  
rthompson@wattsguerra.com  
(210) 448-0500  
(210) 448-0501 (Fax)

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on September 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ryan L. Thompson*
Ryan L. Thompson