UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

**IT IS ORDERED** that out-of-town counsel may appear telephonically for the Show Cause Hearing set for September 20, 2016 at 9:00 a.m. To do so, counsel must contact the Court to inform the Court of their plan to appear telephonically and to receive the appropriate call-in information.

New Orleans, Louisiana this 16th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE