UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :   MDL No. 2592
                                   :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
                                   :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:              JURY TRIAL DEMANDED

COREY SELLS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LOUISE SELLS V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

CIVIL ACTION NO.: 2:15-cv-6753

PLAINTIFF'S MOTION FOR

VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff COREY SELLS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LOUISE SELLS, in the above reference civil action, and by and through her counsel of records hereby files a Motion for Voluntary Dismissal of this actions without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

WHEREFORE, Plaintiff hereby requests that her claims against all defendants in this action be voluntarily dismissed, without prejudice.

Date: September 16, 2016

                                                  HILLIARD MUÑOZ GONZALES LLP
                                                  By: /s/ Robert C. Hilliard
                                                      Robert C. Hilliard
                                                      Texas Bar No. 09677700
                                                      Catherine Tobin
                                                      Texas State Bar No. 24013642
                                                      T. Christopher Pinedo
                                                      Texas State Bar No. 00788935
                                                      John Martinez

Texas State Bar No. 24010212

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
*Attorneys for Plaintiff*

**CERTIFICATE OF CONFERENCE**

Pursuant to Pre Trial Order 24 and 24A, I, by signature below, certify that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below regarding the filing of this motion and they are opposed to this motion. Furthermore, I certify that Plaintiff has complied with the filing fee payment provisions of PTO No. 11B (Rec. Doc. 1117) and that all applicable filing fees have been paid.

**Via Electronic Mail: jirwin@irwinllc.com**
James Irwin

**Via Electronic Mail: susan.sharko@dbr.com**
Susan Sharko

**Via Electronic Mail: steven.glickstein@kayescholer.com**
Steven Glickstein

        /s/ T. Christopher Pinedo
        T. Christopher Pinedo

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　:
PRODUCTS LIABILITY LITIGATION　　:　　MDL No. 2592
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:　　SECTION L
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:　　JUDGE ELDON E. FALLON
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:　　MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**　　**JURY TRIAL DEMANDED**

**COREY SELLS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LOUISE SELLS V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.**
CIVIL ACTION NO.: 2:15-cv-6753

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

　　　　　　　　　　　　　　　　　　　　HILLIARD MUÑOZ GONZALES LLP
　　　　　　　　　　　　　　　　　　　　By: /s/ T. Christopher Pinedo
　　　　　　　　　　　　　　　　　　　　　　Robert C. Hilliard
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 09677700
　　　　　　　　　　　　　　　　　　　　　　Catherine Tobin
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24013642
　　　　　　　　　　　　　　　　　　　　　　T. Christopher Pinedo
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 00788935
　　　　　　　　　　　　　　　　　　　　　　John Martinez
　　　　　　　　　　　　　　　　　　　　　　Texas State Bar No. 24010212

　　　　　　　　　　　　　　　　　　　　　　719 S. Shoreline Boulevard, Suite 500
　　　　　　　　　　　　　　　　　　　　　　Corpus Christi, Texas 78401
　　　　　　　　　　　　　　　　　　　　　　361-882-1612 Office
　　　　　　　　　　　　　　　　　　　　　　361-882-3015 Fax
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*