UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
_____ :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

James Watts, on behalf of Linda Blankenship

CA#2:15-cv-01575

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE

Undersigned counsel, in response to the Order to Show Cause (Rec. Do. 4139) issued by this Court on September 15, 2016, states the following:

1. Plaintiff filed the above captioned proceeding as a Complaint bearing the title *James Watts on behalf of Linda Blankenship vs. Janssen Research & Development, LLC et al.*, Civil Action No. 2:15-cv-1575 on May 12, 2015.

2. Undersigned counsel later became aware, after repeated failed attempts to contact Mr. Watts, that he died on June 28, 2015.

3. On February 24, 2016, undersigned counsel filed a Suggestion of Death (Rec. Doc. 2434) notifying this Court of Mr. Watts's death.

4. Undersigned counsel has made repeated efforts to locate a family member of Mr. Watts or Ms. Blankenship who would be willing and able to take over this litigation. To date, undersigned counsel has not been able to contact any family members of either Mr. Watts or Ms. Blankenship.

5.      Accordingly, undersigned counsel currently has no client in this matter and thus is not empowered to stipulate to a dismissal. However, undersigned counsel has no basis on which to object to dismissal of this action at this time.

>Respectfully submitted,
>
>By:     /s/ Daniel J. Carr
>
>Joseph C. Peiffer, La. Bar # 26459
>Daniel J. Carr, La. Bar # 31088
>PEIFFER ROSCA WOLF
>ABDULLAH CARR & KANE
>A Professional Law Corporation
>201 St. Charles Avenue, Suite 4610
>New Orleans, Louisiana  70170-4600
>Telephone:  (504) 523-2434
>Facsimile:  (504) 523-2464
>Email: dcarr@prwlegal.com
>
>Michael B. Lynch, Esq.
>THE MICHAEL BRADY LYNCH FIRM
>127 West Fairbanks Ave. #528
>Winter Park, Florida 32789
>Office: (877) 513-9517
>Fax: (321) 972-3568
>Cell: (321) 239-8026
>Email: michael@mblynchfirm.com
>
>*Attorneys for the Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, a copy of the above and foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

             */s/ Daniel J. Carr*