UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION     :    MDL No. 2592
                                  :
                                  :    SECTION L
                                  :
                                  :    JUDGE ELDON E. FALLON
                                  :
                                  :    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

**ADDIS JOHNSON V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET. AL.**

CIVIL ACTION NO.: 2:15-cv-1561

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against all defendants in Johnson v. Janssen Research & Development, LLC, et al (2:15-cv-1561) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this _____ day of _____, 2016

_____
Hon. Eldon E. Fallon
U.S. District Court Judge