UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENTS RELATES TO:<br><br>*Donald Broussard v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.*<br>Civil Action No. 2:15-cv-03023 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FRCP 25(a)(1)

NOW COMES Counsel for Plaintiff Donald Broussard, and based on the death of Plaintiff Donald Broussard, hereby moves to voluntarily dismiss this action. In support, counsel states:

1. Counsel filed a Notice of Death in this case on June 13, 2016 [Doc.#3434].

2. Counsel confirmed with decedent's family that they do not wish to prosecute this matter.

3. It has been more than 90 days since the notice of death was filed.

4. No motion for substitution has been filed.

5. Fed. R. Civ. P. 25(a)(1) provides:

Substitution if the Claim Is Not Extinguished. If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

6. Pursuant to Fed. R. Civ. P. 25(a)(1), this action must be dismissed.

WHEREFORE Counsel for Plaintiff respectfully requests this case be dismissed, and for

1

such further orders as the Court deems just.

Respectfully submitted,

/s/ John S. Steward
John S. Steward, Of Counsel
Joseph Klenofsky, Of Counsel
Meyerkord & Meyerkord, LLC
1717 Park Avenue
St. Louis, Missouri 63104
Tel.  314-436-9958
Fax  314-446-7700
jss@meyerkordlaw.com
jdk@meyerkordlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing through the Court's CM/ECF system on September 16, 2016 which will serve all counsel of record who are registered with the CM/ECF system.

/s/ John S. Steward