# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

**OV STANLEY V. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET. AL.**

CIVIL ACTION NO.: 2:15-cv-6765

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against all defendants in Stanley v. Janssen Research & Development, LLC, et al (2:15-cv-6765) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this _____ day of _____, 2016

_____
Hon. Eldon E. Fallon
U.S. District Court Judge