UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| **This Document Relates To:** | SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Clemons-Walker v. Janssen Research & Development LLC, et al., No. 2:15-cv-04672 | |
| Gohl v. Janssen Research & Development LLC, et al., No. 2:15-cv-04040 | |

**MOTION TO APPEAR TELEPHONICALLY AT SEPTEMBER 20, 2016 STATUS CONFERENCE**

Movant Randi Kassan (Counsel), counsel for Plaintiffs in the above-referenced cases, files this Motion to Appear at September 20, 2016 Status Conference Telephonically. Plaintiffs in the above-referenced cases are subject to this Court's September 2016 amended show cause order for failure to provide proof of use.  Counsel has provided a copy of the show cause order to each Plaintiff and advised Plaintiffs of the consequences if they fail to provide proof of use before the hearing.

Counsel is fully able to respond to any questions from the Court through telephonic appearance and, in the interest of minimizing costs and proceeding efficiently, seeks leave of Court to appear at the September 20, 106 status conference telephonically. A proposed order to this effect is being submitted with this Motion.

DATED: September 16, 2016

                Respectfully submitted,

                By: /s/: Randi Kassan
                SANDERS PHILLIPS GROSSMAN, LLC
                Randi Kassan, Esq.
                100 Garden City Plaza, Suite 500,
                Garden City, NY 11530
                Phone: 516-741-5600

Fax: 516-741-0128
Email: rkassan@thesandersfirm.com
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 16, 2016

Respectfully submitted,

By: /s/: Randi Kassan
SANDERS PHILLIPS GROSSMAN, LLC
Randi Kassan, Esq.
100 Garden City Plaza, Suite 500,
Garden City, NY 11530
Phone: 516-741-5600
Fax: 516-741-0128
Email: rkassan@thesandersfirm.com
Attorneys for Plaintiff