# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2592 |
| | § | |
| THIS DOCUMENT RELATES TO: Clemons-Walker v. Janssen Research & Development LLC, et al., No. 2:15-cv-04672 | § § § | JUDGE: JUDGE FALLON MAG. JUDGE NORTH |
| Gohl v. Janssen Research & Development LLC, et al., No. 2:15-cv-04040 | | |

## ORDER

IT IS ORDERED that Randi Kassan, counsel for Plaintiffs in the above-referenced cases, may appear telephonically for the Show Cause Hearing set for September 20, 2016 at 9:00 a.m.

_____

Honorable Judge Eldon E. Fallon

1