UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| **This Document Relates To:** | SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Clemons-Walker v. Janssen Research & Development LLC, et al., No. 2:15-cv-04672 | |
| Gohl v. Janssen Research & Development LLC, et al., No. 2:15-cv-04040 | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE.**

**I.    Michael Gohl**

1. In order to comply with this Court's order to prove Xarelto use, counsel for the Plaintiff made numerous attempts to obtain proof of use.

2. Counsel was able to make contact with the above listed Plaintiff initially; however, to date Plaintiff has been unresponsive to our numerous attempts. Specifically, Counsel sent multiple letters to Plaintiff's last known addresses via regular mail and certified mail, sent emails and made phone calls. Phone calls were made to emergency contacts if any were on file.

3. To date, Plaintiff has not complied with our requests for the information needed to provide proof of Xarelto use pursuant to the Court orders nor did Plaintiff contact us.

4. This Court's Order to show Cause was mailed to the Plaintiff listed above as well as phone calls made to the last known phone number. However, to date we have not received any contact from this client.

5. Undersigned counsel has made repeated attempts to locate Plaintiff. To date, Plaintiff has

   not responded to our attempts.

6. At all times relevant hereto, undersigned Counsel has diligently sought proof of Xarelto usage from all known healthcare providers and Plaintiff as well as diligently attempted to reach Plaintiff with no avail.

7. Counsel requests an extension of 30 days to allow Plaintiff to potentially reappear, contact this law firm or the Court and provide proof.

8. FOR THESE REASONS, Counsel requests this Court enter an Order denying Defendants' Motion for Order to Show Cause with prejudice for Plaintiff; and for any further orders deemed just and proper under the circumstances.

II. **Yvonne Clemons – Walker**

   1. In order to comply with this Court's order to prove Xarelto use, counsel for the Plaintiff made numerous attempts to obtain proof of use through pharmacy and medical requests for the above listed Plaintiff.

   2. Counsel as well advised the Plaintiff numerous times we do not have proof of Xarelto via phone and mail. To date, Plaintiff has not provided us with proof to move forward with her case and comply with the Court's Order.

   3. This Court's Order to show Cause was mailed to the Plaintiff listed above as well as phone calls made to the last known phone number for proof of Xarelto, however, we have not received proof to date.

   4. Counsel and Plaintiff respectfully request an extension of 30 days to allow Plaintiff to provide proof of Xarelto.

5. At all times relevant hereto, undersigned Counsel has diligently sought proof of Xarelto usage from all known healthcare providers and Plaintiff. Counsel and Plaintiff's request is not for purposes of delay but so that justice may be done

6. FOR THESE REASONS, Counsel requests this Court enter an Order denying Defendants' Motion for Order to Show Cause with prejudice for Plaintiff; and for any further orders deemed just and proper under the circumstances.

DATED: September 16, 2016

                Respectfully submitted,

                By:    /s/: Randi Kassan
                SANDERS PHILLIPS GROSSMAN, LLC
                Randi Kassan, Esq.
                100 Garden City Plaza, Suite 500,
                Garden City, NY 11530
                Phone: 516-741-5600
                Fax: 516-741-0128
                Email: rkassan@thesandersfirm.com
                Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on today's date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day to all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: September 16, 2016

                                          Respectfully submitted,

                                          By:   /s/: Randi Kassan
                                          SANDERS PHILLIPS GROSSMAN, LLC
                                          Randi Kassan, Esq.
                                          100 Garden City Plaza, Suite 500,
                                          Garden City, NY 11530
                                          Phone: 516-741-5600
                                          Fax: 516-741-0128
                                          Email: rkassan@thesandersfirm.com
                                          Attorneys for Plaintiff