# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | § § § | MDL NO. 2592 |
| | § | |
| THIS DOCUMENT RELATES TO: Clemons-Walker v. Janssen Research & Development LLC, et al., No. 2:15-cv-04672 | § § § | JUDGE: JUDGE FALLON MAG. JUDGE NORTH |
| Gohl v. Janssen Research & Development LLC, et al., No. 2:15-cv-04040 | | |

## ORDER

THIS MATTER, having been brought before the Court is Plaintiffs' Response to Defendants' Motion for Order to Show Cause Regarding Plaintiffs who have failed to prove Xarelto use, and the Court having considered all the documents related to this motion and for good cause shown,

IT IS ORDERED that Plaintiffs' request for an extension of 30 days to allow Plaintiffs to provide proof of Xarelto use is hereby GRANTED.

Plaintiffs must provide Xarelto proof within 30 days from the entry of this Order.

_____
Honorable Judge Eldon E. Fallon