UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION) | ) ) | MDL NO: 2592 |
| | ) | SECTION: L |
| | ) ) | JUDGE: ELDON E. FALLON |
| | ) ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**     **JURY TRIAL DEMANDED**

MICHAEL GRAY

CIVIL ACTION NO.: 2:16-CV-02859

## ORDER

WHEREAS the Plaintiff has moved to substitute Michael Gray, decedent, with Linda Gray, decedent's surviving spouse, on behalf of Michael Gray; and

WHEREAS, after considering the Plaintiff's arguments, the Court will grant the motion.

IT IS HEREBY ORDERED THAT:

The Plaintiff's motion to substitute be GRANTED.

New Orleans, Louisiana this 16th day of September, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge