**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|   |   |   |
|---|---|---|
|   | : | **MDL No. 2592** |
| **IN RE:  XARELTO (RIVAROXABAN)** | : |   |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION L** |
|   | : |   |
|   | : | **JUDGE ELDON E. FALLON** |
|   | : |   |
|   | : | **MAGISTRATE JUDGE NORTH** |
|   | : |   |
| _____ | : |   |

**THIS DOCUMENT RELATES TO:**

**PATRICIA L. MCCOY**
**CIVIL ACTION NO.:  2:16-cv-01100**

<u>**ORDER**</u>

  **IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by

Plaintiff Patricia L. McCoy be and the same is hereby **GRANTED**, and the Clerk of the Court is

ordered to file the Second Amended Joint Complaint into the record in this matter.

  New Orleans, Louisiana this 16th day of September, 2016.

           _____

           UNITED STATES DISTRICT JUDGE