UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>BARBARA W. COBB,<br>2:16-cv-08048-EEF-MBN<br><br>NICHOLAS D. ELIOPOULOS,<br>2:16-cv-08051-EEF-MBN<br><br>RITA M. IRVING,<br>2:16-cv-08326-EEF-MBN<br><br>LENA SAMPSON as an individual and as Administrator for and on behalf of the heirs of the Estate of PAULINE M. SAMPSON,<br>2:16-cv-08499-EEF-MBN<br><br>THERESA E. WISE,<br>2:16-cv-08539-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**PROPOSED ORDER**

This matter having come before the Court on the Motion for Leave to File the First Amended Joint Complaint and Amended Individual Short Form Complaints, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiffs, Barbara W. Cobb, Nicholas D. Eliopoulos, Rita M. Irving, Lena Sampson, and Theresa E. Wise's Motion is GRANTED. Plaintiffs are hereby granted leave to file the First Amended Joint Complaint and Amended Individual Short Form Complaints tendered with their Motion, and the Clerk of the Court is ordered to file the First

Amended Joint Complaint and Amended Individual Short Form Complaints into the records of this matter.

New Orleans, Louisiana this 16th day of September, 2016.

_____
HONORABLE DISTRICT JUDGE FALLON