## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION  :        **MDL No. 2592**
                               :
                               :        **SECTION L**
                               :
                               :        **JUDGE ELDON E. FALLON**
                               :
                               :        **MAGISTRATE JUDGE NORTH**
_____:

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

*John Davis v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-10017**

### MOTION TO SUBSTITUTE PARTY PLAINTIFF

Vashonda Davis, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Vashonda Davis on behalf of her deceased husband, John Davis.

1.      John Davis filed a products liability lawsuit against the defendants on May 11, 2016.

2.      Subsequently, after filing the lawsuit, plaintiff's counsel was notified that John Davis died on May 12, 2015.

3.      John Davis's products liability action against defendants survived his death and was not extinguished.

4.      Vashonda Davis, surviving wife of John Davis, deceased, and informant, is a proper party to substitute for plaintiff-decedent John Davis and will proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Vashonda Davis requests that this Court grant her request for substitution as plaintiff in this action.

Dated: September 19, 2016

Respectfully Submitted,

BARTIMUS, FRICKLETON and ROBERTSON, P.C.

By: /s/ Michelle Marvel
Michelle Marvel          MO # 59815    KS #23511
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 266-2300
(913) 266-2366 Facsimile
mmarvel@bflawfirm.com

GOZA & HONNOLD, L.L.C

By: /s/ Bradley D. Honnold
Kirk J. Goza            MO # 32475
Bradley D. Honnold      MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


_/s/ Michelle Marvel_