# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          (          MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION          (
                                                  (         SECTION: L
                                                  (
                                                  (         JUDGE FALLON
                                                  (
                                                  (         MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Eddie Green v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-CV-05936**

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Now comes Plaintiff Eddie Green, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Doc. 4138) and by and through undersigned counsel submits this, his response to the Court's Order to Show Cause and shows as follows:

1.      Plaintiff Eddie Green contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2.      The Complaint in this matter was filed on November 15, 2015, while record requests from some providers were still pending. The complaint was filed in good faith before all records were received in order to comply with the statute of limitations for Mr. Green's claim.

3.      After receipt of additional records and diligent review, undersigned counsel has been unable to confirm via pharmacy records that Mr. Green ingested Xarelto.

4.      Undersigned counsel has communicated with Mr. Green regarding the need to obtain records that demonstrate proof of his ingestion of Xarelto. Mr. Green has been unable to

provide such documentation to date.

5.    Undersigned counsel has been diligent in investigating this claim, informed Plaintiff that undersigned counsel exhausted all sources of information to obtain Xarelto usage, and requested Plaintiff's help.

6.    Without waiving the attorney-client privilege, the Firm has advised Mr. Green in writing on multiple occasions regarding the need for proof of Xarelto usage and the implications of not providing proof of Xarelto usage:

| **Date** | **Correspondence** | **Documents** |
|---|---|---|
| December 21, 2015 | Certified Mail | Letter requesting contact regarding completion of PFS |
| March 15, 2016 | UPS Overnight Delivery | Letter requesting contact and information regarding PFS Deficiency Notice and multiple letters from facilities regarding no records of use. Dismissal Warning. |
| April 18, 2016 | USPS First Class Mail | Letter requesting contact and information regarding PFS Deficiency Notice and multiple letters from facilities regarding no records of use. Dismissal Warning |
| June 30, 2016 | USPS First Class Mail | Letter requesting contact and information regarding PFS Deficiency Notice and multiple letters from facilities regarding no records of use. Dismissal Warning |
| September 3, 2016 | USPS Certified Mail and USPS First Class Mail | Letter requesting contact and information regarding PFS Deficiency Notice and multiple letters from facilities regarding no records of use. Dismissal Warning |

In addition, contact with Mr. Green was attempted via telephone regarding the implications of providing no proof of Xarelto usage on numerous occasions, including June 20, 2016, and September, 15, 2016.

8.      Despite our best efforts the undersigned counsel has been unable to contact and secure our client's permission to agree to the voluntary dismissal of this matter due to lack of contact.

9.      Accordingly, undersigned counsel has nothing to oppose based on the inability to show Plaintiff's ingestion of Xarelto and the undersigned counsel's difficulty of contact with the Plaintiff.

10.     At all times relevant hereto, undersigned Counsel has diligently sought proof of Xarelto usage from all known healthcare providers, pharmacies and Mr. Green.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at present time.

September 19, 2016                    Respectfully submitted,

                                     By: /s/ W. Todd Harvey
                                     W. Todd Harvey
                                     BURKE HARVEY, LLC
                                     3535 Grandview Parkway
                                     Suite 100
                                     Birmingham, AL 35235
                                     Phone: (205) 930-9091
                                     Fax: (205) 930-9054
                                     tharvey@burkeharvey.com

                                     *Attorney for Plaintiff*

**CERTIFICATE OF
SERVICE**

I hereby certify that on September 19, 2016, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/W. Todd Harvey
W. Todd Harvey