UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION ( | |
| ( | SECTION: L |
| ( | |
| ( | JUDGE FALLON |
| ( | |
| ( | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*George Mann v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-CV-05939**

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO
SHOW CAUSE**

Now comes Plaintiff George Mann, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Doc. 4138) and by and through undersigned counsel submits this, his response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff George Mann contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on November 15, 2015, while record requests from some providers were still pending. The complaint was filed in good faith before all records were received in order to comply with the statute of limitations for Mr. Mann's claim.

3. After receipt of additional records and diligent review, undersigned counsel has been unable to confirm via pharmacy records that Mr. Mann ingested Xarelto.

4. Undersigned counsel has communicated with Mr. Mann regarding the need to obtain records that demonstrate proof of ingestion of Xarelto. Mr. Mann has been unable to provide such documentation to date.

5.      Undersigned counsel has been diligent in investigating this claim, informed Plaintiff that undersigned counsel exhausted all sources of information to obtain Xarelto usage, and requested Plaintiff's help.

6.      Without waiving the attorney-client privilege, the Firm has advised Mr. Mann in writing on multiple occasions regarding the need for proof of Xarelto usage and the implications of not providing proof of Xarelto usage:

| **Date** | **Correspondence** | **Documents** |
| --- | --- | --- |
| December 21, 2015 | Certified Mail | Letter requesting contact regarding completion of PFS |
| January 8, 2016 | UPS Overnight Delivery | Letter requesting contact and information. |
| January 30, 2016 | USPS First Class Mail | Letter requesting contact and information regarding PFS Deficiency Notice and multiple letters from facilities regarding no records of use from facilities. Dismissal Warning |
| March 31, 2016 | USPS First Class Mail | Letter requesting contact and information regarding PFS Deficiency Notice and multiple letters from facilities regarding no records of use from facilities. Dismissal Warning |
| September 3, 2016 | USPS Certified Mail and USPS First Class Mail | Letter requesting contact and information regarding PFS Deficiency Notice and multiple letters from facilities regarding no records of use from facilities. Dismissal Warning |

In addition, contact with Mr. Mann was attempted via telephone regarding the implications of providing no proof of Xarelto usage on numerous occasions, including June 27, 2016, and

September 19, 2016.

8. Despite our best efforts the undersigned counsel has been unable secure our client's permission to agree to the voluntary dismissal of this matter due to lack of contact.

9. Accordingly, undersigned counsel has nothing to oppose based on the inability to show Plaintiff's use of Xarelto and the undersigned counsel's difficulty of contact with the Plaintiff.

10. At all times relevant hereto, undersigned counsel has diligently sought proof of Xarelto usage from all known healthcare providers, pharmacies and Mr. Mann.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at present time.

September 19, 2016                          Respectfully submitted,

                                            By: /s/ W. Todd Harvey
                                            W. Todd Harvey
                                            BURKE HARVEY, LLC
                                            3535 Grandview Parkway
                                            Suite 100
                                            Birmingham, AL 35235
                                            Phone: (205) 930-9091
                                            Fax: (205) 930-9054
                                            tharvey@burkeharvey.com

                                            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/W. Todd Harvey<br>
W. Todd Harvey