UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Robert Singleton v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-CV-00393**

### PLANTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Now comes Plaintiff Robert Singleton, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 4139) and by and through undersigned counsel submits this, his response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff Robert Singleton contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on January 17, 2016, while record requests from some providers were still pending. The complaint was filed in good faith before all records were received in order to comply with the statute of limitations for Mr. Singleton's claim.

3. After many attempts, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet from Mr. Singleton.

4. Undersigned counsel has communicated with Mr. Singleton regarding the need to obtain and serve a completed Plaintiff Fact Sheet. Mr. Singleton has been unable to provide such

completed Plaintiff Fact Sheet to date.

5. Undersigned counsel has been diligent in contacting Mr. Singleton, and informed Mr. Singleton that his claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served according to CMO 1 and PTO 13.

6. Without waiving the attorney-client privilege, the Firm has advised Mr. Singleton in writing on multiple occasions regarding the need for his assistance in the Completion of a Plaintiff Fact Sheet and the implications of not providing such:

| **Date** | **Correspondence** | **Documents** |
|---|---|---|
| November 7, 2015 | UPS Overnight Delivery | Letter requesting regarding completion of PFS and another copy of the PFS |
| January 19, 2016 | Email | Regarding completion of PFS |
| March 4, 2016 | UPS Overnight Delivery | Letter requesting contact and information regarding PFS Deficiency Notice and Dismissal Warning |
| July 1, 2016 | UPS Overnight Deliver and Email | Letter requesting contact and information regarding PFS Deficiency Notice and Dismissal Warning another copy of the PFS |
| August 10, 2016 | Email | Letter requesting contact and information regarding PFS Deficiency Notice and Dismissal Warning another copy of the PFS |
| September 3, 2016 | USPS Certified Mail and USPS First Class Mail | Letter regarding PFS Deficiency Notice and Dismissal Warning |

In addition, contact with Mr. Singleton was attempted via telephone regarding the implications of not completing the Plaintiff Fact Sheet on numerous occasions, including November 24, 2015;

November 25, 2015; November 30, 2015, December 1, 2015; December 2, 2015; December 3, 2015; December 4, 2015; December 7, 2015; December 8, 2015; January 4, 2016; January 5, 2016 January 6, 2016; January 7, 2016; January 8, 2016; January 11, 2016;January 12, 2016; January 14, 2016; January 15, 2016; January 19, 2016; January 20, 2016; January 21, 2016; January 25, 2016; January 27, 2016; January 28, 2016; January 29, 2016; February 22, 2016; July 1, 2016; August 10, 2016; August 11, 2016; and September 15, 2016.

8. Despite our best efforts the undersigned counsel has been unable secure our client's permission to agree to the voluntary dismissal of this matter due to lack of contact.

9. Accordingly, undersigned counsel has nothing to oppose based on the inability to obtain sufficient information from Mr. Singleton and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13 and the undersigned counsel's difficulty of contact with the Plaintiff.

10. At all times relevant hereto, undersigned Counsel has diligently sought contact with Mr. Singleton in order to serve a completed Plaintiff Fact Sheet.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at present time.

September 19, 2016

Respectfully submitted,

By: /s/ W. Todd Harvey
W. Todd Harvey
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35235
Phone: (205) 930-9091
Fax: (205) 930-9054
tharvey@burkeharvey.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/W. Todd Harvey
W. Todd Harvey