**UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Jones, Chezarea – *2:15-cv-06376*
Milford, Breland – *2:15-cv-07167*

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING**
**PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE [DOC. NO. 4138]**

COME NOW Plaintiffs, Chezarea Jones and Cheryl Vaughn, on behalf of Milford Breland, deceased, through their attorneys, The Driscoll Firm, P.C., and for their Response to the Court's July 15, 2016 Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use, state as follows:

**I.     Chezarea Jones**

1.     Plaintiff Jones' complaint was docketed in the MDL on or about December 9, 2015.

2.     Although Plaintiff substantially complied with providing other Plaintiff Fact Sheet ("PFS") information, counsel for Plaintiff has had considerable difficulty obtaining medical records documenting her Xarelto use.  Counsel's record retrieval vendor obtained a set of Plaintiff's medical records; however, these records did not cure the deficiency.

3.     On April 21, 2016, this Court granted, until May 1, 2016, Plaintiff's motion for

1

an extension of time to satisfy PFS deficiencies.

3.      Prior and subsequent to the Court's Order, undersigned counsel repeatedly but unsuccessfully attempted to contact Plaintiff to discuss the deficiency, including by telephone on 12/1/2015, 1/22/2016, 5/6/2016, 5/20/2016, 5/24/2016, and by letters and email messages sent 1/25/2016, 4/29/2016, 5/11/2016, 5/20/2016, 5/26/2016, 6/1/2016, 6/23/2016, 7/18/2016, 7/28/2016, 8/4/2016, and 8/22/2016.

4.      On August 22, 2016, Plaintiff contacted counsel and advised of her new telephone number and mailing address and further indicated she would provide additional information regarding her medical care.  On August 29, 2016, plaintiff provided counsel information regarding an additional medical provider.  Counsel's record retrieval vendor immediately requested records from this provider on an expedited basis.  The provider acknowledged receipt of the request on September 2, 2016 but has not yet delivered the requested records.

5.      Plaintiff therefore respectfully requests that this Court enter an Order denying defendants' motion or, in the alternative, allowing her an additional sixty (60) days to attempt to cure the deficiency.

## II.      Cheryl Vaughn, on behalf of Milford Breland, deceased

6.      Plaintiff Vaughn's complaint was docketed in the MDL on or about December 31, 2015.

7.      Plaintiff submitted other Plaintiff Fact Sheet ("PFS") information; however, counsel for Plaintiff has been unable to obtain medical records documenting decedent's Xarelto use.

8.      Undersigned counsel attempted to contact Plaintiff on numerous occasions in

2

order to discuss the case and obtain information essential to litigating the case.  Counsel called Plaintiff on January 6th, 7th, 11th, 12th, 14th, 18th, 20th, 22nd, February 1st, 11th, 25th, 26th, March 4th, 9th, 17th, 29th, April 1st, 4th, 8th, 21st, May 3rd, 4th, 12th, June 9th, July 29th, August 3rd, 17th, and 18th, 2016.  In addition, Counsel sent letters to Plaintiff on December 30th, 2015, January 21st, February 15th, March 2nd, April 8th, April 18th, June 8th, and July 14th, 2016.

9.      Plaintiff did not contact counsel and provide the requested information.  As such, after seeking defendants' position on counsel's motion for leave to withdraw pursuant to Pretrial Order No. 30, counsel moved for leave to withdraw on September 15, 2016 [Doc. No. 4137].  The submission date for counsel's motion is October 10, 2012.

10.     As such, Plaintiff respectfully requests that this Court enter an Order denying defendants' motion or, in the alternative, allowing her an additional sixty (60) days to attempt to cure the deficiency.


Signed: September 19, 2016

Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

*/s/John J. Driscoll*
JOHN J. DRISCOLL
MO State Bar No. 54729
211 N. Broadway, 40th Floor
St. Louis, MO 63102
314-932-3232
314-932-3233 fax
john@thedriscollfirm.com
**ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 19, 2016, the forgoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

The Driscoll Firm, P.C.

<u>/s/Andrew D. Kinghorn</u>