## PHYSICIAN'S ORDERS

CHART COPY

| MEDICATION | HOUR | ORDERS |
|---|---|---|
| Xarelto 10mg PGT once daily □SEND 8/20/15 □ DO NOT SEND | 5pm | ( ) IF TAKING CHOLESTEROL LOWERING MEDS - DO LIVER FUNCTION TEST & FASTING LIPID PANEL EVERY 6 MONTHS |
| Atorvastatin 20mg PGT QHS □SEND 8/20/15 □ DO NOT SEND | 9pm | ------- I M M U N I Z A T I O N S -------<br>MAY HAVE FLU VACCINE YEARLY UNLESS CONTRAINDICATED<br>MANTOUX ANNUALLY UNLESS CONTRAINDICATED<br>------- A D V A N C E   D I R E C T I V E S ------- |
| Famotidine 20mg PGT QHS □SEND 8/20/15 □ DO NOT SEND | 9pm | |
| $O_2$ Sat Q Shift if below 95% give $O_2$ @ 2L per N/C □SEND 8/20/15 □ DO NOT SEND | P E N | CERTIFICATION<br>GENERIC INTERCHANGE PERMITTED IN ACCORDANCE WITH ILLINOIS FORMULARY UNLESS MEDICAL NECESSITY FOR BRAND NAME PRODUCT SPECIFIED. THIS IS TO CERTIFY THAT THIS RESIDENT CONTINUES TO NEED CARE AT THE ( )LIGHT INTERMEDIATE ( )INTERMEDIATE ( )SKILLED LEVEL OF CARE BASED ON EVALUATION OF THEIR CURRENT MEDICAL CONDITION. |
| $O_2$ per N/C @ 2L as needed for SOB □SEND 8/20/15 □ DO NOT SEND | | 8/20/15<br>Accucheck BID notify MD if <70 or >400<br>Novolin R per S.Scale 201-250=2U  301-350=6U<br>                         251-300=4U  351-400=8U |
| Benadryl 25mg (for itching) PGT PRN Q 6° □SEND 8/20/15 □ DO NOT SEND | P E N | notify MD if <70 or >400<br>Flush G-tube c 200cc's H2O Q shift<br>Diabetic Source 1g PGT c 60cc/hr x 18hr  Δ'd 8/20/15<br>lisinopril 5mg PGT Daily |
| Metoprolol 50mg PGT twice daily □SEND 8/20/15 □ DO NOT SEND | 9am 5pm | Amaryl 4mg PGT once daily<br>Aspirin 81mg chewable PGT Daily<br>Vitamin D 4000 IU PGT Daily<br>Ferrous Sulfate 5ml PGT Daily |
| Arginaid 1 pkt PGT twice daily □SEND 8/20/15 □ DO NOT SEND | 9am 5pm | Heparin Sodium inj 5000U SUBQ Q 12°<br>Xarelto 10mg PGT once daily<br>Atorvastatin 20mg PGT QHS<br>Famotidine 20mg PGT QHS<br>$O_2$ Sat Q shift if below 95% give $O_2$ @ 2L per N/C<br>$O_2$ per N/C @ 2L as needed for SOB<br>Benadryl 25mg PGT PRN Q6° for itching |
| □SEND □ DO NOT SEND | | T.O. Dr Shah/VRB<br>S.Mure |

PATIENT: Shepherd Robert  SEX: M  D.O.B. 4/3/39  ROOM/BED: 110  PAGE:
ALLERGIES: NKA
DIAGNOSIS: See page 1
PHYSICIAN: Shah   TEL NO.   MED. REC. NO.
ALT. PHY:   ALT. TEL. NO.   ADMIS. DATE
CHARTING FOR 8/20/15 THROUGH 8/21/15   SOC. SEC.   ENTRIES

000037