# EXHIBIT A

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**
*Ethel Williams v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:16-cv-02580*

## <u>NOTICE AND SUGGESTION OF DEATH</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure

hereby informs the Honorable Court of the death of Plaintiff Ethel Williams.

Dated: September 19, 2016               Respectfully submitted,

                                      /s/ Russell T. Abney
                                      Russell T. Abney, Esq.
                                      Attorney I.D. No. 000875 (GA)
                                      FERRER, POIROT & WANSBROUGH
                                      2100 RiverEdge Pkwy NW, Suite 1025
                                      Atlanta, GA 30328
                                      Telephone: 800.621.8210
                                      Fax: 707.313.0956
                                      atlanta@lawyerworks.com
                                      *Attorney for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: September 19, 2016                     Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.621.8210
Fax: 707.313.0956
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*