UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**
*Ethel Williams v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:16-cv-02580*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Loretta Sherry Williams, as surviving daughter of Ethel Williams, is substituted for Plaintiff Ethel Williams in the above captioned cause.

Dated: _____        _____
                                                                                         Hon. Eldon E. Fallon
                                                                                         United States District Court Judge