UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:     JURY TRIAL DEMANDED

RONALD SHEPHERD, AS INDEPENDENT ADMINISTRATOR FOR THE DECEASED, ROBERT SHEPHERD, JR.

CIVIL ACTION NO.: 2:15-CV-6759

**PLAINTIFF'S FIRST AMENDED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE (DOCUMENT 4070)**

COME NOW, Plaintiff Ronald Shepherd, as Independent Administrator for the deceased, Robert Shepherd, Jr., in the above reference civil action, and by and through his counsel of records hereby files a First Amended Response in Opposition to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Document 4070).

On September 6, 2016, Defendants filed the Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use on September 6, 2016.

In response Plaintiffs would show that Robert Shepherd, Jr., is deceased and it was necessary to get an order from the probate court having jurisdiction to name Ronald Shepherd as the Administrator of the Estate of Robert Shepherd, Jr.  Plaintiffs' counsel procured that order and then sought to procure the necessary medical records.

On September 9, 2016, Plaintiff's counsel received records from Waterfront Terrace

confirming use of Xarelto. Said records were subsequently uploaded up to MDL Centrality. Page 000037 of the Waterfront Terrace records (Exhibit "A" attached hereto) contain the following entry:



Plaintiff would respectfully request that the Court deny Defendant's request for dismissal with prejudice.

Date: September 19, 2016

                                      **HILLIARD MUÑOZ GONZALES LLP**
                                      By: /s/ Robert C. Hilliard
                                          Robert C. Hilliard
                                          Texas Bar No. 09677700
                                          Catherine Tobin
                                          Texas State Bar No. 24013642
                                          T. Christopher Pinedo
                                          Texas State Bar No. 00788935
                                          John Martinez
                                          Texas State Bar No. 24010212

                                        719 S. Shoreline Boulevard, Suite 500
                                        Corpus Christi, Texas 78401
                                        361-882-1612 Office
                                        361-882-3015 Fax
                                        ***Attorneys for Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**        **JURY TRIAL DEMANDED**

**RONALD SHEPHERD, AS INDEPENDENT ADMINISTRATOR FOR THE DECEASED, ROBERT SHEPHERD, JR.**

CIVIL ACTION NO.: 2:15-CV-6759

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiff's First Amended Response in Opposition has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                                                          **HILLIARD MUÑOZ GONZALES LLP**
                                                                                         By: /s/ Robert C. Hilliard
                                                                                            Robert C. Hilliard
                                                                                            Texas Bar No. 09677700
                                                                                            Catherine Tobin
                                                                                            Texas State Bar No. 24013642
                                                                                            T. Christopher Pinedo
                                                                                            Texas State Bar No. 00788935
                                                                                            John Martinez
                                                                                            Texas State Bar No. 24010212
                                                                                            719 S. Shoreline Boulevard, Suite 500
                                                                                            Corpus Christi, Texas 78401
                                                                                            361-882-1612 Office

361-882-3015 Fax
*Attorneys for Plaintiff*