# PHYSICIAN'S ORDERS

CHART COPY

| MEDICATION | HOUR | ORDERS |
|---|---|---|
| Xarelto 10mg PGT once daily<br>☐ SEND 8/20/15 ☐ DO NOT SEND | 5pm | ( ) IF TAKING CHOLESTEROL LOWERING MEDS – DO LIVER FUNCTION TEST & FASTING LIPID PANEL EVERY 6 MONTHS<br><br>———————IMMUNIZATIONS———————<br>MAY HAVE FLU VACCINE YEARLY UNLESS CONTRAINDICATED<br>MANTOUX ANNUALLY UNLESS CONTRAINDICATED |
| Atorvastatin 20mg PGT QHS<br>☐ SEND 8/20/15 ☐ DO NOT SEND | 9pm | ———————ADVANCE DIRECTIVES——————— |
| Famotidine 20mg PGT QHS<br>☐ SEND 8/20/15 ☐ DO NOT SEND | 9pm | CERTIFICATION:<br>GENERIC INTERCHANGE PERMITTED IN ACCORDANCE WITH ILLINOIS FORMULARY UNLESS MEDICAL NECESSITY FOR BRAND NAME PRODUCT SPECIFIED.<br>THIS IS TO CERTIFY THAT THIS RESIDENT CONTINUES TO NEED CARE AT THE ( )LIGHT INTERMEDIATE ( )INTERMEDIATE ( )SKILLED LEVEL OF CARE BASED ON EVALUATION OF THEIR CURRENT MEDICAL CONDITION. |
| O₂ Sat Q shift if below 95% give O₂ @ 2L per NIC<br>☐ SEND 8/20/15 ☐ DO NOT SEND | P E N | |
| O₂ per NIC @ 2L as needed for SOB<br>☐ SEND 8/20/15 ☐ DO NOT SEND | P E N | 8/20/15<br>Accucheck BID notify MD if <70 or >400<br>Novolin R per S.Scale 201-250=2U 301-350=6U<br>251-300=4U 351-400=8U |
| Benadryl 25mg (for itching) PGT PRN Q 6°<br>☐ SEND 8/20/15 ☐ DO NOT SEND | P E N | notify MD if <70 or >400<br>Flush G-tube c 200cc's H₂O Q shift<br>Diabetic Source 1.2 PGT c 60cc/hr x 18hr Δ'd 8/20/15<br>Lisinopril 5mg PGT Daily |
| Metoprolol 50mg PGT twice daily<br>☐ SEND 8/20/15 ☐ DO NOT SEND | 9am<br>5pm | Amaryl 4mg PGT once daily<br>Aspirin 81mg chewable PGT Daily<br>Vitamin D 4000IU PGT Daily<br>Ferrous Sulfate 5ml PGT Daily |
| Arginaid 1 pkt PGT twice daily<br>☐ SEND 8/20/15 ☐ DO NOT SEND | 9am<br>5pm | Heparin Sodium inj. in 5000U SUB-Q Q 12°<br>Xarelto 10mg PGT once daily<br>Atorvastatin 20mg PGT QHS<br>Famotidine 20mg PGT QHS<br>O₂ Sat Q shift if below 95% give O₂ @ 2L per NIC<br>O₂ per NIC @ 2L as needed for SOB<br>Benadryl 25mg PGT PRN Q6° for itching<br>T.O. Dr.Shan / VRB<br>S.Shmitt |
| ☐ SEND ☐ DO NOT SEND | DATE | PHYSICIAN'S SIGNATURE |

PATIENT: Shepherd Robert   SEX: M  D.O.B. 4/3/39  ROOM/BED: 110  PAGE:
ALLERGIES: NKA
DIAGNOSIS: See page 1
PHYSICIAN: Shan
ALT. PHY:
CHARTING FOR 8/20/15 THROUGH 8/20/15   SOC. SEC.   TEL NO.   ALT. TEL NO.   MED. REC. NO.   ADMIS. DATE   ENTRIES

000037