UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Bernice Thorpe v. Janssen Research & Development, LLC et al;*

Civil Action No. 2:15-cv-06141

NOTICE OF AND SUGGESTION OF DEATH
AND MOTION TO SUBSTITUTE PARTY PLAINTIFF

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the death of Plaintiff, Bernice Thorpe ("Decedent").

Roxanne Crawford moves the Court to substitute her as Plaintiff in place of Bernice Thorpe, Deceased, in this civil action and states as follows:

1. Bernice Thorpe ("Decedent") died intestate on January 10, 2015. *See* **Exhibit A**, a true and correct copy of the Death Certificate.

2. A Notice Stating a Party's Death is contained herein and filed as part of this pleading.

3. Under Fed. R. Civ. P. 25(a)(1), upon the death of a party, the Court may substitute any party as the decedent's successor or representative within 90 days of the date of the Suggestion of Death. Fed. R. Civ. P. 25(a)(1). *Broyle v. Eagle Picher Ind., et al.*, 123 F.R.D. 230 (M.D. La.

1988) granting motion to substitute surviving spouse as plaintiff in the action under Rule 25 of the Federal Rules of Civil Procedure.

4. Specifically, Fed. R. Civ. P. 25(a)(1) states in relevant part: "[i]f a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties. The motion for substitution may be made by any party or by the successors or representatives of the deceased party . . . ." Fed. R. Civ. P. 25(a)(1).

5. Here, it is undisputed that Decedent's claims were not extinguished by reason of her death. Moreover, Plaintiff has a meritorious action for product liability against the Defendants.

6. In addition, Roxanne Crawford, as the proposed surviving heir of Bernice Thorpe, is the appropriate party to substitute as Plaintiff. *See Washington v. Louisiana*, Civ. A. No. 11-334, 2013 WL 4048561 *3 (M.D. La., Aug. 9, 2013).

7. Roxanne Crawford is Bernice Thorpe's surviving heir, she is authorized to make all decisions related to the Estate claims set forth in this civil action. Additionally, she will properly dispose of any damage awards or settlement proceeds which may be awarded as a result of Decedent's claim.

8. Furthermore, Roxanne Crawford has filed her Motion within the specified time period set forth in the Rules.

9. Finally, Defendants will not be prejudiced by this substitution of parties.

WHEREFORE, Roxanne Crawford the proposed surviving heir of Bernice Thorpe, respectfully requests that this Court enter an Order consistent with the proposed form of Order substituting Roxanne Crawford as the Plaintiff in this action.

Respectfully submitted,

*[signature]*

**SOMMERMAN, MCCAFFITY & QUESADA, LLP**
Andrew B. Sommerman
Texas State Bar No. 18842150
3811 Turtle Creek Blvd., Suite 1400
Dallas, TX  75219-4461
(214) 720-0720 (telephone)
(214) 720-0184 (facsimile)
andrew@textrial.com

ATTORNEY FOR PLAINTIFF

# NEW YORK STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

Recorded District: 2700
Register Number: 334

**1. Name:** Bernice Thorpe-Crawford
**2. Sex:** Female
**3A. Date of Death:** 1/10/2015
**3B. Hour:** 510 PM

**4A. Place of Death:** Hospital Inpatient
**4B. If Facility, Date Admitted:** 1/10/2015
**4C. Name of Facility:** Strong Hospital
**4D. Locality:** City — Rochester
**4E. County of Death:** Monroe

**4F. Medical Record No:** 1120983
**4G. Was decedent transferred from another institution?** No

**5. Date of Birth:** 10/12/1942
**6A. Age:** 72 yrs
**7A. City and State of Birth:** Olean, NY

**8. Served in U.S. Armed Forces:** No
**9. Decedent of Hispanic Origin:** No, not Spanish/Hispanic/Latino
**10. Decedent's Race:** White/Caucasian

**11. Decedent's Education:** 9th-12th grade, no diploma / High school graduate or GED

**12. Social Security Number:** 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
**13. Marital Status:** Widowed

**15A. Usual Occupation:** Waitress
**15B. Kind of Business/Industry:** Food Service
**15C. Name and Locality of Company or Firm:** Elm Brook-Gates NY

**16A. Residence:** NY
**16B. County:** Monroe
**16C. Locality:** City — Rochester
**16D. Street and Number of Residence:** 2999 Ridgeway Avenue Rochester NY
**16E. Zip Code:** 14606

**17. Birth Name of Father/Parent:** Eugene Andrus
**18. Birth Name of Mother/Parent:** Betty Stanton

**19A. Name of Informant:** Robert Crawford
**19B. Mailing Address:** 2999 Ridgeway Avenue Rochester NY 14606

**20A.** Cremation
**20B. Place of Burial, Cremation, Removal or Other Disposition:** 1/16/2015 White Haven Memorial Park
**20C. Location:** Perinton NY

**21A. Name and Address of Funeral Home:** Rochester Cremation, 4044 W. Henrietta Road Rochester NY 14623
**21B. Registration Number:** 01894

**22A. Name of Funeral Director:** Scott D. Meeson
**22C. Registration Number:** 12406

**23A. Signature of Registrar:** Frank Golisano, Dep.
**23B. Date Filed:** 01/16/2015
**24A. Burial or Removal Permit Issued By:** Laura A. Pogal, SOB
**24B. Date Issued:** 01/16/2015

**25A. Certification:**
**Certifier's Name:** Iduvina Earner, NP
**License No:** F430482-1
**Signature:** John Ear
**Date:** 01/10/2015
**Certifier's Title:** Attending Physician
**Address:** PO Box 619-26, Rochester, NY 14642

**25C. Attending Physician's Name:** Steven Georas, MD
**License No:** 240372
**Address:** PO Box 692, Rochester, NY 14642

**26A. Attending physician attended deceased from:** 01/10/2015 to 01/10/2015
**26B. Deceased last seen alive by attending physician:** 01/10/2015
**26C. Pronounced Dead:** 01/10/2015 at 17:10 PM

**27. Manner of Death:** Natural Cause
**28. Was case referred to Coroner or Medical Examiner:** No
**29A. Autopsy:** No

**30. Death was caused by:**
**Part I Immediate Cause (A):** Heart Failure — Hours
**Due to or as a consequence of (B):** Pulmonary Embolism — Hours

**Did tobacco use contribute to death:** Unknown

**32. Was decedent hospitalized in last 2 months:** Yes
**33A. If female:** Not pregnant within past year

Name of decedent: Thorpe, Bernice
Date of Death: 1-10-15
Time of Death: 5:10 PM