UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Bernice Thorpe v. Janssen Research & Development, LLC et al;*

**Civil Action No. 2:15-cv-06141**

## ORDER

Considering the foregoing Notice of and Suggestion of Death and Motion to Substitute Party Plaintiff, as well as any responses thereto, for the above-captioned case,

IT IS HEREBY ORDERED that Plaintiff, Roxanne Crawford, as surviving daughter of Bernice Thorpe, is substituted for Plaintiff Bernice Thorpe in the above captioned case.

DONE AND SIGNED this _____ day of _____, 2016.

_____
JUDGE E. FALLON