UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　SECTION: L
　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Kazer, Mary - *2:16-cv-03641*

### RESPONSE TO ORDER TO SHOW CAUSE AS TO XARELTO USAGE

MAY IT PLEASE THE COURT:

　　On September 13, 2016 the plaintiff provided all named defense counsel with medical records from Novant Health Brunswick Medical Center which memorialized the Decedent Mary Kazer's Xarelto usage at the time of her hospitalization for the injury which forms the basis of the instant litigation. (see exhibit #1 emails and attached medical records of August 19-23, 2013.) Despite the closing of the pharmacy that filled Decedent's Xarelto prescription, Counsel has uploaded the available records obtained from Walgreen's, the subsequent operator of Kerr Pharmacy. (See exhibit #2 prescription records). The Defendants have refused to remove the referenced matter from its list of Plaintiffs they claim cannot establish Xarelto usage concomitant with injury.

　　The Plaintiff Susan Forsyth on behalf of Mary Kazer respectfully requests this Honorable Court reject as meritless the Defendants' notion the Xarelto usage at the time of Decedent's injury has not been established.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: _/s/Andre' P. LaPlace_____
　　　　　　　　　　　　　　　　　　　　　Andre' P. LaPlace(#8039)
　　　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiff*
　　　　　　　　　　　　　　　　　　　　　2762 Continental Drive, Ste. 103
　　　　　　　　　　　　　　　　　　　　　Baton Rouge, Louisiana 70808
　　　　　　　　　　　　　　　　　　　　　Telephone No. (225)924-6898
　　　　　　　　　　　　　　　　　　　　　Facsimile No. (225)924-6877
　　　　　　　　　　　　　　　　　　　　　alaw@andrelaplace.com

By: /s/Rebecca A. Cunard
Rebecca A. Cunard(#20154)
*Attorney for the Plaintiff*
Cunard Law Firm
9214 Interline Avenue
Baton Rouge, Louisiana 70809
Telephone No. (225)925-2978
Facsimile No. (225)925-8192
Rebecca@CunardLaw.com