From: **Andre P. LaPlace** alaw@andrelaplace.com 
Subject: Mary Kazer
Date: September 13, 2016 at 1:37 PM
To: jirwin@irwinllc.com, olinde@chaffe.com, susan.sharko@dbr.com, sglickstein@kayescholer.com
Cc: Sindhu Daniel sdaniel@baronbudd.com

Please see attached

---

Law Offices
of
# André P. LaPlace
**Counselor and Attorney At Law**

SCOTT D. WELCH
(1956-1993)

2762 CONTINENTAL DRIVE
SUITE 103
BATON ROUGE, LA 70808

September 13, 2016

OFFICE (225) 924-6898
TOLL FREE (877) 778-0599
FAX (225) 924-6877
E-MAIL: alaw@andrelaplace.com
WEB: www.andrelaplace.com

Mr. James B. Irwin
jirwin@irwinllc.com
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130

Mr. John Olinde
olinde@chaffe.com
1100 Poydras Street
Suite 2300
New Orleans, Louisiana 70163

Ms. Susan Sharko
Susan.sharko@dbr.com
600 Campus Drive
Florham Park, NJ 07932-1047

Mr. Andrew Solow
sglickstein@kayescholer.com
250 West 55th Street
New York, New York 10019-9710

    RE:    Mary Kazer
            Docket Number 2:16-cv-03641

Dear Counsel:

Attached please find evidence of use of Xarelto at the time of injury for Ms. Kazer. Please remove Ms. Kazer from the OTSC list.

If you have any questions, please do not hesitate to contact this office.

With kindest regards, I am,

Sincerely yours,

Andre P. LaPlace

cc:    Sindhu Daniel



EXHIBIT 1



NOVANT HEALTH BRUNSWICK MEDICAL CENTER
240 Hospital Drive
Bolivia NC 28422-8346
Hospital Encounter

KAZER, MARY WELDY
MRN: 53275614
DOB: 5/2/1931, Sex: F
Adm: 8/19/2013, D/C: 8/23/2013

## SCANS (continued)

### Encounter-Level Documents - 08/19/2013: (continued)

Page 1 of 4

Kazer, Mary Weldy    Sex:F    BD:05/02/1931    MR#:000001565784    PT#:263952251

**Clin Rept Nur**                                                         Aug 19, 2013 02:07

🖨 Print this Page

```
Patient: KAZER, MARY WELDY
Clinical Report - Nurses
MRN: 000001565784
Novant Health Brunswick Medical Center
VisitID: 263952251
240 Hospital Drive NE, Bolivia, NC 28422 910-721-1700
82y, F
Registration Date/Time: 08/19/2013 2:07

    TRIAGE

    Triage time 02:22 Aug 19 2013. Acuity: LEVEL 3.
Chief Complaint: (sob).
BP: 112 / 68 lying. HR: 68 regular. RR: 18 regular. Temp: 98. oral 8.
O2 saturation: 95 % on oxygen on nasal cannula. Alert. Pain level now: 0/
10. Sepsis Screen. Negative (no infection suspected/documented).  --02:26
Daniel, Anglia, R.N..
    02:22 08/19/13  Weight: 60.8 kg stated.  --02:23 Anglia Daniel, R.N..


    Medications
    Cipro Oral 500 mg,  2x a day.  --0230 (08/19/13) Anglia Daniel, R.N.
    Metoprolol 25 mg,  daily.  --0230 (08/19/13) Anglia Daniel, R.N.
    Plavix Oral 75 mg,  daily.  --0230 (08/19/13) Anglia Daniel, R.N.
    Celexa Oral 10mg ,  daily.  --0231 (08/19/13) Anglia Daniel, R.N.
    Bystolic Oral 5mg po ,  daily.  --0231 (08/19/13) Anglia Daniel, R.N.
    Symbicort Inhalation 160 /4.5 .  --0231 (08/19/13) Anglia Daniel, R.N.
    Nifedical XL Oral.
    NIFEdipine Oral 30 mg,  daily.  --0232 (08/19/13) Anglia Daniel, R.N.
    Lasix Oral 20 mg,  daily.  --0232 (08/19/13) Anglia Daniel, R.N.
    Lipitor Oral 40 mg,  daily.  --0233 (08/19/13) Anglia Daniel, R.N.
    Omeprazole Oral 20 mg,  2x a day.  --0233 (08/19/13) Anglia Daniel, R.N.
    Anastrozole Oral 1mg po daily .  --0234 (08/19/13) Anglia Daniel, R.N.
    Xarelto 15 mg po daily.  --0234 (08/19/13) Anglia Daniel, R.N.

    The following entry was struck by Anglia Daniel, R.N., 0312 (08/19/13) Rea
son - other.
\strike   NIFEdipine.  --0232 Anglia Daniel, R.N. \strikeD .

    Allergies
    Codeine.(anxiety) --0230 (08/19/13) Anglia Daniel, R.N..

    Allergy information was reconciled with the hospital information system.
  --02:26 Daniel, Anglia, R.N..

    History
    Onset (3 days ago).  The patient has had chills.  (temp last night).

    PAST MEDICAL HX: Diabetes mellitus. Hypertension. Heart disease: congest
ive heart failure, atrial fibrillation and coronary artery disease. Lung d
isease. Immunizations: up-to-date.
```

