# AFFIDAVIT OF CUSTODIAN OF RECORDS
## WALGREEN COMPANY, PO BOX 4039, MS #735, DANVILLE, IL 61834

**Patient Name:** MARY KAZER  **Date of Birth:** 05/02/1931

**AKA:** MARY WELDY KAZER / MARY KATHLEEN KAZER

I, the undersigned, being the duly authorized Custodian of Records or other qualified witness for Walgreen Co., and having the authority to certify the records declare the following: The copies of records for which this Affidavit is made are true and correct copies of the original records; The original records were prepared in the ordinary course of business at or near the time of the act, condition, or event by a person with knowledge of the facts recorded; and That:

**A) CERTIFICATION OF RECORDS:**

[ ] Paper print outs of information for our retail drug stores and mail order facilities electronically stored in Walgreen Co.'s Pharmacy system responsive to the subpoena or authorization and reasonably accessible are provided and total _____ page(s).

**B) CERTIFICATION OF NO RECORDS:**

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

[ ] All records for the time period in question have been destroyed in accordance with our document retention policy.

[X] A thorough search of the requested date range 05/01/2013 to 10/12/2013 has been performed and, understanding that such records could exist under another spelling, name, or other classification but with the information furnished to our office and to the best of our knowledge, no such records exist.

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on 08/09/2016 at Danville, Illinois.

Jill Bosch
(Print Name)  **Signature:** _/s/ Jill Bosch_

Subscribed and sworn to before me this 9 day of Aug, 2016

_Notary Public_

"OFFICIAL SEAL"
TAWNY DECKER
Notary Public, State of Illinois
My Commission Expires 8/18/18

**EXHIBIT 2**



08/09/2016

RE: MARY K. KAZER / AKA : MARY WELDY KAZER / MARY KATHLEEN KAZER

DOB : 05/02/1931

The copies of records for which this certification is made are true and correct copies of the original records. A thorough search of Kerr Drug 520, pharmacy records has been performed and, understanding that such records could exist under another spelling, name or other classification, with the information furnished to our office and to the best of our knowledge these __8__ pages of records are provided for the date range requested.

    Walgreens maintains buyout records for a period of 3 years after acquisition.

_____
Custodian of Records

1901 E. Voorhees St.; P.O. Box 4039; MS #735; Danville, IL 61834   -   217-554-8949

Prescription History From: 05/01/2013 To: 10/12/2013

Kerr Drug 520
1531 N Howe St
Southport, NC 28461
3434139

KAZER, MARY
201 RIVER DR
SOUTHPORT, NC 284614107
9101234567

| | |
|---|---|
| Sex | F |
| Dob | 05/02/1931 |
| Allergies | |
| Caps | False |
| Note | |

**Prescription History**

| | | | | | |
|---|---|---|---|---|---|
| RX: | 6053834 | Drug: | 00603020922 MAGNESIUM OXIDE 400 MG TAB QUAL | DAW: | 0 |
| Date Written: | 08/30/2013 | Qty Prescribed: | 30 | Refills Remainging: | 0 of 1 |
| Doctor: | KLAENHAMMER, ELLEN | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 09/24/2013 | 00603020922 MAGNESIUM OXIDE 400 MG TAB QUAL | 30 | $12.99 | TFY |

| Plan | Seq Number | CoPay |
|---|---|---|
| CASH TP/007135/PPRX | 1 | $12.99 |

| 08/30/2013 | 00603020922 MAGNESIUM OXIDE 400 MG TAB QUAL | 30 | $12.99 | TFY |
|---|---|---|---|---|

| Plan | Seq Number | CoPay |
|---|---|---|
| CASH TP/007135/PPRX | 1 | $12.99 |

| | | | | | |
|---|---|---|---|---|---|
| RX: | 6056679 | Drug: | 33261052830 PLAVIX 75 MG TAB AIDA | DAW: | 0 |
| Date Written: | 09/20/2013 | Qty Prescribed: | 30 | Refills Remainging: | 0 of 0 |
| Doctor: | LOUTHIAN, KATHRYN | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 09/23/2013 | 65862035705 CLOPIDOGREL 75 MG TAB AURO | 30 | $8.24 | MGL |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $8.24 |

