# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**
*Bessie Dyer v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:16-cv-02601*

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Gary Tate on behalf of decedent Bessie Dyer.

1. Bessie Dyer filed a products liability lawsuit against defendants on March 24, 2016.

2. Plaintiff Bessie Dyer died on April 16, 2016.

3. Bessie Dyer's products liability action against defendants survived her death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on September 19, 2016, attached hereto as "Exhibit A".

5. Gary Tate, Executor of the Estate of Bessie Dyer, is a proper party to substitute for plaintiff-decedent Bessie Dyer and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: September 19, 2016                                  Respectfully submitted,

/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.661.8210
Fax: 707.313.0956
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: September 19, 2016     Respectfully submitted,

               /s/ Russell T. Abney
               Russell T. Abney, Esq.
               Attorney I.D. No. 000875 (GA)
               FERRER, POIROT & WANSBROUGH
               2100 RiverEdge Pkwy NW, Suite 1025
               Atlanta, GA 30328
               Telephone: 800.661.8210
               Fax: 707.313.0956
               atlanta@lawyerworks.com
               *Attorney for the Plaintiffs*