## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| **This Document Relates To:** | **JUDGE ELDON E. FALLON** |
| Rippley v. Janssen Research & Development LLC, et al., No. 2:16-cv-01402 | **MAG. JUDGE NORTH** |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET

Comes now, Stark & Stark, P.C., counsel for Gina Rippley, in Response to this Court's September 15, 2016, Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet.

1. Plaintiff was initially responsive to counsel in this matter, up to and including, the ordering of pharmacy and treatment records. Counsel duly filed Plaintiff's Complaint on February 1, 2016, which included the information provided by Plaintiff.

2. Thereafter, numerous sets of pharmacy and treatment records were received and reviewed, but they did not contain proof of Xarelto use sufficient to proceed.

3. Undersigned counsel's office has diligently endeavored to contact Plaintiff in order to try to confirm Xarelto use, via numerous calls and letters (including certified mail), over several months. To wit, counsel tried to contact Plaintiff via e-mail, and via telephone on October 26, 2015, November 11, 2015, January 8, 2016, January 13, 2016, January 25, 2016, and January 29, 2016, as well as sent letters on January 8, 2016, January 15, 2016 (certified),

January 25, 2016 (certified), March 15, 2016 (certified), June 21, 2016 (certified), and July 7, 2016 (certified). Counsel also forwarded a copy of the Court's Order to Show Cause to Plaintiff. Notwithstanding, Plaintiff has been completely unresponsive.

4. Counsel has also been unable to obtain Plaintiff's consent to voluntarily dismiss Plaintiff's Complaint.

5. At all times relevant hereto, counsel has diligently sought proper proof of Xarelto usage and sought to contact Plaintiff. Despite these best efforts, counsel has been unsuccessful to this point. Counsel has had no response whatsoever from Plaintiff since January 26, 2016.

6. Accordingly, counsel filed a Motion for Leave to Withdraw on April 1, 2016 [Document 3697], which is currently pending before this Court. Counsel's repeated, unsuccessful attempts to make contact with Plaintiff are also specifically outlined within those Motion papers.

7. Wherefore, if this Court should see fit to deny or adjourn counsel's currently pending Motion for Leave to Withdraw, counsel respectfully requests this Court enter an Order denying Defendants' Motion for an Order to Show Cause, and granting an extension of 60 days to permit counsel to continue to attempt to contact Plaintiff and obtain further proofs.

Signed: September 19, 2016

**STARK & STARK**
993 Lenox Drive
Lawrenceville, NJ 08648
Telephone: (609) 896-9060
Fax: (609) 896-0629
mschrama@stark-stark.com

*/s/ Martin P. Schrama*
Martin P. Schrama
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

This the 19th day of September, 2016.

*/s/ Martin P. Schrama*
Martin P. Schrama