UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO ALL CASES**

## ORDER

Considering counsel's motion to appear telephonically (R. Doc. 4162), **IT IS ORDERED** that counsel's request is granted as per the Court's order of September 16, 2016. (R. Doc. 4153). Counsel is to refer to that order for specific instructions regarding how to appear telephonically.

New Orleans, Louisiana this 19th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE