UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO: JAMES A. STARCK V. JANSSEN RESEARCH & DEVELOPMENT LLC ET AL.**

## ORDER

Having been informed that multiple cases were filed concerning the same Plaintiff, **IT IS ORDERED** that the Motion for Voluntary Dismissal (R. Doc. 4054) is **GRANTED** and the above-captioned case is **DISMISSED WITH PREJUDICE** with each party to bear its own costs.

This dismissal is not intended to affect Plaintiff James A. Starck's lawsuit filed by Stanley Law Group filed jointly May 18, 2016 (Case No. 2:16-cv-06511) and individually June 15, 2016 (2:16-cv-10418).

New Orleans, Louisiana this 19th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE