UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION:   L

JUDGE:  ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

**LESLIE K. JONES**
Civil Case No.: 2:16-cv-01466

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

COMES NOW Plaintiff Leslie K. Jones identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 4139) and by and through undersigned counsel submits this response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff Leslie K. Jones contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on February 16, 2016.

3. After many attempts, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet from Ms. Jones.

4. From the outset, undersigned counsel has advised Ms. Jones regarding the need to serve a completed Plaintiff Fact Sheet in accordance with CMO 1 and PTO 13.

5. Despite this, undersigned counsel has been unable to serve such completed Plaintiff Fact Sheet to date for the reasons stated herein.

6. Undersigned counsel has been diligent in reaching out to Ms. Jones to underscore that her claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served in accordance with CMO 1 and PTO 13.

7. However, undersigned counsel's diligent, sustained effort to receive responsive communication from Ms. Jones on this outstanding obligation has been unsuccessful to date.

8. In light of this fact, undersigned counsel is without any knowledge of what circumstances exist—such as a serious health issue—that may understandingly preclude Ms. Jones from responding to undersigned counsel or completing the Plaintiff Fact Sheet, itself.

9. Given this reasonable possibility, undersigned counsel believes that good faith has been shown that this case should not be dismissed without prejudice. To do otherwise at this time and with such little information would be unfair should it come to light that a reasonable circumstance did prevent Ms. Jones from being responsive.

10. In the interest of cooperation, undersigned counsel has reached out to counsel for Janssen and offered to enter into a stipulation to dismiss Ms. Jones' case <u>without prejudice</u> and awaits response.

11. Accordingly, for the reasons stated herein, undersigned counsel respectfully requests this Honorable Court dismiss this claim <u>without prejudice</u> given the inability to obtain sufficient information from Leslie K. Jones and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13.

Dated:  September 19, 2016.

Respectfully submitted,

By:  /s/ Neil D. Overholtz
Florida Bar No.:  0188761
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502-5998
Telephone:  (850) 202-1010
Fax:  (850) 916-7449
Noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of September 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record. This document was also served on the above referenced plaintiff by U.S. Postal Service at their last known address.

/s/ Neil D. Overholtz