UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

ABBIE NAPIER
Civil Action No.: 2:15-cv-07094

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELO USE

Now comes Plaintiff Abbie Napier, identified as Claimant No. 28 in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Doc. 4070), and by and through undersigned counsel submits this, his response in opposition to the Order to Show Cause and shows as follows:

1. Plaintiff Abbie Napier initially provided detailed account of his use of Xarelto that suggested use of the pharmaceutical in the manner intended an alleged injury consistent with the types of bleeding events which Xarelto is suspected to cause.

2. Soon after entering into an agreement to represent Mr. Napier, undersigned counsel ordered medical records and pharmacy records from the providers he identified.

3. Medical records confirm an injury and indicate use of Xarelto, which suggest samples were provided to Mr. Napier.

4. The complaint in this matter was filed on October 30, 2015 based upon a good faith belief that Mr. Napier had taken and ingested Xarelto and suffered an injury related thereto. The

complaint was filed before all records were received to comply with the statute of limitations for Mr. Napier's claim.

5. Counsel has made diligent efforts to obtain a copy of medication sample log and/or prescription records from the prescribing physician, but has not been successful in obtaining the necessary information.

6. Concurrently with efforts to obtain records, undersigned counsel has communicated with Mr. Napier regarding the need to obtain such information and serve a completed Plaintiff Fact Sheet.

7. Undersigned counsel has been diligent in investigating this claim, informed Plaintiff that undersigned counsel exhausted all sources of information, and request Plaintiff assist counsel in obtaining the required information.

8. Given Mr. Napier's advanced age (84), we are investigating the possibility that he has passed away and if so, determining who we need to contact.

Accordingly, undersigned counsel requests that Mr. Napier's claim not be dismissed with prejudice for failure to show use of Xarelto, and that counsel have additional time to contact Mr. Napier and obtain the required information.

Dated: September 19, 2016

Respectfully submitted,

KENNEDY HODGES, LLP
By: /s/ Gabriel A. Assaad
Gabriel A. Assaad
gassaad@kennedyhodges.com
4409 Montrose Blvd, Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that that on September 19, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              /s/ Gabriel A. Assaad
                                              Gabriel A. Assaad