UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

GLORIA ROBINSON
Civil Action No.: 2:15-cv-6937

### RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELO USE

Now comes Plaintiff Gloria Robinson, identified as Claimant No. 31 in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Doc. 4070), and by and through undersigned counsel submits this, her response in opposition to the Order to Show Cause and shows as follows:

1. Ms. Robinson initially provided detailed account of her use of Xarelto that suggested use of the pharmaceutical in the manner intended and an alleged injury consistent with the types of bleeding events which Xarelto is suspected to cause.

2. Soon after entering into an agreement to represent Ms. Robinson, undersigned counsel ordered medical records and pharmacy records from the providers she identified.

3. The complaint in this matter was filed on December 17, 2015 based upon a good faith belief that Ms. Robinson had taken and ingested Xarelto and suffered an injury related thereto. The complaint was filed before all records were received to comply with the statute of limitations for Ms. Robinson's claim.

4. After receipt of records and diligent review, counsel has been unable to confirm use of Xarelto.

5. Counsel has communicated to Ms. Robinson the importance to obtain the records that demonstrate proof of ingestion.

6. Continuous efforts have been made to contact Ms. Robinson by telephone and certified mail since February 2015. These efforts have been unsuccessful to date.

7. Plaintiff's counsel currently has a Motion to Withdraw as Counsel pending before the court.

Accordingly, undersigned counsel requests that Ms. Robinson's claim not be dismissed with prejudice for failure to show use of Xarelto before the pending Motion to Withdraw as Counsel is resolved.

Dated: September 19, 2016

Respectfully submitted,

KENNEDY HODGES, LLP

By: /s/ Gabriel A. Assaad
Gabriel A. Assaad
gassaad@kennedyhodges.com
4409 Montrose Blvd, Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that that on September 19, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Gabriel A. Assaad
Gabriel A. Assaad