UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

IN RE: XARELTO (RIVAROXABAN)          (     MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION         (
                                      (     SECTION: L
                                      (
                                      (     JUDGE FALLON
                                      (
                                      (     MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Linda Jaysura v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-CV-02252**

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO
SHOW CAUSE**

Now comes Plaintiff Linda Jaysura, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Doc. 4138) and by and through undersigned counsel submits this, his response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff Linda Jaysura contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on February 16, 2016, while record requests from some providers were still pending. The complaint was filed in good faith before all records were received in order to comply with the statute of limitations for Ms. Jaysura's claim.

3. After many attempts, undersigned counsel has been unable to obtain and serve records demonstrating Xarelto use for Ms. Jaysura.

4. Undersigned counsel has communicated with Ms. Jaysura regarding the need to obtain and serve records of Xarelto use. Ms. Jaysura has been unable to provide such completed Plaintiff Fact Sheet to date.

5. Undersigned counsel has been diligent in contacting Ms. Jaysura and informed

Ms. Jaysura that her claim is subject to dismissal if proof of use is not served according to CMO 1 and PTO 13.

    6.   Without waiving the attorney-client privilege, the Firm has advised Ms. Jaysura in Writing on multiple occasions regarding the need for his assistance in obtaining proof of use of Xarelto and the implications of not providing such:

| **Date** | **Correspondence** | **Documents** |
| --- | --- | --- |
| February 13, 2016 | First Class Mail | Letter requesting completion of PFS information |
| March 3, 2016 | Email | Letter requesting contact |
| June 28, 2016 | Email | Letter requesting contact |
| July 14, 2016 | Certified and First Class Mail | Letter requesting withdrawal and a copy of Pretrial Order No. 30 |
| September 1, 2016 | Certified and First Class Mail | Letter requesting withdrawal and a copy of Pretrial Order No. 30 |
| September 15, 2016 | Email | Letter requesting immediate contact for withdrawal request |

In addition, contact with Ms. Jaysura was attempted via telephone regarding the implications of not completing the Plaintiff Fact Sheet on numerous occasions, including January 21, 2016; January 22, 2016; February 4, 2016; March 10, 2016; March 15, 2016; May 17, 2016; May 26, 2016; June 27, 2016; July 5, 2016; July 13, 2016; July 19, 2016; September 2, 2016; September 19, 2016.

    7.   Despite our best efforts the undersigned counsel has been unable to secure our client's permission to agree to the voluntary dismissal of this matter due to lack of contact.

    8.   Accordingly, undersigned counsel has nothing to oppose based on the inability to

obtain sufficient information from Ms. Jaysura and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13 and the undersigned counsel's difficulty of contact with the Plaintiff.

9. At all times relevant hereto, undersigned Counsel has diligently sought contact with Ms. Jaysura in order to obtain proof of use of Xarelto.

FOR THE REASONS STATED ABOVE, undersigned counsel has no basis to oppose a Motion to Dismiss at present time.

September 19, 2016

Respectfully submitted,

By: */s/* Jeff Benton
Jeff Benton
Texas State Bar No. 24050283
THE BENTON LAW FIRM PLLC
1825 Market Center Blvd., Suite 350
Dallas, Texas  75207
Phone: (214) 219-4878
Fax: (214) 615-2950
jeff@thebentonlawfirm.com

***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Jeff Benton
Jeff Benton