UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>Bomark – Noel, Kjell v. Janseen Research & Development LLC, et al.,No. 2:15-cv-06194 | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br><br>**MAG. JUDGE MICHAEL NORTH** |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO PROVE XARELTO USE (DOCUMENT 4070**

COME NOW, Plaintiff Kjell Bomark – Noel, in the above reference civil action, and by and through his counsel of records hereby files a Response in Opposition to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Document 4070). On September 15, 2016, Defendants filed the Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use.

In response Plaintiff would show that on January 13, 2016, Plaintiff uploaded to MDL Centrality hospital records for Eden Hospital (Document Id: 139387), showing he was on Xarelto at the time of his injury. This record is attach as Exhibit A.

On July 22, 2016, Plaintiff responded to an Amended Core Deficiency Notice, by re-uploading the hospital records for Eden Medical Center (Document Id: 252082). Pharmacy records for CVS (Document Id: 252235) did not show Xarelto use. Plaintiff believes he was given samples by his treating physician Dr. Gary Woodworth.

1

Plaintiff first requested records from Dr. Gary R. Woodworth records on March 29, 2016. On April 27, 2016, Plaintiff's counsel was informed that Dr. Woodworth had moved so the request would have to be made to Cardiovascular Consultants Medical Group.

Plaintiff requested records from Cardiovascular Consultants Medical Group on April 27, 2016. Cardiovascular Medical Group requested a specialized authorization on July 25, 2016. Plaintiff's counsel forwarded the requested authorization on September 12, 2016. Plaintiff still has not received Dr. Gary Woodworth's records but will continue to seek them diligently.

Nonetheless, Plaintiff counsel has answered the fact sheet with medical record evidence that he was taking Xarelto at the time of his injury. Plaintiff would respectfully request that the Court deny Defendants' request for dismissal with prejudice.

In the alternative, Plaintiff would request an additional 60 days to obtain Dr. Woodworth's medical records.

Signed: September 19, 2016

> Respectfully submitted,
>
> **SIMON GREENSTONE PANATIER BARTLETT, PC**
>
> */s/Amy M. Carter*
> AMY M. CARTER
> TX State Bar No. 24004580
> 3232 McKinney Avenue, Suite 610
> Dallas, Texas 75204
> 214-276-7680
> 214-276-7699 fax
> acarter@sgpb.com
> **ATTORNEY FOR PLAINTIFF**

**CERTICIATE OF SERVICE**

2

I hereby certify that a copy of the above and foregoing pleading has contemporaneously with or before filing been served on all parties of their attorneys in a manner authorized by FRCP5(b)(2), Local Rule 5.1 of Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        */s/Amy M. Carter*
        AMY M. CARTER

Discharge Date: 02/24/2012

Date of Admission: 02/20/2012
Date of Exam: 02/20/2012

PRIMARY CARE PHYSICIAN: Unknown.

CHIEF COMPLAINT: Abdominal pain and rectal bleeding.

HISTORY OF PRESENT ILLNESS: This is a 69-year-old Caucasian male with a prior history of massive GI bleed in 2009 requiring exploratory surgery, which has no obvious source of bleeding noted. The patient reported he received 21 units of red blood cell and 12 units of fresh frozen plasma transfusion, and hospitalized at San Francisco VA. He showed he may help bleeding from his pancreas area. The patient also has a history of atrial fibrillation. She was on aspirin for anticoagulation until about 4 days ago. ==He started on new anticoagulant Xarelto.== The patient took 4 tablets so far. Today around 1 p.m., the patient experienced cramping abdominal pain. Central abdomen to the lower abdomen, lasting about 30 minutes. He also noticed 1 episode of red blood in the toilet so he presented himself to the Emergency Room.

In the ED, patient's vital signs stable. His heart rate is 75, blood pressure is 122/80. The patient was noted to have one episode of large amount of rectal bleeding, in ED, bed and was soaked with blood. The patient's initial lab test unremarkable. His hemoglobin 12.2. His INR is 1.7. The patient also has a prior history of pancreatitis.

PAST MEDICAL HISTORY:
1. Reported history of massive GI bleeding in 2009 requiring exploratory surgery which was unrevealing. The patient was seen in Intensive Care Unit, and received multiple transfusions 25 units RBC and 12 units fresh frozen plasma.
2. History of atrial fibrillation.
3. Hypertension.
4. Obstructive sleep apnea, on nasal CPAP at night.
5. History of migraine headaches.
6. History of aneurysm in September 2009.
7. History of chronic alcohol abuse.

