UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>*LAURA SMITH*<br><br>    Plaintiff,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Civil Action No.: 2:16-cv-02010 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41, that the claim of Plaintiff LAURA SMITH is dismissed with prejudice against all defendants, each party to bear its own fees and costs. Plaintiff was initially

filed with the Joint Complaint captioned *Abenila et al. v. Janssen Research & Development LLC et al. (2:16-cv-1233)*. The claims of the other plaintiffs in the joint complaint are not impacted by the dismissal of the claim asserted by LAURA SMITH.

**CUTTER LAW, P.C.**
By: */s/C. Brooks Cutter*
C. Brooks Cutter
CUTTER LAW, P.C.
401 Watt Ave. Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 588-9330 E-mail: bcutter@cutterlaw.com

*Attorney for Plaintiff Laura Smith*

Dated: September 19, 2016

**DRINKER BIDDLE & REATH LLP**
By: */s/Susan Sharko (with consent)*
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson and Johnson

Dated: September 19, 2016

**KAYE SCHOLER LLP**
By: */s/Andrew K. Solow (with consent)*
Andrew K. Solow
Steven Glickstein
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@kayescholer.com
steven.glickstein@kayescholer.com

Attorneys for Defendants :Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: September 19, 2016

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: */s/James B. Irwin (with consent)*
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: September 19, 2016

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of September, 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of record of such filing.

                                                                             /s/ C. Brooks Cutter
                                                                             C. Brooks Cutter