**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION: L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Laura Smith v. Janssen Research & Development LLC, et al*, 2:16-cv-02010

### CERTIFICATION OF STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Cutter Law, P.C. ("Moving Counsel") pursuant to Pretrial Order No. 24A and hereby submits this Certification of their Stipulation for Dismissal with Prejudice stating as follows:

1. Pursuant to Pretrial Order No. 24A, Moving Counsel contacted Defendants' Lead and Liaison Counsel via email on September 8, 2016 to request their position with regard to filing Stipulation for Dismissal. On September 8, 2016 Moving Counsel emailed the proposed stipulation to Defense Counsel.

2. On September 19, 2016, Moving Counsel received consent for Stipulation of Dismissal with Prejudice.

3. Moving Counsel has complied with the filing provisions in Pretrial Order No. 11B, as this case was filed as part of Joint Complaint *Abenila v. Janssen Research & Development LLC* on February 2, 2016, less than nine (9) months ago, and therefore requires no additional filing fee.

Dated: September 19, 2016                         Respectfully Submitted,

                                                               **CUTTER LAW, P.C.**

/s/ C. Brooks Cutter
C. Brooks Cutter
401 Watt Ave.
Sacramento, CA 95864
Telephone: (916) 290-9400
Fax: (916) 588-9330
*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2016, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ C. Brooks Cutter
C. Brooks Cutter