UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**ERICK WILLIAMS**
Civil Case No.: 2:16-cv-01469

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

COMES NOW Plaintiff Erick Williams identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 4139) and by and through undersigned counsel submits this response to the Court's Order to Show Cause and shows as follows:

1.    Plaintiff Erick Williams contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2.    The Complaint in this matter was filed on February 16, 2016.

3.    After many attempts, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet from Mr. Williams.

4.    From the outset, undersigned counsel has advised Mr. Williams regarding the need to serve a completed Plaintiff Fact Sheet in accordance with CMO 1 and PTO 13.

5.    Despite this, undersigned counsel has been unable to serve such completed Plaintiff Fact Sheet to date for the reasons stated herein.

6.      Undersigned counsel has been diligent in reaching out to Mr. Williams to underscore that his claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served in accordance with CMO 1 and PTO 13.

7.      During the most recent communication with Mr. Williams, undersigned counsel was advised that he has retained other counsel and that he believed a duplicate lawsuit was filed by the same counsel.

8.      Mr. Williams, however, was unable to provide the name of this counsel or confirmation that a duplicate lawsuit was filed.

9.      Since the last communication, undersigned counsel has been unable to receive responsive communication from Mr. Williams—whether regarding a duplicate lawsuit or his outstanding Plaintiff Fact Sheet obligation.

10.     In light of these facts, undersigned counsel is without any knowledge of what circumstances exist—such as a serious health issue—that may understandingly preclude Mr. Williams from responding to undersigned counsel or completing the Plaintiff Fact Sheet, itself.

11.     Further, undersigned counsel cannot confirm whether a duplicate lawsuit was indeed filed, much less the identity of his alternative counsel.

12.     Given these circumstances, undersigned counsel believes that good faith has been shown that this case should not be dismissed without prejudice.  To do otherwise at this time and with such little information would be unfair should it come to light either that a reasonable circumstance did prevent Mr. Williams from being responsive or that the instant lawsuit was the only claim filed.

13. In the interest of cooperation, undersigned counsel has reached out to counsel for Janssen and offered to enter into a stipulation to dismiss Mr. Williams' case <u>without prejudice</u> and awaits response.

14. Accordingly, for the reasons stated herein, undersigned counsel respectfully requests this Honorable Court dismiss this claim <u>without prejudice</u> given the inability to obtain sufficient information from Erick Williams and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13.

Dated: September 19, 2016.

                                            Respectfully submitted,

                                            By: /s/ Neil D. Overholtz_____
                                            Florida Bar No.: 0188761
                                            Aylstock, Witkin, Kreis & Overholtz, PLLC
                                            17 East Main Street, Suite 200
                                            Pensacola, FL 32502-5998
                                            Telephone: (850) 202-1010
                                            Fax: (850) 916-7449
                                            Noverholtz@awkolaw.com

**ATTORNEYS FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of September 2016, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to all parties of record. This document was also served on the above referenced plaintiff by U.S. Postal Service at their last known address.

                                                         /s/ Neil D. Overholtz