**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)      **MDL No. 2592**
PRODUCTS LIABILITY LITIGATION     **SECTION: L**
                                     **JUDGE ELDON E. FALLON**
                                     **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*Julia Abenila v. Janssen Research & Development LLC, et al.*, 2:16-cv-01233

**<u>PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE</u>**

     COMES NOW Plaintiff Julia Abenila, who through her undersigned counsel, submits her response to the Order to Show Cause issued by the Court, and states the following:

     1.     Plaintiff Abenila's complaint was filed into the MDL through a Joint Complaint on February 11, 2016.

     2.     Prior to filing, on February 4, 2016, Plaintiff indicated a willingness to proceed and complete the required Plaintiff Fact Sheet.

     3.     After the complaint was filed, Plaintiff communicated to Counsel her wish to withdraw from any further participation.

     4.     Plaintiff then sent Counsel a letter confirming her desire to no longer be a part of the proceedings or the subject matter of the lawsuit.

     5.     Counsel's repeated attempts to contact Plaintiff regarding Defendant's Motion to Show Cause have been unsuccessful.

     6.     The Court then issued the Order to Show Cause, whereas Counsel has not been able to communicate with Plaintiff prior to the hearing date.

FOR THESE REASONS, undersigned counsel has no basis with which to oppose a Motion to Dismiss at this time.


Dated: September 19, 2016                    Respectfully Submitted,

                                             **CUTTER LAW, P.C.**

                                             /s/ C. Brooks Cutter
                                             C. Brooks Cutter
                                             401 Watt Ave.
                                             Sacramento, CA 95864
                                             Telephone: (916) 290-9400
                                             Fax: (916) 588-9330
                                             *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2016, I electronically filed the foregoing

documents with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to all attorneys of record.

/s/ C. Brooks Cutter__
C. Brooks Cutter