**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :        **MDL No. 2592**
                                :
                                :        **SECTION L**
                                :
                                :        **JUDGE ELDON E. FALLON**
                                :
                                :        **MAGISTRATE JUDGE NORTH**
_____ :

**THIS DOCUMENT RELATES TO:**

*Kinnitt v. Janessen Research & Development LLC, et al; LAED USDC No. 2:16-cv-13789*

## OPPOSED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiff in the above-listed action, through his undersigned Counsel, respectfully requests that this Court grant her Opposed Motion for Extension of Time Within Which to Serve Process and issue an Order allowing him an additional thirty (30) days from the date the Order is entered in which to effect service on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals, Inc., through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10. Plaintiff's Complaint and Summons were filed on August 12, 2016. Pursuant to Pre-Trial Order 10B, due to the large number of recently filed Complaints into this MDL, the Clerk's Entry of Summons has been delayed in recently filed cases. Pre-Trial Order 10B also extends the deadline in which to serve the Defendants to ninety (90) days from the docketing of the Complaint in the MDL. To date, a summons has not been issued in this matter. Counsel has taken measures to ensure all orders of this Court are complied with from here forward and respectfully requests this Court extend the time within which to serve the Defendants and allow service to be affected in accordance with the methodology outlined in PTO #10.

Respectfully submitted,

/s/ E. Ryan Bradley

By:  **E. Ryan Bradley, #53777**
Attorney for Plaintiff
The Bradley Law Firm
1424 Washington Avenue, Ste. 300
(314) 721-9111 (phone)
(314) 255-2768 (fax)
Ryan@stllawhelp.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on September 20, 2016.

/s/ E. Ryan Bradley