UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:     **JURY TRIAL DEMANDED**

*Etoyia Barkley v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-05063**

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Etoyia Barkley. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Minnie Barkley-Tookes, the mother of Etoyia Barkley.

Dated: September 20, 2016

    Respectfully Submitted,

    BARTIMUS, FRICKLETON and ROBERTSON, P.C.

    By: */s/ Michelle Marvel*
    Michelle Marvel    MO # 59815   KS #23511
    11150 Overbrook Road, Suite 250
    Leawood, KS 66211
    (913) 266-2300
    (913) 266-2366 Facsimile
    mmarvel@bflawfirm.com

1

GOZA & HONNOLD, L.L.C

By: */s/ Bradley D. Honnold*
Kirk J. Goza            MO # 32475
Bradley D. Honnold    MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

____/s/ *Michelle Marvel* _____

2