UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | **JURY TRIAL DEMANDED** |

*Etoyia Barkley v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-05063**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Minnie Barkley-Tookes, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Minnie Barkley-Tookes on behalf of her deceased daughter, Etoyia Barkley.

1. Etoyia Barkley filed a products liability lawsuit against the defendants on May 11, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Etoyia Barkley died on July 18, 2016.

3. Etoyia Barkley's products liability action against defendants survived her death and was not extinguished.

4. Minnie Barkley-Tookes, surviving mother of Etoyia Barkley, deceased, is a proper party to substitute for plaintiff-decedent Etoyia Barkley and will proceed forward with the surviving products liability claim on her behalf.

1

Based on the foregoing, Minnie Barkley-Tookes requests that this Court grant her request for substitution as plaintiff in this action.

Dated: September 20, 2016

        Respectfully Submitted,

        BARTIMUS, FRICKLETON and ROBERTSON, P.C.

        By: /s/ Michelle Marvel
        Michelle Marvel    MO # 59815   KS #23511
        11150 Overbrook Road, Suite 250
        Leawood, KS 66211
        (913) 266-2300
        (913) 266-2366 Facsimile
        mmarvel@bflawfirm.com

        GOZA & HONNOLD, L.L.C

        By: /s/ Bradley D. Honnold
        Kirk J. Goza      MO # 32475
        Bradley D. Honnold   MO # 39818
        11181 Overbrook Road, Suite 200
        Leawood, KS 66211
        (913) 451-3433 Telephone
        kgoza@gohonlaw.com
        bhonnold@gohonlaw.com

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

___/s/ *Michelle Marvel* _____