UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO : | **JURY TRIAL DEMANDED** |

*Etoyia Barkley v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-05063**

**ORDER ON MOTION TO SUBSTITUTE PARTY**

THIS CAUSE, having come before this Honorable Court on Minnie Barkley-Tookes' Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED

2. Minnie Barkley-Tookes, as surviving mother of Etoyia Barkley, is substituted as Plaintiff in this action.

Dated: _____        _____
                                                                  JUDGE ELDON E. FALLON

Cc: All counsel of record