## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| _____ | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

*John Conlon v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-07984**

### MOTION TO SUBSTITUTE PARTY PLAINTIFF

Keith Conlon, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Keith Conlon on behalf of his deceased father, John Conlon.

1.      John Conlon filed a products liability lawsuit against the defendants on May 11, 2016.

2.      Subsequently, after filing the lawsuit, plaintiff's counsel was notified that John Conlon died on March 17, 2016.

3.      John Conlon's products liability action against defendants survived his death and was not extinguished.

4.      Keith Conlon, son of John Conlon, is a proper party to substitute for plaintiff-decedent John Conlon and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Keith Conlon requests that this Court grant his request for substitution as plaintiff in this action.

Dated: September 20, 2016

Respectfully Submitted,

BARTIMUS, FRICKLETON and ROBERTSON, P.C.

By: /s/ Michelle Marvel
Michelle Marvel       MO # 59815   KS #23511
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 266-2300
(913) 266-2366 Facsimile
mmarvel@bflawfirm.com

GOZA & HONNOLD, L.L.C

By: /s/ Bradley D. Honnold
Kirk J. Goza          MO # 32475
Bradley D. Honnold    MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

___/s/ Michelle Marvel

2