UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO  : | **JURY TRIAL DEMANDED** |
| JOHN CONLON : | |
| Case #: 2:16-CV-09974 | |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Keith Conlon's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1. Motion is GRANTED.

2. KEITH CONLON, as surviving son of John Conlon, deceased, is substituted as Plaintiff in this action.

Dated: _____            _____

                                                                JUDGE ELDON E. FALLON

Cc: All counsel of record