MINUTE ENTRY
FALLON, J.
SEPTEMBER 20, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: SEE ATTACHED LIST (exhibits A & A1) | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:  Sindhu Daniel, Esq. and Leonard Davis, Esq. for Plaintiffs
              Shannon Miller, Esq. for Defendants

RULE TO SHOW CAUSE:

1. Court's Rule to Show Cause why the Plaintiffs Listed on the Attached Exhibit A, should not be Dismissed With Prejudice, for failure to prove Xarelto use  (4138)

2. Court's Rule to Show Cause why the Plaintiffs Listed on the Attached Exhibit A, (A-1) should not be Dismissed With Prejudice, for failure to serve a PFS in accordance with the time set forth in CMO No. 1   (4139)

After hearing from the parties regarding the above matters and consistent with the Court's rulings regarding said matters, the Court concluded that Plaintiffs' counsel are to submit to the Court documents which will clarify the matters discussed.


JS10:    :22