**Exhibit A-1**
**(Failure to Submit Plaintiff Fact Sheet)**

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|-----|-------------------------------|---------------------|------------|
| 1. | Abenila, Julia | Cutter Law, P.C. | 2:16-cv-01233 |
| 2. | Allen, John | Fears Nachawati, PLLC | 2:16-cv-01771 |
| 3. | Allen, Robert (OK) | The Lanier Law Firm | 2:16-cv-00189 |
| 4. | Bing, Shirley Sue | Aylstock, Witkin, Kreis & Overholtz PLLC | 2:16-cv-01123 |
| 5. | Bucco, Frances | Simmons Hanly Conroy | 2:16-cv-00576 |
| 6. | Caldwell, Dale | Bernstein Liebhard LLP | 2:15-cv-06957 |
| 7. | Chellew, Margie | Fears Nachawati, PLLC | 2:16-cv-02733 |
| 8. | Clark, Frank | Fears Nachawati, PLLC | 2:16-cv-03002 |
| 9. | Cloyd, Patricia | Fears Nachawati, PLLC | 2:16-cv-03003 |
| 10. | Copes, Isabella | The Bradley Law Firm | 2:15-cv-06201 |
| 11. | Costa, Barry | Simmons Hanly Conroy | 2:16-cv-00580 |
| 12. | Crowder, James | Grant & Eisenhofer P.A. | 2:16-cv-01136 |
| 13. | Faria, Antonio | Simmons Hanly Conroy | 2:16-cv-00592 |
| 14. | Gilmore, Elka | Wormington & Bollinger | 2:16-cv-00136 |
| 15. | Halford, Eleanor | Bernstein Liebhard LLP | 2:15-cv-06156 |
| 16. | Howard, Clifford | Pro Se – Clifford Howard | 2:16-cv-00485 |
| 17. | Jones, Leslie K. | Aylstock, Witkin, Kreis & Overholtz PLLC | 2:16-cv-01466 |
| 18. | Kaleta, Richard | Simmons Hanly Conroy | 2:16-cv-00605 |
| 19. | Kelly, Mary Jane | Simmons Hanly Conroy | 2:16-cv-00608 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|-----|-------------------------------|---------------------|------------|
| 20. | Mabon, Maie | Grant & Eisenhofer P.A. | 2:15-cv-06263 |
| 21. | Moore, Oscar | Grant & Eisenhofer P.A. | 2:16-cv-01213 |
| 22. | Mullens, Angela | Wormington & Bollinger | 2:16-cv-00140 |
| 23. | Payne, Bonita | The Lanier Law Firm | 2:16-cv-00091 |
| 24. | Perez, Alma | Fears Nachawati, PLLC | 2:16-cv-03007 |
| 25. | Pope, Mary | Bernstein Liebhard LLP | 2:16-cv-00463 |
| 26. | Pozo, April | Fears Nachawati, PLLC | 2:15-cv-03008 |
| 27. | Rincon, Mario | Fears Nachawati, PLLC | 2:16-cv-03010 |
| 28. | Rippley, Gina | Stark & Stark | 2:16-cv-01402 |
| 29. | Robertson, Linda | Simmons Hanly Conroy | 2:16-cv-00627 |
| 30. | Robinson, Louise | Simmons Hanly Conroy | 2:16-cv-00628 |
| 31. | Singleton, Robert | Burke Harvey, LLC | 2:16-cv-00393 |
| 32. | Slark, Pamela | Simmons Hanly Conroy | 2:16-cv-00634 |
| 33. | Smith, Laura | Cutter Law, P.C. | 2:16-cv-02010 |
| 34. | Smith, Ruby | The Lanier Law Firm | 2:16-cv-00053 |
| 35. | Stayton, Dairrel | Fears Nachawati, PLLC | 2:16-cv-02989 |
| 36. | Summers, William | Fears Nachawati, PLLC | 2:16-cv-02991 |
| 37. | Terbeek, Russell | Fears Nachawati, PLLC | 2:16-cv-02995 |
| 38. | Usher, Roberta | The Bradley Law Firm | 2:16-cv-00809 |
| 39. | Valenta, Virginia | Bernstein Liebhard LLP | 2:16-cv-02350 |
| 40. | Verner, Tamisha | Aylstock, Witkin, Kreis & Overholtz PLLC | 2:16-cv-01468 |
| 41. | Washington, Lena | Simmons Hanly Conroy | 2:16-cv-00647 |

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 42. | Webster, Daniel | Bernstein Liebhard LLP | 2:16-cv-01090 |
| 43. | Williams, Ericka S. | Aylstock, Witkin, Kreis & Overholtz PLLC | 2:16-cv-01469 |
| 44. | Williams, Ozella | Grant & Eisenhofer P.A. | 2:16-cv-01139 |