# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Fink v. Janssen Research & Development, LLC, et al; Civil Case No. 2:16-cv-12301*

### MOTION TO WITHDRAW PLAINTIFFS MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

Plaintiff in the above-entitled action, through her undersigned Counsel, respectfully requests that this Court withdraw her previously filed Motion for Extension of Time Within Which To Serve Process, Document Number 4125, filed on September 13, 2016. On September 14, 2016, Plaintiff's counsel received the Summons issued by the Court. Accordingly the need for additional time to serve process is no longer required.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court to withdraw Plaintiff's Motion for Extension of Time Within Which To Serve Process, Document Number 4125, which was filed on September 13, 2016.

Dated: September 20, 2016	Respectfully submitted,

/s/ Deborah S. Kerr
Deborah S. Kerr
GOLDBERG & OSBORNE
915 W. Camelback Road
Phoenix, AZ 85013
Telephone: (602) 808-6750
Facsimile: (602) 808-6799
E-mail: dkerr@goldbergandosborne.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2016, the foregoing document was filed utilizing the Court's ECF system and that a copy of this notice was then served via this Court's ECF system for electronic distribution to all counsel and parties of record.

                                        /s/ Deborah S. Kerr
                                        Deborah S. Kerr