# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Fink v. Janssen Research & Development, LLC, et al; Civil Case No. 2:16-cv-12301*

## ORDER

In consideration of the foregoing Motion to Withdraw Plaintiff's Motion for Extension of Time Within Which to Serve Process:

IT IS HEREBY ORDERED that Plaintiffs Motion to Withdraw Plaintiff's Motion for Extension of Time Within Which to Serve Process, Document Number 4125, is hereby GRANTED.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon