UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION  ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**
*Ethel Williams v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:16-cv-02580*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Loretta Sherry Williams, as surviving daughter of Ethel Williams, is substituted for Plaintiff Ethel Williams in the above captioned cause.

New Orleans, Louisiana this 20th day of September, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge