UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**
*Bessie Dyer v. Janssen Research & Development LLC, et al.*
*Civil Action No. 2:16-cv-02601*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Gary Tate, on behalf of the Estate of Bessie Dyer, is substituted for Plaintiff Bessie Dyer in the above captioned cause.

New Orleans, Louisiana this 20th day of September, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge