UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592 <br><br> JUDGE FALLON |
| THIS DOCUMENT RELATES TO: *Gore v. Janssen Research & Development, LLC, et. al.* Case No. | | |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), your undersigned, who represents Plaintiff William Gore, notes the death during the pendency of this action of Plaintiff William Gore.

Dated: September 20, 2016

By:   /s/ Daniel Klein
       Daniel Klein
       Kurasch & Klein, Ltd.
       100 North LaSalle Street, Suite 2005
       Chicago, Illinois 60602
       (312) 372-7250 telephone
       (312) 372-7254 facsimile
       Email: dklein@chicagopilaw.com
      *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                  /s/ Daniel Klein
                                                  Daniel Klein