UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### ORDER REGARDING SERVICE OF COMPLAINTS

Upon agreement of the parties, and in light of delays in the office of the Clerk of the Court in issuing summonses due to the filing of bundled complaints (which was permitted until May 20, 2016), it is hereby ORDERED that:

1. For complaints filed on or before December 31, 2016, the time periods provided for service of the summons and complaint in Rule 4(m) of the Federal Rules of Civil Procedure (90 days applicable to all U.S. defendants under the normal rules for service) and Paragraph II.C. of Pretrial Order No. 10 (60 days applicable to Bayer Pharma AG and Bayer HealthCare Pharmaceuticals Inc. if streamlined service is desired), shall be extended so as to run from the issuance of the summons by the Clerk of the Court rather than from the filing of the complaint.

2. The parties shall inform the Court at the December 2016 status conference whether the backlog in the issuance of summonses is continuing and whether it is necessary to provide an extension of time to effectuate service for complaints filed on or after January 1, 2017. The parties should meet and confer prior to the December 2016 status conference and attempt to reach a joint recommendation. If the parties do not agree on a joint recommendation, the Court will address the matter further at the December 2016 status conference.

NEW ORLEANS, LOUISIANA, this 20th day of September, 2016

_____
United States District Judge