UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  XARELTO (RIVAROXABAN)    *    14-MD-2592
PRODUCTS LIABILITY LITIGATION    *
                                 *    Section L
                                 *
Relates to:  All Cases           *    September 20, 2016
                                 *
                                 *
* * * * * * * * * * * * * * * *
```

STATUS CONFERENCE BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Appearances:

For the Plaintiffs:      Gainsburgh Benjamin David Meunier
                            & Warshauer, LLC
                         BY:  GERALD E. MEUNIER, ESQ.
                         1100 Poydras Street, Suite 2800
                         New Orleans, Louisiana 70173


For the Defendants:      Irwin Fritchie Urquhart
                            & Moore, LLC
                         BY:  JAMES B. IRWIN, ESQ.
                         400 Poydras Street, Suite 2700
                         New Orleans, Louisiana 70130


Official Court Reporter: Toni Doyle Tusa, CCR, FCRR
                         500 Poydras Street, Room B-275
                         New Orleans, Louisiana 70130
                         (504) 589-7778



Proceedings recorded by mechanical stenography using
computer-aided transcription software.

**PROCEEDINGS**

**(September 20, 2016)**

**THE COURT:** Be seated, please.  Good morning, ladies and gentlemen.

Call the case.

**THE DEPUTY CLERK:** MDL 2592, *In re Xarelto Products Liability Litigation*.

**THE COURT:** Counsel make their appearance for the record, please.

**MR. MEUNIER:** Jerry Meunier, co-liaison counsel for plaintiffs.

**MR. IRWIN:** Jim Irwin for defendants.  Good morning, Your Honor.

**THE COURT:** Good morning.  We are here today for our monthly status report.  I have several motions in addition to the status report, but we will take the status report first.  Let me hear from the parties.

**MR. MEUNIER:** May it please the Court.  Jerry Meunier for plaintiffs.  The joint report, Your Honor, lists the pretrial orders that have been entered in the case.  None has been entered since the last conference.

In regard to case management orders, we understand the Court will soon be entering CMO 2A, which is submitted as to the adjustment of trial dates for the bellwether trials next year.

09:19

1       **THE COURT:**  Yes.  We have several bellwether trials
2  set already.  We have two in New Orleans, one in Mississippi,
3  and one will be set in Texas.  We have had to move them back a
4  bit because of the circumstances, but we are hopefully on
5  schedule.
6       **MR. MEUNIER:**  Section 4 of the joint report
7  reiterates the information on counsel contact information
8  forms, Judge.  We put that in every report because Mr. Davis
9  and I consider it extremely helpful and important in the case
10 that counsel continue to submit those forms so that we have
11 current information on counsel.
12          On plaintiff fact sheets, which is in Section 5,
13 we understand that Mr. Woody will not be present today to make
14 a report.  He has submitted to counsel the information on
15 plaintiff fact sheets.  I will just give those numbers for the
16 record.
17          As of September 19, 2016, a total of 12,010
18 plaintiff fact sheets have been submitted.  1,371 fact sheets
19 are in progress.  The total registered plaintiff count is
20 13,381; 13,381 total registered plaintiffs in the MDL.
21      **THE COURT:**  The fact sheets play an important role in
22 the litigation.  This type of case is so vast that instead of
23 having interrogatories sent to the parties and the time that it
24 takes for interrogatories, the Court gets both sides to prepare
25 a fact sheet containing information that each side needs and

09:20

1  feels is important to at least preliminarily deal with the
2  issues in the case.
3          So the fact sheets go out, and I give the
4  parties an opportunity to answer the fact sheets.  That is a
5  way of getting early discovery so that depositions can proceed
6  timely.  The fact sheets are very important, and they call for
7  the plaintiffs and the defendants to submit certain
8  information.
9          From the standpoint of the plaintiffs, they have
10 a period of time to get the information.  If they cannot get
11 the information, there's also an opportunity for the liaison
12 counsel to get involved, assist, and do what they can to help
13 them get information.  If they still can't get information,
14 then I have to get involved in it and provide for dismissal of
15 the case if the information is not forthcoming.
16         I don't do that in a willy-nilly matter.  I give
17 everybody an opportunity to get the information.  If you can't
18 get the information or won't get the information or are not
19 interested in getting the information, then you need to be in
20 another lawsuit and not in this one.  That's important for
21 everybody to know.
22         We have presently in this Court about 13,000
23 individual cases.  I have at least 500 lawyers that are
24 handling this case.  It just needs to be handled in some
25 efficient, effective way to get through this type of

09:22    1  litigation.  If not, it goes on interminably, and we will be
         2  here for 20 or 30 or 40 years dealing with this.  It's
         3  important for everybody to try to cooperate and get this
         4  information.
         5           **MR. MEUNIER:**  Your Honor, we mentioned in the same
