UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  XARELTO (RIVAROXABAN)  *          14-MD-2592
PRODUCTS LIABILITY LITIGATION  *
                               *          Section L
                               *
Relates to:  All Cases         *          September 20, 2016
                               *
                               *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *


SHOW CAUSE HEARING BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


Appearances:

For the Plaintiffs:            Gainsburgh Benjamin David Meunier
                                 & Warshauer, LLC
                               BY:  GERALD E. MEUNIER, ESQ.
                               1100 Poydras Street, Suite 2800
                               New Orleans, Louisiana 70163


For the Plaintiffs:            Herman Herman & Katz, LLC
                               BY:  LEONARD A. DAVIS, ESQ.
                               820 O'Keefe Avenue
                               New Orleans, Louisiana 70113


For the Plaintiffs:            Baron & Budd, PC
                               BY:  SINDHU S. DANIEL, ESQ.
                               3102 Oak Lawn Avenue, Suite 1100
                               Dallas, Texas 75219

<u>Appearances</u>:

For the Defendants:          Irwin Fritchie Urquhart
                               & Moore, LLC
                             BY:  JAMES B. IRWIN, ESQ.
                             400 Poydras Street, Suite 2700
                             New Orleans, Louisiana 70130


For the Defendants:          Drinker Biddle & Reath, LLP
                             BY:  CHANDA A. MILLER, ESQ.
                             One Logan Square, Suite 2000
                             Philadelphia, Pennsylvania 19103


Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                             500 Poydras Street, Room B-275
                             New Orleans, Louisiana 70130
                             (504) 589-7778



Proceedings recorded by mechanical stenography using
computer-aided transcription software.

1
2

**PROCEEDINGS**

**(September 20, 2016)**

3        **THE COURT:**  Let's go into the motions.  We have two

4  issues really that are present.  One is the question of the

5  attorneys.  There are many attorneys who feel that they need to

6  get out of the litigation.  I'm a little concerned about having

7  attorneys come in and then leave the litigation.

8                What I'm going to do with that is many of the

9  attorneys indicate that their clients no longer wish them to

10  represent them, but they haven't as yet gotten other lawyers.

11  In the interest of giving everybody an opportunity to make a

12  decision either to get another lawyer or to be *pro se* in the

13  litigation, I'm going to pass that for 30 days.

14                I am not going to be able just to let the

15  lawyers out if the clients are not responding.  If the clients

16  want another lawyer, then they ought to be able to get another

17  lawyer to take the place of the present lawyer.  If the clients

18  are simply not responding to their lawyer, then I'm going to

19  have to take action on that particular case.  So with regard to

20  the motions to get out of the litigation, I'm going to pass

21  those for 30 days.

22                There's one case that presents some special

23  issues.  Liaison counsel will be talking to that attorney to

24  see whether or not we can resolve that in some way.

25        **MR. DAVIS:**  Good morning, Your Honor.  Leonard Davis,

09:35

1   co-liaison counsel for plaintiffs.  I am aware of approximately
2   10 motions to withdraw as counsel.  We have looked at each of
3   those.  My office has also reached out to the individual
4   counsel who seeks to withdraw.
5            Based upon what I'm hearing and what I have
6   heard here this morning, we will follow up with each of those
7   counsel.  We will advise counsel of Your Honor's desires and
8   suggest that these folks promptly get moving on whatever they
9   need to do with respect to taking appropriate action.
10           I will also communicate further with defendants,
11  and we will be prepared at the next conference to give you a
12  full report on those 10 or so motions that exist.  If folks
13  have an issue, then my suggestion to them will be to present
14  something to the Court or be prepared to address the Court at
15  the next status conference.  We will follow up with these
16  counsel.
17           **THE COURT:**  The next group of motions, there's some
18  overlap, but not all of them overlap.  There's some motions to
19  show cause why the case should not be dismissed.
20           As I mentioned earlier, it's important for
21  people to cooperate on both sides, both the defendants and the
22  plaintiffs.  We deal with fact sheets and also information.
23  Some of the preliminary information is proof that the
24  individual took the medication.  There has to be some
25  indication, some proof that they took the medication.

09:37

1    Oftentimes the doctors prescribe things and we, the patients,

2    think we are taking them.  Things happen, and we feel that that

3    medication was the cause of it.  I understand that.

4              This is a prescription medication.  You can't

5    get it over the counter.  There's got to be some indication

6    that the individual took the medication in order to participate

7    in this litigation.  They may have a claim in another court, in

8    another litigation, but not in this litigation if they can't

9    prove that they have taken the medication.

10             These cases by and large present those issues.

11   Now, not all of them do.  There are two.

12             One is the Walter William Hedrick case, where

13   the party indicates that the doctor's report refers to the fact

14   that he was taking Xarelto and that it's been discontinued.

15   It's in the hospital records, and part of it has been uploaded.

16   That's not the same as a prescription, but it is something.

17   Therefore, I will dismiss the motion on that one.

18             The other one is Robert Shepherd.  In that one

19   there's also a copy of some document that indicates that

20   there's some Xarelto use involved.  There's a page of a

21   hospital record on Bates 000037.  There's also another document

22   that is attached to the motion filed by Mr. Hilliard on behalf

23   of his client.  Whether or not that is going to prove accurate

24   or not, I don't know, but it gets over the motion to dismiss.

25   It satisfies the motion, so I will deny that motion to dismiss.

09:39

1           **MR. DAVIS:**  Your Honor, if I may, with respect to the

2    motions to dismiss, I just want to put on the record that the

3    PSC would object to dismissals with prejudice.  I just want

4    that to be clear.

5           **THE COURT:**  Right.  I understand that, but these

6    motions are serious.  I take them seriously.  It's not my

7    intention to dismiss a case that should be in the lawsuit.  I

8    want to give individuals, whether they have lawyers or do not

9    have lawyers, every single opportunity I can to get them.  We

10   have a process going on, though.

11          They first get the fact sheets.  They fill out

12   the fact sheets.  If they can't fill out all of the fact

13   sheets, they fill out what they can and they submit the fact

14   sheets.  Those areas that they cannot fill out, the liaison

15   counsel gets involved.  When they are deficient, the defense

16   counsel contacts liaison counsel.

