
# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| CIVIL ACTION NO.: 2:15-CV-02983 | JUDGE ELDON E. FALLON |
| BARBARA A. LOCKLEAR, | MAGISTRATE JUDGE NORTH |
| Plaintiff, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of Barbara A. Locklear, Plaintiff in this action.

**RESPECTFULLY SUBMITTED** this the 21st day of September, 2016.

WILSON LAW, P.A.

/s/ Kimberly Wilson White
Kimberly Wilson White
N.C. State Bar No. 30044
kim@wilsonlawpa.com
Marc C. Downing
N.C. State Bar No. 49169
marc@wilsonlawpa.com
1111 Haynes Street, Suite 103 (27604)
Post Office Box 10389
Raleigh, NC 27605
Tel:    (919) 890-0180
Fax:    (919) 882-1758
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: September 21, 2016

/s/ Kimberly Wilson White
Kimberly Wilson White
N.C. State Bar No. 30044
kim@wilsonlawpa.com
Marc C. Downing
N.C. State Bar No. 49169
marc@wilsonlawpa.com
1111 Haynes Street, Suite 103 (27604)
Post Office Box 10389
Raleigh, NC 27605
Tel: (919) 890-0180
Fax: (919) 882-1758
*Attorneys for Plaintiff*