## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| CIVIL ACTION NO.: 2:15-CV-02983 | JUDGE ELDON E. FALLON |
| BARBARA A. LOCKLEAR, | MAGISTRATE JUDGE NORTH |
| Plaintiff, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

### PROPOSED ORDER

Pending before the Court is movants, Keith Locklear and Alan Locklear's, Motion for Substitution of Plaintiff. The Court having reviewed such and being otherwise sufficiently advised, it is hereby **ORDERED** that the Motion for Substitution of Plaintiff is **GRANTED**.

The Clerk is hereby **DIRECTED** to substitute Keith Locklear and Alan Locklear, as Co-Executors of the Estate of Barbara Allen Lowry Locklear, deceased, for plaintiff Barbara A.

Locklear. Accordingly, the plaintiff should appear on the case style as: Plaintiffs: Keith Locklear and Alan Locklear, Co-Executors of the Estate of Barbara Allen Lowry Locklear, deceased.

Dated this the _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge