# STATE OF NORTH CAROLINA
## SCOTLAND COUNTY
### OFFICE OF REGISTER OF DEEDS

**NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**N.C. VITAL RECORDS**
**CERTIFICATE OF DEATH**

REGISTRATION DISTRICT NO. 083-70   LOCAL NO. _____   COUNTY OF DEATH: Scotland   STATE FILE NO. _____

**DECEDENT**
TYPE/PRINT IN PERMANENT BLACK, BLUE-BLACK OR BLUE INK

1a. FIRST: Barbara
1b. MIDDLE: Allen
1c. LAST: Locklear
1e. LAST NAME PRIOR TO FIRST MARRIAGE: Lowry

2. SEX: F
3a. AGE-LAST BIRTHDAY (Yrs): 83
4. DATE OF BIRTH: September 20, 1932
5. BIRTHPLACE: Robeson Co., NC
6. DATE OF DEATH: July 15, 2016

7a. PLACE OF DEATH: Nursing home/Long term care facility
7c. FACILITY NAME: Morrison Manor
7d. CITY OR TOWN: Laurinburg
7e. COUNTY OF DEATH: Scotland

8. MARITAL STATUS: Widowed
10a. DECEDENT'S USUAL OCCUPATION: Social Worker
10b. KIND OF BUSINESS/INDUSTRY: Public Schools

12a. RESIDENCE-STATE: North Carolina
12b. COUNTY: Robeson
12c. CITY OR TOWN: Pembroke
12d. STREET AND NUMBER: 505 West 5th Street
12e. INSIDE CITY LIMITS: Yes
12f. ZIP CODE: 28372
13. WAS DECEDENT EVER IN U.S. ARMED FORCES?: No

14. DECEDENT'S EDUCATION: Bachelor's degree (e.g., BA, AB, BS)
15. DECEDENT OF HISPANIC ORIGIN?: No, not Spanish/Hispanic/Latino
16. DECEDENT'S RACE: American Indian or Alaska Native — Lumbee

**PARENTS**
17. FATHER'S NAME: Allen Lowry
18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Fannie Locklear

**INFORMANT'S NAME**
19a. INFORMANT'S NAME: Alex Locklear
19b. RELATIONSHIP TO DECEDENT: Son
19c. MAILING ADDRESS: P.O. Box 1076 Pembroke, NC 28372

**DISPOSITION**
20a. METHOD OF DISPOSITION: Burial
20b. PLACE OF DISPOSITION: Harpers Ferry Baptist Church Cemetery
20c. LOCATION: Pembroke, NC
21a. SIGNATURE OF FUNERAL DIRECTOR: [signature]
21b. LICENSE NUMBER: FS# 2063
21c. NAME OF EMBALMER: James L. Deese
21d. LICENSE NUMBER: FS# 2063
22. NAME AND ADDRESS OF FUNERAL HOME: Revels Funeral Home P.O. Box 1058 Pembroke, NC 28372

**MEDICAL CERTIFICATION**
23. Part I.
a. IMMEDIATE CAUSE: Congestive Heart Failure
b. Due to: Acute on Chronic Renal Failure

24a. WAS AN AUTOPSY PERFORMED?: No
24b. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?: No

25. MANNER OF DEATH: Natural
26a. WAS CASE REFERRED TO MEDICAL EXAMINER?: No
27. TIME OF DEATH: 3:35 am
28. DID TOBACCO USE CONTRIBUTE TO DEATH?: Unknown
29. IF FEMALE: Not pregnant within past year

**CERTIFIER**
32. Certifying physician/nurse practitioner/physician assistant
33a. SIGNATURE AND TITLE OF CERTIFIER: [signature] MD
33b. LICENSE NUMBER: 98005260
33c. DATE SIGNED: 7-19-16
33d. NAME AND ADDRESS OF CERTIFIER: Villiviana Estores Juh, MD   610 Lauchwood Dr, Laurinburg, NC 28352

**REGISTRAR**
34. FOR LOCAL REGISTRAR: Wayne Raynor
35. DATE FILED: JUL 21 2016

DHHS 1872 (REVISED 08/15) N.C. VITAL RECORDS

---

Volume 96   Page NOT NUMBERED

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

**L. Page Pratt III**
Register of Deeds
Scotland County

Witness my hand and official seal this the 22nd day of July, 20 16   By: Sharon Brandon
Deputy/Assistant Register of Deeds

Any alterations or erasure voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed in left corner.