# STATE OF NORTH CAROLINA

County: Robeson

File No. 16 E 640

In The General Court Of Justice
Superior Court Division
Before the Clerk

## IN THE MATTER OF THE ESTATE OF:

Name: Barbara Allen Lowry Locklear

# LETTERS

Testamentary

G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

*BOTH FIDUCIARIES MUST SIGN ON ALL DOCUMENTS AND CANCELLED CHECKS*

**Name And Address Of Fiduciary 1**
Keith Locklear
9059 Owl Hollow Road
Maysville, KY 41056

Title Of Fiduciary 1: Co-Executor

**Name And Address Of Fiduciary 2**
Alan Locklear
PO Box 833
505 W. 5th Street
Pembroke, NC 28372

Title Of Fiduciary 2: Co-Executor

Date Of Qualification: 08/11/2016

Clerk Of Superior Court: Shelena Smith

**EX OFFICIO JUDGE OF PROBATE**

Date Of Issuance: 08/11/2016

Signature: /s/ Kristin Locklear

[X] Deputy CSC   [ ] Assistant CSC   [ ] Clerk Of Superior Court

**SEAL**

NOTE: This letter is not valid without the official seal of the Clerk of Superior Court.

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts