# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Fink v. Janssen Research & Development, LLC, et al; Civil Case No. 2:16-cv-12301*

## ORDER

In consideration of the foregoing Motion to Withdraw Plaintiff's Motion for Extension of Time Within Which to Serve Process:

IT IS HEREBY ORDERED that Plaintiffs Motion to Withdraw Plaintiff's Motion for Extension of Time Within Which to Serve Process, Document Number 4125, is hereby GRANTED.

New Orleans, Louisiana this  22nd  day of      September      , 2016.

_____
Honorable Eldon E. Fallon