UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO : | JURY TRIAL DEMANDED |

*Etoyia Barkley v. Janssen Research & Development, LLC, et al.*

CIVIL ACTION NO.: 2:16-cv-05063

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Minnie Barkley-Tookes' Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1. Motion is GRANTED

2. Minnie Barkley-Tookes, as surviving mother of Etoyia Barkley, is substituted as Plaintiff in this action.

New Orleans, Louisiana this 22nd day of September, 2016.

_____
United States District Judge

Cc: All counsel of record