IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| CIVIL ACTION NO.: 2:15-CV-02983 | JUDGE ELDON E. FALLON |
| BARBARA A. LOCKLEAR, | MAGISTRATE JUDGE NORTH |
| Plaintiff, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | |
| Defendants. | |

## ORDER

Pending before the Court is movants, Keith Locklear and Alan Locklear's, Motion for Substitution of Plaintiff. The Court having reviewed such and being otherwise sufficiently advised, it is hereby **ORDERED** that the Motion for Substitution of Plaintiff is **GRANTED**.

The Clerk is hereby **DIRECTED** to substitute Keith Locklear and Alan Locklear, as Co-Executors of the Estate of Barbara Allen Lowry Locklear, deceased, for plaintiff Barbara A.

1

Locklear. Accordingly, the plaintiff should appear on the case style as: Plaintiffs: Keith Locklear and Alan Locklear, Co-Executors of the Estate of Barbara Allen Lowry Locklear, deceased.

New Orleans, Louisiana this 22nd day of September, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge