UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT ONLY RELATES TO:**

*DAVID SHATTUCK, v. Janssen Research & Development, LLC, et al.*
*LAED USDC No 2:16-cv-03446-EEF-MBN*

### UNNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Jason Shattuck on behalf of his deceased father, David Shattuck.

1. David Shattuck filed a products liability lawsuit against defendants on April 19, 2016.

2. Subsequently, plaintiff's counsel was notified that David Shattuck died on July 13, 2016.

3. David Shattuck's products liability action against defendants survived his death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on September 14, 2016.

5. Jason Shattuck, surviving son of David Shattuck, is a proper party to substitute for plaintiff-decedent David Shattuck and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Jason Shattuck further seeks leave to amend the short form complaint (2:16-cv-03446-EEF-MBN) to substitute himself as plaintiff on behalf of plaintiff-decedent David Shattuck. David Shattuck did not pass away until after the original filing of the Joint Complaint, however a survival action claim was already asserted in the Joint Complaint (2:16-cv-02792, filed April 4, 2016). (see First Amended Short Form Complaint, attached as Exhibit 1).

Plaintiff's counsel has conferred with Defendants' counsel and Defendants do not oppose the filing of this motion.

Based on the foregoing, Jason Shattuck requests that this Court grant his request for substitution as plaintiff in this action and for leave to amend short form complaint, and further direct the Clerk to correct the caption of the Joint Complaint (2:16-cv-02792) and file the attached First Amended Short Form Complaint.

Dated: September 26, 2016

Respectfully submitted,

/s/ Lennie F. Bollinger
Lennie F. Bollinger
State Bar No. 24076894
WORMINGTON & BOLLINGER
212 E. Virginia Street
McKinney, Texas 75069
(972) 569-3930 Phone
(972) 547-6440 Facsimile
LB@wormingtonlegal.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    DATED: September 26, 2016

                                            <u>/s/ Lennie F. Bollinger</u>
                                            Lennie F. Bollinger