UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
THIS DOCUMENT RELATES TO:

*DAVID SHATTUCK, v. Janssen Research & Development, LLC, et al.*
*LAED USDC No 2:16-cv-03446-EEF-MBN*

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff Jason Shattuck be and the same is hereby **GRANTED**, and the Clerk of the Court is directed to file the First Amended Short Form Complaint into the record in this matter.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge