UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES ONLY TO: | | **JURY TRIAL DEMANDED** |

*Jason Shattuck, as Surviving Son of David Shattuck, Deceased v. Janssen Research & Development LLC, et al.*

## FIRST AMENDED SHORT FORM COMPLAINT

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint (E.D. La. No. 2:16-cv-02792) filed in *In Re Xarelto (Rivaroxaban) Products Liability,* MDL 2592 (E.D. La.) pursuant to Pretrial Order No. 11, and Plaintiff's Short Form Complaint (*2:16-cv-03446-EEF-MBN).* The following *First Amended Short Form Complaint* is utilized in the above-captioned action.

2. Originally identified individual Plaintiff and now Decedent, David Shattuck, was identified more fully in Paragraph 14 of the Plaintiffs' Joint Complaint (Case No. 2:16-cv-02792) and all allegations set forth in the Plaintiffs' Joint Complaint and Short Form Complaint (Case No. 2:16-cv-03446-EEF-MBN) are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Plaintiff files this First Amended Short Form Complaint for the reasons only to substitute Jason Shattuck as party plaintiff on behalf of his deceased father, and is not brought for the purposes of delay.

4. Plaintiff and now Decedent, David Shattuck resided in Venice, Sarasota County, Florida at the time of his death.

5. Plaintiff, Jason Shattuck, resides at 8367 Tuttle Road, Bridgeport, Madison County, New York 13030.

Respectfully submitted,

Dated: September 26, 2016

By: /s/ *Lennie F. Bollinger*
Lennie F. Bollinger
State Bar No. 24076894
WORMINGTON & BOLLINGER
212 E. Virginia Street
McKinney, Texas 75069
(972) 569-3930 Phone
(972) 547-6440 Facsimile
LB@wormingtonlegal.com

*ATTORNEY FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: September 26, 2016

/s/ *Lennie F. Bollinger*
LENNIE F. BOLLINGER