# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Carol A. Gasiorowski v. Janssen Research & Development, LLC, et al.* | MAGISTRATE JUDGE NORTH |
| Case File No. 2:16-cv-13284 | |

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting John Gasiorowski on behalf of decedent Carol A. Gasiorowski.

1. Carol A. Gasiorowski filed a products liability action against Defendants on May 10, 2016, as part of a bundled complaint, Case No. 2:16-cv-04702. On May 19, 2016, the Court entered an Order severing this action from the bundled complaint. Plaintiff filed a Short Form Complaint on July 27, 2016, and was assigned Case No. 2:16-cv-13284.

2. Carol A. Gasiorowski died on July 19, 2016. Counsel did not receive notification of her death until after the Short Form Complaint was filed.

3. Plaintiff filed a Suggestion of Death on September 26, 2016.

4. Carol A. Gasiorowski's products liability action against defendants survived her death and was not extinguished.

5. John Gasiorowski, surviving spouse of Carol A. Gasiorowksi, is a proper party to substitute for plaintiff-decedent Carol A. Gasiorowski and has proper capacity to proceed

forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. 25(a)(1).

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: September 26, 2016    LAW OFFICES OF CHARLES H. JOHNSON, PA

/s/ Charles H. Johnson
Charles H. Johnson, Esq. (#50696)
Jonathan R. Mencel, Esq. (#390056)
*Attorneys for Plaintiff*
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:    (651) 633-5685
Fax Phone:    (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Charles H. Johnson
Charles H. Johnson (MN Bar No. 50696)
Jonathan R. Mencel (MN Bar No. 390056)
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:    (651) 633-5685
Fax Phone:    (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

**ATTORNEYS FOR PLAINTIFF**