# EXHIBIT B

```
=================================
         CORNERSTONE
       14403 WALTERS RD
           HOUSTON
             TX
          77014-9998
          4800330051
09/14/2016   (800)275-8777   3:09 PM
=================================
=================================
Product              Sale   Final
Description          Qty    Price
=================================
Other                 1
First-Class           1          $34.50
Intl
Package
      (International)
      (Germany)
      (Weight:2 Lb 4.40 Oz)
      (Custom #:LC889874945US)
Registered            1          $13.95
      (Amount:$0.00)
      (USPS Registered Mail #)
      (RE432762733US)
Return                1           $3.85
Receipt
PM 2-Day              1          $12.80
      (Domestic)
      (WILMINGTON, DE  19808)
      (Weight:2 Lb 6.10 Oz)
      (Expected Delivery Day)
      (Friday 09/16/2016)
Certified             1           $3.30
      (USPS Certified Mail #)
      (70150640000483176622)
Return                1           $2.70
Receipt
      (USPS Return Receipt #)
      (9590940217846074138618)
---------------------------------
Total                            $71.10

Debit Card Remit'd               $71.10
      (Card Name:Debit Card)
      (Account #:XXXXXXXXXXXX9250)
      (Approval #:040916)
      (Transaction #:543)
      (Receipt #:007843)
      (Debit Card Purchase:$71.10)
      (Cash Back:$0.00)

Scan event information is available
only to Canada at this time.

Includes up to $50 insurance


************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.
```

LC889874945US

USPS® Customs Declaration — CN 22
IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From: Sender's Last Name                    First
Jacobs   Ryan
Business
Jacobs O'Hara McMullen
Address
14340 Torrey Chase
City                     State      ZIP+4
Hou                      TX      77014
Telephone/Fax or Email
281-919-2073

To: Addressee's Last Name                   First
Bayer Pharma AG
Business
Eva Gardyan-Eisenlohr
Address
Muellerstrasse 178
City                     State/Province    Post Code
13353 Berlin
Country                  Telephone/Fax or Email
Germany

2–Shipping Label (left) and Customer Copy (right)

---

Registered No.
RE432762733US

Date Stamp
0051
04

CORNERSTONE POST OFFICE
SEP 1 4 2016

| | Postage $ $34.50 | Extra Services & Fees (continued) | |
| | | ☐ Signature Confirmation $ | |
| Extra Services & Fees | | ☐ Signature Confirmation Restricted delivery $ | |
| ☐ Registered Mail $ $13.95 | | | |
| ☐ Return Receipt (hardcopy) $ $3.85 | | | |
| ☐ Return Receipt (electronic) $ $0.00 | | Total Postage & Fees $ $52.30 | |
| ☐ Restricted Delivery $ $0.00 | | | |
| Customer Must Declare Full Value $ $0.00 | | Received by 09/14/2016 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

HOUSTON

OFFICIAL USE

FROM   Ryan Jacobs
Jacobs O'Hara McMullen
14340 Torrey Chase Blvd Suite 360
Houston, TX 77014

TO   Eva Gardyan-Eisenlohr, Gen Counsel
Bayer Pharma AG
Muellerstrasse 178
13353 Berlin Germany

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)