UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Bruce Blackburn, Individually and as Representative of the Estate of Kathleen Blackburn*<br><br>*v.*<br><br>*Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al*<br><br>No. 2:16-cv-12459 | SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff Bruce Blackburn, Individually and as Representative of the Estate of Kathleen Blackburn, by and through undersigned counsel, and files this Notice of Submission of Plaintiff's Motion for Extension of Time to Serve Process before the Honorable Judge Eldon E. Fallon on October 12, 2016 at 9:00 A.M.

Signed: September 27, 2016

Respectfully Submitted,

*Patrick O'Hara*

_____
**JACOBS O'HARA MCMULLEN, P.C.**
J.D. MCMULLEN – TSB#: 24051694
RYAN NICOLE JACOBS-TSB#: 24058147
PATRICK O'HARA-TSB#: 24060353

>14340 Torrey Chase Blvd., Suite 360
>Houston, Texas 77014
>Tel.: (281) 919-2073
>Fax: (713) 583-0306
>pjo@jomlawfirm.com
>rnj@jomlawfirm.com
>
>**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all Counsel of Record on this 27th day of September 2016.

>Respectfully Submitted,
>
>*Patrick O'Hara*
>_____
>**JACOBS O'HARA MCMULLEN, P.C.**