# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action
Case 2:14-md-02592-EEF-MBN Document 4242-2 Filed 09/27/16 Page 2 of 5
Case 2:16-cv-12467-EEF-MBN Document 4 Filed 09/13/16 Page 1 of 4

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

MEGHAN HENDERSON, and her spouse )
MICHAEL HENDERSON )

*Plaintiff(s)*

v.

Civil Action No. 2:16-cv-12467 L(5)

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a
JOHNSON AND JOHNSON RESEARCH AND
DEVELOPMENT LLC, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BAYER PHARMA AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
GERMANY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JACOBS O'HARA MCMULLEN, PC
14340 TORREY CHASE BLVD, SUITE 360
HOUSTON, TX 77014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*William W. Blevins*
Name of clerk of court

Date: Sep 13 2016

Deputy clerk's signature

Case 2:14-md-02592-EEF-MBN Document 4242-2 Filed 09/27/16 Page 3 of 5
Case 2:16-cv-12467-EEF-MBN Document 2 Filed 09/13/16 Page 3 of 4
AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-12467

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action
Case 2:14-md-02592-EEF-MBN Document 4242-2 Filed 09/27/16 Page 4 of 5
Case 2:16-cv-12467-EEF-MBN Document 4 Filed 09/13/16 Page 3 of 4

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| MEGHAN HENDERSON, and her spouse<br>MICHAEL HENDERSON<br><br>*Plaintiff(s)*<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a<br>JOHNSON AND JOHNSON RESEARCH AND<br>DEVELOPMENT LLC, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:16-cv-12467 L(5)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bayer Healthcare Pharmaceuticals, Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Road
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: JACOBS O'HARA MCMULLEN, PC
14340 TORREY CHASE BLVD, SUITE 360
HOUSTON, TX 77014

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**William W. Blevins**
Name of clerk of court

Date: Sep 13 2016 _____
Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-cv-12467

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]