# EXHIBIT B

```
==========================================
              CORNERSTONE
           14403 WALTERS RD
               HOUSTON
                 TX
              77014-9998
              4800330051
09/14/2016    (800)275-8777   3:09 PM
==========================================
==========================================
Product             Sale        Final
Description         Qty         Price

Other                1
First-Class          1         $34.50
Intl
Package
    (International)
    (Germany)
    (Weight:2 Lb 4.40 Oz)
    (Custom #:LC889874945US)
Registered           1         $13.95
    (Amount:$0.00)
    (USPS Registered Mail #)
    (RE432762733US)
Return               1          $3.85
Receipt
PM 2-Day             1         $12.80
    (Domestic)
    (WILMINGTON, DE 19808)
    (Weight:2 Lb 6.10 Oz)
    (Expected Delivery Day)
    (Friday 09/16/2016)
Certified            1          $3.30
    (USPS Certified Mail #)
    (70150640000483176622)
Return               1          $2.70
Receipt
    (USPS Return Receipt #)
    (95909402178460741386l8)
-------------------------------------------
Total                          $71.10

Debit Card Remit'd             $71.10
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXXX9250)
    (Approval #:040916)
    (Transaction #:543)
    (Receipt #:007843)
    (Debit Card Purchase:$71.10)
    (Cash Back:$0.00)

Scan event information is available
only to Canada at this time.

Includes up to $50 insurance


*******************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
*******************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.
```

**USPS Customs Declaration – CN 22** — LC889874945US

From:
- Sender's Last Name: Jacobs / First: Ryan
- Business: Jacobs O'Hara McMullen
- Address: 14340 Torrey Chase
- City: Hou, State: TX, ZIP: 77014
- Telephone: 281-919-2073

To:
- Addressee's Last Name: Bayer Pharma AG
- Business: Eva Gardyan-Eisenlohr
- Address: Muellerstrasse 178
- City: 13353 Berlin
- Country: Germany

**PS Form 3806, Registered Mail Receipt** — Registered No. RE432762733US

- Postage: $34.50
- Registered Mail: $13.95
- Return Receipt (hardcopy): $3.85
- Return Receipt (electronic): $0.00
- Restricted Delivery: $0.00
- Total Postage & Fees: $52.30
- Received by: 09/14/2016
- Date Stamp: CORNERSTONE POST OFFICE, SEP 1 4 2016, HOUSTON TX 77014
- Customer Must Declare Full Value: $0.00

FROM: Ryan Jacobs, Jacobs O'Hara McMullen, 14340 Torrey Chase Blvd Suite 360, Houston, TX 77014

TO: Eva Gardyan-Eisenlohn, Gen Counsel, Bayer Pharma AG, Muellerstrasse 178, 13353 Berlin Germany