**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENT RELATES TO:** | **MDL NO. 2592** |
| *MEGHAN HENDERSON, and her spouse, MICHAEL HENDERSON* | SECTION: L |
| *v.* | JUDGE: ELDON E. FALLON |
| *Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* | MAG. JUDGE: MICHAEL NORTH |
| **No. 2:16-cv-12467** | |

## ORDER FOR PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

BEFORE THE COURT is Plaintiffs MEGHAN HENDERSON, and her spouse, MICHAEL HENDERSON's Motion for Extension of Time Within Which to Serve Process. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs MEGHAN HENDERSON, and her spouse, MICHAEL HENDERSON's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG, through the streamlined process as set forth in this Court's Pre-Trial order No. 10 and 10B is GRANTED. Plaintiffs' shall have an additional 60 days within which to serve process on Bayer Pharma AG from the date of this order.

Dated: _____

_____
Judge Eldon E. Fallon

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the

Court using CM/ECF system which will send notification of such filing to all Counsel of Record

on this 27th day of September 2016.


Respectfully Submitted,


_____

**JACOBS O'HARA MCMULLEN, P.C.**
J.D. MCMULLEN – TSB#: 24051694
RYAN NICOLE JACOBS-TSB#: 24058147
PATRICK O'HARA-TSB#: 24060353
14340 Torrey Chase Blvd., Suite 360
Houston, Texas 77014
Tel.: (281) 919-2073
Fax: (713) 583-0306
pjo@jomlawfirm.com
rnj@jomlawfirm.com

**ATTORNEYS FOR PLAINTIFF**