UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO:<br><br>*ROBERT USHER and his spouse, BARB USHER*<br><br>*v.*<br><br>*Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al*<br><br>**No. 2:16-cv-12470** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

COMES NOW Plaintiffs, ROBERT USHER and his spouse, BARB USHER, by and through undersigned counsel, in the above-listed action and respectfully requests that this Court grant their Motion for Extension of Time Within Which to Serve Process and that this Court issue an Order allowing them an additional sixty (60) days from the date of same to serve the Complaint and Summons in the above-listed action on Bayer Pharma AG through the streamlined service procedures for informal service of process set forth in Pre-Trial Order #10 and 10B. A brief memorandum in support of Plaintiffs' Motion is submitted herewith.

Dated: September 27, 2016

                                                          Respectfully Submitted,

                                                          *Patrick O'Hara*
                                                          _____
                                                          **JACOBS O'HARA MCMULLEN, P.C.**
                                                          PATRICK O'HARA-TSB#: 24060353
                                                          J.D. MCMULLEN – TSB#: 24051694

> RYAN NICOLE JACOBS-TSB#: 24058147
> 14340 Torrey Chase Blvd., Suite 360
> Houston, Texas 77014
> Tel.: (281) 919-2073
> Fax: (713) 583-0306
> rnj@jomlawfirm.com
> pjo@jomlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby that a copy of the above and foregoing Motion for Extension of Time Within Which to Serve Process has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: September 27, 2016

E-FILE
CM/ECF FILER

_____
PATRICK O'HARA