# EXHIBIT B

```
========================================
             CORNERSTONE
           14403 WALTERS RD
               HOUSTON
                 TX
              77014-9998
              4800330051
09/14/2016    (800)275-8777   3:09 PM
========================================
========================================
Product              Sale        Final
Description          Qty         Price

Other                 1
First-Class           1         $34.50
 Intl
 Package
   (International)
   (Germany)
   (Weight:2 Lb 4.40 Oz)
   (Custom #:LC889874945US)
Registered            1         $13.95
   (Amount:$0.00)
   (USPS Registered Mail #)
   (RE432762733US)
Return                1          $3.85
Receipt
PM 2-Day              1         $12.80
   (Domestic)
   (WILMINGTON, DE 19808)
   (Weight:2 Lb 6.10 Oz)
   (Expected Delivery Day)
   (Friday 09/16/2016)
Certified             1          $3.30
   (USPS Certified Mail #)
   (70150640000483176622)
Return                1          $2.70
Receipt
   (USPS Return Receipt #)
   (95909402178460741386180)
_____
Total                           $71.10

Debit Card Remit'd              $71.10
   (Card Name:Debit Card)
   (Account #:XXXXXXXXXXXX9250)
   (Approval #:040916)
   (Transaction #:543)
   (Receipt #:007843)
   (Debit Card Purchase:$71.10)
   (Cash Back:$0.00)

Scan event information is available
only to Canada at this time.

Includes up to $50 insurance


****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
****************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.
```

---

**LC889874945US**

**USPS® Customs Declaration – CN 22**

IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From:
- Sender's Last Name: Jacobs    First: Ryan
- Business: Jacobs O'Hara McMullen
- Address: 14340 Torrey Chase
- City: Hou    State: TX    ZIP+4: 77014
- Telephone/Fax or Email: 281-919-2073

To:
- Addressee's Last Name: Bayer Pharma AG    First:
- Business: Eva Gardyan-Eisenlohr
- Address: Muellerstrasse 178
- City: 13353 Berlin    State/Province:    Post Code:
- Country: Germany
- Telephone/Fax or Email:

2 - Shipping Label (left) and Customer Copy (right)

---

**Registered No. RE432762733US**    **Date Stamp**

Postage $ 34.50

Extra Services & Fees
- Registered Mail $ 13.95
- Return Receipt (hardcopy) $ 3.85
- Return Receipt (electronic) $ 0.00
- Restricted Delivery $ 0.00

Extra Services & Fees (continued)
- ☐ Signature Confirmation $
- ☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ 52.30

Customer Must Declare Full Value $ 0.00

Received by: 09/14/2016

HOUSTON    OFFICIAL USE

CORNERSTONE POST OFFICE SEP 14 2016 HOUSTON TX 77014

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

FROM:
Ryan Jacobs
Jacobs O'Hara McMullen
14340 Torrey Chase Blvd Suite 360
Houston, TX 77014

TO:
Eva Gardyan-Eisenlohr, Gen Counsel
Bayer Pharma AG
Muellerstrasse 178
13353 Berlin Germany

PS Form 3806, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)