## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENT RELATES TO:** | **MDL NO. 2592** |
| *ROBERT USHER and his spouse,*<br>*BARB USHER* | SECTION: L |
| *v.* | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE: MICHAEL NORTH |
| *Janssen Research & Development LLC f/k/a*<br>*Johnson & Johnson Pharmaceutical Research*<br>*and Development, LLC, et al* | |
| **No. 2:16-cv-12470** | |

### ORDER FOR PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

BEFORE THE COURT is Plaintiffs ROBERT USHER and his spouse, BARB USHER

Motion for Extension of Time Within Which to Serve Process. Upon consideration of the pleadings

and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs ROBERT USHER and his spouse, BARB USHER's

Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG,

through the streamlined process as set forth in this Court's Pre-Trial order No. 10 and 10B is

GRANTED.   Plaintiffs' shall have an additional 60 days within which to serve process on Bayer

Pharma AG from the date of this order.

Dated: _____                    _____

                                                Judge Eldon E. Fallon

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the

Court using CM/ECF system which will send notification of such filing to all Counsel of Record

on this 27th day of September 2016.

Respectfully Submitted,

_Patrick O'Hara_

_____
**JACOBS O'HARA MCMULLEN, P.C.**
J.D. MCMULLEN – TSB#: 24051694
RYAN NICOLE JACOBS-TSB#: 24058147
PATRICK O'HARA-TSB#: 24060353
14340 Torrey Chase Blvd., Suite 360
Houston, Texas 77014
Tel.: (281) 919-2073
Fax: (713) 583-0306
pjo@jomlawfirm.com
rnj@jomlawfirm.com

**ATTORNEYS FOR PLAINTIFF**