# EXHIBIT B

```
========================================
              CORNERSTONE
           14403 WALTERS RD
                HOUSTON
                  TX
              77014-9998
              4800330051
09/14/2016    (800)275-8777    3:09 PM
========================================
========================================
Product              Sale        Final
Description          Qty         Price

Other                 1
First-Class           1          $34.50
Intl
Package
    (International)
    (Germany)
    (Weight:2 Lb 4.40 Oz)
    (Custom #:LC889874945US)
Registered            1          $13.95
    (Amount:$0.00)
    (USPS Registered Mail #)
    (RE432762733US)
Return                1          $3.85
Receipt
PM 2-Day              1          $12.80
    (Domestic)
    (WILMINGTON, DE  19808)
    (Weight:2 Lb 6.10 Oz)
    (Expected Delivery Day)
    (Friday 09/16/2016)
Certified             1          $3.30
    (USPS Certified Mail #)
    (70150640000483176622)
Return                1          $2.70
Receipt
    (USPS Return Receipt #)
    (95909402178460741386118)

Total                            $71.10

Debit Card Remit'd               $71.10
    (Card Name:Debit Card)
    (Account #:XXXXXXXXXXXX9250)
    (Approval #:040916)
    (Transaction #:543)
    (Receipt #:007843)
    (Debit Card Purchase:$71.10)
    (Cash Back:$0.00)

Scan event information is available
only to Canada at this time.

Includes up to $50 insurance


****************************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting
cards available for purchase at select
Post Offices.
****************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.
```

**LC889874945US**
**USPS® Customs Declaration – CN 22**
IMPORTANT: The item/parcel may be opened officially. See Privacy Notice on reverse of Sender's Instructions page. Please print in English and press firmly; you are making multiple copies.

From:
Sender's Last Name: Jacobs    First: Ryan
Business: Jacobs O'Hara McMullen
Address: 14340 Torrey Chase
City: Hou    State: TX    ZIP+4: 77014
Telephone/Fax or Email: 281-919-2073

To:
Addressee's Last Name: Bayer Pharma AG    First:
Business: Eva Gardyan-Eisenlohr
Address: Muellerstrasse 178
City: 13353 Berlin
Country: Germany

2-Shipping Label (left) and Customer Copy (right)

---

**Registered No. RE432762733US**    **Date Stamp** 0051 04

Postage $ $34.50
Extra Services & Fees
Registered Mail $ $13.95
Return Receipt (hardcopy) $ $3.85
Return Receipt (electronic) $ $0.00
Restricted Delivery $ $0.00

Extra Services & Fees (continued)
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Total Postage & Fees $ $52.30

Customer Must Declare Full Value $0.00
Received by: 09/14/2016
HOUSTON OFFICIAL USE

CORNERSTONE POST OFFICE SEP 1 4 2016 HOUSTON TX 77014

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

FROM:
Ryan Jacobs
Jacobs O'Hara McMullen
14340 Torrey Chase Blvd Suite 360
Houston, TX 77014

TO:
Eva Gardyan-Eisenlohr, Gen Counsel
Bayer Pharma AG
Muellerstrasse 178
13353 Berlin Germany

PS Form **3806**, Registered Mail Receipt    Copy 1 - Customer
April 2015, PSN 7530-02-000-9051    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®