UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO:<br><br>*KELLY WADE and her spouse,<br>ROBERT WADE*<br><br>*v.*<br><br>*Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al*<br><br>**No. 2:16-cv-12463** | **MDL NO. 2592**<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## NOTICE OF SUBMISSION

COMES NOW Plaintiffs Kelly Wade and her spouse, Robert Wade, by and through undersigned counsel, and files this Notice of Submission of Plaintiffs' Motion for Extension of Time to Serve Process before the Honorable Judge Eldon E. Fallon on October 12, 2016 at 9:00 A.M.

Signed: September 27, 2016

Respectfully Submitted,

*Patrick O'Hara*

_____
**JACOBS O'HARA MCMULLEN, P.C.**
J.D. MCMULLEN – TSB#: 24051694
RYAN NICOLE JACOBS-TSB#: 24058147
PATRICK O'HARA-TSB#: 24060353
14340 Torrey Chase Blvd., Suite 360
Houston, Texas 77014

Tel.: (281) 919-2073  
Fax: (713) 583-0306  
rnj@jomlawfirm.com  
pjo@jomlawfirm.com  

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all Counsel of Record on this 27th day of September 2016.

Respectfully Submitted,

*/s/ Patrick O'Hara*

_____
**JACOBS O'HARA MCMULLEN, P.C.**