UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :   MDL No. 2592
PRODUCTS LIABILITY LITIGATION :
                              :   SECTION L
                              :
                              :   JUDGE ELDON E. FALLON
                              :
                              :   MAGISTRATE JUDGE NORTH

<u>**JURY TRIAL DEMANDED**</u>

**THIS DOCUMENT RELATES TO:**

**FERNANDO MALDONADO v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:15-cv-06080

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff and moves this Honorable Court for an order substituting **SUSAN MITCHELL** on behalf of her deceased spouse, **DENNIS MITCHELL**, for the following reasons:

I.

On November 19, 2015 **DENNIS MITCHELL** filed a Complaint in the above referenced matter.

II

On June 27, 2016, **DENNIS MITCHELL** died.

III.

The decedent's spouse, **SUSAN MITCHELL**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **DENNIS MITCHELL**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 28th day of September, 2016.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., & Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

Date: 9/28/2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September, 2016 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ John Jewell Pace
**JOHN JEWELL PACE (#1115)**