UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         *     MDL No. 2592
PRODUCTS LIABILITY LITIGATION        *
                                     *     SECTION L
                                     *     JUDGE ELDON E. FALLON
                                     *     MAGISTRATE JUDGE NORTH

*************************************
THIS DOCUMENT RELATES TO:

*DAVID SHATTUCK, v. Janssen Research & Development, LLC, et al.*
*LAED USDC No 2:16-cv-03446-EEF-MBN*

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff Jason Shattuck be and the same is hereby **GRANTED**, and the Clerk of the Court is directed to file the First Amended Short Form Complaint into the record in this matter.

New Orleans, Louisiana this 27th day of September, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge