```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

                                          Date:   9/29/2016

                                          Reinhart Anderson, et al.

                                                     vs.

                                        Janssen Research and Development LLC, et al.

                                    Case No.  2:15cv04938   Section ____

Dear Sir:

    Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( XXX  amended complaint) (third party complaint) (other : _____ ) to the following:

    1.  (name)  All Defendants (Summonses are also being refiled with this request)
        (address) _____
    2.  (name) _____
        (address) _____
    3.  (name) _____
        (address) _____
    4.  (name) _____
        (address) _____

                                        Very truly yours,

                                        s/ Chance M. Farr
                                        "Signature"

                            Attorney for   Plaintiffs

                            Address   1539 Health Care Dr., Rock Hill, SC 29732