**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  **:**
**PRODUCTS LIABILITY LITIGATION** **:**  **MDL No. 2592**
           **:**
           **:**  **SECTION L**
           **:**
           **:**  **JUDGE ELDON E. FALLON**
           **:**
_____**:**  **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**   **JURY TRIAL DEMANDED**

**Valary Johnson**

CIVIL ACTION NO.: 2:15-cv-770

<u>**PLAINTIFF'S MOTION FOR**</u>

<u>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**</u>

   COME NOW, Plaintiff **Valary Johnson**, in the above reference civil action, and by and through her counsel of records hereby files a Motion for Voluntary Dismissal of this actions without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own costs.

   WHEREFORE, Plaintiff hereby requests that her claims against all defendants in this action be voluntarily dismissed, without prejudice.

Date: September 29, 2016

            **HILLIARD MUÑOZ GONZALES LLP**
            By: /s/ Robert C. Hilliard
             Robert C. Hilliard
             Texas Bar No. 09677700
             Catherine Tobin
             Texas State Bar No. 24013642
             T. Christopher Pinedo
             Texas State Bar No. 00788935
             John Martinez
             Texas State Bar No. 24010212

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
***Attorneys for Plaintiff***

## CERTIFICATE OF CONFERENCE

Pursuant to Pre Trial Order 24 and 24A, I, by signature below, certify that I have conferred, or made a reasonable attempt to confer, with all other parties which are listed below regarding the filing of this motion and they are opposed to this Motion. Furthermore, I certify that Plaintiff has complied with the filing fee payment provisions of PTO No. 11B (Rec. Doc. 1117) and that all applicable filing fees have been paid.

**Via Electronic Mail: jirwin@irwinllc.com**
James Irwin

**Via Electronic Mail: susan.sharko@dbr.com**
Susan Sharko

**Via Electronic Mail: steven.glickstein@kayescholer.com**
Steven Glickstein


/s/ T. Christopher Pinedo
T. Christopher Pinedo

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**          <u>**JURY TRIAL DEMANDED**</u>

**Valary Johnson**

CIVIL ACTION NO.: 2:15-cv-770

<u>**CERTIFICATE OF SERVICE**</u>

        I hereby certify that a copy of the above and foregoing Plaintiff's Motion to Voluntarily

Dismiss has contemporaneously with or before filing been served on all parties or their attorneys

a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via

MDL Centrality, which will send notice of electronic filing in accordance with the procedures

established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**HILLIARD MUÑOZ GONZALES LLP**
By: /s/ T. Christopher Pinedo
        Robert C. Hilliard
        Texas Bar No. 09677700
        Catherine Tobin
        Texas State Bar No. 24013642
        T. Christopher Pinedo
        Texas State Bar No. 00788935
        John Martinez
        Texas State Bar No. 24010212
        719 S. Shoreline Boulevard, Suite 500
        Corpus Christi, Texas 78401
        361-882-1612 Office
        361-882-3015 Fax
        *Attorneys for Plaintiff*
