UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO: **JURY TRIAL DEMANDED**

**James Dunlap, Individually And As Personal Representative Of The Estate Of Barbara Jean Dunlap**

CIVIL ACTION NO.: 2:15-cv-6502

## ORDER

    IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against all defendants in Dunlap v. Janssen Research & Development, LLC, et al (2:15-cv-6502) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

    Signed, this _____ day of _____, 2016

                                                                     _____
                                                                     Hon. Eldon E. Fallon
                                                                     U.S. District Court Judge