# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)           :
PRODUCTS LIABILITY LITIGATION          :          MDL No. 2592
                                       :
                                       :          SECTION L
                                       :
                                       :          JUDGE ELDON E. FALLON
                                       :
_____ :          MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

Samuel Edward Turner

CIVIL ACTION NO.: 2:15-cv-6781

## ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Without Prejudice is hereby GRANTED and that Plaintiff's claims against all defendants in Turner v. Janssen Research & Development, LLC, et al (2:15-cv-6781) are hereby voluntarily DISMISSED, without prejudice, each party to bear their own costs.

Signed, this _____ day of _____, 2016

_____
Hon. Eldon E. Fallon
U.S. District Court Judge