UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

Calvin Buettner and Robin Buettner v. Janssen Research & Development, LLC, et al.

Civil Action No. 2:15-cv-06270

### NOTICE OF DEATH OF PLAINTIFF

    In accordance with Federal Rules of Civil Procedure 25(a), counsel for Plaintiffs, Calvin Buettner and Robin Buettner, hereby notifies the Court and the Parties hereto of the death of Plaintiff Calvin Buettner during the pendency of this Action. Counsel for Plaintiffs anticipates filing a Motion to Substitute a Party in the near-term.

Dated: September 29, 2016                                                    Respectfully Submitted,

                                                                                                                               By: /s/ Lauren Weitz
                                                                                                                                 Lauren Weitz
                                                                                                                                  WEITZ & LUXENBERG, P.C.
                                                                                                                                  700 Broadway
                                                                                                                                  New York, NY 10003
                                                                                                                                  Telephone: (212) 558-5556
                                                                                                                                  Facsimile: (646) 293-4370
                                                                                                                                  E-mail: lweitz@weitzlux.com

                                                                                                                                *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of September 2016, a true copy of the foregoing Notice of Death was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                  /s/ Lauren Weitz
                                                  Lauren Weitz