UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:     **JURY TRIAL DEMANDED**

*Doris Joyner v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-12547**

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Doris Joyner. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Bruce Joyner, who is the son of Doris Joyner.

Dated: September 30, 2016

         Respectfully Submitted,

         BARTIMUS, FRICKLETON and ROBERTSON, P.C.

         By: */s/ Michelle Marvel*
         Michelle Marvel    MO # 59815   KS #23511
         11150 Overbrook Road, Suite 250
         Leawood, KS 66211
         (913) 266-2300
         (913) 266-2366 Facsimile
         mmarvel@bflawfirm.com

1

GOZA & HONNOLD, L.L.C

By: */s/ Bradley D. Honnold*
Kirk J. Goza           MO # 32475
Bradley D. Honnold     MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

___/s/ *Michelle Marvel* _____