UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION :     MDL No. 2592
                                                        :
                                                        :     SECTION L
                                                        :
                                                        :     JUDGE ELDON E. FALLON
                                                        :
_____ :     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:           **JURY TRIAL DEMANDED**

*Doris Joyner v. Janssen Research & Development, LLC, et al.*
**CIVIL ACTION NO.: 2:16-cv-12547**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Bruce Joyner on behalf of his deceased mother, Doris Joyner.

1.     Doris Joyner filed a products liability lawsuit against the defendants on May 16, 2016.

2.     Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Doris Joyner died on December 22, 2015.

3.     Doris Joyner's products liability action against defendants survived her death and was not extinguished.

4.     Bruce Joyner, surviving son of Doris Joyner, is a proper party to substitute for plaintiff-decedent Doris Joyner and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Bruce Joyner requests that this Court grant his request for substitution as plaintiff in this action. Bruce Joyner is the surviving son of Doris Joyner.

Dated: September 30, 2016

Respectfully Submitted,

BARTIMUS, FRICKLETON and ROBERTSON, P.C.

By: /s/ Michelle Marvel_____
Michelle Marvel        MO # 59815   KS #23511
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 266-2300
(913) 266-2366 Facsimile
mmarvel@bflawfirm.com

GOZA & HONNOLD, L.L.C

By: /s/ Bradley D. Honnold_____
Kirk J. Goza          MO # 32475
Bradley D. Honnold    MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


___/s/ Michelle Marvel _____