UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE NORTH |

## ORDER

The Court has been informed that prior to the Order to Show Cause Hearing held on September 20, 2016, the following plaintiffs have agreed to dismiss the actions below with prejudice:

| **Name of Alleged Xarelto User:** | **Docket No.:** |
|---|---|
| ALLEN, JOHN | 2:16-cv-01771 |
| CLOYD, PATRICIA | 2:16-cv-03003 |
| MOSBY, ELIZABETH | 2:15-cv-05940 |
| PEREZ, ALMA | 2:16-cv-03007 |
| QUINN SMITH, DELETHA | 2:15-cv-05941 |
| SHELLEY, EVELYN | 2:15-cv-06319 |
| SMITH, LAURA | 2:15-cv-04672 |

Accordingly, **IT IS ORDERED** that the above-captioned cases be **DISMISSED** with prejudice, with each party to bear their own costs.

New Orleans, Louisiana this 29th day of September, 2016.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE