UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO | | |
| Case No. 2:16-cv-13759 | : | |

---

| | | |
|---|---|---|
| | : | AMENDED COMPLAINT AND |
| DANIEL RAMOS, on behalf of MIGUEL RAMOS, Deceased, | | DEMAND FOR JURY TRIAL |
| | : | |
| Plaintiff, | | |
| | : | Case No.: 2:16-cv-13759 |
| vs. | | |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG, | : : : : : : | |
| | : | |
| Defendants. | | |
| | : | |

---

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

1

The Plaintiff, Daniel Ramos, by and through the undersigned counsel, pursuant to Federal Rule of Civil Procedure 15, respectfully seeks leave to amend the Complaint to add Wrongful Death and Survival Action as Claims for Relief.  A memorandum in support of this Motion is attached.  On September 1, 2016, Kelly E. Brilleaux, an associate of James B. Irwin, Defendants' Liaison Counsel, indicated via email correspondence that Defendants do not oppose Plaintiffs' First Amended Complaint.[1]

Dated: September 6, 2016                                             RESPECTFULLY SUBMITTED,

  /s/ Zachary Lowe
Zachary Peter Lowe, Esq. (13792)
Nathan Buttars, Esq. (13659)
**Lowe Law Group**
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
Tel: 801-917-8500
Fax: 801-917-8484
pete@lowelawgroup.com
nate@lowelawgroup.com

*COUNSEL FOR PLAINTIFFS*

---

[1] Plaintiff's proposed First Amended Complaint is attached hereto as Exhibit A.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing First Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by the FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Nathan Buttars