# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L<br>JUDGE ELDON E. FALLON |
| | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>Case No. 2:16-cv-13759 | : | |

---

| | | |
|---|---|---|
| | : | FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL |
| DANIEL RAMOS, on behalf of MIGUEL RAMOS, Deceased, | | |
| | : | |
| Plaintiff, | | |
| | : | Case No.: 2:16-cv-13759 |
| vs. | | |
| | : | |
| JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT, LLC; JANSSEN ORTHO, LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA, INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC; JOHNSON & JOHNSON COMPANY; BAYER HEALTHCARE PHARMACEUTICALS, INC; BAYER PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE, LLC; BAYER HEALTHCARE AG; and BAYER AG, | : : : : : : | |
| Defendants. | : | |

---

## MEMORANDUM IN SUPPORT OF
## UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT

1

**MAY IT PLEASE THE COURT:**

The Plaintiff, Daniel Ramos, on behalf of his deceased father, Miguel Ramos, desires to amend the Complaint to add Wrongful Death and Survival Action as Claims for Relief.

Under Federal Rule of Civil Procedure 15(a)(2), leave to amend should be "freely given" to a party when it has the opposed party's written consent or the Court's leave when justice so requires.  In this case, justice requires that Daniel Ramos, on behalf of his deceased father, Miguel Ramos, be allowed to amend the Complaint to add Wrongful Death and Survival Action as Claims for Relief.  Both the Plaintiff and the Plaintiff Decedent are/were residents of Texas.  Texas allows for both Wrongful Death and Survival Action claims pursuant to Tex. Civ. Prac. & Rem. Code Ann. §§ 71.001 to 71.051.  Justice requires that these claims be included in the Complaint.  Furthermore, Defendants do not oppose Plaintiff's First Amended Complaint.

## **CONCLUSION**

The Plaintiff, Daniel Ramos, on behalf of his deceased father, Miguel Ramos, respectfully request that he be allowed to amend his Complaint to add Wrongful Death and Survival Action as Claims for Relief.

Dated: September 6, 2016                                              RESPECTFULLY SUBMITTED,

    /s/ Zachary Lowe
Zachary Peter Lowe, Esq. (13792)
Nathan Buttars, Esq. (13659)
**Lowe Law Group**
6028 S. Ridgeline Drive, Suite 200
Ogden, UT 84405
Tel: 801-917-8500
Fax: 801-917-8484
pete@lowelawgroup.com
nate@lowelawgroup.com

*COUNSEL FOR PLAINTIFFS*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing First Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by the FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Nathan Buttars