UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L<br>JUDGE ELDON E. FALLON |
| ---------------------------------------- | : | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO<br>*Ramos v. Janssen Research & Development, LLC, et al.*<br>Case No.: 2:16-cv-13759 | : | |
| | : | |

## **ORDER**

AND NOW, on this _____ day of _____, 2016, upon consideration of the Plaintiff's Unopposed Motion to Amend Complaint, it is hereby ORDERED that said Motion is GRANTED. The Clerk is hereby directed to enter Plaintiff's Amended Complaint (Exhibit "A" to Plaintiff's Motion to Amend) on the docket into the record in this matter.

By the Court,

_____
UNITED STATES DISTRICT COURT JUDGE