# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: : | |
| THE CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE NORTH |

## ORDER

This Court has been informed that prior to the Order to Show Cause Hearing held on September 20, 2016, the following plaintiffs resolved the deficiencies identified by Defendants.

| **Name of Alleged Xarelto User:** | **Docket No.:** |
|---|---|
| CHELLEW, MARGIE | 2:16-cv-02733 |
| BOMARK NOEL, KJELL | 2:15-cv-06194 |
| DEDEAR, PAMELA | 2:15-cv-03107 |
| DOUBLIN, JANET | 2:15-cv-03094 |
| GELERTER, GERALD | 2:15-cv-07173 |
| HEDRICK, WALTER | 2:16-cv-00414 |
| KAZER, MARY | 2:16-cv-03641 |
| KEITH, WELTON | 2:15-cv-07115 |
| MCMILLIAN, JACQUELINE | 2:15-cv-01138 |
| MOORE, MARLEENA | 2:15-cv-07117 |
| POZO, APRIL | 2:15-cv-03008 |
| RINCON, MARIO | 2:16-cv-03010 |
| SHEPHERD, ROBERT | 2:15-cv-06759 |
| SHIRLEY, FRANK | 2:16-cv-02009 |
| STAYTON, DAIRREL | 2:16-cv-02989 |
| SUMMERS, WILLIAM | 2:16-cv-02991 |

| Name of Alleged Xarelto User: | Docket No.: |
| --- | --- |
| TERBEEK, RUSSELL | 2:16-cv-02995 |
| VALENTA, VIRGINIA | 2:16-cv-02350 |

Accordingly, **IT IS ORDERED** that the above-captioned cases should not be dismissed, and should be permitted to proceed accordingly:

New Orleans, Louisiana this 29th day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE