UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES ON ATTACHED EXHIBIT LIST | : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

## ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on September 20, 2016, **IT IS ORDERED** that the following plaintiffs shall be given until November 21, 2016, to remedy the Plaintiff Fact Sheet deficiency identified by Defendants. Failure to remedy the deficiencies by this date shall result in a dismissal of Plaintiff's case with prejudice:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Breland, Milford | The Driscoll Firm[1] | 2:15-cv-07167 |
| 2. | Clark, Frank | Fears Nachawati, PLLC | 2:16-cv-03002 |
| 3. | Crowder, James | Grant & Eisenhofer P.A. | 2:16-cv-01136 |
| 4. | Erler, Joseph | Grant & Eisenhofer | 2:16-cv-01137 |
| 5. | Howard, Calvin | Hilliard Munoz Gonzales LLP | 2:15-cv-06606 |
| 6. | Jones, Chezarea | The Driscoll Firm | 2:15-cv-06376 |
| 7. | Mabon, Mamie | Grant & Eisenhofer P.A. | 2:15-cv-06263 |
| 8. | Moore, Oscar | Grant & Eisenhofer P.A. | 2:16-cv-01213 |
| 9. | Napier, Abbie | Kennedy Hodges, LLP | 2:15-cv-07094 |
| 10. | Perkins, Tommy | Beasley Allen | 2:16-cv-01267 |
| 11. | Pope, Mary | Bernstein Liebhard LLP | 2:16-cv-00463 |
| 12. | Rippley, Gina | Stark & Stark | 2:16-cv-01402 |

---

[1] The Driscoll Firm's pending motion to withdraw as counsel shall not affect plaintiff's obligations under this order.

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 13. | Strano, Josephine | The Mulligan Law Firm | 2:16-cv-02156 |
| 14. | Williams, Ozella | Grant & Eisenhofer P.A. | 2:16-cv-01139 |

New Orleans, Louisiana, on this 29th day of September, 2016.

_____
United States District Court Judge