## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES ON ATTACHED EXHIBIT LIST | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

### ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on September 20, 2016, **IT IS ORDERED** that the following plaintiffs shall be given until October 20, 2016, to remedy the Plaintiff Fact Sheet deficiency identified by Defendants.  Failure to remedy the deficiencies by this date shall result in a dismissal of Plaintiff's case with prejudice.

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Bowens, Nathaniel | Salim-Beasley, LLC | 2:15-cv-07160 |
| 2. | Candler, Deborah | Murphy Law Firm | 2:16-cv-07217 |
| 3. | Clemons-Walker , Yvonne | Sanders Phillips Grossman, LLC | 2:15-cv-04672 |
| 4. | Gohl, Michael | Sanders Phillips Grossman, LLC | 2:15-cv-04040 |
| 5. | Payne, Bonita | The Lanier Law Firm | 2:16-cv-00091 |
| 6. | Smith, Ruby | The Lanier Law Firm | 2:16-cv-00053 |

New Orleans, Louisiana, on this 29th day of September 2016.

_____

United States District Court Judge

1