UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO ALL : CASES ON ATTACHED EXHIBIT LIST : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on September 20, 2016, **IT IS ORDERED** that the following plaintiffs are dismissed with prejudice:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Abenila, Julia | Cutter Law, P.C. | 2:16-cv-01233 |
| 2. | Allen, Robert | The Lanier Law Firm | 2:16-cv-00189 |
| 3. | Bing, Shirley Sue | Aylstock, Witkin, Kreis & Overholtz PLLC | 2:16-cv-01123[1] |
| 4. | Blankenship, Linda | The Michel Brady Lynch Law Firm | 2:15-cv-01575 |
| 5. | Bucco, Frances | Simmons Hanly Conroy | 2:16-cv-00576 |
| 6. | Caldwell, Dale | Bernstein Liebhard LLP | 2:15-cv-06957 |
| 7. | Chappell, Mildred | The Mulligan Law Firm | 2:16-cv-00783 |
| 8. | Costa, Barry | Simmons Hanly Conroy | 2:16-cv-00580 |
| 9. | Faria, Antonio | Simmons Hanly Conroy | 2:16-cv-00592 |
| 10. | Gilmore, Elka | Wormington & Bollinger | 2:16-cv-00136 |
| 11. | Green, Eddie | Burke Harvey, LLC | 2:15-cv-05936 |
| 12. | Halford, Eleanor | Bernstein Liebhard LLP | 2:15-cv-06156 |
| 13. | Herrera, Frances | Simmons Hanly Conroy | 2:16-cv-00599 |
| 14. | Jaysura, Linda | The Benton Law Firm | 2:16-cv-02252 |
| 15. | Kaleta, Richard | Simmons Hanly Conroy | 2:16-cv-00605 |
| 16. | Kelly, Mary Jane | Simmons Hanly Conroy | 2:16-cv-00608 |
| 17. | Mann, George | Burke Harvey, LLC | 2:15-cv-05939 |
| 18. | Mullens, Angela | Wormington & Bollinger | 2:16-cv-00140 |
| 19. | Robertson, Linda | Simmons Hanly Conroy | 2:16-cv-00627 |
| 20. | Robinson, Louise | Simmons Hanly Conroy | 2:16-cv-00628 |

---

[1] This dismissal shall not affect the lawsuit filed by Shirley Sue Bing, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-00998.

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 21. | Singleton, Robert | Burke Harvey, LLC | 2:16-cv-00393 |
| 22. | Slark, Pamela | Simmons Hanly Conroy | 2:16-cv-00634 |
| 23. | Washington, Lena | Simmons Hanly Conroy | 2:16-cv-00647 |
| 24. | Webster, Daniel | Bernstein Liebhard LLP | 2:16-cv-01090 |

New Orleans, Louisiana, on this 29th day of September, 2016.

_____
United States District Court Judge