UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :    MDL No. 2592
                                     :
                                     :    SECTION L
THIS DOCUMENT RELATES TO ALL         :
CASES ON ATTACHED EXHIBIT LIST       :
                                     :    JUDGE ELDON E. FALLON
                                     :
                                     :    MAGISTRATE JUDGE NORTH

## ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on September 20, 2016, **IT IS ORDERED** that the Orders to Show Cause for the following five pro se plaintiffs, and nine plaintiffs represented by counsel who requested dismissals without prejudice, that were previously set for September 20, 2016, have been **CONTINUED** until October 25, 2016:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Arnoth, Robin | Hilliard Munoz Gonzales LLP | 2:15-cv-06450 |
| 2. | Copes, Isabella | The Bradley Law Firm | 2:15-cv-06201 |
| 3. | Cunningham, Arin | Pro Se - Arin Cunningham | 2:15-cv-02141 |
| 4. | Dunlap, Barbara | Hilliard Munoz Gonzales LLP | 2:15-cv-06502 |
| 5. | Howard, Clifford | Pro Se – Clifford Howard | 2:16-cv-00485 |
| 6. | Jones, Leslie K. | Aylstock, Witkin, Kreis & Overholtz PLLC | 2:16-cv-01466 |
| 7. | Lynn, John | Pro Se - John Lynn | 2:15-cv-02149 |
| 8. | Muldrow, Wayne | Pro Se - Wayne Muldrow | 2:15-cv-05896 |
| 9. | Robinson, Gloria | Kennedy Hodges, LLP | 2:15-cv-06937 |
| 10. | Sells, Louise | Hilliard Munoz Gonzales LLP | 2:15-cv-06753 |
| 11. | Terrell, Lukesha | Pro Se - Lukesha Terrell | 2:15-cv-01273 |
| 12. | Usher, Roberta | The Bradley Law Firm | 2:16-cv-00809 |
| 13. | Verner, Tamisha | Aylstock, Witkin, Kreis & Overholtz PLLC | 2:16-cv-01468 |
| 14. | Williams, Ericka S. | Aylstock, Witkin, Kreis & Overholtz PLLC | 2:16-cv-01469 |

Failure to show cause by appearing (telephonically or in person) before this Court at 9:00 am, on October 25, 2016, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice. Parties who are unable to attend in-person may attend telephonically. To do so, contact the Court to receive the appropriate dial-in information.

New Orleans, Louisiana, on this 29th day of September 2016.

                                                      *Eldon E. Fallon*
                                                     United States District Court Judge

8480985