UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL No. 2592 |
|---|---|
| *Stella Hunter v. Janssen Research & Development, LLC, et al.* | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| Civil Action No.: 2:16-cv-12669 | MAG. JUDGE: MICHAEL NORTH |

## NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

COMES NOW Counsel for Plaintiff Stella Hunter, and hereby notifies the Court and the parties of the death of Plaintiff Stella Hunter pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1. Counsel also respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Brandy Page, who is the granddaughter of Plaintiff.

DATED: September 30, 2016                                  Respectfully Submitted,

/s/ Zachary Peter Lowe
Zachary Peter Lowe, Esq. (UT #13792)
Nathan Buttars, Esq. (UT #13659)
Admitted Pro Hac Vice
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
T: 801-917-8500
F: 801-917-8484
pete@lowelawgroup.com
nate@lowelawgroup.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a copy of the above and foregoing *Notice and Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                         /s/ Nathan Buttars

# EXHIBIT 1

# CERTIFICATION OF VITAL RECORD
## STATE OF NORTH CAROLINA
### ALAMANCE COUNTY REGISTER OF DEEDS

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
CERTIFICATE OF DEATH

Registration District No: 0019D
County of Death: Alamance
State File No: 1884

**Decedent's Legal Name:** Stella May Hunter
**Last Name Prior to First Marriage:** Bundren
**Sex:** F
**Age:** 80
**Date of Birth:** 07/20/1936
**Birthplace:** Claiborne, TN
**Date of Death:** 08/28/2016

**Place of Death:** Inpatient — Alamance Regional Medical Center
**City:** Burlington
**County of Death:** Alamance

**Marital Status:** Widowed
**Decedent's Usual Occupation:** Veterinarian
**Kind of Business/Industry:** Animal Care

**Social Security Number:** ...8421
**Residence State:** NC
**County:** Alamance
**City or Town:** Graham
**Zip:** 27253

**Decedent's Education:** Bachelor's degree

**Father's Name:** Bundren
**Mother's Name Prior to First Marriage:** Minerva Bull

**Informant's Name:** Brandy Page
**Relationship to Decedent:** Granddaughter
**Mailing Address:** 434 N. Logan Street, Burlington, NC 27216

**Method of Disposition:** Cremation
**Place of Disposition:** Omega Funeral Service & Crematory
**Location:** Burlington, NC

**Signature of Funeral Director:** Neil K. Breed
**License Number:** FS 2282
**Name of Embalmer:** Not Embalmed

**Name and Address of Funeral Home:** Omega Funeral Service & Crematory, 2120 May Drive, Burlington, NC 27215

**Part I. Cause of Death:**
Immediate Cause: Medicine Shock
Due to: Coumadin Arm Poison

**Part II. Other Significant Conditions:** W/A Clockwork reaver Accident

**Was an Autopsy Performed?** No
**Were Autopsy Findings Available?** No

**Manner of Death:** Accident
**Did Tobacco Use Contribute to Death:** Unknown
**If Female:** Not pregnant within past year
**Time of Death:** 19:50

**Certifier:** Certifying physician
**Signature and Title of Certifier:** MD
**License Number:** 2007-00728
**Date Signed:** 4/6/2016
**Name and Address of Certifier:** Sitral Nody, MD, 1240 Huffman Mill Rd, Burlington, NC 27215

**Local Registrar:** M. Maunder
**Date Filed:** September 8, 2016

Volume 184 Page 1884

This is to certify that this is a true and correct reproduction or abstract of the official record filed in this office.

Hugh Webster
Alamance County Register of Deeds

Witness my hand and official seal this the 8 day of Sept, 2016

By: Deputy/Assistant Register of Deeds

AC-ROD-777

Any alterations or erasures voids this certificate. Do not accept unless on security paper with Register of Deeds seal clearly embossed.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE