UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)    :        MDL No. 2592
PRODUCTS LIABILITY LITIGATION  :

                                         :        SECTION L

                                         :        JUDGE ELDON E. FALLON

                                         :        MAGISTRATE JUDGE NORTH

<u>JURY TRIAL DEMANDED</u>

THIS DOCUMENT RELATES TO:

       Dennis Mitchell    **v. JANSSEN**
**PHARMACEUTICALS, INC., et al**

No.  **2:15-cv-06080**

<u>ORDER</u>

Considering the foregoing Motion to Substitute:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **SUSAN MITCHELL**, on behalf of her deceased spouse, **DENNIS MITCHELL**, be substituted as the proper party plaintiff, herein.

Signed New Orleans, Louisiana this <u>30th</u> day of <u>September</u>, 2016.

_____
Eldon     Fallon, United States District Court Judge