UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO : | **JURY TRIAL DEMANDED** |
| DORIS JOYNER : | |
| Case #: 2:16-CV-12547 | |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Counsel for Plaintiff's Motion to Substitute Party, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED

2. Bruce Joyner, as surviving son of Doris Joyner, is substituted as Plaintiff in this action.

New Orleans, Louisiana this 3rd day of October, 2016.

Cc: All counsel of record

_____
United States District Judge