# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------

IN RE: XARELTO (RIVAROXABAN) PRODUCTS    :    MDL No. 2592
LIABILITY LITIGATION

                                                           :    SECTION L
                                                           JUDGE ELDON E. FALLON

-------------------------------------------------------    :    MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO
*Ramos v. Janssen Research &*                                       :
*Development, LLC, et al.*
Case No.: 2:16-cv-13759                                              :

-------------------------------------------------------------------

## ORDER

       AND NOW, on this __3rd__ day of _____October_____, 2016, upon consideration of the

Plaintiff's Unopposed Motion to Amend Complaint, it is hereby ORDERED that said Motion is

GRANTED. The Clerk is hereby directed to enter Plaintiff's Amended Complaint (Exhibit "A"

to Plaintiff's Motion to Amend) on the docket into the record in this matter.

       New Orleans, Louisiana this 3rd day of October, 2016.


_____
UNITED STATES DISTRICT COURT JUDGE