## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION :          **MDL No. 2592**
                                      :
                                       :          **SECTION L**
                                       :
                                       :          **JUDGE ELDON E. FALLON**
                                       :
_____:          **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

**KAY BEDFORD**
**CIVIL ACTION NO.: 2:16-cv-09821**

### MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Kay Bedford by and through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(2), requests that the above-styled action be dismissed with prejudice against all defendants, as a duplicate action. Plaintiff's other action, Civil Case No. 2:16-cv-10683, will survive. Undersigned counsel takes this action at the request of Kay Bedford.  There have been no counterclaims filed against Plaintiff Kay Bedford.  No other claims by any other Plaintiff are affected by this notice.

Dated: October 4, 2016

                                    Respectfully submitted,
                                    BARTIMUS, FRICKLETON and ROBERTSON, P.C.

                                    By: */s/ Michelle Marvel*_____
                                    Michelle Marvel       MO # 59815   KS #23511
                                    11150 Overbrook Road, Suite 200
                                    Leawood, KS 66211
                                    (913) 266-2300
                                    (913) 266-2366 Facsimile
                                    mmarvel@bflawfirm.com

GOZA & HONNOLD, L.L.C

By: */s/ Bradley D. Honnold*
Kirk J. Goza          MO # 32475
Bradley D. Honnold    MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 4th day of October, 2016.


___ */s/ Michelle Marvel* _____