UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

KAY BEDFORD
CIVIL ACTION NO.: 2:16-cv-09821

## ORDER

THIS MATTER, having come before the Court on Plaintiff, Kay Bedford's Motion for Dismissal With Prejudice, and this Court deemed fully advised of the premises: IT IS HEREBY ORDERED that Plaintiff, Kay Bedford's Motion for Dismissal With Prejudice is GRANTED, as it pertains to Civil Case No. 2:16-cv-09821 with each party to bear their own attorney's fees and costs. Plaintiff's duplicate action, Civil Case No. 2:16-cv-10683, shall survive.

Dated: _____, 2016            _____
                                                        Judge

1