UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

**KAY BEDFORD**
**CIVIL ACTION NO.: 2:16-cv-09821**

## CERTIFICATION OF MICHELLE MARVEL

I CERTIFY that pursuant to Pre-Trial Order (PTO) 24A that I contacted Defendants' Lead and Liaison Counsel on September 15, 2016 regarding Plaintiff's Motion for Dismissal of duplicate action 2:16-cv-09821. Further, I have complied with Pre-Trial Order (PTO) 11B regarding filing fees due in this matter. This matter was filed in a Joint Complaint on May 11, 2016 and pursuant to PTO 11B, "No filing fee is owed if a Joined Plaintiff voluntarily dismisses a case with prejudice within nine (9) months of filing their complaint".

Dated: October 4, 2016

                Respectfully submitted,
                BARTIMUS, FRICKLETON and ROBERTSON, P.C.

                By: */s/ Michelle Marvel*
                Michelle Marvel    MO # 59815    KS #23511
                11150 Overbrook Road, Suite 200
                Leawood, KS 66211
                (913) 266-2300
                (913) 266-2366 Facsimile
                mmarvel@bflawfirm.com

GOZA & HONNOLD, L.L.C

By: */s/ Bradley D. Honnold*
Kirk J. Goza          MO # 32475
Bradley D. Honnold    MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    This is the 4th day of October, 2016.

___/s/ *Michelle Marvel*_____