UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592  SECTION: L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*McCurdy v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-10491**

### UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND CORRECT MISNOMER OF PLAINTIFF

COMES NOW counsel for Plaintiff Viola McCurdy, and respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A. Specifically, Plaintiff's counsel seeks to amend paragraph 23, as well as the caption of the Complaint to reflect that Plaintiff, Viola McCurdy, possesses power of attorney for Dawn Teel, and that Dawn Teel is not deceased. A clerical error led to the Plaintiff being misnamed as "Viola McCurdy, as a surviving child of Dawn Teel, Deceased" on the original Complaint in this case. Viola McCurdy possesses power of attorney for her Mother, Dawn Teel, who is not deceased.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for leave to file an amended complaint to correct the misnomer of Plaintiff in this action in the form attached hereto as Exhibit A.

Respectfully submitted,

Date: October 4, 2016
s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  October 4, 2016                             s/Andy D. Birchfield, Jr.
                                                                Andy D. Birchfield, Jr.