UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
_____

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*McCurdy v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-10491**

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT AND CORRECT MISNOMER OF PLAINITFF

**MAY IT PLEASE THE COURT**:

On May 17, 2016, this action was filed for injuries sustained by Plaintiff Dawn Teel as a result of her exposure to Xarelto. A clerical error led to the Plaintiff being misnamed as "Viola McCurdy, as a surviving child of Dawn Teel, Deceased" on the original Complaint in this case. Viola McCurdy possesses power of attorney for her Mother, Dawn Teel, who is not deceased. The Complaint, however, is unambiguous with regard to the fact that it was Ms. Teel who sustained the injury. Defendants do not oppose this motion. Leave to amend a pleading "shall be freely given where justice so requires." Fed. R. Civ. P. 15(a).

### CONLCUSION

Plaintiff's counsel respectfully requests that they be allowed to amend the Joint Complaint to correct the misnomer of Plaintiff.

          Respectfully submitted,

Date:  October 4, 2016    s/ Andy D. Birchfield, Jr._____
          Andy D. Birchfield, Jr.
          C. Gibson Vance
          David B. Byrne, III
          BEASLEY, ALLEN, CROW,
          METHVIN, PORTIS & MILES, P.C.
          Post Office Box 4160
          Montgomery, Alabama 36103-4160
          (334) 269-2343
          (334) 954-7555 (facsimile)
          Andy.Birchfield@BeasleyAllen.com
          Gibson.Vance@BeasleyAllen.com
          David.Byrne@BeasleyAllen.com

          ***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint and Correct Misnomer of Plaintiff has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  October 4, 2016                     s/Andy D. Birchfield, Jr.
                                                      Andy D. Birchfield, Jr.