IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** ) | MDL NO. 2592 |
| ) | SECTION: L |
| **THIS DOCUMENT RELATES TO:** ) | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| Clyde Hanna v. Janssen Research & Development LLC, et al., No. 2:16-cv-09950 ) | |
| ) | |
| Andrew Kichura v. Janssen Research & Development LLC, et al., No. 2:16-cv-10318 ) | |
| Albert Mullen v. Janssen Research & Development LLC, et al., No. 2:16-cv-09816 ) | |
| ) | |
| Antonio Ortiz Prado v. Janssen Research & Development LLC, et al., No. 2:16-cv-10850 ) | |

## MOTION TO AMEND JOINT COMPLAINT AND INDIVIDUAL SHORT FORM COMPLAINTS

COMES NOW Counsel for Plaintiffs, Estate of Clyde Hanna; Estate of Andrew Kichura; Estate of Albert Mullen and Estate of Antonio Ortiz Prado respectfully move this court for leave to amend the Joint Complaint and Individual Short Form Complaints in this action in order to add Sharon Hanna as representative for the Estate of Clyde Hanna, Olga Cwikla as the representative for the Estate of Andrew Kichura, Jeanette Mullen as the representative for the Estate of Albert Mullen and Carmen Lydia Ortiz as the representative for the Estate of Antonio Ortiz Prado respectively.

**I.  Clyde Hanna**

1. Plaintiff's Joint Complaint was filed on May 20, 2016 (*Glimps, et al., v. Janssen Research & Development LLC, et al.,* 2:16-cv-06746-EEF-MBN [Doc. 1]).

2. Plaintiff's Joint Complaint incorrectly listed Anita Mueller as Plaintiff's representative in the case caption and correctly named Sharon Hanna as the personal representative of the estate of Clyde Hanna in the body of the Joint Complaint.

3. On June 8, 2016, a Severance Order was issued for the Joint Complaint *Glimps, et al., v. Janssen Research & Development LLC, et al.,* 2:16-cv-06746-EEF-MBN [Doc. 8].

4. On June 14, 2016, Plaintiff filed a Short Form Complaint (*Clyde Hanna v. Janssen Research & Development LLC, et al.*, 2:16-cv-09950 [Doc. 1]).

5. On June 15, 2016, Plaintiff filed an amended Short Form Complaint (*Clyde Hanna v. Janssen Research & Development LLC, et al.*, 2:16-cv-09950 [Doc. 2]).

6. Plaintiff's Individual Short Form Complaint incorrectly and inadvertently listed Clyde Hanna as the sole individual Plaintiff in the case caption and body of the Short Form Complaint instead of Sharon Hanna as the correct representative of the estate of Clyde Hanna.

7. Sharon Hanna resides at 506 Pillar Street, Bowie, Texas 76230.

## II. Andrew Kichura

1. Plaintiff's Joint Complaint was filed on May 20, 2016 (*Glimps, et al., v. Janssen Research & Development LLC, et al.,* 2:16-cv-06746-EEF-MBN [Doc. 1]).

2. Plaintiff's Joint Complaint incorrectly listed Leon Morrell as Plaintiff's representative in the case caption and correctly named Olga Kichura Cwikla as the personal representative of the estate of Andrew Kichura in the body of the Joint Complaint.

3. On June 8, 2016, a Severance Order was issued for the Joint Complaint *Glimps, et al., v. Janssen Research & Development LLC, et al.,* 2:16-cv-06746-EEF-MBN [Doc. 8].

4. On June 15, 2016, Plaintiff filed a Short Form Complaint (*Andrew Kichura v. Janssen Research & Development LLC, et al.*, 2:16-cv-10318 [Doc. 1]).

5. Plaintiff's Individual Short Form Complaint incorrectly and inadvertently listed Andrew Kichura as the sole individual Plaintiff in the case caption and body of the Short Form Complaint instead of Olga Kichura Cwikla as the correct representative of the estate of Andrew Kichura.

