UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:          **JURY TRIAL DEMANDED**

Jeanette Mullen, Individually and Representative of the Estate of Albert Mullen

Civil Action No. 2:16-cv-09816

**AMENDED SHORT FORM COMPLAINT**

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' First Amended Joint Complaint filed in In Re Xarelto Products Liability, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following Amended Short Form Complaint is utilized in the above-captioned action.

2. Individual Plaintiff, Jeanette Mullen, is identified more fully in Paragraph __22__ of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff, Jeanette Mullen herein resides at 60 Crystal Water Dr., East Bridgewater, Massachusetts, 02333.

4. The Xarelto User, Albert Mullen resided (or if deceased, resided at the time of death) at 60 Crystal Water Dr., East Bridgewater, Massachusetts, 02333.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: October 20, 2016    Respectfully submitted,

/s/ *Randi Kassan*
Randi Kassan, Esq.
Sanders Phillips Grossman, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
F: (516) 741-0128
rkassan@thesandersfirm.com

/s/ *Marc Grossman*
Marc Grossman, Esq.
Sanders Phillips Grossman, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
F: (516) 741-0128
mgrossman@thesandersfirm.com

*Attorneys for Plaintiff*