UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :     MDL No. 2592
                                     :
                                     :     SECTION L
                                     :
                                     :     JUDGE ELDON E. FALLON
                                     :
_____  :     MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:                  **JURY TRIAL DEMANDED**

Olga Kichura Cwikla, Individually and Representative of the Estate of Andrew Kichura

Civil Action No. 2:16-cv-10318

## AMENDED SHORT FORM COMPLAINT

1. Plaintiff(s) incorporate(s) by reference the Plaintiffs' First Amended Joint Complaint filed in In Re Xarelto Products Liability, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following Amended Short Form Complaint is utilized in the above-captioned action.

2. Individual Plaintiff, Olga Kichura Cwikla, is identified more fully in Paragraph __12__ of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff, Olga Kichura Cwikla herein resides at 1408 East Jeff Rd., Wasilla, Alaska, 99654

4. The Xarelto User, Andrew Kichura resided (or if deceased, resided at the time of death) at 1408 East Jeff Rd., Wasilla, Alaska, 99654

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual plaintiff.

6. Attached as Attachment 2 is the Joint Complaint listing within the Individual plaintiff.

Dated: October 20, 2016

Respectfully submitted,

/s/ *Randi Kassan*
Randi Kassan, Esq.
Sanders Phillips Grossman, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
F: (516) 741-0128
rkassan@thesandersfirm.com

/s/ *Marc Grossman*
Marc Grossman, Esq.
Sanders Phillips Grossman, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
P: (516) 741-5600
F: (516) 741-0128
mgrossman@thesandersfirm.com

*Attorneys for Plaintiff*