UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lenora M. Demeritte v. Janssen Research & Development, LLC et al;*<br><br>Civil Action No.: 2:16-cv-2636 | MDL No. 2592<br><br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Counsel for Plaintiff, Lenora M. Demeritte, and respectfully move this Court for an extension of time to submit the Plaintiff Fact Sheet. After the first extension, the deadline was set for October 5, 2016. However, substantial information has been submitted through MDL Centrality to evaluate the client, and a Suggestion of Death was submitted on July 6, 2016. Plaintiff's counsel requests a 90-day extension of the deadline to gather enough information to submit the Plaintiff Fact Sheet in its entirety.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff, Lenora M. Demeritte, passed away on, February 14, 2016, and there is no proper Plaintiff at this time to execute the Plaintiffs Fact Sheet.

This is the Plaintiff's first request for an extension of time. A ninety-day extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deadline until January 3, 2016.

Dated: October 5, 2016

Respectfully Submitted,

                Kirkendall Dwyer LLP

                By: */s/ Andrew F. Kirkendall*
                Andrew F. Kirkendall
                Texas Bar No. 24050882
                Alexander G. Dwyer
                Texas Bar No. 24054271
                Kirkendall Dwyer LLP
                4343 Sigma Rd., STE 200
                Dallas, TX 75244
                Phone: 214-271-4027
                Fax: 214-253-0629
                ak@kirkendalldwyer.com
                ad@kirkendalldwyer.com

                ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 5th day of October 2016.

                                    Kirkendall Dwyer, LLP

                                    By: */s/ Andrew F. Kirkendall*
                                    Andrew F. Kirkendall
                                    Texas Bar No. 24050882
                                    Alexander G. Dwyer
                                    Texas Bar No. 24054271
                                    Kirkendall Dwyer LLP
                                    4343 Sigma Rd., STE 200
                                    Dallas, TX 75244
                                    Phone: 214-271-4027
                                    Fax: 214-253-0629
                                    ak@kirkendalldwyer.com
                                    ad@kirkendalldwyer.com

                                    ***Attorney for Plaintiffs***