## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lenora M. Demeritte v. Janssen Research & Development, LLC et al;*<br><br>Civil Action No.: 2:16-cv-2636 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's First Motion for Extension of time to Submit Plaintiff Fact Sheet, Plaintiff Counsel states the following:

1. On March 18, 2016, Counsel for Plaintiff, Lenora M. Demeritte, filed her Xarelto complaint in the Eastern District of Louisiana.

2. Unbeknownst to Plaintiff's Counsel Lenora M. Demeritte passed away on February 14, 2016.

3. Pursuant to Pre-trial Order No. 27, Plaintiff, Vanessa B. Thomas' Fact Sheet was due on May 17, 2016.

4. Plaintiff produced a substantially complete fact sheet with all core criteria on May 5, 2016, and submitted a Suggestion of Death and a Motion of Substitute Party requesting that the Court enter an order substituting Karen Person—the surviving daughter of a successor to Deceased-Plaintiff Lenora Demeritte—as Plaintiff in this action on July 6, 2016.

5. This Court granted an extension, allowing Plaintiff's Counsel to file Plaintiff's Fact Sheet by October 5, 2016

6. At this time, plaintiff's counsel has still not received supporting documentation of Xarelto user's representative's right to sign, which necessitates making this motion for an extension of time to obtain and upload administrator documentation.

7. WHEREFORE, Plaintiff's counsel requests an extension of time of 90 days (until January 3, 2016) to submit the Plaintiff Fact Sheet.

Dated: October 5, 2016

Respectfully Submitted,

                              Kirkendall Dwyer LLP

                              By: */s/ Andrew F. Kirkendall*
                              Andrew F. Kirkendall
                              Texas Bar No. 24050882
                              Alexander G. Dwyer
                              Texas Bar No. 24054271
                              Kirkendall Dwyer LLP
                              4343 Sigma Rd., STE 200
                              Dallas, TX 75244
                              Phone: 214-271-4027
                              Fax: 214-253-0629
                              ak@kirkendalldwyer.com
                              ad@kirkendalldwyer.com

                              ***Attorney for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record,

on this 5th day of October 2016.

        Kirkendall Dwyer, LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        *Attorney for Plaintiffs*