UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lenora M. Demeritte v. Janssen Research & Development, LLC et al;*<br><br><br>Civil Action No.: 2:16-cv-2636 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

COMES NOW the plaintiff Lenora Demeritte by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time under PTO 27 to provide documentation supporting the authority of Xarelto user's representative to sign the declaration on behalf of the user in connection with Plaintiff's Fact Sheet to January 3, 2016 before the Honorable Judge Eldon E. Fallon on motion date October 26, 2016.

Dated: October 5, 2016
Respectfully Submitted,

                         Kirkendall Dwyer LLP

                         By: */s/ Andrew F. Kirkendall*
                         Andrew F. Kirkendall
                         Texas Bar No. 24050882
                         Alexander G. Dwyer
                         Texas Bar No. 24054271
                         Kirkendall Dwyer LLP
                         4343 Sigma Rd., STE 200
                         Dallas, TX 75244
                         Phone: 214-271-4027
                         Fax: 214-253-0629
                         ak@kirkendalldwyer.com
                         ad@kirkendalldwyer.com

                         *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 5th day of October 2016.

        Kirkendall Dwyer, LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        *Attorney for Plaintiffs*