**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** **PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2592** **SECTION: L** **JUDGE ELDON E. FALLON** **MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

*Calvin Buettner and Robin Buettner v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:15-cv-06270**

## UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF
## AND FOR LEAVE TO FILE SECOND AMENDED JOINT COMPLAINT

Plaintiff Robin Buettner, on behalf of the estate of Calvin Buettner, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), respectfully seeks leave to amend the Joint Complaint and to correct the case caption of the Complaint to reflect that Robin Buettner has been duly appointed as the Administrator of Calvin Buettner's estate. Plaintiff provides the following in support of this Motion:

1. A Complaint was filed on behalf of Decedent, Calvin Buettner, on November 23, 2015.
2. Decedent duly served a copy of the Complaint on December 1, 2015.
3. Decedent, Calvin Buettner, passed away on May 8, 2016, as reported to the Court in the Notice of Death filed on September 29th, 2016.
4. Robin Buettner is the spouse of Decedent, Calvin Buettner.

5.  On July 13, 2016 The Probate Court for Carroll County, State of Maryland, appointed Robin Buettner as Representative of the Estate of Calvin Buettner, attached hereto as Exhibit A.

6.  Plaintiff's only modifications to the Joint Complaint as set forth in the proposed Amended Joint Complaint, attached hereto, are the following:

    a.  In the Caption, substitution to Robin Buettner, both individually and as the Representative of the Estate of Calvin Buettner, as the named party in place of Calvin Buettner.

    b.  Revision to Paragraph 1 to reflect the appointment of Robin Buettner as the Representative of the Estate of Calvin Buettner as follows: "Robin Buettner, Individually and as the Representative of the Estate of Calvin Buettner."

    c.  Further revision to Paragraph 1 as follows: "Plaintiff, Robin Buettner, is the spouse of the Decedent. On July 13, 2016, Plaintiff, Robin Buettner, was appointed as the representative of Calvin Buettner's estate by The Probate Court of the State of Maryland, Carroll County. Decedent, Calvin Buettner, ingested Xarelto from approximately June 12, 2013 to July 27, 2013 and, as a direct result of Xarelto was hospitalized for approximately 18 days starting July 27, 2013 for gastrointestinal bleeding, requiring an esophagogastroduodenoscopy, colonoscopy, capsule endoscopy, balloon endoscopy, laparoscopic assisted small bowel resection, primary anastomosis, and six units of blood transfusion. Decedent was a resident of Carroll County in the state of Maryland. Decedent is represented herein by Robin Buettner as the personal representative of his estate."

    d.  Plaintiff Robin Buettner, spouse of Decedent Calvin Buettner, asserts a claim for loss of consortium.

    e.  No further changes to the Complaint are requested.

7.  Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

8. On September 30, 2016, Plaintiffs provided a copy of the proposed Amended Complaint to Defendants and obtained written consent on September 30, 2016 from opposing counsel to amend the Complaint.

WHEREFORE, Plaintiff Robin Buettner, on behalf of the Decedent Calvin Buettner, respectfully requests that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaint and directing the Clerk to enter the Amended Complaint into the record of this matter.

Dated: October 05, 2016

Respectfully Submitted,

By: /s/ Lauren Weitz
Lauren Weitz
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5556
Facsimile: (646) 293-4370
E-mail: lweitz@weitzlux.com

*Attorneys for Plaintiff*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of October 2016, a true copy of the foregoing Motion to Substitute Plaintiff and for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.


<u>/s/ Lauren Weitz</u>
Lauren Weitz