UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Calvin Buettner and Robin Buettner v. Janssen Research & Development, LLC, et al.*.

**Civil Action No. 2:15-cv-06270**

## PROPOSED ORDER

**IT IS ORDERED** that the Unopposed Motion To Substitute for Party Plaintiff and For Leave to File Second Amended Joint Complaint filed by Plaintiff Robin Buettner, on behalf of the estate of Calvin Buettner, is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA, this _____ day of _____, 2016.**

_____
**UNITED STATES DISTRICT JUDGE**