UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (ROVAROXABAN)　　　　　MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION  L (5)

THIS DOCUMENT RELATES TO:
C.A. 15-4672, 15-5940, 15-5941,
15-5936 and 15-5939

## ORDER

The Court held a Show Cause Hearing on September 20, 2016 and issued an order on September 30, 2016, directing that the above cases be DISMISSED with prejudice (Rec. Doc. 4264). It has been brought to the Court's attention that the filing fees in the above cases have not yet been paid. Accordingly,

**IT IS ORDERED** that the plaintiffs' counsel pay the required filing fee for each complaint listed above, in the amount of $400.00, within two weeks of entry of this order.

New Orleans, Louisiana this 5th day October, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE