UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lenora M. Demeritte v. Janssen Research & Development, LLC et al;*<br><br>Civil Action No.: 2:16-cv-2636 | MDL No. 2592<br><br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COMES NOW Counsel for Plaintiff, Lenora M. Demeritte, and respectfully move this Court for an extension of time to submit the Plaintiff Fact Sheet. After the first extension, the deadline was set for October 5, 2016. However, substantial information has been submitted through MDL Centrality to evaluate the client, and a Suggestion of Death was submitted on July 6, 2016. Plaintiff's counsel requests a 90-day extension of the deadline to gather enough information to submit the Plaintiff Fact Sheet in its entirety.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff, Lenora M. Demeritte, passed away on, February 14, 2016 and there is no proper administrator at this time to execute the Plaintiffs Fact Sheet.

This is the Plaintiff's second request for an extension of time. A ninety-day extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deadline until January 3, 2017.

Dated: October 6, 2016

Respectfully Submitted,

                                                             Kirkendall Dwyer LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6th day of October 2016.

        Kirkendall Dwyer, LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        ***Attorney for Plaintiffs***