UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lenora M. Demeritte v. Janssen Research & Development, LLC et al;*<br><br><br>Civil Action No.: 2:16-cv-2636 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

COMES NOW the plaintiff Lenora M. Demeritte by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time under PTO 27 to provide documentation supporting the authority of Xarelto user's representative to sign the declaration on behalf of the user in connection with Plaintiff's Fact Sheet to January 3, 2017, before the Honorable Judge Eldon E. Fallon on motion date October 26, 2016.

Dated: October 6, 2016

Respectfully Submitted,

                                      Kirkendall Dwyer LLP

                                      By: */s/ Andrew F. Kirkendall*
                                      Andrew F. Kirkendall
                                      Texas Bar No. 24050882
                                      Alexander G. Dwyer
                                      Texas Bar No. 24054271
                                      Kirkendall Dwyer LLP
                                      4343 Sigma Rd., STE 200
                                      Dallas, TX 75244
                                      Phone: 214-271-4027
                                      Fax: 214-253-0629
                                      ak@kirkendalldwyer.com
                                      ad@kirkendalldwyer.com

                                      ***Attorney for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6th day of October 2016.

                                            Kirkendall Dwyer, LLP

                                            By: */s/ Andrew F. Kirkendall*
                                            Andrew F. Kirkendall
                                            Texas Bar No. 24050882
                                            Alexander G. Dwyer
                                            Texas Bar No. 24054271
                                            Kirkendall Dwyer LLP
                                            4343 Sigma Rd., STE 200
                                            Dallas, TX 75244
                                            Phone: 214-271-4027
                                            Fax: 214-253-0629
                                            ak@kirkendalldwyer.com
                                            ad@kirkendalldwyer.com

                                            *Attorney for Plaintiffs*