UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>Lenora Demeritte vs. Janssen Research & Development, LLC et al:<br><br><br>Civil Action No. 2:16-cv-2636 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## **ORDER**

THIS MATTER, having come before the Court is Plaintiff's Second Motion for Extension of Time to Submit Plaintiff Fact Sheet. Upon consideration of all documents relating to the Motion, and good cause appearing:

IT IS HEARBY ORDERED that Plaintiff's Second Motion for Extension of Time to Submit Plaintiff Fact Sheet hereby GRANTED. The deadline to satisfy the alleged Plaintiff Fact Sheet deficiency is now January 3, 2017.

Dated: October 6, 2016

_____
Hon. Eldon Fallon
United States District Court Judge