# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joseph Levanites v. Janssen Research & Development LLC, et al.*

**Case Action No.: 2:16-cv-07574**

## MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this court for an order substituting Neil H. Levanites on behalf of his deceased father, Joseph Levanites, as the Plaintiff in this action.

1. Joseph Levanites filed this products liability lawsuit against defendants on May 18, 2016 (Joint Complaint) and June 1, 2016 (Short Form Complaint).

2. Subsequently, plaintiff's counsel learned that Joseph Levanites died.

3. Joseph Levanites' products liability lawsuit against defendants survived his death and was not extinguished.

4. Plaintiff filed a suggestion of death on August 15, 2016, attached hereto.

5. Neil H. Levanites, surviving son of Joseph Levanites, is a proper party to substitute for plaintiff-decedent Joseph Levanites and has proper capacity to proceed

1

forward with the surviving products liability lawsuit on his behalf pursuant to Federal Rule of Civil Procedure 25(a)(1) which states that: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Neil H. Levanites, surviving son of Joseph Levanites, was appointed Executor of Joseph Levanites' Estate by order of the Surrogate's Court of the State of New York, Albany County on September 22, 2016. Attached hereto is a copy of the certificate of appointment of executor issued by the Surrogate's Court.

Wherefore, counsel for Plaintiff requests that this court grant this motion for substitution as Plaintiff in this action.

Dated: October 6, 2016

                                          Respectfully submitted,

                                          */s/ Rosemarie Riddell Bogdan*
                                          Rosemarie Riddell Bogdan
                                          NDNY Bar Roll Number: 506409
                                          NYS Bar Roll Number: 380552
                                          MARTIN, HARDING & MAZZOTTI, LLP
                                          Attorneys for Plaintiffs
                                          1222 Troy-Schenectady Road
                                          P.O. Box 15141
                                          Albany, New York 12212-5141
                                          Telephone: (518) 862-1200
                                          rrbxarelto@1800law1010.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to pretrial order number 17.

Dated:  October 6, 2016

*/s/Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan