UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

**THIS DOCUMENT RELATES TO:**

*Joseph Levanites v. Janssen Research & Development LLC, et al.*

Civil Action No.: 2:16-cv-07574

## NOTICE OF SUBMISSION

COMES NOW, the plaintiff by and through the undersigned counsel files this notice of submission of Motion to Substitute Party before the Hon. Judge Elden E. Fallon on motion date November 9, 2016 at 9:00 a.m.

Dated: October 6, 2016

                        Respectfully submitted,

                        */s/ Rosemarie Riddell Bogdan*
                        Rosemarie Riddell Bogdan
                        NDNY Bar Roll Number: 506409
                        NYS Bar Roll Number: 380552
                        MARTIN, HARDING & MAZZOTTI, LLP
                        Attorneys for Plaintiff
                        1222 Troy-Schenectady Road
                        P.O. Box 15141
                        Albany, New York 12212-5141
                        Telephone: (518) 862-1200
                        rrbxarelto@1800law1010.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 6, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                        */s/Rosemarie Riddell Bogdan*
                        Rosemarie Riddell Bogdan
                        NDNY Bar Roll Number: 506409
                        NYS Bar Roll Number: 380552
                        MARTIN, HARDING & MAZZOTTI, LLP
                        Attorneys for Plaintiff
                        1222 Troy-Schenectady Road
                        P.O. Box 15141
                        Albany, New York 12212-5141
                        Telephone: (518) 862-1200
                        rrbxarelto@1800law1010.com