Certificate# 36630

# Surrogate's Court of the State of New York
# Albany County
### Certificate of Appointment of Executor

File #: 2016-917

IT IS HEREBY CERTIFIED that Letters in the estate of the Decedent named below have been granted by this court, as follows:

**Name of Decedent:** Joseph D Levanites
aka Joseph D Levanites

**Date of Death:** July 27, 2016

**Domicile:** Town of Colonie

**Fiduciary Appointed Mailing Address:** Neil H Levanites
P.O. Box 82
Central Bridge NY 12035

**Type of Letters Issued:** LETTERS TESTAMENTARY WITH LIMITATIONS

**Letters Issued On:** September 22, 2016

**Limitations:** PRIOR TO MAKING ANY DISTRIBUTION OF PROCEEDS OF A WRONGFUL DEATH PROCEEDING, THE FIDUCIARY SHALL APPLY TO A COURT OF COMPETENT JURISDICTION PURSUANT TO EPTL 5-4.6 AND OBTAIN JURISDICTION OVER ALL NECESSARY ESTATE PARTIES FOR AN ORDER APPROVING SUCH DISTRIBUTION.

and such Letters are unrevoked and in full force as of this date.

**Dated:** September 22, 2016

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the Albany County Surrogate's Court at Albany, New York.

WITNESS, Hon. Stacy L. Pettit, Judge of the Albany County Surrogate's Court.

*Deborah S. Kearns*

Deborah S. Kearns, Esq., Chief Clerk
Albany County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the Albany County Surrogate's Court*