UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) : 
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
: 
: SECTION L
: 
: JUDGE ELDON E. FALLON
: 
: MAGISTRATE JUDGE NORTH
:

**THIS DOCUMENT RELATES TO:**

*Joseph Levanites v. Janssen Research & Development LLC, et al.*

**Case Action No.: 2:16-cv-07574**

## ORDER

The Court, after considering the plaintiff's motion for substitution of proper party as well as any responses thereto, finds the motion meritorious. It is therefore ordered that Plaintiff Neil H. Levanites, As Executor of the Estate of Joseph Levanites, is substituted for plaintiff Joseph Levanites, in the above-captioned case.

Dated: _____     _____
                                 Hon. Eldon E. Fallon
                                 United States District Court Judge