# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2592 |
| THIS DOCUMENT RELATES TO *Lula Harmon v. Janssen Research & Development LLC et al.* | ) ) ) ) | SECTION: L JUDGE FALLON MAG. JUDGE NORTH |
| | | Case No. 2:16-cv-11328 |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Lula Harmon, hereby dismiss all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-11328. All parties shall bear their own costs.

DATED:  10/7/2016   

Respectfully submitted,

/s/ Catherine Heacox   
NY Juris No. 2971445
The Lanier Law Firm, PLLC
126 E. 56th Street, 6th Floor
New York, NY 10022
Telephone: (212) 421-2800
Fax: (212) 421-2827
CTH@Lanierlawfirm.com
*Attorneys for the Plaintiff*

**KAYE SCHOLER LLP**
By: _____
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
901 15th Street NW
Washington, D.C. 20005

1

Telephone: (202) 682-3500
Facsimile: (202) 682-3580
andrew.solow@kayescholer.com
william.hoffman@kayescholer.com
Attorneys for Defendants Bayer Healthcare
Pharmaceuticals Inc., and Bayer Pharma AG

_____
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932
(973) 549-7000
Susan.sharko@dbr.com
*Attorneys for Defendants Janssen
Pharmaceuticals, Inc., Janssen Research &
Development LLC., Janssen Ortho LLC*

_____
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART &MOORE LLC
400 Poydras Street. Ste. 2700
New Orleans, LA 70130
*Liaison Counsel for Defendants*
