UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:        JURY TRIAL DEMANDED

*Jupiter Smith v. Janssen Research & Development, LLC, et al.*

CIVIL ACTION NO.: 2:16-cv-09625

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Anne Smith on behalf of her deceased husband, Jupiter Smith.

1. Jupiter Smith filed a products liability lawsuit against the defendants on May 4, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Jupiter Smith died on November 23, 2015.

3. Jupiter Smith's products liability action against defendants survived his death and was not extinguished.

4. Anne Smith, surviving wife of Jupiter Smith, is a proper party to substitute for plaintiff-decedent Jupiter Smith and proceed forward with the surviving products liability claim on his behalf.

Based on the foregoing, Anne Smith requests that this Court grant her request for substitution as plaintiff in this action.

1

Dated: October 7, 2016

                                  Respectfully Submitted,

                                  BARTIMUS, FRICKLETON and ROBERTSON, P.C.

By: /s/ Michelle Marvel
Michelle Marvel    MO # 59815   KS #23511
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 266-2300
(913) 266-2366 Facsimile
mmarvel@bflawfirm.com

GOZA & HONNOLD, L.L.C

By: /s/ Bradley D. Honnold
Kirk J. Goza        MO # 32475
Bradley D. Honnold    MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

    I hereby certify that on October 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

___/s/ Michelle Marvel_____