UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          **MDL No. 2592**
PRODUCTS LIABILITY LITIGATION  :

                                                         **SECTION L**
                                                  :
                                                         **JUDGE ELDON E. FALLON**
                                                  :
                                                         **MAGISTRATE JUDGE NORTH**
                                                  :
THIS DOCUMENT RELATES TO          **JURY TRIAL DEMANDED**
                                                  :
JUPITER SMITH
                                                  :
Case #: 2:16-CV-09625

_____

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Anne Smith's Motion to

Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1.  Motion is GRANTED

2.  ANNE SMITH, as surviving wife of JUPITER SMITH, is substituted as Plaintiff in

    this action.

Dated: _____          _____

                                                         JUDGE ELDON E. FALLON

Cc: All counsel of record