# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>JESSE J. HERNANDEZ v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al. | Case No. 2:15-cv-00920 |

## PLAINTIFF'S UNOPPOSED MOTION TO REOPEN HIS CASE PURSUANT TO FED. R. CIV. P. 60(B)(1)

Plaintiff Jesse Hernandez, by and through his undersigned counsel, respectfully moves this Court to reopen his case pursuant to Fed. R. Civ. P. 60(b)(1).

Plaintiff Jesse Hernandez's case was apparently marked terminated as a result of Defendants' Ex Parte Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (2:14-md-02592, Doc. 2375), and the associated Dismissal Order entered on June 10, 2016 (2:14-md-02592, Doc. 3433).

Plaintiff Jesse Hernandez was not included in the list of cases at issue in Defendants' Ex Parte Motion. Defendants' Ex Parte Motion did, however, list a Daniel Hernandez case. The docket number listed for the Daniel Hernandez case was 2:15-cv-00920. This is the docket number for Plaintiff Jesse Hernandez's case. Thus, Plaintiff Jesse Hernandez's case was marked terminated on June 10, 2016.

Plaintiff Jesse Hernandez has served a substantially complete Plaintiff Fact Sheet. Defendants have confirmed they do not oppose the instant Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant his Motion to Reopen His Case Pursuant to Fed. R. Civ. P. 60(b)(1) and enter the attached Order.

Dated: October 7, 2016                    Respectfully Submitted,

/s/ Derek T. Braslow
Derek T. Braslow
Pogust Braslow and Millrood, LLC
Eight Tower Bridge
161 Washington Street, Ste. 940
Conshohocken, PA 19428
610-941-4204
dbraslow@pbmattorneys.com
*Attorney for Plaintiff Jesse Hernandez*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Derek T. Braslow
Derek T. Braslow