UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL No. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | **MAGISTRATE JUDGE NORTH** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | **Case No. 2:15-cv-00920** |
| **JESSE J. HERNANDEZ v.** | ) | |
| **JANSSEN RESEARCH &** | ) | |
| **DEVELOPMENT LLC, et al.** | ) | |

## **ORDER**

Upon consideration of Plaintiff Jesse Hernandez's UNOPPOSED Motion to Reopen His Case Pursuant to Fed. R. Civ. P. 60(b)(1), it is hereby ORDERED that the Motion is GRANTED. The Dismissal Order entered on June 10, 2016 (2:14-md-02592, Doc. 3433) is hereby VACATED IN PART as it relates to Plaintiff Jesse Hernandez's case. Plaintiff Jesse Hernandez's case shall be listed as open/active on the docket.

Date: _____                      _____
                                      Judge Eldon E. Fallon