UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____) | |

**THIS DOCUMENT RELATES TO:**

*McCurdy v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-10491**

## ORDER

This matter having come before the Court on Plaintiff's unopposed Motion for Leave to File Amended Complaint and Correct Misnomer of Plaintiff, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint to Correct Misnomer of Plaintiff is hereby GRANTED.

New Orleans, Louisiana this  7th   day of   October  , 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge