# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** ) | MDL NO. 2592 |
| ) | SECTION: L |
| **THIS DOCUMENT RELATES TO:** ) | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |
| Clyde Hanna v. Janssen Research & Development LLC, et al., No. 2:16-cv-09950 ) | |
| ) | |
| Andrew Kichura v. Janssen Research & Development LLC, et al., No. 2:16-cv-10318 ) | |
| Albert Mullen v. Janssen Research & Development LLC, et al., No. 2:16-cv-09816 ) | |
| ) | |
| Antonio Ortiz Prado v. Janssen Research & Development LLC, et al., No. 2:16-cv-10850 ) | |

## ORDER

IT IS ORDERED that the Plaintiffs' Motion for Leave to amend the Joint Complaint and Individual Short Form Complaints be and the same is hereby granted, that and the clerk of the court is ordered to amend the Joint Complaint in order to correct the plaintiff party names in the caption and to amend the Individual Short Form Complaints to correct the plaintiff party names in caption and body of the same into the record in this matter.

New Orleans, Louisiana this 7th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

1