UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXBAN) ) <br> PRODUCTS LIABILITY ) <br> LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO: 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Christopher Boyd, Individually v. Janssen Research & Development, LLC, et al.*

CIVIL ACTION NO.: 2:15-CV-05092

## MOTION FOR EXTENSION OF TIME FOR PFS SUBMISSION

COMES NOW Counsel for Plaintiff, Christopher Boyd, and respectfully moves this Court for an extension of time to submit the Plaintiff Fact Sheet. Since the filing of this case, there has been many unsuccessful attempts to have the client complete the Plaintiff Fact Sheet, however, it has been apparent that Mr. Boyd has been unable to comply with the order. On September 6, 2016, Mr. Boyd submitted to counsel multiple doctor notes explaining his incapacity for over the past year. Along with the doctor's notes, Mr. Boyd informed us that he would immediately send the PFS packet. After allowing Mr. Boyd a month to fulfill the requirement, we have again lost contact with the Plaintiff. Plaintiff's counsel requests a 90-day extension of the deadline to gather enough information to submit the Plaintiff Fact Sheet in its entirety.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Mr. Boyd has "been highly disabled since September of 2015 due to the worsening of his physical and mental condition. This has been related to multiple systemic infections, episodes of renal failure, skin infections and severe pain. As a result he has been hospitalized on several occasions, and has undergone two surgical procedures."

This is the Plaintiff's first attempt to extend to the time permitted to comply with

the PFS requirement. A ninety-day extension of time is not sought for delay but so that justice may be served.

    WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deadline until January 7, 2017.

Dated: October 11, 2016

Respectfully Submitted,

_____
Perry R. Sanders Jr., Esq. (LA SBN 01577)
**SANDERS LAW FIRM, LLC**
North Tejon St., Suite 400
Colorado Springs, CO 80903
Tel: (877) 630-1556
Fax: (719) 630-7004
slf@perrysanderslaw.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on October 11, 2016, and that this system will provide notice of such filing to all counsel of record.

_____
Perry R. Sanders Jr., Esq. (LA SBN 01577)
**SANDERS LAW FIRM, LLC**
North Tejon St., Suite 400
Colorado Springs, CO 80903
Tel: (877) 630-1556
Fax: (719) 630-7004
slf@perrysanderslaw.com
*Attorney for Plaintiffs*

Attorney for Plaintiff