UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXBAN) ( <br> PRODUCTS LIABILITY ( <br> LITIGATION ( <br> ( <br> ( <br> ( <br> ( <br> ( | MDL NO.: 2592 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Christopher Boyd, Individually v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION No. 2: 15-CV-05092**

### MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME FOR PFS SUBMISSION

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to submit the Plaintiff Fact Sheet, Plaintiff states the following:

### FACTUAL BACKGROUND

1. Counsel for Christopher Boyd (hereinafter "the plaintiff") filed this action against defendants on September 30, 2015.

2. Counsel for Christopher Boyd mailed out the PFS packet immediately before filing the complaint and informed client of due date on August 11, 2015.

3. Counsel for the plaintiff has repeatedly attempted to establish contact with plaintiff subsequent to the PFS being mailed with no success.

4.  After numerous attempts to contact Mr. Boyd subsequent to the filing, it is apparent that he continues to lack capacity to discuss this matter and no representative appears to represent his interest.

7.  Counsel for the Plaintiffs, request a 90-day extension of the deadline in which to complete the PFS packet.

9.  Plaintiff is not requesting an extension of time for purposes of delay, but so that justice may be served.

WHEREFORE, Plaintiff's counsel request an extension of time of 90 days (until January 7, 2016) to satisfy the Plaintiff Fact Sheet submission.

Respectfully submitted,

**DATED:**   October 11, 2016

Respectfully Submitted,

_____
Perry R. Sanders Jr., Esq. (LA SBN 01577)
**SANDERS LAW FIRM, LLC**
31 North Tejon St., Suite 400
Colorado Springs, CO 80903
Tel: (877) 630-1556
Fax: (719) 630-7004
slf@perrysanderslaw.com

# MRH Medical Group, Inc.

Jonathan E. Reitman M.D.
Internal Medicine

May 13, 2016

Re: Christopher Boyd

To Whom It May Concern,

Christopher Boyd has been under my medical care since 2005. He is treated for numerous medical conditions, including HIV, peripheral neuropathy, nephrolithiasis, COPD and chronic pain, as well as major depression.

Mr. Boyd has been highly disabled since September of 2015 due to the worsening of his physical and mental condition. This has been related to multiple systemic infections, episodes of renal failure, skin infections and severe pain. As a result, he has been hospitalized on several occasions, and has undergone two surgical procedures.

As a result of these problems, Mr. Boyd has been unable to function physically or psychologically in a meaningful way. He should be excused from responsibility for missing any financial deadlines over the last eight months.

Please feel free to contact me with any questions.

Sincerely,

Jonathan Reitman M.D.

8484 Wilshire Blvd., Suite 200        Beverly Hills, CA 90211
Phone: (310) 360-7690                  FAX: (360) 360-9613

DEA# BB4482509
NPI# 1487821757                                                    Lic.# G081239

**B. Robert Bamshad, MD**
B. Robert Bamshad, MD, Inc
Urologic Surgery
8635 West 3rd Street, Suite 765W
Los Angeles, CA 90048

Tel: 310-854-0777                                          Fax: 310-289-5198

Name  Christopher Boyd                                Tel _____

Address _____

SECURITY FEATURES ON BACK        D.O.B. _____        Gender _____

Rx1    ☐ Label in Spanish    Refill - ☒ NR  ☐ 1  ☐ 2  ☐ 3  ☐ 5  ☐ 11
                                            ☐ Refill   ☐ First-time Request

The Above patient                          Units _____
has had multiple                           ☐ 1 – 24   ☐ 75 – 100
                                           ☐ 25 – 49  ☐ 101 – 150
                                           ☐ 50 - 74  ☐ over 151
                                           ☐ Do Not Substitute

Rx2    ☐ Label in Spanish    Refill - ☐ NR  ☒ 1  ☐ 2  ☐ 3  ☐ 5  ☐ 11
Hospital admissions                        ☐ Refill   ☐ First-time Request
and surgeries for                          Units _____
                                           ☐ 1 – 24   ☐ 75 – 100
                                           ☐ 25 – 49  ☐ 101 – 150
kidney stones                              ☐ 50 - 74  ☐ over 151
                                           ☐ Do Not Substitute

Rx3    ☐ Label in Spanish    Refill - ☐ NR  ☐ 1  ☐ 2  ☐ 3  ☐ 5  ☐ 11
This year.                                 ☐ Refill   ☐ First-time Request
                                           Units _____
                                           ☐ 1 – 24   ☐ 75 – 100
                                           ☐ 25 – 49  ☐ 101 – 150
                                           ☐ 50 - 74  ☐ over 151
                                           ☐ Do Not Substitute

8/5/16                                                              M.D.
Date                                    Signature

0769              PRESCRIPTION IS VOID IF THE NUMBER
                  OF DRUGS PRESCRIBED IS NOT NOTED

RXS1603022488742O