# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXBAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Christopher Boyd, Individually v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION No. 2: 15-CV-05092**

## NOTICE OF SUBMISSION OF MOTION FOR EXTENSION OF TIME FOR PFS SUBMISSION

The attached Motion for Extension of Time for PFS Submission has been filed and will be submitted tot he Court for consideration without a hearing on October 26, 2016. The Court will rule on the motion without a hearing, unless one is requested.

**DATED:**     October 11, 2016

_____

Perry R. Sanders Jr., Esq. (LA SBN 01577)
**SANDERS LAW FIRM, LLC**
31 North Tejon St., Suite 400
Colorado Springs, CO 80903
Tel: (877) 630-1556
Fax: (719) 630-7004
slf@perrysanderslaw.com