UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN ) <br> PRODUCTS LIABILITY LITIGATION) ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO: 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Wilmer Drummond v. Janssen Research & Development LLC f/k/a Johnson and Johnson Pharmaceutical Research and Development LLC et al*

CIVIL ACTION NO.: 2:15-cv-05095

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, please take notice that:

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Wilmer Drummond. Attached to this motion is a memorandum showing the death certificate, as well as documents indicating the representative for the estate.

Dated: October 11, 2016

Respectfully Submitted,

Perry R. Sanders Jr., Esq. (LA SBN 01577)
**SANDERS LAW FIRM, LLC**
North Tejon St., Suite 400
Colorado Springs, CO 80903
Tel: (877) 630-1556
Fax: (719) 630-7004
slf@perrysanderslaw.com
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

    I hereby certify I filed an electronic copy of the above and foregoing with the Clerk of the Court using the ECF system on October 11, 2016, and that this system will provide notice of such filing to all counsel of record.

By: _____

Perry R. Sanders Jr., Esq. (LA SBN 01577)
**SANDERS LAW FIRM, LLC**
North Tejon St., Suite 400
Colorado Springs, CO 80903
Tel: (877) 630-1556
Fax: (719) 630-7004
slf@perrysanderslaw.com
Attorney for Plaintiffs