# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXBAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Wilmer Drummond, Individually v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION No. 2: 15-CV-05095**

### MEMORANDUM IN SUPPORT OF NOTICE OF DEATH

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's submission of Notice of Death, Plaintiff states the following:

### FACTUAL BACKGROUND

1. Counsel for Wilmer Drummond (hereinafter "the plaintiff") filed this action against defendants on September 30, 2015.

2. Counsel for Wilmer Drummond learned of Plaintiff's passing on August 5, 2016.

3. Counsel for the plaintiff has established contact with plaintiff's representative subsequent to learning of plaintiff's death.

4. Counsel submits the Death Certificate for Plaintiff, as well as Representative documentation.

Respectfully submitted,

**DATED:** October 11, 2016

Respectfully Submitted,

_____
Perry R. Sanders Jr., Esq. (LA SBN 01577)
**SANDERS LAW FIRM, LLC**
31 North Tejon St., Suite 400
Colorado Springs, CO 80903
Tel: (877) 630-1556
Fax: (719) 630-7004
slf@perrysanderslaw.com