UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO. 2592 |
| | | SECTION:  L |
| | | JUDGE ELDON E. FALLON |
| | | MAG. JUDGE NORTH |
| **This Document relates to:**<br>    Eddie Lee Veasley v. Janssen Research<br>    & Development, LLC, et al.<br>    E.D. La. No. 2:16-cv-03100 | ) ) ) ) | |

### NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Eddie Lee Veasley.  Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Jasmine Veasley, who is the daughter and surviving heir of Eddie Lee Veasley.

Dated:  October 12, 2016

                              Respectfully submitted,

                              By:   */s/ Ethan L. Shaw*
                                    Ethan L. Shaw
                                    John P. Cowart
                                    Matthew J. Riley
                                    SHAW COWART, L.L.P.
                                    1609 Shoal Creek Boulevard
                                    Suite 100
                                    Austin, Texas  78701
                                    Telephone:  (512) 499-8900
                                    Facsimile:  (512) 320-8906
                                    elshaw@shawcowart.com
                                    jcowart@shawcowart.com
                                    mriley@shawcowart.com

                                    *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Ethan L. Shaw*
