# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION:  L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| This Document relates to: ) | |
|   Eddie Lee Veasley v. Janssen Research ) | |
|   & Development, LLC, et al. ) | JURY TRIAL DEMANDED |
|   E.D. La. No. 2:16-cv-03100 ) | |

_____

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Jasmine Veasley on behalf of her deceased father, Eddie Lee Veasley.

1. Eddie Lee Veasley filed a products liability lawsuit against Defendants on April 14, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Eddie Lee Veasley died on August 16, 2016.

3. Eddie Lee Veasley's products liability action against Defendants survived his death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on October ___, 2016.

5. Jasmine Veasley, surviving daughter of Eddie Lee Veasley, is a proper party to substitute for plaintiff-decedent Eddie Lee Veasley and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed. R. Civ.

P. 25(a)(1).  "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Jasmine Veasley requests that this Court grant her request for substitution as plaintiff in this action.

Dated: October 12, 2016

                              Respectfully submitted,

                              By:  */s/ Ethan L. Shaw*
                                  Ethan L. Shaw
                                  John P. Cowart
                                  Matthew J. Riley
                                  SHAW COWART, L.L.P.
                                  1609 Shoal Creek Boulevard
                                  Suite 100
                                  Austin, Texas  78701
                                  Telephone:  (512) 499-8900
                                  Facsimile:  (512) 320-8906
                                  elshaw@shawcowart.com
                                  jcowart@shawcowart.com
                                  mriley@shawcowart.com

                                  *Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

                                */s/ Ethan L. Shaw*