# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

___

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** ) | **MDL NO. 2592** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **SECTION:  L** |
| ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **MAG. JUDGE NORTH** |
| **This Document relates to:** ) | |
| **Eddie Lee Veasley v. Janssen Research** ) | |
| **& Development, LLC, et al.** ) | **JURY TRIAL DEMANDED** |
| **E.D. La. No. 2:16-cv-03100** ) | |

___

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Jasmine Veasley's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1.   Motion is GRANTED

2.   JASMINE VEASLEY, as surviving heir and daughter of EDDIE LEE VEASLEY, is substituted as Plaintiff in this action.

New Orleans, Louisiana this ___ day of _____, 2016.

_____
HONORABLE ELDON E. FALLON
United States District Court Judge

cc:   All counsel of record