# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> JESSE J. HERNANDEZ v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al. | Case No. 2:15-cv-00920 |

## ORDER

Upon consideration of Plaintiff Jesse Hernandez's UNOPPOSED Motion to Reopen His Case Pursuant to Fed. R. Civ. P. 60(b)(1), it is hereby ORDERED that the Motion is GRANTED. The Dismissal Order entered on June 10, 2016 (2:14-md-02592, Doc. 3433) is hereby VACATED IN PART as it relates to Plaintiff Jesse Hernandez's case. Plaintiff Jesse Hernandez's case shall be listed as open/active on the docket.

New Orleans, Louisiana this 12th day of October, 2016.

_____
Judge Eldon E. Fallon