UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALON <br> MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Aleshin v. Janssen Research & Development LLC, et al.* | (2:15-cv-03120) |
| *Borawski v. Janssen Research & Development LLC, et al.* | (2:15-cv-03714) |
| *DeWitt v. Janssen Research & Development LLC, et al.* | (2:15-cv-03717) |
| *Jenkins v. Janssen Research & Development LLC, et al.* | (2:15-cv-03722) |
| *Jolly v. Janssen Research & Development LLC, et al.* | (2:15-cv-03722) |
| *Jones v. Janssen Research & Development LLC, et al.* | (2:15-cv-03733) |
| *Lynch v. Janssen Research & Development LLC, et al.* | (2:15-cv-03741) |
| *Matkins v. Janssen Research & Development LLC, et al.* | (2:15-cv-03745) |
| *Sims v. Janssen Research & Development LLC, et al.* | (2:15-cv-03751) |
| *Young v. Janssen Research & Development LLC, et al.* | (2:15-cv-03754) |

## **ORDER**

**IT IS ORDERED** that the Motion for Extension of Time Within Which to Serve Process on Bayer Defendants by the above listed Plaintiffs is hereby **GRANTED**, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures set forth in Pre-Trial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2016

_____
Hon. Eldon E. Fallon
United States District Judge