UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALON |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Arnold v. Janssen Research & Development LLC, et al.* | (2:16-cv-04050) |
| *Brown v. Janssen Research & Development LLC, et al.* | (2:16-cv-04754) |
| *Scarboro v. Janssen Research & Development LLC, et al.* | (2:16-cv-04771) |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

COME NOW Plaintiffs, through undersigned counsel, in the above-listed actions and respectfully request that this Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Bayer Pharma, AG and that this Court issue an Order granting them thirty (30) days from granting of this Motion within which to perfect service of process on Bayer Pharma AG through the streamlined service procedure set forth in Pre-Trial Order No. 10.  A memorandum in support of Plaintiffs' Motion is submitted herewith.

Respectfully Submitted,

Dated: October 13, 2016     By*:*     /s/ *Thomas v. Ayala*

M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax:  (302) 622-7100

egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiffs' Motion for Extension of Time Within Which To Serve Process has contemporaneously with or before filing before been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Thomas V. Ayala
Thomas V. Ayala, Esquire