UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALON <br> MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Arnold v. Janssen Research & Development LLC, et al.* | (2:16-cv-04050) |
| *Brown v. Janssen Research & Development LLC, et al.* | (2:16-cv-04754) |
| *Scarboro v. Janssen Research & Development LLC, et al.* | (2:16-cv-04771) |

## ORDER

**IT IS ORDERED** that the Motion for Extension of Time Within Which to Serve Process on Bayer Defendants by the above listed Plaintiffs is hereby **GRANTED**, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures set forth in Pre-Trial Order No. 10.

New Orleans, Louisiana, this _____ day of _____, 2016

_____
Hon. Eldon E. Fallon
United States District Judge