# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES OWENS, | ) | MDL NO. 2592 |
| | ) | |
| Plaintiffs, | ) | SECTION: L |
| | ) | |
| vs. | ) | Case No: 2:16-CV-2591 |
| | ) | |
| JANSSEN RESEARCH & | ) | |
| DEVELOPMENT LLC, *et al.*, | ) | JUDGE: ELDON E. FALLON |
| | ) | |
| Defendants. | ) | MAG. JUDGE MICHAEL NORTH |

## ENTRY OF APPEARANCE

Comes now Jeffrey J. Lowe of Carey Danis & Lowe, and hereby enters his appearance on behalf of Plaintiffs.

**CAREY DANIS & LOWE**

By:  /s/ Jeffrey J. lowe
Jeffrey J. Lowe
8235 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
(314) 725-7700
(314) 678-3401 (facsimile)
jlowe@careydanis.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 13th day of October, 2016.

/s/ Jeffrey J. Lowe
Counsel for Plaintiffs

1