UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592<br><br>SECTION L<br><br><br>MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * *
THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Burkett v. Janssen Research & Development LLC, et al.* | (2:16-cv-06493-EFF-MBN) |
| *Davis v. Janssen Research & Development LLC, et al.* | (2:16-cv-07166-EEF-MBN) |
| *Dufrene v. Janssen Research & Development LLC, et al.* | (2:16-cv-07178-EEF-MBN) |
| *Fleishour v. Janssen Research & Development LLC, et al.* | (2:16-cv-07192-EEF-MBN) |
| *Johnson v. Janssen Research & Development LLC, et al.* | (2:16-cv-07201-EEF-MBN) |
| *Powers v. Janssen Research & Development LLC, et al.* | (2:16-cv-07207-EEF-MBN) |
| *Smith v. Janssen Research & Development LLC, et al.* | (2:16-cv-07218-EEF-MBN) |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO SERVE PROCESS**

COME NOW Plaintiffs, through undersigned counsel, in the above-listed actions and respectfully request that this Honorable Court grant their Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG and that this Court issue an Order granting them thirty (30) days from granting of the Motion within which to serve process on Defendant Bayer Pharma AG through the streamlined service procedure for informal service of process set forth in Pre-Trial Order No. 10.  A memorandum in support of Plaintiffs' Motion is submitted herewith.

                                                  Respectfully Submitted,

Dated: October 13, 2016          By*:*    /s/ *Thomas v. Ayala*

                                                  M. Elizabeth Graham
                                                  Thomas V. Ayala
                                                  Samantha Mertz
                                                  **GRANT & EISENHOFER P.A.**
                                                  123 Justison Street
                                                  Wilmington, DE 19801
                                                  Tel: (302) 622-7000
                                                  Fax:  (302) 622-7100
                                                  egraham@gelaw.com
                                                  tayala@gelaw.com
                                                  smertz@gelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Plaintiffs' Motion for Extension of Time Within Which To Serve Process has contemporaneously with or before filing before been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Thomas V. Ayala
Thomas V. Ayala, Esquire