UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * | MDL 2592<br>SECTION L<br>JUDGE ELDON E. FALON<br>MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Burkett v. Janssen Research & Development LLC, et al.* | (2:16-cv-06493-EFF-MBN) |
| *Davis v. Janssen Research & Development LLC, et al.* | (2:16-cv-07166-EEF-MBN) |
| *Dufrene v. Janssen Research & Development LLC, et al.* | (2:16-cv-07178-EEF-MBN) |
| *Fleishour v. Janssen Research & Development LLC, et al.* | (2:16-cv-07192-EEF-MBN) |
| *Johnson v. Janssen Research & Development LLC, et al.* | (2:16-cv-07201-EEF-MBN) |
| *Powers v. Janssen Research & Development LLC, et al.* | (2:16-cv-07207-EEF-MBN) |
| *Smith v. Janssen Research & Development LLC, et al.* | (2:16-cv-07218-EEF-MBN) |

## NOTICE OF SUBMISSION

COME NOW, Plaintiffs by and through the undersigned counsel, and file this notice of submission of Motion to for Extension of Time to Serve Process before the Hon. Judge Elden E. Fallon on November 30, 2016 at 9:00 a.m.

Respectfully Submitted,

Dated: October 13, 2016       By*:*   /s/ *Thomas v. Ayala*

M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com