UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

*Eleanor E. Reynolds v. Janssen Research & Development, LLC, et al.*

Civil Action No. 2:16-cv-13401

### NOTICE OF DEATH OF PLAINTIFF

In accordance with Federal Rules of Civil Procedure 25(a), counsel for Plaintiff Eleanor E. Reynolds hereby notifies the Court and the Parties hereto of the death of Plaintiff Eleanor E. Reynolds during the pendency of this Action. Counsel for Plaintiff anticipates filing a Motion to Substitute a Party in the near-term.

Dated: October 13, 2016

Respectfully Submitted,

By: /s/ Lauren Weitz
Lauren Weitz
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5556
Facsimile: (646) 293-4370
E-mail: lweitz@weitzlux.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of October 2016, a true copy of the foregoing Notice of Death was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

      /s/ Lauren Weitz
      Lauren Weitz