UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    Crutcher v. Janssen Pharmaceuticals, Inc. et al
    Case Number: **2:16-cv-06715**

## MOTION FOR LEAVE TO WITHDRAW REPRESENTATION

    Comes now, Mark Gray, Matthew White, Doris Kim, and Jacob Levy, the Law Firm of Gray and White, and files this motion to withdrawal as counsel in re: Crutcher v. Janssen Research & Development LLC, et al.  In support of this motion counsel states that they have been unable to reach Mr. Crutcher despite repeated attempts to contact him via phone, letter and certified letter.  Since Counsel for Plaintiff is unable to reach Plaintiff they must withdraw from the case.  Plaintiff has been unable to obtain records which satisfy PTO 13.

    Counsel wishes only to withdraw from the individual case, not all cases jointly filed with this case.

    Pursuant to PTO 11B, no filing fee is currently owed, and may never be owed, if Plaintiff voluntarily dismisses his case within nine months of the filing of it.  At this time, no filing fee has been paid.

    Mr. Crutcher's last known address is 911 Parklane Dr. Huntsville, AL 35816. His phone number on file with this office is 256-288-9731.

    Lastly, our letters and voicemails to Mr. Crutcher informed him that delay in dealing with his case could result in its dismissal.

Dated:  October 14, 2016             Respectfully submitted,

/s/ Jacob Levy
Jacob E. Levy
Gray & White
713 East Market St.
Suite 200
Louisville, Kentucky 40202
Phone: (502) 805-1800
Fax: (502) 618-4059

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 14th day of October 2016.

Furthermore, the forgoing was mailed via certified mail to the following:

Robbie Crutcher
911 Parklane Dr
Huntsville, AL 35816

/s/ Jacob Levy

Gray & White