UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | } | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION } | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

    Crutcher v. Janssen Pharmaceuticals, Inc. et al
    Case Number: **2:16-cv-06715**

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW REPRESENTATION

    Comes now, Mark Gray, Matthew White, Doris Kim, and Jacob Levy, the Law Firm of Gray and White, and files this motion to withdrawal as counsel in re: Crutcher v. Janssen Research & Development LLC, et al.  In support of this motion counsel states that they have been unable to reach Mr. Crutcher despite repeated attempts to contact him via phone, letter and certified letter.  Since Counsel for Plaintiff is unable to reach Plaintiff they must withdraw from the case.  Plaintiff has been unable to obtain records which satisfy PTO 13.

Dated: October 14, 2016        Respectfully submitted,

        /s/ Jacob Levy
        Jacob E. Levy
        Gray & White
        713 East Market St.
        Suite 200
        Louisville, Kentucky 40202
        Phone: (502) 805-1800
        Fax: (502) 618-4059

## CERTIFICATE OF SERVICE

      I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 14th day of October 2016.

      Furthermore, the forgoing was mailed via certified mail to the following:

Robbie Crutcher
911 Parklane Dr
Huntsville, AL 35816

                                                                       <u>/s/ Jacob Levy</u>

                                                                       Gray & White