**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)   }                MDL No. 2592
                              }
PRODUCTS LIABILITY LITIGATION }                SECTION L
                              }                JUDGE FALLON
                              }                MAG. JUDGE NORTH
                              }

This Document relates to:

    Crutcher v. Janssen Pharmaceuticals, Inc. et al
    Case Number: **2:16-cv-06715**

**NOTICE OF SUBMISSION**

    PLEASE TAKE NOTICE that Plaintiff's Motion to Withdraw as Counsel was filed in the above referenced case.

Dated: October 14, 2016                        Respectfully Submitted,

                                                     /s/ Jacob Levy

                                                     Jacob Levy
                                                     Gray & White
                                                     713 E. Market St. #200
                                                     Louisville, KY 40202

**CERTIFICATE OF SERVICE**

    I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 14th day of October, 2016.

    Furthermore, the forgoing was mailed via certified mail to the following:

Robbie Crutcher
911 Parklane Dr
Huntsville, AL 35816

                                                     /s/ Jacob Levy
                                                    Gray & White