**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    Crutcher v. Janssen Pharmaceuticals, Inc. et al
    Case Number: **2:16-cv-06715**

**ORDER**

This matter having come before the Court on the Plaintiffs' Motion to Withdraw Representation, the Court having reviewed the parties' filings and the record herein and being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiffs' motion is GRANTED. Counsel for Plaintiff is hereby withdrawn.

_____
JUDGE, Eastern District of Louisiana

DATE: _____

Tendered by:

/s/ Jacob Levy

GRAY & WHITE