UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    Crutcher v. Janssen Pharmaceuticals, Inc. et al
    Case Number: **2:16-cv-06715**

## CERTIFICATION

Plaintiff's Counsel hereby certifies that they have communicated with defense counsel regarding this motion to withdraw and they have expressed their desire to oppose it.

Dated: October 14, 2016        Respectfully submitted,

                                              /s/ Jacob Levy
                                              Jacob E. Levy
                                              Gray & White
                                              713 East Market St.
                                              Suite 200
                                              Louisville, Kentucky 40202
                                              Phone: (502) 805-1800
                                              Fax: (502) 618-4059

**CERTIFICATE OF SERVICE**

    I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 14th day of October 2016.

    Furthermore, the forgoing was mailed via certified mail to the following:

Robbie Crutcher
911 Parklane Dr
Huntsville, AL 35816

/s/ Jacob Levy

Gray & White