UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

   Hibbard v. Janssen Pharmaceuticals, Inc. et al
   Case Number: **2:16-cv-13518**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff's Motion to Withdraw as Counsel was filed in the above referenced case.

Dated: October 14, 2016            Respectfully Submitted,

                                                          /s/ Jacob Levy

                                                          Jacob Levy
                                                          Gray & White
                                                          713 E. Market St. #200
                                                          Louisville, KY 40202

## CERTIFICATE OF SERVICE

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 14th day of October, 2016.

Furthermore, the forgoing was mailed via certified mail to the following:

Barbara Hibbard
615 Malcolm Ave.
Louisville, KY 40223

                                                                                 /s/ Jacob Levy
                                                                                 Gray & White