UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    Hibbard v. Janssen Pharmaceuticals, Inc. et al
    Case Number: **2:16-cv-13518**

## CERTIFICATION

    Plaintiff's Counsel hereby certifies that they have communicated with defense counsel regarding this motion to withdraw and they have expressed their desire to oppose it.

Dated: October 14, 2016          Respectfully submitted,

                                                 /s/ Jacob Levy
                                                 Jacob E. Levy
                                                 Gray & White
                                                 713 East Market St.
                                                 Suite 200
                                                 Louisville, Kentucky 40202
                                                 Phone: (502) 805-1800
                                                 Fax: (502) 618-4059

## CERTIFICATE OF SERVICE

    I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 14th day of October 2016.

    Furthermore, the forgoing was mailed via certified mail to the following:

Barbara Hibbard
615 Malcolm Ave.
Louisville, KY 40223

<u>/s/ Jacob Levy</u>

Gray & White