# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:**<br><br>GEORGIA HAUSE<br><br>Civil Action No.: 16-01992 | <u>JURY TRIAL DEMAND</u> |

## MOTION FOR SUBSTITUTION OF THE PROPER PARTY

Plaintiff, Georgia Hause, through undersigned counsel, moves for substitution of the proper party in this case pursuant to Federal Rule of Civil Procedure 25 (a). Plaintiff, Georgia Hause died on July 19, 2016 in Florida. George Hause is a surviving spouse of Plaintiff Georgia Hause. Pursuant to Florida Rules of Civil Procedure 1.260(a)(1), any cause of action for the wrongful death or injuries not resulting in death can be brought by a surviving spouse of the decedent. Plaintiff therefore seeks an Order from the Court substituting George Hause, as a surviving spouse of Georgia Hause, as the Plaintiff. According to Federal Rule of Civil Procedure 25 (a)(1), "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Counsel filed a Suggestion of Death for Georgia Hause on October 14, 2016, a copy of which is attached hereto as Exhibit A. For the foregoing reasons shown,

Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute George Hause, as surviving spouse of Georgia Hause, for the current Plaintiff Georgia Hause.

Dated: October 14, 2016     /s/ **James C. Ferrell**
James C. Ferrell
Texas Bar No.: 00785857
JAMES C. FERRELL, P.C.
4119 Montrose Blvd, Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of October, 2016, a copy of the above and foregoing *Motion for Substitution of the Proper Party* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

By: /s/ James C. Ferrell
James C. Ferrell
James C. Ferrell, P.C.
4119 Montrose Blvd., Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**     JURY TRIAL DEMAND

GEORGIA HAUSE

Civil Action No.: 16-01992

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Georgia Hause.

Dated: October 14, 2016              /s/ **James C. Ferrell**
James C. Ferrell
Texas Bar No.: 00785857
JAMES C. FERRELL, P.C.
4119 Montrose Blvd, Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of October, 2016, a copy of the above and foregoing *Notice of Death of Plaintiff* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      Respectfully submitted,

      By: /s/ James C. Ferrell
      James C. Ferrell
      James C. Ferrell, P.C.
      4119 Montrose Blvd., Suite 400
      Houston, Texas 77006
      (713) 337-3855
      (713) 337-3856 Facsimile
      jferrell@jamesferrell-law.com

      *Attorney for Plaintiff*

# EXHIBIT 1

FL   FL

BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2016111451     **DATE ISSUED:** July 28, 2016

**STATE FILE DATE:** July 26, 2016

## DECEDENT INFORMATION
NAME:   GEORGIA   MAE   HAUSE

DATE OF DEATH: July 19, 2016          SEX: FEMALE        AGE: 063 YEARS
DATE OF BIRTH: ▓▓▓▓, 1952             SSN: ▓▓▓-▓▓-5045
BIRTHPLACE: BIG STONE GAP, VIRGINIA, UNITED STATES
PLACE WHERE DEATH OCCURRED:   INPATIENT
FACILITY NAME OR STREET ADDRESS: WINTER HAVEN HOSPITAL
LOCATION OF DEATH: WINTER HAVEN, POLK COUNTY, 33881

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
MARITAL STATUS: MARRIED
SPOUSE (IF FEMALE, MAIDEN NAME): GEORGE   ROBERT   HAUSE
RESIDENCE:   8 COLEMAN ROAD, WINTER HAVEN, FLORIDA  33880, UNITED STATES
COUNTY: POLK
OCCUPATION, INDUSTRY: HOMEMAKER, OWN HOME
RACE:   X_White   ___Black or African American   ___Asian Indian   ___Chinese   ___Filipino   ___Native Hawaiian
___American Indian or Alaskan Native--Tribe:                         ___Japanese   ___Korean   ___Vietnamese
___Guamian or Chamorro       ___Samoan           ___Other Pacific Isl:
___Other Asian:                                  ___Other:                       ___Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: 9TH THRU 12TH GRADE; NO DIPLOMA     EVER IN U.S. ARMED FORCES? NO

## PARENTS AND INFORMANT INFORMATION
FATHER:   JOE   COUCH
MOTHER:   DOROTHY   BALL
INFORMANT:   GEORGE   ROBERT   HAUSE
RELATIONSHIP TO DECEDENT: HUSBAND
INFORMANT'S ADDRESS:   8 COLEMAN ROAD, WINTER HAVEN, FLORIDA  33880, UNITED STATES

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
PLACE OF DISPOSITION:   J L LOCKE CREMATION SERVICES
                        DAVENPORT, FLORIDA
METHOD OF DISPOSITION: CREMATION
FUNERAL DIRECTOR/LICENSE NUMBER:   LARRY LOCKE, F043249
FUNERAL FACILITY:   CREMATION SERVICES OF MID FLORIDA F041385
                    122 STATE STREET, DAVENPORT, FLORIDA  33837

## CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN      MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr): 2325
CERTIFIER'S NAME:   JOSEPH A CARLUCCI
CERTIFIER'S LICENSE NUMBER:   ME77890
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT ENTERED

*Ken Jones*, State Registrar                                REQ: 2017250627

WARNING: THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE. THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)


*346253227*

CERTIFICATION OF VITAL RECORD        Florida HEALTH