## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592 <br><br> SECTION:   L <br><br> JUDGE:  ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:                    JURY TRIAL DEMAND

GEORGIA HAUSE

Civil Action No.: 16-01992

### NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure

hereby informs the Honorable Court of the death of Plaintiff, Georgia Hause.

Dated: October 14, 2016                    /s/ **James C. Ferrell**
                                           James C. Ferrell
                                           Texas Bar No.: 00785857
                                           JAMES C. FERRELL, P.C.
                                           4119 Montrose Blvd, Suite 400
                                           Houston, Texas 77006
                                           (713) 337-3855
                                           (713) 337-3856 Facsimile
                                           jferrell@jamesferrell-law.com

                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

        I hereby certify that on this 14th day of October, 2016, a copy of the above and foregoing *Notice of Death of Plaintiff* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                      Respectfully submitted,

                                      By: /s/ James C. Ferrell
                                      James C. Ferrell
                                      James C. Ferrell, P.C.
                                      4119 Montrose Blvd., Suite 400
                                      Houston, Texas 77006
                                      (713) 337-3855
                                      (713) 337-3856 Facsimile
                                      jferrell@jamesferrell-law.com

                                      *Attorney for Plaintiff*

# EXHIBIT 1

# STATE OF FLORIDA

**THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.   HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.**

**FL** · **FL**

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2016111451

**DATE ISSUED:** July 28, 2016

**STATE FILE DATE:** July 26, 2016

## DECEDENT INFORMATION

NAME: GEORGIA  MAE  HAUSE

DATE OF DEATH: July 19, 2016   SEX: FEMALE   AGE: 063 YEARS
DATE OF BIRTH: ▮▮▮, 1952   SSN: ▮▮▮-5045
BIRTHPLACE: BIG STONE GAP, VIRGINIA, UNITED STATES
PLACE WHERE DEATH OCCURRED:   INPATIENT
FACILITY NAME OR STREET ADDRESS: WINTER HAVEN HOSPITAL
LOCATION OF DEATH: WINTER HAVEN, POLK COUNTY, 33881

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: **MARRIED**
SPOUSE (IF FEMALE, MAIDEN NAME): GEORGE  ROBERT  HAUSE
RESIDENCE:   8 COLEMAN ROAD, WINTER HAVEN, FLORIDA  33880, UNITED STATES
COUNTY: **POLK**
OCCUPATION, INDUSTRY: **HOMEMAKER, OWN HOME**
RACE:   X White   ___Black or African American   ___Asian Indian   ___Chinese   ___Filipino   ___Native Hawaiian
___American Indian or Alaskan Native--Tribe:   ___Japanese   ___Korean   ___Vietnamese
___Guamian or Chamorro   ___Samoan   ___Other Pacific Isl:
___Other Asian:   ___Other:   ___Unknown
HISPANIC OR HAITIAN ORIGIN? **NO, NOT OF HISPANIC/HAITIAN ORIGIN**
EDUCATION: **9TH THRU 12TH GRADE; NO DIPLOMA**   EVER IN U.S. ARMED FORCES? **NO**

## PARENTS AND INFORMANT INFORMATION

FATHER:   JOE  COUCH
MOTHER:   DOROTHY  BALL
INFORMANT: GEORGE  ROBERT  HAUSE
RELATIONSHIP TO DECEDENT: HUSBAND
INFORMANT'S ADDRESS:  8 COLEMAN ROAD, WINTER HAVEN, FLORIDA  33880, UNITED STATES

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION:  J L LOCKE CREMATION SERVICES
                                      DAVENPORT, FLORIDA
METHOD OF DISPOSITION: **CREMATION**
FUNERAL DIRECTOR/LICENSE NUMBER:  LARRY LOCKE, F043249
FUNERAL FACILITY:  CREMATION SERVICES OF MID FLORIDA F041385
                              122 STATE STREET, DAVENPORT, FLORIDA  33837

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: **CERTIFYING PHYSICIAN**   MEDICAL EXAMINER CASE NUMBER: **NOT APPLICABLE**
TIME OF DEATH (24 hr): **2325**
CERTIFIER'S NAME:   JOSEPH A CARLUCCI
CERTIFIER'S LICENSE NUMBER:   ME77890
NAME OF ATTENDING PHYSICIAN (If other than Certifier): **NOT ENTERED**

*Ken Jones*

**, State Registrar**

REQ:  2017250627

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
**WARNING:**  THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)



CERTIFICATION OF VITAL RECORD

Florida HEALTH