# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:**<br><br>GEORGIA HAUSE<br><br>Civil Action No.: 16-01992 | <u>JURY TRIAL DEMAND</u> |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff George Hause, on behalf of the Estate of Georgia Hause, is substituted for Plaintiff Georgia Hause, in the above captioned cause.


Dated: _____

                                                                                                  Honorable Eldon E. Fallon
                                                                                                  United States District Court Judge