## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |

This Document relates to:
*Lenora M. Demeritte vs. Janssen Research & Development, LLC et al;*
Civil Action No. 2:16-cv-2636

### MOTION TO WITHDRAW PLAINTIFF'S DOCUMENT

COMES NOW the Plaintiff Lenora M. Demeritte by and through the undersigned counsel, and respectfully moves this Court to withdraw the previously filed document 4282 submitted October 5, 2016. Plaintiff's Counsel noticed a discrepancy in document 4282. Plaintiff has refiled a Second Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet.

**WHEREFORE**, Plaintiff, by and through undersigned Counsel, respectfully requests this Court to Withdraw document 4282 filed October 5, 2016.

Dated: October 14, 2016           Respectfully Submitted,

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 14th day of October 2016.

    Kirkendall Dwyer, LLP

    By: */s/ Andrew F. Kirkendall*
    Andrew F. Kirkendall
    Texas Bar No. 24050882
    Alexander G. Dwyer
    Texas Bar No. 24054271
    Kirkendall Dwyer LLP
    4343 Sigma Rd., STE 200
    Dallas, TX 75244
    Phone: 214-271-4027
    Fax: 214-253-0629
    ak@kirkendalldwyer.com
    ad@kirkendalldwyer.com

    *Attorney for Plaintiffs*