UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABITILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Lenora M. Demeritte,<br><br>2:16-cv-02636-EEF-MBN | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

### ORDER

THIS MATTER, having come before the Court is Plaintiff Lenora M. Demeritte's Motion to Withdraw Plaintiff's document 4282. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Plaintiff's document 4282.


Dated: _____     _____
                                        Hon. Eldon Fallon
                                        United States District Court Judge