# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Edmund Kazlauskas and Louella Kazlauskas v. Janssen Research & Development LLC, et al.*

**Case Action No.: 2:16-cv-07563**

## MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this court for an order substituting Louella Kazlauskas, as Executor of the Estate of Edmund Kazlauskas, on behalf of her deceased husband, Edmund Kazlauskas, as the Plaintiff in this action.

1. Edmund and Louella Kazlauskas filed this products liability lawsuit against defendants on May 18, 2016 (Joint Complaint) and June 1, 2016 (Short Form Complaint).

2. Subsequently, plaintiffs' counsel learned that Edmund Kazlauskas died.

3. Edmund Kazlauskas' products liability lawsuit against defendants survived his death and was not extinguished.

1

4. Plaintiff filed a suggestion of death on August 15, 2016, attached hereto.

5. Louella Kazlauskas, surviving wife of Edmund Kazlauskas, is a proper party to substitute for plaintiff-decedent and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf pursuant to Federal Rule of Civil Procedure 25(a)(1) which states that: "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Louella Kazlauskas, surviving wife of Edmund Kazlauskas, was appointed Executor of Edmund Kazlauskas' Estate by order of the Surrogate's Court of the State of New York, Montgomery County on October 12, 2016. Attached hereto is a copy of the certificate of appointment of executor issued by the Surrogate's Court.

Wherefore, counsel for Plaintiff requests that this court grant this motion for substitution as Plaintiff in this action.

Dated:  October 14, 2016

Respectfully submitted,

*/s/ Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiffs
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbxarelto@1800law1010.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to pretrial order number 17.

Dated:  October 14, 2016

*/s/Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan