On the Date Written Below PRELIMINARY LETTERS TESTAMENTARY expiring on 04-12-2017 were granted by the Surrogate's Court of Montgomery County, New York as follows:

**File #: 2016-127/A**

| | |
|---|---|
| Name of Decedent: | **Edmund Kazlauskas** |
| | AKA   **Edmund J. Kazlauskas** |
| Domicile: | **Village of St. Johnsville** |

Date of Death: 06-17-2016

Type of Letters Issued:   **PRELIMINARY LETTERS TESTAMENTARY**

Fiduciary Appointed:   **Louella Kazlauskas**
24 Center Street
St Johnsville NY  13452

Limitations:  The fiduciary's authority is limited to the following powers, except as further set forth in the decree: 1) Marshall, collect, maintain and preserve any and all assets and/or papers of, in and to which decedent had an interest or owned; 2) Not dispose of any property, real or personal, by sale, transfer, encumbrance or otherwise unless sold or disposed of by direction of the court; 3) Not lease nor enter into a lease of any realty or apartment for a period exceeding one year; 4) Defend, continue to defend and/or commence a suit at law on behalf of decedent. Any settlement or compromise must be with the consent and upon Order of the Surrogate's Court of Montgomery County; 5) Collect rents, pay utility bills, real estate taxes, water and sewer rents; 6) Determine if any income tax returns should be filed on behalf of the decedent or decedent's estate and, if such be the case, to arrange for the preparation and filing such returns and payment of any taxes that may be due thereon plus payment of any interest and penalties that may be due from the decedent's estate; 7) Establish an interest bearing savings account and/or a checking account on behalf of estate; 8) Pay any reasonable costs and expenses that may be due and payable in connection with administration of the estate;

THESE LETTERS, granted pursuant to a decree entered by the court, authorize and empower the above-named fiduciary or fiduciaries to perform all acts requisite to the proper administration and disposition of the estate/trust of the Decedent in accordance with the decree and the laws of New York State, subject to the limitations and restrictions, if any, as set forth above.

Dated:  October 12, 2016

IN TESTIMONY WHEREOF, the seal of the Montgomery County Surrogate's Court has been affixed.

WITNESS, Hon Guy P. Tomlinson, Judge of the Montgomery County Surrogate's Court

Alison C. Thomas, Chief Clerk

*These Letters are Not Valid Without the Raised Seal of the Montgomery County Surrogate's Court*

**Attorney:**
**Michelle H. Wildgrube**
**Cioffi Slezak Wildgrube P.C.**
2310 Nott Street East, Suite One
Niskayuna NY  12309