# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |

**THIS DOCUMENT RELATES TO:**

**EDMUND KAZLAUSKAS and LOUELLA KAZLAUSKAS**

Civil Action No.: 2:16-cv-07563

## AFFIRMATION OF COMPLIANCE IN PROVIDING ADMINISTRATOR/EXECUTOR DOCUMENTATION, DECLARATION TO PLAINTIFF FACT SHEET AND AUTHORIZATIONS

Rosemarie Riddell Bogdan, an attorney duly admitted to practice law in the State of New York and before this Court, affirms under the penalties of perjury as follows:

1. I make this Affirmation in further support of plaintiffs' motion for extension of time under PTO 27 to provide an Order from the New York State Surrogate's Court supporting the authority of Xarelto user's representative to sign the declaration on behalf of the user in connection with the Plaintiff's Fact Sheet, and provide the Plaintiff Fact Sheet declaration and required authorizations by November 16, 2016.

2. Louella Kazlauskas, surviving wife of Edmund Kazlauskas, was appointed

Executor of Edmund Kazlauskas' Estate by order of the Surrogate's Court of the State of New York, Montgomery County on October 12, 2016. Attached hereto are copies of the Order granting Preliminary Letters Testamentary and Preliminary Letters Testamentary issued by the Surrogate's Court. These documents have now also been uploaded to MDL Centrality - In Re Xarelto MDL 2592.

      3. As of today's date, counsel for Plaintiffs provided the requested Declaration, HIPPA, and Health Insurance Authorization signed by Louella Kazlauskas via uploading the documents to MDL Centrality - In Re Xarelto MDL 2592.

      WHEREFORE, for the reasons set forth above, Plaintiffs are now in compliance with the PTOs.

Dated: October 14, 2016           Respectfully submitted,

       */s/ Rosemarie Riddell Bogdan*
       Rosemarie Riddell Bogdan
       NDNY Bar Roll Number: 506409
       NYS Bar Roll Number: 380552
       MARTIN, HARDING & MAZZOTTI, LLP
       Attorneys for Plaintiffs
       1222 Troy-Schenectady Road
       P.O. Box 15141
       Albany, New York 12212-5141
       Telephone: (518) 862-1200
       rrbxarelto@1800law1010.com

## CERTIFICATE OF SERVICE

 I hereby certify that on October 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/Rosemarie Riddell Bogdan*
        Rosemarie Riddell Bogdan
        NDNY Bar Roll Number: 506409
        NYS Bar Roll Number: 380552
        MARTIN, HARDING & MAZZOTTI, LLP
        Attorneys for Plaintiffs
        1222 Troy-Schenectady Road
        P.O. Box 15141
        Albany, New York 12212-5141
        Telephone: (518) 862-1200
        rrbxarelto@1800law1010.com