## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ********************************************* | * |

THIS DOCUMENT RELATES TO:
*Shayne Potter*, No. 2:15-CV-7172

### ORDER

Considering Plaintiff's Motion for Voluntary Dismissal Without Prejudice (R. Doc. 3961),

**IT IS ORDERED** that the motion shall be set for oral argument after the Monthly Status Conference on October 25, 2016 at 9:00 a.m. If counsel wishes to appear by phone, they should contact Chambers for instructions on how to do so.

New Orleans, Louisiana, this 14th day of October, 2016.

UNITED STATES DISTRICT JUDGE