# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
MDL Case No.    2:15cv-5894                                    Plaintiff: LEWIS, GEORGE

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Stacy Lewis Jones on behalf of decedent, George Lewis.

1. George Lewis filed a products liability lawsuit against Defendants on November 13, 2015.

2. Plaintiff George Lewis died on June 3, 2016.

3. George Lewis' product liability action against the defendants survived his death and was not extinguished.

4. On September 30, 2016 a Notice and Suggestion of Death was filed, attached hereto as "Exhibit A."

5. Stacey Lewis Jones, surviving daughter of George Lewis, was appointed Executor of his Estate on September 8, 2016 by the Circuit Court of Chesapeake County, State of Virginia.

6. Stacey Lewis Jones is a proper party to substitute for plaintiff-decedent George Lewis and has proper capacity to proceed forward with the surviving products liability lawsuit on

her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party of the decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable court grant this Motion for substitution as plaintiff in this action.

Dated: October 17, 2016

By: */s/ Andrew W. Callahan*

Andrew W. Callahan, IL Bar No. 6298280
Jacob A. Flint, IL Bar No. 6299777
Ethan A. Flint, IL Bar No. 6286170
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone: 618-288-4777
Fax: 618-288-2864
acallahan@toverdict.com
jflint@toverdict.com
eflint@toverdict.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*