# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | |
| )  | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **SECTION L** |
| ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| _____ ) | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | |
| **MDL Case No.    2:15cv-5894** | **Plaintiff: LEWIS, GEORGE** |

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that**:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff George Lewis.

Dated: October 17, 2016

Respectfully Submitted,

By: */s/ Andrew W. Callahan*_____

Andrew W. Callahan, IL Bar No. 6298280
Jacob A. Flint, IL Bar No. 6299777
Ethan A. Flint, IL Bar No. 6286170
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034 Phone: 618-288-4777
Fax: 618-288-2864
acallahan@toverdict.com
jflint@toverdict.com
eflint@toverdict.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2016 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. Notice of filing will also be served on all plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*