**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)   ) | |
| ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION**  ) | |
| ) | **SECTION L** |
| ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| _____) | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | |
| MDL Case No.   2:15cv-5894 | Plaintiff: LEWIS, GEORGE |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Stacey Lewis Jones, as surviving daughter of George Lewis, is substituted for Plaintiff George Lewis in the above captioned case.

Dated:_____       _____
                                                                            Hon. Eldon E. Fallon
                                                                            United States District Court