UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION   :      MDL No. 2592
                                :
                                :      SECTION L
                                :
                                :      JUDGE ELDON E. FALLON
                                :
_____ :      MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:
*Edna Gallagher, Case No. 2:16-cv-08712*

## CERTIFICATION OF MICHELLE MARVEL

I CERTIFY that pursuant to Pre-Trial Order (PTO) 24A that I contacted Defendants'

Lead and Liaison Counsel on October 14, 2016 regarding Plaintiff's Stipulation of Dismissal

with Prejudice and defendants consented. Further, I have complied with Pre-Trial Order (PTO)

11B regarding filing fees due in this matter. This matter was filed in a Joint Complaint on May 4,

2016 and pursuant to PTO 11B, "No filing fee is owed if a Joined Plaintiff voluntarily dismisses

a case with prejudice within nine (9) months of filing their complaint".

Dated: October 17, 2016

Respectfully submitted,
BARTIMUS, FRICKLETON and ROBERTSON, P.C.

By: */s/ Michelle Marvel_____*
Michelle Marvel        MO # 59815   KS #23511
11150 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 266-2300
(913) 266-2366 Facsimile
mmarvel@bflawfirm.com

GOZA & HONNOLD, L.L.C

Kirk J. Goza         MO # 32475
Bradley D. Honnold   MO # 39818

1

11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 17th day of October, 2016.


___/s/ *Michelle Marvel* _____