| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| YVONNE SPATES | SECTION:   L |
| Plaintiff | JUDGE:  ELDON E. FALLON |
| vs. | MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | CIVIL ACTION NO. 2:16-cv-05602 |
| Defendants | |

**THIS DOCUMENT RELATES TO:**

YVONNE SPATES

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

The undersigned counsel of record has recently been advised by Plaintiff Yvonne Spates that she is currently represented in this litigation by David P. Matthews, Esq..  On behalf of Plaintiff Spates, Mr. Matthews filed a Joint Complaint against the above-named Defendants on March 30, 2016, as well as an Individual Complaint on May 10, 2016, which is currently pending before this Court.  Plaintiff Spates has advised the undersigned counsel of her choice to pursue this litigation through Mr. Matthew's representation.

Consequently, notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure* that the above-captioned case is hereby dismissed without prejudice, each party to bear its own costs.

By: /s/Michael P. McGartland
 Michael P. McGartland  (TX Bar No. 13610800)
McGartland Law Firm, PLLC
1300 South University Drive, Ste. 500
Fort Worth, Texas 76107
Telephone: (817) 332-9300
Facsimile:(817) 332-9301
mike@mcgartland.com
ATTORNEYS FOR PLAINTIFF

Date: October 17, 2016