UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION     :   MDL No. 2592
                                  :
                                  :   SECTION L
                                  :
                                  :   JUDGE ELDON E. FALLON
                                  :
_____:   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:             JURY TRIAL DEMANDED

*Shearly Hall v. Janssen Research & Development, LLC, et al.*

CIVIL ACTION NO.: 2:16-cv-12609

### NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Shearly Hall. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Johnnie Hall, who is the son of Shearly Hall.

Dated: October 18, 2016

                              Respectfully Submitted,

                              BARTIMUS, FRICKLETON and ROBERTSON, P.C.


                              By: */s/ Michelle Marvel*
                              Michelle Marvel      MO # 59815   KS #23511
                              11150 Overbrook Road, Suite 250
                              Leawood, KS 66211
                              (913) 266-2300
                              (913) 266-2366 Facsimile
                              mmarvel@bflawfirm.com

1

        GOZA & HONNOLD, L.L.C

        By: */s/ Bradley D. Honnold*
        Kirk J. Goza       MO # 32475
        Bradley D. Honnold   MO # 39818
        11181 Overbrook Road, Suite 200
        Leawood, KS 66211
        (913) 451-3433 Telephone
        kgoza@gohonlaw.com
        bhonnold@gohonlaw.com

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

___/s/ Michelle Marvel_____

2