UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :   MDL No. 2592
                              :
                              :   SECTION L
                              :
                              :   JUDGE ELDON E. FALLON
                              :
                              :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:         JURY TRIAL DEMANDED

*Shearly Hall v. Janssen Research & Development, LLC, et al.*

CIVIL ACTION NO.: 2:16-cv-12609

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Johnnie Hall, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Johnnie Hall on behalf of his deceased mother, Shearly Hall.

1. Shearly Hall filed a products liability lawsuit against the defendants on May 19, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Shearly Hall died on June 16, 2015.

3. Shearly Hall's products liability action against defendants survived her death and was not extinguished.

4. Johnnie Hall, surviving son of Shearly Hall, is a proper party to substitute for plaintiff-decedent Shearly Hall and proceed forward with the surviving products liability claim on her behalf.

Based on the foregoing, Johnnie Hall requests that this Court grant his request for substitution as plaintiff in this action.

1

Dated: October 18, 2016

                              Respectfully Submitted,

                              BARTIMUS, FRICKLETON and ROBERTSON, P.C.

                              By: */s/ Michelle Marvel*
                              Michelle Marvel    MO # 59815   KS #23511
                              11150 Overbrook Road, Suite 250
                              Leawood, KS 66211
                              (913) 266-2300
                              (913) 266-2366 Facsimile
                              mmarvel@bflawfirm.com

                              GOZA & HONNOLD, L.L.C

                              By: */s/ Bradley D. Honnold*
                              Kirk J. Goza        MO # 32475
                              Bradley D. Honnold    MO # 39818
                              11181 Overbrook Road, Suite 200
                              Leawood, KS 66211
                              (913) 451-3433 Telephone
                              kgoza@gohonlaw.com
                              bhonnold@gohonlaw.com

                              ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on October 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

\_\_\_/s/ *Michelle Marvel*