UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO : | **JURY TRIAL DEMANDED** |
| Shearly Hall : | |
| Case #: 2:16-cv-12609 | |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Johnnie Hall's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1. Motion is GRANTED
2. JOHNNIE HALL, as surviving son of SHEARLY HALL, is substituted as Plaintiff in this action.

Dated: _____                              _____
                                                    JUDGE ELDON E. FALLON

Cc: All counsel of record