UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | MDL NO. 2592 |
|---|---|
| *Bruce Blackburn, Individually and as Representative of the Estate of Kathleen Blackburn* <br><br> v. <br><br> *Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al* <br><br> No. 2:16-cv-12459 | SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE: MICHAEL NORTH |

## ORDER FOR PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

BEFORE THE COURT is Plaintiff Bruce Blackburn, Individually and as Representative of the Estate of Kathleen Blackburn's Motion for Extension of Time Within Which to Serve Process. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff Bruce Blackburn, Individually and as Representative of the Estate of Kathleen Blackburn's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG, through the streamlined process as set forth in this Court's Pre-Trial order No. 10 and 10B is GRANTED. Plaintiff shall have an additional 60 days within which to serve process on Bayer Pharma AG from the date of this order.

New Orleans, Louisiana this 17th day of October, 2016.

Judge Eldon E. Fallon