UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO:<br><br>*MEGHAN HENDERSON, and her spouse, MICHAEL HENDERSON*<br><br>*v.*<br><br>*Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al*<br><br>**No. 2:16-cv-12467** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE: MICHAEL NORTH |
|---|---|

## ORDER FOR PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

BEFORE THE COURT is Plaintiffs MEGHAN HENDERSON, and her spouse, MICHAEL HENDERSON's Motion for Extension of Time Within Which to Serve Process. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs MEGHAN HENDERSON, and her spouse, MICHAEL HENDERSON's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG, through the streamlined process as set forth in this Court's Pre-Trial order No. 10 and 10B is GRANTED. Plaintiffs' shall have an additional 60 days within which to serve process on Bayer Pharma AG from the date of this order.

New Orleans, Louisiana this 17th day of October, 2016.

_____
Judge Eldon E. Fallon