# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| MDL Case No.    2:15cv-5894 | Plaintiff: LEWIS, GEORGE |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Stacey Lewis Jones, as surviving daughter of George Lewis, is substituted for Plaintiff George Lewis in the above captioned case.

New Orleans, Louisiana this 17th day of October, 2016.

_____
Hon. Eldon E. Fallon
United States District Court