UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : SECTION L |
| | : JUDGE ELDON E. FALLON |
| | : MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Edmund Kazlauskas and Louella Kazlauskas v. Janssen Research & Development LLC, et al.*

**Case Action No.: 2:16-cv-07563**

## ORDER

The Court, after considering the plaintiff's motion for substitution of proper party as well as any responses thereto, finds the motion meritorious. It is therefore ordered that Plaintiff Louella Kazlauskas, As Executor of the Estate of Edmund Kazlauskas, is substituted for plaintiff Edmund Kazlauskas in the above-captioned case.

New Orleans, Louisiana this 17th day of October, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge