# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION:  L |
| Lenora M. Demeritte, | JUDGE: ELDON E. FALLON |
| 2:16-cv-02636-EEF-MBN | MAG. JUDGE MICHAEL NORTH |

## ORDER

THIS MATTER, having come before the Court is Plaintiff Lenora M. Demeritte's Motion to Withdraw Plaintiff's document 4282. Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion to Withdraw Plaintiff's document 4282.

New Orleans, Louisiana this 17th day of October, 2016.

Hon. Eldon Fallon
United States District Court Judge