UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | JURY TRIAL DEMAND |

GEORGIA HAUSE

Civil Action No.: 16-01992

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff George Hause, on behalf of the Estate of Georgia Hause, is substituted for Plaintiff Georgia Hause, in the above captioned cause.

New Orleans, Louisiana this 17th day of October, 2016.

Honorable Eldon E. Fallon
United States District Court Judge