UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Gregory Adams (16-06752)* | * | JUDGE ELDON E. FALLON |
| *Richard Balogh (16-13161)* | * | |
| *Harland Bates (16-13490)* | * | MAG. JUDGE NORTH |
| *Stephen Beauchamp (16-13491)* | * | |
| *Sherian Blakely (16-13492)* | * | |
| *George Harold Bohlken (16-13493)* | * | |
| *Jeanette Bradley (16-13494)* | * | |
| *Donald C. Brown (16-13495)* | * | |
| *Donna Brown (16-13496)* | * | |
| *James Brown (16-134500)* | * | |
| *Teresa Clapp (16-13501)* | * | |
| *Janes Sue Costello (16-13502)* | * | |
| *Marilyn Crane (16-13503)* | * | |
| *Yontreal Darby (16-13507)* | * | |
| *Janes Davis (16-13508)* | * | |
| *Dorothy Davis (16-13509)* | * | |
| *Charles D. Debord (16-13510)* | * | |
| *Russell Desanzo (16-13512)* | * | |
| *Eugene Deyo (16-13513)* | * | |
| *Gaye Domer (16-13531)* | * | |
| *Margaret Dowd (16-13532)* | * | |
| *Robert Evedon (16-13534)* | * | |
| *Richard Flood (16-13535)* | * | |
| *Sam Force (16-13538)* | * | |
| *Charles Gordon (16-13539)* | * | |
| *Sandra Green (16-13541)* | * | |
| *Helen Griffin (16-13542)* | * | |
| *Betty Hartgrove (16-13670)* | * | |
| *Cary Hatfield (16-13671)* | * | |
| *Ryan Henson (16-13672)* | * | |
| *Thomas G. James (16-13689)* | * | |
| *Marsha Jeffers (16-13690)* | * | |
| *David Jenkins (16-13702)* | * | |

| | |
|---|---|
| *Patricia Jones (16-13703)* | * |
| *Wilma Klineline (16-13704)* | * |
| *Lionel Koon (16-13705)* | * |
| *Johnny Latham (16-13706)* | * |
| *Calvin Lee (16-13707)* | * |
| *Thomas Lietzke (16-13708)* | * |
| *Diane Long (16-13710)* | * |
| *Marguerite Long (16-13711)* | * |
| *Mary McAfee (16-13714)* | * |
| *Susan McAvoy (16-13716)* | * |
| *Frances McCullough (16-13721)* | * |
| *Maryann McDonald (16-13723)* | * |
| *Nancy McNamara (16-13735)* | * |
| *Gloria McSwain (16-13736)* | * |
| *Gwendolyn Mickens (16-13737)* | * |
| *Thomas Mitchel (16-13738)* | * |
| *Clifton Moss (16-13739)* | * |
| *Jean Mossor (16-13740)* | * |
| *Audrille Nelson (16-13741)* | * |
| *James Nelson (16-13743)* | * |
| *Joe Nelson (16-13744)* | * |
| *Lucille Oravecz (16-14405)* | * |
| *Karl Payne (16-14407)* | * |
| *Elsie Pedroza (16-14408)* | * |
| *Ronald Phillips (16-14409)* | * |
| *Don Pittman (16-14411)* | * |
| *Dorothy S. Porter (16-14416)* | * |
| *Rhonda Purviance (16-14418)* | * |
| *Charles Roberts (16-14420)* | * |
| *Gerald Roberts (16-14421)* | * |
| *Lonal Robinson (16-14422)* | * |
| *Donald Rominger (16-14423)* | * |
| *Kirby Russell (16-14425)* | * |
| *Devon Settles (16-14426)* | * |
| *Lisa Sheffield (16-14427)* | * |
| *Cuevas Shelton (16-14436)* | * |
| *Carol Shoff (16-14437)* | * |
| *Diane Simpson (16-14450)* | * |
| *Garrett Smith (16-14451)* | * |
| *Gene Spencer (16-14452)* | * |
| *John Stewart (16-14454)* | * |

| | |
|---|---|
| *Shirley Tate (16-14456)* | * |
| *Deborah Tippett (16-14460)* | * |
| *Julia Tower (16-14475)* | * |
| *Cheryl Tucker (16-14477)* | * |
| *Venira Wallace (16-14478)* | * |
| *Shirley Waltz (16-14480)* | * |
| *John Warner (16-14481)* | * |
| *Jim Weissinger (16-14485)* | * |
| *Dexter Welch (16-14487)* | * |
| *Rosemary White (16-14488)* | * |
| *Lillian Wiles (16-14489)* | * |
| *Patricia Wollman (16-14490)* | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## OPPOSITION TO MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S FACT SHEET

