## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | |
| MARY K. GOODMAN<br><br>   Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>   Defendant(s) | **MDL NO. 2592**<br><br>**SECTION:  L**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**CIVIL ACTION NO. 2:16-cv-09991** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the undersigned counsel hereby stipulate that Plaintiff's complaint against Defendants be dismissed with prejudice and with each party to bear its own costs.

**SANDERS PHILLIPS GROSSMAN, LLC**

By: /s/ Randi Kassan
    Randi Kassan, Esq.
    100 Garden City Plaza, Suite 500
    Garden City, NY 11530
    P: (516) 741-5600
    F: (516) 741-0128
    mgrossman@thesandersfirm.com
    rkassan@thesandersfirm.com

*Attorneys for Plaintiff*
*Mary K. Goodman*

Dated: October 20, 2016

**Drinker, Biddle & Reath, LLP**

By: /s/ Susan Sharko
    Susan Sharko
    600 Campus Dr.
    Florham Park, NJ 07932
    P: (973) 549-7000
    Susan.Sharko@DBR.COM

*Attorneys for Defendants Janssen*
*Pharmaceuticals, Inc., Janssen Research &*
*Development, LLC, Janssen Ortho LLC and*
*Johnson and Johnson*

Dated: October 20, 2016

**KAYE, SCHOLER, LLP**

By: /s/ Andrew K. Solow
    Andrew K. Solow
    Steven Glickstein
    250 West 55th Street
    New York, NY 10019-9710
    Telephone: (212) 836-8000
    Facsimile: (212) 836-8689
    andrew.solow@kayescholer.com
    steven.glickstein@kayescholer.com

*Attorneys for Defendants Bayer Healthcare*
*Pharmaceuticals Inc. and Bayer Pharma AG*

Dated: October 20, 2016

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: /s/ James B. Irwin
    James B. Irwin
    Kim E. Moore
    400 Poydras St., Ste, 2700
    New Orleans, LA 70130
    P: (504) 310-2100
    jirwin@irwinllc.com
    kmoore@irwinllc.com

*Liaison Counsel for Defendants*

Dated: October 20, 2016