UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| LINDA GIPSON<br><br>   Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG<br><br>   Defendant(s) | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THIS DOCKET ONLY<br><br>CIVIL ACTION NO. 2:16-cv-09965 |

  IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Linda Gipson, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-09965 only.  This stipulation shall not affect the lawsuit filed by Linda Gipson, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-06858. All parties shall bear their own costs.

| | |
|---|---|
| **SANDERS PHILLIPS GROSSMAN, LLC**<br>By: /s/ Randi Kassan<br>    Randi Kassan, Esq.<br>    100 Garden City Plaza, Suite 500<br>    Garden City, NY 11530<br>    P: (516) 741-5600<br>    F: (516) 741-0128<br>    mgrossman@thesandersfirm.com<br>    rkassan@thesandersfirm.com<br><br>*Attorneys for Plaintiff*<br>*Linda Gipson*<br><br>Dated: October 20, 2016 | **Drinker, Biddle & Reath, LLP**<br>By: /s/ Susan Sharko<br>    Susan Sharko<br>    600 Campus Dr.<br>    Florham Park, NJ 07932<br>    P: (973) 549-7000<br>    Susan.Sharko@DBR.COM<br><br>*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC and Johnson and Johnson*<br><br>Dated:  October 20, 2016<br><br>**KAYE, SCHOLER, LLP**<br>By: /s/ Andrew K. Solow<br>    Andrew K. Solow<br>    Steven Glickstein<br>    250 West 55th Street<br>    New York, NY 10019-9710<br>    Telephone: (212) 836-8000<br>    Facsimile: (212) 836-8689<br>    andrew.solow@kayescholer.com<br>    steven.glickstein@kayescholer.com<br><br>*Attorneys for Defendants Bayer Healthcare Pharmaceuticals Inc. and Bayer Pharma AG*<br><br>Dated:  October 20, 2016<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/ James B. Irwin<br>    James B. Irwin<br>    Kim E. Moore<br>    400 Poydras St., Ste, 2700<br>    New Orleans, LA 70130<br>    P: (504) 310-2100<br>    jirwin@irwinllc.com<br>    kmoore@irwinllc.com<br><br>*Liaison Counsel for Defendants*<br><br>Dated: October 20, 2016 |