UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　MDL No. 2592
PRODUCTS LIABILITY LITIGATION :

　　　　　　　　　　　　　　　　　　　　SECTION L
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　JUDGE ELDON E. FALLON
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE NORTH
　　　　　　　　　　　　　　　　　　:
THIS DOCUMENT RELATES TO　　　　JURY TRIAL DEMANDED
　　　　　　　　　　　　　　　　　　:
Shearly Hall
　　　　　　　　　　　　　　　　　　:
Case #: 2:16-cv-12609

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Johnnie Hall's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1. Motion is GRANTED

2. JOHNNIE HALL, as surviving son of SHEARLY HALL, is substituted as Plaintiff in this action.

New Orleans, Louisiana this 20th day of October, 2016.

_____
United States District Judge