UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| FARID MOHAMED ABUALSAUD, ET AL. and BRUCE MASON | : | |
| Plaintiff | : | JUDGE ELDON E. FALLON |
| v. | : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | : | Civil Action No.: 2:16-cv-06571

STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs, Farid Mohamed Abualsad and Bruce Mason, and Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants"), through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41, the above-captioned action is voluntarily dismissed as it pertains to Farid Mohamed

1

Abualsad and Bruce Mason, with prejudice, each party to bear its own fees and costs. The claims of the remaining plaintiffs are not impacted by the dismissal of the claims asserted by Plaintiffs, Farid Mohamed Abualsad and Bruce Mason.

| | |
|---|---|
| **MARC WHITEHEAD & ASSOCIATES, LLP**<br>By:/s/ Marc Stanley Whitehead<br>Marc Stanley Whitehead<br>5300 Memorial Drive<br>Suite 725<br>Houston, TX 77007<br>713-228-8888<br>marc@marcwhitehead.com<br><br>Attorneys for Plaintiffs<br><br>Dated: October 21, 2016 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Johnson & Johnson<br><br>Dated: October 21, 2016<br><br>**KAYE SCHOLER LLP**<br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>901 15th Street NW<br>Washington, D.C. 20005<br>Telephone: (202) 682-3500<br>Facsimile: (202) 682-3580<br>andrew.solow@kayescholer.com<br>william.hoffman@kayescholer.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br><br>Dated: October 21, 2016 |

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: October 21, 2016

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on October 21, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  /s/James B. Irwin _____