## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   *     **MDL No. 2592**
PRODUCTS LIABILITY LITIGATION   *

                                 *     **SECTION L**

                                 *

                                 *     **JUDGE ELDON E. FALLON**

                                 *

**This Document Relates to:**
*Shayne Potter, No. 2:15-cv-7172*     *     **MAGISTRATE JUDGE NORTH**

                                 *

_____

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Meghan C. Quinlivan of Burg Simpson Eldredge Hersh & Jardine, P.C., enters her appearance as counsel for Plaintiff in *Shayne Potter, No. 2:15-cv-7172*. Counsel also seeks to be entered into this Court's Electronic Case Filing System, and receive all notices, pleadings and papers filed in this matter, as well as those filed in the above referenced MDL proceeding 2:14-md-02592.

Dated: October 21, 2016                        Respectfully submitted:
                                         */s/ Meghan Quinlivan*
                                         Meghan Quinlivan (CO Bar: 38503)
                                         **Burg Simpson**
                                         **Eldredge Hersh & Jardine, P.C.**
                                         40 Inverness Drive East
                                         Englewood, CO 80112
                                         Phone: 303-792-5595
                                         Fax: 303-708-0527
                                         mquinlivan@burgsimpson.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL centrality, which will send notice of electronic filing in accordance with procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17

                                         */s/ Meghan Quinlivan*
                                         Meghan Quinlivan