UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN: | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Christopher Curse obo Sheryl Curse, Case No. 2:16-cv-08991*

## CERTIFICATION OF ELIZABETH P. KAGAN

I certify that pursuant to Pre-Trial Order (PTO) 24A, that I contacted Defendants' Lead and Liaison Counsel on October 20, 2016 regarding Plaintiff's Stipulation of Dismissal with Prejudice and Defendants consented. Further, I have complied with Pre-Trial Order (PTO) 11B regarding filing fees due in this matter. This matter was filed in a Joint Complaint on May 19, 2016 and pursuant to PTO 11B, "No filing fee is owed if a Joined Plaintiff voluntarily dismisses a case with prejudice within nine (9) months of filing their complaint".

DATED: October 24, 2016

Respectfully Submitted,

KAGAN LEGAL GROUP, LLC

By: */s/ Elizabeth P. Kagan*
Elizabeth P. Kagan
FL Bar No: 330779
295 Palmas Inn Way, Suite 6
Humacao, PR  00791
Tel: (239) 410-8999
Fax: (239) 466-7226
Liz@kaganlegalgroup.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                     */s/ Elizabeth P. Kagan*