# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN: | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Chelsey Andrews Smith, Case No. 2:16-cv-08252*

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice against all Defendants. All parties shall bear their own costs.

DATED: October 24, 2016

Respectfully Submitted,

**KAGAN LEGAL GROUP, LLC**

By: */s/ Elizabeth P. Kagan*
Elizabeth P. Kagan
FL Bar No: 330779
295 Palmas Inn Way, Suite 6
Humacao, PR  00791
Tel: (239) 410-8999
Fax: (239) 466-7226
Liz@kaganlegalgroup.com
ATTORNEY FOR PLAINTIFF

**DRINKER BIDDLE & REATH LLP**
By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Drive
Florham Park, NJ  07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC

**KAYE SCHOLER LLP**
By: */s/ Andrew K. Solow*
Andrew K. Solow
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000
Fax: (212) 836-8689
Andrew.solow@kayescholer.com

William Hoffman
901 15th Street NW
Washington, DC  20005
Tel: (202) 682-3500
Fax: (202) 682-3580
william.hoffman@kayescholer.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: */s/ James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Tel: (504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com
Liaison Counsel for Defendants

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 20, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff's counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Elizabeth P. Kagan*