UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*James Volovecky v. Janssen Research & Development, LLC, et al; Case No. 2:16-cv-1257*

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

Counsel for Plaintiffs James Volovecky and Brenda Volovecky respectfully move this court to substitute Brenda Volovecky, the surviving spouse, as the Executrix for the Estate of James Volovecky, Deceased, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

1. Plaintiff James Volovecky's case was filed on or about February 12, 2016 (*James Volovecky v. Janssen Research & Development, LLC, et al*; Case No. 2:16-cv-1257).

2. All active Defendants have been served with process pursuant to Pretrial Order No. 10 (PTO 10).

   a. On or about February 19, 2016, Defendant Bayer Healthcare Pharmaceuticals, Inc. was served by certified mail with the Complaint and Summons pursuant to PTO 10.

   b. On or about February 24, 2016, Defendant Bayer Pharma AG was served by registered mail with the Complaint and Summons pursuant to PTO 10.

    c.   On or about March 17, 2016, Defendants Johnson & Johnson, Janssen Pharmaceuticals, and Janssen Research & Development, LLC were served by a process server with the Complaint and Summons.

    d.   On or about March 18, 2016, Defendant Janssen Ortho was served by a process server with the Complaint and Summons.

3.    Subsequently, Plaintiffs' counsel was informed that James Volovecky passed away on or about June 18, 2016.

4.    James Volovecky's action against Defendants survives his death and is not extinguished.

5.    Plaintiffs' counsel filed the Notice and Suggestion of Death on or about October 20, 2016, attached hereto.

6.    On or about October 3, 2016, the Chancery Court of Harrison County, State of Mississippi, appointed Brenda Volovecky as the Executrix for the Estate of James Volovecky, attached hereto.

7.    Plaintiff thus moves to substitute Brenda Volovecky, as Executrix for the Estate of James Volovecky, Deceased, as Plaintiff in the present action.

8.    Additionally, Counsel seeks to amend the Complaint, as well as the caption of the Complaint to correct the proper Plaintiffs (specifically Brenda Volovecky, Executrix for the Estate of James Volovecky, Deceased) and to update and include information, allegations and actions within the Complaint to reflect that Plaintiff James Volovecky is now deceased.

9.    Pursuant to Federal Rules of Civil Procedure 15(a)(2) a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

WHEREFORE, Counsel for Plaintiffs, James Volovecky and Brenda Volovecky, respectfully request the Court grant Plaintiffs' Motion to Substitute Brenda Volovecky, as the Executrix for the Estate of James Volovecky, Deceased, and to grant leave to file the Amended Complaint and directing the Clerk of the Court to enter the Amended Complaint, attached hereto, into the record of this matter.

Dated: October 21, 2016

Respectfully submitted,

By: /s/ Roger C. Denton

Roger C. Denton, Esq. (MO # 30292)
Kristine K. Kraft, Esq. (MO # 37971)
Ashley Brittain Landers, Esq. (MO # 62763)
SCHLICHTER, BOGARD & DENTON
100 South 4th Street
Saint Louis, MO 63102
Telephone: (314) 621-6115
Fax: (314) 621-7151
rdenton@uselaws.com
kkraft@uselaws.com
abrittain@uselaws.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*s/ Roger C. Denton*