**LETTERS TESTAMENTARY**
========================================================

**STATE OF MISSISSIPPI**
**HARRISON COUNTY**                           ss_____

FILED
EBB 2016
OCT 3 2016
Pg 117374
JOSH ELDRIDGE, CLERK
By _Angie Miller_

**BY THE CHANCERY COURT OF SAID COUNTY**
**CAUSE NO:** 2016-1629 GB

WHEREAS, JAMES VOLOVECKY, JR., Deceased, late of said County, made in his lifetime his Last Will and Testament, which on the 21st day of September, 2016, was proved, approved and admitted to record in said Court, and probate thereof granted to BRENDA VOLOVECKY, the Executrix thereof and therein appointed BRENDA VOLOVECKY and the said BRENDA VOLOVECKY having complied with the provisions of the statute in such cases made and provided.

THEREFORE, to the intent that the said Will may be well and truly performed, we give, grant and commit unto the said BRENDA VOLOVECKY the administration of all and singular the goods and chattels, rights and credits, of and belonging to the estate of said Testator, with full power to take the same unto her hands and possession, and to ask, levy, recover and receive the same, wherever they may be in this State; hereby requiring and enjoining upon the said BRENDA VOLOVECKY to make a true and perfect inventory of all and singular the goods and chattels, rights and credits which have or shall come to her hands, possession or knowledge, or unto the hands or possession of any other person or persons, for her to exhibit the said inventory to our Court within the time limited by law to well and truly administer the said goods and chattels, rights and credits, according to law; to make a just and true account of her actings and doings therein, when thereto required by our said Court; and to well and truly pay and deliver all the legacies contained and specified in the said Will, so far as the said goods and chattels, rights and credits, will extend and the law charge BRENDA VOLOVECKY hereby confirming the said Executrix with full and ample authority to dispose of all and singular the said goods and chattels, rights and credits according to the tenor of the said Last Will and Testament, and the true intent and meaning of the said Testator, by virtue of these presents.

WITNESS the Honorable Jaye Bradley Chancellor of the 8th Chancery Court District, this 3rd day of October, A.D., 2016, and the seal of Court hereunto affixed.

(SEAL)

JOSH ELDRIDGE, CHANCERY CLERK

_Angie Miller_, D.C.

Attested Letters
To be a true copy of original Testamentary
Filed 10-3 20 16
Josh Eldridge, Chancery Clerk
Jackson County, Mississippi
By _Angie Miller_ D.C.