MINUTE ENTRY
FALLON, J.
OCTOBER 25, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 15-7172 | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Lanie Smith

Appearances: Meghan Quinlivan, Esq. (via phone) for Plaintiff
Shannon Miller, Esq. for Defendants

Motion of Plaintiff Shayne Potter, for Voluntary Dismissal of case Without Prejudice (3961)

After argument – motion was passed for 60 days

JS10: :03