UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION<br><br>Plaintiffs,<br><br>v.<br><br>THIS DOCUMENT RELATES TO:<br><br>Franklin, et al; 2:15-cv-06796<br>Travis Franklin<br>Henry Niese<br>Dixie Martin<br>Tom Priestley | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG**

**COME NOW,** Plaintiffs Travis Franklin, Henry Niese, Dixie Martin and Tom Priestley, collectively referred to as Plaintiffs, by their undersigned counsel of record, and respectfully move the Court for an order declaring that the prior service of their Complaint and Summons on Defendant Bayer Pharma AG (Berlin, Germany) is valid. In the Alternative, Plaintiffs respectfully move the Honorable Court for an Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG. In support of this Motion, Plaintiffs submit their contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiffs respectfully requests that this Court exercise its discretion and enter an order declaring service to be valid, or in the Alternative, enter an Order granting an extension of time within which to serve process.

October 26, 2016                    Respectfully submitted,

By: /s/ Willard J. Moody, Jr.
Willard J. Moody, Jr. (VSB#: 22866)
The Moody Law Firm
500 Crawford Street, Suite 200
Portsmouth, VA 23704
Telephone: (757) 393-6020
Fax: (757) 399-3019

## CERTIFICATE OF SERVICE

I, Willard J. Moody, Jr., certify that on October 26, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Willard J. Moody, Jr.
Willard J. Moody, Jr.
THE MOODY LAW FIRM, INC.
500 Crawford St., Suite 200
P.O. Box 1138
Portsmouth, VA  23704
Tel:  757.393.6020
will@moodyrrlaw.com

*Counsel for Plaintiff*