UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

IN RE: XARELTO (RIVAROXABAN)              MDL No. 2592
PRODUCTS LIABILITY LITIGIATION

                                                        SECTION: L
                                                        JUDGE FALLON
                                                        MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:
Franklin, et al; 2:15-cv-06796
Travis Franklin, Henry Niese, Dixie Martin and Tom Priestley

_____

**NOTICE OF SUBMISSION**
_____

      COME NOW Plaintiffs in the above-listed action, by and through their undersigned counsel, and file the following pleadings on Defendant Bayer Pharma AG as follows:

1. Plaintiffs' Motion to Deem Prior Service Valid or in the Alternative Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG.

2. Memorandum in Support of Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG;

3. Proposed Orders Declaring Prior Service Valid

4. Proposed Order Granting Extension of Time.

<u>October 26, 2016</u>               Respectfully submitted,


                                By: <u>/s/ Willard J. Moody, Jr</u>.
                                Willard J. Moody, Jr. (VSB#: 22866)
                                The Moody Law Firm
                                500 Crawford Street, Suite 200
                                Portsmouth, VA 23704
                                Telephone: (757) 393-6020
                                Fax: (757) 399-3019
                                Email: <u>will@moodyrrlaw.com</u>


**CERTIFICATE OF SERVICE:**

I hereby certify that a copy of the above foregoing NOTICE OF SUBMISSION has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5 (b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


                                <u>/s/ Willard J. Moody, Jr.</u>
                                Willard M. Moody, Jr.
                                The Moody Law Firm
                                500 Crawford Street, Suite 200
                                Portsmouth, VA 23704
                                Telephone: (757) 393-6020
                                Fax: (757) 399-3019
                                Email: <u>will@moodyrrlaw.com</u>