**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION**<br><br>       **Plaintiffs,**<br><br>   v.<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**Franklin, et al; 2:15-cv-06796**<br>**Travis Franklin**<br>**Henry Niese**<br>**Dixie Martin**<br>**Tom Priestley** | **MDL NO. 2592**<br><br>**SECTION:   L**<br><br>**JUDGE:  ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH**<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

   IT IS ORDERED that Plaintiffs' Motion to Deem Prior Service Valid.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Hon. Eldon E. Fallon
United States District Judge