UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Covington v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:16-cv-10888

## EX PARTE MOTION FOR LEAVE TO CORRECT PLAINTIFF'S NAME

COMES NOW Plaintiff, Freda Covington on behalf of Nicole Covington, deceased, through undersigned counsel, and respectfully moves the Court to correct Plaintiff's name in this matter as set forth below.

Plaintiff seeks to amend paragraph 14, as well as the caption of the Joint Complaint (filed as *Balukonis, et al. v. Janssen Research & Development, LLC, et al.* – 2:16-cv-6538), to reflect that Nicole Covington is the decedent and Freda Covington is pursuing the lawsuit. Due to a clerical error, the caption reflected Nicole Covington on behalf of Freda Covington, Deceased, instead of Freda Covington on behalf of Nicole Covington, Deceased; and paragraph 14 reflected Freda Covington, rather than Nicole Covington, as the decedent.

In addition, and on account of the same clerical error described above, Plaintiff seeks to amend paragraphs 2, 3, and 4, as well as the caption of the Short Form Complaint (filed as *Covington v. Janssen Research & Development, LLC, et al.* – 2:16-cv-10888), to reflect that Nicole Covington is the decedent and Freda Covington is pursuing the lawsuit. All other

1

allegations will remain the same.

  WHEREFORE, for the reasons set forth above, Plaintiff respectfully moves the Court for leave to correct Plaintiff's name in the aforementioned pleadings.

Dated: October 26, 2016      Respectfully submitted,

**THE DRISCOLL FIRM, P.C.**

BY:    /s/ John J. Driscoll
   JOHN J. DRISCOLL (IL6276464)
   CHRISTOPHER J. QUINN (IL6310758)
   ANDREW D. KINGHORN (IL6320925)
   THE DRISCOLL FIRM, P.C.
   211 North Broadway, Suite 4050
   St. Louis, Missouri 63012
   Telephone No. (314) 932-3232
   Fax No. (314) 932-3233
   *Counsel for Plaintiffs*

## Certificate of Service

  I hereby certify that on October 26, 2016, the foregoing document was electronically filed with the clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                /s/ John J. Driscoll