UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | <u>JURY TRIAL DEMANDED</u> |
| FREDA COVINGTON ON BEHALF OF NICOLE COVINGTON, DECEASED | |

**FIRST AMENDED SHORT FORM COMPLAINT**

1. Plaintiff incorporates by reference the Plaintiffs' Joint Complaint filed in *In Re: Xarelto Products Liability*, MDL 2592 (E.D.La.) pursuant to Pretrial Order No. 11. The following *Short Form Complaint* is utilized in the above-captioned action.

2. Individual Plaintiff, Freda Covington on behalf of Nicole Covington, Deceased, is identified more fully in Paragraph (14) of the Plaintiffs' Joint Complaint and all allegations set forth in the Plaintiffs' Joint Complaint are adopted herein by reference and are applicable to the Individual Plaintiff.

3. Individual Plaintiff, Freda Covington on behalf of Nicole Covington, Deceased, herein resides at 964 Verkshire Road, Apt B, Smithfield, NC 27577.

4. The Xarelto User, Nicole Covington, resided at the time of death in Smithfield, NC.

5. Attached as Attachment 1 is the Severance Order issued by the Court for the Individual Plaintiff.

6. Attached as Attachment 2 is the list of individual case captions for all plaintiffs named in the Joint Complaint.

                                        Respectfully submitted,
                                        THE DRISCOLL FIRM, P.C.

BY:      /s/ John J. Driscoll
            JOHN J. DRISCOLL (IL6276464)
            CHRISTOPHER J. QUINN (IL6310758)
            ANDREW D. KINGHORN (IL6320925)
            THE DRISCOLL FIRM, P.C.
            211 North Broadway, Suite 4050
            St. Louis, Missouri 63012
            Telephone No. (314) 932-3232
            Fax No. (314) 932-3233

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of June 2016, the foregoing was filed electronically with the Clerk of the Court. Pursuant to this Court's Pre-Trial Order #11, Paragraph 1(e), Plaintiff will effectuate service of process of this individual case by service of the Joint Complaint, together with a copy of the applicable Severance Order and a list of the individual cases and their civil action numbers.

                                        /s/ John J. Driscoll