UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

**Zondra Womack** *v. Janssen Research & Development, LLC et al;*
**Civil Action No. 2:15-cv-06579**

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

Comes now Plaintiff, Zondra Womack, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to replace Plaintiff Zondra Womack with William Womack, Personal Representative of the Estate of Zondra Womack.

1. Plaintiff passed away on March 8, 2016, as reported to the Court in the Suggestion of Death filed October 26, 2016.

2. On April 19, 2016 the Clark County District Court Judge of the Probate Division, Hon. Andrew Adams entered an order naming William Womack the Executrix of the Estate of Zondra Womack.

3. Thus, as death does not extinguish her cause of action, Plaintiff moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute William Womack, Personal Representative of the Estate of Zondra Womack as the named party in the place of Zondra Womack.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and that the Court direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: October 26, 2016                                  Respectfully Submitted,

                                                          /s/ Jacob Levy
                                                          Jacob Levy

        Gray & White
        713 E. Market St. #200
        Louisville, KY 40202

**CERTIFICATE OF SERVICE**

    I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 26th day of October 2016.

        <u>/s/ Jacob Levy</u>
        Gray & White