UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

    **Zondra Womack *v. Janssen Research & Development, LLC et al;*
    Civil Action No. 2:15-cv-06579**

## ORDER

    This matter comes before the Court on Plaintiff's Motion to Substitute William Womack, as Personal Representative of the Estate of Zondra Womack as Plaintiff in the place of Zondra Womack, in the above referenced action. The Court having reviewed the pleadings and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED. The Clerk of the Court is hereby directed to correct the Caption to reflect the substituted party.

Signed, this _____ day of _____, 2016

                                                                                                      _____
                                                                                                       Honorable Eldon E. Fallon
                                                                                                       U.S. District Court Judge