UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 |
| | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
| | * |
| | *  MAG. JUDGE NORTH |
| ************************************************ | * |

THIS DOCUMENT RELATES TO ALL CASES

## ORDER CORRECTING R. DOC. 4264

In its previous Order dismissing various cases with prejudice, the incorrect case number was included for Plaintiff Laura Smith. Accordingly, **IT IS ORDERED** that R. Doc. 4264 be corrected to delete the Docket No. 2:15-cv-04672 associated with Plaintiff Smith, and replace it with the correct Docket No., 2:16-cv-02010.

New Orleans, Louisiana this 25th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE