MINUTE ENTRY
FALLON, J.
OCTOBER 25, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| 15-6450, 15-6201, 15-2141, 15-6502, 16-485, 16-1466, 16-2149, 15-5896, 15-5937, 15-6753, 15-1273, 16-809, 16-1468 and 16-1469 | MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Lanie Smith

Appearances:   Sindhu Daniel, Esq. and Leonard Davis, Esq. for Plaintiffs
                       Shannon Miller, Esq. for Defendants

RULE TO SHOW CAUSE:

Court's Rule to Show Cause why the Plaintiffs listed in the above 14 cases should not be Dismissed With Prejudice, for failure to prove Xarelto use or for failure to serve a PFS in accordance with the time set forth in CMO No. 1     (4270)

Before hearing from the parties, Ms. Daniel advised the court that these proceedings regarding plaintiffs Leslie K. Jones, C.A. 16-1466, Tamisha Verner, C.A. 16-1468 and Ericka S. Williams, C.A. 16-1469, are to be removed from today's hearing.

Attorney Chris Pinedo appeared by phone on behalf of plaintiffs Robin Arnoth, C.A. 15-6450, Barbara Dunlap, C.A. 15-6502 and Louise Sells, C.A. 15-6753. After hearing from the parties, these matters are passed for 30 days as stated on the record.

Attorney Brian Bradley appeared by phone on behalf of plaintiffs Isabella Copes, C.A.16-6201 and Roberta Usher, C.A.16-809. After hearing from the parties, these cases will be Dismissed With Prejudice.

Attorney Donald Green appeared by phone on behalf of plaintiff Gloria Robinson, C.A. 15-6937. After hearing from the parties, this matter is passed for 30 days as stated on the record.

Pro Se Plaintiff Wayne Muldrow, C.A. 15-5896, appeared by phone.  After hearing from the parties this case will be Dismissed With Prejudice.

Pro Se Plaintiffs Arin Cunningham, C.A. 15-2141, John Lynn, C.A. 15-2149, and Lukesha Terrell, C.A. 15-1273, did not appear in person or by telephone. Their cases will also be Dismissed With Prejudice.

Plaintiffs' Liaison Counsel will prepare an order for the Court regarding the dismissals of the case outlined above.

JS10:     :20