UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN AIKEN FENTRESS ON BEHALF OF EARLENE AIKEN, ALICIA MUNOZ-GONZALES, BERNARDO DIAZ-MALDONADO, AFORTUNADA VELEZ OCCASIO ON BEHALF OF JAVIER ROMAN PEREZ, LUZ RAMIREZ<br><br>    Plaintiffs,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>**Case No. : 2:16-CV-16-12259** |

### NOTICE OF SUBSTITUTION OF ATTORNEY AND AMENDED NOTICE OF EMAIL DESIGNATION

    **COMES NOW**, the undersigned counsel for the Plaintiff, Karen Aiken Fentress on behalf of Earlene Aiken, Deceased, hereby gives notice to the Court and to the parties of record that as of October 11, 2016, Attorney Michael Quinn shall no longer be an attorney of record in this case and hereby requests that the Clerk and parties of record remove him from the E-service

list in this matter. All pleadings and other papers should now be designated to be served upon new attorney of record in this case Michele L. Reed and designates primary and additional email service addresses pursuant to Rule 2.516 as follows;

| | |
|---|---|
| Primary: | reed@newsomelaw.com |
| 1st Additional: | rosado@newsomelaw.com |
| 2nd Additional: | oneill@newsomelaw.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 27th day of October 2016.

/s/ Michele L. Reed
**C. RICHARD NEWSOME, ESQUIRE**
Florida Bar No.: 827258
**MICHELE L. REED, ESQUIRE**
Florida Bar No.: 124481
Newsome Melton PA
201 South Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiffs*
Emails for service:
reed@newsomelaw.com
rosado@newsomelaw.com
o'neill@newsomelaw.com