UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN AIKEN FENTRESS ON BEHALF OF EARLENE AIKEN, ALICIA MUNOZ-GONZALES, BERNARDO DIAZ-MALDONADO, AFORTUNADA VELEZ OCCASIO ON BEHALF OF JAVIER ROMAN PEREZ, LUZ RAMIREZ<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Case No. : 2:16-CV-16-12259 |

## MOTION TO WITHDRAW AND SUBSTUTITION OF COUNSEL FOR PLAINTIFF

**COMES NOW**, the undersigned counsel for the Plaintiff, Karen Aiken Fentress on behalf of Earlene Aiken, Deceased, hereby files this Motion to Withdraw Attorney Michael Quinn who as of October 11, 2016 is no longer an employee of the Newsome/Melton Law Firm and requests that the Court move that Michele L. Reed will substitute as counsel of record in this matter.

2:16-CV-16-12259

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 27th day of October 2016.

/s/ Michele L. Reed
**C. RICHARD NEWSOME, ESQUIRE**
Florida Bar No.: 827258
**MICHELE L. REED, ESQUIRE**
Florida Bar No.: 124481
Newsome Melton PA
201 South Orange Avenue, Suite 1500
Orlando, Florida  32801
Telephone:  (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiffs*
Emails for service:
reed@newsomelaw.com
rosado@newsomelaw.com
o'neill@newsomelaw.com