UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN AIKEN FENTRESS ON BEHALF OF EARLENE AIKEN, ALICIA MUNOZ-GONZALES, BERNARDO DIAZ-MALDONADO, AFORTUNADA VELEZ OCCASIO ON BEHALF OF JAVIER ROMAN PEREZ, LUZ RAMIREZ<br><br>        Plaintiffs,<br><br>        v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>        Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>**Case No. : 2:16-CV-16-12287** |

## ORDER OF WITHDRAW AND SUBSTITUTION OF COUNSEL

This matter coming before the Court upon a Motion to Withdraw and Substitute of counsel filed on October 27, 2016, by Michele L. Reed on behalf of Plaintiff, Afortunada Velez Occasio on behalf of Javier Roman Perez, Deceased

IT IS ORDERED:

The Motion of Withdraw and Substitute of Counsel is GRANTED.

**Case No. : 2:16-CV-16-12287**

ENTERED: October \_\_\_, 2016

_____
Eldon E. Fallon
United States District Judge
Eastern District of Louisiana