UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN AIKEN FENTRESS ON BEHALF OF EARLENE AIKEN, ALICIA MUNOZ-GONZALES, BERNARDO DIAZ-MALDONADO, AFORTUNADA VELEZ OCCASIO ON BEHALF OF JAVIER ROMAN PEREZ, LUZ RAMIREZ<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>**Case No. : : 2:16-CV-16-12267** |

## ORDER OF WITHDRAW AND SUBSTITUTION OF COUNSEL

This matter coming before the Court upon a Motion to Withdraw and Substitute of counsel filed on October 27, 2016, by Michele L. Reed on behalf of Plaintiff, Alicia Munoz-Gonzalez.

IT IS ORDERED:

The Motion of Withdraw and Substitute of Counsel is GRANTED.

**Case No. : 2:16-CV-16-12267**

ENTERED: October ___, 2016

_____
Eldon E. Fallon
United States District Judge
Eastern District of Louisiana