UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Joe Sturdivant

CA# 2:15-cv-4003

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Jeffrey Sturdivant, as a surviving son of Joe Sturdivant, is substituted for Plaintiff Joe Sturdivant, in the above captioned cause.

Date: _____    _____
                                                                   Hon. Eldon E. Fallon
                                                                   United States District Court Judge