UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

THIS DOCUMENT RELATES TO:
   *Valary Johnson*, No. 2:15-CV-770
   *Josephine McGillicuddy*, No. 2:15-CV-6645
   *Samuel Turner*, No. 2:15-CV-6781

### ORDER

Considering Plaintiffs' Motions for Voluntary Dismissal Without Prejudice (R. Docs. 4256, 4257, 4259), and pursuant to PTO 24A,

**IT IS ORDERED** that the above-mentioned motions shall be set for oral argument after the Monthly Status Conference on November 29, 2016 at 9:00 a.m. If counsel wishes to appear by phone, they should contact Chambers for instructions on how to do so.

New Orleans, Louisiana, this 27th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE