UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Covington v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:16-cv-10888

## ORDER

This matter having come before the Court on Plaintiff's *Ex Parte Motion for Leave to Correct Plaintiff's Name*; the Court having reviewed and being otherwise sufficiently advised in this matter:

IT IS HEREBY ORDERED that Plaintiff's *Ex Parte Motion for Leave to Correct Plaintiff's Name* is GRANTED.

New Orleans, Louisiana this 26th day of October, 2016.

_____
United States District Judge