**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |
| | ) | |
| | ) | |

**THIS DOCUMENT RELATES TO:**

***Cindy Haggerty v. Janssen Research & Development, LLC, et al.***
**Civil Action No. 2:15-cv-06790**

<u>**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO PTO 24A AND FED. R. CIV. P. 41 (a)(2)**</u>

**MAY IT PLEASE THE COURT**:

Pursuant to PTO No. 24A and Fed. R. Civ. P. 41(a)(2), counsel for Plaintiff Cindy Haggerty respectfully requests the Court to dismiss without prejudice the above-styled action against all defendants with each party to bear their own costs. Undersigned counsel takes this action because Cindy Haggerty is now deceased and no living heir or personal representative has come forward or otherwise been identified who could maintain and continue this action.

Plaintiff's Counsel sought consent from Co-Lead Defense Counsel to file the instant motion to dismiss without prejudice unopposed, via electronic mail on August 10, 2016. Counsel for Defendant, Bayer, responded and indicated that they would get back to Plaintiff's counsel regarding this Motion, but have not yet done so. Counsel for the Janssen Defendants provided no response to Plaintiff Counsel's consent request.

Plaintiff complied with the filing fee payment provisions pursuant to PTO No. 11B and all applicable filing fees have been paid.  There have been no counterclaims filed against Plaintiff Cindy Haggerty and no other claims by any other Plaintiff are affected by this Motion.

## **CONCLUSION**

Plaintiff, by and through her undersigned Counsel, respectfully request this Court grant her Motion for Voluntary Dismissal Without Prejudice.


Date:  October 27, 2016                                    Respectfully submitted,

                                                                          s/Andy D. Birchfield, Jr.
                                                                          Andy D. Birchfield, Jr.
                                                                          C. Gibson Vance
                                                                          David B. Byrne, III
                                                                          BEASLEY, ALLEN, CROW,
                                                                          METHVIN, PORTIS & MILES, P.C.
                                                                          Post Office Box 4160
                                                                          Montgomery, Alabama 36103-4160
                                                                          (334) 269-2343
                                                                          (334) 954-7555 (facsimile)
                                                                          Andy.Birchfield@BeasleyAllen.com
                                                                          Gibson.Vance@BeasleyAllen.com
                                                                          David.Byrne@BeasleyAllen.com

                                                                          *Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the above and foregoing Motion to Voluntarily Dismiss Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  October 27, 2016                         s/Andy D. Birchfield, Jr.
                                                 Andy D. Birchfield, Jr.