UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Cindy Haggerty v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:15-cv-06790**

## ORDER

THIS MATTER, having come before the Court on Plaintiff Cindy Haggerty's Motion for Voluntary Dismissal Without Prejudice, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff Cindy Haggerty's Motion for Voluntary Dismissal Without Prejudice is hereby GRANTED, with each party to bear their own attorney's fees and costs.

New Orleans, Louisiana this_____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge