UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

WILLIAM MCCARTHY
2:15-cv-06126

## MOTION TO SUBSTITUTE PARTY AND AMEND COMPLAINT

**TO THE HONORABLE UNITED STATES DISTRICT JUDGE:**

COMES NOW counsel for Plaintiff William McCarthy, now deceased, and pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, respectfully moves to substitute James A. Zonka, Successor Trustee of the McCarthy Family Trust, as the Representative of the Estate of William McCarthy and to file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(A).

1. Plaintiff William McCarthy's individual Complaint was filed on November 19, 2015.

2. Counsel for Plaintiff William McCarthy filed the Suggestion of Death on August 2, 2016.

3. Plaintiff William McCarthy is deceased, and counsel for Plaintiff moves to substitute James A. Zonka as the Representative of the Estate of William McCarthy, as Plaintiff in the present action.

4. Because this Motion is filed within the applicable time limits set forth in Rule 15(a)(1)(A), counsel moves for this motion to be granted as a matter of course.

WHEREFORE, counsel for Plaintiff William McCarthy respectfully requests the Court grant this Motion to Substitute James A. Zonka as Representatives of the Estate of William McCarthy and to permit Plaintiff to file a Second Amended Joint Complaint.

Respectfully submitted,

**BURNETT LAW FIRM**

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail: rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail: acollins@rburnettlaw.com
55 Waugh Drive, Suite 803
Houston, Texas 77007
Telephone: (832) 413-4410
Facsimile: (832) 900-2120
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2016, a copy of the above and foregoing Motion has contemporaneously with, or before filing, been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.