UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　:
PRODUCTS LIABILITY LITIGATION　　:　　MDL No. 2592
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　　SECTION L
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　　JUDGE ELDON E. FALLON
　　　　　　　　　　　　　　　　　　:
_____:　　MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:　　　　　　JURY TRIAL DEMANDED

GERALD CARROLL and KATHY CARROLL

2:16-CV-7215

NOTICE AND SUGGESTION OF DEATH

　　　Counsel for Plaintiffs, Gerald Carroll and Kathy Carroll, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby inform this Honorable Court of the death of Plaintiff Gerald Carroll. Counsel further respectfully informs this Court that a Motion to Substitute the Party Plaintiff will be filed by the personal representative of the Estate of Gerald Carroll.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: October 31, 2016　　　　　　　　　　　/s/ Roopal P. Luhana
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

     I hereby certify that on October 31, 2016, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will notify all attorneys of records of such filing.

                                                  /s/ Roopal P. Luhana