# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**HAYES DOWELL**
Civil Action No.: 2:15-cv-00527

**ALI FAVORS**
Civil Action No.: 2:15-cv-00618

**GWYNN SMITH, Individually and on Behalf of the Estate of FANNIE DOGGETT**
Civil Action No.: 2:15-cv-01249

**JENNIFER GLEATON**
Civil Action No.: 2:15-cv-01251

**GEORGE MCCUNE**
Civil Action No.: 2:15-cv-01252

**SHEILA FARROW, Individually and on Behalf of the Estate of SHEILA MCKOY**
Civil Action No.: 2:15-cv-01253

**TIMOTHY SCOTT**
Civil Action No.: 2:15-cv-01254

**REBECCA STEVENS**
Civil Action No.: 2:15-cv-01255

**DOUGLASS MCDOWELL**
Civil Action No.: 2:15-cv-02439

1

**ALICE STEPHENS**
**Civil Action No.: 2:15-cv-04371**

**JOY SOLITO**
**Civil Action No.: 2:15-cv-05172**

**ANDY ARDIE**
**Civil Action No.: 2:15-cv-05611**

**RUBY DUFRENE**
**Civil Action No.: 2:15-cv-06966**

**SANDRA DUNN**
**Civil Action No.: 2:15-cv-06968**

**JANICE FLICK**
**Civil Action No.: 2:15-cv-06970**

**HANNELORE KRCH**
**Civil Action No.: 2:15-cv-06973**

**NANCY HALL**
**Civil Action No.: 2:15-cv-07088**

**CAROL HANNAH**
**Civil Action No.: 2:15-cv-07090**

**PAMELA HODGKINS**
**Civil Action No.: 2:15-cv-07091**

**ROBERT HOWARD**
**Civil Action No.: 2:15-cv-07092**

**JAMES GARDNER**
**Civil Action No.: 2:15-cv-07093**

**ABBIE NAPIER**
**Civil Action No.: 2:15-cv-07094**

**TAMMIE PEARSON**
**Civil Action No.: 2:15-cv-07095**

**ELAINE RUFFA**
Civil Action No.: 2:15-cv-07096

**MURPHY SMITH**
Civil Action No.: 2:15-cv-07098

**DAVID WHITE**
Civil Action No.: 2:15-cv-07099

**CONNIE LEGER, RUTH SINGER, and RITA HUGHES, Individually and on Behalf of the Estate of RUBY DEFRENE**
Civil Action No.: 2:15-cv-07141

**THOMAS LIVELY**
Civil Action No.: 2:16-cv-00569

**ISMAEL MALDONADO, as Executor of the Estate of JOHN CLINE**
Civil Action No.: 2:16-cv-15225

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

COMES NOW, David W. Hodges of the law firm Kennedy Hodges, LLP and formally enters his appearance as counsel for Plaintiffs in the above captioned matters.

Dated: October 31, 2016

    Respectfully submitted,

    KENNEDY HODGES, LLP

    By: /s/ David W. Hodges
    David W. Hodges
    dhodges@kennedyhodges.com
    4409 Montrose Blvd., Ste 200
    Houston, Texas 77006
    Telephone: 713-523-0001
    Facsimile: 713-523-1116

    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2016, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties or their attorneys in a manner authorized by the FRCP 5(b)(2), Local Rule 5.1 or the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ David W. Hodges
David W. Hodges