UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      *     MDL NO. 2592
PRODUCTS LIABILITY LITIGATION
                                          *     SECTION L

                                          *     JUDGE ELDON E. FALLON

******************************************
THIS DOCUMENT RELATES TO

*Flynn v. Janssen Research & Development, LLC, et al., 16-cv-6701*

### NOTICE TO STRIKE DOCKET ENTRY NOS. 8, 9, 10 and 11

Counsel for the Plaintiff, EUGENE FLYNN, by and through his undersigned counsel, hereby gives notice to the Clerk of Court to strike DE Nos, 8, 9, 10 and 11 as it was not necessary to file said documents pursuant to PTO. 16.

Dated: November 1, 2016           Respectfully submitted,

                                               **KELLEY UUSTAL, PLC**

                                               By: */s Catherine C. Darlson*
                                               Catherine C. Darlson, Esq.
                                               Florida Bar No. 112440
                                               500 N. Federal Highway, Suite 200
                                               Fort Lauderdale, Florida 33301
                                               Telephone: (954) 522-6601
                                               Facsimile: (954) 522-6608
                                               ccd@kulaw.com
                                               **Attorneys for Plaintiffs**

### CERTIFICATE OF SERVICE

WE HERBY CERTIFY that on November 1, 2016, a copy of the above and foregoing Notice to Strike has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will

1

send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s Catherine C. Darlson*
Catherine C. Darlson, Esq.