UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Marian Williams and Carl Williams v. Janssen Research & Development, LLC, et al.

Civil Action No. 2:16-cv-14429

## NOTICE OF DEATH OF PLAINTIFF

In accordance with Federal Rule of Civil Procedure 25(a), counsel for Plaintiffs Marian Williams and Carl Williams hereby notifies the Court and the Parties hereto of the death of Plaintiff Marian Williams during the pendency of this Action. Counsel for Plaintiffs anticipates filing a Motion to Substitute a Party in the near-term.

Dated: November 1, 2016

Respectfully Submitted,

By: /s/ Lauren Weitz
Lauren Weitz
WEITZ & LUXENBERG, P.C.
700 Broadway
New York, NY 10003
Telephone: (212) 558-5556
Facsimile: (646) 293-4370
E-mail: lweitz@weitzlux.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of November 2016, a true copy of the foregoing Notice of Death was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

      /s/ Lauren Weitz
      Lauren Weitz