UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 SECTION L |
| THOMAS ALLRED, ET AL. | : : | |
| Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | : : : : : : : : : : : : : : | Civil Action No.: 2:16-cv-06458 STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | : : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Thomas Allred, and Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants"), through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41, the above-captioned action is voluntarily dismissed as it pertains to Thomas Allred, with

prejudice, each party to bear its own fees and costs. The claims of the remaining plaintiffs are not impacted by the dismissal of the claims asserted by Plaintiff, Thomas Allred.

| | |
|---|---|
| **THE MOODY LAW FIRM** | **DRINKER BIDDLE & REATH LLP** |
| By: *s/* Jonathan A. Hogins | By: /s/Susan M. Sharko |
| Willard James Moody, Jr. | Susan Sharko |
| Jonathan Alan Hogins | 600 Campus Dr. |
| 500 Crawford Street | Florham Park, NJ 07932 |
| Suite 200 | Tel: (973) 549-7000 |
| Portsmouth, VA 23704 | Susan.Sharko@dbr.com |
| 757-393-4093 | |
| Email: jhogins@moodyrrlaw.com | Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson |
| Attorney for Plaintiff | |
| Dated: November 2, 2016 | Dated: November 2, 2016 |
| | **KAYE SCHOLER LLP** |
| | By: /s/Andrew Solow |
| | Andrew K. Solow |
| | 250 West 55th Street |
| | New York, New York 10019-9710 |
| | Telephone: (212) 836-8000 |
| | Facsimile: (212) 836-8689 |
| | William Hoffman |
| | 901 15th Street NW |
| | Washington, D.C. 20005 |
| | Telephone: (202) 682-3500 |
| | Facsimile: (202) 682-3580 |
| | andrew.solow@kayescholer.com |
| | william.hoffman@kayescholer.com |
| | Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG |
| | Dated: November 2, 2016 |

                               **IRWIN FRITCHIE URQUHART & MOORE LLC**
                               By: /s/James B. Irwin
                               James B. Irwin
                               Kim E. Moore
                               400 Poydras St., Ste, 2700
                               New Orleans, LA 70130
                               (504) 310-2100
                               jirwin@irwinllc.com
                               kmoore@irwinllc.com

                               Liaison Counsel for Defendants
                               Dated: November 2, 2016

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on November 2, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                               /s/James B. Irwin _____