UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| JONES JOHNSON | |
| Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | Civil Action No.: 2:16-cv-10275 STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Jones Johnson, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-10275, only. This stipulation shall not affect the lawsuit filed by Barry D. Johnson, individually and on behalf of the Estate of Jones Johnson, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-14861. Each party shall bear its own fees and costs.

| | |
|---|---|
| **STANLEY LAW GROUP** <br> By: /s/ Marc R. Stanley <br> Marc R. Stanley <br> Scott A. Kitner <br> 6116 N Central Expwy <br> Suite 1500 <br> Dallas, TX 75206 <br> Phone: 214-443-4300 <br> marcstanley@mac.com <br> skitner@stanleylawgroup.com <br> Attorneys for Plaintiff <br><br> Dated: November 2, 2016 | **DRINKER BIDDLE & REATH LLP** <br> By: /s/Susan M. Sharko <br> Susan Sharko <br> 600 Campus Dr. <br> Florham Park, NJ 07932 <br> Tel: (973) 549-7000 <br> Susan.Sharko@dbr.com <br><br> Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson <br><br> Dated: November 2, 2016 <br><br> **KAYE SCHOLER LLP** <br> By: /s/Andrew Solow <br> Andrew K. Solow <br> 250 West 55th Street <br> New York, New York 10019-9710 <br> Telephone: (212) 836-8000 <br> Facsimile: (212) 836-8689 <br> William Hoffman <br> 901 15th Street NW <br> Washington, D.C. 20005 <br> Telephone: (202) 682-3500 <br> Facsimile: (202) 682-3580 <br> andrew.solow@kayescholer.com <br> william.hoffman@kayescholer.com <br><br> Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG <br><br> Dated: November 2, 2016 |

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: November 2, 2016

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on November 2, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                            /s/James B. Irwin