UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

*QUONCHITA L. JOHNSON, individually and on behalf of the estate of JOANN C. BURLEY*

*vs. Janssen Research & Development, LLC et al; Civil Action No. 2:16-cv-6638*

## MOTION FOR EXTENSION OF TIME UNDER PTO 27 TO PROVIDE MEDICAL RECORDS TO SATISFY PLAINTIFF FACT SHEET

COMES NOW the plaintiff QUONCHITA L. JOHNSON, individually and on behalf of the estate of JOANN C. BURLEY by and through the undersigned counsel, and respectfully moves this Court for an extension of time under PTO 27 to provide medical records to satisfy Plaintiff Fact Sheet.

Under PTO 27, this case is not in the discovery pool, and the Plaintiff Fact Sheet deadline was August 4, 2016. Plaintiffs' counsel did not begin its representation of Plaintiff until March 17, 2016. Counsel immediately ordered medical records to investigate Plaintiffs cause of action but did not obtain the material prior to the potential expiration to the three-year statute of limitations for product liability claims in the State of Maryland. For this reason, Plaintiff was forced to file this lawsuit on a good faith basis as to what facts were, without the aid of medical records. On November 1, 2016, Plaintiff provided additional information as to medical facility of where Xarelto was administered.

Accordingly, Plaintiff's counsel requests an extension of the time to do so until January 31, 2017.

In support of the motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. If the documentation is received while this motion is pending, plaintiff's counsel will upload them to the PFS. An extension of time is not sought for delay but so that justice may be served.

**WHEREFORE**, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the time for plaintiff to provide medical records in connection with the Plaintiff Fact Sheet. Therefore, Plaintiff respectfully requests this Court grant Plaintiff an additional ninety (90) days.

Dated: November 2, 2016

Respectfully Submitted,

Kirkendall Dwyer, LLP

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 2nd day of November 2016.

> Kirkendall Dwyer, LLP
> By: */s/ Andrew F. Kirkendall*
> Andrew F. Kirkendall
> Texas Bar No. 24050882
> Alexander G. Dwyer
> Texas Bar No. 24054271
> Kirkendall Dwyer LLP
> 4343 Sigma Rd., STE 200
> Dallas, TX 75244
> Phone: 214-271-4027
> Fax: 214-253-0629
> ak@kirkendalldwyer.com
> ad@kirkendalldwyer.com
>
> *Attorney for Plaintiffs*