**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  XARELTO (RIVAROXABAN)    }          MDL No. 2592
                                 }
PRODUCTS LIABILITY LITIGATION  }          SECTION L
                                 }          JUDGE FALLON
                                 }          MAG. JUDGE NORTH
                                 }

This Document relates to:

*QUONCHITA L. JOHNSON, individually and on behalf of the estate of JOANN C. BURLEY vs. Janssen Research & Development, LLC et al; Civil Action No. 2:16-cv-6638*

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF**
**TIME UNDER PTO 27 TO PROVIDE CERTAIN MEDICAL RECORDS**
**IN CONNECTION WITH PLAINTIFF'S FACT SHEET**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time under PTO 27 to provide certain medical records in connection with Plaintiff's Fact Sheet, Plaintiff states the following:

1.      Pursuant to PTO 27, this case is not in the discovery pool, and by this Court's Order the PFS deadline is currently August , 2016.

2.      Plaintiff's counsel has still not received medical records from a hospital in Maryland where plaintiff had her injuries, which necessitates making this motion for an extension of time to obtain and upload the medical  records.  If the medical records are received during the pendency of the motion, plaintiff's counsel will upload them.

3.      Accordingly, Plaintiff therefore requests an extension of the deadline to January31, 2017, to allow further time to obtain and upload the medical records in connection with the plaintiff's PFS.

4.      Plaintiff is not requesting an extension for purposes of delay but so that justice may

be served, and will file upload the medical records to the PFS at the centrality website once

received.


**WHEREFORE**, Plaintiff's counsel requests an extension of the time for providing

pharmacy records in connection with Plaintiff's Fact Sheet to January 31, 2017.

Dated: November 2, 2016


                                              Respectfully Submitted,



                                              By: */s/ Andrew F. Kirkendall*
                                              Andrew F. Kirkendall
                                              Texas Bar No. 24050882
                                              Alexander G. Dwyer
                                              Texas Bar No. 24054271
                                              Kirkendall Dwyer LLP
                                              4343 Sigma Rd., STE 200
                                              Dallas, TX 75244
                                              Phone: 214-271-4027
                                              Fax: 214-253-0629
                                              ak@kirkendalldwyer.com
                                              ad@kirkendalldwyer.com

                                              ***Attorney for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the

Court using CM/ECF system which will send notification of such filing to all counsel of record,

on this 2nd day of November 2016.

By: */s/ Andrew F. Kirkendall*
Andrew F. Kirkendall
Texas Bar No. 24050882
Alexander G. Dwyer
Texas Bar No. 24054271
Kirkendall Dwyer LLP
4343 Sigma Rd., STE 200
Dallas, TX 75244
Phone: 214-271-4027
Fax: 214-253-0629
ak@kirkendalldwyer.com
ad@kirkendalldwyer.com

*Attorney for Plaintiffs*