UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) } | | MDL No. 2592 |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | | SECTION L |
| } | | JUDGE FALLON |
| } | | MAG. JUDGE NORTH |
| } | | |

This Document relates to:

*QUONCHITA L. JOHNSON, individually and on behalf of the estate of JOANN C. BURLEY vs. Janssen Research & Development, LLC et al; Civil Action No. 2:16-cv-6638*

**NOTICE OF SUBMISSION**

COMES NOW the plaintiff Quonchita Johnson by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time under PTO 27 to provide certain medical records in connection with Plaintiff's Fact Sheet to January 31, 2017, before the Honorable Judge Eldon E. Fallon on motion date November 30, 2016.

Dated: November 2, 2016              Respectfully Submitted,

                                              By: */s/ Andrew F. Kirkendall*
                                              Andrew F. Kirkendall
                                              Texas Bar No. 24050882
                                              Alexander G. Dwyer
                                              Texas Bar No. 24054271
                                              Kirkendall Dwyer LLP
                                              4343 Sigma Rd., STE 200
                                              Dallas, TX 75244
                                              Phone: 214-271-4027
                                              Fax: 214-253-0629
                                              ak@kirkendalldwyer.com
                                              ad@kirkendalldwyer.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 12th day of July 2016.

        Kirkendall Dwyer, LLP

        By: */s/ Andrew F. Kirkendall*
        Andrew F. Kirkendall
        Texas Bar No. 24050882
        Alexander G. Dwyer
        Texas Bar No. 24054271
        Kirkendall Dwyer LLP
        4343 Sigma Rd., STE 200
        Dallas, TX 75244
        Phone: 214-271-4027
        Fax: 214-253-0629
        ak@kirkendalldwyer.com
        ad@kirkendalldwyer.com

        *Attorney for Plaintiffs*