**Exhibit A**
**(Failure to Submit Plaintiff Fact Sheet)**

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Adams, June | 2:15-cv-04880 | Sanders Law Firm, LLC |
| 2. | Albers, Rodney | 2:16-cv-06692 | Slater, Slater Schulman, LLP |
| 3. | Alexander, Jo Ann | 2:16-cv-09803 | Hissey Kientz, L.L.P. |
| 4. | Allen, Milton | 2:16-cv-02567 | Gori Julian & Associates, P.C. |
| 5. | Allen, Waverly | 2:16-cv-04460 | Slater, Slater Schulman, LLP |
| 6. | Amelung, George Allen | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 7. | Anderson, Harry | 2:16-cv-10770 | The Benton Law Firm PLLC |
| 8. | Andre, Brett | 2:16-cv-00554 | The Potts Law Firm, LLP |
| 9. | Arace, Frieda | 2:16-cv-15057 | Cochran Legal Group, LLP |
| 10. | Arce, Cheryl E. | 2:16-cv-13562 | James C. Ferrell, P.C. |
| 11. | Archer, Melissa Deacon | 2:16-cv-06495 | Slater, Slater Schulman, LLP |
| 12. | Arsenault, Gregory (Duplicate filer) | 2:15-cv-01036 | Brady Law Group |
| 13. | Arzate, Rodolfo | 2:15-cv-07162 | Jackson Allen & Williams, LLP |
| 14. | Ashcraft, James, IV | 2:16-cv-13587 | Matthews & Associates |
| 15. | Assencoa, Joseph | 2:16-cv-12718 | Nemeroff Law Firm |
| 16. | Babnis, Christina | 2:15-cv-03496 | Simmons Hanly Conroy |
| 17. | Baker, James | 2:16-cv-10393 | Slater, Slater Schulman, LLP |
| 18. | Baker, Ronald | 2:16-cv-07497 | Slater, Slater Schulman, LLP |
| 19. | Bank, Jacquelyn | 2:16-cv-10400 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 20. | Banks, Amy | 2:16-cv-06750 | Crumley Roberts |
| 21. | Banks, Ruthie | 2:16-cv-04039 | Pierce Skrabanek Bruera, PLLC |
| 22. | Barila, Claudia | 2:16-cv-10405 | Slater, Slater Schulman, LLP |
| 23. | Barnes, Joyce (Duplicate 1) | 2:16-cv-07706 | Childers, Schlueter & Smith, LLC |
| 24. | Barron, Ester V. | 2:16-cv-10774 | The Benton Law Firm PLLC |
| 25. | Bates, Roland | 2:16-cv-03946 | The Schlemmer Firm, LLC |
| 26. | Bauer, Richard | 2:15-cv-06332 | Pro Se – Richard Bauer |
| 27. | Beard, Deloris | 2:15-cv-06486 | The Schlemmer Firm, LLC |
| 28. | Beaver, John | 2:16-cv-10411 | Slater, Slater Schulman, LLP |
| 29. | Bedford, Kay (Duplicate filer) | 2:16-cv-09821 | Bartimus Frickleton Robertson & Goza, PC;Goza Honnold Law Firm |
| 30. | Beharry, Raymond | 2:16-cv-06723 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 31. | Bell, Terry | 2:15-cv-03480 | The Mulligan Law Firm |
| 32. | Benge, Terry | 2:15-cv-01373 | Brady Law Group |
| 33. | Betancourt, Teresa | 2:15-cv-05426 | Diez-Arguelles & Tejedor, P.A. |
| 34. | Bostad, Wayne | 2:16-cv-04485 | Slater, Slater Schulman, LLP |
| 35. | Bowman, Arelene | 2:16-cv-06612 | The Mulligan Law Firm |
| 36. | Brandon, Allen | 2:16-cv-06879 | Slater, Slater Schulman, LLP |
| 37. | Brdar, Damir Jr. | 2:16-cv-10749 | Slater, Slater Schulman, LLP |
| 38. | Brock, Harvey | 2:16-cv-06913 | Dugan Law Firm, PLC |
| 39. | Brown, Geraldine | 2:16-cv-10476 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 40. | Brown, Leon Bradshaw | 2:16-cv-09989 | Jackson Allen & Williams, LLP |
| 41. | Bryant, Jacqueline | 2:16-cv-10440 | Slater, Slater Schulman, LLP |
| 42. | Bryant, Torrance | 2:16-cv-03185 | Sweeney Merrigan Law |
