# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

**IN RE: XARELTO (RIVAROXBAN)** (      MDL NO.: 2592
**PRODUCTS LIABILITY** (
**LITIGATION** (
                                             (      SECTION: L
                                             (
                                             (      JUDGE FALLON
                                             (
                                             (      MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Christopher Boyd, Individually v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION No. 2: 15-CV-05092**

## PROPOSED ORDER ON MOTION FOR EXTENSION OF TIME FOR PFS SUBMISSION

**IT IS ORDERED:**

      Plaintiff, Christopher Boyd, who is seeking an individual claim, is hereby granted a 90 day extension on time to complete the required PFS packet.

WHEREFORE, Plaintiff's counsel request an extension of time of 90 days (until January 7, 2017) to satisfy the alleged Plaintiffs Fact Sheet deficiency.

      New Orleans, Louisiana this 1st day of November, 2016.

_____
United States District Judge