UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
: 
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Joe Sturdivant

CA# 2:15-cv-4003

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Jeffrey Sturdivant, as a surviving son of Joe Sturdivant, is substituted for Plaintiff Joe Sturdivant, in the above captioned cause.

New Orleans, Louisiana this 1st day of November, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge