UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN AIKEN FENTRESS ON BEHALF OF EARLENE AIKEN, ALICIA MUNOZ-GONZALES, BERNARDO DIAZ-MALDONADO, AFORTUNADA VELEZ OCCASIO ON BEHALF OF JAVIER ROMAN PEREZ, LUZ RAMIREZ<br><br>    Plaintiffs,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Case No. : : 2:16-CV-16-12267 |

## ORDER OF WITHDRAW AND SUBSTITUTION OF COUNSEL

Considering the Motion to Withdraw and Substitute Counsel filed by Plaintiff, Alicia Munoz-Gonzalez (R. Doc. 4403), **IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana this 1st day of November, 2016.

_____
United States District Judge