UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN AIKEN FENTRESS ON BEHALF OF EARLENE AIKEN,<br>ALICIA MUNOZ-GONZALES,<br>BERNARDO DIAZ-MALDONADO,<br>AFORTUNADA VELEZ OCCASIO ON BEHALF OF JAVIER ROMAN PEREZ,<br>LUZ RAMIREZ<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>　　　　Defendants. | MDL NO. 2592<br><br>SECTION:　L<br><br>JUDGE:　ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>**Case No. : 2:16-CV-16-12287** |

### ORDER OF WITHDRAW AND SUBSTITUTION OF COUNSEL

Considering the Motion to Withdraw and Substitute Counsel filed by Plaintiff, Afortunada Velez Occasio on behalf of Javier Roman Perez, Deceased (R. Doc. 4401), **IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana this 1st day of November, 2016.

_____
United States District Judge