UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KAREN AIKEN FENTRESS ON BEHALF OF EARLENE AIKEN,<br>ALICIA MUNOZ-GONZALES,<br>BERNARDO DIAZ-MALDONADO,<br>AFORTUNADA VELEZ OCCASIO ON BEHALF OF JAVIER ROMAN PEREZ,<br>LUZ RAMIREZ<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>**Case No. : 2:16-CV-16-06578** |

## ORDER OF WITHDRAW AND SUBSTITUTION OF COUNSEL

Considering the Motion to Withdraw and Substitute Counsel filed by Plaintiff, Luz Ramirez (R. Doc. 4399), **IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana this 1st day of November, 2016.

_____
United States District Judge