UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
  *All Cases*

## ORDER

**IT IS ORDERED** that the bi-weekly discovery conference originally set for Thursday, November 3, 2016, at 8:30 a.m. is **RESCHEDULED** and is now set for Wednesday, November 9, 2016, at 3:30 p.m. To participate in the call, dial (877) 336-1839; access code 4227405; security code 110916.

**IT IS FURTHER ORDERED** that the parties shall provide notice to the Court and to one another of the issues that they intend to discuss at least forty-eight (48) hours in advance of the conference to provide sufficient time to meet and confer prior to the conference.

New Orleans, Louisiana this 3rd day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE