Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>JULIE GREENAMYER,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>Defendants | MDL No. 2592<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:16-cv-03606-EEF-MBN |

### MOTION TO SUBSTITUTE PARTY

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff moves this Court for an order substituting Daniel Greenamyer on behalf of his late mother, Julie Greenamyer.

Julie Greenamyer filed a products liability action against Defendants on April 22, 2016, as part of a bundled complaint, cause number 16-3606.  Ms. Greenamyer was lead plaintiff, so when the Court entered a severance order, Ms. Greenamyer's case remained under the originally filed cause number.  Ms. Greenamyer passed away on May 20, 2016 (counsel did not learn of

1

Ms. Greenamyer's passing until September and has recently engaged Ms. Greenamyer's son to prosecute her action). A suggestion of death was filed on November 7, 2016.

Rule 25(a)(1) provides, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). Julie Greenamyer's products liability action against Defendants survived her death and was not extinguished. Daniel Greenamyer, surviving son of Julie Greenamyer and executor of her estate, is a proper party to substitute for Ms. Greenamyer and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

Accordingly, counsel for Plaintiff respectfully requests that this Court enter an order granting this Motion to Substitute Party.

DATED: November 7, 2016            THE MULLIGAN LAW FIRM

By:    /s/Charles G. Orr
       Charles G. Orr
       Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By:    /s/Charles G. Orr
       Charles G. Orr
       Attorney for Plaintiff