# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>JULIE GREENAMYER,<br><br>    Plaintiff,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>    Defendants | MDL No. 2592<br><br>SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:16-cv-03606-EEF-MBN |

## ORDER GRANTING MOTION TO SUBSTITUTE PARTY

The Court, after considering Plaintiff's Motion to Substitute Party as well as any responses thereto, finds the motion meritorious.  It is therefore ORDERED THAT:  Plaintiff Daniel Greenamyer, as surviving son and executor of the estate of Julie Greenamyer, is substituted for Plaintiff Julie Greenamyer in the above numbered and captioned case.

Dated: _____          _____
                                                                    Hon. Eldon E. Fallon
                                                                    United States District Court Judge