UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

See attached Schedule of Cases.

### EX PARTE MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Andrew D. Kinghorn and moves to withdraw as counsel for Plaintiffs identified in the attached Schedule of Cases. In support of this motion, movant states as follows:

1. Mr. Kinghorn is leaving the employment of The Driscoll Firm, P.C. effective November 11, 2016.

2. Plaintiffs will continue to be represented by John J. Driscoll and The Driscoll Firm, P.C.

WHEREFORE, movant, Andrew D. Kinghorn, respectfully requests this Court grant his Ex Parte Motion for Leave to Withdraw.

Dated: November 7, 2016.

Respectfully submitted,

THE DRISCOLL FIRM, P.C.

BY:    /s/ Andrew D. Kinghorn
      ANDREW D. KINGHORN (MO66006)
      211 North Broadway, 40th Floor
      St. Louis, Missouri 63102
      Telephone No. (314) 932-3232
      Fax No. (314) 932-3233
      Email: andrew@thedriscollfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2016, the forgoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

/s/Andrew D. Kinghorn