**SCHEDULE OF CASES**

| | Name | Case No. | | Name | Case No. |
|---|---|---|---|---|---|
| 1 | Easley, Ms. Judith | 2:15-cv-00851 | 44 | Andrews, Charlie | 2:15-cv-7185 |
| 2 | Edens, Carl | 2:15-cv-00850 | 45 | Daniels, David | 2:15-cv-7185 |
| 3 | Fuller, Mr. Bernadette | 2:15-cv-00197 | 46 | Mellon, Penny | 2:15-cv-7185 |
| 4 | Grantz, Ms. Victoria  A | 2:15-cv-00199 | 47 | Atkins, Robert | 2:16-cv-0485 |
| 5 | Hoover, Lovell | 2:15-cv-00848 | 48 | Bradley, Barbara | 2:16-cv-2267 |
| 6 | LeBlanc, Ronald | 2:15-cv-00132 | 49 | Cook, Faye Bagley | 2:16-cv-2270 |
| 7 | Lemoins, Mrs. Sonja H. | 2:15-cv-00717 | 50 | Croll, Charlotte | 2:16-cv-2272 |
| 8 | Ross, Mr. James F. | 2:15-cv-00198 | 51 | Kendall, Ronald | 2:16-cv-2274 |
| 9 | Aranda, Mr. Pete | 2:15-cv-01270 | 52 | Perkins, James | 2:16-cv-2275 |
| 10 | Asher , Maxie | 2:15-cv-01268 | 53 | Pruitt, Teresa | 2:16-cv-2276 |
| 11 | Earl , William | 2:15-cv-01271 | 54 | Tuiolemotu, Mile | 2:16-cv-2279 |
| 12 | Schneider, Mr. Kenneth | 2:15-cv-01272 | 55 | Watson, Martha | 2:16-cv-2280 |
| 13 | Daniel, Ms. Lola | 2:15-cv-01609 | 56 | Breland, Milford | 2:15-cv-7167 |
| 14 | Niemeier, Kenneth | 2:15-cv-01610 | 57 | Molock, Talisha | 2:16-cv-102 |
| 15 | Burns, Ms. Anneliese | 2:15-cv-02010 | 58 | Huey, James | 2:16-cv-104 |
| 16 | Hally, Ann | 2:15-cv-2144 | 59 | Lindsey, Jimmie | 2:16-cv-105 |
| 17 | Lentz, Charles | 2:15-cv-2147 | 60 | Brutus, Sinclair | 2:16-cv-109 |
| 18 | Marzlin, Thomas | 2:15-cv-2151 | 61 | Millsberg, Donald | 2:16-cv-110 |
| 19 | Sharpe, Jeanette | 2:15-cv-2155 | 62 | Acuna, Fawn | 2:16-cv-112 |
| 20 | Shaw, Edwina | 2:15-cv-2158 | 63 | Bailey, Joann | 2:16-cv-113 |
| 21 | Tatum, Claire | 2:15-cv-2163 | 64 | Baird, Cecelia | 2:16-cv-114 |
| 22 | Temple, Billy | 2:15-cv-2164 | 65 | Redding, Carolyn | 2:16-cv-115 |
| 23 | Yevin, Art | 2:15-cv-2165 | 66 | Johnson, Sherrie | 2:16-cv-116 |
| 24 | Baske , Richard | 2:15-cv-02180 | 67 | Casasanto, Margaret | 2:16-cv-117 |
| 25 | Bennett, Mr. Gordon | 2:15-cv-02180 | 68 | Berry, Patricia | 2:16-cv-866 |
| 26 | Bryant, Mr. Robert Louis | 2:15-cv-02180 | 69 | Bing, Shirley | 2:16-cv-998 |
| 27 | Falk, Mr. Roger | 2:15-cv-02180 | 70 | Downs, John | 2:16-cv-1001 |
| 28 | Fiese, Edna | 2:15-cv-02180 | 71 | Garza, Carlos | 2:16-cv-1003 |
| 29 | Fontenot, Susan | 2:15-cv-02180 | 72 | Gatten, Delmas | 2:16-cv-1007 |
| 30 | Freeman , Ms. Jacqueline | 2:15-cv-02180 | 73 | Hinson, Jesse | 2:16-cv-1009 |
| 31 | Gaines, Deanna | 2:15-cv-02180 | 74 | Kranz, Mary | 2:16-cv-1010 |
| 32 | Hall, Arkisha | 2:15-cv-02180 | 75 | McCravey, Mike | 2:16-cv-1011 |
| 33 | Howlan, Marion | 2:15-cv-02180 | 76 | Mead, Rodney | 2:16-cv-1012 |
| 34 | Hubbard, Lottie | 2:15-cv-02180 | 77 | Rogers, Virginia | 2:16-cv-1013 |
| 35 | Morton, Charles | 2:15-cv-02180 | 78 | Impemba, Diane | 2:16-cv-1014 |
| 36 | Redding, Mr. Elmer | 2:15-cv-02180 | 79 | Shirley, William | 2:16-cv-1015 |
| 37 | Robertson , Mr. Richard G. | 2:15-cv-02180 | 80 | Stanfill, Jack | 2:16-cv-1016 |
| 38 | Rucker, Ms. Dorothy M. | 2:15-cv-02180 | 81 | Thigpen, Tammie | 2:16-cv-1017 |
| 39 | Twymon, Jacqueline | 2:15-cv-02180 | 82 | White, Steven | 2:16-cv-1018 |
| 40 | Rein, David | 2:15-cv-3678 | 83 | Turner, Velma | 2:16-cv-1020 |
| 41 | Shelton, William | 2:15-cv-5482 | 84 | Vega, Michael | 2:16-cv-3073 |
| 42 | Jones, Chezarea | 2:15-cv-6376 | 85 | Andringa, Robert | 2:16-cv-2681 |
| 43 | Greene, Michael | 2:15-cv-7184 | 86 | Barnes, Buford | 2:16-cv-3091 |

