**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

See Schedule of Cases attached to Ex Parte Motion to Withdraw.

**ORDER**

Considering the foregoing Ex Parte Motion for Leave to Withdraw as Counsel of Record with respect to the Plaintiffs listed in the Schedule of Cases attached to the Motion,

**IT IS HEREBY ORDERED** that Andrew D. Kinghorn is withdrawn as attorney of record for said Plaintiffs. The Plaintiffs will continue to be represented by John J. Driscoll and The Driscoll Firm, P.C.

DONE AND SIGNED this _____ day of _____, 2016.

_____
JUDGE E. FALLON