# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____ ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> LUZ RAMIREZ ) <br> Civil Action No.  2:16-CV-16-06578 ) | MDL No. 2592 <br><br> SECTION: L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH <br><br> Civil Action No. 2:16-CV-16-06578 |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Through counsel, Plaintiff hereby moves to dismiss all parties and claims without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) and PTO No. 24A.

Plaintiff respectfully requests that the Court dismiss this action without prejudice for the reasons contained in the Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice, which is provided herewith as Exhibit A.

As required by PTO 24A, undersigned counsel certifies as follows:

1. Plaintiff's counsel contacted Defendants' Lead Counsel October 21, 2016, regarding the present Motion.  Counsel for Defendants indicated in writing on October 24, 2016 that  Defendants oppose the present Motion.

2. Plaintiff's counsel has complied with the filing fee payment provisions of PTO No. 11B and all applicable filing fees have been paid.

WHEREFORE, Plaintiff respectfully requests that this Court enter the Proposed Order submitted herewith granting the Plaintiff's Motion for Voluntary Dismissal Without Prejudice, with each party paying its own costs.

Signed: November 7, 2016

                                Respectfully submitted,

                                /s/ Michele L. Reed
                                **C. RICHARD NEWSOME, ESQUIRE**
                                Florida Bar No.: 827258
                                **MICHELE L. REED, ESQUIRE**
                                Florida Bar No.:  124481
                                Newsome Melton PA
                                201 South Orange Avenue, Suite 1500
                                Orlando, Florida  32801
                                Telephone:  (407) 648-5977
                                Facsimile: (407) 648-5282
                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Plaintiff's Motion for Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17

                                  NEWSOME/MELTON LAW FIRM

                                  /s/ Michele L. Reed
                                  Michele L. Reed