UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

LUZ RAMIREZ

2:16-CV-16-06578

**MEMORANDUM IN SUPPORT OF
MOTION FOR VOLUNTARY DISMISSAL
WITHOUT PREJUDICE**

COMES NOW, Newsome/Melton Law Firm, ("Moving Counsel") pursuant to Pretrial Order #11C, Eastern District of Louisiana Local Rule 83.2.11 and the applicable Rules of Professional Conduct, and for their Memorandum in Support of Motion for Voluntary Dismissal without Prejudice for Plaintiff Luz Ramirez in the above-styled case, state as follows:

1. Plaintiff Ramirez retained the services of the Newsome/Melton Law Firm to represent her in the Xarelto Multidistrict Litigation for her claim.

2. On or about May 19, 2016, Moving Counsel filed the instant cause of action under Case Number 2:16-CV-16-06578.

3. Since the filing of the instant case, Moving Counsel has attempted to contact Plaintiff Ramirez on numerous occasions in order to discuss Plaintiff Ramirez's case and get information essential to litigating the case. Specifically, Moving Counsel called Plaintiff Ramirez on several dates and

sent letters on May 16, 2016 and May 20, 2016 advising of the need to complete the Plaintiff Fact Sheet in this case.  Subsequently, we called the plaintiff on June 8, 2016, but were unable to reach the client at either of the numbers she provided us.  A certified letter of termination was sent as well, but the certified letter was returned undeliverable.  Subsequently, an email was sent in which the client failed to respond.

4. Despite Moving Counsel's extensive efforts to communicate with Plaintiff Ramirez about this case, Plaintiff Ramirez has continuously failed and refused to respond to Moving Counsel or provide the requested information.

5. For the foregoing reasons, Plaintiff Ramirez has failed substantially to fulfill an obligation to her attorney.

6. Pursuant to these irreconcilable differences which have arisen, Moving Counsel's continued representation of Plaintiff is impossible, and Moving Counsel moves to Voluntary Dismiss this claim without prejudice for Plaintiff Ramirez in the above-referenced matter.

7. Granting this motion would not delay trial of this matter or otherwise prejudice Defendants.

8. Pursuant to Local Rule 83.2.11, Moving Counsel has served Plaintiff Ramirez with a copy of this motion and notification of all deadlines and pending court appearances via certified mail at her last known address, which is 3743 Eagle Isle Circle, Kissimmee, FL 34746. Plaintiff Ramirez's last known telephone number is (407)300-4169.

9. Plaintiff Ramirez has not communicated to Moving Counsel any objection to the requested dismissal and, in fact, has almost entirely failed and refused to communicate with Moving Counsel at all.

10. Plaintiff Ramirez has not communicated to Moving Counsel regarding whether she has been in touch with a new attorney and Moving Counsel does not know whether or when a new attorney might enter in this matter.

11. Pursuant to Pretrial Order #11C, Moving Counsel emailed defense counsel on October 21, 2016 to request their position with regard to the filing of this motion. Moving Counsel included their proposed pleadings in the email to defense counsel. Moving Counsel requested a response from defense counsel within fourteen (14) days.

12. Defense counsel responded within fourteen (14) days that they refused to stipulate to a Voluntary Dismissal without Prejudice.

13. Plaintiff Ramirez has submitted a Plaintiff Fact Sheet ("PFS"), pursuant to Pretrial Orders 13 and 27. The PFS has been entered into MDL Centrality. Plaintiff Ramirez has received a PFS Deficiency Notice and has been made well aware of the circumstances and deadlines surrounding same.

14. Moving Counsel and Plaintiff Ramirez are in compliance with Pretrial Order #11B as no filing fee is currently due. Moving Counsel verifies that there is currently no applicable filing fee to pay as this matter has not been dismissed voluntarily or involuntarily, no motion or notice to dismiss with or without prejudice has been filed, no Judgment has been entered in Plaintiff Ramirez's favor, no stipulation or order of dismissal has been entered and no settlement of Plaintiff's case has been reached.

15. In this matter, there will not be any material adverse effect on the Plaintiff's interests and good cause for voluntary dismissal exists as the Plaintiff has been repeatedly contacted by Moving Counsel regarding her case and any issues or deadlines therein, no case-specific discovery has yet been completed in this matter, no trial has been set, and Moving Counsel has notified Plaintiff of all deadlines and court appearances.

WHEREFORE, Newsome/Melton Law firm, by and through undersigned counsel, respectfully requests this Court to grant its Motion for Voluntary Dismissal without Prejudice and for any further Orders deemed just and proper under the circumstances.

Signed: November 7, 2016

Respectfully submitted,

/s/ Michele L. Reed
**C. RICHARD NEWSOME, ESQUIRE**
Florida Bar No.: 827258
**MICHELE L. REED, ESQUIRE**
Florida Bar No.: 124481
Newsome Melton PA
201 South Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2016, the forgoing document was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, and that all CM/ECF Registered Participants were served via the Court's electronic CM/ECF system.

I further certify, pursuant to Local Rule 83.2.11, that a copy of the motion for voluntary dismissal was served via certified mail to Plaintiff Ramirez at 3743 Eagle Isle Circle, Kissimmee, FL 34746 along with a notice of all deadlines and court appearances.

Newsome/Melton Law Firm

/s/Michele L. Reed