**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO** | ) | MDL No. 2592 |
| **(RIVAROXABAN) PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | SECTION: L |
| | ) | JUDGE ELDON E. FALLON |
| _____ | ) | MAG. JUDGE NORTH |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | Civil Action No. 2:16-CV-16-06578 |
| LUZ RAMIREZ | ) | |
| Civil Action No.  2:16-CV-16-06578 | ) | |

## <u>ORDER</u>

IT IS ORDERED that Plaintiff's Motion for Voluntary Dismissal Without Prejudice is hereby GRANTED with each party to pay its own costs.


ORDERED AND SIGNED this ____ day of _____, 2016.


_____
Honorable Eldon E. Fallon
United States District Court Judge