UNITED STATES DISTRICT COURT
EASTERN DIVISION OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

LUZ RAMIREZ
Civil Action No. 2:16-CV-16-06578

## NOTICE OF SUBMISSION

COMES NOW Moving Counsel, Newsome/Melton Law Firm, and files this Notice of Submission of their Motion for Voluntary Dismissal Without Prejudice before the Honorable Judge Eldon E. Fallon on November 29, 2016

Signed: November 8, 2016                           Respectfully submitted,

/s/ Michele L. Reed
**C. RICHARD NEWSOME, ESQUIRE**
Florida Bar No.: 827258
**MICHELE L. REED, ESQUIRE**
Florida Bar No.: 124481
Newsome Melton PA
201 South Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*

**ATTORNEYS FOR PLAINTIFF**