UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>JULIE GREENAMYER,<br><br>Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br><br>Defendants | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:16-cv-03606-EEF-MBN |

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY**

The Court, after considering Plaintiff's Motion to Substitute Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Daniel Greenamyer, as surviving son and executor of the estate of Julie Greenamyer, is substituted for Plaintiff Julie Greenamyer in the above numbered and captioned case.

New Orleans, Louisiana this 9th day of November, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge