UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*David Johnson v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-10053*

**NOTICE AND SUGGESTION OF DEATH**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff David Johnson.

DATED:        November 10, 2016.

                                                                Respectfully submitted,

                                                                THE GALLAGHER LAW FIRM, LLP

                                                                s/ Michael T. Gallagher
                                                                Michael T. Gallagher
                                                                (Texas Bar #07586000)
                                                                2905 Sackett Street
                                                                Houston, TX 77098
                                                                Telephone: (713) 222-8080
                                                                Facsimile:  (713) 222-0066
                                                                mike@gld-law.com

                                                                Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

s/Michael T. Gallagher