UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> AL TAYLOR ) <br> ) <br> 2:16-cv-8130 ) <br> ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure,* hereby informs the Honorable Court of the death of the Plaintiff, Al Taylor.


Dated: November 11, 2016          Respectfully submitted,

                                  By: */s/ Andrew W. Callahan*_____
                                  Andrew W. Callahan, IL Bar No. 6298280
                                  Jacob A. Flint, IL Bar No. 6299777
                                  Flint Law Firm, LLC
                                  112 Magnolia Dr.
                                  Glen Carbon, IL 62034
                                  Phone: 618-288-4777
                                  Fax: 618-288-2864
                                  acallahan@flintfirm.com
                                  jflint@flintfirm.com
                                  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2016, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*
Andrew W. Callahan, IL Bar No. 6298280
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone: 618-288-4777
Fax: 618-288-2864
acallahan@flintfirm.com
jflint@flintfirm.com
*Attorneys for Plaintiffs*