UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> REBECCA SUE PEZOLD ) <br> ) <br> 2:16-cv-2531 ) <br> ) | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure,* hereby informs the Honorable Court of the death of the Plaintiff, Rebecca Sue Pezold.

Dated: November 11, 2016                         Respectfully submitted,

                                                              By: */s/ Andrew W. Callahan*_____
                                                              Andrew W. Callahan, IL Bar No. 6298280
                                                              Jacob A. Flint, IL Bar No. 6299777
                                                              Flint Law Firm, LLC
                                                              112 Magnolia Dr.
                                                              Glen Carbon, IL 62034
                                                              Phone: 618-288-4777
                                                              Fax: 618-288-2864
                                                              acallahan@flintfirm.com
                                                              jflint@flintfirm.com
                                                              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2016, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*
Andrew W. Callahan, IL Bar No. 6298280
Jacob A. Flint, IL Bar No. 6299777
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone: 618-288-4777
Fax: 618-288-2864
acallahan@flintfirm.com
jflint@flintfirm.com
*Attorneys for Plaintiffs*