UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) } | MDL No. 2592 | |
| } | | |
| PRODUCTS LIABILITY LITIGATION } | SECTION L | |
| } | JUDGE FALLON | |
| } | MAG. JUDGE NORTH | |
| } | | |

This Document relates to:

*QUONCHITA L. JOHNSON, individually and on behalf of the estate of JOANN C. BURLEY*

*vs. Janssen Research & Development, LLC et al; Civil Action No. 2:16-cv-6638*

### RESPONSE TO MOTION TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO FILE A PLAINTIFF PROFILE FORM AND PROVE XARELTO USE

COMES NOW the plaintiff QUONCHITA L. JOHNSON, individually and on behalf of the estate of JOANN C. BURLEY, identified in the Defendant's Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 4432) and by and through undersigned counsel submits this, her response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff's counsel did not begin its representation of Plaintiff until March 17, 2016.

2. Counsel immediately ordered medical records to investigate Plaintiff's cause of action but did not obtain the material prior to the potential expiration to the three-year statute of limitations for product liability claims in the State of Maryland.

3. In anticipation of the expiration of the three-year statute of limitations, Plaintiff was forced to file this lawsuit on a good faith basis as to the facts without the aid of medical records.

4. Plaintiff filed this lawsuit on May 6, 2016.

5. The Plaintiff Fact Sheet deadline was August 4, 2016.

6. Plaintiff speculated that Ms. Burley's injuries took place at University of Maryland Medical Center in Baltimore, Maryland. After receipt and diligent review of this facility's records, counsel has been unable to confirm any injuries stemming from Xarelto use.

7. In or around August, counsel for Plaintiff contacted counsel for Defendant to discuss filing a joint motion for dismissal with prejudice.

8. Counsel for Plaintiff then contacted Plaintiff to get final authority to dismiss the case with prejudice due to lack of information sufficient to support a claim in this case. Plaintiff advised counsel for Plaintiff that medical records may exist in another location and that those records may support a claim.

9. In response to acquiring this new information from Plaintiff, counsel ordered additional records. Counsel is still waiting on the arrival of those records.

10. Further, Counsel filed—although untimely—a Motion for Extension of Time Under PTO 270 to Provide Medical Records to Satisfy Plaintiff Fact Sheet asking that this court extend the deadline to submit Plaintiff's Plaintiff fact sheet until January 31, 2017. This motion is currently pending.

11. Currently, counsel is still waiting on requested medical records.

12. Accordingly, undersigned counsel requests that this claim not be dismissed for failure to show Xarelto use or file a timely Plaintiff Profile Form before the pending Motion for Extension of Time is resolved.

Dated: November 10, 2016                Respectfully Submitted,

                                        Kirkendall Dwyer, LLP

                                        By: */s/ Andrew F. Kirkendall*
                                        Andrew F. Kirkendall
                                        Texas Bar No. 24050882
                                        Alexander G. Dwyer
                                        Texas Bar No. 24054271
                                        Kirkendall Dwyer LLP
                                        4343 Sigma Rd., STE 200
                                        Dallas, TX 75244
                                        Phone: 214-271-4027
                                        Fax: 214-253-0629
                                        ak@kirkendalldwyer.com
                                        ad@kirkendalldwyer.com

                                        ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 10th day of November 2016.

Dated: November 10, 2016                     Respectfully Submitted,

                                                                    Kirkendall Dwyer, LLP

                                                                    By: */s/ Andrew F. Kirkendall*
                                                                    Andrew F. Kirkendall
                                                                    Texas Bar No. 24050882
                                                                    Alexander G. Dwyer
                                                                    Texas Bar No. 24054271
                                                                    Kirkendall Dwyer LLP
                                                                    4343 Sigma Rd., STE 200
                                                                    Dallas, TX 75244
                                                                    Phone: 214-271-4027
                                                                    Fax: 214-253-0629
                                                                    ak@kirkendalldwyer.com
                                                                    ad@kirkendalldwyer.com

                                                                   ***Attorneys for Plaintiffs***