**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases listed on Exhibit A* | ) ) ) ) | Civil Action No. 2:14-cv-0592 |

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINTS

Plaintiffs, listed in Exhibit A, move to amend their Complaints pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiffs filed their Complaints on the dates listed in Attachment A.

Plaintiffs respectfully seek to amend their Complaints to add Johnson & Johnson as a party defendant and otherwise adopt the Plaintiffs' Steering Committee's Exemplar Complaint filed in this Court in PTO 11D. Plaintiffs named and served all defendants included in the exemplar complaint except Johnson & Johnson. Plaintiffs now seek to amend their Complaints to add Johnson & Johnson and serve the company pursuant to PTO 10.

Federal Rule of Civil Procedure 15(a)(2) provides, in pertinent part, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Counsel for Plaintiffs has conferred with counsel representing the Janssen and Bayer Defendants, who have indicated in writing that there is no objection to Plaintiffs amending their complaints.

WHEREFORE, Plaintiffs respectfully request that this Court enter the Proposed Order submitted herewith granting leave to file the Amended Complaints and Jury Demands and directing the Clerk of the Court to enter the attached First Amended Complaints into the record of these matters.

Dated:  November 14, 2016                    Respectfully submitted,

**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**

 /s/ *Seth A. Katz*
Seth A. Katz
40 Inverness Drive East
Englewood, CO 80112
Tel: (303) 792-5595
Fax: (303) 708-0527
skatz@burgsimpson.com
*Attorney for Plaintiffs*