**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases listed on Exhibit A* | ) ) ) ) | Civil Action No. 2:14-cv-0592 |

# ORDER

IT IS ORDERED that the Unopposed Motion for Leave to File Amended Complaint filed by Plaintiffs listed in Exhibit A of the aforementioned Motion is hereby GRANTED, and the Clerk of Court is directed to file the First Amended Complaints into the record of each matter.

ORDERED AND SIGNED this _____ day of _____, 2016.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE