# EXHIBIT A TO MOTION TO AMEND COMPLAINTS

|    | Plaintiff | Case Number | Date Complaint Filed |
|----|-----------|-------------|----------------------|
| 1  | Cynthia Roe | 2:15-cv-00852 | Filed in USDC - EDKY on 3/5/2015.  Transferred to MDL 2592 on 3/18/2015. |
| 2  | Thomas Pruitt | 2:15-cv-01704 | 5/20/2015 |
| 3  | William Wills | 2:15-cv-01704 | 5/20/2015 |
| 4  | Edna Brunk | 2:15-cv-01704 | 5/20/2015 |
| 5  | Jo Ann Hebert | 2:15-cv-03100 | 7/30/2015 |
| 6  | Grace Hill | 2:15-cv-03096 | 7/30/2015 |
| 7  | Lynn Kelly | 2:15-cv-03125 | 7/31/2015 |
| 8  | Guy Bethel | 2:15-cv-03966 | 8/31/2015 |
| 9  | Todd Parks | 2:15-cv-05085 | 10/12/2015 |
| 10 | Ronald Stephens | 2:15-cv-05285 | 10/20/2015 |
| 11 | Larry Garvin | 2:15-cv-05291 | 10/20/2015 |
| 12 | Frank Simpson | 2:15-cv-05305 | 10/21/2015 |
| 13 | Deborah Paiva, as Administrator of the Estate of Evelyn Triplett, Deceased | 2:15-cv-05815 | 11/11/2015 |
| 14 | Virginia Waitkus | 2:15-cv-06614 | 12/9/2015 |
| 15 | Bennie Jacks | 2:15-cv-07159 | 12/30/2015 |
| 16 | Vandahl Walker | 2:16-cv-00402 | 1/18/2016 |
| 17 | Sue Tolbird | 2:16-cv-00675 | 1/26/2016 |
| 18 | Edward Woltmann | 2:16-cv-01073 | 2/5/2016 |
| 19 | Reginald Cash | 2:16-cv-1187 | 2/10/2016 |
| 20 | Donna Bessire | 2:16-cv-01279 | 2/15/2016 |
| 21 | Willie Marusak | 2:16-cv-01281 | 2/15/2016 |
| 22 | Frederick Meyer | 2:16-cv-01280 | 2/15/2016 |