# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** | **JURY TRIAL DEMAND** |

Karen Degray

Civil Action No.: 16-13581

## MOTION FOR SUBSTITUTION OF THE PROPER PARTY

Plaintiff, Karen Degray, through undersigned counsel, moves for substitution of the proper party in this case pursuant to Federal Rule of Civil Procedure 25 (a). Plaintiff, Karen Degray died on October 7, 2016 in Florida. Christopher Gustafson is a surviving son of Plaintiff Karen Degray. Pursuant to Florida Rules of Civil Procedure 1.260(a)(1), any cause of action for the wrongful death or injuries not resulting in death can be brought by the successors or representatives of the decedent. Plaintiff therefore seeks an Order from the Court substituting Christopher Gustafson, as the Plaintiff.  According to Federal Rule of Civil Procedure 25 (a)(1), "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Counsel filed a Suggestion of Death for Karen Degray on November 14, 2016, a copy of which is attached hereto. For the foregoing reasons shown, Plaintiff respectfully

requests the Court grant Plaintiff's motion and substitute Christopher Gustafson, as surviving child of Karen Degray, for the current Plaintiff Karen Degray.

Dated: November 14, 2016 /s/ **James C. Ferrell**
James C. Ferrell
Texas Bar No.: 00785857
JAMES C. FERRELL, P.C.
4119 Montrose Blvd, Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2016, a copy of the above and foregoing *Motion for Substitution of the Proper Party* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

By: /s/ James C. Ferrell
James C. Ferrell
James C. Ferrell, P.C.
4119 Montrose Blvd., Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**        **JURY TRIAL DEMAND**

Karen Degray

Civil Action No.: 16-13581

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Karen Degray.

Dated: November 14, 2016

/s/ **James C. Ferrell**
James C. Ferrell
Texas Bar No.: 00785857
JAMES C. FERRELL, P.C.
4119 Montrose Blvd, Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 14th day of November, 2016, a copy of the above and foregoing *Notice of Death of Plaintiff* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      Respectfully submitted,

      By: /s/ James C. Ferrell
      James C. Ferrell
      James C. Ferrell, P.C.
      4119 Montrose Blvd., Suite 400
      Houston, Texas 77006
      (713) 337-3855
      (713) 337-3856 Facsimile
      jferrell@jamesferrell-law.com

      *Attorney for Plaintiff*

# EXHIBIT 1

# BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2016151510  **DATE ISSUED:** October 14, 2016

**DECEDENT INFORMATION**  **STATE FILE DATE:** October 12, 2016

NAME: KAREN FRANCES DEGRAY

DATE OF DEATH: October 7, 2016   SEX: FEMALE   AGE: 075 YEARS
DATE OF BIRTH: ████, 1941   SSN: 096-32-████
BIRTHPLACE: QUEENS, NEW YORK, UNITED STATES
PLACE WHERE DEATH OCCURRED:   HOSPICE
FACILITY NAME OR STREET ADDRESS: HOSPICE OF PALM BEACH COUNTY
LOCATION OF DEATH: WEST PALM BEACH, PALM BEACH COUNTY, 33401

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME   LAWRENCE PETER DEGRAY
RESIDENCE:  119 EXECUTIVE CENTER DRIVE APT NO. 511, WEST PALM BEACH, FLORIDA 33401, UNITED STATES
COUNTY: PALM BEACH
OCCUPATION, INDUSTRY: MEDICAL ASSISTANT, HEALTH CARE
RACE:  _X_ White   ___ Black or African American   ___ Asian Indian   ___ Chinese   ___ Filipino   ___ Native Hawaiian
___ American Indian or Alaskan Native–Tribe:   ___ Japanese   ___ Korean   ___ Vietnamese
___ Guamian or Chamorro   ___ Samoan   ___ Other Pacific Isl:
___ Other Asian:   ___ Other:   ___ Unknown
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED   EVER IN U.S. ARMED FORCES? NO

### PARENTS AND INFORMANT INFORMATION

FATHER/PARENT: HARRY NELSON
MOTHER/PARENT: MARY MARGARET GROVES
INFORMANT: CHRISTOPHER GUSTAFSON
RELATIONSHIP TO DECEDENT: SON
INFORMANT'S ADDRESS: 7950 NE BAYSHORE COURT, MIAMI, FLORIDA 33138, UNITED STATES

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION:   GOLD COAST CREMATORY
                        FORT LAUDERDALE, FLORIDA
METHOD OF DISPOSITION: CREMATION
FUNERAL DIRECTOR/LICENSE NUMBER:   KELLIE C. HOODIMAN, F044996
FUNERAL FACILITY:   NEPTUNE SOCIETY-POMPANO BEACH F064804
                    3404 N ANDREWS AVE, POMPANO BEACH, FLORIDA 33064

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN   MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 hr): 0600   DATE CERTIFIED: October 10, 2016
CERTIFIER'S NAME:   MIRTA RUT GALANTE
CERTIFIER'S LICENSE NUMBER:   ME76033
NAME OF ATTENDING PHYSICIAN (If other than Certifier): NOT ENTERED



, State Registrar   REQ: 2017479819

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (03-13)

CERTIFICATION OF VITAL RECORD 

*3 2 9 6 1 2 8 1*