# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:** | <u>**JURY TRIAL DEMAND**</u> |

Karen Degray

Civil Action No.: 16-13581

## <u>ORDER</u>

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff, Christopher Gustafson, Individually and on behalf of the Estate of Karen Degray is substituted for Plaintiff Karen Degray, in the above captioned cause.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge