# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**   <u>JURY TRIAL DEMAND</u>

Karen Degray

Civil Action No.: 16-13581

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25 (a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff, Karen Degray.

Dated: November 14, 2016

/s/ **James C. Ferrell**
James C. Ferrell
Texas Bar No.: 00785857
JAMES C. FERRELL, P.C.
4119 Montrose Blvd, Suite 400
Houston, Texas 77006
(713) 337-3855
(713) 337-3856 Facsimile
jferrell@jamesferrell-law.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on 14th day of November, 2016, a copy of the above and foregoing *Notice of Death of Plaintiff* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Easter District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    Respectfully submitted,

    By: /s/ James C. Ferrell
    James C. Ferrell
    James C. Ferrell, P.C.
    4119 Montrose Blvd., Suite 400
    Houston, Texas 77006
    (713) 337-3855
    (713) 337-3856 Facsimile
    jferrell@jamesferrell-law.com

    *Attorney for Plaintiff*

# EXHIBIT 1

# STATE OF FLORIDA
## BUREAU of VITAL STATISTICS

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.   HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2016151510  
**DATE ISSUED:** October 14, 2016  
**STATE FILE DATE:** October 12, 2016

### DECEDENT INFORMATION
**NAME:** KAREN   FRANCES   DEGRAY

**DATE OF DEATH:** October 7, 2016  **SEX:** FEMALE  **AGE:** 075 YEARS  
**DATE OF BIRTH:** ▇▇▇, 1941   **SSN:** 096-32-▇▇▇▇  
**BIRTHPLACE:** QUEENS, NEW YORK, UNITED STATES  
**PLACE WHERE DEATH OCCURRED:**   HOSPICE  
**FACILITY NAME OR STREET ADDRESS:** HOSPICE OF PALM BEACH COUNTY  
**LOCATION OF DEATH:** WEST PALM BEACH, PALM BEACH COUNTY, 33401

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
**MARITAL STATUS:** MARRIED  
**SURVIVING SPOUSE NAME**   LAWRENCE   PETER   DEGRAY  
**RESIDENCE:**   119 EXECUTIVE CENTER DRIVE APT NO. 511, WEST PALM BEACH, FLORIDA  33401, UNITED STATES  
**COUNTY:**  PALM BEACH  
**OCCUPATION, INDUSTRY:** MEDICAL ASSISTANT, HEALTH CARE  
**RACE:**   _X_ White   ___Black or African American   ___Asian Indian   ___Chinese   ___Filipino   ___Native Hawaiian  
___American Indian or Alaskan Native–Tribe:   ___Japanese   ___Korean   ___Vietnamese  
___Guamian or Chamorro   ___Samoan   ___Other Pacific Isl:  
___Other Asian:   ___Other:   ___Unknown  
**HISPANIC OR HAITIAN ORIGIN?** NO, NOT OF HISPANIC/HAITIAN ORIGIN  
**EDUCATION:** HIGH SCHOOL GRADUATE OR GED COMPLETED    **EVER IN U.S. ARMED FORCES?** NO

### PARENTS AND INFORMANT INFORMATION
**FATHER/PARENT:** HARRY   NELSON  
**MOTHER/PARENT:** MARY   MARGARET   GROVES  
**INFORMANT:** CHRISTOPHER   GUSTAFSON  
**RELATIONSHIP TO DECEDENT:** SON  
**INFORMANT'S ADDRESS:** 7950 NE BAYSHORE COURT, MIAMI, FLORIDA  33138, UNITED STATES

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
**PLACE OF DISPOSITION:**   GOLD COAST CREMATORY  
  FORT LAUDERDALE, FLORIDA  
**METHOD OF DISPOSITION:** CREMATION  
**FUNERAL DIRECTOR/LICENSE NUMBER:**   KELLIE C. HOODIMAN,  F044996  
**FUNERAL FACILITY:**   NEPTUNE SOCIETY-POMPANO BEACH F064804  
  3404 N ANDREWS AVE, POMPANO BEACH, FLORIDA  33064

### CERTIFIER INFORMATION
**TYPE OF CERTIFIER:** CERTIFYING PHYSICIAN   **MEDICAL EXAMINER CASE NUMBER:** NOT APPLICABLE  
**TIME OF DEATH (24 hr):** 0600   **DATE CERTIFIED:** October 10, 2016  
**CERTIFIER'S NAME:**   MIRTA RUT GALANTE  
**CERTIFIER'S LICENSE NUMBER:**   ME76033  
**NAME OF ATTENDING PHYSICIAN (If other than Certifier):** NOT ENTERED

_Ken Jones_, State Registrar

**REQ:** 2017479819

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.



DH FORM 1946 (03-13)



*3 2 9 6 1 2 8 1 *

**CERTIFICATION OF VITAL RECORD**   Florida HEALTH