UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAY SMITH and CAROLYN SMITH, ) | |
| ) | MDL NO. 2592 |
| Plaintiffs. ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | SECTION: L |
| ) | |
| v. ) | MAG. JUDGE: MICHAEL NORTH |
| ) | |
| ) | |
| JANSSEN RESEARCH & ) | CIVIL ACTION NO. 2:16-cv-15107 |
| DEVELOPMENT LLC F/K/A JOHNSON ) | |
| AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT LLC, ) | |
| JANSSEN ORTH LLC, JANSSEN ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN ) | |
| PHARMACEUTICALS, INC. F/K/A ) | |
| JANSSEN PHARMACEUTICA INC, ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS INC., ) | |
| JOHNSON & JOHNSON COMPANY ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, ) | |
| INC., BAYER HEALTHCARE LLC, BAYER ) | |
| PHARMA AG, BAYER CORPORATION, ) | |
| BAYER HEALTHCARE AG, AND BAYER AG, ) | |
| ) | |
| Defendants. ) | |

## EX PARTE MOTION TO AMEND

Plaintiffs, Ray and Carolyn Smith, Pursuant to the applicable Federal Rule of Civil Procedures 15(a)(1)(A) as cited in Pretrial Order No. 11C, by and through the undersigned, hereby seek to amend the Complaint by removal of Defendant Bayer Healthcare LLC.,

Plaintiffs Ray and Carolyn Smith's Complaint was filed via LAED CM/ECF on September 30, 2016 and service was executed thereafter on November 15, 2016. It is hereby requested that this Ex Parte Motion to Amend Complaint is granted.

Dated: November 15, 2016

                    Respectfully submitted,

                    SWMK Law, LLC


                    By: /s/Stephen B. Wohlford
                        Benjamin R. Schmickle, #6270568
                        Stephen B. Wohlford, #IL6287698
                        701 Market Street, Suite 1000
                        St. Louis, MO 63101
                        (314) 480-5180
                        (314) 932-1566 – Facsimile

                    **ATTORNEYS FOR PLAINTIFFS**