# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAY SMITH and CAROLYN SMITH, | ) |
| | ) MDL NO. 2592 |
| Plaintiffs. | ) |
| | ) JUDGE: ELDON E. FALLON |
| | ) |
| | ) SECTION: L |
| | ) |
| v. | ) MAG. JUDGE: MICHAEL NORTH |
| | ) |
| | ) |
| JANSSEN RESEARCH & | ) CIVIL ACTION NO. 2:16-cv-15107 |
| DEVELOPMENT LLC F/K/A JOHNSON | ) |
| AND JOHNSON PHARMACEUTICAL | ) |
| RESEARCH AND DEVELOPMENT LLC, | ) |
| JANSSEN ORTH LLC, JANSSEN | ) |
| PHARMACEUTICAL, INC. F/K/A JANSSEN | ) |
| PHARMACEUTICALS, INC. F/K/A | ) |
| JANSSEN PHARMACEUTICA INC, | ) |
| F/K/A ORTHO-MCNEIL-JANSSEN | ) |
| PHARMACEUTICALS INC., | ) |
| JOHNSON & JOHNSON COMPANY | ) |
| BAYER HEALTHCARE PHARMACEUTICALS, | ) |
| INC., BAYER HEALTHCARE LLC, | ) |
| BAYER PHARMA AG, | ) |
| BAYER CORPORATION, BAYER | ) |
| HEALTHCARE AG, AND BAYER AG, | ) |
| | ) |
| Defendants. | ) |

**PROPOSED ORDER GRANTING EX PARTE
MOTION TO AMEND COMPLAINT**

This matter having come before the Court on the Ex Parte Motion to Amend Complaint and pursuant to the applicable Federal Rule of Civil Procedure 15(a)(1)(A) and applicable Pretrial Order No. 11C, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's, Ray and Carolyn Smith's, Motion is GRANTED. Plaintiffs are hereby granted leave to file the First Amended Complaint tendered with their Motion,

and the Clerk of the Court is ordered to file the First Amended Complaint into the records of this matter.

Entered this \_\_\_15th\_\_\_ day of \_\_November_____, 2016 into the United States Eastern District Court of Louisiana this 15th day of November, 2016.

_____

HONORABLE DISTRICT JUDGE ELDON E. FALLON