UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES LISTED BELOW : | |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on October 25, 2016, the following plaintiffs shall be given until November 29, 2016, to remedy the Plaintiff Fact Sheet deficiency identified by Defendants and to report on such remedy to the Court. Failure to remedy the deficiencies by this date shall result in a dismissal of Plaintiff's case with prejudice.

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Arnoth, Robin | Hilliard Munoz Gonzales LLP | 2:15-cv-06450 |
| 2. | Dunlap, Barbara | Hilliard Munoz Gonzales LLP | 2:15-cv-06502 |
| 3. | Payne, Bonita | The Lanier Law Firm | 2:16-cv-00091 |
| 4. | Robinson, Gloria | Kennedy Hodges, LLP | 2:15-cv-06937 |
| 5. | Sells, Louise | Hilliard Munoz Gonzales LLP | 2:15-cv-06753 |

New Orleans, Louisiana, on this 10th day of November, 2016.

_____
Judge Eldon E. Fallon
United States District Court Judge

1