UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| --- | --- | --- |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES LISTED BELOW | : | |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on October 25, 2016, the following plaintiff is dismissed with prejudice:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
| --- | --- | --- | --- |
| 1. | Williams, Ericka S. | Aylstock, Witkin, Kreis & Overholtz PLLC | 2:16-cv-01469 |

New Orleans, Louisiana, on this 10th day of November 2016.

_____
Judge Eldon E. Fallon
United States District Court Judge

1