UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO ALL CASES LISTED BELOW | | |

## ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on October 25, 2016, the following plaintiffs are dismissed with prejudice for failure to remedy the Plaintiff Fact Sheet deficiency identified by Defendants:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Copes, Isabella | The Bradley Law Firm | 2:15-cv-06201 |
| 2. | Cunningham, Arin | Pro Se – Arin Cunningham | 2:15-cv-02141 |
| 3. | Howard, Clifford | Pro Se – Clifford Howard | 2:16-cv-00485 |
| 4. | Lynn, John | Pro Se – John Lynn | 2:15-cv-02149 |
| 5. | Muldrow, Wayne | Pro Se – Wayne Muldrow | 2:15-cv-05896 |
| 6. | Terrell, Lukesha | Pro Se – Lukesha Terrell | 2:15-cv-01273 |
| 7. | Usher, Roberta | The Bradley Law Firm | 2:16-cv-00809 |

New Orleans, Louisiana, on this 10th day of November, 2016.

_____
Judge Eldon E. Fallon
United States District Court Judge

1