UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
|---|---|---|
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES LISTED BELOW | : | |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

## ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on October 25, 2016, the following plaintiff shall be given until December 20, 2016, to identify a representative to pursue the decedent's case. Failure to identify a representative by this date shall result in a dismissal of Plaintiff's case with prejudice:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Potter, Shayne | Burg Simpson Eldredge Hersh & Jardine, PC | 2:15-cv-07172 |

New Orleans, Louisiana, on this 10th day of November, 2016.

Judge Eldon E. Fallon
United States District Court Judge

1