UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION      :   MDL No. 2592
                                  :
                                  :   SECTION L
THIS DOCUMENT RELATES TO:         :
THE CASES LISTED BELOW            :
                                  :   JUDGE ELDON E. FALLON
                                  :
                                  :   MAGISTRATE NORTH

## ORDER

Prior to the Order to Show Cause Hearing held on October 25, 2016, the following plaintiffs resolved the deficiencies identified by Defendants. Their actions may proceed accordingly:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
| --- | --- | --- | --- |
| 1. | Candler, Deborah | Murphy Law Firm | 2:16-cv-07217 |
| 2. | Jones, Leslie K. | Aylstock, Witkin, Kreis & Overholtz PLLC | 2:16-cv-01466 |
| 3. | Smith, Ruby | The Lanier Law Firm | 2:16-cv-00053 |
| 4. | Verner, Tamisha | Aylstock, Witkin, Kreis & Overholtz PLLC | 2:16-cv-01468 |

New Orleans, Louisiana this 10th day of November, 2016.

Judge Eldon E. Fallon
United States District Court Judge