UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *   MDL NO. 2592 |
| | *   SECTION L |
| | * |
| | *   JUDGE ELDON E. FALLON |
| | * |
| | *   MAG. JUDGE NORTH |
| ************************************************ | * |

**THIS DOCUMENT RELATES TO:**
  *Michael Floyd*, No. 2:15-CV-4678
  *Jana Choe*, No. 2:15-CV-6096
  *Shelley Borlandelli*, No. 2:15-CV-5833
  *Bernince Thorpe*, No. 2:15-CV-6141
  *Gloria Robinson*, No. 2:15-CV-6937
  *Gina Rippley*, No. 2:16-CV-1402
  *Julius Wollfarth, Jr. on behalf of Julius Wollfarth, Sr.* 2:15-CV-298
  *Maureen Welch*, Nos. 2:16-CV-3185 and 2:16-CV-5975
  *Daniel Calix*, No. 2:16-CV-8690
  *Syvertsen*, No. 2:16-CV-2031
  *Cheryl Vaughn on behalf of Milford Breland*, No. 2:15-CV-7167

## ORDER

Considering Plaintiffs' Motions to Withdraw as Attorney (R. Docs. 2742, 2825, 2839, 2840, 2906, 2938, 3447, 3861, 3891, 3929, 4069, 4137),

**IT IS ORDERED** that the above-mentioned motions shall be set for oral argument after the Monthly Status Conference on November 29, 2016 at 9:00 a.m. If counsel wishes to appear by phone, they should contact Chambers for instructions on how to do so, specifying their need to speak.

New Orleans, Louisiana, this 15th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE