# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| **THIS DOCUMENT RELATES TO:**<br>Karen Degray<br>Civil Action No.: 16-13581 | JURY TRIAL DEMAND |

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff, Christopher Gustafson, Individually and on behalf of the Estate of Karen Degray is substituted for Plaintiff Karen Degray, in the above captioned cause.

New Orleans, Louisiana this 15th day of November, 2016.

                                                Honorable Eldon E. Fallon
                                                United States District Court Judge