UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:

Marian Williams and Carl Williams v. Janssen Research & Development, LLC, et al.

Civil Action No. 2:16-CV-14429

### UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED INDIVIDUAL COMPLAINT

Plaintiff Carl Williams, on behalf of the estate of Marian Williams, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 15(a)(2), respectfully seeks leave to amend the Individual Complaint and to correct the case caption of the Complaint to reflect that Carl Williams was provided Affidavit of Heirship letters in accordance with Oklahoma Statute Title 6, Section 906, and seeks to continue this action as the Proposed Representative of the estate of Marian Williams for suit purposes only. Plaintiff provides the following in support of this Motion:

1. A Complaint on behalf of Decedent was filed on September 2, 2016.
2. Decedent, Marian Williams, passed away on May 4, 2016, as reported to the Court in the Notice of Death filed on November 1, 2016.
3. Carl Williams is the husband of Decedent, Marian Williams.

4. On October 27, 2016, Carl Williams was provided with Affidavit of Heirship letters, attached hereto as Exhibit A.

5. Plaintiff duly served a copy of the Complaint October 19, 2016.

6. Plaintiff's only modifications to the Individual Complaint as set forth in the proposed Amended Individual Complaint, attached hereto, are the following:

    a. In the Caption, substitution of Carl Williams, both Individually and as the Proposed Representative of the Estate of Marian Williams, as the named party in place of Marian Williams.

    b. Revision to Paragraph 5 to reflect the appointment of Carl Williams as the Proposed Representative of the Estate of Marian Williams as follows: "Carl Williams, Individually and as the Proposed Representative of the Estate of Marian Williams."

    c. Further revision to Paragraph 5 as follows: "Plaintiff Carl Williams is a citizen of the United States of America, and is a resident of State of Oklahoma, County of Tulsa. Plaintiff Carl Williams is the spouse of Marian Williams, Decedent (Hereinafter "DECEDENT") and is the Proposed Representative of her Estate. On October 27, 2016, Plaintiff Carl Williams was provided Affidavit of Heirship letters in accordance with Oklahoma Statute Title 6, Section 906.

    d. Revision to Paragraph 6 as follows: "DECEDENT Marian Williams was a citizen of the United States of America, and a resident of the State of Oklahoma, County of Tulsa.

    e. Revision to Paragraph 7 as follows: "DECDENT Marian Williams was born on September 14, 1950.

    f. Revision to Paragraph 8 as follows: "DECEDENT Marian Williams first began using Xarelto on or about September 25, 2015 and, upon information and belief, used Xarelto up through approximately October 12, 2015.

    g. Revision to Paragraph 9 as follows: "As a result of using Defendant's Xarelto, DECEDENT Marian Williams was caused to suffer a gastrointestinal bleed on October 13, 2015, and was caused to sustain severe personal injuries, pain, and emotional distress, requiring thirteen days hospitalization, transfusions of at least

    two-units of packed red blood cells and one-unit of platelets, a colonoscopy, and upper endoscopy."

h. Revision to Paragraph 10 as follows: "The injuries and damages sustained by DECEDENT Marian Williams were caused by Defendant's Xarelto."

i. Revision to Paragraph 253 as follows: "Plaintiff incorporates by reference each preceding and succeeding paragraph as though set forth fully at length herein. Plaintiff pleads this Count in the broadest sense, pursuant to all laws that may apply pursuant to choice of law principles, including the law of the Plaintiff's resident state."

j. Revision to Paragraph 254 as follows: "At all relevant times hereto, where applicable, DECEDENT Marian Williams had a spouse who has suffered injuries and losses as a result of DECEDENT's injuries from Xarelto."

k. Revision to Paragraph 255 as follows: "Plaintiff, Carl Williams, was the lawful spouse of DECEDENT Marian Williams and, as such, was entitled to the comfort, enjoyment, society and services of his spouse."

