UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| * * * * * * * * * * * * * * * * * * * * | * * | SECTION L |
| THIS DOCUMENT RELATES TO:<br>All Actions | * * * * * * * | JUDGE ELDON E. FALLON MAG.<br><br>JUDGE NORTH |

## **ORDER**

WHEREFORE, upon consideration of Plaintiffs' Motion to Determine the Sufficiency of Defendants' Objections it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

It is further ORDERED that the Jansen and Bayer Defendants are to produce substantive answers to no less than half of Plaintiffs' RFAs within 15 days of this Order, with the remaining answers to RFAs due 30 days thereafter, or have all of Plaintiffs' RFAs deemed admitted.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge