MINUTE ENTRY
FALLON, J.
NOVEMBER 9, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic hearing was held on this date in the chambers of Judge Eldon E. Fallon. The PSC was represented by Lenny Davis, Gerald Meunier, Brian Barr, and Andy Birchfield. Defendants were represented by Susan Sharko, Jim Irwin, John Olinde, Steve Clickstein, and Andy Solow.

At the conference, the Court discussed (1) discovery responses provided by BHCP, BPAG, and JRD; (2) JRD's discovery responses concerning an investigation of Alere; (3) the bellwether plaintiffs' objections to defendants' requests for production of documents; and (4) expert deposition schedule.

The status conference was transcribed by Court Reporter Mary Thompson. To obtain a copy of the transcript, contact Ms. Thompson at (504) 589-7783.

JS10(00:20)