UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that Brian Stekloff, of the law firm of Wilkinson Walsh + Eskovitz LLP, 1900 M St. NW, Suite 800, Washington, DC 20036 Tel: (202) 847-4000, Email: bstekloff@wilkinsonwalsh.com, who is duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, in the above-styled action.

This 16th day of November, 2016.

                                              Respectfully submitted,

                                              */s/ Brian Stekloff*
                                              D.C. Bar No. 486405
                                              WILKINSON WALSH + ESKOVITZ LLP
                                              1900 M Street NW, Suite 800
                                              Washington, DC 20036
                                              Telephone: (202) 847-4000
                                              bstekloff@wilkinsonwalsh.com

                                              *Attorney for Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG*

2808856-1

        KAYE SCHOLER LLP

        */s/ William Hoffman*
        William Hoffman
        Steven Glickstein
        Andrew K. Solow
        KAYE SCHOLER LLP
        The McPherson Building
        901 Fifteenth Street, NW
        Washington, DC 20005-2327
        Telephone: (202) 682-3550
        william.hoffman@kayescholer.com
        sglickstein@kayescholer.com
        *Co-Lead Defense Counsel*

        CHAFFE MCCALL L.L.P.

        */s/ John F. Olinde*
        John F. Olinde (1515)
        CHAFFE McCALL L.L.P.
        1100 Poydras Street
        Suite 2300
        New Orleans, LA 70163
        Telephone: (504) 585-7241
        Facsimile: (504) 544-6084
        olinde@chaffe.com

        *Defendants' Co-Liaison Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

        */s/     John F. Olinde*

2808856-1