# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that Beth A. Wilkinson, of the law firm of Wilkinson Walsh + Eskovitz LLP, 1900 M St. NW, Suite 800, Washington, DC 20036 Tel: (202) 847-4000, Email: bwilkinson@wilkinsonwalsh.com, who is duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, in the above-styled action.

This 16th day of November, 2016.

Respectfully submitted,

*/s/ Beth A. Wilkinson*
D.C. Bar No. 462561
WILKINSON WALSH + ESKOVITZ LLP
1900 M Street NW, Suite 800
Washington, DC 20036
Telephone: (202) 847-4000
bwilkinson@wilkinsonwalsh.com

*Attorney for Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG*

2808858-1

       KAYE SCHOLER LLP

       */s/ William Hoffman*
       William Hoffman
       Steven Glickstein
       Andrew K. Solow
       KAYE SCHOLER LLP
       The McPherson Building
       901 Fifteenth Street, NW
       Washington, DC 20005-2327
       Telephone: (202) 682-3550
       william.hoffman@kayescholer.com
       sglickstein@kayescholer.com
       *Co-Lead Defense Counsel*


       CHAFFE MCCALL L.L.P.

       */s/ John F. Olinde*
       John F. Olinde (1515)
       CHAFFE McCALL L.L.P.
       1100 Poydras Street
       Suite 2300
       New Orleans, LA 70163
       Telephone: (504) 585-7241
       Facsimile: (504) 544-6084
       olinde@chaffe.com

       *Defendants' Co-Liaison Counsel*


## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

       */s/    John F. Olinde*

2808858-1