# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that Jennifer L. Saulino, of the law firm of Wilkinson Walsh + Eskovitz LLP, 1900 M St. NW, Suite 800, Washington, DC 20036 Tel: (202) 847-4000, Email: jsaulino@wilkinsonwalsh.com, who is duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, in the above-styled action.

This 16th day of November, 2016.

                                                          Respectfully submitted,

                                                          */s/ Jennifer L. Saulino*
                                                          D.C. Bar No. 479390
                                                          WILKINSON WALSH + ESKOVITZ LLP
                                                          1900 M Street NW, Suite 800
                                                          Washington, DC 20036
                                                          Telephone: (202) 847-4000
                                                          jsaulino@wilkinsonwalsh.com

                                                          *Attorney for Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG*

2808861-1

KAYE SCHOLER LLP

*/s/ William Hoffman*
William Hoffman
Steven Glickstein
Andrew K. Solow
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: (202) 682-3550
william.hoffman@kayescholer.com
sglickstein@kayescholer.com
*Co-Lead Defense Counsel*

CHAFFE MCCALL L.L.P.

*/s/ John F. Olinde*
John F. Olinde (1515)
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/     John F. Olinde

2

2808861-1