UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION   :   MDL No. 2592
                                :
                                :   SECTION L
                                :
                                :   JUDGE ELDON E. FALLON
                                :
_____:   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Luvina Smith

CA# 2:16-cv-10438

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Undersigned counsel for Plaintiff, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an order replacing Plaintiff Luvina Smith with Daniel Smith, Personal Representative of the Estate of Luvina Smith, and in support states as follows:

1. Plaintiff Luvina Smith passed away on June 2, 2016, as reported to the Court in the attached Suggestion of Death. (Ex.1)

2. On August 17, 2016, the District Court of the County of Elbert, State of Colorado, entered an order naming Daniel Smith the Personal Representative of the Estate of Luvina Smith. (Ex. 2)

3. Thus, as death does not extinguish her cause of action, undersigned moves pursuant to Federal Rule of Civil Procedure 25 (a)(1) to substitute Daniel Smith, Personal Representative of the Estate of Luvina Smith, as the named party in the place of Luvina Smith.

WHEREFORE, for each and all of the foregoing reasons, Counsel for Plaintiff requests that an order of substitution be entered substituting Daniel Smith, Personal Representative of the Estate of Luvina Smith, as the named party in the place of Luvina Smith.

Date: November 16, 2016.

        Respectfully submitted,

        By:   /s/ Daniel J. Carr

        Joseph C. Peiffer, La. Bar # 26459
        Daniel J. Carr, La. Bar # 31088
        PEIFFER ROSCA WOLF
        ABDULLAH CARR & KANE
        A Professional Law Corporation
        201 St. Charles Avenue, Suite 4610
        New Orleans, Louisiana  70170-4600
        Telephone:  (504) 523-2434
        Facsimile:  (504) 523-2464
        Email: dcarr@prwlegal.com

        Michael B. Lynch, Esq.
        THE MICHAEL BRADY LYNCH FIRM
        127 West Fairbanks Ave. #528
        Winter Park, Florida 32789
        Office: (877) 513-9517
        Fax: (321) 972-3568
        Cell: (321) 239-8026
        Email: michael@mblynchfirm.com

        *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2016, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        /s/ Daniel J. Carr