UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Luvina Smith

CA# 2:16-cv-10438

## ORDER

      The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Daniel Smith, on behalf of the Estate of Luvina Smith, is substituted for Plaintiff Luvina Smith, in the above captioned cause.

Date: _____     _____
                                                Hon. Eldon E. Fallon
                                                United States District Court Judge