# EXHIBIT 2

| ☒ District Court ☐ Denver Probate Court<br>ELBERT County, Colorado<br>Court Address:<br>751 UTE AVE.<br>PO BOX 232<br>KIOWA, CO 80117<br><br>303 621 2131 | |
|---|---|
| In the Matter of the Estate of:<br><br>LUVINA MARIE SMITH, AKA LUVINA M. SMITH, AKA LUVINA SMITH,<br><br>Deceased | ▲ COURT USE ONLY ▲<br>Case Number: 16PR30038<br>Division 1  Courtroom 1 |
| LETTERS ☒ TESTAMENTARY OF ☐ ADMINISTRATION | |

DANIEL R. SMITH was appointed or qualified by this Court or its Registrar on AUGUST 17, 2016 as:

☒ Personal Representative
☐ Successor Personal Representative

The Decedent died on: JUNE 2, 2016.

These Letters are proof of the Personal Representative's authority to act pursuant to §15-12-701, et.seq, C.R.S. except for the following restrictions, if any: None.

Dated: AUGUST 17, 2016

_Cindy A. Speaker_
Probate Registrar/(Deputy)Clerk of Court

## CERTIFICATION

Certified to be a true copy of the original in my custody and to be in full force and effect as of August 17, 2016

_Cindy A. Speaker_
Probate Registrar/(Deputy)Clerk of Court

JDF 915T  1/09    LETTERS TESTAMENTARY/OF ADMINISTRATION