UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL | : | |
| CASES ON ATTACHED EXHIBIT LIST | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

### ORDER TO SHOW CAUSE
### REGARDING PLAINTIFFS WHO HAVE FAILED
### TO SERVE A PLAINTIFF FACT SHEET

Plaintiffs on the attached Exhibit A have filed a lawsuit regarding the medication Xarelto®, which is currently pending in this MDL No. 2592, *In re: Xarelto (Rivaroxaban) Products Liability Litigation*. Pursuant to paragraph 4(a) of Case Management Order ("CMO") No. 1, all plaintiffs are required to submit a Plaintiff Fact Sheet ("PFS") to the defendants using MDL Centrality within 60 days from the date each plaintiff's case is filed, if filed directly in this Court, or within 60 days of the date the case is transferred to this Court.

Pre-Trial Order ("PTO") No. 13 requires all plaintiffs to complete and serve upon defendants a PFS and Authorization for Release of Records of all healthcare providers and other sources of information of records using MDL Centrality. Additionally, paragraph 2 of PTO 27 modified PTO 13, requiring all non-bellwether plaintiffs whose PFS was due on or after March 30, 2016 to serve a PFS within 90 days from the date plaintiff's case was filed. All plaintiffs must serve upon defendants a complete and verified PFS within 60 or 90 days from the date each plaintiff's case is filed, if filed directly within this Court, or within 60 or 90 days of transfer to this Court. *See* CMO No. 1 ¶ 4(a); PTO No. 13 ¶ 2; PTO 27 ¶ 2. Plaintiffs who fail to provide a

1

complete and verified PFS, signed and dated Authorizations, and all responsive documents requested in the PFS within the 60-day or 90-day time period, are to be given notice by e-mail from Defendants' Liaison Counsel. PTO No. 13 ¶ 3. After such notice, plaintiffs have twenty (20) additional days to cure such deficiency. *Id.* "Failure to timely comply may result in a dismissal of Plaintiff's claim." *Id.*

Plaintiffs on the attached Exhibit A have failed to serve a PFS in accordance with the time set forth in CMO No. 1. Plaintiffs were notified of this deficiency by Defendants' Liaison Counsel and have not cured this deficiency within twenty (20) days, as required by PTO No. 13. Plaintiffs shall be ordered to show cause on on November 29, 2016, before Judge Fallon as to why their case should not be dismissed with prejudice.

Failure to show cause by appearing before this Court at 9:00 a.m. on November 29, 2016, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, will result in dismissal of plaintiff's case with prejudice.

Upon entry of the Order to Show Cause, Defendants shall serve a copy of this Order by electronic mail on counsel for plaintiffs on the attached Exhibit A.

New Orleans, Louisiana, on this 15th day of __November__ 2016.

_____
United States District Judge

## Exhibit A
### (Failure to Submit Plaintiff Fact Sheet)

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
| --- | --- | --- | --- |
| 1. | Adams, June | 2:15-cv-04880 | Sanders Law Firm, LLC |
| 2. | Albers, Rodney | 2:16-cv-06692 | Slater, Slater Schulman, LLP |
| 3. | Alexander, Jo Ann | 2:16-cv-09803 | Hissey Kientz, L.L.P. |
| 4. | Allen, Milton | 2:16-cv-02567 | Gori Julian & Associates, P.C. |
| 5. | Allen, Waverly | 2:16-cv-04460 | Slater, Slater Schulman, LLP |
| 6. | Amelung, George Allen | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 7. | Anderson, Harry | 2:16-cv-10770 | The Benton Law Firm PLLC |
| 8. | Andre, Brett | 2:16-cv-00554 | The Potts Law Firm, LLP |
