UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
**CIVIL ACTION NO:  2:15-CV-05605**

BARBARA VORNBROCK
      Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG
      Defendants.

**NOTICE OF APPEARANCE**

TO THE HONORABLE COURT:

1

Notice is hereby given that the attorney identified below is making an appearance as the lead attorney in the above referenced case:

>Charles C. Hunter
>The Hayes Law Firm, P.C.
>Texas State Bar No. 24072160
>700 Rockmead, Suite 210
>Houston, TX 77339
>Telephone: (281) 815-4969
>Facsimile:  (832) 575-4759
>Email:chunter@dhayeslaw.com

Dated November 11, 2016.

>Respectfully submitted,
>
>**THE HAYES LAW FIRM, P.C.**
>
>/s/ *Charles C. Hunter*              .
>Charles C. Hunter
>Texas State Bar No. 24072160
>700 Rockmead, Suite 210
>Kingwood, Texas 77027
>Telephone: (281) 815-4969
>Facsimile:  (832) 575-4759
>Email: chunter@dhayeslaw.com
>**ATTORNEY FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify, that on the 16th day of November 2016, I have electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

>/s/ *Charles C. Hunter*              .
>Charles C. Hunter