**THE WEBSTER LAW FIRM**

6200 SAVOY, SUITE 150
HOUSTON, TEXAS 77036
713-581-3900
713-581-3907 FAX
877-403-4501 TOLL FREE

† LICENSED IN TEXAS
° LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK
Ω LICENSED IN PENNSYLVANIA
£ LICENSED IN OKLAHOMA
μ LICENSED IN ILLINOIS

JASON C. WEBSTER †°◊ Ω £ μ
jwebster@thewebsterlawfirm.com

HEIDI O. VICKNAIR †
hvicknair@thewebsterlawfirm.com

OMAR R. CHAWDHARY †
ochawdhary@thewebsterlawfirm.com

David A. Spradling †
dspradling@thewebsterlawfirm.com

*OF COUNSEL*
RUSSELL SERAFIN †
rserafin@thewebsterlawfirm.com

ROBERT BARRINGER †
bbarringer@thewebsterlawfirm.com

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

**Date:**   11-17-2016

**Roland Angelle, et al.**

vs.

**Janssen Research & Development, LLC et al**.

Case No.:   **2:16-cv-06228**   Section   **L**

Dear Sir:

Please issue summons on the complaint to the following:

1. Janssen Ortho LLC
   Corporation Trust Center
   1209 Orange St
   Wilmington, DE 19801

2. Janssen Pharmaceuticals, Inc.
   CT Corporation System
   116 Pine St, Suite 320
   Harrisburg, PA 17101

3. Bayer Corporation
   Corporation Service Company
   501 Louisiana Avenue
   Baton Rouge, LA 70802

4. Bayer Healthcare Pharmaceuticals, Inc.
   SOP Department
   Corporation Service Company, Suite 400
   2711 Centerville RD
   Wilmington, DE 19808

5. Bayer Healthcare LLC
   Corporation Service Company
   501 Louisiana Avenue

6. Bayer Healthcare AG
   CHEMPARK Leverkusen
   Zentraler Besucherempfang

|   |   |   |   |
|---|---|---|---|
|   | Baton Rouge, LA 70802 |   | Kaiser-Wilhelm-Allee<br>D-51368 Leverkusen |
| 7. | Bayer Pharma AG<br>Attn: Eva Gardyan-Eisenlohr<br>General Counsel<br>Muellerstrasse 178<br>13353 Berlin<br>GERMANY | 8. | Bayer AG<br>Leverkusen<br>North Rhine-Westphalia, Germany |

9.  Janssen Research & Development, LLC f/k/a Johnson and Johnson
    Pharmaceutical Research and Development, LLC
    One Johnson & Johnson Plaza
    New Brunswick, NJ 08933

        Very truly yours,

        <u>/s/ Jason C. Webster</u>

        Attorney for Plaintiffs
        The Webster Law Firm
        Jason C. Webster
        6200 Savoy Dr., Suite 150
        Houston, Texas 77036