UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------X

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | SECTION L |
| | | JUDGE ELDON E. FALLON |
| | : | MAG. JUDGE MICHAEL NORTH |

----------------------------------------------------------------- :

**THIS DOCUMENT RELATES TO:**

*Estalene Petrey v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv -15372**

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Estalene Petrey on February 13, 2016.

Dated: November 17, 2016

Respectfully Submitted,

**MCEWEN LAW FIRM, LTD**

By: /s/*Gregory N. McEwen*
Gregory N. McEwen #0273843
5850 Blackshire Path
Inver Grove Heights, MN 55076
(651) 224-3833
(651) 223-5790 facsimile
gmcewen@mcewenlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/*Gregory N. McEwen*