UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO** | ) | MDL No. 2592 |
| **(RIVAROXABAN) PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | SECTION: L |
| | ) | JUDGE ELDON E. FALLON |
| | ) | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | ) | |
| | ) | Civil Action No. 2:16-cv-00064 |
| *Douglas Hensley v. Janssen* | ) | |
| *Research & Development LLC, et al* | ) | |

### UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff, Douglas Hensley, moves to amend his Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). Plaintiff filed his Complaint on January 6, 2016.

Plaintiff respectfully seeks to amend his Complaint to add Johnson & Johnson as a party defendant and otherwise adopt the Plaintiffs' Steering Committee's Exemplar Complaint filed in this Court in PTO 11D. Plaintiff named and served all defendants included in the exemplar complaint except Johnson & Johnson. Plaintiff now seeks to amend his Complaints to add Johnson & Johnson and serve the company pursuant to PTO 10. Furthermore, Plaintiff seeks to amend his Complaint to note that he is a resident and citizen of the State of Florida.

Federal Rule of Civil Procedure 15(a)(2) provides, in pertinent part, "a party may amend its pleading only with the opposing party's written consent or the court's leave." Counsel for Plaintiff has conferred with counsel representing the Janssen and Bayer Defendants, who have indicated in writing that there is no objection to Plaintiff amending his complaint.

WHEREFORE, Plaintiff respectfully requests that this Court enter the Proposed Order submitted herewith granting leave to file the Amended Complaint and Jury Demand and directing the Clerk of the Court to enter the attached First Amended Complaint into the record of this matter.

Dated: November 17, 2016                     Respectfully submitted,
                                             **BURG SIMPSON**
                                             **ELDREDGE HERSH & JARDINE, P.C.**

                                             Seth A. Katz
                                             40 Inverness Drive East
                                             Englewood, CO 80112
                                             Tel: (303) 792-5595
                                             Fax: (303) 708-0527
                                             skatz@burgsimpson.com
                                             *Attorney for Plaintiff*