**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO** ) | | MDL No. 2592 |
| **(RIVAROXABAN) PRODUCTS** ) | | |
| **LIABILITY LITIGATION** ) | | SECTION: L |
| ) | | JUDGE ELDON E. FALLON |
| ) | | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) | | |
| ) | | Civil Action No. 2:16-cv-00064 |
| *Douglas Hensley v. Janssen* ) | | |
| *Research & Development LLC, et al* ) | | |

# **ORDER**

IT IS ORDERED that the Unopposed Motion for Leave to File Amended Complaint filed by Plaintiff, Douglas Hensley, is hereby GRANTED, and the Clerk of Court is ordered to file the First Amended Complaint into the record of this matter.

ORDERED AND SIGNED this _____ day of _____, 2016.

                                          HONORABLE ELDON E. FALLON
                                          UNITED STATES DISTRICT COURT JUDGE