## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |

THIS DOCUMENT RELATES TO:

*Byron Jacobs v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-09788**

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD:

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs this Honorable Court of the death of the Plaintiff, Byron Jacobs.

Dated: November 17, 2016

Respectfully submitted,

By: _/s/ Lauren E. Burbol_____
Lauren E. Burbol
Adam P. Slater
Jonathan Schulman
SLATER SLATER SCHULMAN LLP
445 Broadhollow Road, Suite 334
Melville, New York 11747
Phone: (212) 922-0906
Fax: (212) 922-0907
aslater@sssfirm.com
jschulman@sssfirm.com
lburbol@sssfirm.com
*Attorneys for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 17th day of November 2016.

                                                                                _/s/ Lauren E. Burbol_____
                                                                                    Lauren E. Burbol