# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
OCT 12 2016

**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER 142-16-145849**

1. LEGAL NAME OF DECEASED: BYRON WELDON JACOBS
2. DATE OF DEATH (ACTUAL OR PRESUMED): OCTOBER 5, 2016
3. SEX: MALE
4. DATE OF BIRTH: SEPTEMBER 22, 1948
5. AGE-Last Birthday: 68
6. BIRTHPLACE: PORT JEFFERSON, NY
7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: [X] Married
9. SURVIVING SPOUSE'S NAME: BARBARA JEAN HOLPER
10a. RESIDENCE STREET ADDRESS: 507 CHURCH STREET
10c. CITY OR TOWN: LADONIA
10d. COUNTY: FANNIN
10e. STATE: TEXAS
10f. ZIP CODE: 75449
10g. INSIDE CITY LIMITS: [X] Yes
11. FATHER'S NAME PRIOR TO FIRST MARRIAGE: GEORGE WELDON JACOBS
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: HOPE E. ELSEBOUGH
13. PLACE OF DEATH: [X] Inpatient
14. COUNTY OF DEATH: DALLAS
15. CITY/TOWN, ZIP: DALLAS, 75246
16. FACILITY NAME: BAYLOR UNIVERSITY MEDICAL CENTER
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: BARBARA JEAN JACOBS - WIFE
18. MAILING ADDRESS OF INFORMANT: 507 CHURCH STREET, LADONIA, US 75449
19. METHOD OF DISPOSITION: [X] Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR: JOE C. BALLESTEROS, BY ELECTRONIC SIGNATURE - 8207
21. [X] Unknown
22. PLACE OF DISPOSITION: BLUEBONNET CREMATORY
23. LOCATION: FORT WORTH, US
24. NAME OF FUNERAL FACILITY: DENTON FUNERAL HOME AND CREMATION SERVICES
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 120 SOUTH CARROLL BLVD, DENTON, TX 76201
26. CERTIFIER: [X] Certifying physician
27. SIGNATURE OF CERTIFIER: ESTIL VANCE, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: OCTOBER 11, 2016
29. LICENSE NUMBER: K6385
30. TIME OF DEATH: 12:52 PM
31. PRINTED NAME, ADDRESS OF CERTIFIER: ESTIL VANCE 3409 WORTH STREET SUITE 600, DALLAS, TX 75246
32. TITLE OF CERTIFIER: MD

33. PART 1. CHAIN OF EVENTS:

| | Cause | Interval |
|---|---|---|
| a. | PROGRESSIVE RESPIRATORY FAILURE | 5 DAYS |
| b. | ACUTE MYELOGENOUS LEUKEMIA | 4 MONTHS |
| c. | MYELODYSPLASIA | 8 MONTHS |

PART 2. OTHER SIGNIFICANT CONDITIONS: PROFOUND DECONDITIONING, CHRONIC PANCYTOPENIA, VOLUME OVERLOAD, CHRONIC RENAL INSUFFICIENCY

34. WAS AN AUTOPSY PERFORMED? [X] No
36. MANNER OF DEATH: [X] Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? [X] No

42a. REGISTRAR FILE NO.: 0208632
42b. DATE RECEIVED BY LOCAL REGISTRAR: OCTOBER 12, 2016
42c. REGISTRAR: REGISTRAR - CITY OF DALLAS, ELECTRONICALLY FILED

EDR NUMBER 000001979510

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED OCT 13 2016

VICTOR A. FARINELLI
ACTING STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND