UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------X

IN RE: XARELTO (RIVAROXABAN) PRODUCTS  :  MDL No. 2592
LIABILITY LITIGATION

                                                                                                 :  SECTION L

                                              JUDGE ELDON E. FALLON

                                      :  MAG. JUDGE MICHAEL NORTH

-----------------------------------------------------------------:

**THIS DOCUMENT RELATES TO:**

*Estalene Petrey v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv -15372**

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Regina Weaver on behalf of decedent, Estalene Petrey.

1. Estalene Petrey's product liability suit was filed on October 7, 2016.

2. Plaintiff Estalene Petrey died on February 13, 2016.

3. Estalene Petrey's product liability action against the defendants survived her death and was not extinguished.

4. On November 17, 2016 a Notice and Suggestion of Death was filed, attached hereto as "Exhibit A."

5. Regina Weaver, surviving daughter of Estalene Petrey, was appointed Executrix of her Estate on February 29, 2016 by the Greenup District Court, State of Kentucky, attached hereto as "Exhibit B."

6. Regina Weaver is a proper party to substitute for plaintiff-decedent Estalene Petrey and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A

motion for substitution may be made by any part of the decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court Motion for substitution as plaintiff in this action.

Dated: November 17, 2016                    Respectfully Submitted,

**MCEWEN LAW FIRM, LTD**

By: /s/*Gregory N. McEwen*
Gregory N. McEwen #0273843
5850 Blackshire Path
Inver Grove Heights, MN 55076
(651) 224-3833
(651) 223-5790 facsimile
gmcewen@mcewenlaw.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/Gregory N. McEwen