# EXHIBIT A

AOC-805
Rev. 10-05
Page 3 of 3

Case No. 16-P-45

IN RE: Estate of Estalene T. Petrey

**ORDER**

[X] Petition filed this 29th day of February, 2016.

ENTERED
FEB 29 2016
ALLEN REED, CLERK
BY: _____ D.C.

[X] Will tendered this 29th day of February, 2016.

Upon hearing, the Will offered was proven by Cynthia Gerlach

and **ORDERED PROBATED** as the Last Will and Testament of Decedent this 29th day of February, 2016.

The Court appoints: Regina Ann Weaver as

[X] Executor/Executrix OR [ ] Administrator/Administratrix of said estate and fixes bond in the sum of

$ 220,000   [ ] with surety OR [✓] without surety.

Date: February 29, 2016.

_____
Judge's Signature

Distribution:
  Case File
  Revenue Cabinet

Process Agent:
Matthew Wisecup
P.O. Box 280
Greenup, KY 41144-0280
606-473-7303
606-473-9003 (fax)