# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-------------------------------------------------------------------- X

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   :  MDL No. 2592
LIABILITY LITIGATION

 :  SECTION L

    JUDGE ELDON E. FALLON

 :  MAG. JUDGE MICHAEL NORTH

-------------------------------------------------------------------- :

**THIS DOCUMENT RELATES TO:**

*Estalene Petrey v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv -15372**

### SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby

informs this Court of the death of the Plaintiff, Estalene Petrey on February 13, 2016.

Dated: <u>November 17, 2016</u>        Respectfully Submitted,

**MCEWEN LAW FIRM, LTD**

By: _/s/*Gregory N. McEwen*_____
Gregory N. McEwen #0273843
5850 Blackshire Path
Inver Grove Heights, MN 55076
(651) 224-3833
(651) 223-5790 facsimile
gmcewen@mcewenlaw.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2016, I electronically filed the foregoing document
with the Clerk of the Court using the CM/ECF system which will send notification of such filing
to all attorneys of record.

_____*/s/Gregory N. McEwen*_____