UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| YVONNE SPATES | |
|     Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER HEALTH CARE AG, and BAYER AG, | Civil Action No.: 2:16-cv-05602<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |
|     Defendants | |

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Yvonne Spates, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-05602 only.  This stipulation shall not affect the lawsuit filed by Yvonne Spates, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-04776. All parties shall bear their own costs.

| | |
|---|---|
| **McGARTLAND LAW FIRM**<br>By: *s/ Michael McGartland*<br>Michael P. McGartland<br>1300 S. University Drive<br>Fort Worth, TX 76107<br>817-332-9300<br>Email: firm@mcgartland.com<br>Attorney for Plaintiff<br><br>Dated: November 17, 2016 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br><br>Dated: November 17, 2016<br><br>**KAYE SCHOLER LLP**<br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>901 15th Street NW<br>Washington, D.C. 20005<br>Telephone: (202) 682-3500<br>Facsimile: (202) 682-3580<br>andrew.solow@kayescholer.com<br>william.hoffman@kayescholer.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br><br>Dated: November 17, 2016<br><br>**IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By: /s/James B. Irwin<br>James B. Irwin<br>Kim E. Moore<br>400 Poydras St., Ste, 2700<br>New Orleans, LA 70130<br>(504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br><br>Liaison Counsel for Defendants<br>Dated: November 17, 2016 |

-3-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 17, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

/s/ Michael P. McGartland