UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*ASHCRAFT V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:16-cv-13587

## RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET

COMES NOW, Wendy C. Elsey of Matthews & Associates, and files this response to the Order to Show Cause (Doc. 4519) issued by this Court on November 15, 2016:

1. Plaintiffs' Joint Complaint was filed in In Re Xarelto Products Liability, MDL 2592 (E.D.La) pursuant to Pretrial Order No. 11. Plaintiffs' Joint Complaint was filed on May 18, 2016 and captioned 2:16-cv-06494; *Arce et al v. Janssen Research & Development LLC et al*.

2. On August 4, 2016, pursuant to the Court's Order for severance, a Short Form Complaint was filed and this case was assigned cause number 2:16-cv-13587, *James Ashcraft, IV v. Janssen Research & Development LLC et al.*

3. Case Management Orders ("CMO") No. 1 and 13 require all Plaintiffs to submit a Plaintiff Fact Sheet ("PFS") to the defendants using MDL Centrality within 60 days

1

from the date each plaintiff's case is filed, if filed directly in this Court, or within 60 days of the date the case is transferred to the Court.

4. In order to comply with CMOs No. 1 and 13, counsel for Plaintiff made numerous attempts to obtain a completed PFS and executed authorization from the Plaintiff, James Ashcraft, IV, beginning in August of 2016.

5. Specifically, multiple letters, phone calls, and e-mail correspondence were sent to Mr. Ashcraft beginning in August 2016 to his last known addresses and phone number.

6. In late September 2016, upon receipt of returned mail and failure to make contact by telephone and email, counsel performed a Lexis search in an attempt to locate Mr. Ashcraft and learned at that time that Mr. Ashcraft had possibly passed away. Attempts were made to contact next of kin using information obtained through the Lexis search and counsel was subsequently able to confirm that Mr. Ashcraft had in fact died on December 11, 2015.

7. A Suggestion of Death is being filed contemporaneously with this response notifying the Court of Mr. Ashcraft's death.

8. On October 19, 2016, undersigned counsel communicated with Greg Powers, probate counsel working to initiate probate proceedings for Mr. Ashcraft's estate. Mr. Powers advised counsel that he would discuss this case with the anticipated representative of Mr. Ashcraft's estate and advise as to whether they wish to proceed with the case upon appointment by the probate court, which Mr. Powers indicated would most likely occur within the next 30 days. To date, counsel has not been able

to reach Mr. Powers by telephone or e-mail regarding the current status of the probate proceedings.

9. Based on counsel's previous communications with probate counsel, Greg Powers, counsel anticipates that this case will continue to be pursued upon appointment of the proper representative of Mr. Ashcraft's estate.

10. Accordingly, undersigned counsel requests that this claim not be dismissed for failure to file a Plaintiff Fact Sheet and that counsel be granted an extension of time in which to submit Plaintiff's Fact Sheet upon the appointment of a proper representative of the Estate of James Ashcraft, IV.

WHEREFORE, Matthews & Associates move this Court to not dismiss this case with prejudice for failure to serve a Plaintiff Fact Sheet.

Dated: <u>November 17, 2016</u>                                      Respectfully submitted,


/s/ David P. Matthews
DAVID P. MATTHEWS
Texas Bar No.: 13206200
WENDY C. ELSEY
Texas Bar No.: 24053186
Matthews & Associates
2905 Sackett St.
Houston, TX  77098
713.222.8080
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
welsey@dpmlawfirm.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2016, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ David P. Matthews
David P. Matthews