UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| * * * * * * * * * * * * * * * * * * * * | * * * | SECTION L |
| THIS DOCUMENT RELATES TO: All Actions | * * * * * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion to Change/Expedite Submission Date;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the Plaintiffs' Steering Committee's Motion Regarding the Sufficiency of Defendants' Objections to Plaintiffs' First Request for Admissions to Defendants [Rec. Doc. 4509] be and is hereby set for hearing following the monthly status conference on November 29, 2016.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge