UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Luvina Smith

CA# 2:16-cv-10438

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: the Motion is GRANTED (R. Doc. 4516) and Plaintiff Daniel Smith, on behalf of the Estate of Luvina Smith, is substituted for Plaintiff Luvina Smith, in the above captioned cause.

New Orleans, Louisiana this 17th day of November, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge