UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

**Marian Williams and Carl Williams v. Janssen Research & Development, LLC, et al.**

**Case No. 2:16-CV-14429**

## ORDER

**IT IS ORDERED** that the Unopposed Motion To Substitute for Party Plaintiff and For Leave to File First Amended Individual Complaint by Plaintiff Carl Williams, on behalf of the estate of Marian Williams, is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaints into the record in this matter.

**NEW ORLEANS, LOUISIANA, this** 17th **day of** November **, 2016.**

_____
**UNITED STATES DISTRICT JUDGE**