| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ------------------------------------------------------------------ ) | SECTION: L |
| ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE MICHAEL NORTH |

THIS DOCUMENT RELATES TO:
*Earlette L. Douresseau v. Janssen Research and Development, LLC et al*
2:16-cv-01408

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Now comes Plaintiff Earlette Douresseau, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 4432) and by and through undersigned counsel submits this, her response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff Earlette Douresseau contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on February 19, 2016. The complaint was filed in good faith in order to comply with the statute of limitations for Ms. Douresseau's claim.

3. After many attempts, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet from Ms. Douresseau.

4. Undersigned counsel has communicated with Ms. Douresseau regarding the need to obtain and serve a completed Plaintiff Fact Sheet. Ms. Douresseau has been unable to provide such completed Plaintiff Fact Sheet to date.

5. Undersigned counsel has been diligent in contacting Ms. Douresseau, and informed Ms. Douresseau that her claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served according to CMO 1 and PTO 13.

6. Without waiving the attorney-client privilege, the Firm has advised Ms. Douresseau in writing on multiple occasions regarding the need for her assistance in the Completion of a Plaintiff Fact Sheet and the implications of not providing such on February 23, 2016; April 7, 2016; April 13, 2016; April 19, 2016; October 12, 2016 and November 4, 2016.

7. In addition, contact with Ms. Douresseau was attempted via telephone regarding the implications of not completing the Plaintiff Fact Sheet on numerous occasions, including February 29, 2016; April, 5, 2016, April 12, 2016; and April 19, 2016.

8. Accordingly, undersigned counsel has nothing to oppose based on the inability to obtain sufficient information from Ms. Douresseau and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13 and the undersigned counsel's difficulty of contact with the Plaintiff.

9. At all times relevant hereto, undersigned Counsel has diligently sought contact with Ms. Douresseau in order to serve a completed Plaintiff Fact Sheet.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at present time.

Respectfully submitted November 18, 2016.

By: /s/ Les Weisbrod
Les Weisbrod
Alexandra Boone
**MILLER WEISBROD, LLP**
11551 Forest Central Drive, Ste. 300
Dallas, TX 75243
Phone: (214) 987-0005
lweisbrod@millerweisbrod.com
aboone@millerweisbrod.com

*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: /s/ Les Weisbrod
Les Weisbrod
Alexandra Boone
**MILLER WEISBROD, LLP**
11551 Forest Central Drive, Ste. 300
Dallas, TX 75243
Phone: (214) 987-0005
lweisbrod@millerweisbrod.com
aboone@millerweisbrod.com