UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*All Cases listed on Exhibit A* | ) ) ) ) | Civil Action No. 2:14-cv-0592 |

# ORDER

IT IS ORDERED that the Unopposed Motion for Leave to File Amended Complaint filed by Plaintiffs listed in Exhibit A of the aforementioned Motion is hereby GRANTED, and the Clerk of Court is directed to file the First Amended Complaints into the record of each matter.

ORDERED AND SIGNED this  17th  day of November , 2016.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A TO MOTION TO AMEND COMPLAINTS

|    | Plaintiff                                                                 | Case Number     | Date Complaint Filed                                                        |
|----|---------------------------------------------------------------------------|-----------------|-----------------------------------------------------------------------------|
| 1  | Cynthia Roe                                                               | 2:15-cv-00852   | Filed in USDC - EDKY on 3/5/2015.  Transferred to MDL 2592 on 3/18/2015.   |
| 2  | Thomas Pruitt                                                             | 2:15-cv-01704   | 5/20/2015                                                                   |
| 3  | William Wills                                                             | 2:15-cv-01704   | 5/20/2015                                                                   |
| 4  | Edna Brunk                                                                | 2:15-cv-01704   | 5/20/2015                                                                   |
| 5  | Jo Ann Hebert                                                             | 2:15-cv-03100   | 7/30/2015                                                                   |
| 6  | Grace Hill                                                                | 2:15-cv-03096   | 7/30/2015                                                                   |
| 7  | Lynn Kelly                                                                | 2:15-cv-03125   | 7/31/2015                                                                   |
| 8  | Guy Bethel                                                                | 2:15-cv-03966   | 8/31/2015                                                                   |
| 9  | Todd Parks                                                                | 2:15-cv-05085   | 10/12/2015                                                                  |
| 10 | Ronald Stephens                                                           | 2:15-cv-05285   | 10/20/2015                                                                  |
| 11 | Larry Garvin                                                              | 2:15-cv-05291   | 10/20/2015                                                                  |
| 12 | Frank Simpson                                                             | 2:15-cv-05305   | 10/21/2015                                                                  |
| 13 | Deborah Paiva, as Administrator of the Estate of Evelyn Triplett, Deceased | 2:15-cv-05815   | 11/11/2015                                                                  |
| 14 | Virginia Waitkus                                                          | 2:15-cv-06614   | 12/9/2015                                                                   |
| 15 | Bennie Jacks                                                              | 2:15-cv-07159   | 12/30/2015                                                                  |
| 16 | Vandahl Walker                                                            | 2:16-cv-00402   | 1/18/2016                                                                   |
| 17 | Sue Tolbird                                                               | 2:16-cv-00675   | 1/26/2016                                                                   |
| 18 | Edward Woltmann                                                           | 2:16-cv-01073   | 2/5/2016                                                                    |
| 19 | Reginald Cash                                                             | 2:16-cv-1187    | 2/10/2016                                                                   |
| 20 | Donna Bessire                                                             | 2:16-cv-01279   | 2/15/2016                                                                   |
| 21 | Willie Marusak                                                            | 2:16-cv-01281   | 2/15/2016                                                                   |
| 22 | Frederick Meyer                                                           | 2:16-cv-01280   | 2/15/2016                                                                   |