UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| | JUDGE: ELDON E. FALLON |
| *Ozella Williams v. Janssen R&D, LLC, et al.*, No. 2:16-cv-01139 | MAGISTRATE JUDGE MICHAEL NORTH |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff in the above-listed action, by and through undersigned counsel, who respond to the Order to Show Cause (doc. nos. 4071 and 4432) as follows.

1. On December 11, 2015, the undersigned filed a complaint supported by Plaintiff's medical records reflecting plaintiff's Xarelto use and a diagnosis of gastrointestinal bleeding and acute post hemorrhagic anemia.

2. On, January 21, 2016, after her complaint was filed but before her Plaintiff Fact Sheet could be completed, Plaintiff passed away.

3. Counsel filed a suggestion of death on February 12, 2016.

1

4. Despite diligent effort, Counsel was unable to locate a candidate to serve as representative of plaintiff's estate and was thus unable to timely complete Plaintiff's Fact Sheet.

5. On September 6, 2016, Defendants filed a Motion for Order to Show Cause why Plaintiff's claims should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet. On September 30, 2016 this Court ordered that Plaintiff has until November 21, 2016 to remedy the deficiency.

6. On October 31, 2016, Plaintiff's counsel was contacted by Plaintiff's sister Ruth Ballard; Ms. Ballard has agreed to serve as Plaintiff's personal representative.

7. On November 3, 2016 Defendants filed a second Motion for Order to Show Cause why Plaintiff's action should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet.  The hearing for this Rule to Show Cause is scheduled for November 29, 2016 at 10:00 am.

8. On November 4, 2016, with assistance from the personal representative, Plaintiff's counsel uploaded the completed Plaintiff Fact Sheet, thereby curing the deficiency that forms the basis of Defendants' motion for Order to Show Cause.

9. Because the deficiency has been now cured, and because plaintiff's death and the difficulty in locating a personal representative for her estate to continue the action were the reasons for the delay in completing the Fact Sheet, the Court should deny Defendants' motion for a Rule to Show Cause and allow the claims to proceed.

10. Plaintiff respectfully requests that the Rules to Show Cause be dissolved.

Respectfully submitted,

Dated: November 18, 2016  **GRANT & EISENHOFER P.A.**

By*:*  /s/ Thomas V. Ayala
Jay W. Eisenhofer
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646-722-8500
Facsimile: 646-722-8501
jeisenhofer@gelaw.com

M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing before been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and

3

via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Thomas V. Ayala
Thomas V. Ayala, Esquire