UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Ozella Williams v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:16-cv-01139  **No. 2:16-cv-01139** | **MDL No. 2592** SECTION: L  JUDGE: ELDON E. FALLON  MAG. JUDGE: MICHAEL NORTH |

**[proposed] ORDER**

The Motion to Substitute Ruth Ballard on behalf of the estate of Ozella Williams, the personal representative of Plaintiff Ozella William's estate, as the Plaintiff in this action is **HEREBY GRANTED**.

**SO ORDERED:**

_____          **DATED:**_____

1