# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Hardenia Daniels

CA# 2:16-cv-992

## SUGGESTION OF DEATH

     Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Hardenia Daniels on May 7, 2016.

Dated: November 16, 2016

                                                           Respectfully submitted,

                                                           By: ___/s/ Daniel J. Carr_____

                                                           Joseph C. Peiffer, La. Bar # 26459
                                                           Daniel J. Carr, La. Bar # 31088
                                                           PEIFFER ROSCA WOLF
                                                          ABDULLAH CARR & KANE
                                                          A Professional Law Corporation
                                                          201 St. Charles Avenue, Suite 4610
                                                          New Orleans, Louisiana  70170-4600
                                                          Telephone:  (504) 523-2434
                                                          Facsimile:  (504) 523-2464
                                                          Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

Certificate of Service

     I hereby certify that on November 16, 2016, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                       /s/ Daniel J. Carr