# EXHIBIT 2

## LETTERS TESTAMENTARY

IN THE MATTER OF THE ESTATE OF:    IN THE PROBATE COURT OF
                                   JEFFERSON COUNTY, ALABAMA

**HARDENIA W DANIELS**,              CASE NO. 2016-048237
          Deceased

### LETTERS TESTAMENTARY

The Will of the above-named deceased having been duly admitted to record in said county, **Letters Testamentary** are hereby granted to **CYNTHIA HATTER**, the Personal Representative named in said will, who has complied with the requisitions of the law and is authorized to administer the estate. Subject to the priorities stated in §43-8-76, Code of Alabama (1975, as amended), the said Personal Representative, acting prudently for the benefit of interested persons, has all the powers authorized in transactions under §43-2-843, Code of Alabama (1975, as amended).

**WITNESS** my hand this date, **10th day of November, 2016.**

_____
Judge of Probate

I, ALAN L KING JUDGE of Probate Court of Jefferson County, Alabama, hereby certify that the foregoing is a true, correct and full copy of the **Letters Testamentary** issued in the above styled cause as appears of record in said Court. I further certify that said Letters are still in full force and effect.

WITNESS my hand and seal of said Court this date, **10th day of November, 2016.**

_____
JUDGE OF PROBATE