UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:
CIVIL ACTION NO: 2:15-CV-05497**

KENNETH CUNNINGHAM
    Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG
    Defendants.

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF, KENNETH CUNNINGHAM
<u>AND REQUEST TO APPEAR TELEPHONCIALLY</u>**

TO THE HONORABLE COURT:

The Hayes Law Firm, P.C., along with Debra B. Hayes, and Joshua R. Leal, request leave to withdraw as counsel for Plaintiff, Kenneth Cunningham and will show unto the Court the following:

MOTION - 1

## I. ARGUMENT

The Movants are The Hayes Law Firm, P.C., Debra B. Hayes[1], and Joshua R. Leal (hereinafter collectively referred to as the "Firm"), who are the current legal counsel for Plaintiff, Kenneth Cunningham. The Movants have provided a memorandum along with exhibits in support of their motion to withdraw which is attached hereto.

In accordance with the Eastern District of Louisiana's Local Rule 83.2.11, along with TX ST RPC Rule 1.15 (b)(5)-(7), LA ST BAR ART 16 RPC Rule 1.16 (b)(5)-(7), and OH ST RPC Rule 1.16(b)(5), Movants seek leave to withdraw as the counsel for Plaintiff, Kenneth Cunningham, on the grounds that he has failed to substantially fulfill an obligation to his lawyers, and the representation of Mr. Cunningham has been rendered unreasonably difficult by him since he has failed to communicate or cooperate with the firm since May 9, 2016.

Movants have complied with the local rules, and PTO 30. Movants have conferred with Defendants' Lead and Liaison counsel 14 days before filing the motion. The Janssen Defendants are opposed but not did provided an explanation for their objection. No other Defense counsel has responded in writing.

Movants have set forth in the memorandum, with supporting documentation, their efforts to contact Mr. Cunningham, and he has refused to contact the firm. Movants are unaware whether Mr. Cunningham intends on hiring new counsel.

---

[1] Debra Hayes is designated as the attorney of record. Unfortunately, Debra Hayes has passed away. However, Counsel, Joshua R. Leal, has solely handled this case since the inception of the case, and continued to handle the case after the passing of Ms. Hayes. Counsel, Joshua R. Leal, is the only attorney that dealt with Mr. Cunningham on behalf of the Hayes Law Firm, and Mr. Cunningham ceased communicating and cooperating with the firm before the passing of Ms. Hayes. Out of an abundance of caution, the movants are identified as the Hayes Law Firm, P.C., and Debra Hayes. Although Counsel, Joshua R. Leal, is not the attorney of record, this Counsel also seeks to formally withdraw as well out of an abundance of caution.

MOTION - 2

Movants have filed the Plaintiff Fact Sheets for Mr. Cunningham, and submitted amended Plaintiff Facts, and have produced his medical records in MDL Centrality.

Movants have paid the filing fees before filing the motion to withdraw.

Movants have sent this motion, all supporting documents, and notice of submission to Kenneth Cunningham by first class and certified mail, and email.  Movants have informed Mr. Cunningham of his right to object and provided the contact information for the Court.  The last known address for Kenneth Cunningham is 9004 N. Main St., Windham, OH 44288.  The last known phone numbers for Mr. Cunningham are 740-504-7447 (bad number) and 740-504-7655 (bad number).  The firm previously communicated with Mr. Cunningham by email to tbk77543@gmail.com, but Counsel believes this is an email address for an acquaintance of Mr. Cunningham, and not his personal email address.

## II.  REQUEST TO APPEAR TELEPHONICALLY

Movants respectfully seek permission to permit, Attorney, Joshua R. Leal or Charles Hunter, to appear telephonically to present this motion following the status conference on December 20, 2016, at 9:00 a.m.  To appear in person would cause substantial hardship on the undersigned Counsel since he has accepted employment with a new firm and will be working with the new firm when this motion is heard, and the undersigned counsel has three kids at 2 years or less at home--making travel extremely difficult or impossible.  The only other attorney at the firm is Charles Hunter, and Movants request that Mr. Hunter be able to appear by phone for the efficient administration of justice, and to prevent further undue hardship on the law firm.

## CONCLUSION

For all of these reasons, the Court should grant the Movants request for leave to withdraw as Counsel of Record, and the request to appear telephonically.

MOTION - 3

Dated November 21, 2016.

Respectfully submitted,

The Hayes Law Firm, P.C.

*/s/ Joshua R. Leal*
Joshua R. Leal,
TX Bar No: 24048609
700 Rockmead, Suite 210
Kingwood, TX  77339
Telephone: (281) 815-4986
Fax: (832) 575-4759
jleal@dhayeslaw.com
**MOVANTS**

### CERTIFICATE OF CONFERENCE

I hereby certify that I emailed Defendants' Lead and Liaison Counsel (on November 7, 2016) at least 14 days prior to the filing of this motion to determine whether they were opposed or unopposed to the motion.  Counsel for the Janssen Defendants stated in writing that they were opposed to the motion but did not set forth any basis for their opposition.  No other Counsel for the Defendants responded to my email.

*/s/ Joshua R. Leal*
Joshua R. Leal

### CERTIFICATE OF SERVICE

I certify that on November 21th, 2016, I electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

*/s/ Joshua R. Leal*
Joshua R. Leal

MOTION - 4