

# The Hayes Law Firm, P.C.

1439 Durango, Houston, Texas 77055
www.dhayeslaw.com

Joshua R. Leal
(281) 815-4986

jleal@dhayeslaw.com
Fax (832) 575-4759

May 10, 2016

Kenneth Cunningham
9004 N. Main St.
Windham, OH 44288

Dear Ken,




The Hayes Law Firm, P.C.
2 | Page

Very Truly Yours,

Joshua R. Leal, Esq.

Pg. 002

Exhibit 2



# The Hayes Law Firm, P.C.

1439 Durango, Houston, Texas 77055
www.dhayeslaw.com

Joshua R. Leal
(281) 815-4963

jleal@dhayeslaw.com
Fax (832) 575-4759

June 16, 2016

Kenneth Cunningham
9004 N. Main St.
Windham, OH 44288

Via Certified Mail: 7015-1730-0000-5419-9820
Via First Class Mail

Dear Mr. Cunningham,

[REDACTED]

Sincerely,

Joshua R. Leal

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ken Cunningham
9004 N. Main Street
Windham, OH, 44288

9590 9402 1728 6074 3345 64

7015 1730 0000 5419 9820

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

7015 1730 0000 5419 9820

left notice 6/21

6-26

1

$4.24 US POSTAGE
1 OZ FIRST-CLASS FLATS RATE
062S0009140042
FROM 77055
stamps.com

USPS FIRST CLASS

Joshua Leal
The Hayes Law Firm
1439 Durango Drive
Houston TX 77055

NIXIE 442882007-1N 07/14/16

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
RETURN TO SENDER

C001

**SHIP TO:** Ken Cunningham
9004 N. Main Street
Windham OH 44288-1023

UNCLAIMED

USPS CERTIFIED MAIL™

9407 1118 9956 3277 7543 93



# The Hayes Law Firm, P.C.

1439 Durango, Houston, Texas 77055
www.dhayeslaw.com

Joshua R. Leal
(281) 815-4963

jleal@dhayeslaw.com
Fax (832) 575-4759

July 5, 2016

Kenneth Cunningham
9004 N. Main St.
Windham, OH 44288

Via Certified Mail: 7015-1730-0000-5419-9806
Via First Class Mail

Dear Mr. Cunningham,

[REDACTED]

Sincerely,

J Leal / w/permission WR

Joshua R. Leal

Hayes Law Firm
1439 Durango
Houston, TX 77055
CERTIFIED MAIL
7015 1730 0000 5419 9806
NORTH HOUSTON
09 JUL 2016
LA CUEVA DEL INDIO
Ken Cunningham
9004 N. Main Street
Windham, OH 44288-1023
UNCLAIMED
44288-102304

# The Hayes Law Firm, P.C.

1439 Durango, Houston, Texas 77055
www.dhayeslaw.com

Joshua R. Leal  
(281) 815-4963

jleal@dhayeslaw.com  
Fax (832) 575-4759

July 13, 2016

Adam Baker  
8 North Court Street, Ste 212  
Athens, OH 54701

Via Certified Mail: 7015-1730-0000-5419-9981  
Via First Class Mail

Dear Mr. Baker,

Our firm represents Mr. Cunningham in a pharmaceutical case. Mr. Cunningham previously informed us that you were his divorce lawyer. We have been trying to contact Mr. Cunningham for the past month without any success and we are doing everything we can to reach him. Out of a professional courtesy, we ask that you if have the ability to contact Mr. Cunningham, then please advise him to contact our firm immediately since there are deadlines pending in his case that are imminent. We appreciate your help in this matter. Thanks.

Sincerely,

Joshua R. Leal

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Adam Baker
8 North Court Street, Ste 212
Athens, OH. 45701

9590 9402 1852 6104 7130 20

2. Article Number: 7015 1730 0000 5419 9981

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053
Domestic Return Receipt

POSTAGE DUE 2.70

Refused 7-19-16

1

$4.45 US POSTAGE
2 OZ FIRST-CLASS FLATS RATE
062S0009140042
FROM 77055
stamps.com
07/14/2016

USPS FIRST CLASS MAIL®

Joshua Leal
7707 Trail blazer Drive
Houston TX 77040

RETURN TO SENDER
REASON CHECKED
☐ Unclaimed
☐ Attempted Not Known
☐ Insufficient Address
☐ No Such Street
☐ No Such Office in State
☐ Do Not Remail
☐ Refused
☐ No Such

C008

SHIP TO: Adam Baker
8 North Court Street, Ste 212

NIXIE 457012012-4N 07/26/16
POSTAGE DUE - $
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

Exhibit 2

SAMSUNG
3:16 PM
7045047655, 7405047447
07/13/2016 Wed
Ken, please contact attorney Joshua Leal today on this number. Thank you.
10:19AM
Enter message

# The Hayes Law Firm, P.C.

1439 Durango, Houston, Texas 77055
www.dhayeslaw.com

Joshua R. Leal
(281) 815-4963

jleal@dhayeslaw.com
Fax (832) 575-4759

July 13, 2016

Kenneth Cunningham
9004 N. Main St.
Windham, OH 44288

Via Certified Mail: 7015-1730-0000-5419-9974
Via First Class Mail
Via Email: tbk77543@gmail.com

Mr. Cunningham,

[redacted]

Sincerely,

Joshua R. Leal

English Customer Service USPS Mobile Register / Sign In

# USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

**Get Easy Tracking Updates ›**
**Sign up for My USPS.**

**Tracking Number: 70151730000054199974**

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **July 20, 2016 , 4:41 am** | **In Transit to Destination** | |
| The item is currently in transit to the destination as of July 20, 2016 at 4:41 am. | | |
| July 19, 2016 , 12:02 am | Departed USPS Facility | CLEVELAND, OH 44101 |
| July 18, 2016 , 10:41 pm | Arrived at USPS Facility | CLEVELAND, OH 44101 |
| July 17, 2016 , 2:32 pm | Arrived at USPS Facility | CLEVELAND, OH 44181 |
| July 16, 2016 , 3:08 am | In Transit to Destination | |
| July 14, 2016 , 9:08 pm | Arrived at USPS Facility | NORTH HOUSTON, TX 77315 |

## Available Actions

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2016 USPS. All Rights Reserved.