

# The Hayes Law Firm, P.C.

**1439 Durango, Houston, Texas 77055**
**www.dhayeslaw.com**

**Joshua R. Leal**
(281) 815-4986

jleal@dhayeslaw.com
Fax (832) 575-4759

July 27, 2016

Kenneth Cunningham
9004 N. Main St.
Windham, OH 44288

Via Certified Mail: 7015-1730-0000-5419-9868
Via First Class Mail
Via Email: tbk77543@gmail.com

RE: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Mr. Cunningham,





**The Hayes Law Firm, P.C.**
2 | Page



Sincerely,

Joshua R. Leal

Enclosure

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ken Cunningham
   9004 W. Main Street
   Windham, OH, 44288

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Ken Cunningham                8-17-16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

7015 1730 0000 5419 9868

PS Form 3811, July 2013                Domestic Return Receipt



# The Hayes Law Firm, P.C.

1439 Durango, Houston, Texas 77055
www.dhayeslaw.com

Joshua R. Leal
(281) 815-4963

jleal@dhayeslaw.com
Fax (832) 575-4759

July 27, 2016

Kenneth Cunningham
9004 N. Main St.
Windham, OH 44288

Via Certified Mail: 7015-1730-0000-5419-9875
Via First Class Mail
Via Email: tbk77543@gmail.com

Mr. Cunningham,





Sincerely,

Joshua R. Leal

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>Ken Cunningham   8/1/2016 |
| 1. Article Addressed to:<br><br>Ken Cunningham<br>9004 N. Main Street<br>Windham, OH, 44288 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>7015 1730 0000 5419 9875 | |
| PS Form 3811, July 2013 | Domestic Return Receipt |

**Wajih Rahman**

| | |
|---|---|
| **From:** | Wajih Rahman |
| **Sent:** | Wednesday, July 27, 2016 5:35 PM |
| **To:** | 'tbk77543@gmail.com' |
| **Subject:** | In Re to Xarelto Litigation |
| **Attachments:** | 7-27-16 Cunningham re Contact.pdf; 7-27-16 Cunningham re Preservation Orders.pdf |
| **Importance:** | High |

Good Afternoon Mr. Cunningham,

[redacted]

Best Regards,

**Wajih Rahman**

**The Hayes Law Firm, P.C.**
THE HAYES LAW FIRM, P.C.
www.dhayeslaw.com
Houston, Texas
Phone: 281-815-4963
Cell: 409-440-6269
Fax: 832-575-4759

1





# The Hayes Law Firm, P.C.

1439 Durango, Houston, Texas 77055
www.dhayeslaw.com

Joshua R. Leal
(281) 815-4963

jleal@dhayeslaw.com
Fax (832) 575-4759

August 19, 2016

Kenneth Cunningham
9004 N. Main St.
Windham, OH 44288

Via Certified Mail: 7015-1730-0000-5425-4468
Via First Class Mail
Via Email: tbk77543@gmail.com



Mr. Cunningham,

**The Hayes Law Firm, P.C.**
2 | Page



Sincerely,

Joshua R. Leal

Enclosure



Enter the email address you used to create your account.
🛑 You must enter a valid email address
Email address [           ]

Thank you. We have sent the username associated with your email address in an email to you.
Once you receive your username you can sign in to Stamps.com.

You are now required to change your temporary password.
Your new password must:
Be 6 to 20 characters in length.
Contain at least one letter and one number.
Not be the same as your username.
Not be the same as a previously-used password.

Temporary Password:       [          ]   [          ]   [          ]
New Password:
Confirm New Password:

To protect your account, you must provide security questions and answers before logging in.
Click "Continue" to be redirected to a new page to set up your security questions and answers.

## Search Prints

Date: Last 2 years   From: 11/17/2014   To: 11/17/2016   Go   Search: cunningham   Go   ⚙ Customize Display

Edit Cost Code   Return Label   Clear Search                                                                                   Export

| ☐ | Info | Print Date | Cost | Recipient | Status | Tracking #/ Insurance ID | Date Delivered | Carrier | Class/Service | Special |
|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | ℹ | 11/17/2016 | $8.11 | Ken Cunningham, 9004 N. Main Str | Printed | 9414811899564489786454 | | USPS | First Class ® | Certified |
| ☐ | ℹ | 11/17/2016 | $2.62 | Ken Cunningham, 9004 N. Main Str | Printed | | | USPS | First Class ® | |
| ☐ | ℹ | 8/19/2016 | $6.22 | Ken Cunningham, 9004 N. Main Str | Printed | 9414811899563031968928 | | USPS | First Class ® | Certified |
| ☐ | ℹ | 8/19/2016 | $1.36 | Ken Cunningham, 9004 N. Main Str | Printed | | | USPS | First Class ® | |
| ☐ | ℹ | 7/28/2016 | $4.87 | Ken Cunningham, 9004 N. Main Str | Delivered | 9407111899563056023009 | 8/11/2016 | USPS | First Class ® | Certified |
| ☐ | ℹ | 7/28/2016 | $4.87 | Ken Cunningham, 9004 N. Main Str | Delivered | 9407111899563056090209 | 8/11/2016 | USPS | First Class ® | Certified |
| ☐ | ℹ | 7/27/2016 | $1.36 | Ken Cunningham, 9004 N. Main Str | Printed | | | USPS | First Class ® | |
| ☐ | ℹ | 7/27/2016 | $1.36 | Ken Cunningham, 9004 N. Main Str | Printed | | | USPS | First Class ® | |
| ☐ | ℹ | 7/14/2016 | $4.45 | Ken Cunningham, 9004 N. Main Str | Delivered | 9407111899563065470597 | 7/22/2016 | USPS | First Class ® | Certified |
| ☐ | ℹ | 6/16/2016 | $4.24 | Ken Cunningham, 9004 N. Main Str | In Transit | 9407111899563277754393 | | USPS | First Class ® | Certified |
| ☐ | ℹ | 6/16/2016 | $0.94 | Ken Cunningham, 9004 N. Main Str | Printed | | | USPS | First Class ® | |
| ☐ | ℹ | 5/10/2016 | $1.36 | Ken Cunningham, 9004 N. Main Str | Printed | | | USPS | First Class ® | |
| ☐ | ℹ | 9/4/2015 | $0.98 | Ken Cunningham, 9004 N. Main Str | Printed | | | USPS | First Class ® | |
| ☐ | ℹ | 9/4/2015 | $1.20 | Ken Cunningham, 9004 N. Main Str | Printed | | | USPS | First Class ® | |
| ☐ | ℹ | 9/4/2015 | $1.20 | Ken Cunningham, 9004 N. Main Str | Printed | | | USPS | First Class ® | |
| ☐ | ℹ | 9/4/2015 | $1.20 | Ken Cunningham, 9004 N. Main Str | Printed | | | USPS | First Class ® | |
| ☐ | ℹ | 9/4/2015 | $1.20 | Ken Cunningham, 9004 N. Main Str | Printed | | | USPS | First Class ® | |
| ☐ | ℹ | 8/11/2015 | $0.98 | Ken Cunningham, 318 Park Street, / | Printed | | | USPS | First Class ® | |

Privacy Policy
Copyright © 1998-2016 Stamps.com Inc.

Check All | Uncheck All

Continue  Cancel

Exhibit 3