11/8/2016                                            LAED CM/ECF - Live

## Other Documents

2:15-cv-05497-EEF-MBN Cunningham v. Janssen Research & Development, LLC, et al

SEVERED_CLAIM,XARELTO

### U.S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Hayes, Debra on 11/8/2016 at 10:15 AM CST and filed on 11/8/2016

**Case Name:**      Cunningham v. Janssen Research & Development, LLC, et al

**Case Number:**     2:15-cv-05497-EEF-MBN

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**Filing fee paid from Kenneth D Cunningham, Jr re [1] Complaint,, (Filing fee $ 400 receipt number 053L-5796280) (Hayes, Debra)**

**2:15-cv-05497-EEF-MBN Notice has been electronically mailed to:**

Debra Brewer Hayes      dhayes@dhayeslaw.com, jleal@dhayeslaw.com, wrahman@dhayeslaw.com

**2:15-cv-05497-EEF-MBN Notice has been delivered by other means to:**

## Joshua Leal

**From:**          paygovadmin@mail.doc.twai.gov
**Sent:**          Tuesday, November 08, 2016 10:15 AM
**To:**            Wajih Rahman; Joshua Leal
**Subject:**       Pay.gov Payment Confirmation: LAED CM ECF


Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Kimberly Lange at (504) 589-7786.

Application Name: LAED CM ECF
Pay.gov Tracking ID: 25UT5CN2
Agency Tracking ID: 053L-5796280
Transaction Type: Sale
Transaction Date: Nov 8, 2016 11:14:48 AM

Account Holder Name: Charles Hunter
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************8498


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.