

# The Hayes Law Firm, P.C.

**1439 Durango, Houston, Texas 77055**
**www.dhayeslaw.com**

Joshua R. Leal  jleal@dhayeslaw.com
(281) 815-4963  Fax (832) 575-4759

November 17, 2016

Kenneth Cunningham
9004 N. Main St.
Windham, OH 44288

Via Certified Mail: 7015 0640 0003 0128 7394
Via First Class Mail
Via Email: tbk77543@gmail.com

Mr. Cunningham,



Case 2:14-md-02592-EEF-MBN Document 4576-6 Filed 11/21/16 Page 2 of 2



**2 |** P a g e



Sincerely,

*Joshua R. Leal*

Joshua R. Leal

Pg. 002 Exhibit 5