UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
**CIVIL ACTION NO:  2:15-CV-05497**

KENNETH CUNNINGHAM
        Plaintiff,
v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG
                Defendants.

ORDER

**IT IS HEREBY ORDERED** Joshua R. Leal or Charles Hunter may appear telephonically for argument of Movants' Motion to Withdraw as Counsel for Kenneth Cunningham, that will be heard after the status conference to be held on December 20, 2016, at 9:00 a.m.

New Orleans, Louisiana, on this __ day of _____2016.

                                                _____
                                                United States District Judge

ORDER - 1