UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

MDL NO. 2592

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
**CIVIL ACTION NO:  2:15-CV-05497**

KENNETH CUNNINGHAM
            Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG
                        Defendants.

ORDER

**IT IS HEREBY ORDERED** that the Hayes Law Firm P.C., Debra B. Hayes, and Joshua
R. Leal are withdrawn as Counsel of Record for Kenneth Cunningham, and that all notices from
this point forward shall be sent, in accordance with the Rules of Civil Procedure, to Kenneth
Cunningham at 9004 N. Main St., Windham, OH 44288.

New Orleans, Louisiana, on this __ day of _____2016.

                                        _____
                                        United States District Judge

ORDER  - 1