UNTED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO: 2:14-MD-02592-EEF-MBN

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL NO. 2592

SECTION: L
JUDGE: ELDON E. FALLON
MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**
**CIVIL ACTION NO: 2:15-CV-05497**

KENNETH D. CUNNINGHAM

     Plaintiff,

v.

JANSSEN RESEARCH & DEVELOPMENT LLC
f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL
RESEARCH AND DEVELOPMENT LLC,
JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON,
BAYER HEALTHCARE PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and
BAYER AG
                Defendants.

**NOTICE OF SUMISSION**

Notice is hereby given that Movants' Motion for Leave to Withdraw as Counsel for Plaintiff, Kenneth Cunningham, will be heard by before the Honorable Judge Eldon Fallon following the monthly status conference to be held on December 20, 2016, at 9:00 a.m, central standard time.

NOTICE OF SUBMISSION

Date: November 21, 2016

                                      Respectfully submitted,

                                      The Hayes Law Firm, P.C.

                                      */s/ Joshua R. Leal*
                                      Joshua R. Leal
                                      TX Bar No. 24048609
                              700 Rockmead, Suite 210
                              Kingwood, TX 77339
                              Telephone: (281) 815-4986
                              Fax: (832) 575-4759
                              jleal@dhayeslaw.com
                              **WITHDRAWING ATTORNEYS FOR**
                              **KENNETH CUNNINGHAM**

## CERTIFICATE OF SERVICE

    I certify that on November 21, 2016, I electronically filed a copy of the above and foregoing with the Clerk of the Court using the ECF system, and will be served upon counsel of record through MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592.

                        */s/ Joshua R. Leal*
                        Joshua R. Leal

NOTICE OF SUBMISSION