UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

THIS DOCUMENT RELATES TO: ALL CASES

## ORDER

Considering Order to Show Cause issued by this Court on November 15, 2016, (R. Doc. 4519), upon further report from the parties, the Court finds it would be in the interest of the parties and this Court to give the PSC additional time to contact the parties listed in that order, resolve some of the cases, and compile a shorter list by the November Monthly Status Conference. At that time, this Court will issue another Order to Show Cause for the remaining parties, to be scheduled at a later date.

Accordingly, **IT IS ORDERED** that the above-mentioned order (R. Doc. 4519) is **WITHDRAWN** and the hearing on such matter is **CANCELLED**. Any party listed in the prior order should take note that they **do not need to appear** and show cause on November 29, 2016.

New Orleans, Louisiana, this 17th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE