UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 <br><br> SECTION: L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Heng v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-11572**

## UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

COMES NOW counsel for Plaintiff Borima Heng, and respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A. In support of their motions, Plaintiff's counsel would show that Plaintiff Kimyou Heng, died on December 24, 2015. On November 1, 2016, the Probate Court for Henry County, Georgia entered an order appointing Borima Heng as Administrator of the Estate of Kimyou Heng, deceased.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for leave to file an amended complaint in this action in the form attached hereto as Exhibit A.

                                                Respectfully submitted,

Date:  November 21, 2016                      s/ Andy D. Birchfield, Jr.
                                                  Andy D. Birchfield, Jr.
                                                  C. Gibson Vance
                                                  David B. Byrne, III
                                                  BEASLEY, ALLEN, CROW,

METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated:  November 21, 2016        s/Andy D. Birchfield, Jr.
                    Andy D. Birchfield, Jr.