**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

---

IN RE: XARELTO (RIVAROXABAN)           )
PRODUCTS LIABILITY LITIGATION          )           MDL No. 2592
                                       )
                                       )           SECTION: L
                                       )
                                       )           JUDGE ELDON E. FALLON
                                       )
                                       )           MAGISTRATE JUDGE NORTH
                                       )
_____)

**THIS DOCUMENT RELATES TO:**

*Heng v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-11572**

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

**MAY IT PLEASE THE COURT**:

Plaintiff, by and through his counsel, hereby submits this memorandum in support of Plaintiff's Unopposed Motion to Amend Complaint, to which the Defendants have not objected. Counsel for Plaintiff Borima Heng, seeks leave from Court to file an amended complaint in this action. On November 1, 2016, the Probate Court for Henry County, Georgia entered an order appointing Borima Heng as Administrator of the Estate of Kimyou Heng, deceased. On November 16, 2016, Mr. Alan Rothman indicated via email correspondence that Bayer Defendants do not oppose Borima Heng's Amended Complaint. On November 16, 2016, Daryl Daly, partner of Susan M. Sharko, Co-Lead Defense Counsel, indicated via email correspondence that Janssen Defendants do not oppose Borima Heng's Amended Complaint.

**CONCLUSION**

Plaintiff's counsel respectfully requests that they be allowed to file an amended Complaint to reflect that Borima Heng has been appointed Administrator of the Estate of Kimyou Heng, deceased.


Respectfully submitted,

Date:  November 21, 2016

s/Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Complaint has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


Dated:  November 21, 2016                    s/Andy D. Birchfield, Jr.
                                             Andy D. Birchfield, Jr.