**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)                )
PRODUCTS LIABILITY LITIGATION            )        MDL No. 2592
                                                              )
                                                              )        SECTION: L
                                                              )
                                                              )        JUDGE ELDON E. FALLON
                                                              )
                                                              )        MAGISTRATE JUDGE NORTH
                                                              )
_____ )

**THIS DOCUMENT RELATES TO**

*Heng v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:16-cv-11572**

<u>**ORDER**</u>

This matter having come before the Court on Plaintiff's unopposed Motion for Leave to File Amended Complaint, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint is hereby GRANTED.

New Orleans, Louisiana this_____ day of _____, 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge