MINUTE ENTRY
FALLON, J.
NOVEMBER 17, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic hearing was held on this date in the chambers of Judge Eldon E. Fallon. The PSC was represented by Lenny Davis, Gerald Meunier, Brian Barr, Andy Birchfield, and Fred Longer. Defendants were represented by Susan Sharko, John Olinde, Steve Clickstein, and Andy Solow.

At the conference, the Court discussed (1) Defendants' responses to PSC discovery regarding the Collaborative Development and License Agreement; (2) PSC requests for admissions regarding the authenticity and business records status of certain documents; (3) PFS deficiencies and scheduling the show cause hearing; (4) Plaintiffs' responses to Defendants' discovery requests for communications re ROCKET AF, Alere, or INRation Monitoring System; (5) Defendants' discovery concerning third party financing of bellwether plaintiff cases; and (6) Defendants' request for production of documents re plaintiff expert depositions.

The status conference was transcribed by Court Reporter Cathy Pepper. To obtain a copy of the transcript, contact Ms. Pepper at (504) 589-7779.

JS10(00:14)