UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Adrienne Burnett v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-CV-05142**

## PLANTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Now comes Plaintiff Adrienne Burnett, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 4432) and by and through undersigned counsel submits this, her response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff Adrienne Burnett contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on May 11, 2016.

3. After many attempts, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet from Ms. Burnett.

4. Undersigned counsel has communicated with Ms. Burnett regarding the need to obtain and serve a completed Plaintiff Fact Sheet. Ms. Burnett has been unable to provide such completed Plaintiff Fact Sheet to date.

5. Undersigned counsel has been diligent in contacting Ms. Burnett, and informed Ms. Burnett that her claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served according to CMO 1 and PTO 13.

6. Without waiving the attorney-client privilege, Beasley, Allen has advised Ms. Burnett in writing on multiple occasions regarding the need for her assistance in the Completion of a Plaintiff Fact Sheet and the implications of not providing such:

| **Date** | **Correspondence** | **Documents** |
|---|---|---|
| May 16, 2016 | USPS Regular Mail | Letter requesting completion of PFS. |
| July 21, 2016 | USPS Regular Mail | Letter regarding completion of PFS and requesting client to contact Beasley, Allen. |
| July 21, 2016 | Electronic Mail | Letter regarding completion of PFS and requesting client to contact Beasley, Allen. |
| August 5, 2016 | USPS Certified Mail Return Receipt Requested | Letter regarding PFS Deficiency Notice and Dismissal Warning. The United States Postal Service attempted to deliver the letter on five separate dates but they were not successful. The letter was returned to Beasley, Allen on September 22, 2016. |

7. In addition, contact with Ms. Burnett was attempted via telephone regarding the implications of not completing the Plaintiff Fact Sheet on numerous occasions, including July 21, 2016; July 25, 2016; July 26, 2016; July 27, 2016. Ms. Burnett's phone number is no longer in service. Despite the undersigned counsels' best efforts, they have not been able to secure Ms. Burnett's completed Plaintiff Fact Sheet; or, her permission to voluntarily dismiss this matter.

8. Accordingly, undersigned counsel has nothing to oppose based on the inability to obtain sufficient information from Ms. Burnett and serve the Plaintiff Fact Sheet in compliance

with CMO 1 and PTO 13 and the undersigned counsel's difficulty reaching and communicating with the Plaintiff.

9. At all times relevant hereto, undersigned Counsel has diligently sought contact with Ms. Burnett in order to serve a completed Plaintiff Fact Sheet.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at this time.


Dated: November 21, 2016                s/ Andy D. Birchfield, Jr.

                                        Andy D. Birchfield, Jr.
                                        C. Gibson Vance
                                        David B. Byrne, III
                                        BEASLEY, ALLEN, CROW,
                                        METHVIN, PORTIS & MILES, P.C.
                                        Post Office Box 4160
                                        Montgomery, Alabama 36103-4160
                                        (334) 269-2343
                                        (334) 954-7555 (facsimile)
                                        Andy.Birchfield@BeasleyAllen.com
                                        Gibson.Vance@BeasleyAllen.com
                                        David.Byrne@BeasleyAllen.com


                                        ***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

      I hereby certify that on November 21, 2016, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              /s/Andy D. Birchfield, Jr.
                                              Andy D. Birchfield, Jr.