UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

MDL No. 2592

SECTION: L
JUDGE FALLON
MAG. JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Jacquelyn Bank v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-10400**

## PLAINTIFF'S MOTION TO SUBSTITUTE PARTY

Counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), moves this Court for an Order substituting Joel Bank as plaintiff on behalf of his deceased wife, Jacquelyn Bank.

1. Jacquelyn Bank filed a claim against the defendants on May 20, 2016.

2. Subsequently, plaintiff's counsel was notified that Jacquelyn Bank died on October 26, 2016.

3. Jacquelyn Bank's action against the defendants survived her death and was not extinguished.

4. Joel Bank, husband of Jacquelyn Bank, is a proper party to substitute for plaintiff-decedent Jacquelyn Bank and has proper capacity to continue the lawsuit on her behalf, as successor pursuant to Fed. R. Civ. P. 25(a)(1).

**WHEREFORE**, based on the foregoing, Joel Bank requests that this Court grant his request for substitution as plaintiff in this action.

Dated:  November 21, 2016

Respectfully submitted,

By:  /s/ Lauren E. Burbol

Adam P. Slater
Jonathan Schulman
Lauren E. Burbol
SLATER SLATER SCHULMAN LLP
445 Broadhollow Road, Suite 334
Melville, New York 11747
Phone: (212) 922-0906
Fax: (212) 922-0907
aslater@sssfirm.com
jschulman@sssfirm.com
lburbol@sssfirm.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 21st day of November 2016.

                                                         _/s/ Lauren E. Burbol_____
                                                                Lauren E. Burbol