THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number **101** **2016-41602**

| 1. DECEASED LEGAL NAME | 2. DATE AND TIME OF DEATH |
|---|---|
| Jacquelyn Bank | Oct 26, 2016      2125 |

| 3. ALIAS NAME(IF ANY) | 4. DATE AND TIME PRONOUNCED DEAD |
|---|---|
| None Given | |

| 5. COUNTY OF DEATH | 6. CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE | 7. PLACE OF DEATH |
|---|---|---|
| Tuscaloosa | Tuscaloosa, 35401 | Noland Hospital Tuscaloosa II LLC |

| 8. SEX | 9. LAST NAME PRIOR TO FIRST MARRIAGE | 10. SERVED IN ARMED FORCES |
|---|---|---|
| Female | Evans | No |

| 11. AGE | UNDER 1 YEAR MONTHS | DAYS | UNDER 1 DAY HRS | MINS | 12. DATE OF BIRTH | 13. BIRTHPLACE (State or Foreign Country) | 14. SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|---|---|
| 65 | | | | | Apr 6, 1951 | Alabama | 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 |

| 15. MARITAL STATUS | 16. SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE | 17. RESIDENCE STATE |
|---|---|---|
| Married | Joel Bank | Alabama |

| 18. RESIDENCE COUNTY | 19. CITY, TOWN OR LOCATION AND ZIP CODE | 20. STREET ADDRESS |
|---|---|---|
| Tuscaloosa | Northport, 35476 | 2931 Robinwood Lane |

| 21. INFORMANT NAME, RELATIONSHIP AND ADDRESS |
|---|
| Joel Bank, Husband, 2931 Robinwood Lane, Northport, AL 35476 |

| 22. FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE | 23. MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| Jack Evans | Louise James |

| 24. DISPOSITION OF BODY | 25. CEMETERY OR CREMATORY | 26. LOCATION |
|---|---|---|
| Cremation | Johns-Ridout's Crematory | Birmingham, Alabama |

| 27. DATE OF DISPOSITION | 28. FUNERAL DIRECTOR | 29. LICENSE NUMBER | 30. DATE SIGNED |
|---|---|---|---|
| Nov 4, 2016 | Michael Stewart | | Nov 9, 2016 |

| 31. FUNERAL HOME NAME AND ADDRESS | 32. LICENSE NUMBER |
|---|---|
| Heritage Chapel Funeral Home, 5200 Old Birmingham Hwy, Tuscaloosa, AL 35404 | |

33.

**MEDICAL CERTIFICATION:**   X   CERTIFYING PHYSICIAN      MEDICAL EXAMINER      CORONER

| 34. NAME | 35. LICENSE NUMBER | 36. DATE SIGNED |
|---|---|---|
| Stephen D Browne MD | 12788 | Oct 31, 2016 |

| 37. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH |
|---|
| 952 Rose Dr, Northport, Alabama 35476 |

| 38. REGISTRAR | 39. DATE FILED |
|---|---|
| Catherine Molchan Donald | Nov 10, 2016 |

## CAUSE OF DEATH

| 40. PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH | INTERVAL |
|---|---|
| IMMEDIATE CAUSE   A. Cardiopulmonary Respiratory Arrest | Immediately |
| DUE TO (OR AS A CONSEQUENCE OF): | |
| B. Subdural Hematoma | Days |
| DUE TO (OR AS A CONSEQUENCE OF): | |
| C. Systemic Anticoagulation for history of Atrial Fibrillation | Years |
| DUE TO (OR AS A CONSEQUENCE OF): | |

| 41. PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH |
|---|
| |

| 42. MANNER OF DEATH | 43. PREGNANT (IF FEMALE) | 44. AUTOPSY | 45. FINDINGS CONSIDERED | 46. TOXICOLOGY | 47. FINDINGS CONSIDERED | 48. TOBACCO USE CONTRIBUTED TO DEATH |
|---|---|---|---|---|---|---|
| Natural Causes | | No | | No | | No |

| 49. HOW INJURY OCCURRED |
|---|
| |

| 50. DATE AND TIME OF INJURY | 51. INJURY AT WORK | 52. IF TRANSPORTATION INJURY, SPECIFY |
|---|---|---|
| | | |

| 53. PLACE OF INJURY | 54. LOCATION OF INJURY |
|---|---|
| | |

ADPH HS E2/REV 01-16

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2016-449-885-2

November 10, 2016

*Catherine M. Donald*
Catherine Molchan Donald
State Registrar of Vital Statistics