**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | MDL No. 2592 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |
| | ) | |
| | ) | |

**THIS DOCUMENT RELATES TO:**

***Vera Martin, as a surviving child of Geraldine Brown, Deceased v. Janssen Research & Development, LLC, et al.***

**Civil Action No. 2:16-CV-10476**

<u>**PLANTIFF'S RESPONSE TO COURT'S ORDER TO**</u>
<u>**SHOW CAUSE**</u>

Now comes Plaintiff Vera Martin, identified in Defendants' Motion for Order to Show

Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 4432) and by

and through undersigned counsel submits this, her response to the Court's Order to Show Cause

and shows as follows:

1.      Plaintiff Vera Martin contacted undersigned counsel regarding a potential claim

involving her mother's use of Xarelto and alleged subsequent injury.

2.      The Complaint in this matter was filed on May 17, 2016, while record requests

from some providers were still pending. The complaint was filed in good faith before all records

were received in order to comply with the statute of limitations for Ms. Martin's claim.

3.      After many attempts, undersigned counsel has been unable to obtain and serve a

completed Plaintiff Fact Sheet from Ms. Martin.

4.     Undersigned counsel has communicated with Ms. Martin regarding the need to obtain and serve a completed Plaintiff Fact Sheet. Ms. Martin has been unable to provide such completed Plaintiff Fact Sheet to date.

5.     Undersigned counsel has been diligent in contacting Ms. Martin, and informed Ms. Martin that her claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served according to CMO 1 and PTO 13.

6.     Without waiving the attorney-client privilege, Beasley Allen has advised Ms. Martin in writing on multiple occasions regarding the need for her assistance in the Completion of a Plaintiff Fact Sheet and the implications of not providing such:

| **Date** | **Correspondence** | **Documents** |
|---|---|---|
| May 18, 2016 | USPS Regular Mail | Letter requesting regarding completion of PFS. |
| June 1, 2016 | USPS Regular Mail | Letter regarding completion of PFS. |
| June 14, 2016 | USPS Regular Mail | Letter regarding completion of PFS and requesting client to contact Beasley, Allen. |
| August 24, 2016 | Electronic Mail | Letter regarding PFS Deficiency Notice and Dismissal Warning. |
| August 25, 2016 | Federal Express Overnight Delivery | Letter regarding PFS Deficiency Notice and Dismissal Warning. |

7.     In addition, contact with Ms. Martin was attempted via telephone regarding the implications of not completing the Plaintiff Fact Sheet on numerous occasions, including June

8, 2016; August 24, 2016; August 25, 2016; August 26, 2016. Despite the undersigned counsels' best efforts, they have not been able to secure Ms. Martin's completed Plaintiff Fact Sheet; or, her permission to voluntarily dismiss this matter.

8.    Accordingly, undersigned counsel has nothing to oppose based on the inability to obtain sufficient information from Ms. Martin and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13 and the undersigned counsel's difficulty of contact with the Plaintiff.

9.    At all times relevant hereto, undersigned Counsel has diligently sought contact with Ms. Martin in order to serve a completed Plaintiff Fact Sheet.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at this time.

Dated: November 21, 2016         s/ Andy D. Birchfield, Jr.

Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

*Attorneys for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 21, 2016, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.