## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | )  MDL No. 2592 |
| | )  SECTION: L |
| | )  JUDGE ELDON E. FALLON |
| | )  MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

***Jonathan Prechtl v. Janssen Research & Development, LLC, et al.***

**Civil Action No. 2:15-CV-06040**

### PLANTIFF'S RESPONSE TO COURT'S ORDER TO
### SHOW CAUSE

Now comes Plaintiff Jonathan Prechtl, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 4432) and by and through undersigned counsel submits this, his response to the Court's Order to Show Cause and shows as follows:

1.     Plaintiff Jonathan Prechtl contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2.     The Complaint in this matter was filed on October 30, 2015.

3.     After many attempts, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet from Mr. Prechtl.

4.     Undersigned counsel has communicated with Mr. Prechtl regarding the need to obtain and serve a completed Plaintiff Fact Sheet. Mr. Prechtl has not provided such completed Plaintiff Fact Sheet to date.

5.      Undersigned counsel has been diligent in contacting Mr. Prechtl, and informed Mr. Prechtl that his claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served according to CMO 1 and PTO 13.

6.      Without waiving the attorney-client privilege, Beasley, Allen has advised Mr. Prechtl in writing on multiple occasions regarding the need for his assistance in the Completion of a Plaintiff Fact Sheet and the implications of not providing such:

| Date | Correspondence | Documents |
|------|----------------|-----------|
| November 2, 2015 | USPS Regular Mail | Letter regarding completion of PFS and a copy of the PFS. |
| November 16, 2015 | USPS Regular Mail | Follow up letter regarding completion of PFS. |
| December 1, 2015 | USPS Regular Mail | Follow up letter regarding completion of PFS. |
| December 10, 2015 | USPS Regular Mail | Follow up letter regarding completion of PFS and a copy of the PFS requesting his signature. |
| December 21, 2015 | USPS Regular Mail | Follow up letter regarding completion of PFS. |
| January 12, 2016 | Federal Express Overnight Delivery | Letter requesting signature for Dismissal of Complaint. |
| March 1, 2016 | Electronic Mail | Sought client's permission to have his case dismissed. |
| July 27, 2016 | Electronic Mail | Sought client's permission to have his case dismissed. |
| August 29, 2016 | Certified Mail Return Receipt Requested | Letter requesting signature for Motion to Withdraw as Counsel. This letter was returned to Beasley, Allen on September 6, 2016 due to change of address. |
| September 6, 2016 | Certified Mail Return Receipt Requested | Letter requesting signature for Motion to Withdraw as Counsel. Client did not respond to this letter. |

7.      In addition, contact with Mr. Prechtl was attempted via telephone regarding the implications of not completing the Plaintiff Fact Sheet on numerous occasions, including December 7, 2015; December 9, 2015; December 10, 2015; December 23, 2015; December 28, 2015; January 25, 2016; February 1, 2016; and July 27, 2016. Despite the undersigned counsels' best efforts, they have not been able to secure Mr. Prechtl's completed Plaintiff Fact Sheet; or, his permission to voluntarily dismiss this matter.

8.      Accordingly, undersigned counsel has nothing to oppose based on the inability to obtain sufficient information from Mr. Prechtl and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13 and the undersigned counsel's difficulty reaching and communicating with the Plaintiff.

9.      At all times relevant hereto, undersigned Counsel has diligently sought contact with Mr. Prechtl in order to serve a completed Plaintiff Fact Sheet.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at this time.

Dated: November 21, 2016                          s/ Andy D. Birchfield, Jr.

Andy D. Birchfield, Jr.
C. Gibson Vance
David B. Byrne, III
BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (facsimile)
Andy.Birchfield@BeasleyAllen.com
Gibson.Vance@BeasleyAllen.com
David.Byrne@BeasleyAllen.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2016, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.