UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Douglas Hensley v. Janssen Research & Development LLC, et al* | ) ) ) ) | Civil Action No. 2:16-cv-00064 |

## ORDER

IT IS ORDERED that the Unopposed Motion for Leave to File Amended Complaint filed by Plaintiff, Douglas Hensley, is hereby GRANTED, and the Clerk of Court is ordered to file the First Amended Complaint into the record of this matter.

ORDERED AND SIGNED this  21st  day of  November , 2016.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE