## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          **MDL No. 2592**
PRODUCTS LIABILITY LITIGATION

                                      **SECTION: L**
                                      **JUDGE FALLON**
                                      **MAG. JUDGE NORTH**

THIS DOCUMENT RELATES TO:

***Byron Jacobs v. Janssen Research & Development LLC, et al.***
**Civil Action No.: 2:16-cv-09788**

### ORDER

    THIS MATTER, having come before the Court on Plaintiff's Motion to Substitute Party, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's Motion to Substitute is hereby GRANTED, and that Barbara Jacobs, the spouse of Byron Jacobs, is substituted as Plaintiff in this action.

    New Orleans, Louisiana, this ___21st___ day of __November__, 2016.

 

_____
Hon. Eldon E. Fallon
UNITED STATES DISTRICT JUDGE