UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

-----------------------------------------------------------------X

IN RE: XARELTO (RIVAROXABAN) PRODUCTS   :   MDL No. 2592
LIABILITY LITIGATION

: SECTION L

: JUDGE ELDON E. FALLON

: MAG. JUDGE MICHAEL NORTH

-------------------------------------------------------------- :

**THIS DOCUMENT RELATES TO:**

*Estalene Petrey v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv -15372**

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Regina Weaver's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, herby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED.

2. REGINA WEAVER, as surviving daughter and Executrix of the estate of ESTALENE PETREY, is substituted as Plaintiff in this action.

New Orleans, Louisiana this 21st day of November, 2016.

_____
United States District Judge