Patrick J. Mulligan, TX SBN 14651270
Charles G. Orr, TX SBN 00788148
**THE MULLIGAN LAW FIRM**
3710 Rawlins Street, #901
Dallas, TX  75219
Telephone: (214) 219-9779
Facsimile: (214) 520-8789

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| THIS DOCUMENT RELATES TO: JULIE GREENAMYER, | SECTION:   L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| Plaintiff, | Civil Action No.: 2:16-cv-03606-EEF-MBN |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al., | |
| Defendants | |

### RESPONSE TO SHOW CAUSE ORDER

Former named plaintiff Julie Greenamyer passed away on May 20, 2016, while we were in the process of completing her Plaintiff Fact Sheet with her.  Per the Court's instructions from earlier status conferences, we timely served Ms. Greenamyer's completed PFS with product ID and proof of injury records but without her signed declaration or authorizations.

In the course of trying to secure the declaration and authorizations, we learned of Ms. Greenamyer's passing.  We immediately set out to locate an appropriate heir to substitute as party plaintiff and from whom we could obtain the needed declaration and authorizations to complete the PFS.

1

In the meantime, we received a deficiency notice from Defendants. The only deficiency identified in the notice was for the missing declaration and authorizations. The PFS is otherwise complete.

Since then, we have located Ms. Greenamyer's surviving son, Daniel Greenamyer, who is serving as executor of Ms. Greenamyer's estate. We recently filed a suggestion of death and motion to substitute Daniel Greenamyer as party plaintiff, which this Court granted.

Daniel Greenamyer has now executed the declaration and authorizations and we have uploaded the same to MDL Centrality.

DATED:  November 22, 2016                                THE MULLIGAN LAW FIRM


                                        By:   /s/Charles G. Orr
                                                  Charles G. Orr
                                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


By:     /s/Charles G. Orr
        Charles G. Orr
        Attorney for Plaintiff