UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Quonchita L. Johnson, individually and on* | * | JUDGE ELDON E. FALLON |
| *Behalf of the Estate of Joann C. Burley* | * | |
| *(16-6638)* | * | MAG. JUDGE NORTH |
| | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OPPOSITION TO MOTION FOR EXTENSION OF TIME UNDER PTO 27
TO PROVIDE MEDICAL RECORDS TO SATISFY PLAINTIFF FACT**

Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC,

Janssen Ortho LLC ("Janssen Defendants"), Johnson & Johnson ("J&J"), Bayer HealthCare

Pharmaceuticals Inc., and Bayer Pharma AG ("Bayer Defendants") collectively referenced as

"Defendants," through undersigned counsel, respectfully submit the instant Opposition to Plaintiff

Quonchita L. Johnson's ("Plaintiff") Motion for Extension of Time under PTO 27 to Provide

Medical Records to Satisfy Plaintiff Fact Sheet. (Rec. Doc. No. 4430).

As explained *infra*, Plaintiff's request for an extension of time to cure the PFS deficiencies

should be denied because, as repeatedly emphasized by the Court, (1) timely submission of the

completed PFSs is *essential* to this litigation; and (2) at this point in the litigation, plaintiffs who

have made claims now need to provide proof that they belong in this MDL.

First, the Court has repeatedly emphasized that the timely submission of Plaintiff Fact Sheets is an essential step in this litigation and that the failure to submit a completed PFS will result in the dismissal of the case. *See* November 20, 2015 Status Conf. Tr. at 8:15-19 ("**[I]f the fact sheets are not going to be filled out, then I will be dismissing cases. I will dismiss the case. My intent is to dismiss the case with prejudice, not without prejudice**."); October 21, 2015 Status Conf. Tr. at 6:1-6 (again noting that failure to timely file PFSs will result in dismissal of cases). *See also*, September 20, 2016 Status Conf. Tr. at 5 ("If this information is not forthcoming, you need to know, folks, that I'm going to dismiss the cases with prejudice.").

Furthermore, the Court has explicitly recognized the important role of plaintiff fact sheets in determining whether plaintiffs who have made claims in the MDL are properly in this litigation.

> Also, with the fact sheets, we find in some of these types of cases, particularly with the pharmaceutical drug cases, there are individuals who have made claims, but they haven't taken the drug. They may have taken another drug, and they may be entitled to be in another MDL proceeding, but not in this proceeding, and the fact sheets are helpful in determining that aspect of the situation, so that those cases can be moved out of the system.

*See* November 20, 2015 Status Conf. Tr. at 9:1-8.

Here, Plaintiff asserts that the current deadline for curing the PFS deficiency was in August of 2016, and that Plaintiff needs ninety additional days to satisfy the PFS deficiency; however, Plaintiff's Memorandum in Support of his Motion for Extension of Time to Satisfy Alleged Plaintiff Fact Sheet Deficiency alleges that counsel for Plaintiff has been unable to obtain medical records needed to establish Plaintiff's injuries and cure the PFS deficiency. (Rec. Doc. No. 4430-1, ¶ 2). The burden is on Plaintiff to establish proof of use of the product and proof of injury and

the records that Plaintiff alleged they have been unable to obtain should have been collected prior to Plaintiff's filing of the complaint.  Thus, in this matter, there is a clear absence of proof that Plaintiff belongs in this litigation. Accordingly, Defendants respectfully request that the Court deny Plaintiff's Motion for Extension of Time under PTO 27 to Provide Medical Records to Satisfy Plaintiff Fact Sheet. (Rec. Doc. No. 4430).

Respectfully submitted,

**KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
901 15th Street NW
Washington, D.C. 20005
Telephone: (202) 682-3500
Facsimile: (202) 682-3580
andrew.solow@kayescholer.com
william.hoffman@kayescholer.com

**DRINKER BIDDLE & REATH LLP**

By: /s/ Susan M. Sharko
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

- 3 -

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
     James B. Irwin
     Kim E. Moore
     IRWIN FRITCHIE URQUHART
     & MOORE LLC
     400 Poydras Street
     Suite 2700
     New Orleans, LA 70130
     Telephone: (504) 310-2100
     Facsimile:  (504) 310-2120
     jirwin@irwinllc.com


CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
     John F. Olinde
     CHAFFE McCALL L.L.P.
     1100 Poydras Street
     Suite 2300
     New Orleans, LA 70163
     Telephone: (504) 585-7241
     Facsimile: (504) 544-6084
     olinde@chaffe.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 22, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**