**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)   (        MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION   (
                                (        SECTION: L
                                (
                                (        JUDGE FALLON
                                (
                                (        MAG. JUDGE NORTH

**THIS DOCUMENT RELATES TO:**
*Nicole Cooks v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-CV-03479**

<u>**PLANTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR**
**ORDER TO SHOW CAUSE REGARDING PLAINIFFS WHO**
**HAVE FAILED TO SERVE A PLAINTIFF'S FACT SHEET**</u>

NOW COMES, Plaintiff Nichole Cooks, by and through undersigned counsel submits, Plaintiff's Response Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet (Doc. 4432) and respectfully pleads as follows:

1.      Plaintiff Nichole Cooks contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2.      The Complaint in this matter was filed on April 12, 2016.

3.      Undersigned Counsel informed Plaintiff of her obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13.  Due to unforeseen circumstances outside Plaintiff's control she was unable to timely complete her fact sheet.

4.      On November 3, 2016, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet. (Cod. 4432) Plaintiff Nichole Cooks, was identified as one of the Plaintiffs whom has not completed a Plaintiff's Fact Sheet.

5. On November 21, 2016, Plaintiff Nichole Cooks, by and through undersigned counsel, served a fully completed Plaintiff's Fact Sheet, thereby curing the deficiencies that form the basis of Defendants' Motion for Order to Show Cause in this matter.

6. Because the deficiencies have now been cured and Plaintiff Cooks has met her obligations set out in this Court's orders with respect to completing and serving a Plaintiff's Fact Sheet, Defendants' Motion for Order to Show Cause is moot.

FOR THESE REASONS, undersigned counsel respectfully requests that Plaintiff, Nichole Cooks, be relieved from further response to Defendants' Motion for Order to Show Cause, that her claim (Civil Action No. 2:15-CV-03479) be removed from the list of claims subject to the Defendants' Motion for Order to Show Cause, and that her claim be allowed to proceed.

November 22, 2016                                        Respectfully submitted,

                                                        By: /s/ W. Todd Harvey
                                                        W. Todd Harvey
                                                        BURKE HARVEY, LLC
                                                        3535 Grandview Parkway
                                                        Suite 100
                                                        Birmingham, AL 35235
                                                        Phone: (205) 930-9091
                                                        Fax: (205) 930-9054
                                                        tharvey@burkeharvey.com

                                                        *Attorney for Plaintiff*

## CERTIFICATE OF
## SERVICE

I hereby certify that on November 22, 2016, the foregoing document was filed with the

clerk via CM/ECF.   Notice of this filing will be sent by operation of MDL Centrality, which

will send notice of electronic filing in accordance with the procedures established in MDL 2592

pursuant to Pre-Trial Order No. 17.

/s/W. Todd Harvey
W. Todd Harvey

4