## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Nichole Cooks v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-CV-03479**

### ORDER

THIS MATTER, having come before the Court is Plaintiff's Response to the Defendants' Motion for Order to Show Cause Regarding Plaintiff's who have failed to Serve a Plaintiff Fact Sheet, upon consideration of the Pleadings and all of the documents relating to this motion and good cause appearing:

IT IS HEREBY ORDERED that with respect to the claims of Plaintiff, Nichole Cooks, Defendants' Motion for Order to Show Cause is deemed moot and Plaintiff's claims are allowed to proceed.

NEW ORLEANS, LOUISANA, this the _____day of _____, 2016.

_____
JUDGE ELDON E. FALLON