# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ( | |
| | ( | SECTION: L |
| | ( | |
| | ( | JUDGE FALON |
| | ( | |
| | ( | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Stephen Rivers v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-CV-03654**

### PLANTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF'S FACT SHEET

NOW COMES, Plaintiff Wilfred F. Rivers individually and as the Personal Representative of the Estate of Stephen Rivers, by and through undersigned counsel, and hereby submits Plaintiff's Response to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet (Doc. 4432) and respectfully pleads as follows:

1. Plaintiff Stephen Rivers contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury on January 6, 2015.

2. Undersigned counsel was then notified that Steven Rivers passed away March 14, 2015.

3. Plaintiff Wilfred F. Rivers was appointed as the personal representative of Mr. Stephen River's Estate on October 5, 2015.

4. The Complaint in this matter was filed on April 12, 2016.

5.  Undersigned Counsel informed Plaintiff of his obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13.  Due to unforeseen circumstances outside Plaintiff's control he was unable to timely complete his fact sheet.

6.  On November 3, 2016, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet. (Doc. 4432). Plaintiff, Stephen Rivers, was identified as one of the Plaintiffs who has not completed a Plaintiff's Fact Sheet.

7.  On November 12, 2016, Plaintiff Wilfred F. Rivers, by and through undersigned counsel, served a fully completed Plaintiff's Fact Sheet, thereby curing the deficiencies that form the basis of Defendants' Motion for Order to Show Cause in this matter.

8.  Because the deficiencies have now been cured and Plaintiff Rivers has met his obligations set out in this Court's orders with respect to completing and serving a Plaintiff's Fact Sheet, Defendants' Motion for Order to Show Cause is moot.

FOR THESE REASONS, undersigned counsel respectfully requests that Plaintiff, Wilfred Rivers, be relieved from further response to Defendants' Motion for Order to Show Cause, that his claim (Civil Action No. 2:15-CV-03654) be removed from the list of claims subject to the Defendants' Motion for Order to Show Cause, and that his claim be allowed to proceed.

November 22, 2016

Respectfully submitted,

By: /s/ W. Todd Harvey
W. Todd Harvey
BURKE HARVEY, LLC
3535 Grandview Parkway, Suite 100
Birmingham, AL 35235
Phone: (205) 930-9091

Fax: (205) 930-9054
tharvey@burkeharvey.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/W. Todd Harvey
W. Todd Harvey