UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :    MDL No. 2592
                                     :
                                     :    SECTION L
                                     :
                                     :    JUDGE ELDON E. FALLON
                                     :
                                     :    MAGISTRATE JUDGE NORTH
                                     :

**THIS DOCUMENT RELATES TO:**

| Case No. | Caption |
|---|---|
| 2:15-cv-00187; | *Bridwell v. Janssen Research & Development LLC, et al.* |
| 2:15-cv-02063; | *Bergendahl et al v. Janssen Research & Development, LLC et al* |
| 2:15-cv-04410; | *Keese v. Janssen Research & Development LLC et al* |
| 2:15-cv-02999; | *Thompson et al v. Janssen Research & Development LLC et al* |
| 2:15-cv-04548; | *Ybarra v. Janssen Research & Development LLC et al* |
| 2:15-cv-03486; | *Earfrati-Yakunich et al v. Janssen Research & Development LLC et al* |
| 2:15-cv-03979; | *Larson et al v. Janssen Research & Development LLC et al* |
| 2:15-cv-04864; | *Farmer et al v. Janssen Research & Development LLC et al* |
| 2:15-cv-06019; | *Goodner v. Janssen Research & Development LLC et al* |
| 2:15-cv-06020; | *James v. Janssen Research & Development LLC et al* |
| 2:15-cv-06024; | *Miller et al v. Janssen Research & Development LLC et al* |
| 2:15-cv-06028; | *White-Sellers v. Janssen Research & Development LLC et al* |
| 2:15-cv-05559; | *DeBruin et al v. Janssen Research & Development LLC et al* |
| 2:15-cv-06462; | *Fielder v. Janssen Research & Development LLC et al* |
| 2:15-cv-06484; | *Jones v. Janssen Research & Development LLC et al* |
| 2:15-cv-06463; | *Pate v. Janssen Research & Development LLC et al* |
| 2:15-cv-06465; | *Pointon v. Janssen Research & Development LLC et al* |
| 2:15-cv-06480; | *Probasco v. Janssen Research & Development LLC et al* |
| 2:15-cv-06483; | *Alex v. Janssen Research & Development LLC et al* |
| 2:16-cv-01168; | *Baker et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-02502; | *Vinzant v. Janssen Research & Development LLC, et al* |
| 2:16-cv-02505; | *Callahan et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-02507; | *Williams et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-02510; | *Lattanzo v. Janssen Research & Development LLC et al* |
| 2:16-cv-02512; | *Nicolas v. Janssen Research & Development LLC et al* |
| 2:16-cv-02514; | *Seaborough v. Janssen Research & Development LLC et al* |
| 2:16-cv-02381; | *Darr et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-03814; | *Pounds v. Janssen Research & Development LLC et al* |
| 2:16-cv-03874; | *Stringer v. Janssen Research & Development LLC et al* |

2:16-cv-02599;   *Gwin et al v. Janssen Research & Development LLC et al*
2:16-cv-04714;   *Helbig v. Janssen Research & Development LLC et al*
2:16-cv-04722;   *Huerta v. Janssen Research & Development LLC et al*
2:16-cv-04734;   *Meurer v. Janssen Research & Development LLC et al*
2:16-cv-04752;   *Nevills v. Janssen Research & Development LLC et al*
2:16-cv-04759;   *Pyle v. Janssen Research & Development LLC et al*
2:16-cv-04764;   *Saldivar v. Janssen Research & Development LLC et al*
2:16-cv-04772;   *Smith v. Janssen Research & Development LLC et al*
2:16-cv-04738;   *Terry v. Janssen Research & Development LLC et al*
2:16-cv-04745;   *Williams v. Janssen Research & Development LLC et al*
2:16-cv-02950;   *Georgi et al v. Janssen Research & Development LLC et al*
2:16-cv-03898;   *Brownlow v. Janssen Research & Development LLC et al*
2:16-cv-03901;   *Cedotal v. Janssen Research & Development LLC et al*
2:16-cv-03939;   *Dow v. Janssen Research & Development LLC et al*
2:16-cv-03940;   *Good v. Janssen Research & Development LLC et al*
2:16-cv-03970;   *Grant v. Janssen Research & Development LLC et al*
2:16-cv-03974;   *Lowery v. Janssen Research & Development LLC et al*
2:16-cv-03980;   *Marzan v. Janssen Research & Development LLC et al*
2:16-cv-03984;   *McSween v. Janssen Research & Development LLC et al*
2:16-cv-03992;   *Mick v. Janssen Research & Development LLC et al*
2:16-cv-03994;   *Mohr v. Janssen Research & Development LLC et al*
2:16-cv-03996;   *Russell v. Janssen Research & Development LLC et al*
2:16-cv-03999;   *Schoonover v. Janssen Research & Development LLC et al*
2:16-cv-04000;   *Thomas v. Janssen Research & Development LLC et al*
2:16-cv-03923;   *Park et al v. Janssen Research & Development LLC et al*
2:16-cv-04823;   *Woodward et al v. Janssen Research & Development LLC et al*
2:16-cv-05151;   *Arnold et al v. Janssen Research & Development LLC et al*
2:16-cv-13066;   *Bledsoe v. Janssen Research & Development LLC, et al*
2:16-cv-13072;   *Bullock v. Janssen Research & Development LLC, et al*
2:16-cv-13076;   *Carthledge v. Janssen Research & Development LLC, et al*
2:16-cv-13080;   *Dart v. Janssen Research & Development LLC, et al*
2:16-cv-13086;   *Slusher v. Janssen Research & Development LLC et al*
2:16-cv-13090;   *Everhart v. Janssen Research & Development LLC et al*
2:16-cv-13093;   *Gitelman v. Janssen Research & Development LLC et al*
2:16-cv-13098;   *Bennett v. Janssen Research & Development LLC et al*
2:16-cv-13099;   *Kanetsky v. Janssen Research & Development LLC et al*
2:16-cv-13101;   *Keirn v. Janssen Research & Development LLC et al*
2:16-cv-13104;   *Harrison v. Janssen Research & Development LLC et al*
2:16-cv-13106;   *Sebek v. Janssen Research & Development LLC et al*
2:16-cv-13108;   *Simmons v. Janssen Research & Development LLC et al*
2:16-cv-13109;   *Tucker v. Janssen Research & Development LLC et al*
2:16-cv-13110;   *Wellman v. Janssen Research & Development LLC et al*
2:16-cv-06494;   *Arce et al v. Janssen Research & Development LLC et al*

