UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
:
:   SECTION L
:
:   JUDGE ELDON E. FALLON
:
:   MAGISTRATE JUDGE NORTH
:

**THIS DOCUMENT RELATES TO:**

2:15-cv-00187;   *Bridwell v. Janssen Research & Development LLC, et al.*
2:15-cv-02063;   *Bergendahl et al v. Janssen Research & Development, LLC et al*
2:15-cv-04410;   *Keese v. Janssen Research & Development LLC et al*
2:15-cv-02999;   *Thompson et al v. Janssen Research & Development LLC et al*
2:15-cv-04548;   *Ybarra v. Janssen Research & Development LLC et al*
2:15-cv-03486;   *Earfrati-Yakunich et al v. Janssen Research & Development LLC et al*
2:15-cv-03979;   *Larson et al v. Janssen Research & Development LLC et al*
2:15-cv-04864;   *Farmer et al v. Janssen Research & Development LLC et al*
2:15-cv-06019;   *Goodner v. Janssen Research & Development LLC et al*
2:15-cv-06020;   *James v. Janssen Research & Development LLC et al*
2:15-cv-06024;   *Miller et al v. Janssen Research & Development LLC et al*
2:15-cv-06028;   *White-Sellers v. Janssen Research & Development LLC et al*
2:15-cv-05559;   *DeBruin et al v. Janssen Research & Development LLC et al*
2:15-cv-06462;   *Fielder v. Janssen Research & Development LLC et al*
2:15-cv-06484;   *Jones v. Janssen Research & Development LLC et al*
2:15-cv-06463;   *Pate v. Janssen Research & Development LLC et al*
2:15-cv-06465;   *Pointon v. Janssen Research & Development LLC et al*
2:15-cv-06480;   *Probasco v. Janssen Research & Development LLC et al*
2:15-cv-06483;   *Alex v. Janssen Research & Development LLC et al*
2:16-cv-01168;   *Baker et al v. Janssen Research & Development LLC et al*
2:16-cv-02502;   *Vinzant v. Janssen Research & Development LLC, et al*
2:16-cv-02505;   *Callahan et al v. Janssen Research & Development LLC et al*
2:16-cv-02507;   *Williams et al v. Janssen Research & Development LLC et al*
2:16-cv-02510;   *Lattanzo v. Janssen Research & Development LLC et al*
2:16-cv-02512;   *Nicolas v. Janssen Research & Development LLC et al*
2:16-cv-02514;   *Seaborough v. Janssen Research & Development LLC et al*
2:16-cv-02381;   *Darr et al v. Janssen Research & Development LLC et al*
2:16-cv-03814;   *Pounds v. Janssen Research & Development LLC et al*
2:16-cv-03874;   *Stringer v. Janssen Research & Development LLC et al*

| | |
|---|---|
| 2:16-cv-02599; | *Gwin et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-04714; | *Helbig v. Janssen Research & Development LLC et al* |
| 2:16-cv-04722; | *Huerta v. Janssen Research & Development LLC et al* |
| 2:16-cv-04734; | *Meurer v. Janssen Research & Development LLC et al* |
| 2:16-cv-04752; | *Nevills v. Janssen Research & Development LLC et al* |
| 2:16-cv-04759; | *Pyle v. Janssen Research & Development LLC et al* |
| 2:16-cv-04764; | *Saldivar v. Janssen Research & Development LLC et al* |
| 2:16-cv-04772; | *Smith v. Janssen Research & Development LLC et al* |
| 2:16-cv-04738; | *Terry v. Janssen Research & Development LLC et al* |
| 2:16-cv-04745; | *Williams v. Janssen Research & Development LLC et al* |
| 2:16-cv-02950; | *Georgi et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-03898; | *Brownlow v. Janssen Research & Development LLC et al* |
| 2:16-cv-03901; | *Cedotal v. Janssen Research & Development LLC et al* |
| 2:16-cv-03939; | *Dow v. Janssen Research & Development LLC et al* |
| 2:16-cv-03940; | *Good v. Janssen Research & Development LLC et al* |
| 2:16-cv-03970; | *Grant v. Janssen Research & Development LLC et al* |
| 2:16-cv-03974; | *Lowery v. Janssen Research & Development LLC et al* |
| 2:16-cv-03980; | *Marzan v. Janssen Research & Development LLC et al* |
| 2:16-cv-03984; | *McSween v. Janssen Research & Development LLC et al* |
| 2:16-cv-03992; | *Mick v. Janssen Research & Development LLC et al* |
| 2:16-cv-03994; | *Mohr v. Janssen Research & Development LLC et al* |
| 2:16-cv-03996; | *Russell v. Janssen Research & Development LLC et al* |
| 2:16-cv-03999; | *Schoonover v. Janssen Research & Development LLC et al* |
| 2:16-cv-04000; | *Thomas v. Janssen Research & Development LLC et al* |
| 2:16-cv-03923; | *Park et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-04823; | *Woodward et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-05151; | *Arnold et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-13066; | *Bledsoe v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13072; | *Bullock v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13076; | *Carthledge v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13080; | *Dart v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13086; | *Slusher v. Janssen Research & Development LLC et al* |
| 2:16-cv-13090; | *Everhart v. Janssen Research & Development LLC et al* |
| 2:16-cv-13093; | *Gitelman v. Janssen Research & Development LLC et al* |
| 2:16-cv-13098; | *Bennett v. Janssen Research & Development LLC et al* |
| 2:16-cv-13099; | *Kanetsky v. Janssen Research & Development LLC et al* |
| 2:16-cv-13101; | *Keirn v. Janssen Research & Development LLC et al* |
| 2:16-cv-13104; | *Harrison v. Janssen Research & Development LLC et al* |
| 2:16-cv-13106; | *Sebek v. Janssen Research & Development LLC et al* |
| 2:16-cv-13108; | *Simmons v. Janssen Research & Development LLC et al* |
| 2:16-cv-13109; | *Tucker v. Janssen Research & Development LLC et al* |
| 2:16-cv-13110; | *Wellman v. Janssen Research & Development LLC et al* |
| 2:16-cv-06494; | *Arce et al v. Janssen Research & Development LLC et al* |

