UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Perkins v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-CV-01267**

### PLANTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Now comes Plaintiff Nathalan Perkins, identified in Exhibit A of the Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Prove Xarelto Use (Doc. 4138) and by and through undersigned counsel submits this, her response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff Nathalan Perkins contacted undersigned counsel regarding a potential claim involving her father's use of Xarelto and his alleged subsequent injury.

2. The Complaint in this matter was filed on January 15, 2016, while record requests from some providers were still pending. The complaint was filed in good faith before all records were received in order to comply with the statute of limitations for Ms. Perkins' claim

3. After many attempts, undersigned counsel has been unable to obtain and provide prescription and/or pharmacy records documenting Tommie Perkins, Jr.'s use of Xarelto and a completed Plaintiff Fact Sheet.

4. Undersigned counsel has communicated with Ms. Perkins regarding the need to obtain and provide prescription and/or pharmacy records documenting her father's use of Xarelto and a completed Plaintiff Fact Sheet. Ms. Perkins has been unable to provide such records or completed Plaintiff Fact Sheet to date.

5. Undersigned counsel has been diligent in contacting Ms. Perkins, and informed Ms. Perkins that her claim is subject to dismissal if she doesn't provide prescription and/or pharmacy records documenting her father's use of Xarelto and serve a completed Plaintiff Fact Sheet as required by CMO 1 and PTO 13.

6. Without waiving the attorney-client privilege, Beasley, Allen has advised Ms. Perkins in writing on multiple occasions regarding the need for prescription and/or pharmacy records documenting her father's use of Xarelto and the implications of not serving a completed Plaintiff Fact Sheet:

| **Date** | **Correspondence** | **Documents** |
| --- | --- | --- |
| January 21, 2016 | USPS Regular Mail | Letter requesting completion of PFS. |
| March 10, 2016 | Federal Express Overnight Delivery | Letter regarding completion of PFS and requesting client to contact Beasley, Allen. |
| September 2, 2016 | USPS Certified Mail Return Receipt Requested | Letter regarding PFS Deficiency Notice and Dismissal Warning. The letter was returned to Beasley, Allen on September 7, 2016. |

| | | |
|---|---|---|
| September 9, 2016 | USPS Regular Mail | Letter regarding PFS Deficiency Notice and Dismissal Warning. |

7. In addition, contact with Ms. Perkins was attempted via telephone regarding the implications of not providing prescription and/or pharmacy records documenting her father's use of Xarelto and not serving completed Plaintiff Fact Sheet on numerous occasions, including February 16, 2016; February 22, 2016; March 10, 2016; March 14, 2016; April 1, 2016; April 27, 2016; July 12, 2016; August 31, 2016; September 7, 2016; September 20, 2016; September 21, 2016; September 28, 2016. Despite the undersigned counsels' best efforts, they have not been able to secure Ms. Perkins' completed Plaintiff Fact Sheet or prescription and/or pharmacy records documenting her father's use of Xarelto; or, her permission to voluntarily dismiss this matter.

8. Accordingly, undersigned counsel has nothing to oppose based on the inability to obtain sufficient information from Ms. Perkins and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13 and the undersigned counsel's difficulty reaching and communicating with the Plaintiff.

9. At all times relevant hereto, undersigned Counsel has diligently sought contact with Ms. Perkins in order to serve a completed Plaintiff Fact Sheet.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at this time.

Dated: November 22, 2016         s/ Andy D. Birchfield, Jr.

                                 Andy D. Birchfield, Jr.
                                 C. Gibson Vance
                                 David B. Byrne, III

        BEASLEY, ALLEN, CROW,
        METHVIN, PORTIS & MILES, P.C.
        Post Office Box 4160
        Montgomery, Alabama 36103-4160
        (334) 269-2343
        (334) 954-7555 (facsimile)
        Andy.Birchfield@BeasleyAllen.com
        Gibson.Vance@BeasleyAllen.com
        David.Byrne@BeasleyAllen.com

        ***Attorneys for Plaintiff***

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/Andy D. Birchfield, Jr.
    Andy D. Birchfield, Jr.