UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : <br> PRODUCTS LIABILITY LITIGATION : <br> : <br> : <br> : <br> : <br> : <br> : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Roy Owens v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:16-cv-12638

### PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiff Roy Owens, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 4432), by and through undersigned counsel submits his response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff Roy Owens contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on May 19, 2016.

3. After many attempts, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet from Mr. Owens.

4. Undersigned counsel has communicated with Mr. Owens regarding the need to obtain and serve a completed Plaintiff Fact Sheet. Mr. Owens has not provided such completed Plaintiff Fact Sheet to date.

5. Undersigned counsel has been diligent in contacting Mr. Owens, and informed Mr. Owens that his claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served according to CMO 1 and PTO 13.

6. Without waiving the attorney-client privilege, counsel has advised Mr. Owens in writing on multiple occasions regarding the need for his assistance in the Completion of a Plaintiff Fact Sheet and the implications of not providing such:

| Date | Correspondence | Documents |
|---|---|---|
| May 26, 2016 | USPS Regular Mail | Letter regarding completion of PFS and a copy of the PFS. |
| July 25, 2016 | Federal Express Overnight Delivery | Follow up letter regarding completion of PFS and a copy of the PFS requesting his signature. |
| August 22, 2016 | Federal Express Overnight Delivery | Notice of Overdue PFS letter sent to the client. |
| October 12, 2016 | Federal Express Overnight Delivery | Notice of Overdue PFS letter sent to the client. |
| October 17, 2016 | Federal Express Overnight Delivery | Notice regarding Potential Dismissal letter sent to the client. |
| November 11, 2016 | Federal Express Overnight Delivery | Final Notice of Dismissal letter sent to the client. |

7.     In addition, contact with Mr. Owens was attempted via telephone regarding the implications of not completing the Plaintiff Fact Sheet on numerous occasions, including May 26, 2016; July 25, 2016; August 1, 2016; August 3, 2016, August 5, 2016; August 10, 2016; and August 17, 2016.

8.     Despite the undersigned counsels' best efforts, they have not been able to secure Mr. Owens' completed Plaintiff Fact Sheet; or, his permission to voluntarily dismiss this matter.

9.     Accordingly, undersigned counsel has nothing to oppose based on the inability to obtain sufficient information from Mr. Owens and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13 and the undersigned counsel's difficulty reaching and communicating with the Plaintiff.

10.    At all times relevant hereto, undersigned Counsel has diligently sought contact with Mr. Owens in order to serve a completed Plaintiff Fact Sheet.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at this time.

Dated: November 23, 2016

        Respectfully submitted,

        **BARTIMUS, FRICKLETON and ROBERTSON, P.C.**

        By: */s/ Michelle Marvel*
        Michelle Marvel    MO # 59815   KS #23511
        11150 Overbrook Road, Suite 200
        Leawood, KS 66211
        (913) 266-2300
        (913) 266-2366 Facsimile
        mmarvel@bflawfirm.com

        **GOZA & HONNOLD, L.L.C**

        Kirk J. Goza      MO # 32475
        Bradley D. Honnold   MO # 39818
        11181 Overbrook Road, Suite 200
        Leawood, KS 66211
        (913) 451-3433 Telephone
        kgoza@gohonlaw.com
        bhonnold@gohonlaw.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/*Michelle Marvel*
Michelle Marvel