UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Barbara Adams**
**2:16-cv-14865**

**Michael Ahring**
**2:15-cv-5721**

**Charles Anderson**
**2:16-cv-3244**

**Betty Andrews**
**2:15-cv-04475**

**Harold Angel**
**2:16-cv-282**

**David Barlett**
**2:16-cv-1684**

**Margaret Bates**
**2:16-cv-15336**

**Ira Bennett**
**2:16-cv-1894**

**Ivan Benson**
**2:16-cv-1896**

**John Blenz**
**2:16-cv-1898**

**Jack Bogar**
**2:16-cv-1900**

**Richard Bridges**
**2:15-cv-5889**

**Sandra Brown**
**2:16-cv-2392**

**Juanita Bryant**
**2:16-cv-4185**

**Katherine Bryant**
**2:16-cv-1902**

**Donna Butler**
**2:16-cv-1905**

**Robert Capps**
**2:16-cv-2884**

**Sherril Caudill**
**2:16-cv-13938**

**Jerry Carr**
**2:16-cv-14498**

**James Chavez**
**2:16-cv-6212**

**Kenneth Cole**
**2:16-cv-15224**

**Robert Cornett**
**2:15-cv-5125**

**Nellie Crabtree**
**2:16-cv-2726**

**Allen Crain**
**2:16-cv-5026**

**William Cullen**
**2:16-cv-1891**

**Jessica Dameron**
**2:16-cv-14598**

**Jeremiah Davidson**

**2:16-cv-2055**

**Anthony Dichiaro**
**2:16-cv-4653**

**Ernest Diebel**
**2:16-cv-2056**

**Brad Dorsen**
**2:16-cv-15377**

**Virginia Dove**
**2:16-cv-1908**

**Gene Dowell**
**2:16-cv-2057**

**Gay Dunlap**
**2:16-cv-3366**

**Linda Dutton**
**2:16-cv-3372**

**Helen Dykstra-Jeffries**
**2:16-cv-13937**

**Annie Edwards**
**2:16-cv-6536**

**Roger Eldredge**
**2:15-cv-6804**

**Betty Ellis**
**2:15-cv-5128**

**Donovan Elmore**
**2:15-cv-6804**

**Brian Engel**
**2:16-cv-6594**

**Daren Essig**
**2:16-cv-2039**

**David Evans**
**2:16-cv-1910**

**Heidi Farnsworth**
**2:16-cv-16090**

**Jacqueline Felldin**
**2:16-cv-13570**

**Joanne Fisher**
**2:15-cv-5891**

**Harrison Foskett**
**2:16-cv-14926**

**Frank Ellsworth**
**2:16-cv-513**

**Ridgeway Gaines**
**2:16-cv-7059**

**Bernard Gaus**
**2:16-cv-2885**

**Dorothy Glenn**
**2:16-cv-2058**

**Elbert Goff**
**2:16-cv-4186**

**Gloria Golston**
**2:16-cv-4186**

**Stuart Goodwine**
**2:16-cv-2059**

**Haynes Graham**
**2:16-cv-2060**

**Antoine Gulley**
**2:16-cv-3377**

**Phillip Hager**
**2:16-cv-14572**

**Lorelei Hamby**
**2:16-cv-14501**

**Leanne Hawbecker**

**2:16-cv-2061**

**Bobbie Haynes**
**2:16-cv-3378**

**Walter Haywood**
**2:16-cv-4188**

**David Hemmenway**
**2:15-cv-5892**

**Leondardo Hinojosa**
**2:16-cv-2062**

**Jane Holt**
**2:16-cv-7061**

**Robert Huffman**
**2:16-4189**

**Cauleen Johnson**
**2:16-cv-4190**

**Charlie Johnson**
**2:16-cv-15223**

**Jerome Johnson**
**2:16-cv-2886**

**Leona Johnson**
**2:16-cv-15699**

**Raymond Jones**
**2:16-cv-14597**

**Viola Jones**
**2:16-cv-14625**

**Stiridon Kantardjieff**
**2:16-cv-15948**

**Athaleen Lawn**
**2:16-cv-15337**

**Bennie Lay**
**2:15-cv-5893**

**Carrie Lemon**
2:16-cv-2522

**George Lewis**
2:15-cv-5894

**William Lindley**
2:16-cv-2065

**Brigitta Lujan**
2:16-cv-15088

**Ronald Malanowski**
2:16-cv-2524

**Wendy Mangelsen**
2:16-cv-2525

**Christine Marbell**
2:16-cv-8118

**Catherine Maynard**
2:16-cv-3380

**Mary McBee**
2:16-cv-7062

**James McCarthy**
2:16-cv-2526

**Swaynee McCasland**
2:16-cv-5042

**Betty McClure**
2:16-cv-12979

**Jerry McElroy**
2:16-cv-3382

**Elizabeth McLean**
2:15-cv-04415

**George Merino**
2:16-cv-15378

**Adine Miller**

**2:15-cv-5043**

**Doug Mills**
**2:16-cv-2528**

**Africa Minfield**
**2:16-cv-4192**

**Jeffrey Moseley**
**2:16-cv-2529**

**Angela Mullens**
**2:15-cv-5044**

**Robert Noor**
**2:16-cv-15204**

**Julie Orrell**
**2:16-cv-3384**

**Ernest Payne**
**2:15-cv-6808**

**Veronica Peterson**
**2:16-cv-12109**

**Mario Petralia**
**2:16-cv-8202**

**Rebecca Pezold**
**2:16-cv-2531**

**Donnie Phillips**
**2:16-cv-8123**

**William Phillips**
**2:16-cv-15886**

**Robert Pietrocarlo**
**2:16-cv-14855**

**June Pike**
**2:16-cv-2888**

**Paul Pittman**
**2:15-cv-5132**

**Claude Raye**
**2:16-cv-2889**

**Juanita Reeves**
**2:16-cv-2535**

**Jayne Remer**
**2:16-cv-8125**

**John Rivers**
**2:16-cv-2891**

**Linda Robertson**
**2:15-cv-6810**

**Arden Runyan**
**2:16-cv-2893**

**Nancy Russ**
**2:16-cv-7067**

**Loretta Ruth**
**2:16-cv-15237**

**Chass St. Clair**
**2:16-cv-15478**

**Felton Schley**
**2:16-cv-2894**

**Gertrude Schmidt**
**2:16-cv-7065**

**Clinton Sesco**
**2:16-cv-7063**

**Andre Smith**
**2:16-cv-15846**

**Carla Smith**
**2:16-cv-18569**

**Rebecca Spronk**
**2:16-cv-14499**

**Alice Stanton**

**2:16-cv-2534**

**Sunshearay Steele**
**2:16-cv-14956**

**Mary Sutton**
**2:15-cv-5131**

**Al Taylor**
**2:16-cv-8130**

**Annie Thomas**
**2:16-cv-8132**

**Kim Totten**
**2:16-cv-14497**

**Giuseppina Tubbs**
**2:16-cv-2897**

**Stephanie Tutt**
**2:16-cv-15601**

**William Urseth**
**2:15-cv-6811**

**Bobby Vodegel**
**2:16-cv-14626**

**George Quihuis**
**2:16-cv-3368**

**James Waggoner**
**2:16-cv-14695**

**Sandra Walker-Bitihene**
**2:16-cv-8134**

**Ginger Ward**
**2:16-cv-15086**

**Douglas Watson**
**2:16-cv-13963**

**Melody Wesson**
**2:16-cv-8136**

Annie Womack
2:16-cv-8138

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

COMES NOW, Krystal K. Weigl of the Flint Law Firm, PLLC, and formally enters her appearance as counsel for Plaintiffs in the above captioned matters.

Dated: November 7, 2016

                Respectfully submitted,

                By: /s/ Krystal K. Weigl
                Krystal K. Weigl IL 6316929
                kweigl@flintfirm.com
                The Flint Law Firm, PLLC
                112 Magnolia Drive
                Glen Carbon, IL 62034
                T: (618) 288-4777
                F: (618) 288-2864
                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2016 a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties or their attorneys in a manner consistent with and authorized by the FRCP 5(b)(2), Local Rule 5.1 or the Eastern District of Louisiana, and via MDL Centrality, which will send notice of all electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                By: /s/ Krystal K. Weigl
                      Krystal K. Weigl