UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION   :   MDL No. 2592
                                                         :
                                                         :   SECTION L
                                                         :
                                                         :   JUDGE ELDON E. FALLON
                                                         :
                                                         :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Sonja Logan v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:16-cv-09122

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Plaintiff, Sonja Logan, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 4432), by and through undersigned counsel submits her response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff, Sonja Logan, contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on May 4, 2016.

3. After many attempts, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet from Ms. Logan.

4. Undersigned counsel has communicated with Ms. Logan regarding the need to obtain and serve a completed Plaintiff Fact Sheet. Ms. Logan has not provided such completed Plaintiff Fact Sheet to date.

5. Undersigned counsel has been diligent in contacting Ms. Logan, and informed Ms. Logan that her claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served according to CMO 1 and PTO 13.

6. Without waiving the attorney-client privilege, counsel has advised Ms. Logan in writing on multiple occasions regarding the need for her assistance in the Completion of a Plaintiff Fact Sheet and the implications of not providing such:

| Date | Correspondence | Documents |
|---|---|---|
| May 4, 2016 | USPS Regular Mail | Letter regarding completion of PFS and a copy of the PFS. |
| July 18, 2016 | Federal Express Overnight Delivery | Follow up letter regarding completion of PFS and a copy of the PFS |
| July 25, 2016 | Federal Express Overnight Delivery | Follow up letter regarding completion of PFS and a copy of the PFS |
| August 2, 2016 | Federal Express Overnight Delivery | Contact immediately letter regarding completion of PFS and a copy of the PFS requesting her signature. |
| October 25, 2016 | Federal Express Overnight Delivery | Notice of Overdue PFS letter regarding completion of PFS and a copy of the PFS requesting her signature. |
| November 11, 2016 | Federal Express Overnight Delivery | Final Notice of Overdue PFS letter regarding completion of PFS and a copy of the PFS requesting her signature. |

7. In addition, contact with Ms. Logan was attempted via telephone and email regarding the implications of not completing the Plaintiff Fact Sheet on numerous occasions, including May 4, 2016; July 13, 2016; July 14, 2016; July 15, 2016; July 27, 2016; and August 25, 2016, as well as telephone calls to her emergency contact.

8. Despite the undersigned counsels' best efforts, they have not been able to secure Ms. Logan's completed Plaintiff Fact Sheet; or, her permission to voluntarily dismiss this matter.

9. Accordingly, undersigned counsel has nothing to oppose based on the inability to obtain sufficient information from Ms. Logan and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13 and the undersigned counsel's difficulty reaching and communicating with the Plaintiff.

10. At all times relevant hereto, undersigned Counsel has diligently sought contact with Ms. Logan in order to serve a completed Plaintiff Fact Sheet.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at this time.

Dated: November 23, 2016

        Respectfully submitted,

        **BARTIMUS, FRICKLETON and ROBERTSON, P.C.**

        By: */s/ Michelle Marvel*
        Michelle Marvel    MO # 59815   KS #23511
        11150 Overbrook Road, Suite 200
        Leawood, KS 66211
        (913) 266-2300
        (913) 266-2366 Facsimile
        mmarvel@bflawfirm.com

        **GOZA & HONNOLD, L.L.C**

        Kirk J. Goza     MO # 32475
        Bradley D. Honnold  MO # 39818
        11181 Overbrook Road, Suite 200
        Leawood, KS 66211
        (913) 451-3433 Telephone
        kgoza@gohonlaw.com
        bhonnold@gohonlaw.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/*Michelle Marvel*
Michelle Marvel