UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
  :
  : SECTION L
  : JUDGE ELDON E. FALLON
  : MAGISTRATE JUDGE NORTH
_____

This Document relates to:
   Jerry McElroy v. Janssen Pharmaceuticals, Inc. et al
   Case Number: **2:16-cv-2016**

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

COMES NOW Attorney Scott D. Levensten, Esq. and The Levensten Law Firm, P.C., counsel for Plaintiff Jerry McElroy (identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet – Doc 4432), and files this response to the Court's Order to Show Cause and shows as follows:

1. Plaintiff Jerry McElroy contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The complaint in this matter was filed and paid for in full on March 10, 2016.

3. After numerous attempts, undersigned counsel has been unable to obtain a completed and signed Plaintiff Fact Sheet (PFS) from Mr. McElroy.

4. Undersigned Counsel has communicated with Mr. McElroy regarding the need to obtain and serve a completed PFS.  Mr. McElroy has not provided such completed PFS to this point.

5. Undersigned Counsel has been diligent in contacting Mr. McElroy, and informed Mr. McElroy that his claim(s) are subject to dismissal if a completed PFS is not served according to CMO 1 and PTO 13.

6. Without waiving attorney-client privilege, undersigned counsel has advised Mr. McElroy in writing on multiple occasions regarding the need for his assistance in the completion of the PFS and the implications of not providing such:

**WRITTEN CORRESPONDENCE WITH PLAINTIFF REGARDING PFS**

11/21/2016 – e-mail communication
11/18/2016 – Hand Delivery x 2 addresses and e-mail communication
11/17/2016 – Regular and Certified U.S. Mail and Federal Express x 2 addresses
　　** Both November 17, 2016 Federal Express deliveries were signed for by J. McElroy (at each address)
11/10/2016 – e-mail communication
11/1/2016 – Hand Delivery x 2 addresses
10/19/2016 – e-mail communication
8/29/2016 – e-mail communication
7/14/2016 – Regular and Certified U.S. Mail and Federal Express x 2 addresses
　　** Both July 14, 2016 Federal Express deliveries were signed for by J. McElroy (at each address)
6/28/2016 and 6/30/2016 – Regular and Certified U.S. Mail and Federal Express x 2 addresses
5/11/2016 – e-mail communication
5/3/2016 – Federal Express
5/2/2016 – e-mail communication
4/26/2016 - Regular and Certified U.S. Mail
4/11/2016 - Federal Express
3/10/2016 – Federal Express
9/1/2015 – U.S. Mail
5/11/2015 – U.S. Mail

7. In addition, Undersigned Counsel has made efforts to contact Mr. McElroy via telephone and counsel has spoken to family members of Plaintiff's who also have

been unable to get client to communicate with Counsel.  Since May 2016 at least 26 telephone calls have been made (and voice messages left where possible).

8. Despite Undersigned Counsel's best efforts, they have not been able to secure Mr. McElroy's completed PFS or his permission to voluntarily dismiss this matter.

9. Accordingly, Undersigned Counsel has nothing to oppose based on the inability to obtain sufficient information from Mr. McElroy and serve the PFS in compliance with CMO 1 and PTO 13 and the Undersigned Counsel's difficulty reaching and communicating with the Plaintiff.

10. At all times relevant hereto, Undersigned Counsel has diligently sought contact with Mr. McElroy in order to serve a completed PFS.

FOR THESE REASONS, Undersigned Counsel has no basis to oppose a Motion to Dismiss at this time.

Date:   November 23, 2016           Respectfully submitted,

/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this the 23rd day of November, 2016.

The foregoing Response to the Court's Show Cause Order has also been served on Plaintiff at the last known addresses by regular and Certified U.S. Mail on this the 23rd day of November, 2016.

/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*