```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3     ****************************************************************

 4     IN RE:  XARELTO (RIVAROXABAN)
       PRODUCTS LIABILITY LITIGATION
 5
                                  CIVIL ACTION NO. 14-MD-2592 "L"
 6                                NEW ORLEANS, LOUISIANA
                                  THURSDAY, NOVEMBER 17, 2016, 3:30 P.M.
 7
       THIS DOCUMENT RELATES TO
 8     ALL CASES

 9     ****************************************************************

10
               TRANSCRIPT OF TELEPHONIC STATUS CONFERENCE PROCEEDINGS
11               HEARD BEFORE THE HONORABLE ELDON E. FALLON
                      UNITED STATES DISTRICT JUDGE
12

13     APPEARANCES:

14
       FOR THE PLAINTIFFS'
15     LIAISON COUNSEL:          HERMAN HERMAN & KATZ
                                 BY:  LEONARD A. DAVIS, ESQUIRE
16                               820 O'KEEFE AVENUE
                                 NEW ORLEANS, LA  70113
17

18
                                 GAINSBURGH BENJAMIN DAVID
19                               MEUNIER AND WARSHAUER
                                 BY:  GERALD E. MEUNIER, ESQUIRE
20                               2800 ENERGY CENTRE
                                 1100 POYDRAS STREET, SUITE 2800
21                               NEW ORLEANS, LA  70163

22

23     FOR THE PLAINTIFFS:      LEVIN PAPANTONIO THOMAS MITCHELL
                                 RAFFERTY & PROCTOR
24                               BY:  BRIAN H. BARR, ESQUIRE
                                 316 SOUTH BAYLEN STREET, SUITE 600
25                               PENSACOLA, FL  32502
```

*OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                              LEVIN, FISHBEIN, SEDRAN & BERMAN
                               BY:  FREDERICK S. LONGER, ESQUIRE
4                              510 WALNUT STREET, SUITE 500
                               PHILADELPHIA, PA  19106
5

6
                               BEASLEY ALLEN CROW METHVIN
7                              PORTIS & MILES
                               BY:  ANTHONY BIRCHFIELD JR., ESQUIRE
8                              POST OFFICE BOX 4160
                               MONTGOMERY, AL  36103
9

10
     FOR THE DEFENDANTS:   CHAFFE MCCALL
11                             BY:   JOHN F. OLINDE, ESQUIRE
                               1100 POYDRAS STREET
12                             NEW ORLEANS, LA  70163

13

14                             DRINKER BIDDLE & REATH
                               BY:  SUSAN M. SHARKO, ESQUIRE
15                             500 CAMPUS DRIVE
                               FLORHAM PARK, NJ  07932
16

17
                               KAYE SCHOLER
18                             BY:  STEVEN GLICKSTEIN, ESQUIRE
                                    ANDREW K. SOLOW, ESQUIRE
19                             250 WEST 55TH STREET
                               NEW YORK, NY  10019
20

21
     OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
22                               CERTIFIED REALTIME REPORTER
                                 REGISTERED MERIT REPORTER
23                               500 POYDRAS STREET, ROOM HB-275
                                 NEW ORLEANS, LA  70130
24                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
25   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

                         *OFFICIAL TRANSCRIPT*

1                           **I N D E X**

2

3     <u>AGENDA ITEMS</u>                                    <u>PAGE</u>

4

5     DEFENDANTS' RESPONSE TO PSC DISCOVERY REGARDING THE

6     COLLABORATIVE DEVELOPMENT LICENSE AGREEMENT..........   5

7     THE AUTHENTICITY AND THE BUSINESS RECORDS STATUS OF

8     DOCUMENTS............................................   5

9     THE HANDLING OF CURRENT PFS DEFICIENCIES.............   6

10    PLAINTIFFS' RESPONSES TO DEFENDANTS' DISCOVERY

11    REQUESTS FOR COMMUNICATIONS CONCERNING THE ROCKET....   8

12    DEFENDANTS' DISCOVERY CONCERNING THE THIRD-PARTY

13    FINANCING OF BELLWETHER PLAINTIFFS CASES.............   9

14    DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS IN

15    CONNECTION WITH THE PLAINTIFFS' EXPERT DEPOSITIONS...   9

16    DEPOSITION PROTOCOL ORDER............................  10

17

18

19

20

21

22

23

24

25

                       ***OFFICIAL TRANSCRIPT***

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|          | 1  | **P-R-O-C-E-E-D-I-N-G-S**                              |
| 03:15:50 | 2  | THURSDAY, NOVEMBER 17, 2016                             |
| 03:15:58 | 3  | (IN CHAMBERS VIA TELEPHONE)                             |
| 03:15:58 | 4  |                                                        |
| 03:15:58 | 5  |                                                        |
| 03:31:05 | 6  | THE COURT:  Hello.  Good afternoon, everyone.  This is |
| 03:31:07 | 7  | Judge Fallon.  Who is on the line for the plaintiffs?  |
| 03:31:07 | 8  | MR. MEUNIER:  Jerry Meunier, Your Honor.               |
| 03:31:09 | 9  | THE COURT:  Jerry.                                     |
| 03:31:09 | 10 | MR. DAVIS:  Lenny Davis.                               |
| 03:31:09 | 11 | THE COURT:  Lenny.                                     |
| 03:31:13 | 12 | Anyone else?                                           |
| 03:31:14 | 13 | MR. BARR:  Brian Barr.                                 |
| 03:31:14 | 14 | THE COURT:  Brian.                                     |
| 03:31:18 | 15 | MR. LONGER:  Fred Longer.                              |
| 03:31:18 | 16 | THE COURT:  Fred.                                      |
| 03:31:20 | 17 | Anyone else for the plaintiffs?                        |
| 03:31:23 | 18 | Okay.  How about for the defendants?                   |
| 03:31:29 | 19 | MR. GLICKSTEIN:  Steve Glickstein.                     |
| 03:31:29 | 20 | THE COURT:  Hi, Steve.                                 |
| 03:31:32 | 21 | MS. SHARKO:  Susan Sharko.                             |
| 03:31:32 | 22 | THE COURT:  Susan.                                     |
| 03:31:35 | 23 | MR. SOLOW:  Andy Solow, Your Honor.                    |
| 03:31:35 | 24 | THE COURT:  Andy.                                      |
| 03:31:37 | 25 | MR. OLINDE:  John Olinde.                              |

*OFFICIAL TRANSCRIPT*

03:31:41 1        THE COURT:  John.

03:31:41 2             Is that it?

03:31:42 3             Okay.  Let's see.  Jerry, you sent me some of

03:31:49 4    topics, something about defendants' response to PSC discovery

03:31:56 5    regarding the collaborative development license agreement.  You

03:32:00 6    sent a copy to me.

03:32:03 7        MR. MEUNIER:  Yes, sir.

03:32:03 8        THE COURT:  Susan --

03:32:04 9        MR. MEUNIER:  Judge --

03:32:06 10       THE COURT:  Go ahead, Jerry.  I'm sorry.

03:32:08 11       MR. MEUNIER:  Yeah, that agenda, I think, was

03:32:10 12   circulated to all counsel, and I can, on behalf of the PSC,

03:32:15 13   tell you, Judge, that we have positive news on item one.

03:32:15 14       THE COURT:  Okay.

03:32:19 15       MR. MEUNIER:  We've had a couple of meet and confer

03:32:21 16   sessions which have been helpful, and the parties appear to be

03:32:24 17   in a position to resolve this particular discovery matter by

03:32:28 18   way of a stipulation or agreement.

03:32:31 19            It still is a work in progress, but we hope that

03:32:34 20   we will have that, you know, worked out or a further positive

03:32:39 21   report at the time of the status conference on November 29th.

03:32:42 22       THE COURT:  Okay.  How about the second item with the

03:32:44 23   authenticity and the business records status of documents?

03:32:50 24       MR. DAVIS:  This is Lenny speaking, Judge.

03:32:50 25       THE COURT:  Go ahead, Lenny.

*OFFICIAL TRANSCRIPT*

03:32:53   1          MR. DAVIS:  We have had meet and confers with both

03:32:56   2     Janssen and Bayer on this issue, and as a result, yesterday we

03:33:01   3     filed a motion regarding the sufficiency of defendants'

03:33:06   4     objections to plaintiffs' first request for admissions.

03:33:09   5          You may recall we have spoken about this a couple

03:33:12   6     times before.  It's the business record authenticity issue on

03:33:17   7     documents, and we have set that matter for hearing and status

03:33:23   8     conference.  We continue to talk on that.

03:33:26   9          THE COURT:  Okay.

03:33:29  10          MR. GLICKSTEIN:  There is the stipulated date for

03:33:32  11     defendants' opposition is the 23rd at noon.

03:33:38  12          THE COURT:  Okay, Steve.

03:33:38  13          Let's see, the other one was the handling of

03:33:41  14     current PFS deficiencies?  Anything on that one?

03:33:46  15          MR. DAVIS:  Judge, this is an issue that I think we

03:33:49  16     might have briefly spoke about.  You'll recall that the PSC has

03:33:55  17     been cooperating with the Court, as well as with defendants, to

03:33:59  18     try to weed through these efficient profile forms.

03:34:05  19          What we worked out at the end of last year was

03:34:09  20     that we would get a list from defendants at the end of the

03:34:13  21     month or by the first of the month, and then we would have the

03:34:15  22     full month to go through and try to clean it up, and then the

03:34:19  23     following month, they would file whatever motion they did.

03:34:23  24          I think the first one that was done was done in

03:34:26  25     January of the year, and then after we worked through it, we

*OFFICIAL TRANSCRIPT*

03:34:32 1    filed or we dealt with the filing that came March 16th.  The

03:34:38 2    next one, I think, was they provided their list in July,

03:34:41 3    July 1st of the year, and then September 4th they filed their

03:34:46 4    motion.

03:34:47 5              We're now are at the point where we're dealing

03:34:50 6    with a number of the bundled complaint folks.  So we got a list

03:34:59 7    of 574 cases on October 18th, and quite frankly, the issue is

03:35:08 8    are these ripe to be heard at this status conference?  We

03:35:12 9    really think working through these a little more will help

03:35:15 10   because we try to get through them as best as we can.  Sindhu

03:35:23 11   has been working on it.  We got through 300 and some odd of

03:35:27 12   them, and we're just not there.

03:35:31 13             We're happy to go forward, if that's what the

03:35:34 14   Court wants to do.  But our concern is we're going to end up

03:35:37 15   having a lot of lawyers on the phone, and we're going to spend

03:35:41 16   a tremendous amount of time dealing with issues like dual

03:35:45 17   representations and other issues, and we just think that giving

03:35:49 18   us more time to try to work through them will be efficient for

03:35:53 19   everybody.

03:35:54 20             THE COURT:  How do you see it, Susan or Steven?

03:36:02 21             MS. SHARKO:  The way we see it is there hasn't been an

03:36:05 22   agreed-upon protocol, and my office has been calling Sindhu for

03:36:08 23   the past two weeks or longer to try to get this worked out, and

03:36:13 24   I think she must be tied up with other things.  We're anxious

03:36:23 25   to separate the wheat from the chaff and get the cases that

*OFFICIAL TRANSCRIPT*

03:36:23  1    should be dismissed dismissed.

03:36:28  2            So Lenny is right.  We gave them the list of 574

03:36:30  3    on October 18.  When we filed the motions on November 3, the

03:36:38  4    list was down to 335, and new plaintiffs come off the list

03:36:42  5    every week.  We'll continue to take people off the list as they

03:36:47  6    submit PFS's, but unless people's feet are held to the fire and

03:36:54  7    there is a process, it won't happen.

03:36:56  8            So our suggestion is that we go forward with

03:36:59  9    these people in November, and we're happy to formalize the

03:37:07 10    protocols with Sindhu if the plaintiffs are willing to do that,

03:37:11 11    but we really don't want to see any further delay.

03:37:15 12            THE COURT:  Let's do this:  Lenny, get the list of the

03:37:17 13    people that still haven't responded, and I'll do a minute entry

03:37:22 14    on those particular people ordering them to show cause, maybe

03:37:32 15    not at this meeting, I'll go the next one, but get the list by

03:37:36 16    this meeting, and then I'll make the list specific to those

03:37:41 17    individuals and we'll get them focused.

03:37:50 18            MR. DAVIS:  Thank you, Your Honor.

03:37:51 19            THE COURT:  What's the next one?  The next one was,

03:37:55 20    let's see, plaintiffs' responses to defendants' discovery

03:38:02 21    requests for communications concerning the ROCKET.  Who is

03:38:08 22    that?  Who wants to speak on that?

03:38:10 23            MR. BARR:  Your Honor, this is Brian Barr.

03:38:10 24            THE COURT:  Yes, Brian.

03:38:13 25            MR. BARR:  We have reached an agreement on that where

*OFFICIAL TRANSCRIPT*

03:38:15 1   the defendants have granted us an extension until Wednesday to

03:38:19 2   provide them our responses, so we are putting that together and

03:38:23 3   providing those responses.

03:38:25 4         THE COURT:  Okay.  Great.

03:38:26 5               How about the next one, defendants' discovery

03:38:28 6   concerning the third-party financing of bellwether plaintiffs

03:38:32 7   cases?  Andy was going to get that together.  What's happened,

03:38:35 8   Steve?

03:38:38 9         MR. BIRCHFIELD:  I apologize.  Background noise.

03:38:42 10              Consistent with what the Court addressed last

03:38:45 11  week and the week before, we have provided responses for the

03:38:50 12  individual bellwether plaintiffs.  There are no third-party

03:38:55 13  financing agreements for those plaintiffs, so we've responded

03:38:58 14  to that effect.

03:39:00 15             We've maintained our objection consistent with

03:39:03 16  what we understood the Court to describe for us.  We maintained

03:39:08 17  our objection as it pertains to lawyer findings.

03:39:08 18        THE COURT:  Yes.

03:39:13 19             Okay.  All right.  How about the defendants'

03:39:15 20  request for production of documents, number 6, in connection

03:39:19 21  with the plaintiffs' expert depositions?  What is that about?

03:39:24 22        MS. SHARKO:  I'll speak to that.  This is Susan.

03:39:26 23             Going back to third-party's funding,

03:39:29 24  Andy Birchfield and I spoke this morning in court, and I asked

03:39:33 25  if he would give us certain information in a letter and just to

*OFFICIAL TRANSCRIPT*

03:39:39  1  round it out so that it's clear that we know what the answer is

03:39:44  2  as to these four plaintiffs and he agreed to do that.

03:39:47  3          I was going to check with Bayer and make sure

03:39:50  4  that was okay with Bayer and Andy.  I have checked with them

03:39:53  5  and it's okay with them.

03:39:53  6          THE COURT:  Okay.  Great.

03:39:55  7          MS. SHARKO:  So that issue is over.

03:39:55  8          THE COURT:  Okay.

03:39:58  9          MS. SHARKO:  On the deposition protocol order, the

03:40:01 10 issue is that when the defendants negotiated the protocol

03:40:07 11 order, in the order there is a list of what the experts are to

03:40:11 12 produce at depositions.  We did not intend that list to be all

03:40:14 13 encompassing for all experts but, rather, a starting point.

03:40:20 14         We've met and conferred on that, and the

03:40:23 15 plaintiff asked us to send us a list of what we believe

03:40:27 16 specific experts should have produced beyond that, as they've

03:40:32 17 objected to everything we asked for.

03:40:36 18         So, so far I've sent them what we want for one

03:40:40 19 expert, Dr. Busey.  I guess the issue is ripe for Your Honor.

03:40:48 20 Dr. Busey apparently prepared a report in the *Pradaxa*

03:40:54 21 litigation, which is a drug in the same novel oral

03:40:59 22 anticoagulant class, discussing Pradaxa and Warfarin.

03:41:05 23         There is a common thread, we believe, because

03:41:07 24 both medicines are compared to Warfarin, and Dr. Busey has done

03:41:10 25 extensive research in Warfarin.  Then the plaintiff's experts

*OFFICIAL TRANSCRIPT*

03:41:14  1    generally argue that Pradaxa a better drug than Xarelto; so,

03:41:21  2    we've asked for a copy of his report from the *Pradaxa*

03:41:24  3    litigation, and the plaintiffs have said no; so, that's what we

03:41:27  4    would like for Dr. Busey.

03:41:31  5         MR. BARR:  Your Honor, this is Brian.

03:41:33  6              I didn't know that we responded.  The answer is

03:41:35  7    really our hands are tied for multiple different reasons.

03:41:40  8              There are at least two orders in place that, from

03:41:45  9    Judge Herndon -- he was the judge in charge of the Pradaxa

03:41:50 10    MDL -- that requires any of the reports drafted never be made

03:41:54 11    public, never being produced and required them to be destroyed;

03:41:59 12    so, I'm not sure how we're supposed to produce them.

03:42:02 13              But on top of that, these reports were never

03:42:06 14    actually served in the *Pradaxa* litigation, so they are drafts

03:42:11 15    and not discoverable.

03:42:13 16              So, I mean, given that there is an order in place

03:42:17 17    that prohibits their production and required their destruction

03:42:20 18    and that they are drafts, I don't think it's appropriate or

03:42:25 19    possible even to produce them.

03:42:29 20         THE COURT:  Susan --

03:42:31 21         MS. SHARKO:  I haven't seen any of those orders

03:42:32 22    (speaking simultaneously).

03:42:32 23         THE COURT:  -- do you want to respond?

03:42:32 24              All right.  Let's check into that.  My thinking

03:42:35 25    is this:  The draft reports, I thought you all had agreed that

*OFFICIAL TRANSCRIPT*

03:42:43  1    that wasn't producible.  Generally speaking, drafts are not

03:42:47  2    producible.

03:42:51  3              If the report exists on Pradaxa, we're dealing

03:42:56  4    with discovery and we're dealing with credibility, and those

03:42:59  5    issues, it should be produced if it exists, if it's not

03:43:06  6    inconsistent with an outstanding order.

03:43:09  7              I don't want to get anybody crosswise with that,

03:43:12  8    but it seems to me that it's relevant, at least in discovery,

03:43:17  9    and the witness can be questioned on it.  I mean, this is prior

03:43:22 10    statements of a witness in certain areas, but they may not

03:43:26 11    exist; so, the answer may not be available.

03:43:32 12              So let's check on that, Susan.  Get with Brian

03:43:36 13    and see whether or not you can pull up those orders and see

03:43:41 14    what the situation is and ask the witness whether he produced

03:43:44 15    any report and where is it?

03:43:48 16         MS. SHARKO:  He's been deposed and he testified that

03:43:51 17    there was a report, and I believe he testified that he has it,

03:43:55 18    and I don't think he said it was a draft, and that's why we

03:44:00 19    pursued that.

03:44:01 20         MR. BARR:  Your Honor, I wasn't involved in *Pradaxa* but

03:44:05 21    my firm was, but I've been informed -- you know, I'll check

03:44:09 22    into this further -- I've been informed those reports were

03:44:13 23    never actually produced in the litigation; so, until they are

03:44:17 24    produced they are drafts.

03:44:20 25         THE COURT:  All right.  Let's check that out and we'll

**OFFICIAL TRANSCRIPT**

03:44:21  1    put that on the agenda the next time.

03:44:26  2              Okay.  Anything else that, Susan, you have

03:44:31  3    anything?  David?  Anybody?

03:44:35  4              Go ahead, Lenny.

03:44:36  5         MR. DAVIS:  Judge, this is Lenny.  We have our status

03:44:40  6    conference, I believe it's the 29th, is it?

03:44:43  7         THE COURT:  Yes.

03:44:45  8         MR. DAVIS:  The 29th and we've got Thanksgiving in

03:44:47  9    here.  We're trying to get the joint report out to Your Honor

03:44:51 10    before Thanksgiving.  We're hopeful but I can't guarantee it.

03:44:56 11         THE COURT:  When is that, by the way?

03:45:01 12         MR. MEUNIER:  Thanksgiving is next Thursday, Judge.

03:45:04 13         THE COURT:  Okay.  That's right, it's on Thursday.

03:45:06 14         MR. MEUNIER:  We may be able to get it in by Wednesday,

03:45:09 15    the 23rd, but if we can't, we may need to slide until Monday,

03:45:13 16    the 28th.

03:45:14 17         THE COURT:  That will be all right.

03:45:14 18         MR. DAVIS:  Okay.

03:45:15 19         THE COURT:  Okay.  All right.  Anything else?

03:45:18 20              Steve, do you have anything?

03:45:20 21         MR. GLICKSTEIN:  Nothing else, Your Honor.

03:45:21 22         THE COURT:  Susan?

03:45:23 23         MS. SHARKO:  No, sir.  Thank you.

03:45:24 24         THE COURT:  Brian, anything?

03:45:26 25         MR. BARR:  That's it, Your Honor.  Thank you.

                          *OFFICIAL TRANSCRIPT*

03:45:27  1                THE COURT:  Lenny?  Jerry?

03:45:29  2                MR. DAVIS:  I'm good.  Thank you.

03:45:30  3                MR. MEUNIER:  We're good, Judge.  Thank you for your

03:45:33  4      help.

03:45:34  5                THE COURT:  Have a good Thanksgiving, everybody.

03:45:38  6      Bye-bye now.

          7                (WHEREUPON, at 3:45 p.m., the proceedings were

          8      concluded.)

          9                              *    *    *

         10

         11                        REPORTER'S CERTIFICATE

         12          I, Cathy Pepper, Certified Realtime Reporter, Registered
             Merit Reporter, Certified Court Reporter in and for the State
         13  of Louisiana, Official Court Reporter for the United States
             District Court, Eastern District of Louisiana, do hereby
         14  certify that the foregoing is a true and correct transcript to
             the best of my ability and understanding from the record of the
         15  proceedings in the above-entitled and numbered matter.

         16

                                        *s/Cathy Pepper*
         17                             _____
                                        Cathy Pepper, CRR, RMR, CCR
         18                             Certified Realtime Reporter
                                        Registered Merit Reporter
         19                             Official Court Reporter
                                        United States District Court
         20                             Cathy_Pepper@laed.uscourts.gov

         21

         22

         23

         24

         25

                              *OFFICIAL TRANSCRIPT*

| 0 | 6 |
|---|---|
| **07932** [1] - 2:15 | **6** [2] - 3:9, 9:20<br>**600** [1] - 1:24 |

**1**

**10** [1] - 3:16
**10019** [1] - 2:19
**1100** [2] - 1:20, 2:11
**14-MD-2592** [1] - 1:5
**16th** [1] - 7:1
**17** [2] - 1:6, 4:2
**18** [1] - 8:3
**18th** [1] - 7:7
**19106** [1] - 2:4
**1st** [1] - 7:3

**2**

**2016** [2] - 1:6, 4:2
**23rd** [2] - 6:11, 13:15
**250** [1] - 2:19
**2800** [2] - 1:20, 1:20
**28th** [1] - 13:16
**29th** [3] - 5:21, 13:6, 13:8

**3**

**3** [1] - 8:3
**300** [1] - 7:11
**316** [1] - 1:24
**32502** [1] - 1:25
**335** [1] - 8:4
**36103** [1] - 2:8
**3:30** [1] - 1:6
**3:45** [1] - 14:7

**4**

**4160** [1] - 2:8
**4th** [1] - 7:3

**5**

**5** [2] - 3:6, 3:8
**500** [3] - 2:4, 2:15, 2:23
**504** [1] - 2:24
**510** [1] - 2:4
**55TH** [1] - 2:19
**574** [2] - 7:7, 8:2
**589-7779** [1] - 2:24

**7**

**70113** [1] - 1:16
**70130** [1] - 2:23
**70163** [1] - 1:21, 2:12

**8**

**8** [1] - 3:11
**820** [1] - 1:16

**9**

**9** [2] - 3:13, 3:15

**A**

**ability** [1] - 14:14
**able** [1] - 13:14
**above-entitled** [1] - 14:15
**ACTION** [1] - 1:5
**addressed** [1] - 9:10
**admissions** [1] - 6:4
**afternoon** [1] - 4:6
**AGENDA** [1] - 3:3
**agenda** [2] - 5:11, 13:1
**agreed** [3] - 7:22, 10:2, 11:25
**agreed-upon** [1] - 7:22
**agreement** [3] - 5:5, 5:18, 8:25
**AGREEMENT.........** [1] - 3:6
**agreements** [1] - 9:13
**ahead** [3] - 5:10, 5:25, 13:4
**AL** [1] - 2:8
**ALL** [1] - 1:8
**ALLEN** [1] - 2:6
**amount** [1] - 7:16
**AND** [2] - 1:19, 3:7
**ANDREW** [1] - 2:18
**Andy** [5] - 4:23, 4:24, 9:7, 9:24, 10:4
**answer** [3] - 10:1, 11:6, 12:11
**ANTHONY** [1] - 2:7
**anticoagulant** [1] -

10:22
**anxious** [1] - 7:24
**apologize** [1] - 9:9
**appear** [1] - 5:16
**APPEARANCES** [2] - 1:13, 2:1
**appropriate** [1] - 11:18
**areas** [1] - 12:10
**argue** [1] - 11:1
**AUTHENTICITY** [1] - 3:7
**authenticity** [2] - 5:23, 6:6
**available** [1] - 12:11
**AVENUE** [1] - 1:16

**B**

**background** [1] - 9:9
**Barr** [2] - 4:13, 8:23
**BARR** [7] - 1:24, 4:13, 8:23, 8:25, 11:5, 12:20, 13:25
**Bayer** [3] - 6:2, 10:3, 10:4
**BAYLEN** [1] - 1:24
**BEASLEY** [1] - 2:6
**BEFORE** [1] - 1:11
**behalf** [1] - 5:12
**bellwether** [2] - 9:6, 9:12
**BELLWETHER** [1] - 3:13
**BENJAMIN** [1] - 1:18
**BERMAN** [1] - 2:3
**best** [2] - 7:10, 14:14
**better** [1] - 11:1
**beyond** [1] - 10:16
**BIDDLE** [1] - 2:14
**Birchfield** [1] - 9:24
**BIRCHFIELD** [2] - 2:7, 9:9
**BOX** [1] - 2:8
**Brian** [7] - 4:13, 4:14, 8:23, 8:24, 11:5, 12:12, 13:24
**BRIAN** [1] - 1:24
**briefly** [1] - 6:16
**bundled** [1] - 7:6
**Busey** [4] - 10:19, 10:20, 10:24, 11:4
**BUSINESS** [1] - 3:7
**business** [2] - 5:23, 6:6
**BY** [10] - 1:15, 1:19, 1:24, 2:3, 2:7, 2:11, 2:14, 2:18, 2:25, 2:25

**bye** [2] - 14:6
**bye-bye** [1] - 14:6

**C**

**CAMPUS** [1] - 2:15
**CASES** [1] - 1:8
**cases** [3] - 7:7, 7:25, 9:7
**CASES............** [1] - 3:13
**CATHY** [1] - 2:21
**Cathy** [2] - 14:12, 14:17
**cathy_Pepper@laed.
uscourts.gov** [1] - 2:24
**Cathy_Pepper@laed
.uscourts.gov** [1] - 14:19
**CCR** [2] - 2:21, 14:17
**CENTRE** [1] - 1:20
**certain** [2] - 9:25, 12:10
**CERTIFICATE** [1] - 14:11
**CERTIFIED** [1] - 2:22
**Certified** [3] - 14:12, 14:12, 14:17
**certify** [1] - 14:14
**chaff** [1] - 7:25
**CHAFFE** [1] - 2:10
**CHAMBERS** [1] - 4:3
**charge** [1] - 11:9
**check** [5] - 10:3, 11:24, 12:12, 12:21, 12:25
**checked** [1] - 10:4
**circulated** [1] - 5:12
**CIVIL** [1] - 1:5
**class** [1] - 10:22
**clean** [1] - 6:22
**clear** [1] - 10:1
**COLLABORATIVE** [1] - 3:6
**collaborative** [1] - 5:5
**common** [1] - 10:23
**communications** [1] - 8:21
**COMMUNICATIONS** [1] - 3:11
**compared** [1] - 10:24
**complaint** [1] - 7:6
**COMPUTER** [1] - 2:25
**concern** [1] - 7:14
**CONCERNING** [2] - 3:11, 3:12
**concerning** [2] - 8:21, 9:6

**concluded** [1] - 14:8
**confer** [1] - 5:15
**CONFERENCE** [1] - 1:10
**conference** [4] - 5:21, 6:8, 7:8, 13:6
**conferred** [1] - 10:14
**confers** [1] - 6:1
**CONNECTION** [1] - 3:15
**connection** [1] - 9:20
**consistent** [2] - 9:10, 9:15
**continue** [2] - 6:8, 8:5
**CONTINUED** [1] - 2:1
**cooperating** [1] - 6:17
**copy** [2] - 5:6, 11:2
**correct** [1] - 14:14
**COUNSEL** [1] - 1:15
**counsel** [1] - 5:12
**couple** [2] - 5:15, 6:5
**Court** [9] - 6:17, 7:14, 9:10, 9:16, 14:12, 14:13, 14:13, 14:18, 14:19
**COURT** [38] - 1:1, 2:21, 4:6, 4:9, 4:11, 4:14, 4:16, 4:20, 4:22, 4:24, 5:1, 5:8, 5:10, 5:14, 5:22, 5:25, 6:9, 6:12, 7:20, 8:12, 8:19, 8:24, 9:4, 9:18, 10:6, 10:8, 11:20, 11:23, 12:25, 13:7, 13:11, 13:13, 13:17, 13:19, 13:22, 13:24, 14:1, 14:5
**court** [1] - 9:24
**credibility** [1] - 12:4
**crosswise** [1] - 12:7
**CROW** [1] - 2:6
**CRR** [2] - 2:21, 14:17
**current** [1] - 6:14
**CURRENT** [1] - 3:9

**D**

**date** [1] - 6:10
**DAVID** [1] - 1:18
**David** [1] - 13:3
**DAVIS** [10] - 1:15, 4:10, 5:24, 6:1, 6:15, 8:18, 13:5, 13:8, 13:18, 14:2
**Davis** [1] - 4:10
**dealing** [4] - 7:5, 7:16, 12:3, 12:4
**dealt** [1] - 7:1
**defendants** [5] - 4:18,

6:17, 6:20, 9:1, 10:10
**DEFENDANTS** [1] - 2:10
**DEFENDANTS'** [4] - 3:5, 3:10, 3:12, 3:14
**defendants'** [6] - 5:4, 6:3, 6:11, 8:20, 9:5, 9:19
**deficiencies** [1] - 6:14
**DEFICIENCIES..........** .. [1] - 3:9
**delay** [1] - 8:11
**deposed** [1] - 12:16
**deposition** [1] - 10:9
**DEPOSITION** [1] - 3:16
**depositions** [2] - 9:21, 10:12
**DEPOSITIONS..** [1] - 3:15
**describe** [1] - 9:16
**destroyed** [1] - 11:11
**destruction** [1] - 11:17
**development** [1] - 5:5
**DEVELOPMENT** [1] - 3:6
**different** [1] - 11:7
**discoverable** [1] - 11:15
**DISCOVERY** [3] - 3:5, 3:10, 3:12
**discovery** [6] - 5:4, 5:17, 8:20, 9:5, 12:4, 12:8
**discussing** [1] - 10:22
**dismissed** [2] - 8:1
**District** [2] - 14:13, 14:19
**DISTRICT** [3] - 1:1, 1:1, 1:11
**DOCUMENT** [1] - 1:7
**DOCUMENTS** [1] - 3:14
**documents** [3] - 5:23, 6:7, 9:20
**DOCUMENTS............** ........................ [1] - 3:8
**done** [3] - 6:24, 10:24
**down** [1] - 8:4
**Dr** [4] - 11:9, 10:20, 10:24, 11:4
**draft** [2] - 11:25, 12:18
**drafted** [1] - 11:10
**drafts** [4] - 11:14, 11:18, 12:1, 12:24
**DRINKER** [1] - 2:14
**DRIVE** [1] - 2:15

**drug** [2] - 10:21, 11:1
**dual** [1] - 7:16

# E

**EASTERN** [1] - 1:1
**Eastern** [1] - 14:13
**effect** [1] - 9:14
**efficient** [2] - 6:18, 7:18
**ELDON** [1] - 1:11
**encompassing** [1] - 10:13
**end** [3] - 6:19, 6:20, 7:14
**ENERGY** [1] - 1:20
**entitled** [1] - 14:15
**entry** [1] - 8:13
**ESQUIRE** [9] - 1:15, 1:19, 1:24, 2:3, 2:7, 2:11, 2:14, 2:18, 2:18
**exist** [1] - 12:11
**exists** [2] - 12:3, 12:5
**EXPERT** [1] - 3:15
**expert** [2] - 9:21, 10:19
**experts** [4] - 10:11, 10:13, 10:16, 10:25
**extension** [1] - 9:1
**extensive** [1] - 10:25

# F

**FALLON** [1] - 1:11
**Fallon** [1] - 4:7
**far** [1] - 10:18
**feet** [1] - 8:6
**file** [1] - 6:23
**filed** [4] - 6:3, 7:1, 7:3, 8:3
**filing** [1] - 7:1
**FINANCING** [1] - 3:13
**financing** [2] - 9:6, 9:13
**findings** [1] - 9:17
**fire** [1] - 8:6
**firm** [1] - 12:21
**first** [3] - 6:4, 6:21, 6:24
**FISHBEIN** [1] - 2:3
**FL** [1] - 1:25
**FLORHAM** [1] - 2:15
**focused** [1] - 8:17
**folks** [1] - 7:6
**following** [1] - 6:23
**FOR** [5] - 1:14, 1:23, 2:10, 3:11, 3:14

**foregoing** [1] - 14:14
**formalize** [1] - 8:9
**forms** [1] - 6:18
**forward** [2] - 7:13, 8:8
**four** [1] - 10:2
**frankly** [1] - 7:7
**Fred** [2] - 4:15, 4:16
**FREDERICK** [1] - 2:3
**full** [1] - 6:22
**funding** [1] - 9:23

# G

**GAINSBURGH** [1] - 1:18
**generally** [2] - 11:1, 12:1
**GERALD** [1] - 1:19
**given** [1] - 11:16
**GLICKSTEIN** [4] - 2:18, 4:19, 6:10, 13:21
**Glickstein** [1] - 4:19
**granted** [1] - 9:1
**Great** [1] - 10:6
**great** [1] - 9:4
**guarantee** [1] - 13:10
**guess** [1] - 10:19

# H

**handling** [1] - 6:13
**HANDLING** [1] - 3:9
**hands** [1] - 11:7
**happy** [2] - 7:13, 8:9
**HB-275** [1] - 2:23
**heard** [1] - 7:8
**HEARD** [1] - 1:11
**hearing** [1] - 6:7
**held** [1] - 8:6
**hello** [1] - 4:6
**help** [2] - 7:9, 14:4
**helpful** [1] - 5:16
**hereby** [1] - 14:13
**HERMAN** [2] - 1:15
**Herndon** [1] - 11:9
**Hi** [1] - 4:20
**Honor** [10] - 4:8, 4:23, 8:18, 8:23, 10:19, 11:5, 12:20, 13:9, 13:21, 13:25
**HONORABLE** [1] - 1:11
**hope** [1] - 5:19
**hopeful** [1] - 13:10

# I

**IN** [3] - 1:4, 3:14, 4:3
**inconsistent** [1] - 12:6
**individual** [1] - 9:12
**individuals** [1] - 8:17
**information** [1] - 9:25
**informed** [2] - 12:21, 12:22
**intend** [1] - 10:12
**involved** [1] - 12:20
**issue** [7] - 6:2, 6:6, 6:15, 7:7, 10:7, 10:10, 10:19
**issues** [3] - 7:16, 7:17, 12:5
**item** [2] - 5:13, 5:22
**ITEMS** [1] - 3:3

# J

**Janssen** [1] - 6:2
**January** [1] - 6:25
**Jerry** [5] - 4:8, 4:9, 5:3, 5:10, 14:1
**JOHN** [1] - 2:11
**John** [2] - 4:25, 5:1
**joint** [1] - 13:9
**JR** [1] - 2:7
**judge** [3] - 5:9, 11:9, 13:5
**Judge** [7] - 4:7, 5:13, 5:24, 6:15, 11:9, 13:12, 14:3
**JUDGE** [1] - 1:11
**July** [2] - 7:2, 7:3

# K

**KATZ** [1] - 1:15
**KAYE** [1] - 2:17

# L

**LA** [4] - 1:16, 1:21, 2:12, 2:23
**last** [2] - 6:19, 9:10
**lawyer** [1] - 9:17
**lawyers** [1] - 7:15
**least** [2] - 6:1, 9:23
**Lenny** [9] - 4:10, 4:11, 5:24, 5:25, 8:2, 8:12, 13:4, 13:5, 14:1
**LEONARD** [1] - 1:15
**letter** [1] - 9:25
**LEVIN** [2] - 1:23, 2:3
**LIABILITY** [1] - 1:4

**LIAISON** [1] - 1:15
**LICENSE** [1] - 3:6
**license** [1] - 5:5
**line** [1] - 4:7
**list** [13] - 6:20, 7:2, 7:6, 8:2, 8:4, 8:5, 8:12, 8:15, 8:16, 10:11, 10:12, 10:15
**litigation** [4] - 10:21, 11:3, 11:14, 12:23
**LITIGATION** [1] - 1:4
**LONGER** [2] - 2:3, 4:15
**Louisiana** [2] - 14:13, 14:13
**LOUISIANA** [2] - 1:1, 1:6

# M

**maintained** [2] - 9:15, 9:16
**March** [1] - 7:1
**matter** [3] - 5:17, 6:7, 14:15
**MCCALL** [1] - 2:10
**MDL** [1] - 11:10
**mean** [2] - 11:16, 12:9
**MECHANICAL** [1] - 2:25
**medicines** [1] - 10:24
**meet** [2] - 5:15, 6:1
**meeting** [2] - 8:15, 8:16
**Merit** [2] - 14:12, 14:18
**MERIT** [1] - 2:22
**met** [1] - 10:14
**METHVIN** [1] - 2:6
**Meunier** [1] - 4:8
**MEUNIER** [10] - 1:19, 1:19, 4:8, 5:7, 5:9, 5:11, 5:15, 13:12, 13:14, 14:3
**might** [1] - 6:16
**MILES** [1] - 2:7
**minute** [1] - 8:13
**MITCHELL** [1] - 1:23
**Monday** [1] - 13:15
**MONTGOMERY** [1] - 2:8
**month** [4] - 6:21, 6:22, 6:23
**morning** [1] - 9:24
**motion** [2] - 6:3, 6:23, 7:4
**motions** [1] - 8:3
**MR** [30] - 4:8, 4:10, 4:13, 4:15, 4:19,

4:23, 4:25, 5:7, 5:9, 5:11, 5:15, 5:24, 6:1, 6:10, 6:15, 8:18, 8:23, 8:25, 9:9, 11:5, 12:20, 13:5, 13:8, 13:12, 13:14, 13:18, 13:21, 13:25, 14:2, 14:3
**MS** [8] - 4:21, 7:21, 9:22, 10:7, 10:9, 11:21, 12:16, 13:23
**multiple** [1] - 11:7
**must** [1] - 7:24

## N

**need** [1] - 13:15
**negotiated** [1] - 10:10
**never** [4] - 11:10, 11:11, 11:13, 12:23
**NEW** [6] - 1:6, 1:16, 1:21, 2:12, 2:19, 2:23
**new** [1] - 8:4
**news** [1] - 5:13
**next** [7] - 7:2, 8:15, 8:19, 9:5, 13:1, 13:12
**NJ** [1] - 2:15
**NO** [1] - 1:5
**noise** [1] - 9:9
**noon** [1] - 6:11
**nothing** [1] - 13:21
**novel** [1] - 10:21
**NOVEMBER** [2] - 1:6, 4:2
**November** [3] - 5:21, 8:3, 8:9
**number** [2] - 7:6, 9:20
**numbered** [1] - 14:15
**NY** [1] - 2:19

## O

**O'KEEFE** [1] - 1:16
**objected** [1] - 10:17
**objection** [2] - 9:15, 9:17
**objections** [1] - 6:4
**October** [2] - 7:7, 8:3
**odd** [1] - 7:11
**OF** [6] - 1:1, 1:10, 3:7, 3:9, 3:13, 3:14
**OFFICE** [1] - 2:8
**office** [1] - 7:22
**OFFICIAL** [1] - 2:21
**Official** [2] - 14:13, 14:18

**Olinde** [1] - 4:25
**OLINDE** [2] - 2:11, 4:25
**one** [10] - 5:13, 6:13, 6:14, 6:24, 7:2, 8:15, 8:19, 9:5, 10:18
**opposition** [1] - 6:11
**oral** [1] - 10:21
**order** [5] - 10:9, 10:11, 11:16, 12:6
**ORDER**..................
..... [1] - 3:16
**ordering** [1] - 8:14
**orders** [3] - 11:8, 11:21, 12:13
**ORLEANS** [5] - 1:6, 1:16, 1:21, 2:12, 2:23
**outstanding** [1] - 12:6

## P

**p.m** [1] - 14:7
**P.M** [1] - 1:6
**PA** [1] - 2:4
**PAGE** [1] - 3:3
**PAPANTONIO** [1] - 1:23
**PARK** [1] - 2:15
**particular** [2] - 5:17, 8:14
**parties** [1] - 5:16
**party** [2] - 9:6, 9:12
**PARTY** [1] - 3:12
**party's** [1] - 9:23
**past** [1] - 7:23
**PENSACOLA** [1] - 1:25
**people** [4] - 8:5, 8:9, 8:13, 8:14
**people's** [1] - 8:6
**Pepper** [3] - 14:12, 14:16, 14:17
**PEPPER** [1] - 2:21
**pertains** [1] - 9:17
**PFS** [2] - 3:9, 6:14
**PFS's** [1] - 8:6
**PHILADELPHIA** [1] - 2:4
**phone** [1] - 7:15
**place** [2] - 11:8, 11:16
**plaintiff** [1] - 10:15
**plaintiff's** [1] - 10:25
**PLAINTIFFS** [2] - 1:23, 3:13
**plaintiffs** [9] - 4:7, 4:17, 8:4, 8:10, 9:6, 9:12, 9:13, 10:2, 11:3

**plaintiffs'** [3] - 6:4, 8:20, 9:21
**PLAINTIFFS'** [3] - 1:14, 3:10, 3:15
**point** [2] - 7:5, 10:13
**PORTIS** [1] - 2:7
**position** [1] - 5:17
**positive** [2] - 5:13, 5:20
**possible** [1] - 11:19
**POST** [1] - 2:8
**POYDRAS** [3] - 1:20, 2:11, 2:23
**Pradaxa** [8] - 10:20, 10:22, 11:1, 11:2, 11:9, 11:14, 12:3, 12:20
**prepared** [1] - 10:20
**PROCEEDINGS** [3] - 1:10, 2:25, 4:1
**proceedings** [2] - 14:7, 14:15
**process** [1] - 8:7
**PROCTOR** [1] - 1:23
**produce** [3] - 10:12, 11:12, 11:19
**PRODUCED** [1] - 2:25
**produced** [6] - 10:16, 11:11, 12:5, 12:14, 12:23, 12:24
**producible** [2] - 12:1, 12:2
**PRODUCTION** [1] - 3:14
**production** [2] - 9:20, 11:17
**PRODUCTS** [1] - 1:4
**profile** [1] - 6:18
**progress** [1] - 5:19
**prohibits** [1] - 11:17
**protocol** [3] - 7:22, 10:9, 10:10
**PROTOCOL** [1] - 3:16
**protocols** [1] - 8:10
**provide** [1] - 9:2
**provided** [2] - 7:2, 9:11
**providing** [1] - 9:3
**PSC** [4] - 3:5, 5:4, 5:12, 6:16
**public** [1] - 11:11
**pull** [1] - 12:13
**pursued** [1] - 12:19
**put** [1] - 13:1
**putting** [1] - 9:2

## Q

**questioned** [1] - 12:9

**quite** [1] - 7:7

## R

**RAFFERTY** [1] - 1:23
**rather** [1] - 10:13
**RE** [1] - 1:4
**reached** [1] - 8:25
**really** [3] - 7:9, 8:11, 11:7
**Realtime** [1] - 14:12, 14:17
**REALTIME** [1] - 2:22
**reasons** [1] - 11:7
**REATH** [1] - 2:14
**record** [2] - 6:6, 14:14
**RECORDED** [1] - 10:20
**records** [1] - 5:23
**RECORDS** [1] - 3:7
**regarding** [2] - 5:5, 6:3
**REGARDING** [1] - 3:5
**Registered** [1] - 14:12
**REGISTERED** [1] - 2:22
**registered** [1] - 14:18
**RELATES** [1] - 1:7
**relevant** [1] - 12:8
**report** [7] - 5:21, 10:20, 11:2, 12:3, 12:15, 12:17, 13:9
**REPORTER** [3] - 2:21, 2:22, 2:22
**Reporter** [7] - 14:12, 14:12, 14:13, 14:17, 14:18, 14:18
**REPORTER'S** [1] - 14:11
**reports** [4] - 11:10, 11:13, 11:25, 12:22
**representations** [1] - 7:17
**REQUEST** [1] - 3:14
**request** [2] - 6:4, 9:20
**requests** [1] - 8:21
**REQUESTS** [1] - 3:11
**required** [2] - 11:11, 11:17
**requires** [1] - 11:10
**research** [1] - 10:25
**resolve** [1] - 5:17
**respond** [1] - 11:23
**responded** [4] - 8:13, 9:13, 11:6
**response** [1] - 5:4
**RESPONSE** [1] - 3:5
**responses** [4] - 8:20, 9:2, 9:3, 9:11
**RESPONSES** [1] -

3:10
**result** [1] - 6:2
**ripe** [2] - 7:8, 10:19
**RIVAROXABAN** [1] - 1:4
**RMR** [2] - 2:21, 14:17
**ROCKET** [1] - 8:21
**ROCKET...** [1] - 3:11
**ROOM** [1] - 2:23
**round** [1] - 10:1

## S

**s/Cathy** [1] - 14:16
**SCHOLER** [1] - 2:17
**second** [1] - 5:22
**SEDRAN** [1] - 2:3
**see** [8] - 5:3, 6:13, 7:20, 7:21, 8:11, 8:20, 12:13
**send** [1] - 10:15
**sent** [3] - 5:3, 5:6, 10:18
**separate** [1] - 7:25
**September** [1] - 7:3
**served** [1] - 11:14
**sessions** [1] - 5:16
**set** [1] - 6:7
**Sharko** [1] - 4:21
**SHARKO** [9] - 2:14, 4:21, 7:21, 9:22, 10:7, 10:9, 11:21, 12:16, 13:23
**show** [1] - 8:14
**simultaneously)** [1] - 11:22
**Sindhu** [3] - 7:10, 7:22, 8:10
**situation** [1] - 12:14
**slide** [1] - 13:15
**SOLOW** [2] - 2:18, 4:23
**Solow** [1] - 4:23
**sorry** [1] - 5:10
**SOUTH** [1] - 1:24
**speaking** [3] - 5:24, 11:22, 12:1
**specific** [2] - 8:16, 10:16
**spend** [1] - 7:15
**spoken** [1] - 6:5
**starting** [1] - 10:13
**State** [1] - 14:12
**statements** [1] - 12:10
**STATES** [2] - 1:1, 1:11
**States** [2] - 14:13, 14:19
**status** [5] - 5:21, 5:23, 6:7, 7:8, 13:5

*OFFICIAL  TRANSCRIPT*

**STATUS** [2] - 1:10, 3:7
**STENOGRAPHY** [1] - 2:25
**Steve** [5] - 4:19, 4:20, 6:12, 9:8, 13:20
**Steven** [1] - 7:20
**STEVEN** [1] - 2:18
**still** [2] - 5:19, 8:13
**stipulated** [1] - 6:10
**stipulation** [1] - 5:18
**STREET** [6] - 1:20, 1:24, 2:4, 2:11, 2:19, 2:23
**submit** [1] - 8:6
**sufficiency** [1] - 6:3
**suggestion** [1] - 8:8
**SUITE** [3] - 1:20, 1:24, 2:4
**supposed** [1] - 11:12
**Susan** [9] - 4:21, 4:22, 5:8, 7:20, 9:22, 11:20, 12:12, 13:2, 13:22
**SUSAN** [1] - 2:14

# T

**TELEPHONE** [1] - 4:3
**TELEPHONIC** [1] - 1:10
**testified** [2] - 12:16, 12:17
**Thanksgiving** [4] - 13:8, 13:10, 13:12, 14:5
**THE** [47] - 1:11, 1:14, 1:23, 2:10, 3:5, 3:7, 3:9, 3:11, 3:12, 3:15, 4:6, 4:9, 4:11, 4:14, 4:16, 4:20, 4:22, 4:24, 5:1, 5:8, 5:10, 5:14, 5:22, 5:25, 6:9, 6:12, 7:20, 8:12, 8:19, 8:24, 9:4, 9:18, 10:6, 10:8, 11:20, 11:23, 12:25, 13:7, 13:11, 13:13, 13:17, 13:19, 13:22, 13:24, 14:1, 14:5
**they've** [1] - 10:16
**thinking** [1] - 11:24
**third** [3] - 9:6, 9:12, 9:23
**THIRD** [1] - 3:12
**third-party** [2] - 9:6, 9:12
**THIRD-PARTY** [1] - 3:12
**third-party's** [1] - 9:23

**THIS** [1] - 1:7
**THOMAS** [1] - 1:23
**thread** [1] - 10:23
**Thursday** [2] - 13:12, 13:13
**THURSDAY** [2] - 1:6, 4:2
**tied** [2] - 7:24, 11:7
**TO** [3] - 1:7, 3:5, 3:10
**together** [2] - 9:2, 9:7
**top** [1] - 11:13
**topics** [1] - 5:4
**transcript** [1] - 14:14
**TRANSCRIPT** [2] - 1:10, 2:25
**tremendous** [1] - 7:16
**true** [1] - 14:14
**try** [5] - 6:18, 6:22, 7:10, 7:18, 7:23
**trying** [1] - 13:9
**two** [2] - 7:23, 11:8

# U

**understood** [1] - 9:16
**United** [2] - 14:13, 14:19
**UNITED** [2] - 1:1, 1:11
**unless** [1] - 8:6
**up** [4] - 6:22, 7:14, 7:24, 12:13

# V

**VIA** [1] - 4:3

# W

**WALNUT** [1] - 2:4
**wants** [2] - 7:14, 8:22
**Warfarin** [3] - 10:22, 10:24, 10:25
**WARSHAUER** [1] - 1:19
**Wednesday** [2] - 9:1, 13:14
**weed** [1] - 6:18
**week** [3] - 8:5, 9:11
**weeks** [1] - 7:23
**WEST** [1] - 2:19
**wheat** [1] - 7:25
**WHEREUPON** [1] - 14:7
**willing** [1] - 8:10
**WITH** [1] - 3:15
**witness** [3] - 12:9, 12:10, 12:14

# X

**XARELTO** [1] - 1:4
**Xarelto** [1] - 11:1

# Y

**year** [3] - 6:19, 6:25, 7:3
**yesterday** [1] - 6:2
**YORK** [1] - 2:19

*OFFICIAL TRANSCRIPT*