UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION

| | |
|---|---|
| **THIS DOCUMENTS RELATES TO:** *Ozella Williams v. Janssen Research & Development LLC f/k/a Johnson & Johnson Pharmaceutical Research and Development, LLC, et al.* No. 2:16-cv-01139  **No. 2:16-cv-01139** | **MDL No. 2592** SECTION: L  JUDGE: ELDON E. FALLON  MAG. JUDGE: MICHAEL NORTH |

**ORDER**

IT IS ORDERED that the Motion to Substitute Ruth Ballard on behalf of the estate of Ozella Williams, the personal representative of Plaintiff Ozella William's estate, as the Plaintiff in this action is **HEREBY GRANTED**.

New Orleans, Louisiana this 22nd day of November, 2016.

_____
United States District Judge