UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :   MDL No. 2592
                                      :
                                      :   SECTION L
                                      :
                                      :   JUDGE ELDON E. FALLON
                                      :
_____:   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Hardenia Daniels

CA# 2:16-cv-992

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Cynthia Hatter, on behalf of the Estate of Hardenia Daniels, is substituted for Plaintiff Hardenia Daniels, in the above captioned cause.

New Orleans, Louisiana this 22nd day of November, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge