UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :  MDL No. 2592
:
:  SECTION L
:
:  JUDGE ELDON E. FALLON
:
:  MAGISTRATE JUDGE NORTH
:

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| 2:15-cv-00187; | *Bridwell v. Janssen Research & Development LLC, et al.* |
| 2:15-cv-02063; | *Bergendahl et al v. Janssen Research & Development, LLC et al* |
| 2:15-cv-04410; | *Keese v. Janssen Research & Development LLC et al* |
| 2:15-cv-02999; | *Thompson et al v. Janssen Research & Development LLC et al* |
| 2:15-cv-04548; | *Ybarra v. Janssen Research & Development LLC et al* |
| 2:15-cv-03486; | *Earfrati-Yakunich et al v. Janssen Research & Development LLC et al* |
| 2:15-cv-03979; | *Larson et al v. Janssen Research & Development LLC et al* |
| 2:15-cv-04864; | *Farmer et al v. Janssen Research & Development LLC et al* |
| 2:15-cv-06019; | *Goodner v. Janssen Research & Development LLC et al* |
| 2:15-cv-06020; | *James v. Janssen Research & Development LLC et al* |
| 2:15-cv-06024; | *Miller et al v. Janssen Research & Development LLC et al* |
| 2:15-cv-06028; | *White-Sellers v. Janssen Research & Development LLC et al* |
| 2:15-cv-05559; | *DeBruin et al v. Janssen Research & Development LLC et al* |
| 2:15-cv-06462; | *Fielder v. Janssen Research & Development LLC et al* |
| 2:15-cv-06484; | *Jones v. Janssen Research & Development LLC et al* |
| 2:15-cv-06463; | *Pate v. Janssen Research & Development LLC et al* |
| 2:15-cv-06465; | *Pointon v. Janssen Research & Development LLC et al* |
| 2:15-cv-06480; | *Probasco v. Janssen Research & Development LLC et al* |
| 2:15-cv-06483; | *Alex v. Janssen Research & Development LLC et al* |
| 2:16-cv-01168; | *Baker et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-02502; | *Vinzant v. Janssen Research & Development LLC, et al* |
| 2:16-cv-02505; | *Callahan et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-02507; | *Williams et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-02510; | *Lattanzo v. Janssen Research & Development LLC et al* |
| 2:16-cv-02512; | *Nicolas v. Janssen Research & Development LLC et al* |
| 2:16-cv-02514; | *Seaborough v. Janssen Research & Development LLC et al* |
| 2:16-cv-02381; | *Darr et al v. Janssen Research & Development LLC et al* |
| 2:16-cv-03814; | *Pounds v. Janssen Research & Development LLC et al* |
| 2:16-cv-03874; | *Stringer v. Janssen Research & Development LLC et al* |

2:16-cv-02599;   *Gwin et al v. Janssen Research & Development LLC et al*
2:16-cv-04714;   *Helbig v. Janssen Research & Development LLC et al*
2:16-cv-04722;   *Huerta v. Janssen Research & Development LLC et al*
2:16-cv-04734;   *Meurer v. Janssen Research & Development LLC et al*
2:16-cv-04752;   *Nevills v. Janssen Research & Development LLC et al*
2:16-cv-04759;   *Pyle v. Janssen Research & Development LLC et al*
2:16-cv-04764;   *Saldivar v. Janssen Research & Development LLC et al*
2:16-cv-04772;   *Smith v. Janssen Research & Development LLC et al*
2:16-cv-04738;   *Terry v. Janssen Research & Development LLC et al*
2:16-cv-04745;   *Williams v. Janssen Research & Development LLC et al*
2:16-cv-02950;   *Georgi et al v. Janssen Research & Development LLC et al*
2:16-cv-03898;   *Brownlow v. Janssen Research & Development LLC et al*
2:16-cv-03901;   *Cedotal v. Janssen Research & Development LLC et al*
2:16-cv-03939;   *Dow v. Janssen Research & Development LLC et al*
2:16-cv-03940;   *Good v. Janssen Research & Development LLC et al*
2:16-cv-03970;   *Grant v. Janssen Research & Development LLC et al*
2:16-cv-03974;   *Lowery v. Janssen Research & Development LLC et al*
2:16-cv-03980;   *Marzan v. Janssen Research & Development LLC et al*
2:16-cv-03984;   *McSween v. Janssen Research & Development LLC et al*
2:16-cv-03992;   *Mick v. Janssen Research & Development LLC et al*
2:16-cv-03994;   *Mohr v. Janssen Research & Development LLC et al*
2:16-cv-03996;   *Russell v. Janssen Research & Development LLC et al*
2:16-cv-03999;   *Schoonover v. Janssen Research & Development LLC et al*
2:16-cv-04000;   *Thomas v. Janssen Research & Development LLC et al*
2:16-cv-03923;   *Park et al v. Janssen Research & Development LLC et al*
2:16-cv-04823;   *Woodward et al v. Janssen Research & Development LLC et al*
2:16-cv-05151;   *Arnold et al v. Janssen Research & Development LLC et al*
2:16-cv-13066;   *Bledsoe v. Janssen Research & Development LLC, et al*
2:16-cv-13072;   *Bullock v. Janssen Research & Development LLC, et al*
2:16-cv-13076;   *Carthledge v. Janssen Research & Development LLC, et al*
2:16-cv-13080;   *Dart v. Janssen Research & Development LLC, et al*
2:16-cv-13086;   *Slusher v. Janssen Research & Development LLC et al*
2:16-cv-13090;   *Everhart v. Janssen Research & Development LLC et al*
2:16-cv-13093;   *Gitelman v. Janssen Research & Development LLC et al*
2:16-cv-13098;   *Bennett v. Janssen Research & Development LLC et al*
2:16-cv-13099;   *Kanetsky v. Janssen Research & Development LLC et al*
2:16-cv-13101;   *Keirn v. Janssen Research & Development LLC et al*
2:16-cv-13104;   *Harrison v. Janssen Research & Development LLC et al*
2:16-cv-13106;   *Sebek v. Janssen Research & Development LLC et al*
2:16-cv-13108;   *Simmons v. Janssen Research & Development LLC et al*
2:16-cv-13109;   *Tucker v. Janssen Research & Development LLC et al*
2:16-cv-13110;   *Wellman v. Janssen Research & Development LLC et al*
2:16-cv-06494;   *Arce et al v. Janssen Research & Development LLC et al*

2:16-cv-13587;  *Ashcraft v. Janssen Research & Development LLC et al*
2:16-cv-13590;  *Boots v. Janssen Research & Development LLC et al*
2:16-cv-13592;  *Faltenberg v. Janssen Research & Development LLC et al*
2:16-cv-13596;  *Fouch v. Janssen Research & Development LLC et al*
2:16-cv-13599;  *Hallam, II v. Janssen Research & Development LLC et al*
2:16-cv-13624;  *Harris v. Janssen Research & Development LLC, et al*
2:16-cv-13626;  *Herod v. Janssen Research & Development LLC, et al*
2:16-cv-13628;  *Johnson v. Janssen Research & Development LLC, et al*
2:16-cv-13630;  *Jurczyszyn v. Janssen Research & Development LLC, et al*
2:16-cv-13631;  *Morgan v. Janssen Research & Development LLC, et al*
2:16-cv-13632;  *Rostad v. Janssen Research & Development LLC, et al*
2:16-cv-13633;  *Sellow v. Janssen Research & Development LLC, et al*
2:16-cv-13634;  *Service v. Janssen Research & Development LLC, et al*
2:16-cv-13636;  *Soloski v. Janssen Research & Development LLC, et al*
2:16-cv-13637;  *Wallace v. Janssen Research & Development LLC, et al*
2:16-cv-13639;  *Wright v. Janssen Research & Development LLC, et al*
2:16-cv-06709;  *Hacker et al v. Janssen Research & Development LLC et al*
2:16-cv-13863;  *Hyder v. Janssen Research & Development LLC et al*
2:16-cv-13864;  *Rockwell v. Janssen Research & Development LLC et al*
2:16-cv-13866;  *Allen v. Janssen Research & Development LLC et al*
2:16-cv-13867;  *Theel v. Janssen Research & Development LLC et al*
2:16-cv-12366;  *Turner v. Janssen Research & Development LLC et al*
2:16-cv-13264;  *Greer v. Janssen Research & Development LLC et al*
2:16-cv-13263;  *Jenkins v. Janssen Research & Development LLC et al*
2:16-cv-13265;  *Tucker, Jr. v. Janssen Research & Development LLC et al*
2:16-cv-13406;  *Elrod v. Janssen Research & Development LLC et al*
2:16-cv-13778;  *Banks v. Janssen Research & Development LLC et al*
2:16-cv-13780;  *Crooks v. Janssen Research & Development LLC et al*
2:16-cv-13781;  *Lee v. Janssen Research & Development LLC et al*
2:16-cv-13827;  *Cook v. Janssen Research & Development LLC, et al*
2:16-cv-13834;  *Parker v. Janssen Research & Development LLC, et al*
2:16-cv-14276;  *Destasio v. Janssen Research & Development LLC et al*
2:16-cv-14283;  *Glardon v. Janssen Research & Development LLC et al*
2:16-cv-14312;  *Richards v. Janssen Research & Development LLC et al*
2:16-cv-14279;  *Stubblefield v. Janssen Research & Development LLC et al*

## ORDER OF WITHDRAW AND SUBSTITUTION OF COUNSEL

Considering the foregoing Motion to Withdraw and Substitution of Counsel for Plaintiffs in the above referenced causes,

**IT IS ORDERED** that the Motion is **GRANTED**.

SIGNED this  23rd  day of      November     , 2016.

                                                                                     _____

                                                                                     UNITED STATES DISTRICT JUDGE