UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
:
:   SECTION L
:
:   JUDGE ELDON E. FALLON
:
_____:   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

John Lux

CA# 2:16-cv-1598

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, John Lux on April 17, 2016.

Dated:  November 28, 2016

Respectfully submitted,

By:   /s/ Daniel J. Carr

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana  70170-4600
Telephone:  (504) 523-2434
Facsimile:  (504) 523-2464
Email: dcarr@prwlegal.com

                                      Michael B. Lynch, Esq.
                                      THE MICHAEL BRADY LYNCH FIRM
                                      127 West Fairbanks Ave. #528
                                      Winter Park, Florida 32789
                                      Office: (877) 513-9517
                                      Fax: (321) 972-3568
                                      Cell: (321) 239-8026
                                      Email: michael@mblynchfirm.com

*Attorneys for the Plaintiff*

Certificate of Service

     I hereby certify that on November 28, 2016, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  /s/ *Daniel J. Carr*