**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | |
| ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | Section L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |

**THIS DOCUMENT RELATES TO:**
**MDL Case No. 2:16-6810**                                             **Plaintiff: Linda Robertson**

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to 25(a)(1) of the Federal rule of Civil Procedure, moves this Court for an Order substituting Jeanette Haskell Bishop on behalf of decedent, Linda Walker Robertson.

1. Linda Robertson filed a products liability lawsuit against Defendants on December 15, 2015.

2. Plaintiff Linda Robertson died on February 18, 2016.

3. Linda Robertson's product liability action against the defendants survived her death and was not extinguished.

4. On November 28, 2016 a Notice and Suggestion of Death was filed, attached hereto as "Exhibit A."

5. Jeanette Haskell Bishop, surviving daughter of Linda Robertson, was appointed Executor of his Estate November 4, 2016 by the Circuit Court of York County, State of Virginia.

6. Jeanette Haskell Bishop is a proper party to substitute for plaintiff-decedent Linda Robertson and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may

be made by any party of the decedent's successor or representative."

WHEREFORE, Counsel for Plaintiff requests that this Honorable Court grant this Motion for substitution as plaintiff in this action.

Dated:  November 28, 2016                    Respectfully submitted,

By: */s/ Andrew W. Callahan*
Andrew W. Callahan, IL Bar No. 6298280
Jacob A. Flint, IL Bar No. 6299777
Ethan A. Flint, IL Bar No. 6286170
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone: 618-288-4777
Fax: 618-288-2864
acallahan@toverdict.com
jflint@toverdict.com
eflint@toverdict.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2016, that a copy of the above and foregoing document as contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedure establish in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: */s/ Andrew W. Callahan*
Andrew W. Callahan, IL Bar No. 6298280 Jacob A. Flint, IL Bar No. 6299777
Ethan A. Flint, IL Bar No. 6286170 Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL
62034 Phone: 618-288-4777
Fax: 618-288-2864
acallahan@toverdict.co
m jflint@toverdict.com
eflint@toverdict.com
*Attorneys for Plaintiffs*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| ) | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION L |
| THIS DOCUMENT RELATES TO: ) | |
| ) | JUDGE ELDON E. FALLON |
| LINDA ROBERTSON ) | |
| ) | MAGISTRATE JUDGE NORTH |
| 2:16-cv-6810 ) | |
| _____) | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

Undersigned counsel, pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure,* hereby informs the Honorable Court of the death of the Plaintiff, Linda Robertson.

Dated: November 28, 2016

Respectfully submitted,

By: */s/ Andrew W. Callahan*_____
Andrew W. Callahan, IL Bar No. 6298280
Jacob A. Flint, IL Bar No. 6299777
Ethan A. Flint, IL Bar No. 6286170
Flint Law Firm, LLC
112 Magnolia Dr.
Glen Carbon, IL 62034
Phone: 618-288-4777
Fax: 618-288-2864
acallahan@toverdict.com
jflint@toverdict.com
eflint@toverdict.com
*Attorneys for Plaintiffs*