**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  ) | |
| ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION**  ) | |
| ) | **Section L** |
| ) | |
| ) | **JUDGE ELDON E. FALLON** |
| ) | |
| ) | **MAG. JUDGE NORTH** |
| _____) | |

**THIS DOCUMENT RELATES TO:**
**MDL Case No. 2:16-6810**                                     **Plaintiff: Linda Robertson**

## ORDER

    Considering the foregoing Motion for Substitution of Proper Party,

        **IT IS HEREBY ORDERED** that Jeanette Haskell Bishop is deemed the proper substitute for decedent-plaintiff, Linda Robertson.

        **IT IS FURTHER ORDERED** that Jeanette Haskell Bishop shall be appointed Plaintiff in the above-captioned matter on behalf of the decedent, Linda Robertson.

    DONE AND SIGNED this ____ day of November, 2016 at New Orleans, Louisiana.

                              _____
                              UNITED STATES DISTRICT JUDGE