UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION     :   MDL No. 2592
                                  :
                                  :   SECTION L
                                  :
                                  :   JUDGE ELDON E. FALLON
                                  :
_____:   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Phyllis Antanitus v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-11042*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Dale Antanitus, surviving natural son of Phyllis Antanitus moves pursuant to Fed.R.Civ.P. 25(a) to substitute himself as Plaintiff in this action based on the death of Phyllis Antanitus.

A Notice and Suggestion of Death was previously filed in this matter on November 10, 2016.

DATED:   November 28, 2016.

Respectfully submitted,

THE GALLAGHER LAW FIRM, LLP

s/ Michael T. Gallagher
Michael T. Gallagher
(Texas Bar #07586000)
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 222-8080
Facsimile:  (713) 222-0066
mike@gld-law.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on November 28, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                      s/Michael T. Gallagher