**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION   :        **MDL No. 2592**
                                                        :
                                                        :        **SECTION L**
                                                        :
                                                        :        **JUDGE ELDON E. FALLON**
                                                        :
_____:        **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*Phyllis Antanitus v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-11042*

**ORDER**

            IT IS ORDERED that the Motion to Substitute Dale Antanitus on behalf of the estate of

Phyllis Antanitus, the surviving natural son of Phyllis Antanitus, as the Plaintiff in this action is

HEREBY GRANTED.

            New Orleans, Louisiana this ___ day of _____, 2016.


                                                _____

                                                United States District Judge