UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION  :  MDL No. 2592
:
:  SECTION L
:
:  JUDGE ELDON E. FALLON
:
:  MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:        JURY TRIAL DEMANDED

KATHLEEN ARNOTH, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROBIN ARNOTH

CIVIL ACTION NO.: 2:15-cv-06450

**PLAINTIFF'S RESPONSE TO MOTION TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO FILE A PLAINTIFF PROFILE FORM AND PROVE XARELTO USE (DOCUMENT 4498)**

COME NOW, Plaintiff Kathleen Arnoth, individually and on behalf of the estate of Robin Arnoth, in the above reference civil action, and by and through her counsel of records hereby files a Response to Motion to Show Cause Regarding Plaintiffs Who Have Failed to File a Plaintiff Profile Form and Prove Xarelto Use (Document 4498) and shows as follows:

1. Plaintiff Kathleen Arnoth contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury for her deceased mother Robin Arnoth.

2. The Complaint in this matter was filed on November 19, 2015. The complaint was filed in good faith in order to comply with the statute of limitations for Miss Arnoth's claim.

3. Undersigned counsel has communicated with Kathleen Arnoth on multiple occasions regarding the need to obtain and serve a completed Plaintiff Fact Sheet.

4. Miss Arnoth by and through her counsel, provided the Plaintiff Fact Sheet for Robin Arnoth on July 12, 2016. Said Fact Sheet did not include any medical records.

5. Plaintiff's counsel sought to procure the medical records for Robin Arnoth. However, the request was denied to due the lack of a formal estate being taken out for Robin Arnoth.

6. Plaintiff's counsel has been informed that Kathleen Arnoth does not have standing to be named administrator of the Estate of Robin Arnoth.

7. Upon the denial of Plaintiff's request for medical records, Plaintiff's counsel diligently sought to find someone to serve as administrator of the Estate of Robin Arnoth.

8. Plaintiff's counsel contacted relatives of Robin Arnoth to inquire if they would serve as administrator of the Estate. Plaintiff's counsel was informed those additional relatives were not qualified to serve as administrator or the Estate.

9. Plaintiff's counsel then attempted to contact additional relatives to serve as administrator of the Estate. Those additional relatives refused to serve as administrator of the Estate.

10. On November 15, 2016, Plaintiff's counsel was informed that the Suffolk County Public Administrator was named as the Temporary Administrator of the Estate of Robin Arnoth on November 14, 2016.

11. On November 16, 2016, Plaintiff's counsel contacted Suffolk County and requested the Suffolk County Public Administrator execute a HIPPA authorization for the procurement of medical records for Robin Arnoth.

12. On November 28, 2016, Plaintiff's counsel emailed and also placed a telephone call to the Suffolk County Administrator and re-emphasized the urgency for the Suffolk County Administrator to execute a signed HIPPA for Robin Arnoth. The Suffolk County Public Administrator represented that the authorization would be provided forthwith.

FOR THESE REASONS, undersigned counsel asks for more time to obtain and provide medical records supporting Xarelto usage and injury.

Plaintiff would respectfully request that the Court deny Defendant's request for dismissal with prejudice.

Date: November 28, 2016

                                        **HILLIARD MUÑOZ GONZALES LLP**
                                        By: /s/ Robert C. Hilliard
                                            Robert C. Hilliard
                                            Texas Bar No. 09677700
                                            Catherine Tobin
                                            Texas State Bar No. 24013642
                                            T. Christopher Pinedo
                                            Texas State Bar No. 00788935
                                            John Martinez
                                            Texas State Bar No. 24010212

                                            719 S. Shoreline Boulevard, Suite 500
                                            Corpus Christi, Texas 78401
                                            361-882-1612 Office
                                            361-882-3015 Fax
                                            *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**  **JURY TRIAL DEMANDED**

**KATHLEEN ARNOTH, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROBIN ARNOTH**
CIVIL ACTION NO.: 2:15-cv-06450

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Response in Opposition has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

HILLIARD MUÑOZ GONZALES LLP
By: /s/ Robert C. Hilliard
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    361-882-1612 Office
    361-882-3015 Fax
    *Attorneys for Plaintiff*