UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**       <u>**JURY TRIAL DEMANDED**</u>

**COREY SELLS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LOUISE SELLS**

CIVIL ACTION NO.: 2:15-cv-06753

<u>**PLAINTIFF'S RESPONSE TO MOTION TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO FILE A PLAINTIFF PROFILE FORM AND PROVE XARELTO USE (DOCUMENT 4498)**</u>

COME NOW, Plaintiff Corey Sells, individually and on behalf of the estate of Louise Sells, in the above reference civil action, and by and through his counsel of records hereby files a Response to Motion to Show Cause Regarding Plaintiffs Who Have Failed to File a Plaintiff Profile Form and Prove Xarelto Use (Document 4498) and shows as follows:

1. Plaintiff Corey Sells contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on November 19, 2015. The complaint was filed in good faith in order to comply with the statute of limitations for Mr. Sells' claim.

3. Undersigned counsel has been diligent in contacting Mr. Sells, and informed Mr. Sells that his claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served according to CMO 1 and PTO 13.

4. Without waiving the attorney-client privilege, the Firm has advised Mr. Sells in writing on multiple occasions regarding the need for his assistance in the Completion of a Plaintiff Fact Sheet and the implications of not providing such on December 18, 2015; March 16, 2016; April 4, 2016; June 28, 2016; August 11, 2016; September 6, 2016; October 18, 2016 and October 27, 2016. Despite these requests Mr. Sells has not returned in a Completed Fact Sheet.

5. In addition, contact with Mr. Sells was attempted via telephone regarding the implications of not completing the Plaintiff Fact Sheet on numerous occasions, including January 5, 2016; March 24, 2016, March 29, 2016; March 31, 2016; April 4, 2016; July 13, 2016; July 26, 2016; and July 27, 2016. Despite these telephone requests, Mr. Sells has not returned a Completed Fact Sheet.

Plaintiff would respectfully request that the Court deny Defendant's request for dismissal with prejudice.

Date: November 28, 2016

                                                      **HILLIARD MUÑOZ GONZALES LLP**
By: /s/ Robert C. Hilliard
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    361-882-1612 Office
    361-882-3015 Fax
    *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**COREY SELLS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LOUISE SELLS**
CIVIL ACTION NO.: 2:15-cv-06753

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Response to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

HILLIARD MUÑOZ GONZALES LLP
By: /s/ Robert C. Hilliard
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    361-882-1612 Office
    361-882-3015 Fax
    *Attorneys for Plaintiff*