UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :    MDL No. 2592
                                      :
                                      :    SECTION L
                                      :
                                      :    JUDGE ELDON E. FALLON
                                      :
                                      :    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:             JURY TRIAL DEMANDED

JAMES DUNLAP, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF BARBARA DUNLAP

CIVIL ACTION NO.: 2:15-cv-06502

## PLAINTIFF'S RESPONSE TO MOTION TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO FILE A PLAINTIFF PROFILE FORM AND PROVE XARELTO USE (DOCUMENT 4498)

COME NOW, Plaintiff James Dunlap, individually and on behalf of the estate of Barbara Dunlap, in the above reference civil action, and by and through his counsel of records hereby files a Response to Motion to Show Cause Regarding Plaintiffs Who Have Failed to File a Plaintiff Profile Form and Prove Xarelto Use (Document 4498) and shows as follows:

1. Plaintiff James Dunlap contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury by his wife Barbara Dunlap, deceased.

2. The Complaint in this matter was filed on November 19, 2015. The complaint was filed in good faith in order to comply with the statute of limitations for the Dunlap' claim.

3. Plaintiff's counsel has contacted the Dunlap family on multiple occasions to secure a complete Fact Sheet.

4. Mary Ann Sparnon, (Daughter of James and Barbara Dunlap) under a power of attorney for James Dunlap signed a letter addressed to Plaintiff's counsel giving them authority to dismiss the Dunlap Xarelto claim. Plaintiff's counsel received the letter on September 20, 2016.

5. On September 29, 2016, Plaintiff's counsel filed the motion to dismiss the Dunlap claim without prejudice.

Plaintiff would respectfully request that the Court Dismiss the Dunlap claim without prejudice.

Date: November 21, 2016

                                        **HILLIARD MUÑOZ GONZALES LLP**
                                        By: /s/ Robert C. Hilliard
                                            Robert C. Hilliard
                                            Texas Bar No. 09677700
                                            Catherine Tobin
                                            Texas State Bar No. 24013642
                                            T. Christopher Pinedo
                                            Texas State Bar No. 00788935
                                            John Martinez
                                            Texas State Bar No. 24010212

                                            719 S. Shoreline Boulevard, Suite 500
                                            Corpus Christi, Texas 78401
                                            361-882-1612 Office
                                            361-882-3015 Fax
                                            ***Attorneys for Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**        **JURY TRIAL DEMANDED**

**JAMES DUNLAP, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF BARBARA DUNLAP**
CIVIL ACTION NO.: 2:15-cv-06502

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Response to Show Cause has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

HILLIARD MUÑOZ GONZALES LLP
By: /s/ Robert C. Hilliard
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    361-882-1612 Office
    361-882-3015 Fax
    *Attorneys for Plaintiff*