UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO: ALL CASES : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

### DEFENDANTS' MOTION TO COMPEL RESPONSES FROM PLAINTIFFS' EXPERTS

Pursuant to Federal Rule of Civil Procedure 37 (a)(B)(3), Defendants Janssen Research & Development LLC, Janssen Pharmaceuticals, Inc., Janssen Ortho LLC, Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG, (collectively, "Defendants"), hereby move for an Order compelling Plaintiff's Experts B. Burt Gertsman, Ph.D. and Henry I. Bussey, Pharm.D., FCCP (collectively, "Plaintiffs' Experts") to respond to deposition questions regarding any work done in *In Re Pradaxa (Dabigatran Etexilate) Products Liability Litigation,* MDL 2385 ("Pradaxa MDL"). As explained in further detail in the attached Memorandum in Support, Plaintiff counsel's instruction to Plaintiffs' Experts' was not only a violation of Federal Rule of Civil Procedure 30, but also a direct contravention of this Court's Pre-Trial Order No. 23.

Wherefore, Defendants respectfully request an Order from this Court compelling Plaintiffs' Experts B. Burt Gertsman, Ph.D. and Henry I. Bussey, Pharm.D., FCCP to respond to deposition questions regarding work done in *In Re Pradaxa (Dabigatran Etexilate) Products Liability Litigation*, MDL 2385 ("Pradaxa MDL").

1

Respectfully submitted,

KAYE SCHOLER LLP

By: /s/ *Andrew Solow*
Andrew Solow
Steve Glickstein
William Hoffman
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
sglickstein@kayescholer.com

*Counsel for Defendants Bayer Healthcare Pharmaceuticals Inc., and Bayer Pharma AG*

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile:  (973) 360-9831
susan.sharko@dbr.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART
& MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
jirwin@irwinllc.com

*Defendants' Co-Liaison Counsel*

CHAFFE MCCALL L.L.P.

By: /s/ *John F. Olinde*
John F. Olinde
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 28, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**