PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5    IN RE:  XARELTO      )    MDL NO. 2593
      (RIVAROXABAN)        )
 6    PRODUCTS LIABILITY   )
      LITIGATION           )    SECTION: L
 7                         )
                           )
 8                         )    JUDGE ELDON E. FALLON
      THIS DOCUMENT        )
 9    RELATES TO ALL       )
      CASES                )    MAG. JUDGE NORTH
10                         )
11
12
      PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
13
                         -  -  -
14
                    November 10, 2016
15
                         -  -  -
16
          Oral videotaped deposition of HENRY I.
17    BUSSEY, PHARM.D., FCCP, held at the Lambert Law
      Firm, 701 Magazine Street, New Orleans, Louisiana,
18    70130, commencing at 9:02 a.m., on the above date,
      before Kari J. Behan, Certified Court Reporter
19    (#97019), Registered Professional Reporter,
      Certified Realtime Reporter.
20
                         -  -  -
21
22
23
24
                 GOLKOW TECHNOLOGIES, INC.
25          877.370.3377 ph - 917.591.5672
```

EXHIBIT

tabbies

*A*

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1        A.   I was contacted by Mr. McWilliams.

2        Q.   Had you ever worked with Mr. McWilliams

3   before?

4        A.   Yes.

5        Q.   And what were those circumstances?

6        A.   I worked with him on the Pradaxa lawsuit.

7        Q.   And did you give a deposition in Pradaxa?

8        A.   No.

9        Q.   Did you prepare an expert report in

10  Pradaxa?

11       A.   I believe that I did.  I know that we were

12  working to schedule a deposition at the time that

13  that case was settled.

14       Q.   Okay.  And you kept a copy of that expert

15  report?

16       A.   Most likely, but I don't know for sure.

17  That's been a while.

18       Q.   Okay.  We're going to ask that you take a

19  look for it or that Counsel provide it to us.

20            MR. MCWILLIAMS:

21                 I'll just ask you send any requests

22            for documents to me.

23            MR. COVEY:

24                 Great.

25            MR. MCWILLIAMS:

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
1              Okay.
2         THE WITNESS:
3              You're going to let me -- excuse me.
4         You're going to let me know if I need
5         to --
6         MR. MCWILLIAMS:
7              Yes, sir.
8         THE WITNESS:
9              Okay.
10        MR. MCWILLIAMS:
11             I have a copy somewhere.
12   BY MR. COVEY:
13        Q.  The defendant in Pradaxa was
14   Boehringer-Ingelheim?
15        A.  Yes.
16        Q.  And had you ever served as a consultant
17   for Boehringer-Ingelheim?
18        A.  Yes.
19        Q.  What capacity?
20        A.  Advisory board.
21        Q.  For what medication?
22        A.  For the Pradaxa.
23        Q.  And what years did you serve as an advisor
24   or consultant to Boehringer-Ingelheim?
25        A.  I don't know the exact years, but it
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1    going to be a compensated expert against them?

2        A.   No.

3        Q.   Did you think it would be appropriate for

4    you to have that conversation with them before

5    agreeing to be an expert for the plaintiffs?

6        A.   No, because the consulting that I did with

7    the company was always on a case-by-case, so I was

8    not under an ongoing arrangement with them.  It

9    was, I would be asked from one time to another to

10   participate in something.

11       Q.   Can you estimate for me how much money you

12   billed for your -- to the plaintiffs' lawyers for

13   your work on Pradaxa?

14           MR. DENTON:

15               I'm going to object.

16           MR. MCWILLIAMS:

17               I'm going to instruct him not to

18               answer that question.

19           MR. DENTON:

20               There's a court order in Pradaxa that

21               none of this is supposed to be discussed,

22               and I'm going to instruct him -- Dr.

23               Bussey doesn't know about this, but I --

24           MR. COVEY:

25               I don't either.

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1           MR. DENTON:
 2               I know that.  I was lead counsel on
 3           Pradaxa, and I can tell you there is a
 4           court order in effect that you weren't a
 5           party to, your clients weren't a party
 6           to --
 7           MR. COVEY:
 8               That's fine.
 9           MR. DENTON2:
10               -- and that no discussion about the
11           Pradaxa relationship, reports,
12           consultations are to be part of any public
13           record.  And I let it go a little bit,
14           probably longer than I should, but just
15           because of the unique relationship, I'm
16           going to instruct this witness not to
17           discuss anything more about any work
18           related to any work that he may have done
19           in the Pradaxa litigation.  And I know
20           that's an issue for you.
21           MR. COVEY:
22               Sure.  Well, let me just --
23           MR. DENTON:
24               But we will have to --
25           MR. COVEY:
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1           I'll lay out a -- a position.  We'll

2           take a break; just be a short break.

3               I'm unaware of that.

4     MR. DENTON:

5               I understand that.

6     MR. COVEY:

7               And I'm not conceding that that would,

8           in any way, impact whether my questions

9           are appropriate or how Judge Fallon might

10          rule on it.

11    MR. DENTON:

12              I understand.

13    MR. COVEY:

14              I think what we'll do, if we're going

15          to be reasonable, is you would object to a

16          whole line of questions.  I won't go

17          through any more questions about that

18          topic.  To the extent that defendants wish

19          to seek Judge Fallon's review of this and

20          whether the questions were appropriate,

21          should that happen and should Judge Fallon

22          disagree with your position, then we'll

23          work out some arrangement where we can ask

24          the questions, telephone deposition or

25          something else; fair enough?

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1          I think you also told me that you have

2    criticism for the package insert for Xarelto,

3    correct?

4        A.  Yes.

5        Q.  And you -- that's criticism that you have

6    for the package inserts for all the NOACs that

7    you've looked at, correct?

8        A.  I haven't looked at the package inserts

9    carefully on the others recently.

10       Q.  Okay.  At one point in time, you did loo

11   at the package insert or Pradaxa, correct?

12       A.  Yes.

13       Q.  And you were critical of that package

14   insert?

15       A.  I haven't -- haven't voiced any specific

16   criticisms that I recall, but I think it would

17   share some of the main criticisms --

18       Q.  Okay.

19       A.  -- that I have for the Xarelto.

20       Q.  I might get an objection to this one, but

21   let me ask it --

22       A.  Okay.

23       Q.  -- alerting you..

24          MR. DENTON:

25             You will.

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1    BY MR. COVEY:

2        Q.   In your -- in your report to

3    Mr. McWilliams, as an expert on the Pradaxa

4    litigation, were you not critical of the Pradaxa

5    package insert?

6            MR. MCWILLIAMS:

7                I'm going to object.

8            MR. DENTON:

9                Object to form.

10           MS. SAY:

11               Object.

12           MR. MCWILLIAMS:

13               Instruct the witness not to answer,

14           please.

15           MR. COVEY:

16               Sort of expected that.

17   BY MR. COVEY:

18       Q.   Have you been consulted by any plaintiffs

19   who were re- -- any lawyers who are representing

20   plaintiffs in the Eliquis litigation?

21       A.   No.

22       Q.   In addition to being critical of the

23   package insert for Xarelto, I believe you said you

24   had criticisms of some of the ads and promotional

25   materials?