Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN):  MDL 2592
PRODUCT LIABILITY LITIGATION :
                             : SECTION L
THIS DOCUMENT RELATES TO     :
ALL CASES                    :JUDGE ELDON E. FALLON
                             :MAG. JUDGE NORTH

- - -

NOVEMBER 21, 2016

- - -

- PROTECTED -
- SUBJECT TO FURTHER PROTECTIVE REVIEW -

    Videotaped deposition of B. BURT GERSTMAN, Ph.D., held at Hoge, Fenton, Jones and Appel, 60 South Market Street, Fourteenth Floor, San Jose, California, on the above date, beginning at approximately 9:03 a.m., before Diane S. Martin, Certified Shorthand Reporter and Certified Realtime Reporter.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS

EXHIBIT
B

Protected - Subject to Further Protective Review

Page 61

1   Drugs Evaluation and Research.
2       Q.  That's while you yourself were in school
3   and working toward your Ph.D. degree; correct?
4       A.  I hadn't finished my Ph.D. degree at that
5   point, but I was no longer in school.
6       Q.  Since 1990 while you have been a professor
7   at San Jose State University, you have not taught
8   at a medical school; correct?
9       A.  Correct.
10      Q.  You have not otherwise trained doctors; is
11  that correct?
12      A.  No, that's not correct.
13      Q.  How is that incorrect?
14      A.  In our MPH program, some of the
15  physician -- some of the students are doctors.
16      Q.  What program is that?
17      A.  At San Jose State we have an MPH that's
18  CEPH accredited in public health.  CEPH is an
19  acronym, capital C-E-P-H.
20      Q.  From 1985 to 1990 you were a public health
21  service fellow and epidemiologist at FDA; is that
22  right?
23      A.  No.
24      Q.  What did you do from 1985 to 1990?
25      A.  From 1985 to 1988, I was a fellow at the

Protected - Subject to Further Protective Review

Page 57

1  document to an attorney unless it becomes public.
2  BY MR. ZELLERS:
3      Q. I'm not sure that we agree, and I don't
4  want to waive a disagreement, but let me ask you a
5  couple of specific questions.
6          Did you prepare a report in the Pradaxa
7  litigation?
8          MR. McWILLIAMS: Same instructions. I'm
9  going to instruct you not to answer that.
10         THE WITNESS: I believe that's confidential
11 information.
12         MR. McWILLIAMS: Bud, please.
13         MR. ZELLERS: Mr. McWilliams, you are
14 instructing the witness not to answer any questions
15 with respect to work that he did in Pradaxa,
16 including whether or not he prepared a report and a
17 file report; is that correct?
18         MR. McWILLIAMS: That's correct.
19         MR. ZELLERS: I don't think we have to
20 argue, but understand that defendants disagree with
21 your instruction and your position.
22 BY MR. ZELLERS:
23     Q. Dr. Gerstman, are you following the
24 instruction from Mr. McWilliams on any questions
25 relating to the Pradaxa litigation and any report

Protected - Subject to Further Protective Review

Page 58

1  that you may or may not have prepared in that
2  litigation?
3     A.  Yes, because I do not understand the legal
4  implications.
5     Q.  Do you have any research grants relating to
6  anticoagulants or the study of atrial fibrillation?
7     A.  No.
8     Q.  Have you written any articles or papers
9  relating to Xarelto, anticoagulants, any NOAC or
10 any atrial fibrillation issues?
11    A.  When you say "written," I assume what --
12 well, let me ask you what you mean by that.
13    Q.  You in your CV Exhibit 3 have a list of
14 publications?
15    A.  Okay.
16    Q.  Do you have any publications relating to
17 Xarelto?
18    A.  That's what I thought you meant by that.
19 So the answer is no.
20    Q.  Do you have any publications relating to
21 any NOAC or any anticoagulant?
22    A.  No.
23    Q.  Do you have any publications relating to
24 atrial fibrillation?
25    A.  No.

Protected - Subject to Further Protective Review

Page 106

1  own accounting or don't prepare my own taxes.
2          Twenty-five, 30 percent.  I --
3      Q.  In the last four years, how much income
4  have you received from litigation consulting?
5      A.  I really don't know the exact number.
6      Q.  Can you estimate it for me?
7      A.  I -- I really don't know the exact number.
8      Q.  Are you -- are you able to give any
9  estimate for the amount of income you've earned
10 over the last four years from litigation
11 consulting?
12         MR. McWILLIAMS:  And I'll -- I'll instruct
13 the witness to remind him to not include any
14 compensation you may have received in your work on
15 the Pradaxa matter.
16         THE WITNESS:  I can tell you for this year
17 in rough numbers.  And then I can generalize that
18 out for the last four years.
19         I -- Miss Say can probably tell you better
20 than I can since she receives the invoices and I
21 send them out quarterly.
22         I'm going to venture a guess for this year
23 of 100,000.
24 BY MR. ZELLERS:
25     Q.  Is it a fair estimate that you've earned

Protected - Subject to Further Protective Review

```
                                              Page 109
 1            MR. STOFFELMAYR:  Don't narrow it down too
 2    much.
 3            THE WITNESS:  Yeah, there aren't very many
 4    others.
 5    BY MR. ZELLERS:
 6       Q.   Have -- strike that.
 7            Are any of the litigations you're involved,
 8    do they involve atrial fibrillation or stroke
 9    issues?
10       A.   I'm not sure I can answer that because of
11    the confidentiality involved.
12       Q.   Okay.  Are you not answering because of the
13    confidentiality?  Or --
14            MR. McWILLIAMS:  That's -- I instruct the
15    witness not to answer.  That's -- that's just a
16    backdoor way to try to ask the same question.  And
17    I -- may be not your intent, but the function.
18    BY MR. ZELLERS:
19       Q.   Dr. Gerstman, what percentage of your
20    litigation work over the past four years has been
21    for plaintiffs in litigation?
22       A.   Over the last four years, all of it.
23       Q.   Have you --
24       A.   In the past I've worked for pharmaceutical
25    companies.
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 111

1  my question because of a confidentiality agreement?
2      A.  Yes.
3      Q.  Any other instances in which you have
4  worked on behalf of a pharmaceutical or medical
5  device company as a litigation consultant?
6      A.  No others, no.
7      Q.  Have you ever reached -- withdraw that.
8          In the litigation consulting work that
9  you've done, have you ever reached a conclusion
10 that the clinical studies conducted were adequate
11 and that the medication was safe and effective?
12         MR. McWILLIAMS:  I'll instruct the witness,
13 again, to be cautious to not disclose any of your
14 opinions that you may have rendered in the Pradaxa
15 matter.
16         THE WITNESS:  Yes, I have.
17 BY MR. ZELLERS:
18     Q.  When was that?
19     A.  I can't disclose the private conversations
20 I've had with attorneys.
21     Q.  Does this relate to the one matter for a
22 defendant 10 or 15 years ago?
23     A.  No.
24         Yes and no.  Not --
25     Q.  Let me ask a different question.