## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:            <u>JURY TRIAL DEMANDED</u>

**JOSEPHINE MCGILLICUDDY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JEREMIAH J. MCGILLICUDDY**

CIVIL ACTION NO.: 2:15-cv-6645

<u>PLAINTIFF'S SUPPLEMENT TO MOTION FOR</u>

<u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff has filed a Motion to Dismiss without prejudice. Defendants oppose the same. Plaintiff's desire to dismiss is not for the purposes of forum shopping. Plaintiff agrees that if she refiles, she will refile her Xarelto claim in the Xarelto MDL.

Wherefore Premises Considered Plaintiff prays that her Motion to Dismiss without prejudice be granted.

Date: November 28, 2016

HILLIARD MUÑOZ GONZALES LLP
By: /s/ Robert C. Hilliard
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
***Attorneys for Plaintiff***

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

**JOSEPHINE MCGILLICUDDY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JEREMIAH J. MCGILLICUDDY**
CIVIL ACTION NO.: 2:15-cv-6645

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Supplement to Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**HILLIARD MUÑOZ GONZALES LLP**
By: /s/ Robert C. Hilliard
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    361-882-1612 Office
    361-882-3015 Fax
    ***Attorneys for Plaintiff***
