UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION          :     MDL No. 2592
                                       :
                                       :     SECTION L
                                       :
                                       :     JUDGE ELDON E. FALLON
                                       :
                                       :     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**          **JURY TRIAL DEMANDED**

VALARY JOHNSON

CIVIL ACTION NO.: 2:15-cv-00770

**PLAINTIFF'S SUPPLEMENT TO MOTION FOR**

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff has filed a Motion to Dismiss without prejudice. Defendants oppose the same. Plaintiff's desire to dismiss is not for the purposes of forum shopping. Plaintiff agrees that if she refiles, she will refile her Xarelto claim in the Xarelto MDL.

Wherefore Premises Considered Plaintiff prays that her Motion to Dismiss without prejudice be granted.

Date: November 28, 2016

                                                      **HILLIARD MUÑOZ GONZALES LLP**
                                                      By: /s/ Robert C. Hilliard
                                                          Robert C. Hilliard
                                                          Texas Bar No. 09677700
                                                          Catherine Tobin
                                                          Texas State Bar No. 24013642
                                                          T. Christopher Pinedo
                                                          Texas State Bar No. 00788935
                                                          John Martinez
                                                          Texas State Bar No. 24010212

                                                          719 S. Shoreline Boulevard, Suite 500

Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
***Attorneys for Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:** **JURY TRIAL DEMANDED**

VALARY JOHNSON

CIVIL ACTION NO.: 2:15-cv-00770

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Supplement to Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                HILLIARD MUÑOZ GONZALES LLP
                By: /s/ Robert C. Hilliard
                    Robert C. Hilliard
                    Texas Bar No. 09677700
                    Catherine Tobin
                    Texas State Bar No. 24013642
                    T. Christopher Pinedo
                    Texas State Bar No. 00788935
                    John Martinez
                    Texas State Bar No. 24010212

                    719 S. Shoreline Boulevard, Suite 500
                    Corpus Christi, Texas 78401
                    361-882-1612 Office
                    361-882-3015 Fax
                    *Attorneys for Plaintiff*