UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**   **JURY TRIAL DEMANDED**

SAMUEL EDWARD TURNER

CIVIL ACTION NO.: 2:15-cv-06781

## PLAINTIFF'S SUPPLEMENT TO MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff has filed a Motion to Dismiss without prejudice. Defendants oppose the same. Plaintiff's desire to dismiss is not for the purposes of forum shopping. Plaintiff agrees that if he refiles, he will refile his Xarelto claim in the Xarelto MDL.

Wherefore Premises Considered Plaintiff prays that his Motion to Dismiss without prejudice be granted.

Date: November 28, 2016

                                         HILLIARD MUÑOZ GONZALES LLP
                                         By: /s/ Robert C. Hilliard
                                               Robert C. Hilliard
                                               Texas Bar No. 09677700
                                               Catherine Tobin
                                               Texas State Bar No. 24013642
                                               T. Christopher Pinedo
                                               Texas State Bar No. 00788935
                                               John Martinez
                                               Texas State Bar No. 24010212

                                         719 S. Shoreline Boulevard, Suite 500

Corpus Christi, Texas 78401
361-882-1612 Office
361-882-3015 Fax
***Attorneys for Plaintiff***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION   :   MDL No. 2592
                                :
                                :   SECTION L
                                :
                                :   JUDGE ELDON E. FALLON
                                :
                                :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**         **JURY TRIAL DEMANDED**

SAMUEL EDWARD TURNER

CIVIL ACTION NO.: 2:15-cv-06781

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Supplement to Motion to Voluntarily Dismiss has contemporaneously with or before filing been served on all parties or their attorneys a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

HILLIARD MUÑOZ GONZALES LLP
By: /s/ Robert C. Hilliard
    Robert C. Hilliard
    Texas Bar No. 09677700
    Catherine Tobin
    Texas State Bar No. 24013642
    T. Christopher Pinedo
    Texas State Bar No. 00788935
    John Martinez
    Texas State Bar No. 24010212

    719 S. Shoreline Boulevard, Suite 500
    Corpus Christi, Texas 78401
    361-882-1612 Office
    361-882-3015 Fax
    *Attorneys for Plaintiff*