UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
 :
 : SECTION L
 :
 : JUDGE ELDON E. FALLON
 :
_____: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

John Lx

CA# 2:16-cv-1598


## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Timothy Lux, as a surviving son of John Lux, is substituted for Plaintiff John Lux, in the above captioned cause.


Date: _____        _____
                                    Hon. Eldon E. Fallon
                                    United States District Court Judge