MINUTE ENTRY
FALLON, J.
NOVEMBER 29, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      MDL NO. 2592
       PRODUCTS LIABILITY LITIGATION

       SECTION: L

THIS DOCUMENT RELATES TO:     JUDGE FALLON
15-7167, 16-3002, 16-1136, 16-1137, 15-6606,     MAGISTRATE JUDGE NORTH
15-6376, 15-6263, 16-1213, 15-7094, 15-1267,
16-63, 16-1402, 16-2156, 16-1139, 15-4678,
15-6096, 15-5833, 15-6141, 15-6937, 16-1402,
15-298, 16-3185, 16-5975, 16-8690, 16-2031,
15-7167, 15-770, 15-6645 and 15-6781

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances: Sindhu Daniel, Esq. for Plaintiffs
                Shannon Miller, Esq. for Defendants

**The Court resumed Show Cause hearing regarding fact sheet issues from the previous month's status conference as to the first twelve cases listed above   (4267)**

1. C.A. 15-7167, plaintiff, Milford Breland – **Case is dismissed with prejudice**
2. C.A. 16-3002, plaintiff Frank Clark – fact sheet issue has been cured
3. C.A. 16-1136, plaintiff James Crowder – **Case is dismissed with prejudice**
4. C.A. 16-1137, plaintiff Joseph Erler - **Case is dismissed with prejudice**
5. C.A. 15-6606, plaintiff Calvin Howard – Matter passed until next Status Conference, which is set for December 20, 2016, at 9am.
6. C.A. 15-6376, plaintiff Chezarea Jones - **Case is dismissed with prejudice**
7. C.A. 15-6263, plaintiff Mamie Mabon - **Case is dismissed with prejudice**
8. C.A. 16-1213, plaintiff Oscar Moore - **Case is dismissed with prejudice**
9. C.A. 15-7094, plaintiff Abbie Napier – Donald Green, Esq. appeared by phone for plaintiff – Matter is passed until next Status Conference, which is set for December 20, 2016, at 9am
10. C.A. 16-1267, plaintiff Tommy Perkins – **Case is dismissed with prejudice**
11. C.A. 16-463, plaintiff Mary Pope – fact sheet issue has been cured
12. C.A. 16-1402, plaintiff Gina Rippley – **Case is dismissed with prejudice**
13. C.A. 16-2156, plaintiff Josephine Strano – **Case is dismissed with prejudice**
14. C.A. 16-1139, plaintiff Ozella Williams – fact sheet issue has been cured

**The Court also resumed Show Cause hearing regarding fact sheet issues from the previous month's status conference as to the cases listed below    (4498)**

1. C.A. 15-6450, plaintiff Robin Arnoth – Chris Pinedo, Esq. appeared by phone for plaintiff – Counsel was given 30 days to get signed HIPPA documentation from Administrator of the Estate of Robin Arnoth or case will be dismissed with prejudice
2. C.A. 15-6502, plaintiff Barbara Dunlap – Chris Pinedo, Esq. appeared by phone for plaintiff – Oral Motion to Dismiss Without Prejudice – DENIED – **matter Dismissed WITH PREJUDICE**
3. C.A. 16-91, plaintiff Bonita Payne – fact sheet issue has been cured
4. C.A. 15-6937, plaintiff Gloria Robinson – Donald Green, Esq. appeared by phone for plaintiff – **Matter is Dismissed With Prejudice**
5. C.A. 15-6753, plaintiff Louise Sells – Chris Pinedo, Esq. appeared by phone for plaintiff – Oral Motion to Dismiss Without Prejudice – DENIED – **matter Dismissed WITH PREJUDICE**


**The Court also heard argument on the three motions for Voluntary Dismissal listed below:**

Chris Pinedo, Esq., appeared by phone on behalf of the plaintiffs in the following three cases regarding the pending motions to dismiss.

1. Motion of Plaintiff, Valary Johnson, for Voluntary Dismissal of Case Without Prejudice **(Ref: 15-770)**   (4256)
After argument – **Motion DENIED – CASE IS DISMISSED WITH PREJUDICE**

2. Motion of Plaintiff, Josephine McGillicuddy, for Voluntary Dismissal of Case Without Prejudice   **(Ref: 15-6645)**   (4257)
After argument – **Motion DENIED – CASE IS DISMISSED WITH PREJUDICE**

3. Motion of Plaintiff, Samuel Edward Turner, for Voluntary Dismissal of Case Without Prejudice   **(Ref: 15-6781)**   (4259)
After argument – **Motion DENIED – CASE IS DISMISSED WITH PREJUDICE**

**The Court also heard argument on the following twelve motions to withdraw as counsel for plaintiffs in the below listed matters:**

1. Motion of the Sanders Phillips Grossman, LLC Firm, to allow the withdrawal of Marc Grossman and Randi Kassan as counsel for Plaintiff, Michael Floyd   **(Ref: 15-4678)**   (2742)
Randi Kassan, Esq. appeared by phone, after argument, motion was passed for 30 days.  Plaintiff has obtained new counsel and a motion for substitution of counsel shall be filed.

2. Motion of Sommerman, McCaffity & Quesada, L.L.P., to Withdraw as Counsel for Plaintiff Jana Choe   **(Ref: 15-6096)**   (2825)
Andrew Sommerman, Esq., appeared by phone for plaintiff – after argument, Motion to Withdraw is DENIED and case is **DISMISSED WITH PREJUDICE**

3. Motion of Sommerman, McCaffity & Quesada, L.L.P., to Withdraw as Counsel for Plaintiff Shelley Borlandelli     (**Ref: 15-5833)**     (2839)
Andrew Sommerman, Esq., appeared by phone for plaintiff – after argument, case is **DISMISSED WITH PREJUDICE**

4 Motion of Sommerman, McCaffity & Quesada, L.L.P., to Withdraw as Counsel for Plaintiff Bernice Thorpe    **(Ref: 15-6141)**    (2840)
Andrew Sommerman, Esq., appeared by phone for plaintiff – after argument, the motion to withdraw as counsel has been **WITHDRAWN**

5. Motion of Kennedy Hodges, LLP, to Withdraw as Counsel for Plaintiff Gloria Robinson **(Ref: 15-6937)**   (2906)  - **Motion Dismissed as Moot**

6. Motion of Stark & Stark for Leave to Withdraw as Counsel for Plaintiff Gina Rippley  **(Ref: 16-1402)**    (2938) - **Motion Dismissed as Moot**

7. Motion of Huber, Slack, Thomas and Marcelle, L.L.P, to Withdraw as Counsel of Record for Plaintiff Julius Wollfarth, Jr. **(Ref: 15-298)**    (3447) – Motion was DENIED and case is **DISMISSED WITH PREJUDICE**

8. Motion of Sweeney Merrigan Law, to Withdraw as Counsel for Plaintiff Maureen Welch. **(Ref: 16-3185 and 16-5975)**   (3861)
Matter is MOOT – cases previously dismissed via stipulations.

9. Motion of The Driscoll Firm, P.C., for Leave to Withdraw as Counsel of Record for Plaintiff Daniel Calix    **(Ref: 16-8690)**    (3891)
Chris Quinn, Esq. appeared by phone for plaintiff – after argument, the motion was passed for 30 days.  Plaintiff has obtained new counsel and a motion for substitution of counsel shall be filed.

10. Motion of Kennedy Hodges, LLP, to Withdraw as Counsel for Plaintiff Gloria Robinson **(Ref: 15-6937)**   (3929)
Matter is MOOT – Case is being dismissed with prejudice.

11. Motion of the Law Firm of Gray and White to Withdraw as Counsel for Plaintiff Rosemarie Syvertsen   **(Ref: 16-2031)**   (4069)
Jacob Levy, Esq. appeared by phone for plaintiff – after argument, case is **DISMISSED WITH PREJUDICE**

12. Motion of The Driscoll Firm, P.C., for Leave to Withdraw as Counsel of Record for Plaintiff Cheryl Vaughn on behalf of Milford Breland, Deceased    **(Ref: 15-7167)**   (4137)
Matter is MOOT – Case is being dismissed with prejudice.

JS10:     :20