# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   )
                                               )          **MDL No. 2592**

**PRODUCTS LIABILITY LITIGATION**  )
                                             )          **Section L**

                                             )
                                             )          **JUDGE ELDON E. FALLON**

                                           )
                                             )          **MAG. JUDGE NORTH**

_____)

**THIS DOCUMENT RELATES TO:**
**MDL Case No. 2:16-6810**                              **Plaintiff: Linda Robertson**

## <u>ORDER</u>

Considering the foregoing Motion for Substitution of Proper Party,

        **IT IS HEREBY ORDERED** that Jeanette Haskell Bishop is deemed the proper

substitute for decedent-plaintiff, Linda Robertson.

        **IT IS FURTHER ORDERED** that Jeanette Haskell Bishop shall be appointed

Plaintiff in the above-captioned matter on behalf of the decedent, Linda Robertson.


        DONE AND SIGNED this <u>29th</u> day of November, 2016 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE