UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)            :
PRODUCTS LIABILITY LITIGATION           :   MDL No. 2592
                                        :
                                        :   SECTION L
                                        :
                                        :   JUDGE ELDON E. FALLON
                                        :
                                        :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Phyllis Antanitus v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-11042*

## ORDER

IT IS ORDERED that the Motion to Substitute Dale Antanitus on behalf of the estate of Phyllis Antanitus, the surviving natural son of Phyllis Antanitus, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this 29th day of November, 2016.

*[signature: Eldon E. Fallon]*

United States District Judge