UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

John Lux

CA# 2:16-cv-1598

## ORDER

      The Court, after considering the Plaintiff's Motion for Substitution of Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Timothy Lux, as a surviving son of John Lux, is substituted for Plaintiff John Lux, in the above captioned cause.

      New Orleans, Louisiana this 29th day of November, 2016.

                                                                   Hon. Eldon E. Fallon
                                                                   United States District Court Judge