UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAUL MCKENZIE<br><br>             Plaintiff,<br><br>   v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>             Defendants. | CIVIL ACTION FILE NO. 16-15199 L(5)<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, PAUL MCKENZIE , by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of voluntarily dismissing the above-captioned *without* prejudice. The Defendants have not answered Plaintiff's Complaint or moved for summary judgment on any of the claims asserted. Therefore, Plaintiff's dismissal is permitted Fed. R. Civ. P. 41(a)(1)(A)(i) without Court Order.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 30th day of November, 2016, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

Respectfully submitted

This 30th day of November, 2016.

By: */s/ Adam P. Princenthal*
Adam P. Princenthal
Georgia Bar No. 588219

PRINCENTHAL & MAY, LLC
750 Hammond Dr
Bldg 12, Ste 200
Sandy Springs, Georgia 30328
Tel:   678-534-1980
Fax:   404-806-0624                         Attorney for Plaintiff