UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL NO.: 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>VERONICA SHAW<br>Civil Action No. 2:16-cv-6717 | ) ) ) ) ) ) | Civil Action No. 2:16-cv-6717 |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a), Elizabeth M. Burke, Esquire, who is the attorney of the deceased party, notes the death during the pendency of this action of Veronica Shaw, Plaintiff in this action, on or about August 28, 2016.

Dated this the 30th day of November, 2016.

/s/ Elizabeth M. Burke
H. Blair Hahn, Esquire
Elizabeth M. Burke, Esquire
Christiaan A. Marcum, Esquire
RICHARDSON PATRICK WESTBROOK
& BRICKMAN, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 216-6509
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November 2016, the foregoing Suggestion of Death was electronically filed with the Clerk of the Court via MDL Centrality, which will send notification of such filing to all counsel of record.

/s/ Elizabeth M. Burke
Elizabeth M. Burke (Fed. I.D. #7466)
bburke@rpwb.com
RICHARDSON PATRICK WESTBROOK
& BRICKMAN, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29464
Telephone: (843) 727-6500
Facsimile: (843) 216-6509