UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
: JUDGE ELDON E. FALLON
: MAGISTRATE JUDGE NORTH

This Document relates to:
Jerry McElroy v. Janssen Pharmaceuticals, Inc. et al
Case Number: **2:16-cv-2016**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF JERRY MCELROY

COMES NOW Attorney Scott D. Levensten, Esq. and The Levensten Law Firm, P.C., counsel for Plaintiff Jerry McElroy, and files this Motion to Withdraw as Counsel of Record for Plaintiff.

Pursuant to Local Civil Rule 83.2.11, Scott D. Levensten, Esquire and The Levensten Law Firm, P.C., primary counsel for the above-identified plaintiff(s), moves this Court on behalf of himself and his firm for permission to withdraw from representation of the above-identified plaintiffs.

No filing fee is currently owed for Plaintiff's filing as it was paid in full at the time of original filing on March 10, 2016.

Plaintiff has not met the requirements of PTO 13.  Despite numerous efforts on the part of Counsel, Plaintiff has not returned a Plaintiff Fact Sheet or the required authorizations.  No deficiency notice has been issued as of the date of this filing.

Counsel has been unable to speak to Plaintiff regarding his case since May 2016.  Since that time, Counsel has spoken to family members of Plaintiff's who also have been unable to get client to communicate with Counsel.  Counsel has sent to multiple addresses numerous letters via Regular and Certified U.S. Mail, Federal Express, and Hand Delivery, in addition to emails and large numbers of telephone calls/voice messages.  As such, Counsel is unaware of whether Plaintiff intends on obtaining new counsel upon granting of this Motion to Withdraw.

Primary counsel has sent notification of this Motion to plaintiffs' last known addresses (29 West Point Road, Laceys Spring, AL 35754 and 34 Turtle Dove Drive, Laceys Spring, AL 35754) by Regular and Certified U.S. Mail.

WHEREFORE, Counsel respectfully requests this Court GRANT the Motion to Withdraw as Counsel of Record.

Date:  November 30, 2016          Respectfully submitted,

/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this the 30th day of November, 2016.

The foregoing Motion to Withdraw as Counsel of Record has also been served on Plaintiff at the last known addresses by regular and Certified U.S. Mail on this the 30th day of November, 2016.

/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*