UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
: JUDGE ELDON E. FALLON
: MAGISTRATE JUDGE NORTH

This Document relates to:
Jerry McElroy v. Janssen Pharmaceuticals, Inc. et al
Case Number: **2:16-cv-2016**

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF JERRY MCELROY

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this Court by Scott D. Levensten, Esquire and The Levensten Law Firm, P.C., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to Withdraw as Counsel of Record is GRANTED, thus allowing Scott D. Levensten, Esquire and The Levensten Law Firm, P.C. to withdraw, and Plaintiff JERRY MCELROY may proceed with this action *pro se* in the absence of retaining substitute counsel.

If plaintiff does not find alternative counsel within six (6) weeks of the granting of the Order for Withdrawal of Counsel, plaintiff's case will proceed *pro se*. If plaintiff does not respond to further actions of the Court once his case has become pro se, the Court may dismiss plaintiff's case at the Court's discretion.

This _____ day of _____, 2016.

                                                                           _____
                                                                           Judge Eldon E. Fallon