UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
: JUDGE ELDON E. FALLON
: MAGISTRATE JUDGE NORTH

This Document relates to:
　　Jerry McElroy v. Janssen Pharmaceuticals, Inc. et al
　　Case Number: **2:16-cv-2016**

## CERTIFICATION

Plaintiff's Counsel hereby certifies that they have communicated with counsel for the Defendants regarding this Motion to Withdraw and they have expressed their opposition to this Motion.

Date:　November 30, 2016　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Scott D. Levensten
　　　　　　　　　　　　　　　　**Scott D. Levensten, Esq.**
　　　　　　　　　　　　　　　　**THE LEVENSTEN LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　**1420 Walnut Street, Suite 1500**
　　　　　　　　　　　　　　　　**Philadelphia, PA 19102**
　　　　　　　　　　　　　　　　**Phone: (215) 545-5600**
　　　　　　　　　　　　　　　　**Fax: (215) 545-5156**
　　　　　　　　　　　　　　　　**SDL@LevenstenLawFirm.com**

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this the 30th day of November, 2016.

The foregoing Motion to Withdraw as Counsel of Record has also been served on Plaintiff at the last known addresses by regular and Certified U.S. Mail on this the 30th day of November, 2016.

/s/ Scott D. Levensten
**Scott D. Levensten, Esq.**
**THE LEVENSTEN LAW FIRM, P.C.**
**1420 Walnut Street, Suite 1500**
**Philadelphia, PA 19102**
**Phone: (215) 545-5600**
**Fax: (215) 545-5156**
**SDL@LevenstenLawFirm.com**

*Attorneys for Plaintiff*