# EXHIBIT A

5-11-15 Mailed clt Xarelto Litigation PFS w/ SASE

8-31-15 CWD lvm for clt re PFS

9-1-15 Mailed clt 2nd Xarelto Litigation PFS w/ SASE

4-25-16 CWD tried calling clt re PFS return.  Phone was suspended.

04-26-16 Clt's phone service suspended

04-27-16 CWD attempted tc to clt re PFS return - phone suspended

05-02-16  CWD lvm for client to return via Fedex the PFS and auths

05-03-16 Clt tc w/C. Needs another copy of PFS and auths - Confirmed address and new phone.

5-5-16 CWD lvm for clt re completing PFS and returning FedEx with signed docs tomorrow.

5-6-16 CWD lvm for clt re completing PFS and returning FedEx with signed docs today.

5-12-16 CWD tc w/ aunt - she will get him a message to call us.

5-16-16 CWD tc w/clt.  Will try fax signed auths to us.  Will finish PFS questions and send back to us within 2 weeks.

5-18-16 CWD LVM on clt's cell and LV with aunt to return call re PFS issues.

6-17-16 CWD lvm for clt.  Clt's aunt said she will try to get him a message through her son.

6-21-16 - CWD attempted tc to client re returning PFS.  Voicemail greeting picked up.

6-27-16 -CWD attempted tc to clt re returning PFS.  Voicemail greeting picked up.  Have left many messages. CWD LVM 4:10pm

6-28-16 CWD lvm for client to contact us; Aunt did not answer; 2nd tc to clt - no answer; 2nd tc to aunt - no answer

6-29-16 CWD lvm for clt to contact us; Aunt did not answer: 2nd tc to clt - NA; 2nd tc to aunt - NA

6-30-16 CWD lvm for clt to contact us: Aunt did not answer; CWD got NA trying new phone provided by MWJ

6-30-16 Mrs. Diane Richards called back from new phone - never heard of our client - wrong number.

7-1-16 CWD lvm for clt to contact us re case; Aunt's phone NA; 2nd tc to clt - NA and 2nd call to aunt Busy Signal

7-12-16 CWD tc w/ Aunt who said she last spoke with Mr. McElroy 6 days ago.  She said she does not know how to reach him, but will tell him to call us next time she sees him.

7-14-16 CWD lvm for client informing of pending deadline and possible Motion to Dismiss by defendants.  Also, spoke with Aunt, she had contact with a friend yesterday who had just seen client.  Aunt stated knows of no other place of contact besides current residence.  He still resides there.

7-18-16 CWD tried tc w/Client - got his answering machine.

7-29-16 CWD lvm w/client.  CWD left message with client's Aunt whose mother may know how to reach him.

8-1-16  CWD lvm w/Clt.  CWD spoke with Aunt - does not know how to reach him.

8-29-16 CWD lvm for client asking to return PFS.  Tried 2nd phone a woman identifying herself as his cousin said she has not talked with him several weeks

8-30-16 CWD attempted call to client and relative. Nobody answered.  Regarding completing PFS

8-30-16 Evening -CWD Spoke with Client's relative - she wrote down a message.  Other phone was NA.

8-31-16 CWD - attempted tc to both phones - NA

9-1-16 CWD attempted tc to client - NA

9-2-16 CWD attempted tc to client - NA - 9:30 AM

9-6-16 CWD attempted tc to client to say has a last chance to turn in PFS No Answer - 1 PM

9-7-16 CWD attempted tc to client, No Answer - 9:20 AM

10-19-16 CWD attempted tc to client, No Answer

11-2-16 MWJ sent process server to client's house re PFS.

11-10-16 CWD LVM for client to call back ASAP.

11-21-16 CWD LVM for client to call back ASAP.

## DATES OF EMAILS SINCE MAY 2016

Michael W. Johnston, Esq. (MWJ@levenstenlawfirm.com) to Jerry McElroy (jerrymc197146@gmail.com)
11/21/2016
11/18/2016
11/10/2016
10/19/2016
8/29/2016
5/11/2016
5/2/2016


## DATES OF PFS RELATED LETTERS SINCE MAY 2015

11/18/2016 – Hand Delivery x 2 addresses
11/17/2016 – Regular and Certified U.S. Mail and Federal Express x 2 addresses
    ** Both November 17, 2016 Federal Express deliveries were signed for by J. McElroy (at each address)
11/1/2016 – Hand Delivery x 2 addresses
7/14/2016 – Regular and Certified U.S. Mail and Federal Express x 2 addresses
    ** Both July 14, 2016 Federal Express deliveries were signed for by J. McElroy (at each address)
6/28/2016 and 6/30/2016 – Regular and Certified U.S. Mail and Federal Express x 2 addresses
5/3/2016 – Federal Express
4/26/2016 - Regular and Certified U.S. Mail
4/11/2016 - Federal Express
3/10/2016 – Federal Express
9/1/2015 – U.S. Mail
5/11/2015 – U.S. Mail

**United States District Court For The Eastern District of Lousiiana**



*16410*

## AFFIDAVIT OF SERVICE

Index no :2592

| | |
|---|---|
| Plaintiff(s): | **Xarelto Products** |
| Defendant(s): | **NOT APPLICABLE** |

ss.:

**Expedius Envoy Birmingham**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the .

On **11/07/2016** at **6:38 PM**, I served the within **0Select** on **Jerry McElroy** at **29 West Point Road , Laceys Spring, AL35754** in the manner indicated below:

INDIVIDUAL: by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Black/Gray | 53 | Over 6' | Over 200 lbs |
| Other Features: 275 lbs. | | | | | |

I asked the person spoken to whether **Jerry McElroy** was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on
_____Nov_____ _10_, 20 _16_

5/19/19

Notary Public,

X. _Tina Martin_
Expedius Envoy Birmingham
License#:
Expedius Envoy, Inc
517 Beacon Parkway West, Suite 200A
Birmingham,AL35209
205-510-7078
Atty File#: 2592

**Michael Johnston**

| | |
|---|---|
| **From:** | Travis Mcgriff <service@expediusenvoy.com> |
| **Sent:** | Thursday, November 10, 2016 12:27 PM |
| **To:** | mwj@levenstenlawfirm.com |
| **Subject:** | Update Notification for Case Number: 2592 |

Status change notification from Expedius Envoy, Inc Case Number: 2592 United States District Court For The Eastern District of Lousisiana Xarelto Products VS. NOT APPLICABLE Matter Number: 2592 Paper Served: PERSONAL Servee: Jerry McElroy Served on: TItle: Date: 11/07/2016 Time: 18:38 Address: 29 West Point Road Laceys Spring, AL 35754 To see the full details of this Job please visit www.expediusenvoy.com and click on Client Login. If you have any question, please feel free to call us at any time. Thank You, Expedius Envoy, Inc service@expediusenvoy.com 1-855-MY-ENVOY

**Michael Johnston**

| | |
|---|---|
| **From:** | Travis Mcgriff <service@expediusenvoy.com> |
| **Sent:** | Thursday, November 10, 2016 12:27 PM |
| **To:** | mwj@levenstenlawfirm.com |
| **Subject:** | Update Notification for Case Number: 2592 |

Status change notification from Expedius Envoy, Inc Case Number: 2592 United States District Court For The Eastern District of Lousisiana Xarelto Products VS. NOT APPLICABLE Matter Number: 2592 Paper Served: NON-SERVE Servee: Jerry McElroy Served on: TItle: Date: 11/10/2016 Time: 10:00 Address: 34 Turtle Dove Drive Laceys Spring, AL 35754 To see the full details of this Job please visit www.expediusenvoy.com and click on Client Login. If you have any question, please feel free to call us at any time. Thank You, Expedius Envoy, Inc service@expediusenvoy.com 1-855-MY-ENVOY

**Attention Sender**

**THIS SHIPMENT IS BEING RETURNED FOR THE FOLLOWING REASON(S):**

☐ Refused by recipient: _____
☐ Recipient moved and left no forwarding address or phone number.
☐ Recipient was not in when we attempted delivery, and we were not authorized to leave shipment without a signature.
☒ Recipient's address on your shipment was incorrect and/or incomplete, and we were unable to obtain the correct address.

☐ A P.O. box number was the only address given or obtainable.
☐ We were unable to collect C.O.D. charges.
☐ Shipper requested return: _____
☐ Shipment returned if undelivered after 5 days.
☐ Other: _____

**Questions? Go to our Web site at fedex.com. Call 1.800.Go.FedEx 1.800.463.3339.**

159396 REV 8/08 RRD

Pull to open.

Insert shipping document here.

RT 409 FZ 7 20:00 B 6281 06-29 ly

Extremely II

1st Attempt ☐ 2nd Attempt ☐ Final Attempt Date 6/29 Time 1/26

DT 1043 8484 7926

FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:MUVA (215) 545-5600
SCOTT D. LEVENSTEN, ESQUIRE
LEVENSTEN LAW FIRM, P.C.
1420 WALNUT STREET, SUITE 1500

PHILADELPHIA, PA 19102
UNITED STATES US

SHIP DATE: 28JUN16
ACTWGT: 0.20 LB
CAD: 7763975/INET3730

BILL SENDER

TO  JERRY MCELROY

29 WEST POINT ROAD

LACEYS SPRING AL 35754
(256) 498-3942                    REF XARELTO - MCELROY
INV
PO                                          DEPT

**FedEx**
Express

5401 6OBO/72F

E

TRK# 0201  7766 2213 6281

WED - 29 JUN 8:00P

STANDARD OVERNIGHT

ASR RES

35754

MEM

**FedEx**
Express

# Attention Sender

**THIS SHIPMENT IS BEING RETURNED FOR THE FOLLOWING REASON(S):**

☐ Refused by recipient: _____
☐ Recipient moved and left no forwarding address or phone number.
☐ Recipient was not in when we attempted delivery, and we were not authorized to leave shipment without a signature.
☑ Recipient's address on your shipment was incorrect and/or incomplete, and we were unable to obtain the correct address.

☐ A P.O. box number was the only address given or obtainable.
☐ We were unable to collect C.O.D. charges.
☐ Shipper requested return: _____
☐ Shipment returned if undelivered after 5 days.

☐ Other: _____

Questions? Go to our Web site at fedex.com. Call 1.800.Go.FedEx 1.800.463.3339.

159396 REV 8/08 RRD

ORIGIN ID:MDRA          (999) 999-9999
SANDRA SHELTON-STATEN
FEDEX
490 PRODUCTION AVE

MADISON, AL 35758
UNITED STATES US

SHIP DATE: 06JUL16
ACTWGT: 0.50 LB
CAD: 3736473/INET3730

BILL RECIPIENT

TO   SCOTT LEVENSTEN, ESQUIRE
     LEVENSTEN LAW FIRM, P.C.
     1420 WALNUT ST
     STE 1500
     PHILADELPHIA PA 19102
(215) 545-5600          REF: 776647961510
INV:
PO:                                    DEPT:

**FedEx**
Express

**E**

FRI - 08 JUL 4:30P
** 2DAY **

TRK#
0201   7766 8682 5847

**SB MUVA**          19102
PA-US   **PHL**



THE LEVENSTEN LAW FIRM, P.C.
1420 Walnut Street, Suite 1500
PHILADELPHIA, PA 19102

$6.
US POST
FIRST-CL
FROM 1
JUN 28
59376

7014 3490 0000 0083 4157

ANC

Jerry McElroy
29 West Point Rd
Laceys Spring AL 35754-7633

7/1/16

NIXIE        352   SE 1040        0007/05

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

BC: 19102401799        *2497-10872-2

19102@4017



THE LEVENSTEN LAW FIRM, P.C.
1420 Walnut Street, Suite 1500
PHILADELPHIA, PA 19102

$6.4
US POSTA
FIRST-CLA
FROM 19
APR 26 2
stam

7013 1090 0001 5916 2881

Jerry McElroy
29 West Point Rd
Laceys Spring AL 35754-7633

L(W 4-30 90
5/7
R+n-5115

NIXIE      352   5E 1040        0005/1

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC:  19102401575      *2797-00573-2

19102@4015

THE LIVENSTEIN LAW FIRM, P.C.
1420 Walnut Street, Suite 1500
PHILADELPHIA, PA 19102

7014 3490 0000 0083 4553

Jerry McElroy
34 Turtle Dove Drive
Laceys Spring, Al 35752-7606

19102@4017

N I X I E        352     7E 1040        0007/12/16

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 19102401799        *2897-06432-30-42



$6.470
US POSTAGE
FIRST-CLASS
FROM 19102
JUN 30 2016
stamps.com

0625S007020329

---

THE LIVENSTEIN LAW FIRM, P.C.
1420 Walnut Street, Suite 1500
PHILADELPHIA, PA 19102

CERTIFIED MAIL

7014 3490 0000 0083 4485

Jerry McElroy
29 West Point Rd
Laceys Spring, Al 35754-7633

19102@4017

PHILADELPHIA

N I X I E        352     5E 1040        0008/04/16

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 19102401799        *2397-02690-15-44



$6.465
US POSTAGE
FIRST-CLASS
FROM 19102
JUL 14 2016
stamps.com

0625S007020329

---

CERTIFIED MAIL

19102@4015



THE LEVENSTEN LAW FIRM, P.C.
1420 Walnut Street, Suite 1500
PHILADELPHIA, PA 19102

7014 3490 0000 0083 4478

Jerry McElroy
34 Turtle Dove Drive
Laceys Spring AL 35754-7606

NIXIE        352   5E 1040        0008/04/1

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 19102401575        *2897-02473-15-..

19102@4015



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-471-03648 | Jul 05. 2016 | | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** Jun 27, 2016   **Cust. Ref.:** TVM - Nelson   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 1.00% to this shipment.
Return: Original Tracking ID 776391134626
Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | | Scott D. Levensten, Esquire | |
| Tracking ID | 790521050622 | | Levensten Law Firm. P.C. | |
| Service Type | FedEx Standard Overnight | | 1420 Walnut Street, Suite 1500 | |
| Package Type | FedEx Envelope | | PHILADELPHIA PA 19102 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.88 |
| Delivered | Jun 28, 2016 13:36 | Discount | | -5.26 |
| Svc Area | A1 | Print Return Label | | 0.50 |
| Signed by | R.COUCO | Fuel Surcharge | | 0.28 |
| FedEx Use | 000000000/0000233/ | **Total Charge** | | |
| | | | **USD** | **$28.40** |

**Ship Date:** Jun 28, 2016   **Cust. Ref.:** Xarcho - Mcelroy   **Ref.#2:**
**Payor: Shipper**   **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 1.00% to this shipment.
Distance Based Pricing, Zone 5
1st attempt Jun 29, 2016 at 11:25 AM.
Undeliverable Package.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Scott D. Levensten, Esquire | Jerry Mcelroy | |
| Tracking ID | 776682136281 | Levensten Law Firm. P.C. | 29 West Point Road | |
| Service Type | FedEx Standard Overnight | 1420 Walnut Street, Suite 1500 | LACEYS SPRING AL 35754 US | |
| Package Type | FedEx Envelope | PHILADELPHIA PA 19102 US | | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.88 |
| Delivered | Jun 29, 2016 19:58 | DAS Extended Resi | | 4.00 |
| Svc Area | A5 | Discount | | -5.26 |
| FedEx Use | 000000000/0000233/14 | Fuel Surcharge | | 0.35 |
| | | Residential Delivery | | 3.65 |
| | | **Total Charge** | | |
| | | | **USD** | **$35.62** |

| | **Shipper Subtotal** | **USD** | **$64.02** |
|---|---|---|---|

**Ship Date:** Jun 29, 2016   **Cust. Ref.:** 776682136281   **Ref.#2:**
**Payor: Recipient**   **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 1.00% to this shipment.
Distance Based Pricing, Zone 5

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Fedex Returns | Scott D. Levensten, Esquire | |
| Tracking ID | 776642175980 | 490 Production Ave | Levensten Law Firm. P.C. | |
| Service Type | FedEx Express Saver | MADISON AL 35758 US | 1420 Walnut Street, Suite 1500 | |
| Package Type | FedEx Envelope | | PHILADELPHIA PA 19102 US | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 15.05 |
| Delivered | Jun 30, 2016 13:40 | Discount | | -1.51 |
| Svc Area | A1 | Fuel Surcharge | | 0.14 |
| Signed by | C.DAVIS | **Total Charge** | | |
| FedEx Use | 000000000/0000832/ | | **USD** | **$13.68** |

| | **Recipient Subtotal** | **USD** | **$13.68** |
|---|---|---|---|
| | **Total FedEx Express** | **USD** | **$77.70** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 5-477-96386 | Jul 12. 2016 | ████████ | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

Ship Date: Jun 30, 2016  
Payor: Shipper  
Cust. Ref.: XAR - McElroy  
Ref.#3:  
Ref.#2:

Fuel Surcharge - FedEx has applied a fuel surcharge of 1.00% to this shipment.  
Business Closed or Adult Recipient Unavailable - Delivery Not Completed.  
Distance Based Pricing. Zone 5  
1st attempt Jul 06, 2016 at 12:40 PM.  
Undeliverable Package.

| | | | |
|---|---|---|---|
| Automation | INET | Sender | Recipient |
| Tracking ID | 776647961510 | Scott D. Levensten. Esquire | Jerry McElroy |
| Service Type | FedEx Standard Overnight | Levensten Law Firm. P.C. | 34 Turtle Dove Drive |
| Package Type | FedEx Envelope | 1420 Walnut Street. Suite 1500 | LACEYS SPRING AL 35754 US |
| Zone | 05 | PHILADELPHIA PA 19102 US | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 32.88 |
| Delivered | Jul 06, 2016 18:49 | Residential Delivery | 3.65 |
| Svc Area | A5 | DAS Extended Resi | 4.00 |
| FedEx Use | 000000000/0000233/14 | Discount | -5.26 |
| | | Fuel Surcharge | 0.35 |
| | | **Total Charge** **USD** | **$35.62** |

Ship Date: Jul 07, 2016  
Payor: Shipper  
Cust. Ref.: TYM - Mounted  
Ref.#3:  
Ref.#2:

Fuel Surcharge - FedEx has applied a fuel surcharge of 2.00% to this shipment.  
Return: Original Tracking ID 776391021807  
Distance Based Pricing. Zone 2  
Package sent from: 08816 zip code

| | | | |
|---|---|---|---|
| Automation | INET | Sender | Recipient |
| Tracking ID | 790521045027 | ████████ | Scott D. Levensten. Esquire |
| Service Type | FedEx Standard Overnight | ████████ | Levensten Law Firm. P.C. |
| Package Type | FedEx Envelope | | 1420 Walnut Street. Suite 1500 |
| Zone | 02 | | PHILADELPHIA PA 19102 US |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 21.27 |
| Delivered | Jul 08, 2016 13:43 | Print Return Label | 0.50 |
| Svc Area | A1 | Fuel Surcharge | 0.36 |
| Signed by | R.CUOCO | Discount | -3.40 |
| FedEx Use | 000000000/0000200/ | **Total Charge** **USD** | **$18.73** |



| | Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|---|
| | 5-492-85929 | Jul 26, 2016 | | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date: Jul 14, 2016**  **Cust. Ref.: Xarelto - Mcelroy**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 2.00% to this shipment.
Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
Distance Based Pricing, Zone 5
1st attempt Jul 15, 2016 at 11:20 AM.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Scott D. Levensten, Esquire | Jerry Mcelroy | |
| Tracking ID | 776743446980 | Levensten Law Firm, P.C. | 29 West Point Road | |
| Service Type | FedEx Standard Overnight | 1420 Walnut Street, Suite 1500 | LACEYS SPRING AL 35754 US | |
| Package Type | FedEx Envelope | PHILADELPHIA PA 19102 US | | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.88 |
| Delivered | Jul 18, 2016 11:08 | DAS Extended Resi | | 4.00 |
| Svc Area | A5 | Residential Delivery | | 3.65 |
| Signed by | J.MCELROY | Direct Signature | | 4.25 |
| FedEx Use | 000000000/0000233/ | Fuel Surcharge | | 0.71 |
| | | Discount | | -5.26 |
| | | **Total Charge** | **USD** | **$40.23** |

**Ship Date: Jul 14, 2016**  **Cust. Ref.: XAR - McElroy**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 2.00% to this shipment.
Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
Distance Based Pricing, Zone 5
1st attempt Jul 15, 2016 at 11:25 AM.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Scott D. Levensten, Esquire | Jerry McElroy | |
| Tracking ID | 776743454934 | Levensten Law Firm, P.C. | 34 Turtle Dove Drive | |
| Service Type | FedEx Standard Overnight | 1420 Walnut Street, Suite 1500 | LACEYS SPRING AL 35754 US | |
| Package Type | FedEx Envelope | PHILADELPHIA PA 19102 US | | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.88 |
| Delivered | Jul 18, 2016 11:09 | Residential Delivery | | 3.65 |
| Svc Area | A5 | Direct Signature | | 4.25 |
| Signed by | J.MCELROY | Discount | | -5.26 |
| FedEx Use | 000000000/0000233/ | Fuel Surcharge | | 0.71 |
| | | DAS Extended Resi | | 4.00 |
| | | **Total Charge** | **USD** | **$40.23** |

**Ship Date: Jul 15, 2016**  **Cust. Ref.: XAR - Pollio**  **Ref.#2:**
**Payor: Shipper**  **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 2.00% to this shipment.
The delivery commitment for FedEx 2Day to residences (including home offices) is 7 P.M. the second business day for A1, A2, AA, A3, A4, A5, A6, AM, PM, and RM service areas.
Distance Based Pricing, Zone 5
Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Scott D. Levensten, Esquire | | |
| Tracking ID | 776745205749 | Levensten Law Firm, P.C. | | |
| Service Type | FedEx 2Day | 1420 Walnut Street, Suite 1500 | | |
| Package Type | FedEx Envelope | PHILADELPHIA PA 19102 US | | |
| Zone | 05 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 18.93 |
| Delivered | Jul 19, 2016 15:18 | Residential Delivery | | 3.65 |
| Svc Area | A1 | Discount | | -1.89 |
| Signed by | see above | Fuel Surcharge | | 0.41 |
| FedEx Use | 000000000/0001111/02 | **Total Charge** | **USD** | **$21.10** |

**Shipper Subtotal**  **USD**  ████
**Total FedEx Express**  **USD**  ████

Track your package or shipment with FedEx Tracking

Shipping　　Tracking　　Manage　　Learn　　FedEx Office ®　　**Scott Levensten**

**IMPORTANT!**
**FedEx is closely monitoring the winter storm in the Northeast U.S.** Learn More

FedEx ® Tracking

Ask FedEx

## 777737536251

| | | |
|---|---|---|
| **Ship date:** | | **Actual delivery:** |
| **Thu 11/17/2016** | **Delivered** | **Fri 11/18/2016 11:38 am** |
| | *Signed for by: J.MCELROY* | |
| **Levensten Law Firm, P.C.** |  | Jerry McElroy |
| Scott D. Levensten, Esquire | | 34 Turtle Dove Drive |
| 1420 Walnut Street, Suite 1500 | | LACEYS SPRING, AL US 35754 |
| Philadelphia, PA US 19102 | | 256 498-0601 |
| 215 545-5600 | | |

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **– 11/18/2016 - Friday** | | |
| 11:38 am | Delivered | LACEYS SPRING, AL |
| 8:07 am | On FedEx vehicle for delivery | MADISON, AL |
| 7:32 am | At local FedEx facility | MADISON, AL |
| **– 11/17/2016 - Thursday** | | |
| 10:53 pm | Arrived at FedEx location | MEMPHIS, TN |
| 8:34 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 4:26 pm | Picked up | PHILADELPHIA, PA |
| 11:28 am | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| Tracking number | 777737536251 | Service | FedEx Standard Overnight |
| Weight | 0.5 lbs / 0.23 kgs | Signature services | Adult signature required |
| Delivery attempts | 1 | Delivered To | Residence |
| Total pieces | 1 | Total shipment weight | 0.5 lbs / 0.23 kgs |
| Terms | Not Available | Shipper reference | XAR - McElroy |
| Packaging | FedEx Envelope | Special handling section | Deliver Weekday, Residential Delivery, Adult Signature Required |
| Standard transit | 11/18/2016 by 8:00 pm | | |

Ask FedEx



Search or tracking number

| Customer Focus | Featured Services | Companies | Follow FedEx | 🇺🇸 United States - English |
|---|---|---|---|---|
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | FedEx TechConnect | FedEx Freight | | |
| | Healthcare Solutions | FedEx Custom Critical | | |
| Company Information | Online Retail Solutions | FedEx Trade Networks | | |
| About FedEx | Packaging Services | FedEx Cross Border | | |
| Careers | Ancillary Clearance Services | FedEx SupplyChain | | |
| Investor Relations | | | | |
| Subscribe to FedEx email | Other Resources | | | |
| | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy



Ask FedEx

Track your package or shipment with FedEx Tracking



Shipping    Tracking    Manage    Learn    FedEx Office ®

Scott Levensten

**IMPORTANT!**
**FedEx is closely monitoring the winter storm in the Northeast U.S.** Learn More

FedEx ® Tracking

Ask FedEx

×

## 777737528140

| | | |
|---|---|---|
| **Ship date:**<br>**Thu 11/17/2016** | <br>**Delivered**<br>*Signed for by: J.MCELROY* | **Actual delivery:**<br>**Fri 11/18/2016 11:37 am** |
| **Levensten Law Firm, P.C.**<br>Scott D. Levensten, Esquire<br>1420 Walnut Street, Suite 1500<br>Philadelphia, PA US 19102<br>215 545-5600 | | Jerry Mcelroy<br>29 West Point Road<br>LACEYS SPRING, AL US 35754<br>256 498-3942 |

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| **— 11/18/2016 - Friday** | | |
| 11:37 am | Delivered | LACEYS SPRING, AL |
| 8:07 am | On FedEx vehicle for delivery | MADISON, AL |
| 7:33 am | At local FedEx facility | MADISON, AL |
| **— 11/17/2016 - Thursday** | | |
| 10:53 pm | Arrived at FedEx location | MEMPHIS, TN |
| 8:34 pm | Left FedEx origin facility | PHILADELPHIA, PA |
| 4:26 pm | Picked up | PHILADELPHIA, PA |
| 11:28 am | Shipment information sent to FedEx | |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking number** | 777737528140 | **Service** | FedEx Standard Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Signature services** | Adult signature required |
| **Delivery attempts** | 1 | **Delivered To** | Residence |
| **Total pieces** | 1 | **Total shipment weight** | 0.5 lbs / 0.23 kgs |
| **Terms** | Not Available | **Shipper reference** | Xarelto - Mcelroy |
| **Packaging** | FedEx Envelope | **Special handling section** | Deliver Weekday, Residential Delivery, Adult Signature Required |
| **Standard transit** ❓ | 11/18/2016 by 8:00 pm | | |

Ask FedEx



FedEx.

Search or tracking number

| Customer Focus | Featured Services | Companies | Follow FedEx | United States - English |
| --- | --- | --- | --- | --- |
| New Customer Center | FedEx Delivery Manager | FedEx Express | | |
| Small Business Center | FedEx SameDay | FedEx Ground | | |
| Service Guide | FedEx Home Delivery | FedEx Office | | |
| Customer Support | FedEx TechConnect | FedEx Freight | | |
| | Healthcare Solutions | FedEx Custom Critical | | |
| Company Information | Online Retail Solutions | FedEx Trade Networks | | |
| About FedEx | Packaging Services | FedEx Cross Border | | |
| Careers | Ancillary Clearance Services | FedEx SupplyChain | | |
| Investor Relations | | | | |
| Subscribe to FedEx email | Other Resources | | | |
| | FedEx Compatible | | | |
| | Developer Resource Center | | | |
| | FedEx Ship Manager Software | | | |
| | FedEx Mobile | | | |

© FedEx 1995-2016

Global Home | Site Map | fedex.com Terms of Use | Security and Privacy

×



Ask FedEx

**United States District Court For The Eastern District of Lousiana**



*16410*

## AFFIDAVIT OF SERVICE

Index no :**2592**

| | |
|---|---|
| Plaintiff(s): | **Xarelto Products** |
| Defendant(s): | **NOT APPLICABLE** |



ss.:

**Expedius Envoy Birmingham**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the .

On **11/21/2016** at **7:10 AM**, I served the within **0Select** on **Jerry McElroy** at **29 West Point Road** , **Laceys Spring, AL35754** in the manner indicated below:

INDIVIDUAL: by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Black | 52 | Over 6' | Over 200 lbs |
| Other Features: 6' 1" 260 lbs | | | | | |

I asked the person spoken to whether **Jerry McElroy** was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on
_Nov_ _20_ , 20 _16_

Notary Public, 5/19/19

X _Jerry Talbot_ Jeremy Talbot
Expedius Envoy Birmingham
License#:
Expedius Envoy, Inc
517 Beacon Parkway West, Suite 200A
Birmingham,AL35209
205-510-7078
Atty File#: 2592

**AFFIDAVIT OF SERVICE**

Index no :**2592**

| Plaintiff(s): | **Xarelto Products** |
|---|---|
| Defendant(s): | **NOT APPLICABLE** |

ss.:

**Expedius Envoy Birmingham**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the .

On **11/21/2016** at **7:10 AM**, I served the within **0Select** on Jerry McElroy at **29 West Point Road , Laceys Spring, AL35754** in the manner indicated below:

INDIVIDUAL: by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Black | 52 | Over 6' | Over 200 lbs |
| Other Features: 6' 1'' 260 lbs | | | | | |

I asked the person spoken to whether **Jerry McElroy** was in the active military service or financially dependent upon any one who is in the military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that the recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to and subscribed before me on
_____ NOV _____ 20 , 20 16

Notary Public, 5/19/19

X _Jeremy Talbot_   Jeremy Talbot
Expedius Envoy Birmingham
License#:
Expedius Envoy, Inc
517 Beacon Parkway West, Suite 200A
Birmingham,AL35209
205-510-7078
Atty File#: 2592