IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In re: | § MDL Docket No. 2:16-cv-06052-EEF-MBN |
| | § |
| XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 |
| | § |
| | § |
| STEVENS, | § SECTION:   L |
| Plaintiff, | § |
| | § JUDGE:  ELDON E. FALLON |
| vs. | § |
| | § MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, et al. | § |
| | § |
| | § |
| Defendants. | § |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S FACTSHEET**

Plaintiff's case was listed on the Court's order of November 15, 2016 requiring Plaintiff to show cause why this case should not be dismissed for failure to produce a factsheet.  In connection therewith, Plaintiff's counsel would show that despite diligent efforts, he has been unable to secure responses from Plaintiff regarding factsheet answers.  Plaintiff's counsel has not given-up efforts and requests an additional 30 days to attempt to garner a response from the plaintiff.

Because there is no indication from Plaintiff of a desire no longer to pursue this case, Plaintiff's counsel requests the additional 30 days in order to avoid the harsh result of a dismissal with prejudice.

1

## PRAYER

We pray the Honorable Court, in all things, grants this request.

Dated, this 30th day of November, 2016.

           Respectfully submitted,

           By: /s/ Christopher T. Kirchmer

           **PROVOST ✯ UMPHREY LAW FIRM, L.L.P.**
           Christopher T. Kirchmer
           Texas Bar No. 00794099
           490 Park Street
           P. O. Box 4905
           Beaumont, Texas 77704
           (409) 835-6000 telephone
           (409) 813-8614 facsimile
           ckirchmer@pulf.com - email

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of November, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

           /s/ Christopher T. Kirchmer
           Christopher T. Kirchmer