IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In re: | § MDL Docket No. 2:16-cv-06120-EEF-MBN |
| | § |
| XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 |
| | § |
| | § |
| WILLEY, | § SECTION:   L |
| Plaintiff, | § |
| | § JUDGE:  ELDON E. FALLON |
| vs. | § |
| | § MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, et al. | § |
| | § |
| | § |
| Defendants. | § |

## PLAINTIFF'S MOTION TO EXPAND TIME ON ORDER TO SHOW CAUSE

Plaintiff files this motion to expand time to respond to the Court's November 15, 2016 order to show cause why this case should not be dismissed for failure to complete a factsheet. Plaintiff's response was due by November 29, 2016, but due to a calendaring error was not filed until today, November 30, 2016.

Plaintiff requests that the Court expand the time to respond for the additional day and allow and consider Plaintiff's response filed contemporaneously with this motion.

### PRAYER

We pray the Honorable Court, in all things, grants this request.

Dated, this 30th day of November, 2016.

1

Respectfully submitted,

By: /s/ Christopher T. Kirchmer

**PROVOST ✯ UMPHREY LAW FIRM, L.L.P.**
Christopher T. Kirchmer
Texas Bar No. 00794099
490 Park Street
P. O. Box 4905
Beaumont, Texas 77704
(409) 835-6000 telephone
(409) 813-8614 facsimile
ckirchmer@pulf.com - email

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 30th day of November, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case.  Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

    /s/ Christopher T. Kirchmer
Christopher T. Kirchmer

2