UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**HARRY WOLF**
**Civil Action No.: 2:16-cv-15734-EEF-MBN**

**NOEL HANSCH**
**Civil Action No.: 2:16-cv-15735-EEF-MBN**

**ROD JOHNSON**
**Civil Action No.: 2:16-cv-15736-EEF-MBN**

**MARY LOU PALMER**
**Civil Action No.: 2:16-cv-15737-EEF-MBN**

<u>**NOTICE OF APPEARANCE**</u>

To the Clerk of the Court and all parties of record:

COMES NOW Annesley H. DeGaris of DeGaris & Rogers, LLC, and formally enters his appearance as counsel for Plaintiffs in the above captioned matters.

Dated this 30th day of November, 2016

                                                Respectfully submitted,
                                                By: <u>s/ Annesley H. DeGaris</u>
                                                Annesley H. DeGaris (ASB-9182-a63a)
                                                DEGARIS & ROGERS, LLC
                                                Two North Twentieth Street, Suite 1030
                                                Birmingham, AL 35203
                                                Telephone: (205) 558-9000;
                                                Facsimile: (205) 588-5231
                                                Email: <u>adegaris@degarislaw.com</u>
                                                *ATTORNEY FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November, 2016, a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated this 30th day of November, 2016

                                                            s/ Annesley H. DeGaris
                                                            ANNESLEY H. DEGARIS