IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

NETTIE SMITH
Civil Action No. 2:15-cv-03692-EEF-MBN

ANTHONY COSTONIS and DOROTHY COSTONIS
Civil Action No. 2:15-cv-00469-EEF-MBN

WILLIAM MOORE and BONNIE MOORE
Civil Action No. 2:15-cv-02369-EEF-MBN

## NOTICE OF CHANGE OF ADDRESS

Comes now Sara E. Coopwood of the Law Firm of Waters & Kraus, LLP, attorneys for the Plaintiffs, and hereby gives notice to this Honorable Court, all parties and all counsel of record in this matter who have made an appearance that the Law Firm of Waters & Kraus, LLP's new office address effective immediately is 3141 Hood Street, Suite 700, Dallas, Texas 75219. All phone numbers and emails remain the same.

Respectfully submitted,

*/s/ Sara E. Coopwood*
Sara E. Coopwood
TX Bar No. 24077505
WA Bar No. 49385
Waters & Kraus, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone:  (214) 357-6244
Facsimile:  (214) 357-7252
scoopwood@waterskraus.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on the 1st day of December, 2016.

*/s/ Sara E. Coopwood*
Sara E. Coopwood