UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| TAMMY BANKS, Individually and as Personal Representative of the Estate of RUTHIE BANKS | |
| | COMPLAINT AND JURY DEMAND |
| Plaintiff, | |
| | Civil Action No. 2:16-cv-04039 |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | |
| Defendants. | |

### PLAINTIFF TAMMY BANKS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RUTHIE BANKS' MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE FALLON:

COMES NOW the Plaintiff, Tammy Banks, by and through the undersigned counsel, and moves this Court for an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure,

that the above-named Plaintiff's action be dismissed with prejudice and without costs or fees to any party for the reasons set forth in the accompanying Memorandum in Support.

1. Plaintiff Banks requests that all of his claims, and other causes of action that were asserted, or could have been asserted in this lawsuit against Defendants be dismissed with prejudice.
2. Taxable court costs are to be paid by the party incurring the same.
3. Plaintiff now desires to dismiss the case. Defendants have asserted no counterclaims against Ms. Banks in this action.
4. The undersigned counsel has complied with the filing fee payment provisions of PTO No. 11B (Rec. Doc. 1117) and that all applicable filing fees have been paid.
5. Plaintiff Banks therefore requests that the Court grant his motion and sign the attached Order of Dismissal with Prejudice.

WHEREFORE PREMISES CONSIDERED, Plaintiff asks this Court to enter an order dismissing this action with prejudice, with each party to bear their own costs, and grant Plaintiff such other and further relief to which he may be justly entitled.

DATED: December 1, 2016

Respectfully submitted,

PIERCE, SKRABANEK, BRUERA, PLLC

*/s/ Sofia E. Bruera*

SOFIA E. BRUERA
State Bar No. 24062189
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-mail: sofia@psbfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

On or about December 1, 2016, counsel for Plaintiff sent an e-mail to the counsels of record for Defendants regarding this Plaintiff's intention to dismiss her case. Alan E. Rothman (counsel for the Bayer Defendants) and Daryl Daly (counsel for the Janssen Defendants) have responded and stated that the Defendants do not oppose the dismissal of the case.

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA

## CERTIFICATE OF SERVICE

3

I hereby that a copy of the above and foregoing Motion to Withdraw Plaintiff's Motion to Voluntarily Dismiss With Prejudice has been contemporaneously with or before filing served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA