UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| TAMMY BANKS, Individually and as Personal Representative of the Estate of RUTHIE BANKS | |
| | COMPLAINT AND JURY DEMAND |
| Plaintiff, | |
| | Civil Action No. 2:16-cv-04039 |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | |
| Defendants. | |

### PLAINTIFF TAMMY BANKS, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF RUTHIE BANKS' MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Tammy Banks, by and through the undersigned counsel, submits this Memorandum in Support of Plaintiff's Motion to Dismiss With Prejudice. Plaintiff desires to voluntarily dismiss her case. Plaintiff's counsel contacted counsel for Defendants via e-mail regarding this motion. Alan E. Rothman (counsel for the Bayer Defendants) and Daryl Daly

(counsel for the Janssen Defendants) have responded and stated that the Defendants do not oppose the dismissal of the case.

Plaintiff therefore asks this Court to enter an order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure dismissing Case No. 2:16-cv-04039 with prejudice, with each party to bear their own costs.

DATED: December 1, 2016

Respectfully submitted,

PIERCE, SKRABANEK, BRUERA, PLLC

*/s/ Sofia E. Bruera*

SOFIA E. BRUERA
State Bar No. 24062189
3701 Kirby Drive, Suite 760
Houston, Texas 77098
Telephone: (832) 690-7000
Facsimile: (832) 616-5576
E-mail: sofia@psbfirm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record.

*/s/ Sofia E. Bruera*
SOFIA E. BRUERA