# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT BORDAS<br><br>    Plaintiff,<br><br>  v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S EX PARTE MOTION TO PERMANENTLY SEAL DOCUMENTS

Pursuant to Local Court Rule LRs 5.2 and 7.3, Plaintiff Robert Bordas ("Plaintiff") hereby moves for an order permanently sealing the Plaintiff's Fact Sheet ("PFS"), which was erroneously and inadvertently filed into CM/ECF, the court's electronic filing system, and should be sealed as it contains Plaintiff's personal information. The PFS can be found at Reference Doc. #4493 at 14-MD-2592.

This inadvertent filing occurred when the legal staff of Plaintiff's attorneys called the Clerk of Court and was instructed to file the PFS into CM/ECF, to which the legal staff of Plaintiff's attorneys complied. Shortly thereafter, however, Plaintiff's attorneys were electronically notified by the court that this was filed in error into CM/ECF. The legal staff of Plaintiff's attorneys immediately contacted the Clerk of Court again for further instruction and was advised that the PFS should have been filed into MDL Centrality. Plaintiff's legal staff further requested that the PFS be removed from the docket, but the clerk's office responded that they could only temporarily seal this personal information, and would need an Order from the court to permanently seal these records.

Plaintiff therefore files this Ex Parte Motion to Permanently Seal Documents, and requests that the court issue an Order to permanently seal Plaintiff's PFS, together with all attachments. Plaintiff has since filed his PFS on MDL Centrality as required by the Pre-Trial Orders.

Plaintiff further respectfully requests that if the court decides not to grant the ex parte relief requested in Plaintiff's motion, that the materials subject to the instant motion remain sealed until Plaintiff is given an opportunity to publicly file redacted versions of the materials.

Dated: December 1, 2016.

                                          Respectfully submitted,

                                          s/ Clark H. McGehee
                                          Clark H. McGehee
                                          Georgia Bar No. 491800

                                                          <u>s/ John W. Adkins</u>
                                                          John W. Adkins
                                                          Georgia Bar No. 142338
                                                          *Attorneys for Plaintiff*

JOHNSON & WARD
2100 The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303-1912
Telephone: (404) 524-5626

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Daniel S. Pariser, Gerald Edward Meunier, Jacob S. Woody, James B. Irwin, V, Leonard A. Davis, Steven Jay Glickstein, Susan M. Sharko and Benjamin Kleine.

s/ John W. Adkins
John W. Adkins
Georgia Bar No. 142338
Attorney for Plaintiff
JOHNSON & WARD
2100 The Equitable Building
100 Peachtree Street, N.W.
Atlanta, Georgia 30303-1912
Telephone Number: (404) 524-5626
Facsimile Number: (404) 524-1769
johnadkins@johnsonward.com