UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| LESLIE G. VANCE, | |
|     Plaintiff | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTH CARE AG, and BAYER AG, | Civil Action No.: 2:16-cv-08440  STIPULATION OF DISMISSAL WITH PREJUDICE |
|     Defendants | |

    IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Leslie Vance, hereby dismisses all claims in this matter with prejudice against all Defendants in this action, Civil Action No. 2:16-cv-08440 only. This stipulation shall not affect the lawsuit filed by Leslie Vance, which is currently pending in MDL No. 2592 in the United States District Court for the Eastern District of Louisiana, bearing Case No. 2:16-cv-0387. All parties shall bear their own costs.

1

| | |
|---|---|
| **LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER, & PROCTOR, PA**<br>By: *s/ Emanuella J. Paulos*<br>Emanuella J. Paulos<br>Brian Hugh Barr<br>316 South Baylen St.<br>Suite 600<br>Pensacola, FL 32502-5996<br>850-435-7170<br>Email: epaulos@levinlaw.com<br>bbarr@levinlaw.com<br>Attorneys for Plaintiff<br><br>Dated: December 5, 2016 | **DRINKER BIDDLE & REATH LLP**<br>By: /s/Susan M. Sharko<br>Susan Sharko<br>600 Campus Dr.<br>Florham Park, NJ 07932<br>Tel: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson<br><br>Dated: December 5, 2016<br><br>**KAYE SCHOLER LLP**<br>By: /s/Andrew Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Facsimile: (212) 836-8689<br>William Hoffman<br>901 15th Street NW<br>Washington, D.C. 20005<br>Telephone: (202) 682-3500<br>Facsimile: (202) 682-3580<br>andrew.solow@kayescholer.com<br>william.hoffman@kayescholer.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br><br>Dated: December 5, 2016 |

                                **IRWIN FRITCHIE URQUHART & MOORE LLC**
                                By: /s/James B. Irwin
                                James B. Irwin
                                Kim E. Moore
                                400 Poydras St., Ste, 2700
                                New Orleans, LA 70130
                                (504) 310-2100
                                jirwin@irwinllc.com
                                kmoore@irwinllc.com

                                Liaison Counsel for Defendants
                                Dated: December 5, 2016

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on December 5, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                /s/James B. Irwin