# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 |
| | | SECTION L |
| BRIAN ENGEL, ET AL. | : : | |
| Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTH CARE AG, and BAYER AG, | : : : : : : : : : : : : : : | Civil Action No.: 2:16-cv-06594 STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | : : | |

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, Brian Engel, and Defendants Janssen Research & Development LLC, Janssen Ortho LLC, Janssen Pharmaceuticals, Inc., Johnson & Johnson, Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG ("Defendants"), through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41, the above-captioned action is voluntarily dismissed as it pertains to Brian Engel, with

1

prejudice, each party to bear its own fees and costs. The claims of the remaining plaintiffs are not impacted by the dismissal of the claims asserted by Plaintiff, Brian Engel.

| | |
|---|---|
| **FLINT LAW FIRM, LLC** <br> By: /s/ Andrew W. Callahan <br> Andrew W. Callahan <br> Krystal K. Weigl <br> 112 Magnolia Dr. <br> Glen Carbon, IL 62034 <br> 618-288-4777 <br> Email: acallahan@flintfirm.com <br> kweigl@flintfirm.com <br> Attorneys for Plaintiff <br><br> Dated: December 6, 2016 | **DRINKER BIDDLE & REATH LLP** <br> By: /s/Susan M. Sharko <br> Susan Sharko <br> 600 Campus Dr. <br> Florham Park, NJ 07932 <br> Tel: (973) 549-7000 <br> Susan.Sharko@dbr.com <br><br> Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC <br><br> Dated: December 6, 2016 <br><br> **KAYE SCHOLER LLP** <br> By: /s/Andrew Solow <br> Andrew K. Solow <br> 250 West 55th Street <br> New York, New York 10019-9710 <br> Telephone: (212) 836-8000 <br> Facsimile: (212) 836-8689 <br> William Hoffman <br> 901 15th Street NW <br> Washington, D.C. 20005 <br> Telephone: (202) 682-3500 <br> Facsimile: (202) 682-3580 <br> andrew.solow@kayescholer.com <br> william.hoffman@kayescholer.com <br><br> Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG <br><br> Dated: December 6, 2016 |

**IRWIN FRITCHIE URQUHART & MOORE LLC**
By: /s/James B. Irwin
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants
Dated: December 6, 2016

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on December 6, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    /s/James B. Irwin _____