```
 1                    UNITED STATES DISTRICT COURT.
                     EASTERN DISTRICT OF LOUISIANA
 2

 3        ***************************************************************

 4        IN RE:  XARELTO (RIVAROXABAN)
          PRODUCTS LIABILITY LITIGATION
 5
                               CIVIL ACTION NO. 14-MD-2592 "L"
 6                             NEW ORLEANS, LOUISIANA
08:46:57                       TUESDAY, NOVEMBER 29, 2016, 9:40 A.M.
 7
          THIS DOCUMENT RELATES TO
 8        ALL CASES

 9        ***************************************************************

10
                    TRANSCRIPT OF MOTIONS HEARING PROCEEDINGS
11                HEARD BEFORE THE HONORABLE ELDON E. FALLON
                         UNITED STATES DISTRICT JUDGE
12

13        APPEARANCES:

14
          FOR THE PLAINTIFFS'
15        LIAISON COUNSEL:          HERMAN HERMAN & KATZ
                                    BY:  LEONARD A. DAVIS, ESQUIRE
16                                  820 O'KEEFE AVENUE
                                    NEW ORLEANS, LA  70113
17

18
                                    GAINSBURGH BENJAMIN DAVID
19                                  MEUNIER AND WARSHAUER
                                    BY:  GERALD E. MEUNIER, ESQUIRE
20                                  2800 ENERGY CENTRE
                                    1100 POYDRAS STREET, SUITE 2800
21                                  NEW ORLEANS, LA  70163

22

23        FOR THE PLAINTIFFS:      LEVIN PAPANTONIO THOMAS MITCHELL
                                    RAFFERTY & PROCTOR
24                                  BY:  BRIAN H. BARR, ESQUIRE
                                    316 SOUTH BAYLEN STREET, SUITE 600
25                                  PENSACOLA, FL  32502
```

*OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2

 3                        LEVIN, FISHBEIN, SEDRAN & BERMAN
                          BY:  FREDERICK S. LONGER, ESQUIRE
 4                        510 WALNUT STREET, SUITE 500
                          PHILADELPHIA, PA  19106
 5

 6
                          BEASLEY ALLEN CROW METHVIN
 7                        PORTIS & MILES
                          BY:  ANTHONY BIRCHFIELD, JR., ESQUIRE
 8                        POST OFFICE BOX 4160
                          MONTGOMERY, AL  36103
 9

10
                          SCHLICHTER BOGARD & DENTON
11                        BY:  ROGER DENTON, ESQUIRE
                          100 S. 4TH STREET, SUITE 1200
12                        ST. LOUIS, MS  63102

13

14                        BARON & BUDD
                          BY:  SINDHU S. DANIEL, ESQUIRE
15                        3102 OAK LAWN AVENUE, SUITE 1100
                          DALLAS, TX  75219
16

17
                          BARRIOS, KINGSDORF & CASTEIX
18                        BY:  DAWN M. BARRIOS, ESQUIRE
                          701 POYDRAS STREET, SUITE 3650
19                        NEW ORLEANS, LA  70139

20

21    FOR THE DEFENDANTS'
      LIAISON COUNSEL:        IRWIN FRITCHIE URQUHART & MOORE
22                        BY:  JAMES B. IRWIN, V, ESQUIRE
                          TEXACO CENTER
23                        400 POYDRAS STREET, SUITE 2700
                          NEW ORLEANS, LA  70130
24

25

                     *OFFICIAL TRANSCRIPT*
```

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE DEFENDANTS:     CHAFFE MCCALL
                             BY:   JOHN F. OLINDE, ESQUIRE
 4                           1100 POYDRAS STREET
                             NEW ORLEANS, LA   70163
 5

 6
                             DRINKER BIDDLE & REATH
 7                           BY:   SUSAN M. SHARKO, ESQUIRE
                             500 CAMPUS DRIVE
 8                           FLORHAM PARK, NJ   07932

 9

10                           DRINKER BIDDLE & REATH
                             BY:   CHANDA A. MILLER, ESQUIRE
11                           1 LOGAN SQUARE, SUITE 2000
                             PHILADELPHIA, PA   19103
12

13
                             KAYE SCHOLER
14                           BY:   STEVEN GLICKSTEIN, ESQUIRE
                                   ANDREW K. SOLOW, ESQUIRE
15                           250 WEST 55TH STREET
                             NEW YORK, NY   10019
16

17
                             BARRASSO USDIN KUPPERMAN
18                           FREEMAN & SARVER
                             BY:   RICHARD E. SARVER, ESQUIRE
19                           909 POYDRAS, SUITE 2400
                             NEW ORLEANS, LOUISIANA 70112
20

21
                             NELSON MULLINS
22                           BY:   DAVID E. DUKES, ESQUIRE
                             MERIDIAN, 17TH FLOOR
23                           1320 MAIN STREET
                             COLUMBIA, SC   29201
24

25

                       *OFFICIAL TRANSCRIPT*
```

```
 1    APPEARANCES CONTINUED:

 2

 3                         WILKINSON WALSH & ESKOVITZ
                          BY:  BETH A. WILKINSON, ESQUIRE
 4                        1900 M STREET, NW, SUITE 800
                          WASHINGTON, DC 20036
 5

 6

 7    ALSO PRESENT:        JACOB S. WOODY, BROWN GREER

 8

 9    ALSO PRESENT
      VIA TELEPHONE:        DONALD GREEN, ESQUIRE
10                          CHRIS PINEDO, ESQUIRE
                            RANDI KASSAN, ESQUIRE
11                          ANDREW SOMMERMAN, ESQUIRE

12

13

14    OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
15                                REGISTERED MERIT REPORTER
                                  500 POYDRAS STREET, ROOM HB-275
16                                NEW ORLEANS, LA  70130
                                  (504) 589-7779
17                                Cathy_Pepper@laed.uscourts.gov

18    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER.
19

20

21

22

23

24

25

                         OFFICIAL TRANSCRIPT
```

1                              **I N D E X**

2

3      ITEMS                                              PAGE

4

5      DOCUMENTS 4267, 4498................................   7

6      BRELAND............................................   7

7      FRANK CLARK.......................................   8

8      CROWDER...........................................   8

9      ERLER.............................................   8

10     CALVIN HOWARD.....................................   8

11     CHEZAREA JONES....................................   9

12     MAIME MABON.......................................   9

13     OSCAR MOORE.......................................   9

14     ABBIE NAPIER......................................   9

15     TOMMY PERKINS.....................................  11

16     MARY POPE.........................................  11

17     GINA RIPPLEY......................................  11

18     JOSEPHINE STRANO..................................  11

19     OZELLA WILLIAMS...................................  11

20     DOCUMENT NUMBER 4498..............................  11

21     ARNOTH............................................  11

22     DUNLAP............................................  11

23     LOUISE SELLS......................................  11

24     BARBARA DUNLAP....................................  13

25     LOUISE SELLS......................................  14

                        *OFFICIAL TRANSCRIPT*

1    GLORIA ROBINSON.......................................   14

2    ONITA PAYNE...........................................   15

3    DOCUMENTS 4256, 4257, AND 4259........................   15

4    TURNER................................................   15

5    JOSEPHINE MCGILLICUDDY................................   16

6    ESTATE OF JEREMIAH MCGILLICUDDY.......................   16

7    VALARY JOHNSON........................................   18

8    DOCUMENT 2742.........................................   19

9    MICHAEL FLOYD.........................................   19

10   DOCUMENTS 2825, 2839, AND 2840........................   19

11   SHELLY BORLANDELLI....................................   20

12   BERNICE THORPE........................................   20

13   CHOE..................................................   20

14   GLORIA ROBINSON.......................................   21

15   GINA RIPPLEY..........................................   21

16   JULIUS WOLLFARTH......................................   21

17   DANIEL CALIX..........................................   21

18   MAUREEN WELCH.........................................   22

19   SYVERSTEN.............................................   22

20   CHERYL VAUGHN.........................................   23

21

22

23

24

25

***OFFICIAL TRANSCRIPT***

**P-R-O-C-E-E-D-I-N-G-S**

M O R N I N G    S E S S I O N

TUESDAY, NOVEMBER 29, 2016

(COURT CALLED TO ORDER)

THE DEPUTY CLERK:  All rise.

THE COURT:  Be seated, please.  We have a number of motions before us.  Sindhu, why don't you present them.

MS. DANIEL:  Good morning, Your Honor.  Sindhu Daniel for the plaintiffs.

MS. MILLER:  Good morning, Your Honor.  Chanda Miller for the Janssen defendants.

MS. DANIEL:  Your Honor, there are two documents.  They are Documents 4267, 4498.  There are a total of 19 cases that we are discussing today.  Those are cases that you held over from previous hearings regarding fact sheet issues.

Basically, we only have situations on four of them, but we can go through each one.  It will be done very quickly to tell you how they've been resolved, as you wanted to be made aware.

So on Document 4267, on Breland, is the last name, we'll not oppose the dismissal.

MS. MILLER:  With prejudice.

MS. DANIEL:  That' right.

***OFFICIAL TRANSCRIPT***

09:41:35 1          Frank Clark has been cured.

09:41:37 2          Crowder and Erler we'll not oppose.

09:41:42 3          Calvin Howard has been cured.

09:41:46 4      MS. MILLER:  Defendants do not agree that it's been

09:41:48 5  cured.  The issue in Howard Calvin is failure to provide use of

09:41:53 6  Xarelto.  The complaint was filed in December of 2015.  The PFS

09:41:57 7  was submitted in December of 2015.  We sent them five

09:41:58 8  deficiency notices.

09:41:58 9      THE COURT REPORTER:  Please speak a little slower.  I

09:41:58 10 can't quite understand what you are saying.

09:42:00 11     MS. MILLER:  Sure.

09:42:00 12         The complaint was filed in December of 2015, and

09:42:04 13 the PFS was filed in December of 2015.  The issue is failure to

09:42:10 14 provide proof of use.  Most recently, the plaintiffs gave us a

09:42:13 15 thousand pages of records that they say demonstrate use of

09:42:17 16 Xarelto.  We've not been able to identify anything in those

09:42:20 17 records that actually demonstrate the plaintiff was using

09:42:23 18 Xarelto and has sent another deficiency notice to plaintiffs in

09:42:26 19 that regard.

09:42:27 20     MS. DANIEL:  Your Honor, we're going to follow up with

09:42:29 21 their firm, and they are going to post the actual Xarelto use,

09:42:33 22 I understand.

09:42:33 23     THE COURT:  All right.  I'll pass that.  It looks to me

09:42:35 24 like at least they are trying.  They may not have succeeded so

09:42:39 25 far, but at least they are trying and that's good enough.  I'll

                      ***OFFICIAL TRANSCRIPT***

09:42:42  1    pass that.  What do you want to pass it for?  Thirty days?

09:42:45  2    Sixty days?

09:42:46  3            MS. DANIEL:  Should we do it for the next hearing,

09:42:47  4    Your Honor?

09:42:47  5            THE COURT:  Okay.  Let's do it for 30 days.

09:42:47  6            MS. DANIEL:  Thank you.

09:42:50  7                For Chezarea Jones, we'll not oppose the

09:42:54  8    dismissal.

09:42:54  9                Maime Mabon we'll not oppose.

09:42:58 10                Oscar Moore we'll not oppose.

09:43:01 11                For Abbie Napier, I think the attorney is on the

09:43:04 12    phone.

09:43:06 13            MR. GREEN:  Your Honor, this is Donald Green for

09:43:10 14    Kennedy Hodges, attorney for Abbie Napier.

09:43:10 15            THE COURT:  All right.

09:43:12 16            MR. GREEN:  Mr. Napier is 85 years of age, and we have

09:43:16 17    been making repeated attempts to try to contact him or even

09:43:19 18    find next of kin in case he had deceased.  We recently, I

09:43:23 19    believe just yesterday, got in contact with him, though.

09:43:26 20                He was able to provide us information and filled

09:43:29 21    in the gap that we're having issues with in terms of showing

09:43:33 22    usage.  He told us that he received samples from a hospital,

09:43:38 23    and we ordered records from two different hospitals to try to

09:43:42 24    get a sample log or something equivalent to that.

09:43:45 25                He just today told us that he actually obtained

*OFFICIAL TRANSCRIPT*

09:43:49  1    the samples from a separate facility and was transferred to the

09:43:52  2    facility where he was treated for his injury.  So we want to do

09:43:56  3    an expedited record request on that facility to hopefully get

09:44:00  4    that sample log.

09:44:02  5              THE COURT:  All right.

09:44:02  6              MS. MILLER:  Your Honor, we would just want to point

09:44:03  7    out that on this one they've already received two extensions

09:44:07  8    from the Court to provide the proof of use.  The complaint was

09:44:10  9    filed in October of 2015.  The PFS was submitted in September

09:44:15 10    of 2015.

09:44:16 11              The first extension they were granted wasn't

09:44:18 12    until March of 2016.  They were then put on a show-cause list

09:44:23 13    and were given another 60 days and still have not been able to

09:44:28 14    provide use -- proof of use.

09:44:29 15              MR. GREEN:  Your Honor, I just wanted to state we have

09:44:31 16    been constantly trying to get in contact with him.  We've sent

09:44:33 17    at least three or four different contact letters.  We've tried

09:44:36 18    to call him on a periodic basis, usually once a week or so.  We

09:44:40 19    just had difficulty contacting him.  That's why we thought he

09:44:43 20    was deceased.  We had just recently -- as I just mentioned, we

09:44:45 21    just recently were able to get ahold of him.

09:44:47 22              THE COURT:  All right.  Let's do this:  I'll pass it

09:44:48 23    for 30 days to give you an opportunity to do it.  It sounds

09:44:52 24    like you've at least reached the person now and he's

09:44:56 25    participating.

*OFFICIAL TRANSCRIPT*

09:44:57  1          It's not my intention to just dismiss these cases
09:45:01  2  willy-nilly, but at the same time I have to make sure that the
09:45:05  3  people are trying their best to get the information.  If they
09:45:09  4  are not, then I'm going to dismiss it.
09:45:10  5          So, tell the individual that you need to get the
09:45:14  6  information by the next status conference, and if not, then
09:45:20  7  I'll have to dismiss the case.
09:45:23  8          MR. GREEN:  Understood.  Thank you, Your Honor.
09:45:25  9          THE COURT:  All right.
09:45:25 10          MS. DANIEL:  Tommy Perkins we'll not opposed dismissal.
09:45:28 11          Mary Pope has been cured.
09:45:33 12          Gina Rippley we'll not oppose dismissal.
09:45:35 13          Josephine Strano we'll not oppose dismissal.
09:45:39 14          Ozella Williams was cured.
09:45:41 15          Going to Document Number 4498, Your Honor, I
09:45:45 16  think there is an attorney on the phone for Hilliard Muñoz
09:45:50 17  Gonzalez to discuss Arnoth, Dunlap and Louise Sells.
09:45:59 18          MR. NATO:  Yes, Your Honor.  Chris Nato on behalf of
09:45:58 19  the plaintiff Arnoth.  Your Honor, what the situation is on
09:46:03 20  this particular case is that somebody was just named as
09:46:09 21  administrator of the estate.
09:46:10 22          We originally represented Kathleen Arnoth by
09:46:15 23  virtue of -- Robin Arnoth is the deceased.  We represented
09:46:22 24  Kathleen Arnoth.  We tried to get an estate open.  She was not
09:46:25 25  qualified.

*OFFICIAL TRANSCRIPT*

09:46:25  1          We contacted another set of heirs, and we got
09:46:28  2   them under contract, but then we found they were not qualified.
09:46:32  3   We contacted another set of heirs, who were refused to be named
09:46:37  4   administrator of the estate.
09:46:39  5          We had requested medical records originally.
09:46:42  6   That request was turned down because we did not have a formal
09:46:45  7   order from a court naming a representative for the estate.
09:46:49  8          We were informed on November 16 that on
09:46:53  9   November 15 an administrator of the estate had been appointed.
09:46:57 10   We sent off a request, a HIPAA request for them to sign so we
09:47:02 11   could go ahead and request the records.  We have not received
09:47:04 12   that back from the duly appointed administrator of the estate.
09:47:10 13          We would request that this matter be kept open
09:47:12 14   until such time that we can get that HIPAA request executed by
09:47:16 15   the administrator of the estate, and then we will go ahead and
09:47:20 16   request the records forthwith.
09:47:22 17          There has been no lack of diligence in seeking
09:47:25 18   somebody to be named administrator of the estate.
09:47:28 19   Unfortunately, those folks we first contacted were not
09:47:34 20   qualified or refused to serve.
09:47:36 21          THE COURT:  Okay.  This is what I'll do:  I'll not keep
09:47:37 22   it open forever.  I'll give you 30 days to do that.  If you
09:47:40 23   don't get it within 30 days, then I'll dismiss the case.  Tell
09:47:44 24   your administrator that they have 30 days to act.  If they
09:47:47 25   don't, then I'm going to dismiss their case.

*OFFICIAL TRANSCRIPT*

09:47:51  1          MR. NATO:  Your Honor, do I understand it's 30 days to

09:47:54  2   get the records or 30 days for them to execute the HIPAA form

09:47:58  3   and start the request process?

09:48:00  4          THE COURT:  Let's take it a step at a time.  Let me try

09:48:03  5   to get the records within 30 days, but definitely I want you to

09:48:05  6   get their signed documents within 30 days.

09:48:10  7          MR. NATO:  Yes, Your Honor.  We just requested it again

09:48:12  8   yesterday.  We've made multiple requests, and we will continue

09:48:15  9   to press to do so.

09:48:16 10          THE COURT:  All right.  If you haven't gotten the

09:48:18 11   signed authorization within the 30 days, then I'm going to

09:48:21 12   assume that they don't want to participate, and then I'll

09:48:23 13   dismiss the case with prejudice.

09:48:24 14          MR. NATO:  Understood, Your Honor.

09:48:26 15          I believe the next case the Court has pursuant to

09:48:29 16   4498 is the Barbara Dunlap case.  We had contacted

09:48:35 17   Barbara Dunlap.  There was heirs involved in this case.

09:48:40 18   Barbara Dunlap had deceased.

09:48:42 19          Her husband, James Dunlap, had given us

09:48:45 20   a contract.  We filed suit in an orderly fashion.

09:48:51 21   Mr. James Dunlap thereafter was nonresponsive to our request.

09:48:55 22   We were in touch with his daughter, Mary Sparnon (spelled

09:48:59 23   phonetically), who, under a Power of Attorney, signed a letter

09:49:03 24   to us giving us permission to dismiss the lawsuit.

09:49:06 25          So we had previously requested this lawsuit be

                        *OFFICIAL TRANSCRIPT*

09:49:09 1   dismissed without prejudice, and we would ask that it be

09:49:12 2   dismissed without prejudice.

09:49:13 3         THE COURT:  I'll deny that and I'll dismiss it with

09:49:15 4   prejudice.

09:49:17 5         MS. MILLER:  Thank you, Your Honor.

09:49:18 6         THE COURT:  Is that it?

09:49:22 7         MS. DANIEL:  The last case, Chris, is Louise Sells.

09:49:25 8         MR. NATO:  On Ms. Sells' case, Your Honor, we have

09:49:28 9   filed something with the Court, Plaintiff's Response to the

09:49:31 10  Motion to Show Cause.  It sets forth on paragraph 4 that we --

09:49:36 11  by letter, we have requested the client on eight different

09:49:40 12  occasions to fill out the fact sheet.

09:49:42 13         In paragraph 5 with our response to show cause we

09:49:46 14  set forth eight different dates where we contacted the client

09:49:49 15  by telephone.  She has not been responsive.  We request this to

09:49:52 16  be dismissed without prejudice.

09:49:53 17        THE COURT:  You see, you've done everything you can,

09:49:55 18  and you've done even more than is required to satisfy any bar

09:50:01 19  or any ethical issues or anything.  Eight times you've tried to

09:50:06 20  do the best to contact the client.  The client has not

09:50:10 21  responded.  I take that as not wanting to participate in the

09:50:13 22  litigation.  I'll dismiss his case with prejudice.

09:50:18 23        MR. NATO:  Understood, Your Honor.

09:50:19 24        MS. DANIEL:  On Gloria Robinson, the firm will not

09:50:25 25  oppose dismissal.

*OFFICIAL TRANSCRIPT*

09:50:25 1          On Onita Payne, the fact sheet was served.

09:50:30 2          MR. GREEN:  Your Honor, if I may, this is Donald Green.

09:50:33 3    We're also -- from Kennedy Hodges.  We're also counsel for

09:50:34 4    Gloria Robinson.

09:50:36 5          I just want to say I did finally get ahold of

09:50:39 6    her.  It was a communication issue.  We never heard back from

09:50:41 7    her.  She did say that she basically did not want to continue

09:50:45 8    with the litigation.  I do believe there is a pending motion to

09:50:48 9    withdraw as counsel, which I guess can be dismissed as moot.

09:50:53 10         THE COURT:  Okay.  All right.  We'll dismiss the case

09:50:55 11   and dismiss that as moot.  Thank you very much.

09:50:57 12         MR. GREEN:  Thank you.

09:50:57 13         MS. DANIEL:  Your Honor, the next motions are the

09:51:00 14   motions for voluntary dismissal without prejudice.  They are

09:51:04 15   Documents 4256, 4257, and 4259.  Again, I think Mr. Pinedo from

09:51:13 16   Hilliard and Muñoz, those are all his cases.  I think he's on

09:51:15 17   the line as well.

09:51:16 18         MR. PINEDO:  Yes, Your Honor.  Chris Pinedo here.  If I

09:51:21 19   will, I'll take the 4259, that's the Turner case.  We're

09:51:26 20   requesting dismissal without prejudice on this particular case.

09:51:32 21   Mr. Turner had signed a letter giving us authority to dismiss

09:51:35 22   the lawsuit, and we're requesting that it be dismissed without

09:51:37 23   prejudice.

09:51:38 24         MS. MILLER:  Your Honor, defendants oppose the

09:51:40 25   dismissal without prejudice and ask that it be dismissed with

*OFFICIAL TRANSCRIPT*

09:51:43 1    prejudice.

09:51:43 2             The complaint was filed in November of 2015.  The

09:51:48 3    plaintiff fact sheet was filed in December 7, 2015.  We have

09:51:50 4    now sent eight notices of deficiency regarding the deficiencies

09:51:54 5    in the plaintiff fact sheet.

09:51:55 6             The plaintiff has not demonstrated records

09:51:57 7    regarding proof of injury, has not signed a declaration which

09:52:01 8    stands in lieu of a verification, and has not signed any HIPAA

09:52:06 9    authorizations so we have not been able to request any medical

09:52:09 10   record.

09:52:10 11        THE COURT:  Okay.  I'll deny the motion to dismiss

09:52:11 12   without prejudice and grant the motion to dismiss with

09:52:14 13   prejudice.

09:52:16 14             What's the next one?

09:52:19 15        MR. PINEDO:  Your Honor, the next case I want to

09:52:21 16   address is the Josephine McGillicuddy individually and on

09:52:25 17   behalf of the Estate of Jeremiah McGillicuddy.  The client has

09:52:29 18   not been responsive to us.  We sent them a letter giving us

09:52:31 19   authority to dismiss the case.  They have not returned that to

09:52:34 20   us.

09:52:35 21             We've sent them this particular letter via

09:52:37 22   certified mail, return receipt requested.  We received back the

09:52:43 23   green card indicating they had received the letter.  We

09:52:46 24   informed them that their case would be dismissed because they

09:52:48 25   have not been responsive to us.

*OFFICIAL TRANSCRIPT*

09:52:50  1          On record as their client -- as their attorney, I

09:52:53  2     believe the best thing for me to do is request that the case be

09:52:57  3     dismissed without prejudice, since I have not received back the

09:53:00  4     signed letter from the client.

09:53:01  5          THE COURT:  Okay.  What's the background of this one?

09:53:03  6          MS. MILLER:  Your Honor, this one defendants do have --

09:53:06  7     actually have received the plaintiff fact sheet.  We have not

09:53:10  8     been given any information from plaintiff's counsel regarding

09:53:13  9     dismissal without prejudice, other than apparently the failure

09:53:18 10     to sign an engagement letter, which, in our view, is not

09:53:22 11     sufficient for dismissal without prejudice.  They do have to

09:53:26 12     provide the basis for the request.  It is prejudicial to the

09:53:29 13     defendants to allow these cases to be dismissed without

09:53:29 14     prejudice.

09:53:30 15          THE COURT:  You've done everything you can, as is

09:53:34 16     indicated in the record, as counsel for Ms. McGillicuddy.  You

09:53:42 17     are to be complimented for that.  You've done everything you

09:53:46 18     can, and they still won't comply with your request.  I'm going

09:53:50 19     to dismiss the case with prejudice.

09:53:51 20          MR. PINEDO:  Your Honor, I misspoke.  I don't think it

09:53:53 21     changes the Court's ruling in any regard.  She did sign, as I

09:53:57 22     reviewed my notes and my legal assistant informed me, she did

09:54:00 23     sign the letter giving us authority to dismiss the case, but I

09:54:03 24     understand the Court's ruling.

09:54:05 25          THE COURT:  Okay.  Thank you very much for all of your

*OFFICIAL TRANSCRIPT*

09:54:07  1    help.

09:54:09  2         MR. PINEDO:  There is one more, Your Honor, the

09:54:10  3    Valary Johnson case.  This is where I've gotten confused.

09:54:14  4    She -- we filed a lawsuit for her.  She became nonresponsive.

09:54:21  5    We sent her a letter giving us authority to dismiss the case.

09:54:24  6    She did not sign the letter, but we do have confirmation she

09:54:29  7    received the green card wherein the letter was included.

09:54:33  8              As counsel of the record for her, I believe the

09:54:36  9    appropriate thing for me to do at this time, as I set forth in

09:54:39 10    my motion, is request that her case be dismissed without

09:54:44 11    prejudice.

09:54:45 12         MS. MILLER:  Again, Your Honor, defendants oppose the

09:54:47 13    dismissal without prejudice and ask that it be dismissed with

09:54:50 14    prejudice.  Ms. Johnson's complaint was filed in September of

09:54:55 15    2015.  We have no medical records demonstrating any proof of

09:54:58 16    injury, and defendants have sent Ms. Johnson's counsel six

09:55:02 17    deficiency notices starting in the fall of 2015 and going

09:55:06 18    through September of 2016.

09:55:08 19         THE COURT:  It's obvious that the client wishes to go

09:55:12 20    on with their lives and not proceed with this litigation.  I'll

09:55:16 21    agree with them and dismiss it with prejudice.

09:55:20 22         MR. PINEDO:  Understood, Your Honor.  Thank you.

09:55:22 23         THE COURT:  Thank you very much for your help.

09:55:23 24         MS. DANIEL:  The next 12 items, Your Honor, are

09:55:26 25    plaintiff's motion to withdraw as attorney.  We'll go with the

*OFFICIAL TRANSCRIPT*

09:55:33 1    first one Your Honor, Document 2742.  I think Randi Kassan is

09:55:38 2    on the line, Your Honor, attorney for this case.

09:55:42 3         MS. KASSAN:  Good morning, Your Honor.  In this case we

09:55:47 4    actually were withdrawing as counsel, but the plaintiff has

09:55:49 5    obtained new counsel within the last week or so.  They are

09:55:55 6    obtaining a substitution of counsel signed by him in order to

09:55:57 7    file in the case.  So if we could just put this out, I guess,

09:56:02 8    another 30 days for them to file it, and we'll end up

09:56:06 9    withdrawing our motion to withdraw as counsel.

09:56:09 10        THE COURT:  Okay.  I'll do that.  If another counsel is

09:56:13 11   in, just file a motion that you withdraw and they be

09:56:18 12   substituted, and we'll do it in all one motion.  So I'll pass

09:56:21 13   this for 30 days to give you an opportunity to do that.

09:56:25 14        MS. KASSAN:  Thank you, Your Honor.

09:56:26 15        MS. MILLER:  For the record, Your Honor, I believe this

09:56:27 16   is plaintiff Michael Floyd, 16-4678.

09:56:34 17        MS. DANIEL:  The next three documents, 2825, 2839, and

09:56:39 18   2840.  They are Jena Choe, Shelly Borlandelli, Bernice Thorpe.

09:56:45 19   They are also with one firm.  I think he is on the line as

09:56:48 20   well.

09:56:50 21        MR. SOMMERMAN:  Yes, Your Honor.  This is

09:56:52 22   Andrew Sommerman, who represents all of these plaintiffs.  Good

09:56:52 23   morning.

09:56:52 24        THE COURT:  Good morning, Andrew.

09:56:55 25        MR. SOMMERMAN:  Your Honor, let me take them one at a

*OFFICIAL TRANSCRIPT*

09:56:57 1    time, if I may.

09:57:00 2              Shelly Borlandelli, we agreed to a dismissal.  We

09:57:01 3    have signed the appropriate documents, and those are with

09:57:04 4    counsel for defendants, so Borlandelli, which is 2839, should

09:57:08 5    be dismissed, and the dismissal is at 4254.

09:57:11 6              Your Honor, with regard to Bernice Thorpe, that

09:57:14 7    is Number 2592.  Ms. Thorpe passed away.  We were retained by

09:57:21 8    her son, Robert Crawford.  Robert passed away, so we went and

09:57:26 9    found the daughter of the decedent.

09:57:29 10             We were able to finally make contact with her,

09:57:33 11   was retained by her, and as a result of that, we are proceeding

09:57:37 12   on with that case, so we move to withdraw our withdrawal, as it

09:57:40 13   were.

09:57:41 14             We're moving forward.  We've supplied the

09:57:43 15   plaintiff's fact sheets.  We've gotten no deficiencies after we

09:57:47 16   have amended our fact sheets, so I think we're all okay with

09:57:51 17   regard to Thorpe.

09:57:53 18             THE COURT:  All right.  2592 then is okay?

09:57:57 19             MS. MILLER:  Yes, Your Honor.

09:57:59 20             MR. SOMMERMAN:  Okay.  With regard to Choe, which is

09:58:03 21   2825, Ms. Choe contacted us.  We filed a lawsuit on her behalf.

09:58:08 22   We have attempted to reach her multiple times -- we're in teams

09:58:13 23   on phones -- written correspondence, e-mail messages.  We

09:58:16 24   retained a private investigator to try and knock on doors.  We

09:58:20 25   did hand deliveries, written correspondence, with all the

*OFFICIAL TRANSCRIPT*

09:58:23  1   necessary documents explaining the critical deadlines delivered

09:58:28  2   to Ms. Choe on two different occasions, or at least her last

09:58:33  3   known address.  We have urged that these be pursued and that

09:58:37  4   they be answered.  We've gotten no answer.  I see no other

09:58:41  5   alternative but to ask to withdraw.

09:58:43  6           THE COURT:  Well, I deny the motion to withdraw, but

09:58:47  7   I'm going to dismiss the case with prejudice.

09:58:49  8           MR. SOMMERMAN:  Thank you, Your Honor.  Those are all

09:58:52  9   of mine.

09:58:52 10           MS. DANIEL:  Gloria Robinson and Gina Rippley.  They

09:58:57 11   were on the previous fact sheet issue.  They are now moot.

09:58:59 12   Their motions to withdraw as attorneys are now moot since they

09:59:03 13   would not oppose the dismissals.

09:59:03 14            Your Honor, Julius Wollfarth.  Could I just see

09:59:07 15   if -- Mr. Thomas, did you make it through on the line?  Okay.

09:59:10 16   I think he was having trouble calling in.  He e-mailed me,

09:59:12 17   Your Honor.  They will not oppose a motion to dismiss with

09:59:16 18   prejudice.

09:59:19 19           MS. MILLER:  That's fine, Your Honor.

09:59:22 20           MMS.  DANIEL:  Daniel Calix.  Is The Driscoll Firm on

09:59:27 21   the phone?

09:59:28 22           MR. QUINN:  Yes.  Chris Quinn is here, Your Honor.

09:59:31 23           THE COURT:  Okay, Chris.  Go ahead.

09:59:31 24           MR. QUINN:  We received a letter from this gentleman

09:59:36 25   indicating that he's retained other counsel, and that's the

*OFFICIAL TRANSCRIPT*

09:59:38 1    basis for our motion to withdraw.

09:59:41 2              If the Court grants the motion, we'll simply send

09:59:45 3    the file to the other law firm and indicate to them that they

09:59:48 4    have to enter forthwith.

09:59:51 5         THE COURT:  Okay.  I'll do that then.  If you represent

09:59:54 6    to the Court that you've been contacted and other counsel is

09:59:57 7    representing someone, I'll pass it and give them an opportunity

10:00:01 8    to enroll as counsel, but tell them that they have to get

10:00:05 9    enrolled within 30 days.

10:00:09 10        MR. QUINN:  I will, Your Honor.

10:00:11 11        THE COURT:  Thank you very much.

10:00:12 12        MS. DANIEL:  Maureen Welch, Your Honor.  That is also

10:00:15 13   moot.  There was a stipulation of dismissal filed in that

10:00:18 14   matter.

10:00:19 15        MS. MILLER:  Yes.

10:00:20 16        MS. DANIEL:  The next case, Syversten.  Jacob Levy, are

10:00:25 17   you on the line?

10:00:26 18        MR. LEVY:  Yes, Your Honor.  David Levy for the

10:00:31 19   plaintiffs.

10:00:31 20        THE COURT:  Good morning.

10:00:31 21        MR. LEVY:  I have spoken with Ms. Syvertsen, and she is

10:00:36 22   willing to have the case dismissed.

10:00:38 23        THE COURT:  All right.  Okay.  I'll comply with her

10:00:41 24   request and dismiss it with prejudice.

10:00:44 25        MS. MILLER:  Yes, Your Honor.  She was on the order to

*OFFICIAL TRANSCRIPT*

10:00:45 1   show cause list for December.

10:00:45 2           MR. LEVY:  Thank you, Your Honor.

10:00:47 3           THE COURT:  Thank you, Jacob.

10:00:47 4           MS. DANIEL:  Cheryl Vaughn is the last case,

10:00:53 5   Your Honor, and that was also on the previous matter we

10:00:55 6   discussed, and so that's moot now.  That will also be

10:00:59 7   dismissed.

10:01:01 8           THE COURT:  Okay.  Does that finish it?

10:01:04 9           MS. MILLER:  That's it, Your Honor.

10:01:05 10          THE COURT:  All right.  Thank you very much, both of

10:01:07 11  you all, for your help.  You've been very helpful.

10:01:07 12          MS. DANIEL:  Thank you.

10:01:07 13          MS. MILLER:  Thank you.

10:01:09 14          THE COURT:  Court will stand in recess until next time.

15          THE DEPUTY CLERK:  All rise.

16          (WHEREUPON, at 10:01 a.m. the proceedings were

17  concluded.)

18                          *    *    *

19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

1                       REPORTER'S CERTIFICATE

2

3          I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Certified Court Reporter in and for the State

5    of Louisiana, Official Court Reporter for the United States

6    District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                         _s/Cathy Pepper_____

13                         Cathy Pepper, CRR, RMR, CCR
                           Certified Realtime Reporter
14                         Registered Merit Reporter
                           Official Court Reporter
15                         United States District Court
                           Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

                         *OFFICIAL TRANSCRIPT*

| 0 | | |
|---|---|---|
| | | |

**07932** [1] - 3:8

## 1

**1** [1] - 3:11
**100** [1] - 2:11
**10019** [1] - 3:15
**10:01** [1] - 23:16
**11** [9] - 5:15, 5:16, 5:17, 5:18, 5:19, 5:20, 5:21, 5:22, 5:23
**1100** [3] - 1:20, 2:15, 3:4
**12** [1] - 18:24
**1200** [1] - 2:11
**13** [1] - 5:24
**1320** [1] - 3:23
**14** [2] - 5:25, 6:1
**14-MD-2592** [1] - 1:5
**15** [4] - 6:2, 6:3, 6:4, 12:9
**16** [3] - 6:5, 6:6, 12:8
**16-4678** [1] - 19:16
**17TH** [1] - 3:22
**18** [1] - 6:7
**19** [4] - 6:8, 6:9, 6:10, 7:15
**1900** [1] - 4:4
**19103** [1] - 3:11
**19106** [1] - 2:4

## 2

**20** [3] - 6:11, 6:12, 6:13
**2000** [1] - 3:11
**20036** [1] - 4:4
**2015** [10] - 8:6, 8:7, 8:12, 8:13, 10:9, 10:10, 16:2, 16:3, 18:15, 18:17
**2016** [4] - 1:6, 7:3, 10:12, 18:18
**21** [4] - 6:14, 6:15, 6:16, 6:17
**22** [2] - 6:18, 6:19
**23** [1] - 6:20
**2400** [1] - 3:19
**250** [1] - 3:15
**2592** [2] - 20:7, 20:18
**2700** [1] - 2:23
**2742** [1] - 19:1
**2742**...........................
............. [1] - 6:8

**2800** [2] - 1:20, 1:20
**2825** [3] - 6:10, 19:17, 20:21
**2839** [3] - 6:10, 19:17, 20:4
**2840** [1] - 19:18
**2840**...................... [1] - 6:10
**29** [2] - 1:6, 7:3
**29201** [1] - 3:23

## 3

**30** [13] - 9:5, 10:23, 12:22, 12:23, 12:24, 13:1, 13:2, 13:5, 13:6, 13:11, 19:8, 19:13, 22:9
**3102** [1] - 2:15
**316** [1] - 1:24
**32502** [1] - 1:25
**36103** [1] - 2:8
**3650** [1] - 2:18

## 4

**4** [1] - 14:10
**400** [1] - 2:23
**4160** [1] - 2:8
**4254** [1] - 20:5
**4256** [2] - 6:3, 15:15
**4257** [2] - 6:3, 15:15
**4259** [2] - 15:15, 15:19
**4259**...................... [1] - 6:3
**4267** [3] - 5:5, 7:15, 7:22
**4498** [3] - 7:15, 11:15, 13:16
**4498**...........................
..... [2] - 5:5, 5:20
**4TH** [1] - 2:11

## 5

**5** [1] - 14:13
**500** [3] - 2:4, 3:7, 4:15
**504** [1] - 4:16
**510** [1] - 2:4
**55TH** [1] - 3:15
**589-7779** [1] - 4:16

## 6

**60** [1] - 10:13
**600** [1] - 1:24
**63102** [1] - 2:12

## 7

**7** [3] - 5:5, 5:6, 16:3
**701** [1] - 2:18
**70112** [1] - 3:19
**70113** [1] - 1:16
**70130** [2] - 2:23, 4:15
**70139** [1] - 2:19
**70163** [2] - 1:21, 3:4
**75219** [1] - 2:15

## 8

**8** [4] - 5:7, 5:8, 5:9, 5:10
**800** [1] - 4:4
**820** [1] - 1:16
**85** [1] - 9:16

## 9

**9** [4] - 5:11, 5:12, 5:13, 5:14
**909** [1] - 3:19
**9:40** [1] - 1:6

## A

**a.m** [1] - 23:16
**A.M** [1] - 1:6
**ABBIE** [1] - 5:14
**Abbie** [2] - 9:11, 9:14
**ability** [1] - 24:8
**able** [6] - 8:16, 9:20, 10:13, 10:21, 16:9, 20:10
**above-entitled** [1] - 24:9
**act** [1] - 12:24
**ACTION** [1] - 1:5
**actual** [1] - 8:21
**address** [2] - 16:16, 21:3
**administrator** [7] - 11:21, 12:4, 12:9, 12:12, 12:15, 12:18, 12:24
**age** [1] - 9:16
**agree** [2] - 8:4, 18:21
**agreed** [1] - 20:2
**ahead** [3] - 12:11, 12:15, 21:23
**ahold** [2] - 10:21, 15:5
**AL** [1] - 2:8
**ALL** [1] - 1:8
**ALLEN** [1] - 2:6
**allow** [1] - 17:13

**ALSO** [2] - 4:7, 4:9
**alternative** [1] - 21:5
**amended** [1] - 20:16
**AND** [3] - 1:19, 6:3, 6:10
**ANDREW** [2] - 3:14, 4:11
**Andrew** [2] - 19:22, 19:24
**answer** [1] - 21:4
**answered** [1] - 21:4
**ANTHONY** [1] - 2:7
**APPEARANCES** [4] - 1:13, 2:1, 3:1, 4:1
**appointed** [2] - 12:9, 12:12
**appropriate** [2] - 18:9, 20:3
**Arnoth** [5] - 11:17, 11:19, 11:22, 11:23, 11:24
**ARNOTH**..................
........................ [1] - 5:21
**assistant** [1] - 17:22
**assume** [1] - 13:12
**attempted** [1] - 20:22
**attempts** [1] - 9:17
**Attorney** [1] - 13:23
**attorney** [6] - 9:11, 9:14, 11:16, 17:1, 18:25, 19:2
**attorneys** [1] - 21:12
**authority** [4] - 15:21, 16:19, 17:23, 18:5
**authorization** [1] - 13:11
**authorizations** [1] - 16:9
**AVENUE** [2] - 1:16, 2:15
**aware** [1] - 7:21

## B

**background** [1] - 17:5
**bar** [1] - 14:18
**Barbara** [2] - 13:16, 13:17
**BARBARA** [1] - 5:24
**barbara** [1] - 13:18
**BARON** [1] - 2:14
**BARR** [1] - 1:24
**BARRASSO** [1] - 3:17
**BARRIOS** [2] - 2:17, 2:18
**basis** [3] - 10:18, 17:12, 22:1
**BAYLEN** [1] - 1:24

**BEASLEY** [1] - 2:6
**became** [1] - 18:4
**BEFORE** [1] - 1:11
**behalf** [3] - 11:18, 16:17, 20:21
**BENJAMIN** [1] - 1:18
**BERMAN** [1] - 2:3
**Bernice** [2] - 19:18, 20:6
**BERNICE** [1] - 6:12
**best** [4] - 11:3, 14:20, 17:2, 24:8
**BETH** [1] - 4:3
**BIDDLE** [2] - 3:6, 3:10
**BIRCHFIELD** [1] - 2:7
**BOGARD** [1] - 2:10
**Borlandelli** [3] - 19:18, 20:2, 20:4
**BORLANDELLI**.........
...................... [1] - 6:11
**BOX** [1] - 2:8
**Breland** [1] - 7:22
**BRELAND**..................
...................... [1] - 5:6
**BRIAN** [1] - 1:24
**BROWN** [1] - 4:7
**BUDD** [1] - 2:14
**BY** [18] - 1:15, 1:19, 1:24, 2:3, 2:7, 2:11, 2:14, 2:18, 2:22, 3:3, 3:7, 3:10, 3:14, 3:18, 3:22, 4:3, 4:18, 4:18

## C

**Calix** [1] - 21:20
**CALIX**..........................
................. [1] - 6:17
**CALLED** [1] - 7:4
**CALVIN** [1] - 5:10
**Calvin** [2] - 8:3, 8:5
**CAMPUS** [1] - 3:7
**card** [2] - 16:23, 18:7
**case** [32] - 9:18, 11:7, 11:20, 12:23, 12:25, 13:13, 13:15, 13:16, 13:17, 14:7, 14:8, 14:22, 15:10, 15:19, 15:20, 16:15, 16:19, 16:24, 17:2, 17:19, 17:23, 18:3, 18:5, 18:10, 19:2, 19:3, 19:7, 20:12, 21:7, 22:16, 22:22, 23:4
**CASES** [1] - 1:8
**cases** [5] - 7:15, 7:16, 11:1, 15:16, 17:13

CASTEIX [1] - 2:17
CATHY [1] - 4:13
Cathy [2] - 24:3, 24:13
Cathy_Pepper@laed.uscourts.gov [1] - 24:15
cathy_Pepper@laed.uscourts.gov [1] - 4:16
CCR [2] - 4:13, 24:13
CENTER [1] - 2:22
CENTRE [1] - 1:20
CERTIFICATE [1] - 24:1
CERTIFIED [1] - 4:14
Certified [3] - 24:3, 24:4, 24:13
certified [1] - 16:22
certify [1] - 24:7
CHAFFE [1] - 3:3
Chanda [1] - 7:12
CHANDA [1] - 3:10
changes [1] - 17:21
CHERYL [1] - 6:20
Cheryl [1] - 23:4
CHEZAREA [1] - 5:11
Chezarea [1] - 9:7
Choe [4] - 19:18, 20:20, 20:21, 21:2
CHOE........................
...................... [1] - 6:13
Chris [5] - 11:18, 14:7, 15:18, 21:22, 21:23
CHRIS [1] - 4:10
CIVIL [1] - 1:5
Clark [1] - 8:1
CLARK........................
...................... [1] - 5:7
CLERK [2] - 7:7, 23:15
client [8] - 14:11, 14:14, 14:20, 16:17, 17:1, 17:4, 18:19
COLUMBIA [1] - 3:23
communication [1] - 15:6
complaint [5] - 8:6, 8:12, 10:8, 16:2, 18:14
complimented [1] - 17:17
comply [2] - 17:18, 22:23
COMPUTER [1] - 4:18
concluded [1] - 23:17
conference [1] - 11:6
confirmation [1] - 18:6
confused [1] - 18:3

constantly [1] - 10:16
contact [6] - 9:17, 9:19, 10:16, 10:17, 14:20, 20:10
contacted [7] - 12:1, 12:3, 12:19, 13:16, 14:14, 20:21, 22:6
contacting [1] - 10:19
continue [2] - 13:8, 15:7
CONTINUED [3] - 2:1, 3:1, 4:1
contract [2] - 12:2, 13:20
correct [1] - 24:7
correspondence [2] - 20:23, 20:25
COUNSEL [2] - 1:15, 2:21
counsel [15] - 15:3, 15:9, 17:8, 17:16, 18:8, 18:16, 19:4, 19:5, 19:6, 19:9, 19:10, 20:4, 21:25, 22:6, 22:8
court [1] - 12:7
Court [11] - 10:8, 13:15, 14:9, 22:2, 22:6, 23:14, 24:4, 24:5, 24:6, 24:14, 24:15
COURT [37] - 1:1, 4:13, 7:4, 7:8, 8:9, 8:23, 9:5, 9:15, 10:5, 10:22, 11:9, 12:21, 13:4, 13:10, 14:3, 14:6, 14:17, 15:10, 16:11, 17:5, 17:15, 17:25, 18:19, 18:23, 19:10, 19:24, 20:18, 21:6, 21:23, 22:5, 22:11, 22:20, 22:23, 23:3, 23:8, 23:10, 23:14
Court's [2] - 17:21, 17:24
Crawford [1] - 20:8
critical [1] - 21:1
CROW [1] - 2:6
Crowder [1] - 8:2
CROWDER................
............................ [1] - 5:8
CRR [2] - 4:13, 24:13
cured [5] - 8:1, 8:3, 8:5, 11:11, 11:14

**D**

DALLAS [1] - 2:15
Daniel [2] - 7:10, 21:20
DANIEL [20] - 2:14, 6:17, 7:10, 7:14, 7:25, 8:20, 9:3, 9:6, 11:10, 14:7, 14:24, 15:13, 18:24, 19:17, 21:10, 21:20, 22:12, 22:16, 23:4, 23:12
dates [1] - 14:14
daughter [2] - 13:22, 20:9
DAVID [2] - 1:18, 3:22
David [1] - 22:18
DAVIS [1] - 1:15
DAWN [1] - 2:18
days [16] - 9:1, 9:2, 9:5, 10:13, 10:23, 12:22, 12:23, 12:24, 13:1, 13:2, 13:5, 13:6, 13:11, 19:8, 19:13, 22:9
DC [1] - 4:4
deadlines [1] - 21:1
deceased [4] - 9:18, 10:20, 11:23, 13:18
decedent [1] - 20:9
December [6] - 8:6, 8:7, 8:12, 8:13, 16:3, 23:1
declaration [1] - 16:7
defendants [8] - 7:13, 8:4, 15:24, 17:6, 17:13, 18:12, 18:16, 20:4
DEFENDANTS [1] - 3:3
DEFENDANTS' [1] - 2:21
deficiencies [2] - 16:4, 20:15
deficiency [4] - 8:8, 8:18, 16:4, 18:17
definitely [1] - 13:5
delivered [1] - 21:1
deliveries [1] - 20:25
demonstrate [2] - 8:15, 8:17
demonstrated [1] - 16:6
demonstrating [1] - 18:15
DENTON [2] - 2:10, 2:11
deny [3] - 14:3, 16:11, 21:6

DEPUTY [2] - 7:7, 23:15
different [5] - 9:23, 10:17, 14:11, 14:14, 21:2
difficulty [1] - 10:19
diligence [1] - 12:17
discuss [1] - 11:17
discussed [1] - 23:6
discussing [1] - 7:16
dismiss [22] - 11:1, 11:4, 11:7, 12:23, 12:25, 13:13, 13:24, 14:3, 14:22, 15:10, 15:11, 15:21, 16:11, 16:12, 16:19, 17:19, 17:23, 18:5, 18:21, 21:7, 21:17, 22:24
dismissal [15] - 7:23, 9:8, 11:10, 11:12, 11:13, 14:25, 15:14, 15:20, 15:25, 17:9, 17:11, 18:13, 20:2, 20:5, 22:13
dismissals [1] - 21:13
dismissed [14] - 14:1, 14:2, 14:16, 15:9, 15:22, 15:25, 16:24, 17:3, 17:13, 18:10, 18:13, 20:5, 22:22, 23:7
DISTRICT [3] - 1:1, 1:1, 1:11
District [3] - 24:6, 24:15
Document [3] - 7:22, 11:15, 19:1
DOCUMENT [3] - 1:7, 5:20, 6:8
DOCUMENTS [3] - 5:5, 6:3, 6:10
documents [5] - 7:14, 13:6, 19:17, 20:3, 21:1
Documents [2] - 7:15, 15:15
Donald [2] - 9:13, 15:2
DONALD [1] - 4:9
done [5] - 7:19, 14:17, 14:18, 17:15, 17:17
doors [1] - 20:24
down [1] - 12:6
DRINKER [2] - 3:6, 3:10
Driscoll [1] - 21:20
DRIVE [1] - 3:7
DUKES [1] - 3:22
duly [1] - 12:12
Dunlap [6] - 11:17, 13:16, 13:17, 13:18,

13:19, 13:21
DUNLAP......................
...................... [1] - 5:24
DUNLAP......................
...................... [1] - 5:22

**E**

e-mail [1] - 20:23
e-mailed [1] - 21:16
Eastern [1] - 24:6
EASTERN [1] - 1:1
eight [4] - 14:11, 14:14, 14:19, 16:4
ELDON [1] - 1:11
end [1] - 19:8
ENERGY [1] - 1:20
engagement [1] - 17:10
enroll [1] - 22:8
enrolled [1] - 22:9
enter [1] - 22:4
entitled [1] - 24:9
equivalent [1] - 9:24
Erler [1] - 8:2
ERLER......................
...................... [1] - 5:9
ESKOVITZ [1] - 4:3
ESQUIRE [21] - 1:15, 1:19, 1:24, 2:3, 2:7, 2:11, 2:14, 2:18, 2:22, 3:3, 3:7, 3:10, 3:14, 3:14, 3:18, 3:22, 4:3, 4:9, 4:10, 4:10, 4:11
ESTATE [1] - 6:6
estate [8] - 11:21, 11:24, 12:4, 12:7, 12:9, 12:12, 12:15, 12:18
Estate [1] - 16:17
ethical [1] - 14:19
execute [1] - 13:2
executed [1] - 12:14
expedited [1] - 10:3
explaining [1] - 21:1
extension [1] - 10:11
extensions [1] - 10:7

**F**

facility [3] - 10:1, 10:2, 10:3
fact [9] - 7:17, 14:12, 15:1, 16:3, 16:5, 17:7, 20:15, 20:16,

21:11
**failure** [3] - 8:5, 8:13, 17:9
**fall** [1] - 18:17
**FALLON** [1] - 1:11
**far** [1] - 8:25
**fashion** [1] - 13:20
**file** [4] - 19:7, 19:8, 19:11, 22:3
**filed** [12] - 8:6, 8:12, 8:13, 10:9, 13:20, 14:9, 16:2, 16:3, 18:4, 18:14, 20:21, 22:13
**fill** [1] - 14:12
**filled** [1] - 9:20
**finally** [2] - 15:5, 20:10
**fine** [1] - 21:19
**finish** [1] - 23:8
**firm** [4] - 8:21, 14:24, 19:19, 22:3
**Firm** [1] - 21:20
**first** [3] - 10:11, 12:19, 19:1
**FISHBEIN** [1] - 2:3
**five** [1] - 8:7
**FL** [1] - 1:25
**FLOOR** [1] - 3:22
**FLORHAM** [1] - 3:8
**Floyd** [1] - 19:16
**FLOYD**.....................
................ [1] - 6:9
**folks** [1] - 12:19
**follow** [1] - 8:20
**FOR** [4] - 1:14, 1:23, 2:21, 3:3
**foregoing** [1] - 24:7
**forever** [1] - 12:22
**form** [1] - 13:2
**formal** [1] - 12:6
**forth** [3] - 14:10, 14:14, 18:9
**forthwith** [2] - 12:16, 22:4
**forward** [1] - 20:14
**four** [2] - 7:18, 10:17
**Frank** [1] - 8:1
**FRANK** [1] - 5:7
**FREDERICK** [1] - 2:3
**FREEMAN** [1] - 3:18
**FRITCHIE** [1] - 2:21

### G

**GAINSBURGH** [1] - 1:18
**gap** [1] - 9:21
**gentleman** [1] - 21:24
**GERALD** [1] - 1:19

**GINA** [2] - 5:17, 6:15
**Gina** [2] - 11:12, 21:10
**given** [3] - 10:13, 13:19, 17:8
**GLICKSTEIN** [1] - 3:14
**Gloria** [3] - 14:24, 15:4, 21:10
**GLORIA** [2] - 6:1, 6:14
**Gonzalez** [1] - 11:17
**grant** [1] - 16:12
**granted** [1] - 10:11
**grants** [1] - 22:2
**Green** [2] - 9:13, 15:2
**GREEN** [7] - 4:9, 9:13, 9:16, 10:15, 11:8, 15:2, 15:12
**green** [2] - 16:23, 18:7
**GREER** [1] - 4:1
**guess** [2] - 15:9, 19:7

### H

**hand** [1] - 20:25
**HB-275** [1] - 4:15
**HEARD** [1] - 1:11
**heard** [1] - 15:6
**HEARING** [1] - 1:10
**hearing** [1] - 9:3
**hearings** [1] - 7:17
**heirs** [3] - 12:1, 12:3, 13:17
**held** [1] - 7:16
**help** [3] - 18:1, 18:23, 23:11
**helpful** [1] - 23:11
**hereby** [1] - 24:6
**HERMAN** [2] - 1:15
**Hilliard** [2] - 11:16, 15:16
**HIPAA** [4] - 12:10, 12:14, 13:2, 16:8
**Hodges** [2] - 9:14, 15:3
**Honor** [50] - 7:10, 7:12, 7:14, 8:20, 9:4, 9:13, 10:6, 10:15, 11:8, 11:15, 11:18, 11:19, 13:1, 13:7, 13:14, 14:5, 14:8, 14:23, 15:2, 15:13, 15:18, 15:24, 16:15, 17:6, 17:20, 18:2, 18:12, 18:22, 18:24, 19:1, 19:2, 19:3, 19:14, 19:15, 19:21, 19:25, 20:6, 20:19, 21:8, 21:14, 21:17, 21:19, 21:22, 22:10,

22:12, 22:18, 22:25, 23:2, 23:5, 23:9
**HONORABLE** [1] - 1:11
**hopefully** [1] - 10:3
**hospital** [1] - 9:22
**hospitals** [1] - 9:23
**Howard** [2] - 8:3, 8:5
**HOWARD**.....................
................... [1] - 5:10
**husband** [1] - 13:19

### I

**identify** [1] - 8:16
**IN** [1] - 1:4
**included** [1] - 18:7
**indicate** [1] - 22:3
**indicated** [1] - 17:16
**indicating** [2] - 16:23, 21:25
**individual** [1] - 11:5
**individually** [1] - 16:16
**information** [4] - 9:20, 11:3, 11:6, 17:8
**informed** [2] - 12:8, 16:24, 17:22
**injury** [3] - 10:2, 16:7, 18:16
**intention** [1] - 16:1
**investigator** [1] - 20:24
**involved** [1] - 13:17
**IRWIN** [2] - 2:21, 2:22
**issue** [4] - 8:5, 8:13, 15:6, 21:11
**issues** [3] - 7:17, 9:21, 14:19
**items** [1] - 18:24
**ITEMS** [1] - 5:3

### J

**JACOB** [1] - 4:7
**Jacob** [2] - 22:16, 23:3
**James** [2] - 13:19, 13:21
**JAMES** [1] - 2:22
**Janssen** [1] - 7:13
**Jena** [1] - 19:18
**JEREMIAH** [1] - 6:6
**Jeremiah** [1] - 16:17
**JOHN** [1] - 3:3
**Johnson** [1] - 18:3
**Johnson's** [2] - 18:14, 18:16

**JOHNSON**....................
..................... [1] - 6:7
**Jones** [1] - 9:7
**JONES**............................
.................... [1] - 5:11
**Josephine** [2] - 11:13, 16:16
**JOSEPHINE** [2] - 5:18, 6:5
**JR** [1] - 2:7
**JUDGE** [1] - 1:11
**Julius** [1] - 21:14
**JULIUS** [1] - 6:16

### K

**KASSAN** [3] - 4:10, 19:3, 19:14
**Kassan** [1] - 19:1
**Kathleen** [2] - 11:22, 11:24
**KATZ** [1] - 1:15
**KAYE** [1] - 3:13
**keep** [1] - 12:21
**Kennedy** [2] - 9:14, 15:3
**kept** [1] - 12:13
**kin** [1] - 9:18
**KINGSDORF** [1] - 2:17
**knock** [1] - 20:24
**known** [1] - 21:3
**KUPPERMAN** [1] - 3:17

### L

**LA** [6] - 1:16, 1:21, 2:19, 2:23, 3:4, 4:15
**lack** [1] - 12:17
**last** [5] - 7:22, 14:7, 19:5, 21:2, 23:4
**law** [1] - 22:3
**LAWN** [1] - 2:15
**lawsuit** [5] - 13:24, 13:25, 15:22, 18:4, 20:21
**least** [4] - 8:24, 8:25, 10:17, 10:24, 21:2
**legal** [1] - 17:22
**LEONARD** [1] - 1:15
**letter** [13] - 13:23, 14:11, 15:21, 16:18, 16:21, 16:23, 17:4, 17:10, 17:23, 18:5, 18:6, 18:7, 21:24
**letters** [1] - 10:17
**LEVIN** [2] - 1:23, 2:3

**Levy** [2] - 22:16, 22:18
**LEVY** [3] - 22:18, 22:21, 23:2
**LIABILITY** [1] - 1:4
**LIAISON** [2] - 1:15, 2:21
**lieu** [1] - 16:8
**line** [5] - 15:17, 19:2, 19:19, 21:15, 22:17
**list** [2] - 10:12, 23:1
**LITIGATION** [1] - 1:4
**litigation** [3] - 14:22, 15:8, 18:20
**lives** [1] - 18:20
**log** [2] - 9:24, 10:4
**LOGAN** [1] - 3:11
**LONGER** [1] - 2:3
**looks** [1] - 8:23
**LOUIS** [1] - 2:12
**LOUISE** [2] - 5:23, 5:25
**Louise** [1] - 11:17, 14:7
**Louisiana** [2] - 24:5, 24:6
**LOUISIANA** [3] - 1:1, 1:6, 3:19

### M

**Mabon** [1] - 9:9
**MABON**.........................
..................... [1] - 5:12
**mail** [2] - 16:22, 20:23
**mailed** [1] - 21:16
**Maime** [1] - 9:9
**MAIME** [1] - 5:12
**MAIN** [1] - 3:23
**March** [1] - 10:12
**MARY** [1] - 5:16
**Mary** [2] - 11:11, 13:22
**matter** [4] - 12:13, 22:14, 23:5, 24:9
**MAUREEN** [1] - 6:18
**Maureen** [1] - 22:12
**MCCALL** [1] - 3:3
**McGillicuddy** [3] - 16:16, 16:17, 17:16
**MCGILLICUDDY**.......
............. [1] - 6:6
**MCGILLICUDDY**.......
................... [1] - 6:5
**MECHANICAL** [1] - 4:18
**medical** [3] - 12:5, 16:9, 18:15
**mentioned** [1] - 10:20
**MERIDIAN** [1] - 3:22

Merit [2] - 24:4, 24:14
MERIT [1] - 4:14
messages [1] - 20:23
METHVIN [1] - 2:6
MEUNIER [2] - 1:19,
1:19
MICHAEL [1] - 6:9
Michael [1] - 19:16
MILES [1] - 2:7
MILLER [17] - 3:10,
7:12, 7:24, 8:4, 8:11,
10:6, 14:5, 15:24,
17:6, 18:12, 19:15,
20:19, 21:19, 22:15,
22:25, 23:9, 23:13
Miller [1] - 7:12
mine [1] - 21:9
misspoke [1] - 17:20
MITCHELL [1] - 1:23
MMS [1] - 21:20
MONTGOMERY [1] -
2:8
Moore [1] - 9:10
MOORE [1] - 2:21
MOORE......................
.................... [1] - 5:13
moot [6] - 15:9, 15:11,
21:11, 21:12, 22:13,
23:6
morning [6] - 7:10,
7:12, 19:3, 19:23,
19:24, 22:20
most [1] - 8:14
Motion [1] - 14:10
motion [12] - 15:8,
16:11, 16:12, 18:10,
18:25, 19:9, 19:11,
19:12, 21:6, 21:17,
22:1, 22:2
motions [4] - 7:9,
15:13, 15:14, 21:12
MOTIONS [1] - 1:10
move [1] - 20:12
moving [1] - 20:14
MR [27] - 9:13, 9:16,
10:15, 11:8, 11:18,
13:1, 13:7, 13:14,
14:8, 14:23, 15:2,
15:12, 15:18, 16:15,
17:20, 18:2, 18:22,
19:21, 19:25, 20:20,
21:8, 21:22, 21:24,
22:10, 22:18, 22:21,
23:2
MS [36] - 2:12, 7:10,
7:12, 7:14, 7:24,
7:25, 8:4, 8:11, 8:20,
9:3, 9:6, 10:6, 11:10,
14:5, 14:7, 14:24,
15:13, 15:24, 17:6,

18:12, 18:24, 19:3,
19:14, 19:15, 19:17,
20:19, 21:10, 21:19,
22:12, 22:15, 22:16,
22:25, 23:4, 23:9,
23:12, 23:13
MULLINS [1] - 3:21
multiple [2] - 13:8,
20:22
Muñoz [2] - 11:16,
15:16

## N

name [1] - 7:23
named [3] - 11:20,
12:3, 12:18
naming [1] - 12:7
Napier [3] - 9:11, 9:14,
9:16
NAPIER......................
.................... [1] - 5:14
NATO [6] - 11:18,
13:1, 13:7, 13:14,
14:8, 14:23
Nato [1] - 11:18
necessary [1] - 21:1
need [1] - 11:5
NELSON [1] - 3:21
never [1] - 15:6
NEW [9] - 1:6, 1:16,
1:21, 2:19, 2:23, 3:4,
3:15, 3:19, 4:15
new [1] - 19:5
next [1] - 9:3, 9:18,
11:6, 13:15, 15:13,
16:14, 16:15, 18:24,
19:17, 22:16, 23:14
nilly [1] - 11:2
NJ [1] - 3:8
NO [1] - 1:5
nonresponsive [2] -
13:21, 18:4
notes [1] - 17:22
notice [1] - 8:18
notices [3] - 8:8, 16:4,
18:17
NOVEMBER [2] - 1:6,
7:3
November [3] - 12:8,
12:9, 16:2
Number [2] - 11:15,
20:7
number [1] - 7:8
NUMBER [1] - 5:20
numbered [1] - 24:9
NW [1] - 4:4
NY [1] - 3:15

## O

O'KEEFE [1] - 1:16
OAK [1] - 2:15
obtained [2] - 9:25,
19:5
obtaining [1] - 19:6
obvious [1] - 18:19
occasions [2] - 14:12,
21:2
October [1] - 10:9
OF [3] - 1:1, 1:10, 6:6
OFFICE [1] - 2:8
Official [2] - 24:5,
24:14
OFFICIAL [1] - 4:13
OLINDE [1] - 3:3
once [1] - 10:18
one [10] - 7:19, 10:7,
16:14, 17:5, 17:6,
18:2, 19:1, 19:12,
19:16, 19:19, 19:25
ONITA [1] - 6:2
Onita [1] - 15:1
open [3] - 11:24,
12:13, 12:22
opportunity [3] -
10:23, 19:13, 22:7
oppose [12] - 7:23,
8:2, 9:7, 9:9, 9:10,
11:12, 11:13, 14:25,
15:24, 18:12, 21:13,
21:17
opposed [1] - 11:10
order [3] - 12:7, 19:6,
22:25
ORDER [1] - 7:4
ordered [1] - 9:23
orderly [1] - 13:20
originally [2] - 11:22,
12:5
ORLEANS [8] - 1:6,
1:16, 1:21, 2:19,
2:23, 3:4, 3:19, 4:15
OSCAR [1] - 5:13
Oscar [1] - 9:10
Ozella [1] - 11:14
OZELLA [1] - 5:19

## P

PA [2] - 2:4, 3:11
PAGE [1] - 5:3
pages [1] - 8:15
PAPANTONIO [1] -
1:23
paragraph [2] - 14:10,
14:13

PARK [1] - 3:8
participate [2] - 13:12,
14:21
participating [1] -
10:25
particular [3] - 11:20,
15:20, 16:21
pass [6] - 8:23, 9:1,
10:22, 19:12, 22:7
passed [2] - 20:7, 20:8
Payne [1] - 15:1
PAYNE......................
.................... [1] - 6:2
pending [1] - 15:8
PENSACOLA [1] -
1:25
people [1] - 11:3
Pepper [3] - 24:3,
24:12, 24:13
PEPPER [1] - 4:13
periodic [1] - 10:18
Perkins [1] - 11:10
PERKINS...................
.................... [1] -
5:15
permission [1] - 13:24
person [1] - 10:24
PFS [3] - 8:6, 8:13,
10:9
PHILADELPHIA [2] -
2:4, 3:11
phone [3] - 9:12,
11:16, 21:21
phones [1] - 20:23
phonetically [1] -
13:23
PINEDO [4] - 4:10,
15:18, 16:15, 17:20,
18:2, 18:22
Pinedo [2] - 15:15,
15:18
plaintiff [8] - 8:17,
11:19, 16:3, 16:5,
16:6, 17:7, 19:4,
19:16
plaintiff's [3] - 17:8,
18:25, 20:15
Plaintiff's [1] - 14:9
plaintiffs [5] - 7:11,
8:14, 8:18, 19:22,
22:19
PLAINTIFFS [1] - 1:23
PLAINTIFFS' [1] - 1:14
point [1] - 10:6
Pope [1] - 11:11
POPE......................
.................... [1] - 5:16
PORTIS [1] - 2:7
post [1] - 8:21
POST [1] - 2:8

Power [1] - 13:23
POYDRAS [6] - 1:20,
2:18, 2:23, 3:4, 3:19,
4:15
prejudice [26] - 7:24,
13:13, 14:1, 14:2,
14:4, 14:16, 14:22,
15:14, 15:20, 15:23,
15:25, 16:1, 16:12,
16:13, 17:3, 17:9,
17:11, 17:14, 17:19,
18:11, 18:13, 18:14,
18:21, 21:7, 21:18,
22:24
prejudicial [1] - 17:12
present [1] - 7:9
PRESENT [2] - 4:7,
4:9
press [1] - 13:9
previous [3] - 7:17,
21:11, 23:5
previously [1] - 13:25
private [1] - 20:24
proceed [1] - 18:20
proceeding [1] - 20:11
proceedings [2] -
23:16, 24:9
PROCEEDINGS [3] -
1:10, 4:18, 7:1
process [1] - 13:3
PROCTOR [1] - 1:23
PRODUCED [1] - 4:18
PRODUCTS [1] - 1:4
proof [5] - 8:14, 10:8,
10:14, 16:7, 18:15
provide [6] - 8:5, 8:14,
9:20, 10:8, 10:14,
17:12
pursuant [1] - 13:15
pursued [1] - 21:3
put [2] - 10:12, 19:7

## Q

qualified [3] - 11:25,
12:2, 12:20
quickly [1] - 7:20
QUINN [3] - 21:22,
21:24, 22:10
Quinn [1] - 21:22
quite [1] - 8:10

## R

RAFFERTY [1] - 1:23
RANDI [1] - 4:10
Randi [1] - 19:1
RE [1] - 1:4

**reach** [1] - 20:22
**reached** [1] - 10:24
**REALTIME** [1] - 4:14
**Realtime** [2] - 24:3, 24:13
**REATH** [2] - 3:6, 3:10
**receipt** [1] - 16:22
**received** [9] - 9:22, 10:7, 12:11, 16:22, 16:23, 17:3, 17:7, 18:7, 21:24
**recently** [4] - 8:14, 9:18, 10:20, 10:21
**recess** [1] - 23:14
**record** [7] - 10:3, 16:10, 17:1, 17:16, 18:8, 19:15, 24:8
**RECORDED** [1] - 4:18
**records** [10] - 8:15, 8:17, 9:23, 12:5, 12:11, 12:16, 13:2, 13:5, 16:6, 18:15
**refused** [2] - 12:3, 12:20
**regard** [5] - 8:19, 17:21, 20:6, 20:17, 20:20
**regarding** [4] - 7:17, 16:4, 16:7, 17:8
**registered** [1] - 24:14
**REGISTERED** [1] - 4:14
**Registered** [1] - 24:3
**RELATES** [1] - 1:7
**repeated** [1] - 9:17
**REPORTER** [4] - 4:13, 4:14, 4:14, 8:9
**Reporter** [7] - 24:3, 24:4, 24:5, 24:13, 24:14, 24:14
**REPORTER'S** [1] - 24:1
**represent** [1] - 22:5
**representative** [1] - 12:7
**represented** [2] - 11:22, 11:23
**representing** [1] - 22:7
**represents** [1] - 19:22
**request** [17] - 10:3, 12:6, 12:10, 12:11, 12:13, 12:14, 12:16, 13:3, 13:21, 14:15, 16:9, 17:2, 17:12, 17:18, 18:10, 22:24
**requested** [5] - 12:5, 13:7, 13:25, 14:11, 16:22
**requesting** [2] - 15:20,

15:22
**requests** [1] - 13:8
**required** [1] - 14:18
**resolved** [1] - 7:20
**responded** [1] - 14:21
**Response** [1] - 14:9
**response** [1] - 14:13
**responsive** [3] - 14:15, 16:18, 16:25
**result** [1] - 20:11
**retained** [4] - 20:7, 20:11, 20:24, 21:25
**return** [1] - 16:22
**returned** [1] - 16:19
**reviewed** [1] - 17:22
**RICHARD** [1] - 3:18
**Rippley** [2] - 11:12, 21:10
**RIPPLEY...................
................... [2] - 5:17, 6:15
**rise** [2] - 7:7, 23:15
**RIVAROXABAN** [1] - 1:4
**RMR** [2] - 4:13, 24:13
**Robert** [2] - 20:8
**Robin** [1] - 11:23
**Robinson** [3] - 14:24, 15:4, 21:10
**ROBINSON...............
................... [2] - 6:1, 6:14
**ROGER** [1] - 2:11
**ROOM** [1] - 4:15
**ruling** [2] - 17:21, 17:24

## S

**s/Cathy** [1] - 24:12
**sample** [2] - 9:24, 10:4
**samples** [2] - 9:22, 10:1
**SARVER** [2] - 3:18, 3:18
**satisfy** [1] - 14:18
**SC** [1] - 3:23
**SCHLICHTER** [1] - 2:10
**SCHOLER** [1] - 3:13
**seated** [1] - 7:8
**SEDRAN** [1] - 2:3
**see** [3] - 14:17, 21:4, 21:14
**seeking** [1] - 12:17
**Sells** [2] - 11:17, 14:7
**sells'** [1] - 14:8
**SELLS......................
................ [2] - 5:23,

5:25
**send** [1] - 22:2
**sent** [9] - 8:7, 8:18, 10:16, 12:10, 16:4, 16:18, 16:21, 18:5, 18:16
**separate** [1] - 10:1
**September** [3] - 10:9, 18:14, 18:18
**serve** [1] - 12:20
**served** [1] - 15:1
**set** [4] - 12:1, 12:3, 14:14, 18:9
**sets** [1] - 14:10
**SHARKO** [1] - 3:7
**sheet** [7] - 7:17, 14:12, 15:1, 16:3, 16:5, 17:7, 21:11
**sheets** [2] - 20:15, 20:16
**SHELLY** [1] - 6:11
**Shelly** [2] - 19:18, 20:2
**show** [3] - 10:12, 14:13, 23:1
**Show** [1] - 14:10
**show-cause** [1] - 10:12
**showing** [1] - 9:21
**sign** [5] - 12:10, 17:10, 17:21, 17:23, 18:6
**signed** [3] - 13:6, 13:11, 13:23, 15:21, 16:7, 16:8, 17:4, 19:6, 20:3
**simply** [1] - 22:2
**Sindhu** [2] - 7:9, 7:10
**SINDHU** [1] - 2:14
**situation** [1] - 11:19
**situations** [1] - 7:18
**six** [1] - 18:16
**sixty** [1] - 9:2
**slower** [1] - 8:9
**SOLOW** [1] - 3:14
**someone** [1] - 22:7
**Sommerman** [1] - 19:22
**SOMMERMAN** [5] - 4:11, 19:21, 19:25, 20:20, 21:8
**son** [1] - 20:8
**sounds** [1] - 10:23
**SOUTH** [1] - 1:24
**Sparnon** [1] - 13:22
**spelled** [1] - 13:22
**spoken** [1] - 22:21
**SQUARE** [1] - 3:11
**ST** [1] - 2:12
**stand** [1] - 23:14

**stands** [1] - 16:8
**start** [1] - 13:3
**starting** [1] - 18:17
**state** [1] - 10:15
**State** [1] - 24:4
**STATES** [2] - 1:1, 1:11
**States** [2] - 24:5, 24:15
**status** [1] - 11:6
**STENOGRAPHY** [1] - 4:18
**step** [1] - 13:4
**STEVEN** [1] - 3:14
**still** [2] - 10:13, 17:18
**stipulation** [1] - 22:13
**Strano** [1] - 11:13
**STRANO.................
................ [1] - 5:18
**STREET** [11] - 1:20, 1:24, 2:4, 2:11, 2:18, 2:23, 3:4, 3:15, 3:23, 4:4, 4:15
**submitted** [2] - 8:7, 10:9
**substituted** [1] - 19:12
**substitution** [1] - 19:2
**succeeded** [1] - 8:24
**sufficient** [1] - 17:11
**suit** [1] - 13:20
**SUITE** [10] - 1:20, 1:24, 2:4, 2:11, 2:15, 2:18, 2:23, 3:11, 3:19, 4:4
**supplied** [1] - 20:14
**SUSAN** [1] - 3:7
**Syversten** [1] - 22:16
**SYVERSTEN............
.............................
[1] - 6:19
**Syvertsen** [1] - 22:21

## T

**teams** [1] - 20:22
**TELEPHONE** [1] - 4:9
**telephone** [1] - 14:15
**terms** [1] - 9:21
**TEXACO** [1] - 2:22
**that'** [1] - 7:25
**THE** [41] - 1:11, 1:14, 1:23, 2:21, 3:3, 7:7, 7:8, 8:9, 8:23, 9:5, 9:15, 10:5, 10:22, 11:9, 12:21, 13:4, 13:10, 14:3, 14:6, 14:17, 15:10, 16:11, 17:5, 17:15, 17:25, 18:19, 18:23, 19:10, 19:24, 20:18, 21:6,

21:23, 22:5, 22:11, 22:20, 22:23, 23:3, 23:8, 23:10, 23:14, 23:15
**thereafter** [1] - 13:21
**they've** [2] - 7:20, 10:7
**thirty** [1] - 9:1
**THIS** [1] - 1:7
**THOMAS** [1] - 1:23
**Thomas** [1] - 21:15
**Thorpe** [4] - 19:18, 20:6, 20:7, 20:17
**THORPE...................
................... [1] - 6:12
**thousand** [1] - 8:15
**three** [2] - 10:17, 19:17
**TO** [2] - 1:7, 7:4
**today** [2] - 7:16, 9:25
**TOMMY** [1] - 5:15
**Tommy** [1] - 11:10
**total** [1] - 7:15
**touch** [1] - 13:22
**transcript** [1] - 24:7
**TRANSCRIPT** [2] - 1:10, 4:18
**transferred** [1] - 10:1
**treated** [1] - 10:2
**tried** [3] - 10:17, 11:24, 14:19
**trouble** [1] - 21:16
**true** [1] - 24:7
**try** [4] - 9:17, 9:23, 13:4, 20:24
**trying** [4] - 8:24, 8:25, 10:16, 11:3
**TUESDAY** [2] - 1:6, 7:3
**turned** [1] - 12:6
**Turner** [2] - 15:19, 15:21
**TURNER...................
............................. [1] - 6:4
**two** [4] - 7:14, 9:23, 10:7, 21:2
**TX** [1] - 2:15

## U

**under** [2] - 12:2, 13:23
**understood** [4] - 11:8, 13:14, 14:23, 18:22
**unfortunately** [1] - 12:19
**UNITED** [2] - 1:1, 1:11
**United** [2] - 24:5, 24:15
**up** [2] - 8:20, 19:8

*OFFICIAL TRANSCRIPT*

**urged** [1] - 21:3
**URQUHART** [1] - 2:21
**usage** [1] - 9:22
**USDIN** [1] - 3:17

# V

**VALARY** [1] - 6:7
**Valary** [1] - 18:3
**Vaughn** [1] - 23:4
**VAUGHN.....................
.................. [1] - 6:20
**verification** [1] - 16:8
**VIA** [1] - 4:9
**via** [1] - 16:21
**view** [1] - 17:10
**virtue** [1] - 11:23
**voluntary** [1] - 15:14

# W

**WALNUT** [1] - 2:4
**WALSH** [1] - 4:3
**WARSHAUER** [1] - 1:19
**WASHINGTON** [1] - 4:4
**week** [2] - 10:18, 19:5
**Welch** [1] - 22:12
**WELCH.....................
.................. [1] - 6:18
**WEST** [1] - 3:15
**wherein** [1] - 18:7
**WHEREUPON** [1] - 23:16
**WILKINSON** [2] - 4:3, 4:3
**Williams** [1] - 11:14
**WILLIAMS.................
.................. [1] - 5:19
**willing** [1] - 22:22
**willy** [1] - 11:2
**willy-nilly** [1] - 11:2
**wishes** [1] - 18:19
**withdraw** [9] - 15:9, 18:25, 19:9, 19:11, 20:12, 21:5, 21:6, 21:12, 22:1
**withdrawal** [1] - 20:12
**withdrawing** [2] - 19:4, 19:9
**Wollfarth** [1] - 21:14
**WOLLFARTH............
....................... [1] - 6:16
**WOODY** [1] - 4:7
**written** [2] - 20:23, 20:25

# X

**Xarelto** [4] - 8:6, 8:16, 8:18, 8:21
**XARELTO** [1] - 1:4

# Y

**years** [1] - 9:16
**yesterday** [2] - 9:19, 13:8
**YORK** [1] - 3:15

*OFFICIAL TRANSCRIPT*