1                       UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA
2

3      ****************************************************************

4      IN RE:  XARELTO (RIVAROXABAN)
       PRODUCTS LIABILITY LITIGATION
5
                                 CIVIL ACTION NO. 14-MD-2592 "L"
6                                NEW ORLEANS, LOUISIANA
08:46:57                         TUESDAY, NOVEMBER 29, 2016, 9:00 A.M.
7

       THIS DOCUMENT RELATES TO
8      ALL CASES

9      ****************************************************************

10
                   TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS
11               HEARD BEFORE THE HONORABLE ELDON E. FALLON
                        UNITED STATES DISTRICT JUDGE
12

13     APPEARANCES:

14

       FOR THE PLAINTIFFS'
15     LIAISON COUNSEL:        HERMAN HERMAN & KATZ
                               BY:  LEONARD A. DAVIS, ESQUIRE
16                             820 O'KEEFE AVENUE
                               NEW ORLEANS, LA  70113
17

18
                               GAINSBURGH BENJAMIN DAVID
19                             MEUNIER AND WARSHAUER
                               BY:  GERALD E. MEUNIER, ESQUIRE
20                             2800 ENERGY CENTRE
                               1100 POYDRAS STREET, SUITE 2800
21                             NEW ORLEANS, LA  70163

22

23     FOR THE PLAINTIFFS:    LEVIN PAPANTONIO THOMAS MITCHELL
                               RAFFERTY & PROCTOR
24                             BY:  BRIAN H. BARR, ESQUIRE
                               316 SOUTH BAYLEN STREET, SUITE 600
25                             PENSACOLA, FL  32502

                         *OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                        LEVIN, FISHBEIN, SEDRAN & BERMAN
                         BY:  FREDERICK S. LONGER, ESQUIRE
4                        510 WALNUT STREET, SUITE 500
                         PHILADELPHIA, PA  19106
5

6                        BEASLEY ALLEN CROW METHVIN
7                        PORTIS & MILES
                         BY:  ANTHONY BIRCHFIELD, JR., ESQUIRE
8                        POST OFFICE BOX 4160
                         MONTGOMERY, AL  36103
9

10                       SCHLICHTER BOGARD & DENTON
11                       BY:  ROGER DENTON, ESQUIRE
                         100 S. 4TH STREET, SUITE 1200
12                       ST. LOUIS, MS  63102

13

14                       BARON & BUDD
                         BY:  SINDHU S. DANIEL, ESQUIRE
15                       3102 OAK LAWN AVENUE, SUITE 1100
                         DALLAS, TX  75219
16

17                       BARRIOS, KINGSDORF & CASTEIX
18                       BY:  DAWN M. BARRIOS, ESQUIRE
                         701 POYDRAS STREET, SUITE 3650
19                       NEW ORLEANS, LA  70139

20

21   FOR THE DEFENDANTS'
     LIAISON COUNSEL:       IRWIN FRITCHIE URQUHART & MOORE
22                          BY:  JAMES B. IRWIN, V, ESQUIRE
                            TEXACO CENTER
23                          400 POYDRAS STREET, SUITE 2700
                            NEW ORLEANS, LA  70130
24

25

*OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2

 3    FOR THE DEFENDANTS:    CHAFFE MCCALL
                             BY:   JOHN F. OLINDE, ESQUIRE
 4                           1100 POYDRAS STREET
                             NEW ORLEANS, LA  70163
 5

 6
                             DRINKER BIDDLE & REATH
 7                           BY:  SUSAN M. SHARKO, ESQUIRE
                             500 CAMPUS DRIVE
 8                           FLORHAM PARK, NJ  07932

 9

10                           DRINKER BIDDLE & REATH
                             BY:  CHANDA A. MILLER, ESQUIRE
11                           1 LOGAN SQUARE, SUITE 2000
                             PHILADELPHIA, PA  19103
12

13
                             KAYE SCHOLER
14                           BY:  STEVEN GLICKSTEIN, ESQUIRE
                                  ANDREW K. SOLOW, ESQUIRE
15                           250 WEST 55TH STREET
                             NEW YORK, NY  10019
16

17
                             BARRASSO USDIN KUPPERMAN
18                           FREEMAN & SARVER
                             BY:  RICHARD E. SARVER, ESQUIRE
19                           909 POYDRAS, SUITE 2400
                             NEW ORLEANS, LOUISIANA 70112
20

21
                             NELSON MULLINS
22                           BY:  DAVID E. DUKES, ESQUIRE
                             MERIDIAN, 17TH FLOOR
23                           1320 MAIN STREET
                             COLUMBIA, SC  29201
24

25
```

*OFFICIAL TRANSCRIPT*

1    APPEARANCES CONTINUED:

2

3                              WILKINSON WALSH & ESKOVITZ
                              BY:  BETH A. WILKINSON, ESQUIRE
4                              1900 M STREET, NW, SUITE 800
                              WASHINGTON, DC 20036
5

6

7    ALSO PRESENT:           JACOB S. WOODY, BROWN GREER

8

9    ALSO PRESENT
     VIA TELEPHONE:          DONALD GREEN, ESQUIRE
10                            CHRIS PINEDO, ESQUIRE
                              RANDI KASSAN, ESQUIRE
11                            ANDREW SOMMERMAN, ESQUIRE

12

13

14    OFFICIAL COURT REPORTER:     CATHY PEPPER, CRR, RMR, CCR
                                  CERTIFIED REALTIME REPORTER
15                                  REGISTERED MERIT REPORTER
                                  500 POYDRAS STREET, ROOM HB-275
16                                  NEW ORLEANS, LA  70130
                                  (504) 589-7779
17                                  Cathy_Pepper@laed.uscourts.gov

18    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
19

20

21

22

23

24

25

*OFFICIAL TRANSCRIPT*

1                        **I N D E X**

2

3    AGENDA ITEMS                                        PAGE

4

5    PRETRIAL ORDERS.......................................   7

6    CASE MANAGEMENT ORDERS...............................   7

7    BELLWETHER SELECTIONS................................   8

8    COUNSEL CONTACT INFORMATION FORMS...................   8

9    PLAINTIFF FACT SHEETS...............................   8

10   DEFENDANT FACT SHEETS...............................   10

11   SERVICE OF PROCESS ON CERTAIN BAYER DEFENDANTS.......  10

12   BUNDLING OF COMPLAINTS..............................   10

13   PRESERVATION ORDER..................................   10

14   ORDER BY PRETRIAL ORDER 28 SETTING FORTH THE LIMITS

15   AND GUIDELINES FOR INTERACTIONS BETWEEN COUNSEL AND

16   TREATING PHYSICIANS.................................   10

17   DISCOVERY...........................................   11

18   DISCOVERY TO THIRD PARTIES..........................   12

19   STATE/FEDERAL COORDINATION..........................   12

20   REPORT FROM BROWNGREER ON MDL CENTRALITY............   16

21   NEXT CONFERENCE IS DECEMBER 20TH, AND THE FOLLOWING

22   AFTER THAT IS JANUARY 20TH, BOTH AT NINE O'CLOCK.....  19

23   THE ISSUE ON REQUEST FOR ADMISSION CONCERNING

24   ADMISSIBILITY OF DOCUMENTS..........................   20

25

                    *OFFICIAL TRANSCRIPT*

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
|       | 1  | **P-R-O-C-E-E-D-I-N-G-S**                              |
|       | 2  | M O R N I N G   S E S S I O N                          |
| 08:46:57 | 3 | TUESDAY, NOVEMBER 29, 2016                        |
| 08:47:04 | 4 | (COURT CALLED TO ORDER)                          |
| 08:47:04 | 5 |                                                    |
| 08:47:04 | 6 |                                                    |

08:47:04  7       THE DEPUTY CLERK:  All rise.

09:07:11  8       THE COURT:  Be seated please.  Good morning, ladies and

09:07:13  9  gentlemen.

09:07:13 10       VOICES:  Good morning, Judge.  Good morning,

09:07:13 11  Your Honor.

09:07:13 12       THE COURT:  Let's call the case.

09:07:13 13       THE DEPUTY CLERK:  MDL 2592.  In Re: Xarelto Products

09:07:13 14  Liability Litigation.

09:07:13 15       THE COURT:  Would liaison counsel please make their

09:07:20 16  appearance for the record, please.

09:07:20 17       MR. MEUNIER:  Jerry Meunier of Gainsburgh Benjamin,

09:07:22 18  coliaison counsel for plaintiffs.

09:07:23 19       MR. IRWIN:  Good morning, Your Honor.  Jim Irwin for

09:07:25 20  defendants.

09:07:25 21       THE COURT:  Okay.  We're here today for our monthly

09:07:27 22  status conference.  I met a moment ago with lead liaison

09:07:30 23  counsel to discuss the agenda.  We'll take it in the order that

09:07:37 24  was suggested.

09:07:37 25       MR. MEUNIER:  Thank you, Your Honor.  May it please the

*OFFICIAL TRANSCRIPT*

09:07:39  1    Court, Jerry Meunier for plaintiffs.  The joint report first

09:07:43  2    lists the pretrial orders which have been entered during the

09:07:46  3    pendency of the MDL.

09:07:48  4          There is one new pretrial order entered since the

09:07:51  5    last status conference, and that is PTO 23A,

09:07:55  6    Record Document 4455.  In effect, it supplements the earlier

09:08:01  7    provisions in PTO 23 regarding deposition guidelines and makes

09:08:06  8    specific reference to expert deposition guidelines.

09:08:09  9          In Section 2, under the case management orders

09:08:14 10    that have been entered, we note that since the last conference,

09:08:17 11    the Court has entered CMO 2B, which sets forth new deadlines

09:08:24 12    with respect to the third and fourth bellwether trial, the

09:08:27 13    Mingo and Henry trials.

09:08:29 14          We also mentioned to Your Honor in chambers an

09:08:34 15    issue that has come up with respect to deadlines that are set

09:08:37 16    forth in CMO 2A, specifically insofar as the deadlines for

09:08:43 17    *Daubert* motion practice are concerned.

09:08:45 18          The parties are dealing with having to schedule

09:08:49 19    depositions to make sure that they don't conflict or cause

09:08:52 20    problems with respect to the existing *Daubert* deadlines, and we

09:08:57 21    will continue to work on that and present to the Court an

09:09:01 22    amended set of deadlines that will address that problem.

09:09:07 23          THE COURT:  Okay.  I anticipate the *Daubert* hearings

09:09:09 24    will be mainly on paper.  I'll take the opportunity to have

09:09:13 25    oral presentations, but there won't be any witnesses' testimony

*OFFICIAL TRANSCRIPT*

09:09:18 1    as sometimes we have, so that will shorten the matter a little

09:09:23 2    bit.

09:09:24 3         MR. MEUNIER:  Nothing new to report on Section 3,

09:09:29 4    bellwether selections.

09:09:31 5             Four, counsel contact information forms, that

09:09:35 6    just, as always, Lenny Davis and I emphasize to all plaintiffs'

09:09:39 7    counsel the importance of keeping us current on your contact

09:09:43 8    information pursuant to PTO 4A.

09:09:47 9             On plaintiff fact sheets, which are discussed in

09:09:51 10   Section 5, Judge, we have, as you know, a system in place with

09:09:57 11   respect to deficiencies and fact sheets.  The defendants will

09:10:01 12   identify either fact sheets that have not been filed on a

09:10:05 13   timely basis or fact sheets which have been filed but which

09:10:09 14   contain inadequate information particularly concerning product

09:10:11 15   use.

09:10:11 16            Under the system that we've had, the PSC assists

09:10:15 17   in those matters by the defendants first furnishing us a list

09:10:18 18   of those cases in which those problems are said to exist.  This

09:10:23 19   gives us an opportunity to contact plaintiffs' counsel, gives

09:10:26 20   us an opportunity to try to work those problems out, and we

09:10:29 21   have been successful in many cases.

09:10:31 22            In those cases where no problem -- the problems

09:10:34 23   cannot be solved and defendants bring a motion for dismissal,

09:10:38 24   which, of course, is a serious matter, and we make sure that

09:10:40 25   plaintiffs' counsel are available by phone or in person when

*OFFICIAL TRANSCRIPT*

09:10:43 1    the day comes to argue those motions.

09:10:47 2         What the parties are now doing is working on a

09:10:49 3    PTO -- a new PTO that will set forth the protocol that I've

09:10:53 4    just described in a more formal way with appropriate deadlines

09:10:57 5    and spacing of the events.  We hope to have that to the Court

09:11:01 6    in a short while.

09:11:02 7        THE COURT:  Okay.  We have several motions later after

09:11:05 8    this conference, and I'll take those motions, but the fact

09:11:10 9    sheets in cases of this sort, they are the substitute for

09:11:13 10   interrogatories.  We can't have interrogatories in a matter of

09:11:16 11   this sort.  So far I have 16,000 individual cases, and it's

09:11:20 12   growing, so interrogatories just is not a good vehicle for this

09:11:24 13   type of case.

09:11:25 14        Instead of interrogatories, we have fact sheets.

09:11:30 15   Each side gets together and decides what information they need.

09:11:33 16   They prepare it in the form of a fact sheet after discussing it

09:11:38 17   with opposing counsel, and then they submit the fact sheets.

09:11:42 18        The fact sheets are very important for the

09:11:45 19   plaintiffs to fill out, just as they are very important for the

09:11:48 20   defendants to fill out.  I need the plaintiffs to take them

09:11:52 21   seriously and to fill them out.  I give you an opportunity to

09:11:55 22   fill them out.  I give you an opportunity to fill them out

09:11:58 23   partially if you don't have all of the information.

09:12:00 24        But if I get to the point where you're not

09:12:03 25   filling them out and you haven't filled them out, and there is

*OFFICIAL TRANSCRIPT*

09:12:07  1    no reason for not filling them out other than I didn't get

09:12:11  2    around to it or I don't have the information or I don't want to

09:12:15  3    give you the information, then the case is going to have to be

09:12:19  4    dismissed.

09:12:19  5             Maybe there is an indication that the individual

09:12:23  6    wants to be in another litigation.  That's their prerogative,

09:12:25  7    but if they are in this litigation, they have to comply with

09:12:30  8    the rules.  They are, in effect, not answering interrogatories,

09:12:33  9    and that's a defective discovery failing and I take it

09:12:40 10    seriously.

09:12:42 11        MR. MEUNIER:  Nothing further or new to report, Judge,

09:12:45 12    on Section 6 dealing with defendant fact sheets; Section 7,

09:12:48 13    dealing with service of process on certain Bayer defendants;

09:12:51 14    Section 8 dealing with the bundling of complaints, except to

09:12:55 15    note, again, that the deadline for filing bundled complaints

09:12:59 16    was May 20, 2016.

09:13:01 17             Nothing further to report on Section 9 dealing

09:13:03 18    with the preservation order.

09:13:05 19             Section 10 refers to the Court's earlier order by

09:13:09 20    Pretrial Order 28 setting forth the limits and guidelines for

09:13:16 21    interactions between counsel and treating physicians.

09:13:19 22             As we mentioned in chambers, the terms of that

09:13:22 23    order dealt with discovery related contact.  We now are in a

09:13:26 24    phase of the case where contact might be made with physicians

09:13:33 25    for purposes of their trial testimony, so the parties will be

09:13:35 1    working on an update revision or supplement to PTO 28 which

09:13:44 2    specifically addresses contact with physicians for trial

09:13:45 3    purposes.

09:13:47 4         In discovery, Your Honor, we continue to have our

09:13:49 5    biweekly calls with you.  They are very helpful to us in

09:13:52 6    resolving things, and the last call we had with you, in fact,

09:13:57 7    led to the resolution of many of the discovery issues which are

09:13:59 8    identified briefly in Section 11 of the report dealing with

09:14:03 9    discovery.

09:14:03 10        There are, however, a couple of discovery matters

09:14:07 11   which, unlike others, are not either in the process of being

09:14:11 12   resolved or have been resolved, and those will be the subject

09:14:15 13   of some further meet and confer and/or motion practice.

09:14:19 14        One, in fact, is the subject of a motion that is

09:14:22 15   set for hearing following the conference, which is the PSC's

09:14:27 16   motion to compel sufficient responses by defendants to our

09:14:31 17   request for admissions.

09:14:33 18        This deals with the status of the voluminous

09:14:36 19   amount of documents that have been produced, and we would like

09:14:39 20   to be briefly heard on that; although, we understand from our

09:14:43 21   discussion in chambers that there is, perhaps, more meet and

09:14:46 22   confer work to be done on resolving that area, but it is time

09:14:49 23   critical, and Fred Longer for the PSC will briefly state what

09:14:55 24   the PSC's concerns are in presenting that motion today.

09:14:59 25        The other matter in the discovery area which has

*OFFICIAL TRANSCRIPT*

09:15:03 1    not been resolved has to do with material to be produced by

09:15:07 2    experts at depositions.  Plaintiff experts in particular.  We

09:15:11 3    have an earlier pretrial order which defines and describes what

09:15:15 4    experts are to produce in connection with giving their expert

09:15:19 5    reports.  The defendants have sought additional material from

09:15:21 6    certain experts in deposition.  We've had some meet and confer

09:15:25 7    discussions about this, and the defendants yesterday have filed

09:15:28 8    a motion to bring that matter to court for your input and

09:15:33 9    assistance.

09:15:33 10            We will work with the defendants on getting an

09:15:37 11   appropriate time for the hearing -- the further briefing and

09:15:40 12   hearing on that motion.  It currently is set, I believe, for

09:15:45 13   mid-December, which is just a regular hearing date, but we'll

09:15:49 14   try to coordinate with the defendants and get that date fixed

09:15:52 15   in a time that's convenient to the parties.

09:15:54 16            Nothing new to report on Section 12 dealing with

09:15:59 17   discovery to third parties.

09:16:05 18            That brings us to Section 13, state/federal

09:16:09 19   coordination, and I think Ms. Barrios is here to make a report

09:16:12 20   for the PSC.

09:16:14 21        MS. BARRIOS:  Thank you, Mr. Meunier.

09:16:15 22            Good morning, Your Honor.  Dawn Barrios for the

09:16:18 23   federal/state committee.

09:16:19 24            I have given your law clerk two different charts,

09:16:22 25   and they are a little different than what I usually do.

*OFFICIAL TRANSCRIPT*

09:16:25  1   Because Philadelphia now has trial dates that begin in
09:16:33  2   September 2017, and it will be every two weeks, I gave
09:16:36  3   Your Honor and the defendants a chart with the different
09:16:38  4   plaintiffs that will go forward, their indication, and how they
09:16:44  5   were selected.  Judge New did use some random selections.  He
09:16:48  6   had BrownGreer do six random selections.
09:16:50  7          Ms. Sharko advised me today that two of the
09:16:53  8   plaintiffs have to be substituted out, so I will -- when I
09:16:57  9   learn those names of those plaintiffs, I'll substitute that for
09:17:00 10   Your Honor.
09:17:01 11          Mr. Weinkowitz had asked me to please make sure
09:17:06 12   that I report to the Court the cooperation between the MDL and
09:17:10 13   Philadelphia.  About two weeks ago, Mr. Roger Denton hosted a
09:17:15 14   meeting between MDL attorneys and all the Philadelphia
09:17:21 15   attorneys who had cases.
09:17:22 16          I want to thank him, Kurt Goza, and
09:17:26 17   Emma Kingsdorf from my office, and I went and we did
09:17:29 18   presentations of all the issues that we thought would be
09:17:32 19   pertinent for the counsel for Philadelphia since we were so far
09:17:36 20   in front of them.
09:17:36 21          It was well attended and there was about 25
09:17:40 22   different Philadelphia attorneys.  We gave them access to
09:17:45 23   special databases with information in it, so Mr. Weinkowitz
09:17:48 24   wanted to thank the MDL and to make sure that you're aware of
09:17:53 25   that level of cooperation.

*OFFICIAL TRANSCRIPT*

09:17:55  1          The second chart, Your Honor, it looks like the
09:17:59  2   usual chart.  It's state court stats.  As usual, the
09:18:05  3   highlighted judges are the new judges; however, if you'll note,
09:18:09  4   California now has the JCCP, so those cases that are now in
09:18:14  5   front of other California judges will ultimately be
09:18:17  6   transferred.
09:18:17  7          California has a status conference on
09:18:22  8   December 12th, and I'll be able to give you a report as soon as
09:18:25  9   that is over.
09:18:27 10          There is a large number of cases in Delaware that
09:18:30 11   have been filed basically by one firm, and I understand that
09:18:34 12   the majority of that firm's filings, the defendants have filed
09:18:39 13   dispositive motions, so I'm to follow up with that firm and get
09:18:43 14   further information on the Delaware cases.
09:18:45 15          In St. Louis, the city of St. Louis, there is a
09:18:51 16   trial date set, Ms. Sharko advised today, of January 2017.
09:18:55 17   I'll try to get some further information on that for
09:18:58 18   Your Honor.
09:18:58 19          Your Honor, I know that in that court the motions
09:19:02 20   judge is not necessarily the trial judge, so I'm going to try
09:19:05 21   to find out who the trial judge will be for that trial and get
09:19:09 22   that information to you.
09:19:11 23          THE COURT:  Okay.  Ms. Sharko, do you want to say
09:19:15 24   something?
09:19:15 25          MS. SHARKO:  2018.

                    *OFFICIAL TRANSCRIPT*

09:19:20 1    MS. BARRIOS:  2018.

09:19:22 2        So, of all of the stats that we have, the number

09:19:24 3    of state court cases filed is 1373, and the number of current

09:19:31 4    Xarelto users in suit is 1588, and the vast, vast majority of

09:19:37 5    that is in Pennsylvania with 1093 cases.

09:19:41 6        THE COURT:  Okay.  I've been trying to coordinate with

09:19:44 7    my state colleagues, and they have been helpful to me, and I

09:19:48 8    appreciate all of the work that they've done and their help to

09:19:51 9    the MDL.

09:19:52 10       I'm going to make sure that they know about the

09:19:57 11   *Daubert* hearing, any oral presentations that we have.  I'll

09:20:01 12   make arrangements for them to either participate in person or

09:20:04 13   to participate by phone or video or whatever means they would

09:20:09 14   like to participate in.

09:20:11 15       Some of the issues may be a Frye issue for them,

09:20:14 16   some of them maybe be *Daubert* issues, but at least they'll have

09:20:18 17   the benefit of hearing the presentation, and I'll give them

09:20:22 18   copies of all of the documents that's filed with me so that

09:20:25 19   they can have access to them.

09:20:30 20       MS. BARRIOS:  Your Honor, I'll get together with

09:20:33 21   Ms. Sharko and give you the judges' names of the cases that are

09:20:35 22   most developed that may be ready for *Daubert* when you are.

09:20:38 23       THE COURT:  Okay.  So, no cases are set before the MDL

09:20:42 24   trials are set?

09:20:43 25       MS. BARRIOS:  No, Your Honor.  You're first.

*OFFICIAL TRANSCRIPT*

09:20:45  1          MS. SHARKO:  That's correct.  The MDL first.

09:20:48  2          THE COURT:  All right.  Okay.  We'll make sure that

09:20:49  3  they have the advantage of knowing what's happened and how we

09:20:54  4  are doing it.

09:20:55  5          MS.  BARRIOS:  Thank you, Your Honor.

09:20:57  6          THE COURT:  Thank you very much, Dawn.

09:20:57  7          MR. MEUNIER:  Your Honor, would you like to hear a

09:20:59  8  report now from BrownGreer on MDL Centrality?

09:21:03  9          THE COURT:  Yes.

09:21:07 10          MR. WOODY:  My name is Jake Woody from BrownGreer.  I

09:21:38 11  have just a brief report for you on the fact sheets which we

09:21:40 12  talked about a few minutes ago, and I can flesh out some

09:21:44 13  details for you on that.

09:21:45 14          So far we have 13,335 fact sheets submitted.

09:21:51 15  That's an increase of 736 since the last status conference.

09:21:53 16  Another 1,268 fact sheets in progress.  They haven't been filed

09:21:59 17  yet, which gives us a total of 14,264 plaintiffs in our system.

09:22:06 18  Of the 13,000 fact sheets that have been submitted, 3,166 have

09:22:12 19  been amended at least once.

09:22:13 20          I believe that that total of 14,200 roughly

09:22:19 21  aligns with the number of cases.  There is a lag time between

09:22:22 22  when a case is filed and when they register with our system, so

09:22:25 23  that might explain any gap between the two numbers.

09:22:28 24          This is our monthly submission timeline.  As you

09:22:33 25  know, we received a significant number of fact sheets in August

**OFFICIAL TRANSCRIPT**

09:22:36  1   of 2016, 3,515 in that month, but since then the numbers have

09:22:42  2   returned to normal -- 641 in September, 618 in October, and 513

09:22:48  3   so far in November.

09:22:50  4          Those numbers align with our typical average of

09:22:53  5   between five and 600 fact sheets every month, and I don't see

09:22:56  6   any reason why that number will change in any way going forward

09:23:00  7   for the next -- for the foreseeable future.

09:23:03  8          Our demographics are stable despite the increase

09:23:07  9   in fact sheets -- 51 percent male, 49 percent female.  Our

09:23:12  10  largest age group is between 60 and 79, which are rows four and

09:23:18  11  five on the age chart.  As you can see, 53 percent of all of

09:23:21  12  our plaintiffs are between 60 and 79, so that makes up our

09:23:26  13  largest age group there.

09:23:27  14         When we look at our demographics and compare them

09:23:30  15  to the discovery pool, we've done this over the last few status

09:23:34  16  conferences, these numbers are stable and aren't changing much.

09:23:38  17  As I mentioned, 51 percent male in the MDL, and 52 percent of

09:23:42  18  the discovery pool is male, so it it's aligned well.

09:23:46  19         60 to 79 age group is 53 percent of the MDL,

09:23:51  20  77 percent of the discovery pool.  I believe when the discovery

09:23:55  21  pool was created, the most prevalent factors were weighted to

09:24:00  22  try to get the discovery pool to be as representative of the

09:24:03  23  MDL as possible, so this is a little bit higher percentage in

09:24:08  24  the discovery pool, but that's intentional for most of these

09:24:08  25  factors.

*OFFICIAL TRANSCRIPT*

09:24:12  1          The alleged injury, gastrointestinal bleed, is

09:24:18  2   54 percent of the MDL, 72 percent of the discovery pool, and

09:24:20  3   the indication -- the largest indication is reduction of stroke

09:24:25  4   risk.  That's 52 percent of the MDL and 72 percent of the

09:24:29  5   discovery pool.

09:24:30  6          Finally, hospitalization, 92 percent of the MDL

09:24:32  7   alleges some hospitalization, and 97 percent of the discovery

09:24:36  8   pool does the same.

09:24:37  9          So the MDL and the discovery pool match up well.

09:24:42 10   Obviously, there is some weighting to try to get the discovery

09:24:45 11   pool to find the most representative chases, which is why the

09:24:48 12   discovery pool is, in some cases, a little bit higher

09:24:52 13   percentage than the MDL as a whole.

09:24:53 14       THE COURT:  You see, that's the importance of the fact

09:24:55 15   sheets, folks.  When we get the fact sheets in digitally, we

09:25:00 16   are able to massage them and make some sense out of them

09:25:03 17   insofar as various categories -- male, age, GI bleeds, stroke

09:25:08 18   risks, and hospitalization.  Then we try to create a discovery

09:25:15 19   pool that mimics the census of the litigation.

09:25:21 20          The discovery pool then is discovered in detail,

09:25:25 21   and both sides, after they are finished with the discovery

09:25:28 22   pool, has the opportunity to participate in selecting the

09:25:31 23   bellwether cases which we select from the discovery pool.

09:25:34 24          That gives us an opportunity to pick

09:25:39 25   representative cases that mimic the census of the whole

*OFFICIAL TRANSCRIPT*

09:25:44  1  litigation to give the attorneys and give the litigants an

09:25:49  2  opportunity to see how juries act under various matters that

09:25:54  3  are presented in those cases.  That's part of the whole

09:25:58  4  litigation, and that's why it's so critical that we get fact

09:26:02  5  sheets.

09:26:04  6          MR. WOODY:  Finally, Your Honor, just some brief

09:26:06  7  numbers on our system.  We had 436 firms using the system.

09:26:13  8  1651 individual users.  We've identified 117 duplicate

09:26:16  9  plaintiffs by using Social Security numbers so that we can

09:26:20 10 resolve those issues earlier rather than later.

09:26:22 11         We have 163,000 documents that have been uploaded

09:26:25 12 into the system -- medical records, HIPAA authorization, things

09:26:29 13 of that nature.

09:26:30 14         Finally, we have distributed 6,260 of the Court's

09:26:34 15 pleadings and orders to plaintiffs' counsel.

09:26:38 16         That's all I have, Your Honor.  I appreciate your

09:26:40 17 time.  Thank you.

09:26:41 18         THE COURT:  Okay.  Thank you very much.  I appreciate

09:26:42 19 it.

09:26:44 20         Anything more, Jerry?

09:26:45 21         MR. MEUNIER:  No, Your Honor.  The next conference

09:26:46 22 is --

09:26:46 23         THE COURT:  Okay.  The next conference is

09:26:48 24 December 20th, and the following after that is January 20th,

09:26:53 25 both at nine o'clock.

*OFFICIAL TRANSCRIPT*

09:26:55  1          Okay.  Steve, you have something?

09:26:58  2          MR. GLICKSTEIN:  Yes, Your Honor, one question about

09:27:00  3  what Jerry had said.  My understanding from our chambers

09:27:04  4  discussion is that the issue on request for admission

09:27:08  5  concerning admissibility of documents was to be the subject of

09:27:12  6  a further meet and confer between the plaintiffs and defendants

09:27:17  7  in light of Your Honor's guidance.

09:27:19  8          I'm certainly prepared to argue the motion, if

09:27:21  9  that's what plaintiffs want to do and what the Court wants to

09:27:24 10  hear.  It seems to me, Your Honor told us what you wanted to

09:27:26 11  happen, which is that there would be a smaller number of

09:27:31 12  exhibits, and we work out a scheduling.  I think it's probably

09:27:34 13  most productive.

09:27:35 14          THE COURT:  Okay.  That was my understanding.

09:27:36 15          Fred, where are you on this point?

09:27:38 16          MR. LONGER:  Your Honor, it was my understanding that

09:27:40 17  was Mr. Glickstein's position.  Our thought was that we would

09:27:44 18  at least make our presentation, and hopefully we could narrow

09:27:46 19  some of the issues.

09:27:47 20          I do think that the motion -- well, let me put it

09:27:51 21  differently.  I do think that the objections that they raised

09:27:54 22  are simply placeholders and that it's important for us to get

09:27:59 23  deadlines in place fast so that we can get to a point where our

09:28:08 24  exhibit list is due on February 10th, and we need to have the

09:28:12 25  information in advance of that February 10th deadline.

*OFFICIAL TRANSCRIPT*

09:28:15  1          I understand that's their position, which is,

09:28:18  2   well, we're trying to basically hop-skip over the February 10th

09:28:24  3   deadline, but we need this information to prepare for the

09:28:28  4   February 10th deadline.

09:28:30  5          That's why I think it's important for us to at

09:28:33  6   least nail that down.  Whether it's done by motion or whether

09:28:36  7   it's done by agreement, that's one thing, but we haven't gotten

09:28:41  8   the cooperation on this end, which is what got us to a motion.

09:28:45  9          THE COURT:  Okay.  Let's do it this way:  Let's split

09:28:48 10   the difference, and I'll give you all an opportunity to confer,

09:28:52 11   but I'll take this up on our next Wednesday conference, which

09:28:56 12   is, what, this Wednesday or next Wednesday?  Next Wednesday?

09:29:03 13          MR. IRWIN:  December 8th, I believe, Your Honor.

09:29:06 14          MR. MEUNIER:  Next week.

09:29:06 15          THE COURT:  Yes, December 8th.

09:29:08 16          THE DEPUTY CLERK:  At 3:30.

09:29:09 17          THE COURT:  December 8th at 3:30.  We'll do it on the

09:29:12 18   telephone, and I'll hear from you all at that time.

09:29:14 19          Get together, Steve, with Fred and see whether or

09:29:17 20   not you all can narrow the issue.

09:29:20 21          My thinking there is that we're dealing with

09:29:24 22   about 1,600 documents, and some of the objections are in the

09:29:29 23   800 category of the Federal Rules.  Some of that can be dealt

09:29:36 24   with a little more easily than others, and it takes some

09:29:41 25   scrutinizing of some of the issues; therefore, time presents a

**OFFICIAL TRANSCRIPT**

09:29:45 1      problem.

09:29:45 2                  So from the plaintiffs' standpoint, you ought to

09:29:48 3      try to shrink the number, and then the defendant can answer on

09:29:52 4      those numbers, and then I'll deal with it, but 1,600 is too

09:29:57 5      many for this period of time.  See if you can refine it a

09:30:01 6      little bit.

09:30:01 7                  Then some of the decisions that were made, there

09:30:07 8      may be a need for presentation for some of the others, but at

09:30:11 9      least it ought to be streamlined a little bit.  I think the

09:30:17 10     plaintiffs are asking for too many at this time.

09:30:20 11                 I do think you ought to know, just as I said in

09:30:24 12     chambers, I would like you all to know long before which

09:30:30 13     documents are admissible, which are not admissible so that you

09:30:34 14     don't have to deal with that.  You deal strictly with the trial

09:30:38 15     and not worry about evidence issues.

09:30:43 16                 I'll have those streamlined for you and ruled on

09:30:46 17     immediately.  You'll be able to deal with the trial issues and

09:30:52 18     know what's getting in and not getting in.

09:30:55 19                 I hear you on the time.  I agree with that.  Both

09:30:58 20     sides, I think, profit from having decisions made prior to the

09:31:01 21     trial, but in order to make it doable, I think you have to have

09:31:07 22     a smaller number of issues.

09:31:09 23                 MR. LONGER:  Thank you, Your Honor.

09:31:11 24                 THE COURT:  Okay.

09:31:12 25                 MR. MEUNIER:  Your Honor, since that will be heard next

**OFFICIAL TRANSCRIPT**

09:31:15 1    Thursday, the 8th, perhaps we could have an agreement that by

09:31:18 2    Monday we'll report to the Court on the further discussions so

09:31:22 3    it will narrow and the Court will know what is actually still

09:31:25 4    at issue for purposes of the (speaking simultaneously)  --

09:31:27 5         THE COURT:  Yeah, I don't have problems with that.

09:31:29 6         MR. MEUNIER:  Thank you, Judge.

09:31:29 7         THE COURT:  Okay.  Let's see.  We'll take a break at

09:31:33 8    this time and come back for the motions.  We have a couple of

09:31:34 9    motions.

09:31:35 10        MR. MEUNIER:  Yes, we have a motion to withdraw.

09:31:37 11        THE COURT:  All right.  The Court will stand in recess

09:31:39 12   five minutes.

09:31:40 13        THE DEPUTY CLERK:  All rise.

14        (WHEREUPON, at 9:31 a.m., the proceedings were

15   concluded.)

16                         *   *   *

17                    REPORTER'S CERTIFICATE

18        I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Certified Court Reporter in and for the State
19   of Louisiana, Official Court Reporter for the United States
     District Court, Eastern District of Louisiana, do hereby
20   certify that the foregoing is a true and correct transcript to
     the best of my ability and understanding from the record of the
21   proceedings in the above-entitled and numbered matter.

22

23                         s/Cathy Pepper
                           Cathy Pepper, CRR, RMR, CCR
                           Official Court Reporter
24                         United States District Court
09:40:36                   Cathy_Pepper@laed.uscourts.gov
25

                    *OFFICIAL TRANSCRIPT*

**0**

07932 [1] - 3:8

**1**

1 [1] - 3:11
1,268 [1] - 16:16
1,600 [2] - 21:22, 22:4
10 [6] - 5:10, 5:11, 5:12, 5:13, 5:16, 10:19
100 [1] - 2:11
10019 [1] - 3:15
1093 [1] - 15:5
10th [4] - 20:24, 20:25, 21:2, 21:4
11 [2] - 5:17, 11:8
1100 [3] - 1:20, 2:15, 3:4
117 [1] - 19:8
12 [3] - 5:18, 5:19, 12:16
1200 [1] - 2:11
12th [1] - 14:8
13 [1] - 12:18
13,000 [1] - 16:18
13,335 [1] - 16:14
1320 [1] - 3:23
1373 [1] - 15:3
14,200 [1] - 16:20
14,264 [1] - 16:17
14-MD-2592 [1] - 1:5
1588 [1] - 15:4
16 [1] - 5:20
16,000 [1] - 9:11
163,000 [1] - 19:11
1651 [1] - 19:8
17TH [1] - 3:22
19 [1] - 5:22
1900 [1] - 4:4
19103 [1] - 3:11
19106 [1] - 2:4

**2**

2 [1] - 7:9
20 [2] - 5:24, 10:16
2000 [1] - 3:11
20036 [1] - 4:4
2016 [4] - 1:6, 6:3, 10:16, 17:1
2017 [2] - 13:2, 14:16
2018 [2] - 14:25, 15:1
20TH [2] - 5:21, 5:22
20th [2] - 19:24
23 [1] - 7:7

**23A** [1] - 7:5
2400 [1] - 3:19
25 [1] - 13:21
250 [1] - 3:15
2592 [1] - 6:13
2700 [1] - 2:23
28 [3] - 5:14, 10:20, 11:1
2800 [2] - 1:20, 1:20
29 [2] - 1:6, 6:3
29201 [1] - 3:23
2A [1] - 7:16
2B [1] - 7:11

**3**

3 [1] - 8:3
3,166 [1] - 16:18
3,515 [1] - 17:1
3102 [1] - 2:15
316 [1] - 1:24
32502 [1] - 1:25
36103 [1] - 2:8
3650 [1] - 2:18
3:30 [2] - 21:16, 21:17

**4**

400 [1] - 2:23
4160 [1] - 2:8
436 [1] - 19:7
4455 [1] - 7:6
49 [1] - 17:9
4A [1] - 8:8
4TH [1] - 2:11

**5**

5 [1] - 8:10
500 [3] - 2:4, 3:7, 4:15
504 [1] - 4:16
51 [2] - 17:9, 17:17
510 [1] - 2:4
513 [1] - 7:2
52 [2] - 17:17, 18:4
53 [2] - 17:11, 17:19
54 [1] - 18:2
55TH [1] - 3:15
589-7779 [1] - 4:16

**6**

6 [1] - 10:12
6,260 [1] - 19:14
60 [3] - 17:10, 17:12, 17:19
600 [2] - 1:24, 17:5

618 [1] - 17:2
63102 [1] - 2:12
641 [1] - 17:2

**7**

7 [3] - 5:5, 5:6, 10:12
701 [1] - 2:18
70112 [1] - 3:19
70113 [1] - 1:16
70130 [2] - 2:23, 4:15
70139 [1] - 17:20
70163 [2] - 1:21, 3:4
72 [2] - 18:2, 18:4
736 [1] - 16:15
75219 [1] - 2:15
77 [1] - 17:20
79 [3] - 17:10, 17:12, 17:19

**8**

8 [4] - 5:7, 5:8, 5:9, 10:14
800 [2] - 4:4, 21:23
820 [1] - 1:16
8th [4] - 21:13, 21:15, 21:17, 23:1

**9**

9 [1] - 10:17
909 [1] - 3:19
92 [1] - 18:6
97 [1] - 18:7
9:00 [1] - 1:6
9:31 [1] - 23:14

**A**

A.M [1] - 1:6
a.m [1] - 23:14
ability [1] - 23:20
able [3] - 14:8, 18:16, 22:17
above-entitled [1] - 23:21
access [2] - 13:22, 15:19
act [1] - 19:2
ACTION [1] - 1:5
additional [1] - 12:5
address [1] - 7:22
addresses [1] - 11:2
ADMISSIBILITY [1] - 5:24
admissibility [1] -

20:5
admissible [2] - 22:13
ADMISSION [1] - 5:23
admission [1] - 20:4
admissions [1] - 11:17
advance [1] - 20:25
advantage [1] - 16:3
advised [2] - 13:7, 14:16
AFTER [1] - 5:22
age [5] - 17:10, 17:11, 17:13, 17:19, 18:17
agenda [1] - 6:23
AGENDA [1] - 5:3
ago [3] - 6:22, 13:13, 16:12
agree [1] - 22:19
agreement [2] - 21:7, 23:1
AL [1] - 2:8
align [1] - 17:4
aligned [1] - 17:18
aligns [1] - 16:21
ALL [1] - 1:8
alleged [1] - 18:1
alleges [1] - 18:7
ALLEN [1] - 2:6
ALSO [2] - 4:7, 4:9
amended [2] - 7:22, 16:19
amount [1] - 11:19
AND [4] - 1:19, 5:15, 5:21
ANDREW [2] - 3:14, 4:11
answer [1] - 22:3
answering [1] - 10:8
ANTHONY [1] - 2:7
anticipate [1] - 7:23
appearance [1] - 6:16
APPEARANCES [4] - 1:13, 2:1, 3:1, 4:1
appreciate [3] - 15:8, 19:16, 19:18
appropriate [2] - 9:4, 12:11
area [2] - 11:22, 11:25
argue [2] - 9:1, 20:8
arrangements [1] - 15:12
assistance [1] - 12:9
assists [1] - 8:16
AT [1] - 5:22
attended [1] - 13:21
attorneys [4] - 13:14, 13:15, 13:22, 19:1
August [1] - 16:25
authorization [1] -

19:12
available [1] - 8:25
AVENUE [2] - 1:16, 2:15
average [1] - 17:4
aware [1] - 13:24

**B**

BARON [1] - 2:14
BARR [1] - 1:24
BARRASSO [1] - 3:17
Barrios [2] - 12:19, 12:22
BARRIOS [7] - 2:17, 2:18, 12:21, 15:1, 15:20, 15:25, 16:5
basis [1] - 8:13
BAYER [1] - 5:11
Bayer [1] - 10:13
BAYLEN [1] - 1:24
BEASLEY [1] - 2:6
BEFORE [1] - 1:11
begin [1] - 13:1
BELLWETHER [1] - 5:7
bellwether [3] - 7:12, 8:4, 18:23
benefit [1] - 15:17
BENJAMIN [1] - 1:18
Benjamin [1] - 6:17
BERMAN [1] - 2:3
best [1] - 23:20
BETH [1] - 4:3
between [9] - 10:21, 13:12, 13:14, 16:21, 16:23, 17:5, 17:10, 17:12, 20:6
BETWEEN [1] - 5:15
BIDDLE [2] - 3:6, 3:10
BIRCHFIELD [1] - 2:7
bit [5] - 8:2, 17:23, 18:12, 22:6, 22:9
biweekly [1] - 11:5
bleed [1] - 18:1
bleeds [1] - 18:17
BOGARD [1] - 2:10
BOTH [1] - 5:22
BOX [1] - 2:8
break [1] - 23:7
BRIAN [1] - 1:24
brief [2] - 16:11, 19:6
briefing [1] - 12:11
briefly [3] - 11:8, 11:20, 11:23
bring [2] - 8:23, 12:8
brings [1] - 12:18
BROWN [1] - 4:7
BROWNGREER [1] -

5:20
**BrownGreer** [3] - 13:6, 16:8, 16:10
**BUDD** [1] - 2:14
**bundled** [1] - 10:15
**BUNDLING** [1] - 5:12
**bundling** [1] - 10:14
**BY** [19] - 1:15, 1:19, 1:24, 2:3, 2:7, 2:11, 2:14, 2:18, 2:22, 3:3, 3:7, 3:10, 3:14, 3:18, 3:22, 4:3, 4:18, 4:18, 5:14

**C**

**California** [3] - 14:4, 14:5, 14:7
**CALLED** [1] - 6:4
**CAMPUS** [1] - 3:7
**cannot** [1] - 8:23
**case** [6] - 6:12, 7:9, 9:13, 10:3, 10:24, 16:22
**CASE** [1] - 5:6
**cases** [18] - 8:18, 8:21, 8:22, 9:9, 9:11, 13:15, 14:4, 14:10, 14:14, 15:3, 15:5, 15:21, 15:23, 16:21, 18:12, 18:23, 18:25, 19:3
**CASES** [1] - 1:8
**CASTEIX** [1] - 2:17
**categories** [1] - 18:17
**category** [1] - 21:23
**CATHY** [1] - 4:13
**Cathy** [2] - 23:18, 23:23
**Cathy_Pepper@laed .uscourts.gov** [1] - 23:24
**cathy_Pepper@laed. uscourts.gov** [1] - 4:16
**CCR** [2] - 4:13, 23:23
**census** [2] - 18:19, 18:25
**CENTER** [1] - 2:22
**Centrality** [1] - 16:8
**CENTRALITY............** [1] - 5:20
**CENTRE** [1] - 1:20
**CERTAIN** [1] - 5:11
**certain** [2] - 10:13, 12:6
**certainly** [1] - 20:8
**CERTIFICATE** [1] - 23:17

**CERTIFIED** [1] - 4:14
**Certified** [2] - 23:18, 23:18
**certify** [1] - 23:20
**CHAFFE** [1] - 3:3
**chambers** [5] - 7:14, 10:22, 11:21, 20:3, 22:12
**CHANDA** [1] - 3:10
**change** [1] - 17:6
**changing** [1] - 17:16
**chart** [4] - 13:3, 14:1, 14:2, 17:11
**charts** [1] - 12:24
**chases** [1] - 18:11
**CHRIS** [1] - 4:10
**city** [1] - 14:15
**CIVIL** [1] - 1:5
**clerk** [1] - 12:24
**CLERK** [4] - 6:7, 6:13, 21:16, 23:13
**CMO** [2] - 7:11, 7:16
**coliaison** [1] - 6:18
**colleagues** [1] - 15:7
**COLUMBIA** [1] - 3:23
**committee** [1] - 12:23
**compare** [1] - 17:14
**compel** [1] - 11:16
**complaints** [2] - 10:14, 10:15
**COMPLAINTS............** ..................... [1] - 5:12
**comply** [1] - 10:7
**COMPUTER** [1] - 4:18
**concerned** [1] - 7:17
**concerning** [2] - 8:14, 20:5
**CONCERNING** [1] - 5:23
**concerns** [1] - 11:24
**concluded** [1] - 23:15
**confer** [5] - 11:13, 11:22, 12:6, 20:6, 21:10
**CONFERENCE** [2] - 1:10, 5:21
**conference** [10] - 6:22, 7:5, 7:10, 9:8, 11:15, 14:7, 16:15, 19:21, 19:23, 21:11
**conferences** [1] - 17:16
**conflict** [1] - 7:19
**connection** [1] - 12:4
**CONTACT** [1] - 5:8
**contact** [6] - 8:5, 8:7, 8:19, 10:23, 10:24, 11:2
**contain** [1] - 8:14

**continue** [2] - 7:21, 11:4
**CONTINUED** [3] - 2:1, 3:1, 4:1
**convenient** [1] - 12:15
**cooperation** [3] - 13:12, 13:25, 21:8
**coordinate** [2] - 12:14, 15:6
**coordination** [1] - 12:19
**COORDINATION.......** .................... [1] - 5:19
**copies** [1] - 15:18
**correct** [2] - 16:1, 23:20
**COUNSEL** [4] - 1:15, 2:21, 5:8, 5:15
**counsel** [1] - 6:15, 6:18, 6:23, 8:5, 8:7, 8:19, 8:25, 9:17, 10:21, 13:19, 19:15
**couple** [2] - 11:10, 23:8
**course** [1] - 8:24
**Court** [14] - 7:1, 7:11, 7:21, 9:5, 13:12, 20:9, 23:2, 23:3, 23:11, 23:18, 23:19, 23:19, 23:23, 23:24
**court** [4] - 12:8, 14:2, 14:19, 15:3
**COURT** [26] - 1:1, 4:13, 6:4, 6:8, 6:12, 6:15, 6:21, 7:23, 9:7, 14:23, 15:6, 15:23, 16:2, 16:6, 16:9, 18:14, 19:18, 19:23, 20:14, 21:9, 21:15, 21:17, 22:24, 23:5, 23:7, 23:11
**Court's** [2] - 10:19, 19:14
**create** [1] - 18:18
**created** [1] - 17:21
**critical** [2] - 11:23, 19:4
**CROW** [1] - 2:6
**CRR** [2] - 4:13, 23:23
**current** [2] - 8:7, 15:3

**D**

**DALLAS** [1] - 2:15
**DANIEL** [1] - 2:14
**databases** [1] - 13:23
**date** [3] - 12:13, 12:14, 14:16
**dates** [1] - 13:1

**Daubert** [6] - 7:17, 7:20, 7:23, 15:11, 15:16, 15:22
**DAVID** [2] - 1:18, 3:22
**Davis** [1] - 8:6
**DAVIS** [1] - 7:3
**Dawn** [2] - 12:22, 16:6
**DAWN** [1] - 2:18
**DC** [1] - 4:4
**deadline** [4] - 10:15, 20:25, 21:3, 21:4
**deadlines** [7] - 7:11, 7:15, 7:16, 7:20, 7:22, 9:4, 20:23
**deal** [4] - 22:4, 22:14, 22:17
**dealing** [8] - 7:18, 10:12, 10:13, 10:14, 10:17, 11:8, 12:16, 21:21
**deals** [1] - 11:18
**dealt** [2] - 10:23, 21:23
**DECEMBER** [1] - 5:21
**December** [6] - 12:13, 14:8, 19:24, 21:13, 21:15, 21:17
**decides** [1] - 9:15
**decisions** [2] - 22:7, 22:20
**defective** [1] - 10:9
**DEFENDANT** [1] - 5:10
**defendant** [2] - 10:12, 22:3
**DEFENDANTS** [1] - 3:3
**defendants** [14] - 6:20, 8:11, 8:17, 8:23, 9:20, 10:13, 11:16, 12:5, 12:7, 12:10, 12:14, 13:3, 14:12, 20:6
**DEFENDANTS'** [1] - 2:21
**DEFENDANTS......** [1] - 5:11
**deficiencies** [1] - 8:11
**defines** [1] - 12:3
**Delaware** [2] - 14:10, 14:14
**demographics** [2] - 17:8, 17:14
**Denton** [1] - 13:13
**DENTON** [2] - 2:10, 2:11
**deposition** [3] - 7:7, 7:8, 12:6
**depositions** [2] - 7:19, 12:2
**DEPUTY** [4] - 6:7,

6:13, 21:16, 23:13
**described** [1] - 9:4
**describes** [1] - 12:3
**despite** [1] - 17:8
**detail** [1] - 18:20
**details** [1] - 16:13
**developed** [1] - 15:22
**difference** [1] - 21:10
**different** [4] - 12:24, 12:25, 13:3, 13:22
**differently** [1] - 20:21
**digitally** [1] - 18:15
**discovered** [1] - 18:20
**DISCOVERY** [1] - 5:18
**discovery** [24] - 10:9, 10:23, 11:4, 11:7, 11:9, 11:10, 11:25, 12:17, 17:15, 17:18, 17:20, 17:22, 17:24, 18:2, 18:5, 18:7, 18:9, 18:10, 18:12, 18:18, 18:20, 18:21, 18:23
**DISCOVERY.............** ..................... [1] - 5:17
**discuss** [1] - 6:23
**discussed** [1] - 8:9
**discussing** [1] - 9:16
**discussion** [2] - 11:21, 20:4
**discussions** [2] - 12:7, 23:2
**dismissal** [1] - 8:23
**dismissed** [1] - 10:4
**dispositive** [1] - 14:13
**distributed** [1] - 19:14
**DISTRICT** [3] - 1:1, 1:1, 1:11
**District** [3] - 23:19, 23:24
**doable** [1] - 22:21
**Document** [1] - 7:6
**DOCUMENT** [1] - 1:7
**documents** [6] - 11:19, 15:18, 19:11, 20:5, 21:22, 22:13
**DOCUMENTS............** .............. [1] - 5:24
**DONALD** [1] - 4:9
**done** [5] - 11:22, 15:8, 17:15, 21:6, 21:7
**down** [1] - 21:6
**DRINKER** [2] - 3:6, 3:10
**DRIVE** [1] - 3:7
**due** [1] - 20:24
**DUKES** [1] - 3:22
**duplicate** [1] - 19:8

during [1] - 7:2

## E

easily [1] - 21:24
EASTERN [1] - 1:1
Eastern [1] - 23:19
effect [2] - 7:6, 10:8
either [3] - 8:12, 11:11, 15:12
ELDON [1] - 1:11
Emma [1] - 13:17
emphasize [1] - 8:6
end [1] - 21:8
ENERGY [1] - 1:20
entered [4] - 7:2, 7:4, 7:10, 7:11
entitled [1] - 23:21
ESKOVITZ [1] - 4:3
ESQUIRE [21] - 1:15, 1:19, 1:24, 2:3, 2:7, 2:11, 2:14, 2:18, 2:22, 3:3, 3:7, 3:10, 3:14, 3:14, 3:18, 3:22, 4:3, 4:9, 4:10, 4:10, 4:11
events [1] - 9:5
evidence [1] - 22:15
except [1] - 10:14
exhibit [1] - 20:24
exhibits [1] - 20:12
exist [1] - 8:18
existing [1] - 7:20
expert [2] - 7:8, 12:4
experts [4] - 12:2, 12:4, 12:6
explain [1] - 16:23

## F

fact [22] - 8:9, 8:11, 8:12, 8:13, 9:8, 9:14, 9:16, 9:17, 9:18, 10:12, 11:6, 11:14, 16:11, 16:14, 16:16, 16:18, 16:25, 17:5, 17:9, 18:14, 18:15, 19:4
FACT [2] - 5:9, 5:10
factors [2] - 17:21, 17:25
failing [1] - 10:9
FALLON [1] - 1:11
far [4] - 9:11, 13:19, 16:14, 17:3
fast [1] - 20:23
February [4] - 20:24, 20:25, 21:2, 21:4

Federal [1] - 21:23
federal/state [1] - 12:23
female [1] - 17:9
few [2] - 16:12, 17:15
filed [9] - 8:12, 8:13, 12:7, 14:11, 14:12, 15:3, 15:18, 16:16, 16:22
filing [1] - 10:15
filings [1] - 14:12
fill [5] - 9:19, 9:20, 9:21, 9:22
filled [1] - 9:25
filling [2] - 9:25, 10:1
finally [3] - 18:6, 19:6, 19:14
finished [1] - 18:21
firm [2] - 14:11, 14:13
firm's [1] - 14:12
firms [1] - 19:7
first [4] - 7:1, 8:17, 15:25, 16:1
FISHBEIN [1] - 2:3
five [3] - 17:5, 17:11, 23:12
fixed [1] - 12:14
FL [1] - 1:25
flesh [1] - 16:12
FLOOR [1] - 3:22
FLORHAM [1] - 3:8
folks [1] - 18:15
follow [1] - 14:13
FOLLOWING [1] - 5:21
following [2] - 11:15, 19:24
FOR [6] - 1:14, 1:23, 2:21, 3:3, 5:15, 5:23
foregoing [1] - 23:20
foreseeable [1] - 17:7
form [1] - 9:16
formal [1] - 9:4
forms [1] - 8:5
FORMS.................... [1] - 5:8
forth [4] - 7:11, 7:16, 9:3, 10:20
FORTH [1] - 5:14
forward [2] - 13:4, 17:6
four [2] - 8:5, 17:10
fourth [1] - 7:12
Fred [3] - 11:23, 20:15, 21:19
FREDERICK [1] - 2:17
FREEMAN [1] - 3:18
FRITCHIE [1] - 2:21
FROM [1] - 5:20

front [2] - 13:20, 14:5
Frye [1] - 15:15
furnishing [1] - 8:17
future [1] - 17:7

## G

Gainsburgh [1] - 6:17
GAINSBURGH [1] - 1:18
gap [1] - 16:23
gastrointestinal [1] - 18:1
gentlemen [1] - 6:9
GERALD [1] - 1:19
GI [1] - 18:17
given [1] - 12:24
GLICKSTEIN [2] - 3:14, 20:2
Glickstein's [1] - 20:17
Goza [1] - 13:16
GREEN [1] - 4:9
GREER [1] - 4:7
group [3] - 17:10, 10:13, 17:19
growing [1] - 9:12
guidance [1] - 20:7
guidelines [3] - 7:7, 7:8, 10:20
GUIDELINES [1] - 5:15

## H

HB-275 [1] - 4:15
hear [4] - 16:7, 20:10, 21:18, 22:19
heard [2] - 11:20, 22:25
HEARD [1] - 1:11
hearing [6] - 11:15, 12:11, 12:12, 12:13, 15:11, 15:17
hearings [1] - 7:23
help [1] - 15:8
helpful [2] - 11:5, 15:7
Henry [1] - 7:13
hereby [1] - 23:19
HERMAN [1] - 1:15
higher [2] - 17:23, 18:12
highlighted [1] - 14:3
HIPAA [1] - 19:12
Honor [24] - 6:11, 6:19, 6:25, 7:14, 11:4, 12:22, 13:3, 13:10, 14:1, 14:18,

14:19, 15:20, 15:25, 16:5, 16:7, 19:6, 19:16, 19:21, 20:2, 20:10, 20:16, 21:13, 22:23, 22:25
Honor's [1] - 20:7
HONORABLE [1] - 1:11
hop [1] - 21:2
hop-skip [1] - 21:2
hope [1] - 9:5
hopefully [1] - 20:18
hospitalization [2] - 18:6, 18:7, 18:18
hosted [1] - 13:13

## I

identified [2] - 11:8, 19:8
identify [1] - 8:12
immediately [1] - 22:17
importance [2] - 8:7, 18:14
important [4] - 9:18, 9:19, 20:22, 21:5
IN [1] - 1:4
inadequate [1] - 8:14
increase [2] - 16:15, 17:8
indication [4] - 10:5, 13:4, 18:3
individual [3] - 9:11, 10:5, 19:8
INFORMATION [1] - 5:8
information [13] - 8:5, 8:8, 8:14, 9:15, 9:23, 10:2, 10:3, 13:23, 14:14, 14:17, 14:22, 20:25, 21:3
injury [1] - 18:1
input [1] - 12:8
insofar [2] - 7:16, 18:17
instead [1] - 9:14
intentional [1] - 17:24
interactions [1] - 10:21
INTERACTIONS [1] - 5:15
interrogatories [5] - 9:10, 9:12, 9:14, 10:8
Irwin [1] - 6:19
IRWIN [4] - 2:21, 2:22, 6:19, 21:13
IS [2] - 5:21, 5:22

issue [5] - 7:15, 15:15, 20:4, 21:20, 23:4
ISSUE [1] - 5:23
issues [10] - 11:7, 13:18, 15:15, 15:16, 19:10, 20:19, 21:25, 22:15, 22:17, 22:22
ITEMS [1] - 5:3

## J

JACOB [1] - 4:7
Jake [1] - 16:10
JAMES [1] - 2:22
January [2] - 14:16, 19:24
JANUARY [1] - 5:22
JCCP [1] - 14:4
Jerry [4] - 6:17, 7:1, 19:20, 20:3
Jim [1] - 6:19
JOHN [1] - 3:3
joint [1] - 7:1
JR [1] - 2:7
JUDGE [1] - 1:11
judge [3] - 14:20, 14:21
Judge [5] - 6:10, 8:10, 10:11, 13:5, 23:6
judges [3] - 14:3, 14:5
judges' [1] - 15:21
juries [1] - 19:2

## K

KASSAN [1] - 4:10
KATZ [1] - 1:15
KAYE [1] - 3:13
keeping [1] - 8:7
Kingsdorf [1] - 13:17
KINGSDORF [1] - 2:17
knowing [1] - 16:3
KUPPERMAN [1] - 3:17
Kurt [1] - 13:16

## L

LA [6] - 1:16, 1:21, 2:19, 2:23, 3:4, 4:15
ladies [1] - 6:8
lag [1] - 16:21
large [1] - 14:10
largest [3] - 17:10, 17:13, 18:3
last [5] - 7:5, 7:10, 11:6, 16:15, 17:15

**law** [1] - 12:24
**LAWN** [1] - 2:15
**lead** [1] - 6:22
**learn** [1] - 13:9
**least** [5] - 15:16, 16:19, 20:18, 21:6, 22:9
**led** [1] - 11:7
**Lenny** [1] - 8:6
**LEONARD** [1] - 1:15
**level** [1] - 13:25
**LEVIN** [2] - 1:23, 2:3
**Liability** [1] - 6:14
**LIABILITY** [1] - 1:4
**liaison** [2] - 6:15, 6:22
**LIAISON** [2] - 1:15, 2:21
**light** [1] - 20:7
**LIMITS** [1] - 5:14
**limits** [1] - 10:20
**list** [2] - 8:17, 20:24
**lists** [1] - 7:2
**litigants** [1] - 19:1
**litigation** [5] - 10:6, 10:7, 18:19, 19:1, 19:4
**LITIGATION** [1] - 1:4
**Litigation** [1] - 6:14
**LOGAN** [1] - 3:11
**LONGER** [3] - 2:3, 20:16, 22:23
**look** [1] - 17:14
**looks** [1] - 14:1
**LOUIS** [1] - 2:12
**Louis** [1] - 14:15
**Louisiana** [2] - 23:19, 23:19
**LOUISIANA** [3] - 1:1, 1:6, 3:19

---

**M**

**MAIN** [1] - 3:23
**majority** [2] - 14:12, 15:4
**male** [4] - 17:9, 17:17, 17:18, 18:17
**management** [1] - 7:9
**MANAGEMENT** [1] - 5:6
**massage** [1] - 18:16
**match** [1] - 18:9
**material** [2] - 12:1, 12:5
**matter** [6] - 8:1, 8:24, 9:10, 11:25, 12:8, 23:21
**matters** [3] - 8:17, 11:10, 19:2

---

**MCCALL** [1] - 3:3
**MDL** [18] - 5:20, 6:13, 7:3, 13:12, 13:14, 13:24, 15:9, 15:23, 16:1, 16:8, 17:17, 17:19, 17:23, 18:2, 18:4, 18:6, 18:9, 18:13
**means** [1] - 15:13
**MECHANICAL** [1] - 4:18
**medical** [1] - 19:12
**meet** [4] - 11:13, 11:21, 12:6, 20:6
**meeting** [1] - 13:14
**mentioned** [3] - 7:14, 10:22, 17:17
**MERIDIAN** [1] - 3:22
**Merit** [1] - 23:18
**MERIT** [1] - 4:14
**met** [1] - 6:22
**METHVIN** [1] - 2:6
**Meunier** [3] - 6:17, 7:1, 12:21
**MEUNIER** [12] - 1:19, 1:19, 6:17, 6:25, 8:3, 10:11, 16:7, 19:21, 21:14, 22:25, 23:6, 23:10
**mid** [1] - 12:13
**mid-December** [1] - 12:13
**might** [2] - 10:24, 16:23
**MILES** [1] - 2:7
**MILLER** [1] - 3:10
**mimic** [1] - 18:25
**mimics** [1] - 18:19
**Mingo** [1] - 7:13
**minutes** [2] - 16:12, 23:12
**MITCHELL** [1] - 1:23
**moment** [1] - 6:22
**Monday** [1] - 23:2
**MONTGOMERY** [1] - 2:8
**month** [2] - 17:1, 17:5
**monthly** [2] - 6:21, 16:24
**MONTHLY** [1] - 1:10
**MOORE** [1] - 2:21
**morning** [5] - 6:8, 6:10, 6:19, 12:22
**most** [5] - 15:22, 17:21, 17:24, 18:11, 20:13
**motion** [13] - 7:17, 8:23, 11:13, 11:14, 11:16, 11:24, 12:8, 12:12, 20:8, 20:20,

---

21:6, 21:8, 23:10
**motions** [7] - 9:1, 9:7, 9:8, 14:13, 14:19, 23:8, 23:9
**MR** [17] - 6:17, 6:19, 6:25, 8:3, 10:11, 16:7, 16:10, 19:6, 19:21, 20:2, 20:16, 21:13, 21:14, 22:23, 22:25, 23:6, 23:10
**MS** [8] - 2:12, 12:21, 14:25, 15:1, 15:20, 15:25, 16:1, 16:5
**MULLINS** [1] - 3:21

---

**N**

**nail** [1] - 21:6
**name** [1] - 16:10
**names** [2] - 13:9, 15:21
**narrow** [3] - 20:18, 21:20, 23:3
**nature** [1] - 19:13
**necessarily** [1] - 14:20
**need** [5] - 9:15, 9:20, 20:24, 21:3, 22:8
**NELSON** [1] - 3:21
**new** [7] - 7:4, 7:11, 8:3, 9:3, 10:11, 12:16, 14:3
**New** [1] - 13:5
**NEW** [9] - 1:6, 1:16, 1:21, 2:19, 2:23, 3:4, 3:15, 3:19, 4:15
**next** [8] - 17:7, 19:21, 19:23, 21:11, 21:12, 21:14, 22:25
**NEXT** [1] - 5:21
**nine** [1] - 19:25
**NINE** [1] - 5:22
**NJ** [1] - 3:8
**NO** [1] - 1:5
**normal** [1] - 17:2
**note** [3] - 7:10, 10:15, 14:3
**nothing** [4] - 8:3, 10:11, 10:17, 12:16
**November** [1] - 17:3
**NOVEMBER** [2] - 1:6, 6:3
**number** [9] - 14:10, 15:2, 15:3, 16:21, 16:25, 17:6, 20:11, 22:3, 22:22
**numbered** [1] - 23:21
**numbers** [7] - 16:23, 17:1, 17:4, 17:16,

---

19:7, 19:9, 22:4
**NW** [1] - 4:4
**NY** [1] - 3:15

---

**O**

**o'clock** [1] - 19:25
**O'CLOCK....** [1] - 5:22
**O'KEEFE** [1] - 1:16
**OAK** [1] - 2:15
**objections** [2] - 20:21, 21:22
**obviously** [1] - 18:10
**October** [1] - 17:2
**OF** [5] - 1:1, 1:10, 5:11, 5:12, 5:24
**OFFICE** [1] - 2:8
**office** [1] - 13:17
**Official** [2] - 23:19, 23:23
**OFFICIAL** [1] - 4:13
**OLINDE** [1] - 3:3
**ON** [3] - 5:11, 5:20, 5:23
**once** [1] - 16:19
**one** [5] - 7:4, 11:14, 14:11, 20:2, 21:7
**opportunity** [9] - 7:24, 8:19, 8:20, 9:21, 9:22, 18:22, 18:24, 19:2, 21:10
**opposing** [1] - 9:17
**oral** [2] - 7:25, 15:11
**Order** [1] - 10:20
**order** [6] - 6:23, 7:4, 10:18, 10:19, 10:23, 12:3, 22:21
**ORDER** [3] - 5:14, 6:4
**ORDER.................... ............** [1] - 5:13
**orders** [3] - 7:2, 7:9, 19:15
**ORDERS................... .........** [1] - 5:6
**ORDERS................... ................** [1] - 5:5
**ORLEANS** [8] - 1:6, 1:16, 1:21, 2:19, 2:23, 3:4, 3:19, 4:15
**ought** [3] - 22:2, 22:9, 22:11

---

**P**

**PA** [2] - 2:4, 3:11
**PAGE** [1] - 5:3
**PAPANTONIO** [1] - 1:23

---

**paper** [1] - 7:24
**PARK** [1] - 3:8
**part** [1] - 19:3
**partially** [1] - 9:23
**participate** [4] - 15:12, 15:13, 15:14, 18:22
**particular** [1] - 12:2
**particularly** [1] - 8:14
**parties** [5] - 7:18, 9:2, 10:25, 12:15, 12:17
**PARTIES.................... ...... ** [1] - 5:18
**pendency** [1] - 7:3
**Pennsylvania** [1] - 15:5
**PENSACOLA** [1] - 1:25
**PEPPER** [1] - 4:13
**Pepper** [3] - 23:18, 23:22, 23:23
**percent** [3] - 17:9, 17:11, 17:17, 17:19, 17:20, 18:2, 18:4, 18:6, 18:7
**percentage** [2] - 17:23, 18:13
**perhaps** [1] - 11:21, 23:1
**period** [1] - 22:5
**person** [2] - 8:25, 15:12
**pertinent** [1] - 13:19
**phase** [1] - 10:24
**Philadelphia** [5] - 13:1, 13:13, 13:14, 13:19, 13:22
**PHILADELPHIA** [2] - 2:4, 3:11
**phone** [2] - 8:25, 15:13
**physicians** [3] - 10:21, 10:24, 11:2
**PHYSICIANS............. ..................** [1] - 5:16
**pick** [1] - 18:24
**PINEDO** [1] - 4:10
**place** [2] - 8:10, 20:23
**placeholders** [1] - 20:22
**PLAINTIFF** [1] - 5:9
**plaintiff** [2] - 8:9, 12:2
**PLAINTIFFS** [1] - 1:23
**plaintiffs** [13] - 6:18, 7:1, 9:19, 9:20, 13:4, 13:8, 13:9, 16:17, 17:12, 19:9, 20:6, 20:9, 22:10
**PLAINTIFFS'** [1] - 1:14
**plaintiffs'** [5] - 8:6,

8:19, 8:25, 19:15, 22:2
**pleadings** [1] - 19:15
**point** [3] - 9:24, 20:15, 20:23
**pool** [16] - 17:15, 17:18, 17:20, 17:21, 17:22, 17:24, 18:2, 18:5, 18:8, 18:9, 18:11, 18:12, 18:19, 18:20, 18:22, 18:23
**PORTIS** [1] - 2:7
**position** [2] - 20:17, 21:1
**possible** [1] - 17:23
**POST** [1] - 2:8
**POYDRAS** [6] - 1:20, 2:18, 2:23, 3:4, 3:19, 4:15
**practice** [2] - 7:17, 11:13
**prepare** [2] - 9:16, 21:3
**prepared** [1] - 20:8
**prerogative** [1] - 10:6
**PRESENT** [2] - 4:7, 4:9
**present** [1] - 7:21
**presentation** [3] - 15:17, 20:18, 22:8
**presentations** [3] - 7:25, 13:18, 15:11
**presented** [1] - 19:3
**presenting** [1] - 11:24
**presents** [1] - 21:25
**PRESERVATION** [1] - 5:13
**preservation** [1] - 10:18
**Pretrial** [1] - 10:20
**PRETRIAL** [2] - 5:5, 5:14
**pretrial** [3] - 7:2, 7:4, 12:3
**prevalent** [1] - 17:21
**problem** [3] - 7:22, 8:22, 22:1
**problems** [5] - 7:20, 8:18, 8:20, 8:22, 23:5
**proceedings** [2] - 23:14, 23:21
**PROCEEDINGS** [3] - 1:10, 4:18, 6:1
**process** [2] - 10:13, 11:11
**PROCESS** [1] - 5:11
**PROCTOR** [1] - 1:23
**produce** [1] - 12:4
**PRODUCED** [1] - 4:18

**produced** [2] - 11:19, 12:1
**product** [1] - 8:14
**productive** [1] - 20:13
**Products** [1] - 6:13
**PRODUCTS** [1] - 1:4
**profit** [1] - 22:20
**progress** [1] - 16:16
**protocol** [1] - 9:3
**provisions** [1] - 7:7
**PSC** [3] - 8:16, 11:23, 12:20
**PSC's** [2] - 11:15, 11:24
**PTO** [6] - 7:5, 7:7, 8:8, 9:3, 11:1
**purposes** [3] - 10:25, 11:3, 23:4
**pursuant** [1] - 8:8
**put** [1] - 20:20

### R

**RAFFERTY** [1] - 1:23
**raised** [1] - 20:21
**RANDI** [1] - 4:10
**random** [2] - 13:5, 13:6
**rather** [1] - 19:10
**Re** [1] - 6:13
**RE** [1] - 1:4
**ready** [1] - 15:22
**Realtime** [1] - 23:18
**REALTIME** [1] - 4:14
**reason** [2] - 10:1, 17:6
**REATH** [2] - 3:6, 3:10
**received** [1] - 16:25
**recess** [1] - 23:11
**record** [2] - 6:16, 23:20
**Record** [1] - 7:6
**RECORDED** [1] - 4:18
**records** [1] - 19:12
**reduction** [1] - 18:3
**reference** [1] - 10:19
**refers** [1] - 10:19
**refine** [1] - 22:5
**regarding** [1] - 7:7
**register** [1] - 16:22
**REGISTERED** [1] - 4:14
**Registered** [1] - 23:18
**regular** [1] - 12:13
**related** [1] - 10:23
**RELATES** [1] - 1:7
**REPORT** [1] - 5:20
**report** [12] - 7:1, 8:3, 10:11, 10:17, 11:8, 12:16, 12:19, 13:12,

14:8, 16:8, 16:11, 23:2
**REPORTER** [3] - 4:13, 4:14, 4:14
**Reporter** [5] - 23:18, 23:18, 23:19, 23:23
**REPORTER'S** [1] - 23:17
**reports** [1] - 12:5
**representative** [3] - 17:22, 18:11, 18:25
**request** [2] - 11:17, 20:4
**REQUEST** [1] - 5:23
**resolution** [1] - 11:7
**resolve** [1] - 19:10
**resolved** [3] - 11:12, 12:1
**resolving** [2] - 11:6, 11:22
**respect** [4] - 7:12, 7:15, 7:20, 8:11
**responses** [1] - 11:16
**returned** [1] - 17:2
**revision** [1] - 11:1
**RICHARD** [1] - 3:14
**rise** [2] - 6:7, 23:13
**risk** [1] - 18:4
**risks** [1] - 18:18
**RIVAROXABAN** [1] - 1:4
**RMR** [2] - 4:13, 23:23
**ROGER** [1] - 2:11
**Roger** [1] - 13:13
**ROOM** [1] - 4:15
**roughly** [1] - 16:20
**rows** [1] - 17:10
**ruled** [1] - 22:16
**rules** [1] - 10:8
**Rules** [1] - 21:23

### S

**s/Cathy** [1] - 23:22
**SARVER** [2] - 3:18, 3:18
**SC** [1] - 3:23
**schedule** [1] - 7:18
**scheduling** [1] - 20:12
**SCHLICHTER** [1] - 2:10
**SCHOLER** [1] - 3:13
**scrutinizing** [1] - 21:25
**seated** [1] - 6:8
**second** [1] - 14:1
**section** [1] - 10:19
**Section** [10] - 7:9, 8:3, 8:10, 10:12, 10:14,

10:17, 11:8, 12:16, 12:18
**Security** [1] - 19:9
**SEDRAN** [1] - 2:3
**see** [7] - 17:5, 17:11, 18:14, 19:2, 21:19, 22:5, 23:7
**select** [1] - 18:23
**selected** [1] - 13:5
**selecting** [1] - 18:22
**selections** [3] - 8:4, 13:5, 13:6
**SELECTIONS............ ...................** [1] - 5:7
**sense** [1] - 18:16
**September** [2] - 13:2, 17:2
**serious** [1] - 8:24
**seriously** [2] - 9:21, 10:10
**SERVICE** [1] - 5:11
**service** [1] - 10:13
**set** [8] - 7:15, 7:22, 9:3, 11:15, 12:12, 14:16, 15:23, 15:24
**sets** [1] - 7:11
**SETTING** [1] - 5:14
**setting** [1] - 10:20
**several** [1] - 9:7
**Sharko** [4] - 13:7, 14:16, 14:23, 15:21
**SHARKO** [3] - 3:7, 14:25, 16:1
**sheet** [1] - 9:16
**sheets** [19] - 8:9, 8:11, 8:12, 8:13, 9:9, 9:14, 9:17, 9:18, 10:12, 16:11, 16:14, 16:16, 16:18, 16:25, 17:5, 17:9, 18:15, 19:5
**SHEETS.................... ..........** [2] - 5:9, 5:10
**short** [1] - 9:6
**shorten** [1] - 8:1
**shrink** [1] - 22:3
**side** [1] - 9:15
**sides** [2] - 18:21, 22:20
**significant** [1] - 16:25
**simply** [1] - 20:22
**simultaneously** [1] - 23:4
**SINDHU** [1] - 2:14
**six** [1] - 13:6
**skip** [1] - 21:2
**smaller** [2] - 20:11, 22:22
**Social** [1] - 19:9
**SOLOW** [1] - 3:14

**solved** [1] - 8:23
**sometimes** [1] - 8:1
**SOMMERMAN** [1] - 4:11
**soon** [1] - 14:8
**sort** [2] - 9:9, 9:11
**sought** [1] - 12:5
**SOUTH** [1] - 1:24
**spacing** [1] - 9:5
**speaking** [1] - 23:4
**special** [1] - 13:23
**specific** [1] - 7:8
**specifically** [2] - 7:16, 11:2
**split** [1] - 21:9
**SQUARE** [1] - 3:11
**St** [2] - 14:15
**ST** [1] - 2:12
**stable** [2] - 17:8, 17:16
**stand** [1] - 23:11
**standpoint** [1] - 22:2
**state** [4] - 11:23, 14:2, 15:3, 15:7
**State** [1] - 23:18
**STATE/FEDERAL** [1] - 5:19
**state/federal** [1] - 12:18
**STATES** [2] - 1:1, 1:11
**States** [2] - 23:19, 23:24
**stats** [2] - 14:2, 15:2
**STATUS** [1] - 1:10
**status** [6] - 6:22, 7:5, 11:18, 14:7, 16:15, 17:15
**STENOGRAPHY** [1] - 4:18
**Steve** [2] - 20:1, 21:19
**STEVEN** [1] - 3:14
**still** [1] - 23:3
**streamlined** [2] - 22:9, 22:16
**STREET** [11] - 1:20, 1:24, 2:4, 2:11, 2:18, 2:23, 3:4, 3:15, 3:23, 4:4, 4:15
**strictly** [1] - 22:14
**stroke** [2] - 18:3, 18:17
**subject** [3] - 11:12, 11:14, 20:5
**submission** [1] - 16:24
**submit** [1] - 9:17
**submitted** [2] - 16:14, 16:18
**substitute** [2] - 9:9, 13:9

*OFFICIAL TRANSCRIPT*

**substituted** [1] - 13:8
**successful** [1] - 8:21
**sufficient** [1] - 11:16
**suggested** [1] - 6:24
**suit** [1] - 15:4
**SUITE** [10] - 1:20,
 1:24, 2:4, 2:11, 2:15,
 2:18, 2:23, 3:11,
 3:19, 4:4
**supplement** [1] - 11:1
**supplements** [1] - 7:6
**SUSAN** [1] - 3:7
**system** [7] - 8:10,
 8:16, 16:17, 16:22,
 19:7, 19:12

## T

**TELEPHONE** [1] - 4:9
**telephone** [1] - 21:18
**terms** [1] - 10:22
**testimony** [2] - 7:25,
 10:25
**TEXACO** [1] - 2:22
**THAT** [1] - 5:22
**THE** [35] - 1:11, 1:14,
 1:23, 2:21, 3:3, 5:14,
 5:21, 5:23, 6:7, 6:8,
 6:12, 6:13, 6:15,
 6:21, 7:23, 9:7,
 14:23, 15:6, 15:23,
 16:2, 16:6, 16:9,
 18:14, 19:18, 19:23,
 20:14, 21:9, 21:15,
 21:16, 21:17, 22:24,
 23:5, 23:7, 23:11,
 23:13
**therefore** [1] - 21:25
**they've** [1] - 15:8
**thinking** [1] - 21:21
**third** [2] - 7:12, 12:17
**THIRD** [1] - 5:18
**THIS** [1] - 1:7
**THOMAS** [1] - 1:23
**Thursday** [1] - 23:1
**timeline** [1] - 16:24
**timely** [1] - 8:13
**TO** [3] - 1:7, 5:18, 6:4
**today** [4] - 6:21,
 11:24, 13:7, 14:16
**together** [3] - 9:15,
 15:20, 21:19
**total** [2] - 16:17, 16:20
**TRANSCRIPT** [2] -
 1:10, 4:18
**transcript** [1] - 23:20
**transferred** [1] - 14:6
**treating** [1] - 10:21
**TREATING** [1] - 5:16

**trial** [1] - 7:12, 10:25,
 11:2, 13:1, 14:16,
 14:20, 14:21, 22:14,
 22:17, 22:21
**trials** [2] - 7:13, 15:24
**true** [1] - 23:20
**try** [8] - 8:20, 12:14,
 14:17, 14:20, 17:22,
 18:10, 18:18, 22:3
**trying** [2] - 15:6, 21:2
**TUESDAY** [2] - 1:6,
 6:3
**two** [5] - 12:24, 13:2,
 13:7, 13:13, 16:23
**TX** [1] - 2:15
**type** [1] - 9:13
**typical** [1] - 17:4

## U

**ultimately** [1] - 14:5
**under** [3] - 7:9, 8:16,
 19:2
**United** [2] - 23:19,
 23:24
**UNITED** [2] - 1:1, 1:11
**unlike** [1] - 11:11
**up** [5] - 7:15, 14:13,
 17:12, 18:9, 21:11
**update** [1] - 11:1
**uploaded** [1] - 19:11
**URQUHART** [1] - 2:21
**USDIN** [1] - 3:17
**users** [2] - 15:4, 19:8
**usual** [2] - 14:2

## V

**various** [2] - 18:17,
 19:2
**vast** [2] - 15:4
**vehicle** [1] - 9:12
**VIA** [1] - 4:9
**video** [1] - 15:13
**VOICES** [1] - 6:10
**voluminous** [1] -
 11:18

## W

**WALNUT** [1] - 2:4
**WALSH** [1] - 4:3
**wants** [2] - 10:6, 20:9
**WARSHAUER** [1] -
 1:19
**WASHINGTON** [1] -
 4:4
**Wednesday** [4] -

21:11, 21:12
**week** [1] - 21:14
**weeks** [2] - 13:2,
 13:13
**weighted** [1] - 17:21
**weighting** [1] - 18:10
**Weinkowitz** [2] -
 13:11, 13:23
**WEST** [1] - 3:15
**WHEREUPON** [1] -
 23:14
**whole** [3] - 18:13,
 18:25, 19:3
**WILKINSON** [2] - 4:3,
 4:3
**withdraw** [1] - 23:10
**witnesses'** [1] - 7:25
**Woody** [1] - 16:10
**WOODY** [3] - 4:7,
 16:10, 19:6
**worry** [1] - 22:15

## X

**XARELTO** [1] - 1:4
**Xarelto** [2] - 6:13, 15:4

## Y

**yesterday** [1] - 12:7
**YORK** [1] - 3:15

*OFFICIAL  TRANSCRIPT*