## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)   :      MDL No. 2592
PRODUCTS LIABILITY LITIGATION  :

                                              :      **SECTION L**

                                              :

                                              :      **JUDGE ELDON E. FALLON**

                                              :

                                              :      **MAGISTRATE JUDGE NORTH**

_____

**THIS DOCUMENT RELATES TO:**

**MARY L. CLARK v. JANSSEN**
**PHARMACEUTICALS, INC., et al**

**No.  2:15-cv-03381**

### NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiff MARY L. CLARK, and hereby notifies the Court and the parties of the death of Plaintiff, MARY L. CLARK, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1. Counsel also respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by ANNA CLARK, who is the daughter of now deceased Plaintiff.

**RESPECTFULLY SUBMITTED** this the 6th day of December, 2016.

JOHN JEWELL PACE, A.P.L.C.

By: /s/ John Jewell Pace
John Jewell Pace
John Jewell Pace, A.P.L.C.
**(State Bar No. 1115)**
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
E-mail:
jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward**
Samuel C. Ward, Jr., & Associates
**(State Bar No. 29508)**
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com

Attorneys for Plaintiff,
*Anna Clark obo Mary L. Clark*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 6th day of December, 2016.


JOHN JEWELL PACE, A.P.L.C.


By: /s/ John Jewell Pace
John Jewell Pace

John Jewell Pace, A.P.L.C.
**(State Bar No. 1115)**
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
E-mail:
jjp@johnjpacelaw.com

By: /s/ Samuel C. Ward
 **Samuel "Chuck" Ward**

Samuel C. Ward, Jr., & Associates
**(State Bar No. 29508)**
 660 Saint Ferdinand Street
 Baton Rouge, LA 70802
 Telephone: (225) 330-6677
 Facsimile: (225) 330-6680
 Email: samuelcward@aol.com


Attorneys for Plaintiff,

*Anna Clark obo Mary L. Clark*