# CERTIFICATE OF DEATH
## INDIANA STATE DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

Local No: 004980
EDR No: 000000458479
State No:

| Field | Value |
|---|---|
| 1. Decedent's Legal Name (First, Middle, Last) | MARY LOU CLARK |
| 1a. Maiden Name (If female) | PAYNE |
| 2. Sex | FEMALE |
| 3. Time Of Death | 04:01 PM |
| 4. Date Of Death (Month/Day/Year) | 07/11/2015 |
| 5. Social Security Number | 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 |
| 6a. Age - Yrs | 74 |
| 7. Date of Birth (Month/Day/Year) | 07/06/1941 |
| 8. Birthplace (City and State or Foreign Country) | OAKHILL, WV |
| 9. Ever in U.S. Armed Forces? | No |
| 10. If Death Occurred In A Hospital | — |
| 10a. If Death Occurred Somewhere Other Than A Hospital | ☒ Nursing Home/Long-term Care Facility |
| 11. Facility Name | BEECH GROVE MEADOWS |
| 12. City Or Town, State, And Zip Code | BEECH GROVE, IN, 46107 |
| 13. County Of Death | MARION |
| 14. Marital Status At Time Of Death | ☒ Divorced |
| 15. Surviving Spouse's Name | — |
| 16. Decedent's Usual Occupation | HOMEMAKER |
| 17. Kind Of Business/Industry | OWN HOME |
| 18. Residence - State | INDIANA |
| 18a. County | MARION |
| 18b. City Or Town | INDIANAPOLIS |
| 18c. Street And Number | 340 SOUTH LASALLE STREET |
| 18e. Zip Code | 46201 |
| 18f. Inside City Limits? | ☒ Yes |
| 19. Decedent's Education | 8TH GRADE OR LESS |
| 20. Decedent Of Hispanic Origin | NOT HISPANIC |
| 21. Decedent's Race | White |
| 22. Father's Name | GEORGE PAYNE |
| 23. Mother's Name | EVELYN LOUISE PAYNE |
| 23a. Mother's Maiden Last Name | TURLEY |
| 24. Informant's Name | CHARLES CLARK |
| 24a. Relationship To Decedent | SON |
| 24b. Mailing Address | 3125 NEWHART STREET, INDIANAPOLIS, IN 46217 |
| 25a. Method Of Disposition | ☒ Cremation |
| 25b. Place Of Disposition | INDIANA MEMORIAL CREMATION SERVICES INC |
| 25c. Location | INDIANAPOLIS, IN |
| 26. Was Coroner Contacted? | No |
| 27. Name And Complete Address Of Funeral Facility | DANIEL F. ORILEY FUNERAL HOME, 6107 S EAST ST, INDIANAPOLIS, IN 46227 |
| 27a. Funeral Home License Number | FH83003213 |
| 27b. Signature of Indiana Funeral Service Licensee | SHAWN GUDAT, BY ELECTRONIC SIGNATURE |
| 27c. License Number | FD01006536 |

### Cause Of Death

28. Part I.
- A. Immediate Cause: CHRONIC OBSTRUCTIVE PULMONARY DISEASE
- B. HYPERTENSIVE HEART DISEASE
- C.
- D.

Part II. Other Significant Conditions Contributing to Death: DIABETES

29. Was An Autopsy Performed? No
30. Were Autopsy Findings Available To Complete The Cause Of Death? —
31. Did Tobacco Use Contribute To Death? Unknown
32. If Female: Not Pregnant Within Past Year
33. Manner Of Death: Natural

| Field | Value |
|---|---|
| 41. Signature, Of Person Certifying Cause Of Death | DANIEL J. HURLEY, BY ELECTRONIC SIGNATURE |
| 42. Certifier | Certifying Physician |
| 43. Name, Address And Zip Code Of Person Certifying Cause Of Death | DANIEL J. HURLEY, 1920 A CHURCHMAN AVE., BEECH GROVE, IN 46107 |
| 44. License Number | 01029180A |
| 45. Date Certified | 07/13/2015 |
| 48. Signature of Local Health Officer | VIRGINIA A CAINE, VIA ELECTRONIC SIGNATURE |
| 49. For Registrar Only - Date Filed | JUL 13 2015 |

State Form 53395   ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue responsibility. Disclosure is voluntary and there will be no penalty for refusal.

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTO COPIED.