# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
SEP 04 2015

**STATE OF TEXAS — CERTIFICATE OF DEATH — STATE FILE NUMBER 142-15-126338**

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last): **FERNANDO MALDONADO**
2. DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy): **AUGUST 30, 2015**
3. SEX: **MALE**
4. DATE OF BIRTH (mm-dd-yyyy): **MAY 9, 1956**
5. AGE - Last Birthday (Years): **59**
6. BIRTHPLACE (City & State or Foreign Country): **CALDWELL, ID**
7. SOCIAL SECURITY NUMBER: **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**
8. MARITAL STATUS AT TIME OF DEATH: ☒ Married
9. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage): **ROSIE BUENO**
10a. RESIDENCE STREET ADDRESS: **912 S. MAIN ST.**
10c. CITY OR TOWN: **PENITAS**
10d. COUNTY: **HIDALGO**
10e. STATE: **TEXAS**
10f. ZIP CODE: **78576**
10g. INSIDE CITY LIMITS? ☒ Yes
11. FATHER'S NAME: **FRANCISCO MALDONADO**
12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: **IRENE TREVINO**
13. PLACE OF DEATH: ☒ Inpatient
14. COUNTY OF DEATH: **HIDALGO**
15. CITY/TOWN, ZIP: **MCALLEN, 78503**
16. FACILITY NAME: **RIO GRANDE REGIONAL HOSPITAL**
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: **ROSIE BUENO MALDONADO - WIFE**
18. MAILING ADDRESS OF INFORMANT: **912 S. MAIN ST, PENITAS, TX 78576**
19. METHOD OF DISPOSITION: ☒ Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: **TIMOTHY BROWN, BY ELECTRONIC SIGNATURE - 11371**
21. ☒ Unknown
22. PLACE OF DISPOSITION: **LA JOYA CITY CEMETERY**
23. LOCATION: **LA JOYA, TX**
24. NAME OF FUNERAL FACILITY: **RIC BROWN FAMILY FUNERAL HOME INC**
25. COMPLETE ADDRESS OF FUNERAL FACILITY: **621 E. GRIFFIN PKWY, MISSION, TX 78572**
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: **EDUARDO CANDANOSA, BY ELECTRONIC SIGNATURE**
28. DATE CERTIFIED: **SEPTEMBER 3, 2015**
29. LICENSE NUMBER: **P9055**
30. TIME OF DEATH (Actual or presumed): **06:55 PM**
31. PRINTED NAME, ADDRESS OF CERTIFIER: **EDUARDO CANDANOSA 4418 N. MCCOLL ROAD, MCALLEN, TX 78504**
32. TITLE OF CERTIFIER: **MD**

33. PART 1. CHAIN OF EVENTS:

| | Cause | Approximate interval Onset to death |
|---|---|---|
| a. | CORONARY ARTERY DISEASE | 1 YEAR |
| b. | PERIPHERAL VASCULAR DISEASE | 1 YEAR |
| c. | ANOXIC ENCEPHALOPATHY | 3 DAYS |

34. WAS AN AUTOPSY PERFORMED? ☒ No
36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ Unknown

42a. REGISTRAR FILE NO.: **02 1066**
42b. DATE RECEIVED BY LOCAL REGISTRAR: **SEPTEMBER 4, 2015**
42c. REGISTRAR: **REGISTRAR - CITY OF MCALLEN, ELECTRONICALLY FILED**

EDR NUMBER 000001762776

JHE

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED **SEP 08 2015**

GERALDINE R. HARRIS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

