UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**ERIC MOORE v. JANSSEN PHARMACEUTICALS, INC., et al**

**No. 2:15-cv-04739**

### NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiff ERIC MOORE, and hereby notifies the Court and the parties of the death of Plaintiff, ERIC MOORE, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1. Counsel also respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by CYNTHIA MOORE, who is the widow of now deceased Plaintiff.

**RESPECTFULLY SUBMITTED** this the 6th day of December, 2016.

                          JOHN JEWELL PACE, A.P.L.C.

                          By: /s/ John Jewell Pace
                          John Jewell Pace
                          John Jewell Pace, A.P.L.C.
                          **(State Bar No. 1115)**
                          P.O. Box 14209
                          Baton Rouge, LA 707898
                          Telephone: (225) 686-3000
                          Facsimile: (866) 912-2008
                          E-mail:
                          jjp@johnjpacelaw.com

                          By: /s/ Samuel C. Ward
                          **Samuel "Chuck" Ward**
                          Samuel C. Ward, Jr., & Associates
                          **(State Bar No. 29508)**
                          660 Saint Ferdinand Street
                          Baton Rouge, LA 70802
                          Telephone: (225) 330-6677
                          Facsimile: (225) 330-6680
                          Email: samuelcward@aol.com

                          Attorneys for Plaintiff,
                          *Cynthia Moore obo Eric Moore*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 6th day of December, 2016.

        JOHN JEWELL PACE, A.P.L.C.


        By: /s/ John Jewell Pace
        John Jewell Pace

        John Jewell Pace, A.P.L.C.
        **(State Bar No. 1115)**
        P.O. Box 14209
        Baton Rouge, LA 707898
        Telephone: (225) 686-3000
        Facsimile: (866) 912-2008
        E-mail:
        jjp@johnjpacelaw.com

        By: /s/ Samuel C. Ward
        **Samuel "Chuck" Ward**

        Samuel C. Ward, Jr., & Associates
        **(State Bar No. 29508)**
        660 Saint Ferdinand Street
        Baton Rouge, LA 70802
        Telephone: (225) 330-6677
        Facsimile: (225) 330-6680
        Email: samuelcward@aol.com


        Attorneys for Plaintiff,
        *Cynthia Moore obo Eric Moore*