Case 2:14-md-02592-EEF-MBN   Document 4674-1   Filed 12/05/16   Page 1 of 2

# STATE OF NEW JERSEY



**NEW JERSEY DEPARTMENT OF HEALTH**
**CERTIFICATE OF DEATH**

**STATE FILE NUMBER:** 20150065767

B0008053236

| Field | Value |
|---|---|
| 1a. Legal Name of Decedent (First, Middle, Last, Suffix) | Eric J Moore, Sr. |
| 1b. Also Known As (AKA), If Any (First, Middle, Last, Suffix) | |
| LIMB ONLY | |
| 2. Sex | Male |
| 3. Social Security Number | 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 |
| 4a. Age | 56 Years |
| 5. Date of Birth (Mo/Day/Yr) | 08/01/1959 |
| 6. Birthplace (City & State/Foreign Country) | Hampton, Virginia |
| 7a. Residence-State | New Jersey |
| 7b. County | Camden |
| 7c. Municipality/City | Chesilhurst Borough |
| 7d. Street and Number | 513 First Ave. |
| 7e. Apt No. | |
| 7f. Zip Code | 08089 |
| 7g. Inside City Limits? | Yes |
| 8a. Ever in US Armed Forces? | Yes |
| 8b. If Yes, Name of War: | |
| 8c. War Service Dates (From/To): | |
| 9. Domestic Status at Time of Death | Married |
| 10. Name of Surviving Spouse/Partner (Name given at birth or on birth certificate) | Cynthia Wright |
| 11. Father's Name (First, Middle, Last) | Bobby Moore |
| 12. Mother's Name Prior to First Marriage (First, Middle, Last) | Loretta Cooper |
| 13a. Name of Informant | Cynthia Connor-Moore |
| 13b. Relationship to Decedent | Spouse |
| 13c. Mailing Address (Street and Number, City, State, Zip Code) | 513 First Ave., Chesilhurst, NJ 08089 |
| 14. Method of Disposition | Cremation |
| 15. Place of Disposition (name of cemetery, crematory, other) | Camden County Crematory |
| 16. Location- City & State/Foreign Country | Waterford Township, New Jersey |
| 17. Name and Complete Address of Funeral Facility | Leroy P Wooster Funeral Home and Crematory LLC, 441 White Horse Pike, Atco, NJ 08004-0297 |
| 18. Electronic Signature of Funeral Director | Jamie D Zaremba |
| 19. NJ License Number | 23JP00486700 |
| 20. Decedent Education | High school graduate or GED completed |
| 21. Decedent of Hispanic Origin? | Not Spanish / Hispanic / Latino |
| 22. Decedent Race | White |
| 23. Occupation of Decedent (Type of work done most of life, even if retired) | Environmental Services Supervisor |
| 24. Kind of Business/Industry | Casino |
| 25. Name and Address of Last Employer | Trump Plaza, Atlantic City, NJ |
| 26. Date Pronounced Dead (Mo/Day/Yr) | 12/05/2015 |
| 28. Name of Person Pronouncing Death | Constance Hutchison |
| 27. Time Pronounced Dead (24-hr) | 0501 |
| 29. License Number | 26NR09219500 |
| 30. Date Signed (Mo/Day/Yr) | 12/05/2015 |
| 31. Date of Death (Mo/Day/Yr) | 12/05/2015 |
| 32. Time of Death (24-hr) | Approx-0501 |
| 33. Was Medical Examiner Contacted? | No |
| 34. Place of Death | Decedent's Home |
| 35a. Facility Name (If not institution, give street and number) | 513 First Ave. Chesilherst, NJ |
| 35b. Municipality | Chesilhurst Borough |
| 35c. County | Camden |

**CAUSE OF DEATH:**
36a. PART I - IMMEDIATE CAUSE - final disease or condition resulting in death. Subsequently list conditions, if any, leading to the cause listed on Line a. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST.

| | | Interval Between Onset and Death |
|---|---|---|
| Immediate Cause a. | Colon Cancer with metastases | 7 years |
| Due to (or as a consequence of): b. | | |
| Due to (or as a consequence of): c. | | |
| Due to (or as a consequence of): d. | | |

36b. PART II - Enter other significant conditions contributing to death but not resulting in underlying cause given in PART I.
Gastrointestinal Bleeding, Anemia, Gastroesophageal Reflux Disease, Pancreatic Mass.

37. Was an Autopsy Performed? **No**
38. Were Autopsy Findings Available to Complete Cause of Death? **Not Applicable**

| Field | Value |
|---|---|
| 39. Date of Injury (Mo/Day/Yr) | |
| 40. Time of Injury (24-hr) | |
| 41. Place of Injury (e.g. home, construction site, restaurant) | |
| 42. Injury at work? | |
| 43a. Location of Injury (Number and Street, Zip Code) | |
| 43b. Municipality | |
| 43c. County | |
| 43d. State | |
| 44. Describe How Injury Occurred | |
| 45. If Transportation Injury: | |
| 46. Manner of Death | Natural |
| 47. Did Decedent Have Diabetes? | No |
| 48. Did Tobacco Use Contribute to Death? | No |
| 49. If Female, Pregnancy State | Not applicable |
| 50. Certifier Type | Certifying Physician or APN |
| 51. Name, Address, and Zip Code of Certifier | Ritchell Rodriguez Dignam, M.D. 521 Fellowship Road Suite 110, Mount Laurel, NJ 08054 |
| 52. Electronic Signature of Certifier | Ritchell Rodriguez Dignam |
| 53. License Number | 25MA07042300 |
| 54. Date Certified (Mo/Day/Yr) | 12/07/2015 |

Record Contains Amendment ☐

THIS DOCUMENT CONTAINS A UNIQUE STATE OF NJ WATERMARK HOLD AT LIGHT TO VERIFY

# STATE OF NEW JERSEY

**New Jersey Department of Health**
Vital Statistics, PO Box 370, Trenton, NJ 08625-0370

## REQUEST FOR CORRECTION TO NJ VITAL RECORD OF:

State File Number: A0008839694

☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH  ☐ MARRIAGE  ☐ CIVIL UNION  ☐ DOMESTIC PARTNERSHIP

### SECTION 1

**INFORMATION AS IT APPEARS ON THE CURRENT RECORD:**

Name: **Eric J. Moore, Sr.**
[Name (Names in the case of Marriage, Civil Union or Domestic Partnership)]

Date of Occurrence (Month/Day/Year): **12 / 05 / 2015**
County of Occurrence: **Camden**
City/Municipality of Occurrence: **Chesilhurst**

### SECTION 2

| Item Omitted or In Error | Item as Currently Recorded on Record | Item as it Should Appear |
|---|---|---|
| 22 | White | Black or African American |
| 35a | 513 First Ave., Chesilherst, NJ | 513 First Ave. |
|  |  |  |
|  |  |  |
|  |  |  |

### SECTION 3

**3A. Signature:** [signature]
**Printed Name:** Jamie Zaremba
**Date:** 12/12/2015
**Address:** 441 White Horse Pike
**Relationship to Individual on Vital Record:** Funeral Director

**3B. Signature of Witness** (see Instructions): [signature]
**Printed Name:** LeRoy P. Wooster

**3C. AFFIDAVIT SECTION**

Subscribed and sworn to before me at _____
this _____ day of _____, 20 _____
Signature _____    Official Title _____

### SECTION 4

Documentation presented to establish the validity of the amended information reported in Section 2:
**Clerical Errors**

REG-34
MAY 13

PENALTY FOR FALSE STATEMENT - FIVE HUNDRED DOLLARS ($500.00). TYPE OR WRITE PLAINLY WITH UNFADING INK. THIS IS A PERMANENT RECORD.

---

**DO NOT WRITE OR SEAL BELOW THIS LINE!**

This is to certify that the above is correctly copied from a record on file in my office.

Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.

[signature] Vincent T. Arrisi
**State Registrar**
Office of Vital Statistics and Registry

REG-42A
JAN 13

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED