UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

BETTY GLASMAN o/b/o LARRY GLASMAN v. JANSSEN PHARMACEUTICALS, INC., et al

No.  2:15-cv-06074

## NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiff BETTY GLASMAN o/b/o LARRY GLASMAN, and hereby notifies the Court and the parties of the death of Plaintiff, LARRY GLASMAN, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1. Counsel also respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by BETTY GLASMAN, who is the sibling of now deceased LARRY GLASMAN.

**RESPECTFULLY SUBMITTED** this the 6th day of December, 2016.

JOHN JEWELL PACE, A.P.L.C.


By: /s/ John Jewell Pace
John Jewell Pace
John Jewell Pace, A.P.L.C.
**(State Bar No. 1115)**
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
E-mail:
jjp@johnjpacelaw.com



By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward**
Samuel C. Ward, Jr., & Associates
**(State Bar No. 29508)**
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com


Attorneys for Plaintiff,
*Betty Glasman obo Larry Glasman*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 6th day of December, 2016.

        JOHN JEWELL PACE, A.P.L.C.


        By: /s/ John Jewell Pace
        John Jewell Pace

        John Jewell Pace, A.P.L.C.
        **(State Bar No. 1115)**
        P.O. Box 14209
        Baton Rouge, LA 707898
        Telephone: (225) 686-3000
        Facsimile: (866) 912-2008
        E-mail:
        jjp@johnjpacelaw.com

        By: /s/ Samuel C. Ward
        **Samuel "Chuck" Ward**

        Samuel C. Ward, Jr., & Associates
        **(State Bar No. 29508)**
        660 Saint Ferdinand Street
        Baton Rouge, LA 70802
        Telephone: (225) 330-6677
        Facsimile: (225) 330-6680
        Email: samuelcward@aol.com


            Attorneys for Plaintiff,
            *Betty Glasman obo Larry Glasman*