# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# CITY OF LONG BEACH
## DEPARTMENT OF HEALTH AND HUMAN SERVICES
### LONG BEACH, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3201662000461

LOCAL REGISTRATION NUMBER:

### DECEDENT'S PERSONAL DATA
1. NAME OF DECEDENT – FIRST (Given): **LARRY**
2. MIDDLE: **EDWIN**
3. LAST (Family): **GLASMAN**
4. DATE OF BIRTH: 06/05/1938
5. AGE Yrs: 77
6. SEX: M
9. BIRTH STATE/FOREIGN COUNTRY: CA
10. SOCIAL SECURITY NUMBER: 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
11. EVER IN U.S. ARMED FORCES?: [X] YES
12. MARITAL STATUS: DIVORCED
7. DATE OF DEATH: 02/19/2016
8. HOUR (24 Hours): 0730
13. EDUCATION: SOME COLLEGE
14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: [X] NO
16. DECEDENT'S RACE: WHITE
17. USUAL OCCUPATION: CHIEF FINANCIAL OFFICER
18. KIND OF BUSINESS OR INDUSTRY: MANUFACTURING
19. YEARS IN OCCUPATION: 11

### USUAL RESIDENCE
20. DECEDENT'S RESIDENCE: 2845 N. STUDEBAKER ROAD
21. CITY: LONG BEACH
22. COUNTY/PROVINCE: LOS ANGELES
23. ZIP CODE: 90815
24. YEARS IN COUNTY: 4
25. STATE/FOREIGN COUNTRY: CA

### INFORMANT
26. INFORMANT'S NAME, RELATIONSHIP: BETTY JO ANNE GLASMAN, SISTER
27. INFORMANT'S MAILING ADDRESS: 2845 N. STUDEBAKER ROAD, LONG BEACH, CA 90815

### SPOUSE/SRDP AND PARENT INFORMATION
28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: –
29. MIDDLE: –
30. LAST (BIRTH NAME): –
31. NAME OF FATHER/PARENT – FIRST: EDWIN
32. MIDDLE: EMIL
33. LAST: GLASMAN
34. BIRTH STATE: WA
35. NAME OF MOTHER/PARENT – FIRST: MARGARET
36. MIDDLE: LILLIAN
37. LAST (BIRTH NAME): STEWART
38. BIRTH STATE: OK

### FUNERAL DIRECTOR / LOCAL REGISTRAR
39. DISPOSITION DATE: 02/23/2016
40. PLACE OF FINAL DISPOSITION: FOREST LAWN MEMORIAL PARK AND MORTUARIES, 4471 LINCOLN AVENUE, CYPRESS, CA 90630
41. TYPE OF DISPOSITION(S): CR/BU
42. SIGNATURE OF EMBALMER: NOT EMBALMED
43. LICENSE NUMBER: –
44. NAME OF FUNERAL ESTABLISHMENT: NEPTUNE SOCIETY OF ORANGE COUNTY
45. LICENSE NUMBER: FD1305
46. SIGNATURE OF LOCAL REGISTRAR: MAURO TORNO, MD
47. DATE: 02/23/2016

### PLACE OF DEATH
101. PLACE OF DEATH: VISTA COVE CARE CENTER
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: [X] Nursing Home/LTC
104. COUNTY: LOS ANGELES
105. FACILITY ADDRESS: 3401 CEDAR AVENUE
106. CITY: LONG BEACH

### CAUSE OF DEATH
107. CAUSE OF DEATH:
IMMEDIATE CAUSE (A): CARDIOPULMONARY FAILURE
(B): CONGESTIVE HEART FAILURE
108. DEATH REPORTED TO CORONER?: [X] NO
109. BIOPSY PERFORMED?: [X] NO
110. AUTOPSY PERFORMED?: [X] NO
111. USED IN DETERMINING CAUSE?: –
112. OTHER SIGNIFICANT CONDITIONS: NONE
113. WAS OPERATION PERFORMED: NO

### PHYSICIAN'S CERTIFICATION
114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED.
115. SIGNATURE AND TITLE OF CERTIFIER: ANA CARTMEL D.O.
116. LICENSE NUMBER: 20A6406
117. DATE: 02/22/2016
(A) Decedent Attended Since: 12/10/2015
(B) Decedent Last Seen Alive: 02/15/2016
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: ANA CARTMEL D.O., 4510 E. PACIFIC COAST HWY., STE. #320, LONG BEACH, CA 90804

### CORONER'S USE ONLY
119. MANNER OF DEATH: –
120. INJURED AT WORK?: –
123. PLACE OF INJURY: –

State Registrar barcode: *010001003173512*

CALONGBED1



### CERTIFIED COPY OF VITAL RECORD
STATE OF CALIFORNIA, CITY OF LONG BEACH

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Vital Records Section, Long Beach Department of Health and Human Services.

DATE ISSUED: MAR 11 2016

000616908

HEALTH OFFICER


