UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

DENNIS MITCHELL v. JANSSEN
PHARMACEUTICALS, INC., et al

No.  2:15-cv-06080

### NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

NOW COMES Counsel for Plaintiff DENNIS MITCHELL, and hereby notifies the Court and the parties of the death of Plaintiff, DENNIS MITCHELL, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1. Counsel also respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by SUSAN MITCHELL, who is the widow of now deceased DENNIS MITCHELL.

**RESPECTFULLY SUBMITTED** this the 6th day of December, 2016.

        JOHN JEWELL PACE, A.P.L.C.


        By: <u>/s/ John Jewell Pace</u>
        John Jewell Pace
        John Jewell Pace, A.P.L.C.
        **(State Bar No. 1115)**
        P.O. Box 14209
        Baton Rouge, LA 707898
        Telephone: (225) 686-3000
        Facsimile: (866) 912-2008
        E-mail:
        jjp@johnjpacelaw.com


        By: <u>/s/ Samuel C. Ward</u>
        **Samuel "Chuck" Ward**
        Samuel C. Ward, Jr., & Associates
        **(State Bar No. 29508)**
        660 Saint Ferdinand Street
        Baton Rouge, LA 70802
        Telephone: (225) 330-6677
        Facsimile: (225) 330-6680
        Email: samuelcward@aol.com


        Attorneys for Plaintiff,
        *Susan Mitchell obo Dennis Mitchell*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 6th day of December, 2016.

          JOHN JEWELL PACE, A.P.L.C.

          By: /s/ John Jewell Pace
          John Jewell Pace

          John Jewell Pace, A.P.L.C.
          **(State Bar No. 1115)**
          P.O. Box 14209
          Baton Rouge, LA 707898
          Telephone: (225) 686-3000
          Facsimile: (866) 912-2008
          E-mail:
          jjp@johnjpacelaw.com

          By: /s/ Samuel C. Ward
          **Samuel "Chuck" Ward**

          Samuel C. Ward, Jr., & Associates
          **(State Bar No. 29508)**
          660 Saint Ferdinand Street
          Baton Rouge, LA 70802
          Telephone: (225) 330-6677
          Facsimile: (225) 330-6680
          Email: samuelcward@aol.com

          Attorneys for Plaintiff,
          *Susan Mitchell obo Dennis Mitchell*