CERTIFICATION OF VITAL RECORD

# EL DORADO COUNTY
## HEALTH AND HUMAN SERVICES AGENCY
PLACERVILLE, CALIFORNIA

**STATE FILE NUMBER:** 3052016129280
**LOCAL REGISTRATION NUMBER:** 3201609000611

### CERTIFICATE OF DEATH
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11 (REV 3/05)

**DECEDENT'S PERSONAL DATA**
- 1. NAME OF DECEDENT—FIRST (Given): DENNIS
- 2. MIDDLE: CLARK
- 3. LAST (Family): MITCHELL
- AKA. ALSO KNOWN AS: -
- 4. DATE OF BIRTH: 04/24/1945
- 5. AGE Yrs.: 71
- 6. SEX: M
- 7. DATE OF DEATH: 06/27/2016
- 8. HOUR (24 Hours): 1330
- 9. BIRTH STATE/FOREIGN COUNTRY: CA
- 10. SOCIAL SECURITY NUMBER: 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
- 11. EVER IN U.S. ARMED FORCES?: NO
- 12. MARITAL STATUS/SRDP: MARRIED
- 13. EDUCATION: SOME COLLEGE
- 14/15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: NO
- 16. DECEDENT'S RACE: WHITE
- 17. USUAL OCCUPATION: CAPTAIN
- 18. KIND OF BUSINESS OR INDUSTRY: FISHING CHARTER
- 19. YEARS IN OCCUPATION: 43

**USUAL RESIDENCE**
- 20. DECEDENT'S RESIDENCE: 2092 MEWUK DRIVE
- 21. CITY: SOUTH LAKE TAHOE
- 22. COUNTY/PROVINCE: EL DORADO
- 23. ZIP CODE: 96150
- 24. YEARS IN COUNTY: 43
- 25. STATE/FOREIGN COUNTRY: CA

**INFORMANT**
- 26. INFORMANT'S NAME, RELATIONSHIP: SUSAN MITCHELL, WIFE
- 27. INFORMANT'S MAILING ADDRESS: PO BOX 9536, SOUTH LAKE TAHOE, CA 96158

**SPOUSE/SRDP AND PARENT INFORMATION**
- 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST: SUSAN
- 29. MIDDLE: NANETTE
- 30. LAST (BIRTH NAME): ROGERS
- 31. NAME OF FATHER/PARENT—FIRST: ROBERT
- 32. MIDDLE: GUY
- 33. LAST: MITCHELL
- 34. BIRTH STATE: CO
- 35. NAME OF MOTHER/PARENT—FIRST: JANET
- 36. MIDDLE: MARSHA
- 37. LAST (BIRTH NAME): COVEY
- 38. BIRTH STATE: CT

**FUNERAL DIRECTOR/LOCAL REGISTRAR**
- 39. DISPOSITION DATE: 06/30/2016
- 40. PLACE OF FINAL DISPOSITION: RES. SUSAN MITCHELL, 2092 MEWUK DRIVE, SOUTH LAKE TAHOE, CA 96150
- 41. TYPE OF DISPOSITION(S): CR/RES
- 42. SIGNATURE OF EMBALMER: NOT EMBALMED
- 43. LICENSE NUMBER: -
- 44. NAME OF FUNERAL ESTABLISHMENT: TRUCKEE-TAHOE MORTUARY
- 45. LICENSE NUMBER: FD1191
- 46. SIGNATURE OF LOCAL REGISTRAR: NANCY J WILLIAMS, MD, MPH
- 47. DATE: 06/30/2016

**PLACE OF DEATH**
- 101. PLACE OF DEATH: RESIDENCE-HOSPICE
- 102. IF HOSPITAL, SPECIFY ONE: IP
- 104. COUNTY: EL DORADO
- 105. FACILITY ADDRESS OR LOCATION WHERE FOUND: 2092 MEWUK DRIVE
- 106. CITY: SOUTH LAKE TAHOE

**CAUSE OF DEATH**
- 107. CAUSE OF DEATH:
  - (A) IMMEDIATE CAUSE: END STAGE CONGESTIVE HEART FAILURE — 2 MOS.
  - (B) CARDIOMYOPATHY — 10 YRS.
  - (C)
  - (D)
- 108. DEATH REPORTED TO CORONER?: NO
- 109. BIOPSY PERFORMED?: NO
- 110. AUTOPSY PERFORMED?: NO
- 111. USED IN DETERMINING CAUSE?: 
- 112. OTHER SIGNIFICANT CONDITIONS: ATRIAL FIBRILLATION, RENAL INSUFFICIENCY
- 113. WAS OPERATION PERFORMED: NO

**PHYSICIAN'S CERTIFICATION**
- 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
  - Decedent Attended Since: 06/25/2016
  - Decedent Last Seen Alive: 06/26/2016
- 115. SIGNATURE AND TITLE OF CERTIFIER: ALLISON HERMAN STEINMETZ M.D.
- 116. LICENSE NUMBER: A71386
- 117. DATE: 06/29/2016
- 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: ALLISON HERMAN STEINMETZ M.D., 1090 3RD ST STE 1, SOUTH LAKE TAHOE, CA 96150

**CORONER'S USE ONLY**
- 119. MANNER OF DEATH: Natural
- 120. INJURED AT WORK?: 
- 121. INJURY DATE: 
- 122. HOUR: 
- 123. PLACE OF INJURY:
- 124. DESCRIBE HOW INJURY OCCURRED:
- 125. LOCATION OF INJURY:
- 126. SIGNATURE OF CORONER / DEPUTY CORONER:
- 127. DATE:
- 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:

STATE REGISTRAR: A B C D E

*010001003285356*

FAX AUTH.#  CENSUS TRACT

CAELDORADO1

---

### CERTIFIED COPY OF VITAL RECORDS
STATE OF CALIFORNIA, COUNTY OF EL DORADO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the El Dorado County Health and Human Services Agency.

**DATE ISSUED:** JUL 20 2016

000174872

NANCY J WILLIAMS MD, MPH
COUNTY HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

