UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　:
PRODUCTS LIABILITY LITIGATION　　:　　MDL No. 2592
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:　　SECTION L
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:　　JUDGE ELDON E. FALLON
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:　　MAG. JUDGE MICHAEL NORTH

**THIS DOCUMENT RELATES TO:**

PEARL EDWARD SAULSBERY, AS
SURVIVING SPOUSE AND PERSONAL
REPRESENTATIVE OF THE ESTATE OF
BETTY SAULSBERY, DECEASED,

Civil Action No. 2:16-cv-00665

SUGGESTION OF DEATH AND
MOTION FOR SUBSTITUTION OF THE PROPER PARTY

**TO ALL PARTIES AND ATTORNEYS OF RECORDS, please take notice that:**

　　　　Plaintiff Pearl Saulsbery originally brought this action for the injuries sustained by Decedent Betty Saulsbery, his spouse, from Xarelto. Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel hereby informs the Honorable Court of the death of Plaintiff Pearl Saulsbery on or about November 13, 2016.

　　　　Eva Westmoreland is the surviving daughter of Betty Saulsbery. Plaintiff therefore seeks an Order from the Court substituting Eva Westmoreland, as surviving child and Personal Representative of the Estate of Betty Saulsbery, as Plaintiff in the above action. According to Federal Rule of Civil Procedure 25(a)(1), "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." For the foregoing reasons shown,

Plaintiff respectfully requests the Court grant Plaintiff's motion and substitute Eva Westmoreland, as surviving child and Personal Representative of the Estate of Betty Saulsbery, for the current Plaintiff Pearl Saulsbery.

Dated:  December 6, 2016 	Respectfully submitted,

	DOWD & DOWD, P.C.

	By:	/s/ Laura G. Lumaghi
		Laura G. Lumaghi (MO Bar #50186)
		William T. Dowd (MO Bar #39648)
		DOWD & DOWD, P.C.
		211 N. Broadway, Suite 4050
		St. Louis, MO 63102
		(314) 621-2500
		Fax: (314) 621-2503
		laura@dowdlaw.net
		bill@dowdlaw.net

		*Attorneys for Plaintiff*


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Suggestion of Death and Motion to Substitute has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

	/s/ Laura G. Lumaghi