UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

PEARL EDWARD SAULSBERY, AS SURVIVING SPOUSE AND PERSONAL REPRESENTATIVE OF THE ESTATE OF BETTY SAULSBERY, DECEASED,

Civil Action No. 2:16-cv-00665

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Eva Westmoreland, as surviving child and Personal Representative of the Estate of Betty Saulsbery, is hereby substituted for Plaintiff Pearl Saulsbery in the above captioned cause.

Dated: _____       _____
                                    Hon. Eldon E. Fallon
                                    United States District Court Judge