UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARETLTO (RIVAROXABAN) PRODCUTS LIABILITY LITIGATION<br><br>JOANN FURNISH,<br><br>                    Plaintiff,<br><br>                    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC,<br>JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br>BAYER PHARMA AG,<br>BAYER CORPORATION,<br>BAYER HEALTHCARE LLC,<br>BAYER HEALTHCARE AG, and BAYER AG,<br><br>                  Defendants. | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH<br><br><br><br>PLAINTIFF'S NOTICE OF SERVICE RE: DEFENDANT BAYER PHARMA AG<br><br>Civil Action No.: 2:16-cv-15132 |

      Plaintiff hereby notice that service upon defendant Bayer Pharma AG was completed as follows:

      1. Service of summons and complaint via Registered Mail sent to Bayer Pharma AG on November 23, 2016;

      2. Service of this Notice of Service and complaint via email to xareltocomplaints@babc.com on December 6, 2016.

Page 1 - PLAINTIFF'S NOTICE OF SERVICE RE: DEFENDANT BAYER PHARMA AG

Service as indicated herein was and is intended to comply with PTO 10 in the above-captioned case.

Dated: December 6, 2016.

J. WILLIAM SAVAGE, P.C.

By: *J. William Savage*

<u>Attorneys for Plaintiff</u>
J. William Savage      OSB 773347 [Oregon State Bar]
                       WSBA 32148 [Washington State Bar]
J. William Savage, P.C.
620 S.W. Fifth Avenue, Suite 1125
Portland, OR  97204
Phone: (503) 222-0200
Fax: (503) 248-0200
Email: jwsavage@earthlink.net

Page 2 - PLAINTIFF'S NOTICE OF SERVICE RE: DEFENDANT BAYER PHARMA AG

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing PLAINTIFF'S NOTICE OF SERVICE RE: DEFENDANT BAYER PHARMA AG has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

    DATED this 6th day of December, 2016.

                                          J. WILLIAM SAVAGE, P.C.

                                          *s/ J. William Savage*
                                          J. William Savage, OSB 773347
                                          Of Attorneys for Plaintiff

Attorneys for Plaintiff
J. William Savage     OSB 773347 [Oregon State Bar]
                         WSBA 32148 [Washington State Bar]
J. William Savage, P.C.
620 S.W. Fifth Avenue, Suite 1125
Portland, OR  97204
Phone: (503) 222-0200
Fax: (503) 248-0200
Email: jwsavage@earthlink.net