UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *ALL CASES* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF ROGER DENTON

1. I am a Senior Partner at Schlichter Bogard & Denton and am one of the attorneys representing Plaintiffs in this litigation, serving on the Plaintiffs' Steering Committee and as Co-Chair of the Discovery Committee.

2. I served as Co-Lead Counsel in *In re Pradaxa (Dabigatran Etexilate) Products Liability Litigation,* MDL 2385.

3. Plaintiffs did not obtain a final draft of any expert report in the *Pradaxa* litigation; any reports from Plaintiffs' experts were in draft form only.

4. Plaintiffs did not produce any expert reports in the *Pradaxa* litigation.

5. All of the draft reports from Plaintiffs' experts in the *Pradaxa* litigation were derived from Confidential and/or Highly Confidential Information, as those terms were defined by Judge Herndon in paragraphs 6 and 7 of Case Management Order Number 2.

6. The complete Pradaxa PSC depository including all PSC work-product was required by court order to be turned over to the Special Master which in fact took place on or about June 9, 2015.

2

      7.      The Special Master filed a report confirming that the entire PSC depository was destroyed on or about December 15, 2015.

      8.      All plaintiffs' attorneys and expert witnesses were instructed to follow Judge Herndon's orders and to destroy their entire file, documents, materials, work product and draft reports on or about November 12, 2015.

December 7, 2016                                         */s/ Roger Denton*
                                                                        Roger Denton