UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____
IN RE PRADAXA                )          MDL No. 2385
(DABIGATRAN ETEXILATE) )          3:12-md-2385-
PRODUCTS LIABILITY      )          DRH-SCW
LITIGATION                      )
_____
This Document Relates to:
**ALL CASES**

**CASE MANAGEMENT ORDER No. 71**
**Modification of CMO 68 (Doc. 499) as to plaintiffs' expert reports deadline**

The Court hereby orders that the plaintiffs' expert reports shall not be served until Tuesday May 20, 2014 at 6:00 p.m. CST.

No other deadlines or scheduled depositions are stayed.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2014.05.16
15:51:59 -05'00'

**Chief Judge**                                                                 Date: May 16, 2014
**United States District Court**