UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____
IN RE PRADAXA ) MDL No. 2385
(DABIGATRAN ETEXILATE) ) 3:12-md-2385-
PRODUCTS LIABILITY ) DRH-SCW
LITIGATION )
_____
This Document Relates to:

**ALL CASES**

### CASE MANAGEMENT ORDER No. 72
**Modification of CMO 68 (Doc. 499) as to plaintiffs' expert reports deadline**

The Court hereby orders that the plaintiffs' expert reports shall not be served until Wednesday May 21, 2014 at 6:00 p.m. CST.

No other deadlines or scheduled depositions are stayed.

**SO ORDERED:**

Digitally signed by
David R. Herndon
Date: 2014.05.19
14:18:19 -05'00'

**Chief Judge**                                                    **Date: May 19, 2014**
**United States District Court**