# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

_____

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-0235- |
| PRODUCTS LIABILITY | ) | DRH-SCW |
| LITIGATION | ) | |

_____

**This Document Relates to:**

**ALL CASES**

## CASE MANAGEMENT ORDER No. 73

The Court hereby orders as follows:

1. All aspects of this matter are stayed, including the deposition of the defendant's CEO, until further notice of this Court.

2. On Wednesday, May 21, 2014, at 8:00 a.m. CDT, the mediator and the following counsel are ordered to appear in my chambers:

    a. Robert Limbacher
    b. Edward Miller
    c. Michael London
    d. Mikal Watts

3. With respect to its meeting in chambers with the mediator and counsel listed above, the Court enters the following orders:

    a. The Court will receive in chambers a full and detailed report of the status of settlement negotiations, and why the case has not yet settled;

    b. If the above lawyers do not themselves have full authority to settle the case, the Court requires that the above counsel have all other persons necessary to authorize a final

1

settlement agreement available in person or by phone that day.

**SO ORDERED:**

Digitally signed by David R. Herndon
Date: 2014.05.20 16:11:30 -05'00'

**Chief Judge**                                                **Date: May 20, 2014**
**United States District Court**