

**3:12-md-02385-DRH-SCW Doc. 515**

| 05/28/2014 | Doc. 515 | MINUTE ORDER: The parties have entered into a Master Settlement Agreement intended to cover all cases, included in this MDL. As such, 510 the prior stay Order issued by this Court remains in full effect for the indefinite future. Signed by Chief Judge David R. Herndon on 5/28/2014. (dsw) (Entered: 05/28/2014) |