| | | |
|---|---|---|
| 11/12/2015 | 692 | MINUTE ORDER: Pursuant to 668 CMO 95 and 208 CMO 2 and upon the request of the defendants herein, in accord therewith, Special Master Randi Ellis is hereby directed to destroy the entire document repository and work product she has in her possession relative to this case. Upon the destruction of said materials, the Special Master shall provide certification to the Court and defendants' counsel that she has complied with this order. She is further directed to return to counsel for Boehringer defendants the iPad and laptop which said counsel has requested be returned. Furthermore, in accordance with Paragraph 19 of CMO 2 any persons to whom materials covered by the requirements of CMO 2 were distributed for any reason shall either return those materials to a former plaintiffs' leadership council member for destruction or destroy said materials themselves. Certification of destruction shall be provided to the Court and defendants' counsel upon completion of destruction. Signed by Judge David R. Herndon on 1/12/2015. (dsw)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 1/12/2015) |