## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: PRADAXA (DABIGATRAN   ) <br> ETEXILATE) PRODUCTS LIABILITY  ) <br> LITIGATION                                   ) <br>                                                 ) | 3:12-md-02385-DRH-SCW <br> MDL No. 2385 <br><br> Judge David R. Herndon |

This Document Relates to: All Cases

**SPECIAL MASTER'S REPORT ON THE DESTRUCTION OF EVIDENCE**

On November 11, 2015, pursuant to Case Management Order Number 2 and Case Management Order Number 95 and upon request of the defendants herein, the Court entered Minute Order Number 692 directing the undersigned to destroy the entire document repository and work product in my possession. The Court further directed the undersigned to return to counsel for Boehringer defendants the iPad and laptop requested.

The laptop identified in Minute Order Number 692 was not contained in the evidence produced and therefore was not returned. As ordered, the iPad identified was returned to counsel for Boehringer and all remaining documents and materials contained in the document repository in my possession were destroyed. Certification of the destruction is attached as Exhibit A.

**Dated: December 15, 2015**

Respectfully Submitted,

*/s/ Randi S. Ellis*
Randi S. Ellis

Court-Appointed Special Master

Page **1** of **1**



**TIGERBytes**
IT SOLUTIONS

1215 Independence Blvd, Suite A | Zachary, LA, 70791 | 225.654.2442

# Hard Drive Certificate of Data Destruction

This certifies that TigerBytes IT Solutions, LLC has performed the following Data Destruction Services on the following Hard Disk Drives as per our **Hard Drive Destruction Standards.**

The inventory was documented by authorized TigerBytes personnel prior to Data Destruction Services. As described on TigerBytes IT Solutions, LLC's **Hard Drive Destruction Standards**, your data was completely destroyed, as detailed and documented below:

**Data Destruction**

Drives are completely erased to DoD 5220.22-M directive & recycled into reimaged units. Unusable drives were completely destroyed in accordance with industry best practices.

**Physical Destruction**

Drives were completely destroyed in accordance with industry best practices.

**Details of Data Destruction:**

| Date Recorded | Serial Number | Tag | Service Performed |
|---|---|---|---|
| 11/20/15 | na5cnwjh | evi-1021889 | Physical Destruction |
| 11/20/15 | wxm1e83avpd7 | evi-1021957 | Physical Destruction |
| 11/20/15 | na53399d | evi-1019010 | Physical Destruction |
| 11/20/15 | z1e3hf9z | tor-006261 | Physical Destruction |
| 11/20/15 | wcc4e5ejsfhu | | Physical Destruction |
| 11/20/15 | na5jkyp3 | mdl 2385 | Physical Destruction |
| 11/20/15 | na5cnjq2 | evi-1022276 | Physical Destruction |
| 11/20/15 | 14301302011502g | bipi-pra-arisg-0000000002 | Physical Destruction |
| 11/20/15 | na5l13l2 | evi-1021899 | Physical Destruction |
| 11/20/15 | 13791209250184a | bipi-pra-zdr-000000000001 | Physical Destruction |
| 11/20/15 | na5314kz | evi-1019325 | Physical Destruction |
| 11/20/15 | wx51ab328822 | | Physical Destruction |
| 11/20/15 | wxa1a7343389 | evi-1023007 | Physical Destruction |
| 11/20/15 | wxa1a7444090 | evi-1021952 | Physical Destruction |
| 11/20/15 | na5cq27j | evi-1021881 | Physical Destruction |
| 11/20/15 | wxa1a73f3729 | evi-1023119 | Physical Destruction |
| 11/20/15 | na5c7lh5 | evi-1022213 | Physical Destruction |
| 11/20/15 | na536m96 | evi-1019329 | Physical Destruction |
| 11/20/15 | CD | beniter v hhsc | Physical Destruction |
| 11/20/15 | CD | wilchinski, et al v beohringer | Physical Destruction |

Authorized Technician: ____Kevin Ivy_____    Date: __11/20/15__



EXHIBIT A



**TIGERBytes**
IT SOLUTIONS

1215 Independence Blvd, Suite A | Zachary, LA, 70791 | 225.654.2442

# Hard Drive Certificate of Data Destruction

This certifies that TigerBytes IT Solutions, LLC has performed the following Data Destruction Services on the following Hard Disk Drives as per our **Hard Drive Destruction Standards.**

The inventory was documented by authorized TigerBytes personnel prior to Data Destruction Services. As described on TigerBytes IT Solutions, LLC's **Hard Drive Destruction Standards**, your data was completely destroyed, as detailed and documented below:

**Data Destruction**

Drives are completely erased to DoD 5220.22-M directive & recycled into reimaged units. Unusable drives were completely destroyed in accordance with industry best practices.

**Physical Destruction**

Drives were completely destroyed in accordance with industry best practices.

**Details of Data Destruction:**

| Date Recorded | Serial Number | Tag | Service Performed |
|---|---|---|---|
| 11/20/15 | CD | wilchinski, et al v beohringer | Physical Destruction |
| 11/20/15 | CD | pradaxa litigation sas-ads plans | Physical Destruction |
| 11/20/15 | CD | pradaxa litigation sas-pooled data | Physical Destruction |
| 11/20/15 | CD | pradaxa litigation sas-data | Physical Destruction |
| 11/20/15 | CD | wilchinski, et al v beohringer | Physical Destruction |
| 11/20/15 | CD | In re: Pradaxa | Physical Destruction |
| 11/20/15 | CD | In re: Pradaxa | Physical Destruction |
| 11/20/15 | wxh1e93hzd58 | evi-1023038 | Physical Destruction |
| 11/20/15 | na4820mz | evi-1022763 | Physical Destruction |
| 11/20/15 | na536l8k | evi-1019328 | Physical Destruction |
| 11/20/15 | na5apzqw | evi-1021691 | Physical Destruction |
| 11/20/15 | na063vvg | evi-1010733 | Physical Destruction |
| 11/20/15 | na5cghf2 | evi-1021898 | Physical Destruction |
| 11/20/15 | 50mh5sa | | Physical Destruction |
| 11/20/15 | az25pl | | Physical Destruction |
| 11/20/15 | na41hx5j | evi-1011078 | Physical Destruction |
| 11/20/15 | wxf1a8372838 | evi-1022303 | Physical Destruction |
| 11/20/15 | 14301304144450g | | Physical Destruction |
| 11/20/15 | na5clfv | evi-1022216 | Physical Destruction |
| 11/20/15 | 42bvf35gsrl2 | evi-1022241 | Physical Destruction |

Authorized Technician: _____Kevin Ivy_____      Date: _11/20/15_



1215 Independence Blvd, Suite A | Zachary, LA, 70791 | 225.654.2442

# Hard Drive Certificate of Data Destruction

This certifies that TigerBytes IT Solutions, LLC has performed the following Data Destruction Services on the following Hard Disk Drives as per our **Hard Drive Destruction Standards.**

The inventory was documented by authorized TigerBytes personnel prior to Data Destruction Services. As described on TigerBytes IT Solutions, LLC's **Hard Drive Destruction Standards**, your data was completely destroyed, as detailed and documented below:

**Data Destruction**

Drives are completely erased to DoD 5220.22-M directive & recycled into reimaged units. Unusable drives were completely destroyed in accordance with industry best practices.

**Physical Destruction**

Drives were completely destroyed in accordance with industry best practices.

**Details of Data Destruction:**

| Date Recorded | Serial Number | Tag | Service Performed |
| --- | --- | --- | --- |
| 11/20/15 | wxu1e83nchk2 | evi-1023224 | Physical Destruction |
| 11/20/15 | wxm1e83eavk7 | evi-1021947 | Physical Destruction |
| 11/20/15 | na5cnjt6 | evi-1022273 | Physical Destruction |
| 11/20/15 | 15091304210978g | md 2385 | Physical Destruction |
| 11/20/15 | na03lkw3 | evi-1016808 | Physical Destruction |
| 11/20/15 | wxf1a83e6926 | evi-1021940 | Physical Destruction |
| 11/20/15 | na5aejq2 | evi-1022177 | Physical Destruction |
| 11/20/15 | wxm1e83xcu10 | evi-1023041 | Physical Destruction |
| 11/20/15 | wxh1e93mva30 | evi-1021949 | Physical Destruction |
| 11/20/15 | na5cnwrd | evi-1021888 | Physical Destruction |
| 11/20/15 | w241lssr | tor-006866 | Physical Destruction |
| 11/20/15 | na5c7pj6 | evi-1023445 | Physical Destruction |
| 11/20/15 | na41hw7h | evi-1019447 | Physical Destruction |
| 11/20/15 | na5cn56w | evi-1021873 | Physical Destruction |
| 11/20/15 | na5cn55q | evi-1021880 | Physical Destruction |
| 11/20/15 | wxd1a9305228 | evi-1022304 | Physical Destruction |
| 11/20/15 | na5cnjna | evi-1021871 | Physical Destruction |
| 11/20/15 | na4821v9 | evi-1022762 | Physical Destruction |
| 11/20/15 | na5c5n70 | evi-1021722 | Physical Destruction |
| 11/20/15 | wxh1aa3h1789 | evi-1023008 | Physical Destruction |

Authorized Technician: _____Kevin Ivy_____    Date: _11/20/15_



1215 Independence Blvd, Suite A | Zachary, LA, 70791 | 225.654.2442

# Hard Drive Certificate of Data Destruction

This certifies that TigerBytes IT Solutions, LLC has performed the following Data Destruction Services on the following Hard Disk Drives as per our **Hard Drive Destruction Standards.**

The inventory was documented by authorized TigerBytes personnel prior to Data Destruction Services. As described on TigerBytes IT Solutions, LLC's **Hard Drive Destruction Standards**, your data was completely destroyed, as detailed and documented below:

**Data Destruction**

Drives are completely erased to DoD 5220.22-M directive & recycled into reimaged units. Unusable drives were completely destroyed in accordance with industry best practices.

**Physical Destruction**

Drives were completely destroyed in accordance with industry best practices.

**Details of Data Destruction:**

| Date Recorded | Serial Number | Tag | Service Performed |
|---|---|---|---|
| 11/20/15 | na5cgj4r | evi-1022220 | Physical Destruction |
| 11/20/15 | 15091304210925g | md 2385 | Physical Destruction |
| 11/20/15 | grac3003g5 | wilchinski, et al v beohringer | Physical Destruction |
| 11/20/15 | wxm1e83xcc37 | evi-1021956 | Physical Destruction |
| 11/20/15 | na5aejqn | evi-1019891 | Physical Destruction |
| 11/20/15 | na5cn4hk | evi-1021876 | Physical Destruction |
| 11/20/15 | wxa1a7345979 | evi-1022292 | Physical Destruction |

Authorized Technician: _____Kevin Ivy_____   Date: _11/20/15_