UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALON<br>MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

*Agbaba v. Janssen Research & Development LLC, et al.*     (2:15-cv-05924)
*Johnston v. Janssen Research & Development LLC, et al.*     (2:15-cv-06262)
*Mabon v. Janssen Research & Development LLC, et al.*     (2:15-cv-06263)

## ORDER

**IT IS ORDERED** that the Motion for Extension of Time Within Which to Perfect Service of Process on all Defendants by the above listed Plaintiffs is hereby **GRANTED**, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures set forth in Pre-Trial Order No. 10.

New Orleans, Louisiana, this ___6th___ day of ___December___, 2016

_____
Hon. Eldon E. Fallon
United States District Judge