UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2592<br><br>SECTION L<br><br><br>MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| *Burkett v. Janssen Research & Development LLC, et al.* | (2:16-cv-06493-EFF-MBN) |
| *Davis v. Janssen Research & Development LLC, et al.* | (2:16-cv-07166-EEF-MBN) |
| *Dufrene v. Janssen Research & Development LLC, et al.* | (2:16-cv-07178-EEF-MBN) |
| *Fleishour v. Janssen Research & Development LLC, et al.* | (2:16-cv-07192-EEF-MBN) |
| *Johnson v. Janssen Research & Development LLC, et al.* | (2:16-cv-07201-EEF-MBN) |
| *Powers v. Janssen Research & Development LLC, et al.* | (2:16-cv-07207-EEF-MBN) |
| *Smith v. Janssen Research & Development LLC, et al.* | (2:16-cv-07218-EEF-MBN) |

## ORDER

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG filed by the above listed Plaintiffs is hereby GRANTED, and that Plaintiffs' shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10.

New Orleans, Louisiana, this ____6th____ day of ____December____, 2016

_____
Hon. Eldon E. Fallon
United States District Judge