# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN), PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| Plaintiffs, | SECTION: L |
| v. | JUDGE: ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE MICHAEL NORTH |
| Franklin, et al; 2:15-cv-06796<br>Travis Franklin<br>Henry Niese<br>Dixie Martin<br>Tom Priestley | **JURY TRIAL DEMANDED** |

## PROPOSED ORDER

IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG, filed by the above-listed Plaintiff is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this __6th__ day of __December__, 2016.

_____
Hon. Eldon E. Fallon
United States District Judge