UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | } | MDL No. 2592 |
| | } | |
| PRODUCTS LIABILITY LITIGATION | } | SECTION L |
| | } | JUDGE FALLON |
| | } | MAG. JUDGE NORTH |
| | } | |

This Document relates to:

*QUONCHITA L. JOHNSON, individually and on behalf of the estate of JOANN C. BURLEY vs. Janssen Research & Development, LLC et al; Civil Action No. 2:16-cv-6638*

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Motion for Extension of Time under PTO 27 to provide certain medical records in connection with Plaintiff Fact Sheet.

Upon consideration of all the documents relating to the Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's Motion for Extension of Time to provide medical records in connection with the Plaintiff Fact Sheet is hereby GRANTED. The deadline to provide the medical records in connection with Plaintiff 's Fact Sheet is now January 31, 2017.

New Orleans, Louisiana this 6th day of December, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge