# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT BORDAS<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>　　　　Defendants. | MDL NO. 2592<br><br>SECTION:　L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br><u>**JURY TRIAL DEMANDED**</u> |

### <u>ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO PERMANENTLY SEAL DOCUMENTS</u>

On December 1, 2016, Plaintiff filed the instant Ex Parte Motion to Permanently Seal Documents ("Ex Parte Motion").  This matter has been considered by the court, and after careful consideration of the Ex Parte Motion, Plaintiff's Motion to Permanently Seal Documents, which were inadvertently filed into CM/ECF, the court's electronic filing system, is HEREBY

GRANTED, and the Clerk of Court is hereby ordered to permanently seal Plaintiff's Fact Sheet, located at Reference Doc #4493 at 14-MD-2592.

IT IS SO ORDERED, this __6th__ day of _____December_____, 2016.

_____
ELDON E. FALLON
Judge, U.S. District Court for the Eastern District of Louisiana