UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| TAMMY BANKS, Individually and as Personal Representative of the Estate of RUTHIE BANKS | |
| | COMPLAINT AND JURY DEMAND |
| Plaintiff, | |
| | Civil Action No. 2:16-cv-04039 |
| vs. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG | |
| Defendants. | |

**PROPOSED ORDER**

**THIS MATTER,** having come before the Court on Plaintiff Tammy Bank's Motion to Voluntarily Dismiss With Prejudice Pursuant to PTO 24 and Rule 41(a)(2), and this Court being fully advised in the premises finds as follows:

IT IS HEREBY ORDERED that Plaintiff's claims are hereby dismissed with prejudice pursuant to PTO 24 and Rule 41(a)(2), against all Defendants, each party to bear their own costs. The Court finds that a filing fee is not due pursuant to PTO 11B.

Signed, this \_\_\_\_5th\_\_\_\_ day of December 2016.

_____
Honorable Eldon E. Fallon
United States District Court Judge