UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

THIS DOCUMENT RELATES TO:
　　*Luz Ramirez*, 2:16-cv-6578

## ORDER

A Motion for Voluntary Dismissal Without Prejudice was filed in the above-captioned case on November 7, 2016. (R. Doc. 4454).

**IT IS ORDERED** that the above-mentioned motion shall be set for oral argument after the Monthly Status Conference on December 20, 2016 at 9:00 a.m. If counsel wishes to appear by phone, they should contact Chambers for instructions on how to do so, specifying their need to speak.

New Orleans, Louisiana, this 6th day of December, 2016.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE