UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2592 <br> * <br> *  SECTION L <br> * <br> *  JUDGE ELDON E. FALLON <br> * <br> *  MAG. JUDGE NORTH |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***   \*

**THIS DOCUMENT RELATES TO:**
  *Crutcher*, No. 2:16-cv-6715
  *Hibbard*, No. 2:16-cv-13518

## ORDER

Considering Plaintiffs' Motions to Withdraw as Attorney (R. Docs. 4320, 4321),

**IT IS ORDERED** that the above-mentioned motions shall be set for oral argument after the Monthly Status Conference on December 20, 2016 at 9:00 a.m. If counsel wishes to appear by phone, they should contact Chambers for instructions on how to do so, specifying their need to speak.

New Orleans, Louisiana, this 6th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE