# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIAGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Betty D. Gunnin v. Janssen Research & Development, LLC. et al.

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-00510**

## MOTION FOR SUBSTITUTION OF PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Vickie D. Gunnin on behalf of her deceased mother, Betty D. Gunnin.

1. Betty D. Gunnin filed a products liability lawsuit against defendants on January 21, 2016.

2. Plaintiff Betty Gunnin died on November 3, 2016. See Death Certificate attached as "Exhibit A".

3. Betty D. Gunnin's product liability action against defendants survived her death and was not extinguished.

4. On December 6, 2016, a Notice of Suggestion of Death was filed, attached hereto as "Exhibit B".

5. Vickie D. Gunnin, surviving daughter of Betty Gunnin, was appointed as Executor of the Estate on November 8, 2016 by Probate Court of Meriwether County, State of Georgia, attached here to as "Exhibit C".

6. Vickie D. Gunnin, surviving daughter of Betty D. Gunnin, is a proper party to substitute for plaintiff-decedent Betty D. Gunnin and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25 (a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request to substitute party plaintiff in this action.

Date: December 7, 2016                    Respectfully submitted, by:

/s/Nicholas R. Rockforte
Nicholas R. Rockforte LA Bar No. 31305
Christopher L. Coffin, LA Bar No. 27902
**Pendley, Baudin & Coffin L.L.P.**
P.O. Box 71
24110 Eden Street
Plaquemine, Louisiana 70765
Phone: 225/687-6396
Fax: 225/687-3696
nrockforte@pbclawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2016, a copy of the forgoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(c), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Nicholas R. Rockforte