**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN PRODUCTS LIABILITY LITIAGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Betty D. Gunnin v. Janssen Research & Development, LLC. et al.

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-00510**

**ORDER ON MOTION TO SUBSTITUE PARTY PLAINTIFF**

THIS CAUSE, having come before this Honorable Court on Vickie D. Gunnin's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, by states:

IT IS ORDERED AND ADJUGED THAT:

1. Motion is GRANTED.

2. VICKIE GUNNIN, as surviving daughter and Executor of the will of BETTY GUNNIN, is substituted as Plaintiff in this action.


Dated: _____                    _____
                                                JUDGE ELDON E. FALLON