# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN  :
PRODUCTS LIABILITY LITIAGATION  :  MDL No. 2592
  :
  :  SECTION L
  :
  :  JUDGE ELDON E. FALLON
  :
_____  :  MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Betty D. Gunnin v. Janssen Research & Development, LLC. et al.

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-00510**

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Betty D. Gunnin. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by a personal representative of Betty D. Gunnin Estate.

Respectfully submitted By:

/s/Nicholas R. Rockforte
Nicholas R. Rockforte LA Bar No. 31305
Christopher L. Coffin, LA Bar No. 27902
Pendley, Baudin & Coffin L.L.P.
P.O. Box 71
24110 Eden Street
Plaquemine, Louisiana 70765
Phone: 225/687-6396
Fax: 225/687-3696
nrockforte@pbclawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hearby certifiy that on December 6, 2016, a copy of the above and forgoing Suggestion of death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(c), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


    /s/ Nicholas R. Rockforte