# Exhibit

# C

Sent 18/11/2016 at 09:27:03 - from - to p4/4

IN THE PROBATE COURT OF ___MERIWETHER___ COUNTY
STATE OF GEORGIA

IN RE:  ESTATE OF                    )
                                      )
___BETTY DORIS GUNNIN___ ,           )     ESTATE NO. ___9417___
DECEASED                              )

### LETTERS TESTAMENTARY
*[Relieved of Filing Returns]*

    At a regular term of Probate Court, the Last Will and Testament dated ___Sept. 29, 2016___ (and Codicil(s) dated ___n/a___) of the above-named Decedent, who was domiciled in this County at the time of his or her death or was domiciled in another state but owned property in this County at the time of his or her death, was legally proven in Solemn Form to be the Decedent's Will and was admitted to record by order, and it was further ordered that ___VICKIE DIANE GUNNIN___, named as Executor(s) in said Will, be allowed to qualify, and that upon so doing, Letters Testamentary be issued to such Executor(s).

    THEREFORE, the Executor(s), having taken the oath of office and complied with all necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all powers of Executor(s) under the Will of said Decedent, according to the Decedent's Will and the law.

    Given under my hand and official seal, the __8TH__ day of __NOVEMBER__, 20_16_.

_____
Judge of the Probate Court

*NOTE: The following must be signed if the Judge does not sign the original of this document:*

Issued by:                                      *[Seal]*

___A Ritter___
Clerk of the Probate Court

STATE OF GEORGIA
MERIWETHER COUNTY
This is a true and correct copy of the
original on file in the office.  Witness
hand and Official Seal.
This _8th_ day of _November 16_
Probate Judge, Meriwether County
By: ___A Ritter___
                              Judge/Clerk

GPCSF 5                           [15]                           Eff. July 2016

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE
OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH.  THIS CERTIFIED COPY IS ISSUED UNDER
THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA, AND 290-1-3 DPH RULES AND REGULATIONS.

County Custodian:

Issued by:

Date Issued:  11/15/2016

STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

Any reproduction of this document is prohibited by statute.  Do not accept unless embossed with a raised seal.

VOID IF ALTERED OR COPIED