UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         )
PRODUCTS LIABILITY LITIGATION        )    MDL No. 2592
                                     )
                                     )    SECTION L
                                     )
                                     )    JUDGE ELDON E. FALLON
                                     )
                                     )    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

See Schedule of Cases attached to Ex Parte Motion to Withdraw.

## ORDER

Considering the foregoing Ex Parte Motion for Leave to Withdraw as Counsel of Record with respect to the Plaintiffs listed in the Schedule of Cases attached to the Motion,

**IT IS HEREBY ORDERED** that Andrew D. Kinghorn is withdrawn as attorney of record for said Plaintiffs. The Plaintiffs will continue to be represented by John J. Driscoll and The Driscoll Firm, P.C.

New Orleans, Louisiana this 6th day of December, 2016.

_____
United States District Judge