UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    :
PRODUCTS LIABILITY LITIGATION   :    MDL No. 2592
                                :
                                :    SECTION L
                                :
                                :    JUDGE ELDON E. FALLON
                                :
                                :    MAG. JUDGE MICHAEL NORTH
_____

THIS DOCUMENT RELATES TO:

PEARL EDWARD SAULSBERY, AS
SURVIVING SPOUSE AND PERSONAL
REPRESENTATIVE OF THE ESTATE OF
BETTY SAULSBERY, DECEASED,

Civil Action No. 2:16-cv-00665

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT:

Plaintiff Eva Westmoreland, as surviving child and Personal Representative of the Estate of Betty Saulsbery, is hereby substituted for Plaintiff Pearl Saulsbery in the above captioned cause.

New Orleans, Louisiana this 7th day of December, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge