UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Walter F. McDevitt v. Janssen Research & Development, LLC, et al.* | MAGISTRATE JUDGE NORTH |
| Case File No. 2:16-cv-014067 | |

## NOTICE AND SUGGESTION OF DEATH

TO ALL PARTIES AND ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Walter F. McDevitt.

Dated: December 7, 2016        LAW OFFICES OF CHARLES H. JOHNSON, PA

/s/ Charles H. Johnson
Charles H. Johnson, Esq. (#50696)
Jonathan R. Mencel, Esq. (#390056)
*Attorneys for Plaintiff*
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:     (651) 633-5685
Fax Phone:     (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on December 7, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Charles H. Johnson
Charles H. Johnson (MN Bar No. 50696)
Jonathan R. Mencel (MN Bar No. 390056)
LAW OFFICES OF CHARLES H. JOHNSON, PA
2599 Mississippi Street
New Brighton, MN 55112-5060
Telephone:     (651) 633-5685
Fax Phone:     (651) 633-4442
bdehkes@charleshjohnsonlaw.com
jmencel@charleshjohnsonlaw.com

**ATTORNEYS FOR PLAINTIFF**