UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE NORTH |
| *Walter F. McDevitt v. Janssen Research & Development, LLC, et al.* | |
| Case File No. 2:16-cv-14067 | |

## ORDER

The Court, after considering Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Ann Bendle, as surviving daughter of Walter F. McDevitt, is substituted for Plaintiff Walter F. McDevitt in the above-captioned case.

Dated: _____      _____
                                                                Hon. Eldon E. Fallon
                                                                United States District Court Judge