UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAGISTRATE JUDGE NORTH |

**JURY TRIAL DEMANDED**

**THIS DOCUMENT RELATES TO:**

**JOSEPH PINNETTI v. JANSSEN PHARMACEUTICALS, INC., et al**

No. 2:15-cv-04733

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, comes John Jewell Pace and Co-Counsel Samuel C. Ward for the Plaintiff and moves this Honorable Court for an order substituting **EILEEN PINNETTI** on behalf of her deceased spouse, **JOSEPH PINNETTI**, for the following reasons:

I.

On September 25, 2015 **JOSEPH PINNETTI** filed a Complaint in the above referenced matter.

II

On November 18, 2016, **JOSEPH PINNETTI** died.

III.

The decedent's spouse, **EILEEN PINNETTI**, is the Proper Party Plaintiff and wishes to be substituted on behalf of **JOSEPH PINNETTI**, in this case.

WHEREFORE, movant prays for said substitution.

Respectfully submitted this 8th day of December, 2016.

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw.com


By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward (Bar # 29508)**
Samuel C. Ward, Jr., &
Associates
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330-6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com


### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2016 a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ John Jewell Pace*
**JOHN JEWELL PACE (#1115)**