UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN :
PRODUCTS LIABILITY LITIAGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

Betty D. Gunnin v. Janssen Research & Development, LLC. et al.

**INDIVIDUAL CIVIL ACTION NO: 2:16-cv-00510**

### ORDER ON MOTION TO SUBSTITUE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on Vickie D. Gunnin's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, by states:

IT IS ORDERED AND ADJUGED THAT:

1. Motion is GRANTED.

2. VICKIE GUNNIN, as surviving daughter and Executor of the will of BETTY GUNNIN, is substituted as Plaintiff in this action.

New Orleans, Louisiana this 8th day of December, 2016.

_____
United States District Judge