UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAG. JUDGE NORTH |
| ************************************************ | * |

THIS DOCUMENT RELATES TO:
    ALL CASES

## ORDER

The Stipulation and Order of December 7, 2016, (R. Doc. 4697) resolved all issues in the Motion Regarding Sufficiency of Defendants' Objections filed by the Plaintiffs' Steering Committee on November 16, 2016 (R. Doc. 4509).

Accordingly, **IT IS ORDERED** that the Motion (R. Doc. 4509) is hereby rendered **MOOT**.

New Orleans, Louisiana, this 8th day of December, 2016.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE