UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| _____ | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Bernadette Murillo v. Janssen Research & Development, LLC, et al., 2:15-cv-02403*
*Albert Wainscott v. Janssen Research & Development, LLC, et al., 2:15-cv-02405*
*Michael Jordan v. Janssen Research & Development, LLC, et al., 2:15-cv-02409*
*Flordell Parker, Individually and as Legal Representative of the Estate of Howard Parker v. Janssen Research & Development, LLC, et al., 2:15-cv-06548*
*Carol Hansen v. Janssen Research & Development, LLC, et al., 2:16-cv-01312*
*Carolyn Carter v. Janssen Research & Development, LLC, et al., 2:16-cv-01633*
*Wayne Meadows, et al v. Janssen Research & Development, LLC, et al., 2:16-cv-05824*
*Helen Hicks v. Janssen Research & Development, LLC, et al., 2:16-cv-04227*
*Dianna Jay, et al v. Janssen Research & Development, LLC, et al., 2:16-cv-05817*
*Laurie Michaelis v. Janssen Research & Dvelopment, LLC, et al., 2:16-cv-05828*
*Katie Moffitt v. Janssen Research & Development, LLC, et al., 2:16-cv-05834*
*Mildred Reed v. Janssen Research & Development, LLC, et al., 2:16-cv-05837*
*Judith Schucknecht, et al v. Janssen Research & Development, LLC, et al., 2:16-cv-05845*
*Ella Stueve – Dodd, et al v. Janssen Research & Development, LLC, et al., 2:16-cv-05852*
*Dennis Burmeister v. Janssen Research & Development, LLC, et al., 2:16-cv-07964*
*Barbara Marthal, Individually and as Legal Representative of the Estate of Mary Marthal v. Janssen Research & Development, LLC, et al., 2:16-cv-09850*
*Eve Rollings, Individually and a Legal Representative of the Estate of Adelia Miller v. Janssen Research & Development, LLC, et al., 2:16-cv-11661*

**PLAINTIFFS' JOINT MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

COMES NOW Plaintiffs in the above-referenced case numbers herein, and file this Plaintiffs' Joint Motion for Withdrawal and Substitution of Counsel.

Plaintiffs request that attorney William K. Holland of Goldblatt + Singer be withdrawn as counsel in the main MDL No. 2592 and in each member case associated with MDL No. 2592,

including, Case No. 15-cv-02403 - Bernadette Murillo v. Janssen Research & Development, LLC, et al; Case No. 15-cv-02405 - Albert Wainscott v. Janssen Research & Development, LLC, et al; Case No. 15-cv-02409 – Michael Jordan v. Janssen Research & Development, LLC, et al; Case No. 15-cv-06548 – Flordell Parker, Individually and as Legal Representative of the Estate of Howard Parker v. Janssen Research & Development, LLC, et al; Case No. 16-cv-01312 – Carol Hansen v. Janssen Research & Development, LLC, et al; Case No. 16-cv-01633 – Carolyn Carter v. Janssen Research & Development, LLC, et al; Case No. 16-cv-05824 – Wayne Meadows v. Janssen Research & Development, LLC, et al; Case No. 16-cv-04227 – Helen Hicks v. Janssen Research & Development, LLC, et al; Case No. 16-cv-05817 – Dianna Jay, et al v. Janssen Research & Development, LLC, et al; Case No. 16-cv-05828 – Laurie Michaelis v. Janssen Research & Development, LLC, et al; Case No. 16-cv-05834 – Katie Moffitt v. Janssen Research & Development, LLC, et al; Case No. 16-cv-05837 – Mildred Reed v. Janssen Research & Development, LLC, et al; Case No. 16-cv-05845 – Judith Schucknecht, et al v. Janssen Research & Development, LLC, et al; Case No. 16-cv-05852 – Ella Stueve – Dodd, et al v. Janssen Research & Development, LLC, et al; Case No. 16-cv-07964 – Dennis Burmeister v. Janssen Research & Development, LLC, et al; Case No. 16-cv-09850 – Barbara Marthal, Individually and as Legal Representative of the Estate of Mary Marthal v. Janssen Research & Development, LLC, et al; Case No. 16-cv-11661 – Eve Rollings, Individually and as Legal Representative of the Estate of Adelia Miller v. Janssen Research & Development, LLC, et al.

Plaintiffs further request the substitution of attorney Jeffrey S. Singer of Goldblatt + Singer in place of attorney William K. Holland of Goldblatt + Singer.

Attorney Jeffrey S. Singer of Goldblatt + Singer has conferred with William K. Holland of Goldblatt + Singer who is not opposed to this Motion.

WHEREFORE, Plaintiffs respectfully request that William K. Holland of Goldblatt + Singer be granted leave to withdraw as counsel in the main MDL No. 2592 and in each member cases associated with MDL No.2592.  Plaintiffs further request that Attorney Jeffrey S. Singer of Goldblatt + Singer be substituted.

Dated: December 8, 2016                                          Respectfully Submitted,

/s/ Jeffrey S. Singer
Jeffrey S. Singer

GOLDBLATT + SINGER
8182 Maryland Avenue, Suite 801
St. Louis, MO  63105
Telephone: (314) 231- 4100
Fax: (314) 241-5078
Email: jsinger@stlinjurylaw.com
*ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Jeffrey S. Singer