# U.S. DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL No.:  2592<br><br>Section:  L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

PATRICIA A. FOSS
Civil Action No.:  2:16-cv-01259-EEF-MBN

### NOTICE OF CHANGE OF ADDRESS

Comes now James B. Tuttle of The Tuttle Law Firm, attorney for the above Plaintiff, and hereby gives notice to this Honorable Court, all parties and all counsel of record in this matter who have made an appearance that The Tuttle Law Firm's new address effective immediately is 1520 Crescent Road, Suite 300, Clifton Park, New York 12065.  All phone numbers and emails remain the same.

Dated:  December 8, 2016

                                                      Respectfully submitted,

                                                      By:      s/James B. Tuttle
                                                      James B. Tuttle, Esq. (NY #1124833)
                                                      THE TUTTLE LAW FIRM
                                                      Attorney for the Plaintiff
                                                      1520 Crescent Road, Suite 300
                                                      Clifton Park, New York 12065
                                                      Telephone: (518) 783-1001
                                                      Facsimile: (518)783-1515
                                                      Email:  jbtesq@nycap.rr.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17 on the 8th day of December, 2016.

    /s/James B. Tuttle
James B. Tuttle, Esq.