UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Daniel Calix*                                                                                 2:16-cv-07216-EEF-MBN

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Notice is hereby given that the attorney identified below is making an appearance as co-counsel in the above referenced case:

Peyton P. Murphy
Murphy Law Firm, LLC
Louisiana State Bar No. 22125
2354 S. Acadian Thwy.
Baton Rouge, LA 70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: peyton@murphylawfirm.com

Dated: December 8, 2016

Respectfully submitted,

MURPHY LAW FIRM, LLC

s/*Peyton P. Murphy*
PEYTON P. MURPHY (LA # 22125)
2354 S. Acadian Thwy.
Baton Rouge, LA  70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: peyton@murphylawfirm.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2016, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                s/*Peyton P. Murphy*
                                                PEYTON P. MURPHY