UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     MDL No. 2592
PRODUCTS LIABILITY LITIGATION     SECTION L
    JUDGE ELDON E. FALLON
    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Daniel Calix*     2:16-cv-07216-EEF-MBN

### NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

    Notice is hereby given that the attorney identified below is making an appearance as co-counsel in the above referenced case:

    Todd C. Comeaux
    Murphy Law Firm, LLC
    Louisiana State Bar No. 23453
    4880 Bluebonnet Blvd., Ste. A
    Baton Rouge, LA 70809
    Telephone: (225) 706-9000
    Facsimile: (225) 706-9001
    Email: tc@comeauxlawfirm.com

Dated: December 8, 2016

Respectfully submitted,

MURPHY LAW FIRM, LLC

s/*Todd C. Comeaux*
TODD C. COMEAUX (LA # 23453)
4880 Bluebonnet Blvd., Ste. A
Baton Rouge, LA 70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2016, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/*Todd C. Comeaux*
TODD C. COMEAUX
