UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**
*Charles Wallace, Case No. 2:16-cv-9560*

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the claims of Plaintiff Charles Wallace in the above-captioned case be dismissed with prejudice against all defendants pursuant to Fed. R. Civ. P. 41. All parties shall bear their own costs.

DATED: December 9, 2016

    Respectfully Submitted,

By: */s/ Christopher J. Quinn*
Christopher J. Quinn
THE DRISCOLL FIRM, P.C.
211 N. Broadway, 40th Floor
St. Louis, MO 63102
Tel: (314) 932-3232
Fax: (314) 932-3233
chris@thedriscollfirm.com

*Attorneys for Plaintiff*


DRINKER BIDDLE & REATH LLP
By: */s/ Susan M. Sharko*
Susan M. Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

KAYE SCHOLER LLP

By: /s/ Andrew K. Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Tel: (212) 836-8000
andrew.solow@kayescholer.com

William Hoffman
901 15th Street NW
Washington, D.C. 20005
Tel: (202) 682-3500
william.hoffman@kayecholer.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

IRWIN FRITCHIE URQUHART & MOORE LLC

By: */s/ James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras St., Ste. 2700
New Orleans, LA 70130
Tel: (504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

*Liaison Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 9, 2016, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiffs' counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Christopher J. Quinn*