# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARGIE MAYHUE**, | MDL NO. 2592 |
| Plaintiff, | Case No. 2:16-cv-16881 |
| vs. | SECTION:   L |
| **JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON AND JOHNSON; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JANSSEN ORTHO LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, f/k/a BAYER SCHERING PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; BAYER AG; and DOES 1 through 10, inclusive,** | JUDGE:   ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>**APPLICATION FOR REFUND OF ELECTRONIC FEES** |

**COMES NOW** L. Paul Mankin, attorney for Plaintiff Margie Mayhue, requesting and applying for a refund in the amount of $400.00 due to a duplicate case filing charge. This duplicate amount was charged to an American Express card ending in 3007.

//

//

///

Complaint - 1

Respectfully submitted this December 14, 2016

                              By:    /s/ Paul Mankin  
                                      Paul Mankin, Esq. (SBN 264038)  
                                      The Law Office of L. Paul Mankin  
                                      4655 Cass St., Suite 112  
                                      San Diego, CA 92109  
                                      Phone: (619) 312-6583  
                                      Fax: (323) 207-3885  
                                      pmankin@paulmankin.com  
                                      Attorney for Plaintiff