# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Morris Wright v. Janssen Research & Development, LLC, et al.,, Civil Action No. 2:15-cv-06384*

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Stephen Wright, on behalf of the Estate of Morris Wright, as Plaintiff in the above captioned cause.

1.  Morris Wright filed a products liability lawsuit against defendants on November 20, 2015.

2.  Plaintiff Morris Wright died on May 18, 2016.

3.  Morris Wright's products liability action against defendants survived Plaintiff's death and was not extinguished.

4.  Plaintiff filed a Suggestion of Death on December 12, 2016, attached hereto as "Exhibit A".

5.  Stephen Wright, Executor of the Estate of Morris Wright, is a proper party to substitute for Plaintiff Morris Wright and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies

and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

  WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Dated: December 12, 2016      Respectfully submitted,

             /s/ Russell T. Abney_____
             Russell T. Abney, Esq.
             Attorney I.D. No. 000875 (GA)
             FERRER, POIROT & WANSBROUGH
             2100 RiverEdge Pkwy NW, Suite 1025
             Atlanta, GA 30328
             Telephone: 800.521.4492
             Fax: 866.513.0115
             atlanta@lawyerworks.com
             *Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: December 12, 2016                    Respectfully submitted,

                                          /s/ Russell T. Abney
                                          Russell T. Abney, Esq.
                                          Attorney I.D. No. 000875 (GA)
                                          FERRER, POIROT & WANSBROUGH
                                          2100 RiverEdge Pkwy NW, Suite 1025
                                          Atlanta, GA 30328
                                          Telephone: 800.521.4492
                                          Fax: 866.513.0115
                                          atlanta@lawyerworks.com
                                          *Attorney for the Plaintiffs*