MINUTE ENTRY
FALLON, J.
DECEMBER 8, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic hearing was held on this date in the chambers of Judge Eldon E. Fallon. The PSC was represented by Lenny Davis, Gerald Meunier, Brian Barr, Andy Birchfield, and Fred Longer. Defendants were represented by Jim Irwin, Susan Sharko, John Olinde, Steve Glickstein, Tim Coon, Jennifer Lamotte, and Andy Solow.

At the conference, the Court discussed (1) the status of parties' discussions on the admissibility of exhibits; and (2) the issues with Defendants' document production regarding TIF/native discrepancies in track changes and comments.

The status conference was transcribed by Court Reporter Karen Ibos. To obtain a copy of the transcript, contact Ms. Ibos at (504) 589-7776.

JS10(00:46)