UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*Bernadette Murillo v. Janssen Research & Development, LLC, et al., 2:15-cv-02403*
*Albert Wainscott v. Janssen Research & Development, LLC, et al., 2:15-cv-02405*
*Michael Jordan v. Janssen Research & Development, LLC, et al., 2:15-cv-02409*
*Flordell Parker, Individually and as Legal Representative of the Estate of Howard Parker v. Janssen Research & Development, LLC, et al., 2:15-cv-06548*
*Carol Hansen v. Janssen Research & Development, LLC, et al., 2:16-cv-01312*
*Carolyn Carter v. Janssen Research & Development, LLC, et al., 2:16-cv-01633*
*Wayne Meadows, et al v. Janssen Research & Development, LLC, et al., 2:16-cv-05824*
*Helen Hicks v. Janssen Research & Development, LLC, et al., 2:16-cv-04227*
*Dianna Jay, et al v. Janssen Research & Development, LLC, et al., 2:16-cv-05817*
*Laurie Michaelis v. Janssen Research & Dvelopment, LLC, et al., 2:16-cv-05828*
*Katie Moffitt v. Janssen Research & Development, LLC, et al., 2:16-cv-05834*
*Mildred Reed v. Janssen Research & Development, LLC, et al., 2:16-cv-05837*
*Judith Schucknecht, et al v. Janssen Research & Development, LLC, et al., 2:16-cv-05845*
*Ella Stueve – Dodd, et al v. Janssen Research & Development, LLC, et al., 2:16-cv-05852*
*Dennis Burmeister v. Janssen Research & Development, LLC, et al., 2:16-cv-07964*
*Barbara Marthal, Individually and as Legal Representative of the Estate of Mary Marthal v. Janssen Research & Development, LLC, et al., 2:16-cv-09850*
*Eve Rollings, Individually and a Legal Representative of the Estate of Adelia Miller v. Janssen Research & Development, LLC, et al., 2:16-cv-11661*

## ORDER

Considering the forgoing Joint Motion for Withdrawal and Substitution of Counsel of Record,

**IT IS HEREBY ORDERED** that William K. Holland of Goldblatt + Singer is withdrawn as Plaintiffs' attorney of record.

**IT IS FURTHER ORDERED** that Jeffrey S. Singer of Goldblatt + Singer is enrolled as Plaintiffs' attorney of record herein.

DONE AND SIGNED this __9th__ day of __December__, 2016, at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**