Joshua H. Haffner, SBN 188652
(jhh@haffnerlawyers.com)
**HAFFNER LAW PC**
445 South Figueroa Street, Suite 2325
Los Angeles, CA 90071
Tel:   (213) 514-5681
Fax:   (213) 514-5682

Louis J. Cutrone, SBN 185151
(lou@cutronelaw.com)
**CUTRONE & ASSOCIATES**
15260 Ventura Boulevard, Suite 670
Sherman Oaks, CA 91403
Tel:   (818) 344-1737
Fax:   (818) 921-7720

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION:  L-5 |
| <u>This Document Relates to:</u> | JUDGE Eldon E. Fallon |
| | MAG. JUDGE NORTH |
| HEIDI RORICK-EVANS, an individual and as successor-in-interest of TERRENCE HOWARD EVANS, deceased, | CASE NO.  2:16-CV-16699-EFF-MBN |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION TO REMAND TO STATE COURT** |
| v. | Date:   January 18, 2017 |
| JOHNSON & JOHNSON COMPANY; MCKESSON CORPORATION; AND DOES 1-100, inclusive, | Time:   9:00 a.m. |
| | Courtroom: C-468 |
| Defendants. | Honorable Eldon E. Fallon |

- 1 -
**Plaintiff's Notice of Motion To Remand**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

NOTICE IS HEREBY GIVEN THAT on January 18, 2017 at 9:00 a.m., before the Honorable Eldon E. Fallon in Courtroom C-468 of the U.S. District Court for the Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, LA 70130, Plaintiff will and hereby does move the Court for an Order remanding this action to the Superior Court for Los Angeles, State of California, pursuant to 28 U.S.C. § 1447, on the grounds that this Court lacks jurisdiction over this action as there is no complete diversity and on the grounds that no independent federal jurisdiction exists allowing this action to be heard in Federal Court, as well as procedural defects in the removal.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Joshua H. Haffner in Support of Plaintiff's Motion to Remand and the exhibits thereto, and on the papers, records, and pleadings on file herein, and such argument as the Court may allow.

This motion is made following the conference of counsel which took place on November 10, 2016 and November 14, 2016.

DATED:  December 12, 2016             **HAFFNER LAW PC**


By: /s/ Joshua H. Haffner
    Joshua H. Haffner
    Attorneys for Plaintiffs