Joshua H. Haffner, SBN 188652
(jhh@haffnerlawyers.com)
**HAFFNER LAW PC**
445 South Figueroa Street, Suite 2325
Los Angeles, CA 90071
Tel:   (213) 514-5681
Fax:  (213) 514-5682

Louis J. Cutrone, SBN 185151
(lou@cutronelaw.com)
**CUTRONE & ASSOCIATES**
15260 Ventura Boulevard, Suite 670
Sherman Oaks, CA 91403
Tel:   (818) 344-1737
Fax:  (818) 921-7720

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 14-MDL 2592<br><br>SECTION L-5<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| HEIDI RORICK-EVANS, an individual and as successor-in-interest of TERRENCE HOWARD EVANS, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON COMPANY; MCKESSON CORPORATION; AND DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO.  2:16-CV-16699-EFF-MBN<br><br>**PLAINTIFF'S NOTICE OF SUBMISSION**<br><br>Date:   January 18, 2017<br>Time:   9:00 a.m.<br>Courtroom: C-468<br>Honorable Eldon E. Fallon |

- 1 -
**Plaintiff's Notice of Submission**

- 2 -

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Plaintiffs will bring for submission their Motion for Remand before Honorable Judge Eldon E. Fallon, United States Judge for the Eastern District of Louisiana, on the 18th day of January, 2017, at 9:00 a.m., or as soon thereafter as counsel may be heard.

DATED:  December 12, 2016          **HAFFNER LAW PC**

By: /s/ Joshua H. Haffner
Joshua H. Haffner
Attorneys for Plaintiffs

- 2 -

**Plaintiff's Notice of Submission**