1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joshua H. Haffner, SBN 188652
(jhh@haffnerlawyers.com)
**HAFFNER LAW PC**
445 South Figueroa Street, Suite 2325
Los Angeles, CA 90071
Tel:   (213) 514-5681
Fax:   (213) 514-5682

Louis J. Cutrone, SBN 185151
(lou@cutronelaw.com)
**CUTRONE & ASSOCIATES**
15260 Ventura Boulevard, Suite 670
Sherman Oaks, CA 91403
Tel:   (818) 344-1737
Fax:   (818) 921-7720

Attorneys for Plaintiff (s)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION L-5<br>JUDGE ELDON E FALLON<br>MAG. JUDGE NORTH |
| This Document Relates to: | |
| HEIDI RORICK-EVANS, an individual and as successor-in-interest of TERRENCE HOWARD EVANS, deceased,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON COMPANY; MCKESSON CORPORATION; AND DOES 1-100, inclusive,<br><br>                    Defendants. | CASE NO.  2:16-CV-16699-EFF-MBN<br><br>**DECLARATION JOSHUA H. HAFFNER IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND**<br><br><br>Date:   January 18, 2017<br>Time:   9:00 a.m.<br>Courtroom: C-468<br>Honorable Eldon E. Fallon |

- 1 -

**Declaration Of Joshua H. Haffner In Support Of Plaintiff's Motion To Remand**

1

## DECLARATION OF JOSHUA H. HAFNER

2 I, Joshua H. Haffner, declare as follows:

3      1.    I am an attorney at Haffner Law PC, attorneys of record for Plaintiffs

4 in this action.  I am admitted to practice before all of the courts in the State of

5 California and the Central District of California.  I make this declaration upon my

6 personal knowledge and, if called upon and sworn as a witness, I would and could

7 competently testify hereupon.

8      2.    Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's

9 Complaint, filed in this action on September 29, 2016.

10      3.    Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's

11 proof of service for the summons and complaint, served upon Defendant McKesson

12 Corporation on October 7, 2016.

13      4.    Attached hereto as Exhibit 3 is a true and correct copy the Notice of

14 Related Cases Plaintiff filed on October 11, 2016 with the attached JCCP 4862

15 documentation for the Xarelto cases coordinated by Los Angeles Superior Court.

16      I declare under penalty of perjury under the laws of the United States of

17 America that the foregoing is true and correct.

18      Executed this 8th day of December, 2016, in Los Angeles, California.

19

20

21

                     By:     /s/ Joshua H. Haffner

22                             Joshua H. Haffner

23                             Attorneys for Plaintiffs

24

25

26

27

28

- 2 -

**Declaration Of Joshua H. Haffner In Support Of Plaintiff's Motion To Remand**