EXHIBIT 2

October 10, 2016 — USA Express Legal & Investigative Services, Inc. fax (800) 861-5311

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Joshua H. Haffner, Esq.   SBN: 188652<br>Haffner Law PC<br>445 S. Figueroa St., Suite 2325  Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 514-5681   FAX NO.(Optional): (213) 514-5682<br>E-MAIL ADDRESS (Optional): jhh@haffnerlawyers.com<br>ATTORNEY FOR (Name): Plaintiff: Heidi Rorick Evans | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>OCT 11 2016<br><br>Sherri R. Carter, Executive Officer/Clerk<br>By Raul Sanchez, Deputy |

Los Angeles County Superior Court
STREET ADDRESS: 111 N Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME:

PLAINTIFF/PETITIONER: Heidi Rorick-Evans, et al.
DEFENDANT/RESPONDENT: Johnson & Johnson Company

CASE NUMBER: BC635712

PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: Rorick-Evans

FILED by FAX

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other (specify documents):
      **See attached Document List**
3. a. Party served *(specify name of party as shown on documents served)*:
   **McKesson Corporation**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Becky DeGeorge - process specialist for CSC Lawyers Inc. Services, agent for service of process**
   Age: 45-46   Weight: 185lbs   Hair: blonde   Sex: female
   Height: 5'8"   Eyes: brown   Race: Caucasian   Marks:

4. Address where the party was served: Mckesson Corpration
   2710 Gateway Oaks Drive, 150N
   Sacramento, CA 95833

5. I served the party *(check proper box)*
   a. [X] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: 10/7/2016   (2) at *(time)*: 3:28 PM
   b. [ ] by substituted service. On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b)*:

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
POS010-1/PS199753

| PETITIONER: Heidi Rorick-Evans, et al. | CASE NUMBER: |
| --- | --- |
| RESPONDENT: Johnson & Johnson Company | BC635712 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                                     (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify):* **McKesson Corporation**
      under the following Code of Civil Procedure section:

      ☒ 416.10 (corporation)                     ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)          ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)   ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)                    ☐ 415.46 (occupant)
                                                ☐ other:

7. **Person who served papers**
   a. Name: **Katrina Williams - USA Express Legal & Investigative Services, Inc.**
   b. Address: **21031 Ventura Blvd., Suite 920  Woodland Hills, CA 91364**
   c. Telephone number: **(877) 872-3977**
   d. The fee for service was: **$ 125.00**
   e. I am:

     (1) ☐ not a registered California process server.
     (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
     (3) ☒ registered California process server:
        (i) ☐ owner         ☐ employee      ☒ **independent contractor.**
        (ii) Registration No.: **2015-10**
        (iii) County: **Sacramento**

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: **October 10, 2016**

USA Express Legal & Investigative Services, Inc.
21031 Ventura Blvd., Suite 920
Woodland Hills, CA 91364
(877) 872-3977

**Katrina Williams**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)          ▶         (SIGNATURE)