# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUCIUS D. BRANDON and ELOISE S. BRANDON<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al<br><br>No. 2:16-cv-12467 | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

COME NOW the Plaintiffs, by and through the undersigned counsel, in the above-listed action and respectfully requests that this Court grant their Motion for Extension of Time Within Which to Serve Process and that this Court issue an Order allowing them an extension to serve the Complaint and Summons in the above-listed action on Bayer Pharma AG through the streamlined service procedures for informal service of process set forth in Pre-Trial Order #10 and 10B.  A brief memorandum in support of Plaintiffs' Motion is submitted herewith.

This 12th day of December, 2016.

By: */s/ Les Weisbrod*
**LES WEISBROD**
Texas Bar No. 21104900
**ALEXANDRA V. BOONE**
Texas Bar No. 00795259
**MILLER WEISBROD LLP**
11551 Forest Central Drive, Suite 300
Dallas, Texas  75243
Telephone: (214) 987-0005
Fax: (214) 987-2545
E-Mail:  lweisbrod@millerweisbrod.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

By: /s/ Les Weisbrod
Les Weisbrod
Alexandra Boone
**MILLER WEISBROD, LLP**
11551 Forest Central Drive, Ste. 300
Dallas, TX 75243
Phone: (214) 987-0005
lweisbrod@millerweisbrod.com
aboone@millerweisbrod.com