# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LUCIUS D. BRANDON and ELOISE S. BRANDON<br><br>Plaintiffs,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al<br><br>**No. 2:16-cv-12467** | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## <u>ORDER FOR PLAINTIFFS' MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS</u>

BEFORE THE COURT IS Plaintiffs' Motion for Extension of Time Within Which to Serve Process.  Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG through the streamlined process as set forth in this Court's Pre-Trial order No. 10 is GRANTED. Plaintiffs shall have an additional \_\_\_\_ days within which to serve process on Bayer Pharma AG from the date of this order.

Dated: _____          _____
                                                                                                      Judge Eldon E. Fallon

1