UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| *Antonio Abad and Rita Abad;* | *2:16-cv-14174* |
| *Laura Adams-Robinson and Ronald Robinson;* | *2:16-cv-06074* |
| *Kathryn Adrean, Individually and o/b/o William Adrean;* | *2:16-cv-06767* |
| *Clotee Agee;* | *2:16-cv-07175* |
| *Robert Allison;* | *2:16-cv-07181* |
| *Deborah Alloway;* | *2:16-cv-07184* |
| *Shirley Anderson;* | *2:15-cv-00704* |
| *Carol Baird;* | *2:15-cv-05753* |
| *Dennis Batchelor and Karen Batchelor;* | *2:16-cv-08797* |
| *Janice Bausley;* | *2:16-cv-07185* |
| *Judith Beausoleil and Paul Beausoleil;* | *2:16-cv-07188* |
| *Theodore Bedding, Individually and o/b/o Marion Shannon;* | *2:16-cv-07190* |
| *Connie Behringer and A.A. Behringer;* | *2:16-cv-07191* |
| *Wayne Bell and Beverly Bell;* | *2:15-cv-06135* |
| *Brenda Bercse and Michael Bercse;* | *2:16-cv-07193* |
| *Walter Bielecki and Clara Bielecki;* | *2:16-cv-07196* |
| *James Bird;* | *2:16-cv-07199* |
| *August Blank and Rosalie Blank;* | *2:15-cv-06145* |
| *William Blunt;* | *2:16-cv-07200* |
| *John Booth;* | *2:16-cv-07202* |
| *Danny Bowman and Kathleen Bowman;* | *2:15-cv-06147* |
| *Beverly Boyer and Norman Boyer;* | *2:16-cv-07203* |
| *Sigmond Brach and Jennie Brach;* | *2:16-cv-07204* |
| *Gracie Brown;* | *2:16-cv-07206* |
| *Jeffery Brown;* | *2:16-cv-08801* |
| *Zainab Brown, Individually and o/b/o Carla Brown;* | *2:16-cv-08803* |
| *John Bunch, Individually and o/b/o Ollie Bunch;* | *2:16-cv-07208* |
| *Isaiah Bunkley;* | *2:16-cv-08804* |
| *Amie Bybee;* | *2:16-cv-07211* |
| *Maryann Caggiano, Individually and o/b/o David Skwiersky;* | *2:16-cv-08809* |
| *Daniel Calix and Myree Calix;* | *2:16-cv-07216* |
| *Deborah Candler and George Candler;* | *2:16-cv-07217* |
| *Frank Capizzano and Lillian Capizzano;* | *2:16-cv-07219* |
| *Carrie Carter;* | *2:16-cv-08811* |
| *Gary Cartmell and Janice Cartmell;* | *2:16-cv-07220* |

| | |
|---|---|
| *Catherine Cashmareck, Individually and o/b/o Joseph Cashmareck;* | *2:16-cv-14778* |
| *William Cenk and Dorothy Cenk;* | *2:16-cv-07221* |
| *Toby Chase;* | *2:16-cv-08814* |
| *Margarita Chavez, Individually and o/b/o Alfredo Chavez;* | *2:16-cv-08817* |
| *Jaulene Chubb;* | *2:16-cv-07222* |
| *Gail Clancy and Walter Clancy;* | *2:16-cv-07223* |
| *Susan Cole, Individually and o/b/o Grady Cole;* | *2:15-cv-06152* |
| *Larry Coln, Individually and o/b/o Sarah Risner;* | *2:16-cv-08819* |
| *Willie Combs;* | *2:16-cv-07225* |
| *Cedric Corke and Florence Corke;* | *2:16-cv-08823* |
| *Frances Cureton;* | *2:16-cv-07226* |
| *JoAnn Cusick, Individually and o/b/o Richard Cusick;* | *2:16-cv-07229* |
| *Gregg Cutter;* | *2:16-cv-07230* |
| *Clarence Darty and Irma Darty;* | *2:16-cv-08825* |
| *Mary Davis and Curtis Davis;* | *2:16-cv-08831* |
| *Kira Day, Individually and o/b/o Henry Williams;* | *2:16-cv-08836* |
| *Sidney Dedeaux;* | *2:15-cv-00233* |
| *Doreen Deock, Individually and o/b/o Dorothea Deock;* | *2:15-cv-06154* |
| *Barbara Desmarais;* | *2:16-cv-07231* |
| *Frances Douglas and Harry Douglas;* | *2:16-cv-08840* |
| *Charlotte Doyle;* | *2:16-cv-08845* |
| *Gail Drunsic;* | *2:16-cv-08849* |
| *Heather Earle and Jacob Earle;* | *2:16-cv-08853* |
| *Leaston Easterling and Joan Easterling;* | *2:16-cv-07233* |
| *Gregory Edwards;* | *2:16-cv-08856* |
| *Jack Edwards and Thelma Edwards;* | *2:16-cv-07235* |
| *Allethia Ellerbe;* | *2:16-cv-07239* |
| *Francis Ellis, Individually and o/b/o Robert Ellis;* | *2:15-cv-06155* |
| *Scott Emory;* | *2:16-cv-08861* |
| *Maria Espinoza;* | *2:16-cv-07242* |
| *Beatrice Evans;* | *2:16-cv-15662* |
| *Derrill Everette and Lora Everette;* | *2:16-cv-07244* |
| *Lucy Falco;* | *2:15-cv-06157* |
| *James Fama, Individually and o/b/o August Fama;* | *2:16-cv-07245* |
| *Mikhail Fedorovskiy and Zinaida Fedorovskaya;* | *2:16-cv-08866* |
| *Louis Figuerado;* | *2:16-cv-07247* |
| *Jose Flores and Judy Flores;* | *2:16-cv-07249* |
| *Joseph Flynn;* | *2:16-cv-08870* |
| *Marci Foley and James Foley;* | *2:16-cv-07250* |
| *Esther Ford, Individually and o/b/o Bennie Ford;* | *2:16-cv-08875* |
| *Dennis Freeman;* | *2:16-cv-08878* |
| *Rickie Fullman, Individually and o/b/o Barbara Ivey;* | *2:16-cv-08880* |
| *Louise Gaither;* | *2:16-cv-07253* |
| *Karen Gallagher and James Gallagher;* | *2:16-cv-07254* |
| *Charles Gamble and Lannie Gamble;* | *2:16-cv-07256* |

| | |
|---|---|
| *Conrad Gardner and Marilyn Gardner;* | *2:16-cv-07259* |
| *Salvatore Gineo and Patricia Gineo;* | *2:16-cv-07261* |
| *Walter Green and Linda Green;* | *2:15-cv-06162* |
| *Gustavo Guajardo and Marie de la Luz Guerrero, Individually and o/b/o Noe Guajardo;* | *2:16-cv-16491* |
| *M. Evelyn Guertin;* | *2:15-cv-06163* |
| *Clarence Halpin and Marsha Halpin;* | *2:16-cv-14367* |
| *Aretha Hampton;* | *2:16-cv-08882* |
| *Timothy Hargrove, Individually and o/b/o Donna Hargrove;* | *2:16-cv-07264* |
| *Samuel Harris;* | *2:16-cv-09001* |
| *Janie Harrison;* | *2:16-cv-09005* |
| *Dick Hatzikian and Lorene Hatzikian;* | *2:16-cv-07267* |
| *Glenda Heavrin;* | *2:16-cv-07271* |
| *Howard Helms, Individually and o/b/o Mamie Helms;* | *2:15-cv-06164* |
| *Jab Higginbottom;* | *2:16-cv-09008* |
| *Geneva Hill and Woody Hill;* | *2:16-cv-07274* |
| *Clifford Holman and Mary Holman;* | *2:16-cv-07277* |
| *Mose Holloway;* | *2:16-cv-16015* |
| *Olin Howard;* | *2:16-cv-09011* |
| *Kimberly Jackson and Donald Jackson;* | *2:15-cv-06165* |
| *Leroy Jackson and Barbara Jackson;* | *2:16-cv-07279* |
| *Selina Jackson and James Jackson;* | *2:15-cv-06166* |
| *Marteshia Jennings and Keith Jennings;* | *2:16-cv-09016* |
| *Billie Kale and Duane Schannep;* | *2:16-cv-09018* |
| *Bobbie Keith;* | *2:16-cv-07282* |
| *Linda Keller, Individually and o/b/o Dolores Goltz;* | *2:16-cv-09023* |
| *Robert Kennihan, Individually and o/b/o Margaret Kennihan;* | *2:16-cv-07283* |
| *Doris Klotzbeacher;* | *2:16-cv-09026* |
| *Irene Kogut, Individually and o/b/o Charles Blair;* | *2:16-cv-09029* |
| *Colinda Kram and Michael Kram;* | *2:16-cv-09031* |
| *Jeffery Lash and Michele Lash;* | *2:16-cv-09035* |
| *Rhoda Lee;* | *2:16-cv-09159* |
| *Susanne Lee, Individually and o/b/o Adele Pawlowski;* | *2:16-cv-07540* |
| *Kenneth Lewis;* | *2:16-cv-09162* |
| *Edna Lucas;* | *2:16-cv-14577* |
| *Thomas Luckern;* | *2:15-cv-06169* |
| *Lillian Ludwig;* | *2:16-cv-16496* |
| *Beau Lyons and Christine Lyons;* | *2:16-cv-07542* |
| *Margaret Maksimowich and Richard Maksimowich;* | *2:16-cv-07544* |
| *Adlai Mast and Sandra Mast;* | *2:15-cv-06170* |
| *Wilma Matthews;* | *2:15-cv-06171* |
| *John McLaurin and Marlene McLaurin;* | *2:16-cv-09167* |
| *Lois McManus and Bob McManus;* | *2:16-cv-07547* |
| *David Harshbarger, Individually and o/b/o Noreen McMurray;* | *2:15-cv-06174* |
| *Abdur Miah and Nazma Khatun;* | *2:16-cv-07551* |
| *Michael Mikita;* | *2:16-cv-07554* |

| | |
|---|---|
| *Henry Miller;* | *2:16-cv-07557* |
| *Jimmy Minish and Patsy Minish;* | *2:16-cv-07558* |
| *Alicia Mitchell;* | *2:16-cv-09170* |
| *Guy Montgomery;* | *2:16-cv-09173* |
| *Alice Murphy;* | *2:16-cv-07565* |
| *Tony Murray;* | *2:16-cv-09176* |
| *Heidi Myers;* | *2:16-cv-07568* |
| *Kim Myers, Individually and o/b/o Terry Myers;* | *2:16-cv-07569* |
| *John Nelson and Elizabeth Nelson;* | *2:16-cv-07576* |
| *James Newell;* | *2:16-cv-07578* |
| *Elizabeth Newsome;* | *2:16-cv-09177* |
| *Annie Nickel;* | *2:16-cv-07581* |
| *Lawrence Nizza and Anna Nizza;* | *2:16-cv-09178* |
| *Chris Oberg;* | *2:16-cv-09181* |
| *Deborah Oehler and Steve Oehler;* | *2:16-cv-09184* |
| *Bessie O'Neal and Elzie O'Neal;* | *2:16-cv-07585* |
| *Ellen Overstreet and Roger Overstreet;* | *2:16-cv-07587* |
| *Patricia Owolabi and Clement Owolabi;* | *2:16-cv-07592* |
| *Erma Peterson o/b/o Erma Peterson;* | *2:16-cv-16562* |
| *John Pittsenbargar;* | *2:16-cv-15804* |
| *Marie Podesta, Individually and o/b/o Harold Podesta;* | *2:16-cv-07596* |
| *Ira Preece and Minerva Preece;* | *2:16-cv-07599* |
| *Elizabeth Ramirez and Waltamad Ramirez;* | *2:16-cv-07604* |
| *Gerald Rasmussen, Individually and o/b/o Gwendolyn Rasmussen;* | *2:16-cv-09187* |
| *Linda Ratliff;* | *2:16-cv-09191* |
| *Mildred Ray, Individually and o/b/o James Ray;* | *2:16-cv-16466* |
| *Embra Redd and Kathryn Redd;* | *2:16-cv-16366* |
| *Constance Reinert;* | *2:16-cv-07608* |
| *Patricia Reynolds;* | *2:15-cv-06175* |
| *Eugenia Rhoads;* | *2:16-cv-15784* |
| *Marshall Richardson and Tina Richardson;* | *2:16-cv-07610* |
| *Evelyn Rider;* | *2:16-cv-07613* |
| *Blanch Rivers;* | *2:16-cv-07617* |
| *Juria Robinson and Lori Robinson;* | *2:16-cv-09192* |
| *Annette Rodriguez;* | *2:16-cv-07619* |
| *Jacqueilne Rolls;* | *2:16-cv-09197* |
| *William Ross and Judy Ross;* | *2:16-cv-09198* |
| *Alice Roundtree and Louis Roundtree;* | *2:16-cv-07623* |
| *Frankie Russell;* | *2:16-cv-09201* |
| *Mary Ellen Sanchez and Isaac Sanchez;* | *2:16-cv-07626* |
| *Barbara Sanderson;* | *2:16-cv-07630* |
| *Louis Schell;* | *2:15-cv-06176* |
| *William Schroff;* | *2:15-cv-06178* |
| *Kim Schumpert-Street and Kory Street;* | *2:16-cv-07632* |
| *Leon Seccia and Patricia Seccia;* | *2:16-cv-07635* |

| | |
|---|---|
| *Terry Senders and Gwen Senders;* | *2:15-cv-06179* |
| *Cynthia Shaw;* | *2:15-cv-06181* |
| *Linda Siegfried, Individually and o/b/o Mitie Pfeffer;* | *2:16-cv-09204* |
| *Rufus Simmons;* | *2:16-cv-07637* |
| *Mary Skinner and Richard Skinner;* | *2:16-cv-07648* |
| *Richard Skinner and Mary Skinner;* | *2:15-cv-06182* |
| *John Slater;* | *2:16-cv-07652* |
| *Charles Smith and Mary Smith;* | *2:16-cv-16423* |
| *Patricia Smith;* | *2:16-cv-09208* |
| *Sharon Smith;* | *2:16-cv-09210* |
| *Earleen Smoot;* | *2:16-cv-07653* |
| *Carol Soiu and Robert Hall;* | *2:16-cv-09212* |
| *Mary Solana;* | *2:16-cv-09214* |
| *Crystal Spence;* | *2:16-cv-07654* |
| *Patricia Sperry and Robb Sperry;* | *2:16-cv-09216* |
| *Ann Spindel, Individually and o/b/o Richard Spindel;* | *2:16-cv-09217* |
| *Anna Spires and Dale Spires;* | *2:16-cv-07657* |
| *Nairobi Starks;* | *2:16-cv-09219* |
| *Rosemary Steepleton, Individually and o/b/o Ben Hofer;* | *2:16-cv-09221* |
| *Sharon Stevenson and James Stevenson;* | *2:16-cv-09223* |
| *Amber Stewart;* | *2:16-cv-07659* |
| *Eileen Stone;* | *2:16-cv-07661* |
| *Solomon Sykes;* | *2:16-cv-09227* |
| *Nahil Tadros;* | *2:16-cv-07663* |
| *Genevieve Tartaglia;* | *2:15-cv-06183* |
| *Donald Taylor and Sheila Taylor;* | *2:16-cv-09228* |
| *Murray Teston and Rosemarie Teston;* | *2:16-cv-07665* |
| *Travis Thompson;* | *2:16-cv-09231* |
| *Josephine Thorne;* | *2:16-cv-16417* |
| *Nancy Tomko and Joseph Tomko;* | *2:16-cv-07669* |
| *Wendy Traylor, Individually and o/b/o Geneva Miller;* | *2:16-cv-07671* |
| *Emelda Tregre;* | *2:16-cv-09232* |
| *Annette Turner, Individually and o/b/o Rita Turner;* | *2:16-cv-09237* |
| *Stephen Turi and Karen Turi;* | *2:16-cv-09233* |
| *Benjamin Vargas-Martinez;* | *2:16-cv-07674* |
| *Freda Wallace;* | *2:16-cv-07677* |
| *Martha Waller;* | *2:16-cv-09239* |
| *Ronald Warren;* | *2:16-cv-09240* |
| *David Waters, Individually and o/b/o Janice Waters;* | *2:16-cv-07682* |
| *Carol White, Individually and o/b/o Richard Walker;* | *2:16-cv-07684* |
| *Lucy White;* | *2:15-cv-06185* |
| *Robin White;* | *2:15-cv-06187* |
| *Steven Wienke and Norma Wienke;* | *2:16-cv-09242* |
| *Melvin Wilburn, Individually and o/b/o Becky Wilburn;* | *2:15-cv-06188* |
| *Robert Wilson;* | *2:16-cv-09243* |
| *Ruby Wilson;* | *2:16-cv-07685* |

| | |
|---|---|
| *Donald Wisner;* | *2:16-cv-09245* |
| *Vera Wittenbrink;* | *2:16-cv-07687* |
| *Judith Wright;* | *2:16-cv-09246* |
| *Nancy Zimmerman;* | *2:16-cv-09248* |

## NOTICE OF CHANGE OF ADDRESS

Comes now Peyton P. Murphy of the law firm Murphy Law Firm, LLC, attorneys for the Plaintiffs, and hereby gives notice to this Honorable Court, all parties and all counsel of record in this matter who have made an appearance that the Murphy Law Firm, LLC's new office address effective immediately is 2354 South Acadian Thruway, Baton Rouge, LA 70808 and new facsimile number is (225) 246-8780. The telephone number and email address remain the same.

Dated: December 12, 2016

                                                Respectfully submitted,

                                                MURPHY LAW FIRM, LLC

                                                s/*Peyton P. Murphy*
                                                PEYTON P. MURPHY (LA # 22125)
                                                2354 S. Acadian Thruway
                                                Baton Rouge, Louisiana  70808
                                                Telephone: (225) 928-8800
                                                Facsimile: (225) 246-8780
                                                Email: peyton@murphylawfirm.com

                                                *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of December 2016 a copy of the above and foregoing has been filed electronically with the Clerk of Court using the CM/ECF system which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                 s/*Peyton P. Murphy*
                 Peyton P. Murphy