UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

**Albert Perry v. Janssen Research and Development, LLC,** *et al.*

**Civil Action No. 2:16-cv-09253**

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO SHOW CAUSE

Now comes the Plaintiff Albert Perry, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 4432, # 236), by and through undersigned counsel submits this, his response to the Court's Order to Show Cause by showing the following:

1. Plaintiff Albert Perry did serve the PFS on November 4, 2016, Document # 293485.

Accordingly, plaintiff Albert Perry has served a PFS in accordance with Pre Trial Order 13.

FOR THESE REASONS, undersigned counsel respectfully opposes defendants' request for relief at this time.

Dated: December 13, 2016                                         /s/ Thomas T. Merrigan
                                                                              Attorney for Plaintiff(s)

1

                                              Thomas T. Merrigan, BBO # 343480
                                              tom@sweeneymerrigan.com
                                              Peter M. Merrigan, BBO # 673272
                                              peter@sweeneymerrigan.com
                                              Jonathan Tucker Merrigan, BBO #681627
                                              tucker@sweeneymerrigan.com
                                              SWEENEY MERRIGAN LAW
                                              268 Summer Street, LL
                                              Boston, MA 02210
                                              (617) 391-9001 (telephone)
                                              (617) 357-9001 (facsimile)

## **CERTIFICATE OF SERVICE**

I, Thomas T. Merrigan, counsel of record for the Plaintiff in this action, do hereby certify that the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of the MDL Centrality which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                              /s/ Thomas T. Merrigan
                                              Thomas T. Merrigan, BBO# 343480
                                              **SWEENEY MERRIGAN LAW, LLP**
                                              268 Summer Street, LL
                                              Boston, Massachusetts 02210
                                              (617) 391-9001 (telephone)
                                              (617) 357-9001 (facsimile)