UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :        MDL No. 2592
                                    :
                                    :        SECTION L
                                    :
                                    :        JUDGE ELDON E. FALLON
                                    :
                                    :        MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

**Minerva Perry v. Janssen Research and Development, LLC, et al.**

**Civil Action No. 2:16-cv-09254**

### PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO SHOW CAUSE

Now comes the Plaintiff Minerva Perry, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet (Doc. 4432, # 237), by and through undersigned counsel submits this, her response to the Court's Order to Show Cause by showing the following:

1. Plaintiff Minerva Perry did serve the PFS on November 4, 2016, Document # 293503.

Accordingly, plaintiff Minerva Perry has served a PFS in accordance with Pre Trial Order 13.

FOR THESE REASONS, undersigned counsel respectfully opposes defendants' request for relief at this time.

Dated: December 13, 2016                    /s/ Thomas T. Merrigan
                                            Attorney for Plaintiff(s)

1

Thomas T. Merrigan, BBO # 343480
tom@sweeneymerrigan.com
Peter M. Merrigan, BBO # 673272
peter@sweeneymerrigan.com
Jonathan Tucker Merrigan, BBO #681627
tucker@sweeneymerrigan.com
SWEENEY MERRIGAN LAW
268 Summer Street, LL
Boston, MA 02210
(617) 391-9001 (telephone)
(617) 357-9001 (facsimile)

## CERTIFICATE OF SERVICE

I, Thomas T. Merrigan, counsel of record for the Plaintiff in this action, do hereby certify that the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of the MDL Centrality which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Thomas T. Merrigan
Thomas T. Merrigan, BBO# 343480
**SWEENEY MERRIGAN LAW, LLP**
268 Summer Street, LL
Boston, Massachusetts 02210
(617) 391-9001 (telephone)
(617) 357-9001 (facsimile)

2