UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**Frank Metzgar v. Janssen Research and Development, LLC, *et al.***

**Civil Action No. 2:16-cv-05968**

### PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

Now comes the Plaintiff Frank Metzgar, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Filed to Service a Plaintiff Fact Sheet (Doc. 4432, # 210) and by and through undersigned counsel submits this, his response to the Court's Order to Show Cause by showing the following:

1. Plaintiff Frank Metzgar contacted the undersigned counsel regarding a potential claim involving his use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on April 15, 2016, while requested records were still pending. The Complaint was filed in good faith before all records were received in order to comply with the statute of limitations for Mr. Metzgar's claim

3. After many attempted, undersigned counsel has been unable to obtain and serve a completed Plaintiff Fact Sheet from Mr. Metzgar.

1

4. Undersigned counsel has communicated with Mr. Metzgar regarding the need to obtain and serve a completed Plaintiff Fact Sheet.

5. Undersigned counsel has been diligent in contacting Mr. Metzgar, and informed Mr. Metzgar that his claim is subject to dismissal if a completed Plaintiff Fact Sheet is not served according to CMO 1 and PTO 13.

6. Without waiving the attorney-client privilege, J. Tucker Merrigan has advised Mr. Metzgar on several occasions regarding the need for his assistance in the completion of a Plaintiff Fact Sheet and the implication of not providing same:

| Date | Document | Method Sent |
|---|---|---|
| 03/31/2016 | Letter enclosing PFS | USPS Regular Mail |
| 06/20/2016 | Letter regarding Proof of Use and warning of possible dismissal. | USPS Regular Mail |
| 06/30/2016 | Letter regarding Proof of Use and warning of possible dismissal. | Certified Mail |
| 09/23/2016 | Letter regarding Proof of Use and warning of possible dismissal. | USPS Regular Mail |
| 11/03/2016 | Letter regarding Proof of Use and warning of possible dismissal. | USPS Regular Mail |

7. In addition, contact with Mr. Metzgar was attempted via telephone regarding the implications of not completing the Plaintiff Fact Sheet on numerous occasions,

    including March 30, 2016, April 5, 2016, June 2, 2016, September 20, 2016, and September 27, 2016.

8. Accordingly, undersigned counsel has nothing to oppose based upon the inability to obtain sufficient information from Mr. Metzgar and serve the Plaintiff Fact Sheet in compliance with CMO 1 and PTO 13 and the undersigned counsel's difficulty of contact with the Plaintiff.

9. At all times relevant herein, undersigned counsel has diligently sought contact with Mr. Metzgar in order to serve a completed Plaintiff Fact Sheet.

FOR THESE REASONS, undersigned counsel has no basis to oppose defendants' request for relief at this time.

| | |
|---|---|
| Dated: December 13, 2016 | /s/ Thomas T. Merrigan<br>Attorney for Plaintiff(s)<br><br>Thomas T. Merrigan, BBO # 343480<br>tom@sweeneymerrigan.com<br>Peter M. Merrigan, BBO # 673272<br>peter@sweeneymerrigan.com<br>Jonathan Tucker Merrigan, BBO #681627<br>tucker@sweeneymerrigan.com<br>SWEENEY MERRIGAN LAW<br>268 Summer Street, LL<br>Boston, MA 02210<br>(617) 391-9001 (telephone)<br>(617) 357-9001 (facsimile) |

**CERTIFICATE OF SERVICE**

I, Thomas T. Merrigan, counsel of record for the Plaintiff in this action, do hereby certify that the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of the MDL Centrality which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Thomas T. Merrigan

Thomas T. Merrigan, BBO# 343480
**SWEENEY MERRIGAN LAW, LLP**
268 Summer Street, LL
Boston, Massachusetts 02210
(617) 391-9001 (telephone)
(617) 357-9001 (facsimile)