UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | ) ) ) | SECTION L |
| | ) | JUDGE ELDON E. FALLON |
| | ) ) | MAG. JUDGE NORTH |

**This Document Relates to:**

*Wilbur Hackett Jr. v. Janssen Research & Development LLC, et al., Civil Action No. 2:16-cv-08891*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Cynthia Hackett, on behalf of the Estate of Wilbur Hackett Jr., is substituted for Plaintiff Wilbur Hackett Jr. in the above captioned cause.

New Orleans, Louisiana this 12th day of December, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge