# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL NO. 2592** |
| | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **SECTION L** |
| | ) | |
| | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**

*Morris Wright v. Janssen Research & Development, LLC, et al.,, Civil Action No. 2:15-cv-06384*

## <u>ORDER</u>

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Stephen Wright, on behalf of the Estate of Morris Wright, is substituted for Plaintiff Morris Wright in the above captioned cause.

New Orleans, Louisiana this 12th day of December, 2016.

Hon. Eldon E. Fallon
United States District Court Judge