# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MARGIE MAYHUE**, | ) MDL NO. 2592 |
| | ) |
| Plaintiff, | ) Case No. 2:16-cv-16881 |
| | ) |
| vs. | ) SECTION:   L |
| | ) |
| **JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC; JOHNSON AND JOHNSON; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JANSSEN ORTHO LLC; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, f/k/a BAYER SCHERING PHARMA AG; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER HEALTHCARE AG; BAYER AG; and DOES 1 through 10, inclusive,** | ) JUDGE:  ELDON E. FALLON <br> ) MAG. JUDGE MICHAEL NORTH <br> ) <br> ) **APPLICATION FOR REFUND OF ELECTRONIC FEES** |

   **COMES NOW** L. Paul Mankin, attorney for Plaintiff Margie Mayhue, requesting and applying for a refund in the amount of $400.00 due to a duplicate case filing charge. The receipt number for this transaction is 053L-5838691.  This duplicate amount was charged to an American Express card ending in 3007.

//

//

///

Complaint - 1

Respectfully submitted this December 13, 2016

By: /s/ Paul Mankin
Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
4655 Cass St., Suite 112
San Diego, CA 92109
Phone: (619) 312-6583
Fax: (323) 207-3885
pmankin@paulmankin.com
Attorney for Plaintiff