UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**This Document Relates to:**

*Lott v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-1472*

## MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Audrey Lott, on behalf of the Estate of John Lott, as Plaintiff in the above-captioned cause.

1. John Lott brings a products liability lawsuit against defendants on May 4, 2015.

2. Plaintiff John Lott died on August 19, 2016.

3. John Lott's products liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on October 7, 2016, attached hereto as "Exhibit A".

5. Audrey Lott, as Executor of the Estate of John Lott, is a proper party to substitute for Plaintiff John Lott and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If

a party dies and the claim is not extinguished, the court may order substitution of the proper party.   A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for the Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Dated December 13, 2016                    Respectfully submitted,


                                           /s/Joel L. DiLorenzo
                                           Joel L. DiLorenzo, Esq.
                                           Attorney I.D. No. 7575-J64D (AL)
                                           THE DILORENZO LAW FIRM, LLC
                                           505 20th Street North, Suite 1275
                                           Birmingham, AL 35203
                                           Tel: 205.212.9988
                                           Fax: 205.212.9989
                                           joel@dilorenzo-law.com
                                           Attorney for the Plaintiffs

EXHIBIT "A"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

This Document Relates to:

*Lott v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-1472*

NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, John Lott. Counsel respectfully informs this Court a Motion to Substitute Party Plaintiff will be filed by Audrey Lott, who is the wife of John Lott.

DATED: October 7, 2016

Respectfully Submitted,

/s/ Joel L. DiLorenzo
Joel L. DiLorenzo (AL # 7575-J64D)
Attorney for Plaintiff

The DiLorenzo Law Firm, LLC
505 20th Street North, Suite 1275
Birmingham, Alabama 35203
Telephone: 205-212-9988
Email: joel@dilorenzo-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE AND SUGGESTION OF DEATH has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.


This the 7th day of October, 2016


/s/ Joel L. DiLorenzo