UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

**This Document Relates to:**

*Lott v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-1472*

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Audrey Lott, on behalf of the estate of John Lott, is substituted for Plaintiff John Lott in the above-captioned case.

New Orleans, Louisiana this ___ day of December, 2016.

_____
Hon. Eldon E. Fallon
United States District Court Judge

1