UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No: 2592 |
| *This Document relates to:* | ) ) | SECTION: L |
| *Phyllis Harvey v. Janssen Research & Development, LLC, et. al* | ) ) ) | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| *Civil Action No.: 2:16-CV-07670* | ) ) ) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SHOW CAUSE**

Comes now, Plaintiff Phyllis Harvey, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet, by and through the undersigned counsel and submits this, her Response to the Court's Order to Show Cause by showing the following:

1. Plaintiff Phyllis Harvey did serve her Plaintiff Fact Sheet on or about November 4, 2016 in accordance with Pre Trial Order 13.

2. Plaintiff received a Notice of Core Deficiency on November 22, 2016 informing Plaintiff that Plaintiff had failed to provide the first and last lame of each prescribing physician identified. Plaintiff subsequently uploaded the information identified as missing, thus curing the deficiency.

3. Plaintiff's PFS status, as listed on MDL Centrality, now shows "Submitted" and Plaintiff has not been notified by Defendants that any further deficiency exists.

4. For these reasons, the undersigned counsel respectfully opposes Defendants' request for relief at this time.

Dated:  December 13, 2016

                                    Respectfully submitted,

                                    ___/s/_ David L. Friend_____
                                    David L. Friend
                                    HISSEY KIENTZ, LLP
                                    One Arboretum Plaza
                                    9442 N. Capital of Texas Highway, Suite 400
                                    Austin, TX 78759
                                    dfriend@hkllp.com
                                    P: 512-320-9100
                                    F: 512-320-9101

## CERTIFICATE OF SERVICE

      I, David L. Friend, counsel of record for the Plaintiff in this action, do hereby certify that the foregoing document was filed with the Clerk via CM/ECF.  Notice of this filing will be sent by operation of the MDL Centrality which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                    ___/s/_ David L. Friend_____
                                    David L. Friend
                                    HISSEY KIENTZ, LLP
                                    One Arboretum Plaza
                                    9442 N. Capital of Texas Highway, Suite 400
                                    Austin, TX 78759
                                    dfriend@hkllp.com
                                    P: 512-320-9100
                                    F: 512-320-9101