# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No: 2592 |
| | SECTION: L |
| *This Document relates to:* | |
| | JUDGE ELDON E. FALLON |
| *Joanne Ortiz v. Janssen Research & Development, LLC, et. al* | MAG. JUDGE NORTH |
| *Civil Action No.: 2:16-CV-09807* | |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SHOW CAUSE

Comes now, Plaintiff Joanne Ortiz, identified in Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff Fact Sheet, by and through the undersigned counsel and submits this, her Response to the Court's Order to Show Cause by showing the following:

1. Plaintiff Joanne Ortiz did serve her Plaintiff Fact Sheet on or about November 4, 2016 in accordance with Pre Trial Order 13. Plaintiff's PFS status, as listed on MDL Centrality, shows "Submitted" and Plaintiff has not been notified by Defendants that any further deficiency exists.

2. For these reasons, the undersigned counsel respectfully opposes Defendants' request for relief at this time.

Dated: December 13, 2016

Respectfully submitted,

____/s/__David L. Friend_____
David L. Friend
HISSEY KIENTZ, LLP
One Arboretum Plaza
9442 N. Capital of Texas Highway, Suite 400
Austin, TX 78759
dfriend@hkllp.com
P: 512-320-9100
F: 512-320-9101

**CERTIFICATE OF SERVICE**

I, David L. Friend, counsel of record for the Plaintiff in this action, do hereby certify that the foregoing document was filed with the Clerk via CM/ECF.  Notice of this filing will be sent by operation of the MDL Centrality which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

____/s/__David L. Friend_____
David L. Friend
HISSEY KIENTZ, LLP
One Arboretum Plaza
9442 N. Capital of Texas Highway, Suite 400
Austin, TX 78759
dfriend@hkllp.com
P: 512-320-9100
F: 512-320-9101