## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD D. CALDWELL,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.<br><br>**No. 2:16-cv-14121** | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

COME NOWS Plaintiff, by and through the undersigned counsel, in the above-listed action and respectfully requests that this Court grant his Motion for Extension of Time Within Which to Serve Process and that this Court issue an Order allowing them an extension to serve the Complaint and Summons in the above-listed action on Bayer Healthcare Pharmaceuticals, Inc. through the streamlined service procedures for informal service of process set forth in Pre-Trial Order Nos. 10 and 10B.  A brief memorandum in support of Plaintiff's Motion is submitted herewith.

Dated: December 13, 2016.　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Douglas R. Plymale*___
　　　　　　　　　　　　　　　　　　　　　　　Douglas R. Plymale, Esq. (LSBA# 28409)
　　　　　　　　　　　　　　　　　　　　　　　**PLYMALE LAW FIRM**
　　　　　　　　　　　　　　　　　　　　　　　201 St. Charles Avenue, Suite #2500
　　　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70170
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (504) 355-0092
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (504) 662-3801
　　　　　　　　　　　　　　　　　　　　　　　Email: drplymale@plymalelawfirm.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTICATE OF SERVICE

I hereby certify that on December 13, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Douglas R. Plymale*
Douglas R. Plymale, Esq. (LSBA# 28409)
**PLYMALE LAW FIRM**
201 St. Charles Avenue, Suite #2500
New Orleans, LA 70170
Telephone: (504) 355-0092
Facsimile: (504) 662-3801
Email: drplymale@plymalelawfirm.com

*Counsel for Plaintiff*
