UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD D. CALDWELL,<br><br>                                 Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.<br><br>No. 2:16-cv-14121 | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF DOUGLAS R. PLYMALE IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

I, Douglas R. Plymale, depose and state as follows:

1. My name is Douglas R. Plymale. I am a member in good standing of the Louisiana Bar and the Bar of the United States District Court For The Eastern District of Louisiana. I am an attorney for Plaintiff, Ronald D. Caldwell, in this matter. I make this declaration based on my own personal knowledge and information.

2. This declaration is submitted in support of Plaintiff's Motion For Extension of Time Within Which To Serve Process.

3. Attached as Exhibit 1 is a true and correct copy of emails dated October 14, 2016 from my firm attaching a copy of the Complaint and Summons.

4. Attached as Exhibit 2 is a true and correct copy of United States Postal Service receipts dated October 14, 2016, including for item 7016 0340 0000 1578 1578, sent Certified Mail without a Return Receipt Request containing the Complaint and a Summons to Corporation Service Company, Bayer Healthcare Pharmaceutical, Inc.'s agent for service of process.

1

5.      Attached as Exhibit 3 is a true and correct copy of a U.S. Postal Service tracking showing delivery confirmation on October 17, 2016 of item number item 7016 0340 0000 1578 8103 containing the Complaint and Summons on Corporation Service Company, the agent for service of process for Defendant, Bayer Healthcare Pharmaceuticals, Inc.

6.      Attached as Exhibit 4 is a true and correct copy of the December 1, 2016 United States Postal Service receipt for item 7016 0340 0000 1578 8929 sent Certified Mail with a Return Receipt Request containing the Complaint and a Summons to Corporation Service Company, Bayer Healthcare Pharmaceutical, Inc.'s agent for service of process.

7.      Attached as Exhibit 5 is a true and correct copy of the United States Postal Service Certified Mail Return Receipt Request card for item 7016 0340 0000 1578 8929 signed on December 5, 2016.

8.      Attached as Exhibit 6 is a true and correct copy of a letter dated December 12, 2016, I received from Defense counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 13, 2016
New Orleans, Louisiana

　　　　　　　　　　　　　　　　　　　　/s/ Douglas R. Plymale____
　　　　　　　　　　　　　　　　　　　　Douglas R. Plymale, Esq. (LSBA# 28409)
　　　　　　　　　　　　　　　　　　　　**PLYMALE LAW FIRM**
　　　　　　　　　　　　　　　　　　　　201 St. Charles Avenue, Suite #2500
　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70170
　　　　　　　　　　　　　　　　　　　　Telephone: (504) 355-0092
　　　　　　　　　　　　　　　　　　　　Facsimile: (504) 662-3801
　　　　　　　　　　　　　　　　　　　　Email: drplymale@plymalelawfirm.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                  /s/ Douglas R. Plymale