# EXHIBIT 1

# Douglas Plymale, Ph.D.

| | |
|---|---|
| **From:** | Plymale Law Firm <plymalelaw1@gmail.com> |
| **Sent:** | Friday, October 14, 2016 1:14 PM |
| **To:** | xareltocomplaints@babc.com |
| **Cc:** | drplymale@plymalelawfirm.com |
| **Subject:** | FW: MDL 2592 - Caldwell v. Janssen Research & Development, LLC - Case No . 2:16-cv-14121 |
| **Attachments:** | 2016-08-24 Caldwell, Ronald - Xarelto - Complaint stamped.pdf; Caldwell, Ronald - Xarelto - Summons - Bayer Pharma AG Issued.pdf; Caldwell, Ronald - Xarelto - Summons - Bayer Healthcare Pharmaceuticals Issued.pdf |

The Case No. 2:16-cv-14121 is referenced correctly in the subject line of this email.

Plymale Law Firm
201 St. Charles Ave
Suite 2500
New Orleans, Louisiana 70170
Phone: (504) 355-0092
Fax:   (504) 662-3801

Electronic Mail Confidentiality Notice
This electronic mail message and all attachments may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone, facsimile, or e-mail to PlymaleLaw1@gmail.com to arrange for return of the electronic email, attachments, or documents.

---

**From:** Plymale Law Firm [mailto:plymalelaw1@gmail.com]
**Sent:** Friday, October 14, 2016 1:07 PM
**To:** xareltocomplaints@babc.com
**Cc:** drplymale@plymalelawfirm.com
**Subject:** MDL 2592 - Caldwell v. Janssen Research & Development, LLC - Case No . 2:16-cv-13679

Pursuant to PTO 10, consider this notice of service. Please see attached the Summons and Complaint in Case No. 2:16-cv-14121.


Plymale Law Firm
201 St. Charles Ave
Suite 2500
New Orleans, Louisiana 70170
Phone: (504) 355-0092
Fax:   (504) 662-3801

Electronic Mail Confidentiality Notice
This electronic mail message and all attachments may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution (electronic or otherwise), forwarding or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic transmission in error, please immediately notify us by telephone, facsimile, or e-mail to PlymaleLaw1@gmail.com to arrange for return of the electronic email, attachments, or documents.