# EXHIBIT 2




