# EXHIBIT 3

English    Customer Service    USPS Mobile      Register / Sign In



## USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 70160340000015788103

**On Time**
**Updated Delivery Day:** Monday, October 17, 2016

### Product & Tracking Information

**Postal Product:** First-Class Mail®
**Features:** Certified Mail™

### Available Actions

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 17, 2016 , 12:20 pm | **Delivered** | WILMINGTON, DE 19808 |
| Your item was delivered at 12:20 pm on October 17, 2016 in WILMINGTON, DE 19808. | | |
| October 17, 2016 , 10:38 am | Out for Delivery | WILMINGTON, DE 19808 |
| October 17, 2016 , 9:07 am | Arrived at Unit | WILMINGTON, DE 19808 |
| October 17, 2016 , 6:11 am | Departed USPS Destination Facility | WILMINGTON, DE 19850 |
| October 16, 2016 , 3:25 pm | Arrived at USPS Destination Facility | WILMINGTON, DE 19850 |
| October 16, 2016 , 5:18 am | In Transit to Destination | |
| October 14, 2016 , 11:18 pm | Departed USPS Origin Facility | NEW ORLEANS, LA 70113 |
| October 14, 2016 , 8:57 pm | Arrived at USPS Origin Facility | NEW ORLEANS, LA 70113 |
| October 14, 2016 , 3:39 pm | Acceptance | NEW ORLEANS, LA 70113 |

### Track Another Package

Tracking (or receipt) number

[                    ]    **Track It**

### Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**



| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2016 USPS. All Rights Reserved.