# EXHIBIT 4

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

Caldwell 2

For delivery information, visit our website at *www.usps.com®*.

WILMINGTON, DE 19808

| Certified Mail Fee | $3.30 | | 0046 |
| --- | --- | --- | --- |
| | | $2.70 | 18 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage   $1.99

Total Postage and Fees   $7.99        12/01/2016

Sent To: SOP Department Corporation Service Company
Street and Apt. No., or PO Box No.: 2711 Centerville Rd., Suite 400
City, State, ZIP+4®: Wilmington, DE 19808

Tracking #: 7016 0340 0000 1578 8929

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions