# EXHIBIT 6

**Lindy D. Brown**
Attorney
lbrown@bradley.com
601.592.9905 direct



December 12, 2016

<u>Via Electronic Mail</u> (drplymale@plymalelawfirm.com)

Douglas R. Plymale
Plymale Law Firm
201 St. Charles Avenue, Suite #2500
New Orleans, LA 70170

      Re:    Ronald D. Caldwell v. Janssen Research & Development LLC, et al.,
               Civil Action No. 2:16-cv-14121 (E.D. La.)

Dear Mr. Plymale:

    This firm, with others, represents Bayer HealthCare Pharmaceuticals Inc. in *In re Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 (E.D. La., 2:14-md-02592-EEF-MBN)(the "MDL"). Bayer Healthcare Pharmaceuticals Inc. received the Complaint and Summons in the above-captioned action by Certified Mail.

    Pre-Trial Order No. 10 ("PTO 10") in *In re: Xarelto (Rivaroxaban) Products Liability Litigation*, MDL No. 2592 permits streamlined service of process on Bayer Pharma AG by Registered Mail, Return Receipt Requested, and on Bayer HealthCare Pharmaceuticals Inc. ("BHCP") by Certified Mail under the following conditions: "Plaintiffs . . . who have not already served Bayer Pharma AG or BHCP shall have 60 days to serve the Complaint with a Summons. For plaintiffs whose cases already have been docketed in this MDL, the 60 days shall run from entry of this Order. Other plaintiffs shall have 60 days from docketing of the Complaint in the MDL." Pre-Trial Order No. 10B ("PTO 10B") granted extensions of time to serve Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG under the streamlined service process.

    Because Plaintiff attempted service on Bayer HealthCare Pharmaceuticals Inc. by Certified Mail through the streamlined service process more than 60 days after the Complaint was docketed in the MDL and because Plaintiff failed to serve process within the extensions of time permitted in PTO 10B, service is improper.

                                                         Sincerely,

                                                        Lindy D. Brown

LDB/cfo