**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RONALD D. CALDWELL,<br><br>　　　　　　Plaintiff,<br>v.<br><br>JANSSEN RESEARCH &<br>DEVELOPMENT, LLC f/k/a JOHNSON<br>AND JOHNSON PHARMACEUTICAL<br>RESEARCH AND DEVELOPMENT LLC,<br>et al.<br><br>　No. 2:16-cv-14121 | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SUBMISSION**

　　　PLEASE TAKE NOTICE that, on January 4, 2017 at 9:00 a.m., or as soon thereafter as may be heard, Plaintiff, will bring his Motion for Extension of Time Within Which to Serve Process for submission before the Honorable Judge Eldon E. Fallon at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

　　　　　　　Respectfully submitted,

　　　　　　　*/s/ Douglas R. Plymale*
　　　　　　　Douglas R. Plymale, Esq. (LSBA# 28409)
　　　　　　　**PLYMALE LAW FIRM**
　　　　　　　201 St. Charles Avenue, Suite #2500
　　　　　　　New Orleans, LA 70170
　　　　　　　Telephone: (504) 355-0092
　　　　　　　Facsimile: (504) 662-3801
　　　　　　　Email: drplymale@plymalelawfirm.com

　　　　　　　*Counsel for Plaintiff*

## <u>CERTICATE OF SERVICE</u>

I hereby certify that on December 13, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Douglas R. Plymale*
Douglas R. Plymale, Esq. (LSBA# 28409)
**PLYMALE LAW FIRM**
201 St. Charles Avenue, Suite #2500
New Orleans, LA 70170
Telephone: (504) 355-0092
Facsimile: (504) 662-3801
Email: drplymale@plymalelawfirm.com

*Counsel for Plaintiff*