# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____

IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION

RICHARD DEFAZIO and JACQUELINE DEFAZIO,

        Plaintiffs,

  v.

JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC;
JANSSEN ORTHO LLC;
JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.;
JOHNSON & JOHNSON COMPANY;
BAYER HEALTHCARE PHARMACEUTICALS, INC.;
BAYER PHARMA AG;
BAYER CORPORATION;
BAYER HEALTHCARE AG; and BAYER AG;

        Defendants.

MDL NO. 2592

SECTION: L

JUDGE: ELDON E. FALLON

MAG. JUDGE MICHAEL NORTH

Civil Action No.: 2:16-cv-14371

**<u>PARTIAL STIPULATION OF DISMISSAL WITHOUT PREJUDICE</u>**

_____

     IT IS HEREBY STIPULATED AND AGREED, by and between the parties pursuant to Fed. R. Civ. P. 41, that only the claim of Plaintiff, Jacqueline DeFazio, alleged in Count XI (Loss of Consortium), in the above-captioned case be dismissed without prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| **MARTIN, HARDING & MAZZOTTI, LLP**<br>By: /s/ Rosemarie Riddell Bogdan<br>Rosemarie Riddell Bogdan<br>NDNY Bar Roll Number: 506409<br>NYS Bar Roll Number: 380552<br>1222 Troy-Schenectady Road<br>P.O. Box 15141<br>Albany, New York 12212-5141<br>Telephone: (518) 862-1200<br>rrbxarelto@1800law1010.com<br><br>Attorney for Plaintiff<br>Dated:  December 14, 2016 | **DRINKER BIDDLE & REATH LLP**<br>By:  /s/ Susan M. Sharko<br>Susan M. Sharko<br>600 Campus Drive<br>Florham Park, New Jersey 07932<br>Telephone: (973) 549-7000<br>Susan.Sharko@dbr.com<br><br>Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, and Janssen Ortho LLC<br><br>Dated:  December 14, 2016 |
| **IRWIN FRITCHIE URQUHART & MOORE LLC**<br>By:  /s/ James B. Irwin<br>James B. Irwin<br>Kim E. Moore<br>400 Poydras St., Ste. 2700<br>New Orleans, Louisiana 70130<br>Telephone: (504) 310-2100<br>jirwin@irwinllc.com<br>kmoore@irwinllc.com<br><br><br>Liason Counsel for Defendants<br><br>Dated:  December 14, 2016 | **KAYE SCHOLER LLP**<br>By: /s/ Andrew K. Solow<br>Andrew K. Solow<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 682-3500<br>William Hoffman<br>901 15th Street NW<br>Washington, DC 20005<br>Telephone: (202) 682-3500<br>andrew.solow@kayescholer.com<br>william.hoffman@kayescholer.com<br><br>Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG<br>Dated:  December 14, 2016 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/Rosemarie Riddell Bogdan*
Rosemarie Riddell Bogdan
NDNY Bar Roll Number: 506409
NYS Bar Roll Number: 380552
MARTIN, HARDING & MAZZOTTI, LLP
Attorneys for Plaintiff
1222 Troy-Schenectady Road
P.O. Box 15141
Albany, New York 12212-5141
Telephone: (518) 862-1200
rrbxarelto@1800law1010.com