UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| * * * * * * * * * * * * * * * * * * * * * | * * | SECTION L |
| THIS DOCUMENT RELATES TO: All Actions | * * * * * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL AND/OR FOR A PROTECTIVE ORDER TO REQUIRE COMPLETE DISCLOSURE OF DOCUMENTS**

COMES NOW the Plaintiffs' Steering Committee and moves pursuant to Fed.R.Civ.P. 26(c) and 37(a) to compel a complete disclosure from Defendants Janssen Research & Development, LLC, Janssen Ortho, LLC, Janssen Pharmaceuticals, Inc., and Johnson & Johnson ("Janssen") and Bayer HealthCare Pharmaceuticals Inc. and Bayer Pharma AG ("Bayer") (collectively "the Defendants"). What began as an isolated issue with the disclosure of a single error in one document on November 16, 2016 has now exploded into a massive production error involving potentially tens of thousands of documents. This production error has prejudiced the Plaintiffs and portends even greater prejudices as the extent of the problem continues to expand. Despite a reasonable request from Plaintiffs to identify the actual errors located within the documents so that the burden of correcting the Defendants' errors is not improperly shifted to Plaintiffs, the Defendants refuse to ameliorate the prejudice by providing basic information to identify the errors being corrected.

1

For the reasons set forth in the memorandum of law submitted and incorporated herewith by reference, the motion should be granted.

DATE: December 14, 2016

Respectfully submitted,

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
PH: (504) 522-2304
FAX: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 14, 2016, the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**