# EXHIBIT A



Jennifer LaMont
973-549-7368 Direct
jennifer.lamont@dbr.com

*Law Offices*

600 Campus Drive
Florham Park, NJ
07932-1047

(973) 549-7000
(973) 360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited
Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

November 16, 2016

**VIA ELECTRONIC MAIL**

Roger C. Denton, Esq.
Schlichter, Bogard & Denton, LLP
100 South Fourth Street, Suite 900
St. Louis, MO 63102

Thomas Shrack, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadephia, PA 19106

Re: **In Re: Xarelto (Rivaroxaban) Products Liability Litigation, MDL 2592**

**In Re: Xarelto (Rivaroxaban) Products Liability Litigation, Court of Common Pleas of Philadelphia County, Pennsylvania**

Dear Counsel:

It has come to our attention that there was a processing error on the tiff copy of XARELTO_JANSSEN_05852123, a copy of the Xarelto prescribing information with track changes from the FDA, where not all of the track changes appeared in the tiff copy of the document. As per the document production protocol, this word document was produced in both tiff and native, and all of the track changes did appear on the native copy of XARELTO_JANSSEN_05852123. Additionally, this document was produced without error three other times in Janssen's production, at XARELTO_JANSSEN_00000176 in native, XARELTO_JANSSEN_00047243 in native, and XARELTO_JANSSEN_06671077 in both tiff and native.

We will be producing an overlay file to correct the problem with the tiff copy of XARELTO_JANSSEN_05852123 this afternoon via FTP.

*Andrew B. Joseph
Partner responsible for
Florham Park Office*

Very truly yours,

*/s/ Jennifer La Mont*

Jennifer La Mont

JLL/dlg
cc:   Susan M. Sharko, Esq.

*Established* 1849

86994601.1