# EXHIBIT B



KIMBERLY LAMBERT ADAMS
BRIAN H. BARR
MICHAEL C. BIXBY
M. ROBERT BLANCHARD
BRANDON L. BOGLE
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
JEFF GADDY
RACHAEL R. GILMER
BEN W. GORDON, JR.
TRAVIS P. LEPICIER

FREDRIC G. LEVIN
MARTIN H. LEVIN
M. JUSTIN LUSKO
NEIL E. McWILLIAMS, JR.
CLAY MITCHELL
R. LARRY MORRIS
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
EMMIE J. PAULOS

ROBERT E. PRICE
MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY
AARON L. WATSON

OF COUNSEL:
LAURA S. DUNNING
   (LICENSED ONLY IN ALABAMA)

ROBERT F. KENNEDY, JR.
   (LICENSED ONLY IN NEW YORK)
ROBERT M. LOEHR
PAGE A. POERSCHKE
   (LICENSED ONLY IN ALABAMA)
A. RENEE PRESTON

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

***VIA E-MAIL***                                        November 22, 2016

Susan M. Sharko
Drinker Biddle
600 Campus Dr.
Florham Park, NJ 07932-1047

   **RE:**   ***In re Xarelto Products Liability Litigation*, MDL 2492**

Dear Susan:

   Attached please find the Expert Report of Dr. Suzanne Parisian dated November 22, 2016. This Report should be substituted for Dr. Parisian's draft Report which was produced on October 12, 2016.

   As you know, Dr. Parisian's November 22, 2016 Report was necessitated by Janssen's discovery error noted in Jennifer LaMont's letter of November 16, 2016. Therein, Janssen referred to a so-called alleged "processing error on the tiff copy of XARELTO_JANSSEN_05852123." Ms. Lamont's letter was sent just one day before Dr. Parisian's deposition and failed to offer any explanation as to how this alleged "processing error" occurred.  More importantly, it also failed to note the relevance of the production error to Dr. Parisian's Report. Janssen had erroneously produced a document that did not contain all of the correct red-line track changes from the FDA. Further, Janssen had cited this alleged inaccurate document in its sworn interrogatory answers (which have not yet been amended to reflect the substituted document). On the eve of Dr. Parisian's deposition, Janssen sought to substitute the accurate document. However, it was apparent that in preparing her original Report, Dr. Parisian had reviewed and referenced the document produced by Janssen containing the inaccurate track changes. As a result of Defendant's error, Dr. Parisian's deposition scheduled for November 18 and 19 had to be cancelled

   Based on the foregoing, we request that all Defendants (and their experts) destroy all copies of Dr. Parisian's draft Report dated October 12, 2016. In light of the troubling alleged "processing error" at issue, Dr. Parisian's earlier Report should be considered a "draft" report, which pursuant to the Federal Rules of Civil Procedure; Defendants were not entitled to receive. Rather than claw-back the document, we ask that it be immediately destroyed. In light of the prejudice suffered by Plaintiffs, we take the position that Defendants should not attempt to utilize the draft Report at Dr. Parisian's upcoming deposition or for any purpose in this litigation. Please confirm in writing that you agree to and will comply with this request.

Additionally, please provide a written, full account of how the alleged "processing error" occurred and identify all persons involved.

Sincerely,

Brian Barr

cc:    Roger Denton
       Lenny Davis
       Bradly Honnold
       Kirk Goza
       Michael Weinkowitz
       Lara Say
       Ashley Brittain Landers