# EXHIBIT C



Jennifer LaMont
973-549-7368 Direct
jennifer.lamont@dbr.com

*Law Offices*
600 Campus Drive
Florham Park, NJ
07932-1047

(973) 549-7000
(973) 360-9831 fax
www.drinkerbiddle.com

*A Delaware Limited Liability Partnership*

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

November 28, 2016

**VIA ELECTRONIC MAIL**

Brian H. Barr, Esq.
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL  32502

Roger C. Denton, Esq.
Schlichter, Bogard & Denton, LLP
100 South Fourth Street, Suite 900
St. Louis, MO 63102

Michael Weinkowitz, Esq.
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadephia, PA 19106

Re:   **In Re: Xarelto (Rivaroxaban) Products Liability Litigation, MDL 2592**

**In Re: Xarelto (Rivaroxaban) Products Liability Litigation, Court of Common Pleas of Philadelphia County, Pennsylvania**

Dear Counsel:

I am writing to provide additional information regarding the document processing error that first came to our attention with regard to the tiff copy of XARELTO_JANSSEN_05852123, a copy of the Xarelto prescribing information with track changes from the FDA.  In XARELTO_JANSSEN_05852123, the track changes appeared in the native copy of the document, but not all of the track changes appeared in the tiff copy of the document.

As we noted on November 16, this document was produced without error three other times in Janssen's production, at XARELTO_JANSSEN_00000176 in native, XARELTO_JANSSEN_00047243 in native, and XARELTO_JANSSEN_06671077 in both tiff and native.  Additionally, we note that XARELTO_JANSSEN_05852123 was accurately quoted in Plaintiffs' expert report from David Kessler.

The issue regarding XARELTO_JANSSEN_05852123 was first brought to my attention on Tuesday, November 15.  We asked our document vendors to look into this issue on an expedited basis and notified you of the issue on the morning of November 16.

*Andrew B. Joseph*
*Partner responsible for Florham Park Office*

*Established* 1849

87049383.1

DrinkerBiddle&Reath
L L P

Brian Barr, Esq.
Roger C. Denton, Esq.
Michael Weinkowitz, Esq.
November 28, 2016
Page 2

We also provided a corrected tiff copy of XARELTO_JANSSEN_05852123 that afternoon. We did not provide a more detailed explanation of the issue on November 16 because we are still looking into the issue ourselves, but wanted to provide the information about this document to Plaintiffs as soon as possible.

Since then we have continued to investigate the issue. We believe the issue stems from a problem with the third-party tiffing tool being used by our document vendor for the Xarelto document production, which resulted in track changes deletions and comments not showing up in some of the tiff copies of word documents containing track changes. Therefore, we have no reason to believe that this issue reaches beyond tiff copies of word documents with track changes or comments.

As a priority, we have reviewed the tiff copies of word documents with track changes produced by the Janssen Defendants that were used as exhibits in company witness depositions, cited by Bates number in the expert reports produced by Plaintiffs and Defendants, and cited by Bates number in the Janssen Defendants' answers to the preemption interrogatories. We do not believe that these tiff document production errors materially changed these experts' reports, the deposition testimony or Janssen's preemption interrogatory answers. All of these documents were also produced without error in native; many of these documents have duplicates in the Janssen production which were also produced without error. There are fourteen total documents we have identified with this issue in these specific categories:

|   | Bates No. | Cited/Used in: |
|---|---|---|
| 1 | XARELTO_JANSSEN_05911809 | Expert Reports: Kessler and Parisian |
| 2 | XARELTO_JANSSEN_11033579 | Expert Report: Parisian |
| 3 | XARELTO_JANSSEN_01664696 | Expert Report: Parisian |
| 4 | XARELTO_JANSSEN_04932924 | Expert Report: Plunkett |
| 5 | XARELTO_JANSSEN_04961806 | Expert Report: Plunkett |
| 6 | XARELTO_JANSSEN_05852123[1] | Expert Reports: Kessler and Parisian; Preemption Interrogatories |
| 7 | XARELTO_JANSSEN_06557497 | Expert Report: Parisian |
| 8 | XARELTO_JANSSEN_24794471 | Expert Report: Parisian |
| 9 | XARELTO_JANSSEN_12965131 | Deposition Exhibit Wu 30[2] |

---

[1] XARELTO_JANSSEN_05852123 is the document identified in my November 16 letter to you.
[2] The version of Exhibit Wu 30 used at Dr. Wu's deposition was the native copy only.

87049383.1

DrinkerBiddle&Reath
LLP

Brian Barr, Esq.
Roger C. Denton, Esq.
Michael Weinkowitz, Esq.
November 28, 2016
Page 3

|    | Bates No. | Cited/Used in: |
|----|-----------|----------------|
| 10 | XARELTO_JANSSEN_12150483 | Deposition Exhibit Ruppersberger 66 |
| 11 | XARELTO_JANSSEN_04724396 | Deposition Exhibit Burton 27 |
| 12 | XARELTO_JANSSEN_03830708 | Deposition Exhibit DiBattiste 69 |
| 13 | XARELTO_JANSSEN_02242610 | Deposition Exhibit Burton 31 |
| 14 | XARELTO_JANSSEN_01231199 | Deposition Exhibit Burton 13; Expert Reports: Kessler and Parisian; Preemption Interrogatories |

With this letter we are producing an overlay to correct these fourteen documents via FTP. This includes the overlay for XARELTO_JANSSEN_05852123, which was previously provided on November 16.

We are now taking steps to identify any additional tiff copies of word documents with track changes produced by the Janssen Defendants in this litigation which may be impacted by this problem with the tiffing tool. As per the document production protocol in Xarelto, the majority of the word documents with track changes have been produced in this litigation natively and in tiff, and this issue should not affect the native copy of those documents. We are working to complete this review of any additional potentially affected documents on an expedited basis, and will be providing you with a list of the documents we have determined have been affected by this issue and reproductions of the documents at issue.

If you have additional questions about this issue, please let us know.

Very truly yours,

*/s/ Jennifer La Mont*

Jennifer La Mont

JLL/dlg
cc:   Susan M. Sharko, Esq.

87049383.1