UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO:<br>All Actions | JUDGE ELDON E. FALLON MAG.<br>JUDGE NORTH |

## ORDER

Considering Plaintiffs' Steering Committee's Motion to Compel and/or for a Protective Order to Require Complete Disclosure of Documents

IT IS ORDERED BY THE COURT that the motion is GRANTED. Within seven days of this Order Defendants are to produce corrected documents as they become available and identify the errors in each document that were corrected. In addition, Defendants shall designate a corporate designee most knowledgeable about the document production error and the efforts of the Defendants to rectify the problem. In addition, the Court will consider granting additional relief as just and proper, including alteration of existing deadlines, taxation of costs, appointment of a special master to oversee document review and categorizing of errors, etc.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge