UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL 2592 |
| * * * * * * * * * * * * * * * * * * * * | SECTION L |
| THIS DOCUMENT RELATES TO: All Actions | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

## MOTION FOR EXPEDITED HEARING

COMES NOW the Plaintiffs' Steering Committee ("PSC"), who respectfully submits that on December 14, 2016, it filed a Motion to Compel Complete Disclosure of Documents [Rec. Doc. 4742] ("Motion to Compel").  The PSC respectfully requests that its Motion to Compel be heard on an expedited basis following the monthly status conference on December 20, 2016.

WHEREFORE, mover prays that this motion be GRANTED and that its Motion to Compel Complete Disclosure of Documents  be heard on an expedited basis following the monthly status conference on December 20, 2016.

DATE:      December 14, 2016            Respectfully submitted,

/s/ Leonard A. Davis

Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
Email: ldavis@hhklawfirm.com

1

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
PH: (504) 522-2304
FAX: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 14, 2016, the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**

2