UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| * * * * * * * * * * * * * * * * * * * * | * * | SECTION L |
| THIS DOCUMENT RELATES TO: All Actions | * * * * * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

## **O R D E R**

Considering the Motion for Expedited Hearing filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Motion to Compel Complete Disclosure of Documents [Rec. Doc. 4742] filed by the Plaintiffs' Steering Committee be and is hereby set for hearing following the monthly status conference on December 20, 2016.

IT IS FURTHER ORDERED BY THE COURT that any response to the Motion to Compel Complete Disclosure of Documents [Rec. Doc. 4742] must be filed with the Court on or before the ___ day of _____, 2016.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge