AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____Louisiana_____

Michael A. Floyd

Plaintiff (s),

V.

JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  2:15-cv-04678, MDL No. 2592

Notice is hereby given that, subject to approval by the court,  Michael A. Floyd  substitutes
                                                                    (Party (s) Name)

Bobby Saadian, Esq.  , State Bar No.  250377  as counsel of record in
    (Name of New Attorney)

place of  Randi Kassan, Marc David Grossman  .
          (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:  Wilshire Law Firm, PLC

Address:  3055 Wilshire Blvd., 12th Floor, Los Angeles, CA 90010

Telephone:  (213) 381-9988  Facsimile  (213) 381-9989

E-Mail (Optional):  masstorts@wilshirelawfirm.com

I consent to the above substitution.

Date:  12/14/2016  _____
                      (Signature of Party (s))

I consent to being substituted.

Date:  12/14/2016  _____
                      (Signature of Former Attorney (s))

I consent to the above substitution.

Date:  12/14/2016  _____
                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  _____  _____
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]