## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: L** |
| | ) | **JUDGE FALLON** |
| | ) | **MAG. JUDGE NORTH** |
| | ) | |

**This Document Relates to:**

*Lott v. Janssen Research & Development, LLC, et al; LAED USDC No. 2:15-cv-1472*

### ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious.  It is therefore:

ORDERED THAT Plaintiff Audrey Lott, on behalf of the estate of John Lott, is substituted for Plaintiff John Lott in the above-captioned case.

New Orleans, Louisiana this 14th day of December, 2016.

Hon. Eldon E. Fallon
United States District Court Judge

1