# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2592<br><br>SECTION: L<br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH<br><br>Civil Action No. 2:14-md-2592 |
| THIS DOCUMENT RELATES TO:<br><br>*Shayne Potter v. Janssen Research & Development LLC, et al.*<br>Civil Action No. 2:15-cv-7172 | | |

## STATUS REPORT TO THE COURT

Plaintiff Shayne Potter, by counsel, hereby submits the following Status Report to the Court:

1. Plaintiff died on December 19, 2015.

2. Plaintiff's Complaint was filed on December 31, 2015.

3. Plaintiff's counsel was informed of PlaiHntiff's death on January 4, 2016.

4. Plaintiff, by counsel, filed a Motion for Voluntary Dismissal Without Prejudice on August 29, 2016. Dkt. No. 3961.

5. Defendants filed their Memorandum in Opposition to Motion to Dismiss Without Prejudice urging the Court to dismiss Mr. Potter's case *with* prejudice on September 12, 2016. Dkt. No. 4108.

6. Plaintiff, by counsel, after receiving leave of Court filed his Reply Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice on September 16, 2016. Dkt. No. 4150-1.

7. The Court heard argument from the parties on the issue of whether to dismiss the case with or without prejudice on October 25, 2016.

8. After hearing argument, the Court passed ruling on the pending Motion for sixty days or until December 24, 2016.  Dkt. No. 4380.

9. Following the hearing on October 25, 2016, Counsel notified the Personal Representative of Mr. Potter's Estate of the Court's Order.

10. Since the Court heard argument on the Motion on October 25, 2016, counsel has been informed that the Personal Representative of Mr. Potter's Estate does not intend to pursue any claims related to Mr. Potter's use of Xarelto.

11. Plaintiff, through counsel, hereby withdraws opposition to this case being dismissed *with* prejudice.

**BURG SIMPSON**
**ELDREDGE HERSH & JARDINE, P.C.**
By: */s/ Meghan C. Quinlivan*
Meghan C. Quinlivan
40 Inverness Drive East
Englewood, CO  80112
Telephone: (303) 792-5595
mquinlivan@burgsimpson.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 15, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Meghan C. Quinlivan*
Meghan C. Quinlivan