## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| MICHAEL FLOYD | MDL No. 2592 |
| Plaintiff, | SECTION: L |
| v. | JUDGE: ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Case No. 2:15-cv-04678 |
| Defendants. | |

## MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF

**COMES NOW,** the undersigned counsel for Plaintiff, Michael Floyd, hereby files this Motion to Withdraw Sanders Phillips Grossman, LLC and requests that the Court move that Bobby Saadian will substitute in as counsel of record in this matter by stipulation and agreement by all parties. See attached Consent Order Granting Substitution of Attorney attached herein as Exhibit "A".

Case No. : 2:16-cv-04678

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 15th day of December 15, 2016.

/s/    Bobby Saadian
Bobby Saadian
California Bar No. 250377
WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd. 12th Floor
Los Angeles, CA 90010
Tel: 213-381-9988
Fax: 213-381-9989
Email: masstorts@wilshirelawfirm.com

/s/    Randi Kassan
Randi Kassan
Sanders Phillips Grossman, LLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516)741-5600
Fax: (516)741-0128
Email: rkassan@thesandersfirm.com

/s/    Michael Floyd
Michael A. Floyd
Plaintiff