# EXHIBIT A

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Michael A. Floyd
Plaintiff(s),
v.
JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL.
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:15-cv-04678, MDL No. 2592

Notice is hereby given that, subject to approval by the court, Michael A. Floyd substitutes
(Party(s) Name)

Bobby Saadian, Esq. , State Bar No. 250377 as counsel of record in
(Name of New Attorney)

place of Randi Kassan, Marc David Grossman .
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Wilshire Law Firm, PLC
Address: 3055 Wilshire Blvd., 12th Floor, Los Angeles, CA 90010
Telephone: (213) 381-9988        Facsimile (213) 381-9989
E-Mail (Optional): masstorts@wilshirelawfirm.com

I consent to the above substitution.
Date: 12/14/2016
(Signature of Party(s))

I consent to being substituted.
Date: 12/14/2016
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12/14/2016
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____    _____
                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]