UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | |
| MICHAEL FLOYD | MDL No. 2592 |
| Plaintiff, | SECTION: L |
| v. | JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | Case No. 2:15-cv-04678 |
| Defendants. | |

**[PROPOSED] ORDER OF WITHDRAW AND SUBSTITUTION OF COUNSEL**

This matter coming before the Court upon a Motion to Withdraw and Substitute of Counsel filed on December 15, 2016, by Bobby Saadian on behalf of Plaintiff, Michael Floyd.

IT IS ORDERED:

The Motion of Withdraw and Substitute of Counsel is GRANTED.

Case No. : **2:16-cv-04678**

ENTERED: December \_\_\_\_, 2016

_____
Eldon E. Fallon
United States District Judge
Eastern District of Louisiana