# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MELVIN GLAZER,<br><br>      Plaintiff,<br><br>      v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.<br><br>      Defendants. | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE:  ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**DOCKET NO.: 2:16-cv-07167** |

## PLAINTIFF MELVIN GLAZER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO BAYER HEALTHCARE, LLC

TAKE NOTICE that Plaintiff Melvin Glazer, by and through his attorneys, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this Action solely against Bayer Healthcare, LLC without prejudice.  Because this Notice is being filed pursuant to Rule 41(a)(1)(A)(i), no Court order is required or requested.

Dated: December 15, 2016　　　　　　　　　Respectfully submitted,

                                                      /s/Lisa Causey-Streete
                                                    Lisa Causey-Streete
                                                    LA Bar Roll No. 33767
                                                    Robert L. Salim
                                                    LA Bar Roll No. 11663
                                                    SALIM-BEASLEY, LLC
                                                    1901 Texas Street
                                                    Natchitoches, LA 71457
                                                    Phone: (800) 491-1817
                                                    Facsimile: (318) 354-1227
                                                    lcausey@salim-beasley.com
                                                    robertsalim@cp-tel.net

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I caused the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: December 15, 2016              */s/* Lisa Causey-Streete