IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In re: | § MDL Docket No. 2:16-cv-06052-EEF-MBN |
| | § |
| XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 |
| | § |
| | § |
| STEVENS, | § SECTION:   L |
| Plaintiff, | § |
| | § JUDGE:  ELDON E. FALLON |
| vs. | § |
| | § MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, et al. | § |
| | § |
| | § |
| Defendants. | § |

**PLAINTIFF'S UNOPPOSED MOTION TO EXPAND TIME
TO RESPOND TO ORDER TO SHOW CAUSE**

Plaintiff files this unopposed motion to expand time to respond to the Court's November 15, 2016 Order to Show Cause why this case should not be dismissed for failure to complete a factsheet. Plaintiff's response was due by November 29, 2016, but due to a calendaring error was not filed until November 30, 2016. Defendants have now indicated that they do not oppose this motion.

The Court has not issued an order following the filing of the response on November 30, 2016. Plaintiff requests that the Court grant this unopposed motion to expand time and consider Plaintiff's response to the Order to Show Cause.

Dated, this 15th day of December, 2016.

1

Respectfully submitted,

By: /s/ Christopher T. Kirchmer

**PROVOST ✯ UMPHREY LAW FIRM, L.L.P.**
Christopher T. Kirchmer
Texas Bar No. 00794099
490 Park Street
P. O. Box 4905
Beaumont, Texas 77704
(409) 835-6000 telephone
(409) 813-8614 facsimile
ckirchmer@pulf.com - email

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered in this case. Any counsel not registered for electronic notice of filing with the Clerk of Court will be mailed a copy of the above and foregoing, First Class U.S. Mail, postage prepaid and properly addressed.

/s/ Christopher T. Kirchmer
Christopher T. Kirchmer

## CERTIFICATE OF CONFERENCE

The parties have conferred and Defendants do not oppose the relief sought in this motion.

/s/ Christopher T. Kirchmer
Christopher T. Kirchmer