**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS:**

| | |
|---|---|
| Sharon Andrzejewski, as Personal Representative of Estate of Robert Andrzejewski v. Janssen Research & Development | 2:16-cv-16436 |

**NOTICE OF SERVICE**

COMES NOW the Plaintiff, Sharon Andrzejewski, by and through the undersigned counsel, and hereby give notice to the Court that the Complaint and Summons were forwarded on 15th day of December, 2016 to:

Bayer Healthcare Pharmaceuticals Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Rd
Wilmington, DE 19808
Via Certified Mail

Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
Germany
Via Registered Mail

Dated December 15, 2016        By: */s/Jeffrey L.Haberman*
                               Jeffrey L. Haberman (FL Bar No. 98522)
                               SCHLESINGER LAW OFFICES, P.A.

- 1 -

```
```

- 2 -

       1212 SE 3rd Avenue  
       Fort Lauderdale, FL 33316-1906  
       Telephone: (954) 320-9507  
       Facsimile: (954) 320-9509  
       jhaberman@schlesingerlaw.com  
       *Attorney for Plaintiffs Lloyd and Michelle Gootenberg*

### **CERTIFICATE OF SERVICE**

    The foregoing Notice of Service has been electronically filed via ECF/Pacer and thereby served upon all counsel of records this 15th day of December, 2016.

       /s/Jeffrey L.Haberman  
       Counsel for Plaintiff