UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br><br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS:

| | |
|---|---|
| Maria LeBlanc, as Personal Representative of the Estate of Herman Fabre v. Janssen Research & Development | 2:16-cv-16440 |

## NOTICE OF SERVICE

COMES NOW the Plaintiff, Maria LeBlanc, by and through the undersigned counsel, and hereby give notice to the Court that the Complaint and Summons were forwarded on 15th day of December, 2016 to:

Bayer Healthcare Pharmaceuticals Inc.
SOP Department
Corporation Service Company
Suite 400
2711 Centerville Rd
Wilmington, DE 19808
Via Certified Mail

Bayer Pharma AG
Attn: Eva Gardyan-Eisenlohr
General Counsel
Muellerstrasse 178
13353 Berlin
Germany
Via Registered Mail


Dated December 15, 2016        By: */s/Jeffrey L.Haberman*
                                   Jeffrey L. Haberman (FL Bar No. 98522)
                                   SCHLESINGER LAW OFFICES, P.A.

- 1 -

        1212 SE 3rd Avenue
Fort Lauderdale, FL 33316-1906
Telephone: (954) 320-9507
Facsimile: (954) 320-9509
jhaberman@schlesingerlaw.com
*Attorney for Plaintiffs Lloyd and Michelle Gootenberg*

## CERTIFICATE OF SERVICE

The foregoing Notice of Service has been electronically filed via ECF/Pacer and thereby served upon all counsel of records this 15th day of December, 2016.

/s/Jeffrey L.Haberman
Counsel for Plaintiff