UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Luz Ramirez (16-06578)* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Plaintiff, LUZ RAMIREZ, by and through undersigned counsel, respectfully moves this Court for leave to file the Reply Memorandum in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice attached hereto as **Exhibit "A."**  Undersigned counsel believes the arguments and case law presented in the Reply would be of benefit to the Court in resolving the pending Motion.

**WHEREFORE**, Plaintiff respectfully requests that this Motion for Leave to File Reply Memorandum be granted.

Dated: December 15, 2016
,

Respectfully Submitted,
 Newsome Melton, PA

/s/ William C. Ourand
**WILLIAM C. OURAND, ESQ.**
Florida Bar No.: 092503
**MICHELE L. REED, ESQUIRE**
Florida Bar No.:  124481
Newsome Melton
201 South Orange Avenue, Suite 1500
Orlando, Florida  32801
Telephone: (407) 648-5977
Facsimile: (407) 648-5282
*Attorneys for Plaintiff*
ourand@newsomelaw.com
reed@newsomelaw.com