UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Luz Ramirez (16-06578)* | * * * | JUDGE ELDON E. FALLON |
| | * * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

CONSIDERING the Motion for Leave to File Reply Memorandum filed by Plaintiff LUZ RAMIREZ through counsel.

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the attached Plaintiff's Reply in Support of Plaintiff's Motion for Voluntary Dismissal Without Prejudice be and is hereby filed into the record.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge