UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592  SECTION L  JUDGE ELDON E. FALLON  MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

JOSEPH PINNETTI v. JANSSEN PHARMACEUTICALS, INC., et al

No.  2:15-cv-04733

## NOTICE AND SUGGESTION OF DEATH OF PLAINTIFF

**NOW COMES** Counsel for Plaintiff **JOSEPH PINNETTI**, and hereby notifies the Court and the parties of the death of Plaintiff, **JOSEPH PINNETTI**, pursuant to Fed. R. Civ. P. 25(a). A copy of Plaintiff's death certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1. Counsel also respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by **EILEEN PINNETTI**, who is the widow of now deceased Plaintiff.

**RESPECTFULLY SUBMITTED** this the 16th day of December, 2016.

                           JOHN JEWELL PACE, A.P.L.C.

                           By: /s/ John Jewell Pace
                           John Jewell Pace
                           John Jewell Pace, A.P.L.C.
                           **(State Bar No. 1115)**
                           P.O. Box 14209
                           Baton Rouge, LA 707898
                           Telephone: (225) 686-3000
                           Facsimile: (866) 912-2008
                           E-mail:
                           jjp@johnjpacelaw.com

                           By: /s/ Samuel C. Ward
                           **Samuel "Chuck" Ward**
                           Samuel C. Ward, Jr., & Associates
                           **(State Bar No. 29508)**
                           660 Saint Ferdinand Street
                           Baton Rouge, LA 70802
                           Telephone: (225) 330-6677
                           Facsimile: (225) 330-6680
                           Email: samuelcward@aol.com

                           Attorneys for Plaintiff,
                           *Eileen Pinnetti obo Joseph Pinnetti*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by Fed. R. Civ.P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

**RESPECTFULLY SUBMITTED** this the 16th day of December, 2016.

                JOHN JEWELL PACE, A.P.L.C.

                By: /s/ John Jewell Pace
                John Jewell Pace

                John Jewell Pace, A.P.L.C.
                **(State Bar No. 1115)**
                P.O. Box 14209
                Baton Rouge, LA 707898
                Telephone: (225) 686-3000
                Facsimile: (866) 912-2008
                E-mail:
                jjp@johnjpacelaw.com

                By: /s/ Samuel C. Ward
                **Samuel "Chuck" Ward**

                Samuel C. Ward, Jr., & Associates
                **(State Bar No. 29508)**
                660 Saint Ferdinand Street
                Baton Rouge, LA 70802
                Telephone: (225) 330-6677
                Facsimile: (225) 330-6680
                Email: samuelcward@aol.com

                Attorneys for Plaintiff,
                *Eileen Pinnetti obo Joseph Pinnetti*