# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2016174638  
**DATE ISSUED:** December 6, 2016  

### DECEDENT INFORMATION
**STATE FILE DATE:** November 23, 2016  
**NAME:** JOSEPH P PINNETTI  

**DATE OF DEATH:** November 18, 2016   **SEX:** MALE   **SSN:** 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   **AGE:** 070 YEARS  
**DATE OF BIRTH:** February 4, 1946   **BIRTHPLACE:** BROCKTON, MASSACHUSETTS, UNITED STATES  
**PLACE OF DEATH:** DECEDENT'S HOME  
**FACILITY NAME OR STREET ADDRESS:** 2761 SHENANDOAH STREET  
**LOCATION OF DEATH:** NORTH PORT, SARASOTA COUNTY, 34287  

### SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION
**MARITAL STATUS:** MARRIED  
**SURVIVING SPOUSE NAME:** EILEEN M LEDOUX  
**RESIDENCE:** 2761 SHENANDOAH STREET, NORTH PORT, FLORIDA 34287, UNITED STATES   **COUNTY:** SARASOTA  
**OCCUPATION, INDUSTRY:** DIRECTOR, DELI & BAKERY  
**RACE:** X White   ___Black or African American   ___Asian Indian   ___Chinese   ___Filipino   ___Native Hawaiian   ___Japanese   ___Korean  
___American Indian or Alaskan Native--Tribe:   ___Vietnamese   ___Other Asian:  
___Guamanian or Chamorro   ___Samoan   ___Other Pacific Isl:   ___Other:   ___Unknown  
**HISPANIC OR HAITIAN ORIGIN?** NO, NOT OF HISPANIC/HAITIAN ORIGIN  
**EDUCATION:** ASSOCIATE DEGREE     **EVER IN U.S. ARMED FORCES?** NO  

### PARENTS AND INFORMANT INFORMATION
**FATHER/PARENT:** JOSEPH PINNETTI  
**MOTHER/PARENT:** LOUISE PUOPOLO  
**INFORMANT:** EILEEN M PINNETTI  
**RELATIONSHIP TO DECEDENT:** WIFE  
**INFORMANT'S ADDRESS:** 2761 SHENANDOAH STREET, NORTH PORT, FLORIDA 34287, UNITED STATES  

### PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION
**PLACE OF DISPOSITION:** FARLEY CREMATORY  
VENICE, FLORIDA  
**METHOD OF DISPOSITION:** CREMATION  
**FUNERAL DIRECTOR/LICENSE NUMBER:** TANYA SCOTECE, F042130  
**FUNERAL FACILITY:** FARLEY FUNERAL HOME - NORTH PORT F040370  
5900 SOUTH BISCAYNE DR, NORTH PORT, FLORIDA 34287  

### CERTIFIER INFORMATION
**TYPE OF CERTIFIER:** CERTIFYING PHYSICIAN     **MEDICAL EXAMINER CASE NUMBER:** NOT APPLICABLE  
**TIME OF DEATH (24 hr):** 0234     **DATE CERTIFIED:** November 18, 2016  
**CERTIFIER'S NAME:** MICHAEL JAMES BENTZE  
**CERTIFIER'S LICENSE NUMBER:** OS9174  
**NAME OF ATTENDING PHYSICIAN (If other than Certifier):** NOT APPLICABLE  

### CAUSE OF DEATH AND INJURY INFORMATION
**MANNER OF DEATH:** NATURAL  
**CAUSE OF DEATH - PART I -** and Approximate Interval: Onset to Death:  

| | |
|---|---|
| a CARDIAC ARREST | 2 MINUTES |
| b ANEMIA DUE TO ACUTE BLOOD LOSS | 15 MINUTES |
| c GI BLEED | 6 HOURS |
| d CAD | YEARS |

**PART II** - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:  
AORTIC STENOSIS, CHF, DM TYPE 2, OSA, HISTORY OF MI & CVA  

**AUTOPSY PERFORMED?** NO     **AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?**  
**DATE OF SURGERY:**     **DID TOBACCO USE CONTRIBUTE TO DEATH?** NOT STATED  
**REASON FOR SURGERY:**  
**IF FEMALE,** NOT APPLICABLE  
**DATE OF INJURY:** NOT APPLICABLE     **TIME OF INJURY (24 hr):**     **INJURY AT WORK?**  
**LOCATION OF INJURY:**  
**DESCRIBE HOW INJURY OCCURRED:**  

**PLACE OF INJURY:**  
**IF TRANSPORTATION INJURY,** Status of Decedent:     Type of Vehicle:  

, State Registrar     **REQ:** 2017622545

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)

CERTIFICATION OF VITAL RECORD     Florida HEALTH