UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: *Luz Ramirez (16-06578)* | * * * | JUDGE ELDON E. FALLON |
| | * | MAG. JUDGE NORTH |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION TO WITHDRAW MOTION
FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, LUZ RAMIREZ, by and through undersigned counsel, hereby files her Motion to Withdraw Motion for Voluntary Dismissal without Prejudice, and states:

1. On November 7, 2016, Plaintiff filed her Motion for Voluntary Dismissal without Prejudice. [DE 4454]. The sole stated basis for the Motion is that Plaintiff's counsel had lost contact with Plaintiff. [DE 4454, attachment 1, p. 2, ¶ 4].

2. Subsequently, on Friday, December 16, 2016, Plaintiff's undersigned counsel obtained and confirmed updated, correct address and contact information for Plaintiff. Plaintiff's undersigned counsel confirmed this information by sending a personal investigator to Plaintiff's current physical address, and by calling and speaking with Plaintiff's current employer.

3. As such, the basis for Plaintiff's Motion has been rendered moot, and Plaintiff now seeks to withdraw the Motion. The Motion was previously set for oral argument following the December 20, 2016 status conference. Plaintiff likewise requests the cancellation of that hearing as it would be rendered moot by the withdrawal of the pending Motion.

4.  Plaintiff has attached a proposed Order as **Exhibit "A"** to this Motion.

**WHEREFORE**, Plaintiff respectfully requests that this Motion be granted and that Plaintiff's Motion for Voluntary Dismissal without Prejudice be Withdrawn.

Dated: December 16, 2016            Respectfully Submitted,
                                    Newsome Melton, PA

                                    /s/ William C. Ourand
                                    **WILLIAM C. OURAND, ESQ.**
                                    Florida Bar No.: 092503
                                    **MICHELE L. REED, ESQUIRE**
                                    Florida Bar No.: 124481
                                    Newsome Melton
                                    201 South Orange Avenue, Suite 1500
                                    Orlando, Florida 32801
                                    Telephone: (407) 648-5977
                                    Facsimile: (407) 648-5282
                                    *Attorneys for Plaintiff*
                                    ourand@newsomelaw.com
                                    reed@newsomelaw.com