UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO: | * | |
| *Luz Ramirez (16-06578)* | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

## ORDER

**THIS CAUSE**, having come to the Court upon Plaintiff's Motion to Withdraw Motion for Voluntary Dismissal without prejudice, and the Court being duly advised in the premises,

**IT IS ORDERED BY THE COURT** that the motion is **GRANTED** and that Plaintiff's Motion for Voluntary Dismissal without Prejudice [DE 4454] is hereby **WITHDRAWN**, and the Oral Argument scheduled on same following the December 20, 2016 Status Conference is **CANCELLED**.

New Orleans, Louisiana this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge