# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION                    MDL No. 2592

                                                 SECTION: L

                                                 JUDGE FALLON

**This Document Relates To All Cases**          MAG. JUDGE NORTH


## DEFENDANTS' RESPONSE TO THE PSC'S MOTION FOR EXPEDITED HEARING ON ITS MOTION TO COMPEL

Plaintiffs' Steering Committee (PSC) filed a Motion for Expedited Hearing (Doc. 4743) that seeks a hearing on December 20, 2016 on a Motion to Compel Complete Disclosure of Documents that was filed on December 14, 2016. This Motion to Compel relates to a file processing error by a vendor that was discussed with the Court at the bi-weekly discovery conference on December 8, 2016. At that conference, the Court directed the parties to continue working on the issue and to report to the Court at the monthly status conference on December 20, 2016 (Transcript, December 8, 2016, at p. 27 line 24 to p. 28, line 4). Following the December 8, 2016 discovery conference, Defendants have continued to work to identify documents affected by the file processing error and to update the PSC on the status. The parties also continue to meet and confer concerning this matter.

For all of these reasons, the Defendants submit that an emergency hearing on the Motion to Compel is premature at this time given the work that is ongoing to identify the affected documents and given the continuing discussions between the Defendants and PSC to resolve the issues. As instructed by the Court, Defendants will update the Court on December 20, 2016 as to the status of the issues and the ongoing discussions with counsel. A briefing schedule on the

1

merits and hearing date can be set if necessary after the Court is apprised of the status on December 20, 2016.

Respectfully submitted,

Steven Glickstein
Andrew Solow
KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8485
Facsimile: (212) 836-6485
sglickstein@kayescholer.com
*Co-Lead Defense Counsel*

James B. Irwin
Kim E. Moore
IRWIN FRITCHIE URQUHART
 & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2120
jirwin@irwinllc.com
*Defendants' Co-Liaison Counsel*

Susan M. Sharko
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
600 Campus Drive
Florham Park, NJ 07932-1047
Telephone: (973) 549-7000
Facsimile: (973) 360-9831
susan.sharko@dbr.com
*Co-Lead Defense Counsel*

 */s/ John F. Olinde*
John F. Olinde
CHAFFE McCALL L.L.P.
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com
*Defendants' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was electronically served on Plaintiffs through Liaison Counsel, Leonard A. Davis, Esq. and Gerald E. Meunier, Esq., and Lead Counsel, Brian H. Barr, Esq. and Andy D. Birchfield, Jr., Esq., this 16th day of December, 2016.

*/s/ John F. Olinde*
John F. Olinde

2825471-1