UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION I |
| | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | ) |
| BOBBY H. GERALD<br>           Plaintiff | )<br>) |
| versus | ) CIVIL ACTION NUMBER<br>) 2:15-cv-00610-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al<br>           Defendants | )<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME TO SERVE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Bobby H. Gerald, who respectfully requests that this Honorable Court grant additional time to serve Defendant, Janssen Pharmaceuticals, Inc., for the reasons more specifically outlined in the attached Memorandum in Support of Plaintiffs' Motion to Extend Time to Serve.

WHEREFORE, Plaintiff prays that he be allowed an additional thirty (30) days within which to perfect service on Defendant, Janssen Pharmaceuticals, Inc., or until January 13, 2017.

THE PENTON LAW FIRM  
503 GEORGIA AVENUE  
BOGALUSA, LOUISIANA  70427  
PHONE         :        (985) 732-5651  
TELECOPIER:        (985) 735-5579  
E-MAIL        :        fedcourtmail@rgplaw.com  


s/Ronnie G. Penton  
Ronnie G. Penton  
Trial Counsel for Plaintiffs  
Louisiana Bar Roll Number 10462

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

December 19, 2016.

                                        s/Ronnie G. Penton
                                        Ronnie G. Penton