UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION I |
| | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) ) BOBBY H. GERALD ) Plaintiff ) ) versus ) ) JANSSEN RESEARCH & DEVELOPMENT ) LLC f/k/a JOHNSON AND JOHNSON ) PHARMACEUTICAL RESEARCH AND ) DEVELOPMENT LLC, et al ) Defendants ) | CIVIL ACTION NUMBER 2:15-cv-00610-EEF-MBN |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
TO EXTEND TIME TO SERVE**

**MAY IT PLEASE THE COURT:**

Plaintiff, Bobby H. Gerald, respectfully requests an additional thirty (30) days to perfect service on Defendant, Janssen Pharmaceuticals, Inc. for the following reasons.

A new service address was provided for service on this Defendant and a new cut-off date of November 15, 2016 provided to perfect service.

On November 7, 2016, Plaintiff forwarded documents for service on this Defendant to the new address provided.  The Certified green card was received back, without a postal mark and without a signature.  A copy of that certified card is attached and identified as Exhibit A. The original package was not returned, as is the usual practice and custom of the postal service.

After conversations with the United States Postal Service, it was determined that this package was delivered to the incorrect address.

Additionally, at the time of mailing of this Summons and Complaint, there was an identical package sent to the exact same address at the same time in the same manner, and both cards were received back by Mover on the same date.  The other one was served correctly in that lawsuit, which is entitled *Lavigne v. Janssen Research & Development LLC, et al*, Docket Number 2:15-cv-01321 "L"(5).   Attached as Exhibit B is that proof of service.

Therefore, Plaintiff requests an additional thirty (30) days to forward again the service package to Janssen Pharmaceuticals, Inc., to perfect service on this Defendant.

                    THE PENTON LAW FIRM
                    503 GEORGIA AVENUE
                    BOGALUSA, LOUISIANA  70427
                    PHONE      :    (985) 732-5651
                    TELECOPIER:    (985) 735-5579
                    E-MAIL     :    fedcourtmail@rgplaw.com


                    s/Ronnie G. Penton
                    Ronnie G. Penton
                    Trial Counsel for Plaintiffs
                    Louisiana Bar Roll Number 10462