UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION I |
| | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| BOBBY H. GERALD Plaintiff | |
| versus | CIVIL ACTION NUMBER 2:15-cv-00610-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al Defendants | |

**O R D E R**

CONSIDERING THE FOREGOING

IT IS ORDERED that the deadline for Plaintiff to perfect service on Defendant, Janssen Pharmaceuticals, Inc. in the above referenced matter is extended until January 13, 2017.

Signed in New Orleans, Louisiana, this the _____ day of December, 2016.

_____
J U D G E