UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ( | **MDL NO.: 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ( | |
| | ( | **SECTION:L** |
| | ( | |
| | ( | **JUDGE FALLON** |
| | ( | |
| | ( | **MAG. JUDGE NORTH** |
| _____ | ( | |

**THIS DOCUMENT RELATES TO:**
*Amy Banks v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-CV-06750**

**PLANTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF'S FACT SHEET**

NOW COMES, Plaintiff Amy Banks, by and through undersigned counsel, and hereby submits Plaintiff's Response to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet (Doc. 4432) and respectfully pleads as follows:

1. Plaintiff Amy Banks contacted undersigned counsel regarding a potential claim involving use of Xarelto and subsequent injuries.

2. The Complaint in this matter was filed on May 20, 2016.

3. Undersigned Counsel informed Plaintiff of her obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13. Due to unforeseen circumstances outside Plaintiff's control she was unable to timely complete her Fact Sheet.

4. On November 3, 2016, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet. (Doc. 4432). Plaintiff,

Amy Banks, was identified as one of the Plaintiffs who has not completed a Plaintiff's Fact Sheet.

5. On December 16, 2016, Plaintiff Amy Banks, by and through undersigned counsel, served a fully completed Plaintiff's Fact Sheet, thereby curing the deficiencies that form the basis of Defendants' Motion for Order to Show Cause in this matter.

6. Because the deficiencies have now been cured and Plaintiff Banks has met her obligations set out in this Court's orders with respect to completing and serving a Plaintiff's Fact Sheet, Defendants' Motion for Order to Show Cause is moot.

FOR THESE REASONS, undersigned counsel respectfully requests that Plaintiff, Amy Banks, be relieved from further response to Defendants' Motion for Order to Show Cause, that her claim (Civil Action No. 2:16-CV-06750) be removed from the list of claims subject to the Defendants' Motion for Order to Show Cause, and that her claim be allowed to proceed.

December 19, 2016                           Respectfully submitted,

                                            By: /s/ W. Todd Harvey
                                            W. Todd Harvey
                                            BURKE HARVEY, LLC
                                            3535 Grandview Parkway
                                            Suite 100
                                            Birmingham, AL 35235
                                            Phone: (205) 930-9091
                                            Fax: (205) 930-9054
                                            tharvey@burkeharvey.com

                                            *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2016, the foregoing document was filed with the Clerk of Court via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                    /s/W. Todd Harvey
                                    W. Todd Harvey