UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Joseph Drake v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-CV-03501**

## ORDER

THIS MATTER, having come before the Court is Plaintiff's Response to this Court's Order to Show Cause Regarding Plaintiff's who have failed to Serve a Plaintiff Fact Sheet, upon consideration of the Pleadings and all of the documents relating to this motion and good cause appearing:

IT IS HEREBY ORDERED that with respect to the claims of Plaintiff, Joseph Drake, Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet is deemed Moot and Plaintiff's claims are allowed to Proceed.

NEW ORLEANS, LOUISANA, this the _____day of _____, 2016.

_____
JUDGE ELDON E. FALLON