# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( ( | MDL NO.: 2592<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Harold House v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:15-cv-05937**

### PLANTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF'S FACT SHEET AND MOTION FOR DISMISSAL OF CASE WITHOUT PREJUDICE

NOW COMES, Plaintiff Harold House, by and through undersigned counsel, and hereby submits Plaintiff's Response to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet (Doc. 4432) and respectfully pleads as follows:

1. Plaintiff Harold House contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on November 15, 2015 while record requests from some providers were still pending. The Complaint was filed in good faith before all records were received in order to comply with the statute of limitations for Mr. House's claim.

3. Undersigned Counsel informed Mr. House of his obligations regarding

completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13.

4. Counsel has made multiple attempts to contact Mr. House to obtain his Fact Sheet.

5. The Plaintiff Fact Sheet was sent to Mr. House on December 3, 2015, with instructions for completion and returning to Counsel.

6. Counsel called Plaintiff on December 21, 2015 and was unable to leave a voice mail. On this date Co-counsel mailed, via certified mail, return receipt requested, another copy of the Plaintiff's Fact Sheet (PFS) and authorizations along with a pre-paid return envelope. The PFS package was returned to Counsel on February 17, 2016, with the envelope stating "return to sender, unclaimed, unable to forward" on the envelope.

7. On November 3, 2016, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet. (Doc. 4432). Plaintiff, Harold House, was identified as one of the Plaintiffs who has not completed a Plaintiff's Fact Sheet.

8. Without waiving the attorney-client privilege, Counsel has attempted contact with Mr. House on the following occasions regarding the completion of his Fact Sheet:

| **Date** | **Correspondence** |
| --- | --- |
| December 21, 2015 | Telephone and Letter via USPS Certified Mail Resending PFS. |
| January 4, 2016 | Telephone call with message and Email requesting contact and information regarding PFS Deficiency Notice and Dismissal Warning. |
| January 8, 2016 | Telephone call with message and Email requesting contact and information regarding PFS Deficiency Notice and Dismissal Warning. |
| January 15, 2016 | Telephone call with message. |

| January 20, 2016 | Letter via USPS First Class Mail requesting contact and information regarding PFS Deficiency Notice and Dismissal Warning. |
| --- | --- |
| January 28, 2016 | Telephone call with message. |
| February 4, 2016 | Telephone call with message. |
| February 23, 2016 | Letter via USPS First Class Mail requesting contact and information regarding PFS Deficiency Notice and Dismissal Warning. |
| March 27, 2016 | Email requesting contact and information regarding PFS Deficiency Notice and Dismissal Warning. |
| August 10, 2016 | Telephone call with message. |
| November 10, 2016 | Telephone call with message |

13. Despite best efforts the undersigned counsel has been unable to contact Mr. House. Plaintiff's Counsel has made numerous attempts to contact Plaintiff without success.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at present time and moves the Court for an order dismissing Plaintiff's claims **without prejudice**.

December 19, 2016               Respectfully submitted,

By: /s/ W. Todd Harvey
W. Todd Harvey
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35235
Phone: (205) 930-9091
Fax: (205) 930-9054
tharvey@burkeharvey.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2016, the foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/W. Todd Harvey
W. Todd Harvey
