UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:
*Bernice Huls v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:16-cv-03658

### PLANTIFF'S RESPONSE TO DEFENDANTS MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF'S FACT SHEET

NOW COMES, Plaintiff Melissa Annette Taylor as Guardian of the Person and Estate of Bernice Huls, an incapacitated person, by and through undersigned counsel, and hereby submits Plaintiff's Response to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet (Doc. 4432) and respectfully pleads as follows:

1. Plaintiff contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on April 12, 2016. Counsel has obtained the medical records to establish both proof of Bernice Huls' use of Xarelto and proof of injury caused by her ingestion of Xarelto.

3. Undersigned Counsel informed Plaintiff of her obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13. Due to unforeseen circumstances outside Plaintiff's control she has been unable to timely complete her fact sheet.

4.   On November 3, 2016, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet. (Doc. 4432).  Plaintiff, Bernice Huls, was identified as one of the Plaintiffs who has not completed a Plaintiff's Fact Sheet.

5   Although proof of Xarelto use and proof of an injury caused by Xarelto has been obtained, Counsel is still awaiting Plaintiff's completed Fact Sheet as required by CMO 1 and PTO 13.

6.   Undersigned counsel has been diligent in trying to obtain the signed Plaintiff Fact Sheet.

7.   Without waiving the attorney-client privilege, the Firm has advised Plaintiff by phone and in writing on multiple occasions regarding the need for the completed and signed Plaintiff Fact Sheet as follows:

| **Date** | **Correspondence** | **Documents** |
|---|---|---|
| May 2, 2016 | United States Postal Service | Plaintiff Fact Sheet sent to Plaintiff with instructions. |
| May 17, 2016<br>August 23, 2016 | Telephone Call | Message advising client to return the completed fact sheet |
| October 7, 2016 | UPS | Contact letter with dismissal warning sent to Plaintiff expressing the importance of completion. |
| November 9, 2016 | Telephone Call | Message advising client to return the completed fact sheet |
| November 14, 2016 | USPS | Resent PFS and Dismissal Warning |

| November 17, 2016 | Telephone Call | Messages stressing need for documents |
| December 16, 2016 | Telephone Call | Message advising client to return the completed fact sheet and stress the urgency of its return |

8. Given the fact that Counsel has the documentation to establish proof of use and proof of injury and Counsel is only awaiting the completed forms and signed declaration from Plaintiff, Plaintiff moves for additional time to file the Plaintiff Fact Sheet.

9. This motion is not filed for purposes of harassment or delay.

FOR THESE REASONS, undersigned Counsel respectfully requests that Plaintiff, Bernice Huls, be allowed an additional sixty (60) days up to and including February 17, 2016 in order to serve her completed Fact sheet and that her claim (Civil Action No. 2:16-CV-03658) be allowed to proceed.

December 19, 2016                        Respectfully submitted,

By: /s/ W. Todd Harvey
W. Todd Harvey
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35235
Phone: (205) 930-9091
Fax: (205) 930-9054
tharvey@burkeharvey.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 16, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                         /s/W. Todd Harvey
                                                         W. Todd Harvey