## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | (  MDL NO.: 2592<br>(<br>(  SECTION:L<br>(<br>(  JUDGE FALLON<br>(<br>(  MAG. JUDGE NORTH<br>( |

**THIS DOCUMENT RELATES TO:**

*Valton Jones v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-CV-03546**

### PLANTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF'S FACT SHEET

NOW COMES, Plaintiff Valton Jones, by and through undersigned counsel, and hereby submits Plaintiff's Response to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet (Doc. 4432) and respectfully pleads as follows:

1. Plaintiff Valton Jones contacted undersigned counsel regarding a potential claim involving use of Xarelto and subsequent injuries.

2. The Complaint in this matter was filed on April 12, 2016.

3. Undersigned Counsel informed Plaintiff of his obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13. Due to unforeseen circumstances outside Plaintiff's control he was unable to timely complete his fact sheet.

4. On November 3, 2016, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet. (Doc. 4432). Plaintiff, Valton Jones, was identified as one of the Plaintiffs who has not completed a Plaintiff's Fact Sheet.

5. On December 16, 2016, Plaintiff Valton Jones, by and through undersigned counsel, served a fully completed Plaintiff's Fact Sheet, thereby curing the deficiencies that form the basis of Defendants' Motion for Order to Show Cause in this matter.

6. Because the deficiencies have now been cured and Plaintiff Jones has met his obligations set out in this Court's orders with respect to completing and serving a Plaintiff's Fact Sheet, Defendants' Motion for Order to Show Cause is moot.

FOR THESE REASONS, undersigned counsel respectfully requests that Plaintiff, Valton Jones, be relieved from further response to Defendants' Motion for Order to Show Cause, that his claim (Civil Action No. 2:16-CV-03546) be removed from the list of claims subject to the Defendants' Motion for Order to Show Cause, and that his claim be allowed to proceed.

December 19, 2016                                          Respectfully submitted,

By: /s/ W. Todd Harvey
W. Todd Harvey
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35235
Phone: (205) 930-9091
Fax: (205) 930-9054
tharvey@burkeharvey.com

*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2016, the foregoing document was filed with the Clerk of Court via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/W. Todd Harvey
W. Todd Harvey