UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION ( | |
| ( | SECTION: L |
| ( | |
| ( | JUDGE FALLON |
| ( | |
| ( | MAG. JUDGE NORTH |
| _____( | |

**THIS DOCUMENT RELATES TO:**
*Kevin Lavergne v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-04844**

### PLANTIFF'S RESPONSE TO DEFENDANTS MOTION FOR ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF'S FACT SHEET AND MOTION FOR MORE TIME

NOW COMES, Plaintiff Kevin Lavergne, by and through undersigned counsel, and hereby submits Plaintiff's Response to Defendants' Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet (Doc. 4432) and respectfully pleads as follows:

1. Plaintiff contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on April 29, 2016 while record requests from some providers were still pending. The Complaint was filed in good faith before all records were received in order to comply with the statute of limitations for Mr. Lavergne's claim.

3. Undersigned Counsel informed Plaintiff of his obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13. Due to unforeseen circumstances outside Plaintiff's control he has been unable to timely complete his fact sheet.

4. On November 3, 2016, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet. (Doc. 4432). Plaintiff, Kevin Lavergne, was identified as one of the Plaintiffs who has not completed a Plaintiff's Fact Sheet.

5. This motion is not filed for purposes of harassment or delay. This request is in good faith due to the fact that the Plaintiff has been actively working with Counsel to obtain all necessary records with respect to his use of Xarelto and his injuries, but requires more time to obtain the documentation.

FOR THESE REASONS, undersigned counsel respectfully requests that Plaintiff, Kevin Lavergne, be allowed an additional sixty (60) days up to and including February 17, 2016 in order to serve his completed Fact sheet and that his claim (Civil Action No. 2:16-CV-04844) be allowed to proceed.

December 19, 2016

Respectfully submitted,

By: /s/ W. Todd Harvey
W. Todd Harvey
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35235
Phone: (205) 930-9091
Fax: (205) 930-9054
tharvey@burkeharvey.com

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2016, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/W. Todd Harvey
W. Todd Harvey
