**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Mary Dunning v. Janssen Research & Development, LLC, et al., 16-13906*

### MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

COMES NOW the Plaintiff, by and through the undersigned counsel, and respectfully moves this Court for an extension of time to satisfy the Plaintiff Fact Sheet Deficiency Deadline to January 18, 2017. The deadline is presently set for December 19, 2016.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiff's counsel is in the process of attempting to locate Plaintiff after learning that Plaintiff has moved without notifying counsel of her forwarding address.

This is Plaintiff's first motion requesting an extension of time. An extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until January 18, 2017.

Dated: December 19, 2016

                      Respectfully submitted,

                      /s/ *Christopher L. Schnieders*
                      Christopher L. Schnieders, MO 57725
                      Wagstaff & Cartmell, LLP
                      4740 Grand Avenue, Suite 300
                      Missouri City, MO 64112
                      Phone: (816) 701-1100
                      Fax: (816) 531-2372
                      cschnieders@wcllp.com
                      **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

     This is the 19th day of December, 2016.

                      */s/ Christopher L. Schnieders*
                      **Attorney for Plaintiff**