**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL No: 2592 <br><br> SECTION: L <br> JUDGE FALLON <br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mary Dunning v. Janssen Research & Development, LLC, et al., 16-13906*

**MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's Motion for Extension of Time to Satisfy any alleged Plaintiff Fact Sheet Deficiencies, Plaintiff states the following:

1. The plaintiff filed the above captioned Complaint on August 17, 2016.

2. The plaintiff's initial 90 day fact sheet period was therefore set for November 15, 2016. On November 15, 2016, Plaintiff substantially complied with providing the fact sheet information and uploaded her responses for defense counsel to the MDL centrality website.

3. Defense counsel served plaintiff's counsel with a deficiency notice on November 29, 2016. The alleged deficiencies were for failure to provide Declaration signed by Plaintiff and failure to provide copies of prescription and/or pharmacy records demonstrating use of Xarelto.

4. Plaintiff's counsel attempted to contact the Plaintiff and Plaintiff's family members on several occasions via telephone and mail regarding the Plaintiff Fact Sheet deadline; however,

Plaintiff has failed to respond to Counsel's attempts and Counsel's letters have been returned, address unknown.

5. Plaintiff's counsel has conducted an extensive search to attempt to locate Plaintiff's new mailing address; however Plaintiff's counsel was unsuccessful in its efforts.

6. Plaintiff's counsel has recently hired a private investigator to attempt to locate Plaintiff in order to produce the signed Declaration page and pharmacy records required to satisfy the alleged outstanding deficiencies.

7. Plaintiff's counsel is requesting a 30 day extension of time to continue attempting to locate Plaintiff.

8. Plaintiff is not requesting an extension for purposes of delay but so that justice may be served, and will file plaintiff's information once it is received.

**WHEREFORE,** Plaintiff's counsel requests an extension of the deadline for satisfying deficiencies in plaintiff's fact sheet submission to January 18, 2017.

Dated: December 19, 2016

        Respectfully submitted,

        /s/ *Christopher L. Schnieders*
        Christopher L. Schnieders, MO 57725
        Wagstaff & Cartmell, LLP
        4740 Grand Avenue, Suite 300
        Missouri City, MO  64112
        Phone: (816) 701-1100
        Fax:  (816) 531-2372
        cschnieders@wcllp.com
        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing pleading has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 19th day of December, 2016.

*/s/ Christopher L. Schnieders*
**Attorney for Plaintiff**