**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL No: 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | JUDGE FALLON |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |

**THIS DOCUMENT RELATES TO:**

*Mary Dunning v. Janssen Research & Development, LLC, et al., 16-13906*

**NOTICE OF SUBMISSION**

Please take notice that the Motion for Extension of Time To Satisfy Plaintiff Fact Sheet Deficiencies filed by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the Court on Wednesday, the 4th of January, 2017, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

Dated: December 19, 2016

    Respectfully submitted,

    /s/ *Christopher L. Schnieders*
    Christopher L. Schnieders, MO 57725
    Wagstaff & Cartmell, LLP
    4740 Grand Avenue, Suite 300
    Missouri City, MO 64112
    Phone: (816) 701-1100
    Fax: (816) 531-2372
    cschnieders@wcllp.com
    **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

This is the 19th day of December, 2016.

*/s/ Christopher L. Schnieders*
**Attorney for Plaintiff**