UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
    ALL CASES

# ORDER

The Court has been informed that the parties resolved all issues relating to the Motion to Compel Responses (R. Doc. 4632).

Accordingly, **IT IS ORDERED** that the Motion (R. Doc. 4632) is hereby rendered **MOOT**.

New Orleans, Louisiana, this 16th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE