**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| In re: | § MDL Docket No 2:16-cv-06052-EEF-MBN |
| | § |
| XARELTO PRODUCTS LIABILITY | § MDL NO. 2592 |
| LITIGATION | § |
| | § |
| STEVENS, | § SECTION:   L |
| Plaintiff, | § |
| | § JUDGE:  ELDON E. FALLON |
| vs. | § |
| | § MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, | § |
| et al. | § |
| | § |
| Defendants. | § |

**<u>ORDER</u>**

**ON THIS DAY CAME TO BE HEARD** Plaintiffs' Motion to Expand Time On Order To Show Cause, being of the opinion such motion is meritorious, finds the same should be in all things **GRANTED.**

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that said Plaintiff's Motion to Expand Time On Order To Show Cause is in all things **GRANTED.**

**SIGNED** this the <u>16th</u> day of <u>December</u>, 2016.

_____
UNITED STATES DISTRICT JUDGE