# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| In re: | § MDL Docket No 2:16-cv-06120-EEF-MBN |
| | § |
| XARELTO PRODUCTS LIABILITY LITIGATION | § MDL NO. 2592 |
| | § |
| | § |
| WILLEY, | § SECTION:  L |
|        Plaintiff, | § |
| | § JUDGE:  ELDON E. FALLON |
|   vs. | § |
| | § MAG. JUDGE MICHAEL NORTH |
| JANSSEN RESEARCH & DEVELOPMENT, et al. | § |
| | § |
|        Defendants. | § |

## ORDER

**ON THIS DAY CAME TO BE HEARD** Plaintiffs' Motion to Expand Time On Order To Show Cause, being of the opinion such motion is meritorious, finds the same should be in all things **GRANTED.**

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that said Plaintiff's Motion to Expand Time On Order To Show Cause is in all things **GRANTED.**

**SIGNED** this the 16th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE