UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| * * * * * * * * * * * * * * * * * * * * | * * | SECTION L |
| THIS DOCUMENT RELATES TO: All Actions | * * * * * * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**O R D E R**

Considering the Motion for Expedited Hearing filed by the Plaintiffs' Steering Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED. The Court will select a submission date for the Motion to Compel Complete Disclosure of Documents [Rec. Doc. 4742] filed by the Plaintiffs' Steering Committee at the monthly status conference on December 20, 2016.

New Orleans, Louisiana, this 19th day of December, 2016.

_____
Eldon E. Fallon
United States District Court Judge