UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * MDL NO. 2592 |
| | * SECTION L |
| | * JUDGE ELDON E. FALLON |
| | * MAG. JUDGE NORTH |

**************************************************

**THIS DOCUMENT RELATES TO:**
*All Cases*

## ORDER

Finding the conferences to be of continued use, the parties will continue to participate in bi-weekly telephone conferences to discuss discovery disputes. Only Lead and Liaison Counsel shall participate, and the Court will issue Minute Entries memorializing the conferences.

**IT IS ORDERED** that the parties shall participate in bi-weekly telephone conferences on the following days:

- Wednesday, January 11, 2017 at 10:00 a.m.;
- Wednesday, January 25, 2017 at 2:30 p.m.;
- Wednesday, February 8, 2017 at 3:30 p.m.;
- Wednesday, February 22, 2017 at 8:30 a.m.;
- Wednesday, March 8, 2017 at 3:30 p.m.

**IT IS FURTHER ORDERED** that the parties shall provide notice to the Court and to one another of the issues that they intend to discuss at least forty-eight (48) hours in advance of the conference to provide sufficient time to meet and confer prior to the conference.

New Orleans, Louisiana this 19th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE