UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Anabell Loomis, Individually and on behalf of the
Estate of Jack Loomis, Deceased v. Jannsen Research & Development, LLC, et al;
USDC EDLA No. 2:16-cv-11090*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Kim Reynolds, surviving natural child of Anabell Loomis and moves pursuant to Fed.R.Civ.P. 25(a) to substitute herself as Plaintiff in this action based on the death of Annabell Loomis.

A Notice/Suggestion of Death was filed in this matter on December 20, 2016.

DATED:  December 20, 2016.

        Respectfully submitted,

        THE GALLAGHER LAW FIRM, LLP

        s/ Michael T. Gallagher
        Michael T. Gallagher
        (Texas Bar #07586000)
        2905 Sackett Street
        Houston, TX 77098
        Telephone: (713) 222-8080
        Facsimile:  (713) 222-0066
        mike@gld-law.com

        Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 20, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                     s/Michael T. Gallagher