**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____: | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Paul Hayward v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-11071*

**ORDER**

IT IS ORDERED that the Motion for Substitution of Brenda Anthony, the surviving natural sister and Personal Representative of the Estate of Paul Hayward, Deceased, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this \_\_\_ day of _____, 2016.

_____
United States District Judge