**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____: | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Wanda Batts v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-09875*

## **ORDER**

IT IS ORDERED that the Motion for Substitution of Jesse Batts, the surviving spouse and Administrator of the Estate of Wanda Batts, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this \_\_\_ day of _____, 2016.

_____

United States District Judge