**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **:** | |
| **PRODUCTS LIABILITY LITIGATION** | **:** | **MDL No. 2592** |
| | **:** | |
| | **:** | **SECTION L** |
| | **:** | |
| | **:** | **JUDGE ELDON E. FALLON** |
| | **:** | |
| _____ | **:** | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Elaine Black v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-10684*

## ORDER

IT IS ORDERED that the Motion for Substitution of James Black, the surviving spouse of

Elaine Black, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this ____ day of _____, 2016.


_____

United States District Judge