UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION I |
| | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | ) |
| BOBBY H. GERALD<br>         Plaintiff | ) |
| versus | ) CIVIL ACTION NUMBER<br>) 2:15-cv-00610-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al<br>         Defendants | ) |

## MOTION FOR EXTENSION OF TIME TO SERVE PROCESS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Bobby H. Gerald, who respectfully requests that this Honorable Court grant additional time to serve Defendant, Janssen Pharmaceuticals, Inc., for the reasons more specifically outlined in the attached Memorandum in Support of Plaintiffs' Motion to Extend Time to Serve.

WHEREFORE, Plaintiff prays that he be allowed an additional thirty (30) days within which to perfect service on Defendant, Janssen Pharmaceuticals, Inc., or until January 13, 2017.

THE PENTON LAW FIRM
503 GEORGIA AVENUE
BOGALUSA, LOUISIANA  70427
PHONE         :        (985) 732-5651
TELECOPIER:        (985) 735-5579
E-MAIL        :        fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs
Louisiana Bar Roll Number 10462

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

December 20, 2016.

                                          s/Ronnie G. Penton
                                          Ronnie G. Penton