UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION I |
| | JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | ) |
| BOBBY H. GERALD<br>Plaintiff | ) |
| versus | ) CIVIL ACTION NUMBER<br>) 2:15-cv-00610-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al<br>Defendants | ) |

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE PROCESS

**MAY IT PLEASE THE COURT:**

Plaintiff, Bobby H. Gerald, respectfully requests an additional thirty (30) days to perfect service on Defendant, Janssen Pharmaceuticals, Inc. for the following reasons.

A new service address was provided for service on this Defendant and a new streamlined service procedure was set forth in Pre-Trial Order No. 10B and additional time for service was provided.

On November 7, 2016, Plaintiff forwarded documents for service on this Defendant to the new address provided. The Certified green card was received back, without a postal mark and without a signature. A copy of that certified card is attached and identified as Exhibit A.

The original package was not returned, as is the usual practice and custom of the postal service. After conversations with the United States Postal Service, it was determined that this package was delivered to the incorrect address.

Additionally, at the time of mailing of this Summons and Complaint, there was an identical package sent to the exact same address at the same time in the same manner, and both cards were received back by Mover on the same date. The other one was served correctly in that lawsuit, which is entitled *Lavigne v. Janssen Research & Development LLC, et al*, Docket Number 2:15-cv-01321 "L"(5).   Attached as Exhibit B is that proof of service.

Therefore, Plaintiff requests an additional thirty (30) days to forward again the service package to Janssen Pharmaceuticals, Inc., to perfect service on this Defendant.

>THE PENTON LAW FIRM
>503 GEORGIA AVENUE
>BOGALUSA, LOUISIANA  70427
>PHONE         :         (985) 732-5651
>TELECOPIER:         (985) 735-5579
>E-MAIL         :         fedcourtmail@rgplaw.com
>
>
>s/Ronnie G. Penton
>Ronnie G. Penton
>Trial Counsel for Plaintiffs
>Louisiana Bar Roll Number 10462