**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION I |

**JUDGE ELDON E. FALLON**
**MAG. JUDGE NORTH**

_____ )

THIS DOCUMENT RELATES TO:                    )
                                                                          )
BOBBY H. GERALD                                      )
                       Plaintiff                                    )
                                                                          )
versus                                                          )CIVIL ACTION NUMBER
                                                                          )2:15-cv-00610-EEF-MBN
JANSSEN RESEARCH & DEVELOPMENT   )
LLC f/k/a JOHNSON AND JOHNSON           )
PHARMACEUTICAL RESEARCH AND          )
DEVELOPMENT LLC, et al                        )
                       Defendants                                )
_____ )

**DECLARATION OF RONNIE G. PENTON IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN**
**WHICH TO SERVE PROCESS**

I, Ronnie G. Penton, depose and state as follows:

1.        My name is Ronnie G. Penton. I am a member in good standing of the

Louisiana Bar and the Bar of the Uniteed States District Court for the Eastern District of

Louisiana.  I am the attorney for Plaintiff, Bobby H. Gerald, in this matter.  I make this

declaration based on my own personal knowledge and information.

2.        This declaration is submitted in support of Plaintiff's Motion for

Extension of Time to Serve Process.

3.        Attached to the Motion and Memorandum in Support of the Motion for

Extension of Time Within Which to Serve Process is Exhibit A, which is a true and

correct copy of the United States Postal Service receipt bearing Article Number 7008 3230 0002 8281 1906, which evidences the original card sent with the service package to Janssen Pharmaceuticals, Inc. containing the Summons and Original Complaint in the instant case.

4.      Attached as Exhibit B is a true and correct copy of the United States Postal Service receipt bearing Article Number 7008 3230 0002 8281 1890, which evidences the original card sent with the service package to Janssen Pharmaceuticals, Inc. containing the Summons and Original Complaint in the case entitled *Lavigne v. Janssen Research & Development LLC, et al*, Docket Number 2:15-cv-01321 "L"(5).

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: December 20, 2016
Bogalusa, Louisiana  70427


                    THE PENTON LAW FIRM
                    503 GEORGIA AVENUE
                    BOGALUSA, LOUISIANA  70427
                    PHONE:      985-732-5651
                    FAX:        985-735-5579
                    EMAIL:      fedcourtmail@rgplaw.com


                    /s/ Ronnie G. Penton
                    Ronnie G. Penton
                    Counsel for Plaintiff
                    Louisiana Bar Roll Number 10462