UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION I |
| | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: ) ) BOBBY H. GERALD ) Plaintiff ) ) versus ) JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al Defendants ) | CIVIL ACTION NUMBER 2:15-cv-00610-EEF-MBN |

## NOTICE OF SUBMISSION

Pursuant to Local Rule 7.2, Plaintiff provides notice that the Motion to Extend Time to Serve Process is set for submission on January 4, 2017 at 9:00 o'clock a.m.

        THE PENTON LAW FIRM
        503 GEORGIA AVENUE
        BOGALUSA, LOUISIANA 70427
        PHONE   :   (985) 732-5651
        TELECOPIER:   (985) 735-5579
        E-MAIL   :   fedcourtmail@rgplaw.com


        s/Ronnie G. Penton
        Ronnie G. Penton
        Trial Counsel for Plaintiffs
        Louisiana Bar Roll Number 10462

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

December 20, 2016.

                                      s/Ronnie G. Penton
                                      Ronnie G. Penton