UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION I |
| | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: BOBBY H. GERALD     Plaintiff versus JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al     Defendants | CIVIL ACTION NUMBER 2:15-cv-00610-EEF-MBN |

## (PROPOSED) O R D E R

BEFORE THE COURT is Plaintiff's Motion for Extension of Time to Serve Process. Upon consideration of the pleadings and all documents relating to this Motion, and good cause appearing:

IT IS ORDERED that Plaintiff's Motion for Extension of Time to Serve Process is GRANTED and that the deadline for Plaintiff to perfect service on Defendant, Janssen Pharmaceuticals, Inc. in the above referenced matter is extended to January 13, 2017.

Signed in New Orleans, Louisiana, this the _____ day of _____ _____, 20_____.

_____
J U D G E