**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)   **:**
PRODUCTS LIABILITY LITIGATION  **:**   **MDL No. 2592**
                                      **:**
                                      **:**   **SECTION L**
                                      **:**
                                      **:**   **JUDGE ELDON E. FALLON**
                                      **:**
_____**:**   **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

*Sherman Boone v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-09888*

<u>**ORDER**</u>

      IT IS ORDERED that the Motion for Substitution of Therman Boone and Herman Boone,

the surviving natural children of Sherman Boone, on behalf of the Estate of Sherman Boone, as

the Plaintiffs in this action is HEREBY GRANTED.

      New Orleans, Louisiana this ____ day of _____, 2016.


_____

United States District Judge