**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Gerald Brown v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-07415*

**ORDER**

IT IS ORDERED that the Motion for Substitution of Peggie Brown, the surviving spouse and Personal Representative of the Estate of Gerald Brown, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this \_\_\_ day of _____, 2016.

_____
United States District Judge