**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Elizabeth Cassely v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-07419*

### ORDER

      IT IS ORDERED that the Motion for Substitution of William Cassely, the surviving spouse of Elizabeth Cassely, on behalf of her Estate, as the Plaintiff in this action is HEREBY GRANTED.

      New Orleans, Louisiana this ___ day of _____, 2016.

                                                                                                                  United States District Judge