**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Joan Johnson v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-14906

*Floyd Murphy v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:16-cv-14904

*Rita Sargent v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-14905

*Clyde Wilkins v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-14877

**MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

Plaintiffs in the above-listed actions, through undersigned counsel, respectfully request that this Court grant their Motion for Extension of Time within Which to Serve Process and issue an Order allowing them an additional twenty (20) days from the date the Order is entered in which to effect service on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals Inc., through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10. A brief memorandum in support of Plaintiffs' motion is submitted herewith.

Respectfully submitted,

Dated: December 20, 2016

/s/: John R. Shelton
John R. Shelton
Shelton Law Group
9300 Shelbyville Road, Suite 215
Louisville, Kentucky 40222
Ph: (502) 409-6460
Fax: (502) 409-6462
rshelton@robsheltonlaw.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/: John R. Shelton
*Attorneys for the Plaintiffs*