UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Joan Johnson v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-14906

*Floyd Murphy v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:16-cv-14904

*Rita Sargent v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-14905

*Clyde Wilkins v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-14877

## NOTICE OF SUBMISSION

Please take notice that the Motion for Extension of Time within Which to Serve Process filed by Plaintiffs in the above-listed actions, through undersigned counsel will be submitted to the Court on Wednesday, the 4th of December, 2016, at 9:00 am before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

                                                    Respectfully submitted,

Dated: December 20, 2016                /s/: John R. Shelton
                                                    John R. Shelton
                                                    Shelton Law Group
                                                    9300 Shelbyville Road, Suite 215
                                                    Louisville, Kentucky 40222
                                                    Ph: (502) 409-6460
                                                    Fax: (502) 409-6462
                                                    rshelton@robsheltonlaw.com

                                                   *Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                    /s/: John R. Shelton
                                                    *Attorneys for the Plaintiffs*