UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :    MDL No. 2592
                                      :
                                      :    SECTION L
                                      :
                                      :    JUDGE ELDON E. FALLON
                                      :
_____:    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Joan Johnson v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-14906

*Floyd Murphy v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:16-cv-14904

*Rita Sargent v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-14905

*Clyde Wilkins v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-14877


**MEMORANDUM IN SUPPORT OF MOTION
FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS**

Now come Plaintiffs in the above-listed actions, through undersigned counsel, and respectfully move this for an Order allowing them an additional twenty (20) days from the date the Order is entered in which to effect service on Defendants Bayer Pharma AG and/or Bayer Healthcare Pharmaceuticals Inc. (the "Bayer Defendants") through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10. In support of their motion, Plaintiffs state as follows:

All of the foregoing actions have been filed and docketed into this consolidated proceeding *In Re: Xarelto (Rivaroxaban) Products Liability* Litigation, MDL No. 2592. However, due to

inadvertent oversight on behalf of undersigned counsel, service of Plaintiffs' complaints in these actions was not properly effected within the time period for streamlined service set forth in Pre-Trial Order #10 as to one or both of the Bayer Defendants.  Each of the summons in these actions was served on the Bayer Defendants thru the streamlined process approximately two-three weeks after the deadline set forth in Pre-Order #10 (complaints filed on 9/22/16 and 9/23/16 and served on 12/9/16 and 12/17/16).  Undersigned counsel regrets its failure to properly oversee and accomplish the service of the complaints and summons in the above-listed actions and assures this Court that it has instituted procedures to ensure that all future complaints are properly and timely served according to Pre-Trial Order #10.

Undersigned counsel has contacted counsel for the Bayer Defendants to request an extension of time to complete streamlined service, but counsel for the Bayer Defendants has indicated that no such extensions would be granted.

Thus, Plaintiffs respectfully request that this Court grant this motion and allow them an additional twenty (20) days within which to effect service on the Bayer Defendants through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10.

Respectfully submitted,

Dated: December 20, 2016

/s/: John R. Shelton
John R. Shelton
Shelton Law Group
9300 Shelbyville Road, Suite 215
Louisville, Kentucky 40222
Ph: (502) 409-6460
Fax: (502) 409-6462
rshelton@robsheltonlaw.com

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by Fed. R. Civ. P. 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/: John R. Shelton
*Attorneys for the Plaintiffs*