UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
: 
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:      JURY TRIAL DEMANDED

*William Kruse v. Janssen Research & Development, LLC, et al.*

CIVIL ACTION NO.: 2:16-cv-12626

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, William Kruse. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Kathlene Woodruff, who is the spouse of William Kruse.

Dated: December 20, 2016

Respectfully Submitted,

BARTIMUS, FRICKLETON and ROBERTSON, P.C.

By: */s/ Michelle Marvel*
Michelle Marvel     MO # 59815   KS #23511
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 266-2300
(913) 266-2366 Facsimile
mmarvel@bflawfirm.com

1

GOZA & HONNOLD, L.L.C

By: */s/ Bradley D. Honnold*
Kirk J. Goza          MO # 32475
Bradley D. Honnold    MO # 39818
11181 Overbrook Road, Suite 200
Leawood, KS 66211
(913) 451-3433 Telephone
kgoza@gohonlaw.com
bhonnold@gohonlaw.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

___/s/ *Michelle Marvel*___