UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :   MDL No. 2592
                                   :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
                                   :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**              **JURY TRIAL DEMANDED**

*William Kruse v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:16-cv-12626**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Kathlene Woodruff, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Kathlene Woodruff on behalf of her deceased husband, William Kruse.

1. William Kruse filed a products liability lawsuit against the defendants on May 19, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that William Kruse died on August 26, 2016.

3. William Kruse's products liability action against defendants survived his death and was not extinguished.

4. Kathlene Woodruff, surviving spouse of William Kruse, is a proper party to substitute for plaintiff-decedent William Kruse and proceed forward with the surviving products liability claim on his behalf.

1

Based on the foregoing, Kathlene Woodruff requests that this Court grant her request for substitution as plaintiff in this action.

Dated: December 20, 2016

                              Respectfully Submitted,

                              BARTIMUS, FRICKLETON and ROBERTSON, P.C.

                              By: */s/ Michelle Marvel*
                              Michelle Marvel    MO # 59815   KS #23511
                              11150 Overbrook Road, Suite 250
                              Leawood, KS 66211
                              (913) 266-2300
                              (913) 266-2366 Facsimile
                              mmarvel@bflawfirm.com

                              GOZA & HONNOLD, L.L.C

                              By: */s/ Bradley D. Honnold*
                              Kirk J. Goza          MO # 32475
                              Bradley D. Honnold   MO # 39818
                              11181 Overbrook Road, Suite 200
                              Leawood, KS 66211
                              (913) 451-3433 Telephone
                              kgoza@gohonlaw.com
                              bhonnold@gohonlaw.com

                              ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.


____/s/ Michelle Marvel_____