UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*PHILLIP MILLWOOD v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:15-cv-07077-EEF-MBN**

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW COMES, Donna Millwood, by and through the undersigned counsel of record, moves this Court for an Order substituting Donna Millwood on behalf of decedent Phillip Millwood. This motion is brought pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

1.     Phillip Millwood filed a products liability action against Defendants on December 8, 2015, as part of a joint complaint, Civil Action No.: 2:15-cv-06570. On December 15, 2015, the Court entered an Order severing this action from the joint complaint. Plaintiff filed a Short Form Complaint on December 23, 2015, and was assigned Civil Action No.: 2:15-cv-07077.

2.     Phillip Millwood died on April 3, 2016. Counsel did not receive notification of his death until after the Short Form Complaint was filed.

3.     Plaintiff filed a Suggestion of Death on September 16, 2016.

4.     Donna Millwood, surviving spouse of Phillip Millwood, is a proper party to substitute for plaintiff-decedent Phillip Millwood and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf.

WHEREFORE, Donna Millwood, respectfully requests that she be substituted as Plaintiff in this cause of action.

Dated: December 20, 2016        Respectfully submitted,

**WATTS GUERRA LLP**
 */s/ Ryan L. Thompson*
Ryan L. Thompson
TX State Bar No. 24046969
5726 W. Hausman Rd., Suite 119
San Antonio, TX 78249
rthompson@wattsguerra.com
(210) 448-0500
(210) 448-0501 (Fax)

*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

The hereby certify that on December 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Ryan L. Thompson*
Ryan L. Thompson