UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Cosimo Felicia v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-11202*

## ORDER

IT IS ORDERED that the Motion for Substitution of Catherine Felicia, Rick Felicia and Cynthia Felicia, the surviving spouse and surviving natural children of Cosimo Felicia, respectively, on behalf of his Estate, as the Plaintiffs in this action is HEREBY GRANTED.

New Orleans, Louisiana this ___ day of _____, 2016.

_____
United States District Judge