MINUTE ENTRY
FALLON, J.
DECEMBER 20, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: 16-2636, 15-4678, 16-8690, 16-6715, 16-13518, 16-2016, 15-5487, 15-7172, 15-6450, 15-7094, 15-6606 | JUDGE FALLON MAGISTRATE JUDGE NORTH |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Leonard Davis, Esq. for Plaintiffs
              Shannon Miller, Esq. for Defendants

1. Plaintiff's Second Motion for Extension of Time to Submit Plaintiff Fact Sheet   (4287)  (Ref. Case No. 16-2636)

Attorney David Sanders appeared by phone for Plaintiff.  Motion is continued until the next monthly status conference, set for January 20, 2017, at 9:00am

2. Motion of Sanders Phillips Grossman, LLC, to Withdraw as Counsel for Plaintiff Michael Floyd   (2742)   (Ref. Case No. 15-4678)

Matter was continued from a previous monthly status conference.  New Counsel has substituted in for Plaintiff and this motion is Moot.

3. Motion of The Driscoll Firm, P.C., to Withdraw as Counsel of Record as to Plaintiff Daniel Calix.  (3891)    (Ref. Case No. 16-8690)

Attorney Chris Quinn appeared by phone. Plaintiff has obtained new counsel and a Notice of Appearance was filed by Plaintiff's new counsel on 12/8/16, Rec. Doc. 4710.  It was also noted that Daniel Calix may be listed as a Plaintiff in another case, C.A. 16-7216, and this may be a duplicate claim.  Counsel will file a Stipulation of Dismissal to dismiss the duplicate case.

4. Motion for Leave to Withdraw Representation by Attorneys, Mark Gray, Matthew White, Doris Kim, and Jacob Levy, and the Law Firm of Gray and White as to Robbie Crutcher (4320)  (Rec. Case No. 16-6715)

Attorney Jacob Levy appeared by telephone for Plaintiff. This matter was passed until the next monthly status conference, set for January 20, 2017, at 9:00am.

5. Motion for Leave to Withdraw Representation by Attorneys, Mark Gray, Matthew White, Doris Kim, and Jacob Levy, and the Law Firm of Gray and White as to Barbara Hibbard (4321)  (Ref. Case No. 16-13518)

Attorney Jacob Levy appeared by telephone for Plaintiff. **Case is Dismissed With Prejudice**.

6. Motion to Withdraw as Counsel of Record for Plaintiff Jerry McElroy  (4648)   (Ref. Case No. 16-2016)

Attorney Regina Kacenjar appeared by telephone for Plaintiff. **Case is Dismissed With Prejudice.**

7. Motion for Leave to Withdraw as Counsel for Plaintiff, Kenneth Cunningham, by Debra Hayes and Joshua Leal and The Hayes Law Firm, P.C.  (4576)   (Ref Case No. 15-5497)

Attorney Joshua Leal appeared by telephone for Plaintiff. **Case is Dismissed With Prejudice**.

8. Plaintiff Shayne Potter's Motion for Voluntary Dismissal of case Without Prejudice    (3961)  (Ref. Case No. 15-7172)

**Case is Dismissed With Prejudice.**

**SHOW CAUSE ORDER** as to Plaintiffs Robin Arnoth (Case No. 15-6450), Abbie Nappier (Case No. 15-7094) and Calvin Howard (Case No. 15-6606);   (Rec. Doc. No. 4639)

Attorney Chris Pinedo appeared by telephone as to Plaintiff Robin Arnoth – Matter was passed for 30 days until the next monthly status conference, set for January 20, 2017, at 9:00am.

Attorney Donald Green appeared by telephone as to Plaintiff Abbie Nappier. Matter was passed for 30 days until the next monthly status conference, set for January 20, 2017, at 9:00am.

As to Plaintiff Calvin Howard, Plaintiff provided his proof of Xarelto use to Defendants, who will withdraw their Motion to Show Cause.

JS10:    :19