**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Edward Harris v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-01682*

## ORDER

IT IS ORDERED that the Motion for Substitution of Helen Harris, the surviving natural sister of Edward Harris, on behalf of his Estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this \_\_\_ day of _____, 2016.

_____
United States District Judge