**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :  **MDL No. 2592**
              :
              :  **SECTION L**
              :
              :  **JUDGE ELDON E. FALLON**
              :
_____:  **MAGISTRATE JUDGE NORTH**

**THIS DOCUMENT RELATES TO:**

***Carol Scacco v. Jannsen Research & Development, LLC, et al;***
***USDC EDLA No. 2:16-cv-03972***


**MOTION FOR SUBSTITUTION OF PARTY**

   COMES NOW, Annette Harting, surviving natural daughter of Carol Scacco, and moves

pursuant to Fed.R.Civ.P. 25(a) to substitute herself as Plaintiff in this action based on the death of

Carol Scacco.

   A Notice/Suggestion of Death was previously filed in this matter on November 10, 2016.

   DATED:   December 20, 2016.


            Respectfully submitted,

            THE GALLAGHER LAW FIRM, LLP


            s/ Michael T. Gallagher
            Michael T. Gallagher
            (Texas Bar #07586000)
            2905 Sackett Street
            Houston, TX 77098
            Telephone: (713) 222-8080
            Facsimile:  (713) 222-0066
            mike@gld-law.com

            Counsel for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 20, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

<u>s/Michael T. Gallagher</u>