# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Carol Scacco v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-03972*

## ORDER

IT IS ORDERED that the Motion for Substitution of Annette Harting, the surviving natural daughter of Carol Scacco, on behalf of her Estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this ___ day of _____, 2016.

_____
United States District Judge