UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| _____ : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*David Johnson v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-10053*

## ORDER

IT IS ORDERED that the Motion for Substitution of Regina Johnson, the surviving natural mother of David Johnson, on behalf of his Estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this \_\_\_ day of _____, 2016.

_____
United States District Judge