UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E FALLON |
| | MAG. JUDGE NORTH |

### CASE MANAGEMENT ORDER NO. 2C

The parties have requested that the Court amend Case Management Order (CMO) No. 2A regarding the schedules for dispositive motions and certain Daubert motions for the first two bellwether trials.

In consideration of the parties' request, IT IS ORDERED:

**A.** Paragraph 9 of CMO No. 2A is amended as follows:

1. **Briefing Schedule For Dispositive Motions Regarding The First Two Bellwether Trials**.

    a. **Motions and Briefs**: December 30, 2016

    b. **Response in Opposition Briefs**: January 26, 2017

    c. **Reply Briefs**: February 3, 2017

    d. **Hearing and Argument (if necessary)**: February 10, 2017

2. **Briefing Schedule For Daubert Motions Regarding The First Two Bellwether Trials For Experts Whose Depositions Are Concluded On Or Before December 15, 2016**:

    a. **Motions and Briefs**: December 30, 2016

    b. **Response in Opposition Briefs**: January 23, 2017

    c. **Reply Briefs**: February 3, 2017

    d. **Hearing and Argument (if necessary)**: February 10, 2017

- 2 -

3. **Briefing Schedule For Daubert Motions Regarding The First Two Bellwether Trials For Experts Whose Depositions Are Concluded After December 15, 2016**:

   a. **Motions and Briefs**: February 3, 2017

   b. **Response in Opposition Briefs**: February 24, 2017

   c. **Reply Briefs**: March 3, 2017

   d. **Hearing and Argument (if necessary)**: March 8, 2017

B. All provisions of CMO 2A and CMO 2 other than those amended shall remain unchanged and in full force and effect.

NEW ORLEANS, LOUISIANA this 20th day of December, 2016.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**