UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

**THIS DOCUMENT RELATES TO:**
  *All Cases*

## ORDER

Due to an unavoidable conflict, **IT IS ORDERED** that the bi-weekly telephone conference previously scheduled for January 11, 2017, at 10:00 a.m. is **RESCHEDULED** for **January 10, 2017, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the parties shall provide notice to the Court and to one another of the issues that they intend to discuss at least forty-eight (48) hours in advance of the conference to provide sufficient time to meet and confer prior to the conference.

New Orleans, Louisiana this 20th day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE