UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL ACTIONS | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

### NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please take notice that Lindsey C Boney IV of the law firm of Bradley Arant Boult Cummings LLP, One Federal Plaza, 1819 Fifth Avenue North, Birmingham, AL 35203-2119, Tel: (205) 521-8914, Email:  lboney@bradley.com, who is duly authorized to practice in these MDL proceedings pursuant to Pre-Trial Order No. 1 (December 17, 2014), hereby appears as co-counsel of record for Defendants Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG, in the above-styled action.

This 21st day of December, 2016

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Lindsey C Boney IV*
Lindsey C Boney IV
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Plaza
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Tel: (205) 521-8914
Email:  lboney@bradley.com

*Attorney for Bayer HealthCare Pharmaceuticals, Inc. and Bayer Pharma AG*

2826248-1

KAYE SCHOLER LLP

/s/ William Hoffman
William Hoffman
Steven Glickstein
Andrew K. Solow
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
Telephone: (202) 682-3550
william.hoffman@kayescholer.com
sglickstein@kayescholer.com

*Co-Lead Defense Counsel*

CHAFFE MCCALL L.L.P.

/s/ John F. Olinde
John F. Olinde (1515)
CHAFFE McCALL L.L.P.
1100 Poydras Street
Suite 2300
New Orleans, LA 70163
Telephone: (504) 585-7241
Facsimile: (504) 544-6084
olinde@chaffe.com

*Defendants' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/      John F. Olinde

2

2826248-1