UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         :
PRODUCTS LIABILITY LITIGATION        :    MDL No. 2592
                                     :
                                     :    SECTION L
                                     :
                                     :    JUDGE ELDON E. FALLON
                                     :
_____:    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Orange Jones v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-05523*

## MOTION FOR SUBSTITUTION OF PARTY

COME NOW, Earla Marcy Dillman and Kim Morgan, surviving natural children of Orange Jones, and move pursuant to Fed.R.Civ.P. 25(a) to substitute themselves as Plaintiffs in this action based on the death of Orange Jones.

A Notice/Suggestion of Death was previously filed in this matter on November 10, 2016.

DATED:   December 21, 2016.

Respectfully submitted,

THE GALLAGHER LAW FIRM, LLP

s/ Michael T. Gallagher
Michael T. Gallagher
(Texas Bar #07586000)
2905 Sackett Street
Houston, TX 77098
Telephone: (713) 222-8080
Facsimile:  (713) 222-0066
mike@gld-law.com

Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

                                                          s/Michael T. Gallagher