UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)　　　:
PRODUCTS LIABILITY LITIGATION　　　:　　MDL No. 2592
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　　SECTION L
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　　JUDGE ELDON E. FALLON
　　　　　　　　　　　　　　　　　　:
_____:　　MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Dianna Parksion v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-11415*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Frank Parksion, surviving spouse of Dianna Parksion, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute himself as Plaintiff in this action based on the death of Dianna Parksion.

A Notice/Suggestion of Death was previously filed in this matter on November 10, 2016.

DATED:　　December 21, 2016.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　THE GALLAGHER LAW FIRM, LLP

　　　　　　　　　　　　　　　　　　　s/ Michael T. Gallagher
　　　　　　　　　　　　　　　　　　　Michael T. Gallagher
　　　　　　　　　　　　　　　　　　　(Texas Bar #07586000)
　　　　　　　　　　　　　　　　　　　2905 Sackett Street
　　　　　　　　　　　　　　　　　　　Houston, TX 77098
　　　　　　　　　　　　　　　　　　　Telephone: (713) 222-8080
　　　　　　　　　　　　　　　　　　　Facsimile:  (713) 222-0066
　　　　　　　　　　　　　　　　　　　mike@gld-law.com

　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2016, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

s/Michael T. Gallagher