**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :       MDL No. 2592
                               :
                               :       SECTION L
                               :
                               :       JUDGE ELDON E. FALLON
                               :
_____:       MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*John Petty v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-10176*

<u>**ORDER**</u>

IT IS ORDERED that the Motion for Substitution of Joyce Petty, the surviving spouse of

John Petty, on behalf of his Estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this ___ day of _____, 2016.


_____

United States District Judge