UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :    MDL No. 2592
                                   :
                                   :    SECTION L
                                   :
                                   :    JUDGE ELDON E. FALLON
                                   :
_____:    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*John Weber v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-11433*

## ORDER

IT IS ORDERED that the Motion for Substitution of Debbie Simonie, the surviving natural daughter of John Weber, on behalf of his Estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this ___ day of _____, 2016.

_____
United States District Judge