# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>*This Document Applies to All Actions* | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that, effective immediately, the firm name of Levin, Fishbein, Sedran & Berman has changed to Levin Sedran & Berman. The mailing address, telephone and facsimile numbers, as well as the e-mail addresses, have remained the same.

                                                  Respectfully submitted,

Dated: December 21, 2016        BY:   /s/ Fred S. Longer, Esquire
                                                                Arnold Levin, Esquire
                                                                 Laurence S. Berman, Esquire
                                                                 Fred Longer, Esquire
                                                                Michael M. Weinkowitz, Esquire
                                                                LEVIN SEDRAN & BERMAN
                                                                510 Walnut Street, Suite 500
                                                                Philadelphia, PA 19106
                                                                215-592-1500 (phone)
                                                                215-592-4663 (fax)
                                                                lberman@lfsblaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 21, 2016, the foregoing *Notice of Change of Firm Name* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Fred S. Longer
FRED S. LONGER