UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Geraldine Gmitra, Individually and on behalf of the*
*Estate of Arnold Gmitra Jr, deceased;*
*USDC EDLA No. 2:16-cv-10030*

## ORDER

IT IS ORDERED that the Motion for Substitution of Lynn Krcelic, surviving natural sister of Arnold Gmitra and Successor Administrator of his Estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this ___ day of _____, 2016.

_____
United States District Judge