UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :   MDL No. 2592
                                      :
                                      :   SECTION L
                                      :
                                      :   JUDGE ELDON E. FALLON
                                      :
                                      :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Roxanne Crawford, Individually and as a representative of Bernice Thorpe v. Janssen Research & Development, LLC et al;*

Civil Action No. 2:15-cv-06141

## MOTION TO WITHDRAW DOCUMENT 2840; MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Sommerman, McCaffity & Quesada, L.L.P., counsel for Plaintiffs, Roxanne Crawford, Individually and as Representative of Bernice Thorpe and respectfully moves for an Order withdrawing Document 2840; Motion to Withdraw as Counsel of Record.

As discussed on November 29, 2016 Status Conference Hearing, Ms. Crawford contacted our firm again, and apologized for being unresponsive. She explained that she had been ill and hospitalized for months. She is available to continue her mother's claim.

Therefore, Plaintiff's request to pull down our Motion to Withdraw as Counsel for Bernice Thorpe and pursue Ms. Thorpe's case. A Notice of and Suggestion of Death and Motion to Substitute Party Plaintiff (Document 4184) has been filed and granted by Judge Fallon (4214).

WHEREFORE, the undersigned counsel moves this Court for an order allowing him to withdraw Document 2840 and continue litigating this case.

1

Dated: 12/21/16

Respectfully Submitted,

*/s/ Andrew B. Sommerman*

SOMMERMAN, MCCAFFITY &
QUESADA, LLP
Andrew B. Sommerman
Texas State Bar No. 18842150
3811 Turtle Creek Blvd. Ste. 1400
Dallas, TX 75219
214/720-0720 (Telephone)
214/720-0184 (Fax)
Andrew@textrial.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this day, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 12/21/16.

*/s/ Andrew B. Sommerman*
Andrew B. Sommerman