UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   :
PRODUCTS LIABILITY LITIGATION  :   MDL No. 2592
                               :
                               :   SECTION L
                               :
                               :   JUDGE ELDON E. FALLON
                               :
_____:   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Roxanne Crawford, Individually and as Representative of Bernice Thorpe v. Janssen Research & Development, LLC et al;*

Civil Action No. 2:15-cv-06141

### ORDER TO WITHDRAW DOCUMENT 2840; MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw Document 2840 for the above-captioned case,

IT IS HEREBY ORDERED that Document 2840 is withdrawn, Andrew Sommerman and Sommerman, McCaffity & Quesada, L.L.P., continue representing the above Plaintiffs and litigating the above case matter.

DONE AND SIGNED this _____ day of _____, 20____.

_____
JUDGE E. FALLON

1