**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**<br><br>*This Document Applies to:*<br><br>*Barbara E. Scott, First Successor in Trustee of the Estate of John E. Wright, deceased*<br>*No. 2:15-cv-05764* | **MDL NO. 2592**<br>**No. 2:14-md-02592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAGISTRATE JUDGE NORTH** |

**NOTICE OF CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE that, effective immediately, the firm name of Levin, Fishbein, Sedran & Berman has changed to Levin Sedran & Berman. The mailing address, telephone and facsimile numbers, as well as the e-mail addresses, have remained the same.

Respectfully submitted,

Dated: December 21, 2016        By:    /s/ Laurence S. Berman
                                       Laurence S. Berman, Esquire
                                       Fred S. Longer, Esquire
                                       Michael M. Weinkowitz
                                       **LEVIN SEDRAN & BERMAN**
                                       510 Walnut St., Ste 500
                                       Philadelphia, PA 19106
                                       (Tel) 215-592-1500
                                       (Fax) 215-592-4663
                                       lberman@lfsblaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 21, 2016, the foregoing *Notice of Change of Firm Name* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Laurence S. Berman
LAURENCE S. BERMAN