**UNITED STATED DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | **MDL No. 2592** |
| | : | |
| | : | **SECTION L** |
| | : | |
| | : | **JUDGE ELDON E. FALLON** |
| | : | |
| | : | **MAGISTRATE JUDGE NORTH** |
| | : | |

**THIS DOCUMENT RELATES TO:**

***MARY ANN CROOKS V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL***
**Civil Action No.: 2:16-cv-13780**

## <u>ORDER</u>

     IT IS ORDERED that the Motion for Substitution of William Crooks, the surviving

spouse and Personal Representative of the Estate of Mary Ann Crooks, Deceased, as the Plaintiff

in this action is HEREBY GRANTED.

     New Orleans, Louisiana this _____ day of _____, 2016.


_____
United States District Judge