UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROLXABAN)     MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

                                       SECTION:  L
                                       JUDGE:  ELDON E. FALLON
                                       MAG. JUDGE MICHAEL NORTH

THIS DOCUMENT RELATES TO:
CIVIL ACTION NO.: 2:16-CV-15108

PAULA LASAUSKAS,

        Plaintiff,

  v.

JANSSEN RESEARCH & DEVELOPMENT
LLC f/k/a JOHNSON AND JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT LLC, JANSSEN ORTHO LLC,
JANSSEN PHARMACEUTICALS, INC.
f/k/a JANSSEN PHARMACEUTICA INC.
f/k/a ORTHO-MCNEIL-JANSSEN
PHARMACEUTICALS, INC.,
JOHNSON & JOHNSON COMPANY
BAYER HEALTHCARE
PHARMACEUTICALS, INC.,
BAYER PHARMA AG,
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE AG, and BAYER AG,

        Defendants.

**FIRST MOTION FOR EXTENSION TO SUBMIT PLAINTIFF FACT SHEET**

COMES NOW, Plaintiff, by and through counsel, and files this Motion for Extension of time to submit the Plaintiff Fact Sheet. In support of this motion, Plaintiff states as follows:

1. Plaintiff's complaint was filed on September 30, 2016.

2. Plaintiff informed counsel on October 31, 2016 she was to undergo brain surgery the following week, on or about November 7, 2016.

3. Plaintiff's has been incapacitated since her surgery and is unable to provide the information necessary to complete the Plaintiff Fact Sheet.

4. Under PTO 27, this case is not in the discovery pool. Mrs. Lasauskas' Plaintiff Fact Sheet is currently due on December 29, 2016. At this time, Counsel has been unable to obtain documentation regarding Plaintiff's current condition. Plaintiff's husband has advised counsel that his wife is unable to speak or write. Medical records regarding Plaintiff's brain surgery on November 7, 2016 were requested, but the request was denied based on the need for an updated authorization, which Counsel cannot obtain from Plaintiff. Plaintiff does not have a Power of Attorney.

5. Plaintiff is not requesting an extension for purposes of delay, but so that justice may be served. Counsel will submit Plaintiff's Fact Sheet on the MDL Centrality website once they are able to obtain the information necessary to complete it.

WHEREFORE, Plaintiff's counsel requests a sixty (60) day extension from the current deadline of December 29, 2016, or until February 27, 2017. Plaintiff's counsel has conferred with Defense counsel and this motion is unopposed.

Dated:  December 22, 2016                                    Respectfully submitted,


  /s/   J. Matthew Stephens
Attorney for Plaintiff


**OF COUNSEL:**

**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:     (205) 939-0199
Facsimile:      (205) 939-0399
E-mail:          mstephens@mmlaw.net


## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record, on this the 22nd day of December, 2016.


/s/   J. Matthew Stephens
Attorney for Plaintiff
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:     (205) 939-0199
Facsimile:      (205) 939-0399
E-mail:          mstephens@mmlaw.net