**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROLXABAN)　　　　MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　SECTION:  L
　　　　　　　　　　　　　　　　　JUDGE:  ELDON E. FALLON
　　　　　　　　　　　　　　　　　MAG. JUDGE MICHAEL NORTH


This Document relates to:

**PAULA LASAUSKAS v. Janssen Research & Development, LLC, et al.**
**Civil Action No.:  2:16-cv-15108**


**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT**
**PLAINTIFF FACT SHEET**


Before the Court is Plaintiff's *First Motion for Extension of Time to Submit Plaintiff Fact Sheet*.  After due consideration, it is hereby ORDERED AND ADJUDGED that Plaintiff's *First Motion for Extension of Time to Submit Plaintiff Fact Sheet* is GRANTED.  The deadline for Plaintiff to submit her Plaintiff Fact Sheet is February 27, 2017.


Date: _____　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　United States District Judge