UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROLXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION:  L<br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

This Document relates to:

PAULA LASAUSKAS v. Janssen Research & Development, LLC, et al.
Civil Action No.:  2:16-cv-15108

## NOTICE OF SUBMISSION

Please take notice that the First Motion for Extension to Submit Plaintiff Fact Sheet filed by Plaintiff in the above-listed action, through undersigned counsel, will be submitted to the Court on Wednesday, the 18th of January, 2017, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA  70130.


Dated:  December 22, 2016                         Respectfully submitted,

                                                   /s/   J. Matthew Stephens
                                                  Attorney for Plaintiff



OF COUNSEL:

MCCALLUM, METHVIN & TERRELL, P.C.
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:     (205) 939-0199
Facsimile:      (205) 939-0399
E-mail:          mstephens@mmlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to all counsel of record, on this the 22nd day of December, 2016.

/s/   J. Matthew Stephens
Attorney for Plaintiff
**MCCALLUM, METHVIN & TERRELL, P.C.**
2201 Arlington Avenue South
Birmingham, Alabama  35205
Telephone:     (205) 939-0199
Facsimile:     (205) 939-0399
E-mail:        mstephens@mmlaw.net