UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Eleanor E. Reynolds v. Janssen Research & Development, LLC, et al.*

**Civil Action No. 2:16-cv-13401**

## UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF AND FOR LEAVE TO FILE FIRST AMENDED INDIVIDUAL COMPLAINT

Plaintiff Sheryle Thurston, on behalf of the estate of Eleanor E. Reynolds, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 15(a)(2), respectfully seeks leave to amend the Individual Complaint and to correct the case caption of the Complaint to reflect that Sheryle Thurston has been duly appointed as the Administrator of Eleanor E. Reynolds's estate. Plaintiff provides the following in support of this Motion:

1. A Complaint was filed on behalf of Decedent, Eleanor E. Reynolds, on July 28, 2016.
2. Decedent duly served a copy of the Complaint on September 28, 2016.
3. Decedent passed away on June 22, 2016, as reported to the Court in the Notice of Death filed on October 13, 2016.
4. Sheryle Thurston is the daughter of Decedent, Eleanor E. Reynolds.
5. On November 17, 2016, the Probate Court of Chittenden County, State of Vermont appointed Sheryle Thurston as Administrator of the Estate of Eleanor E. Reynolds, attached

hereto as Exhibit A.

6. Plaintiff's only modifications to the Joint Complaint, as set forth in the proposed Amended Individual Complaint, attached hereto, are the following:
    a. In the Caption, substitution to Sheryle Thurston, both individually and as the Administrator of the Estate of Eleanor E. Reynolds, as the named party in place of Eleanor E. Reynolds.
    b. Revision to Paragraph 5 to reflect the appointment of Sheryle Thurston as the Administrator of the Estate of Eleanor E. Reynolds as follows: "Plaintiff, SHERYLE THURSTON, is a citizen of The United States of America, and is a resident of the State of Pennsylvania, and was at all pertinent times the daughter of ELEANOR E. REYNOLDS (hereinafter referred to as "DECEDENT"). On November 17, 2016, Ms. Thurston was duly appointed as the Administrator of the Estate of ELEANOR E. REYNOLDS by the Probate Court of the State of Vermont, Chittenden County. Ms. Thurston brings this action on behalf of DECEDENT."
    c. Due to the addition of paragraph 5 in the amended complaint, the paragraphs which were formerly 5, 6, 7, 8, 9 and 10 in the original complaint are now paragraphs 6, 7, 8, 9, 10, and 11, respectively.
    d. Ms. Reynolds was formerly referred to as "PLAINTIFF" in the initial complaint, and to reflect the proper status of the party, Ms. Reynolds is now referred to as "DECEDENT" throughout the amended complaint.
    e. No further changes to the Complaint are requested.
7. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.
8. On December 21, 2016, Plaintiff provided a copy of the proposed Amended Complaint to Defendants and obtained written consent on December 22, 2016 from opposing counsel to amend the Complaint.

WHEREFORE, Plaintiff Sheryle Thurston, on behalf of the Decedent, Eleanor E. Reynolds, respectfully requests that this Court enter the proposed Order tendered herewith granting leave to

file the Amended Complaint and directing the Clerk to enter the Amended Complaint into the record of this matter.

Dated: December 22, 2016

                                        Respectfully Submitted,

                                        By: /s/ Lauren Weitz
                                        Lauren Weitz
                                        WEITZ & LUXENBERG, P.C.
                                        700 Broadway
                                        New York, NY 10003
                                        Telephone: (212) 558-5556
                                        Facsimile: (646) 293-4370
                                        E-mail: lweitz@weitzlux.com

                                        *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

    I hereby certify that on this 22nd day of December, 2016, a true copy of the foregoing Motion to Substitute Plaintiff and for Leave to File Amended Complaint was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system.

                                               /s/ Lauren Weitz
                                               Lauren Weitz

# EXHIBIT A

# STATE OF VERMONT

**SUPERIOR COURT**
Chittenden Unit

**PROBATE DIVISION**
Docket No.: 1192-8-16 Cnpr

In re ESTATE of: Eleanor E. Reynolds

VERMONT SUPERIOR COURT
FILED
NOV 1 7 2016
CHITTENDEN UNIT

## LETTERS OF GENERAL ADMINISTRATION

To: _____

The following person(s) as ☐ co- ☐ successor
☒ Executor   ☐ c.t.a. (cum testament annexo "with Will annexed")
☐ Administrator  ☐ d.b.n. (de bonis non "of assets not (previously administered)")

| Name | Mailing address |
|---|---|
| Sheryle Thurston | 120 Chester Court |
| Telephone/e-mail | Town, state, and zip code |
| 610-576-7624 | Downingtown, PA 19335 |
| Name | Mailing address |
|  |  |
| Telephone/e-mail | Town, state, and zip code |

☒ A last Will and Testament dated 09/09/2004, with any Codicils dated _____ has/have been admitted for probate.
☐ No Will has been admitted for probate.

This Court appoints you to administer this estate. You shall administer the estate according to the Will and Codicils, if any, and the laws of the State of Vermont. You shall file with this Court within 30 days of this appointment an inventory of all the real and personal property of the decedent. You shall serve a copy of this inventory on all parties entitled to notice in this matter. The Court, upon your motion, may extend the filing date of the inventory for an additional 60 days.

Within one year, and annually thereafter, and at such other times as the Court may require, you shall file with the Court a true account of your administration.

You shall perform all of your duties according to the Rules of Probate Procedure and the laws of the State of Vermont.

Dated: 11/17/16

Signed: _____
Probate Judge

## STATE OF VERMONT

**SUPERIOR COURT**
Chittenden     Unit

**PROBATE DIVISION**
Docket No.: 1192-8-16 Cnpr

In re of:     Estate of Eleanor E. Reyonlds

## Certificate of Appointment of Fiduciary

I hereby certify that on

| Date of Appointment | Name of Fiduciary |
|---|---|
| 11/17/16 | Sheryle Thurston |

was appointed by the Court to serve as the Fiduciary for this proceeding and has accepted the responsibilities and trust related to this position.

Based on the Court's records, I certify that the appointment has never been revoked and remains in full force and effect.

Dated
11/17/16

Signature of Register /Probate Judge

Printed Name
Gregory J. Glennon, Judge



PR143 – Certificate of Appointment of Fiduciary (01/2015)

Page 1 of 1