UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION: L JUDGE: ELDON E. FALLON MAG. JUDGE MICHAEL NORTH |
|---|---|

**THIS DOCUMENT RELATES TO:**

*Eleanor E. Reynolds v. Janssen Research & Development, LLC, et al.*

Case No. 2:16-CV-13401

## ORDER

**IT IS ORDERED** that the Unopposed Motion To Substitute for Party Plaintiff and For Leave to File First Amended Individual Complaint by Plaintiff Sheryle Thurston, on behalf of the estate of Eleanor E. Reynolds, is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA,** this _____ day of _____, 2016.

_____
**UNITED STATES DISTRICT JUDGE**