# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES BURKS and VERNIE BURKS, ) | |
| ) | MDL NO. 2592 |
| Plaintiffs. ) | |
| ) | JUDGE: ELDON E. FALLON |
| ) | |
| ) | SECTION: L |
| ) | |
| v. ) | MAG. JUDGE: MICHAEL NORTH |
| ) | |
| ) | |
| JANSSEN RESEARCH & ) | CIVIL ACTION NO. 2:16-cv-17123 |
| DEVELOPMENT LLC F/K/A JOHNSON ) | |
| AND JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT LLC, ) | |
| JANSSEN ORTH LLC, JANSSEN ) | |
| PHARMACEUTICAL, INC. F/K/A JANSSEN ) | |
| PHARMACEUTICALS, INC. F/K/A ) | |
| JANSSEN PHARMACEUTICA INC, ) | |
| F/K/A ORTHO-MCNEIL-JANSSEN ) | |
| PHARMACEUTICALS INC., ) | |
| JOHNSON & JOHNSON COMPANY ) | |
| BAYER HEALTHCARE PHARMACEUTICALS, ) | |
| INC., BAYER HEALTHCARE LLC, BAYER ) | |
| PHARMA AG, BAYER CORPORATION, ) | |
| BAYER HEALTHCARE AG, AND BAYER AG, ) | |
| ) | |
| Defendants. ) | |

## EX PARTE MOTION TO AMEND

Plaintiffs, Charles and Vernie Burks, Pursuant to the applicable Federal Rule of Civil Procedures 15(a)(1)(A) as cited in Pretrial Order No. 11C, by and through the undersigned, hereby seek to amend the Complaint by adding an additional injury date of July 22, 2016 wherein he experienced a gastrointestinal bleeding event.

Plaintiffs Charles and Vernie Burks' Complaint was filed via LAED CM/ECF on December 12, 2016 and service was executed thereafter on December 20, 2016. It is hereby requested that this Ex Parte Motion to Amend Complaint is granted.

Dated: December 22, 2016

Respectfully submitted,

SWMK Law, LLC

By: /s/Stephen B. Wohlford
Benjamin R. Schmickle, #6270568
Stephen B. Wohlford, #IL6287698
701 Market Street, Suite 1000
St. Louis, MO 63101
(314) 480-5180
(314) 932-1566 – Facsimile

**ATTORNEYS FOR PLAINTIFFS**