UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
                                    :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Anabell Loomis, Individually and on behalf of the
Estate of Jack Loomis, Deceased v. Jannsen Research & Development, LLC, et al;
USDC EDLA No. 2:16-cv-11090*

## ORDER

IT IS ORDERED that the Motion for Substitution of Kim Reynolds, the surviving natural child of Annabell Loomis, on behalf of the estate of Annabell Loomis, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this 22nd day of December, 2016.

_____
United States District Judge