UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :   MDL No. 2592
                                      :
                                      :   SECTION L
                                      :
                                      :   JUDGE ELDON E. FALLON
                                      :
                                     :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Elaine Black v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-10684*

## ORDER

IT IS ORDERED that the Motion for Substitution of James Black, the surviving spouse of Elaine Black, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this 22nd day of December, 2016.

                                         _____
                                         United States District Judge