UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :   MDL No. 2592
                                   :
                                   :   SECTION L
                                   :
                                   :   JUDGE ELDON E. FALLON
                                   :
                                   :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Sherman Boone v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-09888*

## ORDER

IT IS ORDERED that the Motion for Substitution of Therman Boone and Herman Boone, the surviving natural children of Sherman Boone, on behalf of the Estate of Sherman Boone, as the Plaintiffs in this action is HEREBY GRANTED.

New Orleans, Louisiana this 22nd day of December, 2016.

_____
United States District Judge