UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____ : MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Gerald Brown v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-07415*

## ORDER

IT IS ORDERED that the Motion for Substitution of Peggie Brown, the surviving spouse and Personal Representative of the Estate of Gerald Brown, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this 22nd day of December, 2016.

_____
United States District Judge