**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)     :
PRODUCTS LIABILITY LITIGATION  :     MDL No. 2592
                                            :
                                            :     SECTION L
                                            :
                                            :     JUDGE ELDON E. FALLON
                                            :
_____:     MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Johnnie Kirkes v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-10067*

## ORDER

IT IS ORDERED that the Motion for Substitution of Linda Brown, the surviving natural

daughter, on behalf of the Estate of Johnnie Kirkes, as the Plaintiff in this action is HEREBY

GRANTED.

New Orleans, Louisiana this 22nd day of December, 2016.

_____

United States District Judge