UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)       :
PRODUCTS LIABILITY LITIGATION      :    MDL No. 2592
                                   :
                                   :    SECTION L
                                   :
                                   :    JUDGE ELDON E. FALLON
                                   :
                                   :    MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Elizabeth Cassely v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-07419*

## ORDER

IT IS ORDERED that the Motion for Substitution of William Cassely, the surviving spouse of Elizabeth Cassely, on behalf of her Estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this 22nd day of December, 2016.

_____
United States District Judge