UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO : | JURY TRIAL DEMANDED |
| William Kruse : | |
| Case #: 2:16-cv-12626 | |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Kathlene Woodruff's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT**:

1. Motion is GRANTED
2. KATHLENE WOODRUFF, as surviving spouse of WILLIAM KRUSE, is substituted as Plaintiff in this action.

New Orleans, Louisiana this 22nd day of December, 2016.

*/s/ Eldon E. Fallon*
United States District Judge