UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*PHILLIP MILLWOOD v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:15-cv-07077-EEF-MBN**

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS MATTER, having come before the court on Plaintiff Donna Millwood's Motion to Substitute Party, and this Court deemed fully advised of the premises:

IT IS HEREBY ORDERED that Plaintiff, Donna Millwood, as surviving spouse of Phillip Millwood, deceased, is substituted as Plaintiff in this action and the Motion to Substitute Party is GRANTED.

Signed, this 22nd day of December, 2016.

*[signature]*
_____
Honorable Eldon E. Fallon
United States District Court Judge