AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Eastern | District of | Louisiana |

Plaintiff (s),
V.
Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:16-cv-13856

Notice is hereby given that, subject to approval by the court, __Earl Ullom, Jr.__ substitutes
(Party (s) Name)

__Russell T. Abney, Esq.__ , State Bar No. __000875 (GA)__ as counsel of record in
(Name of New Attorney)

place of __Lee Jackson, Esq. and Jonathan Staffeldt, Esq. of Milstein, Adelman, Jackson, Fairchild & Wade, LLP__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Ferrer, Poirot & Wansbrough |
| Address: | 2100 RiverEdge Pkwy NW, Suite 1025, Atlanta, GA 30328 |
| Telephone: | (800) 661-8210        Facsimile (707) 313-0956 |
| E-Mail (Optional): | atlanta@lawyerworks.com |

I consent to the above substitution.
Date: 12/17/16

(Signature of Party (s))

I consent to being substituted.
Date:   12/12/2016

(Signature of Former Attorney (s))

I consent to the above substitution.
Date:   12/12/2016

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                    _____
                                                                                  Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 22nd day of December, 2016.

/s/ *Jonathan P. Staffeldt*

Jonathan P. Staffeldt