UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION:   L |
| THIS DOCUMENT RELATES TO: | |
| *Earl Ullom, Jr., individually and on behalf of the estate of Veva Ullom, deceased, v. Janssen Research & Development, LLC, et al.* | JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |
| | Case No. 2:16-cv-13856 |

**ORDER OF WITHDRAW AND SUBSTITUTION OF COUNSEL**

This matter coming before the Court upon a Motion to Withdraw and Substitute of counsel filed on December 22, 2016, by Jonathan P. Staffeldt and Lee Jackson on behalf of Plaintiff, Earl Ullom, Jr.

IT IS ORDERED:

The Motion of Withdraw and Substitute of Counsel is GRANTED.

Entered: _____                       _____

                                                                                   Eldon E. Fallon
                                                                                   United States District Judge
                                                                                   Eastern District of Louisiana

1