UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION I |
| | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| BOBBY H. GERALD  Plaintiff | |
| versus | CIVIL ACTION NUMBER 2:15-cv-00610-EEF-MBN |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al  Defendants | |

**MOTION TO WITHDRAW MOTION FOR EXTENSION OF TIME TO SERVE PROCESS (DOCUMENTS 4762 and 4788)**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Bobby H. Gerald, who respectfully requests that Documents 4762 and 4788 be withdrawn as same is now moot, all as more specifically outlined in the attached Memorandum in Support of Motion to Withdraw Motion for Extension of Time to Serve Process. Additionally, this matter was set for submission on January 4, 2017, and Plaintiff respectfully requests that this matter be removed from that docket.

1

WHEREFORE, Plaintiff prays that he be allowed to withdraw his Motion for Extension of Time to Serve Process (Documents 4762 and 4788) as same is now moot and to remove same from the January 4, 20278 submission docket.

>
> THE PENTON LAW FIRM
> 503 GEORGIA AVENUE
> BOGALUSA, LOUISIANA  70427
> PHONE       :       (985) 732-5651
> TELECOPIER:       (985) 735-5579
> E-MAIL      :       fedcourtmail@rgplaw.com
>
>
> s/Ronnie G. Penton
> Ronnie G. Penton
> Louisiana Bar Roll Number 10462
> Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

December 23, 2016.

                                            s/Ronnie G. Penton
                                            Ronnie G. Penton

## **RULE 7.6 CERTIFICATE**

This is to certify that, pursuant to Local Rule 7.6, counsel has made contact with counsel for Defendant that is directly effected by this Motion, and they have no opposition to the filing of this Motion to Withdraw Document 4788.

December 23, 2016.

/s/ Ronnie G. Penton
Ronnie G. Penton
