UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  XARELTO (RIVAROXABAN)          MDL NO. 2592
PRODUCTS LIABILITY LITIGATION          SECTION I

                                       JUDGE ELDON E. FALLON
                                       MAG. JUDGE NORTH
                                       )
THIS DOCUMENT RELATES TO:              )
                                       )
BOBBY H. GERALD                        )
                Plaintiff              )
                                       )
versus                                 )CIVIL ACTION NUMBER
                                       )2:15-cv-00610-EEF-MBN
JANSSEN RESEARCH & DEVELOPMENT         )
LLC f/k/a JOHNSON AND JOHNSON          )
PHARMACEUTICAL RESEARCH AND            )
DEVELOPMENT LLC, et al                 )
                Defendants             )
                                       )

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW MOTION FOR
EXTENSION OF TIME TO SERVE PROCESS (DOCUMENTS 4762 and 4788)**

**MAY IT PLEASE THE COURT:**

On December 20, 2016, Plaintiff filed his Motion for Extension of Time to Serve Process
(Document 4762), requesting additional time to serve Defendant, Janssen Pharmaceuticals, Inc.,
in that the original certified green card was received back from the United States Postal Service
blank, with no postal stamp and no receipt signature.  It was, therefore, assumed that the service
documents had not been received by Defendant, Janssen Pharmaceuticals, Inc.  This document
was returned with a deficiency, which was cured with filing documents identified as Document
4788.

On December 22, 2016, Mover received a phone call from Daryl Daly, counsel for Janssen Pharmaceuticals, Inc., who had seen the Mover's Motion and advised that they had indeed received service with respect to this Plaintiff.

Plaintiff further desires to remove this matter from the January 4, 2016 submission docket.

WHEREFORE, Plaintiffs desires to withdraw his Motion for Extension of Time to Serve Process (Documents 4762 and 4788) as moot and be removed from the January 4, 2016 submission docket.

THE PENTON LAW FIRM
503 GEORGIA AVENUE
BOGALUSA, LOUISIANA  70427
PHONE          :          (985) 732-5651
TELECOPIER :          (985) 735-5579
E-MAIL          :          fedcourtmail@rgplaw.com


s/Ronnie G. Penton
Ronnie G. Penton
Louisiana Bar Roll Number 10462