**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>SECTION I<br><br>JUDGE ELDON E. FALLON<br>MAG. JUDGE NORTH |

| | |
|---|---|
| **THIS DOCUMENT RELATES TO:** | ) |
| | ) |
| **BOBBY H. GERALD** | ) |
| **Plaintiff** | ) |
| | ) |
| **versus** | )**CIVIL ACTION NUMBER** |
| | )**2:15-cv-00610-EEF-MBN** |
| **JANSSEN RESEARCH & DEVELOPMENT** | ) |
| **LLC f/k/a JOHNSON AND JOHNSON** | ) |
| **PHARMACEUTICAL RESEARCH AND** | ) |
| **DEVELOPMENT LLC, et al** | ) |
| **Defendants** | ) |
| | ) |

## ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that Documents 4762 and 4788 be withdrawn as moot.

IT IS FURTHER ORDERED that the January 4, 2016 submission date be removed from the

docket.

Signed in New Orleans, Louisiana, this the _____ day of _____,

20_____.


_____
J U D G E