UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)          :
PRODUCTS LIABILITY LITIGATION         :   MDL No. 2592
                                      :
                                      :   SECTION L
                                      :
                                      :   JUDGE ELDON E. FALLON
                                      :
                                      :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*John Howard, Jr. v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-11086*

## ORDER

IT IS ORDERED that the Motion for Substitution of Edward Howard, the surviving natural son of John Howard, Jr., on behalf of his Estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this 22nd day of December, 2016.

_____
United States District Judge