UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :   MDL No. 2592
                                    :
                                    :   SECTION L
                                    :
                                    :   JUDGE ELDON E. FALLON
                                    :
_____ :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*David Johnson v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-10053*

# ORDER

IT IS ORDERED that the Motion for Substitution of Regina Johnson, the surviving natural mother of David Johnson, on behalf of his Estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this 22nd day of December_____, 2016.

_____
United States District Judge