# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :
PRODUCTS LIABILITY LITIGATION  :      MDL No. 2592
                               :
                               :      SECTION L
                               :
                               :      JUDGE ELDON E. FALLON
                               :
_____:      MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Orange Jones v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-05523*

## ORDER

IT IS ORDERED that the Motion for Substitution of Earla Marcy Dillman and Kim Morgan, surviving natural children of Orange Jones, on behalf of her Estate, as the Plaintiffs in this action is HEREBY GRANTED.

New Orleans, Louisiana this 22nd day of December, 2016.

_____

United States District Judge