UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)    :
PRODUCTS LIABILITY LITIGATION   :   MDL No. 2592
                                :
                                :   SECTION L
                                :
                                :   JUDGE ELDON E. FALLON
                                :
                                :   MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Pamela Thompson v. Jannsen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-03975*

## ORDER

IT IS ORDERED that the Motion for Substitution of Scott Thompson, the surviving spouse of Pamela Thompson, on behalf of her Estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this 22nd day of December, 2016.

_____

United States District Judge