UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)      :    MDL No. 2592
PRODUCTS LIABILITY LITIGATION     :
                                  :    SECTION L
                                  :
                                  :    JUDGE ELDON E. FALLON
                                  :
                                  :    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Roxanne Crawford, Individually and as Representative of Bernice Thorpe v. Janssen Research & Development, LLC et al;*

Civil Action No. 2:15-cv-06141

### ORDER TO WITHDRAW DOCUMENT 2840; MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw Document 2840 for the above-captioned case,

IT IS HEREBY ORDERED that Document 2840 is withdrawn, Andrew Sommerman and Sommerman, McCaffity & Quesada, L.L.P., continue representing the above Plaintiffs and litigating the above case matter.

New Orleans, Louisiana this 22nd day of December, 2016.

*Eldon E. Fallon*
United States District Judge