**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592** |
| | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Gregan v. Janssen Research & Development, LLC, et al., 2:16-cv-15426*

## NOTICE OF SUBMISSION

COMES NOW Plaintiff, Carol Gregan, by and through undersigned counsel, and files this Notice of Submission of ***Plaintiff's First Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG*** to be submitted on Wednesday, January 18, 2017, before the Honorable Judge Eldon E. Fallon.

Signed: December 26th, 2016      Respectfully submitted,

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano

Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email: sgraziano@hensleylegal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record, on this 26th day of December, 2016.

**HENSLEY LEGAL GROUP, PC**

s/ Sarah Graziano_____

Sarah Graziano (IN Atty. #21650-49)
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
Telephone: (317) 472-3333
Facsimile: (317) 473-3340
Email: sgraziano@hensleylegal.com
*Attorney for Plaintiff*