UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Gregan v. Janssen Research & Development, LLC, et al.*, 2:16-cv-15426

## PROPOSED ORDER

IT IS HEREBY ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG, filed by the above-listed Plaintiff Carol Gregan, is hereby GRANTED, and that Plaintiff shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10.

New Orleans, Louisiana, this ____ day of _____, 2016.

 

_____
Honorable Eldon E. Fallon
United States District Judge