IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br>No. 2:14-md-02592 |
| *This Document Applies to:* | SECTION: L |
| *Kristine DelaCruz, Individualy and as Personal Representative of the Estate of Romeo DelaCruz* No. *2:15-cv-01701* | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |
| *Gary E. Kennard No, 2:15-cv-01095* | |
| *Jacob A. Lutz, 2:15-cv-01090* | |
| *Patricia Clark, 2:15-cv-01111* | |
| *Henry Compton, 2:15-cv-02880* | |
| *John Famera, 2:15-cv-01093* | |
| *Marci Hunt, as Personal Representative of the Estate of Anna Mae Robinson, 2:15-cv-01721* | |
| *Richard Neil, as Personal Representative of the Estate of Evelyn Hall, 2:15-cv-01710* | |

**NOTICE OF CHANGE OF ADDRESS AND FIRM NAME**

PLEASE TAKE NOTICE that, effective immediately, counsel for the above plaintiffs, Michael D. Cerasa, Esq. shall no longer be associated with Pearson Bitman LLP, and is now with The Cerasa Law Firm LLC. The Cerasa Law Firm LLC's new address effective immediately shall be Post Office Box 160069, Altamonte Springs, Florida 32716.  The new telephone number is (407) 995-6770 and new facsimile is (407) 995-6772.  Email address is Michael.cerasa@cerasa-law.com.

Respectfully submitted,

Dated: December 21, 2016      By:    /s/ Laurence S. Berman
                                                                  Laurence S. Berman, Esquire
                                                                  Fred S. Longer, Esquire
                                                                  Michael M. Weinkowitz
                                                                  **LEVIN SEDRAN & BERMAN**
                                                                  510 Walnut St., Ste 500
                                                                  Philadelphia, PA 19106
                                                                  (Tel) 215-592-1500
                                                                  (Fax) 215-592-4663
                                                                  lberman@lfsblaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 22, 2016, the foregoing *Notice of Change of Address and Firm Name* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Michael D. Cerasa
MICHAEL D. CERASA