IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| | ) | SECTION: L |
| **PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| George Harold Bohlken (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-13493 |
| Charles D. Debord (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-13510 |
| Wilma Klineline (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-13704 |
| Gloria McSwain v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-13736 |
| Carol Shoff (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14437 |
| Rosemary White (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14488 |
| Lillian Wiles (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14489 |

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES

In support of Plaintiffs' Motion For Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Plaintiffs state the following:

1) Plaintiffs filed the Complaint in the above captioned case on August 17, 2016.

2) Plaintiff Fact Sheets were due on November 15, 2016.

3) Plaintiffs requested and was granted an extension to October 26, 2016 to complete the initial Plaintiff Fact Sheet.  Plaintiffs submitted its substantially completed Plaintiff Fact Sheet by October 26, 2016.

4) Subsequently, Plaintiffs were informed of deficiencies in their submitted Plaintiff Fact Sheet, specifically, that there were outstanding medical and/or prescription records that would support Plaintiffs' claim.

5) The injured party is deceased.  Plaintiffs' counsel has been working diligently to open an estate and have a representative appointed.  As this Court is aware, an estate must be opened so medical records and prescription records can be obtained.

6) Plaintiffs are requesting a 30 day extension to allow Plaintiffs to continue working to open an estate on behalf of the decedent.

7) Plaintiffs are not requesting an extension for purposes of delay and will submit the necessary records as soon as they are received.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until January 24, 2016.

Respectfully submitted,

KELLEY & FERRARO, L.L.P.

By: /s/ Ryan J. Cavanaugh
Constantine Venizelos (0078596)
Ryan J. Cavanaugh (0079996)
William D. Mason (0092747)
127 Public Square, Suite 2200
Cleveland, Ohio 44114
(216) 575-0777
(216) 575-0799 (Fax)
cvenizelos@kelley-ferraro.com
rcavanaugh@kelley-ferraro.com
wmason@kelley-ferraro.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

      The foregoing Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 27th day of December, 2016.

                                            /s/ Ryan J. Cavanaugh
                                            Ryan J. Cavanaugh (0079996)
                                            Counsel for Plaintiff