IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| | ) | SECTION: L |
| **PRODUCTS LIABILITY** | ) | |
| **LITIGATION** | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:**

| | |
|---|---|
| Don Pittman v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14411 |
| Donald Rominger v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14423 |
| Cuevas Shelton v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14436 |

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO SATISFY PLAINTIFF FACT SHEET DEFICIENCIES**

In support of Plaintiffs' Motion For Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies, Plaintiffs states the following:

1) Plaintiffs filed the Complaint in the above captioned case on August 17, 2016.

2) Plaintiff Fact Sheets were due on November 15, 2016.

3) Plaintiffs requested and was granted an extension to October 26, 2016 to complete the initial Plaintiff Fact Sheet. Plaintiffs submitted its substantially completed Plaintiff Fact Sheet by October 26, 2016.

4) Subsequently, Plaintiffs were informed of deficiencies in their submitted Plaintiff Fact Sheets, specifically, that there is not a Declaration page uploaded to MDL Centrality.

5) Plaintiffs' counsel is in the process of obtaining a signed Declaration page which would satisfy the outstanding deficiency.

6) Plaintiffs are requesting a 30 day extension to allow Plaintiffs to receive the outstanding medical and/or pharmacy records.

7) Plaintiffs have worked diligently throughout the pendency of the litigation to obtain and compile all the necessary information and documentation to support their claim.

8) Plaintiffs are not requesting an extension for purposes of delay and will submit the necessary records as soon as they are received.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully move this Honorable Court for an extension of the Amended Plaintiff Fact Sheet Deficiency Deadline until January 24, 2016.

Respectfully submitted,

KELLEY & FERRARO, L.L.P.

By: /s/ Ryan J. Cavanaugh
Constantine Venizelos (0078596)
Ryan J. Cavanaugh (0079996)
William D. Mason (0092747)
127 Public Square, Suite 2200
Cleveland, Ohio 44114
(216) 575-0777
(216) 575-0799 (Fax)
cvenizelos@kelley-ferraro.com
rcavanaugh@kelley-ferraro.com
wmason@kelley-ferraro.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

The foregoing Plaintiffs' Memorandum in Support has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 27th day of December, 2016.

                                      /s/ Ryan J. Cavanaugh
                                      Ryan J. Cavanaugh (0079996)
                                      Counsel for Plaintiff