IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) ) ) ) PRODUCTS LIABILITY ) LITIGATION ) | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| | |
|---|---|
| Don Pittman v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14411 |
| Donald Rominger v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14423 |
| Cuevas Shelton v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14436 |

## ORDER

This matter came before the Court on Plaintiffs' Motion for an Extension of Time to File Plaintiff Fact Sheet.

After due consideration, this Court hereby GRANTS Plaintiffs' Motion for an Extension of Time.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff has until January 24, 2016 to satisfy Plaintiff Fact Sheet Deficiencies.

_____          _____
DATE                                                                          JUDGE ELDON E. FALLON