IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| ) | SECTION: L |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO THE FOLLOWING CIVIL ACTION NOS.:

| | |
|---|---|
| Yontreal Darby v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-13507 |
| Dorothy I. Davis (Dec'd) v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-13509 |
| Jim Weissinger v. JANSSEN RESEARCH AND DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICALS RESEARCH AND DEVELOPMENT LLC, et al. | 2:16-CV-14485 |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiffs' Motion for an Extension of Time to Satisfy Plaintiff Fact Sheet Deficiencies before the Honorable Eldon E. Fallon.

Respectfully submitted,

KELLEY & FERRARO, L.L.P.

By: /s/ Ryan J. Cavanaugh
Constantine Venizelos (0078596)
Ryan J. Cavanaugh (0079996)
William D. Mason (0092747)
127 Public Square, Suite 2200
Cleveland, Ohio 44114
(216) 575-0777
(216) 575-0799 (Fax)
cvenizelos@kelley-ferraro.com
rcavanaugh@kelley-ferraro.com
wmason@kelley-ferraro.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

    The foregoing Notice of Submission has been electronically filed via ECF/Pacer and thereby served upon all counsel of record this 27th day of December, 2016.

                                            /s/ Ryan J. Cavanaugh
                                            Ryan J. Cavanaugh (0078596)
                                            Counsel for Plaintiff