**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |
| _____ : | |

**THIS DOCUMENT RELATES TO:**

*Stella Hunter v. Janssen Research & Development, LLC, et al.;*
*USDC EDLA No. 2:16-cv-12669*.

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Brandy Page, surviving natural granddaughter of and Administratrix for the estate of Stella M. Hunter, and pursuant to Fed. R. Civ. P. 25(a) moves to substitute herself as Plaintiff in this action based on the death of Stella Hunter. Letters of Administration are attached hereto as Exhibit 1. Counsel for defendants do not oppose this Motion.

A Notice/Suggestion of Death was previously filed in this matter on September 30, 2016.

DATED:   December 28, 2016

Respectfully submitted,

LOWE LAW GROUP

/s/ *Zachary Peter Lowe*
Zachary Peter Lowe (UT # 13792)
Nathan Buttars (UT # 13659)
6028 S. Ridgeline Drive, #200
Ogden, UT 84405
Tel: 801-917-8500
Fax: 801-917-8484
pete@lowelawgroup.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2016, the foregoing *Motion for Substitution of Party* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/ *Zachary Lowe*

# EXHIBIT 1

| STATE OF NORTH CAROLINA | File No. 16 E 1224 |
|---|---|
| Alamance County | In The General Court Of Justice<br>Superior Court Division<br>Before the Clerk |
| IN THE MATTER OF THE ESTATE OF:<br>Name<br>Stella May Hunter, Deceased | **LETTERS**<br>of Administration<br>G.S. 28A-6-1; 28A-6-3; 28A-11-1; 36C-2-209 |

The Court in the exercise of its jurisdiction of the probate of wills and the administration of estates, and upon application of the fiduciary, has adjudged legally sufficient the qualification of the fiduciary named below and orders that Letters be issued in the above estate.

The fiduciary is fully authorized by the laws of North Carolina to receive and administer all of the assets belonging to the estate, and these Letters are issued to attest to that authority and to certify that it is now in full force and effect.

Witness my hand and the Seal of the Superior Court.

| Name And Address Of Fiduciary 1<br>Brandy Page<br>1648 White Kennel Road, Lot 15<br>Burlington, NC  27215 | Date Of Qualification<br>12/20/2016 |
|---|---|
| | Clerk Of Superior Court<br>David J. P. Barber |
| Title Of Fiduciary 1<br>Administratrix | **EX OFFICIO JUDGE OF PROBATE** |
| Name And Address Of Fiduciary 2 | Date Of Issuance<br>12/20/2016 |
| | Signature<br>*Kathy Cbb* |
| Title Of Fiduciary 2<br>SEAL | ☐ Deputy CSC   ☒ Assistant CSC   ☐ Clerk Of Superior Court |

NOTE: This letter is not valid without the official seal of the Clerk of Superior Court.

AOC-E-403, Rev. 7/06
© 2006 Administrative Office of the Courts