UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
_____:

**THIS DOCUMENT RELATES TO:**

*Stella Hunter v. Janssen Research & Development, LLC, et al.;*
*USDC EDLA No. 2:16-cv-12669*.

## ORDER

IT IS ORDERED that the Motion for Substitution of Brandy Page, surviving natural granddaughter of Stella M. Hunter and Administratrix of her estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this _____ day of _____, 201___.

_____
UNITED STATES DISTRICT JUDGE