UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Blanch Rivers*                                                                                                                   2:16-cv-07617

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Blanch Rivers.

Dated: December 30, 2016

                                                      Respectfully submitted,

                                                      MURPHY LAW FIRM, LLC

                                                     s/*Peyton P. Murphy*
                                                     PEYTON P. MURPHY (LA # 22125)
                                                     2354 S. Acadian Thwy.
                                                     Baton Rouge, LA  70808
                                                     Telephone: (225) 928-8800
                                                     Facsimile: (225) 246-8780
                                                     Email: peyton@murphylawfirm.com

                                                     s/*Todd C. Comeaux*
                                                     TODD C. COMEAUX (LA # 23453)
                                                     4880 Bluebonnet Blvd., Suite A
                                                     Baton Rouge, LA  70809
                                                     Telephone: (225) 706-9000
                                                     Facsimile: (225) 706-9001
                                                     Email: tc@comeauxlawfirm.com

                                                     *Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2016, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/*Peyton P. Murphy*
PEYTON P. MURPHY
