| | |
|---|---|
| GAYE HAIRL, <br><br>      Plaintiff, <br><br>   v. <br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, <br><br>      Defendants. | MDL NO. 2592 <br><br> SECTION:   L <br><br> JUDGE:  ELDON E. FALLON <br> MAG. JUDGE MICHAEL NORTH <br><br><br> Civil Action No. 16-cv-17845 |

## NOTICE OF APPEARANCE

To the Clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel in this action on behalf of plaintiff.

Dated: January 3, 2017

                       **Slater Slater Schulman LLP**
                       /s/ Lauren Burbol
                       Lauren Burbol (4673042)
                       445 Broad Hollow Road, Suite 334
                       Melville, New York 11747
                       Tel:    212 922-0906
                       Email: lburbol@sssfirm.com