UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |
| THIS DOCUMENT RELATES TO ALL CASES | | |

## ORDER

As discussed in the pre-conference meeting on December 20, 2016,

**IT IS ORDERED** that Motion to Compel (R. Doc. 4742) shall be set for submission with oral argument on January 10, 2017, at 9:00 a.m. This oral argument will take place during the regularly-scheduled bi-weekly discovery conference and counsel will appear via telephone.

New Orleans, Louisiana, this 22nd day of December, 2016.

_____
UNITED STATES DISTRICT JUDGE