UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROLXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

This Document relates to:

PAULA LASAUSKAS v. Janssen Research & Development, LLC, et al.
Civil Action No.: 2:16-cv-15108

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

Before the Court is Plaintiff's *First Motion for Extension of Time to Submit Plaintiff Fact Sheet*. After due consideration, it is hereby ORDERED AND ADJUDGED that Plaintiff's *First Motion for Extension of Time to Submit Plaintiff Fact Sheet* is GRANTED. The deadline for Plaintiff to submit her Plaintiff Fact Sheet is February 27, 2017.

New Orleans, Louisiana this 22nd day of December, 2016.

_____
Hon. Eldon E. Fallon
United States District Judge