UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 SECTION I |
| | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: BOBBY H. GERALD     Plaintiff versus JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al     Defendants | CIVIL ACTION NUMBER 2:15-cv-00610-EEF-MBN |

**ORDER**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Documents 4762 and 4788 be withdrawn as moot.

IT IS FURTHER ORDERED that the January 4, 2016 submission date be removed from the docket.

Signed in New Orleans, Louisiana, this the  3rd  day of  January , 2017 .

_____
UNITED STATES DISTRICT JUDGE