UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

*Eleanor E. Reynolds v. Janssen Research & Development, LLC, et al.*

Case No. 2:16-CV-13401

### ORDER

**IT IS ORDERED** that the Unopposed Motion To Substitute for Party Plaintiff and For Leave to File First Amended Individual Complaint by Plaintiff Sheryle Thurston, on behalf of the estate of Eleanor E. Reynolds, is hereby GRANTED, and the Clerk of Court is ordered to file the Amended Complaint into the record in this matter.

**NEW ORLEANS, LOUISIANA**, this __3rd__ day of __January__, 2017.

_____
**UNITED STATES DISTRICT JUDGE**