UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: FALLON<br><br>MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Evelyn F. Newton - 2:15-cv-6705

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned attorney herby informs the Honorable Court of the death of Plaintiff, Evelyn F. Newton.

Date: January 3, 2017

        Respectfully submitted,

        **Hilliard Munoz Gonzales LLP**

        By: /s/ T. Christopher Pinedo
        Robert C. Hilliard
        Texas State Bar No. 09677700
        Federal Bar No. 5912
        Catherine Tobin
        Texas State Bar No. 24013642
        Federal Bar No. 25316
        John Martinez
        Texas State Bar No. 24010212
        Federal Bar No. 23612
        T. Christopher Pinedo
        Texas State Bar No. 00788935
        Federal Bar No. 17993

          719 S. Shoreline, Suite 500
          Corpus Christi, Texas 78401
          361-882-1612 Telephone
          361-882-3015 Facsimile
          **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the copy of the above and foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        /s/ T. Christopher Pinedo
        Thomas Christopher Pinedo