UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Evelyn F. Newton - 2:15-cv-6705

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Plaintiff, Evelyn Newton, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Plaintiff, Evelyn Newton, passed away on November 11, 2015, as reported to the Court in the Notice of Death filed on January 3, 2017.

2. Plaintiff will seek to Substitute Frances Carter and Vaughn Hill as the Party Plaintiffs due to the death of Evelyn F. Newton. Frances Carter and Vaughn Hill have been appointed as Co-Administrators of the Estate of Evelyn F. Newton, deceased by the Probate Court of Cuyahoga County, Ohio.

3. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Frances Carter and Vaughn Hill, as Co-Administrators for the deceased, Evelyn F. Newton, as the named party in the place of Evelyn F. Newton.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: January 3, 2017

Respectfully submitted,

**Hilliard Munoz Gonzales LLP**

By: /s/ T. Christopher Pinedo
Robert C. Hilliard
Texas State Bar No. 09677700
Federal Bar No. 5912
Catherine Tobin
Texas State Bar No. 24013642
Federal Bar No. 25316
John Martinez
Texas State Bar No. 24010212
Federal Bar No. 23612
T. Christopher Pinedo
Texas State Bar No. 00788935
Federal Bar No. 17993

719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of this document via the the Court's CM/ECF system on January 3, 2017.

     /s/ T. Christopher Pinedo
Thomas Christopher Pinedo