UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: FALLON <br><br> MAG. JUDGE MICHAEL NORTH |

**THIS DOCUMENT RELATES TO:**

Deborah Wright - 2:16-cv-1989

### PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Plaintiff, Deborah Wright, deceased, by and through his counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Plaintiff, Deborah Wright, passed away on September 20, 2016, as reported to the Court in the Notice of Death filed on January 3, 2017.

2. Plaintiff will seek to Substitute Robert E. Tracy, son of decedent, as the Party Plaintiff due to the death of Deborah Wright. Robert E. Tracy is rightfully Personal Representative of the Estate of Deborah Wright, deceased as per California State Law regarding Affidavits of Heirship (see attached as "Exhibit A").

3. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Robert E. Tracey, as Personal Representative for the deceased, Deborah Wright, as the named party in the place of Deborah Wright.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: January 3, 2017

Respectfully submitted,

**Hilliard Munoz Gonzales LLP**

By: /s/ T. Christopher Pinedo
Robert C. Hilliard
Texas State Bar No. 09677700
Federal Bar No. 5912
Catherine Tobin
Texas State Bar No. 24013642
Federal Bar No. 25316
John Martinez
Texas State Bar No. 24010212
Federal Bar No. 23612
T. Christopher Pinedo
Texas State Bar No. 00788935
Federal Bar No. 17993

719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
361-882-1612 Telephone
361-882-3015 Facsimile
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via the the Court's CM/ECF system on January 3, 2017.

    /s/ T. Christopher Pinedo
Thomas Christopher Pinedo