UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Beverly Allison, Individually and as Personal Representative of the Estate of John Herbert Allison, Jr. - 15-cv-04154

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Plaintiff, Beverly Allison, Individually and as Personal Representative of the Estate of John Herbert Allison, Jr., deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure 15, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the proper case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1. Plaintiff, John Herbert Allison, Jr., passed away on November 19, 2014.

2. Plaintiff will seek to Substitute Beverly Tujague as the Party Plaintiff. Beverly Tujague has been appointed as Personal Representative of the Estate of John Herbert Allison, Jr., deceased by the State of Michigan Probate Court Macomb County.

3. Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Beverly Tujague, as Personal Representative for the deceased, John

Herbert Allison, Jr., as the named party in the place of Beverly Allison, Individually and as Personal Representative of the Estate of John Herbert Allison, Jr.

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: January 3, 2017

            Respectfully submitted,

            **Hilliard Munoz Gonzales LLP**

            By: /s/ T. Christopher Pinedo
            Robert C. Hilliard
            Texas State Bar No. 09677700
            Federal Bar No. 5912
            Catherine Tobin
            Texas State Bar No. 24013642
            Federal Bar No. 25316
            John Martinez
            Texas State Bar No. 24010212
            Federal Bar No. 23612
            T. Christopher Pinedo
            Texas State Bar No. 00788935
            Federal Bar No. 17993

            719 S. Shoreline, Suite 500
            Corpus Christi, Texas 78401
            361-882-1612 Telephone
            361-882-3015 Facsimile
            **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of this document via the the Court's CM/ECF system on this 3rd day of January, 2017.

      /s/ T. Christopher Pinedo
      Thomas Christopher Pinedo