# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Margie N. Gray v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-01129*

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD**, please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Margie N. Gray.

Dated: January 3, 2017                Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: January 3, 2017　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Russell T. Abney
　　　　　　　　　　　　　　　　　　　　Russell T. Abney, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 000875 (GA)
　　　　　　　　　　　　　　　　　　　　FERRER, POIROT & WANSBROUGH
　　　　　　　　　　　　　　　　　　　　2603 Oak Lawn Avenue Suite 300
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75219
　　　　　　　　　　　　　　　　　　　　Telephone: 800.521.4492
　　　　　　　　　　　　　　　　　　　　Fax: 866.513.0115
　　　　　　　　　　　　　　　　　　　　rabney@lawyerworks.com
　　　　　　　　　　　　　　　　　　　　*Attorney for the Plaintiffs*