# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) | MDL NO. 2592 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |

**This Document Relates to:**

*Margie N. Gray v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-01129*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Katie Taylor, on behalf of the Estate of Margie N. Gray, is substituted for Plaintiff Margie N. Gray in the above captioned cause.

Dated: _____    _____
                                                              Hon. Eldon E. Fallon
                                                              United States District Court Judge