UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

******************************************

THIS DOCUMENT RELATES TO**:**
*EVIDA ALEXIE, v. Janssen Research & Development, LLC, et al; LAED USDC No2:15-cv-00261-EEF-MBN*

## SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Plaintiff, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs this Honorable Court of the Death of Plaintiff, Michael St. Pierre, which occurred April 08, 2016. Plaintiff respectfully informs this Court that a Motion for Substitution of Plaintiff will be filed by the appropriate representative of Michael St. Pierre's estate.

Dated: January 4, 2017

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

/s/ Michael Hingle_____
Michael Hingle, T.A. #6943
Bryan A. Pfleeger, La Bar #23896
220 Gause Boulevard
Slidell, LA 70458
Telephone: (985) 641-6800
Fax: (985) 646-1471
mailto:jenniferb@hinglelaw.com
*Attorneys for the Plaintiff*

1

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

  DATED: January 4, 2017

                /s/ Michael Hingle