UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL No. 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE NORTH |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO**:**
*EVIDA ALEXIE, v. Janssen Research & Development, LLC, et al; LAED USDC No2:15-cv-00261-EEF-MBN*

## PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES

COMES NOW Plaintiff, Evida Alexie, deceased, by and through her counsel, pursuant to Federal Rules of Civil Procedure, hereby files this Motion to Substitute Parties to correct the proper Plaintiff party in this matter and correct the case caption for this deceased Plaintiff, respectfully showing the Court as follows:

1.      Plaintiff, Evida Alexie, passed away on April 08, 2016, as reported to the Court in the Notice of Death.

2.      Plaintiff will seek to Substitute Larry James Alexie, Kathy Alexie Helmer, Corkey Anthony Alexie, Sr., Claudia Alexie Helmer and Marty Allen Alexie as the Party Plaintiff due to the death of Evida Alexie Larry James Alexie, Kathy Alexie Helmer, Corkey Anthony Alexie, Sr., Claudia Alexie Helmer and Marty Allen Alexie are the only heirs Evida Alexie and the succession was in Jefferson Parish, Louisiana.

3.      Plaintiff thus moves pursuant to Federal Rule of Civil Procedure 25(a)(1) to substitute Larry James Alexie, Kathy Alexie Helmer, Corkey Anthony Alexie, Sr., Claudia Alexie Helmer and Marty Allen Alexie, on behalf of the estate of Michael St. Pierre, as the named parties in the place of Michael St. Pierre.

1

WHEREFORE, Plaintiff prays that this Motion for Substitution of parties be granted and direct the Clerk to correct the caption to reflect the proper party, or as an alternative, grant leave to file an Amended Complaint to correct the caption to reflect the proper party.

Dated: January 4, 2017

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES, LLC

/s/ Michael Hingle
Michael Hingle, T.A. #6943
Bryan A. Pfleeger, La Bar #23896
220 Gause Boulevard
Slidell, LA 70458
Telephone: (985) 641-6800
Fax: (985) 646-1471
mailto: jenniferb@hinglelaw.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

DATED: January 4, 2017

/s/ Michael Hingle

2