UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)         *       MDL No. 2592
PRODUCTS LIABILITY LITIGATION        *
                                     *       SECTION L
                                     *       JUDGE ELDON E. FALLON
                                     *       MAGISTRATE JUDGE NORTH
**************************************

THIS DOCUMENT RELATES TO**:**
*EVIDA ALEXIE, v. Janssen Research & Development, LLC, et al; LAED USDC No2:15-cv-00261-EEF-MBN*

## PROPOSED ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Larry James Alexie, Kathy Alexie Helmer, Corkey Anthony Alexie, Sr., Claudia Alexie Helmer and Marty Allen Alexie, on behalf of the estate of Evida Alexie, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is HEREBY GRANTED, and the Clerk is hereby directed to correct the caption to reflect the proper parties as "Larry James Alexie, Kathy Alexie Helmer, Corkey Anthony Alexie, Sr., Claudia Alexie Helmer and Marty Allen Alexie, on behalf of the estate of Evida Alexie", Plaintiff.

Dated this _____day of _____, 2016

_____
Honorable Eldon E. Fallon
United states District Court Judge

1