# STATE OF LOUISIANA
## CERTIFICATION OF VITAL RECORD

### CERTIFICATION OF DEATH

**BIRTH NUMBER:**

**STATE FILE NUMBER:** 2016-010-00703

**4900400**

### DECEDENT

| Field | Value |
|---|---|
| DECEDENT'S NAME - (LAST, FIRST, MIDDLE, SUFFIX) | ALEXIE, EVIDA LILLIAN |
| DATE OF BIRTH | 10/11/1936 |
| DATE OF DEATH | 04/08/2016 |
| TIME OF DEATH | 09:05 AM |
| PLACE OF BIRTH - (CITY, STATE, COUNTRY) | NEW ORLEANS, LA UNITED STATES |
| SEX | FEMALE |
| SOCIAL SECURITY NUMBER | 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 |
| AGE | 79 YEARS |
| DECEDENT'S ALIAS NAME(S) - (LAST, FIRST, MIDDLE, SUFFIX) | |
| RESIDENCE OF DECEDENT - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY) | 943 JEAN LAFITTE BLVD., LAFITTE, LA 70067 UNITED STATES |
| WITHIN CITY LIMITS? | NO |
| PARISH/COUNTY | JEFFERSON |

### PERSONAL

| Field | Value |
|---|---|
| EVER IN U.S. ARMED FORCES? | NO |
| OCCUPATION | HOMEMAKER |
| INDUSTRY OF OCCUPATION | OWN HOME |
| MARITAL STATUS | WIDOWED |
| NAME OF SURVIVING SPOUSE | |
| FATHER/PARENT NAME | SCHULTZ, HERBERT |
| FATHER/PARENT PLACE OF BIRTH | NEW ORLEANS, LA UNITED STATES |
| MOTHER/PARENT NAME | CREPPEL, CLAUDIA |
| MOTHER/PARENT PLACE OF BIRTH | JEFFERSON PARISH, LA UNITED STATES |
| INFORMANT'S NAME | HELMER, KATHY |
| RELATIONSHIP TO DECEDENT | DAUGHTER |
| INFORMANT'S ADDRESS | 7582 BARATARIA BLVD., MARRERO, LA 70072 UNITED STATES |
| EDUCATION: 8TH GRADE OR LESS | |
| OF HISPANIC ORIGIN?: NO, NOT SPANISH/HISPANIC/LATINO | |
| RACE: WHITE | |

### DEATH INFO

| Field | Value |
|---|---|
| PLACE OF DEATH | DECEDENT'S HOME |
| FACILITY NAME | |
| FACILITY ADDRESS | 943 JEAN LAFITTE BLVD., LAFITTE, LA 70067 UNITED STATES |
| PARISH/COUNTY | JEFFERSON |

### DISPOSITION

| Field | Value |
|---|---|
| METHOD OF DISPOSITION | BURIAL |
| PLACE OF DISPOSITION | ST. PIUS X MAUSOLEUM |
| PLACE OF DISPOSITION - (CITY, STATE, COUNTRY) | CROWN POINT, LA UNITED STATES |
| DATE OF DISPOSITION | 04/11/2016 |

### FUNERAL FACILITY

| Field | Value |
|---|---|
| FUNERAL FACILITY NAME | MOTHE FUNERAL HOMES, LLC - MARRERO |
| ADDRESS OF FUNERAL FACILITY | 7040 LAPALCO BLVD., MARRERO, LA 70059 UNITED STATES |
| NAME OF FUNERAL DIRECTOR | ILLG, KATHRYN M |
| LICENSE NUMBER | U1584 |
| CORONER NOTIFIED? | Y |
| SIGNATURE OF FUNERAL DIRECTOR | 'e-sign' |
| DATE | 4/13/2016 |

### MEDICAL INFO

| Field | Value |
|---|---|
| MANNER OF DEATH | NATURAL |
| IF FEMALE? | NOT APPLICABLE |
| DID TOBACCO USAGE CONTRIBUTE TO DEATH? | NO |

### CAUSE OF DEATH

PART I. Enter the chain of events — diseases, injuries, or complications — that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | | APPROXIMATE INTERVAL: Onset to Death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. END STAGE CONGESTIVE HEART FAILURE | UNK |
| Sequentially list conditions, if any, leading to the cause listed on line a. | b. CORONARY ARTERY DISEASE | UNK |
| Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | c. ATRIAL FIBRILLATION | UNK |
| | d. DIABETES MELLITUS | UNK |

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I.

HIGH BLOOD PRESSURE

| WAS AN AUTOPSY PERFORMED? | NO |
|---|---|
| FINDINGS USED IN DETERMINING CAUSE? | NOT APPLICABLE |

### INJURY INFORMATION

| PLACE OF INJURY | DATE OF INJURY | TIME OF INJURY | INJURY AT WORK | IF TRANSPORTATION INJURY, SPECIFY: |
|---|---|---|---|---|
| | | | | |

LOCATION OF INJURY - (STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTRY)

PARISH/COUNTY

DESCRIBE HOW INJURY OCCURRED

### CERTIFIER

I CERTIFY THAT I ATTENDED THE DECEDENT FROM 2/4/2016 TO 4/8/2016 AND THAT DEATH OCCURED ON THE DATE AND HOUR STATED AND DUE TO THE CAUSE(S) AND MANNER STATED.

| Field | Value |
|---|---|
| SIGNATURE OF CERTIFIER | 'e-sign' |
| DATE | 4/12/2016 |
| CERTIFIER NAME | SIMONSON, CHARLES |
| CERTIFIER TITLE | CERTIFYING PHYSICIAN |
| CERTIFIER ADDRESS | 1255 AVENUE D, MARRERO, LA 70072 UNITED STATES |
| BURIAL TRANSIT PERMIT | 168716 |
| PARISH OF ISSUE | ORLEANS |
| DATE OF ISSUE | 04/09/2016 |
| DATE FILED WITH REGISTRAR | 4/13/2016 |

### REGISTRAR

SIGNATURE OF REGISTRAR: DEVIN GEORGE & Associates

Micheal Hingle & Associates

ISSUED BY: Ball, Sandra

Issued On: 4/18/2016 1:12:09 PM



004900400

A REPRODUCTION OF THIS DOCUMENT IS VOID AND INVALID
DO NOT ACCEPT

NOV 17 2016

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF A CERTIFICATE OR DOCUMENT REGISTERED WITH THE VITAL RECORDS REGISTRY OF THE STATE OF LOUISIANA, PURSUANT TO LSA - R.S.40:32, ET SEQ.

DEVIN GEORGE
STATE REGISTRAR

