TWENTY FOURTH JUDICIAL DISTRICT COURT

PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 763649     DIVISION " B "

JOINT SUCCESSION OF MARTIN RAMOS ALEXIE, JR.
AND EVIDA LILLIAN SCHULTZ ALEXIE

FILED: _____      _____

DEPUTY CLERK

## AMENDED JUDGMENT OF POSSESSION

IT IS ORDERED, ADJUDGED AND DECREED that Larry James Alexie, Kathy Alexie Helmer, Corkey Anthony Alexie, Sr., Claudia Alexie Helmer and Marty Allen Alexie are hereby recognized as the only heirs and children of Martin Ramos Alexie, Jr. and Evida Lillian Schultz Alexie and as such they are hereby placed in possession of all of the decedents property including the immovable real property more fully described as follows:

THAT PORTION OF GROUND, together with all the buildings and improvements thereon and all the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the Parish of Jefferson, State of Louisiana, in that portion thereof known as ROSE THORNE SUBDIVISION, T 15 S, R 23 E, in accordance with that certain plan of resubdivision by Dufrene Surveying & Engineering, Inc., dated March 11, 2002, approved by the Mayor and Board of Aldermen of the Town of Jean Lafitte on May 8, 2002. Recorded in Jefferson Parish, Louisiana, in COB 3075, folio 150, Entry No. 10228132, and according to which said piece or portion of ground is designated as follows:

Lot P-2-F

Improvements thereon bear the Municipal No. 943 Jean Lafitte Boulevard.

Being a portion of the same property acquired by Evida Schultz, by act of partition dated December 29, 1964, before Waverly A. Henning, Notary Public, registered at COB 606, Folio 227, of the records of the Parish of Jefferson.

IT IS ALSO ORDERED, ADJUDGED AND DECREED that all banks, trust companies, insurance companies, and all other persons, partnerships, unincorporated associations, or corporations having on deposit, or in their possession, or under their control, any money, credit, stocks, dividends, bonds, or other property belonging to the decedents are hereby required to deliver them to the heirs named above, in equal portions.

It is further ordered, adjudged and decreed that Larry James Alexie, Kathy Alexie Helmer, Corkey Anthony Alexie, Sr., Claudia Alexie Helmer and Marty Allen Alexie shall share equally in any and all lawsuits that were being pursued by Evida Lillian

Michael Hingle & Associates

NOV 1 7 2016

Slidell

Schultz Alexie at the time of her death.

It is further ordered, adjudged and decreed that Larry James Alexie, Kathy Alexie Helmer, Corkey Anthony Alexie, Sr., Claudia Alexie Helmer and Marty Allen Alexie be placed in possession of Regions Bank Account Number 010852033.

Judgment signed in Chambers at Gretna, Louisiana, this the 16 day of August, 2016.

_____
Judge

S/ HENRY G SULLIVAN, JR.

August 11, 2016
I, HEREBY CERTIFY THAT ALL COSTS INCURRED IN THIS MATTER HAVE BEEN PAID.
_____
DEPUTY CLERK

Michael Hingle & Associates

NOV 17 2016

Slidell