UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  :
PRODUCTS LIABILITY LITIGATION :   MDL No. 2592
                              :
                              :   SECTION L
                              :
                              :   JUDGE ELDON E. FALLON
                              :
                              :   MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Michael Ulm

CA# 2:15-cv-1694

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Michael Ulm on June 5, 2015.

Dated: January 4, 2017

                                                  Respectfully submitted,

                                                  By:   /s/ Daniel J. Carr

                                                  Joseph C. Peiffer, La. Bar # 26459
                                                  Daniel J. Carr, La. Bar # 31088
                                                  PEIFFER ROSCA WOLF
                                                  ABDULLAH CARR & KANE
                                                  A Professional Law Corporation
                                                  201 St. Charles Avenue, Suite 4610
                                                  New Orleans, Louisiana  70170-4600
                                                  Telephone:  (504) 523-2434
                                                  Facsimile:  (504) 523-2464
                                                  Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.  
THE MICHAEL BRADY LYNCH FIRM  
127 West Fairbanks Ave. #528  
Winter Park, Florida 32789  
Office: (877) 513-9517  
Fax: (321) 972-3568  
Cell: (321) 239-8026  
Email: michael@mblynchfirm.com  

*Attorneys for the Plaintiff*

Certificate of Service

I hereby certify that on January 4, 2017, a copy of the above and foregoing *Suggestion of Death* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ *Daniel J. Carr*