# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Shirley Andersen*                                                                                          2:15-cv-00704

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Mary Bade, surviving natural daughter of Shirley Andersen, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure moves to substitute herself as Plaintiff in this action based on the death of Shirley Andersen. The death certificate is attached hereto as Exhibit 1. Counsel for defendants do not oppose this Motion.

A Notice and Suggestion of Death was previously filed in this matter on December 30, 2016.

Dated: January 4, 2017

                                                                            Respectfully submitted,

                                                                            MURPHY LAW FIRM, LLC

                                                                            s/*Peyton P. Murphy*
                                                                            PEYTON P. MURPHY (LA # 22125)
                                                                            2354 S. Acadian Thwy.
                                                                            Baton Rouge, LA  70808
                                                                            Telephone: (225) 928-8800
                                                                            Facsimile: (225) 246-8780
                                                                            Email: peyton@murphylawfirm.com

s/*Todd C. Comeaux*
TODD C. COMEAUX (LA # 23453)
4880 Bluebonnet Blvd., Suite A
Baton Rouge, LA 70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2017, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*s/Peyton P. Murphy*
PEYTON P. MURPHY

# EXHIBIT 1

# WISCONSIN CERTIFICATE OF VITAL RECORD

## STATE OF WISCONSIN
### DEPARTMENT OF HEALTH SERVICES
### ORIGINAL CERTIFICATE OF DEATH

**STATE FILE DATE:** JANUARY 04, 2016
**STATE FILE NUMBER:** 2015050066

### FACT OF DEATH

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME – First | SHIRLEY |
| Middle | E |
| Last | ANDERSEN |
| 2. SOCIAL SECURITY NUMBER | 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 |
| 3. DATE PRONOUNCED DEAD | DECEMBER 24, 2015 |
| 4. TIME PRONOUNCED DEAD (24hr) | 18:58 |
| 5. AGE | 78 YEARS |
| 6. DATE OF BIRTH | MAY 20, 1937 |
| 7. SEX | FEMALE |
| 8. CITY, VILLAGE, OR TOWNSHIP OF DEATH | BIG FLATS (TOWN) |
| 9. COUNTY OF DEATH | ADAMS |
| 10. PLACE OF DEATH | DECEDENT'S RESIDENCE - HOSPICE CARE |
| 11. FACILITY NAME AND ADDRESS OF DEATH | 1111 COUNTY ROAD C (HEARTLAND HOSPICE-STEVENS POINT) |
| 12. RESIDENCE ADDRESS | 1111 COUNTY ROAD C |
| 13. RESIDENCE CITY, VILLAGE, OR TOWNSHIP | BIG FLATS (TOWN) |
| 14. RESIDENCE COUNTY | ADAMS |
| 15. RESIDENCE STATE | WISCONSIN |
| 16. MARITAL STATUS | WIDOWED |
| 17. WI DOMESTIC PARTNERSHIP | NO |
| 18. SURVIVING SPOUSE'S BIRTH NAME | |
| 19. STATE OF BIRTH | WISCONSIN |
| 20. DECEDENT'S BIRTH LAST NAME | HASKINS |
| 21. FATHER'S BIRTH NAME | ENOCH HASKINS |
| 22. MOTHER'S BIRTH NAME | GLADYS MILLER |
| 23. INFORMANT'S NAME | TRACY CAMPBELL |
| 24. INFORMANT'S MAILING ADDRESS | 1119 COUNTY ROAD C, ARKDALE, WI 54613 |
| 25. NAME AND ADDRESS OF FUNERAL FACILITY | ROSEBERRYS FUNERAL HOME INC, 512 MAIN ST, FRIENDSHIP, WI 53934 |
| 26. FUNERAL DIRECTOR'S NAME | ROSEBERRY, TAMMY |
| 27. DATE SIGNED | DECEMBER 31, 2015 |
| 28. MANNER OF DEATH | NATURAL |
| 29. TYPE OF MEDICAL CERTIFIER | CORONER/MEDICAL EXAMINER |
| 30. MEDICAL CERTIFIER'S NAME AND TITLE | MARILYN ROGERS, MEDICAL EXAMINER |
| 31. DATE SIGNED | DECEMBER 31, 2015 |
| 32. DATE OF DEATH | DECEMBER 24, 2015 |
| 33. TIME OF DEATH (24hr) | 18:00 (ESTIMATED) |
| 34. MEDICAL CERTIFIER'S MAILING ADDRESS | PO BOX 278, FRIENDSHIP, WI 53934 |

### EXTENDED FACT OF DEATH

| Field | Value |
|---|---|
| 35. USUAL OCCUPATION | HOMEMAKER |
| 38. KIND OF BUSINESS/INDUSTRY | OWN HOME |
| 37. EVER IN US ARMED FORCES | NO |
| 38. DECEDENT TRIBAL MEMBER | NO |
| TRIBE NAME(S) | |
| 39. METHOD OF DISPOSITION | CREMATION |
| 40. PLACE AND LOCATION OF DISPOSITION | NIEBULL CEMETERY, BIG FLATS, WISCONSIN |
| 41. PART I. The conditions listed are the diseases, injuries, or complications that caused death. Conditions leading to the immediate cause are listed sequentially and the underlying cause is listed last. | Interval Between Onset and Death |
| Immediate Cause: (a) | COMPLICATIONS OF SEVERE CEREBRAL INFARCT — DAYS |
| Due to or as a consequence of: (b) | |
| Due to or as a consequence of: (c) | |
| Due to or as a consequence of: (d) | |
| 41. PART II. OTHER SIGNIFICANT CONDITIONS contributing to death but not resulting in the underlying cause given in Part I. | ATRIAL FIBRILLATION, PRIOR MYOCARDIAL INFARCTION; DIABETES; CORONARY ARTERY DISEASE; CONGESTIVE HEART FAILURE; HYPERTENSION; MORBID OBESITY |
| 42. AUTOPSY PERFORMED | NO |
| 43. DATE OF INJURY | |
| 44. TIME OF INJURY (24hr) | |
| 45. INJURY AT WORK | |
| 46. PLACE OF INJURY | |
| 47. LOCATION OF INJURY | |
| 48. COUNTY OF INJURY | |
| 49. IF INJURY STATED ANYWHERE IN CAUSE OF DEATH (Part I or Part II), DESCRIBE HOW IT OCCURRED | |

**NO AMENDMENTS PRESENT**

I certify that this document contains a true and correct reproduction of facts on file with the Wisconsin Vital Records Office.

*[signature]*
JODI M HELGESON
ADAMS COUNTY REGISTER OF DEEDS

Date Issued: JANUARY 04, 2016

1674902
15247864