UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Leroy Jackson*                                                                                                       *2:16-cv-07279*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Barbara Jackson, surviving spouse of and Personal Representative for the estate of Leroy Jackson, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure moves to substitute herself as Plaintiff in this action based on the death of Leroy Jackson. The death certificate is attached hereto as Exhibit 1. The Letters of Authority for the Personal Representative is attached hereto as Exhibit 2. Counsel for defendants do not oppose this Motion.

A Notice and Suggestion of Death was previously filed in this matter on December 30, 2016.

Dated: January 4, 2017

                                                     Respectfully submitted,

                                                     MURPHY LAW FIRM, LLC

                                                     s/*Peyton P. Murphy*
                                                     PEYTON P. MURPHY (LA # 22125)
                                                     2354 S. Acadian Thwy.
                                                     Baton Rouge, LA  70808
                                                     Telephone: (225) 928-8800
                                                     Facsimile: (225) 246-8780
                                                     Email: peyton@murphylawfirm.com

                                                          s/*Todd C. Comeaux*
                                        TODD C. COMEAUX (LA # 23453)
                                        4880 Bluebonnet Blvd., Suite A
                                        Baton Rouge, LA  70809
                                        Telephone: (225) 706-9000
                                        Facsimile: (225) 706-9001
                                        Email: tc@comeauxlawfirm.com

                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2017, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/*Peyton P. Murphy*
PEYTON P. MURPHY

# EXHIBIT 1

# STATE OF MICHIGAN
## CERTIFICATION OF VITAL RECORD
### COUNTY OF KENT

**STATE OF MICHIGAN**
**DEPARTMENT OF COMMUNITY HEALTH**
**CERTIFICATE OF DEATH**

STATE FILE NUMBER: 221688

1. DECEDENT'S NAME: Leroy Jackson
2. DATE OF BIRTH: March 22, 1931
3. SEX: Male
4. DATE OF DEATH: April 30, 2016
5. NAME AT BIRTH OR OTHER NAME USED FOR PERSONAL BUSINESS: Leroy Jackson
6a. AGE - Last Birthday (Years): 85
7a. LOCATION OF DEATH: Spectrum Health Butterworth Hospital
7b. CITY, VILLAGE OR TOWNSHIP OF DEATH: Grand Rapids
7c. COUNTY OF DEATH: Kent
8a. CURRENT RESIDENCE - STATE: Michigan
8b. COUNTY: Kent
8c. LOCALITY: Grand Rapids
8d. STREET AND NUMBER: 3225 Dawes Avenue South-East
8e. ZIP CODE: 49508
9. BIRTH PLACE: McComb, Mississippi
10. SOCIAL SECURITY NUMBER: 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
11. DECEDENT'S EDUCATION: High school graduate
12. RACE: Black
13a. ANCESTRY: African-American
13b. HISPANIC ORIGIN: No
14. EVER IN THE U.S. ARMED FORCES?: Yes
15. USUAL OCCUPATION: General Laborer
16. KIND OF BUSINESS OR INDUSTRY: Automotive
17. MARITAL STATUS: Married
18. NAME OF SURVIVING SPOUSE: Barbara Jean Benton
19. FATHER'S NAME: Matthee Jackson
20. MOTHER'S NAME BEFORE FIRST MARRIED: Lula Brown
21a. INFORMANT'S NAME: Barbara Jackson
21b. RELATIONSHIP TO DECEDENT: Wife
21c. MAILING ADDRESS: 3225 Dawes Ave. SE, Grand Rapids Michigan 49508
22. METHOD OR DISPOSITION: Burial
23a. PLACE OF DISPOSITION: Kent Memorial Gardens
23b. LOCATION: Grand Rapids, Michigan
24. SIGNATURE OF MORTUARY SCIENCE LICENSEE: Michael D. Johnson Sr.
25. LICENSE NUMBER: 4501005464
26. NAME AND ADDRESS OF FUNERAL FACILITY: Browns Funeral Home Ltd., 627 Jefferson Ave SE, Grand Rapids, Michigan 49503
27a. CERTIFIER: Certifying Physician — Simon Beg, MD
28a. ACTUAL OR PRESUMED TIME OF DEATH: 07:20 PM
28b. PRONOUNCED DEAD ON: April 30, 2016
28c. TIME PRONOUNCED DEAD: 07:20 PM
29. MEDICAL EXAMINER CONTACTED: No
30. PLACE OF DEATH: Hospital
31. IF HOSPITAL: Emergency room
27b. DATE SIGNED: May 04, 2016
27c. LICENSE NUMBER: 4301082149
34. NAME AND ADDRESS OF CERTIFYING PHYSICIAN: Simon Beg, MD, 750 Fuller Ave. NE, Grand Rapids, Michigan 49503
35b. DATE FILED: May 05, 2016

36. PART I: End Stage Systolic CHF — Approximate Interval Between Onset and Death: 3 Months

PART II. OTHER SIGNIFICANT CONDITIONS: CKD COPD HTN OSA

37. DID TOBACCO USE CONTRIBUTE TO DEATH?: Probably
39. MANNER OF DEATH: Natural
40a. WAS AN AUTOPSY PERFORMED?: No
40b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?: Not Applicable

---

I, MARY HOLLINRAKE, CLERK OF THE CIRCUIT COURT OF KENT COUNTY, DO HEREBY CERTIFY that the foregoing is a true and correct transcript of the original record on file in the office of the County Clerk.

DATED: 05/09/2016

MARY HOLLINRAKE
COUNTY CLERK

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# EXHIBIT 2

Approved, SCAO

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF KENT | LETTERS OF AUTHORITY FOR<br>PERSONAL REPRESENTATIVE | FILE NO.<br>16-199695-DE | JIS CODE: LET |

Estate of Leroy Jackson

TO: Name, address, and telephone no.
Barbara Jackson
3225 Dawes Ave SE
Grand Rapids MI 49508

Telephone no. 616 243 2185

You have been appointed and qualified as personal representative of the estate on **7/29/16**. You are authorized to do and perform all acts authorized by law unless exceptions are specified below:

☐ Your authority is limited in the following way:
  ☐ You have not authority over the estate's real estate or ownership interests in a business entity that you identified on your acceptance of appointment.
  ☐ Other restrictions or limitations are:

☐ These letters expire: _____ Date

Date: July 29, 2016

Judge (formal proceedings) / Register (informal proceedings)  Bar no.

SEE NOTICE OF DUTIES ON SECOND PAGE

Attorney name (type or print)  Bar no.
Address
City, state, zip  Telephone no.

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

Date: AUG 10 2016

Deputy register

REC'D & FILED
JUL 29 2016
KENT COUNTY PROBATE COURT

PC 572 (2/13) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE

MCL 700.3103, MCL 700.3307, MCL700.3414,
MCL 700.3504, MCL 700.3601
MCR 5.202, MCR 5.06, MCR 5.307, MCR 5.310

Approved, SCAO

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF KENT | REGISTER'S STATEMENT | FILE NO.<br>16-199695-DE | JIS COD: RIO |
|---|---|---|---|

Estate of _Leroy Jackson_

1. An application has been filed requesting
   - ☐ informal probate of the will of the above named decedent.
   - ☒ the appointment of a personal representative.
   - ☐ the previously administered estate be reopened.
   - ☐ appointment of a successor personal representative.
2. Upon consideration of the application, I determine that all of the following are true:
   a. Venue is proper.
   b. The application is complete and made in accordance with MCL 700.3301 or MCR 5.312.
   c. The applicant appears to be an interested person.
   - ☐ d. An original, properly executed, and apparently unrevoked will dated _____ is in my possession. _____ with codicil(s) dated _____
   - ☐ An authenticated copy of the will and codicil(s) probated in _____ County _____ is offered for informal proceedings and documents establishing probate in another state are in my possession.
   e. The application is not within MCL 700.3304 or MCR 5.144
   - ☐ f. A will to which the requested appointment relates has been formally or informally probated.
   - ☒ g. ☒ The person whose appointment is sought has priority to the appointment, with or without appropriate nomination and/or renunciation.
   - ☐ The applicant gave notice of his/her intention to seek an informal appointment to each person having a prior or equal right to an appointment not waived in writing and filed with the court.
   - ☐ h. There is good cause to reopen the previously administered estate and appoint a personal representative. The estate was not closed under supervised administration.
3. ☐ The will dated _____ with codicils dated _____ is admitted to informal probate.
4. ☒ X _Barbara Jackson_ is appointed
   - ☒ personal representative ☐ special personal representative ☐ successor personal representative
   of the decedent's estate and upon filing a statement of acceptance, letters shall issue to that personal representative
   - ☒ without bond. ☐ Upon filing a bond in the amount of $ _____.
   After qualification, the personal representative shall comply with all relevant requirements under law.
5. ☐ The application is denied because:
   - ☐ a personal representative has been appointed in this or another county of this state and continues to serve.
   - ☐ This or another will of the decedent has been the subject of a previous probate order.
   - ☐ The probate relates to one or more of a known series of testamentary instruments, the latest of which does not expressly revoke the earlier.
   - ☐ other:
6. ☐ The estate is reopened.    ☐ Letters of authority expire _____

July 29, 2016
Date

Register Susan B. Flakne

Attorney name (type or print) _____  Bar no. _____

Address _____  City, state, zip _____  Telephone No. _____

Do not write below this line - For court use only

REC'D & FILED
JUL 29 2016
By: _____
KENT COUNTY
PROBATE COURT

568 (9/05) REGISTER'S STATEMENT

MCL 700.3302, MCL 700.3303, MCL 700.3304, MCL 700.3305, MCL 700.3308, MCL 700.3601, MCR 5.309, MCR 5.312