UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Leroy Jackson*                                                                                                   *2:16-cv-07279*

## ORDER

      IT IS ORDERED that the Motion for Substitution of Barbara Jackson, surviving spouse of and Personal Representative for the estate of Leroy Jackson, as the Plaintiff in this action is HEREBY GRANTED.

      New Orleans, Louisiana, this _____ day of _____, 201___.

 

_____
UNITED STATES DISTRICT JUDGE