UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Blanch Rivers*                                                                                     *2:16-cv-07617*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Syrinia Singleton, surviving natural daughter of and Personal Representative for the estate of Blanch Rivers, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure moves to substitute herself as Plaintiff in this action based on the death of Blanch Rivers. The death certificate is attached hereto as Exhibit 1. The Certificate of Appointment of the Personal Representative is attached hereto as Exhibit 2. Counsel for defendants do not oppose this Motion.

A Notice and Suggestion of Death was previously filed in this matter on December 30, 2016.

Dated: January 4, 2017

                                              Respectfully submitted,

                                              MURPHY LAW FIRM, LLC

                                              s/*Peyton P. Murphy*
                                              PEYTON P. MURPHY (LA # 22125)
                                              2354 S. Acadian Thwy.
                                              Baton Rouge, LA  70808
                                              Telephone: (225) 928-8800
                                              Facsimile: (225) 246-8780
                                              Email: peyton@murphylawfirm.com

                                    s/*Todd C. Comeaux*
                                    TODD C. COMEAUX (LA # 23453)
                                    4880 Bluebonnet Blvd., Suite A
                                    Baton Rouge, LA  70809
                                    Telephone: (225) 706-9000
                                    Facsimile: (225) 706-9001
                                    Email: tc@comeauxlawfirm.com

                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2017, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/*Peyton P. Murphy*
PEYTON P. MURPHY

# EXHIBIT 1



**STATE OF SOUTH CAROLINA**
**CERTIFICATION OF VITAL RECORD**

# DEATH CERTIFICATION

STATE FILE NUMBER: 139-16-005219

DECEDENT'S NAME: *BLANCH RIVERS*
AKA's: NA
ARMED FORCES: NO
DATE OF BIRTH: APRIL 01, 1937
TYPE OF PLACE OF DEATH: DECEDENT'S HOME
NAME AND ADDRESS OF PLACE OF DEATH: 120 WEST HAMILTON STREET, LINCOLNVILLE, SC 29485
PLACE OF DISPOSITION: JOHNSON CEMETERY
DISPOSITION LOCATION: NORTH CHARLESTON, SOUTH CAROLINA
METHOD OF DISPOSITION: BURIAL
DECEDENT'S RESIDENCE: 120 WEST HAMILTON STREET, LINCOLNVILLE, CHARLESTON COUNTY, SC, 29485
PLACE OF BIRTH: SOUTH CAROLINA

SEX: FEMALE
SOCIAL SECURITY NUMBER: 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

AGE: 78 YEARS
COUNTY OF DEATH: CHARLESTON

MARITAL STATUS: WIDOWED (AND NOT REMARRIED)

SURVIVING SPOUSE'S NAME: NA
FATHER'S NAME: LEVI MILLIGAN
MOTHER'S NAME PRIOR TO FIRST MARRIAGE: MARIE NELSON
INFORMANT'S NAME: SYRINIA SINGLETON
MAILING ADDRESS: 120 W HAMILTON STREET, LINCOLNVILLE, SC, 29485
FUNERAL HOME: HILTONS MORTUARY, 1852 E. MONTAGUE AVE, NORTH CHARLESTON, SC, 29405
FUNERAL DIRECTOR: COAKLEY A. HILTON
EMBALMER'S NAME: LEONARD M HILTON
ACTUAL OR PRESUMED DATE OF DEATH: FEBRUARY 05, 2016
ACTUAL OR PRESUMED TIME OF DEATH: 1200
CAUSE OF DEATH - PART I
HEART FAILURE

RELATIONSHIP: FAMILY MEMBER

LICENSE NUMBER: 1853
LICENSE NUMBER: 1602
MANNER OF DEATH: NATURAL

OTHER SIGNIFICANT CONDITIONS - PART II:
NA
CORONER CONTACTED? YES            AUTOPSY PERFORMED? NO       AUTOPSY AVAILABLE? NA
DATE OF INJURY: NA                TIME OF INJURY: NA          INJURY AT WORK? NA
PLACE OF INJURY: NA
LOCATION OF INJURY: NA
HOW THE INJURY OCCURRED?
NA
CERTIFIER NAME AND TITLE: MD ELIZABETH T. WHIRRETT        LICENSE NUMBER: 21948
CERTIFIER'S ADDRESS: 4975 LACROSS RD, SUITE 200, NORTH CHARLESTON, SC, 29406
DATE FILED: FEBRUARY 09, 2016
DATE OF ISSUANCE: FEBRUARY 09, 2016
SPECIAL INSTRUCTIONS:
NA

SC04925027

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

Catherine E. Heigel
Director and State Registrar

Shae R. Sutton
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.

Revision Date: 07/31/2015



# EXHIBIT 2

STATE OF SOUTH CAROLINA                                   PROBATE COURT
COUNTY OF BERKELEY

IN THE MATTER OF:   BLANCH RIVERS

CASE NUMBER:   2016ES08-298

## CERTIFICATE OF APPOINTMENT

This is to certify that

SYRINIA R. SINGLETON

is the duly qualified

☒ Personal Representative
☐ Guardian
☐ Conservator
☐ Trustee

In the above matter and that this Appointment, having been executed on the 16TH day of MARCH, 2016 is now in full force and effect, including authorization to receive all monies, income, principal, interest & dividends of and belonging to said estate.

**RESTRICTIONS:**   NONE

Executed this 16TH day of MARCH, 2016

Keith W. Kornahrens, Probate Court Judge

Do not accept a copy of this Certificate
without the raised seal of the Probate Court

FORM #141PC (1/91)
62-1-305, 62-3-103, 62-5-304, 62-5-421, 62-7-201