**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*Blanch Rivers*                                                                                                              *2:16-cv-07617*

## ORDER

IT IS ORDERED that the Motion for Substitution of Syrinia Singleton, surviving natural daughter of and Personal Representative for the estate of Blanch Rivers, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this _____ day of _____, 201___.

                                                                                                                                                                                      _____
                                                                                                                                                                                       UNITED STATES DISTRICT JUDGE