UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lucy White*                                                                                                 *2:15-cv-06185*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Denise Nitinthorn, surviving natural daughter of Lucy White, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure moves to substitute herself as Plaintiff in this action based on the death of Lucy White. The death certificate is attached hereto as Exhibit 1. Counsel for defendants do not oppose this Motion.

A Notice and Suggestion of Death was previously filed in this matter on December 30, 2016.

Dated: January 4, 2017

                                             Respectfully submitted,

                                             MURPHY LAW FIRM, LLC

                                             s/*Peyton P. Murphy*
                                             PEYTON P. MURPHY (LA # 22125)
                                             2354 S. Acadian Thwy.
                                             Baton Rouge, LA 70808
                                             Telephone: (225) 928-8800
                                             Facsimile: (225) 246-8780
                                             Email: peyton@murphylawfirm.com

                                                      s/*Todd C. Comeaux*
                                                     TODD C. COMEAUX (LA # 23453)
                                                   4880 Bluebonnet Blvd., Suite A
                                                 Baton Rouge, LA  70809
                                                 Telephone: (225) 706-9000
                                                 Facsimile: (225) 706-9001
                                                 Email: tc@comeauxlawfirm.com

                                                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2017, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/*Peyton P. Murphy*
PEYTON P. MURPHY

# EXHIBIT 1

# WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
## BUREAU FOR PUBLIC HEALTH - VITAL REGISTRATION
### PHYSICIAN'S / MEDICAL EXAMINER'S CERTIFICATE OF DEATH
ROOM 165, 350 CAPITOL STREET, CHARLESTON, WV 25301

**STATE FILE NUMBER:** 004349

NAME OF DECEDENT: Lucy White

**DECEDENT**

1. DECEDENT'S NAME (First, Middle, Last): Lucy Marie White
2. SEX: F
3. DATE OF DEATH (Month, Day, Year): 2-22-2016
4. SOCIAL SECURITY NUMBER: 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
5a. AGE—Last Birthday (Years): 64
5b. UNDER 1 YEAR: Months / Days
5c. UNDER 1 DAY: Hours / Minutes
6. DATE OF BIRTH (Month, Day, Year): OCT. 31, 1951
7. BIRTHPLACE (City and State or Foreign Country): POWELTON, WV
8. WAS DECEDENT EVER IN U.S. ARMED FORCES? NO
9a. PLACE OF DEATH: ☒ Hospital Inpatient
9b. FACILITY NAME: RALEIGH GENERAL HOSPITAL
9c. CITY, TOWN, OR LOCATION OF DEATH: BECKLEY
9d. COUNTY OF DEATH: Raleigh
10. MARITAL STATUS: WIDOWED
11. SURVIVING SPOUSE: —
12a. DECEDENT'S USUAL OCCUPATION: HOMEMAKER
12b. KIND OF BUSINESS/INDUSTRY: IN OWN HOME
13a. RESIDENCE—STATE: WV
13b. COUNTY: FAYETTE
13c. CITY, TOWN, OR LOCATION: DANESE
13d. STREET AND NUMBER: 392 FLESHMAN CEMETERY ROAD
13e. INSIDE CITY LIMITS: YES
13f. ZIP CODE: 25831
14. WAS DECEDENT OF HISPANIC ORIGIN? NO
15. RACE: WHITE
16. DECEDENT'S EDUCATION: Elementary/High School: 12th

**PARENTS**

17. FATHER'S NAME: CLYDE OTIS WHITE
18. MOTHER'S NAME: BONNIE VIRGINIA BOGGS

**INFORMANT**

19a. INFORMANT'S NAME: DENISE NITANTHORN
19b. MAILING ADDRESS: 392 FLESHMAN CEMETERY ROAD DANESE WV 25831

**DISPOSITION**

20a. METHOD OF DISPOSITION: ☒ Burial
20b. PLACE OF DISPOSITION: WHITE CEMETERY
20c. LOCATION—City or Town, State: DANESE, WV
21. SIGNATURE OF FUNERAL SERVICE LICENSEE: James S. Wills
22. NAME AND ADDRESS OF FACILITY: WALLACE & WALLACE, INC, 283 MAIN ST. RAINELLE, WV 25962

**PRONOUNCING PHYSICIAN ONLY**

23a. Signature and Title: Brittany Karimian RN
23b. DATE SIGNED: 2-22-16
24. TIME OF DEATH: 0440
25. DATE PRONOUNCED DEAD: February 22, 2016
26. WAS CASE REFERRED TO MEDICAL EXAMINER/CORONER? No

**CAUSE OF DEATH**

27. PART I.
a. IMMEDIATE CAUSE: upper GI bleeding, Esophageal varices
b. DUE TO: Cirrhosis
c. 
d. 

PART II. Other significant conditions: —

28a. WAS AN AUTOPSY PERFORMED? No
28b. WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH? —

29. MANNER OF DEATH: ☒ Natural

**CERTIFIER**

31a. CERTIFIER: ☒ CERTIFYING PHYSICIAN
31b. SIGNATURE AND TITLE OF CERTIFIER: K. Saundera
31c. DATE SIGNED: 2-22-2016
32. NAME AND ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH: Kamal Saundera, 1710 Harper Road, Beckley WV 25832

**REGISTRAR**

33. REGISTRAR'S SIGNATURE: Lela Miller
34. DATE FILED: MAR 22 2016

FORM VS-002 (Rev. 7/2005)

# STATE OF WEST VIRGINIA



D0547299



This is to certify that this document is a true and accurate reproduction of an official record, or the facts abstracted from an official record, on file with:

Vital Statistics
Bureau for Public Health
West Virginia Department of Health and Human Resources
Charleston, West Virginia.

_Gary L. Thompson_
Gary L. Thompson
State Registrar

Date Certified: Mar 22, 2016

**The certified copy or information appears on the reverse side on multicolor surface. Document contains heat-sensitive stamp and watermark.**

**Do not accept without verifying watermark and heat-sensitive stamp.**

**WARNING!**
It is a crime punishable by fine and imprisonment to counterfeit or alter this certificate or to use the vital statistics record of another person for deceptive purposes.

WVDHHR-REVISED 11/2012