# EXHIBIT 2

P1
3/5
CODE 635

## 24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 751828                                                    DIVISION "O"

**SUCCESSION OF
LILLIAN MARY ULM WIFE OF AND
MICHAEL GEROGE ULM AKA MICHAEL GEROGE ULM, JR.**

*************************************************************

Scto
Atty
HOODED

LETTERS OF INDEPENDENT ADMINISTRATION

FILED
NOV 28 2016
DEPUTY CLERK

STATE OF LOUISIANA
PARISH OF JEFFERSON

This shall certify that on **November 17**, 2016, an application was made to the Judges of the 24th Judicial District Court for the Parish of Jefferson, Louisiana, by praying that Kenneth L. Dufour, be appointed Independent Administrator of the above-captioned succession.

Now know ye, that Kenneth L. Dufour has been appointed Independent Administrator, of the succession of Lillian Mary Ulm and that he has fulfilled al the requisites of law and shall have all of the rights, powers, authorities, privileges and duties of a succession representative, but without the necessity of application to or any action in or by the Court or the necessity of delay for objection.

Witness, the signature and seal of this Court, on this **28th** day of **NOV.** 2016.

Deputy Clerk

IMAGED NOV 28 2016