UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rufus Simmons*                                                                                   2:16-cv-07637

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Rosa Dorsey, surviving natural daughter of Rufus Simmons, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure moves to substitute herself as Plaintiff in this action based on the death of Rufus Simmons. The death certificate is attached hereto as Exhibit 1. Counsel for defendants do not oppose this Motion.

A Notice and Suggestion of Death was previously filed in this matter on December 30, 2016.

Dated: January 5, 2017

                                      Respectfully submitted,

                                      MURPHY LAW FIRM, LLC

                                      s/*Peyton P. Murphy*
                                      PEYTON P. MURPHY (LA # 22125)
                                      2354 S. Acadian Thwy.
                                      Baton Rouge, LA  70808
                                      Telephone: (225) 928-8800
                                      Facsimile: (225) 246-8780
                                      Email: peyton@murphylawfirm.com

                                                                     s/*Todd C. Comeaux*
                                                                     TODD C. COMEAUX (LA # 23453)
                                                                     4880 Bluebonnet Blvd., Suite A
                                                                     Baton Rouge, LA  70809
                                                                     Telephone: (225) 706-9000
                                                                     Facsimile: (225) 706-9001
                                                                     Email: tc@comeauxlawfirm.com

                                                                   *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2017, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/*Peyton P. Murphy*
PEYTON P. MURPHY

# EXHIBIT 1

# GEORGIA DEATH CERTIFICATE

State File Number: 2016GA000049712

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | RUFUS SIMMONS |
| 1a. IF FEMALE, ENTER LAST NAME AT BIRTH | |
| 2. SEX | MALE |
| 2a. DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 08/26/2016 |
| 3. SOCIAL SECURITY NUMBER | 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 |
| 4a. AGE (Years) | 82 |
| 4b. UNDER 1 YEAR (Mos. / Days) | |
| 4c. UNDER 1 DAY (Hours / Mins.) | |
| 5. DATE OF BIRTH (Mo., Day, Year) | 10/13/1933 |
| 6. BIRTHPLACE | GEORGIA |
| 7a. RESIDENCE - STATE | GEORGIA |
| 7b. COUNTY | DECATUR |
| 7c. CITY, TOWN | ATTAPULGUS |
| 7d. STREET AND NUMBER | 148 SIMMONS MCINTYRE ROAD |
| 7e. ZIP CODE | 39815 |
| 7f. INSIDE CITY LIMITS? | NO |
| 8. ARMED FORCES? | NO |
| 8a. USUAL OCCUPATION | PAVED ROADS |
| 8b. KIND OF INDUSTRY OR BUSINESS | CONSTURCTION |
| 9. MARITAL STATUS | WIDOWED |
| 10. SPOUSE NAME | JOANNE DICKEY SIMMONS |
| 11. FATHER'S FULL NAME (First, Middle, Last) | SANDY SIMMONS |
| 12. MOTHER'S MAIDEN NAME (First, Middle, Last) | ROSE SWAIN |
| 13a. INFORMANT'S NAME (First, Middle, Last) | ROSA DORSEY |
| 13b. RELATIONSHIP TO DECEDENT | DAUGHTER |
| 13c. MAILING ADDRESS | 87 AZALEA TRAIL HAVANA FLORIDA 32333 |
| 14. DECEDENT'S EDUCATION | 8TH GRADE COMPLETED |
| 15. ORIGIN OF DECEDENT (Italian, Mex., French, English, etc.) | NO, NOT SPANISH/HISPANIC/LATINO |
| 16. DECEDENT'S RACE (White, Black, American Indian, etc.) (Specify) | BLACK OR AFRICAN-AMERICAN |
| 17a. IF DEATH OCCURRED IN HOSPITAL | |
| 17b. IF DEATH OCCURRED OTHER THAN HOSPITAL (Specify) | DECEDENT'S HOME |
| 18. HOSPITAL OR OTHER INSTITUTION NAME (If not in either give street and no.) | 148 SIMMONS MCINTYRE ROAD |
| 19. CITY, TOWN or LOCATION OF DEATH | ATTAPULGUS |
| 20. COUNTY OF DEATH | DECATUR |
| 21. METHOD OF DISPOSITION (specify) | BURIAL |
| 22. PLACE OF DISPOSITION | MOUNT ARARAT MEMORIAL GARDENS 7793 TALLAHASSEE HIGHWAY ATTAPULGUS GEORGIA 39815 |
| 23. DISPOSITION DATE (Mo., Day, Year) | 09/03/2016 |
| 24a. EMBALMER'S NAME | PAUL CHANDLER |
| 24b. EMBALMER LICENSE NO. | EMB002509 |
| 25. FUNERAL HOME NAME | CHANDLERS FUNERAL HOME |
| 25a. FUNERAL HOME ADDRESS | 7775 TALLAHASSEE HIGHWAY ATTAPULGUS GEORGIA 39815 |
| 26a. SIGNATURE OF FUNERAL DIRECTOR | PAUL CHANDLER |
| 26b. FUN. DIR. LICENSE NO | 2873 |
| AMENDMENTS | |
| 27. DATE PRONOUNCED DEAD (Mo., Day, Year) | 08/26/2016 |
| 28. HOUR PRONOUNCED DEAD | 07:53 AM |
| 29a. PRONOUNCER'S NAME | DEWITT PHILLIPS |
| 29b. LICENSE NUMBER | |
| 29c. DATE SIGNED | 08/26/2016 |
| 30. TIME OF DEATH | 07:19 AM |
| 31. WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Of venticular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate Interval between onset and death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) A. | STAGE 4 LUNG CANCER | MONTHS |
| Due to, or as a consequence of B. | CONGESTIVE HEART FAILURE | YEARS |
| Due to, or as a consequence of C. | HYPERTENSION | YEARS |
| Due to, or as a consequence of D. | | |

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.
DIABETES, HYPERTENSION, CHRONIC OBSTRUCTIVE PULMONARY DISEASE

| Field | Value |
|---|---|
| 33. WAS AUTOPSY PERFORMED? | NO |
| 34. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35. TOBACCO USE CONTRIBUTED TO DEATH | PROBABLY |
| 36. IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37. ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED (Specify) | NATURAL |
| 38. DATE OF INJURY (Mo., Day, Year) | |
| 39. TIME OF INJURY | |
| 40. PLACE OF INJURY (Home, Farm, Street, Factory, Offce, Etc.) (Specify) | |
| 41. INJURY AT WORK? (Yes or No) | |
| 42. LOCATION OF INJURY (Street, Apartment Number, City or Town, State, Zip, County) | |
| 43. DESCRIBE HOW INJURY OCCURRED | |
| 44. IF TRANSPORTATION INJURY | |

45. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated; Medical Certifier (Name, Title, License No.)

46. On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated. Medical Examiner/Coroner (Name, Title, License No.)
/S/ DEWITT PHILLIPS  DEPUTY COR

| Field | Value |
|---|---|
| 45a. DATE SIGNED (Mo., Day, Year) | |
| 45b. HOUR OF DEATH | |
| 46a. DATE SIGNED (Mo., Day, Year) | 08/28/2016 |
| 46b. HOUR OF DEATH | 07:19 AM |

47. NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH
DEWITT PHILLIPS  P O  BOX 879 BAINBRIDGE GEORGIA 39819

48. REGISTRAR (Signature): /S/ DONNA L. MOORE

49. DATE FILED - REGISTRAR (Mo., Day, Year): 08/29/2016

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF HUMAN RESOURCES

DO NOT FOLD THIS CERTIFICATE