UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Rufus Simmons*                                                                       *2:16-cv-07637*

## ORDER

IT IS ORDERED that the Motion for Substitution of Rosa Dorsey, surviving natural daughter of Rufus Simmons, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this _____ day of _____, 201___.

_____
UNITED STATES DISTRICT JUDGE