MINUTE ENTRY
FALLON, J.
JANUARY 4, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

    A telephone status conference was held on this date in the chambers of Judge Eldon E. Fallon. The PSC was represented by Lenny Davis, Gerald Meunier, Brian Barr, Andy Birchfield, and Sindhu Daniel. Defendants were represented by Susan Sharko, Steve Glickstein, Chanda Miller, and Andy Solow.

    At the conference, the Court discussed (1) bellwether trial dates; and (2) orders to show cause.

JS10(00:30)