UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES LISTED BELOW | |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

## ORDER

On November 3, 2016, Defendants filed a Motion for Order to Show Cause as to Plaintiffs who allegedly failed to submit a Plaintiff Fact Sheet [R. Doc. 4432]. Plaintiffs on the attached Exhibit A have resolved the deficiencies raised in Defendants' Motion. Their actions may proceed accordingly.

New Orleans, Louisiana, on this 5th day of January, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge