## Exhibit A

### (Cases Initially Noticed for Alleged Failure to Submit Plaintiff Fact Sheet that Have Been Resolved)

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 1. | Adams, Diana Sue (Duplicate 1) | 2:15-cv-04185 | Howard & Reed |
| 2. | Adams, Diane Sue (Duplicate 2) | 2:15-cv-07123 | Howard & Reed |
| 3. | Aguilar, Josefina | 2:16-cv-06591 | Lenze Kamerrer Moss, PLC |
| 4. | Akin, Nyla | 2:16-cv-06531 | Slater, Slater Schulman, LLP |
| 5. | Albers, Rodney | 2:16-cv-06692 | Slater, Slater Schulman, LLP |
| 6. | Alexander, Jo Ann | 2:16-cv-09803 | Hissey Kientz, L.L.P. |
| 7. | Allen, Milton | 2:16-cv-02567 | Gori Julian & Associates, P.C. |
| 8. | Allison, Elizabeth | 2:16-cv-09554 | Slater, Slater Schulman, LLP |
| 9. | Amelung, George Allen | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 10. | America, Dedra | 2:16-cv-06874 | Slater, Slater Schulman, LLP |
| 11. | Amick, Jack | 2:16-cv-10384 | Slater, Slater Schulman, LLP |
| 12. | Anderson, Victoria | 2:16-cv-03681 | Fears Nachawati, PLLC |
| 13. | Arace, Frieda | 2:16-cv-15057 | Cochran Legal Group, LLP |
| 14. | Arce, Cheryl E. | 2:16-cv-13562 | James C. Ferrell, P.C. |
| 15. | Arnold, Walter | 2:16-cv-04050 | Grant & Eisenhofer P.A. |
| 16. | Assencoa, Joseph | 2:16-cv-12718 | Nemeroff Law Firm |
| 17. | Baker, James | 2:16-cv-10393 | Slater, Slater Schulman, LLP |
| 18. | Bank, Jacquelyn | 2:16-cv-10400 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 19. | Banks, Amy | 2:16-cv-06750 | Crumley Roberts |
| 20. | Barila, Claudia | 2:16-cv-10405 | Slater, Slater Schulman, LLP |
| 21. | Barnes, Joyce (Duplicate 2) | 2:16-cv-06878 | Slater, Slater Schulman, LLP |
| 22. | Barton, Martin | 2:16-cv-11089 | Douglas & London, P.C. |
| 23. | Bates, Roland | 2:16-cv-03946 | The Schlemmer Firm, LLC |
| 24. | Beaver, John | 2:16-cv-10411 | Slater, Slater Schulman, LLP |
| 25. | Bedilion, Erma | 2:16-cv-07508 | Fears Nachawati, PLLC |
| 26. | Bermudez, Dolores | 2:15-cv-05537 | Diez-Arguelles & Tejedor, P.A. |
| 27. | Black, Wanda | 2:16-cv-06616 | Bartimus Frickleton Robertson & Goza, PC;Goza Honnold Law Firm |
| 28. | Bonnell, Carmen | 2:15-cv-05196 | Diez-Arguelles & Tejedor, P.A. |
| 29. | Bostad, Wayne | 2:16-cv-04485 | Slater, Slater Schulman, LLP |
| 30. | Bowers, James | 2:16-cv-10422 | Slater, Slater Schulman, LLP |
| 31. | Brim, Herman | 2:16-cv-12701 | The Miller Firm, LLC |
| 32. | Brinkley, Gertrude | 2:16-cv-11084 | Douglas & London, P.C. |
| 33. | Bristow, Joesphine N. | 2:16-cv-08547 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 34. | Brown, Barbara J. | 2:16-cv-04754 | Grant & Eisenhofer P.A. |
| 35. | Brown, Donald C. | 2:16-cv-13495 | Kelly & Ferraro LLP |
| 36. | Brown, James | 2:16-cv-13500 | Kelly & Ferraro LLP |
| 37. | Brown, Victoria | 2:16-cv-01594 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 38. | Butler, Vernice | 2:16-cv-04489 | Slater, Slater Schulman, LLP |

00389030

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 39. | Calix, Daniel (Duplicate filer) | 2:16-cv-08690 | The Driscoll Firm, P.C. |
| 40. | Camacho, Baldermars | 2:16-cv-08659 | Slater, Slater Schulman, LLP |
| 41. | Campbell, Charles | 2:16-cv-15064 | Cochran Legal Group, LLP |
| 42. | Cannon, Brenda | 2:16-cv-07513 | Slater, Slater Schulman, LLP |
| 43. | Carey, William | 2:16-cv-15066 | Cochran Legal Group, LLP |
| 44. | Carroll, Gerald | 2:16-cv-07215 | Chaffin Luhana LLP |
| 45. | Carthledge, Gloria | 2:16-cv-13076 | Matthews & Associates |
| 46. | Casadesus-Rojas, Eva | 2:16-cv-10448 | Slater, Slater Schulman, LLP |
| 47. | Caulk, James | 2:16-cv-10449 | Slater, Slater Schulman, LLP |
| 48. | Ceasar, Ernestine | 2:16-cv-10445 | Slater, Slater Schulman, LLP |
| 49. | Chitwood, Helen | 2:16-cv-02566 | Gori Julian & Associates, P.C. |
| 50. | Cimber, Hugo | 2:16-cv-15070 | Cochran Legal Group, LLP |
| 51. | Clark, Cathy (Duplicate filer) | 2:16-cv-11079 | Douglas & London, P.C. |
| 52. | Clark, Frank | 2:16-cv-03002 | Fears Nachawati, PLLC |
| 53. | Clark, Karla Eagan | 2:16-cv-10534 | Slater, Slater Schulman, LLP |
| 54. | Cohen, Dedric | 2:16-cv-07517 | Slater, Slater Schulman, LLP |
| 55. | Cohen, Frances | 2:16-cv-09636 | Slater, Slater Schulman, LLP |
| 56. | Cooks, Nichole | 2:16-cv-03479 | Burke Harvey, LLC;Crumley Roberts |
| 57. | Coon, Gurney | 2:16-cv-11066 | Douglas & London, P.C. |
| 58. | Cornejo, Luzmila | 2:15-cv-05230 | Diez-Arguelles & Tejedor, P.A. |
| 59. | Crawford, Benjamin | 2:16-cv-12922 | Fears Nachawati, PLLC |
| 60. | Crosby, Cynthia | 2:16-cv-12245 | Hensley Legal Group, PC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 61. | Cummiskey, Daniel | 2:16-cv-09662 | Slater, Slater Schulman, LLP |
| 62. | Cunningham, John | 2:16-cv-09732 | Slater, Slater Schulman, LLP |
| 63. | Curless, Cassandra | 2:16-cv-10544 | Slater, Slater Schulman, LLP |
| 64. | Daniels, Hardenia | 2:16-cv-00992 | Peiffer Rosca Wolf Abdullah Carr & Kane |
| 65. | Davidson, Steven | 2:16-cv-15072 | Cochran Legal Group, LLP |
| 66. | Davis, Anna | 2:15-cv-06103 | Douglas & London, P.C. |
| 67. | Davis, Chastity | 2:16-cv-08807 | Hissey Kientz, L.L.P. |
| 68. | Davis, Walter | 2:16-cv-09736 | Slater, Slater Schulman, LLP |
| 69. | De Leon, Americo | 2:16-cv-15074 | Cochran Legal Group, LLP |
| 70. | Deal, Arch | 2:16-cv-010642 | Crumley Roberts |
| 71. | Degray, Karen F. | 2:16-cv-13581 | James C. Ferrell, P.C. |
| 72. | Denny, Wilmay | 2:16-cv-08027 | Slater, Slater Schulman, LLP |
| 73. | Densmore, Donald | 2:16-cv-12940 | Fears Nachawati, PLLC |
| 74. | Denton, Judy Irene | 2:16-cv-13071 | Motley Rice LLC |
| 75. | Desmarais, Roger | 2:16-cv-15076 | Cochran Legal Group, LLP |
| 76. | Diaz-Toro, Elliot | 2:16-cv-12941 | Fears Nachawati, PLLC |
| 77. | Dixon, Lessie (Duplicate 2) | 2:16-cv-12964 | Fears Nachawati, PLLC |
| 78. | Donajkowski, Rueben | 2:16-cv-15077 | Cochran Legal Group, LLP |
| 79. | Drake, Joseph | 2:16-cv-03501 | Burke Harvey, LLC;Crumley Roberts |
| 80. | Duarte, Juan (Duplicate filer) | 2:15-cv-05222 | Diez-Arguelles & Tejedor, P.A. |
| 81. | Dykstra, John | 2:16-cv-13003 | Fears Nachawati, PLLC |

00389030

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 82. | Edwards, Annie | 2:16-cv-06536 | Flint Law Firm, LLC |
| 83. | Eldridge, Carol (Duplicate filer) | 2:16-cv-07888 | Slater, Slater Schulman, LLP |
| 84. | Ellis, Richard | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 85. | Engel, Shirley | 2:16-cv-12907 | Fears Nachawati, PLLC |
| 86. | Evans, Harold | 2:16-cv-12888 | Fears Nachawati, PLLC |
| 87. | Fernandez, Octavio | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 88. | Finlon, Darlene | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 89. | Fischer, Michael | 2:16-cv-06591 | Lenze Kamerrer Moss, PLC |
| 90. | Fitzgerald, Madeline | 2:16-cv-10551 | Slater, Slater Schulman, LLP |
| 91. | Flood, Jesse | 2:16-cv-10656 | Crumley Roberts |
| 92. | Foreman, Ruby | 2:16-cv-10547 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 93. | Forsythe, Heather | 2:16-cv-09756 | Slater, Slater Schulman, LLP |
| 94. | Frank, Joseph | 2:16-cv-12958 | Fears Nachawati, PLLC |
| 95. | Franks, Leonard | 2:16-cv-12897 | Fears Nachawati, PLLC |
| 96. | French, Betty | 2:16-cv-13002 | Fears Nachawati, PLLC |
| 97. | Fritsche, Gladys L. | 2:16-cv-13595 | James C. Ferrell, P.C. |
| 98. | Gardner, Ronald | 2:16-cv-12906 | Fears Nachawati, PLLC |
| 99. | Garland, Kejay | 2:16-cv-06591 | Lenze Kamerrer Moss, PLC |
| 100. | Gary, Hazel | 2:16-cv-11095 | Douglas & London, P.C. |
| 101. | Gavin, Shelita | 2:16-cv-00329 | Jackson Allen & Williams, LLP |
| 102. | Giambastiani, Antonio | 2:16-cv-05846 | Romanucci & Blandin, LLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 103. | Gilbert, Tempera | 2:16-cv-10636 | Slater, Slater Schulman, LLP |
| 104. | Glidewell, Jerry | 2:16-cv-15105 | Cochran Legal Group, LLP |
| 105. | Godbee, Sherry | 2:15-cv-05097 | Sanders Law Firm, LLC |
| 106. | Gonzalez, Olga | 2:16-cv-15110 | Cochran Legal Group, LLP |
| 107. | Goode, Reynolds | 2:16-cv-15111 | Cochran Legal Group, LLP |
| 108. | Graham, Ann | 2:15-cv-01341 | Burnett Law Firm |
| 109. | Gray, Johnny | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 110. | Green, Cassandra | 2:16-cv-12884 | Fears Nachawati, PLLC |
| 111. | Green, Patricia | 2:16-cv-07566 | Fears Nachawati, PLLC |
| 112. | Greenamyer, Julie (Duplicate filer) | 2:16-cv-03519 | The Mulligan Law Firm |
| 113. | Guest, Anntonette | 2:16-cv-12313 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 114. | Gunter, Linda | 2:16-cv-12895 | Fears Nachawati, PLLC |
| 115. | Hall, Shearly | 2:16-cv-12609 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 116. | Hamrick, Robert | 2:16-cv-12837 | Nemeroff Law Firm |
| 117. | Hanson, Robert D. | 2:16-cv-08752 | Motley Rice LLC |
| 118. | Harris, Raymond | 2:16-cv-04837 | Burke Harvey, LLC; Crumley Roberts |
| 119. | Harvey, Phyllis | 2:16-cv-07670 | Hissey Kientz, L.L.P. |
| 120. | Hawthorne, Carolyn | 2:16-cv-11061 | Douglas & London, P.C. |
| 121. | Hayes, Helen | 2:16-cv-12890 | Fears Nachawati, PLLC |
| 122. | Haynes, Steven | 2:16-cv-07975 | Slater, Slater Schulman, LLP |
| 123. | Heaberlin, Doris | 2:16-cv-12839 | Nemeroff Law Firm |

00389030

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 124. | Headley, Helene (Duplicate 1) | 2:16-cv-12686 | The Miller Firm, LLC |
| 125. | Headley, Helene (Duplicate 2) | 2:16-cv-12690 | The Miller Firm, LLC |
| 126. | Heileman, Marie | 2:16-cv-09778 | Slater, Slater Schulman, LLP |
| 127. | Henn, Paula | 2:16-cv-10098 | Brown and Crouppen, P.C.; Niemeyer, Grebel & Kruse LLC |
| 128. | Herrine, James | 2:16-cv-09783 | Slater, Slater Schulman, LLP |
| 129. | Hibsch, James | 2:16-cv-04829 | Tor Hoerman Law LLC |
| 130. | Hicks, June | 2:16-cv-00033 | Goldberg, Weisman & Cairo, Ltd. |
| 131. | Higgins, Keisha | 2:16-cv-11577 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 132. | Hill, Connie | 2:16-cv-07981 | Slater, Slater Schulman, LLP |
| 133. | Hills, David | 2:16-cv-15119 | Cochran Legal Group, LLP |
| 134. | Holmes, Hilda | 2:16-cv-10742 | Slater, Slater Schulman, LLP |
| 135. | Honey, Billy | 2:16-cv-08021 | Slater, Slater Schulman, LLP |
| 136. | Honeycutt, William | 2:16-cv-10744 | Slater, Slater Schulman, LLP |
| 137. | Honness, Herbert | 2:16-cv-15121 | Cochran Legal Group, LLP |
| 138. | Houchin, Danny | 2:16-cv-12938 | Fears Nachawati, PLLC |
| 139. | Houchin, Jeffrey | 2:15-cv-06027 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 140. | Houston, Tommie | 2:16-cv-12841 | Nemeroff Law Firm |
| 141. | Hulme, Anne M. | 2:15-cv-06603 | Johnson Becker, PLLC |
| 142. | Humpal, Charles | 2:16-cv-12931 | Fears Nachawati, PLLC |
| 143. | Irons, Mary | 2:16-cv-12092 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

00389030

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 144. | Jackson, Edward R. | 2:16-cv-10746 | Slater, Slater Schulman, LLP |
| 145. | Jackson, Sherrail | 2:16-cv-08675 | Slater, Slater Schulman, LLP |
| 146. | Jacobs, Byron | 2:16-cv-09788 | Slater, Slater Schulman, LLP |
| 147. | James, Ruby Mae W. | 2:16-cv-13073 | Motley Rice LLC |
| 148. | James-Ness, Laura | 2:16-cv-12312 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 149. | Jankowski, Barbara | 2:16-cv-02489 | Grant & Eisenhofer P.A. |
| 150. | Johnson, Jean | 2:16-cv-06995 | Slater, Slater Schulman, LLP |
| 151. | Johnson, Marion | 2:16-cv-12617 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 152. | Johnson, Sheila | 2:16-cv-08917 | Slater, Slater Schulman, LLP |
| 153. | Jones, Barbara | 2:16-cv-11103 | Douglas & London, P.C. |
| 154. | Jones, Cecilia | 2:16-cv-08926 | Slater, Slater Schulman, LLP |
| 155. | Jones, Leslie K. | 2:16-cv-01466 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 156. | Jones, Valton | 2:16-cv-03546 | Burke Harvey, LLC; Crumley Roberts |
| 157. | Kalman, Brenda | 2:16-cv-08944 | Slater, Slater Schulman, LLP |
| 158. | Keeton, Marshall | 2:16-cv-10754 | Slater, Slater Schulman, LLP |
| 159. | Kemmitzer, Walter | 2:16-cv-02647 | Morgan & Morgan Complex Litigation Group |
| 160. | Kerl, Robert | 2:16-cv-12977 | Fears Nachawati, PLLC |
| 161. | King, Barbara | 2:16-cv-11045 | Douglas & London, P.C. |
| 162. | Kushnir, Raya | 2:16-cv-04526 | Slater, Slater Schulman, LLP |
| 163. | Kyle, Jimmie R. | 2:16-cv-07601 | Fears Nachawati, PLLC |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 164. | Labonte, David | 2:16-cv-12998 | Fears Nachawati, PLLC |
| 165. | Lankford, Vernnon | 2:16-cv-11098 | Douglas & London, P.C. |
| 166. | Lavoie, Richard | 2:16-cv-12971 | Fears Nachawati, PLLC |
| 167. | Leach, Lakeisha | 2:16-cv-09030 | Douglas & London, P.C. |
| 168. | Lee, James | 2:16-cv-08988 | Slater, Slater Schulman, LLP |
| 169. | Lee, Wilburn R. | 2:16-cv-11187 | Sweeney Merrigan Law |
| 170. | Lissol, Carin | 2:16-cv-11105 | Douglas & London, P.C. |
| 171. | Livoti, Thomas | 2:16-cv-12984 | Fears Nachawati, PLLC |
| 172. | Lloyd, Mary | 2:16-cv-09074 | Slater, Slater Schulman, LLP |
| 173. | Long, Monica | 2:16-cv-09086 | Slater, Slater Schulman, LLP |
| 174. | Longo, Marie | 2:16-cv-12847 | Nemeroff Law Firm |
| 175. | Lopez, Julio | 2:16-cv-09797 | Slater, Slater Schulman, LLP |
| 176. | Love, Lenora | 2:16-cv-12962 | Fears Nachawati, PLLC |
| 177. | Luster, Wilma | 2:16-cv-06624 | The Schlemmer Firm, LLC |
| 178. | Lutz, Frederick | 2:16-cv-10881 | Slater, Slater Schulman, LLP |
| 179. | Lux, John | 2:16-cv-01434 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 180. | Lyman, Terry | 2:16-cv-11048 | Douglas & London, P.C. |
| 181. | Mainor, Elaine | 2:16-cv-10886 | Slater, Slater Schulman, LLP |
| 182. | Mann, Jacqueline | 2:16-cv-09865 | Slater, Slater Schulman, LLP |
| 183. | Marable, Willie | 2:16-cv-15123 | Cochran Legal Group, LLP |
| 184. | Marek, Hubert | 2:16-cv-12255 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 185. | Marrazzo, Marie M. | 2:16-cv-02676 | Cellino & Barnes, P.C. |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 186. | Marshall, Wylamerle | 2:16-cv-10889 | Slater, Slater Schulman, LLP |
| 187. | Martinez, Domingo | 2:16-cv-06592 | The Michael Brady Lynch Firm |
| 188. | Matthews, Mark | 2:16-cv-12966 | Fears Nachawati, PLLC |
| 189. | Mazza, Lucille | 2:16-cv-03201 | Cellino & Barnes, P.C. |
| 190. | McCoy, James | 2:16-cv-12947 | Fears Nachawati, PLLC |
| 191. | McCoy, Leona May | 2:16-cv-13078 | Motley Rice LLC |
| 192. | McCoy, Wandaline (Duplicate filer) | 2:16-cv-12878 | Fears Nachawati, PLLC |
| 193. | McDaniel, Holly | 2:16-cv-11100 | Douglas & London, P.C. |
| 194. | McDonald, Denny | 2:16-cv-07015 | Slater, Slater Schulman, LLP |
| 195. | McGowen, Alma | 2:16-cv-10892 | Slater, Slater Schulman, LLP |
| 196. | McKay, Robert, Sr. | 2:16-cv-10884 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 197. | McLaughlin, Linda | 2:15-cv-05106 | Sanders Law Firm, LLC |
| 198. | McNamee, Sharon | 2:15-cv-07120 | Peterson & Associates, P.C. |
| 199. | McSorley, Bernard T. | 2:16-cv-07662 | Fears Nachawati, PLLC |
| 200. | Mendibles, Joe | 2:16-cv-11996 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 201. | Merrell, Judy | 2:16-cv-12960 | Fears Nachawati, PLLC |
| 202. | Meyers, Mary | 2:16-cv-09887 | Slater, Slater Schulman, LLP |
| 203. | Michel, Thomas (Duplicate filer) | 2:16-cv-12985 | Fears Nachawati, PLLC |
| 204. | Miller, Betty | 2:15-cv-06629 | Gori Julian & Associates, P.C. |
| 205. | Miller, Faye | 2:16-cv-12944 | Fears Nachawati, PLLC |
| 206. | Moon, I man | 2:16-cv-02605 | Ferrer, Poirot & Wansbrough |

00389030

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 207. | Moore, Preston | 2:16-cv-09264 | Slater, Slater Schulman, LLP |
| 208. | Mora, Jose | 2:16-cv-12957 | Fears Nachawati, PLLC |
| 209. | Morgan, Marisa | 2:16-cv-09268 | Slater, Slater Schulman, LLP |
| 210. | Morin, Rudolfo | 2:16-cv-15128 | Cochran Legal Group, LLP |
| 211. | Mouranie, Patricia | 2:16-cv-10256 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 212. | Nall, William | 2:16-cv-03533 | Slater, Slater Schulman, LLP |
| 213. | Nelson, Judy | 2:15-cv-06144 | Peiffer Rosca Wolf Abdullah Carr & Kane; The Michael Brady Lynch Firm |
| 214. | Newell, Gail | 2:16-cv-11585 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 215. | Nilsen, Michele | 2:16-cv-10925 | Slater, Slater Schulman, LLP |
| 216. | Nixon, Bernice | 2:16-cv-12924 | Fears Nachawati, PLLC |
| 217. | Nostrant, Edna Fay | 2:16-cv-09912 | Slater, Slater Schulman, LLP |
| 218. | Odai, Benjamin | 2:16-cv-09300 | Slater, Slater Schulman, LLP |
| 219. | Olson, Carl | 2:16-cv-12929 | Fears Nachawati, PLLC |
| 220. | Ortiz, Joanne | 2:16-cv-09807 | Hissey Kientz, L.L.P. |
| 221. | Osborne, Alma | 2:16-cv-12918 | Fears Nachawati, PLLC |
| 222. | Paige, Peggy | 2:16-cv-11679 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 223. | Pannell, Jeanne | 2:16-cv-12949 | Fears Nachawati, PLLC |
| 224. | Parascandola, Thomas M. | 2:16-cv-13355 | Law Offices of Charles H. Johnson, PA |
| 225. | Pasch, Sydney | 2:16-cv-09303 | Slater, Slater Schulman, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 226. | Payne, Bonita | 2:16-cv-00091 | The Lanier Law Firm |
| 227. | Pedroza, Elsie | 2:16-cv-14408 | Kelly & Ferraro LLP |
| 228. | Pent, Patricia | 2:15-cv-05164 | Douglas & London, P.C. |
| 229. | Perry, Albert | 2:16-cv-09253 | Sweeney Merrigan Law |
| 230. | Perry, Minerva | 2:16-cv-09254 | Sweeney Merrigan Law |
| 231. | Persha, Ruby | 2:16-cv-09915 | Slater, Slater Schulman, LLP |
| 232. | Peyton, Chasta | 2:16-cv-09304 | Slater, Slater Schulman, LLP |
| 233. | Phillips, Daniel R. | 2:16-cv-12992 | Fears Nachawati, PLLC |
| 234. | Phillips, Ronald L. | 2:16-cv-14409 | Kelly & Ferraro LLP |
| 235. | Pickering, Thelma | 2:16-cv-12982 | Fears Nachawati, PLLC |
| 236. | Pickett, Keisha | 2:16-cv-15127 | Cochran Legal Group, LLP |
| 237. | Pierce, Fred | 2:16-cv-13009 | Fears Nachawati, PLLC |
| 238. | Pitts, Moses | 2:16-cv-04701 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 239. | Pizzalato, Nicole | 2:16-cv-12614 | The Miller Firm, LLC |
| 240. | Primm, Marvetta | 2:16-cv-12641 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 241. | Ramirez, Luz | 2:16-cv-06578 | Newsome Melton PA |
| 242. | Ramsoondar, Ruth | 2:16-cv-06983 | Douglas & London, P.C. |
| 243. | Rawers, Karen | 2:16-cv-10936 | Slater, Slater Schulman, LLP |
| 244. | Reburn, Heather | 2:16-cv-10047 | Slater, Slater Schulman, LLP |
| 245. | Rhodes, Catherine Grace | 2:16-cv-10757 | Slater, Slater Schulman, LLP |
| 246. | Rivers, Donny Rictor | 2:16-cv-15151 | Cochran Legal Group, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 247. | Rivers, Stephen Joseph | 2:16-cv-03654 | Burke Harvey, LLC; Crumley Roberts |
| 248. | Robinson, Beverly | 2:16-cv-13081 | Motley Rice LLC |
| 249. | Rostad, George N. | 2:16-cv-13632 | Matthews & Associates |
| 250. | Rowell, James O. | 2:16-cv-13597 | James C. Ferrell, P.C. |
| 251. | Rowell, Wesley | 2:16-cv-13523 | Gray & White |
| 252. | Rudisill, Mary | 2:16-cv-10906 | Slater, Slater Schulman, LLP |
| 253. | Rush, Janet | 2:16-cv-12700 | The Miller Firm, LLC |
| 254. | Rusha, Morris | 2:16-cv-09319 | Slater, Slater Schulman, LLP |
| 255. | Sammis, Paul | 2:16-cv-12868 | Nemeroff Law Firm |
| 256. | Samuel, Danica | 2:15-cv-05213 | Douglas & London, P.C. |
| 257. | Sanders, Melvin | 2:16-cv-07041 | Slater, Slater Schulman, LLP |
| 258. | Sandidge, William | 2:16-cv-15154 | Cochran Legal Group, LLP |
| 259. | Sauer, Guyla | 2:16-cv-12279 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 260. | Sayers, Violet L. | 2:16-cv-13084 | Motley Rice LLC |
| 261. | Schuler, Philip | 2:16-cv-07042 | Slater, Slater Schulman, LLP |
| 262. | Seitzinger, Christine | 2:16-cv-12932 | Fears Nachawati, PLLC |
| 263. | Sessions, Allen | 2:16-cv-12916 | Fears Nachawati, PLLC |
| 264. | Shelby, Linda | 2:16-cv-12900 | Fears Nachawati, PLLC |
| 265. | Shushtari, Keyvan | 2:16-cv-12898 | Fears Nachawati, PLLC |
| 266. | Sigmon, William | 2:16-cv-10950 | Slater, Slater Schulman, LLP |
| 267. | Sinclair, David | 2:16-cv-11070 | Douglas & London, P.C. |
| 268. | Sivertsen, Peder | 2:16-cv-13085 | Motley Rice LLC |

00389030

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 269. | Slay, Leah | 2:16-cv-12347 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 270. | Smith, James | 2:16-cv-09272 | Sweeney Merrigan Law |
| 271. | Smith, James F. | 2:16-cv-09397 | Slater, Slater Schulman, LLP |
| 272. | Smith, Margie | 2:16-cv-07614 | Fears Nachawati, PLLC |
| 273. | Smith, Robert | 2:16-cv-12978 | Fears Nachawati, PLLC |
| 274. | Snider, Robert | 2:16-cv-12311 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 275. | Sombke, Pamela | 2:16-cv-15156 | Cochran Legal Group, LLP |
| 276. | Sosonkina, Eugenia | 2:16-cv-10210 | Slater, Slater Schulman, LLP |
| 277. | Soto, San Juan G. | 2:16-cv-13087 | Motley Rice LLC |
| 278. | Spann, Barbara | 2:16-cv-09154 | Ferrer, Poirot & Wansbrough |
| 279. | Stanley, Marcus | 2:16-cv-05848 | Kenneth H. Baker |
| 280. | Stegall, Sandra | 2:16-cv-12177 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 281. | Stemple, Dale | 2:16-cv-12935 | Fears Nachawati, PLLC |
| 282. | Stockton, Jack | 2:16-cv-13007 | Fears Nachawati, PLLC |
| 283. | Stokes, Dorothy | 2:16-cv-07598 | Stark & Stark |
| 284. | Stone, Clifford | 2:16-cv-15157 | Cochran Legal Group, LLP |
| 285. | Stoneman, Alice | 2:16-cv-15158 | Cochran Legal Group, LLP |
| 286. | Sullivan, Carol | 2:16-cv-11076 | Douglas & London, P.C. |
| 287. | Sumter, Dennis | 2:16-cv-13356 | Law Offices of Charles H. Johnson, PA |
| 288. | Thomas, Annie | 2:16-cv-08132 | Flint Law Firm, LLC |
| 289. | Thompson, Leora | 2:16-cv-15159 | Cochran Legal Group, LLP |

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 290. | Thompson, Michael | 2:16-cv-07891 | Slater, Slater Schulman, LLP |
| 291. | Titi, Tahsin | 2:16-cv-13782 | Kelley Uustal, PLC |
| 292. | Todorovski, Dimitar | 2:16-cv-10560 | Bartimus Frickleton Robertson & Goza, PC; Goza Honnold Law Firm |
| 293. | Trujillo, Anthony | 2:16-cv-12682 | The Miller Firm, LLC |
| 294. | Tsao, Shun Huey | 2:16-cv-07068 | Kirklin Soh L.L.P. |
| 295. | Valentino, Kathryn | 2:16-cv-10235 | Slater, Slater Schulman, LLP |
| 296. | Valliere, Dale | 2:16-cv-07621 | Fears Nachawati, PLLC |
| 297. | Van Horn, Robert | 2:16-cv-12981 | Fears Nachawati, PLLC |
| 298. | Vanness, Chester | 2:16-cv-10240 | Slater, Slater Schulman, LLP |
| 299. | Verner, Tamisha | 2:16-cv-01468 | Aylstock, Witkin, Kreis & Overholtz PLLC |
| 300. | Viens, Henry (Duplicate filer) | 2:16-cv-12946 | Fears Nachawati, PLLC |
| 301. | Viggiano, Francis | 2:16-cv-04592 | Slater, Slater Schulman, LLP |
| 302. | Watkins, Roger | 2:16-cv-15160 | Cochran Legal Group, LLP |
| 303. | Watson, James | 2:16-cv-12881 | Nemeroff Law Firm |
| 304. | Webster, Aubry | 2:16-cv-07760 | Fears Nachawati, PLLC |
| 305. | Wessels, Gene R. | 2:16-cv-13089 | Motley Rice LLC |
| 306. | Whitfield, Otis | 2:16-cv-06710 | Cochran Legal Group, LLP |
| 307. | Wilker, Clifford | 2:16-cv-09895 | Slater, Slater Schulman, LLP |
| 308. | Williams, Brenda | 2:16-cv-04551 | Peiffer Rosca Wolf Abdullah Carr & Kane |
| 309. | Williams, Ozella | 2:16-cv-01139 | Grant & Eisenhofer P.A. |
| 310. | Williams, Patricia | 2:16-cv-07095 | Slater, Slater Schulman, LLP |

00389030

| No. | Xarelto User | Docket No. | Plaintiff Counsel |
|---|---|---|---|
| 311. | Willis, Allyn Shaw | 2:16-cv-13092 | Motley Rice LLC |
| 312. | Winters, Orlando | 2:16-cv-04604 | Slater, Slater Schulman, LLP |
| 313. | Womack, Annie | 2:16-cv-08138 | Flint Law Firm, LLC |
| 314. | Wyszynski, Michael | 2:16-cv-07100 | Slater, Slater Schulman, LLP |
| 315. | Young, Akim | 2:16-cv-11000 | Slater, Slater Schulman, LLP |
| 316. | Zarr, Anna | 2:16-cv-10542 | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |

00389030