UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |
| THIS DOCUMENT RELATES TO ALL CASES LISTED BELOW | | |

**ORDER**

On November 3, 2016, Defendants filed a Motion for Order to Show Cause as to Plaintiffs who failed to submit a Plaintiff Fact Sheet [R. Doc. 4432]. On November 15, 2016, the Court set these motions to be heard during on November 29, 2016. [R. Doc. 4519]. Thereafter, the Court adjourned the motions to be heard on November 29, 2016. [R. Doc. 4577].

Plaintiffs on the attached Exhibit A have allegedly failed to serve a Plaintiff Fact Sheet in accordance with the time set forth in CMO No. 1. Plaintiffs shall be ordered to show cause on January 20, 2017, before Judge Fallon (in person or via telephone) as to why their case should not be dismissed with prejudice. Failure to show cause by appearing before this Court at 9:00 a.m. on January 20, 2017, in Courtroom C-456 U.S. Federal Building, 500 Poydras Street, New Orleans, Louisiana, may result in dismissal of plaintiff's case with prejudice.

New Orleans, Louisiana, on this 5th day of January, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge