UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO :**

*Rosemarie Syversten*
**Civil Action No.: 2:16-cv-02031**

## ORDER

For the reasons stated orally on the record at on November 29, 2016, counsel's motion to withdraw is denied. Defendants' request to dismiss this case with prejudice is granted. The case is dismissed with prejudice.

New Orleans, Louisiana, on this  4th  day of    January   2017.

_____
Judge Eldon E. Fallon
United States District Court Judge

87073137.1
208078/478200

00380401                                 1