UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN MDL No. 2592 | ) PRODUCTS LIABILTY LITIGATION ) ) ) SECTION L ) ) JUDGE ELDON E. FALLON ) ) MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

FANNIE SUE RUSSELL,

2:15-cv-03892

### NOTICE AND SUGGESTION OF DEATH

Plaintiff, by and through undersigned Counsel and pursuant to Federal Rule of Civil Procedure 25(a)(1), here informs this Honorable Court of the death of Plaintiff, Fannie Russell, which occurred on October 6, 2016. Counsel respectfully informs this Court that a Motion to Substitute Party will be filed by the appropriate representative of Fannie Russell's estate.

Signed: January 6, 2017

Respectfully submitted,
**Phelan Petty, PLC**

/s/_____
Michael G. Phelan
VSB No. 29725
6641 W. Broad St. Suite 406
Richmond, VA  23230
Phone:  (804) 980-7100
Fax:  (804) 767-4601
E-mail:  mphelan@phelanpetty.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies the foregoing was filed with the Court on January 6, 2016 through the Court's CM/ECF system, which will serve all counsel of record.

        Phelan Petty, PLC

        /s/_____
        Michael G. Phelan
        VSB No. 29725
        6641 W. Broad St. Suite 406
        Richmond, VA  23230
        Phone:  (804) 980-7100
        Fax:  (804) 767-4601
        E-mail:  mphelan@phelanpetty.com
        *Attorney for Plaintiff*