# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
| | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| _____ | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO :**

*Daniel Calix*
**Civil Action No.: 2:16-cv-08690**

## ORDER

For the reasons stated orally on the record at on November 29, 2016, counsel's motion to withdraw shall be heard on December 20, 2016, to permit plaintiff to substitute newly retained counsel.

New Orleans, Louisiana, on this __4th__ day of __January__, 2017.

Judge Eldon E. Fallon
United States District Court Judge

87073120.1
208078/478200

00380401                                1