UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO :

*Maureen Welch*
**Civil Action Nos.: 2:16-cv-03185**
  **2:16-cv-05975**

## ORDER

For the reasons stated orally on the record at on November 29, 2016, counsel's motion to withdraw is denied as moot because plaintiff previously filed a voluntary stipulation of dismissal with prejudice.

New Orleans, Louisiana, on this __4th__ day of ____January____ 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge

87073052.1
208078/478200

1

00380401