UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO :

*Gloria Robinson*
**Civil Action No.: 2:15-cv-06937**

## ORDER

For the reasons stated orally on the record at on November 29, 2016, counsel's motion to withdraw is denied as moot. Plaintiff's case is dismissed with prejudice for the reasons set forth on the record during the Order to Show Cause hearing on November 29, 2016.

New Orleans, Louisiana, on this __4th__ day of __January 2017__.

_____
Judge Eldon E. Fallon
United States District Court Judge

87072806.1
208078/478200

1
00380401