UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO :**

*Shelley Borlandelli*
**Civil Action No.: 2:15-cv-05833**

## ORDER

For the reasons stated orally on the record at on November 29, 2016, counsel's motion to withdraw is denied as moot because plaintiff previously filed a voluntary stipulation of dismissal with prejudice.

New Orleans, Louisiana, on this __4th__ day of ____January____, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge

87072755.1
208078/478200

00380401                                           1