UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO :

*Michael Floyd*
**Civil Action No.: 2:15-cv-04678**

## ORDER

For the reasons stated orally on the record at on November 29, 2016, counsel's motion to withdraw shall be heard on December 20, 2016, to permit plaintiff to substitute newly retained counsel.

New Orleans, Louisiana, on this __4th__ day of ____January____ 2017.

                                                                        _____
                                                                        Judge Eldon E. Fallon
                                                                        United States District Court Judge

87072674.1
208078/478200

1