UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO :

*Samuel Edward Turner*
**Civil Action No.: 2:15-cv-06781**

## ORDER

For the reasons stated orally on the record at on November 29, 2016, Plaintiff's motion to dismiss without prejudice is denied. Defendants' request to dismiss this case with prejudice is granted. The case is dismissed with prejudice.

New Orleans, Louisiana, on this __4th__ day of _____January_____ 2017.

                                                    Judge Eldon E. Fallon
                                                  United States District Court Judge

87266312.1
208078/478200