UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO :

*Josephine McGillicuddy, Individually and on Behalf of the Estate of Jeremiah J. McGillicuddy*
**Civil Action No.: 2:15-cv-06645**

## ORDER

For the reasons stated orally on the record at on November 29, 2016, Plaintiff's motion to dismiss without prejudice is denied. Defendants' request to dismiss this case with prejudice is granted. The case is dismissed with prejudice.

New Orleans, Louisiana, on this __4th__ day of ___January___ 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge

87266299.1
208078/478200

00380401                                1