UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2592 SECTION L |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASES: 2:15-cv-01036; 2:15-cv-03496; 2:15-cv-01373; 2:15-cv-04610; 2:15-cv-03513; 2:15-cv-03519; 2:15-cv-03737; 2:15-cv-01030; 2:15-cv-03932; 2:15-cv-05281; 2:15-cv-03933; 2:15-cv-03587; 2:15-cv-03589; 2:15-cv-03098; 2:15-cv-01036. | : : : : : : : | JUDGE ELDON E. FALLON MAGISTRATE NORTH |

**ORDER**

On February 23, 2016, this Court issued an Order to Show Cause as to why cases in which the Plaintiff has failed to timely serve a Plaintiff Fact Sheet should not be dismissed with prejudice. (Rec. Doc. 2425). On March 16, 2016, the Court held a hearing on the pending Order to Show Cause. The following Plaintiffs failed to appear at the hearing or otherwise respond to the Order to Show Cause, and their suits are therefore **DISMISSED WITH PREJUDICE**:

| NAME OF ALLEGED XARELTO USER: | DOCKET NUMBER: |
|---|---|
| ARSENAULT, GREGORY | 2:15-cv-01036 |
| BABNIS, CHRISTINA | 2:15-cv-03496 |
| BENGE, TERRY | 2:15-cv-01373 |
| COLLINS, KAREN | 2:15-cv-04610 |
| COOPER, TIMOTHY | 2:15-cv-03513 |
| ENOCH, SIDNEY | 2:15-cv-03519 |
| GATLIN, DEBORAH | 2:15-cv-03737 |
| LEE, BILLY | 2:15-cv-01030 |
| MACE, JARROLD D. | 2:15-cv-03932 |
| MCCOY, HEATHER | 2:15-cv-05281 |
| MCDOUGAL, WALTER G., | 2:15-cv-01373 |
| MILLER, TRUDY L. | 2:15-cv-03933 |
| RICE, GOERGIA | 2:15-cv-03587 |
| ROBINSON, MARGIE | 2:15-cv-03589 |

| NAME OF ALLEGED XARELTO USER: | DOCKET NUMBER: |
| --- | --- |
| SELLERS, GRACE | 2:15-cv-01373 |
| TRUJILLO, REYNALDO | 2:15-cv-01373 |
| YOST, TIMOTHY | 2:15-cv-01036 |

New Orleans, Louisiana this 4th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE