UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| THIS DOCUMENT RELATES TO : | |
| THE FOLLOWING CASES: : | |
| 2:15-cv-03498; 2:15-cv-05007; : | JUDGE ELDON E. FALLON |
| 2:15-cv-00458; 2:15-cv-00459; 2:15-cv-02204; : | |
| 2:14-cv-02764. : | MAGISTRATE NORTH |

## ORDER

For the reasons stated orally on the record at the Order to Show Cause Hearing held on March 16, 2016, the following cases are hereby **DISMISSED WITH PREJUDICE**:

| NAME OF ALLEGED XARELTO USER: | DOCKET NUMBER: |
|---|---|
| BELL, TERRY | 2:15-cv-03498 |
| HARPS, SYLVERNIA | 2:15-cv-05007 |
| JAMES, JEANETTE | 2:15-cv-00458 |
| KELLY, CLYDE | 2:15-cv-00459 |
| LYNCH, LARRY | 2:15-cv-02204 |
| EZKEL, STUART | 2:14-cv-02764 |

New Orleans, Louisiana this 4th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE