UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| | : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES LISTED BELOW | : : | |
| | : | JUDGE ELDON E. FALLON |
| | : : | MAGISTRATE JUDGE NORTH |

## ORDER

As stated orally on the record at the Order to Show Cause Hearing held on September 20, 2016, the following Plaintiffs were given 60 days to remedy the Plaintiff Fact Sheet deficiencies identified by Defendants. For the reasons set forth on the record at the Order to Show Cause Hearing held on November 29, 2016, these Plaintiffs have failed to remedy the Plaintiff Fact Sheet deficiency identified by Defendants, and the cases are dismissed with prejudice.

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Crowder, James | Grant & Eisenhofer P.A. | 2:16-cv-01136 |
| 2. | Erler, Joseph | Grant & Eisenhofer P.A. | 2:16-cv-01137 |
| 3. | Jones, Chezarea | Hilliard Munoz Gonzales LLP | 2:15-cv-06606 |
| 4. | Mabon, Mamie | Grant & Eisenhofer P.A. | 2:15-cv-06263 |
| 5. | Moore, Oscar | Grant & Eisenhofer P.A. | 2:16-cv-01213 |
| 6. | Perkins, Tommy | Beasley Allen | 2:15-cv-01267 |
| 7. | Rippley, Gina | Stark & Stark | 2:16-cv-01402 |
| 8. | Strano, Josephine | The Mulligan Law Firm | 2:16-cv-02156 |

New Orleans, Louisiana, on this 4th day of January, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge