UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : | MDL No. 2592 |
|---|---|---|
| | : | SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE NORTH |

## ORDER

Prior to the Order to Show Cause Hearing held on November 29, 2016, the following plaintiffs resolved the deficiencies identified by Defendants. Their actions may proceed accordingly:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Pope, Mary | Bernstein Liebhard LLP | 2:16-cv-00436 |
| 2. | Williams, Ozella | Grant & Eisenhofer PA | 2:16-cv-01139 |
| 3. | Payne, Bonita | The Lanier Law Firm | 2:16-cv-00091 |
| 4. | Clark, Frank | Fears Nachawati | 2:16-cv-03002 |

New Orleans, Louisiana this __4th__ day of __January__ 2017.

Judge Eldon E. Fallon
United States District Court Judge

87266075.1