**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | **SECTION L** |
| | **JUDGE ELDON E. FALLON** |
| | **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*M. Evelyn Guertin*                                                           *2:15-cv-06163*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Joy Gutis, surviving natural daughter of M. Evelyn Guertin, and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure moves to substitute herself as Plaintiff in this action based on the death of M. Evelyn Guertin. The death certificate is attached hereto as Exhibit 1. Counsel for defendants do not oppose this Motion.

A Notice and Suggestion of Death was previously filed in this matter on December 30, 2016.

Dated: January 6, 2017

Respectfully submitted,

MURPHY LAW FIRM, LLC

s/*Peyton P. Murphy*

PEYTON P. MURPHY (LA # 22125)
2354 S. Acadian Thwy.
Baton Rouge, LA  70808
Telephone: (225) 928-8800
Facsimile: (225) 246-8780
Email: peyton@murphylawfirm.com

s/*Todd C. Comeaux*

TODD C. COMEAUX (LA # 23453)
4880 Bluebonnet Blvd., Suite A
Baton Rouge, LA  70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 6, 2017, I have electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to all attorneys of record.

s/*Peyton P. Murphy*

PEYTON P. MURPHY

# EXHIBIT 1

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.  HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2016134022

**DATE ISSUED:** September 8, 2016

**STATE FILE DATE:** September 8, 2016

## DECEDENT INFORMATION

NAME: M EVELYN GUERTIN

DATE OF DEATH: August 30, 2016

DATE OF BIRTH: January 26, 1927

PLACE OF DEATH: INPATIENT

FACILITY NAME OR STREET ADDRESS: JFK MEDICAL CENTER

LOCATION OF DEATH: ATLANTIS, PALM BEACH COUNTY, 33462

SEX: FEMALE   SSN: 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   AGE: 089  YEARS

BIRTHPLACE: WATERBURY, CONNECTICUT, UNITED STATES

## SURVIVING SPOUSE, DECEDENT'S RESIDENCE AND HISTORY INFORMATION

MARITAL STATUS: WIDOWED

SURVIVING SPOUSE NAME   NONE

RESIDENCE: 45 ORCHARD BROOK D, WETHERSFIELD, CONNECTICUT  06109, UNITED STATES COUNTY: HARTFORD

OCCUPATION, INDUSTRY: NURSE, MEDICAL

RACE: _X_White   ___Black or African American   ___Asian Indian   ___Chinese   ___Filipino   ___Native Hawaiian   ___Japanese   ___Korean

___American Indian or Alaskan Native--Tribe:   ___Vietnamese   ___Other Asian:

___Guamian or Chamorro   ___Samoan   ___Other Pacific Isl:   ___Other:   ___Unknown

HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN

EDUCATION: DOCTORATE OR PROFESSIONAL DEGREE          EVER IN U.S. ARMED FORCES? NO

## PARENTS AND INFORMANT INFORMATION

FATHER/PARENT: WILLIAM  GAUGHAN

MOTHER/PARENT: MARY  ELLEN  GALVIN

INFORMANT: M  JOYAL  GUTIS

RELATIONSHIP TO DECEDENT: DAUGHTER

INFORMANT'S ADDRESS: 45 ORCHARD BROOK DRIVE, WETHERSFIELD, CONNECTICUT  06109, UNITED STATES

## PLACE OF DISPOSITION AND FUNERAL FACILITY INFORMATION

PLACE OF DISPOSITION: GOLD COAST CREMATORY

    FORT LAUDERDALE, FLORIDA

METHOD OF DISPOSITION: CREMATION

FUNERAL DIRECTOR/LICENSE NUMBER: WILLIAM J. SCHAD, F043768

FUNERAL FACILITY:  NATIONAL CREMATION SOCIETY - NORTH PALM BEACH F092008

    814 NORTHLAKE BLVD, NORTH PALM BEACH, FLORIDA  33408

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN

TIME OF DEATH (24 hr): 2122

CERTIFIER'S NAME:  CARLOS ARTURO VILLALBA

CERTIFIER'S LICENSE NUMBER:  ME109832

NAME OF ATTENDING PHYSICIAN (If other than Certifier):  NOT APPLICABLE

MEDICAL EXAMINER CASE NUMBER:  NOT APPLICABLE

DATE CERTIFIED: September 6, 2016

## CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL

CAUSE OF DEATH - PART I - and Approximate Interval: Onset to Death:

a ISCHEMIC CARDIOMYOPATHY

b

c

d

PART II - Other significant conditions contributing to death but not resulting in the underlying cause given in PART I:

HTN, ATRIAL FIBRILLATION

AUTOPSY PERFORMED? NO          AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?

DATE OF SURGERY:          DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN

REASON FOR SURGERY:

IF FEMALE, NOT PREGNANT WITHIN PAST YEAR

DATE OF INJURY: NOT APPLICABLE          TIME OF INJURY (24 hr):          INJURY AT WORK?

LOCATION OF INJURY:

DESCRIBE HOW INJURY OCCURRED:

PLACE OF INJURY:

IF TRANSPORTATION INJURY, Status of Decedent:          Type of Vehicle:

,State Registrar

REQ: 2017383784

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:** THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THIS DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1947 (03-13)



* 5 3 5 6 4 6 1 4 *

CERTIFICATION OF VITAL RECORD



Florida HEALTH