**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL No. 2592** <br> **SECTION L** <br> **JUDGE ELDON E. FALLON** <br> **MAGISTRATE JUDGE NORTH** |

**THIS DOCUMENT RELATES TO:**

*M. Evelyn Guertin*                                                                            *2:15-cv-06163*

## ORDER

      IT IS ORDERED that the Motion for Substitution of Joy Gutis, surviving natural daughter of M. Evelyn Guertin, as the Plaintiff in this action is HEREBY GRANTED.

      New Orleans, Louisiana, this _____ day of _____, 201___.

                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE