UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Beverly Allison, Individually and as Personal Representative of the Estate of John Herbert Allison, Jr. - 15-cv-04154

## PROPOSED ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Beverly Tujague, as Personal Representative for the deceased, John Herbert Allison, Jr., as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "Beverly Tujague, Personal Representative for the deceased, John Herbert Allison, Jr.", Plaintiff.

Dated this __5th__ day of __January__, 2017.

_____
Honorable Eldon E. Fallon
United states District Court Judge