UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*JOHN SELLOW V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:16-cv-13633

## ORDER

IT IS ORDERED that the Motion for Substitution of Margaret L. Sellow, the surviving spouse and Personal Representative of the Estate of John Sellow, Deceased, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this __5th__ day of _____January_____, 2017.

_____
United States District Judge