UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*Margie N. Gray v. Janssen Research & Development LLC, et al., Civil Action No. 2:15-cv-01129*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Katie Taylor, on behalf of the Estate of Margie N. Gray, is substituted for Plaintiff Margie N. Gray in the above captioned cause.

New Orleans, Louisiana this 6th day of January, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge