UNITED STATES DISTRICT COURT
EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |

**THIS DOCUMENT RELATES TO:**

Deborah Wright - 2:16-cv-1989

### ORDER

THIS MATTER having come before the Court on Plaintiff's Motion to Substitute Richard E. Tracy, son of decedent, as Personal Representative for the deceased, Deborah Wright, as the Plaintiff in this action. The Court having reviewed such and being otherwise sufficiently advised, it is hereby ordered that Plaintiff's Motion to Substitute is **HEREBY GRANTED,** and the Clerk is hereby directed correct the caption to reflect the proper party as "Richard E. Tracy, Personal Representative for the deceased, Deborah Wright", Plaintiff.

New Orleans, Louisiana this 6th day of January, 2017.

_____
Honorable Eldon E. Fallon
United states District Court Judge