UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Daniel Calix*  2:16-cv-07216-EEF-MBN

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Notice is hereby given that the attorney identified below is making an appearance as co-counsel in the above referenced case:

> Todd C. Comeaux
> Murphy Law Firm, LLC
> Louisiana State Bar No. 23453
> 4880 Bluebonnet Blvd., Ste. A
> Baton Rouge, LA 70809
> Telephone: (225) 706-9000
> Facsimile: (225) 706-9001
> Email: tc@comeauxlawfirm.com

Dated: January 6, 2017

Respectfully submitted,

MURPHY LAW FIRM, LLC

s/*Todd C. Comeaux*
TODD C. COMEAUX (LA # 23453)
4880 Bluebonnet Blvd., Ste. A
Baton Rouge, LA 70809
Telephone: (225) 706-9000
Facsimile: (225) 706-9001
Email: tc@comeauxlawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2017, I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/*Todd C. Comeaux*
TODD C. COMEAUX
