UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Shirley Andersen*                                                                                          *2:15-cv-00704*

## ORDER

IT IS ORDERED that the Motion for Substitution of Mary Bade, surviving natural daughter of Shirley Andersen, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this  6th  day of   January  , 201 7 .

_____
UNITED STATES DISTRICT JUDGE