UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tina Bowles, Betty Sanders v. Janssen Research & Development,*<br><br>Civil Action No.: 2:16-cv-00367 | MDL No. 2592<br><br>SECTION: L<br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO SUPPLEMENT PLAINTIFF FACT SHEET

COMES NOW Counsel for Plaintiff, Tina Bowles, representative of the estate of Betty Sanders, and respectfully moves this Court for an extension of time to supplement the Plaintiff Fact Sheet. The deadline was set for April 15, 2016. An initial plaintiff fact sheet was timely served on Defendants. On December 21, 2016 Defendants notified Plaintiff of an alleged core deficiency in the fact sheet and their intent to move the Court on December 31, 2016 for an Order to Show Cause for Failure to Cure a Core Deficiency. Plaintiff's counsel requests a 90-day extension, to March 1, 2017 to cure the core deficiency.

In support of their motion, Plaintiff's counsel submits a Memorandum in Support filed contemporaneously herewith.

This is the Plaintiff's first request for an extension of time. A ninety-day extension of time is not sought for delay but so that justice may be served.

WHEREFORE, for the reasons set forth above, Plaintiff's counsel respectfully moves the Court for an extension of the Plaintiff Fact Sheet Deadline until March 1, 2017.

1

Dated: January 6, 2017

Respectfully Submitted,

                         Trammell, P.C

                         By: */s/ Fletcher V. Trammell*
                         Fletcher V. Trammell
                         Texas Bar No. 24042053
                         Federal Bar No. 37307
                         Trammell, P.C.
                         3262 Westheimer Rd., STE 423
                         Houston, TX 77098
                         Phone: 800-405-1740
                         Fax: 800-532-0992
                         fletch@trammellpc.com

                         ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6th day of January 2016.

        Trammell, P.C

        By: */s/ Fletcher V. Trammell*
        Fletcher V. Trammell
        Texas Bar No. 24042053
        Federal Bar No. 37307
        Trammell, P.C.
        3262 Westheimer Rd., STE 423
        Houston, TX 77098
        Phone: 800-405-1740
        Fax: 800-532-0992
        fletch@trammellpc.com

        ***Attorney for Plaintiff***