# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tina Bowles, Betty Sanders v. Janssen Research & Development, LLC et al;*<br><br>Civil Action No.: 2:16-cv-00367 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO SUPPLEMENT PLAINTIFF FACT SHEET

**MAY IT PLEASE THE COURT:**

In support of Plaintiff's First Motion for Extension of time to Supplement Plaintiff Fact Sheet, Plaintiff Counsel states the following:

1. On January 1, 2016, Counsel for Plaintiff, Tina Bowles as representative of the Estate of her mother, Betty Sanders, filed her Xarelto complaint in the Eastern District of Louisiana.

2. Pursuant to CMO 27, Plaintiff's fact sheet was due April 15, 2016 and was timely served.

3. On December 21, 2016 Defendants notified Plaintiff of their intent to move the Court "at the end of the month" for an Order to Show Cause related to certain core deficiencies in Plaintiff's timely served fact sheet.

4. Counsel for Plaintiff is working diligently to identify and cure any core deficiencies remaining in the fact sheet but requires time to perform the work necessary.

WHEREFORE, Plaintiff's counsel requests an extension of time of 90 days (until March 1, 2017) to submit the Plaintiff Fact Sheet.

Dated: January 6, 2017

Respectfully Submitted,

                            Trammell, P.C

                            By: */s/ Fletcher V. Trammell*
                            Fletcher V. Trammell
                            Texas Bar No. 24042053
                            Federal Bar No. 37307
                            Trammell, P.C.
                            3262 Westheimer Rd., STE 423
                            Houston, TX 77098
                            Phone: 800-405-1740
                            Fax: 800-532-0992
                            fletch@trammellpc.com

                            ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6th day of January.

    Trammell, P.C

    By: */s/ Fletcher V. Trammell*
    Fletcher V. Trammell
    Texas Bar No. 24042053
    Federal Bar No. 37307
    Trammell, P.C.
    3262 Westheimer Rd., STE 423
    Houston, TX 77098
    Phone: 800-405-1740
    Fax: 800-532-0992
    fletch@trammellpc.com

    ***Attorney for Plaintiff***