UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tina Bowles, Betty Sanders v. Janssen Research & Development,*<br><br>Civil Action No.: 2:16-cv-00367 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF SUBMISSION

COMES NOW the plaintiff Tina Bowles, legal representative of the Estate of Betty Sanders, her mother, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time under PTO 27 to cure any core deficiencies in her fact sheet previously provided to Defendants. Plaintiff requests an extension to March 1, 2017 before the Honorable Judge Eldon E. Fallon on the next available motion date.

Dated: January 6, 2017

Respectfully Submitted,

Trammell, P.C

By: */s/ Fletcher V. Trammell*
Fletcher V. Trammell
Texas Bar No. 24042053
Federal Bar No. 37307
Trammell, P.C.
3262 Westheimer Rd., STE 423
Houston, TX 77098
Phone: 800-405-1740
Fax: 800-532-0992
fletch@trammellpc.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record, on this 6th day of January 2017.

                                                    Trammell, P.C

                                                  By: */s/ Fletcher V. Trammell*
                                                  Fletcher V. Trammell
                                                  Texas Bar No. 24042053
                                                  Federal Bar No. 37307
                                                  Trammell, P.C.
                                                  3262 Westheimer Rd., STE 423
                                                  Houston, TX 77098
                                                  Phone: 800-405-1740
                                                  Fax: 800-532-0992
                                                  fletch@trammellpc.com

                                                  ***Attorney for Plaintiff***