UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Tina Bowles, Betty Sanders vs. Janssen Research & Development,*<br><br>Civil Action No. 2:16-cv-00367 | MDL No. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## ORDER

THIS MATTER, having come before the Court is Plaintiff's First Motion for Extension of Time to Supplement Plaintiff Fact Sheet. Upon consideration of all documents relating to the Motion, and good cause appearing:

IT IS HEARBY ORDERED that Plaintiff's First Motion for Extension of Time to Supplement Plaintiff Fact Sheet hereby GRANTED. The deadline to satisfy the alleged Plaintiff Fact Sheet deficiency is now March 1, 2017.

Dated: January 6, 2017

_____
Hon. Eldon Fallon
United States District Court Judge