UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
_____: MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO:**

*Joan Johnson v. Janssen Research & Development LLC, et al.*,
LAED USDC No. 2:16-cv-14906

*Floyd Murphy v. Janssen Research and Development, LLC, et al.*;
LAED USDC No. 2:16-cv-14904

*Rita Sargent v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-14905

*Clyde Wilkins v. Janssen Research & Development LLC, et al.*;
LAED USDC No. 2:16-cv-14877

**ORDER**

Considering the foregoing Motion for Extension of Time within Which to Serve Process:

IT IS HEREBY ORDERED that Plaintiffs in the above-listed actions shall have twenty (20) days from the date of this Order within which to effect service on Defendants Bayer Pharma AG and Bayer Healthcare Pharmaceuticals Inc., through the streamlined procedures for informal service of process set forth in Pre-Trial Order #10

New Orleans, Louisiana this 6th day of _____January_____, 2017.

_____
Honorable Eldon E. Fallon