UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)  MDL No. 2592
PRODUCTS LIABILITY LITIGATION  SECTION L
JUDGE ELDON E. FALLON
MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

*Blanch Rivers* 2:16-cv-07617

## ORDER

IT IS ORDERED that the Motion for Substitution of Syrinia Singleton, surviving natural daughter of and Personal Representative for the estate of Blanch Rivers, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this __6th__ day of _____January_____, 201_7_.

_____
UNITED STATES DISTRICT JUDGE