UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Lucy White*            *2:15-cv-06185*

## ORDER

IT IS ORDERED that the Motion for Substitution of Denise Nitinthorn, surviving natural daughter of Lucy White, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this __6th__ day of __January__, 201_7_.

_____
UNITED STATES DISTRICT JUDGE