UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

Michael Ulm

CA# 2:15-cv-1694

## ORDER

The Court, after considering the Plaintiff's Motion to Substitute Party Plaintiff as well as any responses thereto, finds the motion meritorious. It is therefore ORDERED THAT: Plaintiff Kenneth Dufour, on behalf of the Estate of Michael Ulm, is substituted for Plaintiff Michael Ulm, in the above captioned cause.

New Orleans, Louisiana this 6th day of January, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge