UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO PRODUCTS        )
LIABILITY LITIGATION           )
                               )   MDL NO. 2592
                               )
                               )   Section L
                               )
                               )   JUDGE ELDON E. FALLON
                               )
                               )   MAGISTRATE JUDGE NORTH
                               )

**THIS DOCUMENT RELATES TO:**

**TATIANA MARTINEZ HERNANDEZ**
**Civil Case No. 2:15-cv-5424**

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW Counsel for the Plaintiff, Tatiana Martinez Hernandez hereby files this Motion to Withdraw as Counsel and states the following in support thereof:

1. Plaintiff retained the services of undersigned counsel to represent her in the Xarelto Multidistrict Litigation.

2. A complaint was filed for the above referenced caption.

3. Irreconcilable differences have arisen between Plaintiff and undersigned counsel.

4. For the foregoing reasons, undersigned counsel must withdraw.

5. A copy of this motion is being furnished to Tatiana Martinez Hernandez via Certified Mail, Return Receipt Requested, at the last known address of 8700 North 50 Street Apt 533, Tampa, FL 33617.

6. Accordingly, Plaintiff's Counsel requests that they be allowed to withdraw as Counsel in this matter and further requests that this Honorable Court allow the Plaintiff ninety

(90) days in which to obtain new Counsel. It is further respectfully requested that the Court refrain from ruling upon any motions during this ninety (90) day period.

7. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel moves this Court for an Order allowing them to withdraw as counsel for Plaintiff Tatiana Martinez Hernandez.

### Certificate of Service

I HEREBY CERTIFY that true and correct copy of the foregoing Motion to Withdraw as Counsel of Record has been served on all counsel by CM/ECF on January ___, 2017, and by Certified Mail and regular mail via the U.S. Mail, to the last known address of Tatiana Martinez Hernandez at 8700 North 50 Street Apt 533, Tampa, FL 33617 and via electronic email at tatianamartinez514@gmail.com

/s/ Maria D. Tejedor
Maria D. Tejedor
FBN: 95834
Diez-Arguelles & Tejedor, P.A.
505 N. Mills Ave.
Orlando, FL 32803
P: 407-705-2880
F: 888-611-7879
mail@theorlandolawyers.com