UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO PRODUCTS )
LIABILITY LITIGATION )
) MDL NO. 2592
)
) Section L
)
) JUDGE ELDON E. FALLON
)
) MAGISTRATE JUDGE NORTH
)

THIS DOCUMENT RELATES TO:

**AUREA MORALES**
**Civil Case No. 2:15-cv-5191**

## ORDER ON MOTION TO WITHDRAW

Considering the foregoing Motion to Withdraw as Counsel of Record for the above captioned case,

**IT IS HERBY ORDERED** that Diez- Arguelles & Tejedor, P.A. are withdrawn as Plaintiff's attorney of record.

DONE AND SIGNED this _____ day of _____, 2017.

_____
UNITED STATED DISTRICT JUDGE