UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO PRODUCTS         )
LIABILITY LITIGATION            )
                                )   MDL NO. 2592
                                )
                                )   Section L
                                )
                                )   JUDGE ELDON E. FALLON
                                )
                                )   MAGISTRATE JUDGE NORTH
                                )

THIS DOCUMENT RELATES TO:

Jose Zouian
Civil Case No. 2:15-cv-5226

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW Counsel for the Plaintiff Jose Zouain, and hereby files this Motion to Withdraw as Counsel and states the following in support thereof:

1. Plaintiff retained the services of undersigned counsel to represent him in the Xarelto Multidistrict Litigation.

2. A complaint was filed for the above referenced caption.

3. Irreconcilable differences have arisen between Plaintiff and undersigned counsel.

4. For the foregoing reasons, undersigned counsel must withdraw.

5. A copy of this motion is being furnished to Jose Zouain, via Certified Mail, Return Receipt Requested, at the last known address of 1765 Redwood Grove Terrace, Lake Mary FL 32746.

6. Accordingly, Plaintiff's Counsel requests that they be allowed to withdraw as Counsel in this matter and further requests that this Honorable Court allow the Plaintiff ninety (90) days in

which to obtain new Counsel. It is further respectfully requested that the Court refrain from ruling upon any motions during this ninety (90) day period.

7. This motion is made in good faith and will not prejudice any party.

WHEREFORE, the undersigned counsel moves this Court for an Order allowing them to withdraw as counsel for Plaintiff Jose Zouain.

## Certificate of Service

I HEREBY CERTIFY that true and correct copy of the foregoing Motion to Withdraw as Counsel of Record has been served on all counsel by CM/ECF on January 6, 2017 and by U.S. Mail, to the last known address of Jose Zouain, via Certified Mail, Return Receipt Requested, at the last known address of 1765 Redwood Grove Terrace, Lake Mary FL 32746.

/s/ Maria D. Tejedor
Maria D. Tejedor
FBN: 95834
Diez-Arguelles & Tejedor, P.A.
505 N. Mills Ave.
Orlando, FL 32803
P: 407-705-2880
F: 888-611-7879
mail@theorlandolawyers.com