UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Tamara Muncy v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-14588**

**NOTICE OF SUBMISSION**

COME NOW the Plaintiff, by and through the undersigned counsel, Notice of Submission of Plaintiff's Motion for Extension of Time Within Which to Serve Process before the Honorable Judge Eldon E. Fallon on February 1, 2017 at 9:00 a.m.

This 6th day of January, 2017

                     By:    */s/ Lauren Burbol*
                             Lauren Burbol
                             SLATER SLATER SCHULMAN LLP
                             445 Broadhollow Road, Suite 334
                             Melville, New York 11747
                             Phone: (212) 922-0906
                             Fax: (212) 922-0907
                             lburbol@sssfirm.com
                             *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF.  Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 6th day of January 2017.

                                                                   _/s/ Lauren E. Burbol_
                                                                        Lauren E. Burbol