# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Tamara Muncy v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:16-cv-14588**

## ORDER FOR PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS

THIS MATTER, having come before the Court on Plaintiff's Motion for Extension of Time Within Which to Serve Process, and the Court having reviewed such and being otherwise sufficiently advised, it is hereby ORDERED that Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG through the streamlined process as set forth in this Court's Pre-Trial Order No. 10 is hereby GRANTED. Plaintiff shall have an additional _____ days within which to serve process on Bayer Pharma AG from the date of this order.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Hon. Eldon E. Fallon
UNITED STATES DISTRICT JUDGE