UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**DENNIS ROHRER**
Civil Action No.: 2:16-cv-16564-EEF-MBN

**WILLIAM MINCHER** *individually and as personal representative of the Estate of Anne Mincher*
Civil Action No.: 2:16-cv-16569-EEF-MBN

**JAMES DODSON** *as Power of Attorney for Charles Dodson*
Civil Action No.: 2:16-cv-16574-EEF-MBN

**JERMAINE STILLS and CAMILLE STILLS**
Civil Action No.: 2:16-cv-16543-EEF-MBN

**DORETIA PORTER**
Civil Action No.: 2:16-cv-16553-EEF-MBN

**MARTHA A. SMITH**
Civil Action No.: 2:16-cv-16559-EEF-MBN

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

COMES NOW, Debra J. Humphrey of Marc J. Bern & Partners LLP, and formally enters her appearance as counsel for Plaintiffs in the above captioned matters.

Dated this 9th day of January, 2017

Respectfully submitted,
By: /s/ Debra J. Humphrey
Debra J. Humphrey NY State Bar No. 5050448
MARC J. BERN & PARTNERS LLP
One Grand Central Place
60 E. 42nd St., Ste. 950
New York, NY 10165
Telephone: (212) 702-5000
Facsimile: (212) 818-0164
Email: dhumphrey@bernllp.com
*ATTORNEY FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2017, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ Debra J. Humphrey
DEBRA J. HUMPHREY