# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Colin Towner v. Janssen Research & Development LLC, et al.*
Civil Action No.: 2:15-cv-03379

## NOTICE OF SUBMISSION

NOW COME the Plaintiff, by and through the undersigned counsel, Notice of Submission of Plaintiff's Motion for Extension of Time Within Which to Serve Process before the Honorable Judge Eldon E. Fallon on February 1, 2017 at 9:00 a.m.

This 9th day of January, 2017

By: /s/ John Jewell Pace
**John Jewell Pace (Bar #1115)**
John Jewell Pace, A.P.L.C
P.O. Box 14209
Baton Rouge, LA 707898
Telephone: (225) 686-3000
Facsimile: (866) 912-2008
Email: jjp@johnjpacelaw .com
*Attorney for plaintiff Colin Towner*

By: /s/ Samuel C. Ward
**Samuel "Chuck" Ward**
**(Bar # 29508)**
Samuel C. Ward Jr., & Assoc.
660 Saint Ferdinand Street
Baton Rouge, LA 70802
Telephone: (225) 330- 6677
Facsimile: (225) 330-6680
Email: samuelcward@aol.com
*Attorney for plaintiff Colin Towner*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 9th day of January 2017.

                                                              */s/ John Jewell Pace*
                                                                    John Jewell Pace

                                                              */s/ Samuel C. Ward*
                                                                Samuel C. Ward