UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (ROVAROXABAN)　　　　MDL NO. 2592
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　SECTION  L (5)

THIS DOCUMENT RELATES TO:
C.A. 15-3496, 15-4610, 15-3513,
15-3519, 15-3737, 15-3932, 15-5281,
15-3933, 15-3587, 15-3589, 15-3498,
and 15-5007

## ORDER

The Court held a Show Cause Hearing on March 16, 2016 and issued orders on January 5, 2017, directing that the above cases be DISMISSED with prejudice (Rec. Docs. 4939 and 4940). It has been brought to the Court's attention that the filing fees in the above cases have not yet been paid. Accordingly,

**IT IS ORDERED** that the plaintiffs' counsel pay the required filing fee for each complaint listed above, in the amount of $400.00, within two weeks of entry of this order.

New Orleans, Louisiana this 9th day January, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE