UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*M. Evelyn Guertin*                                                                                                    *2:15-cv-06163*

## ORDER

IT IS ORDERED that the Motion for Substitution of Joy Gutis, surviving natural daughter of M. Evelyn Guertin, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this __6th__ day of _____January_____, 201_7_.

_____
UNITED STATES DISTRICT JUDGE