UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL NO. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAG. JUDGE NORTH |
| | ) | |
| | ) | |
| | ) | |

**This Document Relates to:**

*Virginia Thomas v. Janssen Research & Development LLC, et al;* **Case No.: 2:16-cv-12392**

<u>**NOTICE AND SUGGESTION OF DEATH**</u>

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby Informs the Honorable Court of the death of Plaintiff, Virginia Thomas.

Dated: January 9, 2017

Respectfully submitted,

**THE BENTON LAW FIRM**

 /s/Jeff Benton
Jeff Benton
Texas Bar No. 24050283
The Benton Law Firm
1825 Market Center Blvd., Suite 350
Dallas, TX 75207
Jeff@TheBentonLawFirm.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties of their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      This is the 9th day of January, 2017.

      /s/ Jeff Benton
      Jeff Benton