UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*Virginia Thomas v. Janssen Research & Development, LLC, et al;*
*USDC EDLA No. 2:16-cv-12392*

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW, Harold Thomas, surviving spouse of Virginia Thomas, and moves pursuant to Fed.R.Civ.P. 25(a) to substitute himself as a Plaintiff in this action based on the death of Virginia Thomas.

A Notice/Suggestion of Death was previously filed in this matter on January 9, 2017.

DATED:        January 9, 2017

Respectfully submitted,

**THE BENTON LAW FIRM**

 /s/Jeff Benton
Jeff Benton
Texas Bar No. 24050283
The Benton Law Firm
1825 Market Center Blvd., Suite 350
Dallas, TX 75207
Jeff@TheBentonLawFirm.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

      /s/Jeff Benton
      Jeff Benton