UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Virginia Thomas v. Janssen Research & Development, LLC, et al:*
*USDC EDLA No. 2:16-cv-12392*

**ORDER**

IT IS ORDERED that the Motion for Substitution of Harold Thomas, the surviving spouse of Virginia Thomas, on behalf of her Estate, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this ___ day of _____, 2017.

_____
United States District Judge