**UNITED STATES DISTRICT
COURT EASTERN DISTRICT
OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | **MDL No. 2592**<br><br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE NORTH** |

THIS DOCUMENT RELATES TO:

*Colin Towner v. Janssen Research & Development LLC, et al.*
**Civil Action No.: 2:15-cv-03379**

**NOTICE OF SUBMISSION**

NOW COME the Plaintiff, by and through the undersigned counsel, Notice of Submission of Plaintiff's Motion for Extension of Time Within Which to Serve Process before the Honorable Judge Eldon E. Fallon on February 1, 2017 at 9:00 a.m.

This 9th day of January, 2017

        By: /s/ John Jewell Pace
        **John Jewell Pace (Bar #1115)**
        John Jewell Pace, A.P.L.C
        P.O. Box 14209
        Baton Rouge, LA 707898
        Telephone: (225) 686-3000
        Facsimile: (866) 912-2008
        Email: jjp@johnjpacelaw .com
        *Attorney for plaintiff Colin Towner*

        By: /s/ Samuel C. Ward
        **Samuel "Chuck" Ward**
        **(Bar # 29508)**
        Samuel C. Ward Jr., & Assoc.
        660 Saint Ferdinand Street
        Baton Rouge, LA 70802
        Telephone: (225) 330- 6677
        Facsimile: (225) 330-6680
        Email: samuelcward@aol.com
        *Attorney for plaintiff Colin Towner*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to PreTrial Order No. 17, on this 9th day of January 2017.

        */s/ John Jewell Pace*
        John Jewell Pace

        */s/ Samuel C. Ward*
        Samuel C. Ward