# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*WENDI CALI, Individually and as Independent Executor of the ESTATE OF GERALDINE CALI v. Janssen Research & Development LLC, et al, 2:16-cv-15335*

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER PHARMA AG

COMES NOW Plaintiff, through undersigned counsel, in the above-listed action and respectfully requests that this Honorable Court grant her Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG, and that this Court issue an Order granting her sixty (60) days from granting of the Motion within which to serve process on Defendant Bayer Pharma AG through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10. A memorandum in support of Plaintiff's Motion is submitted herewith.

Dated: January 10, 2017          Respectfully submitted,

                                 Goldblatt and Singer

                                 /s/ Jeffrey S. Singer
                                 Jeffrey S. Singer #45570 MO
                                 8182 Maryland Ave.
                                 Suite 801
                                 St. Louis, MO 63105
                                 (314) 231-4100
                                 Email: jsinger@stlinjurylaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Jeffrey S. Singer
Jeffrey S. Singer
