UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| * * * * * * * * * * * * * * * * * * * * * | * * | SECTION L |
| THIS DOCUMENT RELATES TO: All Actions | * * * * * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

**PLAINTIFFS' STEERING COMMITTEE'S MOTION
TO WITHDRAW REC. DOC. 4742 WITHOUT PREJUDICE**

COMES NOW the Plaintiffs' Steering Committee and moves to withdraw the PLAINTIFFS' STEERING COMMITTEE'S MOTION TO COMPEL AND/OR FOR A PROTECTIVE ORDER TO REQUIRE COMPLETE DISCLOSURE OF DOCUMENTS (Rec. Doc. 4742) without prejudice to its refiling. For the reasons set forth in the memorandum of law submitted and incorporated herewith by reference, the motion should be granted.

DATE: January 10, 2017                              Respectfully submitted,

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (Bar No. 14190)
**HERMAN, HERMAN & KATZ, LLC**
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024
Email: ldavis@hhklawfirm.com

1

2

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
PH: (504) 522-2304
FAX: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*