UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ELDON E. FALLON MAG. |
| All Actions | * | |
| | * | JUDGE NORTH |
| | * | |
| | * | |
| | * | |

**PLAINTIFFS' STEERING COMMITTEE'S MEMORANDUM OF LAW IN
SUPPORT OF MOTION TO WITHDRAW REC. DOC. 4742 WITHOUT PREJUDICE**

NOW INTO COURT, the Plaintiffs' Steering Committee has moved to withdraw its

MOTION TO COMPEL AND/OR FOR A PROTECTIVE ORDER TO REQUIRE COMPLETE

DISCLOSURE OF DOCUMENTS (Rec. Doc. 4742) without prejudice, which was filed on

December 14, 2016.    After extensive discussions, by agreement of the parties, the motion to

compel should be withdrawn without prejudice to its refiling, and without assessment of costs to

any party.  Wherefore, the instant motion should be granted.

DATE:  January 10, 2017                    Respectfully submitted,


                                                    /s/ Leonard A. Davis
                                                    Leonard A. Davis, Esq. (Bar No. 14190)
                                                    **HERMAN, HERMAN & KATZ, LLC**
                                                    820 O'Keefe Avenue
                                                    New Orleans, LA 70113
                                                    PH: (504) 581-4892
                                                    FAX: (504) 561-6024
                                                    Email: ldavis@hhklawfirm.com

Gerald E. Meunier (Bar No. 9471)
**GAINSBURGH BENJAMIN DAVID MEUNIER &WARSHAUER, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
PH: (504) 522-2304
FAX: (504) 528-9973
Email: gmeunier@gainsben.com

*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2017, the foregoing pleading and its supporting memorandum of law were filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre- Trial Order No. 17.

*/s/ Leonard A. Davis*
**LEONARD A. DAVIS**