UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * | MDL 2592 |
| * * * * * * * * * * * * * * * * * * * * * | * * | SECTION L |
| THIS DOCUMENT RELATES TO: All Actions | * * * * * * * | JUDGE ELDON E. FALLON MAG. JUDGE NORTH |

## ORDER

UPON CONSIDERATION of the Plaintiffs' Steering Committee's motion to withdraw Rec. Doc. 4742 without prejudice, it is hereby ORDERED that said motion be GRANTED. The motion to compel at Rec. Doc. 4742 shall be withdrawn without prejudice to its refiling, and without assessment of costs to any party.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge

1