**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*THE ESTATE OF DOMINIC CARIGLIO, by and through its Successor-In-Interest SHIRLEY CARIGLIO, an Individual v. Janssen Research & Development LLC, et al, 2:16-cv-14665*

**NOTICE OF SUBMISSION**

Please take notice that the above-listed Plaintiff will bring her Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG for submission before the Honorable Eldon E. Fallon on Wednesday, February 15, 2017, at 9:00 a.m.

Dated: January 10, 2017

Respectfully Submitted,

/s/ Jeffrey S. Singer
Jeffrey S. Singer

GOLDBLATT + SINGER
8182 Maryland Avenue, Suite 801
St. Louis, MO  63105
Telephone: (314) 231-4100
Fax: (314) 241-5078

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Jeffrey S. Singer
Jeffrey S. Singer
