# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*BARBARA VAN FRADENBURG, Individually and as Executor De Son Tort of the ESTATE OF ROY VAN FRADENBURG v. Janssen Research & Development LLC, et al, 2:16-cv-15520*

## ORDER

Having considered all of the pleadings and documents relating to Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharma AG in the above-captioned case,

**IT IS HEREBY ORDERED** that Plaintiff, *BARBARA VAN FRADENBURG, Individually and as Executor De Son Tort of the ESTATE OF ROY VAN FRADENBURG*, shall have sixty (60) days from the date of this Order to serve process on Defendant Bayer Pharma AG.

Dated: _____      _____
                                   Judge Eldon E. Fallon

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Jeffrey S. Singer
Jeffrey S. Singer
