UNITED STATES DISTRICT
COURT EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*COLIN TOWNER v. Janssen Research & Development LLC, et al, 2:15-cv- 03379*

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC.

COMES NOW Plaintiff, through undersigned counsel, in the above-listed action and respectfully requests that this Honorable Court grant his Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc., and that this Court issue an Order granting him sixty (60) days from granting of the Motion within which to serve process on Defendant Bayer Healthcare Pharmaceuticals, Inc., through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10. A memorandum in support of Plaintiff's Motion is submitted herewith.

Dated: January 10, 2017					Respectfully submitted,


								By: /s/ John Jewell Pace

								**John Jewell Pace (Bar #1115)**
								John Jewell Pace, A.P.L.C
								P.O. Box 14209
								Baton Rouge, LA 707898
								Telephone: (225) 686-3000
								Facsimile: (866) 912-2008
								Email: jjp@johnjpacelaw .com
								*Attorney for plaintiff Colin Towner*



								By: /s/ Samuel C. Ward
								**Samuel "Chuck" Ward**
								**(Bar # 29508)**
								Samuel C. Ward Jr., & Assoc.
								660 Saint Ferdinand Street
								Baton Rouge, LA 70802
								Telephone: (225) 330- 6677
								Facsimile: (225) 330-6680
								Email: samuelcward@aol.com
								*Attorney for plaintiff Colin Towner*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

>  _/s/ John Jewell Pace_
>  John Jewell Pace

>  _/s/ Samuel C. Ward_
>  Samuel C. Ward