# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ) | MDL No. 2592 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION L |
| | ) | |
| | ) | JUDGE ELDON E. FALLON |
| | ) | |
| | ) | MAGISTRATE JUDGE NORTH |

**This Document Relates to:**

*COLIN TOWNER v. Janssen Research & Development LLC, et al, 2:15-cv-03379*

## NOTICE OF SUBMISSION

Please take notice that the above-listed Plaintiff will bring his Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharmaceuticals Inc., for submission before the Honorable Eldon E. Fallon on Wednesday, February 15, 2017, at 9:00 a.m.

Dated: January 10, 2017

Respectfully Submitted,

                                        By: /s/ John Jewell Pace
                                        **John Jewell Pace (Bar #1115)**
                                        John Jewell Pace, A.P.L.C
                                        P.O. Box 14209
                                        Baton Rouge, LA 707898
                                        Telephone: (225) 686-3000
                                        Facsimile: (866) 912-2008
                                        Email: jjp@johnjpacelaw.com
                                        *Attorney for plaintiff Colin Towner*


                                        By: /s/ Samuel C. Ward
                                        **Samuel "Chuck" Ward**
                                        **(Bar # 29508)**
                                        Samuel C. Ward Jr., & Assoc.
                                        660 Saint Ferdinand Street
                                        Baton Rouge, LA 70802
                                        Telephone: (225) 330- 6677
                                        Facsimile: (225) 330-6680
                                        Email: samuelcward@aol.com
                                        *Attorney for plaintiff Colin Towner*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

          */s/ John Jewell Pace*
          John Jewell Pace

          */s/ Samuel C. Ward*
          Samuel C. Ward