**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF**
**LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)  )  **MDL No. 2592**
                                )
**PRODUCTS LIABILITY LITIGATION**
                                )  **SECTION L**
                                )
                                )  **JUDGE ELDON E. FALLON**
                                )
                                )  **MAGISTRATE JUDGE NORTH**

**This Document Relates to:**

*COLIN TOWNER v. Janssen Research & Development LLC, et al, 2:15-cv-03379*

## ORDER

Having considered all of the pleadings and documents relating to Plaintiff's Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Pharmaceuticals Inc., in the above-captioned case,

**IT IS HEREBY ORDERED** that Plaintiff, **COLIN TOWNER,** shall have sixty (60) days from the date of this Order to serve process on Defendant Bayer Pharmaceuticals Inc.

New Orleans, Louisiana, this_____day of _____, 2017.

_____
Hon. Eldon E. Fallon
UNITED STATES DISTRICT JUDGE

Case 2:14-md-02592-EEF-MBN Document 4988-3 Filed 01/10/17 Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

_/s/ John Jewell Pace_____

John Jewell Pace

_/s/ Samuel C. Ward_____

Samuel C. Ward