UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)     MDL No. 2592
PRODUCTS LIABILITY LITIGATION

SECTION L

THIS DOCUMENT RELATES TO:     JUDGE ELDON E. FALLON

*Rorick-Evans v. Johnson & Johnson, et al.*,     MAGISTRATE NORTH
Case No. 2:16-cv-16699

### AFFIDAVIT OF BRETT HARROP IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR REMAND

I, Brett Harrop, declare and state as follows:

1.    I am Vice President of Distribution Operations, Regional Sales & Operations, for McKesson Corporation's U.S. Pharmaceutical business ("McKesson Pharma"). I am over 18 years of age and am competent to make this declaration. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. I would and could testify to these matters if called as a witness.

2.    In this affidavit, I state facts in support of the Opposition to Plaintiff's Motion for Remand.

3.    McKesson Corporation is organized under the laws of Delaware and has its principal place of business in California.

4.    In my current position, I am responsible for the operational processes and logistics for the West Region of nine pharmaceutical distribution centers, and as a result am familiar with McKesson Pharma's business and, in particular, how and where it distributes certain drugs.

5.    McKesson Pharma is a non-exclusive wholesale distributor of prescription pharmaceuticals, over-the-counter, and health and beauty products to chain and independent

**Exhibit A**

pharmacy customers, and hospitals. As a wholesale distributor, McKesson Pharma distributes products manufactured by others.

6. McKesson Pharma is a non-exclusive distributor of Xarelto, along with many other pharmaceutical products.

7. McKesson Pharma does not generally sell Xarelto to treating physicians who prescribe the product.

8. McKesson Pharma has never manufactured Xarelto and had no role in the testing, design or labeling of Xarelto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 10th day of January 2016 in _Goodyear  AZ_.

Brett Harrop

SWORN TO AND SUBSCRIBED BEFORE ME THIS 10th DAY OF JANUARY, 2017.

NOTARY PUBLIC
Reyna Ochoa
PRINTED NAME

336273
BAR NUMBER

MY COMMISSION EXPIRES AT  12/17/18



Reyna Ochoa
Notary Public
Maricopa County, Arizona
My Comm. Expires 12-17-18