UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE ELDON E. FALLON |
| *Rorick-Evans v. Johnson & Johnson, et al.*, Case No. 2:16-cv-16699 | MAGISTRATE NORTH |

**REQUEST FOR ORAL ARGUMENT**

NOW INTO COURT, through undersigned counsel, comes Defendant Johnson and Johnson, who, pursuant to Local Rule 78.1, respectfully requests oral argument on Plaintiff Heidi Rorick-Evans' pending Motion to Remand (Rec. Doc. 4720). Defendant respectfully requests oral argument take place on January 20, 2017, immediately following the Xarelto MDL Monthly Status Conference set on that date. Defendant respectfully suggests that such argument would be helpful in resolving the issues raised in said Motion.

00390074

Respectfully submitted,

DRINKER BIDDLE & REATH LLP

By: /s/ *Susan M. Sharko*
    Susan M. Sharko
    DRINKER BIDDLE & REATH LLP
    600 Campus Drive
    Florham Park, NJ 07932-1047
    Telephone: (973) 549-7000
    Facsimile:  (973) 360-9831
    susan.sharko@dbr.com

    Rodney M. Hudson
    DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
    San Francisco, CA 94105-2235
    Telephone: (415) 591-7500
    Facsimile: (415) 571-7510
    Rodney.hudson@dbr.com

    Chanda A. Miller
    DRINKER BIDDLE & REATH LLP
    One Logan Square, Suite 2000
    Philadelphia, PA 19103-6996
    Telephone: (215) 988-2500
    Facsimile: (215)988-2757
    Chanda.Miller@dbr.com


IRWIN FRITCHIE URQUHART & MOORE LLC

By: /s/ *James B. Irwin*
    James B. Irwin
    Kim E. Moore
    IRWIN FRITCHIE URQUHART & MOORE LLC
    400 Poydras Street
    Suite 2700
    New Orleans, LA 70130
    Telephone: (504) 310-2100
    Facsimile:  (504) 310-2120
    jirwin@irwinllc.com

*Attorneys for Defendant Johnson & Johnson*

00390074

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 10, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ James B. Irwin*
**James B. Irwin**

00390074