**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | : | **MDL No. 2592** |
| PRODUCTS LIABILITY LITIGATION | : | **SECTION L** |
|  | : |  |
|  | : | **JUDGE ELDON E. FALLON** |
|  | : |  |
|  | : | **MAGISTRATE JUDGE NORTH** |
|  | : |  |
| _____ | : |  |

**THIS DOCUMENT RELATES TO:**

**BRETT ANDRE**
**Civil Action No. 2:16-cv-00554**

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS**
**WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET**

COMES NOW, Counsel for Plaintiff Brett Andre, and files this response to the Order to

Show Cause (Doc. 4921) issued by this Court on January 5, 2017:

1.      Plaintiffs' Joint Complaint was filed in In Re Xarelto Products Liability, MDL

2592 (E.D.La) pursuant to Pretrial Order No. 11 on January 22, 2016.  At the time

of filing Plaintiffs' Joint Complaint, counsel for Plaintiff Brett Andre had

obtained medical records establishing both proof of Mr. Andre's use of Xarelto

and proof of injury caused by his ingestion of Xarelto.

2.      Case Management Order ("CMO") No. 1 and 13 require all Plaintiffs to submit a

Plaintiff Fact Sheet ("PFS") to the defendants using MDL Centrality within 60

days from the date each plaintiff's case is filed, if filed directly in this Court, or

within 60 days of the date the case is transferred to the Court.

3.      In order to comply with CMOs No. 1 and 13, counsel for Plaintiff made numerous

attempts to obtain a completed PFS from Plaintiff, Brett Andre.

4.      Specifically, multiple letters, phone calls and email correspondence were sent to Mr. Andre beginning in January 2016 at his last known address and phone number.

5.      Although proof of Xarelto use and proof of an injury caused by Xarelto has been obtained, counsel for Mr. Andre is still awaiting Mr. Andre's completed Fact Sheet as required by CMO 1 and PTO 13.

6.      Undersigned counsel is without any knowledge of what circumstances exist – such as a serious health issue – that may preclude Mr. Andre from responding to undersigned counsel or completing the Plaintiff Fact Sheet.

7.      Accordingly, for the reasons stated herein, undersigned counsel respectfully requests this Honorable Court allow undersigned counsel additional time to locate Mr. Andre.  Alternatively, undersigned counsel respectfully requests this Court dismiss this claim without prejudice.

Respectfully submitted,

*/s/ Derek H. Potts*
Derek H. Potts
Texas Bar No. 24073727
dpotts@potts-law.com
**THE POTTS LAW FIRM, LLP**
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
Telephone:  (832) 413-4410
Facsimile:  (832) 900- 2120

By:    */s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.
Texas Bar No. 03428900
E-mail:  rburnett@rburnettlaw.com
Amy L. Collins
Texas Bar No. 24074054
E-mail: acollins@rburnettlaw.com
**BURNETT LAW FIRM**
55 Waugh Drive, Suite 803
Houston, Texas 77007
Telephone:  (832) 413-4410
Facsimile:  (832) 900-2120

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2017, the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.