UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL No. 2592 |
| IN RE: XARELTO (RIVAROXABAN) | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | MAGISTRATE JUDGE NORTH |
| | : | |
| | : | |

**THIS DOCUMENT RELATES TO:**

MARGARET PLEASANT
Civil Action No. 2:16-cv-01102

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET**

COMES NOW, Counsel for Plaintiff Margaret Pleasant, and files this response to the Order to Show Cause (Doc. 4921) issued by this Court on January 5, 2017:

1. Plaintiffs' Joint Complaint was filed in In Re Xarelto Products Liability, MDL 2592 (E.D.La) pursuant to Pretrial Order No. 11 on January 22, 2016 and captioned 2:16-cv-00554; *Andre, et al. v. Janssen Research & Development LLC, et al*. At the time of filing Plaintiffs' Joint Complaint, counsel for Plaintiff Margaret Pleasant had obtained medical records establishing both proof of Ms. Pleasant's use of Xarelto and proof of injury caused by her ingestion of Xarelto.

2. On February 5, 2016, pursuant to the Court's Order for severance, a Short Form Complaint was filed and this case was assigned cause number 2:16-cv-01102; *Margaret Pleasant v. Janssen Research & Development LLC, et al*.

3. Case Management Orders ("CMO") No. 1 and 13 require all Plaintiffs to submit a Plaintiff Fact Sheet ("PFS") to the defendants using MDL Centrality within 60

   days from the date each plaintiff's case is filed, if filed directly in this Court, or within 60 days of the date the case is transferred to this Court.

4. In order to comply with CMOs No. 1 and 13, counsel for Plaintiff made numerous attempts to obtain a completed PFS from the Plaintiff, Margaret Pleasant, beginning in January 2016.

5. Specifically, multiple letters and phone calls were sent to Ms. Pleasant beginning in January 2016 at her last known address and phone number.

6. In late February 2016, upon receipt of returned mail and failure to make contact by telephone, undersigned counsel hired a private investigator in an attempt to locate Ms. Pleasant. In early March 2016, the private investigator informed undersigned counsel that Ms. Pleasant had passed away on February 21, 2016.

7. On March 10, 2016, undersigned counsel requested a 60 days extension to submit the PFS, which was agreed to by defendants on March 22, 2016.

8. On March 23, 2016, undersigned counsel filed a Suggestion of Death (Doc. 2862) notifying this Court of Ms. Pleasant's death.

9. On March 31, 2016, undersigned counsel contacted Plaintiff's daughter, Cheron McCoy, and informed her that Ms. Pleasant's claim would be subject to dismissal if a completed PFS was not served in accordance with CMOs 1 and 13. Ms. McCoy was also informed that she would need to sign an attorney fee contract so that she could be substituted in as Plaintiff in the above-referenced lawsuit.

10. To date, undersigned counsel has not received a signed attorney fee contract or a completed PFS. Furthermore, attempts to reach Ms. McCoy by phone and mail have been unsuccessful.

11. Accordingly, undersigned counsel currently has no client in this matter and thus is not empowered to stipulate to dismissal.

12. Therefore, for the reasons stated herein, undersigned counsel respectfully requests this Honorable Court be granted an extension of time in which to submit a PFS to allow undersigned counsel additional time to locate Ms. McCoy. Alternatively, undersigned counsel respectfully requests this Court dismiss this claim without prejudice.

    Respectfully submitted,

    */s/ Derek H. Potts*
    Derek H. Potts
    Texas Bar No. 24073727
    dpotts@potts-law.com
    **THE POTTS LAW FIRM, LLP**
    3737 Buffalo Speedway, Suite 1900
    Houston, Texas 77098
    Telephone: (832) 413-4410
    Facsimile: (832) 900- 2120

By:  */s/ Riley L. Burnett, Jr.*
    Riley L. Burnett, Jr.
    Texas Bar No. 03428900
    E-mail: rburnett@rburnettlaw.com
    Amy L. Collins
    Texas Bar No. 24074054
    E-mail: acollins@rburnettlaw.com
    **BURNETT LAW FIRM**
    55 Waugh Drive, Suite 803
    Houston, Texas 77007
    Telephone: (832) 413-4410
    Facsimile: (832) 900-2120

    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2017, the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.