MINUTE ENTRY
FALLON, J.
JANUARY 10, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic hearing was held on this date in the chambers of Judge Eldon E. Fallon. The PSC was represented by Lenny Davis, Gerald Meunier, Brian Barr, Andy Birchfield, and Fred Longer. Defendants were represented by Jim Irwin, Susan Sharko, John Olinde, Chanda Miller, and Andy Solow.

At the conference, the Court discussed (1) a motion to compel filed in the Pennsylvania state litigation; (2) Plaintiffs' discovery request regarding Medical Information Requests; (3) deposition dates for certain experts; (4) the PSC's motion to compel (R. Doc. 4886); (5) a draft Pretrial Order; (6) and a Motion to Remand set for submission this month.

The status conference was transcribed by Court Reporter Karen Ibos. To obtain a copy of the transcript, contact Ms. Ibos at (504) 589-7776.

JS10(00:14)