UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

**CONSTANCE WILLIAMS**
**Civil Action No. 2:16-cv-01117**

**PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW**
**MOTION TO DISMISS WITHOUT PREJUDICE (DOCUMENT 2105)**

COMES NOW, Counsel for Plaintiff Constance Williams, and files this response to the Order to Show Cause (Doc. 4921) issued by this Court on January 5, 2017:

1. Plaintiffs' Joint Complaint was filed in In Re Xarelto Products Liability, MDL 2592 (E.D.La) pursuant to Pretrial Order No. 11 on January 22, 2016 and captioned 2:16-cv-00554; *Andre, et al. v. Janssen Research & Development LLC, et al*. At the time of filing Plaintiffs' Joint Complaint, counsel for Plaintiff Constance Williams had obtained medical records establishing both proof of Ms. Williams' use of Xarelto and proof of injury caused by her ingestion of Xarelto.

2. On February 5, 2016, pursuant to the Court's Order for severance, a Short Form Complaint was filed and this case was assigned cause number 2:16-cv-01117; *Constance Williams v. Janssen Research & Development LLC, et al*.

3. Case Management Orders ("CMO") No. 1 and 13 require all Plaintiffs to submit a Plaintiff Fact Sheet ("PFS") to the defendants using MDL Centrality within 60

1

days from the date each plaintiff's case is filed, if filed directly in this Court, or within 60 days of the date the case is transferred to this Court.

4. In order to comply with CMOs No. 1 and 13, counsel for Plaintiff made numerous attempts to obtain a completed PFS from the Plaintiff, Constance Williams, beginning in January 2016.

5. Specifically, multiple letters and phone calls were sent to Ms. Williams beginning in January 2016 at her last known address and phone number.

6. In early February 2016, upon receipt of returned mail and failure to make contact by telephone, undersigned counsel conducted an internet search and determined that Ms. Williams had passed away December 6, 2015.

7. On March 1, 2016, undersigned counsel hired a private investigator to locate family members of Ms. Williams. The private investigator was able to locate one of Ms. Williams' two sons, Tommy, and obtained his phone number.

8. On March 10, 2016, undersigned counsel requested a 60 days extension to submit the PFS, which was agreed to by defendants on March 22, 2016.

9. On March 29, 2016, undersigned counsel filed a Suggestion of Death (Doc. 2862) notifying this Court of Ms. Williams' death.

10. Beginning in early March 2016, undersigned counsel attempted to make contact with Tommy via phone and mail. To date, those attempts have been unsuccessful.

11. Because Ms. Williams is deceased and attempts to make contact with family members have been unsuccessful, undersigned counsel currently has no client in this matter and thus is not empowered to stipulate to dismissal.

12. Therefore, for the reasons stated herein, undersigned counsel respectfully requests this Honorable Court be granted an extension of time in which to submit a PFS to allow undersigned counsel additional time to locate family members of Ms. Williams. Alternatively, undersigned counsel respectfully requests this Court dismiss this claim <u>without prejudice</u>.

      Respectfully submitted,

      */s/ Derek H. Potts*
      Derek H. Potts
      Texas Bar No. 24073727
      dpotts@potts-law.com
      **THE POTTS LAW FIRM, LLP**
      3737 Buffalo Speedway, Suite 1900
      Houston, Texas 77098
      Telephone: (832) 413-4410
      Facsimile: (832) 900- 2120

By:  */s/ Riley L. Burnett, Jr.*
      Riley L. Burnett, Jr.
      Texas Bar No. 03428900
      E-mail: rburnett@rburnettlaw.com
      Amy L. Collins
      Texas Bar No. 24074054
      E-mail: acollins@rburnettlaw.com
      **BURNETT LAW FIRM**
      55 Waugh Drive, Suite 803
      Houston, Texas 77007
      Telephone: (832) 413-4410
      Facsimile: (832) 900-2120

      ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2017, the above and foregoing Notice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

*/s/ Riley L. Burnett, Jr.*
Riley L. Burnett, Jr.