| | |
|---|---|
| ANTHONY MUSSEHL,<br><br>    Plaintiff,<br><br>    v.<br><br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br>Civil Action No. 17-cv-0222 |

## NOTICE OF APPEARANCE

To the Clerk of the court and all parties of record:

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel in this action on behalf of plaintiff.

Dated: January 11, 2017

                                            **Slater Slater Schulman LLP**
                                            /s/ Lauren Burbol
                                            Lauren Burbol (4673042)
                                            445 Broad Hollow Road, Suite 334
                                            Melville, New York 11747
                                            Tel:   212 922-0906
                                            Email: lburbol@sssfirm.com