| | |
|---|---|
| ASALETHIA TRIBBLE, Individually and as the Representative of the Estate of AZA LEE TRIBBLE, | MDL NO. 2592 |
| Plaintiff, | SECTION:   L |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | JUDGE:  ELDON E. FALLON MAG. JUDGE MICHAEL NORTH Civil Action No. 17-cv-0284 |
| Defendants. | |

## NOTICE OF APPEARANCE

To the Clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel in this action on behalf of plaintiff.

Dated: January 11, 2017

**Slater Slater Schulman LLP**
/s/ Lauren Burbol
Lauren Burbol (4673042)
445 Broad Hollow Road, Suite 334
Melville, New York 11747
Tel:     212 922-0906
Email:  lburbol@sssfirm.com