| | |
|---|---|
| JAMES MILLER, Individually and as the Representative of the Estate of MELODY LEE MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>    Defendants. | MDL NO. 2592<br><br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH<br><br><br>Civil Action No. 17-cv-074 |

## NOTICE OF APPEARANCE

To the Clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as co-counsel in this action on behalf of plaintiff.

Dated: January 11, 2017

                               **Slater Slater Schulman LLP**
                                /s/ Lauren Burbol
                                Lauren Burbol (4673042)
                                445 Broad Hollow Road, Suite 334
                                Melville, New York 11747
                                Tel:    212 922-0906
                                Email: lburbol@sssfirm.com