UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE NORTH |

*****************************************

**THIS DOCUMENT RELATES TO:**
*Ernestine Hammond Magee, Case No. 2:16-cv-11954*

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the claims of Plaintiff Ernestine Hammond Magee in the above-captioned case be dismissed with prejudice against all defendants pursuant to Fed. R. Civ. P. 41. All parties shall bear their own costs.

DATED: January 11, 2017

                                                          Respectfully Submitted,

By:  */s/ Christopher J. Quinn*
       Christopher J. Quinn
       THE DRISCOLL FIRM, P.C.
       211 N. Broadway, 40th Floor
       St. Louis, MO 63102
       Tel: (314) 932-3232
       Fax: (314) 932-3233
       chris@thedriscollfirm.com

       *Attorneys for Plaintiff*

DRINKER BIDDLE & REATH LLP

By: /s/ Susan M. Sharko
Susan M. Sharko
600 Campus Drive
Florham Park, NJ 07932
Tel: (973) 549-7000
Susan.Sharko@dbr.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

ARNOLD & PORTER
KAYE SCHOLER LLP

By: /s/ Andrew K. Solow
Andrew K. Solow
Steven Glickstein
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
andrew.solow@apks.com
steven.glickstein@apks.com

William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

        IRWIN FRITCHIE URQUHART & MOORE LLC

By: */s/ James B. Irwin*
   James B. Irwin
   Kim E. Moore
   400 Poydras Street, Suite 2700
   New Orleans, LA 70130
   Tel: (504) 310-2100
   jirwin@irwinllc.com
   kmoore@irwinllc.com

*Liaison Counsel for Defendants*