UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

*********************************************

**THIS DOCUMENT RELATES TO:**
*Johnny Stewart, Case No. 2:16-cv-9889*

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the claims of Plaintiff Johnny Stewart in the above-captioned case be dismissed with prejudice against all defendants pursuant to Fed. R. Civ. P. 41. All parties shall bear their own costs.

DATED: January 11, 2017

                                                 Respectfully Submitted,

By:   */s/ Christopher J. Quinn*
       Christopher J. Quinn
       THE DRISCOLL FIRM, P.C.
       211 N. Broadway, 40th Floor
       St. Louis, MO 63102
       Tel: (314) 932-3232
       Fax: (314) 932-3233
       chris@thedriscollfirm.com

       *Attorneys for Plaintiff*

                        DRINKER BIDDLE & REATH LLP

By:   */s/ Susan M. Sharko*
      Susan M. Sharko
      600 Campus Drive
      Florham Park, NJ 07932
      Tel: (973) 549-7000
      Susan.Sharko@dbr.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Janssen Research & Development, LLC, Janssen Ortho LLC, and Johnson & Johnson*

ARNOLD & PORTER
KAYE SCHOLER LLP

By:   */s/ Andrew K. Solow*
      Andrew K. Solow
      Steven Glickstein
      250 West 55th Street
      New York, New York 10019-9710
      Telephone: (212) 836-8000
      Facsimile: (212) 836-8689
      andrew.solow@apks.com
      steven.glickstein@apks.com

      William Hoffman
      601 Massachusetts Ave., NW
      Washington, D.C. 20001
      Telephone: (202) 942-5000
      Facsimile: (202) 942-5999
      william.hoffman@apks.com

*Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG*

                                   IRWIN FRITCHIE URQUHART & MOORE LLC

By:    */s/ James B. Irwin*
         James B. Irwin
         Kim E. Moore
         400 Poydras Street, Suite 2700
         New Orleans, LA 70130
         Tel: (504) 310-2100
         jirwin@irwinllc.com
         kmoore@irwinllc.com

*Liaison Counsel for Defendants*