UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) : | |
| PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | |
| : | SECTION L |
| : | |
| : | JUDGE ELDON E. FALLON |
| : | |
| : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Virginia Thomas v. Janssen Research & Development, LLC, et al:*
*USDC EDLA No. 2:16-cv-12392*

## ORDER

    IT IS ORDERED that the Motion for Substitution of Harold Thomas, the surviving spouse of Virginia Thomas, on behalf of her Estate, as the Plaintiff in this action is HEREBY GRANTED.

  New Orleans, Louisiana this 10th  day of January, 2017

*[signature: Eldon E. Fallon]*

United States District Judge