UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2592  SECTION: L  JUDGE: FALLON  MAG. JUDGE NORTH |

*****************************************************

THIS DOCUMENT RELATES TO:

*Linda Buffa, Special Administrator, on behalf of Charles Buffa, Deceased v. Janssen Research & Development LLC, et al.*, Civil Action No. 2:16-cv-15808 (E.D. La.)

*Billy Massey v. Janssen Research & Development LLC, et al.*, Civil Action No. 2: 16-cv-1581 0 (E. D. La.)

*Betty Mosteller v. Janssen Research & Development LLC, et al.*, Civil Action No. 2:16-cv-15803 (E.D. La.)

*Gregory Palmateer v. Janssen Research & Development LLC, et al.*, Civil Action No.2: 16-cv-15805 (E. D. La.)

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANTS BAYER HEALTHCARE PHARMACEUTICALS, INC. AND BAYER PHARMA AG

NOW COMES Plaintiffs, through undersigned counsel, in the above-listed actions and respectfully requests that this Honorable Court grant its Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG, and that this Court issue an Order granting thirty (30) days from granting of the Motion within which to serve process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG through the streamlined service procedures for informal service of process set forth in Pre-Trial Order No. 10. A memorandum in support of Plaintiff's Motion is submitted herewith.

Dated: January 11, 2017                    Respectfully submitted,

/s/ *Anthony D. Irpino*
ANTHONY D. IRPINO (#24727)
LOUISE C. HIGGINS (#31780)
KACIE F. GRAY (#36476)
Irpino Law Firm
2216 Magazine St.
New Orleans, Louisiana 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501
airpino@irpinolaw.com
lhiggins@irpinolaw.com
kgray@irpinolaw.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record.

/s/ *Anthony D. Irpino*
Anthony D. Irpino