### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> _____) <br> ) <br> THIS DOCUMENT RELATES TO:       ) <br> Jerry Haney                                       ) <br> Civil Action No. 2:16-cv-16142          ) <br> _____) | MDL 2592 <br><br> SECTION: L <br><br><br><br> JUDGE FALLON <br> MAGISTRATE JUDGE NORTH |

### PLAINTIFF'S MOTION TO VOLUNTARY DISMISS
### *WITHOUT PREJUDICE*

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Jerry Haney, by and through the undersigned counsel, hereby files a Motion to Voluntary Dismiss *Without Prejudice* all claims against all Defendants in this matter only. This dismissal shall not affect the lawsuit previously filed by Attorney William L. Bross, Heninger Garrison and Davis, which is currently pending in this MDL and assigned Docket No. 16-cv-03322. All parties shall bear their own costs.

Dated: January 11, 2017         *s/ Dianne M. Nast*
                                                  Dianne M. Nast (PA Atty. ID No. 24424)
                                                  Daniel N. Gallucci (PA Atty. ID No. 81995)
                                                  Joanne E. Matusko (PA Atty. ID No. 91059)
                                                  **NASTLAW, LLC**
                                                  1101 Market Street, Suite 2801
                                                  Philadelphia, Pennsylvania 19107
                                                  Telephone: (215) 923-9300
                                                  Facsimile: (215) 923-9302
                                                  dnast@nastlaw.com
                                                  dgallucci@nastlaw.com
                                                  jmatusko@nastlaw.com
                                                  mburkholder@nastlaw.com

                                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2017, a copy of the foregoing Plaintiff's Motion to Dismiss Without Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Dated: January 11, 2017                                /s/ *Dianne M. Nast*_____