# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | ) | **MDL 2592** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: L** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | **JUDGE FALLON** |
| **Jerry Haney** | ) | **MAGISTRATE JUDGE NORTH** |
| **Civil Action No. 2:16-cv-16142** | ) | |

## ORDER

It is hereby ORDERED that Plaintiff's Motion to Dismiss *Without Prejudice* is GRANTED and that Plaintiff's claims against all Defendants in *Haney v. Janssen Research & Development, LLC*, et al, 16-cv-16142 is hereby voluntarily DISMISSED, *without prejudice*, each party to bear their own costs. This dismissal shall not affect the lawsuit currently pending in this MDL and assigned Docket No. 16-cv-03322.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE