UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2592 |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |
| ************************************************ | * | |

THIS DOCUMENT RELATES TO R. DOC. 4720 (Case No. 2:16-cv-16699)

# ORDER

Regarding Plaintiff Heidi Rorick-Evans' Motion to Remand (R. Doc. 4720), Defendants Johnson and Johnson have requested Oral Argument pursuant to Local Rule 78.1. (R. Doc. 4998). Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand shall be set for submission with oral argument on January 20, 2017, at 9:00 a.m. after the Monthly Status Conference. If counsel wishes to appear telephonically, they should contact the Court for instructions on how to do so, specifying their need to speak.

New Orleans, Louisiana, this 11th day of January, 2017.

_Eldon E. Fallon_
UNITED STATES DISTRICT JUDGE