# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL NO. 2592 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAG. JUDGE NORTH |
| ) | |
| ) | |
| ) | |

**This Document Relates to:**

*BRENDA LOU BRANDS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-07848*

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting John Brands, on behalf of the Estate of Brenda Lou Brands, as Plaintiff in the above captioned cause.

1. Brenda Lou Brands filed a products liability lawsuit against defendants on May 17, 2016.

2. Plaintiff Brenda Lou Brands died on September 15, 2016.

3. Brenda Lou Brands's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on January 6, 2017, attached hereto as "Exhibit A."

5. John Brands, surviving spouse of Brenda Lou Brands, is a proper party to substitute for plaintiff-decedent Brenda Lou Brands and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P.

25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: January 12, 2017                     Respectfully submitted,


/s/ Russell T. Abney_____
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: January 12, 2017	Respectfully submitted,

        /s/ Russell T. Abney
        Russell T. Abney, Esq.
        Attorney I.D. No. 000875 (GA)
        FERRER, POIROT & WANSBROUGH
        2100 RiverEdge Pkwy NW, Suite 1025
        Atlanta, GA 30328
        Telephone: 800.521.4492
        Fax: 866.513.0115
        atlanta@lawyerworks.com
        *Attorney for the Plaintiffs*