# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)  )<br>  )<br>PRODUCTS LIABILITY LITIGATION  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  ) | MDL NO. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAG. JUDGE NORTH |

**This Document Relates to:**

*BRENDA LOU BRANDS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.*
*Civil Action No. 2:16-cv-07848*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff John Brands, on behalf of the Estate of Brenda Lou Brands, is substituted for Plaintiff Brenda Lou Brands in the above captioned cause.

Dated: _____   _____
                                                            Hon. Eldon E. Fallon
                                                            United States District Court Judge