UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION: L |
| | JUDGE ELDON E.  FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| Robert E. Adams; | 2:16-cv-01748 |
| Milton Allen; | 2:16-cv-02567 |
| James Antwine; | 2:16-cv-01980 |
| Cheryl Arce; | 2:16-cv-13562 |
| Ronald E. Barfield; | 2:16-cv-13568 |
| Connie Lavonne Batey; | 2:16-cv-15367 |
| Luther J. Berry; | 2:16-cv-15630 |
| Lorraine Birkey; | 2:16-cv-06727 |
| Colin Bryant Black; | 2:16-cv-15484 |
| Frances A. Bray; | 2:16-cv-13574 |
| Darrell L. Carter; | 2:16-cv-13579 |
| Helen Chitwood; | 2:16-cv-02566 |
| Manuel I. Colon Lebron; | 2:16-cv-07014 |
| Christopher Gustafson, Individually and o/b/o Karen F. Degray, Deceased; | 2:16-cv-13581 |
| Ricky D. Denny; | 2:16-cv-01748 |
| Cortland L. Ender; | 2:16-cv-13583 |
| William T. Fell; | 2:16-cv-13437 |
| Abigail C. Ford; | 2:16-cv-13589 |
| Bobby Fowler; | 2:15-cv-06629 |
| Elizabeth L. Freese; | 2:16-cv-13593 |
| Gladys Fritsche; | 2:16-cv-13595 |
| Phyllis Fry; | 2:16-cv-15480 |
| William K. Gibeaut, Jr.; | 2:16-cv-01982 |
| Ronald Gross; | 2:16-cv-01748 |
| Cecilia B. Hagan; | 2:16-cv-01978 |
| Gary F. Hall; | 2:16-cv-01064 |
| Patricia Harden; | 2:16-cv-01984 |
| Georgia Hause; | 2:16-cv-01992 |
| Bryan Haynes; | 2:17-cv-00294 |
| Linda Herrren, Ind. and o/b/o Duane Herren, Deceased; | 2:16-cv-01994 |
| Melba K. Hitchcock; | 2:16-cv-01748 |
| Betty Hunter, Individually and o/b/o Thomas Hunter, Deceased; | 2:15-cv-06629 |

| | |
|---|---|
| *Sharon Jaime;* | *2:16-cv-01986* |
| *Beverly J. King;* | *2:16-cv-01976* |
| *Alois J. Kocurek;* | *2:16-cv-01977* |
| *Peggy Linkous;* | *2:16-cv-01985* |
| *Gery Mayes;* | *2:16-cv-01974* |
| *Luisa C. Morettini;* | *2:16-cv-01990* |
| *James Morgan;* | *2:15-cv-01975* |
| *Tami Nara;* | *2:15-cv-06629* |
| *Phillip E. Nicholson;* | *2:15-cv-06629* |
| *Allawana L. Parsons, Individually and o/b/o Smith H. Parsons, Deceased;* | *2:16-cv-01988* |
| *Charles J. Pattavina;* | *2:16-cv-15613* |
| *Dwanna  L. Robertson;* | *2:16-cv-01748* |
| *James Rowell;* | *2:16-cv-13597* |
| *Joseph Shull;* | *2:16-cv-13598* |
| *Dan Stires, Individually and o/b/o Freda Mae Stires, Deceased;* | *2:16-cv-01748* |
| *John Suman;* | *2:16-cv-15454* |
| *Patricia Unterbrink, Individually and o/b/o Ken Unterbrink, Deceased;* | *2:16-cv-01064* |
| *Danyel Walton;* | *2:16-cv-01970* |
| *Robert Watkins;* | *2:15-cv-06629* |
| *Jacquenetta Watson-Jolly;* | *2:16-cv-01748* |
| *Vickie Weis;* | *2:16-cv-01549* |
| *Raissa Young* | *2:16-cv-01979* |

## NOTICE OF CHANGE OF ADDRESS

**COMES NOW,** James C. Ferrell, counsel for the above listed Plaintiffs, and hereby give

notices to this Honorable Court, all parties, and all counsel of record in this matter who have made

an appearance that the address of the Law Offices of James C. Ferrell, P.C. has changed. Effective

immediately, the new address is as follows:

### 6226 Washington Avenue, Suite 200

### Houston, Texas 77007

The telephone number, facsimile number, and email address remain the same.

Dated: January 12, 2017

Respectfully submitted,

By: /s/ James C. Ferrell
James C. Ferrell
James C. Ferrell, P.C.
6226 Washington Avenue, Suite 200
Houston, Texas 77007
Office: (713) 337-3855
Fax: (713) 337-3856
jferrell@jamesferrell-law.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2017, a copy of the above and foregoing *Notice of Plaintiff Counsel's Change of Address* has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Respectfully submitted,

By: /s/ James C. Ferrell
James C. Ferrell
James C. Ferrell, P.C.
6226 Washington Avenue, Suite 200
Houston, Texas 77007
Office: (713) 337-3855
Facsimile: (713) 337-3856
jferrell@jamesferrell-law.com
*Counsel for Plaintiffs*