IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| _____) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | JUDGE FALLON |
| Jerry Haney ) | MAGISTRATE JUDGE NORTH |
| Civil Action No. 2:16-cv-16142 ) | |
| _____) | |

# ORDER

It is hereby ORDERED that Plaintiff's Motion to Dismiss *Without Prejudice* is GRANTED and that Plaintiff's claims against all Defendants in *Haney v. Janssen Research & Development, LLC*, et al, 16-cv-16142 is hereby voluntarily DISMISSED, *without prejudice*, each party to bear their own costs. This dismissal shall not affect the lawsuit currently pending in this MDL and assigned Docket No. 16-cv-03322.

New Orleans, Louisiana this 12th day of January, 2017.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE