# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2592<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

JoAnn Pirritano
2:15-cv-04992

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff JoAnn Pirritano be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Third Amended Joint Complaint into the record in this matter.

SIGNED this _____ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE