## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAVIS A. MILLER,<br>      Plaintiff,<br>v.<br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>      Defendants.<br><br>**This Document Relates to:**<br>**No. 2:16-13353** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SUBMISSION

COMES NOW Plaintiff in the above-listed action, by and through their undersigned counsel, file the following pleadings on Defendant Bayer Healthcare Pharmaceuticals, Inc. as follows:

1. Plaintiff's Motion to Deem Prior Service Valid or in the Alternative Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc;

2. Memorandum in Support of Plaintiff's Motion;

3. Proposed Orders Declaring Prior Service Valid; and

4. Proposed Order Granting Extension of Time.

            Respectfully submitted,

            By: /s/ Alexandra W. Robertson, Esq.
            Alexandra W. Robertson (MN 0395619)
            Johnson Becker, PLLC
            444 Cedar Street, Suite 1800
            St. Paul, MN 55101
            Telephone: (612) -436-1886
            Fax: (612) -436-1801
            Email: ARobertson@JohnsonBecker.com

            *Counsel for Plaintiff*

## CERTICATE OF SERVICE

I, Alexandra W. Robertson, hereby certify that on January 16, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: January 17, 2017          Respectfully submitted,

By: /s/ Alexandra W. Robertson, Esq.
Alexandra W. Robertson (MN 0395619)
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*