**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| WILLIE RUSH,<br>　　　　　　Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>　　　　　　Defendants.<br><br>**This Documents Relates to:**<br>**No. 2:16-cv-14964** | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION TO DEEM PRIOR SERVICE VALID OR IN THE ALTERNATIVE FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE PROCESS ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC.**

**COME NOW,** Plaintiff WILLIE RUSH by and through his undersigned counsel of record, respectfully moves the Court for an order declaring that the prior service of their Complaint and Summons on Defendant Bayer Healthcare Pharmaceuticals, Inc. is valid. In the alternative, Plaintiff respectfully moves the Honorable Court for an extension of time within which to serve process on Defendant Bayer Healthcare Pharmaceuticals, Inc. In support of this Motion, Plaintiff submits their contemporaneously filed Memorandum in Support.

　　WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and enter an Order declaring service to be valid, or in the alternative, enter an Order granting an extension of time within which to serve process.

Dated: January 17, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: /s/ Alexandra W. Robertson, Esq.
　　　　　　　　　　　　　　　　　　Alexandra W. Robertson (MN 0395619)
　　　　　　　　　　　　　　　　　　Johnson Becker, PLLC
　　　　　　　　　　　　　　　　　　444 Cedar Street, Suite 1800
　　　　　　　　　　　　　　　　　　St. Paul, MN 55101
　　　　　　　　　　　　　　　　　　Telephone: (612) -436-1886
　　　　　　　　　　　　　　　　　　Fax: (612) -436-1801
　　　　　　　　　　　　　　　　　　Email: ARobertson@JohnsonBecker.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Alexandra Robertson, certify that on January 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Alexandra W. Robertson, Esq.
Alexandra W. Robertson
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*