UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TINO MARKIYA TIMMONS,<br>　　　　　　　Plaintiff,<br>v.<br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>　　　　　　　Defendants.<br><br>**This Document Relates to:**<br>**No. 2:16-cv-14949** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SUBMISSION**

COMES NOW Plaintiff in the above-listed action, by and through their undersigned counsel, file the following pleadings on Defendant Bayer Healthcare Pharmaceuticals, Inc. as follows:

1. Plaintiff's Motion to Deem Prior Service Valid or in the Alternative Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc;

2. Memorandum in Support of Plaintiff's Motion;

3. Proposed Orders Declaring Prior Service Valid; and

4. Proposed Order Granting Extension of Time.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By: /s/ Alexandra W. Robertson, Esq.
　　　　　　　　　　　　　　　　　Alexandra W. Robertson (MN 0395619)
　　　　　　　　　　　　　　　　　Johnson Becker, PLLC
　　　　　　　　　　　　　　　　　444 Cedar Street, Suite 1800
　　　　　　　　　　　　　　　　　St. Paul, MN 55101
　　　　　　　　　　　　　　　　　Telephone: (612) -436-1886
　　　　　　　　　　　　　　　　　Fax: (612) -436-1801
　　　　　　　　　　　　　　　　　Email: ARobertson@JohnsonBecker.com

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTICATE OF SERVICE**

I, Alexandra W. Robertson, hereby certify that on January 16, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

Dated: January 17, 2017                     Respectfully submitted,

                                                               By: /s/ Alexandra W. Robertson, Esq.
                                                               Alexandra W. Robertson (MN 0395619)
                                                               Johnson Becker, PLLC
                                                               444 Cedar Street, Suite 1800
                                                               St. Paul, MN 55101
                                                               Telephone: (612) -436-1886
                                                               Fax: (612) -436-1801
                                                               Email: ARobertson@JohnsonBecker.com

                                                            *Counsel for Plaintiff*