# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TINO MARKIYA TIMMONS,<br>　　　　　　Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>　　　　　　Defendants.<br><br>**This Documents Relates to:**<br>**No. 2:16-cv-14949** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## PROPOSED ORDER

　　　　IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendant Bayer Healthcare Pharmaceuticals, Inc. as Valid under Pretrial Order No. 10 filed by the above-listed Plaintiff is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　United States District Judge