# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TINO MARKIYA TIMMONS,<br>               Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>               Defendants.<br><br>**This Documents Relates to:**<br>**No. 2:16-cv-14949** | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

## PROPOSED ORDER

      IT IS ORDERED that the Motion for Extension of Time Within Which to Serve Process on Defendant Bayer Healthcare Pharmaceuticals, Inc. filed by the above-listed Plaintiff is hereby GRANTED, and that Plaintiffs shall have thirty (30) days from the date of this Order to complete service of process through the streamlined service procedures for the informal service of process set forth in Pretrial Order No. 10**.**

New Orleans, Louisiana, this _____ day of _____, 2017.

                                                                               _____<br>
                                                                               Hon. Eldon E. Fallon<br>
                                                                               United States District Judge