**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| LEWIS ROGERS TODD,<br>                          Plaintiff,<br>v.<br><br>JANSSEN RESEARCH &<br>DEVELOPMENT, LLC f/k/a JOHNSON<br>AND JOHNSON PHARMACEUTICAL<br>RESEARCH AND DEVELOPMENT LLC,<br>et al.,<br>                          Defendants.<br><br>**This Documents Relates to:**<br>**No. 2:16-cv-14382** | MDL NO. 2592<br><br>SECTION:  L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S  MOTION  TO DEEM PRIOR  SERVICE  VALID OR IN THE
ALTERNATIVE FOR AN EXTENSION OF TIME WITHIN WHICH TO SERVE
PROCESS ON DEFENDANT BAYER HEALTHCARE PHARMACEUTICALS, INC.**

**COME NOW,** Plaintiff LEWIS ROGERS TODD by and through his undersigned counsel of

record, respectfully moves the Court for an order declaring that the prior service of their

Complaint and Summons on Bayer Defendant Healthcare Pharmaceuticals, Inc. is valid. In the

alternative, Plaintiff respectfully moves the Honorable Court for an extension of time within

which to serve process on Defendant Bayer Healthcare Pharmaceuticals, Inc. In support of this

Motion, Plaintiff submits their contemporaneously filed Memorandum in Support.

WHEREFORE, Plaintiff respectfully requests that this Court exercise its discretion and

enter an Order declaring service to be valid, or in the alternative, enter an Order granting an

extension of time within which to serve process.

Dated: January 17, 2017                    Respectfully submitted,

                                              By: /s/ Alexandra W. Robertson, Esq.
                                              Alexandra W. Robertson (MN 0395619)
                                              Johnson Becker, PLLC
                                              444 Cedar Street, Suite 1800
                                              St. Paul, MN 55101
                                              Telephone: (612) -436-1886
                                              Fax: (612) -436-1801
                                              Email: ARobertson@JohnsonBecker.com

                                              *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Alexandra Robertson, certify that on January 16, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

By: /s/ Alexandra W. Robertson, Esq.
Alexandra W. Robertson
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, MN 55101
Telephone: (612) -436-1886
Fax: (612) -436-1801
Email: ARobertson@JohnsonBecker.com

*Counsel for Plaintiff*