## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEWIS ROGERS TODD,<br>　　　　　　Plaintiff,<br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT, LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, et al.,<br>　　　　　　Defendants.<br><br>**This Documents Relates to:**<br>**No. 2:16-cv-14382** | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER**

　　　　IT IS ORDERED that the Motion to Deem Prior Service of Process on Defendant Bayer Healthcare Pharmaceuticals, Inc. as Valid under Pretrial Order No. 10 filed by the above-listed Plaintiff is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Eldon E. Fallon
　　　　　　　　　　　　　　　　　　United States District Judge