# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN)** | * | **MDL No. 2592** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| | * | **JUDGE ELDON E. FALLON** |
| | * | **MAGISTRATE JUDGE NORTH** |

**************************************

THIS DOCUMENT RELATES TO**:**

*Linda Buffa, Special Administrator, on behalf of Charles Buffa, Deceased v. Janssen Research & Development LLC, et al.*, Civil Action No. 2:16-cv-15808 (E.D. La.)

*Billy Massey v. Janssen Research & Development LLC, et al.*, Civil Action No. 2: 16-cv-1581 0 (E. D. La.)

*Betty Mosteller v. Janssen Research & Development LLC, et al.*, Civil Action No. 2:16-cv-15803 (E.D. La.)

*Gregory Palmateer v. Janssen Research & Development LLC, et al.*, Civil Action No.2: 16-cv-15805 (E. D. La.)

## NOTICE OF SUBMISSION

Please take notice that the above-listed Plaintiffs will bring their Motion for Extension of Time Within Which to Serve Process on Defendants Bayer Healthcare Pharmaceuticals, Inc. and Bayer Pharma AG for submission before the Honorable Michael B. North on Wednesday, February 1, 2017 at 11:00 a.m.

| | |
|---|---|
| Dated: January 17, 2017 | /s/ *Anthony D. Irpino*_____<br>ANTHONY D. IRPINO (#24727)<br>LOUISE C. HIGGINS (#31780)<br>KACIE F. GRAY (#36476)<br>Irpino Law Firm<br>2216 Magazine St.<br>New Orleans, Louisiana 70130<br>Telephone: (504) 525-1500<br>Facsimile: (504) 525-1501<br>airpino@irpinolaw.com<br>lhiggins@irpinolaw.com<br>kgray@irpinolaw.com<br><br>ATTORNEYS FOR PLAINTIFFS |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: All counsel of record.

**/s/ Anthony D. Irpino**_____
Anthony D. Irpino
