# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) **This Document relates to:** ) Thomas M. Dunkin v. Janssen Research ) & Development, LLC, et al. ) E.D. La. No. 2:16-cv-16495 ) | MDL NO. 2592 SECTION: L JUDGE ELDON E. FALLON MAG. JUDGE NORTH JURY TRIAL DEMANDED |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Theresa M. Dunkin on behalf of her deceased husband, Thomas M. Dunkin.

1. Thomas M. Dunkin filed a products liability lawsuit against Defendants on November 21, 2016.

2. Subsequently, after filing the lawsuit, plaintiff's counsel was notified that Thomas M. Dunkin died on December 4, 2016.

3. Thomas M. Dunkin's products liability action against Defendants survived his death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on January 17, 2017.

5. Theresa M. Dunkin, surviving spouse of Thomas M. Dunkin, is a proper party to substitute for plaintiff-decedent Thomas M. Dunkin and has proper capacity to proceed forward with the surviving products liability lawsuit on his behalf, pursuant to Fed.

R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

Based on the foregoing, Theresa M. Dunkin requests that this Court grant her request for substitution as plaintiff in this action.

Dated: January 17, 2017

                Respectfully submitted,

By:    */s/ Ethan L. Shaw*
       Ethan L. Shaw
       John P. Cowart
       Matthew J. Riley
       SHAW COWART, L.L.P.
       1609 Shoal Creek Boulevard
       Suite 100
       Austin, Texas 78701
       Telephone: (512) 499-8900
       Facsimile: (512) 320-8906
       elshaw@shawcowart.com
       jcowart@shawcowart.com
       mriley@shawcowart.com

       Perry W. Neichoy
       PERRY W. NEICHOY, P.C.
       1609 Shoal Creek Blvd., Suite 100
       Austin, Texas 78701
       Telephone: (409) 839-4545
       Facsimile: (512) 320-8906
       Perry@pwn-mediate.com

       *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record

                                        */s/ Ethan L. Shaw*