# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION** | ) ) ) ) ) ) ) ) ) ) ) ) | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE ELDON E. FALLON**<br><br>**MAG. JUDGE NORTH** |
| **This Document relates to:**<br>    Thomas M. Dunkin v. Janssen Research<br>    & Development, LLC, et al.<br>    E.D. La. No. 2:16-cv-16495 | | **JURY TRIAL DEMANDED** |

## ORDER ON MOTION TO SUBSTITUTE PARTY

THIS CAUSE, having come before this Honorable Court on Theresa M. Dunkin's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

**IT IS ORDERED AND ADJUDGED THAT:**

1. Motion is GRANTED

2. THERESA M. DUNKIN, as surviving spouse of THOMAS M. DUNKIN, is substituted as Plaintiff in this action.

New Orleans, Louisiana this ___ day of _____, 2017.

                                                                    _____
                                                                    HONORABLE ELDON E. FALLON
                                                                    United States District Court Judge

cc:   All counsel of record