UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| | SECTION: L |
| | JUDGE ELDON E. FALLON |
| | MAG. JUDGE NORTH |
| **This Document relates to:** Thomas M. Dunkin v. Janssen Research & Development, LLC, et al. E.D. La. No. 2:16-cv-16495 | |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Thomas M. Dunkin. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Theresa M. Dunkin, who is the surviving spouse of Thomas M. Dunkin.

Dated: January 17, 2017

Respectfully submitted,

By: */s/ Ethan L. Shaw*
Ethan L. Shaw
John P. Cowart
Matthew J. Riley
SHAW COWART, L.L.P.
1609 Shoal Creek Boulevard
Suite 100
Austin, Texas 78701
Telephone: (512) 499-8900
Facsimile: (512) 320-8906
elshaw@shawcowart.com
jcowart@shawcowart.com
mriley@shawcowart.com

and

                                             Perry W. Neichoy
                                             PERRY W. NEICHOY, P.C.
                                             1609 Shoal Creek Blvd., Suite 100
                                             Austin, Texas  78701
                                             Telephone:  (409) 839-4545
                                             Facsimile:  (512) 320-8906
                                             Perry@pwn-mediate.com

                                             *Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on January 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                             /s/ Ethan L. Shaw