UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2592 |
| MILTON ALLEN | : : | |
| Plaintiff | : : | JUDGE ELDON E. FALLON |
| v. | : : | MAGISTRATE JUDGE NORTH |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON & JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTH CARE AG, and BAYER AG, | : : : : : : : : : : : : : : : : | Civil Action No.: 2:16-cv-02567  STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants | : : | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41, that the claims of Plaintiff in the above-captioned case be dismissed with prejudice, each party to bear its own fees and costs.

1

**GORI JULIAN AND ASSOCIATES PC**

By: s/*David Todd Mathews*
David Todd Mathews
145 Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Email: todd@gorijulianlaw.com

**JAMES C. FERRELL, P.C.**

By: s/*James C. Ferrell*
James C. Ferrell
4119 Montrose Blvd
Suite 400
Houston, TX 77006
Telephone: (713) 337-3855
jferrell@jamesferrell-law.com

Attorneys for Plaintiff

Dated: January 17, 2017

**DRINKER BIDDLE & REATH LLP**

By: s/*Susan M. Sharko*
Susan Sharko
600 Campus Dr.
Florham Park, NJ 07932
Tel: (973) 549-7350
Susan.Sharko@dbr.com

Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson; Janssen Research & Development, LLC, and Janssen Ortho LLC

Dated: January 17, 2017

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/Andrew Solow
Andrew K. Solow
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
William Hoffman
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
andrew.solow@apks.com
william.hoffman@apks.com

Attorneys for Defendants Bayer HealthCare Pharmaceuticals Inc., and Bayer Pharma AG

Dated: January 17, 2017

**IRWIN FRITCHIE URQUHART & MOORE LLC**

By: s/*James B. Irwin*
James B. Irwin
Kim E. Moore
400 Poydras St., Ste, 2700
New Orleans, LA 70130
(504) 310-2100
jirwin@irwinllc.com
kmoore@irwinllc.com

Liaison Counsel for Defendants

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on January 17, 2017, the foregoing pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other plaintiff counsel via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

___s/ *James B. Irwin*____
