UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)        :
PRODUCTS LIABILITY LITIGATION       :    MDL No. 2592
                                    :
                                    :    SECTION L
                                    :
                                    :    JUDGE ELDON E. FALLON
                                    :
_____      :    MAGISTRATE JUDGE NORTH

THIS DOCUMENT RELATES TO:

Randall Shrout

CA#2:16-cv-770

**RESPONSE TO ORDER TO SHOW CAUSE REGARDING
PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF FACT SHEET**

On January 5, 2017, this Court issued an Order to Show Cause (Rec. Doc. 4921) why certain actions, including the above-captioned action filed on behalf of Randall Shrout, should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with the time required by Case Management Order No. 1. Undersigned counsel responds to that order as follows:

1. The Complaint in this matter was filed on January 20, 2016.

2. Undersigned counsel informed Mr. Shrout of his obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13.

3. The Plaintiff Fact Sheet was sent to Mr. Shrout on or about January 18, 2016, with instructions for completion and returning to counsel.

4. Counsel made repeated efforts to contact Plaintiff about returning the completed Plaintiff Fact Sheet but was unable to reach him.

1

5. On or about November 3, 2016, counsel learned that Plaintiff had died on February 3, 2016, just days after his case was filed.

6. On or about November 14, 2016, counsel was ultimately able to speak with Plaintiff's surviving spouse, who indicated that she would substitute in as Plaintiff in the case and complete the Plaintiff Fact Sheet.

7. On November 15, 2016, the Plaintiff Fact Sheet was sent to Ms. Shrout, with instructions for completion and returning to Counsel.

8. Undersigned Counsel informed Ms. Shrout of her obligations regarding completing and serving a Plaintiff's Fact Sheet and explained that the case could be subject to dismissal if the Plaintiff Fact Sheet was not returned in short order.

9. On November 28, 2016, counsel filed a Suggestion of Death informing the court of Plaintiff's death (Rec. Doc. 4626).

10. To date, Ms. Shrout has not completed the Plaintiff Fact Sheet, and Counsel has been unable to contact her, despite the following efforts:

- 11/15/2016 – Letter sent explaining PFS obligations
- 11/18/2016 – Called - Left voicemail; no response
- 11/29/2016 – Called - Left voicemail; no response
- 11/29/2016 – Called alternate contact- Left voicemail; no response
- 12/15/2016 – Called - Left voicemail; no response
- 12/16/2016 – Called - Left voicemail; no response
- 12/17/2016 – Follow-up letter sent via Certified Mail; no response
- 1/4/2017 – Called - Left voicemail; no response
- 1/10/2017 -- Called - Left voicemail; no response

11. Accordingly, undersigned counsel is unable to assist Ms. Shrout in complying with her obligations to complete and serve a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13. Nevertheless, if this Court deems dismissal of Plaintiff's case to be proper, undersigned counsel respectfully requests that this Court dismiss this claim without prejudice.

Respectfully submitted,

By: /s/ Daniel J. Carr

Joseph C. Peiffer, La. Bar # 26459
Daniel J. Carr, La. Bar # 31088
PEIFFER ROSCA WOLF
ABDULLAH CARR & KANE
A Professional Law Corporation
201 St. Charles Avenue, Suite 4610
New Orleans, Louisiana 70170-4600
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
Email: dcarr@prwlegal.com

Michael B. Lynch, Esq.
THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Ave. #528
Winter Park, Florida 32789
Office: (877) 513-9517
Fax: (321) 972-3568
Cell: (321) 239-8026
Email: michael@mblynchfirm.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017, a copy of the above and foregoing has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 by Pre-Trial Order No. 17.

*/s/ Daniel J. Carr*