# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROLXABAN) PRODUCTS LIABILITY LITIGATION | **MDL NO. 2592**<br><br>**SECTION: L**<br><br>**JUDGE: ELDON E. FALLON**<br><br>**MAG. JUDGE MICHAEL NORTH** |
| BOBBIE JOE JENKINS and JEANETTE JENKINS,<br><br>        Plaintiffs,<br><br>    v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>        Defendants. | **THIS DOCUMENT RELATES TO:**<br>**CASE NO: 2:16-cv-15622-EEF-MBN** |

## FIRST MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET

COME NOW, Plaintiffs, by and through counsel, who file this Motion for Extension of time to submit the Plaintiff Fact Sheet. In support of this motion, Plaintiffs state as follows:

1. Plaintiffs' Complaint was filed on October 17, 2016.

2. In support of their motion, Plaintiffs' counsel submits a Memorandum in Support filed contemporaneously herewith. Specifically, Plaintiffs Bobbie Joe Jenkins and Jeanette Jenkins recently informed counsel's office that other counsel has been hired to represent them in this matter and therefore additional time is requested to determine issues of counsel and to supply the authorizations and signatures necessary to complete the Fact Sheet.

3. Under PTO 27, this case is not in the discovery pool. Mr. Jenkins's Plaintiff Fact Sheet is currently due on January 17, 2017.

4. Plaintiffs are not requesting an extension for purposes of delay, but so that justice may be served. Counsel has submitted the medical records and information collected thus far for Plaintiff's Fact Sheet onto the MDL Centrality website and will supply the remainder as soon as possible.

WHEREFORE, Plaintiffs' counsel requests a thirty (30) day extension from the current deadline of January 17, 2017, or until February 17, 2017.

1335676.1                                -2-

-3-

DATED: January 17, 2016              Respectfully submitted,


                                     By:    /s/ *Adam H. Weintraub*
                                            Adam H. Weintraub, Esq.
                                            Louisiana Bar ID:  33668

                                            Wendy R. Fleishman, Esq.
                                            Paulina do Amaral, Esq.
                                            Adam H. Weintraub, Esq.
                                            LIEFF, CABRASER, HEIMANN &
                                            BERNSTEIN, LLP
                                            250 Hudson Street, 8th Floor
                                            New York, NY  10013-1413
                                            Telephone:      (212) 355-9500
                                            Facsimile:(212) 355-9592
                                            wfleishman@lchb.com
                                            pdoamaral@lchb.com
                                            aweintraub@lchb.com


                                            Elizabeth J. Cabraser, Esq.
                                            Donald C. Arbitblit, Esq.
                                            LIEFF, CABRASER, HEIMANN &
                                            BERNSTEIN, LLP
                                            275 Battery Street, 30th Floor
                                            San Francisco, CA  94111-3339
                                            Telephone:      (415) 956-1000
                                            Facsimile:(415) 956-1008
                                            ecabraser@lchb.com