UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROLXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592<br><br>SECTION: L<br><br>JUDGE: ELDON E. FALLON<br><br>MAG. JUDGE MICHAEL NORTH |
| BOBBIE JOE JENKINS and JEANETTE JENKINS,<br><br>        Plaintiffs,<br><br>        v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>        Defendants. | THIS DOCUMENT RELATES TO:<br>CASE NO: 2:16-cv-15622-EEF-MBN |

## NOTICE OF SUBMISSION

Please take notice that the First Motion for Extension to Submit Plaintiff Fact Sheet filed by Plaintiffs in the above-listed action, through undersigned counsel, will be submitted to the Court on Wednesday, the 25th of January, 2017, at 9:00 a.m. before the Honorable Eldon E. Fallon, at the U.S. Courthouse, 500 Camp Street, New Orleans, LA 70130.

1335675.1         -1-

-2-

DATED:  January 17, 2016							Respectfully submitted,


							By:      /s/ *Adam H. Weintraub*
								Adam H. Weintraub, Esq.
								Louisiana Bar ID:  33668

								Wendy R. Fleishman, Esq.
								Paulina do Amaral, Esq.
								Adam H. Weintraub, Esq.
								LIEFF, CABRASER, HEIMANN &
								BERNSTEIN, LLP
								250 Hudson Street, 8th Floor
								New York, NY  10013-1413
								Telephone:	(212) 355-9500
								Facsimile:(212) 355-9592
								wfleishman@lchb.com
								pdoamaral@lchb.com
								aweintraub@lchb.com


								Elizabeth J. Cabraser, Esq.
								Donald C. Arbitblit, Esq.
								LIEFF, CABRASER, HEIMANN &
								BERNSTEIN, LLP
								275 Battery Street, 30th Floor
								San Francisco, CA  94111-3339
								Telephone:	(415) 956-1000
								Facsimile:(415) 956-1008
								ecabraser@lchb.com

1335675.1					-2-