**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROLXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION: L <br><br> JUDGE: ELDON E. FALLON <br><br> MAG. JUDGE MICHAEL NORTH |
| BOBBIE JOE JENKINS and JEANETTE JENKINS, <br><br>　　　　Plaintiffs, <br><br>　　v. <br> JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC, JANSSEN ORTHO LLC, JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON COMPANY BAYER HEALTHCARE PHARMACEUTICALS, INC., BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, <br><br>　　　　Defendants. | THIS DOCUMENT RELATES TO: <br> CASE NO: 2:16-cv-15622-EEF-MBN |

**MEMORANDUM IN SUPPORT OF FIRST MOTION FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF FACT SHEET**

MAY IT PLEASE THE COURT:

Plaintiffs, Bobbie Joe Jenkins and Jeanette Jenkins, by and through counsel, and submit this Memorandum in Support of Motion for Extension of time to submit the Plaintiff Fact Sheet. In support of this motion, Plaintiffs state as follows:

1. On October 17, 2016, counsel for Plaintiffs filed their Xarelto Complaint in the Eastern District of Louisiana [*Bobbie Joe Jenkins and Jeanette Jenkins, Plaintiffs, v. Janssen Research & Development LLC, et al*, 2:16-cv-15622-EEF-MBN].

2. Pursuant to Pre-trial Order No. 27, Plaintiff, Bobbie Joe Jenkins's Fact Sheet was due on January 17, 2017.

3. Plaintiff's counsel has been in contact and working with Plaintiffs since the filing date of their Complaint to complete their Plaintiff's Fact Sheet.

4. Although much of the Core Information for the Fact Sheet and medical records are in place, authorizations and signatures are still needed. The material collected thus far has been uploaded to MDL Centrality as of today's date.

5. On January 12, 2017, during a scheduled call regarding the completion of their Fact Sheet, the Jenkins informed counsel's office that they had hired another attorney to represent them in this matter; however, they did not specify who was hired.

6. Plaintiff's counsel has attempted to contact the Jenkins many times by phone and mail since January 12, 2017, but has been unsuccessful in its efforts.

7. Plaintiff's counsel has additionally requested the Jenkins to provide the contact information for their new attorney, but are still awaiting response.

8. Plaintiffs submit that thirty days are needed to determine the issue of representation and allow the new counsel reasonable opportunity to complete and submit a signed Fact Sheet and authorizations.

WHEREFORE, Plaintiff's counsel requests a thirty (30) day extension from the current deadline of January 17, 2017, or until February 27, 2017.

-3-

DATED:  January 17, 2016

Respectfully submitted,

By: ___/s/ *Adam H. Weintraub*___
Adam H. Weintraub, Esq.
Louisiana Bar ID:  33668

Wendy R. Fleishman, Esq.
Paulina do Amaral, Esq.
Adam H. Weintraub, Esq.
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:         (212) 355-9500
Facsimile:(212) 355-9592
wfleishman@lchb.com
pdoamaral@lchb.com
aweintraub@lchb.com

Elizabeth J. Cabraser, Esq.
Donald C. Arbitblit, Esq.
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:         (415) 956-1000
Facsimile:(415) 956-1008
ecabraser@lchb.com