UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  XARELTO (RIVAROXABAN)** | : | MDL No. 2592 |
| **PRODUCTS LIABILITY LITIGATION** | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

JoAnn Pirritano
2:15-cv-04992

## ORDER

**IT IS ORDERED** that the Motion to Substitute Party and Amend Complaint filed by Plaintiff JoAnn Pirritano be and the same is hereby **GRANTED**, and the Clerk of the Court is ordered to file the Third Amended Joint Complaint into the record in this matter.

SIGNED this ___17th___ day of _____January_____, 2017.

_____
UNITED STATES DISTRICT JUDGE