UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) <br><br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**

*FLOYD HOFFMAN v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-08979*

**ORDER**

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Wendy Aufdenberg, as surviving daughter of Floyd Hoffman, is substituted for Plaintiff Floyd Hoffman in the above captioned cause.

New Orleans, Louisiana this 17th day of January, 2017.

_____
Hon. Eldon E. Fallon
United States District Court Judge