UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO:

*ASHCRAFT V. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No.: 2:16-cv-13587

## ORDER

IT IS ORDERED that the Motion for Substitution of James L. Foster, the named Executor of the Estate of James Ashcraft, IV, Deceased, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this __17th__ day of _____January_____, 2017.

_____
United States District Judge