UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION     :     MDL No. 2592
                                  :
                                  :     SECTION L
                                  :
                                  :     JUDGE ELDON E. FALLON
                                  :
                                  :     MAGISTRATE JUDGE NORTH
                                  :
                                  :

THIS DOCUMENT RELATES TO:

*MORRIS v. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No. 16-cv-02109-EEF-MBN

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs the Court of the death of the Plaintiff, Gerald Morris, 16-cv-2109. Counsel respectfully informs the Court that a Motion for Substitution of Plaintiff will be filed by Nicki L. Morris, surviving spouse and Personal Representative of the Estate of Gerald Morris, instanter.

**Dated**: January 18, 2017

                                 Respectfully submitted,

                                 /s/ D. Todd Mathews
                                 D. Todd Mathews
                                 Gori Julian & Associates, P.C.
                                 Attorneys at Law
                                 156 N. Main St.
                                 Edwardsville, IL  62025
                                 Ph: 618/659-9833
                                 Fax: 618/659-9834
                                 todd@gorijulianlaw.com
                                 *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2017, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system. Notice of this filing will be sent to Liaison Counsel for Plaintiffs and Defendants by operation of the Court's electronic filing system and served on all other counsel of record via MDL Centrality, which will send notice of the electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/ D. Todd Mathews
D. Todd Mathews