**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION  :        MDL No. 2592
                               :
                               :        SECTION L
                               :
                               :        JUDGE ELDON E. FALLON
                               :
                               :        MAGISTRATE JUDGE NORTH
                               :
                               :

THIS DOCUMENT RELATES TO:

*MORRIS v. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No. 16-cv-02109-EEF-MBN

**ORDER**

IT IS ORDERED that the Motion for Substitution of Nicki L. Morris, the surviving

spouse and Personal Representative of the Estate of Gerald Morris, Deceased, as the Plaintiff in

this action is HEREBY GRANTED.


New Orleans, Louisiana this _____ day of _____, 2017.


_____
United States District Judge