# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) <br> ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 2592 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAG. JUDGE NORTH |

**This Document Relates to:**
*TWILLIE D. ROBINSON v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-08595*

## MOTION FOR SUBSTITUION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil procedure, moves this Court for an order substituting Susan Davis, on behalf of the Estate of Twillie D. Robinson as Plaintiff in the above captioned cause.

1. Twillie D. Robinson filed a products liability lawsuit against defendants on May 18, 2016.

2. Plaintiff Twillie D. Robinson died on November 16, 2016.

3. Twillie D. Robinson's products liability action against defendants survived Plaintiff-decedent's death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on January 13, 2017, attached hereto as "Exhibit A."

5. Susan Davis, surviving child of Twillie D. Robinson, is a proper party to substitute for plaintiff-decedent Twillie D. Robinson and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P.

25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution as plaintiff in this action.

Dated: January 19, 2017                    Respectfully submitted,


                                           /s/ Russell T. Abney_____
                                           Russell T. Abney, Esq.
                                           Attorney I.D. No. 000875 (GA)
                                           FERRER, POIROT & WANSBROUGH
                                           2100 RiverEdge Pkwy NW, Suite 1025
                                           Atlanta, GA 30328
                                           Telephone: 800.521.4492
                                           Fax: 866.513.0115
                                           atlanta@lawyerworks.com
                                           *Attorney for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Suggestion of Death has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b) (2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No.17.

Dated: January 19, 2017                     Respectfully submitted,

/s/ Russell T. Abney
Russell T. Abney, Esq.
Attorney I.D. No. 000875 (GA)
FERRER, POIROT & WANSBROUGH
2100 RiverEdge Pkwy NW, Suite 1025
Atlanta, GA 30328
Telephone: 800.521.4492
Fax: 866.513.0115
atlanta@lawyerworks.com
*Attorney for the Plaintiffs*