UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 <br> SECTION L <br> JUDGE ELDON E. FALLON <br> MAG. JUDGE NORTH |

**This Document Relates to:**

*MARY MORRIS v. JANSSEN RESEARCH & DEVELOPMENT LLC, et al.,*
*Civil Action No. 2:16-cv-08561*

## ORDER

The Court, after considering the Plaintiff's Motion for Substitution of Proper Party as well as any responses thereto, finds the motion meritorious. It is therefore:

ORDERED THAT Plaintiff Mary Reddick, on behalf of the Estate of Mary Morris, is substituted for Plaintiff Mary Morris in the above captioned cause.

Dated: _____            _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge