UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2592 |
| THIS DOCUMENT RELATES TO: | SECTION:  L |
| | JUDGE:  ELDON E. FALLON |
| I.   *Biana Kaplun on behalf of the Estate of Basya Ferdman v. Janssen R&D, LLC, et al.*, No. 2:16-cv-01317; | MAGISTRATE JUDGE MICHAEL NORTH |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, Plaintiff in the above-listed action, by and through their undersigned counsel, who responds to the Order to Show Cause (Doc. No 4921) as follows.

1. Plaintiff Biana Kaplun on behalf of the Estate of Basya Ferdman opposes the Rule to Show Cause for Failure to Submit a Plaintiff Fact Sheet (Doc. No. 4921).

2. Plaintiff's Complaint was filed on February 17, 2016, alleging that Decedent ingested Xarelto between 2011 and February, 2014. In February 2014, while on Xarelto treatment, Decedent was admitted to John Muir Hospital in Walnut Creek, California and suffered a stroke. She subsequently passed away on February 20, 2014.

3. After the complaint was filed, counsel diligently attempted to contact Ms. Kaplun via phone and mail to obtain documents necessary to investigate her claim, but she was unresponsive. On January 11, 2017, Ms. Kaplun contacted counsel.

1

4. Plaintiff's counsel have since been diligently seeking to obtain records reflecting Decedent's injuries and Xarelto prescriptions.

5. Accordingly, Plaintiff requests that the Rule be dissolved or in the alternative, Plaintiff requests an additional sixty (60) days to file a Plaintiff Fact Sheet.

Respectfully submitted,

Dated: January 19, 2017	**GRANT & EISENHOFER P.A.**

By*:*	/s/ Thomas V. Ayala
Jay W. Eisenhofer
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: 646-722-8500
Facsimile: 646-722-8501
jeisenhofer@gelaw.com

M. Elizabeth Graham
Thomas V. Ayala
Samantha Mertz
**GRANT & EISENHOFER P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
egraham@gelaw.com
tayala@gelaw.com
smertz@gelaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Response to Order to Show Cause has contemporaneously with or before filing before been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), Local Rule 5.1 of the Eastern District of Louisiana and via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

        /s/ Thomas V. Ayala
        Thomas V. Ayala, Esquire