UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)
PRODUCTS LIABILITY LITIGATION : MDL No. 2592
:
: SECTION L
:
: JUDGE ELDON E. FALLON
:
: MAGISTRATE JUDGE NORTH
:
:

THIS DOCUMENT RELATES TO:

*MORRIS v. JANSSEN RESEARCH & DEVELOPMENT, LLC ET AL*
Civil Action No. 16-cv-02109-EEF-MBN

## ORDER

IT IS ORDERED that the Motion for Substitution of Nicki L. Morris, the surviving spouse and Personal Representative of the Estate of Gerald Morris, Deceased, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana this  18th  day of      January      , 2017.

_____
United States District Judge