UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION : | MDL No. 2592 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES LISTED BELOW : | |
| : | JUDGE ELDON E. FALLON |
| : | MAGISTRATE JUDGE NORTH |

## ORDER

For the reasons set forth on the record at the Order to Show Cause Hearing held on December 20, 2016, the following plaintiffs shall be given until January 20, 2017, to remedy the Plaintiff Fact Sheet deficiency identified by Defendants. Failure to remedy the deficiencies by this date shall result in a dismissal of Plaintiff's case with prejudice.

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Arnoth, Robin | Hilliard Munoz Gonzales LLP | 2:15-cv-06450 |
| 2. | Napier, Abbie | Kennedy Hodges LLP | 2:15-cv-07094 |

New Orleans, Louisiana, on this 18th day of January 2017.

Judge Eldon E. Fallon
United States District Court Judge