UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL No. 2592 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE NORTH |

**THIS DOCUMENT RELATES TO :**

*Robbie Crutcher*
**Civil Action No.: 2:16-cv-06715**

## ORDER

For the reasons stated orally on the record on December 20, 2016, counsel's motion to withdraw shall be heard on January 20, 2017.

New Orleans, Louisiana, on this 18th day of January 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge