**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: XARELTO (RIVAROXABAN)            :
PRODUCTS LIABILITY LITIGATION           :        MDL No. 2592
                                        :
                                        :        SECTION L
                                        :
                                        :        JUDGE ELDON E. FALLON
                                        :
_____:             MAGISTRATE JUDGE NORTH

**THIS DOCUMENT RELATES TO :**

*Lenora Demeritte*
**Civil Action No.: 2:16-cv-02636**

**ORDER**

For the reasons stated orally on the record on December 20, 2016 at the hearing on

Plaintiff's Motion for Extension of Time to serve a Plaintiff Fact Sheet, plaintiff shall be given

until January 20, 2017 to serve a Plaintiff Fact Sheet.  Failure to serve a Plaintiff Fact Sheet by this

date shall result in dismissal of Plaintiff's case with prejudice.

New Orleans, Louisiana, on this 18th day of January 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge