**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : MDL No. 2592 |
| | : |
| | : SECTION L |
| THIS DOCUMENT RELATES TO: THE CASES LISTED BELOW | : |
| | : |
| | : JUDGE ELDON E. FALLON |
| | : |
| | : MAGISTRATE NORTH |

**ORDER**

Prior to the Order to Show Cause Hearing held on December 20, 2016, the following plaintiff resolved the Plaintiff Fact Sheet deficiency identified by Defendants. This action may proceed accordingly:

| No. | Name of Alleged Xarelto® User | Plaintiff's Counsel | Docket No. |
|---|---|---|---|
| 1. | Howard, Calvin | Hilliard Munoz Gonzales LLP | 2:15-cv-06606 |

New Orleans, Louisiana this 18th day of January, 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge