UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2592 SECTION L JUDGE ELDON E. FALLON MAGISTRATE JUDGE NORTH |

THIS DOCUMENT RELATES TO :

*Jerry McElroy*
**Civil Action No.: 2:16-cv-02016**

## ORDER

For the reasons stated orally on the record at on December 20, 2016, counsel's motion to withdraw is denied.  Defendants' request to dismiss this case with prejudice is granted.  The case is dismissed with prejudice.

New Orleans, Louisiana, on this 18th day of January 2017.

_____
Judge Eldon E. Fallon
United States District Court Judge