UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**JERRY A. WARREN and JOLINDA J. WARREN**<br>**Civil Action No. 2:16-cv-15832** | MDL No. 2592<br>SECTION:   L<br><br>JUDGE:  ELDON E. FALLON<br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

Kathryn Griffin of Sill Law Group formally enters her appearance as counsel for Plaintiffs in the above captioned matter.

Dated: January 19, 2017

Respectfully submitted,

s/Kathryn Griffin
Kathryn Griffin (OBA No. 30829)
SILL LAW GROUP
14005 N. Eastern Ave.
Edmond, OK 73013
Telephone: (405) 509-6300
Facsimile:  (405) 509-6268
E-mail: Katie@sill-law.com

Attorneys for Plaintiffs

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of January, 2017, a copy of the foregoing Notice of Appearance has contemporaneously been served on all parties or their attorneys in a manner authorized by Local Rule 5.1 of the Eastern District of Louisiana, and via MDL Centrality, which will send notice of electronic filings in accordance with the procedures established in MDL 2592, pursuant to Pre-Trial Order No. 17.

                                          s/Kathryn Griffin