UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   (   MDL NO.: 2592
PRODUCTS LIABILITY LITIGATION  (
                               (   SECTION: L
                               (
                               (   JUDGE FALLON
                               (
                               (   MAG. JUDGE NORTH
_____(

THIS DOCUMENT RELATES TO:
*Walter Huelster v. Janssen Research & Development, LLC, et al.*
Civil Action No. 2:16-cv-04840

### PLANTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF'S FACT SHEET AND MOTION FOR DISMISSAL OF CASE WITHOUT PREJUDICE

NOW COMES, Plaintiff Walter Huelster, by and through undersigned counsel, and hereby submits Plaintiff's Response to this Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet (Rec. Doc. 4921) and respectfully pleads as follows:

1. Plaintiff Walter Huelster contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on April 29, 2016 after Counsel obtained medical records establishing proof of use and proof of injury.

3. Counsel mailed the Plaintiff Fact Sheet to Mr. Huelster's last known address on May 9, 2016.

4. On May 17, 2016 undersigned Counsel was contacted by a long time friend and

companion of Mr. Huelster and was advised that Mr. Huelster passed away on August 27, 2015, as a resident of Florida. Counsel then advised Mr. Huelster's companion that a Personal Representative would be needed in order to move forward with Mr. Huelster's claim. This companion has advised Counsel that she is unwilling to go forward as the Personal Representative of Mr. Huelster's Estate.

5. On January 5, 2017, this Court issued an Order to Show Cause (Rec. Doc. 4921) as to why certain actions, including the above-captioned action filed on behalf of Walter Huelster, should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with Case Management Order No. 1.

6. Counsel has actively sought, but been unable to locate or contact a legal heir to serve as the Personal Representative of Mr. Walter Huelster's Estate as required in order to continue forward with Mr. Walter's Huelster's claim.

7. A Notice and Suggestion of Death is being filed simultaneously along with this Response.

FOR THESE REASONS, undersigned counsel has no basis to oppose a Motion to Dismiss at present time and moves the Court for an order dismissing Plaintiff's claims **without prejudice**.

January 19, 2017                             Respectfully submitted,

                                             By: /s/ W. Todd Harvey
                                             W. Todd Harvey
                                             BURKE HARVEY, LLC
                                             3535 Grandview Parkway
                                             Suite 100
                                             Birmingham, AL 35235
                                             Phone: (205) 930-9091

>Fax: (205) 930-9054
>tharvey@burkeharvey.com
>
>*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

>/s/W. Todd Harvey
>W. Todd Harvey