UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( ( | MDL NO.: 2592 SECTION: L JUDGE FALLON MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Walter Huelster v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-04840**

## ORDER

THIS MATTER, having come before the Court, upon consideration of the Pleadings and all of the documents relating to Plaintiff's Response to this Court's Order To Show Cause and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's claim (Civil Action No. 2:16-CV-04840) is dismissed without prejudice.

NEW ORLEANS, LOUISANA, this the _____ day of _____, 2017.

_____
JUDGE ELDON E. FALLON