# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | MDL NO.: 2592 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**
*Patricia Hamelin v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-04271**

## PLANTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF'S FACT SHEET

NOW COMES, Plaintiff Patricia Hamelin, by and through undersigned counsel, and hereby submits Plaintiff's Response to this Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet (Rec. Doc. 4921) and respectfully pleads as follows:

1. Plaintiff, Patricia Hamelin contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on May 6, 2016.

3. Undersigned Counsel mailed Plaintiff a Plaintiff Fact Sheet on May 6, 2016 and informed Plaintiff of her obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13.

4. On June 8, 2016, Counsel was notified that Ms. Hamelin had passed away on

May 28, 2016. Counsel was informed that the family was not in receipt of Ms. Hamelin's death certificate and was advised that no estate had been opened.

5. On July 27, 2016, Counsel contacted family member Ms. Robin Lawlor to discuss the procedures to move forward with the case, and advised her of the need for Ms. Hamelin's death certificate and Plaintiff Fact Sheet.

6. Counsel followed up with Ms. Lawlor on August 9, 2016, finding the phone number to be temporarily disconnected.

7. On October 6, 2016, Counsel sent a letter via UPS Next Day Air to Ms. Lawlor regarding the PFS, the possibility for dismissal, and the need to contact Counsel.

8. On October 12, 2016, Counsel attempted contact with Ms. Lawlor to follow up on the PFS and death certificate and left a message.

9. On October 24, 2016, Ms. Lawlor contacted Counsel stating she wished to proceed with this matter and informed counsel she would substitute in as Plaintiff and complete the Plaintiff Fact Sheet.

10. On November 3, 2016, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet. (Rec. Doc. 4432). Plaintiff, Patricia Hamelin, was identified as one of the Plaintiffs who has not completed a Plaintiff's Fact Sheet.

11. On January 5, 2017, this Court issued an Order to Show Cause (Rec. Doc. 4921) as to why certain actions, including the above-captioned action filed on behalf of Patricia A. Hamelin, should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with Case Management Order No. 1.

12. Counsel and Ms. Lawlor are working together to obtain the documentation needed in order for Ms. Lawlor to be appointed as the special administrator of Ms. Hamelin's Estate, so that Ms. Lawlor may continue with Ms. Hamelin's claim.

13. Ms. Lawlor represents that she will work with Counsel to secure the necessary documents.

14. A Notice and Suggestion of Death is being filed simultaneously along with this Response.

15. Undersigned Counsel has been diligent in trying to obtain and serve the Ms. Hamelin's Fact Sheet, but due to Ms. Hamelin's death Plaintiff's Counsel was unable to timely serve the Plaintiff Fact Sheet.

16. Undersigned Counsel requests additional time to secure the necessary documentation in order for Ms. Lawlor to proceed forward as the special administrator for Ms. Hamelin's Estate and properly serve Ms. Hamelin's Fact Sheet and death certificate.

17. This motion is not filed for purposes of harassment or delay. This request is in good faith due to the fact that the Ms. Hamelin's heirs have been actively working with Counsel to try to obtain all possible documentation as needed.

FOR THESE REASONS, undersigned counsel respectfully requests that Plaintiff's next of kin be allowed additional time in order to serve Ms. Hamelin's completed Fact Sheet and that her claim (Civil Action No. 2:16-CV-04271) be allowed to proceed.

January 19, 2017                                    Respectfully submitted,

By: /s/ W. Todd Harvey
W. Todd Harvey
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35235
Phone: (205) 930-9091
Fax: (205) 930-9054
tharvey@burkeharvey.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/W. Todd Harvey
W. Todd Harvey