UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION ( | |
| ( | SECTION: L |
| ( | |
| ( | JUDGE FALLON |
| ( | |
| ( | MAG. JUDGE NORTH |
| _____( | |

**THIS DOCUMENT RELATES TO:**
*Jesse Flood v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-04844**

### PLANTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING PLAINTIFFS WHO HAVE FAILED TO SERVE A PLAINTIFF'S FACT SHEET

NOW COMES, Plaintiff Jesse Flood, by and through undersigned counsel, and hereby submits Plaintiff's Response to this Court's Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet (Rec. Doc. 4921) and respectfully pleads as follows:

1. Plaintiff contacted undersigned counsel regarding a potential claim involving use of Xarelto and alleged subsequent injury.

2. The Complaint in this matter was filed on May 20, 2016 while record requests from some providers were still pending. The Complaint was filed in good faith before all records were received in order to comply with the statute of limitations for Mr. Flood's claim.

3. Undersigned Counsel informed Plaintiff of his obligations regarding completing and serving a Plaintiff's Fact Sheet pursuant to CMO 1 and PTO 13.  Due to unforeseen

circumstances outside Plaintiff's control he has been unable to timely complete his fact sheet.

4. On November 3, 2016, Defendants filed a Motion for Order to Show Cause Regarding Plaintiffs Who Have Failed to Serve a Plaintiff's Fact Sheet. (Doc. 4432). Plaintiff, Jesse Flood, was identified as one of the Plaintiffs who has not completed a Plaintiff's Fact Sheet.

5. On January 5, 2017, this Court issued an Order to Show Cause (Rec. Doc. 4921) as to why certain actions, including the above-captioned action filed on behalf of Jessie Flood, should not be dismissed with prejudice for failure to serve a Plaintiff Fact Sheet in accordance with Case Management Order No. 1.

6. Undersigned counsel has been diligent in trying to obtain additional information and healthcare documentation regarding injuries resulting from Mr. Flood's use of Xarelto.

7. Without waiving the attorney-client privilege, the Firm has advised Plaintiff by phone and in writing on multiple occasions regarding the completion of his Plaintiff Fact Sheet.

8. Plaintiff has recently advised Counsel of additional information and healthcare documentation regarding injuries related to Mr. Flood's Xarelto use.

9. Plaintiff and Plaintiff's Counsel are still actively pursuing additional Medical Records in order to serve Mr. Flood's Fact Sheet.

10. This is Plaintiff's first request for an extension of time in this matter.

10. This motion is not filed for purposes of harassment or delay. This request is in good faith due to the fact that the Plaintiff has been actively working with Counsel to try to obtain all information and possible records that are needed.

FOR THESE REASONS, undersigned counsel respectfully requests that Plaintiff, Jesse

Flood, be allowed an additional sixty (60) days in order to serve his completed Fact sheet and that his claim (Civil Action No. 2:16-CV-10656) be allowed to proceed.

January 19, 2017                                        Respectfully submitted,

By: /s/ W. Todd Harvey
W. Todd Harvey
BURKE HARVEY, LLC
3535 Grandview Parkway
Suite 100
Birmingham, AL 35235
Phone: (205) 930-9091
Fax: (205) 930-9054
tharvey@burkeharvey.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2017, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2592 pursuant to Pre-Trial Order No. 17.

/s/W. Todd Harvey
W. Todd Harvey