UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: XARELTO (RIVAROXABAN) | ( | MDL NO.: 2592 |
| PRODUCTS LIABILITY LITIGATION | ( | |
| | ( | SECTION: L |
| | ( | |
| | ( | JUDGE FALLON |
| | ( | |
| | ( | MAG. JUDGE NORTH |
| _____ | ( | |

**THIS DOCUMENT RELATES TO:**
*Jesse Flood v. Janssen Research & Development, LLC, et al.*
**Civil Action No. 2:16-cv-10656**

## ORDER

THIS MATTER, having come before the Court, upon consideration of the Pleadings and all of the documents relating to Plaintiff's Response to this Court's Order To Show Cause and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff's claim (Civil Action No. 2:16-CV-10656) is allowed to proceed and that Plaintiff shall have sixty (60) days from the date of this Order to serve a completed Fact Sheet as required by Case Management Order No. 1.

NEW ORLEANS, LOUISANA, this the _____ day of _____, 2017.

_____
JUDGE ELDON E. FALLON