# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL No. 2592 |
| ) | |
| ) | SECTION: L |
| ) | |
| ) | JUDGE ELDON E. FALLON |
| ) | |
| ) | MAGISTRATE JUDGE NORTH |
| ) | |
| _____) | |

**THIS DOCUMENT RELATES TO:**

*Cindy Haggerty v. Janssen Research & Development, LLC, et al.*

**CIVIL ACTION NO.: 2:15-cv-06790**

## NOTICE OF SUBMISSION

Please take notice that undersigned Counsel for the above-listed Plaintiff will bring the Motion for Voluntary Dismissal Without Prejudice for submission before the Honorable Eldon E. Fallon on Wednesday, February 15, 2017, at 9:00 a.m.

                            Respectfully Submitted,

Dated: January 19, 2017          s/Andy D. Birchfield, Jr.
                                       C. Gibson Vance
                                       David B. Byrne, III
                                       BEASLEY, ALLEN, CROW,
                                       METHVIN, PORTIS & MILES, P.C.
                                       Post Office Box 4160
                                       Montgomery, Alabama 36103-4160
                                       (334) 269-2343
                                       (334) 954-7555 (facsimile)
                                       Andy.Birchfield@BeasleyAllen.com
                                       Gibson.Vance@BeasleyAllen.com
                                       David.Byrne@BeasleyAllen.com

                                       *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: January 19, 2017                    s/Andy D. Birchfield, Jr.
                                                    Andy D. Birchfield, Jr.