UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | Case No. 2:16-cv-15904<br>MDL No. 2592<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| TONY RAY BARTON,<br><br>  Plaintiff,<br><br>v.<br><br>JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG,<br><br>  Defendants. | **STIPULATION FOR VOLUNTARY DIMISSAL** |

Pursuant to F.R.C.P 41 (a) (1) (A) (i), Plaintiff, TONY RAY BARTON, and his counsel, hereby stipulate to dismiss the above-captioned case, without prejudice, against the Defendants.

Dated: January 19, 2017.

Respectfully submitted,

*/s/ Nancy A. Mismash*

Nancy A. Mismash, 6615
Robert J DeBry & Associates
4252 South 700 East
Salt Lake City, UT 84107
(801) 262-8915
Email: nmismash@robertdebry.com