UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) 2592 PRODUCTS LIABILITY LITIGATION | MDL No. 2:16-cv-16334 |
| | SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE NORTH |
| KENNETH SKLAR, | |
|         Plaintiff, | |
| v. | |
| JANSSEN RESEARCH & DEVELOPMENT LLC f/k/a JOHNSON AND JOHNSON PHARMACEUTICAL RESEARCH AND DEVELOPMENT LLC; JANSSEN ORTHO LLC; JANSSEN PHARMACEUTICALS, INC. f/k/a JANSSEN PHARMACEUTICA INC. f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON; BAYER HEALTHCARE PHARMACEUTICALS, INC.; BAYER PHARMA AG, BAYER CORPORATION, BAYER HEALTHCARE LLC, BAYER HEALTHCARE AG, and BAYER AG, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
|         Defendants. | |

    COMES NOW Nancy A. Mismash of the law firm of Robert DeBry & Associates, counsel for plaintiff, and gives notice to all parties of her withdrawal of representation in this case.

Dated: January 18, 2017.

Respectfully submitted,

*/s/ NAMismash*

Nancy A. Mismash, 6615
Robert J DeBry & Associates
4252 South 700 East
Salt Lake City, UT 84107
(801) 262-8915
Email: nmismash@robertdebry.com