# EXHIBIT 2

# BAYCOL

P-2
XEXPX

## MASTER FILE NO. 0247408

| | § | IN THE DISTRICT COURT OF |
|---|---|---|
| IN RE: TEXAS SECOND REGION BAYCOL LITIGATION | § § § § | HARRIS COUNTY, TEXAS |
| | § | 295TH JUDICIAL DISTRICT |

CAUSE NO. A-020157-C-A

| SETH FREEMAN, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | FILED |
| v. | § | JAN 2 6 2004 2:20pm |
| BAYER CORPORATION, GLAXOSMITHKLINE, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO SMITHKLINE BEECHAM CORPORATION, MELISSA RAY ISBELL, M.D., AND CHRISTUS SANTA ROSA HEALTH CARE CORPORATION, | § § § § § § § | ORANGE COUNTY, TEXAS  Deputy |
| Defendants. | § | 128TH JUDICIAL DISTRICT |

CAUSE NO. A-020157-C-B

| ATHALEE CALDWELL, | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| v. | § | |
| BAYER CORPORATION AND GLAXOSMITHKLINE, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST TO SMITHKLINE BEECHAM CORPORATION, PACIFICARE OF TEXAS, INC., AND WALGREENS HEALTHCARE PLUS, INC., | § § § § § § § | ORANGE COUNTY, TEXAS |
| Defendants. | § | 128TH JUDICIAL DISTRICT |

## ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF WADI N. SUKI (BAYCOL LABELING)

## ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF LAURA PLUNKETT (BAYCOL LABELING)

30626940.2

On January 12, 2004, with proper notice to all parties, this Court considered Defendants' Motion to Exclude Testimony of Wadi N. Suki (Baycol Labeling) and Defendants' Motion to Exclude Testimony of Laura Plunkett (Baycol Labeling). Having considered the motions, Plaintiffs' responses, the evidence presented, all relevant pleadings, and the arguments of counsel, the Court finds that Wadi N. Suki and Laura Plunkett are not qualified under Texas Rule of Evidence 702 to offer opinions regarding the labeling of Baycol, the appropriateness or adequacy of any warnings or lack of warnings in Baycol's label, or the FDA's labeling process.

The Court therefore ORDERS that Defendants' Motion to Exclude Testimony of Wadi N. Suki (Baycol Labeling) and Defendants' Motion to Exclude Testimony of Laura Plunkett (Baycol Labeling) are GRANTED, and any testimony by Wadi Suki or Laura Plunkett regarding labeling is excluded.

Signed this 26th day of Jan., 2004.

TRACY CHRISTOPHER,
REGION 2 PRESIDING JUDGE

30626940.2