# Exhibit 8


# In Vitro Diagnostic Testing for Direct Oral Anticoagulants

October 26, 2015

Lea Carrington

Division of Immunology and Hematology Devices

Office of In Vitro Diagnostics and Radiological Health

Center for Devices and Radiological Health

1



# Division of Immunology and Hematology Devices (DIHD)

- Review of regulatory device submissions for in vitro diagnostic devices for coagulation testing
- DOAC Workshop Committee:
  - Claudia Dollins, PhD
  - Iwona Fijalkowska, PhD
  - Niquiche Guity, PhD
  - Marina Kondratovich, PhD
  - Abraham Tzou, MD

2

# Review Elements of IVD Submission

- **Intended Use**
  - Analyte
  - Testing population
  - Quantitative/Qualitative
  - Specimen type
  - Conditions for use/clinical usefulness

- **Indications for Use**
  - Conditions or disease
  - Targeted population (e.g. age)
  - Frequency of use

3

# Review Elements of IVD Submissions

- Performance testing
    - Precision/reproducibility, reference range/cut-off, analytical sensitivity
    - Acceptance criteria
        - Are the limits established reasonable to support validation of the proposed intended use?
    - What are the appropriate studies to evaluate performance as defined in the intended use?

- Comparator
    - Predicate/Reference method
    - Clinical performance

4



# Premise

- Manufacturers are developing devices to assess effect or concentration of Direct Oral Anticoagulants (DOACs)

- Currently no cleared or approved devices

- Goal: Want to ensure that we enable timely access to safe, effective, and high-quality medical devices

5


# Objectives

- Identify clinical circumstances/conditions where testing of DOACs anticoagulant activity or concentration would be relevant

- Discuss clinically meaningful interpretation of coagulation testing results for patients on DOACs

- Overview of the regulatory requirements for clearance of IVDs intended for coagulation testing in patients treated with DOACs

6

# FDA Outreach

- To aid in shaping our regulatory process, we would like to solicit feedback on particular items of interest:
    - Who should be tested?
    - How is the device output to be clinically interpreted?
    - What clinical evidence is needed?
    - Analytical performance requirements?
    - Considerations for future development

7

# Early Interaction

- Pre-submission process
- Craft a clear intended use
- Provide as much detail as possible with specific questions
- Make sure proposed studies support IU claims
- We are happy to discuss regulatory strategy and study design

8