# Exhibit 22



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 21695/S-009

**SUPPLEMENT APPROVAL**

Lupin Pharmaceuticals, Inc.
Agent for Lupin Atlantis Holdings, SA
Attention: Leslie Sands
Director of Regulatory Affairs
Harborplace Tower
111 South Calvert Street, 21st Floor
Baltimore, MD 21202

Dear Ms. Sands:

Please refer to your Supplemental New Drug Application (sNDA) dated December 23, 2011, received December 28, 2011, submitted pursuant to section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Antara (fenofibrate) Capsules 43 mg, 87 mg, and 130 mg.

We acknowledge receipt of your amendments dated June 21 and August 30, 2013.

The June 21, 2013, submission constituted a complete response to our April 9, 2013, action letter.

This "Prior Approval" supplemental new drug application provides for the replacement of the 43 mg and 130 mg strength capsules with 30 mg and 90 mg strength capsules, respectively.

The 87 mg capsules, although approved, have never been marketed.

Sufficient stability information has been submitted to support an 18-month expiry for all proposed packages.

**APPROVAL & LABELING**
We have completed our review of this supplemental application, as amended.  It is approved, effective on the date of this letter, for use as recommended in the enclosed, agreed-upon labeling text.

**CONTENT OF LABELING**
As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA automated drug registration and listing system (eLIST), as described at
http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content

NDA 21695/S-009
Page 2

of labeling must be identical to the enclosed labeling (text for the package insert), with the addition of any labeling changes in pending "Changes Being Effected" (CBE) supplements, as well as annual reportable changes not included in the enclosed labeling.

Information on submitting SPL files using eList may be found in the guidance for industry titled "SPL Standard for Content of Labeling Technical Qs and As at http://www.fda.gov/downloads/DrugsGuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf

The SPL will be accessible from publicly available labeling repositories.

Also within 14 days, amend all pending supplemental applications that includes labeling changes for this NDA, including CBE supplements for which FDA has not yet issued an action letter, with the content of labeling [21 CFR 314.50(l)(1)(i)] in MS Word format, that includes the changes approved in this supplemental application, as well as annual reportable changes and annotate each change.  To facilitate review of your submission, provide a highlighted or marked-up copy that shows all changes, as well as a clean Microsoft Word version.  The marked-up copy should provide appropriate annotations, including supplement number(s) and annual report date(s).

## CARTON AND IMMEDIATE CONTAINER LABELS

Submit final printed carton and immediate container labels that are identical to the  enclosed carton and immediate container labels as soon as they are available, but no more than 30 days after they are printed.  Please submit these labels electronically according to the guidance for industry *Providing Regulatory Submissions in Electronic Format – Human Pharmaceutical Product Applications and Related Submissions Using the eCTD Specifications (June 2008)*.  Alternatively, you may submit 12 paper copies, with 6 of the copies individually mounted on heavy-weight paper or similar material.  For administrative purposes, designate this submission "**Final Printed Carton and Container Labels for approved NDA 21695/S-009**."  Approval of this submission by FDA is not required before the labeling is used.

Marketing the product(s) with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

## PROMOTIONAL MATERIALS

You may request advisory comments on proposed introductory advertising and promotional labeling. To do so, submit the following, in triplicate, (1) a cover letter requesting advisory comments, (2) the proposed materials in draft or mock-up form with annotated references, and (3) the package insert(s) to:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Office of Prescription Drug Promotion (OPDP)
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

NDA 21695/S-009
Page 3

You must submit final promotional materials and package insert(s), accompanied by a Form
FDA 2253, at the time of initial dissemination or publication [21 CFR 314.81(b)(3)(i)].  Form
FDA 2253 is available at http://www.fda.gov/opacom/morechoices/fdaforms/cder.html;
instructions are provided on page 2 of the form.  For more information about submission of
promotional materials to the Office of Prescription Drug Promotion (OPDP), see
http://www.fda.gov/AboutFDA/CentersOffices/CDER/ucm090142.htm.

**REPORTING REQUIREMENTS**
We remind you that you must comply with reporting requirements for an approved NDA
(21 CFR 314.80 and 314.81).

If you have any questions, call Kati Johnson, Regulatory Project Manager, at (301) 796-1234.

Sincerely,

*{See appended electronic signature page}*

Eric Colman, M.D.
Deputy Director
Division of Metabolism and Endocrinology Products
Office of Drug Evaluation II
Center for Drug Evaluation and Research

ENCLOSURES:
  Content of Labeling
  Carton and Container Labeling
    -30 mg Capsules:
        7-count sample carton
        7-count sample bottle
        30-count trade bottle
    -90 mg Capsules:
        7-count sample carton
        7-count sample bottle
        30-count trade bottle
        90-count trade bottle
        100-count trade bottle

Reference ID: 3392745

--------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------------------

/s/

---------------------------------------------------

ERIC C COLMAN
10/18/2013



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring,  MD  20993**

NDA 021217/S-004

**SUPPLEMENT APPROVAL**

Mallinckrodt, Inc.
675 McDonnell Boulevard
Hazelwood, MO 63042

Attention: Linda F. Noa, M.S., RAC
        Senior Manager, Regulatory Affairs

Dear Ms. Noa:

Please refer to your Supplemental New Drug Application (sNDA) dated and received January
31, 2012, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA)
for EXALGO (hydromorphone HCl) 8-, 12-, and 16-mg Extended-Release Tablets.

We acknowledge receipt of your amendments dated March 30, May 18, May 25, June 29, July 3,
6, 11, and 13, and August 1 and 6, 2012, and your risk evaluation and mitigation strategy
(REMS) assessment dated February 25, 2011.

This "Prior Approval" supplemental new drug application proposes the following changes: 1)
addition of the 32 mg strength EXALGO (hydromorphone HCl) extended-release tablet, and 2) a
proposed modification to the approved REMS for EXALGO, which is part of the single, shared
system REMS for Extended Release and Long-Acting Opioid Analgesics.

We have completed our review of this supplemental application, as amended.  It is approved,
effective on the date of this letter, for use as recommended in the enclosed, agreed-upon labeling
text.

**CONTENT OF LABELING**

As soon as possible, but no later than 14 days from the date of this letter, submit the content of
labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA
automated drug registration and listing system (eLIST), as described at
http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content
of labeling must be identical to the enclosed labeling text for the package insert and Medication
Guide, with the addition of any labeling changes in pending "Changes Being Effected" (CBE)
supplements, as well as annual reportable changes not included in the enclosed labeling.

Information on submitting SPL files using eLIST may be found in the guidance for industry
titled "SPL Standard for Content of Labeling Technical Qs & As" at

NDA 021217/S-004
Page 2

http://www.fda.gov/downloads/DrugsGuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible from publicly available labeling repositories.

Also within 14 days, amend all pending supplemental applications for this NDA, including CBE supplements for which FDA has not yet issued an action letter, with the content of labeling [21 CFR 314.50(l)(1)(i)] in MS Word format, that includes the changes approved in this supplemental application, as well as annual reportable changes and annotate each change. To facilitate review of your submission, provide a highlighted or marked-up copy that shows all changes, as well as a clean Microsoft Word version. The marked-up copy should provide appropriate annotations, including supplement number(s) and annual report date(s).

We request that the labeling approved today be available on your website within 10 days of receipt of this letter.

## CARTON AND IMMEDIATE CONTAINER LABELS

We acknowledge your July 13, 2012, submission containing final printed carton and container labels.

## RISK EVALUATION AND MITIGATION STRATEGY REQUIREMENTS

The REMS for EXALGO (hydromorphone HCl) Extended-Release Tablets was originally approved on March 1, 2010, and REMS modifications were approved on March 24, 2010 and July 9, 2012. The REMS consists of a Medication Guide, elements to assure safe use, and a timetable for submission of assessments of the REMS. This REMS uses a single, shared system for the elements to assure safe use and the REMS assessments. Your proposed modification to the REMS consists of the addition of the 32 mg strength to the FDA Blueprint for Prescriber Education for Extended-Release and Long-Acting (ER/LA) Opioid Analgesics (FDA Blueprint).

Your proposed modification also includes the following technical changes to the FDA Blueprint:

1) Corrections to the section entitled "Dolophine: Specific Drug Interactions" (page 10), which, as approved on July 9, 2012, incorrectly states that:
   - CYP 450 inducers may increase methadone levels
   - CYP 450 inhibitors may decrease methadone levels

   The proposed modification revises this section to state that:
   - CYP 450 inducers may decrease methadone levels
   - CYP 450 inhibitors may increase methadone levels

Reference ID: 3179546

2) Corrections to the section entitled "Kadian" (page 11), to add the intermediate dosage strengths 40 mg, 70 mg, 130 mg, and 150 mg of Kadian (morphine sulfate extended release) capsules that FDA approved on July 9, 2012.

3) Corrections to the sections entitled "Exalgo: Key Instructions" and "Exalgo: Drug Specific Adverse Reactions" (page 11), which, as approved on July 9, 2012, incorrectly state:
   - Do not use in patients with sulfa allergy—contains sodium metabisulfite.
   - Allergic manifestations to sulfa component

   The proposed modifications revise these sections to state:
   - Do not use in patients with sulfite allergy—contains sodium metabisulfite.
   - Allergic manifestations to sulfite component

Your proposed modified REMS, submitted on August 6, 2012, and appended to this letter, is approved.

The timetable for submission of assessments of the REMS will remain the same as that approved on July 9, 2012.

There are no changes to the REMS assessment plan described in our July 9, 2012, letter.

In addition to the assessments submitted according to the timetable included in the approved REMS, you must submit a REMS assessment when you submit a supplemental application for a new indication for use as described in section 505-1(g)(2)(A) of FDCA.

We remind you that section 505-1(f)(8) of the FDCA prohibits holders of an approved covered application with elements to assure safe use from using any element to block or delay approval of an application under section 505(b)(2) or (j). A violation of this provision in 505-1(f) could result in enforcement action.

If you currently distribute or plan to distribute an authorized generic product under this NDA, you must submit a complete proposed REMS that relates only to the authorized generic product. Submit a proposed REMS, REMS supporting document, and any required appended documents as a prior approval supplement. Approval of the proposed REMS is required before you may market your authorized generic product.

Prominently identify the submission containing the REMS assessments or proposed modifications of the REMS with the following wording in bold capital letters at the top of the first page of the submission as appropriate:

**NDA 021217 REMS ASSESSMENT**

**NEW SUPPLEMENT FOR NDA 021217
   PROPOSED REMS MODIFICATION**

NDA 021217/S-004
Page 4

### NEW SUPPLEMENT (NEW INDICATION FOR USE)
### FOR NDA 021217
#### REMS ASSESSMENT
#### PROPOSED REMS MODIFICATION (if included)

If you do not submit electronically, please send 5 copies of REMS-related submissions.

## PROMOTIONAL MATERIALS

You may request advisory comments on proposed introductory advertising and promotional labeling. To do so, submit the following, in triplicate, (1) a cover letter requesting advisory comments, (2) the proposed materials in draft or mock-up form with annotated references, and (3) the package insert(s) to:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Office of Prescription Drug Promotion (OPDP)
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

You must submit final promotional materials and package insert(s), accompanied by a Form FDA 2253, at the time of initial dissemination or publication [21 CFR 314.81(b)(3)(i)]. Form FDA 2253 is available at http://www.fda.gov/opacom/morechoices/fdaforms/cder.html; instructions are provided on page 2 of the form. For more information about submission of promotional materials to the Office of Prescription Drug Promotion (OPDP), see http://www.fda.gov/AboutFDA/CentersOffices/CDER/ucm090142.htm.

## REPORTING REQUIREMENTS

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

Reference ID: 3179546

NDA 021217/S-004
Page 5


If you have any questions, call Diana L. Walker, Ph.D., Sr. Regulatory Health Project Manager, at (301) 796-4029.


                                        Sincerely,

                                        *{See appended electronic signature page}*

                                        Sharon H. Hertz, M.D.
                                        Deputy Director
                                        Division of Anesthesia, Analgesia, and
                                            Addiction Products
                                        Office of Drug Evaluation II
                                        Center for Drug Evaluation and Research


ENCLOSURES:
    Content of Labeling
    Carton and Container Labels
    REMS

-------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

SHARON H HERTZ
08/24/2012

Reference ID: 3179546



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 21356/S-038

**SUPPLEMENT APPROVAL**

Gilead Sciences, Incorporated
Attention: Dara Wambach, M.A.
Associate Director, Regulatory Affairs
333 Lakeside Drive
Foster City, CA 94404

Dear Ms. Wambach:

Please refer to your Supplemental New Drug Application (sNDA) dated June 16, 2011, received
July 18, 2011, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act
(FDCA) for Viread® (tenofovir disoproxil fumarate) tablets, 150mg, 200mg, and 250mg.

We acknowledge receipt of your amendments dated:

| | | |
|---|---|---|
| July 7, 2011 | September 30, 2011 | January 12, 2012 |
| July 11, 2011 | December 12, 2011 | January 13, 2012 |
| July 18, 2011 | December 22, 2011 | |
| September 29, 2011 | December 23, 2011 | |

This Prior Approval supplemental new drug application provides for the use of Viread®
(tenofovir disoproxil fumarate) tablets, 150mg, 200mg, and 250mg in combination with other
antiretroviral agents for the treatment of HIV-1 infection in pediatric patients 2 to less than 12
years of age, weighing greater than or equal to 17 kg, who can swallow an intact tablet.

We have completed our review of this supplemental application, as amended.  It is approved,
effective on the date of this letter, for use as recommended in the enclosed, agreed-upon labeling
text.

**CONTENT OF LABELING**

As soon as possible, but no later than 14 days from the date of this letter, submit the content of
labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA
automated drug registration and listing system (eLIST), as described at
http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content
of labeling must be identical to the enclosed labeling (text for the package insert and text for the
patient package insert), with the addition of any labeling changes in pending "Changes Being
Effected" (CBE) supplements, as well as annual reportable changes not included in the enclosed
labeling.

NDA 21356/S-038
Page 2

Information on submitting SPL files using eLIST may be found in the guidance for industry titled "SPL Standard for Content of Labeling Technical Qs and As" at http://www.fda.gov/downloads/DrugsGuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible from publicly available labeling repositories.

Also within 14 days, amend all pending supplemental applications for this NDA, including CBE supplements for which FDA has not yet issued an action letter, with the content of labeling [21 CFR 314.50(l)(1)(i)] in MS Word format, that includes the changes approved in this supplemental application, as well as annual reportable changes and annotate each change.  To facilitate review of your submission, provide a highlighted or marked-up copy that shows all changes, as well as a clean Microsoft Word version.  The marked-up copy should provide appropriate annotations, including supplement number(s) and annual report date(s).

## CARTON AND IMMEDIATE CONTAINER LABELS

Submit final printed carton and container labels that are identical to enclosed carton and immediate container labels as soon as they are available, but no more than 30 days after they are printed.

Please submit these labels electronically according to the guidance for industry titled "Providing Regulatory Submissions in Electronic Format – Human Pharmaceutical Product Applications and Related Submissions Using the eCTD Specifications (June 2008)."  Alternatively, you may submit 12 paper copies, with 6 of the copies individually mounted on heavy-weight paper or similar material.  For administrative purposes, designate this submission "**Product Correspondence – Final Printed Carton and Container Labels for approved NDA 21356/S-038**."  Approval of this submission by FDA is not required before the labeling is used.

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication in pediatric patients unless this requirement is waived, deferred, or inapplicable.

This product is appropriately labeled for use in ages 12 to less than 18 years for this indication. Therefore, no additional studies of the HIV treatment indication are needed in this pediatric age group.

We note that you have fulfilled the pediatric study requirement for ages 2 to less than 18 years for the HIV treatment indication for this application.

NDA 21356/S-038
Page 3

## PROMOTIONAL MATERIALS

You may request advisory comments on proposed introductory advertising and promotional labeling. To do so, submit the following, in triplicate, (1) a cover letter requesting advisory comments, (2) the proposed materials in draft or mock-up form with annotated references, and (3) the package insert(s) to:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Office of Prescription Drug Promotion (OPDP)
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

You must submit final promotional materials and package insert(s), accompanied by a Form FDA 2253, at the time of initial dissemination or publication [21 CFR 314.81(b)(3)(i)]. Form FDA 2253 is available at http://www.fda.gov/opacom/morechoices/fdaforms/cder.html; instructions are provided on page 2 of the form. For more information about submission of promotional materials to the Office of Prescription Drug Promotion (OPDP), see http://www.fda.gov/AboutFDA/CentersOffices/CDER/ucm090142.htm.

## REPORTING REQUIREMENTS

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

If you have any questions, call Katherine Schumann, Regulatory Project Manager, at (301) 796-1182.

Sincerely,

*{See appended electronic signature page}*

Debra Birnkrant, M.D.
Director
Division of Antiviral Products
Office of Antimicrobial Products
Center for Drug Evaluation and Research

ENCLOSURE(S):
Content of Labeling
Container Labeling

-------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------------

/s/

---------------------------------------------------

JEFFREY S MURRAY

01/18/2012



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 204242/S-003

**SUPPLEMENT APPROVAL**

Orexo, US, Inc.
5th Floor
150 Headquarters Plaza
Morristown, NJ  07960

Attention:   Alfred W. Schweikert, Ph.D., RAC
             Senior Director, Regulatory Affairs

Dear Dr. Schweikert:

Please refer to your Supplemental New Drug Application (sNDA) dated December 13, 2013, received December 13, 2013, submitted pursuant to section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Zubsolv (buprenorphine and naloxone sublingual tablets).

We acknowledge receipt of your amendments dated May 21, July 28, and August 15, 2014.

The May 21, 2014, submission constituted a complete response to our April 11, 2014, action letter.

This Prior Approval supplemental new drug application proposes two new dosage strengths of Zubsolv sublingual tablets (8.6 mg/2.1 mg and 11.4 mg/2.9 mg buprenorphine/naloxone). Additionally, the DOSAGE AND ADMINISTRATION, WARNINGS AND PRECAUTIONS, and CLINICAL PHARMACOLOGY sections were revised to clarify appropriate use of the product in patients with hepatic impairment.

## APPROVAL & LABELING

We have completed our review of this supplemental application, as amended.  It is approved, effective on the date of this letter, for use as recommended in the enclosed, agreed-upon labeling text

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA automated drug registration and listing system (eLIST), as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content of labeling must be identical to the enclosed labeling (text for the package insert and Medication

NDA 204242/S-003
Page 2

Guide), with the addition of any labeling changes in pending "Changes Being Effected" (CBE) supplements, as well as annual reportable changes not included in the enclosed labeling.

Information on submitting SPL files using eList may be found in the guidance for industry titled "SPL Standard for Content of Labeling Technical Qs and As at http://www.fda.gov/downloads/DrugsGuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf

The SPL will be accessible from publicly available labeling repositories.

Also within 14 days, amend all pending supplemental applications that includes labeling changes for this NDA, including CBE supplements for which FDA has not yet issued an action letter, with the content of labeling [21 CFR 314.50(l)(1)(i)] in MS Word format, that includes the changes approved in this supplemental application, as well as annual reportable changes and annotate each change. To facilitate review of your submission, provide a highlighted or marked-up copy that shows all changes, as well as a clean Microsoft Word version. The marked-up copy should provide appropriate annotations, including supplement number(s) and annual report date(s).

## CARTON AND IMMEDIATE CONTAINER LABELS

Submit final printed carton and immediate container labels that are identical to the enclosed carton and immediate container labels submitted on May 21, 2014, as soon as they are available, but no more than 30 days after they are printed. Please submit these labels electronically according to the guidance for industry *Providing Regulatory Submissions in Electronic Format – Human Pharmaceutical Product Applications and Related Submissions Using the eCTD Specifications (June 2008)*. Alternatively, you may submit 12 paper copies, with 6 of the copies individually mounted on heavy-weight paper or similar material. For administrative purposes, designate this submission "**Final Printed Carton and Container Labels for approved NDA 204242/S-003**." Approval of this submission by FDA is not required before the labeling is used.

Marketing the product(s) with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

## REPORTING REQUIREMENTS

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

NDA 204242/S-003
Page 3

If you have any questions, call Matt Sullivan, Supervisory Regulatory Project Manager, at (301) 796-1245.

Sincerely,

*{See appended electronic signature page}*

Sharon Hertz, M.D.
Acting Director
Division of Anesthesia, Analgesia, and
  Addiction Products
Office of Drug Evaluation II
Center for Drug Evaluation and Research

Enclosures:
  Content of Labeling
  Carton and Container Labeling

----------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

----------------------------------------------------------------------------------------------------

/s/

---------------------------------------------------

SHARON H HERTZ

12/11/2014