# Exhibit 33

Capital Reporting Company
In Vitro Diagnostic Testing for Direct Oral Anticoagulants (10/26/2015)

1

FOOD AND DRUG ADMINISTRATION (FDA)

CENTER FOR DEVICES AND RADIOLOGICAL HEALTH (CDRH)

IN VITRO DIAGNOSTIC TESTING

FOR DIRECT ORAL ANTICOAGULANTS

Monday, October 26, 2015

FDA White Oak Campus

10903 New Hampshire Avenue

Bldg. 31, Great Room A (W031)

Silver Spring, MD 20993

Reported by:   Michael Farkas

Capital Reporting Company

Capital Reporting Company
In Vitro Diagnostic Testing for Direct Oral Anticoagulants (10/26/2015)

9

the afternoon.

The review of premarket notifications and subsequent determination of substantial equivalence is performed in the context of the proposed intended use.  The intended use specifies what the test measures, why the test is being performed and the testing population and setting for the testing.  Listed are some of the elements to be addressed in the intended use.  Typically, the intended use and the indication for use are combined for in vitro diagnostics and sets the foundation for the validation studies to be performed to support the crafted intended use.

So what are some of the studies necessary to evaluate the performance characteristics of the devices' intended use?  We need to review the analytical performance characteristics and also we'd like to see method comparison utilizing clinical samples and that is compared to a predicate or a reference method, sometimes both.  The performance data needed for the review is based on the device output and the interpretation of that result.  So the premise of today's workshop is based on the preliminary information we have reviewed for measurement of or assessment of DOACs, some of the submissions we've seen thus far.  And that is the reason that we are conducting this workshop, to get more input and feedback on those approaches.

Importantly, the DOAC drugs were approved without a requirement for monitoring.  So currently, manufacturers are developing devices to assess the effect or concentration of direct oral anticoagulants.  There are currently no cleared or approved devices that measure that.  And the goal is we want to ensure that we enable timely access to safe, effective and high-quality medical devices.  The objectives that we're going over today are designed to optimize and improve patient outcomes.  That's the mission of the agency.