# Exhibit 14

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) |

MDL No. 2592

Judge Eldon E. Fallon

# Expert Report of B. Burt Gerstman, Ph.D.

By: _____

B. Burt Gerstman, Ph.D.

Date: 10/13/16

## Qualifications – B. Burt Gerstman, Ph.D.

My training and experience in comparative pathology, epidemiology, cardiovascular epidemiology, clinical epidemiology, and pharmacoepidemiology have prepared me to provide expert testimony on the safety and efficacy of novel oral anticoagulants. My undergraduate education was in biology (Harpur College, SUNY Binghamtom), and my graduate education has been in veterinary medicine (Cornell University), epidemiology & public health (UC Berkeley), and comparative pathology (UC Davis).

From 1985 to 1990, I was a Public Health Service Fellow and epidemiologist at the U.S. Food and Drug Administration (FDA), Center for Drug Evaluation and Research.  At the FDA, I was responsible for adverse drug reaction surveillance and the conduct and review of observational and experimental studies on drug safety.  Since 1990, I have been a Professor in the Department of Health Science at San Jose State University in San Jose, California with teaching responsibilities in epidemiology, public health, and biostatistics. I have taught at the undergraduate and graduate level. I am the author of two best-selling textbooks and more than four-dozen peer-reviewed scientific articles. Before coming to San Jose State University, I taught post-graduate students at the National Institutes of Health FAES Graduates School in Bethesda, Maryland. Before that, I was a Graduate Teaching Assistant for an environmental epidemiology course that served upper division undergraduates and graduate students at UC Davis. I have also trained U. S. Public Health Service Fellows and CDC Epidemic Intelligence Service officers in field work and research.

While at the U.S. Food and Drug Administration, I specialized in the detection and quantification of adverse drug reactions. I have experience in the analysis and interpretation of adverse event reports and have reviewed and/or conducted cohort studies, case-control studies, and clinical trials. I have also written on the history of epidemiology and the reliability of medical testing. Several longitudinal study methods that use linked medical record systems can be traced to work my colleagues and I innovated in the late-1980s at the U.S. Food and Drug Administration.

My professional affiliation is as an epidemiologist. As such, my "patient" is "an aggregate of people" (Greenwood 1935), not the individual patient.  My ultimate "client" and ultimate concerns are with preventing health problems in the population.

My report has considered numerous sources, including published studies, FDA reviews and announcements, product labels, and Advisory Committee presentations. All sources, regardless of their findings, are evaluated based on their scientific merit. Methodologies employed in the preparation of the report are standard practice in academic and regulatory and clinical epidemiology. As is appropriate for all scientific investigators, I reserve the right to refine my opinions subject to ongoing research and study.

I am being paid $400 per hour for my services. Over the past four years I have had the following depositions (and no court appearances):

Deposition Testimony in *Dembrowski et al. v. Bayer Inc., et al*., Court of Queen's Bench for Saskatchewan, Judicial Center of Saskatoon (Court File No. Q.B. No. 161 of 2009) (January 12, 2015).

Deposition Testimony *In Re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation*, MDL (May 28, 2015).

Deposition Testimony *In Re: Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2100 (June 5, 2015).

# Safety and Efficacy of Rivaroxaban (Xeralto®)

B. Burt Gerstman, Ph.D.

San Jose State University

b.b.gerstman@sjsu.edu

**October 13, 2016**

Citations and references are in the style of the *Cochrane Collaborative.*

Acronyms ............................................................................................................................. 5

Executive summary points .................................................................................................. 6

1   Rivaroxaban and ROCKET AF .................................................................................... 8

2   ROCKET AF study design and methods ................................................................... 11

   2.1   Study population .............................................................................................. 11

   2.2   Treatments ...................................................................................................... 12

   2.3   Adequacy of the comparator group ................................................................ 13

      2.3.1   The constancy assumption and non-inferiority margin ....................... 13

      2.3.2   Time in the therapeutic range ............................................................. 14

      2.3.3   TTR in ROCKET AF .............................................................................. 16

      2.3.4   What TTR represents well-managed warfarin? ................................... 20

   2.4   Follow-up of patients (ITT and per protocol analyses) .................................... 21

   2.5   Section summary points................................................................................... 25

3   Efficacy ................................................................................................................... 26

   3.1   Objectives and endpoints ................................................................................ 26

   3.2   Primary efficacy endpoint results ................................................................... 27

   3.3   Stroke type ...................................................................................................... 29

   3.4   Section summary points................................................................................... 31

4       Safety ..................................................................................................................... 32

    4.1     Principal safety endpoint ................................................................................ 32

    4.2     Worldwide safety results ................................................................................ 32

    4.3     East Asia safety data ...................................................................................... 34

    4.4     Safety results and TTR ................................................................................... 35

    4.5     United States safety data ............................................................................... 37

    4.6     Section summary points ................................................................................. 38

5       INR monitoring in ROCKET AF ............................................................................... 39

    5.1     History of problems with the INRatio® point-of-care device .......................... 39

    5.2     The sponsor's initial response to the December 2014 FDA recall of the INRatio® ................... 40

    5.3     Accuracy of INRatio® coagulometer (summary) ............................................ 42

    5.4     Sensitivity analysis: potential effects of INR inaccuracies ............................ 45

        5.4.1     Sensitivity analysis #1 ........................................................................ 45

        5.4.2     Sensitivity analysis #2 ........................................................................ 48

        5.4.3     Sensitivity analysis #3 ........................................................................ 51

        5.4.4     Sensitivity analysis is not a substitute for large scale study ............... 53

    5.5     Section summary points ................................................................................. 54

6       Dose ....................................................................................................................... 55

Safety and Efficacy of Rivaroxaban

6.1   FDA Review ........................................................................................................................... 55

6.2   Precision dosing ................................................................................................................... 58

6.3   Section summary.................................................................................................................. 61

7   Discussion and recommendations ............................................................................................. 62

7.1   Narrative summary .............................................................................................................. 62

7.2   Warning for bleeding risk..................................................................................................... 64

7.3   Rivaroxaban compared to other novel oral anticoagulants ..................................................... 65

8   References ............................................................................................................................. 67

## Acronyms

| | |
|---|---|
| AF | atrial fibrillation |
| APIX | apixaban  (Eliquis®) |
| BID | *bis in die* (twice a day) |
| CDER | Center for Drug Evaluation and Research (FDA) |
| CVA | cerebrovascular accident |
| DABI | dabigatran (Pradaxa®) |
| EDOX | edoxaban (Savaysa®) |
| EMA | European Medicines Agency |
| h | Hours |
| ICH | intracranial hemorrhage |
| INR | international normalized ratio |
| MRD | mean relative difference or mean relative absolute deviation, depending on context |
| NDA | new drug application |
| NI | non-inferiority |
| NOAC | novel oral anticoagulant |
| PD | pharmacodynamics |
| PK | Pharmacokinetics |
| POC | point-of-care [coagulometer] |
| PT | prothrombin time |
| PTR | proportion in the therapeutic range |
| PY | person-years or patient-years |
| PY | person-years |
| QD | *quaque die* (once a day) |
| RE-LY | Randomized Evaluation of Long Term Anticoagulant therapY with dabigatran etexilate |
| RIVA | rivaroxaban (Xarelto®) |
| ROCKET AF | Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation |
| SE | [non-CNS] systemic embolism |
| SOC | standard of care |
| SPAF | stroke prevention in atrial fibrillation |
| SSE | stroke and systemic (non-central nervous system) embolism |
| TIA | transient ischemic attack |
| TTR | time in the therapeutic range |
| VKA | vitamin K antagonist |
| WARF | warfarin (Coumadin®) |

# EXECUTIVE SUMMARY POINTS

- The ROCKET AF clinical trial has several flaws that bias its results against warfarin, making rivaroxaban appear to be relatively safe and effective by comparisons. Study design flaws include use of an enriched study population (e.g., with high prevalence of prior stroke/TIA), inadequate warfarin management, and censoring rules that were too harsh in truncating follow-up in study subjects.

- Achieving the non-inferiority margin established for the trial has meaning only if warfarin has been well-managed (the constancy assumption).

- Warfarin was too-often poorly managed in ROCKET AF. The reported mean TTR in ROCKET AF was 55%. This compares unfavorably with SPORTIF III (66%), SPORTIF V (68%), RE-LY (64%), ARISTOTLE (62%), and ENGAGE AF (65%). The TTR for U.S. and Canadian ROCKET AF sites was 64%.

- The TTRs in ROCKET may actually be lower than has been reported because the devices used to measure INRs in the trial have since been proven to be unreliable. The cross-sectional proportion in the therapeutic range (PTR) for samples taken at week 12 and 24 of follow-up was only about 43%.

- After considering different types of follow-up rules, specific types of stroke, and the effect of warfarin management, rivaroxaban did not meet the non-inferiority margin for well-managed warfarin (TTR ≥ 65) with a last dose plus 30-day data scope (HR 1.10, 95% CI 0.75 − 1.64). The product label for rivaroxaban acknowledges this when it states "There are limited data on the relative effectiveness of XARELTO and warfarin in reducing the risk of stroke and systemic embolism when warfarin therapy is well-controlled."

- The pre-specified primary safety objective of ROCKET AF (superior safety for major bleeds and clinically relevant non-major bleeds) was *not* met even when considering region in which warfarin was used poorly.  Major bleeding also occurred more frequently with rivaroxaban than with warfarin (1.04, 95% CI 0.90 − 1.12), and occurred significantly more frequently among centers with well-managed warfarin (HR 1.23, 95% CI 1.08 − 1.40).

- In the U.S., major bleeding occurred significantly more frequently with rivaroxaban than with warfarin (e.g., HR 1.50, 95% CI 1.14 − 1.98). In U.S. clinics with well-managed warfarin, major

bleeding occurred twice as often with rivaroxaban (e.g. TTR Quartile 3 in the US: 1.93, 95% CI 1.12 – 3.33).

- Critical organ bleeding (primarily in the form of intracranial hemorrhage) occurred significantly less frequently with rivaroxaban than with warfarin when considering all regions (HR 0.69, 95% CI 0.53 – 0.91). However, this is attributable to the high frequency of intracranial hemorrhage in East Asian warfarin users ($P_{heterogeneity}$ = .029). Outside of East Asia, there was no significant difference between rivaroxaban and warfarin with respect to either critical organ bleeding or intracranial hemorrhage. In the US, there was no significant difference between rivaroxaban and warfarin with respect to critical organ bleeding (HR = 0.85, 95% CI 0.46 – 1.59).

- ROCKET AF relied on the INRatio® point-of-care device to monitor warfarin levels in the control arm of the trial. This device had a history of unreliability and was not adequately tested or evaluated before it was adopted for use in the trial. Performance was not periodically monitored under the prevailing conditions of the trial, as it should have been.

- When the performance of the INRatio® device as used in ROCKET AF was systematically evaluated, almost four years after the trial was completed, it was found to underestimate INRs by an average of 0.5 units compared to reference samples sent to the Duke Medical Center Central laboratory. In addition, it failed to meet the lax ISO 17593 criteria for agreement. A third (33%) of the supratherapeutic samples identified by the reference lab ($INR_{LAB}$ > 4) were misdiagnosed as therapeutic or hypotherapeutic by the point-of-care devices in the trial ($INR_{POC}$ ≤ 3). These clinically meaningful differences were apt to lead to over-anticoagulation, increasing bleeding rates in the control arm of the trial and skewing the safety results in favor of rivaroxaban.

- ROCKET's design included only once-daily 20 mg doses (or 15 mg once-daily for subjects with reduced kidney function). This precluded the ability to empirically compare outcome rates by dose. However, the pharmacokinetics, pharmacodynamics, and dose-response relations with pharmcodynamic parameters strongly suggest that splitting the drug into 10 mg twice-daily allotments would improve the safety profile of the drug.

# 1   Rivaroxaban and ROCKET AF

Anticoagulation with vitamin K antagonists (VKAs) such as warfarin (WARF) have been established as effectives therapies for stroke prevention in non-valvular atrial fibrillation patients (SPAF) for several decades. Primary and secondary prevention trials have demonstrated the effectiveness of VKAs with reductions in ischemic stroke occurrence by approximately two-thirds (Hart 2007). However, VKAs can be difficult to dose properly and cannot be properly maintained in all patients. Therefore, several novel oral anticoagulants (NOACs) have recently been introduced to overcome some of dosing problems of VKAs. TABLE 1.1 lists these NOACs and their year of approval.

**TABLE 1.1.** Novel oral anticoagulants and their year of approval in the United States.

| Drug | Brand name | Trial name | Mechanism | Company | Year Approved |
|---|---|---|---|---|---|
| ximelagatran | Exanta | SPORTIF III/V | direct thrombin inhibitor | AstraZeneca | withdrawn 2006 |
| dabigatran | Pradaxa | RE-LY | direct thrombin inhibitor | Boehringer Ingelheim | 2010 |
| rivaroxaban | Xarelto | ROCKET AF | direct factor Xa inhibitor | Bayer and Johnson & Johnson | 2011 |
| apixaban | Eliquis | ARISTOTLE | direct factor Xa inhibitor | Bristol Myers Squibb & Pfizer | 2012 |
| edoxaban | Savaysa | ENGAGE AF-TIMI | direct factor Xa inhibitor | Daiichi Sankyo | 2014 |

This report focuses on the safety and efficacy of the NOAC called rivaroxaban (Xarelto®) for SPAF. The pivotal phase III licensing trial of rivaroxaban (RIVA) for this indication is called ROCKET AF. This stands for Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation.

The results from the ROCKET AF trial were initially published in September of 2011 in the *New England Journal of Medicine* (Patel 2011). Follow-up correspondences from this study were published in February of 2016 (Patel 2016b) and again in July of 2016 (Patel 2016a; Powell 2016). The full clinical trial report for ROCKET AF was filed with the FDA sometime around December 23, 2010 (J & J 2010). References to

the full clinical trial report will be cited as details about the trial are most comprehensively described in the *Rivaroxaban: Clinical Study Report* (2010).

TABLE 1.2 lists selected key dates and occurrences in the licensing of RIVA in the United States. Among the crucial documents in this process was an advice letter to the sponsor from the FDA Division of Cardio-Renal Drugs issued in September of 2006. The original protocol for the study was issued by the company in October of the same year. The study protocol was finalized with no further amendments in February of 2009. The enrollment period for ROCKET AF participants began in December of 2006. Randomization was completed by June of 2009.

A total of 17,232 screenings for eligible participants took place before 14,264 unique study subjects were randomly assigned to a treatment group. The study end date was September 7, 2010. The main public hearing (*Advisory Committee Meeting*) for licensing of RIVA for SPAF occurred on Thursday, September 8, 2011 at the FDA Cardiovascular & Renal Drugs *Advisory Committee Meeting* (FDA 2011b). Frequent references will be made to the *Advisory Committee Meeting Transcript (2011)* and the associated *FDA Briefing Document* (FDA 2011a).

**TABLE 1.2**. Key dates in the licensing of RIVA for SPAF (various sources included the *FDA Briefing Document* 2011.

| yyyy-mm-dd | Event |
| --- | --- |
| 2006-09 | FDA/DCRP advice letter to company regarding conduct of ROCKET AF |
| 2006-10-04 | ROCKET AF trial original protocol |
| 2006-12-18 | ROCKET AF trial, first patient enrollment |
| 2007-11-27 | ROCKET AF original safety analysis plan |
| 2009-02-13 | final ROCKET AF protocol date (as listed in NDA) |
| 2009-03-19 | NDA 022406 RIVA for VTE prevention (EINSTEIN trials) |
| 2009-06 | ROCKET AF, end patient enrollment & randomization |
| 2010-03 | Publication of Rationale and Design article (ROCKET AF Study Investigators 2010) |
| 2010-05-28 | ROCKET AF termination date |
| 2010-10-19 | Pradaxa® (dabigatran) approved date for SPAF indication |
| 2010-10-20 | ROCKET AF database lock |
| 2011-09-08 | publication of ROCKET AF findings—NEJM (Patel 2011) |
| 2011-09-08 | RIVA NDA 202439 for SPAF |
| 2012-05-23 | sNDA 202439 RIVA for acute coronary syndrome |
| 2014-01-16 | sNDA 202439 RIVA during first 90 days after acute coronary syndrome |
| 2014-10-30 | NDA 206316 edoxaban for SPAF (ENGAGE AF trial) |
| 2015-12-05 | INRatio Class 1 recall |
| 2016-02-25 | publication of correspondence on POC monitoring NEJM (Patel 2016b) |
| 2016-07-06 | publication of second correspondence on POC monitoring NEJM (Patel 2016a) |
| 2016-07-11 | voluntary withdrawal of the INRatio® from market (FDA 2016) |

# 2 ROCKET AF STUDY DESIGN AND METHODS

## 2.1 STUDY POPULATION

*Study population.* ROCKET AF was an international, multi-centered, double-dummy, blinded randomized clinical trial (RCT) of SPAF that took place at 1178 clinical sites in 45 countries in North America, Latin America, West Europe, East Europe, and the Asia Pacific regions.  The study population consisted of adults with non-valvular atrial fibrillation who were at elevated risk for stroke and non-CNS systemic embolism. Eligible subjects had either a prior stroke, TIA or non-CNS systemic embolism (SE), or 2 or more of the following risk factors: (a) age ≥75 years, (b) hypertension, (c) heart failure or left ventricular ejection fraction ≤35 percent, or (d) diabetes mellitus. The number of subjects without a prior stroke, TIA or SE and had only two risk factors was limited to approximately 10 percent of the total number of enrolled subjects. That is, 90% of the study subjects had to have had a prior thromboembolism or three or more of the aforementioned risk factors. This was to be an *enriched study population*.

Fifty-five percent (55%) of the study population had a prior stroke, systemic embolism, or TIA (Patel 2011). The median age was 73, and a quarter of the patients were 78 or older. There was a high prevalence of comorbid conditions in the study population with a mean CHADS2 scores of 3.5 (median 3.0). By comparison, the mean CHADS2 score in RE-LY (the non-inferiority trial that compared dabigatran to warfarin) was 2.1 and mean age was 71.5 years with 20% of the population having a prior stroke or TIA (Connolly 2009).

*FDA warning about using enriched study population.* In a series of communications before the study was initiated, the FDA warned the sponsor that enriching the population with this level of morbidity was a mistake (FDA 2006). The high level of morbidity in the study population with respect to prior strokes and TIAs would cause problem in interpretation and harm the study's validity (Bayer HealthCare 2006a, 2006b; FDA 2006). The FDA's point was that there was no assurance that WARF would be as effective in the enriched population. This would violate the constancy assumption (§2.3) that underlies the non-inferiority design of the study. Under these circumstances, a sizable proportion of the cerebrovascular accidents in this study population could be unrelated to atrial fibrillation and be due to non-embolic

causes such as vascular sclerosis (FDA *Briefing Document* 2011, p. 27). It was a mistake for the sponsor to ignore the FDA's good advice on this study design issue.

## 2.2   TREATMENTS

*Treatment arms.* Subjects were randomly assigned to receive either 20 mg of RIVA once daily plus a placebo that looked like warfarin (treatment group) or oral warfarin (WARF) once daily plus a sham that looked like RIVA (control group). Subjects with moderate renal impairment (creatinine clearance between 30 and 49 mL/min) received a reduced RIVA dose of (15 mg once daily).

*Warfarin dosing.* Patients randomized to WARF had their dose titrated to a INR range 2.0 to 3.0 with a central target of 2.5. No centralized warfarin treatment protocol was used; clinical investigators were requested to adjust warfarin dose according to their usual practices. A modified INRatio® point-of-care (POC) coagulometer was used to monitor INR levels. The modified device reported a 7-digit code that corresponded to either a real or sham INR value. If the study subject was randomized to RIVA, an interactive voice or web response system issued a sham INR value intended to mimic INR values as if the patient was really taking WARF. If the subject was randomized to WARF, a real INR value were issued by the interactive response system. Subjects in both arms of the trial were submitted to INR testing at least once per month.

*Warfarin monitoring.* Because ROCKET's protocol allowed investigators to monitor and dose warfarin at their discretion, investigators could wait up to four weeks to bring the patients back to check the patients INRs when levels were not inside the therapeutic range. This would allow for too much time to pass for warfarin adjustment (FDA Transcript 2011 page 310). Because the risk of thromboembolism increases substantially when the INR falls below the therapeutic zone (especially when it falls below 1.5) and the risk of major bleeding increases progressively above the therapeutic range [FIGURE 2.1], just how quickly non-therapeutic INRs are dealt with is of clinical relevance.

*Lack of a warfarin dosing algorithm.* In addition, the lack of a standard warfarin dosing algorithm contributed to the wide geographical- and center-based variation in INR control and time in the therapeutic range (TTR) in ROCKET AF patients [TABLE 2.5]. The warfarin dosing algorithm accounted for 87 percent of the between-center variability in TTRs and 55 percent of the between-country variation in

the RE-LY STUDY: each 10 percent increase in-center algorithm-consistent dosing in the RE-LY trial independently predicted a 6 percent increase in TTR and an 8 percent decrease in the stroke, systemic embolism, and major hemorrhage (Van Spall 2012).

## 2.3   ADEQUACY OF THE COMPARATOR GROUP

### 2.3.1   The constancy assumption and non-inferiority margin

ROCKET AF was a **non-inferiority trial** for its efficacy endpoint. It is important to acknowledge that "non-inferiority" is *not* the same thing as "equivalent**."** [a] Statistically and biomedically, one cannot prove equivalence. Therefore, we are forced to prove non-inferiority.

In order to prove non-inferiority, one must first define a statistical non-inferiority margin. The non-inferiority margin in ROCKET AF was based on a number of assumptions, the foremost being that warfarin would prevent approximately 64 percent of the strokes in the warfarin control group in the trial had they not been anticoagulated (the **constancy assumption**) (Fleming 2008). Keep in mind that if the constancy assumption is violated, the entire basis of the trial is undermined.

The **non-inferiority margin** was then calculated to retain *50 percent* of warfarin's assumed level of efficacy. [The "50 percent" retention of effect is an arbitrary threshold that should be kept in mind when interpreting results.] Statistically, this translated into achieving an upper 95 percent confidence limit for the hazard ratio (HR) comparing RIVA to WARF for the efficacy endpoint (not the safety endpoint) of 1.38. It is relevant to recognize that achieving the non-inferiority margin provides meaning only if warfarin's efficacy is maintained or improved (the constancy assumption), and that this still only proves that rivaroxaban has retained half of warfarin's effect.

---

[a] Legislation requires that we consider whether a new drug for a life threatening condition such as atrial fibrillation be as-effective-as drugs currently on the market. The Federal Register (Vol. 60, No. 147, pp 39180-81, Aug 1, 1995). "In certain circumstances, it may be important to consider whether a new product is less effective than available alternative therapies, when less effectiveness could present a danger to the patient or to the public. For example, it is essential for public health protection that a new therapy be as effective as alternatives that are already approved for marketing when ... [t]he disease to be treated is life-threatening or capable of causing irreversible morbidity (e.g., stroke or heart attack) ...."

In studies of non-inferiority, we must be vigilant of **creeping non-inferiority** or bio-creep (Everson-Stewart 2010). Creeping non-inferiority occurs when a trial comes along and the comparator is not used as well as it was used previously. In the ROCKET AF trial, we will see that the reported mean TTR (a measure of how well warfarin was used) was 55 percent. This is about 10 points lower than other contemporary anticoagulation trials [TABLE 2.1]. The concern is that successive anticoagulation trials will argue they are pretty close to ROCKET's TTR of 55 percent and claim that this is OK too.

### 2.3.2   Time in the therapeutic range

The safety and efficacy of warfarin depends on treatment adherence and good quality anticoagulation as reflected by time in the therapeutic range (TTR) of the international normalized ratio (INR) (De Caterina 2013; Gallego 2013). The INR is a standardized measure used to monitor oral anticoagulation with vitamin K antagonists. The INR for a person not using warfarin is 0.8–1.2. The therapeutic range to aim for when prescribing warfarin to prevent strokes in atrial fibrillation patients is 2.0 – 3.0 inclusive (Fuster 2001). This range has been developed as the "sweet spot" which maximizes stroke prevention while minimizing adverse risks of bleeding.

Time spent above the therapeutic range increases risks of bleeding substantially. The higher and longer the patient is above the therapeutic range, the higher the risk of bleeding. Time spent below the therapeutic range confers a higher than necessary risk of thromboembolism and ischemic stroke. It is common sense to maximize the amount of time a patient spends in the therapeutic range.

FIGURE 2.1 illustrates the dose-response relation between patient INR, ischemic stroke occurrence, and intracranial bleeding (Fuster 2006). Note the steep increase in bleeding risk with no additional benefit stroke prevention when INRs exceed 3.0. Compared with INR 2.0 to 2.5, the relative odds of thromboembolism increases strikingly at INR ≤ 1.8, while there is an exponential risk in bleeding with INRs above 3.0. [HRs, ORs, and RRs are multiplicative scales; a linear increase in these measures indicates an exponential risk on rates.]



*FIGURE 2.1. Odds ratios of ischemic stroke and intracranial bleeding according to INR in SPAF (Fuster 2006).*

The *Canadian Agency for Drug and Technologies in Health* estimates that the probability of a major bleeding event increases three-fold for patients who are above the therapeutic range compared to those that are within the therapeutic range (CADTH 2014). A study by An and colleagues found that a TTR of < 55 percent was associated with more than twice the rate of major bleeding compared to a TTR ≥ 55 percent (calculation using the study data: relative rate ratio = 1.93 / 0.84 = 2.3) (2015). A 6 percent increase in TTR is associated with an 8 percent decrease in strokes (Van Spall 2012).

It is critically important to maintain patients in the therapeutic range in order to maximize the efficacy of warfarin while avoiding needless bleeding episodes. The Leiden clinical epidemiology group found that for every increase of one unit of INR above the therapeutic range, the bleeding risk increases between 42 percent and 44 percent (van der Meer 1996).  Patients who spent at least 70% of time within therapeutic range have a 79% reduced risk of stroke compared to patients with ≤ 30% of time in the TTR (Gallagher 2011).

Also note that there is threshold below which there appears to be little benefit of warfarin over antiplatelet therapy. This threshold is roughly 60 percent (Connolly 2008).

*The sponsor's assessment of TTR and bleeding risk.* The safe and effective use of warfarin for SPAF depends on its careful monitoring and dose adjustment.  The sponsor claims that TTR is "not a surrogate for anticoagulant benefit-risk balance" (FDA Transcript 2011 p. 88), stating that ROCKET AF "found no relationship between center TTR and the treatment effect of rivaroxaban versus warfarin." In contrast, the FDA demonstrated downturns in both safety and effectiveness when TTRs fell below the 64 or 65.

While ROCKET AF investigators appear to accept the dose-response relation between INR and stroke, they are skeptical about the relation between INR and bleeding risk. For example, Piccini (2014) states "Several studies have shown a direct relationship between TTR and lower rates of stroke and systemic embolism, while the relationship to bleeding risk has been more variable." The later part of this statement (about bleeding risk) includes only two cited sources (Hylek 2003; Samsa 2000). Samsa (2000) is a review article that has several subtle points about TTR and frequency of INR testing. In contrast to the statement in Piccini (2014), Samsa concludes "the relationship between TTR and clinical outcomes is strong, thus supporting use of TTR as a primary outcome variable." [There are some subtle points about the modeling of risk function curves that are influenced by patient factors and across-study comparisons, but these issues are beyond the scope of this report.] With respect to Hylek (2003), there was some leveling-out of bleeding risk in the 3.6 – 3.9 INR group. However, this finding is based on only 247 person-years of observation and one case. The strength and shape of the relation between TTR and events rates are not in question.

### 2.3.3    TTR in ROCKET AF

As noted, the standard method of summarizing the quality of warfarin treatment in individuals and populations is by measuring **time in the therapeutic range** (TTR) according to the Rosendaal method (1993). There is a direct relation between TTR and the safety and efficacy of warfarin therapy. TTRs of less than 60 percent have been referred to as "labile" (Pisters 2010). The reported mean TTR in the ROCKET AF trial was substantially lower than 60 percent. TABLE 2.1 lists mean TTRs FOR ROCKET AF and eight other contemporary anticoagulation trials. The mean TTR in the other eight trials was 66%. Except for in the US and Western Europe [TABLE 2.5], reported mean TTRs in ROCKET AF were substantially less than this.

**TABLE 2.1**. Mean TTRs in relatively recent anticoagulation trials.

| Trial | Warfarin compared to | Blinded? | Mean TTR |
|---|---|---|---|
| ROCKET AF overall (Patel 2011) | rivaroxaban | Yes | 55[1] |
| ROCKET AF US & Canada (Singer 2013) | rivaroxaban | Yes | 64 |
| ACTIVE (2006) | clopidogrel + ASA | No | 64 |
| AMADEUS  (Bousser 2008) | idraparinux | No | 63 |
| ARISTOTLE (Granger 2011) | apaxiban | Yes | 62 |
| EMBRACE AC (Whitlock 2016) | tecarfarin | Yes | 73 |
| RE-LY (Connolly 2009) | dabigatran | No | 64 |
| SPORTIF III (Olsson 2003) | ximelagatran | No | 66 |
| SPORTIF V (Albers 2005) | ximelagatran | Yes | 68 |
| ENGAGE (Giugliano 2013) | edoxaban | Yes | 68 |

TABLE 2.2 compares the reported TTR quantiles from the ROCKET AF, RE-LY, and ACTIVE trials. Note that the median for RE-LY and ACTIVE W had higher values than the third quartile for ROCKET AF.

**TABLE 2.2.** INR quartiles in ROCKET AF, RE-LY, and Active W (Source: FDA Advisory Committee Slide 24).

| Study | Q1 | Q2 (median) | Q3 |
|---|---|---|---|
| ROCKET (FDA analysis) | 47 | 56 | 64 |
| RE-LY (Wallentin 2010) | 57 | 66 | 73 |
| ACTIVE W (Connolly 2008) | 54 | 65 | 73 |

*Proportion in the therapeutic range.* An alternative way to look at the quality of warfarin treatment is to determine multiple cross-sections of the **proportion of patients in the therapeutic range (PTR)**. This is helpful because of controversies associated with the POC coagulometer used ROCKET AF. As will be discussed in §5, the coagulometer used in ROCKET AF was recalled in 2014 (FDA 2014) and ultimately removed from the market in 2016 (FDA 2016). There are however a sample of plasma samples from ROCKET AF that had their INRs determined by the Duke Medical Center Laboratory. Of these samples, only ~ 43 percent were in the therapeutic range [TABLE 2.3] at either weeks 12 and 24 of follow-up.

**TABLE 2.3.** Percentages of warfarin subjects in ROCKET AF that were in the therapeutic range (INR 2.0 – 3.0) at week 12 and week 24 of follow-up based on INR determinations from the Duke Medical Center Central Laboratory (Janssen Research & Development 2016a).

**TDM0001:** The Percentages of Warfarin Subjects with Lab Based INRs Between 2 and 3
(Study 39039039AFL3001:  Safety Analysis Set)

|  | At week 12 n/ N (%) | At week 24 n/ N (%) | At both weeks n/ N (%) |
|---|---|---|---|
| 2 ≤ Lab Based INR ≤ 3 | 2470 /5921 (41.72) | 2471 /5684 (43.47) | 1095 /5340 (20.51) |

tdm0001.rtf generated by tdm0001.sas, 06APR2016 15:44

By comparison, higher percentages were in the therapeutic range according to the point-of-care devices used in ROCKET AF [TABLE 2.4]. This strongly suggests that the TTRs in the ROCKET report may be lower than reported because the PTR and TTR are different statistics, it is highly likely that they will parallel. (The TTR is merely a linear interpolation of PTRs over time.)

**TABLE 2.4.** Source: (Janssen Research & Development 2016)

**TDM0002:** The Percentages of Warfarin Subjects with Device Based INRs Between 2 and 3
(Study 39039039AFL3001:  Safety Analysis Set)

|  | At week 12 n/ N (%) | At week 24 n/ N (%) | At both weeks n/ N (%) |
|---|---|---|---|
| 2 ≤ Device Based INR ≤ 3 | 3142 /6512 (48.25) | 3237 /6175 (52.42) | 1743 /6133 (28.42) |

*Low TTRs in ROCKET AF.* Many factors have been posited to explain why Rocket's TTRs were lower than that of other trials. However, these medical explanations do not justify the biases imparted in the study. For example, one factor that has been suggested for the low TTRs in ROCKET is the high prevalence of comorbidity in the study population. Notwithstanding the fact that the sponsor was warned not to use the enriched study population (§2.1), this does not over-ride the violation of the constancy assumption.

One reason for the lower than expected TTRs in ROCKET AF was that there was no standardized protocol for how to deal with patients when their INRs fell outside of the therapeutic range; treating physicians just used the local standard of care. Dosing algorithms have been demonstrated to improve TTRs range compared with empiric dosing (Grzymala-Lubanski 2013; Kim 2010; Poller 2008; Van Spall 2012). "Knowing that we needed to see robust evidence of non-inferiority with good use of warfarin, it would have been much more prudent to have taken the precautions

necessary to make certain that the use of warfarin met the highest contemporary standards, and those measures were simply not taken" (Nissen, FDA Transcript 2011, p. 281). As addressed in §2.2, a centralized warfarin dosing algorithm could have ameliorated sub-optimal TTRs at some of the ROCKET AF clinical sites (Van Spall 2012). Another probably reason for the low TTRs was the imprecision of the devices used to record INRs. Imprecision of INR readings with substantial intra-individual variability in INRs over time can lead to a "ping-ponging" of warfarin dose with failure to reach a stable dose within a reasonable period of time.

*Region.* Independent of patient factors, "region" had a large impact on TTRs in ROCKET AF (Singer 2013). TABLE 2.5 presents TTRs from ROCKET AF by region. TTRs ranged from 64% in North American to under 50% in Eastern Europe. Regional differences were associated with reduced frequency of INR testing.  Fpr example, after an INR ≤1.5 the median time to the next test in Western Europe and North America was 7 to 9 days. In Eastern Europe and East Asia, the median follow-up interval was closer to a month (26 or 27 days). Similarly, the median time to a subsequent INR test after an INR ≥4.0 was about a week in Western Europe and North America versus 25 and 23 days in Eastern Europe and East Asia, respectively (Singer 2013 p. 7).

**TABLE 2.5.** Percentage of time in INR category by region (Source FDA Briefing Document 2011 p. 150).

| | NA | LA | WE | EE | AP | TOTAL |
|---|---|---|---|---|---|---|
| N | 1327 | 924 | 1033 | 2705 | 1036 | 7025 |
| Category (%) | | | | | | |
| <1.5 | 3.54 | 7.73 | 4.61 | 11.98 | 10.10 | 8.47 |
| 1.5 to <1.8 | 7.22 | 9.84 | 8.11 | 12.19 | 12.48 | 10.38 |
| 1.8 to <2 | 9.15 | 9.85 | 9.16 | 10.98 | 11.28 | 10.26 |
| 2 to 3 | 64.13 | 55.19 | 60.62 | 49.73 | 52.38 | 55.16 |
| >3 to 3.2 | 5.50 | 5.05 | 5.73 | 4.24 | 3.96 | 4.76 |
| >3.2 to 5 | 9.87 | 10.96 | 10.90 | 9.82 | 8.44 | 9.94 |
| >5 | 0.59 | 1.39 | 0.87 | 1.05 | 1.35 | 1.03 |

Note: NA-'North America' LA-'Latin America' WE-'West Europe' EE-'East Europe' AP-'Asia Pacific'
Note: The percentage is calculated within each subject firstly and then average is calculated across all subjects within each region

### 2.3.4    What TTR represents well-managed warfarin?

One might suggest that the mean TTR of 55 percent seen in ROCKET AF is "real world," and that outside of clinical trial settings, TTRs are typically in this range. While it is true that some studies have found TTRs in this range (Matchar 2002), this is worse than real world and is certainly *not* a reasonable benchmark for a modern anticoagulation trial. A recent systematic review found a mean TTR of 62 percent with routine care and a mean of 66 percent at anticoagulation clinics (Connock 2007). A systematic review by the Canadian Agency for Drugs and Technology in Health (2014) found that we can expect a TTR of about 62 percent with central lab based testing, 68 percent with clinic-based point of care, 66 percent with patient self-testing, and up to 78 percent with motivated patient self-management [TABLE 2.6].

**TABLE 2.6.** TTR with various INR testing strategies. Source: CADTH 2014 page 15.

| | Lab | Clinic POC[a] | PST | PSM |
|---|---|---|---|---|
| Below TR | 20.93[b] | 17[a] | 18.20[b] | 11.91[b] |
| In TR | 62.32[c] | 68[a] | 65.75[c] | 77.76[c] |
| Above TR | 16.75[b] | 15[a] | 16.05[b] | 10.33[b] |

INR = international normalized ratio; POC = point of care; PSM = patient self-management; PST = patient self-testing; TR = therapeutic range.

The non-inferiority margin for this trial was based on maintaining half the efficacy of warfarin assuming that well-managed warfarin would prevent more than 60% of the thrombotic strokes and systemic emboli in the population. Once this constancy assumption is abandoned, the non-inferiority margin is no longer relevant.

What then can we assume for *reasonable* well-maintained warfarin?  It is reasonable to assume that a modern anticoagulation trial achieves a mean TTR of around 65%. This is what ROCKET AF achieved at its North American clinics [TABLE 2.2] and is consistent with the opinion of "66 percent" expressed at am expert opinion conference (Kaatz 2008). Opinions expressed at the Sep 8, 2011 FDA Advisory Committee meeting on Xarelto support this opinion as well. For example, FDA medical reviewer Rose defined "skillful warfarin use" as a TTR of 70 percent and noted that community clinics are routinely achieving this level (FDA Transcript 2011, p. 208).  Fourteen of the 15 sites in ROCKET AF that achieved a TTR of 70 percent were community cardiology sites with no academic connection. Cleveland Clinic cardiologists

and FDA Advisory Committee member Nissen stated "It's not uncommon to see rates up around 70 percent in well-managed warfarin clinics" (FDA Transcript 2011, p. 339).

## 2.4   FOLLOW-UP OF PATIENTS (ITT AND PER PROTOCOL ANALYSES)

*Data scopes*

Notwithstanding the Cox regression in ROCKET AF—and one can make a case that computationally regression methods are unnecessary with these data (§5.3.2)—the statistical analysis of this study is straightforward in all ways except one. This complexity involves how long to follow patients after they are enrolled in the study or randomized. This is because different conclusions will derived from these data depending how one defines "follow-up." As FDA/CDER Director Bob Temple said at the Sep 2011 Advisory Committee meeting:

> *Whether you're reasonable convinced [of] non-inferiority… depends on which analysis you look at (FDA Transcript 2011, p. 247).*

To understand this complexity, one has to understand the reasoning behind *intention-to-treat (ITT) analysis*. ITT is also referred to as "analyze-as-randomized" because outcomes are counted through the end of the study, even when study subjects stop taking the study drugs. This may seem counter-intuitive (how can an agent cause something when it is no longer active?), but is well established in both theory and practice, as it relates to (a) evidence-based results (as a medication is used in practice as opposed to its ideal use), (b) preventing selection bias, and (c) maintaining the statistical integrity of randomization.[b]

> *Illustrative example.* **Consider two weight loss diets, one of which is effective while the other isn't. Some study participants will lose weight regardless and will stay in the study. Those who fail to lose weight are more likely to drop out, if only to try something else. This will make the ineffective diet look better than it really is--and, by comparison, the**

---

[b]The mathematical connection to probability models used to derive P values and non-inferiority margins are connected only to the random allocation of the treatment. Once exclusion are made to disturb the way the subjects were randomized, the connection to those probability models are broken. Hence, "analyze as randomized."

> *effective diet look worse than it really is--because the only subjects who remain in the*
> *study following the ineffective diet are those losing weight! (Dallal 2012)*

Note that here are some ROCKET AF documents that use "ITT" to refer to the status of subjects based on *entry* into the study population. However, "ITT" should be reserved to refer to the status of patient based on *exit* from the study population.

> *Rigorous entry criteria are not necessary for a randomized trial, but rigorous follow-up is.*
> *Even patients who do not get the proper treatment must not be withdrawn from the*
> *analysis…Sporadic losses and, particularly, withdrawals can bias the results, and*
> *adopting an explicit policy towards withdrawals and losses should be part of the design*
> *stage of a trial. One excellent policy is to accept no withdrawals under any circumstances*
> *(Peto 1976, 1977).*

The "opposite" of ITT analysis is "per protocol" analysis. Per protocol analysis include events only when patients follow the protocol and remain on treatment.

The argument against ITT in non-inferiority trials is that you do not want to include a large amount of follow-up time after people are off of treatment because the effects of the treatment are no longer influencing the outcomes. By including non-exposed follow-up time in the treatment arm of the trial with ITT analysis, you will dilute differences in favor of the alternative hypothesis of "no difference." Therefore, ITT may require *some* limitation of follow-up time when patients discontinue their study drug. This can be achieved by limiting the *data scope* of an ITT analysis.  In effect, we want a *data scope* that is large enough to capture treatment-influenced events, but small enough to leave out the neutral "noise." Examples of data scope used by ROCKET AF investigators include "last dose +30 days" and "until site notification." Advisory Committee member Fleming, who best expressed the intent of ITT analysis during the Advisory Committee meeting, favored a data scope of "at least +30 days" (FDA 2011 Transcript page 300). This seems appropriate for many applications, , although "until site notification" is appropriate for others.

*Informative censoring.* Informative censoring occurs in a clinical trial when study subjects become missing through any mechanism (loss of follow-up, withdrawn consent, discontinuation of the study

drug) that is related to the study (Ranganathan 2012). This can undermine the integrity of a clinical trial. FIGURE 2.2 documents the types of censoring in the ROCKET AF trial. Based on the data in this figure:

- Reported "loss to follow-up" rates were nearly balanced in the arms of the trial (398 / 7111 vs 364 / 7125, $P$ = .19).

- Many study subjects discontinued the study drug before the end of the trial. This occurred slightly more frequently (23.9%) with rivaroxaban than with warfarin (22.7%): 1444 / 7111 vs. 1372 / 7125, $P$ = 0.116.

- A greater number of subjects assigned to rivaroxaban (4.3%) permanently discontinued their drug due to bleeding complications compared to subjects assigned to warfarin (3.1%): 304 / 7111 vs. 219 / 7125, $P$ = .00014 (*Rivaroxaban: Clinical Study Report* 2010, p. 108). This could indicated informative censoring. Investigators could have been more likely to remove patient from rivaroxaban and put them on warfarin (a drug they knew how to manage) when bleeding was encountered (FDA Transcript 2010, p. 223).



**FIGURE 2.2.** *Withdrawals, lost to follow-up, and discontinuations. Source: Rivaroxaban: Clinical Study Report 2010 p. 102.*

The informative censuring could be related to *unblinding.* When a patient is seen outside of the investigation site, an unblinded INR could occur (e.g., XARELTO_JANSSEN_03933643). If the outside INR is high, the physician would think that the patient was in the WARF arm of the trial. If the outside INR was low, the opposite would probably be true. *Diagnostic suspicion bias* occurs when knowledge of the subject's exposure influenced both the intensity and the outcome of the diagnostic process (Sackett 1979). We recognize that ascertainment of many of the study endpoints in ROCKET AF required judgment and the pursuit of diagnostic tests. To the credit of the designers of the trial, the study was double-blinded and placebo controlled. Blinding cannot entirely eliminate subjectivity in the diagnostic pursuit of study endpoints. It can however "balance out" errors "non-differentially." When unblinding occurs, the assurance of non-differential detection is weakened and the study becomes prone to diagnostic suspicion bias.

## 2.5  SECTION SUMMARY POINTS

1. The international, multi-centered, double-blinded, randomized clinical trial known as ROCKET AF compared 20 mg once daily rivaroxaban to dose-adjusted warfarin for stroke prevention in non-valvular atrial fibrillation patients. This trial took place at 1178 clinical sites in 45 countries between 2007 and 2010.

2. ROCKET was a non-inferiority trial, with the assumption of non-inferiority (not the same as "equivalence") resting on the assumption that warfarin would retain at least 50 percent of its usual effect (the "constancy assumption").

3. The enriched ROCKET AF study population had a high prevalence of prior strokes and comorbid conditions. This complicated the interpretation of the study because a large percentage of the strokes in this type of population could be unrelated to atrial fibrillation.

4. The ROCKET AF study protocol lacked a centralized protocol for warfarin dose adjustment. This contributed to wide variations in how well warfarin was managed in the trial.

5. The reported mean TTR in ROCKET (55 percent) was approximately 10 points lower than in other contemporary anticoagulation trials. The actual mean TTR might have been less than the reported mean TTR because of malfunctions in the point-of-care device used to determine INRs in the trial.

6. Hemorrhagic stroke events are double-counted as both an efficacy and safety endpoint in ROCKET reports. They should be counted only as a safety endpoint.

7. ROCKET relied on a per protocol "last dose + 2 day" efficacy analysis. More robust, evidence-based methods extend follow-up well-past the last dose via an ITT or "last dose +30 days" analysis.

# 3   EFFICACY

## 3.1   OBJECTIVES AND ENDPOINTS

*Primary objective.* The principal efficacy *objective* of ROCKET AF was to demonstrate that RIVA was non-inferior to well-managed WARF for SPAF. The primary efficacy *endpoint* was a composite of stroke and non-CNS systemic embolism. The stroke endpoint included both ischemic stroke, hemorrhagic stroke, and strokes of uncertain type (*Rivaroxaban: Clinical Study Report* 2010, p. 23). Secondary endpoints included each specific type of event and additional composites. We will not consider the additional composites here, but will consider specific types of strokes separately.

*Case definitions.* Stroke was defined as a new, sudden focal neurological deficit resulting from a presumed cerebrovascular cause that is not reversible with 24 hours and not due to readily identifiable cause such as a tumor or seizure.  Non-CNS systemic embolism was defined as abrupt vascular insufficiency associated with clinical or radiological evidence of arterial occlusion in the absence of other likely mechanisms such as trauma atherosclerosis. Angiographic evidence of the primary endpoint was not required for stroke but was required for embolism to the lower extremities for SE. Additional information about the ascertainment of cases is best described in the document referred to as the *Clinical Endpoint Committee Charter* (Clinical Endpoint Committee ROCKET-AF 2010).

**Hemorrhagic strokes** were counted as both an efficacy endpoint and safety endpoint in ROCKET AF reports. From a pathogenic perspective, the inclusion of hemorrhagic stroke as an efficacy endpoint is inappropriate. Anticoagulants cause and do not prevent hemorrhagic strokes. [A distinction is made between primary hemorrhagic strokes and hemorrhagic transformations of ischemic strokes.]  From a statistical perspective, double-counting hemorrhagic strokes as both an efficacy and safety endpoint is unjustifiable. The counter-argument states that, to the patient, the distinction between ischemic and hemorrhagic strokes is inconsequential: you don't want to experience either. However, double counting hemorrhagic strokes as both a safety endpoint and efficacy endpoint is unjustifiable. As FDA Advisory Committee member Kaul put it: "You can't have your cake and eat it, too" (FDA Transcript 2011, p. 311). Therefore, *when feasible to do so*, this report will address hemorrhagic strokes separately and as a

safety endpoint. This makes the most sense pathogenically and avoids the trap of double counting the endpoint.

*Events following discontinuation*. A significant number of events occurred in the RIVA group in the 2 to 30 days after participants discontinued their study drug. The sponsor wanted to ignore this by noting that a different transition regimen might have seen different results. However, with evidence-based medicine, *it is important to measure the effects of drug as used in practice*, including during periods of discontinuation. It is also important to have an "intention-to-treat" data scope in order to avoid bias in the results and maintain the probabilities of null hypothesis and non-inferiority testing. [This latter point has to do with maintaining the integrity of the probability models by respecting the random allocation of the treatments.]  In any event, it is not uncommon for atrial fibrillation patients to interrupt therapy. There will be times when a patient cannot get to the pharmacy or simply forgets to take their medication. In addition, patients frequently need to discontinue (temporarily or permanently) their medication when they are experiencing a minor or major adverse reaction (e.g., skin rash, GI upset, bleeding), when they are having surgical procedures, and for other reasons. The fact that patients can get into trouble when temporarily or permanently discontinuing their drug is not irrelevant.  Whereas the pharmacological effects of WARF are "slow on, slow off," the effects of RIVA are rapid. This makes warfarin relatively forgiving during periods of discontinuation while rivaroxaban is not so.

## 3.2  PRIMARY EFFICACY ENDPOINT RESULTS

Whether we are reasonably convinced of the non-inferiority of RIVA depends on which analysis we consider. The company reported a hazard ratio (HR) of 0.79 (95% CI, 0.66 – 0.96) for the primary efficacy endpoint (per protocol analysis, any type of stroke, including hemorrhagic stroke, and systemic embolism). These numerical results met the non-inferiority margin with superior efficacy. However, these results are cast into doubt when we consider more appropriate analytic methods (e.g., last dose + 30 days) and well-managed warfarin.

TABLE 3.1 presents the FDA's analysis of the primary safety endpoint. In the well-managed warfarin centers (TTR ≥ 65), the efficacy results do not pass muster (last 3 rows of TABLE 3.1). An additional FDA analysis demonstrated that even among the per protocol population with a "last dose + 2 days" data

scope, the relative efficacy of RIVA diminishes at around a TTR of 65 with the upper confidence limits exceeding the non-inferiority threshold at this point [FIGURE 3.1].

**TABLE 3.1.** Rates and hazard ratios of the primary safety endpoint in ROCKET AF at centers with better-managed warfarin. Source:  FDA Briefing Document 2011, Table 59, p. 158. Center TTRs based on patient averages (Connolly 2008).

| Center TTR | Rivaroxaban | | Warfarin | | Rivaroxaban vs. Warfarin - Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| | N=7061 n/J (%) [1] | Event rate (per 100 pt-yr) | N=7082 n/J (%) [1] | Event rate (per 100 pt-yr) | |
| 4th Quartile [2] TTR > 63.9 Safety pop, LD + 2 d | 37 / 1690 (2.19) | 1.30 | 55 / 1803 (3.05) | 1.75 | 0.75 (0.49, 1.13) |
| Center TTR ≥ 65 Safety pop, LD + 2 d | 31 / 1444 (2.15) | 1.28 | 41 / 1545 (2.65) | 1.54 | 0.84 (0.53, 1.34) |
| Center TTR ≥ 65 Safety pop, LD + 30 d | 49 / 1444 (3.39) | 1.95 | 49 / 1545 (3.17) | 1.76 | 1.10 (0.75, 1.64) |
| 4th Quartile [3] TTR ≥ 67.8 Safety pop. LD + 2 d | 21 / 1087 (1.93) | 1.15 | 23 / 1165 (1.98) | 1.14 | 1.02 (0.56, 1.84) |
| 4th Quartile [3] TTR ≥ 67.8 Safety pop. LD + 30 d | 34 / 1087 (3.13) | 1.78 | 29 / 1165 (2.48) | 1.38 | 1.30 (0.79, 2.13) |

[1] J=No of patients in subgroup.
[2] Based on quartiles of center TTR, with equal number of patients in each quartile.
[3] Based on quartiles of center TTR, with equal number of sites in each quartile.



1 Plot of y = f(x) where f(x) = HR for all centers with TTR in the interval of x to 100%. The dark, unbroken central line represents the HR; dotted lines below the central line the 5th and 95th CI of the HR.

**FIGURE 3.1.** *Hazard ratio for primary efficacy endpoint as a function of center TTR, per protocol on treatment population. Source: FDA Briefing Document 2011 page 98.*

Rivaroxaban did not meet the non-inferiority margin when considering better-managed warfarin (TTR ≥ 65) and a last dose plus 30 data scope (HR 1.10, 95% CI 0.75 – 1.64). The prescribing information for the drug ("product label") acknowledges

> *There are limited data on the relative effectiveness of XARELTO and warfarin in reducing*
>
> *the risk of stroke and systemic embolism when warfarin therapy is well-controlled*
>
> *(Janssen Pharmaceuticals 2011, 2015).*

## 3.3   STROKE TYPE

Anticoagulation decreases the risk of ischemic stroke and non-CNS systemic embolism, does not prevent and in fact causes hemorrhagic strokes. However, hemorrhagic strokes are "double-counted" as both an efficacy endpoint and safety endpoint in ROCKET AF reports. This is not justifiable from a pathogenic perspective. It is also not justified from a statistical perspective when benefit-risk comparisons are made.

A case can be made that it is often difficult to distinguish hemorrhagic transformations of ischemic strokes from truly hemorrhagic strokes. It is therefore reasonable to consider analyses that include and exclude hemorrhagic strokes from efficacy endpoints.

TABLE 3.2 shows intention-to-treat analyses for each type of stroke and systemic embolism. There are no significant difference in the rates for the thrombotic endpoints. A composite consisting of primary ischemic stroke, unknown type of stroke, and systemic embolism reveals no difference in rates (HR = 0.97, 95% CI, 0.82 – 1.16). There were 20 fewer hemorrhagic strokes in the RIVA group than in the WARF group ($P$ = 0.041). Note that these results include all clinical centers regardless of how well warfarin was used. [We do not have data for thrombotic events by TTR quartiles.] Section 4.3 discusses how the discrepancy in hemorrhagic strokes comes in large part from the excess of warfarin-associated hemorrhagic strokes in East Asia.

**TABLE 3.2.** Efficacy endpoints, ITT analyses. Rates are per 100 person-years (PY). Data: Sponsor slide FE-024, FDA Advisory Committee 2011 Presentation.

| | RIVA<br>N = 7081<br>13,318 PY[a]<br>Events (Rate) | WARF<br>N = 7090<br>13,333 PY[a]<br>Events (Rate) | RR (95% CI) [b] | $P$ value[b] |
|---|---|---|---|---|
| *Thrombotic endpoints* | | | | |
| Primary ischemic stroke | 226 (1.69) | 220 (1.64) | 1.03 (0.85-1.24) | 0.783 |
| Unknown type stroke | 20 (0.15) | 20 (0.15) | 1.00 (0.54-1.86) | 1.000 |
| Systemic embolism | 20 (0.15) | 27 (0.20) | 0.74 (0.42-1.32) | 0.309 |
| Composite of above | 256 (1.92) | 263 (1.97) | 0.97 (0.82-1.16) | 0.800 |
| | | | | |
| *Hemorrhagic stroke* | | | | |
| 1° hemorrhagic stroke | 37 (0.27) | 57 (0.42) | 0.65 (0.43-0.98) | 0.041 |
| | | | | |
| *Composite—thrombotic endpoints plus hemorrhagic stroke* | | | | |
| 1° efficacy endpoint | 293 (2.20) | 320 (2.40) | 0.91 (0.78–1.07) | 0.263 |

[a] Person-years = no. events / rate.  [b] Fisher's exact statistics calculated with WinPEPI (Abramson 2011).

## 3.4   SECTION SUMMARY POINTS

1. Whether we are reasonably convinced of rivaroxaban's non-inferiority in preventing strokes depends on which analysis we wish to consider.

2. Rivaroxaban did not meet the non-inferiority margin when considering better managed warfarin clinics and a "last dose plus 30-day data scope" (HR 1.10, 95% CI 0.75 – 1.64).

3. The prescribing information ("product label") for rivaroxaban acknowledges that "There are limited data on the relative effectiveness of XARELTO and warfarin in reducing the risk of stroke and systemic embolism when warfarin therapy is well-controlled" (Janssen Pharmaceuticals 2011, 2015).

4. Hemorrhagic strokes should be excluded from the efficacy endpoint especially when considering risk-benefit comparisons.

# 4  SAFETY

## 4.1  PRINCIPAL SAFETY ENDPOINT

The principal safety objective of this study was to demonstrate that rivaroxaban was *superior* to dose-adjusted warfarin (*Rivaroxaban: Clinical Study Report* 2010, p. 33). The *primary safety endpoint* consisted of major and non-major clinically relevant bleeding events. Note that bleeding outcomes are likely to be affected by the unreliable INR values used to adjust warfarin dose in the trial (§5).

*Major bleeding* was defined as either a fall in hemoglobin of 2 g/dl, transfusion of 2 or more units of packed red blood cells or whole blood, bleeding into a critical site (intracranial, intraspinal, intraocular, pericardial, intra-articular, intramuscular with compartment syndrome, retroperitoneal), or fatal bleeding. Non-major clinically relevant bleeding was defined as bleeding that did not meet the major bleeding criteria but was associated with medical intervention, unscheduled contact with a physician, cessation of treatment at the instruction of a physician, pain, or impairment of activities of daily life. Secondary analyses looked at individual types of bleeding endpoints. Addition information about the ascertainment of cases is described in the document referred to as the *Clinical Endpoint Committee Charter* (Clinical Endpoint Committee ROCKET-AF 2010).

Rates of safety endpoints per 100 person-years (PY). Statistics in this section are "last dose + 2 days" unless otherwise noted.

## 4.2  WORLDWIDE SAFETY RESULTS

TABLE 4.1 list the number of cases and rates of the primary safety endpoint for all investigation sites worldwide. The primary safety endpoint occurred *more* frequently in the RIVA group than in the WARF group (HR 1.03, 95% CI 0.96 – 1.11). Thus, the principal safety objective of the study was *not* achieved.

TABLE 4.1 also lists results for major bleeding separately. Here, too, the rate was slightly higher with RIVA than with WARF (HR 1.04, 95% CI 0.90 – 1.12).

**TABLE 4.1**. Rates of primary safety endpoints. Source: *Rivaroxaban: Clinical Study Report* 2010 p. 196.

| Endpoint | RIVA Cases (rate per 100 PY) | WARF Cases (rate per 100 PY) | HR (95% CI) | *P* val |
|---|---|---|---|---|
| Primary safety endpoint | 1475 (14.9) | 1449 (14.5) | 1.03 (0.96–1.11) | 0.442 |
| Major bleeding | 395 (3.6) | 386 (3.4) | 1.04 (0.90–1.12) | 0.576 |
| Non-major clinically relevant | 1185 (11.8) | 1151 (11.4) | 1.04 (0.96–1.13) | 0.345 |

The sponsor's *Clinical Study Report* (2010) also provides rates of specific types of major bleeding [TABLE 4.2]. Data favor WARF for the first two endpoints (hemoglobin drop, need for transfusion), and favor RIVA for the last two (critical organ bleed, death).

**TABLE 4.2.** Types of major bleeding, entire study ROCKET study population (*Rivaroxaban: Clinical Study Report* 2010 p. 196).

| Endpoint | RIVA cases (rate per 100 PY) | WARF Cases (rate per 100 PY) | HR (95% CI) | P-value |
|---|---|---|---|---|
| Hemoglobin drop ≥ 2 g/dl | 305 (2.77) | 254 (2.26) | 1.22 (1.03–1.44) | 0.019 |
| Transfusion | 183 (1.65) | 149 (1.32) | 1.25 (1.01–1.55) | 0.044 |
| Critical organ bleed | 91 (0.82) | 133 (1.18) | 0.69 (0.53–0.91) | 0.007 |
| Death | 27 (0.24) | 55 (0.48) | 0.50 (0.31–0.79) | 0.003 |

TABLE 4.3 displays the distribution of critical organ bleeds. Note that hemorrhage stroke (intraparenchymal and intraventricular) are considered to be a type of intracranial hemorrhage. The lower rate of intracranial hemorrhages is in large part explained by what was seen in the East Asia region, as discussed in the next section of this report.

**TABLE 4.3.** Number of critical organ bleeding events. Source: *FDA Briefing Document* 2011, p. 191 – 192.

| | RIVA | WARF |
|---|---|---|
| *Intracranial bleeding* | | |
|   *Hemorrhagic stroke* | | |
|     Intraparenchymal | 37 | 56 |
|     Intraventricular | 2 | 4 |
|   *Intra-cranial hematoma* | | |
|     Subdural or subarachnoid | 16 | 23 |
|     Epidural | 0 | 1 |
| *Extra-cranial bleeding* | 36 | 49 |
| Total events | 91 | 133 |

## 4.3   EAST ASIA SAFETY DATA

Although East Asia enrolled only 6.5% of the subjects in ROCKET AF, it contributed 15.1% of the intracranial hemorrhage (ICH) cases (Wong 2014). The East Asia region also had the 2nd lowest mean TTR (52 percent) and much more lax follow-up compared to North America and Western Europe. In North America and Western Europe, follow-up clinic care occurred within an average of one week when INRs exceeded 4. In contrast, the follow-up clinic visit in East Asia was more than 3 weeks when INRs exceeded 4 (Singer 2013). The East Asian study subjects in ROCKET AF had an extremely high prevalence (65 percent) of prior stroke and non-CNS systemic embolism (Wong 2014). Previous stroke and Asian race are major risk factors for ICH (Hart 2012; Shen 2007).

Wong and colleagues (2014) provide interesting secondary analyses of differences in the occurrence of stroke in East Asian patients from the ROCKET AF trial. TABLE 4.3A lists the rates and rate ratios of intracranial hemorrhage by region in ROCKET AF. The rate of ICH in East Asian warfarin users was 4-times that of the other regions (2.46 vs. 0.63 per 100 PY). It was also 4-times than that of the RIVA users in the region (2.46 vs. 0.59 per 100 PY). The *HR* for intracranial hemorrhage was significant in East Asia (RR 0.24, 95% CI 0.06 – 0.74), but not in other regions (RR 0.78, 95% CI 0.53 – 1.14). This interaction is significant ($P_{heterogeneity}$ = .029, $I^2$ = 75.4%, H = 2.0).[c]

The same pattern is seen with critical organ bleeds ($P_{heterogeneity}$ = .043), fatal strokes ($P_{heterogeneity}$ = .067), and to a lesser degree fatal bleeding ($P_{heterogeneity}$ = .168).[d] In regions outside of East Asia, there was no significant difference in the rates of intracranial bleeding (HR 0.78, 95% CI 0.53 – 1.14) or critical organ bleeding (HR 0.76, 95% CI 0.52 – 1.01). Thus, inclusion of this relatively small group of patients from East Asia can lead us to believe that intracranial hemorrhage rates and critical organ bleeding were significantly less frequent with rivaroxaban in other regions, when in fact they were not.

---

[c] Heterogeneity *P* values based on maximum-likelihood method using data in Wong 2014 Figure 2. Interaction statistics in Wong 2014 were based on the Mantel-Haenszel method.

[d] Heterogeneity statistical based on maximum likelihood method using data Wong 2014 Figure 1 and Figure 2.

**TABLE 4.3A**. Intracranial hemorrhage, East Asia vs. the rest of ROCKET AF. Source Wong 2014 Figure 2.

| | | RIVA | | | WARF | | Rate Ratio |
|---|---|---|---|---|---|---|---|
| | Events | per 100 PY | PY | Events | per 100 PY | PY | (95% CI, Fisher's) |
| East Asia | 4 | 0.59 | 678 | 17 | 2.46 | 691 | $0.24 (0.06 - 0.74)$ |
| Rest of ROCKET AF | 51 | 0.49 | 10408 | 67 | 0.63 | 10635 | $0.78 (0.53 - 1.14)$ |

$P_{\text{heterogeneity}}$ = .029 (maximum likelihood)

**TABLE 4.3B**. Critical organ hemorrhage, East Asia vs rest of ROCKET AF. Data: Wong 2014.

| | | RIVA | | | WARF | | Rate Ratio |
|---|---|---|---|---|---|---|---|
| | Events | / 100 PY | PY | Events | / 100 PY | PY | (95% CI, Fisher's) |
| East Asia | 5 | 0.73 | 678 | 1 | 2.61 | 691 | $0.28 (0.08 - 0.79)$ |
| Rest of ROCKET AF | 86 | 0.82 | 10408 | 115 | 1.08 | 10635 | $0.76 (0.52 - 1.01)$ |

$P_{\text{heterogeneity}}$ = .043 (maximum likelihood)

The authors acknowledge limitations of secondary analysis these secondary analysis in terms of limited power for sub-analysis, the fact that not all countries in the East Asian region were represented in their data, and possible ecological fallacies concerning ethnicity as opposed to the geographic area as a whole (Wong 2014). In addition, the limitations of exploratory analyses must be acknowledged. Nonetheless, this article provide important insights into tbe cultural and medical practices that explain some of ROCKET's results.

## 4.4   Safety results and TTR

TABLE 4.5 and TABLE 4.6 list rates of the principal safety endpoint and major bleeding, respectively, by center TTR. It is worth noting that the company and FDA analyses of TTR quartiles differed slightly. This is because of differences in the way quartiles were calculated (i.e., based on the number of centers or number of patients) and different types of imputation methods. Calculation differences, however, are minor and do not materially affect the interpretation of results.  It is also worth keeping in mind that the TTR quartiles presented here are subject to faulty reading from the point-of-care devices in the trial as discussed in §5.

TABLE 4.5 reveals inferior safety for the primary safety endpoint with rivaroxaban when warfarin is better managed, i.e., centers in the top TTR quartile demonstrate an HR of 1.23 (95% CI 1.08 – 1.40) in favor of warfarin.  A similar pattern is seen for the major bleeding endpoint in In TABLE 4.6 where the is 1.47 (95% CI 1.14 – 1.89) in the top quartile.

**TABLE 4.5**. Principal safety endpoint (on treatment +2 days according to center TTR (imputed). Source: *Rivaroxaban: Clinical Study Report* (2010), p. 228.

| | -------- Rivaroxaban -------- | | ---------- Warfarin --------- | | Rivaroxaban vs. Warfarin | |
| | N= 7111 | Event Rate | N= 7125 | Event Rate | Hazard Ratio | p-value |
| **Center TTR** | n/J (%) | (100 Pt-yr) | n/J (%) | (100 Pt-yr) | (95% CI) (a) | (b) |
| **0.00-50.71%** | 271/1780 (15.2) | 11.30 | 315/1734 (18.2) | 14.12 | 0.81 (0.69,0.96) | <0.001* |
| **50.89-58.44%** | 285/1731 (16.5) | 11.72 | 313/1785 (17.5) | 12.21 | 0.96 (0.81,1.12) | |
| **58.46-65.66%** | 381/1741 (21.9) | 15.10 | 378/1765 (21.4) | 14.88 | 1.02 (0.88,1.18) | |
| **65.71-100.0%** | 484/1689 (28.7) | 20.61 | 443/1839 (24.1) | 16.72 | 1.23 (1.08,1.40) | |

**TABLE 4.6**. Rates of major bleeding by TTR quartile globally. Source: *FDA Briefing Document 2011* p. 232.

| Quartile (TTR) | RIVA | WARF | HR (95% CI) |
| | Events  (rate per 100 PY) | Events (rate per 100 PY) | |
| Q1 (≤ 47) | 64 (2.5) | 80 (3.3) | 0.76 (0.55 – 1.06) |
| Q2 (47 – 56) | 88 (3.4) | 96 (3.5) | 0.95 (0.71 – 1.27) |
| Q3 (56 – 64) | 90 (3.3) | 99 (3.4) | 0.95 (0.72 – 1.27) |
| Q4 (≥ 64) | 142 (5.2) | 108 (3.5) | 1.47 (1.14 – 1.89) |

There is a paradoxical increase in major bleeding rates by quartile in the RIVA group and no change in rates in the WARF group. Possible reasons for this finding include confounding by regional and patient factors such aspirin use, host susceptibility, and differential detection / diagnostic suspicion bias).

No source that lists rates of specific types of bleeds according to TTR quartiles. However, data for the US, where warfarin was better managed than in other regions (mean TTR 64%), is available and is addressed in the next section.

## 4.5  United States safety data

The use of warfarin was significantly better in the North American region compared to many of the other regions in the study (TABLE 2.5; mean TTR US ~65%, mean TTR overall 55%). Yet, North America included less than 20% of the ROCKET data. It is possible that findings from some of the other regions in ROCKET AF may not to apply to the United States.TABLE 4.7 lists safety results for the US. The primary safety endpoint and major bleeding occurred significantly *more* frequently with rivaroxaban than warfarin here. There was no significant difference in the number of critical organ bleeds and death.

**TABLE 4.7.** Rates of bleeding, per protocol "+2 days". Source: *FDA Briefing Document* 2011 p. 194.

| Endpoint | RIVA  $N$ = 962 | WARF ($N$ = 964) | HR | *P* val |
| --- | --- | --- | --- | --- |
| | cases (rate  per 100 PY) | Cases (rate per 100 PY) | | |
| Safety endpoint | 322 (25.2) | 275 (19.5) | 1.28 (1.09-1.50) | .003 |
| Major bleed | 123 (8.1) | 87 (5.4) | 1.50 (1.14-1.98) | .004 |
| Hemoglobin drop ≥ 2 g/dl | 99 (6.4) | 64 (3.9) | 1.64 (1.19-2.24) | .002 |
| Transfusion | 72 (4.6) | 47 (2.9) | 1.61 (1.12-2.33) | .011 |
| Critical organ bleed | 18 (1.1) | 22 (1.3) | 0.85 (0.46-1.59) | .614 |
| Death | 6 (0.4) | 10 (0.6) | 0.63 (0.23-1.72) | .365 |

The safety disadvantages of rivaroxaban are even more compelling when considering US clinics where warfarin was better managed. TABLE 4.8 lists rates of major bleeding by TTR quartiles. Rivaroxaban demonstrates worse safety at all the TTR levels *and was twice as risky as warfarin in the upper two quartiles*.

**TABLE 4.8.** Rates of major bleeding by TTR quartile. Source: *FDA Briefing Document 2011* p. 232.

| Quartile (TTR) | RIVA | WARF | HR (95% CI) |
| --- | --- | --- | --- |
| | Events  (rate per 100 PY) | Events (rate per 100 PY) | |
| Q1 (≤ 57) | 26 (7.6) | 25 (7.2) | 1.07 (0.62 − 1.85) |
| Q2 (57 − 65) | 29 (7.6) | 25 (6.4) | 1.19 (0.70 − 2.03) |
| Q3 (65 − 70) | 34 (9.0) | 21 (4.7) | 1.93 (1.12 − 3.33) |
| Q4 (≥ 70) | 28 (8.0) | 16 (3.6) | 2.35 (1.20 − 4.10) |
| All | 123 (8.1) | 87 (5.4) | 1.50 (1.14 − 1.98) |

Notes:
(a) The 3rd TTR quartile in the U.S. corresponds to the 4th quartile globally.
(b) Rates of major bleeding decrease in each successive TTR for warfarin but not for RIVA groups, as expected.
(c) Rates of major bleeding in the United States are higher overall than they were in other regions. A number of factors are likely to contribute to this occurrence, including more sensitive detection of bleeding in the US and differences in patient characteristics—see p. 230 of the FDA Briefing Document 2011 for further consideration.

## 4.6   SECTION SUMMARY POINTS

1.  The primary safety objective of ROCKET was to find rivaroxaban *superior* to warfarin in safety. The primary safety endpoint (major bleeding and clinically relevant non-major bleeding) occurred more frequently with rivaroxaban than with warfarin (HR 1.03, 95% CI 0.96 – 1.11). Therefore, rivaroxaban did *not* meet the primary safety objective of the study.

2.  Among clinics with  better managed warfarin (TTR ≥ 65), rivaroxaban was significantly less safe than warfarin, where the HR for the pre-specified primary safety endpoint was 1.23 (95% CI 1.08 – 1.40).

3.  Major bleeding occurred more frequently with rivaroxaban than with warfarin (HR 1.04, 95% CI 0.90 – 1.12). Among clinical centers with better managed warfarin, major bleeding occurred significantly more frequently with rivaroxaban than with warfarin (HR 1.47, 95% CI 1.14 – 1.89).

4.  Critical organ bleeding (primarily in the form of intracranial hemorrhage) occurred significantly less frequently with rivaroxaban than with warfarin (HR 0.69, 95% CI 0.53 – 0.91). This difference is chiefly explained by the high frequency of intracranial hemorrhage among East Asian warfarin users ($P_{heterogeneity}$ = .029). In regions outside of East Asia, there was no significant difference between rivaroxaban and warfarin for intracranial bleeding (RR 0.78, 95% CI 0.53 – 1.14) and critical organ bleeding (RR 0.76, 95% CI 0.52 – 1.01).

5.  In the United States, rivaroxaban was significantly less safe than warfarin. The HR for the primary safety endpoint was 1.28 (95% CI 1.09 – 1.50). The HR for major bleeding was 1.50 (95% CI 1.14 – 1.98). At the US clinics with better-managed warfarin (TTR ≥ 65), major bleeding occurred at twice the rate with rivaroxaban compared to warfarin (e.g., Quartile 3 TTR HR 1.93, 95% CI 1.12 – 3.33). There was no significant difference in critical organ bleeds, intracranial hemorrhage, or fatal bleeds between rivaroxaban and warfarin in US centers.

6.  Rivaroxaban is less safe than warfarin when warfarin is well managed.

# 5   INR MONITORING IN ROCKET AF

## 5.1   HISTORY OF PROBLEMS WITH THE INRatio® POINT-OF-CARE DEVICE

INR measurements must be highly accurate for clinicians to make appropriate decisions about warfarin dosing. Both erroneously high and erroneously low test results have the potential to cause or contribute to a death or serious injury because they may result in erroneous warfarin dosing and improper control of coagulation (FDA 2005). Falsely low INR readings will steer patients toward hypertherapeutic warfarin levels, resulting in unnecessary elevations in the risk of bleeding. Falsely high readings are apt to steer patients toward hypotherapeutic warfarin levels with elevated risks of thromboembolic events (ischemic stroke and systemic thromboembolism). Variably high and low INR measurements can lead to a "ping-pong" effect, with failure to achieve stabile warfarin dosing leading to frustration, lack of compliance, and all sorts of problems.

The ROCKET AF trial used the hand-held Hemosense® INRatio® point-of-care (POC) coagulometers to monitor INRs in its participants at all its clinical sites (J & J 2010). This device was modified for use in the trial by its manufacturer to report a 7-digit code corresponding to either a sham INR or real INR value, depending on whether the study subject was in the active or control arm of the trial. Based on this information, patients' (real or sham) warfarin dose was adjusted by the clinical investigator according to their usual practices to achieve a target INR of 2.5.

In December of 2014, about 3 years after the approval of rivaroxaban for the SPAF indication, the FDA recalled the INRatio® device citing instances in which INRs from the device were lower than readings from laboratory devices taken about the same time.  Patients had experienced significant bleeding episodes as a result of warfarin over-anticoagulation due to falsely low INR readings. This was not the first time FDA had officially notified the manufacturer of this problem with the device. Nine years earlier, in October of 2005, the FDA San Francisco District Director (Barbara J. Lassens) sent a warning letter to the CEO of the manufacturer of the device indicating that INRatio devices were generating erroneously low INR values resulting in hospitalizations in which the hospital labs found significantly higher INR values than those reported by the INRatio® (FDA 2005). The letter from the FDA also

documents malfunctions attributed to the device that were likely to cause or contribute to a serious injury in patients.

In July of 2016, the device was voluntarily withdrawn from the market (FDA 2016).

## 5.2   THE SPONSOR'S INITIAL RESPONSE TO THE DECEMBER 2014 FDA RECALL OF THE INRATIO®

The INRatio® device was approved by FDA in 2002 under a 510k as a "Clinical Laboratory Improvement Amendment waived device." On Dec 5, 2014, the FDA issued a Class I recall of the device noting that "the INRatio® Monitor System (INRatio Monitor or INRatio2 Monitor and INRatio Test Strips) may provide an INR result that is lower than expected result obtained using a laboratory INR method."  (FDA 2014). The sponsors' initial response to the Dec 2014 FDA recall was to re-analyze the ROCKET data separately for patients with and without "recall related time" (Janssen Research & Development 2016b; Patel 2016b). This response was without value because it was based on the false premise that unreliability was restricted to specific conditions (i.e., abnormally low hematocrits, raised fibrinogen levels, and bleeding or bruising). However, this was a misinterpretation of what the FDA actually stated in its Dec 2014 recall, as replicated here:

> **Reason for Recall:** The Alere INRatio Monitor System (INRatio Monitor or INRatio2 Monitor and INRatio Test Strips) may provide an INR result that is lower than expected result obtained using a laboratory INR method. Incorrect results can also occur if a patient has certain medical conditions. These conditions include, anemia, conditions associated with elevated fibrinogen levels, or unusual bleeding or bruising.

*Screenshot of section from FDA Dec 2014 class I recall of the INRatio device.*

It is clear from this statement that the problem was not restricted to the stated medical conditions. "Can also occur if a patient has certain medical conditions" does *not* mean "only occurs if a patient has certain medical conditions." This should have been obvious to the sponsor when their statisticians found no difference in the accuracy/inaccuracy of the INRatio device's readings in patients with and without the so-call recall-related conditions, as shown in FIGURE 5.1 (Janssen Research & Development (James Pan) 2015). In any event, the sponsors' responses (Janssen Research & Development 2016b) which were ultimately published in the February 25, 2016 edition of the NEJM (Patel 2016b) were worthless.



GINRB24A: The Difference (Device Based INR - Lab Based INR) in Range at Week 24 for Subjects With or Without any Recall-related Time of Observation at Week 24; Safety Analysis Set (Study 39039039AFL3001)

Note: Only Warfarin Subjects

[GINRB24A.rtf] [JNJ-39039039:AFL3001:DBR_FINAL:RE_CR\ginrb24a.sas] 12NOV2015, 11:20

**FIGURE 5.1.** *Differences between INRatio® INRs from warfarinized patients in ROCKET AF compared to INRs derived by the Duke Medical clinical lab, week 24. Differences in the two methods of determining INRs in patients impacted and non-impacted by the recall-related conditions listed in the FDA December 2014 recall of the INRatio device. Source: JRDUS 2015 XARELTO_JANSSEN_15522174.*

## 5.3   ACCURACY OF INRatio® COAGULOMETER (SUMMARY)

Because of aforementioned problems with the INRatio®, I embarked on a review of available research concerning the device's accuracy. A separate *Appendix Report* with the title *Accuracy and Precision of the INRatio® Point-of-Care Coagulometer* is included in this submission. The objective of the *Appendix Report* is two-fold: (1) to clarify methods used to quantify coagulometer accuracy and (2) to review the research on the INRatio's accuracy. This *Appendix Report* is too long and detailed to include in the body of this report. Therefore, only a summary of the report is included here.

---

**Please refer to the full *Appendix Report* for details.**

---

One thing to keep in mind as you review the *Appendix Report* is that the accuracy of a coagulometer cannot be assumed. It must therefore be thoroughly tested. However, the INRatio® device was not adequately tested before it was adopted for use in the ROCKET trial (Bluestein 2007; Engelsen 2005; HemoSense Inc. 2005, 2006; Taborski 2004). In addition, its performance was not systematically evaluated under prevailing conditions, as it should have been (Bhavnani 2002; Bluestein 2007; Streiff 2016).

After ROCKET AF was initiated, but 6 months before the *ROCKET AF Helpline & Hemosense Update* presentation (Piccini 2007), the article by Moore and colleagues (2007) should have further alerted ROCKET investigators about the questionable accuracy of the INRatio® device. Research that has since been published has confirmed that the INRatio® device is less precise (intra-device coefficient of variation) and not as reliable as comparable devices (§4 and §5 of Appendix Report).

Same-day (paired) INRs from week 12 and week 24 follow-up visits in ROCKET-AF demonstrated poor agreement between INRs from field devices and the Duke Medical Center central laboratory (§6 of the Appendix Report). INR values from the ROCKET AF POC devices ($INR_{POC}$) were 0.5 units lower on average than the paired INRs of plasma samples as determined by the reference lab ($INR_{LAB}$). Agreement of the paired samples failed to meet the lax ISO 17953 thresholds and criteria. In addition, a third (33%) of the clearly hypertherapeutic samples ($INR_{LAB} > 4$) were misidentified as hypotherapeutic or normotherapeutic by the POC device ($INR_{POC} \leq 3$). More than 1-in-16 hypertherapeutic samples ($INR_{LAB} > 4$) where misidentified as hypotherapeutic ($INR_{POC} < 2$). These clinically meaningful differences represent

situations in which hypertherapeutic patients were likely to have had their warfarin doses maintained or supplemented, putting the patient at greatly elevated risks of bleeding, and making the rivaroxaban arm of the trial look relatively safe by comparison.

In a December 10, 2015 letter to the FDA Commissioner, the consumer advocacy group **Public Citizen** questioned the choice of the INRatio® POC coagulometer for use in the ROCKET AF trial (Wolfe 2015). This letter cites 1445 adverse event reports, 9469 malfunction reports, and 652 malfunction reports likely to cause or contribute to a death or serious health problems for the device that were reported to the FDA's Manufacturer and User Facility Device Experience (MAUDE) surveillance system. Many of these reports were sent to the FDA before the ROCKET AF study was initiated. In fact, the FDA had warned the manufacturer of malfunctions and reliability problems that may have caused or contributed to a death or serious injury in an **October 2005** letter notice to the president and CEO of the company (FDA 2005). The *Public Citizen* letter also includes a case series of serious bleeding events attributable to discrepant low INR readings from the INRatio® device. URLs for each case is provided in the *Public Citizen* letter. This pharmacovigilance surveillance data strongly suggests that the reliability problems of the INRatio® device were ongoing.

According to Janssen's *February 5, 2016 Response to FDA*, the **reasons for choosing the INRatio®** POC coagulometer as opposed to a different POC device in the ROCKET AF trial was because of its

- FDA 510(k) clearance, CE marked status, and CLIA waiver.
- Operational requirements, such as portability, hand held, battery operated, auto-calibrating, with an attached printer (for inclusion in medical records), ability to overlay the shamming algorithm needed for blinding in the trial, and no requirement for refrigeration of the reagent (Janssen Research & Development 2016d).

The INRatio® device had received premarket notification of a 510(k) approval from the FDA on May 6, 2002 (FDA 2002). The only performance data that was in the premarketing notification stated:

> *The accuracy of the INRatio was compared to the CoaguChek S with a reference method in field studies and found to be equivalent (r > 0.90). Precision and linearity evaluations were performed on the INRatio and the results were found acceptable. Addition testing*

*on interfering substance, and hematocrit were performed and the results are reflected in product labeling.*

In addition, the data in *INRatio® Technical Bulletin 106* (HemoSense Inc. 2005) might have been included in the 510(k) application. *Technical Bulletin 106* is reviewed in the *Appendix Report §3*, where I found it to provide scant quantitative support for the clinical acceptability of the device.

**Reliance on the 510(k) approval process** as evidence of accuracy is injudicious. The FDA website *Overview of IVD [In Vitro Diagnostic products] Regulation* confirms that "few performance standards on which to ensure that regulatory decisions are based on clearly defined scientific parameters" (FDA 2015). When I worked for the FDA Centers for Drug Evaluation and Research (1985 – 1990) the FDA 510(k) process was regarded as providing scant evidence of device safety and efficacy.  This evidently is still the case (Rathi 2016).

While it is reasonable to consider the operational requirements in a trial, these requirements should not take priority if they are going to affect the integrity of the trial. Given the resources devoted to ROCKET AF, it seems like more attention could have been paid to testing the reliability of the INRatio® instrument before it was adopted and adapted for use. It also seems like some of the operational requirements had engineering and/or operational solutions that could have made other POC coagulometers suitable for use. For example, establishing a cold chain is not an impossible task, especially since we are considering delivery to established clinical research centers (which is clearly not the same as delivering labile vaccine to primitive locales).

In summary, the INRatio® device was not independently evaluated before it was adopted and adapted for use in the ROCKET AF trial. In addition, the devices were not adequately periodically reevaluated in the field under prevailing conditions. When it was systematically evaluated, four years after the completion of the trial, clinically meaningful inaccuracies were frequent and likely to cause over-anticoagulation of subjects in the warfarin arm of the trial, increasing bleeding rates and skewing the safety results in favor of rivaroxaban.

Safety and Efficacy of Rivaroxaban

## 5.4   SENSITIVITY ANALYSIS: POTENTIAL EFFECTS OF INR INACCURACIES

*Sensitivity analysis* is used in epidemiology to determine the robustness of an assessment by examining the extent to which results are affected by changes in methods, models, values of unmeasured variables, or assumptions (Porta 2008). There is no single way to conduct a sensitivity analysis, and several approaches may be tried. However, it is important to realize that sensitivity analysis is not a substitute for large scale outcome-based trials.

### 5.4.1   Sensitivity analysis #1

On May 27, 2016 Janssen Research received an Information Request from the FDA for "analyses sharing some features of the "attributable risk" analysis performed for EMA" (Janssen Research & Development 2016e). This FDA inquiry requested

> *a modified hazard ratio (HR), along with the 95% CI, should be calculated using the modified warfarin arm rate and the observed rivaroxaban arm rate. These should be presented alongside the actual observed HR or RR and CI for each endpoint.*

In response, Janssen provided the FDA with four different analyses. *Analysis 4*, which adjusted for INRs before or on the day of event of censoring, seems to be based on the most meaningful assumptions among the four analyses provided. The others analyses offered by Janssen are less likely to be informative because they addressed INR values that were based on readings remote from endpoint events. TABLE 5.1 replicates tables provided by the company for "Analysis 4."

**TABLE 5.1.** Sponsor's "Analysis 4" (Source Janssen June 23, 2016 response p. 53).

(Appendix 4) Analysis 4: FDA last POC INR before or on events

FDA: last POC INR before or on events (mean of diff=0.5)

| Endpoint | Rivaroxaban /100 ptyr | Warfarin /100 ptyr | Hazard ratio | 95% CI | Adjusted Warfarin* | Modified Hazard ratio |
|---|---|---|---|---|---|---|
| Major bleed | 3.6 | 3.45 | 1.04 | 0.90, 1.20 | 3.07 | 1.17 |
| Fatal bleed | 0.24 | 0.48 | 0.5 | 0.31, 0.79 | 0.39 | 0.61 |
| Hemorrhagic stroke | 0.26 | 0.44 | 0.59 | 0.37, 0.93 | 0.35 | 0.74 |
| Ischemic stroke | 1.34 | 1.42 | 0.94 | 0.75,1.17 | 1.71 | 0.79 |
| Primary efficacy | 1.7 | 2.15 | 0.79 | 0.65, 0.95 | 2.29 | 0.74 |

*0.5 INR difference was used

FDA: last POC INR before or on events (median of diff=0.3)

| Endpoint | Rivaroxaban /100 ptyr | Warfarin /100 ptyr | Hazard ratio | 95% CI | Adjusted Warfarin* | Modified Hazard ratio |
|---|---|---|---|---|---|---|
| Major bleed | 3.6 | 3.45 | 1.04 | 0.90, 1.20 | 3.22 | 1.12 |
| Fatal bleed | 0.24 | 0.48 | 0.5 | 0.31, 0.79 | 0.42 | 0.57 |
| Hemorrhagic stroke | 0.26 | 0.44 | 0.59 | 0.37, 0.93 | 0.38 | 0.68 |
| Ischemic stroke | 1.34 | 1.42 | 0.94 | 0.75,1.17 | 1.58 | 0.85 |
| Primary efficacy | 1.7 | 2.15 | 0.79 | 0.65, 0.95 | 2.23 | 0.76 |

*0.3 INR difference was used

FDA: last POC INR before or on events (median of diff=0.2 after 5% lab INR adjustment)

| Endpoint | Rivaroxaban /100 ptyr | Warfarin /100 ptyr | Hazard ratio | 95% CI | Adjusted Warfarin* | Modified Hazard ratio |
|---|---|---|---|---|---|---|
| Major bleed | 3.6 | 3.45 | 1.04 | 0.90, 1.20 | 3.29 | 1.09 |
| Fatal bleed | 0.24 | 0.48 | 0.5 | 0.31, 0.79 | 0.44 | 0.54 |
| Hemorrhagic stroke | 0.26 | 0.44 | 0.59 | 0.37, 0.93 | 0.40 | 0.65 |
| Ischemic stroke | 1.34 | 1.42 | 0.94 | 0.75,1.17 | 1.53 | 0.88 |
| Primary efficacy | 1.7 | 2.15 | 0.79 | 0.65, 0.95 | 2.20 | 0.77 |

*0.2 INR difference was used after 5% lab INR adjustment

Let us focus on the modified HRs for **major bleeding** from this analysis. Depending on which assumptions are accepted, the initial HR of 1.04 in ROCKET AF is now shown as 1.17, 1.12, or 1.09. Recall that the mean difference between the INRatio® device derived INRs and Duke Lab INRs was 0.5 and median difference was 0.3. The bottom table in TABLE 5.1 (median diff = 0.2) is based on a set of assumptions that predict that freezing would inflate the reference laboratory INRs by 5%--an assumption that I believe is unwarranted (see §6.3 in the Appendix Report).  This puts the adjusted HR somewhere between 1.12 and 1.17.

Note that, despite FDA's request, no confidence intervals are reported with the HRs for the sensitivity analyses. This was done, according to the sponsor (June 23, 2016), "In recognition of the relative unreliability of these exploratory methods, and the consequent compounded unreliability of the confidence intervals that would be based on those analyses, the confidence intervals were not performed." Nevertheless, this leaves us with some questions about the modified HR estimate of 1.17 and 1.12.

Page 54 of the Janssen June 23, 2016 response (XARELTO_JANSSEN_24277174) is a title page that states "Parameter estimates for FDA: last POC INR before or on events." However, two pages hence lists the output shown in FIGURE 5.1. The line that says "POC INR Last value" provides a HR of 1.263 (not 1.17 or 1.12) and the title to the table says "INR mean value," not "INR before or one event" as expected. I would like to see the correct computer output for Analysis 4.

JNJ-39039039; BAY 59-7939 (rivaroxaban)
IND 75238                                                                                    Health Authority Response

**Analysis of Maximum Likelihood Estimates using POC INR mean value**

| Parameter | PARAMETER | DF | Parameter Estimate | Standard Error | Chi-Square | Pr > ChiSq | Hazard Ratio | LABEL |
|---|---|---|---|---|---|---|---|---|
| FIRST DOSE TO FIRST OCCURRENCE OF MAJOR BLEEDING EVENT | POC INR Last value | 1 | 0.23314 | 0.05378 | 18.7930 | <.0001 | 1.263 | the mean, INSTRESN |
| | Age/years | 1 | 0.03026 | 0.00609 | 24.7238 | <.0001 | 1.031 | Age |
| | Baseline Diastolic Blood Pressure | 1 | -0.00553 | 0.00514 | 1.1592 | 0.2816 | 0.994 | Baseline Diastolic Blood Pressure |
| | Sex | 1 | -0.26075 | 0.10962 | 5.6585 | 0.0174 | 0.770 | Sex FEMALE |
| | Baseline ASA Used | 1 | -0.29361 | 0.10434 | 7.9182 | 0.0049 | 0.746 | Baseline ASA Used N |
| | Baseline chronic obstructive pulmonary | 1 | -0.09929 | 0.15989 | 0.3856 | 0.5346 | 0.905 | Baseline chronic obstructive pulmonary N |
| | Baseline GI | 1 | -0.33744 | 0.21045 | 2.5709 | 0.1088 | 0.714 | Baseline GI N |
| | Baseline Anemia | 1 | -0.63737 | 0.23015 | 7.6697 | 0.0056 | 0.529 | Baseline Anemia N |

**FIGURE 5.1.** *Screenshot from XARELTO_JANSSEN_ 24277216 showing mistakes in labels.*

### 5.4.2    Sensitivity analysis #2

An additional sensitivity analysis is pursued here. These additional sensitivity calculations adjust bleeding rates in ROCKET's warfarin group using (a) misclassification rates from Table S5 in Patel (2016a) and (b) relative risks for INRs based on van der Meer (1996). An indirect method of standardization is applied to the observed number of warfarin-associated cases to derive expected numbers of cases and adjusted rate ratios.

First, note that the hazard ratios (HR) from the Cox regression model in ROCKET AF and unadjusted rate ratios (RR) from the same source are interchangeable. TABLE 5.2 presents event rates and person-year [PY] counts from ROCKET AF for the primary safety endpoint and for major bleeding. The HR for major bleeding reported in ROCKET AF is 1.04 (95% CI, $0.90 - 1.20$) (J & J 2010). By simply using the case counts and PY in TABLE 5.2, the unadjusted RR is also 1.04 and the 95% CI by Fisher's exact method is (0.905 - 1.201). [Similar results can be shown for the primary safety endpoint]. Therefore we use unadjusted RRs in lieu of HRs for our sensitivity analyses.

**TABLE 5.2.** Rates and person-years (PY) for the principal safety endpoint and major bleeding. (*Source: Rivaroxaban Clinical Study Report* p. 196). * Person-years calculated as PY = (no. of cases) / rate.

| Endpoint | RIVA cases | RIVA rate per 100 PY | RIVA PY* | WARF cases | WARF rate per 100 PY | WARF PY* |
|---|---|---|---|---|---|---|
| Primary safety endpoint | 1475 | 14.91 | 9893 | 1449 | 14.52 | 9979 |
| Major bleeding | 395 | 3.60 | 10972 | 386 | 3.45 | 11188 |

Second, the Leiden hematology group estimated that for every increase of one unit of INR above the therapeutic range, the bleeding risk increases by 42 percent (van der Meer 1996). This is a conservative estimate.

Third, TABLE 5.3 lists the proportion of samples from ROCKET AF that were off by one INR category, two INR categories, and three or more categories (1-unit categories). By referring to the bottom part of Table S5 in NEJM 2016;375:390, you can see how the percentages in column 2 were derived.)

| Off by | % of samples underestimating by this amount MINUS % overestimating | Net (%) | RR[3] |
|---|---|---|---|
| same category[1] | $17.8 + 32.5 + 6.7 + 4.1$ | 61.1 | 1.00 |
| 1 category[2] | $10.1 + 14.6 + 5.0 - 1.8 - 0.7 - 0.5$ | 26.7 | $1.42^1$ |
| 2 categories | $1.1 + 3.6 - 0.2 - 0.3$ | 4.2 | $1.42^2 = 2.02$ |
| 3+ categories | $0.9 - 0.2$ | 0.7 | $1.42^3 = 2.86$ |

**TABLE 5.3.** Proportion in agreement according to one-unit INR categories, week 24, in Table S5 in NEJM 2016;375:390.

[1] Same 1-unit INR category assumes "no difference" for the sake of this model.
[2] Off by one 1-unit category in a positive direction (+) or negative direction (−).
[3] Based on van der Meer 1996

The next step of the sensitivity analysis involves noting that the observed risk of an event in a population is a weighted average of its risks in subpopulations (same premise as indirect standardization of rates). Let:

- $R$ represent the observed risk in the population as a whole,
- $RR_i$ represent the risk ratio in subgroup $i$,
- $p_i$ represent the proportion of the population in subgroup $i$,  and
- $aR$ represent the adjusted risk.

Thus, the overall rate $R = \sum RR_i \cdot p_i \cdot aR$ [Equation 1].

Another way to look at Equation 1 is:

$R = \sum w_i \cdot aR$ where $w_i = RR_i \cdot p_i$ [Equation 2]

Solving for $aR$, $aR = \frac{1}{\sum w_i} \cdot R$   [Equation 4], where $\frac{1}{\sum w_i}$ is the "adjustment factor."

We can substitute "rate ratios" for "risk ratio." For rare events, these two effect measures are interchangable.

Using this method, the adjustment factor for over-anticoagulation due to inaccuracies in the INRatio® POC devices in ROCKET AF is $\frac{1}{1.095}$.

For example, the expected number of major bleeds in the warfarin arm of the trial (without INR misclassifications) = $\frac{1}{1.095} \cdot 386 = 352.5$. The expected rate of major bleeding in the warfarin arm = $\frac{1}{1.095} \cdot \frac{352.5}{11188\ PY} = 3.15$ per 100 PY. The adjusted RR is 1.14, which is remarkably consistent with Janssen's "Analyses 4" results. TABLE 5.3 summarizes the results for sensitivity analysis #2 for major bleeding and the primary safety endpoint.

**TABLE 5.3.** Sensitivity analysis #2. All rates are per 100 person-years.

| Endpoint | ROCKET AF Rivaroxaban Rate | ROCKET Warfarin Rate | ROCKET HR (95% CI) | Adjusted Warfarin Rate | Adjusted Rate Ratio (95% CI) |
|---|---|---|---|---|---|
| Major bleed | 3.60 | 3.45 | 1.04 (0.90 − 1.20) | 3.15 | 1.14 (0.99 − 1.33) |
| 1° safety | 14.91 | 14.52 | 1.03 (0.96 − 1.11) | 13.26 | 1.13 (1.04 − 1.21) |

Calculation notes:
Expected number of cases = adjustment factor × observed number of cases.
Adjusted rate = expected number of cases / PY
95% confidence limits based on observed number of cases and person-years in RIVA group and expected number of cases and observed person-years in the WARF group, and Fisher's exact limits.

The modeling assumptions in sensitivity analysis #1 were not clearly described in the source documents from the sponsor. The assumptions for sensitivity analysis #2 detailed, but this is still not an easy model to understand. Briefly, the model is based on assumed misclassification rates and expected relative risks, both of which have been intentionally underestimated to encourage a bias toward the null. For example, POC misclassification rates in this model do not consider misclassifications beyond 2 INR units, which are known to occur. In addition, the relative risk estimates from the original source have been "smoothed" and do not account for sources of variation (systematic and random) in the estimates. All models involve simplifying assumptions, however, and a model does not have to be perfectly accurate to still be useful. The model is not a substitute for large scale, endpoint based observation. The point of the model is to see if the data are consistent with a bias in favor of rivaroxaban in comparisons of bleeding, which it clearly is.

### 5.4.3    Sensitivity analysis #3

A direct method of gaining insight into the effect of POC inaccuracies on bleeding rates is possible by explore event rates by concordance of the POC and reference laboratory values. Event rates by broad agreement categories at week 12 and 24 among the warfarin-treated patients were reported in Table S8 by Patel and colleagues (2016) and are replicated below [TABLE 5.4].

**TABLE 5.4.** Table S8 from Patel 2016. Event rates by concordance (category agreement) at week 12 and 24 among warfarin-treated patients. Events per 100 PY (total events) are shown.

| Event | Week 12 | | | Week 24 | | |
|---|---|---|---|---|---|---|
| | Lab and POC INR in same category | POC INR ≥1 category lower | POC INR ≥1 category higher | Lab and POC INR in same category | POC INR ≥1 category lower | POC INR ≥1 category higher |
| *Efficacy* | | | | | | |
| N | 3,562 | 1,950 | 211 | 3,343 | 1,929 | 200 |
| Stroke/systemic embolism | 1.77 (108) | 1.79 (61) | 1.30 (5) | 1.37 (82) | 1.63 (17) | 1.34 (5) |
| All-cause mortality | 1.57 (96) | 2.11 (72) | 1.82 (7) | 1.62 (97) | 1.54 (54) | 1.07 (4) |
| Vascular death | 1.27 (78) | 1.43 (49) | 1.56 (6) | 1.22 (73) | 1.20 (42) | 0.80 (3) |
| *Safety* | | | | | | |
| N | 3,590 | 1,960 | 211 | 3,366 | 1,938 | 201 |
| Major/NMCR bleeding | 12.86 (700) | 14.49 (435) | 9.88 (34) | 12.60 (669) | 13.93 (428) | 10.93 (37) |
| NMCR bleeding | 10.38 (572) | 11.83 (360) | 8.35 (29) | 10.43 (561) | 11.30 (352) | 8.85 (30) |
| Major bleeding | 2.72 (165) | 3.17 (107) | 1.57 (6) | 2.49 (148) | 2.98 (103) | 2.14 (8) |
| Fatal bleeding | 0.33 (20) | 0.50 (17) | 0.26 (1) | 0.25 (15) | 0.37 (13) | 0.53 (2) |
| Critical organ bleeding | 0.91 (56) | 1.06 (36) | 0.26 (1) | 0.85 (51) | 0.89 (31) | 1.07 (4) |
| Hemoglobin drop | 1.79 (109) | 2.27 (77) | 1.31 (5) | 1.70 (101) | 2.01 (70) | 1.07 (4) |
| Transfusion required | 1.03 (63) | 1.23 (42) | 0.79 (3) | 0.85 (51) | 1.32 (46) | 0.53 (2) |
| ICH | 0.62 (38) | 0.61 (21) | 0.26 (1) | 0.52 (31) | 0.48 (17) | 1.07 (4) |
| GI bleeding | 1.08 (66) | 0.94 (32) | 0.52 (2) | 0.85 (51) | 1.20 (42) | 0.53 (2) |

Comparisons in this table can be simplified by expressing percent increase or decrease in risk, relative to reference rate in the samples in which the Lab and POC were in the same category [TABLE 5.5]. Bleeding is the outcome most likely to be affected by the faulty POC reading. Data in the above table are

consisting in demonstrating higher bleeding rates in patients with samples that were underestimated by the POC. For example, major bleeding was a 17% higher for patients with underestimates at week 12 and 20% higher for patients with underestimates at week 24. Data are also consistent in showing lower rates of bleeding in patients that had their INRs overestimated by the POC device (Recall that were many more instance of underestimation than overestimation.) Therefore, this analysis is consistent with the common sense inference that chronic underestimation of INRs will increase the bleeding rate in the trial, distorting the results while making rivaroxaban appear safer than justified.

**Table 5.5.** Event rates by concordance (category agreement) at weeks 12 and 24 among warfarin-treated patients. Events per 100 pt-years are shown for reference group. For discordant categories, percent increase or decrease in risk relative to reference group are reported.

| | Week 12 | | | Week 24 | | |
|---|---|---|---|---|---|---|
| Event | Lab and POC INR in same category (reference rate) | POC INR $\geq$1 category lower | POC INR $\geq$1 category higher | Lab and POC INR in same category (reference rate) | POC INR $\geq$1 category lower | POC INR $\geq$1 category higher |
| *Efficacy* | | | | | | |
| N | 3562 | 1950 | 211 | 3343 | 1929 | 200 |
| Stroke | 1.77 | + 1% | - 27% | 1.37 | + 19% | - 2% |
| All-cause mortality | 1.57 | + 34% | + 16% | 1.62 | - 5% | - 34% |
| Vascular death | 1.27 | + 13% | + 23% | 1.22 | - 2% | - 34% |
| *Safety* | | | | | | |
| N | 3590 | 1960 | 211 | 3366 | 1938 | 201 |
| Major/NMCR Bleeding | 12.86 | + 13% | - 23% | 12.60 | + 11% | - 13% |
| NMCR bleeding | 10.38 | + 14% | - 20% | 10.43 | + 8% | - 15% |
| Major bleeding | 2.72 | + 17% | - 42% | 2.49 | + 20% | - 14% |
| Fatal bleeding | 0.33 | + 52% | - 21% | 0.25 | + 48% | + 112% |
| Critical organ bleeding | 0.91 | + 16% | - 71% | 0.85 | + 5% | + 26% |
| Hemoglobin drop | 1.79 | + 27% | - 27% | 1.70 | + 18% | - 37% |
| Transfusion required | 1.03 | + 19% | - 23% | 0.85 | + 55% | - 38% |
| ICH | 0.62 | - 2% | - 58% | 0.52 | - 8% | + 106% |
| GI bleeding | 1.08 | - 13% | - 52% | 0.85 | + 41% | - 38% |

### 5.4.4    Sensitivity analysis is not a substitute for large scale study

The sensitivity analysis discussed in this section are *not* a substitute for a large scale study with well-managed warfarin. As Carl Henegan (Professor of Evidence Based Medicine at Oxford) has noted "We need a trial to assess the safety and efficacy of rivaroxaban. Just one caveat—it should be run independently" (Cohen 2016). Nevertheless, the above sensitivity analyses do provide insight into the fact that the ROCKET trial was designed and carried out in a way that distorted the study by increasing the rate of bleeding in the warfarin arm, biasing the results in favor of rivaroxaban.

## 5.5   SECTION SUMMARY POINTS

1. INR measurements must be accurate for clinicians to make appropriate decisions about warfarin dosing.

2. ROCKET AF relied on INRatio® point-of-care coagulometers to determine INRs in its warfarin users. The sponsor did not adequately test or evaluate the accuracy of the INRatio® device before it was adopted for use or during the initial phase of the trial. In addition, performance was not systematically monitored under the prevailing conditions of the trial, as it should have been.

3. Published evidence that has accumulated since the completion of the trial confirms that the INRatio® has inferior precision and diagnostic reliability compared to many other similar devices on the market.

4. Same-day (paired) samples from week 12 and week 24 follow-up visits in ROCKET determined that the INRatio® devices used in the trial underestimated INRs by 0.5 units on average compared to the reference laboratory. In addition, the paired-sample analyses showed that the INRatio® in ROCKET failed to meet the already overly-broad ISO 17593 standards for POC coagulometer accuracy.

5. One-third (33%) of the clearly supratherapeutic samples identified by the reference lab ($INR_{LAB}$ > 4) were misdiagnosed as therapeutic or hypotherapeutic by the point-of-care devices used in ROCKET ($INR_{POC}$ ≤ 3). A large percentage of the over-anticoagulated patients in ROCKET AF, therefore, did not have the opportunity to have their dose properly adjusted.

6. Inaccurate readings from the POC devices used in ROCKET AF frequently led to over-anticoagulation of study subjects in the control (warfarin) arm of the trial, increasing bleeding rates and skewing the safety results in favor of rivaroxaban.

7. Although we recognize that sensitivity analysis is not a substitute for large scale outcome-based trials, it does provide insight into the fact that warfarin is significantly safer than rivaroxaban, even with the poorly warfarin management at many ROCKET AF clinical center sites. This certainly shifts the benefit/risk ratio away from rivaroxaban and toward warfarin.

# 6  DOSE

## 6.1  FDA REVIEW

A basic principal of therapeutics is to seek the dose of a drug that maximizes benefits while minimizing risks. This is particularly true for anticoagulation, where the goal is to give a high enough dose to prevent thromboembolism, but not to give too much and increase the risk of bleeding. If the proper dose is achieved, these agents are safe and effective. Too high a dose, however, causes more harm than good.

Prior to the initiation of ROCKET AF, in September of 2006 when rivaroxaban was still being referred to as rivarizaban (BA 59-7939), the FDA expressed the opinion that twice daily dosing would be preferable to once daily dosing for rivaroxaban; example of a statement by FDA prior to the initiation of ROCKET AF: "In study 11223, there was some suggestion that a twice daily dosing regimen was more effective compared to a once daily dosing regimen" (FDA 2006). The agency has never seen 20 mg once daily dosing as optimal, and has stood by this position through the Sep 2011 Advisory Committee meeting (FDA Briefing Document 2011, p. 28). The FDA applied several lines of reasons (pharmacokinetic, pharmacodynamic, dose-response data, other studies) that support the use of a reduced dose delivered in twice daily installments. For example, pharmacodynamic studies have shown that Factor 10a levels and prothrombin times were highly correlated with concentrations of the drug; 2.5 mg, 5.0 mg, and 10 mg twice daily dosing has been shown to be effective in the Acute Coronary Syndrome Development Program trial (Mega 2009; Mega 2012) and in preventing recurrent VTE; etc.

The argument in favor of 20 mg once daily dosing of rivaroxaban appears to have been based on data from two, phase II dose-ranging studies of rivaroxaban in patients with acute symptomatic deep venous thromboembolism (Girgis 2014). However, it had been used successfully to prevent venous thromboembolism at the 10 mg dose and to prevent coronary thrombosis at the 2.5 mg and 5 mg twice daily dose (Mega 2009; Mega 2012; Weitz 2015). In addition, the basic pharmacokinetic data and pharmacodynamic data from ROCKET AF strongly suggested that split daily dosing would be safer and no less effective.

Because RIVA has a relatively short half-life [TABLE 6.1], its effects will fluctuate more with one daily dosing than with twice daily dosing. FIGURE 6.1 illustrates larger peaks and troughs with 20 mg QD dosing compared to 10 mg BID dosing. Greater within-individual variability is logically associated with lower efficacy and higher bleeding risk.

**TABLE 6.1.** Half-lives and peak effects of oral anticoagulants.

| Drug | Abbreviation | Dosing frequency (daily) | half-life | peak effect |
|---|---|---|---|---|
| rivaroxaban (Xarelto®) | RIVA | Once | 5 – 13 h[1] | 2 - 4 h |
| edoxaban (Savaysa®) | EDOX | Once | 10 - 14 h[2] | 1 - 3 h |
| apixaban  (Eliquis®) | APIX | Twice | ~6 h[3] | 3 h |
| dabigatran (Pradaxa® | DABI | Twice | 12 – 17 h[4] | 1 - 2 h |
| warfarin (Coumadin®) | WARF | Once | ~40 h[5] | 72 - 96 h |

(1) XARELTO (rivaroxaban) tablets, for oral use, Prescribing Information, revised 03/2013, pp. 8, 23. Different half-lives reported for younger patients (5 – 9 h) and elderly patients (11 - 13 h).
(2) SAVAYSA (edoxaban) tablets for oral use prescribing information, revised 01/2015, p. 16.
(3) FDA (2012) Clinical Pharmacology Review of apixaban (NDA 202-155), p. 4. ELIQUIS (apixaban) tablets for oral use Prescribing Information, Revised: 12/2012, p. 14. Apparent half-life during repeat dosing is about 12 hours.
(4) PRADAXA® (dabigatran) capsules for oral use, Prescribing Information, Revised: 11/2011, p. 5.
(5) COUMADIN (warfarin sodium) tablets, for oral use, Prescribing Information, revised: 12/2015, p. 6. Varies by affected vitamin K-dependent clotting factor.



**FIGURE 6.1**. Simulation - 20 mg QD vs. 10 mg BID. Source: FDA 2011 Briefing Document, p. 34.

Unfortunately, the ROCKET AF trial did not permit a direct empirical comparison of two different rivaroxaban dose regimens: it tested only 20 mg once daily dosing (and 15 mg QD for patients with

reduced renal function). In contrast, the RE-LY study tested two different twice-daily doses (150 mg BID and 110 mg BID) of dabigatran. Because RE-LY tested two doses, it was able to better empirically evaluate the dose-related effects of the drug. Based on this information, the FDA ultimately concluded that the 150 mg twice-daily dabigatran was preferable to 110 mg twice daily (Beasley 2011). Because ROCKET tested only once-daily dosing, it was unable to empirically evaluate the relative safety and efficacy of twice-daily dosing.

Nevertheless, rivaroxaban produces pharmacodynamic effects that are closely correlated with its plasma concentrations (Mueck 2008). In addition, the pharmacodynamic parameters associated with rivaroxaban are linearly associated with major bleeding risk. FIGURE 6.2 illustrates the linear dose-response between prothrombin time in rivaroxaban users and major bleeding. This linear dose-response relationship was found to apply to multiple definitions of major bleeding (FDA 2011a; Mehran 2011; Schulman 2005). It also applied to various pharmacodynamic parameters, including prothrombinase-induced clotting time, factor 10A activity, INR levels, and rivaroxaban concentration.



**FIGURE 6.2.** *ROCKET AF major bleeding by PT quartile, last dose + 2 days, per protocol. Source FDA 2011 Briefing Document p. 40. Major bleeding definition is ISTH (Schulman 2005).*

In contrast, FIGURE 6.3 demonstrated a "flat" dose-response relation between various pharmadynamic factors (e.g., prothrombin time) associated with rivaroxaban and stroke occurrence. This flat relation held true for PK/PD parameter considered by the FDA (FDA 2011a). The flat relationship for efficacy and

linear (increasing) dose-response relation for safety strongly suggests that the benefit/risk ratio of rivaroxaban can be improved by applying a lower dose twice per day (e.g., 10 mg BID).



**FIGURE 6.3.** *ROCKET ischemic stroke vs. PT (last dose +2 days, per protocol). Source FDA 2011 Briefing Document, p. 39.*

## 6.2 PRECISION DOSING

For pharmaceuticals that have a relatively flat safety dose-response curve, we do not normally adjust dosage on a patient-by-patient basis. However, for drugs that have steep dose-response risk curves for safety, as is true for anticoagulants, it makes sense to *tailor the dose* to individual patients in order to minimize risks while maintaining benefits.

FIGURE 2.1 (located toward the beginning of this report) illustrates the shape of the safety and efficacy dose-response curves for warfarin. For efficacy, we see a steep drop in stroke risk until the INR reaches 2.0, at which point the risk levels out. In contrast, the risk of intracranial hemorrhage increases nearly exponentially when INRs climbs above 3.0. Note that the "sweet spot" for warfarin (i.e., where stroke prevention is maximized and bleeding risk is near minimized) is 2.0 − 3.0. [The relationship may appear linear on the graph, but is nearly exponential because the Y-axis represents odds ratios, which are multiplicative, not additive.] These dose-response "shapes" also apply to novel oral anticoagulants in a general way.

FIGURE 6.4 demonstrates the predicted probability of stroke and systemic embolism (purple) and hemorrhage (pink) for trough plasma concentration for dabigatran (Pradaxa®) (Reilly 2014). For stroke prevention, we see an initial steep decline and then a flattening-out. For bleeding risk, we see a steep increase with *no* flattening-out. The sweet spot (i.e., therapeutic range) for dabigatran, therefore, appears to be in the 50 and 125 ng/ml range (Chin 2014). Certainly, we would want to keep dabigatran concentrations below 200 ng/ml (EMA 2011).



**FIGURE 6.4.** *Dabigatran dose-response. Source: Reilly 2014.*

The novel oral anticoagulant edoxaban (Savaysa®) was approved for the prevention of stroke and systemic embolism in non-valvular atrial fibrillation patients in the United States in January of 2015. Like rivaroxaban, edoxaban is a direct factor Xa inhibitor. FIGURE 6.5 illustrates the dose-response curves for edoxaban. Once again we see a point where efficacy is nearly maximized and where higher-and-higher concentrations of the drug are associated with increasing risks of bleeding. Informally (by eye-balling the graph), the sweet spot for edoxaban appears to be around 60 ng/ml (maybe a little less, maybe a little more).

Safety and Efficacy of Rivaroxaban



*FIGURE 7.2. Edoxaban dose-response curves for Ischemic stroke (blue) and life threatening bleeds (green). Source: Temple (2015).*

These pharmacodynamics strongly suggest that the benefit/risk ratio of novel oral anticoagulants can be maximized by finding a therapeutic range that [nearly] maximizes benefits before risks climb to unacceptable levels. "Why would you not try to reduce the risk of bleeding, especially when this can be done with little loss of efficacy?" (Eikelboom 2015).

The argument against individualized monitoring and dose adjustment seems to be based on cost, complexity, and practicality (Berkowitz 2015). There are also specific questions about whether drug levels remain stable over time, whether the desirable range differs by patient type, how to achieve the desirable range, and how to maximize net clinical outcomes (Eikelboom 2015). However, former FDA/CDER Director Bob Temple (2015) makes this "common sense" argument when he asks,

> *How hard could it be to get <u>one</u> NOAC blood level (when monthly or greater levels are SOC for warfarin) if blood levels predict outcomes (which they appear to do so)? It seems self-evidently worth it.*

## 6.3   SECTION SUMMARY

1. The goal of anticoagulation therapy is to give a high enough dose to prevent thromboembolism, but not to give too much and increase the risk of bleeding.

2. The greater intra-individual daily fluctuation expected with once-daily 20 mg dosing, with higher peak concentrations, would be expected to lead to greater risks in bleeding than 10 mg doses administered twice daily.

3. Prior to the initiation of the ROCKET AF trial, the FDA expressed the opinion that splitting the dose into twice daily allotments would be preferable to once daily dosing. "Agreement was not prospectively achieved on the dose(s) to be tested prior to the execution of the ROCKET trial" (FDA Briefing Documents 2011, p. 28).

4. ROCKET's study design of introducing only once-daily 20 mg dosing of rivaroxaban precluded the ability to make outcome-based empirical comparisons by dose.

5. The pharmacokinetic characteristics of rivaroxaban, and pharmacodynamically "flat" dose-response curves for efficacy (i.e., no further benefit with higher doses) and linear dose-response curves for safety (i.e., increasing bleeding risk with higher doses) led the FDA to conclude that 10 mg twice-daily rivaroxaban would prove superior to 20 mg once-daily rivaroxaban in terms of its risk/benefit balance.

6. The pharmacodynamics of rivaroxaban and other novel oral anticoagulants strongly suggest that their benefit/risk balance can be improved by individualizing dose for each patient. "Why would you not try to reduce the risk of bleeding, especially when this can be done with little loss of efficacy?" (Eikelboom 2015).

# 7 DISCUSSION AND RECOMMENDATIONS

## 7.1 NARRATIVE SUMMARY

The non-inferiority trial known as ROCKET AF compared 20 mg of once daily rivaroxaban to dose-adjusted warfarin for the prevention of ischemic stroke and systemic embolism in patients with non-valvular atrial fibrillation. The trial took place at 1178 clinical sites in 45 countries in North America, Latin America, West Europe, East Europe, and Asia Pacific, enrolled 14,264 study subjects (approx. 7K in each arm of the trial), and ran from Dec 2006 to May 2010. Licensing of rivaroxaban for this indication was considered at the Sep 8, 2011 meeting of the FDA Cardiovascular and Renal Drugs Advisory Committee Meeting.

*Section 1* of this report provides **background and chronology** relevant to the licensing of rivaroxaban for stroke prevention in patients with non-valvular atrial fibrillation. The pivotal phase III clinical trial (ROCKET AF) is introduced, as is the FDA Advisory Meeting September 8, 2011 at which the licensing of the drug was discussed.

*Section 2* of this report describes issues related to **study design and methods** of ROCKET AF trial. The following issues interfere with the interpretation of ROCKET-AF trial data: use of an enriched study population (e.g., high prevalence of prior stroke/TIA), lack of a centralized warfarin dose-adjustment algorithm, low mean TTR and inadequacy of warfarin control, and failure to follow patients according to an adequate data scope that would maintain the probability models to prove non-inferiority and/or superiority (as appropriate), reduce bias, and provide evidence-based results. Non-inferiority trials like ROCKET AF are based on an *assumption of constancy*, i.e., that warfarin will have its usual effect or better. Before the ROCKET AF was initiated, the FDA pointed out that testing the drug in an enriched population with a prevalence of prior strokes would cause problems in interpretation because there was no assurance that warfarin would exert its usual effect in this type of population, i.e., because a sizable proportion of the cerebrovascular events could be unrelated to atrial fibrillation. Compounding this problem was the fact that ROCKET AF failed to achieve TTRs that were comparable to other industry-sponsored novel oral anticoagulants trials: mean TTRs: SPORTIF III 66%, SPORTIF V 68%, RE-LY 64%, ARISTOTLE 62%, ENGAGE AF65%. The ROCKET AF mean TTR of 55 was 10 point lower on average than

these other trials. In clinics and regions that did achieve TTRs in the mid-60s range, ROCKET AF failed to meet the non-inferiority margin set by the trial.  Truncating follow-up at last dose plus two days also left some questions about the evidence based medical findings of the data, and with questions about questions of diagnostic bias and potential problems with bridging.

*Section 3* of the report addresses whether we should be reasonably convinced of rivaroxaban non-inferiority in its **efficacy** to prevent strokes and systemic embolism. The most reliable analysis would address thrombotic stroke and systemic embolism only (anticoagulation does not prevent hemorrhagic stroke), a balanced data scope (of say, last dose plus 30 days), and well-managed warfarin. An analyses that met all three of these requirements is not simultaneously available. Nonetheless, rivaroxaban did not meet the non-inferiority margin for well-managed warfarin (TTR ≥ 65) with a last dose plus 30-day data scope (HR 1.10, 95% CI 0.75 – 1.64). The prescribing information ("product label") for rivaroxaban acknowledges this in stating "There are limited data on the relative effectiveness of XARELTO and warfarin in reducing the risk of stroke and systemic embolism when warfarin therapy is well-controlled."

*Section 4* addresses the safety of rivaroxaban. The primary safety objective of ROCKET was to find rivaroxaban superior to warfarin in safety. However, the primary safety endpoint (major bleeding and clinically relevant non-major bleeding) occurred more frequently with rivaroxaban than with warfarin (HR 1.03, 95% CI 0.96 – 1.11). Therefore, rivaroxaban did not meet the primary safety objective of the study. Among clinics with well-managed warfarin (TTR ≥ 65), rivaroxaban was significantly less safe than warfarin, where the HR for the pre-specified primary safety endpoint was 1.23 (95% CI 1.08 – 1.40).

Major bleeding occurred more frequently with rivaroxaban than with warfarin (HR 1.04, 95% CI 0.90 – 1.12). Among clinical centers with well-managed warfarin, major bleeding occurred significantly more frequently with rivaroxaban than with warfarin (HR 1.47, 95% CI 1.14 – 1.89). In contrast, critical organ bleeding (primarily in the form of intracranial hemorrhage) occurred significantly less frequently with rivaroxaban than with warfarin (HR 0.69, 95% CI 0.53 – 0.91). This difference is chiefly explained by the high frequency of intracranial hemorrhage among East Asian warfarin users (Pheterogeneity = .029). In regions outside of East Asia, there was no significant difference between rivaroxaban and warfarin for intracranial bleeding (RR 0.78, 95% CI 0.53 – 1.14) and critical organ bleeding (RR 0.76, 95% CI 0.52 – 1.01).

In the United States, which is most applicable, rivaroxaban was significantly less safe than warfarin. The HR for the primary safety endpoint was 1.28 (95% CI 1.09 – 1.50). The HR for major bleeding was 1.50 (95% CI 1.14 – 1.98). At the US clinics with well-managed warfarin (TTR ≥ 65), major bleeding occurred at twice the rate with rivaroxaban compared to warfarin (e.g., Quartile 3 TTR HR 1.93, 95% CI 1.12 – 3.33). There was no significant difference in critical organ bleeds, intracranial hemorrhage, or fatal bleeds between rivaroxaban and warfarin in US centers. Rivaroxaban is less safe than warfarin when warfarin is well managed.

*Section 5* of this report and the separate *Appendix Report* find that the **INRatio® point-of-care devices used in ROCKET** were faulty and should not have been used, compromising the results of the study. The unreliability of the instrument contributed to the low TTRs in the trial while elevating bleeding rates in the warfarin arm, making rivaroxaban seem relative safer than it would have otherwise. Various sensitivity analyses do not substitute for a large scale study in which warfarin was well-managed warfarin, but are nonetheless consistent with the belief that rivaroxaban is significantly less safe than well-managed warfarin for the prevention of stroke in patients with non-valvular atrial fibrillation.

The final section of the report (§6), addresses the **dose** of rivaroxaban. ROCKET's study design considered only once-daily 20 mg doses, precluding the ability to empirically compare outcomes by dose. However, the relatively short half-live or rivaroxaban along with its pharmacodynamic allow us to infer that 10 mg twice-daily rivaroxaban would have a superior benefit/risk ratio compared to once-daily 20 mg dosing. In addition, the pharmacodynamics of rivaroxaban [and other novel oral anticoagulants] strongly suggest that benefit/risk balance can be improved by tailoring the dose to the metabolism of individual patients.

## 7.2   WARNING FOR BLEEDING RISK

More accurate labeling is required better reflect the risks of bleeding associated with rivaroxaban use. Oral anticoagulants are among the highest risk drugs used in the outpatients. The safety of long-term oral anti-coagulation therapy is a national drug safety priority (Wysowski 2007).

The FDA currently requires the manufacturer of warfarin to place the highest level of warning—a boxed warning and additional information—on the warfarin product labels. No similar warning appears in the rivaroxaban product label, even though rivaroxaban is associated with a greater risk of serious bleeding compared to warfarin. Therefore, a boxed warning for bleeding in the rivaroxaban label is overdue.

**WARNING: BLEEDING RISK**

*See full prescribing information for complete boxed warning.*

- COUMADIN can cause major or fatal bleeding. (5.1)
- Perform regular monitoring of INR in all treated patients. (2.1)
- Drugs, dietary changes, and other factors affect INR levels achieved with COUMADIN therapy. (7)
- Instruct patients about prevention measures to minimize risk of bleeding and to report signs and symptoms of bleeding. (17)

*FIGURE 7.1. Warfarin's boxed warning (Bristol-Myers Squibb 2011).*

In addition to improved labeling and physician education, improved monitoring and patient education are essential if we hope to increase the safety of anticoagulation (Fiumara 2009).This applies to whether the patients are on warfarin or on any of the novel oral anticoagulants such as rivaroxaban and dabigatran.

## 7.3   RIVAROXABAN COMPARED TO OTHER NOVEL ORAL ANTICOAGULANTS

We now have five oral anticoagulants that are approved for stroke prevention in patients with non-valvular atrial fibrillation: warfarin, dabigatran, apixaban, edoxaban, and rivaroxaban. Our choices of which anticoagulant to use must be informed by knowledge of which anticoagulant best balances the risks and benefits of stroke prevention for each patient. Given these alternatives, there may be some advantage in using one anticoagulant, novel or otherwise.

In terms of the novel oral anticoagulants:

- Dabigatran (Pradaxa®) was approved in 2010, before rivaroxaban, and was proven to be non-inferior to warfarin in a trial called RE-LY. Dabigatran was an open-label comparison of two-different (blinded) twice-daily doses of dabigatran to dose-adjusted warfarin. RE-LY achieved a mean TTR of 64% in its warfarin users and was proven to be non-inferior to warfarin at clinical sites with TTRs above 67 percent (Connolly 2009).

- Apixaban (Eliquis®) was approved in 2012. The pivotal trial in the licensing of apixaban is referred to as ARISTOTLE.  ARISTOTLE was a double-blind trial that compared apixaban at a dose of 5 mg twice daily to dose-adjusted warfarin. It achieved a mean TTR of a little over 62% (Granger 2011).

- Edoxaban (Savaysa) was approved for SPAF in 2014. The pivotal trial for this drug's SPAF indication is called ENGAGE AF-TIMI. ENGAGE was a double-blinded comparison of two once-daily regimens of edoxaban with warfarin. It achieved a mean TTR of 68% in its warfarin users.

Each of these novel oral anticoagulants met their non-inferiority margins with far better warfarin management than is evident in the ROCKET trial. Rivaroxaban should be required to meet these same standards for safety and efficacy.

# 8 REFERENCES

Abramson JH. (2011). WINPEPI updated: computer programs for epidemiologists, and their teaching potential. *Epidemiologic Perspectives & Innovations, 8*(1), 1 http://www.epi-perspectives.com/content/8/1/.

Active Writing Group of the ACTIVE Investigators, Connolly S, Pogue J, Hart R, Pfeffer M, Hohnloser S, et al. (2006). Clopidogrel plus aspirin versus oral anticoagulation for atrial fibrillation in the Atrial fibrillation Clopidogrel Trial with Irbesartan for prevention of Vascular Events (ACTIVE W): a randomised controlled trial. *Lancet, 367*(9526), 1903-12.

An J, Niu F, Lang DT, Jazdzewski KP, Le PT, Rashid N, et al. (2015). Stroke and Bleeding Risk Associated With Antithrombotic Therapy for Patients With Nonvalvular Atrial Fibrillation in Clinical Practice. *J Am Heart Assoc, 4*(7).

Bayer HealthCare (2006a, Sep 12). [Sep 12, 2006 FDA Meeting Detailed Summary: Scott's notes with SJ and LW additions/edits Cardiovascular and Renal Drugs FDA Meeting Face to Face re: Rivaroxaban AF program - SDB Notes taken 9/12/06].

Bayer HealthCare (2006b, Sep 20). [Sep 20 2006 letter, RE:IND #75,238 BAY 59-7939 Information Amendment; Meeting Minutes (Bayer's/J&J's) September 12, 2006 Meeting].

Beasley BN, Unger EF, & Temple R. (2011). Anticoagulant options--why the FDA approved a higher but not a lower dose of dabigatran. *N Engl J Med, 364*(19), 1788-90.

Berkowitz SD. (2015). Counterpoint: PK based dosing strategy is impractical and may not add value. Cardiac Research Safety Consortium Meeting Dec 3, 2015  (pp. 13).

Bhavnani M, & Shiach CR. (2002). Patient self-management of oral anticoagulation. *Clin Lab Haematol, 24*(4), 253-7.

Bluestein D, Brantley C, Barnes-Eley M, Gravenstein S, & Basta S. (2007). Measuring International Normalized Ratios in Long-Term Care: A Comparison of Commercial Laboratory and Point-of-Care Device Results. *Journal of the American Medical Directors Association, 8*(6), 404-8.

Bousser MG, Bouthier J, Buller HR, Cohen AT, Crijns H, Davidson BL, et al. (2008). Comparison of idraparinux with vitamin K antagonists for prevention of thromboembolism in patients with atrial fibrillation: a randomised, open-label, non-inferiority trial. *Lancet, 371*(9609), 315-21.

Bristol-Myers Squibb. (2011). *COUMADIN (warfarin sodium) tablets prescribing information ("Product label")*. Retrieved from Princeton, NJ, :

CADTH, & Canadian Agency for Drugs and Technologies in Health. (2014). *Point-of-care Testing of International Normalized Ratio for Patients on Oral Anticoagulant Therapy: Systematic Review and Economic Analysis. (CADTH Optional Use Report Vol 3 No. 1B). CADTH Optimal Use Report.* Retrieved from www.cadth.ca/media/pdf/OP0515_POC%20INR_Science_Report.pdf

Cannon CP, & Kohli P. (2012). Danger ahead: watch out for indirect comparisons! *J Am Coll Cardiol, 60*(8), 747-8.

Chang H-Y, Zhou M, Tang W, Alexander GC, & Singh S. (2015). Risk of gastrointestinal bleeding associated with oral anticoagulants: population based retrospective cohort study. *Bmj, 350*.

Chin PK, Wright DF, Patterson DM, Doogue MP, & Begg EJ. (2014). A proposal for dose-adjustment of dabigatran etexilate in atrial fibrillation guided by thrombin time. *Br J Clin Pharmacol*.

Clinical Endpoint Committee ROCKET-AF (2010, Jan 12). [Clinical Endpoint Committee Charter ROCKET-AF Version 3.4 January 12, 2010 (Starts on p. 9832 of Rivaroxaban: Clinical Study Report 39039039AFL3001) ].

Cohen D. (2016). Manufacturer failed to disclose faulty device in

rivaroxaban trial. *Bmj, BMJ 2016;354:i5131 doi: 10.1136/bmj.i5131*, 6.

Connock M, Stevens C, Fry-Smith A, Jowett S, Fitzmaurice D, Moore D, et al. (2007). Clinical effectiveness and cost-effectiveness of different models of managing long-term oral anticoagulation therapy: a systematic review and economic modelling. *Health Technol Assess, 11*(38), iii-iv, ix-66.

Connolly SJ, Ezekowitz MD, Yusuf S, Eikelboom J, Oldgren J, Parekh A, et al. (2009). Dabigatran versus warfarin in patients with atrial fibrillation. *N Engl J Med, 361*(12), 1139-51.

Connolly SJ, Pogue J, Eikelboom J, Flaker G, Commerford P, Franzosi MG, et al. (2008). Benefit of oral anticoagulant over antiplatelet therapy in atrial fibrillation depends on the quality of international normalized ratio control achieved by centers and countries as measured by time in therapeutic range. *Circulation, 118*(20), 2029-37.

Dallal GE. (2012, May 25). The Little Handbook of Statistical Practice.   Retrieved from http://www.jerrydallal.com/lhsp/LHSP.HTM

De Caterina R, Husted S, Wallentin L, Andreotti F, Arnesen H, Bachmann F, et al. (2013). Vitamin K antagonists in heart disease: current status and perspectives (Section III). Position paper of the ESC Working Group on Thrombosis--Task Force on Anticoagulants in Heart Disease. *Thrombosis and haemostasis, 110*(6), 1087-107.

Eikelboom J. (2015). *Potential regulatory pathways. More evidence? More trials? Which outcomes? Cardiac Research Safety Consortium Meeting Dec 3, 2015*  Retrieved from

EMA, & Agency EM. (2011). *9 June 2011 Pradaxa: International Nonproprietary Name: dabigatran etexilate. Procedure No. EMEA/H/C/000829/X/13/G. Committee for Medicinal Products for Human Use (CHMP).* Retrieved from

Engelsen J, & Nielsen J. (2005). Accuracy and Precision of International Normalized Ratios (INRs) for Two Point of Care Test Systems: Comparison with Laboratory INR Monitoring (Poster 1294) Abstract from the 2005 XX ISTH Congress & 51st Annual SSC Meeting). Poster available as XARELTO_JANSSEN_18454883. *Journal of Thrombosis and Haemostasis, 3 supplement 1,.*

Everson-Stewart S, & Emerson SS. (2010). Bio-creep in non-inferiority clinical trials. *Stat Med, 29*(27), 2769-80.

FDA. (2002, 07/18/2016). 510(k) Premarket Notification: 510(k) Number K020679. Device Name INRATIO. Applicant: HEMOSENSE, INC., 600 Valley Way, Milpitas, CA 95035.   Retrieved from https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K020679

FDA. (2005). Inspections, Compliance, Enforcement, and Criminal Investigations. HemoSense Corporation 04-Oct-05.   Retrieved from http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2005/ucm075594.htm

FDA (2006, Sep 6). [September 6, 2006 Preliminary responses End of Phase 2 meeting with FDA IND 75,238 [XARELTO_BHCP_05778355]].

FDA. (2011a, Sep 8). FDA Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee (CRDAC). .   Retrieved from http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM270796.pdf

FDA. (2011b). Rivaroxaban (XARELTO®) Cardiovascular & Renal Drugs Advisory Committee Meeting, Thursday, September 8, 2011 Transcript. In Center for Drug Evaluation and Research (Ed.), (pp. 418). Marriot Inn & Conference Center, UMUC, Adelphi, Maryland.

FDA. (2014). *Supplemental Approval NDA 22512/S-025 (dabigatran etexilate)*. Retrieved from Silver Spring, MD:

FDA. (2015). Overview of IVD Regulation.  Last Updated: 03/19/2015 Retrieved from http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/IVDRegulatoryAssistance/ucm123682

FDA. (2016). Alere to Initiate Voluntary Withdrawal of the Alere INRatio and INRatio2 PT/INR Monitor System (July 11, 2016). *Recalls, Market Withdrawals, & Safety Alerts.*  Retrieved from http://www.fda.gov/Safety/Recalls/ucm510746.htm

FDA, & Lai J-P. (2012). *Apixaban (ELIQUIS®) NDA 202-155 Prevention of stroke, systemic embolism, in patients with non-valvular atrial fibrillation. Clinical Pharmacology Review.* Retrieved from http://www.accessdata.fda.gov/drugsatfda_docs/nda/2012/202155Orig1s000ClinPharmR.pdf

Fiumara K, & Goldhaber SZ. (2009). Cardiology patient pages. A patient's guide to taking coumadin/warfarin. *Circulation, 119*(8), e220-2.

Fleming TR. (2008). Current issues in non-inferiority trials. *Stat Med, 27*(3), 317-32.

Fuster V, Ryden LE, Asinger RW, Cannom DS, Crijns HJ, Frye RL, et al. (2001). ACC/AHA/ESC guidelines for the management of patients with atrial fibrillation: executive summary. A Report of the American College of Cardiology/ American Heart Association Task Force on Practice Guidelines and the European Society of Cardiology Committee for Practice Guidelines and Policy Conferences (Committee to Develop Guidelines for the Management of Patients With Atrial Fibrillation): developed in Collaboration With the North American Society of Pacing and Electrophysiology. *J Am Coll Cardiol, 38*(4), 1231-66.

Fuster V, Ryden LE, Cannom DS, Crijns HJ, Curtis AB, Ellenbogen KA, et al. (2006). ACC/AHA/ESC 2006 Guidelines for the Management of Patients with Atrial Fibrillation: a report of the American College of Cardiology/American Heart Association Task Force on Practice Guidelines and the European Society of Cardiology Committee for Practice Guidelines (Writing Committee to Revise the 2001 Guidelines for the Management of Patients With Atrial Fibrillation): developed in collaboration with the European Heart Rhythm Association and the Heart Rhythm Society. *Circulation, 114*(7), e257-354.

Gallagher AM, Setakis E, Plumb JM, Clemens A, & van Staa TP. (2011). Risks of stroke and mortality associated with suboptimal anticoagulation in atrial fibrillation patients. *Thrombosis and haemostasis, 106*(5), 968-77.

Gallego P, Roldan V, Marin F, Romera M, Valdes M, Vicente V, et al. (2013). Cessation of oral anticoagulation in relation to mortality and the risk of thrombotic events in patients with atrial fibrillation. *Thrombosis and haemostasis, 110*(6), 1189-98.

Girgis IG, Patel MR, Peters GR, Moore KT, Mahaffey KW, Nessel CC, et al. (2014). Population pharmacokinetics and pharmacodynamics of rivaroxaban in patients with non-valvular atrial fibrillation: results from ROCKET AF. *J Clin Pharmacol, 54*(8), 917-27.

Gorst-Rasmussen A, Lip GY, & Bjerregaard Larsen T. (2016). Rivaroxaban versus warfarin and dabigatran in atrial fibrillation: comparative effectiveness and safety in Danish routine care. *Pharmacoepidemiol Drug Saf.*

Graham DJ, Reichman ME, Wernecke M, Hsueh YH, Izem R, Southworth MR, et al. (2016). Stroke, Bleeding, and Mortality Risks in Elderly Medicare Beneficiaries Treated With Dabigatran or Rivaroxaban for Nonvalvular Atrial Fibrillation. *JAMA Intern Med.*

Granger CB, Alexander JH, McMurray JJ, Lopes RD, Hylek EM, Hanna M, et al. (2011). Apixaban versus warfarin in patients with atrial fibrillation. *N Engl J Med, 365*(11), 981-92.

Grzymala-Lubanski B, Sjalander S, Renlund H, Svensson PJ, & Sjalander A. (2013). Computer aided warfarin dosing in the Swedish national quality registry AuriculA - Algorithmic suggestions are performing better than manually changed doses. *Thromb Res, 131*(2), 130-4.

Hart RG, Diener HC, Yang S, Connolly SJ, Wallentin L, Reilly PA, et al. (2012). Intracranial hemorrhage in atrial fibrillation patients during anticoagulation with warfarin or dabigatran: the RE-LY trial. *Stroke, 43*(6), 1511-7.

Hart RG, Pearce LA, & Aguilar MI. (2007). Meta-analysis: antithrombotic therapy to prevent stroke in patients who have nonvalvular atrial fibrillation. *Ann Intern Med, 146*(12), 857-67.

HemoSense Inc. (2005). INRatio®: Technical Bulletin 106: Accuracy and Precision [XARELTO_JANSSEN_04932514] (pp. 2). San Jose, CA.

Hemosense Inc. (2006). INRatio Professional User's Guide and Training Manual [XAREL TO_JANSSEN_16397825]. In Hemoscense Inc. (Ed.). San Jose, CA.

Hylek EM, Go AS, Chang Y, Jensvold NG, Henault LE, Selby JV, et al. (2003). Effect of intensity of oral anticoagulation on stroke severity and mortality in atrial fibrillation. *N Engl J Med, 349*(11), 1019-26.

J & J. (2010). Rivaroxaban: Clinical Study Report JNJ39039039AFL3001 -- The ROCKET AF Trial (XARELTO_JANSSEN_00002047). In Johnson & Johnson Pharmaceutical Research & Development (Ed.), (pp. 30885).

Janssen Pharmaceuticals. (2011). XARELTO (rivaroxaban) tablets, for oral use Prescribing Information / Product Label Issued: November 2011 (pp. 33).

Janssen Pharmaceuticals. (2015). XARELTO® (rivaroxaban) tablets Prescribing Information / Product Label. Revised: 01/2015 (pp. 13). Titusville, NJ 08560: Janssen Ortho.

Janssen Research & Development (2016a, Apr 18). [Apr 18, 2016 Response to FDA Request for Information Regarding the Alere INRatio Monitor System Recall [XARELTO _JANSSEN_22661455]]. EDMS-ERI- 122861949.

Janssen Research & Development (2016b, Feb 1). [Feb 1, 2016 Response to FDA Request for Information Regarding the Alere INRatio Monitor System Recall [XARELTO_BHCP_07995684]].

Janssen Research & Development (2016c, Feb 5). [Feb 5, 2016 Response to FDA Request for Information Regarding the Alere INRatio Monitor System [XARELTO_JANSSEN_16397478]].

Janssen Research & Development (2016d, Feb 5). [Feb 7, 2016 Response to FDA Request for Information Regarding the Alere INRatio Monitor System Recall [XARELTO_JANSSEN_16397478]].

Janssen Research & Development (2016e, June 23). [June 23, 2016 Response to FDA Request for Information Regarding the Alere INRatio Monitor System Recall dated [XARELTO_JANSSEN_24277161]].

Janssen Research & Development (James Pan) (2015, Nov 12). [Nov 12, 2015 e-mail and attachments RE: EMA Questions on Lab Testing [XARELTO_JANSEEN_15522170], Statistical reports from Suh, E. H. and Sheng, J.].

Kaatz S. (2008). Determinants and measures of quality in oral anticoagulation therapy. *Journal of Thrombosis and Thrombolysis, 25*(1), 61-6.

Kim YK, Nieuwlaat R, Connolly SJ, Schulman S, Meijer K, Raju N, et al. (2010). Effect of a simple two-step warfarin dosing algorithm on anticoagulant control as measured by time in therapeutic range: a pilot study. *Journal of Thrombosis and Haemostasis, 8*(1), 101-6.

Lip GY, Larsen TB, Skjoth F, & Rasmussen LH. (2012). Indirect comparisons of new oral anticoagulant drugs for efficacy and safety when used for stroke prevention in atrial fibrillation. *J Am Coll Cardiol, 60*(8), 738-46.

Matchar DB, Samsa GP, Cohen SJ, Oddone EZ, & Jurgelski AE. (2002). Improving the quality of anticoagulation of patients with atrial fibrillation in managed care organizations: results of the managing anticoagulation services trial. *Am J Med, 113*(1), 42-51.

Mega JL, Braunwald E, Mohanavelu S, Burton P, Poulter R, Misselwitz F, et al. (2009). Rivaroxaban versus placebo in patients with acute coronary syndromes (ATLAS ACS-TIMI 46): a randomised, double-blind, phase II trial. *Lancet, 374*(9683), 29-38.

Mega JL, Braunwald E, Wiviott SD, Bassand J-P, Bhatt DL, Bode C, et al. (2012). Rivaroxaban in Patients with a Recent Acute Coronary Syndrome. *New England Journal of Medicine, 366*(1), 9-19.

Mehran R, Rao SV, Bhatt DL, Gibson CM, Caixeta A, Eikelboom J, et al. (2011). Standardized bleeding definitions for cardiovascular clinical trials: a consensus report from the Bleeding Academic Research Consortium. *Circulation, 123*(23), 2736-47.

Moore GW, Henley A, Cotton SS, Tugnait S, & Rangarajan S. (2007). Clinically significant differences between point-of-care analysers and a standard analyser for monitoring the International Normalized Ratio in oral anticoagulant therapy: a multi-instrument evaluation in a hospital outpatient setting. *Blood Coagul Fibrinolysis, 18*(3), 287-92.

Mueck W, Eriksson BI, Bauer KA, Borris L, Dahl OE, Fisher WD, et al. (2008). Population pharmacokinetics and pharmacodynamics of rivaroxaban--an oral, direct factor Xa inhibitor--in patients undergoing major orthopaedic surgery. *Clin Pharmacokinet, 47*(3), 203-16.

Patel MR, Helkemp AS, & Fox KAA. (2016a). The Authors REPLY to Point-of-Care Warfarin Monitoring in the ROCKET AF Trial (doi:10.1056/NEJMc1604020). *New England Journal of Medicine, 375*, 390-1.

Patel MR, Hellkamp AS, & Fox KAA. (2016b). Point-of-Care Warfarin Monitoring in the ROCKET AF Trial. *New England Journal of Medicine, 374*(8), 785-8.

Patel MR, Mahaffey KW, Garg J, Pan G, Singer DE, Hacke W, et al. (2011). Rivaroxaban versus warfarin in nonvalvular atrial fibrillation. *N Engl J Med, 365*(10), 883-91.

Peto R, Pike MC, Armitage P, Breslow NE, Cox DR, Howard SV, et al. (1976). Design and analysis of randomized clinical trials requiring prolonged observation of each patient. I. Introduction and design. *British journal of cancer, 34*(6), 585-612.

Peto R, Pike MC, Armitage P, Breslow NE, Cox DR, Howard SV, et al. (1977). Design and analysis of randomized clinical trials requiring prolonged observation of each patient. II. analysis and examples. *British journal of cancer, 35*(1), 1-39.

Piccini JP (2007, Oct 31). [ROCKET-AF Helpline & Hemosense Update Presentation Oct 31, 2007 (XARELTO_JANSSEN_13531745)].

Piccini JP, Hellkamp AS, Lokhnygina Y, Patel MR, Harrell FE, Singer DE, et al. (2014). Relationship between time in therapeutic range and comparative treatment effect of rivaroxaban and warfarin: results from the ROCKET AF trial. *J Am Heart Assoc, 3*(2), e000521.

Pisters R, Lane DA, Nieuwlaat R, de Vos CB, Crijns HJGM, & Lip GYH. (2010). A Novel User-Friendly Score (HAS-BLED) To Assess 1-Year Risk of Major Bleeding in Patients With Atrial Fibrillation: The Euro Heart Survey. *Chest, 138*(5), 1093-100.

Poller L, Keown M, Ibrahim S, Lowe G, Moia M, Turpie AG, et al. (2008). An international multicenter randomized study of computer-assisted oral anticoagulant dosage vs. medical staff dosage. *J Thromb Haemost, 6*(6), 935-43.

Porta MS (Ed.) (2008). *A Dictionary of Epidemiology* (5th ed.). Oxford: Oxford University Press.

Powell JR. (2016). Point-of-Care Warfarin Monitoring in the ROCKET AF Trial doi:10.1056/NEJMc1604020. *New England Journal of Medicine, 375*, 390-1.

Ranganathan P, & Pramesh CS. (2012). Censoring in survival analysis: Potential for bias. *Perspectives in Clinical Research, 3*(1), 40-.

Rathi VK, Krumholz HM, Hines  HH, & Ross JS. (2016). Commentary: Diagnostic devices in clinical trials have high stakes for patient care. *Bmj, 354:i5197 doi: 10.1136/bmj.i5197*.

Reilly PA, Lehr T, Haertter S, Connolly SJ, Yusuf S, Eikelboom JW, et al. (2014). The effect of dabigatran plasma concentrations and patient characteristics on the frequency of ischemic stroke and major bleeding in atrial fibrillation patients: the RE-LY Trial (Randomized Evaluation of Long-Term Anticoagulation Therapy). *J Am Coll Cardiol, 63*(4), 321-8.

ROCKET AF Study Investigators. (2010). Rivaroxaban-once daily, oral, direct factor Xa inhibition compared with vitamin K antagonism for prevention of stroke and Embolism Trial in Atrial Fibrillation: rationale and design of the ROCKET AF study. *Am Heart J, 159*(3), 340-7.e1.

Rosendaal FR, Cannegieter SC, van der Meer FJ, & Briet E. (1993). A method to determine the optimal intensity of oral anticoagulant therapy. *Thrombosis and haemostasis, 69*(3), 236-9.

Sackett DL. (1979). Bias in analytic research. *Journal of Chronic Diseases, 32*(1-2), 51-63.

Samsa GP, & Matchar DB. (2000). Relationship between test frequency and outcomes of anticoagulation: a literature review and commentary with implications for the design of randomized trials of patient self-management. *J Thromb Thrombolysis, 9*(3), 283-92.

Schneeweiss S, Gagne JJ, Patrick AR, Choudhry NK, & Avorn J. (2012). Comparative efficacy and safety of new oral anticoagulants in patients with atrial fibrillation. *Circ Cardiovasc Qual Outcomes, 5*(4), 480-6.

Schulman S, Kearon C, & and the Subcommittee on Control of Anticoagulation of the Scientific Standardization Committee of the International Society on Thrombosis and Haemostasis. (2005). Definition of major bleeding in clinical investigations of antihemostatic medicinal products in non-surgical patients. *J Thromb Haemost, 3*(4), 692-4.

Shen AY, Yao JF, Brar SS, Jorgensen MB, & Chen W. (2007). Racial/ethnic differences in the risk of intracranial hemorrhage among patients with atrial fibrillation. *J Am Coll Cardiol, 50*(4), 309-15.

Singer DE, Hellkamp AS, Piccini JP, Mahaffey KW, Lokhnygina Y, Pan G, et al. (2013). Impact of global geographic region on time in therapeutic range on warfarin anticoagulant therapy: data from the ROCKET AF clinical trial. *J Am Heart Assoc, 2*(1), e000067.

Streiff M. (2016). *Point-of-Care INR Testing: A Clinician's Perspective Presentation at FDA Public Workshop--Point of Care Prothrombin Time INR Devices for Monitoring Warfarin Therapy March 18, 2016*. Retrieved from http://www.fda.gov/MedicalDevices/NewsEvents/WorkshopsConferences/ucm476561.htm

Taborski U, Braun SL, & Voller H. (2004). Analytical performance of the new coagulation monitoring system INRatio for the determination of INR compared with the coagulation monitor Coaguchek S and an established laboratory method. *J Thromb Thrombolysis, 18*(2), 103-7.

Temple R. (2015). *NOAC Dosing: Precision Dosing -- Yes!  Cardiac Research Safety Consortium Meeting Dec 3, 2015* http://cardiac-safety.org/wp-content/uploads/2015/12/S2_1a_Temple.pdf. Retrieved from Silver Spring, MD:

van der Meer FJ, Rosendaal FR, Vandenbroucke JP, & Briet E. (1996). Assessment of a bleeding risk index in two cohorts of patients treated with oral anticoagulants. *Thrombosis and haemostasis, 76*(1), 12-6.

Van Spall HG, Wallentin L, Yusuf S, Eikelboom JW, Nieuwlaat R, Yang S, et al. (2012). Variation in warfarin dose adjustment practice is responsible for differences in the quality of anticoagulation control between centers and countries: an analysis of patients receiving warfarin in the randomized evaluation of long-term anticoagulation therapy (RE-LY) trial. *Circulation, 126*(19), 2309-16.

Weitz JI, Bauersachs R, Beyer-Westendorf J, Bounameaux H, Brighton TA, Cohen AT, et al. (2015). Two doses of rivaroxaban versus aspirin for prevention of recurrent venous thromboembolism. Rationale for and design of the EINSTEIN CHOICE study. *Thrombosis and haemostasis, 114*(3), 645-50.

Whitlock RP, Fordyce CB, Midei MG, Ellis D, Garcia D, Weitz JI, et al. (2016). A randomised, double blind comparison of tecarfarin, a novel vitamin K antagonist, with warfarin. The EmbraceAC Trial. *Thrombosis and haemostasis, 116*(2), 241-50.

Wolfe S, & Rosendaal F. (2015). *Public Citizen* Letter to the FDA Regarding INRatio December 10, 2015. Retrieved from http://www.citizen.org/documents/2290.pdf

Wong KS, Hu DY, Oomman A, Tan RS, Patel MR, Singer DE, et al. (2014). Rivaroxaban for stroke prevention in East Asian patients from the ROCKET AF trial. *Stroke, 45*(6), 1739-47.

Wysowski DK, Nourjah P, & Swartz L. (2007). Bleeding complications with warfarin use: a prevalent adverse effect resulting in regulatory action. *Arch Intern Med, 167*(13), 1414-9.

# Appendix Report:

# Accuracy and Precision of the INRatio® Point-of-Care Coagulometer

**October 12, 2016**

B. Burt Gerstman, Ph.D.

San Jose State University

b.b.gerstman@sjsu.edu

Prepared for MDL - 2592 Xarelto Products Liability Litigation

Referencing style based on the *Cochrane Style Guide 4.1 edition* (Beamond 2010)

Appendix Report: Accuracy of the INRatio® Device

## Table of contents

1    Objectives .................................................................................................................... 6

2    Methods of measuring precision and accuracy ........................................................ 7

  2.1    Definitions ........................................................................................................... 7

  2.2    Precision statistics ............................................................................................. 8

  2.3    Mean difference and mean relative difference ................................................. 9

  2.4    Mean absolute deviation and mean relative [absolute] deviation .................. 9

  2.5    Bland-Altman plots .......................................................................................... 10

  2.6    ISO 17593 criteria ............................................................................................ 11

  2.7    FDA 2016 criteria ............................................................................................. 12

  2.8    Diagnostic accuracy ......................................................................................... 15

    2.8.1    Early criteria ................................................................................................ 15

    2.8.2    Diagnostic accuracy based on current dosing recommendations ............ 15

    2.8.3    Clinically meaningful discrepancies ......................................................... 16

  2.9    Correlation and concordance .......................................................................... 17

  2.10    Sample size requirements ............................................................................ 18

  2.11    Section summary ........................................................................................... 18

3    Studies cited in ROCKET-AF sources ...................................................................... 19

Appendix Report: Accuracy of the INRatio® Device

3.1    Taborski 2004 ................................................................................................. 19

3.2    HemoSense™ Technical Bulletin 106 (2005)................................................ 22

3.3    Engelsen 2005 ................................................................................................ 24

3.4    Bluestein 2007 ............................................................................................... 25

3.5    Section summary and discussion ................................................................... 26

4    Studies from 2007 to 2010............................................................................... 28

4.1    Moore 2007..................................................................................................... 28

4.2    Hemkens 2008 ............................................................................................... 29

4.3    Solvik 2010 ..................................................................................................... 30

4.4    Section summary and discussion ................................................................... 31

5    Studies available after 2010 ........................................................................... 32

5.1    Alere 2011 ...................................................................................................... 32

5.2    Alere 2013 ...................................................................................................... 32

5.3    Meneghelo 2015 ............................................................................................ 33

5.4    Dionizovik-Dimanovski  2015 ....................................................................... 33

5.5    van den Besselaar 2015 ................................................................................ 34

5.6    Section summary and discussion ................................................................... 35

6    ROCKET-AF INRatio® data ............................................................................. 36

6.1    Data................................................................................................................. 36

B. BURT GERSTMAN

Appendix Report: Accuracy of the INRatio® Device

6.2      Analyses ....................................................................................................................... 36

    6.2.1    Analytic accuracy ................................................................................................ 36

    6.2.2    Diagnostic accuracy ............................................................................................ 39

6.3      Pre-analytic factors (freezing and storage) ............................................................... 40

6.4      Section summary and discussion ............................................................................... 42

7    Discussion .......................................................................................................................... 43

8    References .......................................................................................................................... 46

Appendix Report: Accuracy of the INRatio® Device

## Acronyms

| CV | coefficient of variation |
|---|---|
| DCRI | Duke Clinical Research Institute |
| DL | discrepant low |
| EMA | European Medicines Agency |
| FDA | [U.S.] Food and Drug Administration |
| ICC | intra-class correlation |
| INR | International Normalized Ratio |
| $INR_{LAB}$ | INR value from a reference lab |
| $INR_{POC}$ | INR value from a point-of-care coagulometer |
| JRDUS | Janssen Research and Development United States [Johnson & Johnson] |
| MAH | Marketing Authorisation Holder (pharmaceutical industry Europe) |
| MDL | Multi-district litigation |
| NDA | new drug application |
| POC | point-of-care [coagulometer] |
| PRDUS | Pharmaceutical Research & Development US (Johnson & Johnson/Janssen) |
| SD | standard deviation |
| SPAF | stroke prevention in atrial fibrillation patients |
| TR | therapeutic range |
| VDL | very discrepant low |

Appendix Report: Accuracy of the INRatio® Device

# 1  OBJECTIVES

The purpose of this report is to assess the available research on the accuracy of the INRatio® point-of-care (POC) coagulometer. Because the available research is not always cogent, statistical principals that are necessary to quantify coagulometer accuracy are first reviewed (§2). Sections 3 through 5 of this report review available research on the reliability of the INRatio® device in three distinct time periods. A separate section (§6) presents data from the ROCKET-AF that compares INRs from INRatio® devices in the ROCKET-AF study to those derived from the Duke Medical Center Core laboratory from weeks 12 and 24 of the study. The final section (§7) discusses the results of the review.

TABLE 1.1 lists dates relevant to the licensing of the INRatio® device, conduct of the ROCKET-AF trial, and licensing of rivaroxaban and the INRatio® device.

**TABLE 1.1.** Timeline in the licensing of rivaroxaban and the INRatio® point-of-care device.

| Date | Event |
|------|-------|
| 2002-07-18 | INRatio® device first licensed under FDA 510(k) clearance |
| 2005-10-05 | Warning letter from FDA to the manufacturer of the INRatio® device regarding clinically significant errors |
| 2006-09 | FDA/DCRP advice letter to company regarding conduct of ROCKET-AF |
| 2006-10-04 | ROCKET-AF trial original protocol |
| 2006-12-18 | ROCKET-AF trial, first patient enrollment |
| 2007-10-30 | ROCKET-AF Helpline & Hemosense Update Presentation |
| 2007-11-27 | ROCKET-AF original safety analysis plan |
| 2009-02-13 | ROCKET-AF protocol date listed in NDA |
| 2009-03-19 | NDA 022406 RIVA for VTE prevention (EINSTEIN trials) |
| 2009-06 | ROCKET-AF, end patient enrollment & randomization |
| 2010-09-07 | ROCKET-AF completion date |
| 2011-09-08 | NEJM publication of ROCKET-AF findings |
| 2015-12-05 | INRatio Class 1 recall |
| 2016-02-25 | NEJM publication of Correspondence #1 ("recall related conditions") |
| 2016-07-06 | NEJM publication of Correspondence #2 ("POC errors") |
| 2016-07-11 | INRatio® voluntarily withdrawn from market (FDA 2016a) |

Appendix Report: Accuracy of the INRatio® Device

# 2  METHODS OF MEASURING PRECISION AND ACCURACY

## 2.1  DEFINITIONS

The reliability of a coagulometer can be measured in terms of its *precision, bias,* and *accuracy*. *Precision* is the extent to which a measurement agrees with itself upon repetition. *Bias* is a systematic deviation from a reference standard. *Accuracy* is the total extent (imprecision and bias) to which the device agrees with a reference standard. For a device to be *accurate* it must be both *precise* and *unbiased*.

**Precision** is often spoken in terms of *repeatability* and *reproducibility*. The term *repeatability* is usually used to refer to the closeness of successive measurements obtained under identical conditions (*within-run* precision). The term *reproducibility* lends itself to the closeness of agreement between successive measurements obtained under changing conditions at different times and under different operators (*between-run* precision). *Reproducibility* is also confusingly used to refer to total imprecision, i.e., the sum of the within-run imprecision and between-run imprecision: $\sigma^2_{Total} = \sigma^2_{Within-run} + \sigma^2_{Between-run}$. In all instances, precision refers to agreement in the absence of a reference standard.

The term **bias** refers to the *average* difference between a device and a reference value. In measuring INRs, we determine bias relative to international criterion standards developed over the two decades (Jennings 2014; WHO 1999, 2013).

The term **accuracy** combines elements of precision and lack of bias.

- **Analytic accuracy** is the extent to which a test provides the same results as a reference method in a numerical sense.
- **Diagnostic accuracy** is defined in terms of the potential to change or not change diagnoses and treatments, in this case the warfarin dose of a patient (Anderson 1993; Douketis 1998).

More sophisticated methods of quantifying accuracy may divide sources of variation into calibration differences, between-subject variation, within-subject variation, and analytical imprecision  (Solvik 2010). For this review, we will primarily address practical measurements of precision and accuracy.

Appendix Report: Accuracy of the INRatio® Device

## 2.2 PRECISION STATISTICS

The two most common statistics used to quantify precision are the **standard deviation (SD)** and **coefficient of variation (CV)**. A standard deviation is "a mean squared difference," with "difference" defined in various ways (e.g., intra-device difference, inter-device difference, etc). A **coefficient of variation (*CV*)** is merely the standard deviation re-expressed in "mean-units": $CV = \frac{SD}{\text{MEAN}}$. The CV statistic is used synonymously with "precision." Coefficients of variation may also be calculated from calibration regression models using the slope and standard error of the slope (Poller 2002).

As noted, there is not one way to calculate standard deviation. However, in this report, the standard deviation of most direct interest quantifies the **intra-device precision** based on duplicate samples as follows, $SD = \sqrt{\frac{1}{n}\sum(INR_1 - INR_2)}$, where *n* represents the number of duplicated pairs, $INR_1$ represents the INR on the first reading, and $INR_2$ represents the duplicated reading from the same instrument (van den Besselaar 1996).

It is essential to explicitly identifying the nature of the sample in studies of precision because the *SD* and *CV* numbers without complete descriptions of the process used to collect samples are of limited value. Samples can be collected with fingerpricks performed on two different fingers or by drawing venous blood into a syringe without anticoagulant and then applying the blood to two coagulometers in parallel. The distinction between using capillary or venous blood to perform the test is thought to be relatively unimportant (Kaatz 1995; Taborski 2002), assuming a good capillary sample and proper type of venous blood collection tube is used for sample collection. The same device can be used to determine $INR_1$ and $INR_2$, or $INR_1$ and $INR_2$ can come from two different instruments of the same type in the determination of intra-device precision (analogous to within-lab precision).

Because standard deviations can vary with the level of the INR (unequal variance or *heteroscedasticity*), it may be desirable to calculate intra-device precision for separate INR ranges. Use of the CV can remedy this situation when variance increases along with INR by expressing the SD as a ratio. For some analytic purposes and models, it may be useful to mathematically transform INRs to a logarithmic scale to remedy the heteroscedasticity problem.

Appendix Report: Accuracy of the INRatio® Device

We may then ask "What is a reasonable level of intra-device precision for a coagulometer?" This issue is important because even a modest degree of imprecision can have diagnostic consequences. It is reasonable to assume measurement error tend toward normality. Assume we have a POC INR with a CV of 8%. At an INR of 3.0 (equivalent to an SD of 0.24), 95% of the INRs from an unbiased POC coagulometer will have a range of $3.00 \pm (2)(0.24) = 2.5$ to $3.5$. This degree of imprecision could lead to the diagnostic consequences in reducing or not reducing a warfarin dose (Cushman 2011; Van Spall 2012)—and this accounts only for random sources of error. Lab coagulometers, therefore, are required to have CV $\leq 3\%$ (WHO 2013), although it is not uncommon for them to routinely achieve precisions of 1% - 2% (Christensen 2012; van den Besselaar 1996, 2001). POC coagulometers, while not as precise as laboratory coagulometers, are still capable of achieving CVs < 5% (Christensen 2012; Christensen 2009; Plesch 2009; Plesch 2008; Poller 2002; Solvik 2010; van den Besselaar 2015).

## 2.3 MEAN DIFFERENCE AND MEAN RELATIVE DIFFERENCE

The "mean difference" and "mean relative difference" are summary measures of statistical bias. The mean difference $= \frac{1}{n}\sum(INR_{POC} - INR_{LAB})$ where $INR_{POC}$ represents the INR values determined by the POC device and $INR_{LAB}$ represents an INR derived by a reference lab. The mean relative difference $= \frac{1}{n}\sum\left(\frac{INR_{POC}-INR_{LAB}}{INR_{LAB}}\right)$. Beware that these statistics do not capture imprecision or accuracy. Even a highly inaccurate device can have a bias of 0 when large positive and negative differences average to 0.

## 2.4 MEAN ABSOLUTE DEVIATION AND MEAN RELATIVE [ABSOLUTE] DEVIATION

The mean absolute deviation and mean absolute relative deviation[a] are summary statistics of analytic accuracy. Both these statistics quantify the absolute distance (deviation) of POC values from reference values ignoring the direction of the differences.

- The mean absolute deviation (MAD) $= \frac{1}{n}\sum|INR_{POC} - INR_{LAB}|$

- The mean relative [absolute] deviation (MRD) $= \frac{1}{n}\sum\left(\frac{|INR_{POC}-INR_{LAB}|}{INR_{LAB}}\right)$

---

[a] The "mean relative absolute deviation" is also referred to as the "mean relative deviation" (MRD), which is easy to confuse with the "mean relative difference." However, these statistics have entirely different interpretations.

Appendix Report: Accuracy of the INRatio® Device

There are several issues to be aware of when interpreting these statistics.

- First, they do not capture the variability of deviations
- Second, they do not capture the direction of the deviations.
- Third, they do not quantify clinical acceptability.

For example, these three data points [(1, 4), (3, 3), (3, 3)] have the same MAD and MRD as these three data points [(3, 2), (3, 2), (3, 2)], even though the first series of measurements represents a greater problem diagnostically.

The first problem with the MRD (i.e., failure to capture variability) is partially remedied by accompanying these statistics with CV or SD statistic (§2.2). The second problem (i.e., direction of differences) is partially remedied by accompanying these statistics with mean difference statistics (§2.3). The third problem (i.e., the problem of interpretation) cannot be overcome, notwithstanding the benchmarks by Hill (1996). Note that the 1996 reference by Hill appears only in abstract form in the now defunct journal *Haemostasis*. The available abstract states "the mean relative deviation and median relative deviation best approximate accuracy as defined by agreement determination." However, the nature of the agreement determination is not identified, and why just use the agreement determination directly? The abstract also refers to a "table of values corresponding to very good, good, acceptable, marginal and very poor accuracy" but does not provide the table itself. The table is available in a secondary source (Taborski 2002), but without explanation or justification, and does not seem justified by modern standards. Sections 2.6 – 2.8 present more contemporary methods for determining analytic agreement and clinically meaningful (diagnostic) agreement.


## 2.5   BLAND-ALTMAN PLOTS

Bland-Altman plots (1986) can be used to explore differences between point-of-care (POC) devices and reference INR values. The Y-axis coordinate of Bland-Altman plots consist of the difference between the POC device reading and a lab-reading ($INR_{POC} - INR_{LAB}$). The X-axis coordinate is the mean of the two readings: ($INR_{POC} + INR_{LAB}$)/2. Beware that Bland-Altman *limits of agreement* do not determine clinical acceptability. They merely represent 2 standard deviations around the mean difference. **Clinical**

**acceptability must be based on biomedical objectives and not statistical variability**. Therefore, Bland-Altman plots are best reserved for exploratory data analyses.

## 2.6   ISO 17593 CRITERIA

The International Organization for Standardization (ISO 2007) has proposed the following minimum criteria for determining POC coagulometer accuracy:

(1) 90% of the differences shall be ±0.5 INR units for individuals with INR < 2.0

(2) 90% of the differences shall be within ±30% units for individuals with 2.0 < INR < 4.5

(3) the average difference shall be < 0.3 INR units overall

These agreement limits—depicted graphically in FIGURE 2.1—are too lax for determining clinical acceptability (FDA 2016b). For example, criteria #2 corresponds to agreement within ±0.75 for an INR of 2.5. Thus, a blood sample that is dead-center in the SPAF therapeutic range (i.e., 2.5) can register as sub-therapeutic (1.75) or supra-therapeutic range (3.25) and still be considered to be in agreement according to these criteria.



**Figure 2.1.** *ISO 17593:2007 thresholds superimposed on a difference plot. The Y-axis label in this figure is incorrect. To correct it, simply ignore the word "bias." (Sonu 2010, Fig 1A).*

Appendix Report: Accuracy of the INRatio® Device

Put another way, the allowable difference of ±30% for the INR range 2.0 to 3.0 extends the therapeutic range from 1.4 (ineffective in preventing stroke) to 3.9 INR (dangerously high), and this does not consider the 10% of values that are allowed outside of the thresholds. Results are even more lax for supratherapeutic specimens where an INR of 4.3 could register as 3.0 (normotherapeutic) and still be classified as an agreement.  The European Medicines Agency was critical of this laxity when it noted that these limits are "somewhat arbitrary and cannot be easily interpreted in terms of relevance for clinical decisions on dosing" (EMA 2016).

## 2.7   FDA 2016 CRITERIA

In acknowledgement of the laxity of ISO 17953, FDA (2016c) proposed these alternative limits:

(1)  95% of the differences shall be ±0.4 INR for INR < 2

(2)  95% of the differences shall be ±20% for INR between 2.0 and 4.5

(3)  95% of the differences shall be ±25% for INR > 4.5

TABLE 2.2 compares the ISO 17593 criteria and FDA proposed guidelines and FIGURE 2.2 demonstrate the FDA limits graphically in relation to ISO 17593:2007 criteria.

**TABLE 2.2**. Comparison of ISO and FDA POC performance standards.

| INR range | ISO 17593:2007 | FDA 2016 |
|---|---|---|
| < 2 | ± 0.5 INR | ± 0.4 INR |
| 2.0 − 4.5 | ± 30% | ± 20% |
| ≥ 4.5 | no criteria | ± 25% |

B. BURT GERSTMAN

Appendix Report: Accuracy of the INRatio® Device



**Figure 2.2.** *FDA agreement thresholds superimposed on ISO 17593 agreement thresholds.*

Although FDA's proposed criteria represent a noticeable tightening of the ISO 17593 criteria, they still represent a compromise. For instance, ±20% agreement effectively extends the therapeutic range to 3.75. A more fitting threshold based on diagnostic agreement would require agreement to be within ±15%, not ±20%, as specified in some sources (CADTH 2014; Poller 2006; Sonu 2010). FIGURE 2.3 illustrates thresholds of ±25%, ±20%, and ±15%.



**Figure 2.3.** *Agreement threshold based on +/- 15% are shown with the solid line. Source: Sonu 2010 Fig 1B.*

Appendix Report: Accuracy of the INRatio® Device

"Error grid" analyses have been proposed in the literature. For example, Shermock (2010) adopted the American College of Chest Physicians dosing recommendations to define diagnostic agreement based on the INR categories of <1.9, 1.9-3.3, 3.4-5.5, 5.6 – 9.0, and > 9.0  Alternative grids have been proposed by Hemkens (2008) and Peterson (2010).

Appendix Report: Accuracy of the INRatio® Device

## 2.8 DIAGNOSTIC ACCURACY

### 2.8.1 Early criteria

**Diagnostic accuracy** is defined in terms of the potential to change or not change the warfarin dose of the patient. Initial attempts to quantify diagnostic accuracy on this basis considered whether there was agreement below, within, or above the therapeutic range (Kaatz 1995). For a therapeutic range of 2.0 to 3.0, for example, a reference lab INR of 2.9 and POC device INR of 3.3 not be considered to agree. Anderson (Anderson 1993) had proposed expanded definition of agreement based on being within ±0.4 INR units of the therapeutic range. In addition, thresholds based on, for lack of a better term, "clinical Gestalt", have been used in the literature. Clinical Gestalt agreement thresholds have ranged from ±0.2 to ±0.7 INR, with ±0.5 being the most common level encountered (Andrew 2001; Bluestein 2007; Christensen 2012; Dionizovik-Dimanovski 2015; Fitzmaurice 2001; Kjeldsen 1997; van den Besselaar 2001).

### 2.8.2 Diagnostic accuracy based on current dosing recommendations

More sophisticated approaches for diagnostic agreement use treatment categories based on the consensus statement from professional association. Example of consensus recommendations come from the *American Society of Hematology* (Cushman 2011) and the *American College of Chest Physicians* (Singer 2008). FIGURE 2.4 illustrates recommendations from the *American Society of Hematology*.



*Consider 15% increase if INR ≤1.5 without explanation

**Figure 2.4.** *Dosing algorithm from the American Society of Hematology (Cushman 2011).*

Appendix Report: Accuracy of the INRatio® Device

TABLE 2.3 lists the simple dosing schedules used in the RE-LY trial of dabigatran and warfarin (Connolly 2009). Even remarkably simple dosing schedule like these have been shown to result in marked improvements time of warfarin dosing, time in the therapeutic range, and patient outcomes (Van Spall 2012).

**TABLE 2.3.** Warfarin dose adjustment algorithm used in the RE-LY trial (Van Spall 2012).

| INR | Change in warfarin dose |
|---|---|
| <= 1.50 | +15% |
| 1.51 – 1.99 | +10% |
| 2.00 – 3.00 | no change |
| 3.01 – 4.00 | -10% |
| 4.01 – 4.99 | hold warfarin for 1 day and then reduce the dose by 10% |
| >= 5.0 | hold warfarin until the INR in TR, then decreased by 15% per week |

### 2.8.3   Clinically meaningful discrepancies

Dosing recommendations can be adapted to define an error of clinically meaningful discrepancies. For example, categories loosely based on *American Hematological Society* dose ranges are shown in TABLE 2.4. We can then calculate the "discrepant low" and "discrepant high rates" based on the relative frequencies of observed differences. The discrepant low rate is an indicator for potential warfarin overdosing, and the discrepant high rate is the opposite.

**TABLE 2.4**. Moderately discrepant low (MDL), very discrepant low (VDL), moderately discrepant high (MDH), and very discrepant high (VDH) categories based on AHS thresholds.



| | Lab INR | | | | |
|---|---|---|---|---|---|
| POC INR | < 2 | **2.0-3.0** | 3.1-3.5 | 3.6-4.0 | 4.1+ |
| <2 | | | | MDL | **VDL** |
| **2.0 - 3.0** | | | | | MDL |
| 3.1 - 3.5 | | | | | |
| 3.6 – 4. | MDH | | | | |
| 4.1+ | **VDH** | MDH | | | |

Appendix Report: Accuracy of the INRatio® Device

## 2.9   CORRELATION AND CONCORDANCE

Correlation (for continuous data), and concordance (for categorical data) are encountered in articles on POC coagulometer reliability. While these methods may be useful for *exploratory* comparisons, they are not appropriate measures of diagnostic test accuracy or agreement (Bland 1996; Gwet 2008 2010). There are several reasons for this. We expect high correlation and concordance with repeated measurements even when agreement is extremely poor. This is because agreement depends as much on variability between observations as variability within observations; samples containing a large range of values will produce large correlations and concordance unless the measurements being compared have extremely poor agreement. In addition, some degree of concordance will inevitably be random.

If correlation statistics are for required [and they seldom are], *intra-class correlation (ICC)* may be considered for continuous data and Cohen's kappa may be considered for categorical data. Note, however, that there are six different types of ICCs (Shrout 1979) and multiple forms of kappa (Cohen's kappa, linear weighted kappa, quadratic weighted kappa, BAK and PABAK coefficients, the Brennan-Prediger coefficient, and AC1) and the wrong choice of ICC or kappa will lead to misleading conclusions. In addition, these statistics have no suitable benchmarks for clinical agreement, and present additional difficulties in interpretation (Cicchetti 1990; Feinstein 1990). Generally, ICCs and kappa statistics are best reserved for exploratory comparisons.

Similarly, scatter plots and significance testing enjoy little relevance in quantifying diagnostic test accuracy (e.g., see denouncement of correlation and significance testing of regression coefficients as means of quantifying POC accuracy in Kaatz and colleagues (1995). Scatterplots may look like a good fit, but even mild scatter and slight deviations from a slope of 1 and intercept of 0 can prove to be clinically unacceptable. Significance testing slopes ($H_0$: $\beta$ = 1) and intercepts ($H_0$: $\alpha$ = 0) only compounds the problem through an illusion of probabilistic proof (Cohen 1994). Non-parametric methods such as those proposed by Passing-Bablock (1983) do not solve this issue either, only making the problem worse because they are less influenced by outliers—knowledge of "outliers" is essential in understanding diagnostic accuracy.

Appendix Report: Accuracy of the INRatio® Device

## 2.10 SAMPLE SIZE REQUIREMENTS

A sample of adequate size is necessary to determine whether estimated claims of accuracy are reliable. The optimal sample size for evaluating precision and accuracy will vary depending on parameter being estimated (Sonu 2010). For example, one author calculated a sample size requirement of 103 based on power calculations for kappa statistics (Petersen 2010). FDA guidelines for a Clinical Laboratory Improvement require between 120 and 360 patients for clinical laboratory equipment, depending on intended use (FDA 2008; NCCLS 2002, 2003).  ISO 17593 recommends a sample size of at least 200 (ISO 2007). These can be used as starting point or "ballpark estimates" when considering the sample size requirements of a study.

## 2.11 SECTION SUMMARY

It is essential to understand the basics of how to measure diagnostic accuracy before reviewing the literature. Intra-device precision should be determined separately from accuracy. Core laboratory coagulometers should exhibit no more than 1% or 2% imprecision, while POC coagulometers should have no more than 5% imprecision.

Clinical acceptability must be based on biomedical objectives, not statistical variability. Bland-Altman plots may be used for exploratory purposes but not for determining clinical acceptability. Correlation and concordance do *not* quantify analytic or diagnostic accuracy.  Diagnostic accuracy is based on the potential to change or not change the warfarin dose. This is the best way to determine accuracy because of its meaningfulness. ISO 17593 (2007) criteria are arbitrary and too lax for relevant clinical dosing decisions. The FDA (2016) recent proposal for agreement represents an improvement. However, the best way to determine clinical acceptability is to calculate clinically meaningful discrepant low and discrepant high rates (§2.8.3).

Appendix Report: Accuracy of the INRatio® Device

# 3   STUDIES CITED IN ROCKET-AF SOURCES

This section interprets and discusses studies on the accuracy and precision of the INRatio® device that were cited in ROCKET-AF materials.

## 3.1   TABORSKI 2004

The article by Taborski and colleagues (2004) is cited in both the *Rivaroxaban: Clinical Study Report* (2010) and *ROCKET-AF Helpline & Hemosense Update* presentation (Piccini 2007). This study compared INR results from the INRatio coagulometer to INRs derived by an STA Compact coagulometer (Stago, Paris, France). It also addressed the performance of the Coaguchek S device (Roche Diagnostics). The study was supported by Hemosense Inc.

The methods used in this research are not always clearly reported. For example, the methods section indicates a samples size of 77 patients. However, it appears as if the precision (CV) data is based on 3 patients (since only 3 distinct INRs are reported) and the concordance table is based on 62 samples from an unknown number of patients.

TABLE 3.1 presents the coefficients of variation for agreement between two different INRatio® devices ("intra-device," analogous to within-lab precision) on what appears to be 3 distinct patients with multiple replicates. The patient below the therapeutic range (INR = 1.1) had a CV of 7.8%. A CV of 5.4% is reported for the patient with an INR 3.9, and a CV of 8.4% is reported for the patient with an INR of 5.3. TABLE 3.1 tallies the data. The average of the three reported CVs 7.2%, which is in the same "ballpark" as estimates by Solvik 2010 and van den Bessellar 2015. It is also greater than the recommended maximum of 5% (§2.2).

Coefficients of variation were not calculated for the CoaguChek S.

Appendix Report: Accuracy of the INRatio® Device

| TABLE 3.1. Within-run precision in three patients. Source: Taborski 2004. | | | |
|---|---|---|---|
| INR | n | CV | SD |
| 1.1 | 9 | 7.8% | 0.09 |
| 3.9 | 8 | 5.4% | 0.21 |
| 5.3 | 9 | 8.4 | 0.44 |
| Arithmetic averages | - | 7.2 | 0.25 |

Taborski 2004 reports correlation statistics and concordance statistics as measures of accuracy. These statistics do not quantify diagnostic test accuracy and are therefore not considered here (§2.9).

The mean relevant deviation (MRD) for the INRatio® was lower than that of the CoaguChek S® (MRD, 6.9% vs. 9.7%), indicating better accuracy. In contrast, van den Besselaar 2015 found MRDs of 11.6% (INRatio) and 4.3% (CoaguChek XS).

TABLE 3.2 present agreement cross-tabulations from Taborski 2004. Only three broad diagnostic categories are represented: hypertherapeutic, normotherapeutic, and hypotherapeutic. Of the 8 hypertherapeutic samples in this study, 3 (38%) were misclassified as normotherapeutic ("discrepantly low"). Of the 22 hypotherapeutic samples, 5 (23%) were misclassified as normotherapeutic ("discrepant high").

TABLE 3.2. INRatio® and lab reference concordance data. Source: Taborski 2004.



TABLE 3.3 is a diagnostic agreement table based on paired samples from ROCKET AF reported in Patel et al. (2016). The "discrepant low" rate for these data = (109 + 1005) / 2010 = 55.4%. The observed "discrepant low" rate in Taborski 2004 of "3 of 8" does not differ significantly from the discrepant low

Appendix Report: Accuracy of the INRatio® Device

rate in Patel 2016. [Goodness of fit with expected proportion (0.554), observed 3 events, expected 4.432; Exact binomial test: One-tailed $P$ = 0.253, two-tailed $P$ = 0.506.]

**TABLE 3.3.** INRs from the ROCKET study INRatio® devices paired to INRs from the Duke Medical Center clinical lab, warfarin users, week 24. Source: Patel 2016 Table S5, bottom.

| INRatio® | Reference Lab INR | | | |
| | Hypotherapeutic | Normotherapeutic | Hypertherapeutic | TOTAL |
|---|---|---|---|---|
| Hypotherapeutic | 982 | 548 | 109 | 1639 |
| Normotherapeutic | 101 | 1789 | 1005 | 2895 |
| Hypertherapeutic | 19 | 56 | 896 | 971 |
| TOTAL | 1102 | 2398 | 2010 | |

Overall, Taborski 2004 is of limited value because it frequently does not describe how data were generated in unambiguous terms. It is also of insufficient size to derive meaningful estimates of precision and accuracy. Nevertheless, a several findings from this study are worth mentioning.

Although the sample size and number of replicates used to quantify precision are not unambiguously explained in this article, the general impression is a typical CV of a little over 7%. This exceeds the maximum of 5% as recommended by several sources (§2.2).

the discrepant low rate seen in its cross-tabulated table, although of limited size, is consistent with the high "discrepant low" rates seen a decade later in the ROCKET validation study (Patel 2016).

Appendix Report: Accuracy of the INRatio® Device

## 3.2   HEMOSENSE™ TECHNICAL BULLETIN 106 (2005)

*INRatio® Technical Bulletin 106* (HemoSense Inc. 2005) was used to develop instructions for use of the INRatio in the ROCKET-AF trial (Byra 2011). A similar if not identical source cited as *Hemosense Technical Bulletin 5500209 2004* is referenced in Appendix 1.7.6 in the *Rivaroxaban Clinical Study Report* (2010, p. 9991). I was unable to locate *Hemosense Technical Bulletin 5500209 2004*, but believe that its information might be identical to that in *Technical Bulletin 106* (2005). It also appears as if the information in Technical Bulletin 106 is identical to materials submitted as part of the FDA 510(k) process used to license the product (FDA 2002).

This company technical bulletin compares results from the INRatio® to that of an MLA Electra 900c coagulometer, which is described as the "well established laboratory instrument." The sample size is not reported in the text. However, Figure 5 notes $n$ = 148. Scatterplots and Bland-Altman plots have fewer than 148 data points, although this may be due to over-striking of data points.

The coefficient of variation for "normal samples" is 11%. For samples "in the therapeutic range" the CV is 10%. The technical bulletin is not explicit in how CVs were derived, but it appears as if these may be measures of inter-device variability and not intra-device variability because there is no mention of duplicate sample (§2.2). Correlation and regression statistics as also reported. These are not useful measures of accuracy (§2.9).

A scatter plot in the report reveals an outlier with coordinates $INR_{LAB}$ = 5.5, $INR_{POC}$ = 1.9 [FIGURE 3.1]. The Bland-Altman plot from the report fails to include this outlier [FIGURE 3.2]. No meaningful inferences about the precision and accuracy of the INRatio® device can be derived from this report because of its insufficient reporting of results and methods used to derive its data.

Appendix Report: Accuracy of the INRatio® Device



**FIGURE 3.1.** Scatterplot from HemoSense Technical Bulletin 106 (2005). Emphasis added.



**FIGURE 3.2.** Bland-Altman plot from HemoSense Technical Bulletin 106 (2005). The outlier seen in the scatterplot would have Bland-Altman coordinates of X = 3.7, Y = -3.6 but is nowhere to be seen.

Appendix Report: Accuracy of the INRatio® Device

## 3.3  ENGELSEN 2005

Appendix 1.7.6 of the *Rivaroxaban: Clinical Study Report* (2010, p. 9991) cites a poster presentation from the *International Society of Thrombosis and Haemostasis* Meeting in Sydney, Australia in 2005. This research has never been published except in abstract form (Engelsen 2005). INRs from the INRatio® device are compared to those from a reference laboratory instrument (Stago STA® SPA 50 coagulometer). The Coagucheck S® (Roche Diagnostics) POC device is also assessed. Forty-seven (47) patients are evaluated.

The abstract states "Precision was examined by comparing the geometric mean difference between INRs from INRatio, CoaguCheck, and laboratory, and coefficient of variation (CV)". This makes little sense; geometric mean differences do not quantify precision. The CV for the INRatio® device is reported as 3.1%, but it is not clear how the sample were derived, whether this is intra-device or inter-device variability, whether this is within-run or between-run variability, etc.

Differences between the INRatio® and laboratory instrument were explored with a Bland-Altman plot. The mean difference line on a Bland-Altman plot is close to 0, indicating no bias (§2.3). 45 data points are visible on the Bland-Altman plot, 3 (7%) of which exceed a difference of ±1 INR unit. Because of the lack of definition in the B-A figure, it appears that either 5 (11%) or 6 (13%) of the point exceed a difference of ±0.5 INR units.

Clinical accuracy is evaluated by means of an unspecified dosing program. It is not mentioned whether the evaluations were blinded. The abstract notes that a dose change was required in 5 (11%) of the 47 INRatio INRs. The authors conclude that the INRatio® was reliable and valid, while the "CoaguCheck seems to underestimate the INR." Because the limited information in this abstract and the small sample size, a full independent review is not possible. Based on this limited information, it appears as if the INRs from the INRatio® and CoaguChek are of approximately equal diagnostic accuracy/inaccuracy.

## 3.4  BLUESTEIN 2007

The study by Bluestein and colleagues (2007) is cited in the *ROCKET-AF Helpline & Hemosense Update* presentation (Piccini 2007). This study of the INRatio® device took place at two continuing-care retirement communities in the in the Southeastern United States. It compared 317 INRs derived by the Hemosense INRatio® device to those derived by a commercial lab from two sites. Site 1 enrolled 16 patients and site 2 enrolled 8 patients. POC results were obtained within an hour of venipunctures.

Precision was not assessed in this study. Diagnostic accuracy was assessed as the proportion of $INR_{POC}$ within ±0.2 of $INR_{LAB}$, the proportion of $INR_{POC}$ within ±0.4 of $INR_{LAB}$, and the proportion of differences that would change warfarin dosing as assessed by two blinded physicians. TABLE 3.4 summarizes the results.

**TABLE 3.4**. Differences between INRatio and reference lab INRs by site. Source: Bluestein 2007.

|  | Site 1 (16 patients; 280 tests) | Site 2 (8 patients; 37 tests) |
|---|---|---|
| > ±0.2 INR unit difference (%) | 61 | 89 |
| > ±0.4 INR unit difference (%) | 36 | 70 |
| Diagnostic inaccuracy (%) | 18 | 38 |

Note that diagnostic inaccuracy varied by site. The diagnostic inaccuracy at site 2 (38%) is clearly unacceptable. The diagnostic accuracy at site 1 is marginal, depending on the type of extent of inaccuracy, which is not reported in the article. It is also relevant to note that ratings were more reliable when the INRs were within the therapeutic range than when they were above the therapeutic range. For example, at site 1, the diagnostic inaccuracy rate was 16% when the sample was within the therapeutic range and was 34% percent when the samples were above the therapeutic range.

An important finding in this research was that accuracy varied by the nurse tester. TABLE 3.5 shows that the results derived by Nurse 3 were much more accurate than the results derived by Nurse 2.  This clearly indicates the need to evaluate and continually monitor performance under prevailing conditions.

**TABLE 3.5**. Accuracy of INRatio by nurse testers at site 1. Source: Bluestein 2007.

|  | Nurse 1 ($n = 101$) | Nurse 2 ($n = 108$) | Nurse 3 ($n = 71$) |
|---|---|---|---|
| > ±0.2 INR unit difference | 61 | 70 | 47 |
| > ±0.4 INR unit difference | 33 | 44 | 27 |
| Diagnostic inaccuracy | 18 | 23 | 7 |

Appendix Report: Accuracy of the INRatio® Device

## 3.5 SECTION SUMMARY AND DISCUSSION

This section interprets and discusses studies of the INRatio® device that were cited in ROCKET-AF

materials. These four sources are discussed:

| Study | Type of publication | Sample size |
|-------|---------------------|-------------|
| Taborski 2004 | Peer reviewed article | 3 patients 8–9  duplicates each (CV) |
|  |  | 62 samples (concordance table) |
| HemoSense 2005 | Manufacturer's bulletin | ~148 samples |
| Engelsen 2005 | Presentation abstract | 47 patients |
| Bluestein 2007 | Peer reviewed article | 317 sample from 24 patients |

Taborski 2004 was the only study in this group to address intra-device precision. The average CV

comparing two separate INRatio® devices based on a limited number of observations (three patients)

was 7.3%. The MRD for the INRatio® was almost 3 points lower than the MRD for the CoaguChek S®,

which contrast with the results from van den Besselaar 2015, where the MRD was more than 7 points

higher; interpretation of the clinical relevance of the MRD is problematical in either case (§2.4).

Diagnostic agreement was suspect with the INRatio®, with 3 of the 8 hypertherapeutic misclassified as

normotherapeutic. This is a small sample but is consistent with the "discrepant low" rates found in the

paired-sample validation data from ROCKET AF (Patel 2016).


No meaningful inferences about the precision and accuracy of the INRatio® device can be derived from

from *HemoSense Technical Bulletin* (2005) because of insufficient level of reporting, inconsistencies,

inadequate statistical methods. The abstract by Engelsen &  Nielsen (2005) also lacks sufficient detail for

a scientific review.


Bluestein (2007) demonstrated that the accuracy the INRatio® device varies greatly by site and nurse

tester. POC INR values differed from lab INR values by more than ±0.4 INR unit between 36% and 70% of

the time. Diagnostic inaccuracy ranged from 7% to 38%, depending on the nurse tester. Results from

this study demonstrate the need to monitor the POC devices under prevailing field conditions. Routine

quality assurance checks with parallel samples sent to a reference lab should occur at regular intervals

and is recommended every 6 months (FDA 2016b; Shermock 2012)(Bhavnani 2002). For example, The

Johns Hopkins Hospital Special Coagulation Laboratory checks POC coagulometers against lab values

every 6 months and whenever devices deviate unexpectedly from prior patterns (Streiff 2016).

Participation in external quality assessment programs is a standard practice for clinical laboratories

(Yang 2004). Comparable practices might also apply to point-of-care coagulometers.

Appendix Report: Accuracy of the INRatio® Device

ROCKET-AF instituted a program to check uncertain POC INR reading for a given test during called "The Covance Recheck Program" in February of 2008 (J & J 2008b). This program was used infrequently during the trial, finding 16 instances of readings in 71 warfarin samples where the value from the point of care device and lab were recorded as inconsistent (Cohen 2016). [It is not clear what "inconsistent" means in this context.] To my knowledge, there was no systematic quality assurance of INRs derived by the INRatio® devices in the field until after the completion of the trial in 2016 (see §6).

Appendix Report: Accuracy of the INRatio® Device

# 4   STUDIES FROM 2007 TO 2010

This section considers studies from 2007 – 2010, while the ROCKET-AF study was still ongoing. Two of these studies were available before ROCKET-AF's final protocol revision of February 2009 (FDA 2011).

## 4.1   MOORE 2007

The study by Moore and colleagues (2007) was published in April of 2007. Dr. Puccini's *ROCKET-AF Helpline & Hemosense Update* presentation was on October 31, 2007, but I saw no mention of this report in the update.  The final protocol date for the rivaroxaban NDA is dated February 13, 2009.

Moore 2007 includes data from 186 patients, 166 of which are stable and on oral anticoagulants. The remaining 20 patients were receiving baseline INRs prior to starting anticoagulation. Five POC coagulometers are also evaluated in this research, including the Homochron Junior Signature® (ITC, Edison, New Jersey), the ProTime Microcoagulation System® (ITC Edison, New Jersey), the CoaguChek S® (Roche Diagnostics, Mannheim, Germany), the INRatio® (Sysmex, UK), and the Thrombolytic Assessment System TAS® (Bayer AG, Leverkusen, Germany). Reference INRs are derived by a Sysmex CA 1500 automated coagulometer with Innovin® thromboplastin.

Accuracy was assessed by determining the relative frequency of POC INRs that were < 0.5, 0.5 – 1.0, and >1.0 INR units different from the reference value. In addition, kappa statistics are calculated for the extended therapeutic range of 2.0 – 4.5. This broad therapeutic range is used to accommodate the cardiac patients in the study population. Correlation, paired *t* tests, and Bland-Altman tests are reported and are used only for exploratory and comparative purposes here for the reasons expressed in §2. Intra-device precision is not evaluated.

TABLE 4.1 replicates the table containing accuracy statistics from this article. The row for the INRatio® device is highlighted for easy reference. The INRatio® device achieved the lowest accuracy scores of the four devices tested. For example, 17.7% of the INRs derived by the INRatio coagulometer differed by more than 1.0 INR unit from the reference INRs.  The next closest device was the CoaguChek S (6.3%).

Agreement within the therapeutic range of 2.0 – 4.5 produced a kappa of 0.64. This indicates poor agreement for the purpose of dose adjustment (Moore 2007, p. 289) and is considerably lower than the

kappa statistics for the Hemochron Junior, ProTime, and CoaguChek S. Only the TAP had comparably low agreement.

**TABLE 4.1.** Agreement statistics of the INRatio and three other POC coagulometers from Moore 2007.

| POCT analyser | n | Number of paired results within 0.5 INR units (%) | Number of paired results within 0.5–1.0 INR units (%) | Number of paired results within >1.0 INR units (%) | Number of POCT results out of therapeutic range when paired Sysmex CA1500 results in range (%) | Number of Sysmex CA1500 results out of therapeutic range when paired POCT results in range (%) | Kappa statistic |
|---|---|---|---|---|---|---|---|
| Hemochron Junior Signature | 124 | 102 (81.5) | 21 (16.9) | 2 (1.6) | 5 (9.4) | 15 (12.1) | 0.70 |
| ProTime Microcoagulation System | 50 | 46 (92.0) | 4 (8.0) | 0 (0.0) | 1 (2.0) | 2 (4.0) | 0.89 |
| CoaguChek S | 96 | 74 (77.1) | 16 (16.6) | 6 (6.3) | 7 (7.3) | 2 (2.1) | 0.73 |
| INRatio | 96 | 52 (54.2) | 27 (28.1) | 17 (17.7) | 11 (11.5) | 10 (10.4) | 0.64 |
| Thrombolytic Assessment System | 98 | 61 (62.2) | 32 (32.7) | 5 (5.1) | 7 (7.1) | 15 (15.3) | 0.62 |

For the purposes of comparison, the entire therapeutic range of International Normalized Ratio (INR, 2.0–4.5) was used to assess within-range agreement. POCT, point-of-care test.

The Bland-Altman plots in the article confirm that the INRatio device produced the poorest agreement among the POC devices tested.

In summary, this article demonstrates that the accuracy to within ±1 unit of the INRatio was inferior to that of the Hemochron Junior Signature, ProTime, CoaguChek S, and Thrombolytic Assessment System (TAS) device, while its diagnostic accuracy as judged by kappa for an extended therapeutic range of 2.0 to 4.5 was inferior to all these devices except the TAS device, which demonstrated a similar kappa (0.64 vs. 0.62). Results of this article should have alerted the ROCKET-AF investigators of problems with the INRatio POC device.

## 4.2   HEMKENS 2008

The article by Hemkens and colleagues (2008) investigated the acceptability of patient self-monitoring using the INRatio® and CoaguCheck® S POC devices. The authors describe their study as a pilot study at locations in the article (e.g., pp. 26, 29).

Self-monitored INRs were compared to INRs from three separate reference laboratories. For the INRatio® data, 60 to 62 samples were collected from 16 patients. This study did not assess precision. Analytic accuracy is described in terms of mean absolute deviation [MAD] and mean relative deviation [MDR] (§2.4). Diagnostic accuracy is described in terms Anderson 1993 (§2.8.1) and the authors' own innovative "error grid."

MAD and MRD statistics for the INRatio® and CoaguChek S® were comparable (Hemkens 2008, p. 27). "A lower rate of clinically relevant disagreement according to Anderson's criteria [primary outcome] in the

Appendix Report: Accuracy of the INRatio® Device

CoaguChek S® group than in the INRatio® without statistical significance (10.77% vs. 12.90%; *P* = 0.787)" (Hemkens 2008, p. 22).  Using their error grid analysis, the authors found more difference of moderate clinical reliance with the INRatio® compared to the CoaguChek S® (4.8% vs. 1.5%). In summary, this diagnostic accuracy results slightly favored the CoaguChek. The authors conclude that, given the pilot nature of this study, additional trials in larger patient populations are needed in studying clinically relevant disagreement.

## 4.3   Solvik 2010

The study by Solvik and colleague (2010) is the most sophisticated study on this topic to date. It consists of 36 patients contributing venous blood and capillary blood samples on 4 separate occasions. The performance of the three POC coagulometers (Simple Simon®PT, CoaguChek®XS, and INRatio™) are compared to results from an STA Compact® coagulometer with RBT/90 calibrated according to WHO standards (WHO 1999). Within-run precision based on duplicate samples is quantified with CVs. Difference plots and Bland-Altman plots before correction for systematic difference between instruments are presented. An analysis of variance model was used to adjust for systematic differences and to subdivide sources of variation into component sources.

The INRatio exhibited a within-run CV of 7.9%. This is consistent with the CVs calculated by Taborski 2004, is 5-times the imprecision of the reference coagulometer (CV, 1.6%) and approximately twice the imprecision of the Simple Simon (CV, 3.6%) and CoaguChek XS (CV, 3.2%).

Findings of the variance component analysis are replicated in TABLE 4.2. The INRatio device had the highest systematic difference, total CV, and analytic imprecision of the devices tested.  This study indicates that the INRatio® POC coagulometer was not as precise or accurate as the Simple Simon® or CoaguChek XS® devices.

Appendix Report: Accuracy of the INRatio® Device

**TABLE 4.2.** Table 2 from Solvik 2010.

| Table 2. Mean systematic difference before correction and total variation, between- and within-subject variation, and analytical imprecision of the differences between instruments after correction for systematic differences.[a] | | | | | | |
|---|---|---|---|---|---|
| **Instruments compared** | **n[b]** | **Mean systematic difference, % (95% CI)** | **Total CV, % (95% CI)** | **Between-subject CV, % (95% CI)** | **Within-subject CV, % (95% CI)** | **Analytical imprecision CV, % (95% CI)** |
| Simple Simon and STA Compact | 23 | 5.1 (3.8 to 6.5) | 7.9 (7.1 to 9.4) | 3.3 (0.9 to 5.7) | 5.9 (4.8 to 7.3) | 4.1 (3.6 to 4.8) |
| CoaguChek XS and STA Compact | 34 | −1.0 (−2.4 to 0.4) | 9.6 (8.8 to 12.3) | 7.4 (6.1 to 10.6) | 4.8 (4.1 to 6.0) | 3.8 (3.4 to 4.3) |
| INRatio and STA Compact | 34 | 14.3 (12.3 to 16.2) | 11.8 (10.7 to 13.7) | 6.7 (4.9 to 9.4) | 4.6 (1.8 to 6.5) | 8.6 (7.6 to 9.7) |
| Simple Simon and CoaguChek XS | 23 | 6.2 (4.4 to 7.9) | 10.0 (9.1 to 13.7) | 7.3 (5.9 to 11.8) | 4.9 (3.7 to 6.4) | 4.9 (4.3 to 5.8) |
| INRatio and Simple Simon | 23 | 10.1 (8.1 to 12.1) | 9.8 (8.8 to 12.2) | 5.8 (4.0 to 9.1) | 4.4 (2.5 to 6.3) | 6.6 (5.7 to 7.7) |
| INRatio and CoaguChek XS | 34 | 13.9 (12.3 to 15.4) | 10.1 (9.5 to 12.4) | 5.5 (4.4 to 8.8) | 5.5 (4.2 to 7.2) | 6.4 (5.7 to 7.3) |

[a] For details about the ANOVA model see the Appendix in the online Data Supplement. For calculations of CIs see Burdick and Graybill (32).
[b] Number of patients compared (4 sampling times per patient). Patients 12 and 24 were excluded.

## 4.4   SECTION SUMMARY AND DISCUSSION

This section considers studies from 2007 – 2010, while the ROCKET-AF study was still ongoing. Two of these studies were available before ROCKET-AF's final protocol revision of February 2009 (FDA 2011). The following studies are reviewed:

| Study | Type of publication | Sample size for INRatio® group |
|---|---|---|
| (Moore 2007) | Peer-reviewed article | 186 patients, one sample each |
| (Hemkens 2008) | Peer-reviewed article | 16 patients, 62 samples |
| (Solvik 2010) | Peer-reviewed article | 36 patients, 144 samples |

Moore 2007 found inferior diagnostic agreement with the INRatio® device compared to the Hemochron Junior, ProTime, and CoaguChek S devices. Hemkens 2008 found more difference of moderate clinical reliance with the INRatio® compared to the CoaguChek S® and concluded that, given the pilot nature of this study, additional trials in larger patient populations are needed. Solvik (2010), the best designed and most sophisticated study in this group, found that the INRatio® device had inferior precision compared to the Simple Simon® and CoaguChek XS® (7.9% vs. 3.6% vs.3.2%). In addition, it had inferior analytical agreement according to several criteria, e.g., analytic imprecision 8.6% vs. 4.1 vs. 4.8%.

Appendix Report: Accuracy of the INRatio® Device

# 5   STUDIES AVAILABLE AFTER 2010

This section addresses findings from these studies made available after the ROCKET-AF study was completed.

## 5.1   ALERE 2011

This white paper from the manufacturer (Alere Inc 2011) tested six lots of tests strips and the INRatio®2 using the patients with duplicate measures. It is unclear how the patients were selected for study or how many samples were taken from each patient, although the term "duplicate measures" on page 4 implies some type of intra-device precision. The report lists a CV of 5.9% for samples in the therapeutic range and in the range 2.0 to 4.5. This is 1.5 – 2.0 points lower than the within-run CVs estimated by Solvik 2010 (CV, 7.9) and van den Besselaar 2015 (CV, 7.3). The CV for "normal" (nonanticoagulated) samples was 7.6%.

Accuracy was addressed by comparing INRatio®2 INRs to those derived by a Sysmex CA-560 coagulometer using rTR/95 thromboplastin (WHO standard). The ISO 17593:2007 difference plot from the white paper showed that 3 (6%) out of the approximately 50 data points are outside the ISO 17593 drawn limits. Thus, according to this white paper, the device passed the ISO 17953 criteria for agreement. Correlation and regression statistics are presented, but for the reasons stated in §2.9, are not addressed here.

## 5.2   ALERE 2013

This two page technical brief from the manufacturer (Alere Inc 2013) includes information from 11 sites comparing INRs from the INRatio2® device to INRs from three different laboratory coagulometers: ACL® system (3 sites, 83 subjects), STA® system (4 sites, 92 subjects), and Sysmex® system (2 sites, 37 subjects). The report does not explain how samples or sites were selected. Differences between the INRatio2® and laboratory instruments were assessed via ISO 17593 plots (§2.6). According to these criteria, agreement was between 96% and 100%.

## 5.3   MENEGHELO 2015

The study by Meneghelo and colleagues (2015) obtained INRs from the CoaguChek XS Plus® and the INRatio2® and compared them to a calibrated CA 1500 Coagulation Analyzer (Sysmex, Marburg, Germany). Samples were collected and tested by nurses trained by the companies supplying the equipment. The study population consisted of 962 patients from an anticoagulation clinic in Sao Paulo, Brazil. Analyses include Bland-Altman plots, Pearson correlation coefficients, and intra-class correlations. Within-run precision was not assessed. There was a tendency of the INRatio2® to overestimate INRs from the reference lab at the high end of the INR scale. There was also a considerable number of underestimates within the therapeutic range. The standard deviation (read from the Bland-Altman plot) is approximately 0.9, indicating substantial disagreement between the INRatio® POC device and reference laboratory.

The ICC for the CoaguChek XS Plus® was 0.899; the ICC for the INRatio2® device was 0.716 (§2.9) Thus, results were substantially more accurate with the CoaguChek XS Plus® than with INRatio2® device. The authors discuss cross-tabulated agreement tables, however the data appears to have been left out of the article. The authors concluded that POCs can be a useful tool for INR control. They also conclude that more consistent results were observed with the CoaguChek XS Plus® than with the INRatio® for patients below or within therapeutic range.

## 5.4   DIONIZOVIK-DIMANOVSKI 2015

The study by Dionizovik-Dimanovski and colleagues (2015) compared INRs from the INRatio® device to INR from the Medical Center Core Lab coagulometer (STA-R system using the STA-Neoplastine) in 50 patients on chronic continuous-flow left ventricular-assist devices. Statistical analyses included a Bland-Altman plot and proportion in disagreement based on a ±0.5 INR unit threshold. Correlation statistics were also used but are not addressed for the reasons specified in §2.9. Fifteen (30%) of the 50 $INR_{POC}$ were found to disagree by 0.5 INR units or more. None of the comorbid condition in patients were significantly associated with the tendency for the POC and core laboratory to agree or disagree. Given the small sample size and special study population, inferences based on this study should be cautious.

## 5.5   VAN DEN BESSELAAR 2015

This article by van den Besselaar and colleagues (2015) is one of the most accomplished study in this group. This study, performed on 60 anticoagulated patients and 20 healthy volunteers, primarily addresses two new POC coagulometers: the ProTime InRhythm® and the microINR®. However, it also includes data on the CoaguChek XS® and the INRatio2® systems.

Precision is quantified with CVs based on duplicate measurements on individual blood samples. International standard thromboplastin and WHO standards were used to determine reference INRs (WHO 2013). Systematic differences ("bias") were quantified with mean differences (§2.3). Analytic accuracy was summarized in the form of mean relative deviations (MRD; §2.4). This article does *not* quantify diagnostic accuracy. TABLE 5.1 lists precision and analytic accuracy statistics from the article.

**TABLE 5.1**. Mean INRs for patients ($n$ = 60) read from display of POC devices and mean INR determined with International Standard thromboplastin (rTF/09). Source: van den Besselaar 2015.

| System | Mean INR | T-test on paired observations (P-value) | Bias (%) | MRD (%) | CV of duplicates (%) |
|--------|----------|------------------------------------------|----------|---------|----------------------|
| rTF/09 | 2.48 | - | - | - | n.a. |
| CoaguChek XS | 2.46 | 0.25 | -0.9 | 4.3 | n.a. |
| INRatio | 2.73 | <0.001 | 10.1 | 11.6 | 7.3 |
| MicroINR | 2.14 | <0.001 | -13.7 | 13.3 | 5.0 |
| InRhythm | 2.25 | <0.001 | -9.3 | 9.9 | 5.1 |

n.a. = not assessed.

Imprecision was ~45% greater with the INRatio® device compared to the MicroINR® or InRhythm® (CV, 7.3 vs. 5.0 or 5.1). Imprecision of the Coaguchek® device was not reported in this article. However, other sources place it in the 3% - 5% range (Christensen 2009; Plesch 2009; Plesch 2008; Solvik 2010). In addition, the INRatio® was associated with more than twice the MRD as the CoaguChek XS (4.3% vs. 11.6%) and about the same MRD as the MicroINR® and InRhythm®. Therefore, the INRatio® was not nearly as precise as the other devices tested and was not as accurate as the CoaguChek XS®. It was approximately as accurate/inaccurate as the MicroINR® and InRhythm®.

## 5.6   SECTION SUMMARY AND DISCUSSION

This section addresses findings from these studies made available after the ROCKET-AF study was completed. The following reports are addressed:

| Study | Type of publication | Sample size |
|---|---|---|
| (Alere Inc 2011) | Company report | ~350 duplicates (CV), 50-67 samples (ISO) |
| (Alere Inc 2013) | Company report | 9 sites, 212 subjects |
| (Meneghelo 2015) | Peer-reviewed article | 1009  patients |
| (Dionizovik-Dimanovski 2015) | Peer-reviewed article | 50 patients with |
| (van den Besselaar 2015) | Peer-reviewed article | 80 patients |

In this bunch are two company reports. Alere 2011 calculated a within-run precision (CV, 5.9%) that was about 1.5 to 2.0 points lower than the independent evaluations by Solvik 2010 and van den Besselaar 2015. The Alere 2013 Technical Brief reported that the INRatio® device met ISO 17593 (2007) thresholds for agreement.

Meneghelo (2015) reported that the results from the INRatio2® were less reliable the CoaguChek XS Plus® based on intra-class correlations (ICC, 0.716 vs. 0.899). Dionizovik-Dimanovski (2015) compared INRs from the INRatio® device to INR from the Medical Center Core Lab coagulometer in 50 patients on chronic continuous-flow left ventricular-assist devices. Fifteen (30%) of the 50 INR from the INRatio device were found to disagree with the reference lab by 0.5 INR units or more. Given the small sample size and special study population, inferences based on this study should be cautious.

van den Besselaar (2015) is the most meaningful study in this group. This study found that the INRatio® device was less precise than the MicroINR and InRhythm devices (CV, 7.3 vs. 5.0 vs. 5.1). It was less accurate than the CoaguChek (MRD, 11.6 vs. 4.3), and was of approximately equal accuracy/inaccuracy as the MicroINR and InRhythm (MRD, 11.6 vs. 13.3 vs. 9.9).

Appendix Report: Accuracy of the INRatio® Device

# 6  ROCKET-AF INRATIO® DATA

## 6.1  DATA

During the conduct of the ROCKET-AF trial, plasma samples for INR determinations were procured for study participants on the same day as INRatio® INRs during week 12 ($n$ = 5,728 patients) and 24 of follow-up ($n$ = 5,474 patients). Specimen collection, storage, and transportation of the samples are described in the *Central Laboratory Service Manual for the ROCKET-AF study: Covance Project 509546*  (J & J 2008a). Frozen plasma samples were retained by *Covance* with batch delivery to the Duke University Medical Center Hemostasis & Thrombosis Core Laboratory beginning in late 2009 and completed by June 22, 2010. INRs from the plasma samples were determined by the Core Laboratory under the direction of Dr. Thomas L. Ortel.

The Duke Core lab used an ACT TOP coagulation autoanalyzer (Coulter, Fullerton, CA) with STA Neoplastin reagent (Parsippany, NJ) to derive reference INRs ($INR_{LAB}$). The mean time of storage of plasma for this analysis was 1.42 years (§6.3. [For additional details regarding the protocol used by the reference lab see  page 8 of Janssen's Apr 18, 2016 response to the FDA (Janssen Research & Development 2016a).]

## 6.2  ANALYSES

### 6.2.1  Analytic accuracy

In a series of reports and memos, Bayer HealthCare (the European marketer of Xarelto®) and Janssen Research and Development (the pharmaceutical arm of Johnson & Johnson) responded to inquiries from the European Medicines Agency (EMA) and the U.S. Food and Drug Administration (FDA), respectively (Bayer HealthCare 2015a, 2015b, 2016; Janssen Research & Development 2016a, 2016b, 2016c, 2016d, 2016e, 2016f). Based on the finding discussed in Bayer's December 7, 2015 response to the EMA (XARELTO_BPAG_25624925):

1)  Univariate, cross-sectional Inferences derived from the 12 and week 24 comparisons are interchangeable. [This finding does not consider patient or site characteristics or longitudinal effects

Appendix Report: Accuracy of the INRatio® Device

in explaining discrepancies, but does permits us to look at either of the two available time points, or combined the data from the two time points, when making univariate, cross-sectional inferences.

2) $INR_{POC}$ values were lower than the $INR_{LAB}$ values by an average of 0.5 INR units with a median difference 0.3 INR units. [The ratio of the differences demonstrates that the $INR_{POC}$ was about 13% lower than the $INR_{LAB}$, on average].

3) Observed differences between $INR_{POC}$ and $INR_{LAB}$ were not linked to the "recall-related" conditions listed in the Dec 2014 FDA class I recall of the INRatio® device (FDA 2014).

Difference plots provided by the sponsor in the December 7, 2015 document have ordinates that are too broad to permit meaningful explorations. In addition, the "agreement limits" on some of their Bland-Altman plots are apt to be misinterpreted to imply clinical acceptability limits (§2.5). FIGURE 6.1 is an improved plot that includes both ISO 17593 agreement thresholds and FDA 2016 agreement thresholds.



**FIGURE 6.1.** *Difference plot for week 24 data with ISO 2007 and FDA agreement thresholds. Source: EHE Inc. created to my specifications.*

Appendix Report: Accuracy of the INRatio® Device

Thirteen (13) percent of the samples obtained at both time points failed to meet the ISO agree thresholds for agreement (Patel 2016). The minimum percentage for agreement by the ISO thresholds 90% (§2.6). In addition, the ISO 17593 average difference of no more than 0.3 INR units overall was not met. Therefore, the INRatio® data in ROCKET-AF did *not* meet the ISO 17593 criteria.

TABLE 6.1 shows levels of agreement according to the more sensible FDA (2016c) thresholds for agreement. The level of disagreement based on these thresholds is greater than 30%.

**TABLE 6.1.** Agreement between the Duke Medical Center laboratory and ROCKET-AF POC INRs based on FDA 2016 agreement criteria. Source: EHE, Inc.

|  | Week 12 | | | Week 24 | | |
|---|---|---|---|---|---|---|
|  | INR <2 | INR 2-4.5 | INR >4.5 | INR <2 | INR 2-4.5 | INR >4.5 |
| Agree, *n* (%) | 1208 (90.6%) | 2618 (67.8) | 180 (38.2) | 974 (89.6%) | 2692 (69.4%) | 143 (32.5%) |
| Disagree, *n* (%) | 126 (9.4%) | 1,242 (32.2) | 291 (61.8) | 113 (10.4%) | 1186 (30.6%) | 297 (67.5) |
| Total, *N* (%) | 1334 (100%) | 3860 (100%) | 471 (100%) | 1087 (100%) | 3878 (100%) | 440 (100%) |

FDA 2016 requires 95% of the samples to be within ±0.4 for INR <2, ±20% for INR values 2.0 − 4.5, and ±25% for INR > 4.5.

TABLE 6.2 shows additional detail by providing the *amount* $INR_{POC}$ values deviated by $INR_{LAB}$ values according to specific ranges. For example, of the 356 of $INR_{LAB}$ values in the range 4.1 − 5, 206 (57.9%) had values that were at least 1 INR units lower according to the INRatio® POC.

**TABLE 6.2.** $INR_{LAB}$ values versus ($INR_{POC}$ − $INR_{LAB}$) values from week 24 ROCKET-AF quality control samples. Source: XARELTO_JENSEEN_15522179.

TSIINR23ZXd:  Lab Based INR vs Difference (Device Based INR - Lab Based INR) in Range for Subjects Without any Recall-related Time of Observation at Week 24 (Study 39039039AFL3001:  Safety Analysis Set)

| Visit Name: WEEK 24 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 0 - <1 (N=14) n (%) | 1 - <2 (N=929) n (%) | 2 - 3 (N=2081) n (%) | >3 - 4 (N=1099) n (%) | >4 - 5 (N=356) n (%) | >5 - 6 (N=122) n (%) | >6 - 7 (N=46) n (%) | >7 - 8 (N=41) n (%) | >8 (N=74) n (%) | Total (N=4762) n (%) |
| **Difference in INR** | 14 (100) | 929 (100) | 2081 (100) | 1099 (100) | 356 (100) | 122 (100) | 46 (100) | 41 (100) | 74 (100) | 4762 (100) |
| <-0.9 | 0 | 0 | 69 ( 3.3) | 221 (20.1) | 206 (57.9) | 93 (76.2) | 40 (87.0) | 33 (80.5) | 50 (67.6) | 712 (15.0) |
| -0.9 - <-0.7 | 0 | 2 ( 0.2) | 99 ( 4.8) | 171 (15.6) | 39 (11.0) | 4 ( 3.3) | 2 ( 4.3) | 0 | 0 | 317 ( 6.7) |
| -0.7 - <-0.5 | 0 | 23 ( 2.5) | 291 (14.0) | 223 (20.3) | 35 ( 9.8) | 5 ( 4.1) | 1 ( 2.2) | 0 | 0 | 578 (12.1) |
| -0.5 - 0.5 | 13 (92.9) | 866 (93.2) | 1591 (76.5) | 461 (41.9) | 67 (18.8) | 16 (13.1) | 1 ( 2.2) | 0 | 0 | 3015 (63.3) |
| >0.5 - 0.7 | 0 | 12 ( 1.3) | 8 ( 0.4) | 9 ( 0.8) | 3 ( 0.8) | 0 | 0 | 0 | 0 | 32 ( 0.7) |
| >0.7 - 0.9 | 0 | 4 ( 0.4) | 6 ( 0.3) | 2 ( 0.2) | 3 ( 0.8) | 0 | 0 | 0 | 0 | 15 ( 0.3) |
| >0.9 | 1 ( 7.1) | 16 ( 1.7) | 9 ( 0.4) | 7 ( 0.6) | 0 | 0 | 0 | 0 | 0 | 33 ( 0.7) |

Note: Percentages calculated with the number of subjects in each group as denominator.
tsiinr23zxd.rtf generated by tsiinr23zx.sas, 12NOV2015 11:59

Appendix Report: Accuracy of the INRatio® Device

### 6.2.2    Diagnostic accuracy

The Dec 7, 2015 Bayer report included cross-tabulations of $INR_{POC}$ and $INR_{LAB}$ values. TABLE 6.3 is a screenshot of one of these cross-tabulations. The same cross-tabulation transposed 90 degrees is published in the July 28, 2016 NEJM Correspondence as part of Table S5 (Patel 2016). One of the more meaningful ways to summarize these data is to look at "discrepant low" and "discrepant high" rates (§2.8.3).

Let "hypertherapeutic" ≡ $INR_{LAB} > 4$ and discrepant low (DL) ≡ $(INR_{POC} < 3 \mid INR_{LAB} > 4)$.[b] For the data in TABLE 6.2, the DL rate = $\frac{48+200}{750}$ = 33.1% (1-in-3). This represents the proportion of hypertherapeutic samples that are likely to have their hypertherapeutic warfarin dose maintained or supplemented (Cushman 2011).

Let very discrepant low (VDL) ≡ $(INR_{POC} < 2 \mid INR_{LAB} > 4)$. The VDL rate = $\frac{48}{750}$ = 6.4% (1-in-16). This represents the proportion of hypertherapeutic samples that are likely to have their warfarin dose supplemented (a dangerous situation).

**TABLE 6.3**. Source: Bayer HealthCare Dec 7, 2015.

**TSIINR23ZYb:** Cross Tabulation of Lab INR vs Device Based INR at Week 24 for Warfarin Subjects
(Study 39039039AFL3001:   Safety Analysis Set)

Visit Name: WEEK 24

| | --- Lab INR --- | | | | |
| | <2 | 2 - 3 | >3 - 4 | >4 | Total |
| | n (%) | n (%) | n (%) | n (%) | n (%) |
| **Device INR** | 1103 (20.0) | 2394 (43.5) | 1260 (22.9) | 750 (13.6) | 5507 (100) |
| <2 | 983 (17.9) | 548 (10.0) | 61 ( 1.1) | 48 ( 0.9) | 1640 (29.8) |
| 2 - 3 | 101 ( 1.8) | 1790 (32.5) | 805 (14.6) | 200 ( 3.6) | 2896 (52.6) |
| >3 - 4 | 9 ( 0.2) | 37 ( 0.7) | 369 ( 6.7) | 276 ( 5.0) | 691 (12.5) |
| >4 | 10 ( 0.2) | 19 ( 0.3) | 25 ( 0.5) | 226 ( 4.1) | 280 ( 5.1) |

Note: Percentages calculated with the total number of subjects.
tsiinr23zyb.rtf generated by tsiinr23zy.sas, 25NOV2015 13:38

An analogous "discrepant low" analysis was presented by the FDA's *Office of In Vitro Diagnostics and Radiological Health* on March 23, 2016 (FDA 2016d). This alternative method is illustrated in TABLE 6.3.

---

[b] POC INR less than 3 "given" a LAB INR more than 4.

Appendix Report: Accuracy of the INRatio® Device

The discrepant low rate here = 5.9% + 7.0% + 9.2% = 22.1%, suggesting that more than 1-in-5 hypertherapeutic samples were likely to have their warfarin dose supplemented.

**FIGURE 6.3.** Source FDA 2016 ALXRX_00001445.



Rocket Data with the Proposed Error Grid Analysis

| | | Lab INR | | | | |
|---|---|---|---|---|---|---|
| | | <2.0 (n=2459) | 2.0-3.5 (n=6369) | 3.51-4.5 (n=1440) | 4.51-6.0 (n=613) | 6.01+ (n=392) |
| POC INR | I ≤2.0 | | | 5.9%* (85/1440) | 7.0%* (43/613) | 9.2%* (36/392) |
| | | 2.3% (56/2459) | 7.5% (477/6369) | 16.3% (234/1440) | 32.5% (199/613) | 64.0% (251/392) |
| | \|POC-Lab\|≤±0.5 or \|POC-Lab\|≤±30% | 94.1% (2314/2459) | 91.5% (5829/6369) | 77.3% (1113/1440) | 60.2% (369/613) | 26.8%*** (105/392) |
| | | 2.8% (70/2459) | 0.6% (37/6369) | 0.07% (1/1440) | 0.3% (2/613) | |
| | POC>5.0 | 0.8%** (19/2459) | 0.4%** (26/6369) | 0.5%** (7/1440) | | |

**Discrepant Low Values That Might Cause a Warfarin Increase Occurred At An Alarming Rate in the Rocket AF trial**

*Possible bleeding because of wrong management based on too low POC
** Possible stroke because of wrong management based on too high POC
*** It is underestimated because an upper limit of POC was 6.1

## 6.3   PRE-ANALYTIC FACTORS (FREEZING AND STORAGE)

One explanation put forward by Janssen Research to explain the observed discrepancies between $INR_{POC}$ and $INR_{LAB}$ values in ROCKET-AF relates to the handling and processing of samples ("pre-analytic factors"). In particular, the factors of freezing and duration of storage was raised. The sponsor addresses this on pp. 8 – 9 of their June 23, 2016 response to FDA in which they assume that the $POC_{LAB}$ would be inflated by 5% compared to a fresh specimen without the effect of freezing (Janssen Research & Development 2016f). For example, an $INR_{LAB}$ of say, 4 reduced by 5% = 3.8.

Janssen then qualifies this predication by stating that they consider 5% "to be a conservative estimate of effect, as in some studies, the impact of freezing for up to 4 months reflected a greater than 20% increase in PT." Specific references for this statement are not provided, although general references are provided on the prior page (Jacobson 2008; McGlasson 2003; Solvik 2010; van den Besselaar 2015). The only reference that directly related to this issue was van den Besselaar 2015.

Appendix Report: Accuracy of the INRatio® Device

However, van den Besselaar and colleagues (2013) found that storage at −70 °C did <u>not</u> change the INR significantly over a three year period.  Storage at −20 °C could have an influence, with effects predicated on the type of reagent and duration of storage. Based on a worst case scenario of storage at −20 °C (which is unlikely at Duke University Medical Center), using the regression equation in van den Besselaar 2013, and assuming storage averaging ~520 days, the INR would increase 0.17 INR units. Additional calculations assuming worst case storage conditions at −20 °C are shown in TABLE 6.3.1 Therefore, freezing and storage do not likely explain the observed differences between the $INR_{POC}$ and $INR_{LAB}$ values from the ROCKET-AF study.

**TABLE 6.3.1. Plasma sample storage duration, ROCKET-AF, days. Source: Environmental Health & Engineering, Inc. report, July 14, 2016.**

| Visit week | Mean | | Median | | Interquartile range | | Range | |
|---|---|---|---|---|---|---|---|---|
| | **WARF** | **RIVA** | **WARF** | **RIVA** | **WARF** | **RIVA** | **WARF** | **RIVA** |
| **12** | 560 | 561 | 569 | 569 | 430, 694 | 427, 697 | 161, 1066 | 75, 1089 |
| **24** | 478 | 478 | 496 | 498 | 330, 614 | 329, 616 | 80, 992 | 36, 993 |
| **Overall** | 520 | 520 | 536 | 537 | 375, 654 | 376, 656 | 80, 1066 | 36, 1089 |
| **Estimated change in Lab INR if stored was at -20 ℃  based on the regression equation in van den Besselaar et al, 2013.** | | | | | | | | |
| **12** | -0.18 | n.a. | -0.18 | n.a. | -0.14, -0.23 | n.a. | -0.05, -0.35 | n.a. |
| **24** | -0.16 | n.a. | -0.16 | n.a. | -0.11, -0.20 | n.a. | -0.03, -0.32 | n.a. |
| **Overall** | -0.17 | n.a. | -0.17 | n.a. | -0.12, -0.21 | n.a. | -0.03, -0.35 | n.a. |

n.a. Not applicable.

Appendix Report: Accuracy of the INRatio® Device

## 6.4   SECTION SUMMARY AND DISCUSSION

This section of the report assesses the central laboratory comparisons of samples drawn on the same day as week 12 and week 24 INRs from the INRatio® device in the ROCKET-AF clinical trial. The INRs from the INRatio® devices ($INR_{POC}$) showed poor agreement with the reference lab values ($INR_{Lab}$). They were 0.5 units lower on average (median difference 0.3 units). Thirteen percent of $INR_{POC}$ values obtained at week 12 and week 24 failed to meet the broad ISO 17593 (2007) criteria for agreement. Observed differences were not linked to the "recall-related" clinical conditions identified in the Dec 2014 FDA class I recall. A third of the clearly hypertherapeutic samples according to the reference lab ($INR_{LAB} > 4$) were misidentified as hypotherapeutic or normotherapeutic in the ROCKET-AF trial ($INR_{POC} \leq 3$). More than 1-in-16 hypertherapeutic samples ($INR_{LAB} > 4$) where misidentified as hypotherapeutic ($INR_{POC} < 2$). These represent clinically meaningful (dangerous) situations in which hypertherapeutic patients were likely to have their warfarin doses maintained or supplemented.

Appendix Report: Accuracy of the INRatio® Device

# 7  DISCUSSION

This *Appendix Report* reviews the available research concerning the accuracy of the INRatio® device. Because the research in this field is not always cogent, it starts with a review of terms and methods used to quantify coagulometer accuracy before reviewing the research on the INRatio®.

It is clear that the accuracy of coagulometers cannot be assumed and must therefore be thoroughly tested. The INRatio® device was not adequately tested before it was adopted for use in the ROCKET trial (Bluestein 2007; Engelsen 2005; HemoSense Inc. 2005, 2006; Taborski 2004). In addition, its performance was not periodically evaluated under prevailing conditions, as it should have been (Bhavnani 2002; Bluestein 2007; Streiff 2016).

After ROCKET AF was initiated, but 6 months before the *ROCKET AF Helpline & Hemosense Update* presentation (Piccini 2007), the article by Moore and colleagues (2007) should have further alerted ROCKET investigators about the questionable accuracy of the INRatio® device. Research that has since been published has confirmed that the INRatio® device is less precise (intra-device coefficient of variation) and not as reliable as comparable devices (§4 and §5 of Appendix Report).

Same-day, paired, INRs from week 12 and week 24 follow-up visits in ROCKET-AF demonstrated poor agreement with INRs from the Duke Medical Center central laboratory (§6 of the Appendix Report). INR values from the ROCKET AF POC devices ($INR_{POC}$) were 0.5 units lower on average than the paired INRs of plasma samples as determined by the reference lab ($INR_{LAB}$). Agreement of the paired samples failed to meet the lax ISO 17953 thresholds more than the allowable [maximum of] 10% of the time. Diagnostic accuracy of the $INR_{POC}$ was poor. A third (33%) of the hypertherapeutic samples ($INR_{LAB} > 4$) were misidentified as hypotherapeutic or normotherapeutic by the POC device ($INR_{POC} \leq 3$). More than 1-in-16 hypertherapeutic samples ($INR_{LAB} > 4$) where misidentified as hypotherapeutic ($INR_{POC} < 2$). These clinically meaningful differences represent situations in which hypertherapeutic patients were likely to have had their warfarin doses maintained or supplemented, putting the patient at greatly elevated risks of bleeding, and making the rivaroxaban arm of the trial look relatively safe by comparison.

In a December 10, 2015 letter to the FDA Commissioner, the consumer advocacy group **Public Citizen** questioned the choice of the INRatio® POC coagulometer for use in the ROCKET AF trial (Wolfe 2015).

Appendix Report: Accuracy of the INRatio® Device

This letter cites 1445 adverse event reports, 9469 malfunction reports, and 652 malfunction reports likely to cause or contribute to a death or serious health problems for the device that were reported to the FDA's Manufacturer and User Facility Device Experience (MAUDE) surveillance system. Many of these reports were sent to the FDA before the ROCKET AF study was initiated. In fact, the FDA had warned the manufacturer of malfunctions and reliability problems that may have caused or contributed to a death or serious injury in an **October 2005** letter notice to the president and CEO of the company (FDA 2005). The *Public Citizen* letter also includes a case series of serious bleeding events attributable to discrepant low INR readings from the INRatio® device. URLs for each case is provided as part of the letter. This provides pharmacovigilance surveillance evidence that supports the ongoing reliability problems of the INRatio® device.

According to Janssen's *February 5, 2016 Response to FDA*, the **reasons for choosing the INRatio®** POC coagulometer as opposed to a different POC device in the ROCKET AF trial was because of its

- FDA 510(k) clearance, CE marked status, and CLIA waiver.
- Operational requirements, such as portability, hand held, battery operated, auto-calibrating, with an attached printer (for inclusion in medical records), ability to overlay the shamming algorithm needed for blinding in the trial, and no requirement for refrigeration of the reagent (Janssen Research & Development 2016d).

The INRatio® device had received premarket notification of a 510(k) approval from the FDA on May 6, 2002 (FDA 2002). The only performance data that I could find in the premarketing notification stated:

> *The accuracy of the INRatio was compared to the CoaguChek S with a reference method in field studies and found to be equivalent (r > 0.90). Precision and linearity evaluations were performed on the INRatio and the results were found acceptable. Addition testing on interfering substance, and hematocrit were performed and the results are reflected in product labeling.*

In addition, I believe the data reported in *INRatio® Technical Bulletin 106* (HemoSense Inc. 2005) was included as part of the 510(k) application. *INRatio® Technical Bulletin 106* is reviewed in the Appendix Report and is found to provide little quantitative evidence of clinical acceptability (*Appendix Report* §3).

Appendix Report: Accuracy of the INRatio® Device

**Reliance on 510(k) approval** from FDA to determine research acceptability is injudicious. An FDA website called *Overview of IVD [In Vitro Diagnostic products] Regulation* confirms that "few performance standards on which to ensure that regulatory decisions are based on clearly defined scientific parameters" (FDA 2015). It was widely known that the FDA 510(k) process provides little evidence of safety and efficacy and is in need of updating and revision (IOM 2011). The stakes of allowing a faulty diagnostic device like the INRatio® are compounded when they are used in a clinical trial of a pharmaceutical that will be used by millions of individuals (Rathi 2016).

While it is reasonable to pragmatically consider operational requirements of a trial, these requirements should not take priority if they are going to affect the integrity of its results or harm the study subjects. Given the resources devoted to ROCKET, it seems like more attention could have been paid to testing the reliability of the INRatio® instrument before it was adopted for use. It also seems like some of the operational requirements had engineering and/or operational solutions that could have made other POC coagulometers candidates for use. For example, establishing a cold chain is not an impossible task, especially since we are considering delivery to clinical research centers [and not delivering vaccines to remote locales]. Device accuracy should have been paramount.

In summary, the INRatio® device was not adequately evaluated in an independent way before it was adopted and adapted for use in the ROCKET AF trial. In addition, the devices were not adequately monitored or periodically reevaluated in the field under prevailing conditions. Clinically meaningful inaccurate readings from the device were frequent and likely to cause over-anticoagulation of study subjects in the warfarin arm of the trial, increasing bleeding rates and skewing the safety results in favor of rivaroxaban.

Appendix Report: Accuracy of the INRatio® Device

# 8 REFERENCES

Alere Inc. (2013). Technical Brief: Comparisons of a Point-of-Care INR Method with Routine Laboratory Methods. 10001466E-01 11/13.   Retrieved from https://ensur.invmed.com/ensur/broker/ensurbroker.aspx?code=10001466E&cs=26893097

Alere Inc, DeSantis G, Croner L, Havenhill M, & Kipp S. (2011). Evaluation of the Precision and Accuracy of the Alere INRatio®2 Prothrombin Time (PT) Monitoring System. Alere Inc. "white paper" pending 510(k) clearance.   Retrieved from https://ensur.invmed.com/ensur/broker/ensurbroker.aspx?code=1000352E&cs=26418414 (via http://www.alere.com/en/home/product-details/inratio-pt-inr-monitoring-systems.html)

Anderson DR, Harrison L, & Hirsh J. (1993). Evaluation of a portable prothrombin time monitor for home use by patients who require long-term oral anticoagulant therapy. *Arch Intern Med, 153*(12), 1441-7.

Andrew M, Ansell J, Becker D, Becker R, & Triplett D. (2001). Point-of-care prothrombin time measurement for professional and patient self-testing use. A multicenter clinical experience. Oral Anticoagulation Monitoring Study Group. *Am J Clin Pathol, 115*(2), 288-96.

Bayer HealthCare (2015a, Dec 7). [December 7, 2015  Responses to List of Questions from EMA CHMP AR 17 Nov 2015. (XAREL TO_BPAG_25624893)].

Bayer HealthCare (2015b, Dec 22). [December 22, 2015 Response to updated CHMP AR LEG 037.1. (XARELTO_BPA_25625015)].

Bayer HealthCare (2016, Jan 18). [January 18, 2015 Responses to additional questions raised by the Rapporteur [EMA], received Janurary 8th, 2016.  Starting on XARELTO_BPA_25625322.].

Beamond A, MacLehose H, Fernandez-Mauleffinch L, Jahnke N, Jowett R, Nikolova D, et al. (2010, October). Cochrane Style Guide 4.1 edition.   Retrieved from http://community-archive.cochrane.org/sites/default/files/uploads/Cochrane-Style-Guide_4-1-edition.pdf

Bhavnani M, & Shiach CR. (2002). Patient self-management of oral anticoagulation. *Clin Lab Haematol, 24*(4), 253-7.

Bland JM, & Altman DG. (1986). Statistical methods for assessing agreement between two methods of clinical measurement. *Lancet, 1*(8476), 307-10.

Bland JM, & Altman DG. (1996). Measurement error and correlation coefficients. *Bmj, 313*(7048), 41-2.

Bluestein D, Brantley C, Barnes-Eley M, Gravenstein S, & Basta S. (2007). Measuring International Normalized Ratios in Long-Term Care: A Comparison of Commercial Laboratory and Point-of-Care Device Results. *Journal of the American Medical Directors Association, 8*(6), 404-8.

Appendix Report: Accuracy of the INRatio® Device

Byra W (2011, March 14). [FW: Hemosense (XARELTO_JANSSEN_04932513)].

CADTH, & Canadian Agency for Drugs and Technologies in Health. (2014). *Point-of-care Testing of International Normalized Ratio for Patients on Oral Anticoagulant Therapy: Systematic Review and Economic Analysis. (CADTH Optional Use Report Vol 3 No. 1B). CADTH Optimal Use Report.* Retrieved from www.cadth.ca/media/pdf/OP0515_POC%20INR_Science_Report.pdf

Christensen TD, & Larsen TB. (2012). Precision and accuracy of point-of-care testing coagulometers used for self-testing and self-management of oral anticoagulation therapy. *Journal of Thrombosis and Haemostasis, 10*(2), 251-60.

Christensen TD, Larsen TB, Jensen C, Maegaard M, & Sorensen B. (2009). International normalised ratio (INR) measured on the CoaguChek S and XS compared with the laboratory for determination of precision and accuracy. *Thrombosis and haemostasis, 101*(3), 563-9.

Cicchetti DV, & Feinstein AR. (1990). High agreement but low kappa: II. Resolving the paradoxes. *J Clin Epidemiol, 43*(6), 551-8.

Cohen D. (2016). Manufacturer failed to disclose faulty device in

rivaroxaban trial. *Bmj, BMJ 2016;354:i5131 doi: 10.1136/bmj.i5131*, 6.

Cohen J. (1994). The earth is round ($p < .05$). *American Psychologist, 49*(12), 997-1002.

Connolly SJ, Ezekowitz MD, Yusuf S, Eikelboom J, Oldgren J, Parekh A, et al. (2009). Dabigatran versus warfarin in patients with atrial fibrillation. *N Engl J Med, 361*(12), 1139-51.

Cushman M, Lim W, & Zakai NA. (2011). *2011 Clinical Practice Guide on Anticoagulant Dosing and Management of Anticoagulant-Associated Bleeding Complications in Adults. Presented by American Society of Hematology, adapted in part from the: American College of Chest Physicians Evidence-Based Clinical Practice Guideline on Antithrombotic and Thrombolytic Therapy (8th Edition).* Retrieved from

Dionizovik-Dimanovski M, Levin AP, Fried J, Mody KP, Simonich E, Garan AR, et al. (2015). Correlation Between Home INR and Core Laboratory INR in Patients Supported with Continuous-Flow Left Ventricular Assist Devices. *Asaio j, 61*(4), 386-90.

Douketis JD, Lane A, Milne J, & Ginsberg JS. (1998). Accuracy of a portable International Normalization Ratio monitor in outpatients receiving long-term oral anticoagulant therapy: comparison with a laboratory reference standard using clinically relevant criteria for agreement. *Thromb Res, 92*(1), 11-7.

EMA. (2016). *Committee for Medicinal Products for Human Use (CHMP) Assessment Report: Xarelto (rivaroxaban). 5 February 2016. EMA/CHMP/87883/2016. Procedure No. EMEA/H/C/000944/LEG-037.* Retrieved from

Appendix Report: Accuracy of the INRatio® Device

http://www.ema.europa.eu/docs/en_GB/document_library/EPAR_-_Assessment_Report_-_Variation/human/000944/WC500201726.pdf

Engelsen J, & Nielsen J. (2005). Accuracy and Precision of International Normalized Ratios (INRs) for Two Point of Care Test Systems: Comparison with Laboratory INR Monitoring (Poster 1294) Abstract from the 2005 XX ISTH Congress & 51st Annual SSC Meeting). Poster available as XARELTO_JANSSEN_18454883. *Journal of Thrombosis and Haemostasis, 3 supplement 1,.*

FDA. (2002, 07/18/2016). 510(k) Premarket Notification: 510(k) Number K020679. Device Name INRATIO. Applicant: HEMOSENSE, INC., 600 Valley Way, Milpitas, CA 95035.   Retrieved from https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K020679

FDA. (2005). Inspections, Compliance, Enforcement, and Criminal Investigations. HemoSense Corporation 04-Oct-05.   Retrieved from http://www.fda.gov/ICECI/EnforcementActions/WarningLetters/2005/ucm075594.htm

FDA. (2008). Recommendations for Clinical Laboratory Improvement Amendments of 1988 (CLIA) Waiver Applications for Manufacturers of In Vitro Diagnostic Devices. January 30, 2008. . Retrieved from http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/GuidanceDocuments/ucm079632.htm

FDA. (2011, Sep 8). FDA Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee (CRDAC). .   Retrieved from http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/CardiovascularandRenalDrugsAdvisoryCommittee/UCM270796.pdf

FDA. (2014, Dec 5). FDA Class I Recall: Alere INRatio and INRatio2 PT/INR Monitoring System (Professional and Prescription Home Use) - Falsely Low INR Test Results.   Retrieved from http://www.fda.gov/MedicalDevices/Safety/ListofRecalls/ucm429496.htm

FDA. (2015). Overview of IVD Regulation.  Last Updated: 03/19/2015 Retrieved from http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/IVDRegulatoryAssistance/ucm123682

FDA. (2016a). Alere to Initiate Voluntary Withdrawal of the Alere INRatio and INRatio2 PT/INR Monitor System (July 11, 2016). *Recalls, Market Withdrawals, & Safety Alerts.*  Retrieved from http://www.fda.gov/Safety/Recalls/ucm510746.htm

FDA. (2016b). *Point of Care Prothrombin Time/International Normalized Ratio Devices for Monitoring Warfarin Therapy. (Feb 5, 2016).* Paper presented at the Public Workshop--Point of Care Prothrombin Time INR Devices for monitoring warfarin therapy, March 18, 2016, FDA White Oak Campus.

FDA. (2016c, March 18). Public Workshop - Point of Care Prothrombin Time/International Nomalized Ratio Devices for Monitoring Warfarin Therapy March 18, 2016 (New date). *Medical Devices.*

Appendix Report: Accuracy of the INRatio® Device

Retrieved from
http://www.fda.gov/MedicalDevices/NewsEvents/WorkshopsConferences/ucm476561.htm

FDA, & Carrington L (2016d, March 23). [eMail from FDA Division Director (Immunology and Hematology Devices to Alere Sr. Vice President M. Guerdan, March 23, 2016.  Topic: Discussion with Alere [ALXRX_00001445 PPT email attachment]].

Feinstein AR, & Cicchetti DV. (1990). High agreement but low kappa: I. The problems of two paradoxes. *J Clin Epidemiol, 43*(6), 543-9.

Fitzmaurice DA, & Machin SJ. (2001). Recommendations for patients undertaking self management of oral anticoagulation. *Bmj, 323*(7319), 985-9.

Gwet KL. (2008 ). Intrarater Reliability. In R. B. D'Agostino, L. Sullivan, & J. Massaro (Eds.), *Wiley Encyclopedia of Clinical Trials* Hoboken, NJ: John Wiley & Sons, Inc.

Gwet KL. (2010). *Handbook of Inter-Rater Reliability* (2nd ed.). Gaithersburg, MD: Advanced Analytics, LLC.

Hemkens LG, Hilden KM, Hartschen S, Kaiser T, Didjurgeit U, Hansen R, et al. (2008). A randomized trial comparing INR monitoring devices in patients with anticoagulation self-management: evaluation of a novel error-grid approach. *J Thromb Thrombolysis, 26*(1), 22-30.

HemoSense Inc. (2005). INRatio®: Technical Bulletin 106: Accuracy and Precision [XARELTO_JANSSEN_04932514] (pp. 2). San Jose, CA.

Hemosense Inc. (2006). INRatio Professional User's Guide and Training Manual [XAREL TO_JANSSEN_ 16397825]. In Hemoscense Inc. (Ed.). San Jose, CA.

Hill J. (1996). Determination of INR accuracy: methods of analysis. Abstract 422. 14th International Thrombosis Congress, Montpellier, October 1996: Abstracts. *Haemostasis, 26*(Suppl. 3).

IOM. (2011). *Public Health Effectiveness of the FDA 510(k) Clearance Process: Measuring Postmarket Performance and Other Select Topics: Workshop Report* (Vol. Institute of Medicine Committee on the Public Health Effectiveness of the, F. D. A. Clearance Process). Washington (DC): National Academies Press (US) Copyright 2011 by the National Academy of Sciences. All rights reserved.

ISO. (2007). ISO 17593:2007(en). Clinical laboratory testing and in vitro medical devices — Requirements for in vitro monitoring systems for self-testing of oral anticoagulant therapy. Last reviewed in 2011.  Retrieved from
http://www.iso.org/iso/iso_catalogue/catalogue_tc/catalogue_detail.htm?csnumber=36872

J & J. (2008a). *Central Laboratory Services Manual, Protocol 39039039AFL3001 (ROCKET-AF trial), Covance Project Number 509546 (XARELTO_JANSSEN_11483930). Manual Created: 13 Novemeber 2006. Manual Revised 8 July 2008*. Indianapolis: Johnson & Johnson Pharmaceutical Research & Development, L.L.C.

Appendix Report: Accuracy of the INRatio® Device

J & J (2008b, Feb 21). [Dear ROCKET Investigator Letter RE: Covaance Recheck Program [XARELTO_JANSSEN_07050218]].

Jacobson AK. (2008). Warfarin monitoring: point-of-care INR testing limitations and interpretation of the prothrombin time. *J Thromb Thrombolysis, 25*(1), 10-1.

Janssen Research & Development (2016a, Apr 18). [Apr 18, 2016 Response to FDA Request for Information Regarding the Alere INRatio Monitor System Recall [XARELTO _JANSSEN_22661455]]. EDMS-ERI- 122861949.

Janssen Research & Development (2016b, Feb 1). [Feb 1, 2016 Response to FDA Request for Information Regarding the Alere INRatio Monitor System Recall [XARELTO_BHCP_07995684]].

Janssen Research & Development (2016c, Feb 5). [Feb 5, 2016 Response to FDA Request for Information Regarding the Alere INRatio Monitor System [XARELTO_JANSSEN_16397478]].

Janssen Research & Development (2016d, Feb 5). [Feb 7, 2016 Response to FDA Request for Information Regarding the Alere INRatio Monitor System Recall [XARELTO_JANSSEN_16397478]].

Janssen Research & Development (2016e, Jan 26). [Jan 18, 2016  Draft Response to FDA Request for Information Regarding the Alere INRatio Monitor System Recall [XARELTO_BHCP_07995648]].

Janssen Research & Development (2016f, June 23). [June 23, 2016 Response to FDA Request for Information Regarding the Alere INRatio Monitor System Recall dated [XARELTO_JANSSEN_24277161]].

Jennings I, Kitchen D, Keeling D, Fitzmaurice D, Heneghan C, & the BC. (2014). Patient self-testing and self-management of oral anticoagulation with vitamin K antagonists: guidance from the British Committee for Standards in Haematology. *British Journal of Haematology, 167*(5), 600-7.

Kaatz SS, White RH, Hill J, Mascha E, Humphries JE, & Becker DM. (1995). Accuracy of laboratory and portable monitor international normalized ratio determinations. Comparison with a criterion standard. *Arch Intern Med, 155*(17), 1861-7.

Kjeldsen J, Lassen JF, Petersen PH, & Brandslund I. (1997). Biological variation of International Normalized Ratio for prothrombin times, and consequences in monitoring oral anticoagulant therapy: computer simulation of serial measurements with goal-setting for analytical quality. *Clin Chem, 43*(11), 2175-82.

McGlasson DL. (2003). Laboratory Variables That May Affect Test Results in Prothrombin Times (PT)/International Normalized Ratios (INR). *Laboratory Medicine, 34*(2), 124-8.

Meneghelo ZM, Barroso CM, Liporace IL, & Cora AP. (2015). Comparison of the international normalized ratio levels obtained by portable coagulometer and laboratory in a clinic specializing in oral anticoagulation. *Int J Lab Hematol, 37*(4), 536-43.

Appendix Report: Accuracy of the INRatio® Device

Moore GW, Henley A, Cotton SS, Tugnait S, & Rangarajan S. (2007). Clinically significant differences between point-of-care analysers and a standard analyser for monitoring the International Normalized Ratio in oral anticoagulant therapy: a multi-instrument evaluation in a hospital outpatient setting. *Blood Coagul Fibrinolysis, 18*(3), 287-92.

NCCLS. (2002). *Method Comparison and Bias Estimation Using Patient Samples; Approved Guideline—Second Edition. NCCLS document EP9-A2 (ISBN 1-56238-472-4)*. Wayne, Pennsylvania: NCCLS.

NCCLS. (2003). *Estimation of Total Analytical Error for Clinical Laboratory Methods; Approved Guideline. NCCLS document EP21-A (ISBN 1-56238-502-X).* . Wayne, Pennsylvania: NCCLS.

Passing H, & Bablok W. (1983). A new biometrical procedure for testing the equality of measurements from two different analytical methods. Application of linear regression procedures for method comparison studies in clinical chemistry, Part I. *J Clin Chem Clin Biochem, 21*(11), 709-20.

Patel MR, Helkemp AS, & Fox KAA. (2016). The Authors REPLY to Point-of-Care Warfarin Monitoring in the ROCKET AF Trial (doi:10.1056/NEJMc1604020). *New England Journal of Medicine, 375*, 390-1.

Petersen JR, Vonmarensdorf HM, Weiss HL, & Elghetany MT. (2010). Use of error grid analysis to evaluate acceptability of a point of care prothrombin time meter. *Clin Chim Acta, 411*(3-4), 131-4.

Piccini JP (2007, Oct 31). [ROCKET-AF Helpline & Hemosense Update Presentation Oct 31, 2007 (XARELTO_JANSSEN_13531745)].

Plesch W, & van den Besselaar AM. (2009). Validation of the international normalized ratio (INR) in a new point-of-care system designed for home monitoring of oral anticoagulation therapy. *Int J Lab Hematol, 31*(1), 20-5.

Plesch W, Wolf T, Breitenbeck N, Dikkeschei LD, Cervero A, Perez PL, et al. (2008). Results of the performance verification of the CoaguChek XS system. *Thromb Res, 123*(2), 381-9.

Poller L, Keown M, Chauhan N, van Den Besselaar AM, Tripodi A, Jespersen J, et al. (2002). European Concerted Action on Anticoagulation (ECAA): multicentre international sensitivity index calibration of two types of point-of-care prothrombin time monitor systems. *Br J Haematol, 116*(4), 844-50.

Poller L, Keown M, Ibrahim SA, van der Meer FJ, van den Besselaar AM, Tripodi A, et al. (2006). Quality assessment of CoaguChek point-of-care prothrombin time monitors: comparison of the European community-approved procedure and conventional external quality assessment. *Clin Chem, 52*(10), 1843-7.

Rathi VK, Krumholz HM, Hines  HH, & Ross JS. (2016). Commentary: Diagnostic devices in clinical trials have high stakes for patient care. *Bmj, 354:i5197 doi: 10.1136/bmj.i5197*.

Appendix Report: Accuracy of the INRatio® Device

Shermock KM, Clarke W, & Streiff MB. (2010). A superior method to report clinically relevant quality information about the point-of-care INR device performance compared with the International Organization for Standardization guidelines. *Clinica Chimica Acta, 411*(21–22), 1756-60.

Shrout PE, & Fleiss JL. (1979). Intraclass correlations: uses in assessing rater reliability. *Psychol Bull, 86*(2), 420-8.

Singer DE, Albers GW, Dalen JE, Fang MC, Go AS, Halperin JL, et al. (2008). Antithrombotic therapy in atrial fibrillation*: American college of chest physicians evidence-based clinical practice guidelines (8th edition). *Chest, 133*(6_suppl), 546S-92S.

Solvik UO, Petersen PH, Monsen G, Stavelin AV, & Sandberg S. (2010). Discrepancies in international normalized ratio results between instruments: a model to split the variation into subcomponents. *Clin Chem, 56*(10), 1618-26.

Sonu R, Singh H, & Kost GJ. (2010). New directions for evaluating point-of-care PT-INR performance: A visual logistics approach. *Clinica Chimica Acta, 411*(3–4), 127-30.

Streiff M. (2016). *Point-of-Care INR Testing: A Clinician's Perspective Presentation at FDA Public Workshop--Point of Care Prothrombin Time INR Devices for Monitoring Warfarin Therapy March 18, 2016*. Retrieved from http://www.fda.gov/MedicalDevices/NewsEvents/WorkshopsConferences/ucm476561.htm

Taborski U, Braun SL, & Voller H. (2004). Analytical performance of the new coagulation monitoring system INRatio for the determination of INR compared with the coagulation monitor Coaguchek S and an established laboratory method. *J Thromb Thrombolysis, 18*(2), 103-7.

Taborski U, & Plesch W. (2002). Equivalence of capillary versus venous INR results and patient- versus professional-determined INR values using the CoaguChek S system. *Clin Appl Thromb Hemost, 8*(2), 187-9.

van den Besselaar AM. (1996). Precision and accuracy of the international normalized ratio in oral anticoagulant control. *Haemostasis, 26 Suppl 4*, 248-65.

van den Besselaar AM. (2001). Accuracy, precision, and quality control for point-of-care testing of oral anticoagulation. *J Thromb Thrombolysis, 12*(1), 35-40.

van den Besselaar AM, van der Meer FJ, Abdoel CF, & Witteveen E. (2015). Analytical accuracy and precision of two novel point-of-care systems for INR determination. *Thromb Res, 135*(3), 526-31.

van den Besselaar AM, Witteveen E, & van der Meer FJ. (2013). Long-term stability of frozen pooled plasmas stored at -70 degrees C, -40 degrees C, and -20 degrees C for prothrombin time and International Normalized Ratio (INR) assessment. *Thromb Res, 131*(4), 349-51.

Van Spall HG, Wallentin L, Yusuf S, Eikelboom JW, Nieuwlaat R, Yang S, et al. (2012). Variation in warfarin dose adjustment practice is responsible for differences in the quality of anticoagulation control

Appendix Report: Accuracy of the INRatio® Device

between centers and countries: an analysis of patients receiving warfarin in the randomized evaluation of long-term anticoagulation therapy (RE-LY) trial. *Circulation, 126*(19), 2309-16.

WHO. (1999). *Annex 3 WHO Expert Committee on Biological Standardization. Guidelines for thromboplastins and plasma used to control oral anticoagulant therapy*. Retrieved from http://who.int/bloodproducts/publications/WHO_TRS_889_A3.pdf

WHO. (2013). *WHO Expert Committee on Biological Standardization.  Guidelines for thromboplastins and plasma used to control oral anticoagulant therapy with vitamin K antagonists Replacement of Annex 3 of WHO Technical Report Series, No. 889.  pp. 271-316. Annex 6.* Geneva 27, Switzerland.

Wolfe S, & Rosendaal F. (2015). *Public Citizen* Letter to the FDA Regarding INRatio December 10, 2015. Retrieved from http://www.citizen.org/documents/2290.pdf

Yang DT, Robetorye RS, & Rodgers GM. (2004). Home prothrombin time monitoring: a literature analysis. *Am J Hematol, 77*(2), 177-86.