# Exhibit 24

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: XARELTO (RIVAROXABAN)<br>PRODUCTS LIABILITY LITIGATION | MDL No. 2592<br><br>Judge Eldon E. Fallon |

# Expert Report of Cindy A. Leissinger, M.D.

By: _Cindy Leissinger MD_  Date: 10/14/16
Cindy A. Leissinger, M.D.

**Expert Report of Cindy A. Leissinger, M.D.**

**In Re: Xarelto (Rivaroxaban) Products Liability Litigation (MDL-2592)**

I. **Background & Qualifications**

I graduated from Tulane University Medical School in 1979 and then trained in internal medicine from 1979 until 1981. From 1981 until 1984 I was a fellow in hematology at the NIH, Bethesda, Maryland where I received specialized training in disorders of hemostasis. From 1984 through 1987, I worked as a primary care physician in St Martinville, LA. In January, 1988 I returned to Tulane University to train as a fellow in the hematology/oncology fellowship program. Upon completion of my training, on January 1, 1990, I accepted a faculty position in hematology/oncology at Tulane University where I have been ever since.

My area of specialization since starting my faculty position has been disorders of hemostasis and thrombosis. Since 1992 I have been the director of the Louisiana Comprehensive Hemophilia Care Center, and since 2003 the director of the Louisiana Center for Bleeding and Clotting Disorders. I am a member of the American Society of Hematology, the International Society on Thrombosis and Haemostasis and the Hemostasis and Thrombosis Research Society of North America.

Through the years I have cared for many patients with thromboembolic disorders. Because of the specialization of my practice, I see patients with complex thrombotic disorders and patients who are difficult to treat, who have complicated medical histories or who have failed conventional therapy. I have extensive experience in managing patients with all classes of anticoagulant drugs, and I deal with patients who must be anticoagulated in the face of complex underlying medical problems. I care for patients who are limited in their anticoagulant choices due to a wide variety of reasons. Many of my patients are managed with warfarin that is controlled with the use of a home monitoring system. In addition, I have patients on long term out-patient use of parenteral anticoagulants such as low molecular weight heparins and fondaparinux. In recent years I have incorporated novel oral anticoagulants (NOACs) into my practice for patients that are good risk candidates for this class of drugs.

II. **Methodology**

In forming my opinions set forth herein, I have reviewed various published articles, internal documents, product labeling, and regulatory documents, among others; a complete listing of these materials is contained throughout this report and Appendix A attached to this report. In addition, I also relied on my background/education/training/clinical experience, and applied the same method of review and analysis as I use in my clinical/academic practice.

My curriculum vitae (Appendix B). I have no prior testimony as an expert witness for the past four years, and my fee schedule for this litigation is $1,000.00 per hour.

### III.    Summary of Opinions

The following opinions, and those expressed throughout the report, are stated to a reasonable degree of medical certainty. I reserve the right to supplement my opinions as further information becomes available.

1. Anticoagulants effectively reduce the risk of thromboembolic events, but carry significant bleeding risks. Bleeding is a major side effect of anticoagulant therapy, and therefore any means of reducing this side effect should be actively and aggressively pursued.

2. Xarelto has a narrow therapeutic index in that the difference between the amount of Xarelto necessary to properly anticoagulate, and the amount which would put a patient at increased risk of bleeding is small.

3. Xarelto is a highly variable drug with respect to pharmacokinetic and pharmcodynamic parameters.

4. Increasing exposure to Xarelto results in increasing bleed risk.

5. Due to the combination of Xarelto exhibiting high inter-patient variability and a narrow therapeutic index, patient safety could be improved through therapeutic drug monitoring.

6. The prothrombin time (PT) laboratory test, with the appropriate reagent, is a useful and readily available test for identifying Xarelto-treated patients at the highest risk of experiencing a major bleeding event.

7. Xarelto appears to have the highest bleeding risk and has the highest inter-patient variability of all NOACs. Xarelto, unlike other NOACs, was not superior to warfarin in the randomized clinical trials involving atrial fibrillation patients.

8. Although Xarelto and warfarin had similar major bleed rates in ROCKET (3.6% compared with 3.4%), it is important to acknowledge that warfarin effect can be rapidly and effectively reversed in bleeding patients but Xarelto effect cannot.

9. The INR management of warfarin patients in ROCKET was conducted with a faulty device, thereby undermining the reliability of ROCKET, and likely underestimating the difference in bleeding rates between warfarin and Xarelto.

10. The Xarelto label is inadequate in the following ways:
    a. Unlike that of warfarin (Coumadin), it does not have a black box warning regarding the risk of major and fatal bleeding, thus suggesting to patients and physicians that Xarelto is safer than warfarin (Coumadin).
    b. It fails to present the variability data (*e.g.*, 5-95th percentiles) for pharmacokinetic and pharmacodynamic measurements. A prescribing physician should be aware of

   the high inter-patient variability, and the variable bleeding risks among patients on Xarelto.
  c. It fails to identify the prothrombin time (PT) laboratory test, with the appropriate reagent, as a useful and readily available test for identifying Xarelto-treated patients at high risk of experiencing a major bleeding event.
   Prior to September 2015, the label failed to properly inform physicians of the increased bleeding risk seen in U.S. patients on the registration trial for atrial fibrillation.

### IV.  Overview of Xarelto (Rivaroxaban)

Xarelto was developed and manufactured by Bayer, and is marketed in the United States through a joint partnership between Bayer and Janssen. It acts as a direct inhibitor of Factor-Xa and is a member of the class commonly referred to as the new oral anticoagulants (NOACs), comprised of Xarelto, Pradaxa (dabigatran), Eliquis (apixaban), and Savaysa (edoxaban), which were developed to offer an alternative to warfarin, the gold standard in oral anticoagulation. Baed upon submission by Janssen and Bayer, the Food and Drug Administration (FDA) approved Xarelto for three indications: 1) the prophylaxis of deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients undergoing hip or knee replacement surgeries (approved July 1, 2011); 2) to reduce the risk of stroke and systemic embolism in patients with non-valvular atrial fibrillation (approved November 4, 2011); and 3) the treatment of DVT and/or PE and the reduction in recurrence of DVT and/or PE (approved November 2, 2012). Xarelto is available in doses of 20mg, 15mg, and 10mg.

This report will focus mainly on the atrial fibrillation indication, which relied on the pivotal Phase III clinical trial, Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation (ROCKET AF). The ROCKET trial's design and outcomes, along with its flaws, are discussed in greater detail in the expert reports of Drs. Henry Bussey and Bud Gerstman. The ROCKET trial found that Xarelto was non-inferior to warfarin for the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation, with similar rates of major bleeding and non-clinically significant major bleeding. [1] *(Patel, M.R. et al., Rivaroxaban versus Warfarin in Nonvalvular Atrial Fibrillation.* N.Engl.J.Med. 2011;365:883-91.*).*

The indication for DVT/PE prophylaxis following hip/knee surgery was based on a series of Phase 3 clinical trials known as the Regulation of Coagulation in Orthopedic Surgery to Prevent Deep Venous Thrombosis and Pulmonary Embolism studies (hereinafter referred to as the

---

[1] This primary safety endpoint was defined as follows: "Major bleeding was defined as clinically overt bleeding associated with any of the following: fatal outcome, involvement of a critical anatomic site (intracranial, spinal, ocular, pericardial, articular, retroperitoneal, or intramuscular with compartment syndrome), fall in hemoglobin concentration >2 g/dL, transfusion of >2 units of whole blood or packed red blood cells, or permanent disability…Non-major clinically relevant bleeding was defined as overt bleeding not meeting criteria for major bleeding but requiring medical intervention, unscheduled contact (visit or telephone) with a physician, temporary interruption of study drug (i.e., delayed dosing), pain, or impairment of daily activities." (Patel, et al. 2011, Supplementary Appendix p. 12).

3

"RECORD" studies). The results of the RECORD studies found Xarelto to be superior to enoxaparin for thromboprophylaxis after total knee and hip arthroplasty, with similar rates of bleeding, as measured by the pre-determined criteria for bleeding outcomes. (Lassen, M.R., et al. *Rivaroxaban versus Enoxaparin for Thromboprophylaxis after Total Knee Arthroplasty*. N.Engl.J.Med. 2008;358:2776-86; Kakkar, A.K., et al. *Extended duration rivaroxaban versus short-term enoxaparin for the prevention of venous thromboembolism after total hip arthroplasty: a double-blind, randomised controlled trial*. Lancet 2008;372:31-39; Ericksson, B.I., et al. *Rivaroxaban versus Enoxaparin for Thromboprophylaxis after Hip Arthroplasty*. N.Engl.J.Med. 2008;358:2765-75.)

Approval of Xarelto for the treatment of DVT/PE was based on the EINSTEIN series of Phase 3 clinical trials including the EINSTEIN-DVT, EINSTEIN-PE, and EINSTEIN-Extension studies. (The EINSTEIN Investigators. *Oral Rivaroxaban for Symptomatic Venous Thromboembolism*. N.Engl.J.Med. 2010;363:2499-510; The EINSTEIN-PE Investigators. *Oral Rivaroxaban for the Treatment of Symptomatic Pulmonary Embolism*. N.Engl.J.Med. 2012;366:1287-97).

## V. Therapeutic Drug Monitoring

Anticoagulants effectively reduce the risk of embolic events, but have a relatively high rate of complications compared to other commonly used drugs. Major bleeding is a clinically significant, unwanted effect of anticoagulants. Any means of reducing this side effect without diminishing the anti-thrombotic properties of anticoagulants should be actively and aggressively pursued.

In the pivotal clinical trial for the atrial fibrillation indication, for every 100 patient years on rivaroxaban, there were 14.9 major or non-major clinically relevant bleeding events. *(Patel 2011).* In the US, the prevalence of atrial fibrillation was estimated at 5 million in 2010 and is projected to grow to 12 million by 2030 as the population ages. (Colilla, S., et al. *Estimates of Current and Future Incidence and Prevalence of Atrial Fibrillation in the US Adult Population*. Am.J.Card. 2013;112:1142-47.). Thus, for every one million patients on Xarelto for atrial fibrillation, approximately 150,000 persons per year will have a clinically relevant bleeding event. On a global scale, and over multiple years, more than a million patients will experience a clinically relevant bleeding event as a direct result of their use of this medication. Considering these numbers, it would be prudent to develop and standardize a test that can measure the drug level of Xarelto in a patient's blood, or a surrogate blood test that can assess the degree of anticoagulation with Xarelto use; such testing would identify those patients who are at the highest risk of bleeding and would allow for additional patient counseling, discontinuation, alternative therapies, or adjustment in the Xarelto dose to reduce bleeding events. Accordingly, global regulators and clinicians are currently investigating this improvement to patient safety. The underlying basis for this opinion is founded on a number of factors, as described in detail below.

### A. Narrow Therapeutic Index

The therapeutic window (or index) for a drug is the range of doses that gives a good therapeutic response without causing any meaningful side effects in patients. Drugs with a narrow therapeutic window are inherently more risky for patients since small differences in drug dosing

or absorption can lead to serious complications. The FDA's proposed definition of drugs with a narrow therapeutic window includes "… drugs where small differences in dose or blood concentration may lead to serious therapeutic failures and/or adverse drug reactions…" [Approaches to Demonstrate Bioequivalence of Narrow Therapeutic Index Drugs, Advisory Committee for Pharmaceutical Science and Clinical Pharmacology, July 26, 2011 at Slide 14]. In my opinion this definition characterizes oral anticoagulant drugs. Moreover this characteristic is particularly important in anticoagulants due to the severity of outcomes experienced by too little exposure and/or too much exposure.

For anticoagulants, the narrow range of exposure between the beneficial effect of the drug, *e.g.*, preventing thrombosis and stroke, and the unwanted effect of bleeding, should necessitate careful dose selection to achieve optimal benefit/risk balance. The best way to ensure safety and assure that a patient is within the therapeutic window is to test for the anticoagulant drug's concentration or effect in that patient.



[G&G 12th Edn (2011), Figure 3-6]
FIGURE V. A. 1

This opinion regarding Xarelto as a narrow therapeutic index drug is also shared by the FDA. In its Summary Review Memorandum for the atrial fibrillation indication, the FDA declared that all anticoagulants "are intrinsically narrow therapeutic range drugs because their principal toxicity, bleeding, is a result of their intended pharmacodynamic activity; too low a dose results in inadequate prevention of pathological thrombosis and consequent serious clinical events and too high a dose results in excessive inhibition of physiologic clotting and excessive bleeding." (November 2011 FDA Summary Review Memorandum approving the A-fib indication; *see also* XARELTO_BHCP_00305753).

The fact that Xarelto has been approved at a fixed dose reflects the pre-determined intent of the registration clinical trial rather than a scientifically developed dose finding study. (*See* XARELTO_BHCP_000015914).

5

The important implications of a narrow therapeutic index are enhanced when a drug also has high variability in absorption or blood levels from patient to patient, discussed in further detail below.

## B. Inter-patient Variability

Analysis of pharmacokinetic data from patients participating in a variety of clinical trials of Xarelto (including ROCKET) show that there is significant inter-patient variability (TABLE V B 1). Although different Xarelto doses were used in the various studies, the data illustrates that the high inter-patient variability noted in the ROCKET trial is also seen in the other trials which used different Xarelto doses for other indications. Of particular interest, trough levels drawn at approximately 24 hours (just before the next dose of a daily regimen) show a 10-fold difference in Xarelto blood levels between the 5th and 95th percentiles. This high degree of variability was seen in different study populations, reaffirming the drug's high inter-patient variability at all doses and for all indications.

These differences are also seen in the graph provided by the manufacturer in which open circles represent the actual plasma levels of Xarelto from a subset of patients in the ROCKET trial. [FIGURE V B 1] There was an approximate 800-fold difference between the patient with the lowest blood level and the patient with the highest blood level at the 24 hour time point after drug ingestion. (Mueck, W., et al. *Clinical Pharmacokinetic and Pharmacodynamic Profile of Rivaroxaban.* Clin.Pharmacokinet. 2014;53:1-16; XARELTO_BPAG_00006581). Thus there was extreme variability noted in the blood levels (*i.e.*, plasma concentration) of Xarelto in the patients who were studied.

**Table 3** Plasma concentrations of rivaroxaban in patient populations studied (licensed indications)

| Patient population/clinical setting | Rivaroxaban dose | $AUC_{24}$ (µg · h/L) | $C_{trough}$ (µg/L)[a] | $C_{max}$ (µg/L)[b] |
|---|---|---|---|---|
| VTE prevention after total hip replacement surgery | 10 mg od | 1,170 (772–2,118)[c] | 9 (1–38)[c] | 125 (91–196)[c] |
| DVT treatment (continued treatment) | 20 mg od | 2,814 (1,702–4,773)[d] | 26 (6–87)[d] | 270 (189–419)[d] |
| Stroke prevention in patients with AF ($CL_{CR} \geq 50$ mL/min) | 20 mg od | 3,164 (1,860–5,434)[e] | 44 (12–137)[e] | 249 (184–343)[e] |
| Stroke prevention in patients with AF ($CL_{CR}$ 30–49 mL/min) | 15 mg od | 3,249 (1,929–5,311)[e] | 57 (18–136)[e] | 229 (178–313)[e] |
| Secondary prevention in patients with ACS | 2.5 mg bid | 376 (213–641)[f] | 17 (6–37)[f] | 46 (28–70)[f] |

[a] Defined as samples collected 20–28 h after dosing
[b] Defined as samples collected 2–4 h after dosing
[c] Median estimated values (5th–95th percentile range) in phase II studies in patients undergoing total hip replacement surgery [14]
[d] Parameter estimates at steady state—geometric means (5th–95th percentile range) in phase II studies in the acute treatment of DVT [15]
[e] Parameter estimates at steady state—geometric means (5th–95th percentile range) in stroke prevention in patients with AF (Girgis et al. unpublished data; Bayer HealthCare Pharmaceuticals and Janssen Research & Development, LLC: data on file)
[f] Median estimated values (5th–95th percentile range) at steady state in patients with ACS in the phase II ATLAS ACS TIMI 46 trial [55]. AUC provided as $AUC_{12}$

*ACS* acute coronary syndrome, $AUC_{12}$ area under the plasma concentration–time curve from time zero to 12 h, $AUC_{24}$ area under the plasma concentration–time curve from time zero to 24 h, *AF* atrial fibrillation, *bid* twice daily, $C_{max}$ maximum plasma concentration, $CL_{CR}$ creatinine clearance, $C_{trough}$ minimum plasma concentration, *DVT* deep vein thrombosis, *od* once daily, *VTE* venous thromboembolism

TABLE V.B.1 [Mueck 2014]



FIGURE V.B.1 [XARELTO_BPAG_00006581 at p. 28]

As demonstrated in the table and figure above, the patients falling in the highest 5% have trough Xarelto levels higher than the median trough level; it is very likely that these levels increase the bleeding risk in this group of patients. This is additionally concerning since Xarelto, unlike warfarin, has no rapidly available reversal agent for patients who experience critical bleeding.

This inter-patient variability information is not provided in the product label, despite the fact that patients who fall at the extreme ranges of Xarelto blood levels will be at increased risk for adverse events.

A logical assumption from looking at this data is that 24 hours after a group of patients is given a fixed daily dose of Xarelto, a significant portion of patients will have very low blood levels of drug with an increased risk of clotting compared to the rest of the group, and a significant portion of patients will have high blood levels of drug with an increased risk of bleeding when compared to the rest of the group.

Xarelto also appears to have the highest inter-patient variability of all the NOACs. (*See* Ezekowitz, M.D. et al. Am.J.Cardiol 2007;100:1419; Mueck, W., et al. Clin.Pharmacokinet. 2014;53:1-16; Kowalski, et al. J.Pharmacokinet.Pharmacodyn. 2014;41(suppl.1):S19; Weitz, et al. Thromb.Haemost 2010;104:633).

## C. Dose-Response

It is widely understood and biologically expected that higher anticoagulant blood levels lead to a greater bleeding risk, and lower anticoagulant blood levels lead to a greater clotting risk. The figures below demonstrate the thrombosis and bleeding risk curves compared to the trough drug levels for three (3) currently available oral anticoagulants, warfarin, edoxaban and dabigatran. Each drug's therapeutic window is found around the area where these 2 risks cross. As noted

7

earlier, all three classes of oral anticoagulant drugs (*i.e.*, warfarin, anti-Xa inhibitors and anti-thrombin inhibitors) by their very nature will have similar profiles as noted in the figures.



FIGURE V.C.1



FIGURE V.C.2 [Earp, J.C. Edoxaban Dosing Considerations Based on Renal Function, Oct. 30, 2014, Slide 32]

8



FIGURE V.C.3 [Reilly 2014]

Although the dose (*i.e.*, exposure) response curves have not been published for Xarelto we would expect Xarelto to be similar to other oral anticoagulants noted in these figures. Per Jansen internal emails, the exposure-response curves for edoxaban and dabigatran are "pretty similar" and the curves for Xarelto are "probably similar as well." (XARELTO_JANSSEN _18580558).

Due to the critical nature of the therapeutic window, and the inability to measure Xarelto blood levels in clinical practice, there is an urgent need for the manufacturer to identify a surrogate blood test that can assess anticoagulant activity in order to identify patients who are on the extremes of the dose-response curves. In particular, given the large numbers of patients likely to be in the elevated range of Xarelto plasma concentration and thus at high risk for bleeding (see FIGURE V.B.1), it is crucial to identify an assay that will identify these at-risk patients.

9

### D. Measuring Anticoagulant Activity

For decades warfarin effect has been measured using a universally available laboratory test known as the prothrombin time (PT), which measures the time needed for a sample of blood to clot. Assays that measure the blood levels of warfarin are not readily available, but since the PT test has been proven to correlate with warfarin effect in the blood, the PT is the universally accepted method for measuring warfarin's effect. Notably, PT results are standardized and expressed as an INR (ie, international normalized ratio, a way of harmonizing PT results obtained in different labs using different reagents). High INR levels are particularly helpful in predicting patients who are at risk of bleeding. There is a direct correlation between the INR level and the risk of bleeding as shown in the FIGURE V.C.1. For the clinician, this ability to measure anticoagulant effect allows for dose adjustments and/or partial reversal of warfarin to prevent bleeding.

Sufficient information exists to show that PT testing is useful for assessing the anticoagulant effect of Xarelto. Studies have shown that there is a linear correlation between Xarelto blood levels and prothrombin time when the prothrombin time test is performed with a specific reagent (Neoplastin Plus).[2] In fact the FDA created the figure below in their review of the ROCKET trial:



FIGURE V.D.1
[FDA Briefing Document for the Cardiovascular and Renal Drugs Advisory Committee (CRDAC), dated 8 September 2011, Clinical Review, p. 37]

---

[2] A similar relationship between Factor Xa levels and Xarelto plasma concentration was also observed. *See* FDA Advisory Committee Briefing Document, Clinical Review, Figure 5, p.37; Douxfils J, et al. *Assessment of the impact of rivaroxaban on coagulation assays: Laboratory recommendations for the monitoring of rivaroxaban and review of the literature*. Thromb Res (2012), http://dx.doi.org/10.1016/j.thromres.2012.09.004, at p. 3 and 4.

10

Though PT is readily available, the relationship between PT and Xarelto plasma concentration observed in the figure above, is reagent-dependent. See figure below.



[Douxfils, J., et al. *Assessment of the impact of rivaroxaban on coagulation assays: Laboratory recommendations for the monitoring of rivaroxaban and review of the literature*. Thromb.Res. (2012), http://dx.doi.org/10.1016/j.thromres.2012.09.004]

Moreover, a document created by Janssen reported the following: "If assessment of rivaroxaban plasma concentrations is necessary in individual patients, the prothrombin time (PT) was reported to be an appropriate coagulation test. The relationship between PT and rivaroxaban plasma concentration when Neoplastin® Plus, STA Neoplastin®, or Innovin® is used as the

11

reagent is linear and closely correlated. The pharmacodynamics effects of rivaroxaban as measured by the PT are strongly affected by the type of PT reagent that is used.'
[XARELTO_JANSSEN_24478012, p. 1]

As noted earlier in this report, with the extensive use of Xarelto, a large number of patients are expected to have bleeding complications leading to excess morbidity and mortality. It would be critically important to identify those patients at greatest risk for bleeding. The results noted above suggest that the PT assay when done using a specific reagent, correlates linearly with Xarelto blood levels, and is therefore likely to be able to identify those patients at the highest risk of bleeding.

Analyses published in the FDA briefing document showed that higher PT times (indicating higher blood levels of Xarelto) did not offer greater protection against clotting, but did correlate with greater bleeding risks (FIGURES V.D.3 and V.D.4).



FIGURE V.D.3
[FDA Briefing Document for the September 2011 Advisory Committee Meeting discussing approvability of the Xarelto A-fib indication, p. 39]

12



FIGURE V.D.4
[FDA Briefing Document for the September 2011 Advisory Committee Meeting discussing approvability of the Xarelto A-fib indication, p. 40.]

Based on the above 2 figures, it is clear that the risk of major bleeding increases as the PT increases without any additional benefit in prevention of strokes.[3] Internal manufaturer's documents [XARELTO_JANSSEN_01207639] acknowledge that "scientifically, [] there is no dose response curve for efficacy…there is a dose response curve on bleeding".)

Understanding that the PT levels correlate closely with Xarelto blood levels, I can conclude that increasing exposure to Xarelto does not lead to additional benefit in preventing strokes but does lead to an increasing risk of bleeding, and that the PT when performed using the proper reagents may be able to discriminate those patients most at risk.

As noted in the summary of the FDA's review for the atrial fibrillation indication, "there is a linear correlation between rivaroxaban levels and [PT]…there is also a correlation between PT and risk of bleeding." The FDA points out that the company "has not chosen to utilize this information." The FDA reviewer states that "infrequent monitoring…to assure appropriate dosing of drugs that prevent stroke and cause bleeding may improve outcomes and be acceptable to patients." (*See* FDA Summary Review).[4] Given the potential harm associated with bleeding and the evidence showing that a routine blood test may be easily adapted to determine which patients are at highest risk of bleeding, the responsible action on the part of the manufacturer would have been to identify this test as a clinical tool.

Interestingly, the manufacturer of another NOAC with a similar benefit/risk profile to Xarelto, similar pharmacokinetic/pharmacodynamic profile, and similar inter- and intra-patient

---

[3] A similar relationship between Factor Xa levels and major bleeding was also observed. *See* FDA Advisory Committee Briefing Document, Clinical Pharmacology Review, Figure 14, p. 40.

13

variability, conducted internal analyses that indicated that a one-time blood test and dose-adjustment could maintain efficacy but decrease bleeding events by 40%. (*See* Cohen 2014. *Dabigatran: how the drug company withheld important analyses*. BMJ). It appears that the above finding prompted current investigations by regulators into the potential for therapeutic drug monitorin with NOACs.

## VI.     Concerns About the Validity of ROCKET Results

There are additional concerns about the safety profile of Xarelto for atrial fibrillation due to quality control problems with the warfarin arm of the study. Specifically, the quality of warfarin management in ROCKET was substandard.

Time in Therapeutic Range ("TTR") is defined as a means of summarizing a warfarin patient's INR control over time. TTR is used to manage warfarin patients because higher TTR is associated with better outcomes (*i.e.*, fewer strokes and bleeds). The therapeutic range for INR of atrial fibrillation patients on warfarin is universally accepted to be 2-3. An INR greater than 4 necessitates a dose reduction in a warfarin treated patient.

The TTR in ROCKET was 55%, meaning that patients assigned to the warfarin arm were only in therapeutic range 55% of the time. Notably, at just 55%, ROCKET had the lowest TTR for any Phase III trial that compared a NOAC to warfarin. The degree of poor INR control in ROCKET potentially biased the overall results in favor of Xarelto. (*See* Power Point presentation by Dr. Martin Rose (FDA), dated 9.8.2011). In fact, the FDA noted in its Summary Review memorandum that the two primary clinical reviewers (Drs. Dunnmon and Rose) recommended against approval of Xarelto for the atrial fibrillation indication based in part on the low TTR in ROCKET. Due to poor warfarin management, the FDA required the manufacturer to include the following language in the Xarelto label: "There is insufficient experience to determine how XARELTO and warfarin compare when warfarin therapy is well-controlled."

Further, the warfarin management in ROCKET has recently been further called into question due to an issue with the point-of-care (POC) device used to measure the INRs of warfarin patients during the trial. The double-blind design of the ROCKET study called for a common POC device to manage the warfarin patients' INR. The POC at issue was altered so as to generate a seven digit code instead of the true INR, as rivaroxaban does not influence INR in the same way as warfarin.

Importantly, the POC device used to manage the warfarin patients in ROCKET is now subject to a Class I FDA recall due to underreporting true INR readings. Further, a comparison of lab values and POC values in the warfarin patients revealed that approximately 30% of patients whose lab INR values were greater than 4, and thus outside the therapeutic range of 2-3, were misclassified by the recalled POC device as being sub-therapeutic, which would signal a dose increase, or as therapeutic, which would not signal a dose decrease. (*See* EMA CHMP Assessment Report 2.5.2016; Cohen, D., *Rivaroxaban: can we trust the evidence?* B.M.J. 2016;352:i575*;* Patel, M.R., et al. *Point-of-Care Warfarin Monitoring in the ROCKET AF Trial*. 2016 N.Engl.J.Med. 374;785-88. (DCRI Re-Analysis)); FDA CDER ROCKET AF Reanalysis Reviews (Clinical Review; Statistical Review; Clinical Pharmacology Review), NDA 202439.

These important and compelling findings call into question the reliability of ROCKET. Because true INR readings were under-reported, it seems likely that bleed rates (which strongly correlate with INR levels) on the warfarin arm were higher than we would expect if the INR levels were reported accurately.

As shown in TABLE VI. 1 below, approximately one third of patients on the warfarin arm in ROCKET had higher INRs than what was indicated by their POC instrument; for example, over 500 patients had a true INR > 4 that was unrecognized due to POC malfunction. These patients would not have had appropriate warfarin adjustments and they would have been more likely to have excess bleeding events. Had these patients been appropriately managed it is likely that there would have been fewer bleeding events on the warfarin arm, and that the Xarelto arm would have had a higher bleeding rate by comparison. These observations call into question that Xarelto was non-inferior to warfarin in bleeding rates.

Table 1: TSIINR23ZYa: Cross Tabulation of Lab INR vs Device Based INR at Week 12 for Warfarin Subjects
(Study 39039039AFL3001: Safety Analysis Set)
Visit Name: WEEK 12

| | --- Lab INR --- | | | | |
| --- | --- | --- | --- | --- | --- |
| | <2 | 2 - 3 | >3 - 4 | >4 | Total |
| | n (%) | n (%) | n (%) | n (%) | n (%) |
| **Device INR** | 1356 (23.5) | 2405 (41.7) | 1238 (21.5) | 767 (13.3) | 5766 (100) |
| <2 | 1239 (21.5) | 604 (10.5) | 54 ( 0.9) | 47 ( 0.8) | 1944 (33.7) |
| 2 – 3 | 96 ( 1.7) | 1740 (30.2) | 793 (13.8) | 172 ( 3.0) | 2801 (48.6) |
| >3 – 4 | 8 ( 0.1) | 50 ( 0.9) | 358 ( 6.2) | 291 ( 5.0) | 707 (12.3) |
| >4 | 13 ( 0.2) | 11 ( 0.2) | 33 ( 0.6) | 257 ( 4.5) | 314 ( 5.4) |

Note: Percentages calculated with the total number of subjects.

TABLE VI. 1

### VII. US Only Data

Separate analysis of outcome data on US patients (N=1,926) enrolled in ROCKET was performed by the FDA. In this group of patients, there was a 28% increased risk of reaching a safety endpoint in the Xarelto arm. This included a 50% increased risk of major bleeding, and a 61% increased risk of transfusion when compared to the warfarin arm, all of which were statistically significant. TABLE VII.1

| | Rivaroxaban | | Warfarin | | R vs. W HR (95% CI) | p (diff) |
|---|---|---|---|---|---|---|
| | N=962 n (%) | ER per 100 p-y | N=964 n (%) | ER per 100 p-y | | |
| **Safety Endpoint** | 322 (33.47) | 25.24 | 275 (28.53) | 19.54 | 1.28 (1.09, 1.50) | 0.003 |
| Major Bleeding | 123 (12.79) | 8.06 | 87 (9.02) | 5.35 | 1.50 (1.14, 1.98) | 0.004 |
| Hb drop | 99 (10.29) | 6.42 | 64 (6.64) | 3.92 | 1.64 (1.19, 2.24) | 0.002 |
| Transfusion | 72 (7.48) | 4.62 | 47 (4.88) | 2.87 | 1.61 (1.12, 2.33) | 0.011 |
| Critical site | 18 (1.87) | 1.13 | 22 (2.28) | 1.33 | 0.85 (0.46, 1.59) | 0.614 |
| Death | 6 (0.62) | 0.38 | 10 (1.04) | 0.60 | 0.63 (0.23, 1.72) | 0.365 |
| Non-major | 237 (24.64) | 17.86 | 211 (21.89) | 14.72 | 1.20 (1.00, 1.45) | 0.049 |
| Minimal | 48 (4.99) | 3.10 | 42 (4.36) | 2.58 | 1.20 (0.79, 1.81) | 0.395 |

Table 99. ROCKET CEC Adjudicated Bleeds - US Alone - (LD+2, Safety Pop)

TABLE VII.11
(FDA Briefing Document for the September 2011 Advisory Committee Meeting discussing approvability of the Xarelto A-fib indication, Table 99, p. 228).

Of particular note, the TTR for U.S. warfarin patients was 63%, which represents significantly better warfarin management than in the global population (see discussion on TTR above). Further, the incidence of major bleeding events in U.S. patients decreased as the TTR increased.

Despite these results, the U.S. label did not relay this information to prescribers until September 2015. On January 28, 2014, the FDA sent a letter to Janssen requesting a label change, including the addition of a forest plot depicting the risk of major bleeding by geographic region. (XARELTO_JANSSEN_00000344). Thus, the data contained in the FDA Advisory Committee Brief from September 2011 on the risk of bleeding for U.S. patients was not added until September 2015 although rivaroxaban has been on the market in the U.S. for the atrial fibrillation indication since September 2011.

### VIII. Xarelto Compared to Other NOACs

In addition to Xarelto's inferior performance with respect to bleeding when compared to warfarin in the U.S. patients of ROCKET, there is also emerging data demonstrating potentially inferior performance when compared to other NOACs.

In an indirect comparison of data from the published trials of the NOACs, Lip and colleagues found that the risk of major bleeding was less with dabigatran and apixaban than with

16

rivaroxaban. (Lip, G., et al. *Indirect Comparisons of NOACs for Efficacy and Safety When Used for Stroke Prevention in Atrial Fibrillation*. J.A.C.C. 2012;60:738-46.). In another comparative study of the three approved NOACs, Schneeweiss and colleagues found that apixaban patients had a lower risk of bleeding than patients taking dabigatran or rivaroxaban. (Schneeweiss, S., et al. *Comparative efficacy and safety of new oral anticoagulants in patients with atrial fibrillation.* Circ.Cardiovasc.Qual.Outcomes. 2012;5:480-86.)

In a retrospective study using a large commercial and Medicare database in the US, bleeding was assessed in all patients 18 years and older who were prescribed one of the NOACs for non-valvular atrial fibrillation over a 4.5 year period. While apixaban and dabigatran had less risk of bleeding than warfarin, the risk of bleeding with rivaroxaban was the same as with warfarin. Xarelto patients had a statistically significant 82% increased risk of major bleeding compared to apixaban. (Yao, X, et al. *Effectiveness and Safety of Dabigatran, Rivaroxaban, and Apixaban Versus Warfarin in Nonvalvular Atrial Fibrillation*. J.Am.Heart Assoc. 2016;5:e003725.

In another study, both dabigatran and apixaban had significantly lower annual rates of bleeding and risk of death as compared to warfarin, while rivaroxaban had comparable rates for both. (Larsen, T.B., et al. *Comparative effectiveness and safety of non-vitamin K antagonist oral anticoagulants and warfarin in patients with atrial fibrillation*. B.M.J 2016;353:i3189).

In a retrospective, new user cohort study by Graham, et al., with more than 100,000 patients, concluded that "treatment with rivaroxaban 20 mg once daily was associated with statistically significant increases in ICH and major extracranial bleeding, including major gastrointestinal bleeding, compared with dabigatran 150 mg twice daily." (Graham, et al., Stroke, bleeding, and mortality risks in elderly medicare beneficiaries treated with dabigatran or rivaroxaban for nonvalvular atrial fibrillation, JAMA, doi:10.1001/jamainternmed.2016.5954.)

At the end of 2015, Xarelto-related serious adverse events were the highest reported among all pharmaceutical drugs on the market, with 81% involving a hemorrhagic event, 42% requiring hospitalization, and almost 11% resulting in patient deaths. "Xarelto accounted for 10,674 reports of fatal, disabling, and serious injury in the U.S., more than any other of the 1,395 identifiable drugs we regularly monitor in this category. For comparison, the median number of reports per drug was 7 cases, with 25% of drugs accounting for 4 or fewer serious cases in 2015, and 25% accounting for 103 cases or more. The rivaroxaban total also included 1,121 reported patient deaths." (ISMP QuarterWatch 2015Q4). The authors of that report concluded that the "exceptionally large total" of serious adverse event reports related to Xarelto "remains a strong signal that improving the safety of oral anticoagulant treatments should be a major priority in drug safety." (*Id*.).

### IX.     Problems with Xarelto Labeling

Based on the information detailed above and my opinions derived from such information, I conclude that the U.S. Xarelto label is inadequate for the following reasons.

Unlike that of warfarin (Coumadin), the Xarelto label, in its initial and current state, does not have a black box warning regarding the risk of major and fatal bleeding, The U.S. label for warfarin has contained a black box warning regarding bleeding risk since 2007. As noted above, the ROCKET trial demonstrated similar rates of major and non-clinically significant bleeding with rivaroxaban and warfarin. Without the inclusion of a black box warning, the label suggests to patients and physicians that Xarelto is safer than warfarin (Coumadin). In addition, from November 2011 until September 2015 the Xarelto label failed to properly inform physicians of the risk of clinically relevant bleeding for U.S. patients.

The Xarelto label also fails to present the variability data (5-95th percentiles) for pharmacokinetic measurements discussed in detail above. A prescribing physician should be aware of the high interpatient variability of drug levels and cognizant that some patients at the extremes of these drug levels are at risk for adverse events.

Given the potential harm associated with bleeding and the evidence showing that a routine blood test (PT) can determine which patients are at highest risk of bleeding, the responsible action on the part of the manufacturers would have been to communicate the information on PT testing to clinicians.