# Exhibit 26

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2

 3

      IN RE:  XARELTO          )   MDL No.:  2593
 4    (RIVAROXABAN) PRODUCTS    )   Section:  L
      LIABILITY LITIGATION      )   Judge Eldon E. Fallon
 5                              )   Mag. Judge North
                                )
 6                              )
                                )
 7                              )
      JOSEPH J. BOUDREAUX,      )   Case No.:  14-cv-2720
 8    JR., ET AL                )

 9

10

11    PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

12

13

14

15       Videotaped Deposition of CINDY A. LEISSINGER,

16    M.D., taken on Thursday, December 8, 2016, in the

17    office of The Lambert Firm, A.P.L.C., 701 Magazine

18    Street, New Orleans, Louisiana 70130, commencing

19    at 2:10 p.m.

20

21

22

23
      Reported by:
24    AURORA M. PERRIEN
      CERTIFIED COURT REPORTER
25    REGISTERED PROFESSIONAL REPORTER
```

```
 1                A P P E A R A N C E S
 2   REPRESENTING JOSEPH J. BOUDREAUX, JR. AND
     LORETTA BOUDREAUX:
 3
             SCHLICHTER, BOGARD & DENTON, L.L.P.
 4           BY:  ROGER DENTON, ESQ.
             100 South 4th Street, Suite 1200
 5           St. Louis, Missouri 63102
             314.621.6115
 6           Rdenton@uselaws.com
 7           BARRIOS, KINGSDORF & CASTEIX, L.L.P.
             BY:  EMMA E. KINGSDORF, ESQ.
 8           701 Poydras Street, Suite 3650
             New Orleans, Louisiana 70139-3650
 9           504.524.3300
             Ekingsdorf@bkc-law.com
10
11
12   REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
     JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
13   ORTHO, L.L.C.:
14           IRWIN, FRITCHIE, URQUHART & MOORE,
             L.L.C.
15           BY:  KIM E. MOORE, ESQ.
             400 Poydras Street, Suite 2700
16           New Orleans, Louisiana 70130-3280
             504.310.2108
17           Kmoore@irwinllc.com
18           IRWIN, FRITCHIE, URQUHART & MOORE,
             L.L.C.
19           BY:  JEANETTE F. MILLS, ESQ.
             400 Convention Street, Suite 1001
20           Baton Rouge, Louisiana 70802
             504.310.2100
21           Jmills@irwinllc.com
22           BARRASSO, USDIN, KUPPERMAN, FREEMAN &
             SARVER, L.L.C
23           BY:  ANDREA M. PRICE, ESQ.
             909 Poydras Street, 24th Floor
24           New Orleans, Louisiana 70112
             504.589.9700
25           Aprice@barrassousdin.com
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1   REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
     INC., and BAYER PHARMA AG:
 2
            KAYE SCHOLER, L.L.P.
 3          BY:  JULIE B. duPONT, ESQ.
            250 West 55th Street
 4          New York, New York 10019-9710
            212.836.8572
 5          Julie.dupont@kayescholer.com
 6
 7
     ALSO PRESENT:
 8
            MELISSA BARDWELL, VIDEOGRAPHER
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1   have had a shorter hospitalization stay?
 2           MR. DENTON:
 3               Object to the form.
 4           THE WITNESS:
 5               That, I -- I really -- you know, I --
 6           I couldn't say one way or the other.  I
 7           mean, certainly we'd always like to catch
 8           somebody earlier rather than later so they
 9           don't get as anemic, as -- as at risk
10           of -- of other problems.  But yeah, I
11           mean, how long his hospitalization would
12           have been, I -- you know, I couldn't --
13           couldn't answer.
14   BY MS. duPONT:
15       Q.  You've said several times today that it's
16   your opinion that you can't monitor patients on
17   Xarelto.  Is that an accurate representation of
18   your --
19       A.  That we --
20       Q.  -- summary?
21       A.  That's -- that is an accurate
22   representation, that we cannot adequately monitor
23   patients on Xarelto.
24       Q.  So you could not have used PT to monitor
25   Mr. Boudreaux.  Fair?
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1          MR. DENTON:
2              Object to the form.
3          THE WITNESS:
4              With our current knowledge and lack of
5          validation studies, we really can't.  But
6          there is a lot of evidence that -- that
7          PT, particularly using certain reagents,
8          could be adapted for use as a monitoring
9          tool.  Now, again, that's with proper
10         study and proper validation, etcetera.
11         And we -- we don't have that.  That has
12         not been done.  That information's not
13         available to us as physicians.
14    BY MS. duPONT:
15       Q.  So in 2014, when Mr. Boudreaux was
16   prescribed Xarelto, you could not have used PT to
17   monitor him?
18         MR. DENTON:
19             Well --
20         THE WITNESS:
21             I --
22         MR. DENTON:
23             -- object to --
24    BY MS. duPONT:
25       Q.  Fair?

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1            MR. DENTON:
 2                -- the form.
 3            THE WITNESS:
 4                I agree with that.
 5   BY MS. duPONT:
 6       Q.   You said earlier that there needs to be a
 7   disruption or some sort of injury in the GI tract
 8   in order for there to be a bleed; correct?
 9            MR. DENTON:
10                Object to --
11            THE WITNESS:
12                "Injury" might be too strong a word,
13            but a disruption of some sort, you know,
14            caused by -- and, you know, again, a GI
15            doc could probably speak to this better
16            than I can.
17                But when -- when -- when we begin to
18            lose blood, it's because there is a
19            disruption in the -- the -- the blood
20            vessel -- the -- the wall of the blood
21            vessel that allows blood to escape.  So,
22            you know, something had to disrupt it.
23            Could it be something as simple as food
24            passing through or -- or material passing
25            through the GI tract?  I mean, again, you
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                    C E R T I F I C A T E
 2        This certification is valid only for
 3     a transcript accompanied by my original signature
 4     and original seal on this page.
 5        I, AURORA M. PERRIEN, Registered Professional
 6     Reporter, Certified Court Reporter, in and for the
 7     State of Louisiana, as the officer before whom
 8     this testimony was taken, do hereby certify that
 9     CINDY A. LEISSINGER, M.D., after having been duly
10     sworn by me upon the authority of R.S. 37:2554,
11     did testify as hereinbefore set forth in the
12     foregoing 235 pages; that this testimony was
13     reported by me in the stenotype reporting method,
14     was prepared and transcribed by me or under my
15     personal direction and supervision, and is a true
16     and correct transcript to the best of my ability
17     and understanding; that the transcript has been
18     prepared in compliance with transcript format
19     guidelines required by statute or by rules of the
20     board; and that I am informed about the complete
21     arrangement, financial or otherwise, with the
22     person or entity making arrangements for
23     deposition services; that I have acted in
24     compliance with the prohibition on contractual
25     relationships, as defined by Louisiana Code of
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1   Civil Procedure Article 1434 and in rules and
2   advisory opinions of the board; that I have no
3   actual knowledge of any prohibited employment or
4   contractual relationship, direct or indirect,
5   between a court reporting firm and any party
6   litigant in this matter nor is there any such
7   relationship between myself and a party litigant
8   in this matter.  I am not related to counsel or to
9   the parties herein, nor am I otherwise interested
10  in the outcome of this matter.
11
12
13
14
15                AURORA M. PERRIEN, CCR, RPR
16
17
18
19
20
21
22
23
24
25