# Exhibit 27

Protected - Subject to Further Protective Review

```
 1      IN THE UNITED STATES DISTRICT COURT
 2     FOR THE EASTERN DISTRICT OF LOUISIANA
 3                    - - -
 4
     IN RE:  XARELTO          :   MDL NO. 2592
 5   (RIVAROXABAN) PRODUCTS   :
     LITIGATION               :   SECTION L
 6                            :
     THIS DOCUMENT RELATES    :   JUDGE ELDON
 7   TO ALL CASES             :   E. FALLON
                              :
 8                            :
                              :   MAG. JUDGE
 9                            :   NORTH
10
                    -  -  -
11
              December 14, 2016
12
                    -  -  -
13
                - PROTECTED -
14
    - SUBJECT TO FURTHER PROTECTIVE REVIEW -
15
16           Videotaped deposition of
    HENRY MICHAEL RINDER, M.D., taken
17  pursuant to notice, was held at the law
    offices of Douglas & London, 59 Maiden
18  Lane, New York, New York, beginning at
    8:09 a.m., on the above date, before
19  Michelle L. Gray, a Registered
    Professional Reporter, Certified
20  Shorthand Reporter,  Certified Realtime
    Reporter and Notary Public.
21
                    -  -  -
22
           GOLKOW TECHNOLOGIES, INC.
23    877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com
24
```

Protected - Subject to Further Protective Review

```
 1   APPEARANCES:
 2
 3       SCHLICHTER, BOGARD & DENTON, LLP
         BY:  ROGER C. DENTON, ESQ.
 4       100 South Fourth Street
         Suite 1200
 5       St. Louis, Missouri 63102
         (314) 621-6115
 6       rdenton@uselaws.com
 7          - and -
 8       HERMAN HERMAN & KATZ
         BY: ANNE (BESS) E. DeVAUGHN, ESQ.
 9       820 O'Keefe Avenue
         New Orleans, Louisiana 70113
10       (504) 581-4892
         bdevaughn@hhklawfirm.com
11
            - and -
12
         DOUGLAS & LONDON, PC
13       BY:  LARA J. SAY, ESQ.
         59 Maiden Lane, 6th Floor
14       New York, New York 10038
         (212) 566-7500
15       lsay@douglasandlondon.com
         Representing the Plaintiffs
16
17
18
19
20
21
22
23
24
```

Protected - Subject to Further Protective Review

```
 1       APPEARANCES:  (Cont'd.)
 2
 3       WILKINSON WALSH & ESKOVITZ
         BY:  BRIAN L. STEKLOFF, ESQ.
 4       MEG LOFTUS, ESQ.
         1900 M Street, NW, Suite 800
 5       Washington, D.C. 20036
         (202) 847-4030
 6       bstekloff@wilkinsonwalsh.com
         mloftus@wilkinsonwalsh.com
 7       Representing Bayer Pharmaceuticals
 8
         BARRASSO, USDIN, KUPPERMAN, FREEMAN
 9       & SARVER, LLC
         BY:  RICHARD E. SARVER, ESQ.
10       MADISON A. SHARKO, ESQ.
         909 Poydras Street, Suite 2400
11       New Orleans, Louisiana 70112
         (504) 589-9700
12       rsarver@barrassousdin.com
         msharko@barrassousdin.com
13       Representing Janssen entities
14
15       VIDEOTAPE TECHNICIAN:
16           Henry Marte
17
18
19
20
21
22
23
24
```

1   about literature, show him the
2   article.
3       THE WITNESS: Again, I -- I
4   would be happy to look at the
5   specific article that you want and
6   to review it the way we did with
7   Adcock and Gosselin's article.
8 BY MR. STEKLOFF:
9       Q.  Do you agree that before the
10 companies could recommend that PT with a
11 Neoplastine reagent be used to monitor
12 patients who are taking Xarelto, the
13 companies would need FDA approval?
14      MR. DENTON: Object to the
15  form.
16      THE WITNESS: I'm sorry.
17  You're going to have to rephrase
18  that.  Before -- before the
19  companies --
20 BY MR. STEKLOFF:
21      Q.  Sir, you -- you wish the
22 companies would recommend that doctors
23 use PT as a way to monitor their Xarelto
24 patients, right?

Protected - Subject to Further Protective Review

1          MR. DENTON:  Object to the
2     form.
3          THE WITNESS:  I would be --
4     I would be very happy if the -- if
5     the FDA label showed the data
6     related to PT monitoring in a way
7     that -- in a way that strongly
8     showed for physicians that this
9     could be clinically useful for
10    them.
11         I -- I am not worried about
12    FDA approval of an assay as a
13    requirement to monitor or to
14    somehow follow patients.
15         We use laboratory tests that
16    are laboratory developed that are
17    not FDA approved.  We have
18    laboratory tests that are analyte
19    specific and, therefore, not FDA
20    approved, and we use those
21    clinically all the time.
22         So relying on FDA approval
23    as the threshold for being able to
24    use the prothrombin time for

1          clinical patient care, I don't
2          find of import.
3    BY MR. STEKLOFF:
4          Q.    Okay.  What do you think the
5    Xarelto label should say about PT that it
6    doesn't say today?
7          A.    Well, let's go to my report.
8                On Page 4.  My criticisms
9    related to PT are under 5-B.  It fails to
10   inform physicians like myself of, one,
11   the degree of inter-patient variability
12   with respect to drug plasma
13   concentrations.
14               And related to that, the
15   near linear correlation between drug
16   plasma concentration and PT with numerous
17   available reagents, the relationship
18   observed between PT and bleeding risk in
19   the ROCKET-AF trial; and, four, the
20   utility of using a PT measurement to
21   identify those patients at highest risk
22   of bleeding.
23               And although the data in C,
24   which is that the bleeding risk relative

Protected - Subject to Further Protective Review

```
 1
 2                    CERTIFICATE
 3
 4
 5             I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
 6  deposition is a true record of the
    testimony given by the witness.
 7
               It was requested before
 8  completion of the deposition that the
    witness, HENRY MICHAEL RINDER, M.D., have
 9  the opportunity to read and sign the
    deposition transcript.
10
11
                _____
12              MICHELLE L. GRAY,
                A Registered Professional
13              Reporter, Certified Shorthand
                Reporter, Certified Realtime
14              Reporter and Notary Public
                Dated:  December 15, 2016
15
16
17             (The foregoing certification
18  of this transcript does not apply to any
19  reproduction of the same by any means,
20  unless under the direct control and/or
21  supervision of the certifying reporter.)
22
23
24
```