# Exhibit 28

```
            Protected - Subject to Further Protective Review

 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2

 3
       IN RE:  XARELTO           )
 4     (RIVAROXABAN) PRODUCTS    )
       LIABILITY LITIGATION      )  MDL No.:  2592
 5                               )  Section:  L
                                 )  Judge Eldon E. Fallon
 6                               )  Mag. Judge North
                                 )
 7     THIS DOCUMENT RELATES     )
       TO ALL CASES              )
 8

 9

10

11     PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
12                        VOLUME I
13
14        Videotaped Deposition of LAURA M. PLUNKETT,
15     Ph.D., taken on Tuesday, December 6, 2016, in the
16     office of The Lambert Firm, A.P.L.C., 701 Magazine
17     Street, New Orleans, Louisiana 70130, commencing
18     at 8:02 a.m.
19

20

21

22

23
       Reported by:
24     AURORA M. PERRIEN
       CERTIFIED COURT REPORTER
25     REGISTERED PROFESSIONAL REPORTER
```

```
 1                A P P E A R A N C E S
 2   REPRESENTING PLAINTIFFS:
 3        SCHLICHTER, BOGARD & DENTON, L.L.P.
          BY:  ROGER DENTON, ESQ.
 4        100 South 4th Street, Suite 1200
          St. Louis, Missouri 63102
 5        314.621.6115
          Rdenton@uselaws.com
 6
          GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
 7        WARSHAUER, L.L.C., at times noted
          BY:  GERALD E. MEUNIER, ESQ.
 8        1100 Poydras Street, Suite 2800
          New Orleans, Louisiana 70163-2800
 9        504.522.2304
          Gmeunier@gainsben.com
10
11
     REPRESENTING BAYER HEALTHCARE PHARMACEUTICALS,
12   INC., and BAYER PHARMA AG:
13        KAYE SCHOLER, L.L.P.
          BY:  JEFFREY H. HOROWITZ, ESQ.
14        250 West 55th Street
          New York, New York 10019-9710
15        212.836.7572
          Jeffrey.horowitz@kayescholer.com
16
          BRADLEY, ARANT, BOULT, CUMMINGS, L.L.P.
17        BY:  LINDSEY C. BONEY, IV, ESQ.
          1819 Fifth Avenue North
18        Birmingham, Alabama 35203-2119
          205.521.8914
19        Lboney@bradley.com
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

```
 1   REPRESENTING JANSSEN PHARMACEUTICALS, INC.,
     JANSSEN RESEARCH & DEVELOPMENT, L.L.C., JANSSEN
 2   ORTHO, L.L.C.:
 3          IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
            BY:  JAMES B. IRWIN, ESQ.
 4          400 Poydras Street, Suite 2700
            New Orleans, Louisiana 70130-3280
 5          504.310.2106
            Jirwin@irwinllc.com
 6
            IRWIN, FRITCHIE, URQUHART & MOORE, L.L.C.
 7          BY:  MEERA U. SOSSAMON, ESQ.
            400 Poydras Street, Suite 2700
 8          New Orleans, Louisiana 70130-3280
            504.310.2106
 9          Msossamon@irwinllc.com
10
11   ALSO PRESENT:
12          MELISSA BARDWELL, VIDEOGRAPHER
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1       A.   -- the data.  That is true.
 2       Q.   Okay.  Were any of the NOACs approved by
 3  FDA with a recommendation or requirement for
 4  monitoring?
 5       A.   Are you asking me about the --
 6       Q.   Pradaxa, Eliquis?
 7       A.   -- Pradaxa, Eliquis, and Xarelto?  No.
 8  They --
 9       Q.   And --
10       A.   -- were not.
11       Q.   And Savaysa.  I can never pronounce that
12  word.
13       A.   Savaysa, I think or -- no.  No.
14       Q.   Yeah.
15       A.   Savaysa maybe.
16            No.  I don't believe it was either.
17       Q.   Are you familiar with the FDA approval
18  process for average -- for laboratory assays like
19  PT?
20       A.   I'm -- I'm familiar with the -- the
21  general laboratory approval process for in vitro
22  diagnostics.  I haven't gone to look and see if
23  there's guidance specific for PT tests, though.
24       Q.   And do you have any understanding whether
25  FDA has approved PT to measure the level of
```

1  Xarelto or the degree of anticoagulation?

2       MR. DENTON:

3           Object to the form.

4       THE WITNESS:

5           I am not aware that there is an

6       approved in vitro diagnostic specific to

7       Xarelto.  But I am aware that certainly PT

8       testing is an approved diagnostic test.

9  BY MR. HOROWITZ:

10      Q.  Are you familiar with the FDA in vitro

11 diagnostic workshop that occurred in October of

12 2015?

13      A.  I don't recall it.  That doesn't mean I --

14 if there -- if I have a document from it in my --

15 my disclosure, I don't recall.  I don't know.

16      Q.  Well, do you recall attending?

17      A.  Oh.  I did not attend.  No.  I didn't.

18      Q.  Did you participate?

19      A.  No.  I did not participate.

20      Q.  You weren't invited to present or attend?

21      A.  No.  I did not.

22      Q.  Do you know what the FDA in vitro

23 diagnostic workshop was all about?

24      A.  I'd have to go back and look.  I have seen

25 documents related to this.  I just don't know -- I

```
 1                    C E R T I F I C A T E
 2       This certification is valid only for
 3    a transcript accompanied by my original signature
 4    and original seal on this page.
 5       I, AURORA M. PERRIEN, Registered Professional
 6    Reporter, Certified Court Reporter, in and for the
 7    State of Louisiana, as the officer before whom
 8    this testimony was taken, do hereby certify that
 9    LAURA M. PLUNKETT, PH.D., after having been duly
10    sworn by me upon the authority of R.S. 37:2554,
11    did testify as hereinbefore set forth in the
12    foregoing 543 pages; that this testimony was
13    reported by me in the stenotype reporting method,
14    was prepared and transcribed by me or under my
15    personal direction and supervision, and is a true
16    and correct transcript to the best of my ability
17    and understanding; that the transcript has been
18    prepared in compliance with transcript format
19    guidelines required by statute or by rules of the
20    board; and that I am informed about the complete
21    arrangement, financial or otherwise, with the
22    person or entity making arrangements for
23    deposition services; that I have acted in
24    compliance with the prohibition on contractual
25    relationships, as defined by Louisiana Code of
```

Protected - Subject to Further Protective Review

1  Civil Procedure Article 1434 and in rules and
2  advisory opinions of the board; that I have no
3  actual knowledge of any prohibited employment or
4  contractual relationship, direct or indirect,
5  between a court reporting firm and any party
6  litigant in this matter nor is there any such
7  relationship between myself and a party litigant
8  in this matter.  I am not related to counsel or to
9  the parties herein, nor am I otherwise interested
10 in the outcome of this matter.
11
12
13
14
15                AURORA M. PERRIEN, CCR, RPR
16
17
18
19
20
21
22
23
24
25