# Exhibit 31

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF LOUISIANA
 3
 4
 5    IN RE:  XARELTO         )    MDL NO. 2593
      (RIVAROXABAN)           )
 6    PRODUCTS LIABILITY      )
      LITIGATION              )    SECTION: L
 7                            )
                              )
 8                            )    JUDGE ELDON E. FALLON
      THIS DOCUMENT           )
 9    RELATES TO ALL          )
      CASES                   )    MAG. JUDGE NORTH
10                            )
11
12
      PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW
13
                              - - -
14
                       November 10, 2016
15
                              - - -
16
            Oral videotaped deposition of HENRY I.
17    BUSSEY, PHARM.D., FCCP, held at the Lambert Law
      Firm, 701 Magazine Street, New Orleans, Louisiana,
18    70130, commencing at 9:02 a.m., on the above date,
      before Kari J. Behan, Certified Court Reporter
19    (#97019), Registered Professional Reporter,
      Certified Realtime Reporter.
20
                              - - -
21
22
23
24
                   GOLKOW TECHNOLOGIES, INC.
25           877.370.3377 ph - 917.591.5672
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                A P P E A R A N C E S:
 2   COUNSEL FOR THE PLAINTIFFS:
 3      LEVIN PAPANTONIO
        316 S. BAYLEN STREET
 4      SUITE 600
        PENSACOLA, FLORIDA  32502
 5      (BY:  NEIL E. "NED" MCWILLIAMS, JR., ESQ.)
        E-mail:  nmcwilliams@levinlaw.com
 6      Phone:  (850) 435-7000
 7
        DOUGLAS & LONDON
 8      59 MAIDEN LANE, 6TH FLOOR
        NEW YORK, NEW YORK  10038
 9      (BY:  LARA J. SAY, ESQ.)
        E-mail:  lsay@douglasandlondon.com
10      Phone:  (212) 566-7500 x203
11
        SCHLICHTER, BOGARD & DENTON
12      100 S. 4TH STREET
        SUITE 1200
13      ST. LOUIS, MISSOURI  63102
        (BY:  ROGER C. DENTON, ESQ.)
14      E-mail:  rdenton@uselaws.com
        Phone:  (314) 621-6115
15
16
17   COUNSEL FOR THE JANSSEN DEFENDANTS:
18      DRINKER BIDDLE & REATH
        600 CAMPUS DRIVE
19      FLORHAM PARK, NEW JERSEY  07932-1047
        (BY:  SEAN A. KENNEDY, ESQ.)
20      E-mail:  sean.kennedy@dbr.com
        Phone:  (973) 549-7017
21
22
23
24
25
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1   APPEARANCES (CONTINUED):
 2   COUNSEL FOR THE JANSSEN DEFENDANTS:
 3      SEDGWICK, LLP
        BROOKFIELD PLACE
 4      225 LIBERTY STREET, 28TH FLOOR
        NEW YORK, NEW YORK 10281-1008
 5      (BY:  DAVID M. COVEY, ESQ.)
        E-mail:  david.covey@sedgwicklaw.com
 6      Phone:  (212) 422-0202
 7
 8   COUNSEL FOR THE BAYER DEFENDANTS:
 9      BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
        COURTHOUSE PLACE
10      54 WEST HUBBARD STREET
        SUITE 300
11      CHICAGO, ILLINOIS  60654
        (BY:  KASPAR J. STOFFELMAYR, ESQ.)
12      E-mail:  kaspar.stoffelmayr@bartlit-beck.com
        Phone:  (212) 494-4434
13
14
15   THE VIDEOGRAPHER:
16      DARREN GUSTELLA, VIDEOGRAPHER
           GOLKOW TECHNOLOGIES, INC.
17
18
19
20
21
22
23
24
25
```

1     A.  I'm sorry.  Can we take a --

2     Q.  Sure, of course.

3     A.  -- quick break?

4     Q.  Yeah, absolutely.

5     MR. COVEY:

6        Absolutely.

7     THE VIDEOGRAPHER:

8        We are off the record.  Time is 2:25

9   p.m.

10    (Brief recess taken.)

11    THE VIDEOGRAPHER:

12       This begins Tape No. 5.  We are now

13   back on the record.  The time is 2:28 p.m.

14 BY MR. STOFFELMAYR:

15    Q.  Picking up where we left off, there's no

16 government agency, at least in the United States,

17 who's ever recommended to physicians using a PT

18 test to help them care for rivaroxaban patients,

19 is there?

20    A.  Not that I'm aware of.

21    Q.  And the American Heart Association, the

22 National Stroke Association, they've also never

23 made a recommendation to physicians to use a PT

24 test in the care of rivaroxaban patients?

25    A.  Not that I'm aware of.

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

```
 1                REPORTER'S CERTIFICATE
 2
 3           I, KARI J. BEHAN, CCR, RPR, CRR, Certified
 4   Court Reporter (LA Certificate #97019), as the
 5   officer before whom this testimony was taken, do
 6   hereby certify that HENRY I. BUSSEY, PHARM.D.,
 7   FCCP, after having been duly sworn by me upon
 8   authority of R.S. 37:2554, did testify as
 9   hereinbefore set forth in the foregoing 338 pages;
10           That this testimony was reported by me in
11   stenotype reporting method, was prepared and
12   transcribed by me or under my person direction and
13   supervision, and is a true and correct transcript
14   to the best of my ability and understanding;
15           That the transcript has been prepared in
16   compliance with transcript format guidelines
17   required by the complete arrangement, financial or
18   otherwise, with the person or entity making
19   arrangements for deposition services;
20           That I have acted in compliance with the
21   prohibition on contractual relationships, as
22   defined by Louisiana Code of Civil Procedure
23   Article 1434 and in rules and advisory opinions of
24   the board;
25           That I have no actual knowledge of any
```

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

1  prohibited employment or contractual relationship,
2  direct or indirect, between a court reporting firm
3  and any party litigant in this matter nor is there
4  any such relationship between myself and a party
5  litigant in this matter.  I am not related to
6  counsel or to the parties herein, nor am I
7  otherwise interested in the outcome of this
8  matter.
9          Signed this day, the November 17, 2016.
10
11
12

           _____
13         KARI J. BEHAN, CCR, RPR, CRR
           Certified Court Reporter
14         LA Certificate #97019
15
16
17
18
19
20
21
22
23
24
25