# Exhibit 32

Protected - Subject to Further Protective Review

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: XARELTO (RIVAROXABAN)   ) MDL 2592
PRODUCTS LIABILITY LITIGATION  ) SECTION L
                               )
THIS DOCUMENT RELATES TO ALL   ) JUDGE ELDON E. FALLON
CASES                          )
                               ) MAG. JUDGE NORTH
_____ )

PROTECTED - SUBJECT TO FURTHER PROTECTIVE REVIEW

VIDEOTAPED DEPOSITION OF JOACHIM H. IX, M.D., MAS

LA JOLLA, CALIFORNIA

DECEMBER 6, 2016

REPORTED BY: AUDREY L. RICKS,

CSR No. 12098, CCR, RPR, CLR

Golkow Technologies, Inc. - 1.877.370.DEPS

Protected - Subject to Further Protective Review

Page 2

1             UNITED STATES DISTRICT COURT
2             EASTERN DISTRICT OF LOUISIANA
3
4   IN RE: XARELTO (RIVAROXABAN)   ) MDL 2592
    PRODUCTS LIABILITY LITIGATION  ) SECTION L
5                                  )
    THIS DOCUMENT RELATES TO ALL   ) JUDGE ELDON E. FALLON
6   CASES                          )
                                   ) MAG. JUDGE NORTH
7   _____)
8
9
10
11
12     VIDEOTAPED DEPOSITION OF JOACHIM H. IX, MD,
13  MAS, taken on behalf of the Defendants, at 3299
14  Holiday Court, La Jolla, California, commencing at
15  9:03 a.m. and ending at 5:24 p.m., Tuesday, December
16  6, 2016, before Audrey L. Ricks, RPR, CCR, CLR,
17  Certified Shorthand Reporter, No. 12098.
18
19
20
21
22
23
24
25

```
                                                          Page 3
 1   APPEARANCES:
 2
 3   For Plaintiff:
 4         LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY
              & PROCTOR, P.A.
 5         BY:  NED McWILLIAMS, ESQ.
 6         316 South Baylen Street, Suite 600
 7         Pensacola, Florida 32502
 8         850-435-7000
 9         nmcwilliams@levinlaw.com
10
11   For Plaintiff:
12         GOZA & HONNOLD, L.L.C.
13         BY:  BRADLEY D. HONNOLD, ESQ.
14         11181 Overbrook Road, Suite 200
15         Leawood, Kansas 66211
16         913-451-3433
17         bhonnold@gohonlaw.com
18
19   For Defendant Janssen Pharmaceuticals:
20         THOMPSON & KNIGHT LLP
21         BY: TIMOTHY E. HUDSON, ESQ.
22         1722 Routh Street, Suite 1500
23         Dallas, Texas 75201
24         214-969-1540
25         tim.hudson@tklaw.com
```

Protected - Subject to Further Protective Review

Page 4

```
 1   APPEARANCES: (Continued)
 2
 3   For Defendant Bayer:
 4           NELSON MULLINS
 5           BY: ERIC A. PAINE, ESQ.
 6           -AND-
 7           BY: WESLEY T. MORAN, ESQ.
 8           1320 Main Street, 17th Floor
 9           Columbia, South Carolina 29201
10           803-255-9585
11           eric.paine@nelsonmullins.com
12           wes.moran@nelsonmullins.com
13
14   Also Present:
15           Craig Ellingson - Legal Video Specialist
16
17
18
19
20
21
22
23
24
25
```

Protected - Subject to Further Protective Review

Page 316

1  BY MR. PAINE:
2       Q    Are you aware of whether FDA has approved
3  any test or laboratory procedure specifically to
4  monitor or evaluate the anticoagulant effects of
5  rivaroxaban?
6       A    I am not.
7       Q    We talked about this a little bit earlier
8  today, and I think we got a little sidetracked.
9  Entirely my fault.  But you had told us a little bit
10 about your special status or special government
11 employee status with respect to FDA.
12           I don't want to revisit that again, but I
13 think I failed to ask you:  Have you served on any
14 FDA advisory committees in the past?
15      A    No.
16      Q    Have you ever served in any kind of an
17 advisory capacity or consulting capacity for FDA?
18      A    No.
19      Q    Have you ever had any occasion to
20 contribute comments or suggestions or drafts
21 regarding a pharmaceutical drug label?
22      A    You asked -- have I had the opportunity.
23      Q    Or have you done that?
24      A    No.
25      Q    Have you had any other roles with the FDA

Protected - Subject to Further Protective Review

Page 322

1  REPORTER'S CERTIFICATION
2       I, Audrey L. Ricks, Certified Shorthand
3  Reporter, Certified Shorthand Reporter Number 12098,
4  in and for the State of California, do hereby
5  certify:
6       That the foregoing witness was by me duly
7  sworn to testify to the truth, the whole truth, and
8  nothing but the truth in the within-entitled cause;
9       That said deposition was taken at the time
10 and place herein set forth;
11      That the deposition is a true record of the
12 witness's testimony as reported to the best of my
13 ability by me, a duly certified shorthand reporter
   and a disinterested person, and was thereafter
14 transcribed under my direction into typewriting by
15 computer;
16      That request [ X ] was [  ] was not made to
17 read and correct said deposition.
18      IN WITNESS WHEREOF, I have subscribed my
19 name on this __7th__ day of _December__, 2016.
20
21
22
23              _____
24                 Audrey L. Ricks, CSR 12098
25                 CCR, RPR, CLR