# Exhibit 39

**File Provided Natively**

**File Name:**                    proposed-annot-labeling-text.doc

**XARELTO_JANSSEN_00001707**

**HIGHLIGHTS OF PRESCRIBING INFORMATION[1]**
**These highlights do not include all the information needed to use XARELTO® (rivaroxaban) safely and effectively. See full prescribing information for XARELTO®.**

**XARELTO (rivaroxaban) film-coated oral tablets**
**Initial U.S. Approval: [XXXX]**

-----------------------------INDICATIONS AND USAGE-----------------------------
XARELTO® is a direct factor Xa inhibitor indicated for the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation. (1)

----------------------DOSAGE AND ADMINISTRATION----------------------
- For patients with CrCl ≥50 mL/min: 20 mg orally, once daily with food (2.1)
- For patients with CrCl 30 to <50 mL/min: 15 mg orally, once daily with food (2.1)
- Review recommendations for converting from or to other oral or parenteral anticoagulants (2.2, 2.3)
- Temporarily discontinue XARELTO® before invasive or surgical procedures when possible, then restart promptly (2.4)

--------------------DOSAGE FORMS AND STRENGTHS-----------------------
Tablets: 15 mg and 20 mg (3)

-------------------------------CONTRAINDICATIONS-------------------------------
- Active pathological bleeding (4)
- Hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk (4)

-------------------------WARNINGS AND PRECAUTIONS--------------------

- Risk of bleeding: XARELTO® can cause serious and, sometimes, fatal bleeding. Promptly evaluate signs and symptoms of blood loss. (5.1)
- Temporary discontinuation: Avoid lapses in therapy to minimize risk of stroke (5.2)
- Strong inhibitors of both CYP3A4 and P-gp : Concomitant use of ketoconazole or ritonavir with XARELTO® is not recommended (5.3)
- Patients with prosthetic heart valves: XARELTO® has not been studied in this population (5.4)

-------------------------------ADVERSE REACTIONS------------------------------
The most common adverse reaction (>5%) occurring in patients was bleeding. (6.1)

**To report SUSPECTED ADVERSE REACTIONS, contact Ortho-McNeil-Janssen Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

-------------------------------DRUG INTERACTIONS-----------------------------
- Rifampicin: use with caution (7)
- Drugs that may increase bleeding risk (e.g., NSAIDs, ASA, naproxen, clopidogrel): use with caution. (7)

-----------------------USE IN SPECIFIC POPULATIONS----------------------
- Pregnancy: use is not recommended (8.1)
- Nursing: use with caution (8.3)
- Renal impairment: CrCl 15 to <30 mL/min, use with caution. CrCl <15 mL/min, use is not recommended (8.6).

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: MM/20XX**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***

**1   INDICATIONS AND USAGE**
**2   DOSAGE AND ADMINISTRATION**
  2.1   Recommended Dose
  2.2   Converting from or to Vitamin K Antagonists (VKA) (Including Warfarin)
  2.3   Converting from or to Parenteral Anticoagulants
  2.4   Surgery and Intervention
**3   DOSAGE FORMS AND STRENGTHS**
**4   CONTRAINDICATIONS**
**5   WARNINGS AND PRECAUTIONS**
  5.1   Risk of Bleeding
  5.2   Temporary Discontinuation of XARELTO®
  5.3   Effect of Strong Inhibitors of Both CYP3A4 and P-glycoprotein on Rivaroxaban Exposure
  5.4   Patients with Prosthetic Heart Valves
**6   ADVERSE REACTIONS**
  6.1   Commonly-Observed Adverse Drug Reactions in Double-Blind Controlled Clinical Studies
**7   DRUG INTERACTIONS**
**8   USE IN SPECIFIC POPULATIONS**
  8.1   Pregnancy
  8.2   Labor and Delivery
  8.3   Nursing Mothers
  8.4   Pediatric Use
  8.5   Geriatric Use
  8.6   Renal Impairment
  8.7   Hepatic Impairment
**10   OVERDOSAGE**
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**
  12.1   Mechanism of Action
  12.2   Pharmacodynamics
  12.3   Pharmacokinetics
**13   NON-CLINICAL TOXICOLOGY**
  13.1   Carcinogenesis, Mutagenesis, and Impairment of Fertility
**14   CLINICAL STUDIES**
**16   HOW SUPPLIED/STORAGE AND HANDLING**
**17   PATIENT COUNSELING INFORMATION**
  17.1   Instructions for Patient Use
  17.2   Bleeding Risks
  17.3   Invasive or Surgical Procedures
  17.4   Concomitant Medication
  17.5   Pregnancy
  17.6   Nursing

*Sections or subsections omitted from the full prescribing information are not listed

**FULL PRESCRIBING INFORMATION**

# 1   INDICATIONS AND USAGE[2]

XARELTO® (rivaroxaban) Tablets are indicated for the prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation.

# 2   DOSAGE AND ADMINISTRATION

## 2.1   Recommended Dose

For patients with creatinine clearance (CrCl) >50 mL/min, the recommended dose of XARELTO® is 20 mg taken orally once daily[3] with food[4]. For patients with moderate renal impairment (CrCl 30 to <50 mL/min), the recommended dose is 15 mg once daily[5] with food[6]. XARELTO® should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min). Use of XARELTO® is not recommended in patients with kidney failure (CrCl <15 mL/min) *[see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*.[7]

In general, anticoagulant therapy should be continued as long as atrial fibrillation and associated risks of stroke and systemic embolism remain.

If a dose of XARELTO® is not taken at the scheduled time, the dose should be taken as soon as possible on the same day and continued on the following day with the once daily intake as recommended. The dose of XARELTO® should not be doubled to make up for a missed dose within the same day.[8]

## 2.2   Converting from or to Vitamin K Antagonists (VKA) (Including Warfarin)[9]

When converting patients from warfarin to XARELTO®, discontinue warfarin and start XARELTO® when the international normalized ratio (INR) is below 3.0.[10] When converting warfarin patients to XARELTO®, INR values will be falsely elevated after the intake of XARELTO®. The INR is not valid to measure the anticoagulant activity of XARELTO®, and therefore, should not be used *[see Clinical Pharmacology (12.2)]*.[11]

There is a potential for inadequate anticoagulation during the transition from XARELTO® to warfarin in the absence of bridging therapy. Continuous adequate anticoagulation should be ensured during any transition to an alternate anticoagulant. If transitioning from XARELTO® to warfarin, it should be noted that XARELTO® can contribute to an elevated INR. Therefore, the INR should not be used to monitor the therapeutic effect of warfarin until XARELTO® has been stopped for ≥48 hours.

2

## 2.3   Converting from or to Parenteral Anticoagulants[12]

For patients currently receiving a parenteral anticoagulant, start XARELTO® 0 to 2 hours before the time of the next scheduled administration of the parenteral drug (e.g., low molecular weight heparin) or at the time of discontinuation of a continuously administered parenteral drug (e.g., intravenous unfractionated heparin).

For patients currently taking XARELTO®, discontinue XARELTO® and give the first dose of parenteral anticoagulant at the time that the next XARELTO® dose would be taken *[see Clinical Pharmacology (12.3)]*.

## 2.4   Surgery and Intervention[13]

If clinically warranted in the setting of surgical intervention and based on clinical judgment, if invasive or surgical intervention is required, XARELTO® should be stopped at least 24 hours before the intervention, if possible. In deciding if the procedure can be delayed, the increased risk of bleeding should be assessed against the urgency of intervention.

XARELTO® should be restarted after the invasive procedures or surgical intervention as soon as possible provided the clinical situation allows and adequate hemostasis has been established *[see Clinical Pharmacology (12.3)]*.

## 3   DOSAGE FORMS AND STRENGTHS[14]

XARELTO® 15 mg tablets are round, red, biconvex, and film-coated with a triangle pointing down above a "15" marked on one side and "Xa" on the other side. XARELTO® 20 mg tablets are triangle-shaped, dark red, and film-coated with a triangle pointing down above a "20" marked on one side and "Xa" on the other side.

## 4   CONTRAINDICATIONS

XARELTO® is contraindicated in patients with:

- active pathological bleeding *[see Warnings and Precautions (5.1)]*[15]

- hepatic disease associated with coagulopathy leading to a clinically relevant bleeding risk *[see Clinical Pharmacology (12.3)]*[16]

## 5   WARNINGS AND PRECAUTIONS
## 5.1   Risk of Bleeding[17]

XARELTO® increases the risk of bleeding and can cause serious and, sometimes, fatal bleeding. Risk factors for bleeding include the use of drugs that increase the risk of bleeding in general [e.g., anti-platelet agents, heparin, fibrinolytic therapy, and chronic use of non-steroidal anti-

3

inflammatory drugs (NSAIDS)], and labor and delivery. Promptly evaluate any signs or symptoms of blood loss (e.g., a drop in hemoglobin and/or hematocrit or hypotension).

## 5.2   Temporary Discontinuation of XARELTO®[18]

Discontinuing anticoagulants, including XARELTO®, for active bleeding, elective surgery, or invasive procedures places patients at an increased risk of stroke. Lapses in therapy should be avoided, and if anticoagulation with XARELTO® must be temporarily discontinued for any reason, therapy should be restarted as soon as possible.

## 5.3   Effect of Strong Inhibitors of Both CYP3A4 and P-glycoprotein on Rivaroxaban Exposure[19, 20, 21]

The concomitant use of XARELTO® with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) increases exposure to rivaroxaban (160% on average) and is not recommended *[see Clinical Pharmacology (12.3)]*.

## 5.4   Patients with Prosthetic Heart Valves[22]

Safety and efficacy of XARELTO® have not been studied in patients with prosthetic heart valves; therefore, there are no data to support that XARELTO® provides adequate anticoagulation in this patient population.

## *6*   ADVERSE REACTIONS

## 6.1   Commonly-Observed Adverse Drug Reactions in Double-Blind Controlled Clinical Studies

The ROCKET AF study provided safety information of XARELTO® and warfarin *[see Clinical Studies (14)]*. The numbers of patients receiving at least one dose of study drug and their exposures are described in Table 1.

**Table 1:     Summary of Treatment Exposure in ROCKET AF[23]**

|  | XARELTO® | Warfarin |
|---|---|---|
| **Total number patients treated** | **N= 7111**<br>**n (%)** | **N=7125**<br>**n (%)** |
| Cumulative Treatment Duration |  |  |
| ≥12 months | 5558 (78.2) | 5624 (78.9) |
| ≥24 months | 2512 (35.3) | 2571 (36.1) |
| ≥36 months | 141 (2.0) | 147 (2.1) |
| Mean exposure (months[*]) | 19.1 | 19.3 |

[*] 30 days = 1 month

Throughout this section, adverse drug reactions (ADRs) are reported. Adverse drug reactions are adverse events that are considered to be reasonably associated with the use of XARELTO® based on the comprehensive assessment of the available adverse event information. A causal

relationship for XARELTO® cannot be reliably established in individual cases. Because clinical trials are conducted under widely varying conditions, adverse reactions rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

### Drug Discontinuation in ROCKET AF

The overall incidence rates of treatment-emergent adverse reactions leading to permanent treatment discontinuation were 4.64% for XARELTO® and 3.99% for warfarin. The most frequent adverse reactions leading to discontinuation of XARELTO® compared to warfarin were bleeding events (4.37% vs. 3.85%, respectively).[24]

### Bleeding [see Warnings and Precautions (5.1)]

Table 2 shows the number of patients experiencing adjudicated bleeding event endpoints during the treatment period in the ROCKET AF study, with the bleeding rate per 100 patient-years (%). The principal safety outcome was the composite of major and non-major clinically relevant bleeding events. Major bleeding was defined as clinically overt bleeding associated with the following: a decrease in hemoglobin of 2g/dL or more, or; a transfusion of 2 or more units of packed red blood cells or whole blood, or; bleeding at a critical site; or a fatal outcome. Non-major clinically relevant bleeding was defined as overt bleeding that did not meet the criteria for major bleeding, but was associated with medical intervention, unscheduled contact (visit or telephone call) with a physician, temporary or permanent cessation of study treatment, or associated with discomfort for the subject such as pain or impairment of activities of daily life.[25]

**Table 2:      Bleeding Events (per 100 Patient-Years)26**

| Parameter | XARELTO® N = 7111 n (%) | Event rate (100 Pt-yrs) | Warfarin N = 7125 n (%) | Event Rate (100 Pt-yr) | Hazard Ratio (95% CI*) |
|---|---|---|---|---|---|
| **Principal Safety Outcome[†]** | 1475 (20.74) | 14.91 | 1449 (20.34) | 14.52 | 1.03 (0.96,1.11) |
| **Major** | 395 ( 5.55) | 3.60 | 386 ( 5.42) | 3.45 | 1.04 (0.90,1.20) |
| Critical Organ Bleeding[‡] | 91 ( 1.28) | 0.82 | 133 ( 1.87) | 1.18 | 0.69 (0.53,0.91) |
| Intracranial hemorrhage[27] | 55 (0.77) | 0.49 | 84 (1.18) | 0.74 | 0.67 (0.47, 0.93) |
| Death due to bleeding | 27 ( 0.38) | 0.24 | 55 ( 0.77) | 0.48 | 0.50 (0.31,0.79) |
| Hemoglobin Drop[§] | 305 ( 4.29) | 2.77 | 254 ( 3.56) | 2.26 | 1.22 (1.03,1.44) |
| Transfusion[¶] | 183 ( 2.57) | 1.65 | 149 ( 2.09) | 1.32 | 1.25 (1.01,1.55) |
| **Non-major Clinically Relevant** | 1185 (16.66) | 11.80 | 1151 (16.15) | 11.37 | 1.04 (0.96,1.13) |

\* Confidence Interval
† Principal Safety Outcome is the composite of Major and Non-Major clinically relevant bleeding events.
‡ Critical organ bleeding are cases where bleeding site were identified as intracranial, intraspinal, intraocular, pericardial, intraarticular, intramuscular with compartment syndrome or retroperitoneal.
§ Hemoglobin drop = a fall in hemoglobin of 2 g/dL or more.
¶ Transfusion = a transfusion of 2 or more units of packed red blood cells or whole blood.

The increases in major bleeding events with XARELTO® in the categories of hemoglobin drop and/or transfusion were primarily from the gastrointestinal tract.[28]

Nonbleeding ADRs (reported by ≥1% of patients receiving XARELTO® compared to warfarin) were nausea (2.73% vs. 2.15%), syncope (1.83% vs. 1.52%) and vomiting (1.60% vs. 1.56%), respectively.

*ADRS from other clinical trials:* In other clinical trials with XARELTO®, vascular pseudoaneurysm formation has been reported following percutaneous intervention.[29]

*Liver function tests:* In the ROCKET AF study the incidence of ALT >3xULN was 2.91% (203/6979) with XARELTO® and 2.90% (203/7008) with warfarin.[30] Rare cases (7 XARELTO® vs. 4 warfarin cases) of ALT >8xULN were considered probably related to study drug. In none of these cases was there progression to more severe liver injury after discontinuation.[31] Of note, the overall incidence of ALT elevations greater than 8xULN (and at other thresholds) was balanced between treatment groups.[32] The incidence of combined ALT >3xULN with total bilirubin >2xULN cases was comparable for XARELTO® 0.47% (33/6980) and warfarin 0.50% (35/7012).[33]

6

## 7   DRUG INTERACTIONS

The concomitant use of XARELTO® with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) increased exposure[34, 35] to rivaroxaban and is not recommended[36] *[see Clinical Pharmacology (12.3)]*.

The concomitant use of XARELTO® with strong CYP3A4 and P-gp inducers (e.g., rifampicin) decreased exposure to rivaroxaban[37] and these inducers should be co-administered with caution *[see Clinical Pharmacology (12.3)]*. XARELTO® should also be used with caution if patients are treated concomitantly with drugs that typically increase the bleeding risk [e.g., NSAIDs, acetylsalicylic acid (ASA)[38], naproxen[39], clopidogrel[40, 41] *[see Warnings and Precautions (5.1) and Clinical Pharmacology (12.3)]*.

Coadministration of drugs strongly inhibiting only one of the rivaroxaban elimination pathways, either CYP3A4 or P-gp (e.g., clarithromycin[42], erythromycin[43]), or drugs altering gastric pH (omeprazole[44], ranitidine[45] or aluminum hydroxide/magnesium hydroxide[46]) does not require a dose adjustment of XARELTO® *[see Clinical Pharmacology (12.3)]*.

## 8   USE IN SPECIFIC POPULATIONS

### 8.1   Pregnancy

### Pregnancy Category: B

There are no adequate and well controlled studies on the use of rivaroxaban in pregnant women.[47]

No primary teratogenic potential was identified, but animal reproduction studies have shown pronounced maternal toxicity (e.g., hemorrhagic complications) with secondary effects on fetal development.[48] Reproduction studies have been performed in rats and rabbits at exposure levels up to 14 (rat) and 33 (rabbit) times the therapeutic exposure levels based on unbound AUC in humans at a rivaroxaban dose of 20 mg/day.[49] Because animal reproduction studies are not always predictive of human response, and due to the intrinsic risk of bleeding and the evidence that rivaroxaban crosses the placenta, XARELTO® is not recommended in pregnancy.

### 8.2   Labor and Delivery

The effect of XARELTO® on labor and delivery in humans is unknown.

### 8.3   Nursing Mothers

In rats, rivaroxaban is secreted into breast milk (2.1% of dose based on radiolabel recovery).[50] Because many drugs are excreted in human milk, caution should be exercised when XARELTO® is administered to a nursing woman.

### 8.4   Pediatric Use

Safety and effectiveness have not been established in children and adolescents <18 years of age.

### 8.5   Geriatric Use

No dosage adjustment of XARELTO® is necessary in elderly patients.[51] Of the total number of patients in the ROCKET AF study, 76.9% were 65 years and over, while 43.8% were 75 years and older.[52] As would be expected, both thrombotic and bleeding event rates were higher in these older patients,[53] but the risk-benefit profile is favorable in all age groups[54] *[see Clinical Pharmacology (12.3) and Clinical Studies (14)].*

### 8.6   Renal Impairment

For patients with moderate renal impairment (CrCl 30 to <50 mL/min), reduce the dose of XARELTO® to 15 mg once daily[55] with food[56] *[see Dosage and Administration (2.1) and Clinical Pharmacology (12.3)].*

XARELTO® should be used with caution in patients with severe renal impairment (CrCl 15 to <30 mL/min), who are at increased risk of bleeding and thrombosis, due to limited clinical data and an expected increase in rivaroxaban exposure in this patient population[57] *[see Clinical Pharmacology (12.3)].* No clinical data are available for patients with kidney failure (CrCl <15 mL/min).[58] Therefore, use of XARELTO® is not recommended in these patients *[see Dosage and Administration (2.1) and Clinical Pharmacology (12.3)].*

### 8.7   Hepatic Impairment

No dose adjustment is necessary in patients with mild hepatic impairment.[59]

Limited clinical data in patients with moderate hepatic impairment indicate a significant increase in the pharmacological activity of XARELTO®. No clinical data are available for patients with severe hepatic impairment[60] *[see Clinical Pharmacology (12.3)].*

## 10   OVERDOSAGE

Rare cases of overdose have been reported. Due to limited absorption, no further increase in average plasma exposure is expected at supratherapeutic doses of ≥50 mg rivaroxaban.[61, 62]

A specific antidote antagonizing the pharmacodynamic effect of rivaroxaban is not available. The use of activated charcoal to reduce absorption in case of XARELTO® overdose may be considered. Due to the high plasma protein binding rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)].*[63]

*Management of Bleeding:* Should a bleeding complication arise in a patient receiving rivaroxaban, the next administration should be delayed or treatment should be discontinued as

8

appropriate. Rivaroxaban has a half-life of approximately 5 to 9 hours in young individuals (20 to 45 years) and 11 to 13 hours in elderly individuals (≥75 years).[64] Appropriate symptomatic and supportive treatment should be used as needed.

If bleeding cannot be controlled by the above measures, administration of one of specific procoagulant reversal agents should be considered, such as prothrombin complex concentrate (PCC), activated prothrombin complex concentrate (APCC), or recombinant factor VIIa (r-FVIIa).[65] However, there is currently very limited clinical experience with the use of these products in individuals receiving XARELTO®.

Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. There is no experience with antifibrinolytic agents (tranexamic acid, aminocaproic acid) in individuals receiving XARELTO®. There is neither scientific rationale for benefit nor experience with the systemic hemostatics desmopressin and aprotinin in individuals receiving XARELTO®.[66]

## 11  DESCRIPTION

The chemical name of rivaroxaban, the active ingredient in XARELTO® Tablets, is 5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-oxazolidin-5-yl}methyl)-2-thiophenecarboxamide.[67] The molecular formula of rivaroxaban is $C_{19}H_{18}ClN_3O_5S$ and the molecular weight is 435.89. The structural formula is:[68]



Rivaroxaban is a pure (*S*)-enantiomer. It is an odorless, non-hygroscopic, white to yellowish powder.[69] Rivaroxaban is only slightly soluble in organic solvents (e.g., acetone, polyethylene glycol 400) and is practically insoluble in water and aqueous media.[70]

Each XARELTO® tablet contains 15 mg or 20 mg of rivaroxaban. The inactive ingredients of XARELTO® are: microcrystalline cellulose, croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO® 15 mg tablets is Opadry® Red 14F150001, containing

hypromellose, polyethylene glycol 3350, ferric oxide red, and titanium dioxide and for XARELTO® 20 mg tablets is Opadry® II Dark Red 85F150004, containing polyvinyl alcohol (partially hydrolyzed), polyethylene glycol 3350, ferric oxide red, talc, and titanium dioxide.[71]

## 12  CLINICAL PHARMACOLOGY

### 12.1  Mechanism of Action

XARELTO® is a highly selective and orally bioavailable direct factor Xa inhibitor. Activation of factor X to factor Xa (FXa) via the intrinsic and extrinsic pathways plays a central role in the cascade of blood coagulation.[72] One molecule of factor Xa is able to generate more than 1000 molecules of thrombin due to the amplification nature of the coagulation cascade.[73]

### 12.2  Pharmacodynamics

Routine monitoring of coagulation parameters is not required with XARELTO® use.[74]

Dose-dependent inhibition of factor Xa activity was observed in humans and prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban. The relationship between PT and rivaroxaban plasma concentration is linear and closely correlated.[75] If assessment of the pharmacodynamic effect of rivaroxaban is considered necessary in individual cases, PT (measured in seconds) is recommended. The Neoplastin® PT assay was measured in the ROCKET AF program and the median (with 5/95 percentiles) for PT (Neoplastin®) 1 to 4 hours after tablet intake (i.e., at the time of maximum effect) was approximately 24 (14 to 40) seconds or approximately 24 (10 to 50) seconds for patients receiving XARELTO® 20 mg once daily or XARELTO® 15 mg once daily, respectively.[76] The International Normalized Ratio (INR) should not be used for measuring rivaroxaban pharmacodynamic effect.[77]

Converting patients from warfarin (INR 2.0 to 3.0) to rivaroxaban (20mg) increased the prothrombin time/INR (Neoplastin®) more than additively during the switching period (individual INR values up to 12 may be observed), whereas effects on aPTT, inhibition of factor Xa activity and endogenous thrombin potential were additive.[78]

If it is desired to test the pharmacodynamic effects of XARELTO® during the switching period, anti-factor Xa activity, PiCT, and Heptest® can be used, as these tests will not be affected by warfarin. Three days after stopping warfarin, all tests (including PT, aPTT, inhibition of factor Xa activity, and ETP) reflected only the effect of XARELTO®.

No pharmacokinetic interaction was observed between warfarin and XARELTO®.[79]

Cardiac Electrophysiology: In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for XARELTO® (15 mg and 45 mg, single dose).[80]

## 12.3 Pharmacokinetics

### Absorption

The absolute bioavailability following oral administration of a 20 mg tablet dose of rivaroxaban is approximately 66% under fasting conditions.[81] Coadministration of XARELTO® with food increases the mean AUC by 39% and $C_{max}$ by 76%, which is predicted to result in nearly complete bioavailability of the 20 mg dose.[82] Maximum plasma concentrations ($C_{max}$) are obtained approximately 4 hours after administration with food.[83] Similar effects of food on rivaroxaban $C_{max}$ and AUC for the 15 mg and 20 mg tablet doses of rivaroxaban are expected.[84] Under fed conditions, plasma $C_{max}$ and AUC of rivaroxaban 10 mg, 15 mg, and 20 mg tablets increase proportionally with dose.[85] Variability in rivaroxaban pharmacokinetics as assessed by inter-individual variability (CV%) ranges from 30% to 40%.[86] XARELTO® 15 mg and 20 mg tablets should be taken with food *[see Dosage and Administration (2.1)]*.[87]

### Distribution

Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with albumin being the main binding component.[88] The steady-state volume of distribution in healthy subjects is approximately 50 L.[89] Rivaroxaban accumulates in plasma approximately 12% after once-daily administration.[90]

### Metabolism

Approximately 51% of an orally administered [14C] rivaroxaban dose was recovered as metabolites in urine and feces. Oxidative degradation of the morpholinone moiety (catalyzed by CYP3A4/5 and CYP2J2) and hydrolysis of the amide bonds are the major sites of biotransformation.[91] Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.[92]

### Excretion

Following oral administration of a [14C] rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug, 30% as metabolites) and 28% was recovered in feces (7% as unchanged drug, 21% as metabolites). Unchanged drug is excreted into urine, mainly via active tubular secretion.[93] Rivaroxaban is a substrate of the efflux transporter proteins P-gp and breast cancer resistance protein (Bcrp).[94]

Rivaroxaban is a low-clearance drug, with a systemic clearance of approximately 10 L/hr.[95] The terminal elimination half-life of rivaroxaban is 5 to 9 hours in young subjects aged 20 to 45 years.[96]

Special Populations

*Gender and Race*

There were no clinically relevant effects of gender[97] or race[98] on the pharmacokinetics or pharmacodynamics of XARELTO®.

*Elderly*

Elderly subjects (aged 65 to 83 years) exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 50% higher, mainly due to reduced (apparent) total body and renal clearance.[99, 100] The terminal elimination half-life is 11 to 13 hours in the elderly.[101]

*Body Weight*

Compared to body weights of 70 to 80 kg, extremes in body weight (<50 kg or >120 kg) had no clinically meaningful influence (less than 25%) on rivaroxaban plasma concentrations.[102] No dose adjustment of XARELTO® is necessary based on body weight.[103]

*Hepatic Impairment[104]*

A single-dose, open-label study was conducted to evaluate the pharmacokinetics of rivaroxaban (10 mg) in cirrhotic subjects with hepatic impairment (classified as Child-Pugh A or B) compared to healthy control subjects with normal hepatic function. In subjects with mild hepatic impairment (Child-Pugh A) rivaroxaban mean AUC increased approximately 20%, compared to healthy subjects. No relevant difference in pharmacodynamic effects was observed between these groups. In subjects with moderate hepatic impairment (Child-Pugh B), rivaroxaban mean AUC increased approximately 130% and mean unbound rivaroxaban AUC increased approximately 160%, compared to healthy subjects. Similar increases in the inhibition of factor Xa activity (160%) and prolongation of PT (110%) were observed.

XARELTO® has not been studied in subjects with severe hepatic impairment (Child-Pugh C).

XARELTO® is contraindicated in patients with hepatic disease associated with coagulopathy as use in these patients may lead to a clinically relevant bleeding risk *[see Contraindications (4)]*.

*Renal Impairment[105]*

A single-dose, open-label study was conducted to evaluate the pharmacokinetics of rivaroxaban (10 mg) in subjects with varying degrees of chronic renal insufficiency compared to healthy control subjects with normal renal function (CrCl ≥80 mL/min). The study included subjects

with renal insufficiency classified on the basis of CrCl as mild (50 to <80 mL/min), moderate (30 to <50 mL/min), and severe (15 to <30 mL/min). CrCl was measured by 24-hour urinary creatinine clearance measurements.

In subjects with mild, moderate, or severe renal impairment, average rivaroxaban AUC values increased 40%, 50%, and 60%, respectively, as compared to subjects with normal renal function and corresponding increases in pharmacodynamic effects were more pronounced. The overall inhibition of factor Xa activity was increased on average by 50%, 90%, and 100%, respectively, as compared to subjects with normal renal function. Prolongation of PT was similarly increased on average by 30%, 120%, and 140%, respectively.

Patients with mild renal impairment (CrCl 50 to <80 mL/min) do not require a dose adjustment. Dosage adjustment is required in patients with moderate renal impairment (CrCl 30 to <50 mL/min) *[see Dosage and Administration (2.1) and Use in Specific Populations (8.6)]*.[106]

Because limited clinical data are available for patients with severe renal impairment (CrCl 15 to <30 mL/min) and because these patients are at an increased risk of both bleeding and thrombosis due to their underlying disease, XARELTO® should be used with caution in these patients *[see Dosage and Administration (2.1) and Use in Specific Populations (8.6)]*.

No clinical data are available for patients with kidney failure (CrCl <15 mL/min), therefore, use of XARELTO® is not recommended in these patients.[107]

## Drug Interactions

*In vitro* studies indicate that rivaroxaban neither inhibits the major cytochrome P450 enzymes CYP1A2, 2C8, 2C9, 2C19, 2D6, 2J2, and 3A4 nor induces CYP1A2, 2B6, 2C19, or 3A4.[108, 109] Furthermore, *in vitro* data indicate low rivaroxaban inhibitory potential for P-gp and Bcrp transporters.[110]

### Effects of Rivaroxaban on Other Drugs

There were no mutual pharmacokinetic interactions between rivaroxaban 20 mg and 7.5 mg of midazolam (substrate of CYP3A4)[111], 0.375 mg once-daily dose of digoxin (substrate of P-gp)[112], or 20 mg once daily of atorvastatin (substrate of CYP3A4 and P-gp)[113].

### Effects of Other Drugs on Rivaroxaban

**Combined CYP3A4 and P-gp Strong Inhibitors**

*Ketoconazole:* Rivaroxaban 10 mg administered alone once daily for 5 days, followed by concomitant administration with ketoconazole 400 mg once daily for another 5 days resulted in

clinically significant increases in plasma concentrations (160% increase in rivaroxaban steady-state AUC and a 70% increase in $C_{max}$) and pharmacodynamic effects.[114]

*Ritonavir:* Ritonavir 600 mg administered alone twice daily for 5 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in clinically significant increases in plasma concentrations (150% increase in rivaroxaban AUC and a 60% increase in $C_{max}$) and pharmacodynamic effects.[115]

XARELTO® is not recommended in patients receiving concomitant systemic treatment with strong inhibitors of both CYP3A4 and P-gp (e.g., ketoconazole, ritonavir) *[see Warnings and Precautions (5.2)].*[116]

### Other Combined CYP3A4 and P-gp or Bcrp Inhibitors

*Clarithromycin:* Clarithromycin 500 mg administered alone twice daily for 4 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in an approximate 50% increase in rivaroxaban AUC and a 40% increase in $C_{max}$.[117]

*Erythromycin:* Erythromycin 500 mg administered alone three times daily for 4 days, followed by concomitant administration with a single rivaroxaban 10 mg dose, resulted in an approximate 30% increase in rivaroxaban AUC and $C_{max}$.[118]

The increases in exposure seen with these inhibitors are within the magnitude of the normal variability of rivaroxaban AUC and $C_{max}$, and are not considered to be clinically relevant.

Other coadministered drugs strongly inhibiting only one of the major elimination pathways, either CYP3A4/5, P-gp, or Bcrp, are expected to increase rivaroxaban plasma concentrations to a lesser extent, which would not be considered clinically relevant.[119]

### Combined CYP3A4 and P-gp Strong Inducers

*Rifampicin:* Rifampicin titrated up to a 600 mg once daily dose, followed by concomitant administration with a single rivaroxaban 20 mg dose, resulted in an approximate 50% decrease in rivaroxaban AUC and a 22% decrease in $C_{max}$, with parallel decreases in its pharmacodynamic effects.[120]

Strong CYP3A4 and/or P-gp inducers should be co-administered with caution.[121]

### Other Drugs

### Anticoagulants

*Enoxaparin:* After combined administration of enoxaparin (40 mg subcutaneous single dose) with rivaroxaban 10 mg single dose, an additive effect on anti-factor Xa activity was observed without additive effects on clotting tests [prothrombin time (PT), activated partial thromboplastin time (aPTT)]. Enoxaparin did not affect the pharmacokinetics of rivaroxaban.[122]

**NSAIDS and Platelet Aggregation Inhibitors**

*Naproxen:* No clinically relevant pharmacokinetic interaction or prolongation of capillary bleeding time was observed after concomitant administration of rivaroxaban (15 mg single dose) and 500 mg naproxen (two consecutive days).[123]

*Acetylsalicylic acid (ASA):* No clinically relevant pharmacokinetic or pharmacodynamic (including capillary bleeding time) interactions were observed when rivaroxaban (15 mg single dose) was co-administered with acetylsalicylic acid (500 mg on the first day and 100 mg on the next day).[124]

*Clopidogrel:* Clopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) did not show a pharmacokinetic interaction with rivaroxaban (15 mg single dose), however, a clinically relevant increase (when compared to rivaroxaban administered alone) in capillary bleeding time was observed in a subset of subjects, which was not correlated to platelet aggregation, P-selectin or GPIIb/IIIa receptor levels.[125]

**Drugs Which Affect Gastric pH**

*Omeprazole, Ranitidine, and Aluminum Hydroxide/Magnesium Hydroxide*: None of these drugs affected the pharmacokinetics of rivaroxaban. [126, 127, 128]

## 13   NON-CLINICAL TOXICOLOGY
### 13.1  Carcinogenesis, Mutagenesis, and Impairment of Fertility

Two-year carcinogenicity studies in rats and mice did not indicate a carcinogenic potential of XARELTO®.[129] At the high dose of 60 mg/kg/day tested in both mice and rats, exposures based on unbound AUC ranged 1.0 to 3.6 times therapeutic exposure in humans at a rivaroxaban dose of 20 mg/day.[130]

Rivaroxaban produced no evidence of genotoxic potential when evaluated in a test for gene mutation in bacteria (Ames-Test), an *in vitro* test for chromosomal aberrations or in the *in vivo* micronucleus test.[131]

No impairment of fertility was observed in male or female rats when treated with up to 200 mg/kg/day of rivaroxaban resulting in exposure levels,[132] based on the unbound AUC, at least 14-fold above the therapeutic exposure in humans at a rivaroxaban dose of 20 mg/day.[133]

## 14  CLINICAL STUDIES

The clinical evidence for the efficacy of XARELTO® was derived from ROCKET AF (**R**ivaroxaban **O**nce daily oral direct Factor Xa inhibition **C**ompared with vitamin **K** antagonist for the prevention of stroke and **E**mbolism **T**rial in **A**trial **F**ibrillation)[134] a multicenter, randomized, double-blind, parallel-group, active-controlled, event-driven study comparing XARELTO® with warfarin in the prevention of stroke and non-central nervous system (CNS) systemic embolism in patients with non-valvular atrial fibrillation (AF). Those patients assigned to XARELTO® received XARELTO® 20 mg orally once daily (15mg orally once daily in patients with CrCl 30 to <50mL/min). Patients assigned to warfarin received warfarin titrated to a target INR of 2.5 (range 2.0-3.0 inclusive). Randomized patients with non-valvular AF had one or more of the following additional risk factors:

- a prior stroke (ischemic or unknown type), transient ischemic attack (TIA) or non-CNS systemic embolism,

- or who had 2 or more of the following risk factors:

  - age $\geq$75 years,

  - hypertension,

  - heart failure and/or left ventricular ejection fraction $\leq$35%, or

  - diabetes mellitus[135]

The primary objective of the study was to demonstrate that the efficacy of XARELTO® was non-inferior to that of dose-adjusted warfarin in reducing the occurrence of the composite endpoint of stroke and non-CNS systemic embolism.[136] The study was designed to ensure that XARELTO® preserved more than 50% of warfarin's effect as established by previous randomized, placebo-controlled trials of warfarin in AF.[137] Statistical superiority was also analyzed.[138]

A total of 14,264 patients were randomized of which 14,236 patients took at least one dose of study medication (safety population) and were followed for a median number of 590 days (19.7 months) on treatment.[139] The patients' mean age was 71.2 years and the mean $CHADS_2$ score was 3.47. The patient population was 60.3% male, 83.3% Caucasian, 12.5% Asian and 1.3% Black, and 20.9% patients had a moderate renal impairment (CrCl 30 to <50 mL/min) at baseline. There was a history of stroke, TIA, or non-CNS systemic embolism in 54.8% of patients and 37.6% of patients were Vitamin K antagonist (VKA) naïve,[140] defined as <6 weeks VKA use at time of screening[141]. Concomitant diseases of patients in these trials included hypertension 90.5%, diabetes 39.9%, congestive heart failure 62.5%, and prior myocardial infarction 17.3%. At baseline, 36.5% of patients were on chronic ASA,[142] 2.4% on anticoagulants other than VKAs, 8.7% on Class III antiarrhythmics, 54.5% on angiotensin

16

converting enzyme inhibitors, 22.7% on angiotensin receptor blockers, 60.0% on diuretics, 24.0% on oral antidiabetics, and 65.5% on beta blockers.[143]

For patients randomized to warfarin, the mean percentage of time in therapeutic range (INR 2.0 to 3.0) was 55.16%; the mean percentages of time INR measurements were greater than 5 or less than 1.5 were 1.03% and 8.47%, respectively.[144]

Relative to warfarin, XARELTO® 20 mg once daily significantly reduced the primary composite endpoint of stroke and systemic embolism (see Table 3 First Occurrence of Stroke or Systemic Embolism in the ROCKET AF Study and Figure 1 Kaplan-Meier Curve Estimate of Time to First Stroke or Systemic Embolism).

**Table 3      First Occurrence of Stroke or Non-CNS Systemic Embolism in the ROCKET AF Study[145]**

| | XARELTO® 20 mg once daily | Warfarin |
|---|---|---|
| **Prespecified analysis for non-inferiority\*** | **N = 6958** | **N = 7004** |
| Patients with events (event rate 100 patient-years) | 188 (1.71) | 241 (2.16) |
| Hazard Ratio vs. warfarin (95% CI) | 0.79 (0.66, 0.96) | |
| p-value for non-inferiority | <0.001 | |
| **Prespecified analysis for superiority†** | **N =7 061** | **N =7 082** |
| Patients with events (event rate 100 patient-years) | 189 (1.70) | 243 (2.15) |
| Hazard Ratio vs. warfarin (95% CI) | 0.79 (0.65, 0.95) | |
| p-value for superiority | 0.015 | |

\* Per protocol, on treatment population
† Safety population, on treatment

**Figure 1:**   Kaplan-Meier Curves of Adjudicated Primary Composite Endpoints of Stroke and Non-CNS Systemic Embolism by Treatment Group Safety Population / On Treatment[146]



Note: On Treatment = Events Included Up to Last Dose Plus 2 Days

The contributions of the components of the composite endpoint, including stroke by subtype, are shown in Table 4. The treatment effect was primarily a reduction in stroke.

**Table 4:    Strokes and Systemic Embolism in ROCKET AF Study*[147]**

| Endpoints | XARELTO® | | Warfarin | | XARELTO® vs. Warfarin |
|---|---|---|---|---|---|
| | N = 7061 n (%) | Event Rate (100 Pt-yr) | N = 7082 n (%) | Event Rate (100 Pt-yr) | Hazard Ratio (95% CI) |
| **Major Secondary Efficacy Endpoint 1[†]** | 346 (4.90) | 3.11 | 410 (5.79) | 3.63 | 0.86 (0.74,0.99) |
| **Major Secondary Efficacy Endpoint 2[‡]** | 433 (6.13) | 3.91 | 519 (7.33) | 4.62 | 0.85 (0.74, 0.96) |
| **Other Efficacy Endpoints** | | | | | |
| Stroke | 184 (2.61) | 1.65 | 221 (3.12) | 1.96 | 0.85 (0.70, 1.03) |
| Primary Hemorrhagic Stroke | 29 (0.41) | 0.26 | 50 (0.71) | 0.44 | 0.59 (0.37, 0.93) |
| Primary Ischemic Stroke | 149 (2.11) | 1.34 | 161 (2.27) | 1.42 | 0.94 (0.75, 1.17) |
| Unknown Stroke Type | 7 (0.10) | 0.06 | 11 (0.16) | 0.10 | 0.65 (0.25, 1.67) |
| Stroke Outcome | | | | | |
| Stroke Outcome Death | 47 (0.67) | 0.42 | 67 (0.95) | 0.59 | 0.71 (0.49, 1.03) |
| Disabling Stroke | 43 (0.61) | 0.39 | 57 (0.80) | 0.50 | 0.77 (0.52, 1.14) |
| Nondisabling Stroke | 88 (1.25) | 0.79 | 87 (1.23) | 0.77 | 1.03 (0.76, 1.38) |
| Stroke Outcome Unknown | 7 (0.10) | 0.06 | 12 (0.17) | 0.11 | 0.59 (0.23, 1.50) |
| Non-CNS Systemic Embolism | 5 (0.07) | 0.04 | 22 (0.31) | 0.19 | 0.23 (0.09, 0.61) |
| Myocardial Infarction | 101 (1.43) | 0.91 | 126 (1.78) | 1.12 | 0.81 (0.63, 1.06) |
| All Cause Mortality | 208 (2.95) | 1.87 | 250 (3.53) | 2.21 | 0.85 (0.70, 1.02) |

* Safety population, on treatment
[†] Composite of stroke, non-CNS systemic embolism and vascular death
[‡] Composite of stroke, non-CNS systemic embolism, MI and vascular death

The efficacy of XARELTO® was generally consistent across major subgroups (see Figure 2).

**Figure 2**   Subgroup Analysis of Adjudicated Primary Composite Endpoints by Patient Baseline
Characteristics Safety Population / On Treatment[148]



Note: Primary Composite Endpoints of Stroke and Non-CNS Systemic Embolism, On Treatment = Events Included
Up to Last Dose Plus 2 Days.

Table 5 provides a sensitivity analysis for INR adherence in warfarin-treated patients across ROCKET AF study centers. The comparison of XARELTO® to warfarin is provided within each quartile and was examined to see whether the XARELTO® treatment effect varied by center by INR control. The effect of XARELTO® vs. warfarin was generally consistent across quartiles of warfarin INR control. The observed XARELTO® treatment effect was not unduly impacted by center warfarin control. In North America, the average percentage of INR values for warfarin within therapeutic range (2.0 to 3.0) was 64.13%.[149] The incidence of the primary efficacy composite endpoint of stroke and non-CNS systemic embolism was numerically lower in North American patients treated with XARELTO® relative to those treated with warfarin [HR (95% CI) = 0.58 (0.34, 1.01)] which is consistent with the overall study efficacy result. This analysis provides assurance that the observed XARELTO® treatment effect is not unduly impacted by center warfarin control.[150]

**Table 5        Center INR Control in the ROCKET AF Study[151]**

| | XARELTO® | | Warfarin | | XARELTO® vs. Warfarin |
|---|---|---|---|---|---|
| **Center TTR\*** | **N = 7061**<br>**n/J† (%)** | **Event Rate**<br>**(100 Pt-yr)** | **N = 7082**<br>**n/J† (%)** | **Event Rate**<br>**(100 Pt-yr)** | **Hazard Ratio**<br>**(95% CI)** |
| **0.00-50.62%** | 45/1735 (2.59) | 1.77 | 62/1689 (3.67) | 2.53 | 0.70 (0.48,1.03) |
| **50.71-58.54%** | 53/1746 (3.04) | 1.94 | 63/1807 (3.49) | 2.18 | 0.89 (0.62,1.29) |
| **58.63-65.71%** | 54/1734 (3.11) | 1.90 | 62/1758 (3.53) | 2.14 | 0.89 (0.62,1.28) |
| **65.74-100.0%** | 37/1676 (2.21) | 1.33 | 55/1826 (3.01) | 1.80 | 0.74 (0.49,1.12) |

\* TTR = time in therapeutic range: 2.0 to 3.0 inclusive

† n = number of patients with events, J = number of patients in each subgroup

# 16  HOW SUPPLIED/STORAGE AND HANDLING

XARELTO® (rivaroxaban) Tablets are available in the strengths and packages listed below. XARELTO® 15 mg tablets are film-coated, round, red, and biconvex with a triangle pointing down above a "15" marked on one side and "Xa" on the other side. XARELTO® 20 mg tablets are film-coated, triangle-shaped and dark red with a triangle pointing down above a "20" marked on one side and "Xa" on the other side.[152, 153]

| | | |
|---|---|---|
| 15 mg | NDC 50458-578-30 | Bottles of 30 |
| | NDC 50458-578-10 | Hospital Unit Dose (10 x 10 blister cards) |
| 20 mg | NDC 50458-579-30 | Bottles of 30 |
| | NDC 50458-579-90 | Bottles of 90 |
| | NDC 50458-579-10 | Hospital Unit Dose (10 x 10 blister cards) |

Store at 25° C (77° F) or room temperature; excursions permitted to 15°-30°C (59°-86°F) [see USP Controlled Room Temperature].[154]

Keep out of the reach of children.

## 17   PATIENT COUNSELING INFORMATION[155]

*See Medication Guide.*

### 17.1 Instructions for Patient Use

- Advise patients to take XARELTO® only as directed.

- Remind patients not to discontinue XARELTO® without first talking to their healthcare professional.

- If a dose is missed, advise the patient to take XARELTO® as soon as possible and continue on the following day with their once daily dose regimen.

### 17.2   Bleeding Risks

Inform patients that it might take them longer than usual to stop bleeding, and that they may bruise and/or bleed more easily when they are treated with XARELTO®. Patients should immediately report any unusual bleeding or bruising to their physician *[see Warnings and Precautions (5.1)]*.

### 17.3   Invasive or Surgical Procedures

Instruct patients to inform their health care provider that they are taking XARELTO® before any invasive procedure (including dental procedures) is scheduled.

### 17.4   Concomitant Medication

Advise patients to inform their physicians and dentists if they are taking, or plan to take, any prescription medications or over-the-counter drugs, so their healthcare professionals can evaluate potential interactions *[see Drug Interactions (7)]*.

### 17.5   Pregnancy

Patients should immediately notify their physician if they become pregnant or intend to become pregnant during treatment with XARELTO® *[see Use in Specific Populations (8.1)]*.

### 17.6   Nursing

Patients should notify their physician if they are nursing or intend to nurse during treatment with XARELTO® *[see Use in Specific Populations (8.3)]*.

Manufactured by:

Janssen Ortho, LLC

Gurabo, PR 00778


Manufactured for:

Ortho-McNeil, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc.

Raritan, NJ 08869

Licensed from:

Bayer HealthCare AG

51368 Leverkusen, Germany

© Ortho-McNeil-Janssen Pharmaceuticals, Inc. 20XX

**MEDICATION GUIDE[156]**
**XARELTO® (zah-REL-toe)**
**(rivaroxaban) Tablets**

Read this Medication Guide before you start taking XARELTO® and each time you get a new XARELTO® prescription since it may contain new information. This Medication Guide does not take the place of talking with your doctor about your medical condition and treatment. Talk to your doctor if you have any questions.

## WHAT IS THE MOST IMPORTANT INFORMATION I SHOULD KNOW ABOUT XARELTO®?

XARELTO® is a tablet that is used to prevent blood clots from forming. Patients with atrial fibrillation (an irregular heart beat) are at an increased risk of experiencing a stroke from a blood clot that forms in the heart, and can travel to the brain, causing a stoke. XARELTO® lowers your chance of having/experiencing a stroke by helping to prevent the formation of clots. You should take XARELTO® exactly as directed by your physician and do not skip a dose unless you are advised to do so by your healthcare professional.

XARELTO®, like all blood thinners, can cause bleeding, which can sometimes be serious. You may find you bruise or bleed more easily while you take it. The most common places where bleeding may occur are from the gums, the skin, the nose, the stomach or intestines and the urinary or genital tract. It is very important to take XARELTO® as prescribed, and to alert your doctor if you develop any signs of bleeding, which may include:

- Unusual bruising (bruises that develop without an injury or grow in size)
- Any new bleeding (for example, nose bleeds, bleeding gums, red urine, bright red blood in your stools, coughing up or vomiting blood)
- Any bleeding that is heavier than usual (for example, from cuts or menstruation)
- Dizziness, weakness, or tiredness, all of which could indicate a loss of blood
- Pain, swelling, or new drainage at wound sites
- Whenever you see ANY healthcare professional, including your dentist, be sure to tell them you are currently taking XARELTO®.
- **Do not stop taking XARELTO® without talking to the doctor who prescribes it for you. Patients with atrial fibrillation who stop taking XARELTO® have a higher risk of forming a blood clot which may lead to a stroke. See "What are the possible side effects of XARELTO®?" for more information about side effects.**

**WHAT IS XARELTO®?**

XARELTO® is a prescription medicine used to reduce the risk of stroke and blood clots in people who have a medical condition called atrial fibrillation. With atrial fibrillation, part of the heart does not beat the way it should. This can lead to the formation of blood clots, which can travel to the brain, causing a stroke, or to other parts of the body. XARELTO® is a blood thinner that lowers the chance of blood clots forming in your body, and reduces the risk of stroke in people who have atrial fibrillation.

XARELTO® begins working within a few hours after you start taking it, and continues protecting you for as long as you take it. Your doctor will tell you how long you need to take XARELTO®.

You do not need routine blood tests to see if XARELTO® is working properly. You do not need to change your diet while taking XARELTO®.

**WHO SHOULD NOT TAKE XARELTO®?**

> **Do not start taking XARELTO® if you:**

- Are actively bleeding
- Have serious liver disease

**WHAT SHOULD I TELL MY DOCTOR BEFORE TAKING XARELTO®?**

> Tell your doctor if you:

- Have problems with easy or excessive bleeding
- Have any problems with your liver or kidneys
- Are pregnant or planning to become pregnant or are breast-feeding

Tell your doctor about all the medicines you take, including prescription and nonprescription medicines, and herbal supplements. Using XARELTO® with certain other medicines may increase your risk of bleeding and XARELTO® may not work properly. Some other medicines may need to be changed or stopped. Your doctor can tell you what medicines can be safely taken with XARELTO®. Non-prescription products containing aspirin or other anti-inflammatory pain relieving drugs (such as ibuprofen, naproxen), may increase the risk of bleeding, so they should be used only with your doctor's approval if you are taking XARELTO®.

**HOW SHOULD I TAKE XARELTO®?**

- Take XARELTO® exactly as your doctor has told you.
- You should take XARELTO® once a day with food.

- **Your doctor will decide how long you should take XARELTO®. Do not stop taking XARELTO® without talking with your doctor first. Stopping XARELTO® may increase your risk of stroke.**

- Do not run out of XARELTO®. Be sure to fill your next prescription of XARELTO® before you run out of tablets, so you do not miss a dose.

- **Tell your healthcare professional about any planned surgeries, medical, or dental procedures.** Your doctor may recommend that you stop taking XARELTO® for a short time. Your doctor will tell you when to start taking XARELTO® again after your surgery or procedure.

- If you have missed a dose of XARELTO®, take the dose as soon as possible on the same day and continue on the following day with your next regularly scheduled dose. The dose of XARELTO® should not be doubled during the same day to make up for a missed dose.

- **Call your doctor right away if you take too much XARELTO®.** Taking too much XARELTO® may increase the risk of bleeding.

## WHAT SHOULD I AVOID WHILE TAKING XARELTO®?

Do not start, stop, or change any medicine (including prescription medications, non-prescription, over-the-counter medications, and herbal supplements) without talking with your healthcare professional.

Do not engage in any dangerous activity that may result in an increased risk of serious injury and may increase your risk of bleeding. Call your doctor right away if you fall or injure yourself in a way that causes you to bleed. If you injure your head, call your doctor, even if you do not see signs of bleeding.

## WHAT ARE THE POSSIBLE SIDE EFFECTS OF XARELTO®?

XARELTO® is a very important medicine to help prevent blood clots. However, medicines like XARELTO® may increase your chance of bleeding. Some of these bleeding episodes can be serious (and even life-threatening). If you have any questions or concerns, call your doctor (see "What is the Most Important Information I Should Know About XARELTO®?").

Side effects with XARELTO® may include bleeding, vomiting, nausea, and fainting. Call your doctor if you have any side effect that bothers you or that does not go away. These are not all the possible side effects of XARELTO®. For a complete list, ask your doctor or pharmacist or go to *www.XARELTO-US.com*.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

You may also report side effects to Ortho-McNeil-Janssen Pharmaceuticals, Inc. at 1-800-526-7736.

## HOW SHOULD I STORE XARELTO®?

- Store XARELTO® at room temperature between 59° and 86°F (15° to 30°C). Protect from moisture.
- Keep XARELTO® in a safe place out of the reach of children.

## GENERAL INFORMATION ABOUT XARELTO®

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use XARELTO® for a condition for which it was not prescribed. **Do not give XARELTO® to other people, even if they have the same condition. It may harm them.**

This Medication Guide summarizes the most important information about XARELTO®. If you would like more information, talk with your doctor. For more information about XARELTO®, call 1-800-526-7736 or visit *www.XARELTO-US.com*.

## WHAT ARE THE INGREDIENTS IN XARELTO®?

**Active Ingredient: rivaroxaban**

**Inactive ingredients:** croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO® 15 mg tablets is Opadry® Red 14F150001, containing ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide and for XARELTO® 20 mg tablets is Opadry® II Dark Red 85F150004, containing ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

This Medication Guide has been approved by the U.S. Food and Drug Administration.

Issued: (dd Month yyyy)
Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

Manufactured for:
Ortho-McNeil, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc.
Raritan, NJ 08869

Licensed from:

Bayer HealthCare AG

51368 Leverkusen, Germany

© Ortho-McNeil-Janssen Pharmaceuticals, Inc. 20XX

## ENDNOTE ANNOTATIONS

---

[1] The contents of the Highlights section are based on the contents of the Full Prescribing Information (FPI)--See annotations in FPI.

[2] eCTD Module 2.5 Clinical Overview, Section 6.4

[3] eCTD Module 5.3.5.3.7 Integrated Summary of Efficacy, Section 1.2.3

[4] eCTD Module 2.7.1 Summary of Biopharmaceutic Studies and Associated Analytical Methods, Section 1.2.5

[5] eCTD Module 5.3.5.3.7 Integrated Summary of Efficacy, Section 1.2.3

[6] eCTD Module 2.7.1 Summary of Biopharmaceutic Studies and Associated Analytical Methods, Section 1.2.5

[7] eCTD Module 2.5 Clinical Overview, Section 5.10

[8] eCTD Module 2.5 Clinical Overview, Section 5.10

[9] eCTD Module 2.5 Clinical Overview, Section 5.10

[10] eCTD Module 2.5 Clinical Overview, Section 5.10

[11] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.3.7

[12] eCTD Module 2.5 Clinical Overview, Section 5.10

[13] eCTD Module 2.5 Clinical Overview, Section 5.10

[14] eCTD Module 3.2.P.5.1 Specification(s)

[15] eCTD Module 2.5 Clinical Overview, Section 4.1

[16] eCTD Module 2.5 Clinical Overview, Section 3.2.2

[17] eCTD Module 2.5 Clinical Overview, Section 5.10

[18] eCTD Module 2.5 Clinical Overview, Section 5.10

[19] Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.5

[20] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.6

[21] eCTD Module 2.5 Clinical Overview, Section 3.3.2

[22] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 3.2.3 Exclusions. December 2010.

[23] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 4.7 Extent of Exposure. December 2010.

[24] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 8.9

[25] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 3.9.7.2.1 Bleeding Events. December 2010.

[26] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 7.2.2.4.1 Principal Safety Endpoint. December 2010.

[27] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 7.2.2.4.1.1, Intracranial Bleeding. December 2010.

[28] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 7.2.2.4.1.2 Fatal Bleeding. December 2010.

[29] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 8.9

[30] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 7.2.2.5 Liver Safety. December 2010.

[31] eCTD module 5.3.5.3 Integrated Summary of Liver Safety, Appendix 1.1, Section 2.1.8.2 HEAC Causality Summary

[32] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 7.2.2.5 Liver Safety. December 2010.

[33] eCTD module 5.3.5.3 Integrated Summary of Liver Safety, Appendix 1.1, Section 2.1.2.6 ALT >3xULN and Total Bilirubin >2xULN Individual Case Discussion

[34] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.5

[35] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.6

[36] eCTD Module 2.5 Clinical Overview, Section 3.3.2

[37] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.9

[38] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.3.2

[39] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.3.3

[40] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Sections 2.4.3.4 and 2.4.3.5

[41] eCTD Module 2.5 Clinical Overview, Section 3.3.2

[42] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.7

[43] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.8

[44] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.1.3

[45] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.1.1

[46] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.1.2

[47] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 8.4

[48] eCTD Module 2.4 Non-Clinical Overview, Section 4.4

[49] eCTD Module 2.4 Non-Clinical Overview, Section 4.1, Table 4-5

[50] eCTD Module 2.6.4 Pharmacokinetics Written Summary, Section 6.4

[51] eCTD Module 2.5 Clinical Overview, Section 5.10

[52] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 4.3Demographic and Baseline Characteristics. December 2010.

[53] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 1.5.1.9

[54] eCTD Module 2.5 Clinical Overview, Section 5.10

[55] eCTD Module 5.3.5.3.7 Integrated Summary of Efficacy, Section 2.1.5

[56] eCTD Module 2.7.1 Summary of Biopharmaceutic Studies and Associated Analytical Methods, Section 1.2.5

[57] [eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.2.5

[58] eCTD Module 2.5 Clinical Overview, Section 5.10

[59] eCTD Module 2.5 Clinical Overview, Section 5.10

[60] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.2.6

[61] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 8.5

[62] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 1.2.2

[63] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 8.5

[64] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 8.5

[65] eCTD Module 2.4 Non-Clinical Overview, Section 2.4

[66] eCTD Module 5.3.5.3.8 Integrated Summary of Safety, Section 8.5

[67] eCTD Module 3.2.S.1.1 Nomenclature

[68] eCTD Module 3.2.S.1.2 Structure

[69] eCTD Module 3.2.S.1.3 General Properties

[70] eCTD Module 3.2.S.1.3 General Properties

[71] eCTD Module 3.2.P.1 Description and Composition of the Drug Product

[72] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 1.2.1

[73] eCTD Module 2.4 Non-Clinical Overview, Section 2.1

[74] eCTD Module 2.5 Clinical Overview, Section 1.2

[75] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 3.2.2

[76] eCTD 2.7.2 Summary of Clinical Pharmacology Studies, Section 3.2.4.3

[77] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 3.2.1.3.1

[78] eCTD Module 2.72 Summary of Clinical Pharmacology Studies, Section 2.4.3.7

[79] eCTD Module 2.72 Summary of Clinical Pharmacology Studies, Section 2.4.3.7

[80] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.5.1

[81] eCTD Module 2.7.1 Summary of Biopharmaceutic Studies and Associated Analytical Methods, Section 1.6.2

[82] eCTD Module 2.7.1 Summary of Biopharmaceutic Studies and Associated Analytical Methods, Section 2.8

[83] eCTD Module 2.7.1 Summary of Biopharmaceutic Studies and Associated Analytical Methods, Section 1.6.2

[84] eCTD Module 2.7.1 Summary of Biopharmaceutic Studies and Associated Analytical Methods, Section 3.1

[85] eCTD Module 2.7.1 Summary of Biopharmaceutic Studies and Associated Analytical Methods, Section 2.9 (Study 12362)

[86] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 1.2.2

[87] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 3.1.1

[88] eCTD Module eCTD Module 2.6.4 Pharmacokinetics Written Summary, Section 2.6.4.4.1

[89] eCTD Module 2.7.1 Summary of Biopharmaceutic Studies and Associated Analytical Methods, Section 2.1

[90] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.3.5

[91] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.1.3

[92] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 3.1.3

[93] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 3.1.3

[94] eCTD Module 2.6.4 Pharmacokinetics Written Summary, Section 1

[95] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 1.2.2

[96] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.1.2

[97] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 3.3.2

[98] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 3.3.5

[99] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.2.2

[100] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.2.3

[101] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 1.2.2

[102] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.2.4

[103] eCTD Module 2.5 Clinical Overview, Section 4.4.1

[104] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.2.6

[105] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.2.5

[106] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the

Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 3.6 Dosage and Administration. December 2010.

[107] eCTD Module 2.5 Clinical Overview, Section 5.10

[108] eCTD Module 2.6.4 Pharmacokinetics Written Summary, Section 5.1.4

[109] eCTD Module 2.6.4 Pharmacokinetics Written Summary, Section 5.1.5

[110] eCTD Module 2.6.4 Pharmacokinetics Written Summary, Section 8.3

[111] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.1

[112] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.2

[113] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.3

[114] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.5

[115] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.6

[116] eCTD Module 2.5 Clinical Overview, Section 3.3.2

[117] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.7

[118] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.8

[119] eCTD Module 2.5 Clinical Overview, Section 3.3.2

[120] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.2.10

[121] eCTD Module 2.5 Clinical Overview, Section 3.3.2

[122] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.3.1

[123] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.3.3

[124] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.3.2

[125] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Sections 2.4.3.4 and 2.4.3.5

[126] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.1.3

[127] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.1.1

[128] eCTD Module 2.7.2 Summary of Clinical Pharmacology Studies, Section 2.4.1.2

[129] eCTD Module 2.4 Nonclinical Overview, Section 4.6

[130] eCTD Module 2.4 Nonclinical Overview, Section 4.1

[131] eCTD Module 2.4 NonClinical Overview, Section 4.5

[132] eCTD Module 2.4 Nonclinical Overview, Section 4.4

[133] eCTD Module 2.4 Nonclinical Overview, Section 4.1

[134] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 1 Introduction. December 2010.

[135] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 3.1.1 Overall Design. December 2010.

[136] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 2.1 Primary Objective. December 2010.

[137] Johnson & Johnson Pharmaceutical Research & Development Clinical Protocol A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once-Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation Protocol 39039039AFL3001; Phase 3 (EudraCT number 2006-004595-13) BAY59-7939/11630 JNJ39039039 (rivaroxaban, BAY 59-7939) Amendment INT-2, Section 12.1 Sample Size Determination. 13 February 2009.

[138] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 3.11.2.1.1 Primary Efficacy Endpoint. December 2010.

[139] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation). Section 4.7 Extent of Exposure. December 2010.

[140] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the

Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation). Section 4.3 Demographic and Baseline Characteristics. December 2010.

[141] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 3.1.2 Changes in Conduct. December 2010.

[142] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 4.3 Demographics and Baseline Characteristics. December 2010.

[143] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 4.4 Prior and Concomitant Therapies. December 2010.

[144] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 4.6 Treatment Compliance. December 2010.

[145] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 6.3 Primary Efficacy Endpoint Analyses. December 2010.

[146] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 6.3 Primary Efficacy Endpoint Analyses. December 2010.

[147] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the

Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 6.4 Secondary Efficacy Endpoints. December 2010.

[148] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 6.4 Secondary Efficacy Endpoints. December 2010.

[149] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 4.6 Treatment Compliance. December 2010.

[150] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 6.4. Secondary Efficacy Endpoints. December 2010.

[151] Johnson & Johnson Pharmaceutical Research & Development Clinical Study Report A Prospective, Randomized, Double-Blind, Double-Dummy, Parallel-Group, Multicenter, Event-Driven, Non-inferiority Study Comparing the Efficacy and Safety of Once Daily Oral Rivaroxaban (BAY 59-7939) With Adjusted-Dose Oral Warfarin for the Prevention of Stroke and Non-Central Nervous System Systemic Embolism in Subjects With Non-Valvular Atrial Fibrillation, the ROCKET AF Trial (Rivaroxaban Once Daily Oral Direct Factor Xa Inhibition Compared with Vitamin K Antagonism for Prevention of Stroke and Embolism Trial in Atrial Fibrillation), Section 6.4. Secondary Efficacy Endpoints. December 2010.

[152] eCTD Module 3.2.P.5.1 Specification(s) Coated Tablet 15-mg and 20-mg

[153] eCTD Module 3.2.P.1. Description and Composition of the Drug Product Coated Tablet 15-mg and 20-mg

[154] eCTD Module 3.2.P.8.1 Stability Summary and Conclusions

[155] Contents of Patient Counseling Information based on the US Package Insert for PRADAXA® and the contents of the XARELTO® Full Prescribing Information.

[156] Contents of Medication Guide are based on the contents of the XARELTO® full prescribing information