http://netaccess/E0A7-NTAP-BIN/webcfch.exe/PRD/1?KEY=PT0001INVISION17PI-LCR... 5/9/2016

 NOVANT HEALTH BRUNSWICK MEDICAL CENTER
240 Hospital Drive
Bolivia NC 28422-8346
Hospital Encounter

KAZER,MARY WELDY
MRN: 53275614
DOB: 5/2/1931, Sex: F
Adm: 8/19/2013, D/C: 8/23/2013

## SCANS (continued)

**Encounter-Level Documents - 08/19/2013: (continued)**

Page 2 of 4

SURGERY HX: Breast augmentation and breast biopsy. Coronary artery bypass graft surgery. Right and left mastectomy.
SOCIAL HX: Nonsmoker. No alcohol use or drug use. Functional assessment: no impairments noted. The nutritional risk assessment revealed no deficiencies. The learning needs assessment revealed no barriers. No report of abuse. No infectious disease exposure.
Arrived by EMS. Historian: patient and EMS. Primary physician (ishenhour). --02:26 Daniel, Anglia, R.N.

PAST MEDICAL HX: Pacemaker. --02:38 Daniel, Anglia, R.N.

PAST MEDICAL HX: (breast cancer and lung cancer). --02:53 Daniel, Anglia, R.N..

Interventions
ID band on patient. Fall risk assessment completed. No fall risk identified. To treatment room. --02:26 Daniel, Anglia, R.N..

PHYSICAL ASSESSMENT
To room via stretcher. Patient gowned. Alert. Oriented X 4. Appears anxious. Pupils equal, round and reactive to light. Voice within normal limits. Mild respiratory distress. The patient can speak a few words at a time. Decreased breath sounds bilaterally; wheezes right upper lung anteriorly. Normal inspection of the back. Skin intact on the extremities. Capillary refill less than 2 seconds and is less than 2 seconds in the extremities. Extremity pulses are within normal limits. No motor deficit in the extremities. Sensation intact. No extremity rash. No upper extremity edema. No lower extremity edema. Mucous membranes are pink. Skin is warm and dry. Normal skin turgor. --02:27 Daniel, Anglia, R.N..

NURSING PROGRESS NOTES
02:28 Aug 19 2013. Two patient identifiers checked. Oxygen increased to 2 liters by nasal cannula. Cardiac monitor, pulse oximeter and NIBP monitor placed on patient; cardiac monitor- Lead II; monitor alarms on. IV access; site #1, left antecubital space, 20g angiocath, with aseptic technique and good blood return; one attempt. Blood drawn: rainbow set. Labeled in the presence of the patient and sent to the lab. Lock flushed with 10 mL saline. Patient gowned. Head of bed elevated 30 degrees. Call light placed in reach. Side rails up x 2. Bed placed in lowest position. Brakes of bed on. Patient ready for evaluation- chart flagged and ED physician notified. --02:28 Daniel, Anglia, R.N.

Two patient identifiers checked. EKG was ordered, performed by a tech and shown to the ED physician. Portable chest x-ray ordered and performed. Call light placed in reach. Side rails up x 2. Bed placed in lowest position. Brakes of bed on. Patient ready for evaluation- chart flagged and ED physician notified. --02:54 Daniel, Anglia, R.N.

(lab called to draw blood cultures). --02:54 Daniel, Anglia, R.N.

Patient ID band checked for patient name and birthdate: patient confirmed. Catheterized urine collected with return of yellow-colored clear urine; sample sent to lab for urinalysis and culture. Specimen labeled in the presence of the patient. --03:07 Daniel, Anglia, R.N.

0222. HR: 74. RR: 20. O2 saturation: -100 percent on nasal cannula at 4 liter/minute. ALBUTEROL nebulizer treatment (1 unit dose) with ATROVENT (1 unit dose) given by respiratory therapist.
(diminished thru out). The patient reports no complaints and the patient has had no adverse reaction. Overall patient status is improved- the patie

http://netaccess/E0A7-NTAP-BIN/webcfch.exe/PRD/1?KEY=PT0001INVISION17PI-LCR... 5/9/2016



| NOVANT HEALTH BRUNSWICK MEDICAL CENTER<br>240 Hospital Drive<br>Bolivia NC 28422-8346<br>Hospital Encounter | KAZER, MARY WELDY<br>MRN: 53275614<br>DOB: 5/2/1931, Sex: F<br>Adm: 8/19/2013, D/C: 8/23/2013 |
|---|---|

## SCANS (continued)

**Encounter-Level Documents - 08/19/2013: (continued)**

Page 3 of 4

nt states feels better. ED physician notified. --03:17 Klug, Richard J., RRT

0232. HR: 66. RR: 22. O2 saturation: -100 percent on nasal cannula at 4 liter/minute. ALBUTEROL nebulizer treatment (1 unit dose) with ATROVENT (1 unit dose) given by respiratory therapist.
(diminished thru outt). The patient reports no complaints and the patient has had no adverse reaction. Overall patient status is improved- the patient states feels better. ED physician notified. ---03:18 Klug, Richard J., RRT

0242. HR: 79. RR: 19. O2 saturation: -98 percent on nasal cannula at 2 liter/minute. ALBUTEROL nebulizer treatment (1 unit dose) with ATROVENT (1 unit dose) given by respiratory therapist.
(diminished thru out). The patient reports no complaints and the patient has had no adverse reaction. Overall patient status is improved- the patient states feels better. ED physician notified. --03:19 Klug, Richard J., RRT

Critical value relayed to ED by tim mcmillian. Critical value received by a daniel rn. Hgb: 6.7. Critical value read back. Verified lab result and patient ID. ED physician notifed of critical value. --03:28 Daniel, Anglia, R.N.

Critical value relayed to ED by misty vannoy. Critical value received by a daniel rn. Troponin: 0.028. Critical value read back. Verified lab result and patient ID. ED physician notified of critical value. --03:32 Daniel, Anglia, R.N.

Two patient identifiers checked. PROTONIX 40 mg diluted with 10 mL NS slow IVP over 5 minutes via IV site #1. IV patency established. IV site checked: no pain, redness, or swelling. IV flushed thoroughly pre- and post-medication administration. Confirmed right patient, medication, dose, time and route.
Hemoccult test. to lab (POC test reference range: negative). --04:15 Daniel, Anglia, R.N.

BP: 175 / 74 lying. HR: 81 regular. RR: 18 regular. O2 saturation: on oxygen -96 percent. CIPRO 400 mg IVPB (pre-mix) via IV site #1. Allergic reaction warning given to patient and family. IV patency established. IV site checked: no pain, redness, or swelling. IV flushed thoroughly. Confirmed right patient, medication, dose, time and route. --04:15 Daniel, Anglia, R.N.

Reassessment after intervention and medication administered. The patient reports no complaints and the patient is calm and resting quietly and has had no adverse reaction. No respiratory distress. --04:28 Daniel, Anglia, R.N.

BP: 191 / 74 lying. HR: 97 regular. RR: 18 regular. O2 saturation: on oxygen -99 percent. (c/o sl throat swolling no distress noted md notified). --04:55 Daniel, Anglia, R.N.

0500. BENADRYL 25 mg diluted with 10 mL NS slow IVP over 2 minutes via IV site #1. IV patency established. IV site checked: no pain, redness, or swelling. IV flushed thoroughly pre- and post-medication administration. Sedative drug warning given to the patient and family. --05:05 Daniel, Anglia, R.N.

CIPRO decreased to 100 cc /hr IVPB via IV site #1. Allergic reaction warni

http://netaccess/E0A7-NTAP-BIN/webcfch.exe/PRD/1?KEY=PT0001INVISION17PI-LCR... 5/9/2016



NOVANT HEALTH BRUNSWICK MEDICAL CENTER
240 Hospital Drive
Bolivia NC 28422-8346
Hospital Encounter

KAZER,MARY WELDY
MRN: 53275614
DOB: 5/2/1931, Sex: F
Adm: 8/19/2013, D/C: 8/23/2013

**SCANS (continued)**

Encounter-Level Documents - 08/19/2013: (continued)

Page 4 of 4

ng given to patient and family.  --05:06 Daniel, Anglia, R.N.

05:37 Aug 19 2013. The patient reports no complaints and the patient is c
alm and resting quietly. No respiratory distress.  --05:37 Daniel, Anglia
, R.N.

CIPRO 400 mg IVPB (pre-mix) via IV site #1. Allergic reaction warning give
n to patient infused, completed and discontinued. IV patency established. I
V site checked: no pain, redness, or swelling. IV flushed thoroughly.  --0
5:45 Daniel, Anglia, R.N.

Two patient identifiers checked. ZOSYN 3.375gm IVPB (pre-mix) over 1 hour
, via IV pump via IV site #1. Allergic reaction warning given to patient. I
V patency established. IV site checked: no pain, redness, or swelling. IV f
lushed thoroughly.  --05:45 Daniel, Anglia, R.N.

Reassessment after medication administered. The patient has had no advers
e reaction. No respiratory distress.  --06:03 Daniel, Anglia, R.N.

The patient reports no complaints and the patient is calm and resting quie
tly. No respiratory distress. (dr faircloth at bedside to eval).  --06:2
0 Daniel, Anglia, R.N.

0735. Three patient identifiers checked. LASIX 20 mg diluted with 10 mL
slow IVP over 2 minutes via IV site #1. IV patency established. IV site che
cked: no pain, redness, or swelling. IV flushed thoroughly pre- and post-me
dication administration. Confirmed right patient, medication, dose, time an
d route.  --08:16 Lewis, Lauren, R.N.

0735. BLOOD PRODUCT STARTED: consent signed, ID band checked and blood pr
oduct verified to order by 2 staff members. #1 unit PRBC via IV pump. See t
ransfusion record.  --08:16 Lewis, Lauren, R.N.

0735. BP: 154/71. HR: 78. RR: 20. O2 saturation: -98 percent on nasal
cannula at 2 liter/minute.  --08:17 Lewis, Lauren, R.N..

DISPOSITION / DISCHARGE
Patient reports pain level on departure as 0/10. Transported via stretch
er by nurse with monitor. Report was given via a fax. Report included pati
ent's care, treatment, medications and condition (including any recent chan
ges or anticipated changes). No questions were asked. Report was acknowledg
ed and care was transferred (justin RN). Admitted to the Med / Surg Unit (
2119). Patient's personal items; items were transported with the patient.

Departure time: 0800.  --08:17 Lewis, Lauren, R.N..

Locked/Released at 08/19/2013 8:17 by Lewis, Lauren, R.N.

Page created: Monday, May 9, 2016 1:11 PM For: JLG019                    Top of Page

http://netaccess/E0A7-NTAP-BIN/webcfch.exe/PRD/1?KEY=PT0001INVISION17PI-LCR...  5/9/2016



**NOVANT HEALTH BRUNSWICK MEDICAL CENTER**
240 Hospital Drive
Bolivia NC 28422-8346
Hospital Encounter

KAZER, MARY WELDY
MRN: 53275614
DOB: 5/2/1931, Sex: F
Adm: 8/19/2013, D/C: 8/23/2013

## SCANS (continued)

Encounter-Level Documents - 08/19/2013: (continued)

### Abdominal Pain - Upper
- CBC with differential
- CMP
- Lipase
- ED Tube Set / Rainbow
- Urine qualitative (if female < 55 years old and no hysterectomy)
- UA reflex clean catch*
- UA hold for possible culture
- CPK-MB and troponin
- EKG
- PRN Adapter/saline lock

### Abdominal Pain - Lower
- CBC with differential
- CMP
- ED Tube Set / Rainbow
- Urine qualitative (if female < 55 years old and no hysterectomy)
- UA reflex clean catch*
- UA hold for possible culture

### Urinary symptoms only
- Urine qualitative (if female < 55 years old and no hysterectomy)
- UA reflex clean catch*
- UA hold for possible culture

### Vaginal Bleeding Orders
- CBC
- ED Tube Set / Rainbow
- UA reflex clean catch*
- UA hold for possible culture
- Urine qualitative (if female < 55 years old and no hysterectomy)
- Orthostatic vital signs if dizziness or syncope
- If pregnant less than 24 weeks:
- Rh Screen
- Beta HCG, serum quantitative

### Change in Mental Status / Weakness
- Finger stick blood glucose
- CBC with differential
- CMP
- PT/INR if on warfarin (Coumadin)
- ED Tube Set / Rainbow
- Ammonia IF history of liver disease, hepatic encephalopathy
- CPK-MB and troponin
- EKG
- Blood Culture x 2 (same time, different sites)
- PRN Adapter/saline lock
- UA reflex clean catch*
- UA hold for possible culture
- Perform and record DYSPHAGIA screen
- Perform and record Stroke Scale
- Chest X-Ray, REASON:
- CT, HEAD/BRAIN STAT; Reason:

### Respiratory Distress
- CBC with differential
- CMP
- ED Tube Set / Rainbow
- CPK-MB and troponin
- EKG for patient ≥ 50 years of age
- Pulse oximetry - spot check
- Oxygen 2 liters via nasal canula if oxygen saturation < 92%
- Blood Cultures x 2 if temperature is ≥ 101.5° F, collect & hold
- Chest X-Ray STAT - REASON: Respiratory Distress

### Wheezing
- Pulse oximetry - spot check
- Oxygen 2 liters via nasal canula if oxygen saturation < 92%
- Chest X-Ray STAT; REASON: Wheezing
- albuterol (Ventolin) 2.5 mg via nebulizer x 1 dose
- ipratropium (Atrovent) 0.5 mg via nebulizer x 1 dose if patient reports albuterol use within 24 hours

### Cough
- CBC with differential
- BMP
- Collect & hold blood culture set x 1
- Urinalysis
- PRN Adapter/saline lock
- Chest X-Ray PA and Lateral, REASON: Cough
- Notify provider of any positive pneumonia result

### Temperature ≥ 100.6° F
- acetaminophen (Tylenol) 1000 mg orally x 1 dose if temperature > 100.6° F AND has had no acetaminophen in last 3 hours
- Ibuprofen (Motrin) 600 mg orally x 1 dose if acetaminophen given in last 3 hours for temperature > 100.6° F
- Patient with history of or recent chemotherapy / radiation treatment / or immune disease and/or is > 65 years old
- Initiate Stage One of Sepsis Order Set and notify MD

### Vomiting and Diarrhea
- CBC with differential
- CMP
- PT/INR
- ED Tube Set / Rainbow
- Urine qualitative (if female < 55 years old and no hysterectomy)
- PRN Adapter/saline lock
- Orthostatic vital signs IF dizziness or syncope
- Notify provider if SBP is < 100 mmHg
- ondansetron (Zofran) 4 mg orally (as ODT) x 1 dose for active vomiting

### Medical Clearance for Behavioral Health Evaluation
- CBC with differential
- CMP
- ED Tube Set / Rainbow
- Ethanol (EtOH) level
- Acetaminophen level
- Salicylate level
- Urine drug screen
- Urine qualitative (if female < 55 years old and no hysterectomy)
- UA reflex clean catch*
- UA hold for possible culture
- PRN Adapter/saline lock

### Chest Pain
- EKG (completed immediately upon arrival to the ED) REASON: Chest Pain
- CPK-MB and troponin
- CBC with differential
- CMP
- ED Tube Set / Rainbow
- Magnesium
- PT/INR if on warfarin (Coumadin)
- Chest X-Ray PA and Lateral, REASON: Chest Pain
- Oxygen 2 liters via nasal canula to keep oxygen saturation > 93%
- Orthostatic vital signs if dizziness or syncope
- Notify provider if SBP < 100 mm Hg
- PRN Adapter/saline lock
- aspirin 325 mg orally x 1 dose STAT, if none in last 12 hours OR no contraindications (allergy, bleeding ulcer)

### Closed Extremity Injury with Pain and/or Deformity
- Document mechanism of injury and exact location of pain
- Document neurovascular status distal to injury
- X-Ray affected extremity; □ Right  □ Left   REASON: □ Injury , □ Pain   □ Deformity
- Immobilize / elevate injured extremity
- Remove jewelry distal to injury
- Apply cold compress if injury is less than 48 hours old
- PRN Adapter/saline lock if obvious deformity
- Notify provider if obvious deformity

*UA reflex clean catch (order Cath if female has menses: Cath urine collection will be performed after patient is placed in treatment room, not in triage)

Initiating Nurse Signature: _____  Date: _____  Time: _____

Physician Signature: _____  Date: _____  Time: _____

**Triage, Emergency Department – Adult**
NH-05003-1         Page 1 of 1

Novant HEALTH

Place Patient Information Sticker in space below:

```
01585704   NHBMC    0263952251
KAZER ,MARY WELDY            ET
CI 53275614  82 Y   1     F
EMERGENCY PHYSICIAN
AD  08/19/13    BD 05/02/1931
```

OD0010