| | | | | | |
|---|---|---|---|---|---|
| RX: | 6056674 | Drug: | 00603210928 AMLODIPINE BESYLATE 5 MG TAB QUAL | DAW: | 0 |
| Date Written: | 09/20/2013 | Qty Prescribed: | 30 | Refills Remainging: | 0 of 0 |
| Doctor: | LOUTHIAN, KATHRYN | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 09/20/2013 | 00603210928 AMLODIPINE BESYLATE 5 MG TAB QUAL | 30 | $4.85 | JHE |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $4.85 |

| RX: | 6056682 | Drug: | 11523723403 MIRALAX 3,350 NF POW SCHE | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 09/20/2013 | Qty Prescribed: | 255 | Refills Remainging: | 0 of 0 |
| Doctor: | LOUTHIAN, KATHRYN | DEA: | | | |
| Directions: | MIX 17 GRAMS INTO 8 OZ OF LIQUID AND DRINK DAILY AS NEEDED FOR LOOSE OR FREQUENT BOWEL MOVEMENT | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 09/20/2013 | 51991045758 POLYETHYLENE GLYCOL 3350 3,350 NF POW BREC | 255 | $8.49 | JHE |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $8.49 |

| RX: | 6056675 | Drug: | 00182055400 HYDRALAZINE HCL 25 MG TAB IVAX | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 09/20/2013 | Qty Prescribed: | 10 | Refills Remainging: | 0 of 0 |
| Doctor: | LOUTHIAN, KATHRYN | DEA: | | | |
| Directions: | TAKE 1 TABLET 3 TIMES A DAY AS NEEDED ONLY FOR SBP GREATER THAN 180 AND CALL MD | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 09/20/2013 | 31722052010 HYDRALAZINE HCL 25 MG TAB CAMB | 10 | $2.31 | JHE |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $2.31 |

| RX: | 6056673 | Drug: | 00002879959 HUMALOG KWIKPEN 100 UNIT/ML INJ LILL | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 09/20/2013 | Qty Prescribed: | 15 | Refills Remainging: | 0 of 0 |
| Doctor: | LOUTHIAN, KATHRYN | DEA: | | | |
| Directions: | INJECT 0 TO 14 UNITS SUBCUTANEOUSLY 4 TIMES A DAY (BEFORE MEALS AND AT BEDTIME) | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 09/20/2013 | 00002879959 HUMALOG KWIKPEN 100 UNIT/ML INJ LILL | 15 | $303.82 | JHE |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $43.00 |

| RX: | 6056672 | Drug: | | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 09/20/2013 | Qty Prescribed: | 15 | Refills Remainging: | 0 of 0 |
| Doctor: | LOUTHIAN, KATHRYN | DEA: | | | |
| Directions: | INJECT 15 UNITS SUBCUTANEOUSLY AT NIGHT | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 09/20/2013 | 00088221905 LANTUS SOLOSTAR 100 UNIT/ML INJ SANO | 15 | $283.70 | JHE |

| Plan | Seq Number | CoPay |
|---|---|---|

| | | | |
|---|---|---|---|
| AARP MEDICARE RX/610097/9999 | | 1 | $43.00 |

| RX: | 6056678 | Drug: | 00008084181 PROTONIX EC 40 MG TAB PFIZ | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 09/20/2013 | Qty Prescribed: | 30 | Refills Remainging: | 0 of 0 |
| Doctor: | LOUTHIAN, KATHRYN | DEA: | | | |
| Directions: | TAKE 1 TABLET EVERY MORNING BEFORE BREAKFAST | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 09/20/2013 | 00008060701 PANTOPRAZOLE SODIUM EC 40 MG TAB PRAS | 30 | $8.31 | JHE |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $8.31 |

| RX: | 4011180 | Drug: | 16590093760 ATIVAN 0.5 MG TAB STAT | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 09/20/2013 | Qty Prescribed: | 20 | Refills Remainging: | 0 of 0 |
| Doctor: | LOUTHIAN, KATHRYN | DEA: | | | |
| Directions: | TAKE 1/2 TO 1 TABLET EVERY 4 HOURS AS NEEDED FOR ANXIETY OR SHORTNESS OF BREATH | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 09/20/2013 | 63304077205 LORAZEPAM 0.5 MG TAB RANB | 20 | $3.93 | JHE |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $3.93 |

| RX: | 6056677 | Drug: | 62037099905 POTASSIUM CHLORIDE ER 20 MEQ TAB ACTA | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 09/20/2013 | Qty Prescribed: | 30 | Refills Remainging: | 0 of 0 |
| Doctor: | LOUTHIAN, KATHRYN | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 09/20/2013 | 62037099905 POTASSIUM CHLORIDE ER 20 MEQ TAB ACTA | 30 | $11.91 | JHE |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $10.00 |

| RX: | 6054814 | Drug: | 13310014601 BACTRIM DS 800-160 MG TAB AR S | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 09/08/2013 | Qty Prescribed: | 14 | Refills Remainging: | 0 of 0 |
| Doctor: | ISENHOUR, CHRISTOPHER | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH TWICE DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 09/09/2013 | 53746027205 SULFAMETHOXAZOLE/TRIMETHOPRIM DS 800-160 TAB AMNE | 14 | $4.62 | TFY |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $4.62 |

| RX: | 6054187 | Drug: | 00093063701 TRAZODONE HCL 50 MG TAB TEVA | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 09/03/2013 | Qty Prescribed: | 30 | Refills Remainging: | 5 of 5 |
| Doctor: | ISENHOUR, CHRISTOPHER | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH AT BEDTIME | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 09/03/2013 | 00603616032 TRAZODONE HCL 50 MG TAB QUAL | 30 | $4.06 | JHE |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $4.06 |

| RX: | 6054189 | Drug: | 00228267211 SPIRONOLACTONE 50 MG TAB ACTA | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 09/03/2013 | Qty Prescribed: | 30 | Refills Remainging: | 5 of 5 |
| Doctor: | ISENHOUR, CHRISTOPHER | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 09/03/2013 | 00603576421 SPIRONOLACTONE 50 MG TAB QUAL | 30 | $16.31 | JHE |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $10.00 |

| RX: | 6053832 | Drug: | 00245005810 KLOR-CON M20 ER 20 MEQ TAB UPSH | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 08/30/2013 | Qty Prescribed: | 30 | Refills Remainging: | 1 of 1 |
| Doctor: | KLAENHAMMER, ELLEN | DEA: | | | |
| Directions: | TAKE TWO TABLETS BY MOUTH AS NEEDED IF POTASSIUM LEVEL IS LESS THAT 3.5 MMOL/L | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 08/30/2013 | 62037099905 POTASSIUM CHLORIDE ER 20 MEQ TAB ACTA | 30 | $10.85 | TFY |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $10.00 |

| RX: | 6053833 | Drug: | 00143223001 ISOSORBIDE MONONITRATE ER 24HR 30 MG TAB WEST | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 08/30/2013 | Qty Prescribed: | 30 | Refills Remainging: | 3 of 3 |
| Doctor: | KLAENHAMMER, ELLEN | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 08/30/2013 | 13668010401 ISOSORBIDE MONONITRATE ER 24HR 30 MG TAB TORR | 30 | $12.50 | TFY |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $10.00 |

| RX: | 6053830 | Drug: | 00456141001 BYSTOLIC 10 MG TAB FORE | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 08/30/2013 | Qty Prescribed: | 30 | Refills Remainging: | 3 of 3 |
| Doctor: | KLAENHAMMER, ELLEN | DEA: | | | |

| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | |
|---|---|---|---|---|
| Date | Drug Dispensed | Qty | Price | RPh |
| 08/30/2013 | 00456141001 BYSTOLIC 10 MG TAB FORE | 30 | $75.49 | TFY |
| Plan | | Seq Number | | CoPay |
| AARP MEDICARE RX/610097/9999 | | 1 | | $43.00 |

| RX: | 6053829 | Drug: | 00054429925 FUROSEMIDE 40 MG TAB ROXA | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 08/30/2013 | Qty Prescribed: | 60 | Refills Remainging: | 0 of 0 |
| Doctor: | KLAENHAMMER, ELLEN | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 08/30/2013 | 00603374032 FUROSEMIDE 40 MG TAB QUAL | 60 | $4.72 | TFY |
| Plan | | Seq Number | | CoPay |
| AARP MEDICARE RX/610097/9999 | | 1 | | $4.72 |

| RX: | 6051963 | Drug: | 00085175401 CIPRO 500 MG TAB SCHE | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 08/15/2013 | Qty Prescribed: | 20 | Refills Remainging: | 0 of 0 |
| Doctor: | LEWIS, TIFFANY | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH TWICE DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 08/15/2013 | 65862007701 CIPROFLOXACIN HCL 500 MG TAB AURO | 20 | $6.46 | TFY |
| Plan | | Seq Number | | CoPay |
| AARP MEDICARE RX/610097/9999 | | 1 | | $6.46 |

| RX: | 6020476 | Drug: | 33261052830 PLAVIX 75 MG TAB AIDA | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 12/21/2012 | Qty Prescribed: | 90 | Refills Remainging: | 3 of 3 |
| Doctor: | ISENHOUR, CHRISTOPHER | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 08/09/2013 | 65862035705 CLOPIDOGREL 75 MG TAB AURO | 60 | $15.24 | MGL |
| Plan | | Seq Number | | CoPay |
| AARP MEDICARE RX/610097/9999 | | 1 | | $15.24 |

| RX: | 6049860 | Drug: | 00093521101 OMEPRAZOLE 20 MG CAP TEVA | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 07/30/2013 | Qty Prescribed: | 60 | Refills Remainging: | 0 of 0 |
| Doctor: | ISENHOUR, CHRISTOPHER | DEA: | | | |
| Directions: | TAKE ONE CAPSULE BY MOUTH TWICE DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 07/30/2013 | 60505006501 OMEPRAZOLE 20 MG CAP APOT | 60 | $18.80 | MGL |

| RX: | 6048743 | Drug: | 00186037020 SYMBICORT 160-4.5 MCG/ACT AER ASTR | DAW: | 0 |
| --- | --- | --- | --- | --- | --- |
| Date Written: | 07/22/2013 | Qty Prescribed: | 10.2 | Refills Remaining: | 4 of 4 |
| Doctor: | RAVINDRAN, BABYSAROJAH | DEA: | | | |
| Directions: | INHALE 2 PUFFS INTO THE LUNGS TWICE DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
| --- | --- | --- | --- | --- |
| 07/22/2013 | 00186037020 SYMBICORT 160-4.5 MCG/ACT AER ASTR | 10.2 | $242.52 | BFN |

| Plan | Seq Number | CoPay |
| --- | --- | --- |
| AARP MEDICARE RX/610097/9999 | 1 | $43.00 |

| RX: | 6047930 | Drug: | 00310020130 ARIMIDEX 1 MG TAB ASTR | DAW: | 0 |
| --- | --- | --- | --- | --- | --- |
| Date Written: | 07/15/2013 | Qty Prescribed: | 90 | Refills Remaining: | 3 of 3 |
| Doctor: | SCALLION, RICHARD | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
| --- | --- | --- | --- | --- |
| 07/15/2013 | 60505298503 ANASTROZOLE 1 MG TAB APOT | 90 | $46.45 | MGL |

| Plan | Seq Number | CoPay |
| --- | --- | --- |
| AARP MEDICARE RX/610097/9999 | 1 | $30.00 |

| RX: | 6038874 | Drug: | 00169633910 NOVOLOG FLEXPEN 100 UNIT/ML INJ NOVO | DAW: | 0 |
| --- | --- | --- | --- | --- | --- |
| Date Written: | 05/04/2013 | Qty Prescribed: | 15 | Refills Remaining: | 2 of 3 |
| Doctor: | ISENHOUR, CHRISTOPHER | DEA: | | | |
| Directions: | INJECT 8 UNITS THREE TIMES DAILY BEFORE MEALS | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
| --- | --- | --- | --- | --- |
| 07/11/2013 | 00169633910 NOVOLOG FLEXPEN 100 UNIT/ML INJ NOVO | 15 | $281.58 | MGL |

| Plan | Seq Number | CoPay |
| --- | --- | --- |
| AARP MEDICARE RX/610097/9999 | 1 | $86.00 |

| 05/04/2013 | 00169633910 NOVOLOG FLEXPEN 100 UNIT/ML INJ NOVO | 15 | $281.58 | SLG |

| Plan | Seq Number | CoPay |
| --- | --- | --- |
| AARP MEDICARE RX/610097/9999 | 1 | $86.00 |

| RX: | 6023583 | Drug: | 00069265066 PROCARDIA XL 24HR 30 MG TAB PFIZ | DAW: | 0 |
| --- | --- | --- | --- | --- | --- |
| Date Written: | 01/14/2013 | Qty Prescribed: | 90 | Refills Remaining: | 1 of 1 |
| Doctor: | ISENHOUR, CHRISTOPHER | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
| --- | --- | --- | --- | --- |
| 07/11/2013 | 59762669003 NIFEDIPINE ER 24HR 30 MG TAB GREE | 90 | $48.29 | MGL |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $30.00 |

| RX: | 6044521 | Drug: | 50458057830 XARELTO 15 MG TAB JANS | DAW: | 1 |
|---|---|---|---|---|---|
| Date Written: | 06/18/2013 | Qty Prescribed: | 30 | Refills Remainging: | 11 of 11 |
| Doctor: | JACKSON ANP, MARY | DEA: | MJ0434960 | | |
| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 07/11/2013 | 50458057830 XARELTO 15 MG TAB JANS | 30 | $257.71 | MGL |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $43.00 |

| RX: | 6046737 | Drug: | | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 07/03/2013 | Qty Prescribed: | 30 | Refills Remainging: | 0 of 0 |
| Doctor: | SCALLION, RICHARD | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH EVERY SIX HOURS AS NEEDED | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 07/03/2013 | null NOT DISPENSED!!! | null | | null |

| RX: | 6046550 | Drug: | 12634078624 TRAMADOL HCL 50 MG TAB APOT | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 07/03/2013 | Qty Prescribed: | 30 | Refills Remainging: | 0 of 0 |
| Doctor: | SCALLION, RICHARD | DEA: | | | |
| Directions: | TAKE ONE TABLET BY MOUTH EVERY SIX HOURS AS NEEDED FOR PAIN | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 07/03/2013 | 00093005805 TRAMADOL HCL 50 MG TAB TEVA | 30 | $4.58 | MGL |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $4.58 |

| RX: | 6944287 | Drug: | 00591377605 ATORVASTATIN CALCIUM 40 MG TAB ACTA | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 07/17/2012 | Qty Prescribed: | 30 | Refills Remainging: | 1 of 5 |
| Doctor: | ISENHOUR, CHRISTOPHER | DEA: | | | |
| Directions: | TAKE 1 TABLET DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 07/03/2013 | 60505258009 ATORVASTATIN CALCIUM 40 MG TAB APOT | 30 | $12.52 | TFY |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $10.00 |

| RX: | 6046035 | Drug: | 50458057830 XARELTO 15 MG TAB JANS | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 06/17/2013 | Qty Prescribed: | 10 | Refills Remainging: | 0 of 0 |

| Doctor: | JACKSON, MARY | DEA: | | | |
|---|---|---|---|---|---|
| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 06/28/2013 | 50458057830 XARELTO 15 MG TAB JANS | 10 | $85.62 | SLG |

| Plan | Seq Number | CoPay |
|---|---|---|
| PDM/610020/PNPS | 1 | $0.00 |

| RX: | 6044522 | Drug: | 00186108805 TOPROL XL 24HR 25 MG TAB ASTR | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 06/18/2013 | Qty Prescribed: | 30 | Refills Remainging: | 11 of 11 |
| Doctor: | JACKSON ANP, MARY | DEA: | MJ0434960 | | |
| Directions: | TAKE ONE TABLET BY MOUTH ONE TIME DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 06/18/2013 | 64679073402 METOPROLOL SUCCINATE ER 24HR 25 MG TAB WOCK | 30 | $25.59 | MGL |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $25.59 |

| RX: | 6935049 | Drug: | 00093731405 CLOPIDOGREL 75 MG TAB TEVA | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 05/29/2012 | Qty Prescribed: | 90 | Refills Remainging: | 0 of 3 |
| Doctor: | ISENHOUR, CHRISTOPHER | DEA: | | | |
| Directions: | TAKE 1 TABLET DAILY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 05/26/2013 | 65862035705 CLOPIDOGREL 75 MG TAB AURO | 60 | $15.24 | MGL |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $15.24 |

| RX: | 6025996 | Drug: | | DAW: | 0 |
|---|---|---|---|---|---|
| Date Written: | 01/31/2013 | Qty Prescribed: | 15 | Refills Remainging: | 10 of 11 |
| Doctor: | ISENHOUR, CHRISTOPHER | DEA: | | | |
| Directions: | INJECT 15 UNITS NIGHTLY | | | | |

| Date | Drug Dispensed | Qty | Price | RPh |
|---|---|---|---|---|
| 05/04/2013 | 00088221905 LANTUS SOLOSTAR 100 UNIT/ML INJ SANO | 15 | $258.24 | SLG |

| Plan | Seq Number | CoPay |
|---|---|---|
| AARP MEDICARE RX/610097/9999 | 1 | $43.00 |

| Total Copay | Total Price |
|---|---|
| $692.62 | $2,390.51 |