PAST SURGICAL HISTORY:
1. Hemorrhoidectomy, nasal surgery, retina repair surgery. Radiation to the left leg, central venous thrombosis.
2. Right foot severe fracture.
3. Exploratory surgery, abdomen, September 2009, to identify source of GI bleed, which was unrevealing

Eden Medical Center
20103 Lake Chabot Road
Castro Valley, CA 94546

Name: BOMARK-NOEL, KJELL C
MR#: 712257        4404 B
DOB: 05/13/1942

Page 1 of 2

**HISTORY AND PHYSICAL**              PHYSICIAN: Daisy D Maron MD

Exhibit A

SOCIAL HISTORY: The patient is retired military personnel, no smoking, alcohol use, 1 to 2 drinks per night, patient uses a cane for ambulation.

FAMILY HISTORY: Positive for myocardial infarction, stroke.

CURRENT MEDICATIONS:
Atenolol 50 mg daily.
Xarelto 20 mg daily.
Zocor 20 mg daily.
Multaq 400 mg b.i.d.

ALLERGIES: SULFA, BACTRIM, MSG, PAPRIKA.

REVIEW OF SYSTEMS: As listed in HPI. The patient denied any fever, chills, no nausea, vomiting or diarrhea. Does have lower abdominal pain and rectal bleeding. No hematemesis. Denies any cough or wheezing, no hemoptysis. No focal weakness. No joint swelling. No syncope, palpitation, no seizure activity. No lymphadenopathy, no skin rash or ulcer noted. No cold intolerance. No recent weight loss or weakness. A 10-point review system reviews inactive.

PHYSICAL EXAMINATION: INR 1.7, sodium 139, potassium 4.3, chloride 102, CO2 25, glucose 150, BUN 26, creatinine 1.3, calcium 8.3, total protein 6.6, albumin 3.1, bilirubin 0.8, alkaline phosphatase 88, AST 19, ALT 41. WBC 13.7, hemoglobin 12.2, hematocrit 36.9, platelet count is 242.

ASSESSMENT AND PLAN: This is a 69-year-old male with prior history of GI bleeds, atrial fibrillation with:
1. Acute lower GI bleeding. This might be related to his newly started anticoagulation with new medicine Xarelto. This medicine currently has no anti dose at this point. Will close monitoring. Repeat CBC in a few hours. White blood cell transfusions. Will obtain GI consultation with Dr Ko. Currently, patient is hemodynamically stable.
2. Abdominal pain. We will obtain a CT of the abdomen and pelvis for further evaluation. Also, check serum lipase, amylase rule out pancreatitis. The patient does have prior history of pancreatitis.
3. Hypertension. We will hold his blood pressure medication at this point given his GI bleed with potential hypotension.
4. History of atrial fibrillation. We will hold aspirin and Xarelto. Continue tele monitoring.
5. The patient is full code.
6. The patient has been in the hospital for 3-4 days, possible discharge home, February 24th.

Electronically signed by Daisy D Maron, MD on 02/29/2012 at 16:55 PM

D:02/20/2012 22:35:46; T:02/20/2012 23:03:49; MT NTS; Conf # 460523; Dict ID 965484ES

| | | |
|---|---|---|
| Eden Medical Center<br>20103 Lake Chabot Road<br>Castro Valley, CA 94546 | Name: BOMARK-NOEL, KJELL C<br>MR#: 712257    4404 B<br>DOB: 05/13/1942 | Page 2 of 2 |
| **HISTORY AND PHYSICAL** | PHYSICIAN: Daisy D Maron MD | |

Discharge Date: 02/24/2012

Date of Consultation: 02/21/2012

REFERRING PHYSICIAN: Daisy Maron, MD.

REASON FOR CONSULTATION: I was kindly asked to see this patient for rectal bleeding.

HISTORY OF PRESENT ILLNESS: This is a 69-year-old white male who presented to Eden Hospital for rectal bleeding x1 started yesterday. Prior to the bleeding he has some abdominal discomfort and nausea. At the ED he had one more large rectal bleeding; therefore, was admitted. His vitals remained stable, initial hemoglobin was 12.2. Since admission, there was no further bleeding. He continued to have some abdominal discomfort. He denied nausea, vomiting, heartburn, dysphagia, diarrhea, constipation, chest pain or shortness of breath. He lost his wife last year and has lost some weight due to poor appetite.

REVIEW OF SYSTEMS: Otherwise unremarkable. He carries an extensive GI bleed history in the past. He had massive GI bleed in 2009. Initially the cause of the bleeding was unclear despite extensive workup including gastroscopy, colonoscopy, push enteroscopy and RBC scan. He then received an exploratory laparotomy still without clear source of bleeding. After 2 angiograms, the bleeding was found to be from inferior pancreatic duodenal artery. He was again admitted in January 2011 for upper GI bleed. At that time gastroscopy revealed hiatal hernia, minimal esophagitis and a minimal duodenitis. There was no further bleeding since 01/2011 until now. He apparently has some chronic recurrent abdominal pain and nausea, vomiting. He was admitted in mid 2011 for abdominal pain with unremarkable workup.

PAST MEDICAL HISTORY: Besides GI bleed, chronic recurrent abdominal pain, also noted for history of pancreatitis in 11/2010 without clear cause, history of CVA, hypertension, sleep apnea, migraine headache, history of squamous cell carcinoma of the head and also history of left leg DVT.

MEDICATIONS PRIOR TO ADMISSION: Noted for:
Atenolol.
Zocor.
Multaq.
Also recently started on new anticoagulant Xarelto.

ALLERGIES: SULFA, BACTRIM, MSG AND PAPRIKA.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE: This is a middle-aged white male lying on bed in no acute distress.
VITAL SIGNS: Blood pressure 110/65, pulse 58, respiratory rate 18, temperature 96.8, O2 saturation 98% on 2 liters.
HEENT: Sclerae is nonicteric. Oropharynx was clear and dry.

| Eden Medical Center | Name: BOMARK-NOEL, KJELL C | |
|---|---|---|
| 20103 Lake Chabot Road | MR#: 712257    4404 B | Page 1 of 2 |
| Castro Valley, CA 94546 | DOB: 05/13/1942 | |
| CONSULTATION | PHYSICIAN: Wei Fang Ko MD | |

Discharge Date: 02/24/2012

Date of Consultation: 02/21/2012

REFERRING PHYSICIAN: Daisy Maron, MD.

REASON FOR CONSULTATION: I was kindly asked to see this patient for rectal bleeding.

HISTORY OF PRESENT ILLNESS: This is a 69-year-old white male who presented to Eden Hospital for rectal bleeding x1 started yesterday. Prior to the bleeding he has some abdominal discomfort and nausea. At the ED he had one more large rectal bleeding; therefore, was admitted. His vitals remained stable, initial hemoglobin was 12.2. Since admission, there was no further bleeding. He continued to have some abdominal discomfort. He denied nausea, vomiting, heartburn, dysphagia, diarrhea, constipation, chest pain or shortness of breath. He lost his wife last year and has lost some weight due to poor appetite.

REVIEW OF SYSTEMS: Otherwise unremarkable. He carries an extensive GI bleed history in the past. He had massive GI bleed in 2009. Initially the cause of the bleeding was unclear despite extensive workup including gastroscopy, colonoscopy, push enteroscopy and RBC scan. He then received an exploratory laparotomy still without clear source of bleeding. After 2 angiograms, the bleeding was found to be from inferior pancreatic duodenal artery. He was again admitted in January 2011 for upper GI bleed. At that time gastroscopy revealed hiatal hernia, minimal esophagitis and a minimal duodenitis. There was no further bleeding since 01/2011 until now. He apparently has some chronic recurrent abdominal pain and nausea, vomiting. He was admitted in mid 2011 for abdominal pain with unremarkable workup.

PAST MEDICAL HISTORY: Besides GI bleed, chronic recurrent abdominal pain, also noted for history of pancreatitis in 11/2010 without clear cause, history of CVA, hypertension, sleep apnea, migraine headache, history of squamous cell carcinoma of the head and also history of left leg DVT.

MEDICATIONS PRIOR TO ADMISSION: Noted for:
Atenolol.
Zocor.
Multaq.
Also recently started on new anticoagulant Xarelto.

ALLERGIES: SULFA, BACTRIM, MSG AND PAPRIKA.

PHYSICAL EXAMINATION:
GENERAL APPEARANCE: This is a middle-aged white male lying on bed in no acute distress.
VITAL SIGNS: Blood pressure 110/65, pulse 58, respiratory rate 18, temperature 96.8, O2 saturation 98% on 2 liters.
HEENT: Sclerae is nonicteric. Oropharynx was clear and dry.

| Eden Medical Center | Name: BOMARK-NOEL, KJELL C | |
|---|---|---|
| 20103 Lake Chabot Road | MR#: 712257    4404 B | Page 1 of 2 |
| Castro Valley, CA 94546 | DOB: 05/13/1942 | |

| CONSULTATION | PHYSICIAN: Wei Fang Ko MD |
|---|---|