         6  section on plaintiff fact sheets the system we have in place
         7  with defendants on those fact sheets which are either deficient
         8  or which are not timely provided.  Following this conference,
         9  in fact, there will be further discussion and some motions to
        10  be addressed by the Court on those matters.
        11               It is a successful protocol.  We think it's
        12  working to help narrow it down before we bring to Your Honor's
        13  attention those issues that involve plaintiffs with fact sheet
        14  difficulties.
        15               Nothing new on defendant fact sheets or bundling
        16  or the preservation order or the order governing interaction
        17  with physicians.
        18               Section 10 deals with discovery as between the
        19  parties.  There are deadlines approaching for the completion of
        20  general discovery.  Counsel are working hard and diligently to
        21  get those depositions taken and that discovery completed.
        22               The biweekly discovery conferences that we have
        23  on the calendar with Your Honor are proving to be extremely
        24  helpful to expedite the handling of issues and not delay
        25  resolution based on motion practice.

09:24

1          **THE COURT:** Let me speak on that.  As everybody knows
2    on the phone as well as in the courtroom, I have monthly
3    meetings that everybody is invited to.  I notice them on my
4    website so that there's no secret.  Everybody knows the time
5    and the place for the meeting.  If they can't make the meeting
6    in person, they have an opportunity to call in.  I have
7    hundreds of people on the phone generally, just as I do today,
8    listening to the presentation at the monthly meetings.
9    Oftentimes those monthly meetings are transcribed; and if they
10   are transcribed, I put that on the website.
11              In addition, the discovery is fast going on.  We
12   have bellwether trials set for early next year, and the parties
13   are vigorously pursuing discovery.  They present to me material
14   that they have some objection to.  I review the material and
15   make a decision on it.
16              In addition, every two weeks I have a date that
17   I consult with the parties if they have any discovery issues.
18   This hopefully moves matters along, but it also depends on
19   cooperation from the people who may not be on the committees to
20   supply the information necessary.
21        **MR. MEUNIER:**  Your Honor, in Section 11 we do address
22   the pending discovery issued to third parties.  With respect to
23   the Duke Clinical Research Institute (DCRI), we have had a
24   further recent production of documents which have been shared
25   with the defendants.  That matter is proceeding efficiently.

09:25       1              With respect to the requested discovery from
            2    Pharmaceutical Research and Manufacturers of America (PhRMA),
            3    Your Honor issued a minute entry in July (Rec. Doc. 3730) which
            4    directed us to confer with counsel for that entity and come up
            5    with appropriate search terms to narrow the scope of what we
            6    were requesting by subpoena.  Search terms have now been agreed
            7    upon.  There is going to be a discussion soon that will address
            8    the appropriate timetable to complete that production now that
            9    the search terms are decided.
           10              Then with respect to Portola Pharmaceuticals,
           11    Judge, we discussed this with you in chambers.  We have heard
           12    from counsel for that entity.  We have followed the Court's
           13    directive from your order (Rec. Doc. 3796) to have further
           14    meet-and-confer discussions on the issue specifically of how to
           15    handle "Attorneys' Eyes Only" (AEO) documents that are
           16    designated in the production by Portola and who should have
           17    access to those documents.  The timetable for that was
           18    addressed with the Court.  It's helpful that you have offered
           19    us a solution going forward.
           20         **THE COURT:**  I talked to Portola's attorney today in
           21    the presence of counsel for both sides of this litigation.
           22    What I instructed the Portola attorney to do is to begin
           23    sending the information immediately, with the understanding
           24    that each side will receive the information, but it will be
           25    received for the attorneys' eyes only.

09:27     1              Now, all of us know that it's going to be
          2   necessary for outside experts to look at it and maybe even
          3   inside experts to look at it, but the first step is to get the
          4   material.  The material will be forthcoming hopefully by the
          5   end of the week or the end of next week.  The attorneys then
          6   will go into the next step and file a motion for outside
          7   experts or inside experts or whoever else they want to look at
          8   the case.  I will take a look at their motions, and I will make
          9   a decision on that.  I want to make sure that Portola gives the
         10   information so that we can get it out of their possession into
         11   the possession of the parties.  That's what we are going to do,
         12   a step-by-step process.
         13              **MR. MEUNIER:**  Thank you, Judge.  Section 12 of the
         14   record addresses state/federal coordination.  Our state/federal
         15   liaison in the MDL, Ms. Barrios, is here to make a report.
         16              **MS. BARRIOS:**  Thank you, Mr. Meunier.
         17              Good morning, Your Honor.  Dawn Barrios for the
         18   state/federal committee.  I would like to thank the defense,
         19   Weitz & Luxenberg, and also Mr. Weinkowitz for providing me
         20   with the information to put on the chart that I have given your
         21   law clerk and the parties.
         22              There are two items different on this chart.  We
         23   have highlighted the names of the new judges so that you would
         24   know they are new from last time.  If you will notice, there
         25   are a couple of them in California.

09:29   1              California has formed the JCCP, which is their
        2  coordinating proceedings.  Leadership has not been put into
        3  place.  They have had a conference recently.  Judge Freeman has
        4  decided that he would like the parties to coordinate with the
        5  MDL, that they want to use the MDL's protective order, but they
        6  have to make sure that it comports with California law.  He
        7  will probably be appointing a liaison counsel to the MDL.  In
        8  California, the 13 cases that we have listed, not all of them
        9  have yet been transferred over to Judge Freeman.
       10              There is also a different item that I want to
       11  bring to the Court's attention and that is a scratch-out.  That
       12  means that the case is no longer in existence.  If you will
       13  note, in New Jersey the case has been dismissed.  Then again in
       14  South Carolina, that case has been removed to the MDL.
       15              So totally this month, Your Honor, there are
       16  1,193 cases filed.  It's been an increase of 116 since last
       17  status conference.  The current number of Xarelto users in
       18  those cases is 1,564, and that's 58 more than last time.
       19              Your Honor, Mr. Weinkowitz is here, and I think
       20  he will make a presentation on Pennsylvania.
       21         **THE COURT:**  What's the state that's the most --
       22         **MS. BARRIOS:**  Pennsylvania.
       23         **THE COURT:**  Pennsylvania.
       24         **MS. BARRIOS:**  Thank you, Your Honor.
       25         **THE COURT:**  Thank you, Dawn.

09:30

1  **MR. WEINKOWITZ:** Good morning, Your Honor. Not much
2  really to report. We have about --
3  **THE COURT:** Spell your name for the record, please.
4  **MR. WEINKOWITZ:** Mike Weinkowitz,
5  W-E-I-N-K-O-W-I-T-Z. We are close to 1,000 cases in
6  Pennsylvania. We have a status conference with Judge New
7  tomorrow. On the agenda is our bellwether process, which we
8  have been meeting and conferring on for about two weeks. I
9  think we are close. There are some issues that Judge New needs
10 to decide, discovery issues, going into the bellwether program,
11 but I think we will be able to successfully meet.
12 **THE COURT:** Mike, I will be talking to Judge New too,
13 I'm sure. My interest is to be of assistance whenever I can.
14 If I can coordinate matters with him, I will make every effort
15 to coordinate matters. It's going to be really his call as to
16 his schedule, of course, but we will see what we can do to
17 hopefully help both sides as well as the courts coordinate
18 matters.
19 **MR. WEINKOWITZ:** Thank you, Your Honor. One of the
20 case management orders we are going to present to him tomorrow
21 is a coordinated generic expert schedule, which would include
22 depositions, expert reports. We'll see what the judge wants to
23 do on that.
24 **THE COURT:** Well, I know that the defendants will
25 have some input on that, and hopefully we can resolve any

09:32   1  coordination issues that may or may not be present.
        2          **MR. WEINKOWITZ:**  Thank you, Your Honor.
        3          **THE COURT:**  Thank you, Mike, for being here.
        4          **MR. MEUNIER:**  Your Honor, I just may add that the
        5  coordination with Pennsylvania is particularly important when
        6  you look at Ms. Barrios' report.  Of approximately 1,200 state
        7  court cases filed, about 800 or about two-thirds are in
        8  Pennsylvania.
        9          Your Honor, following the conference there will
       10  be some matters and motions presented on the plaintiff fact
       11  sheet deficiency question and requested dismissals of those
       12  cases.  The only other thing to decide in this conference would
       13  be the date of the November conference.
       14          **THE COURT:**  The next meetings will be on October 25
       15  and November 29.
       16          **MR. MEUNIER:**  Both at 9:00 a.m.
       17          **THE COURT:**  Both at 9:00 a.m., right.  So that's
       18  October 25 and November 29.
       19          **MR. MEUNIER:**  Thank you, Judge.  Sindu Daniel will
       20  handle the PSC aspect of the next part.
       21                              * * *
       22
       23
       24
       25

```
 1                        CERTIFICATE
 2           I, Toni Doyle Tusa, CCR, FCRR, Official Court
 3   Reporter for the United States District Court, Eastern District
 4   of Louisiana, certify that the foregoing is a true and correct
 5   transcript, to the best of my ability and understanding, from
 6   the record of proceedings in the above-entitled matter.
 7
 8
 9                               s/ Toni Doyle Tusa
                                 Toni Doyle Tusa, CCR, FCRR
10                               Official Court Reporter
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

MR. IRWIN: [1]  2/11
MR. MEUNIER: [9]  2/9 2/17 3/5 5/4
 6/20 8/12 11/3 11/15 11/18
MR. WEINKOWITZ: [4]  9/25 10/3
 10/18 11/1
MS. BARRIOS: [3]  8/15 9/21 9/23
THE COURT: [16]
THE DEPUTY CLERK: [1]  2/5

**1**

1,000 [1]  10/5
1,193 [1]  9/16
1,200 [1]  11/6
1,371 [1]  3/18
1,564 [1]  9/18
10 [1]  5/18
11 [1]  6/21
1100 [1]  1/15
116 [1]  9/16
12 [1]  8/13
12,010 [1]  3/17
13 [1]  9/8
13,000 [1]  4/22
13,381 [2]  3/20 3/20
14-MD-2592 [1]  1/4
19 [1]  3/17

**2**

20 [3]  1/6 2/2 5/2
2016 [3]  1/6 2/2 3/17
25 [2]  11/14 11/18
2592 [2]  1/4 2/6
2700 [1]  1/19
275 [1]  1/21
2800 [1]  1/15
29 [2]  11/15 11/18
2A [1]  2/23

**3**

30 [1]  5/2
3730 [1]  7/3
3796 [1]  7/13

**4**

40 [1]  5/2
400 [1]  1/19

**5**

500 [2]  1/21 4/23
504 [1]  1/22
58 [1]  9/18
589-7778 [1]  1/22

**7**

70130 [2]  1/19 1/22
70173 [1]  1/16
7778 [1]  1/22

**8**

800 [1]  11/7

**9**

9:00 a.m [2]  11/16 11/17

**A**

a.m [2]  11/16 11/17
ability [1]  12/5
able [1]  10/11
about [5]  4/22 10/2 10/8 11/7 11/7

above [1]  12/6
above-entitled [1]  12/6
access [1]  7/17
add [1]  11/4
addition [3]  2/15 6/11 6/16
address [2]  6/21 7/7
addressed [2]  5/10 7/18
addresses [1]  8/14
adjustment [1]  2/24
AEO [1]  7/15
again [1]  9/13
agenda [1]  10/7
agreed [1]  7/6
aided [1]  1/25
all [3]  1/6 8/1 9/8
along [1]  6/18
already [1]  3/2
also [4]  4/11 6/18 8/19 9/10
America [1]  7/2
another [1]  4/20
answer [1]  4/4
any [2]  6/17 10/25
appearance [1]  2/8
Appearances [1]  1/12
appointing [1]  9/7
approaching [1]  5/19
appropriate [2]  7/5 7/8
approximately [1]  11/6
are [26]
as [10]  2/24 3/17 5/18 6/1 6/2 6/2 6/7
 10/15 10/17 10/17
aspect [1]  11/20
assist [1]  4/12
assistance [1]  10/13
at [10]  4/1 4/23 6/8 8/2 8/3 8/7 8/8 11/6
 11/16 11/17
attention [2]  5/13 9/11
attorney [2]  7/20 7/22
attorneys [1]  8/5
attorneys' [2]  7/15 7/25

**B**

B-275 [1]  1/21
back [1]  3/3
Barrios [2]  8/15 8/17
Barrios' [1]  11/6
based [1]  5/25
be [24]
because [2]  3/4 3/8
been [11]  2/20 2/21 3/18 6/24 7/6 9/2
 9/9 9/13 9/14 9/16 10/8
before [2]  1/9 5/12
begin [1]  7/22
being [1]  11/3
bellwether [5]  2/25 3/1 6/12 10/7 10/10
Benjamin [1]  1/14
best [1]  12/5
between [1]  5/18
bit [1]  3/4
biweekly [1]  5/22
both [5]  3/24 7/21 10/17 11/16 11/17
bring [2]  5/12 9/11
bundling [1]  5/15
but [8]  2/16 3/4 6/18 7/24 8/3 9/5 10/11
 10/16

**C**

calendar [1]  5/23
California [4]  8/25 9/1 9/6 9/8
call [4]  2/5 4/6 6/6 10/15

can [7]  4/5 4/12 8/10 10/13 10/14
 10/16 10/25
can't [3]  4/13 4/17 6/5
cannot [1]  4/10
Carolina [1]  9/14
case [13]
cases [8]  1/6 4/23 9/8 9/16 9/18 10/5
 11/7 11/12
CCR [3]  1/21 12/2 12/9
certain [1]  4/7
CERTIFICATE [1]  12/1
certify [1]  12/4
chambers [1]  7/11
chart [2]  8/20 8/22
circumstances [1]  3/4
clerk [1]  8/21
Clinical [1]  6/23
close [2]  10/5 10/9
CMO [1]  2/23
co [1]  2/10
co-liaison [1]  2/10
come [1]  7/4
committee [1]  8/18
committees [1]  6/19
complete [1]  7/8
completed [1]  5/21
completion [1]  5/19
comports [1]  9/6
computer [1]  1/25
computer-aided [1]  1/25
confer [2]  7/4 7/14
conference [9]  1/9 2/21 5/8 9/3 9/17
 10/6 11/9 11/12 11/13
conferences [1]  5/22
conferring [1]  10/8
consider [1]  3/9
consult [1]  6/17
contact [1]  3/7
containing [1]  3/25
continue [1]  3/10
cooperate [1]  5/3
cooperation [1]  6/19
coordinate [4]  9/4 10/14 10/15 10/17
coordinated [1]  10/21
coordinating [1]  9/2
coordination [3]  8/14 11/1 11/5
correct [1]  12/4
counsel [12]  2/8 2/10 3/7 3/10 3/11
 3/14 4/12 5/20 7/4 7/12 7/21 9/7
count [1]  3/19
couple [1]  8/25
course [1]  10/16
court [12]  1/1 1/21 2/18 2/23 3/24 4/22
 5/10 7/18 11/7 12/2 12/3 12/10
Court's [2]  7/12 9/11
courtroom [1]  6/2
courts [1]  10/17
current [2]  3/11 9/17

**D**

Daniel [1]  11/19
date [2]  6/16 11/13
dates [1]  2/24
David [1]  1/14
Davis [1]  3/8
Dawn [2]  8/17 9/25
DCRI [1]  6/23
deadlines [1]  5/19
deal [1]  4/1
dealing [1]  5/2

## D

deals [1]  5/18
decide [2]  10/10 11/12
decided [2]  7/9 9/4
decision [2]  6/15 8/9
defendant [1]  5/15
defendants [6]  1/17 2/12 4/7 5/7 6/25 10/24
defense [1]  8/18
deficiency [1]  11/11
deficient [1]  5/7
delay [1]  5/24
depends [1]  6/18
depositions [3]  4/5 5/21 10/22
designated [1]  7/16
different [2]  8/22 9/10
difficulties [1]  5/14
diligently [1]  5/20
directed [1]  7/4
directive [1]  7/13
discovery [11]  4/5 5/18 5/20 5/21 5/22 6/11 6/13 6/17 6/22 7/1 10/10
discussed [1]  7/11
discussion [2]  5/9 7/7
discussions [1]  7/14
dismissal [1]  4/14
dismissals [1]  11/11
dismissed [1]  9/13
DISTRICT [5]  1/1 1/2 1/10 12/3 12/3
do [8]  4/12 4/16 6/7 6/21 7/22 8/11 10/16 10/23
Doc [2]  7/3 7/13
documents [3]  6/24 7/15 7/17
don't [1]  4/16
down [1]  5/12
Doyle [4]  1/21 12/2 12/9 12/9
Duke [1]  6/23

## E

each [2]  3/25 7/24
early [2]  4/5 6/12
EASTERN [2]  1/2 12/3
effective [1]  4/25
efficient [1]  4/25
efficiently [1]  6/25
effort [1]  10/14
either [1]  5/7
ELDON [1]  1/10
else [1]  8/7
end [2]  8/5 8/5
entered [2]  2/20 2/21
entering [1]  2/23
entitled [1]  12/6
entity [2]  7/4 7/12
entry [1]  7/3
ESQ [2]  1/15 1/18
even [1]  8/2
every [3]  3/8 6/16 10/14
everybody [6]  4/17 4/21 5/3 6/1 6/3 6/4
existence [1]  9/12
expedite [1]  5/24
expert [2]  10/21 10/22
experts [4]  8/2 8/3 8/7 8/7
extremely [2]  3/9 5/23
eyes [2]  7/15 7/25

## F

fact [15]
FALLON [1]  1/10

fast [1]  6/11
FCRR [3]  1/21 12/2 12/9
federal [3]  8/14 8/14 8/18
feels [1]  4/1
file [1]  8/6
filed [2]  9/16 11/7
first [2]  2/16 8/3
followed [1]  7/12
following [2]  5/8 11/9
foregoing [1]  12/4
formed [1]  9/1
forms [2]  3/8 3/10
forthcoming [2]  4/15 8/4
forward [1]  7/19
Freeman [2]  9/3 9/9
Fritchie [1]  1/17
further [3]  5/9 6/24 7/13

## G

Gainsburgh [1]  1/14
general [1]  5/20
generally [1]  6/7
generic [1]  10/21
gentlemen [1]  2/4
GERALD [1]  1/15
get [14]
gets [1]  3/24
getting [2]  4/5 4/19
give [3]  3/15 4/3 4/16
given [1]  8/20
gives [1]  8/9
go [2]  4/3 8/6
goes [1]  5/1
going [8]  6/11 7/7 7/19 8/1 8/11 10/10 10/15 10/20
Good [5]  2/3 2/12 2/14 8/17 10/1
governing [1]  5/16

## H

had [3]  3/3 6/23 9/3
handle [2]  7/15 11/20
handled [1]  4/24
handling [2]  4/24 5/24
hard [1]  5/20
has [7]  2/20 3/14 9/1 9/2 9/3 9/13 9/14
have [38]
having [1]  3/23
he [4]  3/14 9/4 9/6 9/20
hear [1]  2/17
heard [1]  7/11
help [3]  4/12 5/12 10/17
helpful [3]  3/9 5/24 7/18
here [5]  2/14 5/2 8/15 9/19 11/3
highlighted [1]  8/23
him [2]  10/14 10/20
his [2]  10/15 10/16
Honor [15]
Honor's [1]  5/12
HONORABLE [1]  1/10
hopefully [5]  3/4 6/18 8/4 10/17 10/25
how [1]  7/14
hundreds [1]  6/7

## I

I'm [1]  10/13
if [11]  4/10 4/13 4/15 4/17 5/1 6/5 6/9 6/17 8/24 9/12 10/14
immediately [1]  7/23
important [7]  3/9 3/21 4/1 4/6 4/20 5/3 11/5

in [46]
include [1]  10/21
increase [1]  9/16
individual [1]  4/23
information [21]
input [1]  10/25
inside [2]  8/3 8/7
instead [1]  3/22
Institute [1]  6/23
instructed [1]  7/22
interaction [1]  5/16
interest [1]  10/13
interested [1]  4/19
interminably [1]  5/1
interrogatories [2]  3/23 3/24
into [4]  8/6 8/10 9/2 10/10
invited [1]  6/3
involve [1]  5/13
involved [2]  4/12 4/14
Irwin [3]  1/17 1/18 2/12
is [26]
issue [1]  7/14
issued [2]  6/22 7/3
issues [7]  4/2 5/13 5/24 6/17 10/9 10/10 11/1
it [15]
it's [6]  5/2 5/11 7/18 8/1 9/16 10/15
item [1]  9/10
items [1]  8/22

## J

JAMES [1]  1/18
JCCP [1]  9/1
Jerry [2]  2/10 2/18
Jersey [1]  9/13
Jim [1]  2/12
joint [2]  2/19 3/6
judge [11]  1/10 3/8 7/11 8/13 9/3 9/9 10/6 10/9 10/12 10/22 11/19
Judge New [2]  10/9 10/12
judges [1]  8/23
July [1]  7/3
just [4]  3/15 4/24 6/7 11/4

## K

know [4]  4/21 8/1 8/24 10/24
knows [2]  6/1 6/4

## L

ladies [1]  2/3
last [4]  2/21 8/24 9/16 9/18
law [2]  8/21 9/6
lawsuit [1]  4/20
lawyers [1]  4/23
Leadership [1]  9/2
least [2]  4/1 4/23
Let [2]  2/17 6/1
LIABILITY [2]  1/4 2/7
liaison [4]  2/10 4/11 8/15 9/7
like [2]  8/18 9/4
listed [1]  9/8
listening [1]  6/8
lists [1]  2/19
litigation [5]  1/4 2/7 3/22 5/1 7/21
LLC [2]  1/14 1/18
longer [1]  9/12
look [5]  8/2 8/3 8/7 8/8 11/6
LOUISIANA [5]  1/2 1/16 1/19 1/22 12/4
Luxenberg [1]  8/19

**M**
management [2] 2/22 10/20
Manufacturers [1] 7/2
material [4] 6/13 6/14 8/4 8/4
matter [3] 4/16 6/25 12/6
matters [6] 5/10 6/18 10/14 10/15 10/18 11/10
may [5] 2/18 6/19 11/1 11/1 11/4
maybe [1] 8/2
MD [1] 1/4
MDL [6] 2/6 3/20 8/15 9/5 9/7 9/14
MDL's [1] 9/5
me [4] 2/17 6/1 6/13 8/19
means [1] 9/12
mechanical [1] 1/24
meet [2] 7/14 10/11
meet-and-confer [1] 7/14
meeting [3] 6/5 6/5 10/8
meetings [4] 6/3 6/8 6/9 11/14
mentioned [1] 5/5
Meunier [5] 1/14 1/15 2/10 2/18 8/16
Mike [3] 10/4 10/12 11/3
minute [1] 7/3
Mississippi [1] 3/2
month [1] 9/15
monthly [4] 2/15 6/2 6/8 6/9
Moore [1] 1/18
more [1] 9/18
morning [5] 2/3 2/12 2/14 8/17 10/1
most [1] 9/21
motion [2] 5/25 8/6
motions [4] 2/15 5/9 8/8 11/10
move [1] 3/3
moves [1] 6/18
Mr. [5] 3/8 3/13 8/16 8/19 9/19
Mr. Davis [1] 3/8
Mr. Meunier [1] 8/16
Mr. Weinkowitz [2] 8/19 9/19
Mr. Woody [1] 3/13
Ms. [2] 8/15 11/6
Ms. Barrios [1] 8/15
Ms. Barrios' [1] 11/6
much [1] 10/1
my [3] 6/3 10/13 12/5

**N**
name [1] 10/3
names [1] 8/23
narrow [2] 5/12 7/5
necessary [2] 6/20 8/2
need [1] 4/19
needs [3] 3/25 4/24 10/9
new [11] 1/16 1/19 1/22 3/2 5/15 8/23 8/24 9/13 10/6 10/9 10/12
New Jersey [1] 9/13
New Orleans [1] 3/2
next [6] 2/25 6/12 8/5 8/6 11/14 11/20
nilly [1] 4/16
no [2] 6/4 9/12
None [1] 2/20
not [12] 3/13 4/15 4/18 4/20 5/1 5/8 5/24 6/19 9/2 9/8 10/1 11/1
note [1] 9/13
Nothing [1] 5/15
notice [2] 6/3 8/24
November [3] 11/13 11/15 11/18
November 29 [2] 11/15 11/18
now [3] 7/6 7/8 8/1
number [1] 9/17

numbers [1] 3/15

**O**
objection [1] 6/14
October [2] 11/14 11/18
October 25 [2] 11/14 11/18
offered [1] 7/18
Official [3] 1/21 12/2 12/10
Oftentimes [1] 6/9
on [32]
one [4] 3/2 3/3 4/20 10/19
only [3] 7/15 7/25 11/12
opportunity [4] 4/4 4/11 4/17 6/6
or [13]
order [4] 5/16 5/16 7/13 9/5
orders [3] 2/20 2/22 10/20
Orleans [4] 1/16 1/19 1/22 3/2
other [1] 11/12
our [3] 2/14 8/14 10/7
out [3] 4/3 8/10 9/11
outside [2] 8/2 8/6
over [1] 9/9

**P**
part [1] 11/20
particularly [1] 11/5
parties [10] 2/17 3/23 4/4 5/19 6/12 6/17 6/22 8/11 8/21 9/4
pending [1] 6/22
Pennsylvania [6] 9/20 9/22 9/23 10/6 11/5 11/8
people [2] 6/7 6/19
period [1] 4/10
person [1] 6/6
Pharmaceutical [1] 7/2
Pharmaceuticals [1] 7/10
phone [2] 6/2 6/7
PhRMA [1] 7/2
physicians [1] 5/17
place [3] 5/6 6/5 9/3
plaintiff [6] 3/12 3/15 3/18 3/19 5/6 11/10
plaintiffs [7] 1/14 2/11 2/19 3/20 4/7 4/9 5/13
play [1] 3/21
please [4] 2/3 2/9 2/18 10/3
Portola [4] 7/10 7/16 7/22 8/9
Portola's [1] 7/20
possession [2] 8/10 8/11
Poydras [3] 1/15 1/19 1/21
practice [1] 5/25
preliminarily [1] 4/1
prepare [1] 3/24
presence [1] 7/21
present [4] 3/13 6/13 10/20 11/1
presentation [2] 6/8 9/20
presented [1] 11/10
presently [1] 4/22
preservation [1] 5/16
pretrial [1] 2/20
probably [1] 9/7
proceed [1] 4/5
proceeding [1] 6/25
proceedings [4] 1/24 2/1 9/2 12/6
process [2] 8/12 10/7
production [3] 6/24 7/8 7/16
PRODUCTS [2] 1/4 2/6
program [1] 10/10
progress [1] 3/19
protective [1] 9/5

protocol [1] 5/11
provide [1] 4/14
provided [1] 5/8
providing [1] 8/19
proving [1] 5/23
PSC [1] 11/20
pursuing [1] 6/13
put [4] 3/8 6/10 8/20 9/2

**Q**
question [1] 11/11

**R**
re [2] 1/4 2/6
really [2] 10/2 10/15
Rec [2] 7/3 7/13
receive [1] 7/24
received [1] 7/25
recent [1] 6/24
recently [1] 9/3
record [5] 2/9 3/16 8/14 10/3 12/6
recorded [1] 1/24
regard [1] 2/22
registered [2] 3/19 3/20
reiterates [1] 3/7
Relates [1] 1/6
removed [1] 9/14
report [10] 2/15 2/16 2/16 2/19 3/6 3/8 3/14 8/15 10/2 11/6
Reporter [3] 1/21 12/3 12/10
reports [1] 10/22
requested [2] 7/1 11/11
requesting [1] 7/6
Research [2] 6/23 7/2
resolution [1] 5/25
resolve [1] 10/25
respect [3] 6/22 7/1 7/10
review [1] 6/14
right [1] 11/17
RIVAROXABAN [1] 1/4
role [1] 3/21
Room [1] 1/21

**S**
same [1] 5/5
schedule [3] 3/5 10/16 10/21
scope [1] 7/5
scratch [1] 9/11
scratch-out [1] 9/11
search [3] 7/5 7/6 7/9
seated [1] 2/3
secret [1] 6/4
section [7] 1/5 3/6 3/12 5/6 5/18 6/21 8/13
Section 10 [1] 5/18
Section 11 [1] 6/21
Section 5 [1] 3/12
see [2] 10/16 10/22
sending [1] 7/23
sent [1] 3/23
September [3] 1/6 2/2 3/17
September 19 [1] 3/17
set [3] 3/2 3/3 6/12
several [2] 2/15 3/1
shared [1] 6/24
sheet [3] 3/25 5/13 11/11
sheets [11] 3/12 3/15 3/18 3/18 3/21 4/3 4/4 4/6 5/6 5/7 5/15
should [1] 7/16
side [2] 3/25 7/24

**S**

sides [3]  3/24 7/21 10/17
since [2]  2/21 9/16
Sindu [1]  11/19
so [9]  3/10 3/22 4/3 4/5 6/4 8/10 8/23
 9/15 11/17
software [1]  1/25
solution [1]  7/19
some [6]  4/24 5/9 6/14 10/9 10/25
 11/10
soon [2]  2/23 7/7
South [1]  9/14
South Carolina [1]  9/14
speak [1]  6/1
specifically [1]  7/14
Spell [1]  10/3
standpoint [1]  4/9
state [5]  8/14 8/14 8/18 9/21 11/6
state/federal [3]  8/14 8/14 8/18
STATES [3]  1/1 1/10 12/3
status [6]  1/9 2/15 2/16 2/16 9/17 10/6
stenography [1]  1/24
step [4]  8/3 8/6 8/12 8/12
step-by-step [1]  8/12
still [1]  4/13
Street [3]  1/15 1/19 1/21
submit [2]  3/10 4/7
submitted [3]  2/24 3/14 3/18
subpoena [1]  7/6
successful [1]  5/11
successfully [1]  10/11
Suite [2]  1/15 1/19
supply [1]  6/20
sure [3]  8/9 9/6 10/13
system [1]  5/6

**T**

take [2]  2/16 8/8
taken [1]  5/21
takes [1]  3/24
talked [1]  7/20
talking [1]  10/12
terms [3]  7/5 7/6 7/9
Texas [1]  3/3
than [1]  9/18
thank [9]  8/13 8/16 8/18 9/24 9/25
 10/19 11/2 11/3 11/19
that [53]
that's [5]  4/20 8/11 9/18 9/21 11/17
their [4]  2/8 8/8 8/10 9/1
them [5]  3/3 4/13 6/3 8/25 9/8
then [5]  4/14 4/19 7/10 8/5 9/13
there [9]  5/9 5/19 7/7 8/22 8/24 9/10
 9/15 10/9 11/9
there's [2]  4/11 6/4
they [16]
thing [1]  11/12
think [4]  5/11 9/19 10/9 10/11
third [1]  6/22
thirds [1]  11/7
this [14]
those [10]  3/10 3/15 5/7 5/10 5/13 5/21
 6/9 7/17 9/18 11/11
through [1]  4/25
time [5]  3/23 4/10 6/4 8/24 9/18
timely [2]  4/6 5/8
timetable [2]  7/8 7/17
today [3]  2/14 3/13 6/7 7/20
tomorrow [2]  10/7 10/20

Toni [4]  1/21 12/2 12/9 12/9
too [1]  10/12
total [3]  3/17 3/19 3/20
totally [1]  9/15
transcribed [2]  6/9 6/10
transcript [1]  12/5
transcription [1]  1/25
transferred [1]  9/9
trial [1]  2/24
trials [3]  2/25 3/1 6/12
true [1]  12/4
try [1]  5/3
Tusa [4]  1/21 12/2 12/9 12/9
two [5]  3/2 6/16 8/22 10/8 11/7
two-thirds [1]  11/7
type [2]  3/22 4/25

**U**

understand [2]  2/23 3/13
understanding [2]  7/23 12/5
UNITED [3]  1/1 1/10 12/3
up [1]  7/4
upon [1]  7/7
Urquhart [1]  1/17
us [3]  7/4 7/19 8/1
use [1]  9/5
users [1]  9/17
using [1]  1/24

**V**

vast [1]  3/22
very [1]  4/6
vigorously [1]  6/13

**W**

W-E-I-N-K-O-W-I-T-Z [1]  10/5
want [4]  8/7 8/9 9/5 9/10
wants [1]  10/22
Warshauer [1]  1/14
was [1]  7/17
way [2]  4/5 4/25
we [38]
We'll [1]  10/22
website [2]  6/4 6/10
week [2]  8/5 8/5
weeks [2]  6/16 10/8
Weinkowitz [3]  8/19 9/19 10/4
Weitz [1]  8/19
well [3]  6/2 10/17 10/24
were [1]  7/6
what [6]  4/12 7/5 7/22 8/11 10/16 10/22
What's [1]  9/21
when [1]  11/5
whenever [1]  10/13
which [9]  2/23 3/12 5/7 5/8 6/24 7/3 9/1
 10/7 10/21
who [2]  6/19 7/16
whoever [1]  8/7
will [26]
willy [1]  4/16
willy-nilly [1]  4/16
won't [1]  4/18
Woody [1]  3/13
working [2]  5/12 5/20
would [5]  8/18 8/23 9/4 10/21 11/12

**X**

XARELTO [3]  1/4 2/6 9/17

**Y**

year [2]  2/25 6/12
years [1]  5/2
Yes [1]  3/1
yet [1]  9/9
you [16]
your [19]
Your Honor [12]  2/13 2/19 5/5 5/23
 6/21 8/17 9/15 9/19 9/24 10/1 11/2
 11/9
Your Honor's [1]  5/12