17          Liaison counsel then calls the attorneys

18   involved and tries to work with them to get the information to

19   make the deficient form satisfactory.  When they can't get

20   information notwithstanding a number of efforts, then I get

21   involved in it, and I have to set the motions for dismissal

22   with prejudice.  The motions before me now are to dismiss the

23   cases with prejudice.

24          As I say, this is a serious situation.  I take

25   it seriously.  I don't want to just willy-nilly dismiss the

1   lawsuits.  You have to fill out the information.  You have to

2   be able to fill out and give the forms that are necessary.

3              Now, these are the first time that's come before

4   me, but everybody needs to know I'm serious about this.  I will

5   pass these motions other than those two which I dismissed the

6   motion to dismiss on.  I will pass these for another 30 days to

7   give liaison counsel another opportunity to get the

8   information, but I will take them up again in 30 days.

9              If the information is not forthcoming, you need

10  to know, folks, that I'm going to dismiss the cases with

11  prejudice.  So get the information that you need to get, and

12  you will be assisted by liaison counsel.  They have staff

13  that's willing to help you, but you can't just not participate

14  in the litigation.  Those without attorneys should know that.

15  You need to do something to get the information.  You will be

16  assisted.  But if the information is not forthcoming when I

17  visit it next time, I will be dismissing with prejudice.

18       **MR. DAVIS:**  Your Honor, I want to first recognize

19  Sindhu Daniel, who has helped the PSC in reaching out to a

20  number of these attorneys and *pro se* plaintiffs to try to work

21  through the process that we agreed to do with defendants.  I

22  hear what Your Honor says.

23              I believe there may be some that can go forward

24  today by agreement or that have been worked out with

25  defendants.  If Your Honor is inclined, they might be able to

09:43

1    be dealt with today --

2            THE COURT:  Okay.

3            MR. DAVIS:  -- rather than let those go for 30 days,

4    but the balance I understand Your Honor's opinion.

5            MR. IRWIN:  Your Honor, may I introduce

6    Chanda Miller, who will be speaking for the defendants.

7            THE COURT:  Sure.  Welcome to both of you all.

8            MS. MILLER:  Good morning, Your Honor.

9            THE COURT:  I appreciate all the work that you have

10   done.

11           MS. MILLER:  Thank you.

12           THE COURT:  I have been kept advised by liaison

13   counsel that you have been very valuable in this litigation,

14   and you need to know I appreciate it.

15           MS. DANIEL:  Your Honor, there were originally 167

16   cases that the defendant presented to plaintiffs, but through

17   our efforts, as Mr. Meunier suggested and stated, we were able

18   to cull that down to the 83 that are on the list today.

19               Further, since those lists have been filed, we

20   have been able to get those cases reduced down to 57 cases

21   where the plaintiffs are either on the phone here or I have

22   spoken to each and every one of them to try to come to some

23   resolve.  The defendants have also agreed in many of those

24   situations.  So we are able to really limit these down into the

25   categories or the buckets, as Your Honor likes to do, so we can

09:44  1   try to rule on these cases as expeditiously as possible.

2              Saying all that, Your Honor, there are 25 cases

3   where plaintiffs' counsel have made numerous and vigilant

4   attempts to either contact the plaintiffs in order to submit

5   the fact sheet or submit proof of Xarelto but have been

6   unsuccessful.  Counsel are all aware of the judge's concern

7   regarding due process for each and every plaintiff in this

8   case, but those plaintiffs' counsel, many of them filed a

9   response to the order to show cause, but they did not see any

10  basis to oppose the motion to dismiss on 25 cases.  If we may

11  read that into the record, Your Honor?

12              **THE COURT:**  Yes, please do.

13              **MS. DANIEL:**  These are all on the motions, so I'm not

14  going to spell them, but I can give you the list later on.

15  Thank you.

16              The first one would be:  Julia Abenila,

17  A-B-E-N-I-L-A -- I said I'm not going to spell them, but I just

18  did -- Robert Allen; Frances Bucco; Dale Caldwell; Barry Costa;

19  Antonio Faria; Elka Gilmore; Eleanor Halford; Richard Kaleta;

20  Mary Jane Kelly; Angela Mullens; Bonita Payne; Linda Robertson;

21  Louise Robinson; Robert Singleton; Pamela Slark; Ruby Smith;

22  Lena Washington; and Daniel Webster.

23              From the failure to provide proof of Xarelto

24  list:  Linda Blankenship; Mildred Chappell; Eddie Green;

25  Frances Herrera; Linda Jaysura; and George Mann.

09:46

1    **MS. MILLER:**  There's one additional one that counsel

2    reached out to us right before the hearing and that is Shirley

3    Bing.  The case number is 16-1123.

4        **MR. DAVIS:**  Your Honor, what I will do is I will ask

5    Sindhu if she can prepare a list with the case number so that

6    we can present that to the Court.  We will work that with

7    defense counsel as well to make sure that an accurate list is

8    presented.

9            We will also make sure that with respect to any

10   of the cases that are not being addressed, the ones over and

11   above these 25, we will reach out to those so that they are

12   aware that those matters are reset at the next status

13   conference, so it's very clear to all of the other individuals

14   that these matters are being brought up at the October status

15   conference.  Thank you.

16       **MS. DANIEL:**  Your Honor, there are 14 cases where

17   plaintiffs are requesting 60 additional days for a host of

18   various reasons.  Some of those are the death of the plaintiff,

19   in which they are trying to find a new heir, they are waiting

20   for additional records -- it is harder and harder to get

21   records from providers -- they have lost contact with the

22   plaintiffs.  Obviously, I can go through each and every single

23   one.  Would you like us to just continue that for 30 days or

24   would you like to grant 60 days?  Some of them have responded

25   to the order to show cause.

09:47

1   **THE COURT:**  What's your input, both of you?  Is

2   30 days enough or is 60 days better?

3   **MS. MILLER:**  30 days is sufficient from the defense

4   perspective, Your Honor.

5   **MS. DANIEL:**  Obviously, it's not for the plaintiffs,

6   Your Honor.  We would ask 60 days.  Quite frankly, there's no

7   hardship to the defendants.  They don't have to produce a DFS

8   in these cases, and there are no bellwether deadlines in the

9   MDL.  So we don't see this as something that would be a

10  hardship for the defendant to continue to 60 days.  If the

11  plaintiffs don't cure these within 60 days, they are dismissed

12  with prejudice.

13  **THE COURT:**  Let's do it in 60 days, then.

14  **MS. DANIEL:**  Thank you, Your Honor.  If we could read

15  those into the record so that plaintiffs who are on the phone

16  can also know, that would be:  Frank Clark; James Crowder;

17  Maie Mabon; Oscar Moore; Mary Pope; Gina Rippley; and

18  Ozella Williams.

19  From the failure to prove Xarelto list:  Milford

20  Breland; Joseph Erler; Calvin Howard; Chezarea Jones --

21  actually, Chezarea Jones, the defendant did agree, I think, to

22  the additional time -- Abbie Napier; Tommy Perkins; and

23  Josephine Strano.

24  In the next three cases, Your Honor, plaintiffs

25  are asking for 30 days, again for varied reasons, and I think

1    Your Honor has already agreed to the 30 days.  Those would be

2    Nathaniel Bowens, Yvonne Walker Clemmons, and Michael Gohl.

3              The final eight cases, plaintiffs are asking for

4    dismissals without prejudice.  I'm going to assume that those

5    plaintiffs' counsel are on the phone, if they would like to

6    address the Court, but they are asking for varied reasons for

7    dismissals without prejudice.

8              **THE COURT:**  I have heard all those before, and I'm

9    not going to dismiss them without prejudice.  I'm going to

10   dismiss them with prejudice.  I will give the people an

11   opportunity to respond, but eventually I'm going to have to

12   dismiss those with prejudice.  So I will give them another

13   opportunity to respond, but thereafter I'm going to dismiss

14   them.

15             Give me a list of the people who will be

16   dismissed now, the people who will be dismissed in 30 days and

17   in 60 days, and I'll visit those at that time.

18             **MS. DANIEL:**  Okay.  Your Honor, on those eight, I

19   will reach out to those plaintiffs and will discuss what the

20   Court would like to do, and then we will be prepared for the

21   next conference on those eight cases.

22             The next five are *pro se* clients in which the

23   defendant agreed that we would discuss those in the October

24   hearing.  I can read those.  They are:  Clifford Howard;

25   Arin Cunningham; John Lynn; Wayne Muldrow; and Lukesha Terrell.

09:50

1          The final two, Your Honor, are Deborah Candler

2    and Gloria Robinson.  Gloria Robinson is a case I think the

3    plaintiffs filed a motion to withdraw, so we will also reach

4    out to that counsel and figure out what we need to do on that

5    case.

6          For Deborah Candler, Your Honor, we would like

7    to request on the plaintiffs' counsel behalf an additional

8    30 days.  We think there may have been some confusion with the

9    order on this particular hearing, with the delay.  We think

10   they may have had some confusion as to when they were supposed

11   to respond, so if we could ask for an additional 30 days on

12   that case.

13          **MS. MILLER:**  That's fine, Your Honor.

14          **THE COURT:**  I will grant that.

15          **MS. DANIEL:**  If there's anyone on the phone, if I

16   misstated it, you can certainly reach out to me.  This is

17   Sindhu Daniel.  I will be willing to help you correct it.

18          Did you want to hear from anyone on the phone,

19   Your Honor?

20          **THE COURT:**  Yes.  Anyone has any problems with what

21   has been said or any questions as to what you need to do?  Go

22   ahead.

23          **MR. MULDROW:**  Yes.  I'm Wayne Muldrow.  I have a

24   question, please.

25          **THE COURT:**  All right.  What's the question?

09:52

1    **MR. MULDROW:**  I spoke with my attorney a while back

2    on this.  The doctor that prescribed Xarelto has recently

3    retired.  I think they tried to find his records, and half of

4    them was under water because of a flood.  I thought that it was

5    dismissed or I didn't know what was going on until I received

6    some paperwork in the mail the other day.  That's why I'm

7    responding to the conference call on this, Wayne Muldrow,

8    Xarelto.

9        **MS. DANIEL:**  This is a *pro se* plaintiff, Your Honor.

10       **THE COURT:**  Didn't we pass that one?

11       **MS. MILLER:**  We did, Your Honor.

12       **THE COURT:**  I'm giving you more time, sir.  You will

13   be contacted by liaison counsel to assist, and you can ask any

14   question and see whether or not they can assist you in getting

15   that information.

16       **MR. MULDROW:**  Okay.  Thank you.  Do I still need to

17   stay on the call or am I dismissed or what?

18       **THE COURT:**  No, you are dismissed.  They will call

19   you.

20       **MR. MULDROW:**  Thank you, sir.  Have a great morning.

21       **THE COURT:**  Thank you.

22       **MS. HEACOX:**  Your Honor, this is Catherine Heacox

23   from Lanier Law Firm.  Ms. Daniel I think listed two of my

24   clients on the list of agreeing, I guess, that the cases should

25   be dismissed.  I just want to say for both of them my

09:53

1    co-counsel has indicated like days ago family members of the

2    clients, who are elderly, contacted us finally, after nine

3    months of trying, to say that they would like to try to fill it

4    out for their family members.  So I'm wondering if we could get

5    30 days on the Payne and Smith cases?

6           **MS. MILLER:**  Which two cases are those?

7           **MS. HEACOX:**  Bonita Payne and Ruby Smith.

8           **MS. MILLER:**  Your Honor, there was no opposition

9    filed to the order to show cause motion on Ruby Smith.  The

10   complaint was filed in November of 2015.  The PFS was due in

11   January of 2016.  It's been deficient since that time.

12          **MS. DANIEL:**  Your Honor, I understand that, but I

13   certainly had a lot of -- especially with the Lanier Law Firm,

14   we have had a lot of back-and-forth.  So I must have obviously

15   inadvertently missed an e-mail or something like that.

16   Certainly, again, 30 days, there would be no prejudice to the

17   defense counsel.

18          **THE COURT:**  It's going to be dismissed with

19   prejudice, so I want to give them an opportunity to respond.

20   If they just found out about it, let's give them an

21   opportunity.

22          **MS. MILLER:**  Okay.

23          **MS. DANIEL:**  Thank you, Your Honor.

24          **MS. HEACOX:**  Thank you, Your Honor.

25          **THE COURT:**  Anyone else?

09:54

1          Okay.  Let's prepare the motions, and get it

2  submitted today if possible.

3          **MS. DANIEL:**  Thank you, Your Honor.

4          **MS. MILLER:**  Thank you, Your Honor.

5          **THE COURT:**  Court will stand in recess.  Thank you.

6          **THE DEPUTY CLERK:**  All rise.

7          (Proceedings adjourned.)

8                              * * *

9                      <u>**CERTIFICATE**</u>

10         I, Toni Doyle Tusa, CCR, FCRR, Official Court

11  Reporter for the United States District Court, Eastern District

12  of Louisiana, certify that the foregoing is a true and correct

13  transcript, to the best of my ability and understanding, from

14  the record of proceedings in the above-entitled matter.

15

16

17                              <u>*s/ Toni Doyle Tusa*</u>
                                Toni Doyle Tusa, CCR, FCRR
18                              Official Court Reporter

19

20

21

22

23

24

25

MR. DAVIS: [5]  3/24 5/25 7/17 8/2 10/3
MR. IRWIN: [1]  8/4
MR. MULDROW: [4]  13/22 13/25 14/15 14/19
MS. DANIEL: [11]  8/14 9/12 10/15 11/4 11/13 12/17 13/14 14/8 15/11 15/22 16/2
MS. HEACOX: [3]  14/21 15/6 15/23
MS. MILLER: [10]  8/7 8/10 9/25 11/2 13/12 14/10 15/5 15/7 15/21 16/3
THE COURT: [21]
THE DEPUTY CLERK: [1]  16/5

**0**

000037 [1]  5/21

**1**

10 [2]  4/2 4/12
1100 [2]  1/16 1/22
1123 [1]  10/3
14 [1]  10/16
14-MD-2592 [1]  1/4
16-1123 [1]  10/3
167 [1]  8/15
19103 [1]  2/7

**2**

20 [2]  1/6 3/2
2000 [1]  2/7
2015 [1]  15/10
2016 [3]  1/6 3/2 15/11
25 [3]  9/2 9/10 10/11
2592 [1]  1/4
2700 [1]  2/4
275 [1]  2/9
2800 [1]  1/16

**3**

30 days [15]  3/13 3/21 7/6 7/8 8/3 10/23 11/2 11/3 11/25 12/1 12/16 13/8 13/11 15/5 15/16
3102 [1]  1/22

**4**

400 [1]  2/4

**5**

500 [1]  2/9
504 [1]  2/10
57 [1]  8/20
589-7778 [1]  2/10

**6**

60 [2]  10/17 11/6
60 days [6]  10/24 11/2 11/10 11/11 11/13 12/17

**7**

70113 [1]  1/19
70130 [2]  2/4 2/10
70163 [1]  1/16
75219 [1]  1/22
7778 [1]  2/10

**8**

820 [1]  1/19
83 [1]  8/18

**A**

A-B-E-N-I-L-A [1]  9/17
Abbie [1]  11/22
Abenila [1]  9/16
ability [1]  16/13
able [7]  3/14 3/16 7/2 7/25 8/17 8/20 8/24
about [3]  3/6 7/4 15/20
above [2]  10/11 16/14
above-entitled [1]  16/14
accurate [2]  5/23 10/7
action [2]  3/19 4/9
actually [1]  11/21
additional [6]  10/1 10/17 10/20 11/22 13/7 13/11
address [2]  4/14 12/6
addressed [1]  10/10
adjourned [1]  16/7
advise [1]  4/7
advised [1]  8/12
after [1]  15/2
again [3]  7/8 11/25 15/16
ago [1]  15/1
agree [1]  11/21
agreed [4]  7/21 8/23 12/1 12/23
agreeing [1]  14/24
agreement [1]  7/24
ahead [1]  13/22
aided [1]  2/14
all [13]  1/6 4/18 5/11 6/12 8/7 8/9 9/2 9/6 9/13 10/13 12/8 13/25 16/6
Allen [1]  9/18
already [1]  12/1
also [9]  4/3 4/10 4/22 5/19 5/21 8/23 10/9 11/16 13/3
am [3]  3/14 4/1 14/17
Angela [1]  9/20
another [9]  3/12 3/16 3/16 5/7 5/8 5/21 7/6 7/7 12/12
Antonio [1]  9/19
any [5]  9/9 10/9 13/20 13/21 14/13
anyone [4]  13/15 13/18 13/20 15/25
Appearances [1]  1/13 2/1
appreciate [2]  8/9 8/14
appropriate [1]  4/9
approximately [1]  4/1
are [39]
areas [1]  6/14
Arin [1]  12/25
Arin Cunningham [1]  12/25
as [13]  3/10 4/2 4/20 5/16 6/24 8/17 8/25 9/1 9/1 10/7 11/9 13/10 13/21
ask [4]  10/4 11/6 13/11 14/13
asking [3]  11/25 12/3 12/6
assist [2]  14/13 14/14
assisted [2]  7/12 7/16
assume [1]  12/4
at [6]  4/2 4/11 4/14 10/12 10/14 12/17
attached [1]  5/22
attempts [1]  9/4
attorney [2]  3/23 14/1
attorneys [7]  3/5 3/5 3/7 3/9 6/17 7/14 7/20
Avenue [2]  1/19 1/22
aware [3]  4/1 9/6 10/12

**B**

B-275 [1]  2/9
back [2]  14/1 15/14
back-and-forth [1]  15/14
balance [1]  8/4
Baron [1]  1/21
Barry [1]  9/18
Barry Costa [1]  9/18
Based [1]  4/5
basis [1]  9/10
Bates [1]  5/21
be [32]
because [1]  14/4
been [11]  5/14 5/15 7/24 8/12 8/13 8/19 8/20 9/5 13/8 13/21 15/11
before [5]  1/10 6/22 7/3 10/2 12/8
behalf [2]  5/22 13/7
being [2]  10/10 10/14
believe [1]  7/23
bellwether [1]  11/8
Benjamin [1]  1/14
best [1]  16/13
better [1]  11/2
Biddle [1]  2/6
Bing [1]  10/3
Blankenship [1]  9/24
Bonita [2]  9/20 15/7
both [5]  4/21 4/21 8/7 11/1 14/25
Bowens [1]  12/2
Breland [1]  11/20
brought [1]  10/14
Bucco [1]  9/18
buckets [1]  8/25
Budd [1]  1/21
but [21]

**C**

Caldwell [1]  9/18
call [3]  14/7 14/17 14/18
calls [1]  6/17
Calvin [1]  11/20
can [14]  3/24 6/9 6/13 7/23 8/25 9/14 10/5 10/6 10/22 11/16 12/24 13/16 14/13 14/14
can't [5]  5/4 5/8 6/12 6/19 7/13
Candler [2]  13/1 13/6
cannot [1]  6/14
case [6]  3/19 3/22 4/19 5/12 6/7 9/8 10/3 10/5 13/2 13/5 13/12
cases [19]
categories [1]  8/25
Catherine [1]  14/22
cause [6]  1/10 4/19 5/3 9/9 10/25 15/9
CCR [3]  2/9 16/10 16/17
certainly [3]  13/16 15/13 15/16
CERTIFICATE [1]  16/9
certify [1]  16/12
CHANDA [2]  2/6 8/6
Chanda Miller [1]  8/6
Chappell [1]  9/24
Chezarea [2]  11/20 11/21
claim [1]  5/7
Clark [1]  11/16
clear [2]  6/4 10/13
Clemmons [1]  12/2
client [1]  5/23
clients [7]  3/9 3/15 3/15 3/17 12/22 14/24 15/2
Clifford [1]  12/24
co [2]  4/1 15/1
co-counsel [1]  15/1
co-liaison [1]  4/1
come [3]  3/7 7/3 8/22

## C

communicate [1] 4/10
complaint [1] 15/10
computer [1] 2/14
computer-aided [1] 2/14
concern [1] 9/6
concerned [1] 3/6
conference [6] 4/11 4/15 10/13 10/15 12/21 14/7
confusion [2] 13/8 13/10
contact [2] 9/4 10/21
contacted [2] 14/13 15/2
contacts [1] 6/16
continue [2] 10/23 11/10
cooperate [1] 4/21
copy [1] 5/19
correct [2] 13/17 16/12
Costa [1] 9/18
could [3] 11/14 13/11 15/4
counsel [25]
counter [1] 5/5
court [12] 1/1 2/9 4/14 4/14 5/7 10/6 12/6 12/20 16/5 16/10 16/11 16/18
Crowder [1] 11/16
cull [1] 8/18
Cunningham [1] 12/25
cure [1] 11/11

## D

Dale [1] 9/18
Dallas [1] 1/22
DANIEL [5] 1/21 7/19 9/22 13/17 14/23
David [1] 1/14
DAVIS [2] 1/18 3/25
day [1] 14/6
days [24]
deadlines [1] 11/8
deal [1] 4/22
dealt [1] 8/1
death [1] 10/18
Deborah [2] 13/1 13/6
decision [1] 3/12
defendant [4] 8/16 11/10 11/21 12/23
defendants [9] 2/2 2/6 4/10 4/21 7/21 7/25 8/6 8/23 11/7
defense [4] 6/15 10/7 11/3 15/17
deficient [3] 6/15 6/19 15/11
delay [1] 13/9
deny [1] 5/25
desires [1] 4/7
DFS [1] 11/7
did [5] 9/9 9/18 11/21 13/18 14/11
didn't [2] 14/5 14/10
discontinued [1] 5/14
discuss [2] 12/19 12/23
dismiss [14] 5/17 5/24 5/25 6/2 6/7 6/22 6/25 7/6 7/10 9/10 12/9 12/10 12/12 12/13
dismissal [1] 6/21
dismissals [3] 6/3 12/4 12/7
dismissed [10] 4/19 7/5 11/11 12/16 12/16 14/5 14/14 14/18 14/25 15/18
dismissing [1] 7/17
DISTRICT [5] 1/1 1/2 1/1 16/11 16/11
do [14] 3/8 4/9 5/11 6/8 7/15 7/21 8/25 9/12 10/4 11/13 12/20 13/4 13/21 14/16
doctor [1] 14/2
doctor's [1] 5/13

doctors [1] 5/1
document [2] 9/19 5/21
don't [5] 5/24 6/25 11/7 11/9 11/11
done [1] 8/10
down [3] 8/18 8/20 8/24
Doyle [4] 2/9 16/10 16/17 16/17
Drinker [1] 2/6
due [2] 9/7 15/10

## E

e-mail [1] 15/15
each [5] 4/2 4/6 8/22 9/7 10/22
earlier [1] 4/20
EASTERN [2] 1/2 16/11
Eddie [1] 9/24
efforts [2] 6/20 8/17
eight [3] 12/3 12/18 12/21
either [3] 3/12 8/21 9/4
elderly [1] 15/2
ELDON [1] 1/10
Eleanor [1] 9/19
Elka [1] 9/19
else [1] 15/25
enough [1] 11/2
entitled [1] 16/14
Erler [1] 11/20
especially [1] 15/13
ESQ [5] 1/15 1/18 1/21 2/3 2/6
eventually [1] 12/11
every [4] 6/9 8/22 9/7 10/22
everybody [2] 3/11 7/4
exist [1] 4/12
expeditiously [1] 9/1

## F

fact [7] 4/22 5/13 6/11 6/12 6/12 6/13 9/5
failure [2] 9/23 11/19
FALLON [1] 1/10
family [2] 15/1 15/4
Faria [1] 9/19
FCRR [3] 2/9 16/10 16/17
feel [2] 3/5 5/2
figure [1] 13/4
filed [6] 5/22 8/19 9/8 13/3 15/9 15/10
fill [7] 6/11 6/12 6/13 6/14 7/1 7/2 15/3
final [2] 12/3 13/1
finally [1] 15/2
find [2] 10/19 14/3
fine [1] 13/13
Firm [2] 14/23 15/13
first [4] 6/11 7/3 7/18 9/16
five [1] 12/22
flood [1] 14/4
folks [3] 4/8 4/12 7/10
follow [2] 4/6 4/15
foregoing [1] 16/12
form [1] 6/19
forms [1] 7/2
forth [1] 15/14
forthcoming [2] 7/9 7/16
forward [1] 7/23
found [1] 15/20
Frances [2] 9/18 9/25
Frank [1] 11/16
frankly [1] 11/6
Fritchie [1] 2/2
full [1] 4/12
further [2] 4/10 8/19

## G

Gainsburgh [1] 1/14
George [1] 9/25
GERALD [1] 1/15
get [19]
gets [2] 5/24 6/15
getting [1] 14/14
Gilmore [1] 9/19
Gina [1] 11/17
give [10] 4/11 6/8 7/2 7/7 9/14 12/10 12/12 12/15 15/19 15/20
giving [2] 3/11 14/12
Gloria [2] 13/2 13/2
go [5] 3/3 7/23 8/3 10/22 13/21
Gohl [1] 12/2
going [17]
Good [2] 3/25 8/8
got [1] 5/5
gotten [1] 3/10
grant [2] 10/24 13/14
great [1] 14/20
Green [1] 9/24
group [1] 4/17
guess [1] 14/24

## H

had [3] 13/10 15/13 15/14
half [1] 14/3
Halford [1] 9/19
happen [1] 5/2
harder [2] 10/20 10/20
hardship [2] 11/7 11/10
has [9] 4/3 4/24 5/15 7/19 12/1 13/20 13/21 14/2 15/1
have [35]
haven't [1] 3/10
having [1] 3/6
he [1] 5/14
Heacox [1] 14/22
hear [2] 7/22 13/18
heard [2] 4/6 12/8
hearing [5] 1/10 4/5 10/2 12/24 13/9
Hedrick [1] 5/12
heir [1] 10/19
help [2] 7/13 13/17
helped [1] 7/19
here [2] 4/6 8/21
Herman [2] 1/18 1/18
Herrera [1] 9/25
Hilliard [1] 5/22
his [2] 5/23 14/3
Honor [32]
Honor's [2] 4/7 8/4
HONORABLE [1] 1/10
hospital [2] 5/15 5/21
host [1] 10/17
Howard [2] 11/20 12/24

## I

I'll [1] 12/17
I'm [19]
if [21]
important [1] 4/20
in [36]
inadvertently [1] 15/15
inclined [1] 7/25
indicate [1] 3/9
indicated [1] 15/1
indicates [2] 5/13 5/19

## I

indication [2]  4/25 5/5
individual [3]  4/3 4/24 5/6
individuals [2]  6/8 10/13
information [11]  4/22 4/23 6/18 6/20
 7/1 7/8 7/9 7/11 7/15 7/16 14/15
input [1]  11/1
intention [1]  6/7
interest [1]  3/11
into [4]  3/3 8/24 9/11 11/15
introduce [1]  8/5
involved [4]  5/20 6/15 6/18 6/21
Irwin [2]  2/2 2/3
is [26]
issue [1]  4/13
issues [3]  3/4 3/23 5/10
it [18]
it's [8]  4/20 5/14 5/15 6/6 10/13 11/5
 15/11 15/18

## J

JAMES [2]  2/3 11/16
Jane [1]  9/20
January [1]  15/11
Jaysura [1]  9/25
John [1]  12/25
Jones [2]  11/20 11/21
Joseph [1]  11/20
Josephine [1]  11/23
JUDGE [1]  1/11
judge's [1]  9/6
Julia [1]  9/16
just [9]  3/14 6/2 6/3 6/25 7/13 9/17
 10/23 14/25 15/20

## K

Kaleta [1]  9/19
Katz [1]  1/18
Kelly [1]  9/20
kept [1]  8/12
know [7]  5/24 7/4 7/10 7/14 8/14 11/16
 14/5

## L

Lanier [2]  14/23 15/13
large [1]  5/10
later [1]  9/14
Law [2]  14/23 15/13
Lawn [1]  1/22
lawsuit [1]  6/7
lawsuits [1]  7/1
lawyer [5]  3/12 3/16 3/17 3/17 3/18
lawyers [4]  3/10 3/15 6/8 6/9
leave [1]  3/7
Lena [1]  9/22
LEONARD [2]  1/18 3/25
let [2]  3/14 8/3
let's [4]  3/3 11/13 15/20 16/1
LIABILITY [1]  1/5
liaison [9]  3/23 4/1 6/14 6/16 6/17 7/7
 7/12 8/12 14/13
like [8]  10/23 10/24 12/5 12/20 13/6
 15/1 15/3 15/15
likes [1]  8/25
limit [1]  8/24
Linda [3]  9/20 9/24 9/25
list [8]  8/18 9/14 9/24 10/5 10/7 11/19
 12/15 14/24
listed [1]  14/23
lists [1]  8/19

## litigation [10]  1/5 3/6 3/7 3/13 3/20 5/7

 5/8 5/8 7/14 8/13
little [1]  3/6
LLC [3]  1/15 1/18 2/3
LLP [1]  2/6
Logan [1]  2/7
longer [1]  3/9
looked [1]  4/2
lost [1]  10/21
lot [2]  15/13 15/14
Louise [1]  9/21
LOUISIANA [6]  1/2 1/16 1/19 2/4 2/10
 16/12
Lukesha [1]  12/25
Lynn [1]  12/25

## M

Mabon [1]  11/17
made [1]  9/3
Maie [1]  11/17
Maie Mabon [1]  11/17
mail [2]  14/6 15/15
make [4]  3/11 6/19 10/7 10/9
Mann [1]  9/25
many [4]  3/5 3/8 8/23 9/8
Mary [2]  9/20 11/17
Mary Jane [1]  9/20
matter [1]  16/14
matters [2]  10/12 10/14
may [7]  5/7 6/1 7/23 8/5 9/10 13/8
 13/10
MD [1]  1/4
MDL [1]  11/9
me [4]  6/22 7/4 12/15 13/16
mechanical [1]  2/13
medication [6]  4/24 4/25 5/3 5/4 5/6 5/9
members [2]  15/1 15/4
mentioned [1]  4/20
Meunier [3]  1/14 1/15 8/17
Michael [1]  12/2
might [1]  7/25
Mildred [1]  9/24
Milford [1]  11/19
MILLER [2]  2/6 8/6
missed [1]  15/15
misstated [1]  13/16
months [1]  15/3
Moore [2]  2/3 11/17
more [1]  14/12
morning [4]  3/25 4/6 8/8 14/20
motion [9]  5/17 5/22 5/24 5/25 5/25 7/6
 9/10 13/3 15/9
motions [13]  3/3 3/20 4/2 4/12 4/17
 4/18 6/2 6/6 6/21 6/22 7/5 9/13 16/1
moving [1]  4/8
Mr. [2]  5/22 8/17
Mr. Hilliard [1]  5/22
Mr. Meunier [1]  8/17
Ms. [1]  14/23
Ms. Daniel [1]  14/23
Muldrow [3]  12/25 13/23 14/7
Mullens [1]  9/20
must [1]  15/14
my [7]  4/3 4/13 6/6 14/1 14/23 14/25
 16/13

## N

Napier [1]  11/22
Nathaniel [1]  12/2
necessary [1]  7/2

## need [9]  3/5 4/9 7/8 7/11 7/15 8/14

 5/4 13/23 14/12
needs [1]  7/4
new [5]  1/16 1/19 2/4 2/10 10/19
next [8]  4/11 4/15 4/17 7/17 10/12
 11/24 12/21 12/22
nilly [1]  6/25
nine [1]  15/2
no [6]  3/9 11/6 11/8 14/18 15/8 15/16
not [23]
notwithstanding [1]  6/20
November [1]  15/10
now [4]  5/11 6/22 7/3 12/16
number [4]  6/20 7/20 10/3 10/5
numerous [1]  9/3

## O

O'Keefe [1]  1/19
Oak [1]  1/22
object [1]  6/3
obviously [3]  10/22 11/5 15/14
October [2]  10/14 12/23
office [1]  4/3
Official [2]  2/9 16/10 16/18
Oftentimes [1]  5/1
Okay [8]  8/2 12/18 14/16 15/22 16/1
on [33]
one [13]  2/7 3/4 3/22 5/12 5/17 5/18
 5/18 8/22 9/16 10/1 10/1 10/23 14/10
ones [1]  10/10
opinion [1]  8/4
opportunity [7]  3/11 6/9 7/7 12/11 12/13
 15/19 15/21
oppose [1]  9/10
opposition [1]  15/8
or [19]
order [6]  5/6 9/4 9/9 10/25 13/9 15/9
originally [1]  8/15
Orleans [4]  1/16 1/19 2/4 2/10
Oscar [1]  11/17
other [5]  3/10 5/18 7/5 10/13 14/6
ought [1]  3/16
our [1]  8/17
out [20]
over [3]  5/5 5/24 10/10
overlap [2]  4/18 4/18
Ozella [1]  11/18
Ozella Williams [1]  11/18

## P

page [1]  5/20
Pamela [1]  9/21
paperwork [1]  14/6
part [1]  5/15
participate [2]  5/6 7/13
particular [2]  3/19 13/9
party [1]  5/13
pass [5]  3/13 3/20 7/5 7/6 14/10
patients [1]  5/13
Payne [3]  9/20 15/5 15/7
PC [1]  1/21
Pennsylvania [1]  2/7
people [4]  4/21 12/10 12/15 12/16
Perkins [1]  11/22
perspective [1]  11/4
PFS [1]  15/10
Philadelphia [1]  2/7
phone [5]  8/21 11/15 12/5 13/15 13/18
place [1]  3/17
plaintiff [3]  9/7 10/18 14/9

## P

plaintiffs [18]
plaintiffs' [4]  9/3 9/8 12/5 13/7
please [2]  9/12 13/24
Pope [1]  11/17
possible [2]  9/1 16/2
Poydras [3]  1/16 2/4 2/9
prejudice [13]  6/3 6/22 6/23 7/11 7/17
11/12 12/4 12/7 12/9 12/10 12/12
15/16 15/19
preliminary [1]  4/23
prepare [2]  10/5 16/1
prepared [3]  4/11 4/14 12/20
prescribe [1]  5/1
prescribed [1]  14/2
prescription [2]  5/4 5/16
present [5]  3/4 3/17 4/13 5/10 10/6
presented [2]  8/16 10/8
presents [1]  3/22
pro [4]  3/12 7/20 12/22 14/9
pro se [3]  3/12 12/22 14/9
problems [1]  13/20
proceedings [4]  2/13 3/1 16/7 16/14
process [3]  6/10 7/21 9/7
produce [1]  11/7
PRODUCTS [1]  1/5
promptly [1]  4/8
proof [4]  4/23 4/25 9/5 9/23
prove [3]  5/9 5/23 11/19
provide [1]  9/23
providers [1]  10/21
PSC [2]  6/3 7/19
put [1]  6/2

## Q

question [4]  3/4 13/24 13/25 14/14
questions [1]  13/21
Quite [1]  11/6

## R

rather [1]  8/3
RE [1]  1/4
reach [4]  10/11 12/19 13/3 13/16
reached [2]  4/3 10/2
reaching [1]  7/19
read [3]  9/11 11/14 12/24
really [2]  3/4 8/24
reasons [3]  10/18 11/25 12/6
Reath [1]  2/6
received [1]  14/5
recently [1]  14/2
recess [1]  16/5
recognize [1]  7/18
record [5]  5/21 6/2 9/11 11/15 16/14
recorded [1]  2/13
records [4]  5/15 10/20 10/21 14/3
reduced [1]  8/20
refers [1]  5/13
regard [1]  3/19
regarding [1]  9/7
Relates [1]  1/6
report [2]  4/12 5/13
Reporter [3]  2/9 16/11 16/18
represent [1]  3/10
request [1]  13/7
requesting [1]  10/17
reset [1]  10/12
resolve [2]  3/24 8/23
respect [3]  4/9 6/1 10/9

respond [4]  12/11 12/13 13/11 15/19
responded [1]  6/24
responding [3]  3/15 3/18 14/7
response [1]  9/9
retired [1]  14/3
Richard [1]  9/19
right [3]  6/5 10/2 13/25
Rippley [1]  11/17
rise [1]  16/6
RIVAROXABAN [1]  1/4
Robert [3]  5/18 9/18 9/21
Robertson [1]  9/20
Robinson [3]  9/21 13/2 13/2
Room [1]  2/9
Ruby [3]  9/21 15/7 15/9
rule [1]  9/1

## S

said [2]  9/17 13/21
same [1]  5/16
satisfactory [1]  6/19
satisfies [1]  5/25
say [3]  6/24 14/25 15/3
Saying [1]  9/2
says [1]  7/22
se [4]  3/12 7/20 12/22 14/9
Section [1]  1/5
see [4]  3/24 9/9 11/9 14/14
seeks [1]  4/4
September [2]  1/6 3/2
serious [3]  6/6 6/24 7/4
seriously [2]  6/6 6/25
set [1]  6/21
she [1]  10/5
sheet [1]  9/5
sheets [5]  4/22 6/11 6/12 6/13 6/14
Shepherd [1]  5/18
Shirley [1]  10/2
should [4]  4/19 6/7 7/14 14/24
show [5]  1/10 4/19 9/9 10/25 15/9
sides [1]  4/21
simply [1]  3/18
since [2]  8/19 15/11
SINDHU [4]  1/21 7/19 10/5 13/17
single [2]  6/9 10/22
Singleton [1]  9/21
sir [2]  14/12 14/20
situation [1]  6/24
situations [1]  8/24
Slark [1]  9/21
Smith [4]  9/21 15/5 15/7 15/9
so [18]
software [1]  2/14
some [17]
something [5]  4/14 5/16 7/15 11/9
15/15
speaking [1]  8/6
special [1]  3/22
spell [2]  9/14 9/17
spoke [1]  14/1
spoken [1]  8/22
Square [1]  2/7
staff [1]  7/12
stand [1]  10/5
stated [1]  8/17
STATES [3]  1/1 1/11 16/11
status [4]  4/15 10/12 10/14
stay [1]  14/17
stenography [1]  2/13
still [1]  14/16

Strange [1]  11/23
Street [3]  1/16 2/4 2/9
submit [2]  6/13 9/4 9/5
submitted [1]  16/2
sufficient [1]  11/3
suggest [1]  4/8
suggested [1]  8/17
suggestion [1]  4/13
Suite [4]  1/16 1/22 2/4 2/7
supposed [1]  13/10
sure [3]  8/7 10/7 10/9

## T

take [5]  3/17 3/19 6/6 6/24 7/8
taken [1]  5/9
taking [3]  4/9 5/2 5/14
talking [1]  3/23
Terrell [1]  12/25
Texas [1]  1/22
than [2]  7/5 8/3
Thank [12]  8/11 9/15 10/15 11/14
14/16 14/20 14/21 15/23 15/24 16/3
16/4 16/5
that [79]
that's [5]  5/16 7/3 7/13 13/13 14/6
their [3]  3/9 3/18 15/4
them [23]
then [8]  3/7 3/16 3/18 4/13 6/17 6/20
11/13 12/20
there [11]  3/5 4/24 5/11 7/23 8/15 9/2
10/16 11/8 13/8 15/8 15/16
there's [11]  3/22 4/17 4/18 5/5 5/19
5/20 5/20 5/21 10/1 11/6 13/15
thereafter [1]  12/13
Therefore [1]  5/17
these [15]  4/8 4/15 5/10 6/5 7/3 7/5 7/6
7/20 8/24 9/1 9/13 10/11 10/14 11/8
11/11
they [37]
things [2]  5/1 5/2
think [8]  5/2 11/21 11/25 13/2 13/8 13/9
14/3 14/23
this [20]  4/6 5/4 5/7 5/8 6/24 7/4 8/13
9/7 11/9 13/9 13/16 14/2 14/7 14/9
14/22
those [28]
though [1]  6/10
thought [1]  14/4
three [1]  11/24
through [3]  7/21 8/16 10/22
time [6]  7/3 7/17 11/22 12/17 14/12
15/11
today [4]  7/24 8/1 8/18 16/2
Tommy [1]  11/22
Toni [2]  2/9 16/10 16/17 16/17
took [3]  4/24 4/25 5/6
transcript [1]  16/13
transcription [1]  2/14
tried [1]  14/3
tries [1]  6/18
true [1]  16/12
try [4]  7/20 8/22 9/1 15/3
trying [2]  10/19 15/3
Tusa [4]  2/9 16/10 16/17 16/17
two [6]  3/3 5/11 7/5 13/1 14/23 15/6

## U

under [1]  14/4
understand [4]  5/3 6/5 8/4 15/12
understanding [1]  16/13

## U

UNITED [3]  1/1 1/11 16/11
unsuccessful [1]  9/6
until [1]  14/5
up [4]  4/6 4/15 7/8 10/14
uploaded [1]  5/15
upon [1]  4/5
Urquhart [1]  2/2
us [3]  10/2 10/23 15/2
use [1]  5/20
using [1]  2/13

## V

valuable [1]  8/13
varied [2]  11/25 12/6
various [1]  10/18
very [2]  8/13 10/13
vigilant [1]  9/3
visit [2]  7/17 12/17

## W

waiting [1]  10/19
Walker [1]  12/2
Walter [1]  5/12
want [9]  3/16 6/2 6/3 6/8 6/25 7/18
 13/18 14/25 15/19
Warshauer [1]  1/15
was [8]  5/3 5/14 14/4 14/4 14/5 15/8
 15/10 15/10
Washington [1]  9/22
water [1]  14/4
way [1]  3/24
Wayne [3]  12/25 13/23 14/7
we [37]
Webster [1]  9/22
Welcome [1]  8/7
well [1]  10/7
were [3]  8/15 8/17 13/10
what [12]  3/8 4/5 4/5 6/13 7/22 10/4
 12/19 13/4 13/20 13/21 14/5 14/17
What's [2]  11/1 13/25
whatever [1]  4/8
when [4]  6/15 6/19 7/16 13/10
where [4]  5/12 8/21 9/3 10/16
whether [4]  3/24 5/23 6/8 14/14
which [4]  7/5 10/19 12/22 15/6
while [1]  14/1
who [8]  3/5 4/4 7/19 8/6 11/15 12/15
 12/16 15/2
why [2]  4/19 14/6
will [34]
William [1]  5/12
Williams [1]  11/18
willing [2]  7/13 13/17
willy [1]  6/25
willy-nilly [1]  6/25
wish [1]  3/9
withdraw [3]  4/2 4/4 13/3
within [1]  11/11
without [4]  7/14 12/4 12/7 12/9
wondering [1]  15/4
work [4]  6/18 7/20 8/9 10/6
worked [1]  7/24
would [14]  6/3 9/16 10/23 10/24 11/6
 11/9 11/16 12/1 12/5 12/20 12/23 13/6
 15/3 15/16

## X

XARELTO [8]  1/4 5/14 5/20 9/5 9/23
 11/19 14/2 14/8

## Y

Yes [3]  9/12 13/20 13/23
yet [1]  3/10
you [41]
your [35]
Your Honor [28]
Your Honor's [2]  4/7 8/4
Yvonne [1]  12/2