6. Olga Kichura Cwikla resides at 1408 East Jeff Road, Wasilla, Alaska 99654.

### III. Albert Mullen

1. Plaintiff's Joint Complaint was filed on May 20, 2016 (*Glimps, et al., v. Janssen Research & Development LLC, et al.,* 2:16-cv-06746-EEF-MBN [Doc. 1]).

2. Plaintiff's Joint Complaint incorrectly listed Howell Dulaney as Plaintiff's representative in the case caption and correctly named Jeanette Mullen as the personal representative of the estate of Albert Mullen in the body of the Joint Complaint.

3. On June 8, 2016, a Severance Order was issued for the Joint Complaint *Glimps, et al., v. Janssen Research & Development LLC, et al.,* 2:16-cv-06746-EEF-MBN [Doc. 8].

4. On June 13, 2016, Plaintiff filed a Short Form Complaint (*Albert Mullen v. Janssen Research & Development LLC, et al.*, 2:16-cv-09816 [Doc. 1]).

5. On June 14, 2016, Plaintiff filed an amended Short Form Complaint (*Albert Mullen v. Janssen Research & Development LLC, et al.*, 2:16-cv-09816 [Doc. 2]).

6. Plaintiff's Individual Short Form Complaint incorrectly and inadvertently listed Albert Mullen as the sole individual Plaintiff in the case caption and body of the Short Form

      Complaint instead of Jeanette Mullen as the correct representative of the estate of Albert Mullen.

7. Jeanette Mullen resides at 60 Crystal Water Dr, East Bridgewater, Massachusetts 02333.

## IV. Antonio Ortiz Prado

1. Plaintiff's Joint Complaint was filed on May 20, 2016 (*Glimps, et al., v. Janssen Research & Development LLC, et al.,* 2:16-cv-06746-EEF-MBN [Doc. 1])

2. Plaintiff's Joint Complaint incorrectly listed Plaintiff's representative as Michael Levins in the case caption and correctly named Carmen Lydia Ortiz as the personal representative of the estate of Antonio Ortiz Prado in the body of the Joint Complaint.

3. On June 8, 2016, a Severance Order was issued for the Joint Complaint *Glimps, et al., v. Janssen Research & Development LLC, et al.,* 2:16-cv-06746-EEF-MBN [Doc. 8]

4. On June 20, 2016, Plaintiff filed a Short Form Complaint (*Antonio Ortiz Prado v. Janssen Research & Development LLC, et al.*, 2:16-cv-10850 [Doc. 1]).

5. Plaintiff's Individual Short Form Complaint incorrectly and inadvertently listed Antonio Ortiz Prado as the sole individual Plaintiff in the case caption and body of the Short Form Complaint instead of Carmen Lydia Ortiz as the correct representative of the estate of Antonio Ortiz Prado.

6. Carmen Lydia Ortiz resides at 1239 Shallcross Avenue, Orlando, Florida 32828.

WHEREFORE, Counsel for Plaintiffs respectfully requests that this Court enters the proposed order filed herein granting leave to amend both, the Plaintiffs' Joint Complaint and the Individual Short Form Complaints to amend and correct Sharon Hanna, Olga Cwikla, Jeanette Mullen and Carmen Lydia Ortiz as the only personal representatives of the estates of Clyde

Hanna, Andrew Kichura, Albert Mullen and Antonio Ortiz Prado respectively into the record of this matter.

        Respectfully submitted,

        /s/ Randi Kassan
        SANDERS PHILLIPS GROSSMAN, LLC
        Randi Kassan, Esq.
        100 Garden City Plaza, Suite 500,
        Garden City, NY 11530
        Tel: (516) 741-5600
        Fax: (516) 741-0128
        Email: rkassan@thesandersfirm.com

        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Motion was served upon all parties of record electronically by CM/ECF, on October 4th, 2016.

>Respectfully submitted,
>
>/s/: Randi Kassan
>SANDERS PHILLIPS GROSSMAN, LLC
>Randi Kassan, Esq.
>100 Garden City Plaza, Suite 500,
>Garden City, NY 11530
>Tel: (516) 741-5600
>Fax: (516) 741-0128
>Email: rkassan@thesandersfirm.com
>
>Attorneys for Plaintiff