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC ("Janssen Defendants"), Johnson & Johnson ("J&J"), Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Bayer Defendants") collectively referenced as "Defendants," through undersigned counsel, respectfully submit the instant Opposition the Motion for Extension of Time to File Plaintiff's Fact Sheet filed on behalf of Gregory Adams, Richard Balogh, Harland Bates, Stephen Beauchamp, Sherian Blakely, George Harold Bohlken, Jeanette Bradley, Donald C. Brown, Donna Brown, James Brown, Teresa Clapp, Janet Sue Costello, Marilyn Crane, Yontreal Darby, Janet Davis, Dorothy Davis, Charles D. Debord, Russell Desanzo, Eugene Deyo, Gaye Domer, Margaret Dowd, Robert Evedon, Richard Flood, Sam Force, Charles Gordon, Sandra Green, Helen Griffin, Betty Hartgrove, Cary Hatfield, Ryan Henson, Thomas G. James, Marsha Jeffers, David Jenkins, Patricia Jones, Wilma Klineline, Lionel Koon, Johnny Latham, Calvin Lee, Thomas Lietzke, Diane Long, Marguerite Long, Mary McAfee, Susan

McAvoy, Frances McCullough, Maryann McDonald, Nancy McNamara, Gloria McSwain, Gwendolyn Mickens, Thomas Mitchell, Clifton Moss, Jean Mossor, Audrille Nelson, James Nelson, Lucille Oravecz, Karl Payne, Elsie Pedroza, Ronald Phillips, Don Pittman, Dorothy S. Porter, Rhonda Purviance, Charles Roberts, Gerald Roberts, Lonal Robinson, Donald Rominger, Kirby Russell, Devon Settles, Lisa Sheffield, Cuevas Shelton, Carol Shoff, Diane Simpson, Garrett Smith, Gene Spencer, John Stewart, Shirley Tate, Deborah Tippett, Julia Tower, Cheryl Tucker, Venira Wallace, Shirley Waltz, John Warner, Jim Weissinger, Dexter Welch, Rosemary White, Lillian Wiles, and Patricia Wollman ("Plaintiffs"). (Rec. Doc. No. 4152).

As explained *infra*, Plaintiffs' request for an extension of time to cure the PFS deficiencies should be denied because, as repeatedly emphasized by the Court, (1) timely submission of the completed PFSs is *essential* to this litigation; and (2) at this point in the litigation, plaintiffs who have made claims now need to provide proof that they belong in this MDL.

First, the Court has repeatedly emphasized that the timely submission of Plaintiff Fact Sheets is an essential step in this litigation and that the failure to submit a completed PFS will result in the dismissal of the case. *See* November 20, 2015 Status Conf. Tr. at 8:15-19 ("**[I]f the fact sheets are not going to be filled out, then I will be dismissing cases. I will dismiss the case. My intent is to dismiss the case with prejudice, not without prejudice**."); October 21, 2015 Status Conf. Tr. at 6:1-6 (again noting that failure to timely file PFSs will result in dismissal of cases). *See also*, September 20, 2016 Status Conf. Tr. at 5 ("If this information is not forthcoming, you need to know, folks, that I'm going to dismiss the cases with prejudice.").

Furthermore, the Court has explicitly recognized the important role of plaintiff fact sheets in determining whether plaintiffs who have made claims in the MDL are properly in this litigation.

> Also, with the fact sheets, we find in some of these types of cases, particularly with the pharmaceutical drug cases, there are individuals who have made claims, but they haven't taken the drug. They may have taken another drug, and they may be entitled to be in another MDL proceeding, but not in this proceeding, and the fact sheets are helpful in determining that aspect of the situation, so that those cases can be moved out of the system.

*See* November 20, 2015 Status Conf. Tr. at 9:1-8.

Here, the Motion asserts that the current deadline for curing Plaintiff Fact Sheet deficiencies for all 86 plaintiffs on behalf of whom the instant Motion was filed passed on September 14, 2016, and that each of the plaintiffs needs sixty additional days from this deadline to cure the deficiencies in the Plaintiff Fact Sheets. Plaintiffs' Memorandum in Support of the Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency alleges that despite "working diligently," counsel for Plaintiffs has been unable to obtain medical records needed to cure the PFS deficiencies. (Rec. Doc. No. 4152-1). The burden is on Plaintiffs to establish proof of use of the product and proof of injury and the records that Plaintiffs alleged they have been unable to obtain should have been collected prior to Plaintiffs' filing of their complaints. In this instance, <u>86</u> plaintiffs failed to meet that burden.  Thus, in these matters, there is a clear absence of proof that each of these Plaintiffs belong in this litigation. Accordingly, Defendants respectfully request that the Court deny Plaintiffs' Motion for Extension of Time to File Plaintiffs' Fact Sheets (Rec. Doc. No. 4152).

Respectfully submitted,

**KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
901 15th Street NW
Washington, D.C. 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580
andrew.solow@kayescholer.com
william.hoffman@kayescholer.com

**DRINKER BIDDLE & REATH LLP**

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ *James B. Irwin*
  James B. Irwin
  Kim E. Moore
  IRWIN FRITCHIE URQUHART
  & MOORE LLC
  400 Poydras Street
  Suite 2700
  New Orleans, LA 70130
  Telephone: (504) 310-2100
  Facsimile: (504) 310-2120
  jirwin@irwinllc.com

**CHAFFE MCCALL L.L.P.**

By: /s/ *John F. Olinde*
  John F. Olinde
  CHAFFE McCALL L.L.P.
  1100 Poydras Street
  Suite 2300
  New Orleans, LA 70163
  Telephone: (504) 585-7241
  Facsimile: (504) 544-6084
  olinde@chaffe.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 18, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

  */s/ James B. Irwin*
  **James B. Irwin**