| 43. | Burgess, Michelle (Duplicate filer) | 2:16-cv-09938 | Bartimus Frickleton Robertson & Goza, PC;Goza Honnold Law Firm |
| 44. | Burley, Joann C. | 2:16-cv-06638 | Kirkendall Dwyer LLP |
| 45. | Burnett, Adrienne | 2:16-cv-05142 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 46. | Butler, Danny | 2:16-cv-09082 | Marc Whitehead & Associates, LLP |
| 47. | Butler, Vernice | 2:16-cv-04489 | Slater, Slater Schulman, LLP |
| 48. | Campbell, Charles | 2:16-cv-15064 | Cochran Legal Group, LLP |
| 49. | Campbell, Harold | 2:16-cv-09609 | Slater, Slater Schulman, LLP |
| 50. | Cannon, Brenda | 2:16-cv-07513 | Slater, Slater Schulman, LLP |
| 51. | Carey, William | 2:16-cv-15066 | Cochran Legal Group, LLP |
| 52. | Carlson, Jack | 2:16-cv-10584 | Goza Honnold Law Firm |
| 53. | Chadwick, Londell, Jr. | 2:16-cv-02425 | Plymale Law Firm |
| 54. | Chambers, Jefferson | 2:16-cv-09632 | Slater, Slater Schulman, LLP |
| 55. | Chesner, Michael | 2:16-cv-12723 | Nemeroff Law Firm |
| 56. | Chitwood, Helen | 2:16-cv-02566 | Gori Julian & Associates, P.C. |
| 57. | Ciaverella, Ralph | 2:16-cv-09941 | Bartimus Frickleton Robertson & Goza, PC;Goza Honnold Law Firm |
| 58. | Cimber, Hugo | 2:16-cv-15070 | Cochran Legal Group, LLP |
| 59. | Clark, Frank | 2:16-cv-03002 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 60. | Clark, Karla Eagan | 2:16-cv-10534 | Slater, Slater Schulman, LLP |
| 61. | Cleghorn, Helen (Duplicate filer) | 2:16-cv-02959 | Bernstein Liebhard LLP |
| 62. | Coffee, Evelyn | 2:16-cv-06620 | The Schlemmer Firm, LLC |
| 63. | Cohen, Dedric | 2:16-cv-07517 | Slater, Slater Schulman, LLP |
| 64. | Cohen, Frances | 2:16-cv-09636 | Slater, Slater Schulman, LLP |
| 65. | Collins, Karen | 2:15-cv-04610 | The Lanier Law Firm |
| 66. | Colvin, George | 2:16-cv-08955 | Cunard Law Firm |
| 67. | Conduff, John | 2:16-cv-10541 | Slater, Slater Schulman, LLP |
| 68. | Connors, Patrick | 2:16-cv-10591 | Goza Honnold Law Firm |
| 69. | Cooks, Nichole | 2:16-cv-03479 | Burke Harvey, LLC;Crumley Roberts |
| 70. | Cooper, Timothy | 2:15-cv-03513 | Simmons Hanly Conroy |
| 71. | Copes, Isabella | 2:15-cv-06201 | The Bradley Law Firm |
| 72. | Cornelius, Susan | 2:16-cv-10678 | Slater, Slater Schulman, LLP |
| 73. | Crowder, James | 2:16-cv-01136 | Grant & Eisenhofer P.A. |
| 74. | Crutcher, Robbie | 2:16-cv-06715 | Gray & White |
| 75. | Curless, Cassandra | 2:16-cv-10544 | Slater, Slater Schulman, LLP |
| 76. | Daniels, Martha Lee | 2:15-cv-02004 | Milstein Adelman, LLP |
| 77. | Davidson, Steven | 2:16-cv-15072 | Cochran Legal Group, LLP |
| 78. | Davis, Chastity | 2:16-cv-08807 | Hissey Kientz, L.L.P. |
| 79. | Davis, Walter | 2:16-cv-09736 | Slater, Slater Schulman, LLP |
| 80. | De Leon, Americo | 2:16-cv-15074 | Cochran Legal Group, LLP |
| 81. | Deal, Arch | 2:16-cv-010642 | Crumley Roberts |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 82. | Degray, Karen F. | 2:16-cv-13581 | James C. Ferrell, P.C. |
| 83. | Denny, Wilmay | 2:16-cv-08027 | Slater, Slater Schulman, LLP |
| 84. | Densmore, Donald | 2:16-cv-12940 | Fears Nachawati, PLLC |
| 85. | Desmarais, Roger | 2:16-cv-15076 | Cochran Legal Group, LLP |
| 86. | Devault, David | 2:15-cv-06386 | Jackson Allen & Williams, LLP |
| 87. | Dillard, Sarah | 2:16-cv-09091 | Marc Whitehead & Associates, LLP |
| 88. | DiMichele, Angela | 2:16-cv-00269 | Slater, Slater Schulman, LLP |
| 89. | Dixon, Lessie (Duplicate 1) | 2:16-cv-10040 | Slater, Slater Schulman, LLP |
| 90. | Donajkowski, Rueben | 2:16-cv-15077 | Cochran Legal Group, LLP |
| 91. | Douglas, Cleveland | 2:16-cv-07885 | Slater, Slater Schulman, LLP |
| 92. | Douresseau, Earlette L. | 2:16-cv-01408 | Miller Weisbrod, LLP |
| 93. | Drake, Joseph | 2:16-cv-03501 | Burke Harvey, LLC;Crumley Roberts |
| 94. | Ducote, Betty Lou (Duplicate filer) | 2:16-cv-07900 | The Gallagher Law Firm LLP |
| 95. | Dunlap, Gay | 2:16-cv-03366 | Flint Law Firm, LLC |
| 96. | Dwyer, Dustin (Duplicate filer) | 2:16-cv-02127 | Monsour Law Firm |
| 97. | Eldridge, Carol (Duplicate filer) | 2:16-cv-07888 | Slater, Slater Schulman, LLP |
| 98. | Ellis, Richard | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 99. | Engel, Brian | 2:16-cv-06594 | Flint & Associates, LLC |
| 100. | Enoch, Sidney | 2:15-cv-03519 | Simmons Hanly Conroy |
| 101. | Estrada, Fidel Zabala | 2:15-cv-05200 | Diez-Arguelles & Tejedor, P.A. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 102. | Evans, Larry Kenneth | 2:16-cv-10546 | Slater, Slater Schulman, LLP |
| 103. | Fallon, Frank | 2:16-cv-12732 | Nemeroff Law Firm |
| 104. | Farinas, Arsenio | 2:15-cv-05186 | Diez-Arguelles & Tejedor, P.A. |
| 105. | Favis, Frankie | 2:15-cv-06344 | Herman, Herman & Katz, LLC |
| 106. | Ferdman, Basya | 2:16-cv-01317 | Grant & Eisenhofer P.A. |
| 107. | Fernandez, Octavio | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 108. | Finlon, Darlene | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 109. | Fiore, Frederick (Duplicate filer) | 2:16-cv-09203 | Childers, Schlueter & Smith, LLC |
| 110. | Fitzgerald, Madeline | 2:16-cv-10551 | Slater, Slater Schulman, LLP |
| 111. | Flood, Jesse | 2:16-cv-10656 | Crumley Roberts |
| 112. | Flynn, Michele | 2:16-cv-01699 | Slater, Slater Schulman, LLP |
| 113. | Foley, George | 2:15-cv-05834 | Herman, Herman & Katz, LLC |
| 114. | Freedline, Tracy | 2:16-cv-10042 | Jackson Allen & Williams, LLP |
| 115. | Freeman, Gordon | 2:16-cv-12234 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 116. | Fritsche, Gladys L. | 2:16-cv-13595 | James C. Ferrell, P.C. |
| 117. | Gaines, Ridgeway (Duplicate filer) | 2:16-cv-07059 | Flint Law Firm, LLC |
| 118. | Gallagher, Edna | 2:16-cv-08712 | Bartimus Frickleton Robertson & Goza, PC;Goza Honnold Law Firm |
| 119. | Gatlin, Deborah (Duplicate filer) | 2:15-cv-03737 | The Mulligan Law Firm |
| 120. | Giambastiani, Antonio | 2:16-cv-05846 | Romanucci & Blandin, LLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 121. | Gilbert, Tempera | 2:16-cv-10636 | Slater, Slater Schulman, LLP |
| 122. | Glidewell, Jerry | 2:16-cv-15105 | Cochran Legal Group, LLP |
| 123. | Gonzalez, Olga | 2:16-cv-15110 | Cochran Legal Group, LLP |
| 124. | Goode, Reynolds | 2:16-cv-15111 | Cochran Legal Group, LLP |
| 125. | Gray, Ernest | 2:16-cv-01865 | Hodes Milman Liebeck, LLP |
| 126. | Gray, Johnny | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 127. | Green, William | 2:16-cv-10668 | Slater, Slater Schulman, LLP |
| 128. | Greenamyer, Julie (Duplicate filer) | 2:16-cv-03519 | The Mulligan Law Firm |
| 129. | Hadley, Patricia | 2:16-cv-02557 | Girardi Keese |
| 130. | Haggerty, Cindy | 2:15-cv-06790 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 131. | Hall, Charles | 2:16-cv-09774 | Slater, Slater Schulman, LLP |
| 132. | Hamelin, Patricia | 2:16-cv-04271 | Burke Harvey, LLC; Crumley Roberts |
| 133. | Hamrick, Robert | 2:16-cv-12837 | Nemeroff Law Firm |
| 134. | Hardy, Angela | 2:15-cv-02180 | Pro Se – Angela Hardy |
| 135. | Harps, Sylvernia | 2:15-cv-05007 | Varadi, Hair & Checki LLC; Favret & Lea |
| 136. | Hartman, Wiilliam | 2:16-cv-03522 | Slater, Slater Schulman, LLP |
| 137. | Harvey, Phyllis | 2:16-cv-07670 | Hissey Kientz, L.L.P. |
| 138. | Heaberlin, Doris | 2:16-cv-12839 | Nemeroff Law Firm |
| 139. | Headley, Helene (Duplicate 1) | 2:16-cv-12686 | The Miller Firm, LLC |
| 140. | Hedtcke, Ronald (Duplicate filer) | 2:16-cv-06575 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 141. | Heileman, Marie | 2:16-cv-09778 | Slater, Slater Schulman, LLP |
| 142. | Hibbard, Barbara | 2:16-cv-13518 | Gray & White |
| 143. | Hicks, Helen | 2:16-cv-08290 | The Cochran Firm Birmingham, P.C.; Jacoby & Meyers, LLC |
| 144. | Hicks, June | 2:16-cv-00033 | Goldberg, Weisman & Cairo, Ltd. |
| 145. | Hill, Connie | 2:16-cv-07981 | Slater, Slater Schulman, LLP |
| 146. | Hills, David | 2:16-cv-15119 | Cochran Legal Group, LLP |
| 147. | Hodgman, Tamara | 2:15-cv-03849 | Childers, Schlueter & Smith, LLC; |
| 148. | Holmes, Hilda | 2:16-cv-10742 | Slater, Slater Schulman, LLP |
| 149. | Honness, Herbert | 2:16-cv-15121 | Cochran Legal Group, LLP |
| 150. | House, Harold | 2:15-cv-05937 | Burke Harvey, LLC;Crumley Roberts |
| 151. | Houston, Tommie | 2:16-cv-12841 | Nemeroff Law Firm |
| 152. | Howard, Clifford | 2:16-cv-00485 | The Driscoll Firm, P.C. |
| 153. | Huelster, Walter | 2:16-cv-04840 | Burke Harvey, LLC; Crumley Roberts |
| 154. | Huffman, Leonard | 2:16-cv-08670 | Slater, Slater Schulman, LLP |
| 155. | Hulme, Anne M. | 2:15-cv-06603 | Johnson Becker, PLLC |
| 156. | Huls, Bernice | 2:16-cv-03658 | Burke Harvey, LLC; Crumley Roberts |
| 157. | Humpal, Charles | 2:16-cv-12931 | Fears Nachawati, PLLC |
| 158. | Irby, George | 2:16-cv-01865 | Hodes Milman Liebeck, LLP |
| 159. | Jackson, Sherrail | 2:16-cv-08675 | Slater, Slater Schulman, LLP |
| 160. | Jacobs, Byron | 2:16-cv-09788 | Slater, Slater Schulman, LLP |
| 161. | James, Dawn | 2:16-cv-12842 | Nemeroff Law Firm |
| 162. | Johnson, Ida Faye | 2:16-cv-10201 | The Benton Law Firm PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
| --- | --- | --- | --- |
| 163. | Johnson, Jones | 2:16-cv-10275 | Stanley Law Group |
| 164. | Johnson, Marion | 2:16-cv-12617 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 165. | Johnson, Sheila | 2:16-cv-08917 | Slater, Slater Schulman, LLP |
| 166. | Johnson, Valary | 2:15-cv-05372 | Pro Se – Valaray Johnson |
| 167. | Jolley, Donald (Duplicate filer) | 2:16-cv-10753 | Slater, Slater Schulman, LLP |
| 168. | Jones, Cecilia | 2:16-cv-08926 | Slater, Slater Schulman, LLP |
| 169. | Jones, Mary | 2:16-cv-12970 | Fears Nachawati, PLLC |
| 170. | Jones, Sean | 2:16-cv-08937 | Slater, Slater Schulman, LLP |
| 171. | Jones, Valton | 2:16-cv-03546 | Burke Harvey, LLC; Crumley Roberts |
| 172. | Kaase, Deborah K. | 2:16-cv-12506 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 173. | Kalman, Brenda | 2:16-cv-08944 | Slater, Slater Schulman, LLP |
| 174. | Keeton, Marshall | 2:16-cv-10754 | Slater, Slater Schulman, LLP |
| 175. | Kilby, Curtis | 2:15-cv-06127 | Michael H. Cummings II, LLC |
| 176. | King, David | 2:16-cv-09791 | Slater, Slater Schulman, LLP |
| 177. | Landrum, Margaret | 2:16-cv-12436 | Hensley Legal Group, PC |
| 178. | Lavergne, Kevin | 2:16-cv-04844 | Burke Harvey, LLC; Crumley Roberts |
| 179. | Lawton, Steven | 2:16-cv-06571 | Marc Whitehead & Associates, LLP |
| 180. | Lee, Billy | 2:15-cv-01030 | Brady Law Group |
| 181. | Logan, Sonja | 2:16-cv-09122 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 182. | Long, Monica | 2:16-cv-09086 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 183. | Lopez, Julio | 2:16-cv-09797 | Slater, Slater Schulman, LLP |
| 184. | Luster, Wilma | 2:16-cv-06624 | The Schlemmer Firm, LLC |
| 185. | Lux, John | 2:16-cv-01434 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 186. | Lynch, Larry | 2:15-cv-02204 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 187. | Mabon, Mamie | 2:15-cv-06263 | Grant & Eisenhofer P.A. |
| 188. | Mace, Jarrold D. | 2:15-cv-03932 | Brady Law Group |
| 189. | Maldonado, Bernardo | 2:15-cv-05194 | Diez-Arguelles & Tejedor, P.A. |
| 190. | Manley, Tammy | 2:16-cv-06592 | The Michael Brady Lynch Firm |
| 191. | Mann, Jacqueline | 2:16-cv-09865 | Slater, Slater Schulman, LLP |
| 192. | Marable, Willie | 2:16-cv-15123 | Cochran Legal Group, LLP |
| 193. | Marshall, Wylamerle | 2:16-cv-10889 | Slater, Slater Schulman, LLP |
| 194. | Martin, Jim Lee W. | 2:16-cv-06513 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 195. | Martin, Rhonda | 2:16-cv-01865 | Hodes Milman Liebeck, LLP |
| 196. | Martinez, Domingo | 2:16-cv-06592 | The Michael Brady Lynch Firm |
| 197. | Martinez-Hernandez, Tatiana | 2:15-cv-05424 | Diez-Arguelles & Tejedor, P.A. |
| 198. | Matran, Janelle | 2:16-cv-01720 | Slater, Slater Schulman, LLP |
| 199. | Matthews, Gayle | 2:16-cv-12996 | Fears Nachawati, PLLC |
| 200. | McBee, Mary | 2:16-cv-07062 | Flint Law Firm, LLC |
| 201. | McCoy, Wendell Dean | 2:16-cv-06571 | Marc Whitehead & Associates, LLP |
| 202. | McDonald, Denny | 2:16-cv-07015 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
| --- | --- | --- | --- |
| 203. | McDougal, Walter G., Jr. | 2:15-cv-01373 | Brady Law Group |
| 204. | McElroy, Jerry (Duplicate 1) | 2:16-cv-02016 | The Levensten Law Firm, P.C. |
| 205. | McElroy, Jerry (Duplicate 2) | 2:16-cv-03382 | Flint Law Firm, LLC |
| 206. | McLaughlin, Linda | 2:15-cv-05106 | Sanders Law Firm, LLC |
| 207. | McNamee, Sharon | 2:15-cv-07120 | Peterson & Associates, P.C. |
| 208. | Mello, Marissa | 2:16-cv-10899 | Slater, Slater Schulman, LLP |
| 209. | Mendekeh, Francis | 2:16-cv-09882 | Slater, Slater Schulman, LLP |
| 210. | Metzgar, Frank | 2:16-cv-05968 | Sweeney Merrigan Law |
| 211. | Meyers, Mary | 2:16-cv-09887 | Slater, Slater Schulman, LLP |
| 212. | Miller, Betty | 2:15-cv-06629 | Gori Julian & Associates, P.C. |
| 213. | Miller, Trudy L. | 2:15-cv-03933 | Brady Law Group |
| 214. | Mitala, Paul | 2:16-cv-09153 | Slater, Slater Schulman, LLP |
| 215. | Mitchell, Russell | 2:16-cv-10213 | Jackson Allen & Williams, LLP |
| 216. | Moeller, Mark | 2:16-cv-12849 | Nemeroff Law Firm |
| 217. | Moore, Oscar | 2:16-cv-01213 | Grant & Eisenhofer P.A. |
| 218. | Moore, Preston | 2:16-cv-09264 | Slater, Slater Schulman, LLP |
| 219. | Morale, Aurea | 2:15-cv-05191 | Diez-Arguelles & Tejedor, P.A. |
| 220. | Morin, Rudolfo | 2:16-cv-15128 | Cochran Legal Group, LLP |
| 221. | Morison, Philip | 2:16-cv-10912 | Slater, Slater Schulman, LLP |
| 222. | Morris, Sue | 2:16-cv-09903 | Slater, Slater Schulman, LLP |
| 223. | Mouranie, Patricia | 2:16-cv-10256 | Peiffer Rosca Wolf Abdullah Carr & |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
|  |  |  | Kane; The Michael Brady Lynch Firm |
| 224. | Nasi, John | 2:16-cv-06592 | The Michael Brady Lynch Firm |
| 225. | Neis, Thomas | 2:16-cv-01675 | Morris Law Firm |
| 226. | Nelson, Judy | 2:15-cv-06144 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 227. | Nesbitt, Joan (Duplicate filer) | 2:16-cv-10353 | Stanley Law Group |
| 228. | Odai, Benjamin | 2:16-cv-09300 | Slater, Slater Schulman, LLP |
| 229. | Ortiz, Joanne | 2:16-cv-09807 | Hissey Kientz, L.L.P. |
| 230. | Owens, Charles | 2:16-cv-02591 | Carey Danis & Lowe |
| 231. | Owens, Roy | 2:16-cv-12638 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 232. | Paloma, Gabriel, Jr. | 2:16-cv-04575 | Slater, Slater Schulman, LLP |
| 233. | Parris, Phillip | 2:16-cv-12859 | Nemeroff Law Firm |
| 234. | Pauley, Anna | 2:16-cv-10929 | Slater, Slater Schulman, LLP |
| 235. | Payne, Bonita | 2:16-cv-00091 | The Lanier Law Firm |
| 236. | Perry, Albert | 2:16-cv-09253 | Sweeney Merrigan Law |
| 237. | Perry, Minerva | 2:16-cv-09254 | Sweeney Merrigan Law |
| 238. | Peterson, John | 2:16-cv-09916 | Slater, Slater Schulman, LLP |
| 239. | Phelps, Dwight | 2:16-cv-09310 | Slater, Slater Schulman, LLP |
| 240. | Phillips, Glenda | 2:16-cv-04490 | Bernstein Liebhard LLP |
| 241. | Pickett, Keisha | 2:16-cv-15127 | Cochran Legal Group, LLP |
| 242. | Pleasant, Margaret | 2:16-cv-01102 | The Potts Law Firm, LLP |
| 243. | Potter, Shayne | 2:15-cv-07172 | Burg Simpson Eldredge Hersh & Jardine, |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
|  |  |  | P.C. |
| 244. | Prechtl, Jonathan | 2:15-cv-06040 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 245. | Primm, Marvetta | 2:16-cv-12641 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 246. | Quick, Frederick | 2:16-cv-07020 | Slater, Slater Schulman, LLP |
| 247. | Rager, Randall | 2:16-cv-12901 | Fears Nachawati, PLLC |
| 248. | Ramirez, Luz | 2:16-cv-06578 | Newsome Melton PA |
| 249. | Reburn, Heather | 2:16-cv-10047 | Slater, Slater Schulman, LLP |
| 250. | Rhodes, Catherine Grace | 2:16-cv-10757 | Slater, Slater Schulman, LLP |
| 251. | Rice, Goergia | 2:15-cv-03587 | Simmons Hanly Conroy |
| 252. | Rippley, Gina | 2:16-cv-01402 | Stark & Stark |
| 253. | Rivers, Donny Rictor | 2:16-cv-15151 | Cochran Legal Group, LLP |
| 254. | Rivers, Stephen Joseph | 2:16-cv-03654 | Burke Harvey, LLC; Crumley Roberts |
| 255. | Robertson, Violet | 2:15-cv-03715 | Bernstein Liebhard LLP |
| 256. | Robinson, Cheryl S. | 2:16-cv-07607 | Fears Nachawati, PLLC |
| 257. | Robinson, Hattie | 2:16-cv-10055 | Slater, Slater Schulman, LLP |
| 258. | Robinson, Margie | 2:15-cv-03589 | Simmons Hanly Conroy |
| 259. | Rodgers, Kyesha | 2:16-cv-10065 | Slater, Slater Schulman, LLP |
| 260. | Rodriguez, Dionicio | 2:16-cv-10071 | Slater, Slater Schulman, LLP |
| 261. | Roper, Anna Marie | 2:16-cv-09596 | Slater, Slater Schulman, LLP |
| 262. | Rose, Samuel | 2:16-cv-10942 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 263. | Ross, Geri | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 264. | Rounds, Tanzia | 2:16-cv-01727 | Slater, Slater Schulman, LLP |
| 265. | Rouse, Johnnie | 2:16-cv-10251 | Jackson Allen & Williams, LLP |
| 266. | Rowell, James O. | 2:16-cv-13597 | James C. Ferrell, P.C. |
| 267. | Rucker, Joshua | 2:16-cv-13001 | Fears Nachawati, PLLC |
| 268. | Rusha, Morris | 2:16-cv-09319 | Slater, Slater Schulman, LLP |
| 269. | Russell, Jennifer | 2:16-cv-10104 | Slater, Slater Schulman, LLP |
| 270. | Sanders, Melvin | 2:16-cv-07041 | Slater, Slater Schulman, LLP |
| 271. | Sandidge, William | 2:16-cv-15154 | Cochran Legal Group, LLP |
| 272. | Schultz, Ernie | 2:16-cv-06495 | Slater, Slater Schulman, LLP |
| 273. | Scott, Loren | 2:16-cv-09380 | Slater, Slater Schulman, LLP |
| 274. | Sellers, Grace | 2:15-cv-01373 | Brady Law Group |
| 275. | Shaw, Marie (Duplicate filer) | 2:16-cv-03914 | Grant & Eisenhofer P.A. |
| 276. | Sheridan, Joyce | 2:16-cv-15155 | Cochran Legal Group, LLP |
| 277. | Shrout, Randall | 2:16-cv-00770 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 278. | Slocum, Jerry | 2:16-cv-10494 | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. |
| 279. | Smith, Arthur | 2:16-cv-12920 | Fears Nachawati, PLLC |
| 280. | Smith, Betty R. | 2:16-cv-01064 | Gori Julian & Associates, P.C. |
| 281. | Smith, James F. | 2:16-cv-09397 | Slater, Slater Schulman, LLP |
| 282. | Smith, John A. (Duplicate 1) | 2:16-cv-10976 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 283. | Smith, John A. (Duplicate 2) | 2:16-cv-09404 | Slater, Slater Schulman, LLP |
| 284. | Smith, Renee | 2:16-cv-10116 | Slater, Slater Schulman, LLP |
| 285. | Smith, Robert | 2:16-cv-10980 | Slater, Slater Schulman, LLP |
| 286. | Smith, Thomas J. | 2:16-cv-00267 | Slater, Slater Schulman, LLP |
| 287. | Sombke, Pamela | 2:16-cv-15156 | Cochran Legal Group, LLP |
| 288. | Sosonkina, Eugenia | 2:16-cv-10210 | Slater, Slater Schulman, LLP |
| 289. | Stanley, Marcus | 2:16-cv-05848 | Kenneth H. Baker |
| 290. | Starkey, Linda | 2:16-cv-08899 | Cunard Law Firm |
| 291. | Stevens, Julie | 2:16-cv-06052 | Provost Umphrey Law Firm L.L.P. |
| 292. | Stewart, Raymond (Duplicate filer) | 2:16-cv-12995 | Fears Nachawati, PLLC |
| 293. | Stokes, Dorothy | 2:16-cv-07598 | Stark & Stark |
| 294. | Stone, Clifford | 2:16-cv-15157 | Cochran Legal Group, LLP |
| 295. | Stoneman, Alice | 2:16-cv-15158 | Cochran Legal Group, LLP |
| 296. | Stotts, Chelesea | 2:16-cv-10306 | Jackson Allen & Williams, LLP |
| 297. | Sumter, Dennis | 2:16-cv-13356 | Law Offices of Charles H. Johnson, PA |
| 298. | Suver, Margaret | 2:16-cv-10222 | Slater, Slater Schulman, LLP |
| 299. | Syversten, Rosemarie | 2:16-cv-02031 | Gray & White |
| 300. | Taylor, Al | 2:16-cv-08130 | Flint Law Firm, LLC |
| 301. | Taylor, Joseph | 2:16-cv-07080 | Slater, Slater Schulman, LLP |
| 302. | Thompson, Leora | 2:16-cv-15159 | Cochran Legal Group, LLP |
| 303. | Thompson, Michael | 2:16-cv-07891 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 304. | Timmons, Mary | 2:16-cv-05973 | Sweeney Merrigan Law |
| 305. | Todorovski, Dimitar | 2:16-cv-10560 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 306. | Trinidad, Edgardo | 2:16-cv-07087 | Slater, Slater Schulman, LLP |
| 307. | Troutman, Harold | 2:16-cv-12880 | Nemeroff Law Firm |
| 308. | Trujillo, Reynaldo | 2:15-cv-01373 | Brady Law Group |
| 309. | Tsao, Shun Huey | 2:16-cv-07068 | Kirklin Soh L.L.P. |
| 310. | Usher, Roberta | 2:16-cv-00809 | The Bradley Law Firm |
| 311. | Vest, Terry | 2:16-cv-09416 | Slater, Slater Schulman, LLP |
| 312. | Vincent, Dorothy | 2:16-cv-10263 | Slater, Slater Schulman, LLP |
| 313. | Voltz, Helen | 2:16-cv-10583 | Slater, Slater Schulman, LLP |
| 314. | Wake, Kenneth | 2:16-cv-10254 | Slater, Slater Schulman, LLP |
| 315. | Wakschal, Sylvia | 2:16-cv-08557 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 316. | Walker, Linda B. (Duplicate filer) | 2:16-cv-08533 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 317. | Watkins, Roger | 2:16-cv-15160 | Cochran Legal Group, LLP |
| 318. | Way, Virginia | 2:16-cv-10992 | Slater, Slater Schulman, LLP |
| 319. | Webster, Aubry | 2:16-cv-07760 | Fears Nachawati, PLLC |
| 320. | Wells, Anita W. | 2:16-cv-04305 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 321. | White, Steven D. (Duplicate filer) | 2:16-cv-03704 | Motley Rice LLC |
| 322. | Whitfield, Otis | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 323. | Willey, Mandy | 2:16-cv-06120 | Provost Umphrey Law Firm L.L.P. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 324. | Williams, Brenda | 2:16-cv-04551 | Peiffer Rosca Wolf Abdullah Carr & Kane |
| 325. | Williams, Cathleen | 2:16-cv-10998 | Slater, Slater Schulman, LLP |
| 326. | Williams, Constance | 2:16-cv-01117 | The Potts Law Firm, LLP |
| 327. | Williams, Ericka S. (Duplicate filer) | 2:16-cv-01469 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 328. | Williams, Ozella | 2:16-cv-01139 | Grant & Eisenhofer P.A. |
| 329. | Woods, Nancy | 2:16-cv-10259 | Slater, Slater Schulman, LLP |
| 330. | Woodward, Phoebe | 2:16-cv-08982 | Slater, Slater Schulman, LLP |
| 331. | Worrell, Bryan | 2:16-cv-01865 | Hodes Milman Liebeck, LLP |
| 332. | Wyatt, Tomiese | 2:16-cv-06531 | Slater, Slater Schulman, LLP |
| 333. | Yost, Timothy | 2:15-cv-01036 | Brady Law Group |
| 334. | Young, David | 2:15-cv-05912 | Pro Se – David Young |
| 335. | Zouain, Jose | 2:15-cv-05226 | Diez-Arguelles & Tejedor, P.A. |