| | Last Name | First Name | |
|---|---|---|---|
| 87 | Brenzel | Martha | 2:16-cv-3095 |
| 88 | Byrd | John | 2:16-cv-3098 |
| 89 | Chiles | Bert | 2:16-cv-3103 |
| 90 | Coverdale | John | 2:16-cv-3104 |
| 91 | Defelice | Corrado | 2:16-cv-3105 |
| 92 | Dockery | Linda | 2:16-cv-3106 |
| 93 | Dixson | Albert | 2:16-cv-3107 |
| 94 | Ensor | Bynum | 2:16-cv-3127 |
| 95 | Farmer | William | 2:16-cv-3129 |
| 96 | Green | Idola | 2:16-cv-3132 |
| 97 | Mays | Deborah | 2:16-cv-3143 |
| 98 | Montford | Tommie | 2:16-cv-3149 |
| 99 | Moore | Andrew | 2:16-cv-3151 |
| 100 | Moore | Bernard | 2:16-cv-3154 |
| 101 | Mule | Isidore | 2:16-cv-3165 |
| 102 | Owens | James | 2:16-cv-3168 |
| 103 | Pettigrew | Kelsey | 2:16-cv-3171 |
| 104 | Pohlot | Elizabeth | 2:16-cv-3174 |
| 105 | Powell | Nathan | 2:16-cv-3176 |
| 106 | Smith | Eugene | 2:16-cv-3178 |
| 107 | Stafford | Karen | 2:16-cv-3179 |
| 108 | Steele | Richard | 2:16-cv-3181 |
| 109 | Wright | Robert D. | 2:16-cv-3182 |
| 110 | Wright | Robert R. | 2:16-cv-3183 |
| 111 | Alvey | Robert | 2:16-cv-3935 |
| 112 | Albright | Linda | 2:16-cv-7131 |
| 113 | Anthony | Gary | 2:16-cv-7135 |
| 114 | Autry | Gladys | 2:16-cv-7139 |
| 115 | Barrett | Barbara | 2:16-cv-7159 |
| 116 | Beam | David | 2:16-cv-7160 |
| 117 | Block | Jamie | 2:16-cv-7161 |
| 118 | Bobbitt | Danny | 2:16-cv-7163 |
| 119 | Bradley | Nelda | 2:16-cv-7164 |
| 120 | Brown | Lonzo | 2:16-cv-7171 |
| 121 | Carlin | Gabriela | 2:16-cv-7172 |
| 122 | Carroll | James | 2:16-cv-7173 |
| 123 | Carson | Samuel | 2:16-cv-7176 |
| 124 | Christiansen | Steven | 2:16-cv-7177 |
| 125 | Claybrook | Martha | 2:16-cv-7180 |
| 126 | Collins-Newcombe | Tori | 2:16-cv-7187 |
| 127 | Conway | Frances | 2:16-cv-7194 |
| 128 | Cooney | Jerry | 2:16-cv-7430 |
| 129 | Coyle | Wendy | 2:16-cv-7433 |
| 130 | Davis | Reed | 2:16-cv-7445 |
| 131 | Dichiaro | Anthony | 2:16-cv-7448 |
| 132 | Duchek | Pam | 2:16-cv-7450 |

| | Last Name | First Name | |
|---|---|---|---|
| 133 | Easterwood | Bob | 2:16-cv-7452 |
| 134 | Evans | Anthony | 2:16-cv-7454 |
| 135 | Hammond | Ruby | 2:16-cv-7457 |
| 136 | Herrin | Shirley | 2:16-cv-7459 |
| 137 | Hoff | Lowell | 2:16-cv-7461 |
| 138 | Jackson | Thomas | 2:16-cv-7462 |
| 139 | Janes | Jimmie | 2:16-cv-7465 |
| 140 | Johannessen | Roy | 2:16-cv-7466 |
| 141 | Johnson | Leroy | 2:16-cv-7468 |
| 142 | Jones | Donald | 2:16-cv-7471 |
| 143 | Jones | Kathy | 2:16-cv-7469 |
| 144 | Kaufman | Sonia | 2:16-cv-7473 |
| 145 | Keiry | Naida | 2:16-cv-7475 |
| 146 | Kelly | Fred | 2:16-cv-7477 |
| 147 | Klein | Mary Ellen | 2:16-cv-7480 |
| 148 | Klindra | Marla | 2:16-cv-7489 |
| 149 | Kriedeman | Kent | 2:16-cv-7498 |
| 150 | Langlois | Margaret | 2:16-cv-7500 |
| 151 | MacMillan | Fred | 2:16-cv-7502 |
| 152 | Mallory | Sarah | 2:16-cv-7504 |
| 153 | Messer | Lula | 2:16-cv-7573 |
| 154 | O'Brien | Ramona | 2:16-cv-7580 |
| 155 | Oney | Frances | 2:16-cv-7583 |
| 156 | Orr | Richard | 2:16-cv-7611 |
| 157 | Palmer | Howard | 2:16-cv-7620 |
| 158 | Parkhurst | Michael | 2:16-cv-7624 |
| 159 | Patton | Lewis | 2:16-cv-7640 |
| 160 | Qualls | Suzanne | 2:16-cv-7927 |
| 161 | Quick | Richard | 2:16-cv-8102 |
| 162 | Reid | Daniel | 2:16-cv-8106 |
| 163 | Rhinehart | Ollie | 2:16-cv-8111 |
| 164 | Roberts | Mallie | 2:16-cv-8115 |
| 165 | Ronning | Mary | 2:16-cv-8116 |
| 166 | Ruble | James | 2:16-cv-8120 |
| 167 | Russell | William | 2:16-cv-8124 |
| 168 | Salle | Maria | 2:16-cv-8128 |
| 169 | Schaenman | David | 2:16-cv-8133 |
| 170 | Sewell | Michael | 2:16-cv-8150 |
| 171 | Shepherd | William | 2:16-cv-8151 |
| 172 | Simmons | Reather | 2:16-cv-8153 |
| 173 | Slape | Brian | 2:16-cv-8155 |
| 174 | Smith | Edwin | 2:16-cv-8157 |
| 175 | Sowell | Ann | 2:16-cv-8158 |
| 176 | Sykes | Casaundra | 2:16-cv-8161 |
| 177 | Terkovich | Luciano | 2:16-cv-8163 |
| 178 | Thomas | Helen | 2:16-cv-8165 |

| | Last Name | First Name | |
|---|---|---|---|
| 179 | Thomas | Stacy | 2:16-cv-8169 |
| 180 | Thompson | Charles | 2:16-cv-8173 |
| 181 | Thrasher | Jean | 2:16-cv-8177 |
| 182 | Tirado | Nancy | 2:16-cv-8182 |
| 183 | Walker | Maxine | 2:16-cv-8184 |
| 184 | Wallace | Jimmy | 2:16-cv-8187 |
| 185 | Wanat | Virginia | 2:16-cv-8191 |
| 186 | Washington | Delores | 2:16-cv-8196 |
| 187 | Wechsler | Estelle | 2:16-cv-8205 |
| 188 | Wells | Robert | 2:16-cv-8210 |
| 189 | Wheeler | Deborah | 2:16-cv-8212 |
| 190 | Wiles | Jerald | 2:16-cv-8214 |
| 191 | Williams | Tony | 2:16-cv-8218 |
| 192 | Wright | Misty | 2:16-cv-8221 |
| 193 | Zita | Matthew | 2:16-cv-8224 |
| 194 | Aversano | Florence | 2:16-cv-06472 |
| 195 | Baker | Mary | 2:16-cv-8662 |
| 196 | Bazan | Normalinda | 2:16-cv-8667 |
| 197 | Bethly | Jonathan | 2:16-cv-8672 |
| 198 | Blair | Billie | 2:16-cv-8680 |
| 199 | Boyd | Brandon | 2:16-cv-8686 |
| 200 | Browder | Terry | 2:16-cv-8688 |
| 201 | Calix | Daniel | 2:16-cv-8690 |
| 202 | Clopton | Curtis | 2:16-cv-8693 |
| 203 | Cubbage | Kristan | 2:16-cv-8701 |
| 204 | Davis | Lee | 2:16-cv-8704 |
| 205 | Eldridge | Robert | 2:16-cv-8707 |
| 206 | Elms | Kenneth | 2:16-cv-8709 |
| 207 | Fields | Garolyn | 2:16-cv-8716 |
| 208 | Foreman | Gladys | 2:16-cv-8722 |
| 209 | Fusilier | Alice | 2:16-cv-8728 |
| 210 | Gaines | Ridgeway | 2:16-cv-8731 |
| 211 | Goode | Renia | 2:16-cv-8733 |
| 212 | Gourley | Stephanie | 2:16-cv-8736 |
| 213 | Gundersen | Edward | 2:16-cv-8739 |
| 214 | Hardy | Carl | 2:16-cv-8742 |
| 215 | Hinkley | David | 2:16-cv-8747 |
| 216 | Hobs | Brenda | 2:16-cv-8751 |
| 217 | Hollier | Sedia | 2:16-cv-8756 |
| 218 | Hollins | Catherine | 2:16-cv-8758 |
| 219 | Hosch | Judy | 2:16-cv-8760 |
| 220 | Huffman | Jeffrey | 2:16-cv-8762 |
| 221 | Hunter | Bryant | 2:16-cv-8764 |
| 222 | Jackson | James | 2:16-cv-8769 |
| 223 | Jackson | Cassandra | 2:16-cv-8767 |
| 224 | Jones | Linda | 2:16-cv-8774 |

| | Last Name | First Name | |
|---|---|---|---|
| 225 | Kincade | Thomas | 2:16-cv-8776 |
| 226 | Ladd | Tommy | 2:16-cv-8777 |
| 227 | Lewis | Shelton | 2:16-cv-8778 |
| 228 | Lush | Denise | 2:16-cv-8779 |
| 229 | Mack | Johnora | 2:16-cv-8780 |
| 230 | McAndrew | John | 2:16-cv-8822 |
| 231 | McDonald | Eddie | 2:16-cv-8826 |
| 232 | Mclead | Barry | 2:16-cv-8833 |
| 233 | McMahan | Anthony | 2:16-cv-8838 |
| 234 | Moore | Durand | 2:16-cv-8869 |
| 235 | Moorehouse | Delores | 2:16-cv-8876 |
| 236 | Nance | Miriam | 2:16-cv-8881 |
| 237 | Odom | Conway | 2:16-cv-8886 |
| 238 | Patrick | Mary | 2:16-cv-8888 |
| 239 | Pugh | Quentin | 2:16-cv-8894 |
| 240 | Ratcliff | William | 2:16-cv-8897 |
| 241 | Raymond | Daniel | 2:16-cv-8901 |
| 242 | Reed | Betty | 2:16-cv-8910 |
| 243 | Rhodes | Clayburn | 2:16-cv-8928 |
| 244 | Rice | Alline | 2:16-cv-8935 |
| 245 | Robinson | Elizabeth | 2:16-cv-8941 |
| 246 | Ruffin | Willie | 2:16-cv-8953 |
| 247 | Sims | Harrison | 2:16-cv-8960 |
| 248 | Small | Lois | 2:16-cv-8962 |
| 249 | Smith | Kenneth | 2:16-cv-8996 |
| 250 | Stephens | Candice | 2:16-cv-9000 |
| 251 | Sutton | David | 2:16-cv-9006 |
| 252 | Swinney | Latonya | 2:16-cv-9012 |
| 253 | Taylor | Cleo | 2:16-cv-9024 |
| 254 | Thomas | Andre | 2:16-cv-9032 |
| 255 | Tillman | Helen | 2:16-cv-9037 |
| 256 | Vail | Donald | 2:16-cv-9040 |
| 257 | Vatterott | Joseph | 2:16-cv-9046 |
| 258 | Ward | Demetrius | 2:16-cv-9053 |
| 259 | Brunson | Veronica | 2:16-cv-9056 |
| 260 | Wiggins | Catherine | 2:16-cv-9060 |
| 261 | Woods | Norman | 2:16-cv-9067 |
| 262 | Amos | Henry | 2:16-cv-06499 |
| 263 | Anderson | Chennette | 2:16-cv-9377 |
| 264 | Andrysiak | James | 2:16-cv-9382 |
| 265 | Bartel | Archie | 2:16-cv-9385 |
| 266 | Beasley | Marjorie | 2:16-cv-9387 |
| 267 | Blair | Kathy | 2:16-cv-9392 |
| 268 | Brown | Gail | 2:16-cv-9394 |
| 269 | Brune | James | 2:16-cv-9398 |
| 270 | Burnette | Ellen | 2:16-cv-9411 |

| | Last Name | First Name | |
|---|---|---|---|
| 271 | Chappelear | Evelyn | 2:16-cv-9414 |
| 272 | Chuculate | Gwendolyn | 2:16-cv-9417 |
| 273 | Coffman | Mary | 2:16-cv-9419 |
| 274 | Collins | Elijah | 2:16-cv-9421 |
| 275 | Conley | Mary | 2:16-cv-9425 |
| 276 | Davis | Harry | 2:16-cv-9428 |
| 277 | Dorsey | Christine | 2:16-cv-9431 |
| 278 | Dyson | Priscilla | 2:16-cv-9434 |
| 279 | Felton | Edwina | 2:16-cv-9436 |
| 280 | Flitsch | Richard | 2:16-cv-9439 |
| 281 | Gaddis | Bobby | 2:16-cv-9443 |
| 282 | Gainey | Shirley | 2:16-cv-9454 |
| 283 | Gregory | Edith | 2:16-cv-9461 |
| 284 | Hacic | Charles | 2:16-cv-9466 |
| 285 | Hardy | Larry | 2:16-cv-9472 |
| 286 | Hays | Barbara | 2:16-cv-9489 |
| 287 | Hicks | Stella | 2:16-cv-9490 |
| 288 | Hicks | Tracey | 2:16-cv-9491 |
| 289 | Hoener | Wayne | 2:16-cv-9494 |
| 290 | Hughes | Hattie | 2:16-cv-9496 |
| 291 | Jacobson | Linda | 2:16-cv-9497 |
| 292 | Johnson | Curtis | 2:16-cv-9499 |
| 293 | Jordan | Joyce | 2:16-cv-9501 |
| 294 | Kraus | Richard | 2:16-cv-9503 |
| 295 | Lane | Dorielle | 2:16-cv-9506 |
| 296 | Larkin | Donald | 2:16-cv-9507 |
| 297 | Law | Deborah | 2:16-cv-9508 |
| 298 | Longardner | James | 2:16-cv-9509 |
| 299 | Malone | Joy | 2:16-cv-9510 |
| 300 | Martel | Jenette | 2:16-cv-9511 |
| 301 | Martin | Dempsey | 2:16-cv-9512 |
| 302 | Norvell | Sidney | 2:16-cv-9513 |
| 303 | Peters | Martha | 2:16-cv-9514 |
| 304 | Presley | Ida | 2:16-cv-9515 |
| 305 | Schneibel | Matthew | 2:16-cv-9516 |
| 306 | Shoemaker | Roger | 2:16-cv-9518 |
| 307 | Simmons | Serena | 2:16-cv-9519 |
| 308 | Smith | Bobby | 2:16-cv-9520 |
| 309 | Stamnitz | Wilbert | 2:16-cv-9522 |
| 310 | Storer | Walter | 2:16-cv-9523 |
| 311 | Sutek | Julie | 2:16-cv-9521 |
| 312 | Swain | Richard | 2:16-cv-9524 |
| 313 | Swanson | Donielle | 2:16-cv-9525 |
| 314 | Tate | Richard | 2:16-cv-9526 |
| 315 | Terry | Louis | 2:16-cv-9544 |
| 316 | Turner | Stanley | 2:16-cv-9547 |

| | Last Name | First Name | |
|---|---|---|---|
| 317 | Waddell | Gary | 2:16-cv-9551 |
| 318 | Walker | Linda | 2:16-cv-9558 |
| 319 | Wallace | Charles | 2:16-cv-9560 |
| 320 | Whaley | Elizabeth | 2:16-cv-9564 |
| 321 | Whitley | Marglee | 2:16-cv-9579 |
| 322 | Williams | Ronald | 2:16-cv-9582 |
| 323 | Wilson | Patricia | 2:16-cv-9585 |
| 324 | Young | Ebony | 2:16-cv-9587 |
| 325 | Allen | Robert | 2:16-cv-06524 |
| 326 | Arcotta | Karen | 2:16-cv-9643 |
| 327 | Barteau | Phillip | 2:16-cv-9645 |
| 328 | Benn | Lucille | 2:16-cv-9646 |
| 329 | Bennett | Donna | 2:16-cv-9648 |
| 330 | Braden | Christina | 2:16-cv-9651 |
| 331 | Braden | Jimmie | 2:16-cv-9652 |
| 332 | Bradley | Brinda | 2:16-cv-9654 |
| 333 | Braun | Robert | 2:16-cv-9656 |
| 334 | Britt | Scott | 2:16-cv-9657 |
| 335 | Broadway, III | Johnnie | 2:16-cv-9665 |
| 336 | Brown | Charles | 2:16-cv-9666 |
| 337 | Brown-Hampton | Antonetta | 2:16-cv-9667 |
| 338 | Burns | Ann | 2:16-cv-9668 |
| 339 | Caccavale | Jack | 2:16-cv-9669 |
| 340 | Christopher | Warren | 2:16-cv-9705 |
| 341 | Coates | Deborah | 2:16-cv-9707 |
| 342 | Coleman | Deborah | 2:16-cv-9710 |
| 343 | Cox | Tommie | 2:16-cv-9712 |
| 344 | Crisp | Jean | 2:16-cv-9714 |
| 345 | Daniels | Fred | 2:16-cv-9716 |
| 346 | Dunlap | Aaron | 2:16-cv-9718 |
| 347 | Dusenberry | Ronald | 2:16-cv-9719 |
| 348 | Evans | Earl Richard | 2:16-cv-9721 |
| 349 | Faure | Emma | 2:16-cv-9722 |
| 350 | Flanary | Vallie | 2:16-cv-9725 |
| 351 | Fuller | Carol | 2:16-cv-9728 |
| 352 | Gardner | Kim | 2:16-cv-9729 |
| 353 | Hall | Jason | 2:16-cv-9731 |
| 354 | Hedrick | Charles | 2:16-cv-9744 |
| 355 | Huffman | Norman | 2:16-cv-9745 |
| 356 | Jackson | Larry | 2:16-cv-9748 |
| 357 | Jimcoily | Joseph | 2:16-cv-9752 |
| 358 | Jones | Calvin | 2:16-cv-9754 |
| 359 | Joyner | Edith | 2:16-cv-9757 |
| 360 | Kendrick | Gentry | 2:16-cv-9758 |
| 361 | Kilgore | Kenny | 2:16-cv-9759 |
| 362 | Knox | Carl | 2:16-cv-9764 |

| | Last Name | First Name | |
|---|---|---|---|
| 363 | McCauley | Mickey | 2:16-cv-9769 |
| 364 | Mcculloch | Paul | 2:16-cv-9771 |
| 365 | McGonnell | Michael | 2:16-cv-9773 |
| 366 | McPherson | Ora | 2:16-cv-9775 |
| 367 | Mercado | Randu | 2:16-cv-9777 |
| 368 | Murphy | Richard | 2:16-cv-9782 |
| 369 | Nunn | Beulah | 2:16-cv-9792 |
| 370 | Ohman | Carole | 2:16-cv-9814 |
| 371 | Oliva | Robert | 2:16-cv-9817 |
| 372 | Pangle | Darren | 2:16-cv-9820 |
| 373 | Phillips | James | 2:16-cv-9823 |
| 374 | Plummer | Marilyn | 2:16-cv-9826 |
| 375 | Polamar | Ruben | 2:16-cv-9829 |
| 376 | Powell | Amos | 2:16-cv-9836 |
| 377 | Quarles | Maggie | 2:16-cv-9839 |
| 378 | Rayburn | Gregory | 2:16-cv-9841 |
| 379 | Ross | Gracie | 2:16-cv-9843 |
| 380 | Rutherford | Henry | 2:16-cv-9854 |
| 381 | Sanchez | Mary | 2:16-cv-9862 |
| 382 | Saucedo | Berta | 2:16-cv-9867 |
| 383 | Schorn | Elroy | 2:16-cv-9872 |
| 384 | Shunk | Roger | 2:16-cv-9876 |
| 385 | Simpkins | Charles | 2:16-cv-9878 |
| 386 | Smith | John | 2:16-cv-9885 |
| 387 | Stewart | Johnny | 2:16-cv-9889 |
| 388 | Stokes | Robert | 2:16-cv-9890 |
| 389 | Sweeney | John | 2:16-cv-9896 |
| 390 | Tabor | Marlene | 2:16-cv-9969 |
| 391 | Thayer | Lois | 2:16-cv-9971 |
| 392 | Theilig | John | 2:16-cv-9978 |
| 393 | Thompson | Duane | 2:16-cv-9981 |
| 394 | Thompson | Rex | 2:16-cv-9983 |
| 395 | VanValkenburg | Alan | 2:16-cv-9986 |
| 396 | Ware | Derrick | 2:16-cv-9988 |
| 397 | Warshauer | Louise | 2:16-cv-9990 |
| 398 | Welch | Roslynn | 2:16-cv-9996 |
| 399 | Williams | Bobby | 2:16-cv-10000 |
| 400 | Wilson | Charles | 2:16-cv-10002 |
| 401 | Balukonis | Richard | 2:16-cv-06538 |
| 402 | Barnes | Joyce | 2:16-cv-10863 |
| 403 | Barragan | Cecilia | 2:16-cv-10865 |
| 404 | Bell | Charles | 2:16-cv-10866 |
| 405 | Berry | Harold | 2:16-cv-10870 |
| 406 | Betha | Annie | 2:16-cv-10872 |
| 407 | Blaine | John | 2:16-cv-10873 |
| 408 | Bolton | Cheryl | 2:16-cv-10875 |

| | Last Name | First Name | |
|---|---|---|---|
| 409 | Bowling | Georgia | 2:16-cv-10879 |
| 410 | Brown | Irene | 2:16-cv-10880 |
| 411 | Carnes | Charles | 2:16-cv-10882 |
| 412 | Ciaramella | Amedeo | 2:16-cv-10885 |
| 413 | Clayton | Adrenn | 2:16-cv-10887 |
| 414 | Covington | Nicole | 2:16-cv-10888 |
| 415 | Curtis | Michael | 2:16-cv-10890 |
| 416 | Dean | David | 2:16-cv-10891 |
| 417 | Dearmon | William | 2:16-cv-10894 |
| 418 | Duby | Suzanne | 2:16-cv-10896 |
| 419 | Edwards | Donald | 2:16-cv-10898 |
| 420 | Forbach | Kay | 2:16-cv-10900 |
| 421 | Francis | Michael | 2:16-cv-10902 |
| 422 | Garcia | Pedro | 2:16-cv-10907 |
| 423 | Goburger | John | 2:16-cv-10908 |
| 424 | Griffin | Richard | 2:16-cv-10910 |
| 425 | Hammond | James | 2:16-cv-10923 |
| 426 | Hampton | Lester | 2:16-cv-10928 |
| 427 | Harris | Sharon | 2:16-cv-10931 |
| 428 | Harrison | Thelma | 2:16-cv-10935 |
| 429 | Hartjes | Linda | 2:16-cv-10937 |
| 430 | Heath | James | 2:16-cv-10940 |
| 431 | Heitger | Howard | 2:16-cv-10941 |
| 432 | Henry | Nancy | 2:16-cv-10943 |
| 433 | Hicks | Dorothy | 2:16-cv-10946 |
| 434 | Hodges | Donna | 2:16-cv-10947 |
| 435 | Hogg | Felicia | 2:16-cv-10953 |
| 436 | Houser | Michael | 2:16-cv-10955 |
| 437 | Jackson | Artelia | 2:16-cv-10957 |
| 438 | Jordan | Hulda | 2:16-cv-10959 |
| 439 | Kelly | Jewel | 2:16-cv-10967 |
| 440 | Kendall | Priscilla | 2:16-cv-10981 |
| 441 | Knaflich | Janet | 2:16-cv-10983 |
| 442 | LaPlante | Antionette | 2:16-cv-10986 |
| 443 | Lavette | Darrell | 2:16-cv-10990 |
| 444 | Lewis Sr. | Darron | 2:16-cv-10991 |
| 445 | Linder | James | 2:16-cv-10994 |
| 446 | Mansfield | Pamela | 2:16-cv-10997 |
| 447 | Martinez | Barbara | 2:16-cv-10999 |
| 448 | McEntire | Pearlie | 2:16-cv-11003 |
| 449 | Medrano | Susan | 2:16-cv-11005 |
| 450 | Michelson | Nancy | 2:16-cv-11006 |
| 451 | Moran | Laquita | 2:16-cv-11008 |
| 452 | Munson | William | 2:16-cv-11025 |
| 453 | Nieding | Donna | 2:16-cv-11027 |
| 454 | Paden | Florencia | 2:16-cv-11028 |

| Last Name | First Name | |
|---|---|---|
| 455 Park | Thomas | 2:16-cv-11029 |
| 456 Parker | Hubert | 2:16-cv-11030 |
| 457 Sage | Marie | 2:16-cv-11031 |
| 458 Seaton | Robert | 2:16-cv-11033 |
| 459 Sheridan | Doloreen | 2:16-cv-11037 |
| 460 Songer | Betty | 2:16-cv-11041 |
| 461 Stafford | Leslie | 2:16-cv-11044 |
| 462 Taylor | Douglas | 2:16-cv-11047 |
| 463 Tidwell | Betty | 2:16-cv-11050 |
| 464 Turman | Gladys | 2:16-cv-11052 |
| 465 Vanburen | Stanley | 2:16-cv-11053 |
| 466 VanDenBerg | Paul | 2:16-cv-11054 |
| 467 Warne | Ralph | 2:16-cv-11056 |
| 468 Wharton | Mary | 2:16-cv-11058 |
| 469 Wilson | Vernon | 2:16-cv-11060 |
| 470 Wollenberg | Kimberly | 2:16-cv-11075 |
| 471 Worken | Cathy | 2:16-cv-11078 |
| 472 Young | James | 2:16-cv-11081 |
| 473 Albergo | Anthony | 2:16-cv-06544 |
| 474 Anderson | James | 2:16-cv-11114 |
| 475 Anthony | Betty | 2:16-cv-11115 |
| 476 Kokernak | Constance | 2:16-cv-11120 |
| 477 Baldwin | James | 2:16-cv-11121 |
| 478 Beckmann | Else | 2:16-cv-11123 |
| 479 Bell | Mildred | 2:16-cv-11125 |
| 480 Boone | Norma | 2:16-cv-11127 |
| 481 Bowling | Bernard | 2:16-cv-11136 |
| 482 Brinnich | Jerry | 2:16-cv-11142 |
| 483 Budd | James | 2:16-cv-11144 |
| 484 Buffington | Debbie | 2:16-cv-11146 |
| 485 Bullock | Tracy | 2:16-cv-11150 |
| 486 Carter | Florence | 2:16-cv-11152 |
| 487 Cohen | Lewis | 2:16-cv-11155 |
| 488 Cook | Pansy | 2:16-cv-11160 |
| 489 Corria | Elizabeth | 2:16-cv-11162 |
| 490 Crockron | Antjuan | 2:16-cv-11167 |
| 491 Davis | Kikki | 2:16-cv-11169 |
| 492 Dean | Catherine | 2:16-cv-11170 |
| 493 Dinkins | Henry | 2:16-cv-11173 |
| 494 Ellison | Jennifer | 2:16-cv-11174 |
| 495 Fisher | Ronnie | 2:16-cv-11176 |
| 496 Fowlkes | William | 2:16-cv-11178 |
| 497 Gates | Jeffrey | 2:16-cv-11180 |
| 498 Glenn | Mattie | 2:16-cv-11182 |
| 499 Gonzalez | Sixto | 2:16-cv-11184 |
| 500 Griffin | John | 2:16-cv-11241 |

| | Last Name | First Name | |
|---|---|---|---|
| 501 | Harun | Mohammed | 2:16-cv-11244 |
| 502 | Hayes | Leonard | 2:16-cv-11246 |
| 503 | Hines | John | 2:16-cv-11249 |
| 504 | Hobbs | Anna | 2:16-cv-11251 |
| 505 | Hudson | Nicole | 2:16-cv-11255 |
| 506 | Hunt | Jewel | 2:16-cv-11257 |
| 507 | Johnson | Dorothy | 2:16-cv-11262 |
| 508 | Joyner | Bryant | 2:16-cv-11266 |
| 509 | Kenmure | Ralph | 2:16-cv-11267 |
| 510 | King | Willie | 2:16-cv-11268 |
| 511 | Kramer | Raymond | 2:16-cv-11324 |
| 512 | Lankford | David | 2:16-cv-11329 |
| 513 | Leblanc | Percy | 2:16-cv-11331 |
| 514 | Lindhorst | Larry | 2:16-cv-11334 |
| 515 | Lowe | June | 2:16-cv-11337 |
| 516 | Mathews | Pedridra | 2:16-cv-11341 |
| 517 | Mattox | Martin | 2:16-cv-11344 |
| 518 | McBrayer | Doris | 2:16-cv-11348 |
| 519 | McCaffrey | Florence | 2:16-cv-11352 |
| 520 | McCleary | Sharonda | 2:16-cv-11354 |
| 521 | McDaniel | Sherry | 2:16-cv-11356 |
| 522 | McKnight | Kathryn | 2:16-cv-11358 |
| 523 | McMichael | John | 2:16-cv-11359 |
| 524 | McRobbie | Isla | 2:16-cv-11361 |
| 525 | Mitchell | Freddie | 2:16-cv-11364 |
| 526 | Moore | Martha | 2:16-cv-11365 |
| 527 | Owens | Wendy | 2:16-cv-11366 |
| 528 | Payne | Leonard | 2:16-cv-11369 |
| 529 | Peterson | Norma | 2:16-cv-11370 |
| 530 | Pope | Donald | 2:16-cv-11373 |
| 531 | Price | George | 2:16-cv-11376 |
| 532 | Sang | Victor | 2:16-cv-11378 |
| 533 | Sherod | Annie | 2:16-cv-11434 |
| 534 | Snider | Helen | 2:16-cv-11441 |
| 535 | Stengler | Howard | 2:16-cv-11468 |
| 536 | Stuckey | Byron | 2:16-cv-11472 |
| 537 | Sullivan | Barbara | 2:16-cv-11475 |
| 538 | Suz | Marlin | 2:16-cv-11477 |
| 539 | Tyler | Victoria | 2:16-cv-11479 |
| 540 | Voorhees | Nancy | 2:16-cv-11482 |
| 541 | Walker | Betty | 2:16-cv-11484 |
| 542 | Washington | George | 2:16-cv-11487 |
| 543 | Wiemers | Billy | 2:16-cv-11488 |
| 544 | Wilkerson | Patricia | 2:16-cv-11492 |
| 545 | Williams | Veronica | 2:16-cv-11494 |
| 546 | Winters | Sammie | 2:16-cv-11496 |

| | Last Name | First Name | |
|---|---|---|---|
| 547 | Zelenskas | William | 2:16-cv-11497 |
| 548 | Zupancic | Margaret | 2:16-cv-11500 |
| 549 | Barnett | Marshall | 2:16-cv-06555 |
| 550 | Barrett | Rachelle | 2:16-cv-11587 |
| 551 | Bateman | Etta | 2:16-cv-11593 |
| 552 | Berry | Minnie | 2:16-cv-11597 |
| 553 | Bitetto | Gary | 2:16-cv-11602 |
| 554 | Braun | Theodore | 2:16-cv-11605 |
| 555 | Braxton | Curley | 2:16-cv-11608 |
| 556 | Bryant | Robert | 2:16-cv-11690 |
| 557 | Burdick | Wayne | 2:16-cv-11691 |
| 558 | Cohen | Henry | 2:16-cv-11704 |
| 559 | Colbert | Geraldine | 2:16-cv-11752 |
| 560 | Colcord | Elva | 2:16-cv-11753 |
| 561 | Compton | Susan | 2:16-cv-11754 |
| 562 | Dougherty | Janet | 2:16-cv-11755 |
| 563 | Dunworth | Leonard | 2:16-cv-11757 |
| 564 | Fazekas | Ocie | 2:16-cv-11758 |
| 565 | Firnett | John | 2:16-cv-11759 |
| 566 | Fitzgerral | Mary | 2:16-cv-11760 |
| 567 | Gayton | Sarah | 2:16-cv-11761 |
| 568 | Gibson | Cherry | 2:16-cv-11767 |
| 569 | Griffin | Charles | 2:16-cv-11771 |
| 570 | Guilliams | Charles "Chuck" | 2:16-cv-11772 |
| 571 | Hawkins | Mary Ann | 2:16-cv-11778 |
| 572 | Hedtcke | Ronald | 2:16-cv-11779 |
| 573 | Herrington | David | 2:16-cv-11780 |
| 574 | Hill | Dorothy | 2:16-cv-11782 |
| 575 | Jackson | William | 2:16-cv-11783 |
| 576 | Jamaleddine | Mounir | 2:16-cv-11784 |
| 577 | Johnson | Jaida | 2:16-cv-11785 |
| 578 | Johnson-Richardson | Sharlener | 2:16-cv-11787 |
| 579 | Jones | Robert | 2:16-cv-11789 |
| 580 | Kelly | Caleda | 2:16-cv-11790 |
| 581 | Kimble | Glenn | 2:16-cv-11794 |
| 582 | Lamar | Dorothy | 2:16-cv-11798 |
| 583 | Laurenzi | Ernest | 2:16-cv-11799 |
| 584 | Lee | Angelise | 2:16-cv-11801 |
| 585 | Logan | Sandra | 2:16-cv-11803 |
| 586 | Long | Darlene | 2:16-cv-11804 |
| 587 | Lovekamp | Stanley | 2:16-cv-11805 |
| 588 | Marshall | Georgia | 2:16-cv-11807 |
| 589 | Matthews | Jacqueline | 2:16-cv-11809 |
| 590 | May | Ernell | 2:16-cv-11810 |
| 591 | McAbee | Eric | 2:16-cv-11812 |
| 592 | McGrew | Helen | 2:16-cv-11813 |

| | Last Name | First Name | |
|---|---|---|---|
| 593 | McLaury | Vincent | 2:16-cv-11814 |
| 594 | Mills | Jerold | 2:16-cv-11817 |
| 595 | Minix | Geraldine | 2:16-cv-11818 |
| 596 | Minor | Gladys | 2:16-cv-11822 |
| 597 | Moore | Melissa | 2:16-cv-11824 |
| 598 | Moyed | David | 2:16-cv-11827 |
| 599 | Muhammad | Rodney | 2:16-cv-11829 |
| 600 | Noblick | James | 2:16-cv-11830 |
| 601 | Parker | Linda | 2:16-cv-11831 |
| 602 | Payne | Marshall | 2:16-cv-11832 |
| 603 | Peterson | Laura O. | 2:16-cv-11836 |
| 604 | Reid | Joe | 2:16-cv-11837 |
| 605 | Rhine | David | 2:16-cv-11840 |
| 606 | Rivera | Charles | 2:16-cv-11841 |
| 607 | Salazar | Marcelino | 2:16-cv-11843 |
| 608 | Saucke | Wesley | 2:16-cv-11844 |
| 609 | Schaffrath | Nancy | 2:16-cv-11845 |
| 610 | Sims | Joe | 2:16-cv-11846 |
| 611 | Singei | David | 2:16-cv-11847 |
| 612 | Sloan | Wayne | 2:16-cv-11851 |
| 613 | Solomon | Geraldine | 2:16-cv-11852 |
| 614 | Stapp | Jessie | 2:16-cv-11853 |
| 615 | Surrell | Helen | 2:16-cv-11896 |
| 616 | Taylor | Robert | 2:16-cv-11897 |
| 617 | Thomas | Jimmie | 2:16-cv-11899 |
| 618 | Turner | Sandra | 2:16-cv-11901 |
| 619 | Ward | Linda | 2:16-cv-11902 |
| 620 | Washington | Cashanna | 2:16-cv-11903 |
| 621 | White | Triesa | 2:16-cv-11907 |
| 622 | Whitehead | James | 2:16-cv-11910 |
| 623 | Whitehead | Eva | 2:16-cv-11909 |
| 624 | Wilson | Carrie | 2:16-cv-11911 |
| 625 | Zeller | Vernon | 2:16-cv-11912 |
| 626 | Agyapong | Kwaku | 2:16-cv-06576 |
| 627 | Allen | Pauline | 2:16-cv-11915 |
| 628 | Antley | Douglas | 2:16-cv-11917 |
| 629 | Austin | Raymond | 2:16-cv-11926 |
| 630 | Baird | Velma | 2:16-cv-11928 |
| 631 | Baker | Lloyd | 2:16-cv-11930 |
| 632 | Baker | David | 2:16-cv-11932 |
| 633 | Balcerzak | Stephen | 2:16-cv-11933 |
| 634 | Bodell | Helen | 2:16-cv-11934 |
| 635 | Brannon | Billy | 2:16-cv-11935 |
| 636 | Bray | Margaret | 2:16-cv-11936 |
| 637 | Brown | William | 2:16-cv-11937 |
| 638 | Bus | Shirley | 2:16-cv-11938 |

| Last Name | First Name | |
|---|---|---|
| 639 | Carmichael | Jean | 2:16-cv-11940 |
| 640 | Channell | Billy | 2:16-cv-11941 |
| 641 | Clock | Thomas | 2:16-cv-11942 |
| 642 | Coleman | Olen | 2:16-cv-11943 |
| 643 | Cook | Moody | 2:16-cv-11944 |
| 644 | Craddock | Linda | 2:16-cv-11945 |
| 645 | Crawford | Jerry | 2:16-cv-11946 |
| 646 | Eaton | George | 2:16-cv-11948 |
| 647 | Farmer | Maria | 2:16-cv-11949 |
| 648 | Gaggin | Patrick | 2:16-cv-11950 |
| 649 | Galloway | Margaret | 2:16-cv-11952 |
| 650 | Gomez | Herbert | 2:16-cv-11953 |
| 651 | Hammond Magee | Ernestine | 2:16-cv-11954 |
| 652 | Harlow | Linda | 2:16-cv-11955 |
| 653 | Heelan | John  Jack | 2:16-cv-11956 |
| 654 | Hinson | John | 2:16-cv-11959 |
| 655 | Hovorka | Cleadues | 2:16-cv-11960 |
| 656 | Howard | Barbara | 2:16-cv-11963 |
| 657 | Huddleston | Harold | 2:16-cv-11964 |
| 658 | Jarosz | Michael W. | 2:16-cv-11966 |
| 659 | King | James | 2:16-cv-11967 |
| 660 | Kluber | Greg | 2:16-cv-11969 |
| 661 | Korzeniowski | Carol | 2:16-cv-11970 |
| 662 | Lambert | Richard | 2:16-cv-11972 |
| 663 | Lane | Frank | 2:16-cv-11973 |
| 664 | Lavoie | Mary Ann | 2:16-cv-11974 |
| 665 | Lowder | Gloria | 2:16-cv-11976 |
| 666 | Malachino | Angela | 2:16-cv-11978 |
| 667 | Malone | Henry | 2:16-cv-11979 |
| 668 | Maxfield | Kim | 2:16-cv-11980 |
| 669 | McDonald | Christina | 2:16-cv-11981 |
| 670 | Meadows | Carol | 2:16-cv-11982 |
| 671 | Mitchell | Virginia | 2:16-cv-11983 |
| 672 | Morse | Colleen | 2:16-cv-11984 |
| 673 | Parks | Lucian | 2:16-cv-11988 |
| 674 | Pena | Elida | 2:16-cv-11990 |
| 675 | Quick | Heidi | 2:16-cv-11992 |
| 676 | Ranalli | Mary | 2:16-cv-11995 |
| 677 | Reed-Reason | Tandra | 2:16-cv-11997 |
| 678 | Richard | Charlie | 2:16-cv-11998 |
| 679 | Riiska | Barbara | 2:16-cv-11999 |
| 680 | Rogers | Timothy | 2:16-cv-12001 |
| 681 | Russell | Sheon | 2:16-cv-12003 |
| 682 | Schwartz | Jean | 2:16-cv-12004 |
| 683 | Scott | Wesley | 2:16-cv-12005 |
| 684 | Shines | Patricia | 2:16-cv-12006 |

| | Last Name | First Name | |
|---|---|---|---|
| 685 | Smith | Marcella | 2:16-cv-12007 |
| 686 | Smith | Margaret | 2:16-cv-12008 |
| 687 | Soto | Mary | 2:16-cv-12009 |
| 688 | Soucek | James | 2:16-cv-12010 |
| 689 | Wallace | Doris | 2:16-cv-12011 |
| 690 | Weaver | Marilyn | 2:16-cv-12013 |
| 691 | Well | Annie | 2:16-cv-12014 |
| 692 | Wilhelm | John | 2:16-cv-12017 |
| 693 | Williams | Frederick | 2:16-cv-12019 |
| 694 | Williams | Angela | 2:16-cv-12016 |
| 695 | Woodson | William | 2:16-cv-12022 |
| 696 | Words | Derwin | 2:16-cv-12023 |
| 697 | Wright | Belinda | 2:16-cv-12024 |
| 698 | Yancey | Frederick | 2:16-cv-12025 |
| 699 | Yates | Wilber | 2:16-cv-12027 |
| 700 | Zerbian | Donna | 2:16-cv-12028 |
| 701 | Atkins | Anthony | 2:16-cv-06605 |
| 702 | Allen | Christuma | 2:16-cv-12068 |
| 703 | Bailey | Ora | 2:16-cv-12076 |
| 704 | Baker | Robert | 2:16-cv-12079 |
| 705 | Barge | Mary | 2:16-cv-12085 |
| 706 | Berner | Charles | 2:16-cv-12086 |
| 707 | Billie | Frank | 2:16-cv-12087 |
| 708 | Blinne | Jean | 2:16-cv-12089 |
| 709 | Bright | Nathan | 2:16-cv-12090 |
| 710 | Brock | Steven | 2:16-cv-12091 |
| 711 | Buzard | James | 2:16-cv-12093 |
| 712 | Caldwell | Robert | 2:16-cv-12094 |
| 713 | Casey | Betsey | 2:16-cv-12095 |
| 714 | Cook | William | 2:16-cv-12096 |
| 715 | Cuthbertson | Muriel | 2:16-cv-12097 |
| 716 | Cutshall | Perry | 2:16-cv-12099 |
| 717 | Files | William | 2:16-cv-12100 |
| 718 | Fisher | Joseph | 2:16-cv-12101 |
| 719 | Flagg | Gloria | 2:16-cv-12103 |
| 720 | Forage | Adolf | 2:16-cv-12104 |
| 721 | Freeman | Gwendolyn | 2:16-cv-12105 |
| 722 | Gamble Shannon | Janet | 2:16-cv-12106 |
| 723 | Garcia | Elba | 2:16-cv-12107 |
| 724 | Gattison | Patrick | 2:16-cv-12108 |
| 725 | Gentile | Angela | 2:16-cv-12110 |
| 726 | Gibbons | Ronald | 2:16-cv-12111 |
| 727 | Gilbert | Barbara | 2:16-cv-12113 |
| 728 | Gonzalez | Ruben | 2:16-cv-12114 |
| 729 | Gray | Frederick | 2:16-cv-12115 |
| 730 | Green | Reginald | 2:16-cv-12136 |

| Last Name | First Name | |
|---|---|---|
| 731 | Gwynn | Annette | 2:16-cv-12140 |
| 732 | Hanners | Jimmy | 2:16-cv-12143 |
| 733 | Harrington | Warren | 2:16-cv-12144 |
| 734 | Hayes | John | 2:16-cv-12154 |
| 735 | Herrington | June | 2:16-cv-12155 |
| 736 | Irizarry | Aurelio | 2:16-cv-12157 |
| 737 | James | William | 2:16-cv-12158 |
| 738 | Janvrin | Richard | 2:16-cv-12159 |
| 739 | Kegel | Barbara | 2:16-cv-12160 |
| 740 | Khavasova | Istat | 2:16-cv-12161 |
| 741 | Leak | Corrine | 2:16-cv-12162 |
| 742 | Ledford | Ruby | 2:16-cv-12163 |
| 743 | Locklear | James | 2:16-cv-12164 |
| 744 | Lopez | Joseph | 2:16-cv-12165 |
| 745 | Manfre | Irene | 2:16-cv-12166 |
| 746 | McCants | Lucretia | 2:16-cv-12168 |
| 747 | Miller | Rocky | 2:16-cv-12169 |
| 748 | Munn | Wendy | 2:16-cv-12170 |
| 749 | Murray | Lawrence | 2:16-cv-12171 |
| 750 | Myers | Ivan | 2:16-cv-12172 |
| 751 | Natt | Willena E. | 2:16-cv-12173 |
| 752 | Paque | Carol | 2:16-cv-12175 |
| 753 | Parsons | Lezette | 2:16-cv-12176 |
| 754 | Pavelka | Gina | 2:16-cv-12180 |
| 755 | Payne | Harold | 2:16-cv-12181 |
| 756 | Ramthun | Jason | 2:16-cv-12183 |
| 757 | Rich | Mindy | 2:16-cv-12184 |
| 758 | Richardson | Contota | 2:16-cv-12185 |
| 759 | Rivers | Albertha | 2:16-cv-12187 |
| 760 | Rodriguez | Pedro | 2:16-cv-12189 |
| 761 | Rush | Tonja | 2:16-cv-12190 |
| 762 | Salvey | David | 2:16-cv-12191 |
| 763 | Sanders | Effie | 2:16-cv-12192 |
| 764 | Scego | Daniel | 2:16-cv-12193 |
| 765 | Schiffman | Patricia | 2:16-cv-12198 |
| 766 | Shaffer | Jesse | 2:16-cv-12200 |
| 767 | Smith | Shirley | 2:16-cv-12212 |
| 768 | Smith | George | 2:16-cv-12204 |
| 769 | Smith | Don | 2:16-cv-12202 |
| 770 | Snoddy | Leonard | 2:16-cv-12214 |
| 771 | Spink | Charlie | 2:16-cv-12215 |
| 772 | Stokes | Joey | 2:16-cv-12217 |
| 773 | Sutphin | Anthony | 2:16-cv-12218 |
| 774 | Taylor | William | 2:16-cv-12219 |
| 775 | Thebeau | Raymond | 2:16-cv-12221 |
| 776 | Tirro | Madeline | 2:16-cv-12223 |

| Last Name | First Name | |
|-----------|------------|---|
| 777 | Toler | Betty | 2:16-cv-12226 |
| 778 | Tyler | Walter | 2:16-cv-12228 |
| 779 | Vertz | David | 2:16-cv-12229 |
| 780 | Waite | Carol | 2:16-cv-12231 |
| 781 | Walston | Yvonne | 2:16-cv-12232 |
| 782 | Ware | Pearlie | 2:16-cv-12233 |
| 783 | Weathers | Margaret | 2:16-cv-12235 |
| 784 | Williams | Armer | 2:16-cv-12239 |
| 785 | Wright | Willie | 2:16-cv-12241 |
| 786 | Arnold | Mark | 2:16-cv-06613 |
| 787 | Bailey | Donald | 2:16-cv-12248 |
| 788 | Bernard | Lorell | 2:16-cv-12250 |
| 789 | Broadwell | Linda | 2:16-cv-12251 |
| 790 | Burnes | Jeanne | 2:16-cv-12252 |
| 791 | Clark | Gregory | 2:16-cv-12254 |
| 792 | Correa | Pedro | 2:16-cv-12256 |
| 793 | Evans | Donna | 2:16-cv-12257 |
| 794 | Marvel | Georgia | 2:16-cv-12258 |
| 795 | Gianvecchio | Guiseppe | 2:16-cv-12260 |
| 796 | Gilchrist | Helen | 2:16-cv-12261 |
| 797 | Gunn | Don | 2:16-cv-12263 |
| 798 | Hartnett | Patrick | 2:16-cv-12264 |
| 799 | Jackson | Robert | 2:16-cv-12265 |
| 800 | Leamons | Richard | 2:16-cv-12269 |
| 801 | Lewis | Josephine | 2:16-cv-12272 |
| 802 | McCarty | Ray | 2:16-cv-12273 |
| 803 | Merritt | Patricia | 2:16-cv-12276 |
| 804 | Mobley | Anthony | 2:16-cv-12278 |
| 805 | Myers | Peter | 2:16-cv-12280 |
| 806 | Owens | Sherrone | 2:16-cv-12283 |
| 807 | Passe | Derrick | 2:16-cv-12284 |
| 808 | Proffer | Joel | 2:16-cv-12285 |
| 809 | Rodriguez | Raul | 2:16-cv-12286 |
| 810 | Ruiz | Peter | 2:16-cv-12289 |
| 811 | Schecter | Charles | 2:16-cv-12290 |
| 812 | Seehra | Gurbachan | 2:16-cv-12291 |
| 813 | Sisko Jr. | George | 2:16-cv-12293 |
| 814 | Splichal | Wencel | 2:16-cv-12294 |
| 815 | Staskivige | Donald | 2:16-cv-12295 |
| 816 | Szedon | John | 2:16-cv-12296 |
| 817 | Thornburg | Phillip | 2:16-cv-12298 |
| 818 | Waters | Roseanne | 2:16-cv-12299 |
| 819 | White | Jayne | 2:16-cv-12300 |