l. Revision to Paragraph 256 as follows: "For the reasons set forth herein, Plaintiff has necessarily paid and has become liable to pay for medical aid, treatment, monitoring, medications, and other expenditures and will necessarily incur further expenses of a similar nature in the future as approximate result of Defendants' misconduct."

m. Revision to Paragraph 257 as follows: "For the reasons set forth herein, Plaintiff has suffered and will continue to suffer the loss of their loved one's support, companionship, services, society, love, and affection."

n. Revision to Paragraph 258 as follows: "Plaintiff alleges that his marital relationship was impaired or depreciated, and the marital association between husband and wife was altered."

o. Revision to Paragraph 259 as follows: "Plaintiff has suffered great emotional pain and mental anguish."

p. Revision to Paragraph 260 as follows: "As a direct and proximate result of Defendants' wrongful conduct, Plaintiff Carl Williams has sustained and will continue to sustain severe emotional distress, economic losses and other damages

      for which they are entitled to compensatory and equitable damages and declaratory relief in an amount to be proven at trial. Defendants are liable to Plaintiff jointly and severally for all general, special and equitable relief to which Spouse Plaintiff is entitled by law. The Plaintiff seeks actual and punitive damages from the Defendants as alleged herein."

7. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

8. On November 1, 2016, Plaintiffs provided a copy of the proposed Amended Complaint to Defendants and obtained written consent from opposing counsel to amend the Complaint on November 15, 2016.

WHEREFORE, Plaintiff Carl Williams respectfully requests that this Court enter the proposed Order tendered herewith granting leave to file the Amended Complaints and directing the Clerk to enter the Amended Complaint into the record of this matter.

Dated: November 16, 2016                          Respectfully Submitted,

                                                         By:   /s/ Lauren Weitz
                                                         Lauren Weitz
                                                         WEITZ & LUXENBERG, P.C.
                                                         700 Broadway
                                                         New York, NY 10003
                                                         Telephone: (212)558-5556
                                                         Facsimile: (646) 293-4370
                                                         E-mail: lweitz@weitzlux.com

                                                         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of November 2016, a true copy of the foregoing Motion for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                                      /s/ Lauren Weitz

# Exhibit A

# AFFIDAVIT OF HEIRSHIP

STATE OF OKLAHOMA  )
                                    ) ss.
COUNTY OF TULSA  )

I, CARL DOUGLAS WILLIAMS, being of legal age and being duly sworn on oath hereby state as follows:

1) Marian Williams died on May 4, 2016. She left no Last Will, no estate procedure has been commenced and none is anticipated.

2) In accordance with Oklahoma Statute Title 6, Section 906, any asset left by the decedent which value is $20,000 or less can be distributed directly to the heirs-at-law of that decedent.

3) The heirs of the decedent, all of whom are adults, are Carl Douglas Williams, husband; Erika Mitchell Butler, daughter, and Carl Douglas Williams, Jr., son.

4) Marian Williams had no other children natural or adopted and no children who predeceased her; therefore, the sole heirs of Marian Williams are her spouse and two children named above.

5) Any assets attributable to the decedent or her estate can be distributed to these heirs as follows:

| Carl Douglas Williams | Two-thirds (2/3) |
| --- | --- |
| Erika Mitchell Butler | One-sixth (1/6) |
| Carl Douglas Williams, Jr. | One-sixth (1/6) |

Further Affiant saith not.

Dated this 27th day of October, 2016.

_____
CARL DOUGLAS WILLIAMS

STATE OF OKLAHOMA )
) ss.
COUNTY OF TULSA )

CARL DOUGLAS WILLIAMS, being first duly sworn, states that he has read the foregoing Affidavit, that he is familiar with the contents thereof, and that the allegations set forth therein are true and correct.

_____
CARL DOUGLAS WILLIAMS

Subscribed and sworn to before me this 27th day of October, 2016.

_____
Notary Public

My commission expires:



SUSAN DAVIS
Notary Public in and for
STATE OF OKLAHOMA
Commission #16003615
Expires: April 6, 2020