| 9. | Arace, Frieda | 2:16-cv-15057 | Cochran Legal Group, LLP |
| 10. | Arce, Cheryl E. | 2:16-cv-13562 | James C. Ferrell, P.C. |
| 11. | Archer, Melissa Deacon | 2:16-cv-06495 | Slater, Slater Schulman, LLP |
| 12. | Arsenault, Gregory (Duplicate filer) | 2:15-cv-01036 | Brady Law Group |
| 13. | Arzate, Rodolfo | 2:15-cv-07162 | Jackson Allen & Williams, LLP |
| 14. | Ashcraft, James, IV | 2:16-cv-13587 | Matthews & Associates |
| 15. | Assencoa, Joseph | 2:16-cv-12718 | Nemeroff Law Firm |
| 16. | Babnis, Christina | 2:15-cv-03496 | Simmons Hanly Conroy |
| 17. | Baker, James | 2:16-cv-10393 | Slater, Slater Schulman, LLP |
| 18. | Baker, Ronald | 2:16-cv-07497 | Slater, Slater Schulman, LLP |
| 19. | Bank, Jacquelyn | 2:16-cv-10400 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 20. | Banks, Amy | 2:16-cv-06750 | Crumley Roberts |
| 21. | Banks, Ruthie | 2:16-cv-04039 | Pierce Skrabanek Bruera, PLLC |
| 22. | Barila, Claudia | 2:16-cv-10405 | Slater, Slater Schulman, LLP |
| 23. | Barnes, Joyce (Duplicate 1) | 2:16-cv-07706 | Childers, Schlueter & Smith, LLC |
| 24. | Barron, Ester V. | 2:16-cv-10774 | The Benton Law Firm PLLC |
| 25. | Bates, Roland | 2:16-cv-03946 | The Schlemmer Firm, LLC |
| 26. | Bauer, Richard | 2:15-cv-06332 | Pro Se – Richard Bauer |
| 27. | Beard, Deloris | 2:15-cv-06486 | The Schlemmer Firm, LLC |
| 28. | Beaver, John | 2:16-cv-10411 | Slater, Slater Schulman, LLP |
| 29. | Bedford, Kay (Duplicate filer) | 2:16-cv-09821 | Bartimus Frickleton Robertson & Goza, PC;Goza Honnold Law Firm |
| 30. | Beharry, Raymond | 2:16-cv-06723 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 31. | Bell, Terry | 2:15-cv-03480 | The Mulligan Law Firm |
| 32. | Benge, Terry | 2:15-cv-01373 | Brady Law Group |
| 33. | Betancourt, Teresa | 2:15-cv-05426 | Diez-Arguelles & Tejedor, P.A. |
| 34. | Bostad, Wayne | 2:16-cv-04485 | Slater, Slater Schulman, LLP |
| 35. | Bowman, Arelene | 2:16-cv-06612 | The Mulligan Law Firm |
| 36. | Brandon, Allen | 2:16-cv-06879 | Slater, Slater Schulman, LLP |
| 37. | Brdar, Damir Jr. | 2:16-cv-10749 | Slater, Slater Schulman, LLP |
| 38. | Brock, Harvey | 2:16-cv-06913 | Dugan Law Firm, PLC |
| 39. | Brown, Geraldine | 2:16-cv-10476 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 40. | Brown, Leon Bradshaw | 2:16-cv-09989 | Jackson Allen & Williams, LLP |
| 41. | Bryant, Jacqueline | 2:16-cv-10440 | Slater, Slater Schulman, LLP |
| 42. | Bryant, Torrance | 2:16-cv-03185 | Sweeney Merrigan Law |
| 43. | Burgess, Michelle (Duplicate filer) | 2:16-cv-09938 | Bartimus Frickleton Robertson & Goza, PC;Goza Honnold Law Firm |
| 44. | Burley, Joann C. | 2:16-cv-06638 | Kirkendall Dwyer LLP |
| 45. | Burnett, Adrienne | 2:16-cv-05142 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 46. | Butler, Danny | 2:16-cv-09082 | Marc Whitehead & Associates, LLP |
| 47. | Butler, Vernice | 2:16-cv-04489 | Slater, Slater Schulman, LLP |
| 48. | Campbell, Charles | 2:16-cv-15064 | Cochran Legal Group, LLP |
| 49. | Campbell, Harold | 2:16-cv-09609 | Slater, Slater Schulman, LLP |
| 50. | Cannon, Brenda | 2:16-cv-07513 | Slater, Slater Schulman, LLP |
| 51. | Carey, William | 2:16-cv-15066 | Cochran Legal Group, LLP |
| 52. | Carlson, Jack | 2:16-cv-10584 | Goza Honnold Law Firm |
| 53. | Chadwick, Londell, Jr. | 2:16-cv-02425 | Plymale Law Firm |
| 54. | Chambers, Jefferson | 2:16-cv-09632 | Slater, Slater Schulman, LLP |
| 55. | Chesner, Michael | 2:16-cv-12723 | Nemeroff Law Firm |
| 56. | Chitwood, Helen | 2:16-cv-02566 | Gori Julian & Associates, P.C. |
| 57. | Ciaverella, Ralph | 2:16-cv-09941 | Bartimus Frickleton Robertson & Goza, PC;Goza Honnold Law Firm |
| 58. | Cimber, Hugo | 2:16-cv-15070 | Cochran Legal Group, LLP |
| 59. | Clark, Frank | 2:16-cv-03002 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 60. | Clark, Karla Eagan | 2:16-cv-10534 | Slater, Slater Schulman, LLP |
| 61. | Cleghorn, Helen (Duplicate filer) | 2:16-cv-02959 | Bernstein Liebhard LLP |
| 62. | Coffee, Evelyn | 2:16-cv-06620 | The Schlemmer Firm, LLC |
| 63. | Cohen, Dedric | 2:16-cv-07517 | Slater, Slater Schulman, LLP |
| 64. | Cohen, Frances | 2:16-cv-09636 | Slater, Slater Schulman, LLP |
| 65. | Collins, Karen | 2:15-cv-04610 | The Lanier Law Firm |
| 66. | Colvin, George | 2:16-cv-08955 | Cunard Law Firm |
| 67. | Conduff, John | 2:16-cv-10541 | Slater, Slater Schulman, LLP |
| 68. | Connors, Patrick | 2:16-cv-10591 | Goza Honnold Law Firm |
| 69. | Cooks, Nichole | 2:16-cv-03479 | Burke Harvey, LLC;Crumley Roberts |
| 70. | Cooper, Timothy | 2:15-cv-03513 | Simmons Hanly Conroy |
| 71. | Copes, Isabella | 2:15-cv-06201 | The Bradley Law Firm |
| 72. | Cornelius, Susan | 2:16-cv-10678 | Slater, Slater Schulman, LLP |
| 73. | Crowder, James | 2:16-cv-01136 | Grant & Eisenhofer P.A. |
| 74. | Crutcher, Robbie | 2:16-cv-06715 | Gray & White |
| 75. | Curless, Cassandra | 2:16-cv-10544 | Slater, Slater Schulman, LLP |
| 76. | Daniels, Martha Lee | 2:15-cv-02004 | Milstein Adelman, LLP |
| 77. | Davidson, Steven | 2:16-cv-15072 | Cochran Legal Group, LLP |
| 78. | Davis, Chastity | 2:16-cv-08807 | Hissey Kientz, L.L.P. |
| 79. | Davis, Walter | 2:16-cv-09736 | Slater, Slater Schulman, LLP |
| 80. | De Leon, Americo | 2:16-cv-15074 | Cochran Legal Group, LLP |
| 81. | Deal, Arch | 2:16-cv-010642 | Crumley Roberts |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 82. | Degray, Karen F. | 2:16-cv-13581 | James C. Ferrell, P.C. |
| 83. | Denny, Wilmay | 2:16-cv-08027 | Slater, Slater Schulman, LLP |
| 84. | Densmore, Donald | 2:16-cv-12940 | Fears Nachawati, PLLC |
| 85. | Desmarais, Roger | 2:16-cv-15076 | Cochran Legal Group, LLP |
| 86. | Devault, David | 2:15-cv-06386 | Jackson Allen & Williams, LLP |
| 87. | Dillard, Sarah | 2:16-cv-09091 | Marc Whitehead & Associates, LLP |
| 88. | DiMichele, Angela | 2:16-cv-00269 | Slater, Slater Schulman, LLP |
| 89. | Dixon, Lessie (Duplicate 1) | 2:16-cv-10040 | Slater, Slater Schulman, LLP |
| 90. | Donajkowski, Rueben | 2:16-cv-15077 | Cochran Legal Group, LLP |
| 91. | Douglas, Cleveland | 2:16-cv-07885 | Slater, Slater Schulman, LLP |
| 92. | Douresseau, Earlette L. | 2:16-cv-01408 | Miller Weisbrod, LLP |
| 93. | Drake, Joseph | 2:16-cv-03501 | Burke Harvey, LLC;Crumley Roberts |
| 94. | Ducote, Betty Lou (Duplicate filer) | 2:16-cv-07900 | The Gallagher Law Firm LLP |
| 95. | Dunlap, Gay | 2:16-cv-03366 | Flint Law Firm, LLC |
| 96. | Dwyer, Dustin (Duplicate filer) | 2:16-cv-02127 | Monsour Law Firm |
| 97. | Eldridge, Carol (Duplicate filer) | 2:16-cv-07888 | Slater, Slater Schulman, LLP |
| 98. | Ellis, Richard | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 99. | Engel, Brian | 2:16-cv-06594 | Flint & Associates, LLC |
| 100. | Enoch, Sidney | 2:15-cv-03519 | Simmons Hanly Conroy |
| 101. | Estrada, Fidel Zabala | 2:15-cv-05200 | Diez-Arguelles & Tejedor, P.A. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 102. | Evans, Larry Kenneth | 2:16-cv-10546 | Slater, Slater Schulman, LLP |
| 103. | Fallon, Frank | 2:16-cv-12732 | Nemeroff Law Firm |
| 104. | Farinas, Arsenio | 2:15-cv-05186 | Diez-Arguelles & Tejedor, P.A. |
| 105. | Favis, Frankie | 2:15-cv-06344 | Herman, Herman & Katz, LLC |
| 106. | Ferdman, Basya | 2:16-cv-01317 | Grant & Eisenhofer P.A. |
| 107. | Fernandez, Octavio | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 108. | Finlon, Darlene | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 109. | Fiore, Frederick (Duplicate filer) | 2:16-cv-09203 | Childers, Schlueter & Smith, LLC |
| 110. | Fitzgerald, Madeline | 2:16-cv-10551 | Slater, Slater Schulman, LLP |
| 111. | Flood, Jesse | 2:16-cv-10656 | Crumley Roberts |
| 112. | Flynn, Michele | 2:16-cv-01699 | Slater, Slater Schulman, LLP |
| 113. | Foley, George | 2:15-cv-05834 | Herman, Herman & Katz, LLC |
| 114. | Freedline, Tracy | 2:16-cv-10042 | Jackson Allen & Williams, LLP |
| 115. | Freeman, Gordon | 2:16-cv-12234 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 116. | Fritsche, Gladys L. | 2:16-cv-13595 | James C. Ferrell, P.C. |
| 117. | Gaines, Ridgeway (Duplicate filer) | 2:16-cv-07059 | Flint Law Firm, LLC |
| 118. | Gallagher, Edna | 2:16-cv-08712 | Bartimus Frickleton Robertson & Goza, PC;Goza Honnold Law Firm |
| 119. | Gatlin, Deborah (Duplicate filer) | 2:15-cv-03737 | The Mulligan Law Firm |
| 120. | Giambastiani, Antonio | 2:16-cv-05846 | Romanucci & Blandin, LLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
| --- | --- | --- | --- |
| 121. | Gilbert, Tempera | 2:16-cv-10636 | Slater, Slater Schulman, LLP |
| 122. | Glidewell, Jerry | 2:16-cv-15105 | Cochran Legal Group, LLP |
| 123. | Gonzalez, Olga | 2:16-cv-15110 | Cochran Legal Group, LLP |
| 124. | Goode, Reynolds | 2:16-cv-15111 | Cochran Legal Group, LLP |
| 125. | Gray, Ernest | 2:16-cv-01865 | Hodes Milman Liebeck, LLP |
| 126. | Gray, Johnny | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 127. | Green, William | 2:16-cv-10668 | Slater, Slater Schulman, LLP |
| 128. | Greenamyer, Julie (Duplicate filer) | 2:16-cv-03519 | The Mulligan Law Firm |
| 129. | Hadley, Patricia | 2:16-cv-02557 | Girardi Keese |
| 130. | Haggerty, Cindy | 2:15-cv-06790 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 131. | Hall, Charles | 2:16-cv-09774 | Slater, Slater Schulman, LLP |
| 132. | Hamelin, Patricia | 2:16-cv-04271 | Burke Harvey, LLC; Crumley Roberts |
| 133. | Hamrick, Robert | 2:16-cv-12837 | Nemeroff Law Firm |
| 134. | Hardy, Angela | 2:15-cv-02180 | Pro Se – Angela Hardy |
| 135. | Harps, Sylvernia | 2:15-cv-05007 | Varadi, Hair & Checki LLC; Favret & Lea |
| 136. | Hartman, Wiilliam | 2:16-cv-03522 | Slater, Slater Schulman, LLP |
| 137. | Harvey, Phyllis | 2:16-cv-07670 | Hissey Kientz, L.L.P. |
| 138. | Heaberlin, Doris | 2:16-cv-12839 | Nemeroff Law Firm |
| 139. | Headley, Helene (Duplicate 1) | 2:16-cv-12686 | The Miller Firm, LLC |
| 140. | Hedtcke, Ronald (Duplicate filer) | 2:16-cv-06575 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 141. | Heileman, Marie | 2:16-cv-09778 | Slater, Slater Schulman, LLP |
| 142. | Hibbard, Barbara | 2:16-cv-13518 | Gray & White |
| 143. | Hicks, Helen | 2:16-cv-08290 | The Cochran Firm Birmingham, P.C.; Jacoby & Meyers, LLC |
| 144. | Hicks, June | 2:16-cv-00033 | Goldberg, Weisman & Cairo, Ltd. |
| 145. | Hill, Connie | 2:16-cv-07981 | Slater, Slater Schulman, LLP |
| 146. | Hills, David | 2:16-cv-15119 | Cochran Legal Group, LLP |
| 147. | Hodgman, Tamara | 2:15-cv-03849 | Childers, Schlueter & Smith, LLC; |
| 148. | Holmes, Hilda | 2:16-cv-10742 | Slater, Slater Schulman, LLP |
| 149. | Honness, Herbert | 2:16-cv-15121 | Cochran Legal Group, LLP |
| 150. | House, Harold | 2:15-cv-05937 | Burke Harvey, LLC;Crumley Roberts |
| 151. | Houston, Tommie | 2:16-cv-12841 | Nemeroff Law Firm |
| 152. | Howard, Clifford | 2:16-cv-00485 | The Driscoll Firm, P.C. |
| 153. | Huelster, Walter | 2:16-cv-04840 | Burke Harvey, LLC; Crumley Roberts |
| 154. | Huffman, Leonard | 2:16-cv-08670 | Slater, Slater Schulman, LLP |
| 155. | Hulme, Anne M. | 2:15-cv-06603 | Johnson Becker, PLLC |
| 156. | Huls, Bernice | 2:16-cv-03658 | Burke Harvey, LLC; Crumley Roberts |
| 157. | Humpal, Charles | 2:16-cv-12931 | Fears Nachawati, PLLC |
| 158. | Irby, George | 2:16-cv-01865 | Hodes Milman Liebeck, LLP |
| 159. | Jackson, Sherrail | 2:16-cv-08675 | Slater, Slater Schulman, LLP |
| 160. | Jacobs, Byron | 2:16-cv-09788 | Slater, Slater Schulman, LLP |
| 161. | James, Dawn | 2:16-cv-12842 | Nemeroff Law Firm |
| 162. | Johnson, Ida Faye | 2:16-cv-10201 | The Benton Law Firm PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 163. | Johnson, Jones | 2:16-cv-10275 | Stanley Law Group |
| 164. | Johnson, Marion | 2:16-cv-12617 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 165. | Johnson, Sheila | 2:16-cv-08917 | Slater, Slater Schulman, LLP |
| 166. | Johnson, Valary | 2:15-cv-05372 | Pro Se – Valaray Johnson |
| 167. | Jolley, Donald (Duplicate filer) | 2:16-cv-10753 | Slater, Slater Schulman, LLP |
| 168. | Jones, Cecilia | 2:16-cv-08926 | Slater, Slater Schulman, LLP |
| 169. | Jones, Mary | 2:16-cv-12970 | Fears Nachawati, PLLC |
| 170. | Jones, Sean | 2:16-cv-08937 | Slater, Slater Schulman, LLP |
| 171. | Jones, Valton | 2:16-cv-03546 | Burke Harvey, LLC; Crumley Roberts |
| 172. | Kaase, Deborah K. | 2:16-cv-12506 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 173. | Kalman, Brenda | 2:16-cv-08944 | Slater, Slater Schulman, LLP |
| 174. | Keeton, Marshall | 2:16-cv-10754 | Slater, Slater Schulman, LLP |
| 175. | Kilby, Curtis | 2:15-cv-06127 | Michael H. Cummings II, LLC |
| 176. | King, David | 2:16-cv-09791 | Slater, Slater Schulman, LLP |
| 177. | Landrum, Margaret | 2:16-cv-12436 | Hensley Legal Group, PC |
| 178. | Lavergne, Kevin | 2:16-cv-04844 | Burke Harvey, LLC; Crumley Roberts |
| 179. | Lawton, Steven | 2:16-cv-06571 | Marc Whitehead & Associates, LLP |
| 180. | Lee, Billy | 2:15-cv-01030 | Brady Law Group |
| 181. | Logan, Sonja | 2:16-cv-09122 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 182. | Long, Monica | 2:16-cv-09086 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
| --- | --- | --- | --- |
| 183. | Lopez, Julio | 2:16-cv-09797 | Slater, Slater Schulman, LLP |
| 184. | Luster, Wilma | 2:16-cv-06624 | The Schlemmer Firm, LLC |
| 185. | Lux, John | 2:16-cv-01434 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 186. | Lynch, Larry | 2:15-cv-02204 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 187. | Mabon, Mamie | 2:15-cv-06263 | Grant & Eisenhofer P.A. |
| 188. | Mace, Jarrold D. | 2:15-cv-03932 | Brady Law Group |
| 189. | Maldonado, Bernardo | 2:15-cv-05194 | Diez-Arguelles & Tejedor, P.A. |
| 190. | Manley, Tammy | 2:16-cv-06592 | The Michael Brady Lynch Firm |
| 191. | Mann, Jacqueline | 2:16-cv-09865 | Slater, Slater Schulman, LLP |
| 192. | Marable, Willie | 2:16-cv-15123 | Cochran Legal Group, LLP |
| 193. | Marshall, Wylamerle | 2:16-cv-10889 | Slater, Slater Schulman, LLP |
| 194. | Martin, Jim Lee W. | 2:16-cv-06513 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 195. | Martin, Rhonda | 2:16-cv-01865 | Hodes Milman Liebeck, LLP |
| 196. | Martinez, Domingo | 2:16-cv-06592 | The Michael Brady Lynch Firm |
| 197. | Martinez-Hernandez, Tatiana | 2:15-cv-05424 | Diez-Arguelles & Tejedor, P.A. |
| 198. | Matran, Janelle | 2:16-cv-01720 | Slater, Slater Schulman, LLP |
| 199. | Matthews, Gayle | 2:16-cv-12996 | Fears Nachawati, PLLC |
| 200. | McBee, Mary | 2:16-cv-07062 | Flint Law Firm, LLC |
| 201. | McCoy, Wendell Dean | 2:16-cv-06571 | Marc Whitehead & Associates, LLP |
| 202. | McDonald, Denny | 2:16-cv-07015 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
| --- | --- | --- | --- |
| 203. | McDougal, Walter G., Jr. | 2:15-cv-01373 | Brady Law Group |
| 204. | McElroy, Jerry (Duplicate 1) | 2:16-cv-02016 | The Levensten Law Firm, P.C. |
| 205. | McElroy, Jerry (Duplicate 2) | 2:16-cv-03382 | Flint Law Firm, LLC |
| 206. | McLaughlin, Linda | 2:15-cv-05106 | Sanders Law Firm, LLC |
| 207. | McNamee, Sharon | 2:15-cv-07120 | Peterson & Associates, P.C. |
| 208. | Mello, Marissa | 2:16-cv-10899 | Slater, Slater Schulman, LLP |
| 209. | Mendekeh, Francis | 2:16-cv-09882 | Slater, Slater Schulman, LLP |
| 210. | Metzgar, Frank | 2:16-cv-05968 | Sweeney Merrigan Law |
| 211. | Meyers, Mary | 2:16-cv-09887 | Slater, Slater Schulman, LLP |
| 212. | Miller, Betty | 2:15-cv-06629 | Gori Julian & Associates, P.C. |
| 213. | Miller, Trudy L. | 2:15-cv-03933 | Brady Law Group |
| 214. | Mitala, Paul | 2:16-cv-09153 | Slater, Slater Schulman, LLP |
| 215. | Mitchell, Russell | 2:16-cv-10213 | Jackson Allen & Williams, LLP |
| 216. | Moeller, Mark | 2:16-cv-12849 | Nemeroff Law Firm |
| 217. | Moore, Oscar | 2:16-cv-01213 | Grant & Eisenhofer P.A. |
| 218. | Moore, Preston | 2:16-cv-09264 | Slater, Slater Schulman, LLP |
| 219. | Morale, Aurea | 2:15-cv-05191 | Diez-Arguelles & Tejedor, P.A. |
| 220. | Morin, Rudolfo | 2:16-cv-15128 | Cochran Legal Group, LLP |
| 221. | Morison, Philip | 2:16-cv-10912 | Slater, Slater Schulman, LLP |
| 222. | Morris, Sue | 2:16-cv-09903 | Slater, Slater Schulman, LLP |
| 223. | Mouranie, Patricia | 2:16-cv-10256 | Peiffer Rosca Wolf Abdullah Carr & |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
|  |  |  | Kane; The Michael Brady Lynch Firm |
| 224. | Nasi, John | 2:16-cv-06592 | The Michael Brady Lynch Firm |
| 225. | Neis, Thomas | 2:16-cv-01675 | Morris Law Firm |
| 226. | Nelson, Judy | 2:15-cv-06144 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 227. | Nesbitt, Joan (Duplicate filer) | 2:16-cv-10353 | Stanley Law Group |
| 228. | Odai, Benjamin | 2:16-cv-09300 | Slater, Slater Schulman, LLP |
| 229. | Ortiz, Joanne | 2:16-cv-09807 | Hissey Kientz, L.L.P. |
| 230. | Owens, Charles | 2:16-cv-02591 | Carey Danis & Lowe |
| 231. | Owens, Roy | 2:16-cv-12638 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 232. | Paloma, Gabriel, Jr. | 2:16-cv-04575 | Slater, Slater Schulman, LLP |
| 233. | Parris, Phillip | 2:16-cv-12859 | Nemeroff Law Firm |
| 234. | Pauley, Anna | 2:16-cv-10929 | Slater, Slater Schulman, LLP |
| 235. | Payne, Bonita | 2:16-cv-00091 | The Lanier Law Firm |
| 236. | Perry, Albert | 2:16-cv-09253 | Sweeney Merrigan Law |
| 237. | Perry, Minerva | 2:16-cv-09254 | Sweeney Merrigan Law |
| 238. | Peterson, John | 2:16-cv-09916 | Slater, Slater Schulman, LLP |
| 239. | Phelps, Dwight | 2:16-cv-09310 | Slater, Slater Schulman, LLP |
| 240. | Phillips, Glenda | 2:16-cv-04490 | Bernstein Liebhard LLP |
| 241. | Pickett, Keisha | 2:16-cv-15127 | Cochran Legal Group, LLP |
| 242. | Pleasant, Margaret | 2:16-cv-01102 | The Potts Law Firm, LLP |
| 243. | Potter, Shayne | 2:15-cv-07172 | Burg Simpson Eldredge Hersh & Jardine, |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
|  |  |  | P.C. |
| 244. | Prechtl, Jonathan | 2:15-cv-06040 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 245. | Primm, Marvetta | 2:16-cv-12641 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 246. | Quick, Frederick | 2:16-cv-07020 | Slater, Slater Schulman, LLP |
| 247. | Rager, Randall | 2:16-cv-12901 | Fears Nachawati, PLLC |
| 248. | Ramirez, Luz | 2:16-cv-06578 | Newsome Melton PA |
| 249. | Reburn, Heather | 2:16-cv-10047 | Slater, Slater Schulman, LLP |
| 250. | Rhodes, Catherine Grace | 2:16-cv-10757 | Slater, Slater Schulman, LLP |
| 251. | Rice, Goergia | 2:15-cv-03587 | Simmons Hanly Conroy |
| 252. | Rippley, Gina | 2:16-cv-01402 | Stark & Stark |
| 253. | Rivers, Donny Rictor | 2:16-cv-15151 | Cochran Legal Group, LLP |
| 254. | Rivers, Stephen Joseph | 2:16-cv-03654 | Burke Harvey, LLC; Crumley Roberts |
| 255. | Robertson, Violet | 2:15-cv-03715 | Bernstein Liebhard LLP |
| 256. | Robinson, Cheryl S. | 2:16-cv-07607 | Fears Nachawati, PLLC |
| 257. | Robinson, Hattie | 2:16-cv-10055 | Slater, Slater Schulman, LLP |
| 258. | Robinson, Margie | 2:15-cv-03589 | Simmons Hanly Conroy |
| 259. | Rodgers, Kyesha | 2:16-cv-10065 | Slater, Slater Schulman, LLP |
| 260. | Rodriguez, Dionicio | 2:16-cv-10071 | Slater, Slater Schulman, LLP |
| 261. | Roper, Anna Marie | 2:16-cv-09596 | Slater, Slater Schulman, LLP |
| 262. | Rose, Samuel | 2:16-cv-10942 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 263. | Ross, Geri | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 264. | Rounds, Tanzia | 2:16-cv-01727 | Slater, Slater Schulman, LLP |
| 265. | Rouse, Johnnie | 2:16-cv-10251 | Jackson Allen & Williams, LLP |
| 266. | Rowell, James O. | 2:16-cv-13597 | James C. Ferrell, P.C. |
| 267. | Rucker, Joshua | 2:16-cv-13001 | Fears Nachawati, PLLC |
| 268. | Rusha, Morris | 2:16-cv-09319 | Slater, Slater Schulman, LLP |
| 269. | Russell, Jennifer | 2:16-cv-10104 | Slater, Slater Schulman, LLP |
| 270. | Sanders, Melvin | 2:16-cv-07041 | Slater, Slater Schulman, LLP |
| 271. | Sandidge, William | 2:16-cv-15154 | Cochran Legal Group, LLP |
| 272. | Schultz, Ernie | 2:16-cv-06495 | Slater, Slater Schulman, LLP |
| 273. | Scott, Loren | 2:16-cv-09380 | Slater, Slater Schulman, LLP |
| 274. | Sellers, Grace | 2:15-cv-01373 | Brady Law Group |
| 275. | Shaw, Marie (Duplicate filer) | 2:16-cv-03914 | Grant & Eisenhofer P.A. |
| 276. | Sheridan, Joyce | 2:16-cv-15155 | Cochran Legal Group, LLP |
| 277. | Shrout, Randall | 2:16-cv-00770 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 278. | Slocum, Jerry | 2:16-cv-10494 | Jacoby & Meyers, LLC; The Cochran Firm Birmingham, P.C. |
| 279. | Smith, Arthur | 2:16-cv-12920 | Fears Nachawati, PLLC |
| 280. | Smith, Betty R. | 2:16-cv-01064 | Gori Julian & Associates, P.C. |
| 281. | Smith, James F. | 2:16-cv-09397 | Slater, Slater Schulman, LLP |
| 282. | Smith, John A. (Duplicate 1) | 2:16-cv-10976 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 283. | Smith, John A. (Duplicate 2) | 2:16-cv-09404 | Slater, Slater Schulman, LLP |
| 284. | Smith, Renee | 2:16-cv-10116 | Slater, Slater Schulman, LLP |
| 285. | Smith, Robert | 2:16-cv-10980 | Slater, Slater Schulman, LLP |
| 286. | Smith, Thomas J. | 2:16-cv-00267 | Slater, Slater Schulman, LLP |
| 287. | Sombke, Pamela | 2:16-cv-15156 | Cochran Legal Group, LLP |
| 288. | Sosonkina, Eugenia | 2:16-cv-10210 | Slater, Slater Schulman, LLP |
| 289. | Stanley, Marcus | 2:16-cv-05848 | Kenneth H. Baker |
| 290. | Starkey, Linda | 2:16-cv-08899 | Cunard Law Firm |
| 291. | Stevens, Julie | 2:16-cv-06052 | Provost Umphrey Law Firm L.L.P. |
| 292. | Stewart, Raymond (Duplicate filer) | 2:16-cv-12995 | Fears Nachawati, PLLC |
| 293. | Stokes, Dorothy | 2:16-cv-07598 | Stark & Stark |
| 294. | Stone, Clifford | 2:16-cv-15157 | Cochran Legal Group, LLP |
| 295. | Stoneman, Alice | 2:16-cv-15158 | Cochran Legal Group, LLP |
| 296. | Stotts, Chelesea | 2:16-cv-10306 | Jackson Allen & Williams, LLP |
| 297. | Sumter, Dennis | 2:16-cv-13356 | Law Offices of Charles H. Johnson, PA |
| 298. | Suver, Margaret | 2:16-cv-10222 | Slater, Slater Schulman, LLP |
| 299. | Syversten, Rosemarie | 2:16-cv-02031 | Gray & White |
| 300. | Taylor, Al | 2:16-cv-08130 | Flint Law Firm, LLC |
| 301. | Taylor, Joseph | 2:16-cv-07080 | Slater, Slater Schulman, LLP |
| 302. | Thompson, Leora | 2:16-cv-15159 | Cochran Legal Group, LLP |
| 303. | Thompson, Michael | 2:16-cv-07891 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 304. | Timmons, Mary | 2:16-cv-05973 | Sweeney Merrigan Law |
| 305. | Todorovski, Dimitar | 2:16-cv-10560 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 306. | Trinidad, Edgardo | 2:16-cv-07087 | Slater, Slater Schulman, LLP |
| 307. | Troutman, Harold | 2:16-cv-12880 | Nemeroff Law Firm |
| 308. | Trujillo, Reynaldo | 2:15-cv-01373 | Brady Law Group |
| 309. | Tsao, Shun Huey | 2:16-cv-07068 | Kirklin Soh L.L.P. |
| 310. | Usher, Roberta | 2:16-cv-00809 | The Bradley Law Firm |
| 311. | Vest, Terry | 2:16-cv-09416 | Slater, Slater Schulman, LLP |
| 312. | Vincent, Dorothy | 2:16-cv-10263 | Slater, Slater Schulman, LLP |
| 313. | Voltz, Helen | 2:16-cv-10583 | Slater, Slater Schulman, LLP |
| 314. | Wake, Kenneth | 2:16-cv-10254 | Slater, Slater Schulman, LLP |
| 315. | Wakschal, Sylvia | 2:16-cv-08557 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 316. | Walker, Linda B. (Duplicate filer) | 2:16-cv-08533 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. |
| 317. | Watkins, Roger | 2:16-cv-15160 | Cochran Legal Group, LLP |
| 318. | Way, Virginia | 2:16-cv-10992 | Slater, Slater Schulman, LLP |
| 319. | Webster, Aubry | 2:16-cv-07760 | Fears Nachawati, PLLC |
| 320. | Wells, Anita W. | 2:16-cv-04305 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 321. | White, Steven D. (Duplicate filer) | 2:16-cv-03704 | Motley Rice LLC |
| 322. | Whitfield, Otis | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 323. | Willey, Mandy | 2:16-cv-06120 | Provost Umphrey Law Firm L.L.P. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 324. | Williams, Brenda | 2:16-cv-04551 | Peiffer Rosca Wolf Abdullah Carr & Kane |
| 325. | Williams, Cathleen | 2:16-cv-10998 | Slater, Slater Schulman, LLP |
| 326. | Williams, Constance | 2:16-cv-01117 | The Potts Law Firm, LLP |
| 327. | Williams, Ericka S. (Duplicate filer) | 2:16-cv-01469 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 328. | Williams, Ozella | 2:16-cv-01139 | Grant & Eisenhofer P.A. |
| 329. | Woods, Nancy | 2:16-cv-10259 | Slater, Slater Schulman, LLP |
| 330. | Woodward, Phoebe | 2:16-cv-08982 | Slater, Slater Schulman, LLP |
| 331. | Worrell, Bryan | 2:16-cv-01865 | Hodes Milman Liebeck, LLP |
| 332. | Wyatt, Tomiese | 2:16-cv-06531 | Slater, Slater Schulman, LLP |
| 333. | Yost, Timothy | 2:15-cv-01036 | Brady Law Group |
| 334. | Young, David | 2:15-cv-05912 | Pro Se – David Young |
| 335. | Zouain, Jose | 2:15-cv-05226 | Diez-Arguelles & Tejedor, P.A. |