2:16-cv-13587;   *Ashcraft v. Janssen Research & Development LLC et al*
2:16-cv-13590;   *Boots v. Janssen Research & Development LLC et al*
2:16-cv-13592;   *Faltenberg v. Janssen Research & Development LLC et al*
2:16-cv-13596;   *Fouch v. Janssen Research & Development LLC et al*
2:16-cv-13599;   *Hallam, II v. Janssen Research & Development LLC et al*
2:16-cv-13624;   *Harris v. Janssen Research & Development LLC, et al*
2:16-cv-13626;   *Herod v. Janssen Research & Development LLC, et al*
2:16-cv-13628;   *Johnson v. Janssen Research & Development LLC, et al*
2:16-cv-13630;   *Jurczyszyn v. Janssen Research & Development LLC, et al*
2:16-cv-13631;   *Morgan v. Janssen Research & Development LLC, et al*
2:16-cv-13632;   *Rostad v. Janssen Research & Development LLC, et al*
2:16-cv-13633;   *Sellow v. Janssen Research & Development LLC, et al*
2:16-cv-13634;   *Service v. Janssen Research & Development LLC, et al*
2:16-cv-13636;   *Soloski v. Janssen Research & Development LLC, et al*
2:16-cv-13637;   *Wallace v. Janssen Research & Development LLC, et al*
2:16-cv-13639;   *Wright v. Janssen Research & Development LLC, et al*
2:16-cv-06709;   *Hacker et al v. Janssen Research & Development LLC et al*
2:16-cv-13863;   *Hyder v. Janssen Research & Development LLC et al*
2:16-cv-13864;   *Rockwell v. Janssen Research & Development LLC et al*
2:16-cv-13866;   *Allen v. Janssen Research & Development LLC et al*
2:16-cv-13867;   *Theel v. Janssen Research & Development LLC et al*
2:16-cv-12366;   *Turner v. Janssen Research & Development LLC et al*
2:16-cv-13264;   *Greer v. Janssen Research & Development LLC et al*
2:16-cv-13263;   *Jenkins v. Janssen Research & Development LLC et al*
2:16-cv-13265;   *Tucker, Jr. v. Janssen Research & Development LLC et al*
2:16-cv-13406;   *Elrod v. Janssen Research & Development LLC et al*
2:16-cv-13778;   *Banks v. Janssen Research & Development LLC et al*
2:16-cv-13780;   *Crooks v. Janssen Research & Development LLC et al*
2:16-cv-13781;   *Lee v. Janssen Research & Development LLC et al*
2:16-cv-13827;   *Cook v. Janssen Research & Development LLC, et al*
2:16-cv-13834;   *Parker v. Janssen Research & Development LLC, et al*
2:16-cv-14276;   *Destasio v. Janssen Research & Development LLC et al*
2:16-cv-14283;   *Glardon v. Janssen Research & Development LLC et al*
2:16-cv-14312;   *Richards v. Janssen Research & Development LLC et al*
2:16-cv-14279;   *Stubblefield v. Janssen Research & Development LLC et al*

**MOTION TO WITHDRAW AND SUBSTITUTION**
**OF COUNSEL FOR PLAINTIFFS**

COMES NOW, the undersigned counsel for the above-referenced cause numbers, and hereby files this Motion to Withdraw Attorneys Rachal G. Rojas and Steve Faries.  Rachal G.

Rojas and Steve Faries are no longer employed with Matthews & Associates. The undersigned respectfully requests that the Court substitute Wendy C. Elsey as additional counsel of record in these matters.

Date: November 22, 2016

Respectfully submitted,

/s/ David P. Matthews
DAVID P. MATTHEWS
Texas Bar No.: 13206200
WENDY C. ELSEY
Texas Bar No.: 24053186
Matthews & Associates
2905 Sackett St.
Houston, TX 77098
713-522-5250
713.535.7184 – facsimile
dmatthews@dpmlawfirm.com
welsey@dpmlawfirm.com

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2016, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ David P. Matthews