| | |
|---|---|
| 2:16-cv-13587; | *Ashcraft v. Janssen Research & Development LLC et al* |
| 2:16-cv-13590; | *Boots v. Janssen Research & Development LLC et al* |
| 2:16-cv-13592; | *Faltenberg v. Janssen Research & Development LLC et al* |
| 2:16-cv-13596; | *Fouch v. Janssen Research & Development LLC et al* |
| 2:16-cv-13599; | *Hallam, II v. Janssen Research & Development LLC et al* |
| 2:16-cv-13624; | *Harris v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13626; | *Herod v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13628; | *Johnson v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13630; | *Jurczyszyn v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13631; | *Morgan v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13632; | *Rostad v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13633; | *Sellow v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13634; | *Service v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13636; | *Soloski v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13637; | *Wallace v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13639; | *Wright v. Janssen Research & Development LLC, et al* |
| 2:16-cv-06709; | *Hacker et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-13863; | *Hyder v. Janssen Research & Development LLC et al* |
| 2:16-cv-13864; | *Rockwell v. Janssen Research & Development LLC et al* |
| 2:16-cv-13866; | *Allen v. Janssen Research & Development LLC et al* |
| 2:16-cv-13867; | *Theel v. Janssen Research & Development LLC et al* |
| 2:16-cv-12366; | *Turner v. Janssen Research & Development LLC et al* |
| 2:16-cv-13264; | *Greer v. Janssen Research & Development LLC et al* |
| 2:16-cv-13263; | *Jenkins v. Janssen Research & Development LLC et al* |
| 2:16-cv-13265; | *Tucker, Jr. v. Janssen Research & Development LLC et al* |
| 2:16-cv-13406; | *Elrod v. Janssen Research & Development LLC et al* |
| 2:16-cv-13778; | *Banks v. Janssen Research & Development LLC et al* |
| 2:16-cv-13780; | *Crooks v. Janssen Research & Development LLC et al* |
| 2:16-cv-13781; | *Lee v. Janssen Research & Development LLC et al* |
| 2:16-cv-13827; | *Cook v. Janssen Research & Development LLC, et al* |
| 2:16-cv-13834; | *Parker v. Janssen Research & Development LLC, et al* |
| 2:16-cv-14276; | *Destasio v. Janssen Research & Development LLC et al* |
| 2:16-cv-14283; | *Glardon v. Janssen Research & Development LLC et al* |
| 2:16-cv-14312; | *Richards v. Janssen Research & Development LLC et al* |
| 2:16-cv-14279; | *Stubblefield v. Janssen Research & Development LLC et al* |

## **ORDER OF WITHDRAW AND SUBSTITUTION OF COUNSEL**

Considering the foregoing Motion to Withdraw and Substitution of Counsel for Plaintiffs in the above referenced causes,

**IT IS ORDERED** that the Motion is **GRANTED**.

SIGNED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE