Case 2:14-md-02592-EEF-MBN Document 5109-54 *SEALED* Filed 01/20/17 Page 1 of 25

# Exhibit 44

*Joseph Orr, Jr., et al. v. Janssen Research & Development, LLC, et al.*

### CASE SPECIFIC EXPERT REPORT OF PETER G. LIECHTY, MD, FAANS, FACS

## I.     INTRODUCTION

My name is Peter G Liechty, MD, FAANS, FACS. I am a physician and board-certified neurosurgeon. I have been in the active clinical practice of neurosurgery since 2008. I have been immersed in the discipline of neurological surgery starting with my residency from 2003 until 2008 and practice at Thibodaux Regional Medical Center from 2008 until present. Over the years, I have cared for numerous patients with various types of intracranial bleeding events including primary intraventricular hemorrhage (IVH) caused or exacerbated by anticoagulant medications, including warfarin, heparin and the various new oral anticoagulant drugs (NOACs).

The purpose of this report is to provide the details of my review of the Sharon Orr case and to set forth the opinions I have developed in this case and hold to a reasonable degree of medical certainty. In forming my opinions, I have employed the same methods as used in my clinical practice, which utilizes my education, training, and experience. My opinions are likewise based on Mrs. Orr's relevant medical records, including CT scans, deposition testimony taken as part of Mrs. Orr's case, and my extensive review of medical literature.

## II.     PERSONAL INFORMATION

### A.     General

The details of my professional education, experience, and publications are set forth in my CV attached hereto. By way of overview, I attended medical school at Finch University of Health Sciences/The Chicago Medical School and graduated in 2002 with a 4.0 GPA. I then completed a general surgery internship and neurosurgery residency at the University of Alabama at Birmingham (UAB). UAB Neurosurgery is well known as a program with robust clinical volume. During my time at UAB, I had significant exposure to patients with intraventricular hemorrhages, which required me to place hundreds of ventriculostomy catheters for various indications such as intraventricular hemorrhage.

Following my training, I entered into private practice neurosurgery and have been engaged in the active practice of neurosurgery since that time. I am board-certified in neurosurgery, a Fellow of the American Association of Neurological Surgeons. I am also a Fellow of the American College of Surgeons. I am an active member of the American Association of Neurological Surgeons, the Congress of Neurological Surgeons, the AANS/CNS Section on Disorders of the Spine, the Lafourche Parish Medical Society, the Louisiana State Medical Society, the North American

USCA5 1143

Spine Society, and the Louisiana Neurosurgical Society. Additionally, I am actively participating in The American Board of Neurological Surgery Maintenance of Certification program. This rigorous program incorporates professionalism and professional standing, lifelong learning and self-assessment, and improvement in medical practice. I have been published and I actively present on issues and ongoing developments in neurosurgery.

### B.    Licensure and Hospital Privileges

I am currently licensed to practice medicine in Louisiana, Mississippi, and Alabama. I maintain hospital privileges with Thibodaux Regional Medical Center, and I have been on general neurosurgery call at this hospital for approximately 1000 days in the last 8 years. In addition, I actively practice medicine at Louisiana Brain & Spine Clinic.

## III.    SHARON ORR PATIENT HISTORY DATA

Based on my review of Mrs. Orr's medical records, Mrs. Orr's relevant medical history includes: hypertension with a white-coat component (onset unknown);[1] diabetes mellitus, type II (1996);[2] chronic kidney disease (onset unknown);[3] atrial fibrillation (2011);[4] and congestive heart failure (2011).[5]

## IV.    FACTUAL CHRONOLOGY

Based on my review of the medical records and the testimony of Mrs. Orr's family members and treating neurosurgeon, my understanding of the factual chronology is as follows:

In February 2014, Mrs. Orr was prescribed Xarelto 20 mg oral once daily for the treatment of chronic A-fib.[6] In July 2014, Mrs. Orr's prescription was renally adjusted to Xarelto 15 mg oral once daily.[7] Mrs. Orr took her Xarelto at night usually just before bedtime.[8] On occasion, I understand she would take the Xarelto at alternative times based on timing of events in her life.[9] On April 24, 2015, Mrs. Orr and her husband went to dinner at a Ruth's Chris Steakhouse at approximately 6:30 p.m.[10] While eating dinner with her husband, Mrs. Orr began to experience a

---

[1] Dr. Cummings (PCP), SOrr-TulaneH-MD-000056
[2] Dr. Ash, SOrr-TulaneH-MD-000485
[3] Dr. Cruz (Nephrologist), SOrr-Fcruz-000134
[4] Dr. Cummings (PCP), SOrr-TulaneH-MD-000045-46
[5] Dr. St. Martin (Cardiologist), SOrr-MEStMartinJr-000134
[6] Ochsner Baptist Medical Center, SOrr-OBMC-MD-000014
[7] Ochsner Baptist Medical Center, SOrr-OBMC-MD-000242, 249
[8] Joseph Orr, Jr. Deposition, p. 91-93, Kimberly DeAgano Deposition, p. 168-172
[9] Kimberly DeAgano Deposition, p. 168-172
[10] Joseph Orr, Jr. Deposition, p. 241

USCA5 1144

significant headache.[11] Mrs. Orr vomited while en route home and again at home in the driveway, but was alert and oriented at that time.[12]

Upon arriving home, Mrs. Orr was helped to her bed.[13] A little while later, Mrs. Orr's husband returned to the bedroom to check on Mrs. Orr, and she requested help to the bathroom.[14] While Mrs. Orr was in the bathroom with her husband, Mr. Orr called their daughter, Kimberly DeAgano, to come provide assistance and to determine whether to call 911.[15]

Upon the daughter's arrival, Mrs. Orr exhibited some degree of altered mental status and physical debility/inability to transfer self without assistance.[16] Mr. Orr and his daughter made the joint decision to have Mrs. Orr taken to the hospital. Mrs. Orr was taken to Ochsner Baptist Medical Center by ambulance service where Dr. Ann Azcuy noted upon arrival that Mrs. Orr was "drowsy but arouses to voice" and was "able to follow simple commands with her right side only."[17] At this point, Mrs. Orr was likely a 10-13 on the Glasgow Coma Scale.

A CT Head Without Contrast was performed at 11:36 p.m. and resulted by Dr. Brian Ogden at 12:08 a.m. The scan showed that Mrs. Orr was experiencing an "extensive right lateral ventricular acute hemorrhage with extension to third ventricle without identifiable cause seen." The scan also showed "associated hydrocephalus with significant regional mass-effect" with a 1.6 cm left midline shift.[18] Dr. Azcuy spoke with the transfer center to inform them that Mrs. Orr was on Xarelto.[19] At 1:05 a.m. on April 25, 2015, Mrs. Orr was intubated and transferred to Ochsner Medical Center - Main Campus by ambulance for neurosurgery evaluation.[20]

Upon her arrival to Ochsner Main Campus, Mrs. Orr was unresponsive with the exception of painful stimuli.[21] Mrs. Orr did not open her eyes and was unable to verbally respond due to being intubated.[22] During the physical exam given by Dr. Jonathan Riffle at 1:54 a.m., she withdrew from pain indicating a Glasgow Coma Scale Score of 6T.[23] Mrs. Orr's family was told that surgical intervention was not possible at that time because Mrs. Orr was on Xarelto, which had

---

[11] Joseph Orr, Jr. Deposition, p. 241-245
[12] Joseph Orr, Jr. Deposition, p. 241-245
[13] Joseph Orr, Jr. Deposition, p. 245-46
[14] Joseph Orr, Jr. Deposition, p. 245-46
[15] Joseph Orr, Jr. Deposition, p. 248-49
[16] Kimberly DeAgano Deposition, p. 180-185
[17] Ochsner Medical Center, SOrr-OMC-MD-000013
[18] Ochsner Medical Center, SOrr-OMC-MD-000014
[19] Ochsner Medical Center, SOrr-OMC-MD-000015
[20] Ochsner Medical Center, SOrr-OMC-MD-000008
[21] Ochsner Medical Center, SOrr-OMC-MD-000018
[22] Ochsner Medical Center, SOrr-OMC-MD-000018
[23] Ochsner Medical Center, SOrr-OMC-MD-000234

USCA5 1145

no known reversal agent.[24] At 3:45 a.m., Dr. Faraz Khursheed indicated that Mrs. Orr was withdrawing when painful stimulus was applied to her right side, remaining a 6T on the Glasgow Coma Scale.[25]

At 4:29 a.m., Mrs. Orr had a second CT Head Without Contrast. This scan showed a "stable right lateral ventricular hemorrhage with similar leftward midline shift and possible mild right uncal herniation."[26] At 12:29 p.m. Dr. Cuong Bui indicated that "now that her Xarelto has had a chance to clear, I offered the family the option for bilateral EVDs with possible TPA. Family understands overall implication and wants to proceed. Will place EVDs emergently."[27] At 1:53 p.m., Dr. Toby Gropen noted, "Patient with IVH likely secondary to Xarelto for A fib. Comatose with left hemiplegia. Brainstem reflexes intact. Agree with EVD."[28] Dr. Bui performed a bilateral ventriculostomy to place the external ventricular drains at approximately 2:10 p.m.[29]

A 3rd CT Head Without Contrast was performed at 3:13 p.m. which showed "no detrimental interval change." Dr. Jacob Schiebel, the doctor who resulted this scan, also noted the overall volume of blood was stable as compared to the prior examination.[30] Mrs. Orr received a series of tPA injections into her EVDs beginning on April 25, 2015 at 7:51 p.m.[31] On April 26, 2016 at 6:54 a.m., Dr. Elizabeth Mahanna indicated in an ICU progress note that Mrs. Orr's Glasgow Coma Scale score was now 5T.[32] Later that day at 3:14 p.m., Dr. Riffle observed that Mrs. Orr was a 6T on the Glasgow Coma Scale since she "withdraws in all 4s."[33]

A 4th CT Head Without Contrast was performed on April 27, 2015 at 1:05 a.m. Compared to the previous scan, there was "no significant interval change in the appearance of the noncontrast cranial CT." The acute intracranial hemorrhage was again observed "predominantly, if not exclusively, intraventricular in position, with a large amount of acute blood density seen within the right lateral ventricle..."[34] A neurosurgery progress note by Dr. Lora Kahn at 5:22 a.m. indicated that Mrs. Orr's Glasgow Coma Scale score was now at 5T since Mrs. Orr displayed "posturing on right, no movement on left."[35] On April 27, 2015 at 11:19 a.m., Physician's

---

[24] Ochsner Medical Center, SOrr-OMC-MD-000031
[25] Ochsner Medical Center, SOrr-OMC-MD-000027
[26] Ochsner Medical Center, SOrr-OMC-MD-000464
[27] Ochsner Medical Center, SOrr-OMC-MD-000232
[28] Ochsner Medical Center, SOrr-OMC-MD-000236
[29] Dr. Bui's Deposition, p. 26-27
[30] Ochsner Medical Center, SOrr-OMC-MD-000465
[31] Ochsner Medical Center, SOrr-OMC-MD-000035
[32] Ochsner Medical Center, SOrr-OMC-MD-000194
[33] Ochsner Medical Center, SOrr-OMC-MD-000131
[34] Ochsner Medical Center, SOrr-OMC-MD-000466
[35] Ochsner Medical Center, SOrr-OMC-MD-000137

USCA5 1146

Assistant Megan Irland observed in a progress note that Mrs. Orr maintained a Glasgow Coma Scale score of 5T with "some localization with head towards painful stimuli."[36]

A 5th CT scan performed at 3:33 p.m. showed a "large cast of hemorrhage remains within the right lateral ventricle which remains dilated despite bi-frontal ventriculostomy catheters & relative decompression of the remainder of the lateral ventricles." However, the scan also revealed that the midline shift was slightly reduced from 1.9 cm to 1.5 cm.[37]

Dr. Harold McGrade indicated in a progress note on April 29, 2015 at 1:04 p.m. that Mrs. Orr's neurological state was "worsening conversely associated with success of tPA treatment."[38] A 6th CT Head Without Contrast was performed at 3:23 p.m. This scan showed there to be "a slight reexpansion of the left lateral ventricle with continued layering hemorrhage most pronounced in the posterior horn."[39] At 9:38 p.m., a clinical note by Dr. Parissa Vassef noted that "Ms. Orr's LOC and overall clinical status continue to decline," and that her family "wished for her to be DNR (Do Not Resuscitate)."[40]

On April 30, 2015 at 5:17 a.m., Dr. Kahn noted that Mrs. Orr's Glasgow Coma Scale Score was at 4T with "slight extensor posturing on right. Extensor posturing on left."[41] At 1:25 p.m., Dr. Ciccotto observed that Mrs. Orr's Glasgow Coma Scale score was down to a 3T,[42] but this score may not be consistent with the exam noting triple flexion in her lower extremities.

On May 1, 2015 at 5:36 a.m., Dr. Kahn noted that Mrs. Orr's Glasgow Coma Scale score was at a 4T, although this score may be inconsistent with a physical exam noting minimal withdrawal in the left upper extremity."[43] At 3:43 p.m. that day, Mrs. Orr's family made the decision to withdraw care on May 4, 2015.[44] Mrs. Orr passed away on May 4, 2015 at 5:49, after all efforts to curb neurologic injury failed.[45]

---

[36] Ochsner Medical Center, SOrr-OMC-MD-000045
[37] Ochsner Medical Center, SOrr-OMC-MD-000469
[38] Ochsner Medical Center, SOrr-OMC-MD-000072
[39] Ochsner Medical Center, SOrr-OMC-MD-000471
[40] Ochsner Medical Center, SOrr-OMC-MD-000082
[41] Ochsner Medical Center, SOrr-OMC-MD-000158
[42] Ochsner Medical Center, SOrr-OMC-MD-000097
[43] Ochsner Medical Center, SOrr-OMC-MD-000165
[44] Ochsner Medical Center, SOrr-OMC-MD-000251
[45] Ochsner Medical Center, SOrr-OMC-MD-000034

USCA5 1147

## V.    CASE SPECIFIC OPINIONS

### A.    Time of Onset of Bleeding

According to testimony, Mrs. Orr complained of having a headache at approximately 6:30 p.m. at the restaurant.[46] Very soon thereafter, she began to experience nausea and vomiting, and Mr. Orr had to stop the car on the way home to allow Mrs. Orr to vomit.[47] Mrs. Orr's triad of symptoms at that point – headache, nausea, and vomiting – were most likely associated with hydrocephalus. Hydrocephalus is the excessive collection of cerebrospinal fluid in the ventricles in the brain. Importantly, hydrocephalus does not usually develop instantaneously but instead tends to be more progressive, requiring some degree of earlier initial hemorrhage.

In Mrs. Orr's case, expansion of a smaller initial hemorrhage with subsequent development and progression of hydrocephalus likely occurred.  The lack of known visible symptoms prior to 6:30 p.m. is not unusual as small intraventricular hemorrhages can be minimally symptomatic, if symptomatic at all. If a hemorrhage had started specifically at 6:30 p.m. and caused almost immediate hydrocephalus (necessary to explain the almost immediate nausea and vomiting), I would expect her condition to have deteriorated more rapidly such that she would not have been able to later follow commands upon later presentation at Ochsner Baptist.  It would be very unlikely in this circumstance that bleeding would start from nothing at 6:30 p.m. and then almost immediately result in hydrocephalus.

Based on the analysis above, it is my opinion to a reasonable degree of medical certainty, that the bleeding in Mrs. Orr's right ventricle started well-prior to the onset of symptoms and that her symptoms themselves are attributable to the development and progression of hydrocephalus.

### B.    Timing of Last Xarelto Dose/Anticoagulation Status on April 24, 2015

Due to her chronic kidney disease, Mrs. Orr was prescribed a renal adjusted 15mg dose of Xarelto.[48] On April 23, 2015, Mrs. Orr took her dose of Xarelto 15 mg per her normal evening routine.[49] It is unclear whether Mrs. Orr took any Xarelto on April 24, 2015.[50] Pharmacologically, given Mrs. Orr's renal function at the time, it is most probable that the anticoagulation effects of Xarelto continued into the evening of April 24, 2015, regardless of when or whether she took Xarelto on April 24, 2015.

---

[46] Joseph Orr, Jr. Deposition, p. 241-245
[47] Joseph Orr, Jr. Deposition, p. 241-245
[48] Ochsner Baptist Medical Center, SOrr-OBMC-MD-000242, 249
[49] Joseph Orr, Jr. Deposition, p. 91-93, Kimberly DeAgano Deposition, p. 168-172
[50] Kimberly DeAgano Deposition, p. 168-172

USCA5 1148

Mrs. Orr had stage IV renal disease with her CrCl measuring 31.37 a few days prior to the onset of symptoms related to her intraventricular hemorrhage.[51] It is well-recognized that renal dysfunction extends the half-life of Xarelto. There also appears to be significant interpatient variability in the half-life for patients taking Xarelto 15mg.  Mueck, et al (2014) identified a 62.1% co-efficient of variation in these patients.[52] They also identified a half-life range extending to 33.76 hours.  The highest plasma concentration levels at trough (measured at 20-28 hours post-dose) were seen in patients taking Xarelto 15mg with CrCl in the 30-49 ml/min range. Mueck's data also showed that patients with CrCl in the 35 range still had significant rivaroxaban plasma concentrations 24 hours after drug administration.

In addition, based upon my review of Mrs. Orr's initial CT scan performed at 11:36 p.m. on April 24, 2015, there was unclotted blood in the right frontal horn, suggestive of ongoing anticoagulation. In Mrs. Orr's situation, it is my opinion to a reasonable degree of medical certainty that the anticoagulant effects of the Xarelto 15 mg she took on April 23, 2015 continued into the late afternoon and evening of April 24, 2015 and caused the primary intraventricular hemorrhage.

      C.    Initial CT Scan Findings and Significance

Based upon my review of the initial CT scan, there is significant intraventricular hemorrhage in the right frontal horn with no intraparenchymal component. There is also hydrocephalus, significant mass effect and midline shift. The blood is tightly casted along the walls of the dilated ventricle. Within the clot in the anterior portion of the right frontal horn, there is an area of hypodensity, representative of unclotted blood. It is my opinion that Mrs. Orr suffered a primary acute hemorrhage in the intraventricular system.

I have carefully considered and ruled out other possible causes.  The location of Mrs. Orr's initial hemorrhage within the ventricular space makes a hypertensive cause significantly less probable. Typically, the vast majority of hypertensive bleeds originate in the basal ganglia, thalamus, cerebellum, pons, and rarely, the neocortex. Moreover, her significantly elevated blood pressures on initial survey at Ochsner Baptist may have been related to Cushing Reflex from hydrocephalus, midline shift, and increased intracranial pressure. Her tachycardia was likely secondary to the Cardene drip.

In addition to coagulopathies (acquired or inherited), other reported causes of pure primary intraventricular hemorrhage are vascular malformations, intraventricular tumors, intraventricular

---

[51] Dr. Cruz (Nephrologist), SOrr-Fcruz-000103; Labs, SOrr-QD-LA-000012
[52] Mueck M, Stampfuss J, Kubitza D, Becka M. Clinical Pharmacokinetic and Pharmacodynamic Profile of Rivaroxaban. *Clin Pharmacokinet.* 2014; 53:1-16.

USCA5 1149

aneurysms, Moyamoya Disease, pituitary apoplexy, vasculitis, fibromuscular dysplasia, and sympathomimetic abuse. Based upon my review of the medical records and CT scans, it is also my opinion that Mrs. Orr most likely did not have any of the other known causes of a primary intraventricular hemorrhage (including any structural or vascular abnormality), and I have excluded those other causes with reasonable certainty. To the extent that other factors may have contributed to the intraventricular hemorrhage, it is my opinion to reasonable degree of medical certainty that Xarelto was the most substantial and significant contributing factor to Mrs. Orr's intraventricular hemorrhage.

      E.    Need for Neurosurgical Intervention

After thorough review of the clinical details and testimony in this case, there is no question that Mrs. Orr required emergent neurosurgical intervention. I agree with Dr. Bui's approach to Mrs. Orr's care. Mrs. Orr presented to the neurosurgical team with a GCS of 6T along with intact brainstem reflexes and non-localizing movements in all 4 extremities.[53] In the face of obvious hydrocephalus, midline shift, and a declining exam, emergent neurosurgical evaluation and intervention was absolutely indicated. Ventriculostomy or bilateral ventriculostomies, as in this case, along with intraventricular administration of tPA (Tissue Plasminogen Activator) would be the surgical treatment of choice. The delay in performing these interventions was clearly related to Mrs. Orr's Xarelto history. If a lab test was readily available to evaluate her degree of ongoing anticoagulant effect, a reasonable neurosurgeon, such as Dr. Bui, would have properly ordered it. Similarly, if a reversal agent was readily available, a reasonable neurosurgeon like Dr. Bui would have ordered it as well. In addition, it is important to consider the following points regarding Xarelto:

-    As of April 2015, there was no laboratory test identified in the Xarelto information to determine the anticoagulation status of patients with a history of taking Xarelto.

-    There is no proven reversal agent or antidote to reverse or lessen the anticoagulant effects of Xarelto.

In my experience and opinion, the lack of an identified laboratory test to measure anticoagulation status and reversal agent represents a significant hazard and danger with Xarelto use, particularly in patients like Sharon Orr. In addition, comparative data suggests that patients taking Xarelto are exposed to increased risk of intracranial hemorrhage (ICH). Mrs. Orr was at an increased risk of ICH because she was taking Xarelto as compared to the other NOAC agents, Pradaxa and Eliquis. Graham, et al. (2016) noted in their large direct comparison of atrial fibrillation patients

---

[53] Ochsner Medical Center, SOrr-OMC-MD-000234

USCA5 1150

treated with Pradaxa or Xarelto, that Xarelto was associated with a statistically significant increased rise of ICH.[54] Lip, et al. (2012) also found that Pradaxa was associated with 54% less intracranial bleeding than Xarelto.[55] Halvorsen et al. (2016) conducted a comparative study of patients who used either warfarin, Pradaxa, Eliquis or Xarelto.[56] They found that the use of Pradaxa and Eliquis were associated with a lower risk of intracranial bleeding compared to warfarin.

Importantly, Laliberté et al. (2014) conducted a study to assess the safety and effectiveness of Xarelto and warfarin and concluded that the rates of ICH were not statistically different.[57] This data would suggest that there would not be any reason to prescribe Xarelto over warfarin on the basis of the likelihood of ICH, especially in light of the clinical realities demonstrated by Mrs. Orr's case. As compared to warfarin, physicians caring for patients taking Xarelto with ICH really have limited treatment options due to the lack of a laboratory test to assess anticoagulation states and a reversal agent to normalize or reduce anticoagulant effects.

Aggressive medical management with 3% NS, mannitol, Lasix, etc. were important aspects of the proper care Mrs. Orr received leading up to Dr. Bui's decision to attempt life-saving neurosurgical intervention. If he could have, Dr. Bui would have attempted neurosurgical intervention earlier, as this would have clearly given Mrs. Orr a more favorable probability to recover versus ongoing hydrocephalus and brain compression.[58] As explained in more detail below, it is most probable that immediate emergent neurosurgical intervention would have been an effective treatment for Mrs. Orr in the face of ongoing hydrocephalus and mass effect.

---

[54] Graham DJ, Reichman ME, et al. Stroke, Bleeding, and Mortality Risks in Elderly Medicare Beneficiaries Treated With Dabigatran or Rivaroxaban for Nonvalvular Atrial Fibrillation. *JAMA Intern Med*. 2016; doi:10.1001/jamainternmed.2016.595.

[55] Lip GY, Pan X, et al. Indirect Comparisons of New Oral Anticoagulant Drugs for Efficacy and Safety When Used for Stroke Prevention in Atrial Fibrillation. *J Am Coll Cardiol*. 2012; 60(8):738-46.

[56] Halvorsen S, Ghanima W, et al. A nationwide registry study to compare bleeding rates in patients with atrial fibrillation being prescribed oral anticoagulants. *Eur Heart J Cardiovasc Pharmacother*. 2016; DOI: http://dx.doi.org/10.1093/ehjcvp/pvw031.

[57] Laliberté F, Cloutier M, et al. Real-world comparative effectiveness and safety of rivaroxaban and warfarin in nonvalvular atrial fibrillation patients *Curr Med Res Opin*. 2014; 30(7):1317-25.

[58] Ochsner Medical Center, SOrr-OMC-MD-000031, 231; Dr. Bui's Deposition, p. 19-23

USCA5 1151

F.    Prognosis and Survival

Mrs. Orr died from a primary intraventricular hemorrhage that led to hydrocephalus, which in turn led to increased intracranial pressure resulting in herniation of the brain.

Arboix's paper on spontaneous primary intraventricular hemorrhage reports an in-hospital mortality rate of 41.7%.[59] In other series in the literature, authors have described mortality of 43%, 36%, and 33.3%. In reviewing Mrs. Orr's medical records, there is reference to an ICH score of 3. This would be derived from her GCS of 6T (1 point), ICH volume greater than 30 cc (1 point), and the presence of intraventricular hemorrhage (1 point).[60] Hemphill et al. (2001) devised this grading scale to estimate mortality from CT findings in intracerebral hemorrhage.[61] This estimates a mortality of 72%. When considering this ICH scoring system, it is important to consider the following:

- ICH scores are used primarily as a communication tool. The authors advise not using ICH scores as a primary means to predict outcomes.

- This scoring system is not well-tailored to making an assessment in a patient such as Sharon Orr because it is based on a group of patients that received varying degrees of treatment across a broad time spectrum.  If the patient population for this model had all been patients similar to Sharon Orr's demographic and patient history, the prognostic data would be significantly improved (see above).

I cannot dispute that primary intraventricular hemorrhage is a very serious condition with the potential for morbidity and mortality. That said, the following must be taken into account when assessing Mrs. Orr's clinical situation:

- A GCS of 6T can be successfully treated. Looking at the series mortality rates referenced above, about 60% of these patients survived. In my personal clinical experience over the years, I have seen many critically ill patients make incredible recoveries with GCS scores and neurologic exams much worse than Mrs. Orr's. This is especially true when hydrocephalus is involved and the reversal of increased intracranial pressure can be done expeditiously. A 60% probability of survival is extraordinarily meaningful to a waiting room of anxious family

---

[59] Arboix A, García-Eroles L, Vicens A, Oliveres M, Massons J. Spontaneous Primary Intraventricular Hemorrhage: Clinical Features and Early Outcome. *Neurology*. 2012; ISRN Article ID 498303.

[60] Ochsner Medical Center, SOrr-OMC-MD-000030

[61] Hemphill JC, Bonovich DC, Lavrentios B, Manley GT, Johnston SC. The ICH Score A Simple, Reliable Grading Scale for Intracerebral Hemorrhage. *Stroke*. 2001; 32:891-897.

USCA5 1152

members. It is also meaningful to the practitioners of neurological surgery who have seen recoveries in their patients and undertake intervention with that goal.

- As Dr. Bui noted in his testimony, "Time is brain."[62] No neurosurgeon would dispute this important statement. Early intervention, if feasible, is always preferable in the face of ongoing brain compression and hydrocephalus. One of my mentors, Dr. Jerry Oakes, a world-renowned expert in Chiari malformations, is famous for saying, "The sun should never set on a failed shunt." The practical meaning is that hydrocephalus must be treated now.

Based upon Mrs. Orr's history and the appearance of the bleed/hydrocephalus on the first CT scan, it is my opinion to a reasonable degree of medical certainty that emergent neurosurgical intervention with external ventricular drainage along with tPA administration performed soon after arrival at Ochsner Main Campus would have provided Mrs. Orr a substantial probability of survival with functional neurologic outcome. I calculate this lost opportunity in Mrs. Orr's case to be 60%, meaning that it is more probable than not that emergent neurosurgical intervention as described would have resulted in Mrs. Orr's survival with a functional neurologic outcome. The basis for this opinion is my years of clinical and surgical experience in caring for numerous patients with intracranial hemorrhage similar to Mrs. Orr's, my review of the medical record including the initial and serial CT scans, and my review of the pertinent medical literature regarding intraventricular hemorrhage and prognosis. Mrs. Orr lost this probability for survival and recovery because her brain was exposed to significantly increased intracranial pressure for several additional hours.

It is also important to emphasize how the treatment plan for Mrs. Orr would have been significantly different had she presented with an intraventricular hemorrhage while taking warfarin. I know from direct patient care experience that Mrs. Orr's anticoagulation status could have been determined almost immediately at Oschner Baptist by way of an urgent/STAT INR test. If her INR was significantly elevated it could have been normalized in the emergency department with various agents such as fresh frozen plasma, Vitamin K, PCC or a combination thereof. The INR could have been serially monitored. Neurosurgical intervention could proceed once the INR reached a range of 1.5-1.7. Based upon my review of the pertinent records and testimony in this case, as well as my professional education, training and experience, it is my opinion to a reasonable degree of medical certainty that if Mrs. Orr had presented with an IVH while on warfarin, then EVD placement like that performed by Dr. Bui could have been accomplished at least twelve hours sooner. Such earlier treatment most probably would have saved Mrs. Orr's life.

---

[62] Dr. Bui's Deposition, p. 35

USCA5 1153

After ruling in and ruling out potential risk factors as described in this report, it is my opinion that Xarelto was the most probable cause of Mrs. Orr's primary intraventricular hemorrhage and ultimate death. To the extent that other factors may have contributed to the hemorrhage, it is also my opinion that Xarelto was the most substantial and significant contributing factor to Mrs. Orr's intraventricular hemorrhage and death. I hold these and all other opinions contained in this report to a reasonable degree of medical certainty.

## VI.  SUMMARY OF OPINIONS

I formed the opinions provided in this report using methods I employ in my clinical practice, and I reserve the right to supplement.  In summary:

A.  Mrs. Orr's intraventricular hemorrhage (IVH) started before the onset of her symptoms of headache, nausea and vomiting started at 6:30 pm on April 24, 2015.

B.  Mrs. Orr's blood was anticoagulated during the evening of April 24, 2015 as a result of her Xarelto use. Her ingestion of a 15mg Xarelto dose on April 23, 2015 was sufficient to cause extended anti-Xa activity due to Mrs. Orr's significant renal impairment. These continued anticoagulation effects from Xarelto caused Mrs. Orr's primary IVH.

C.  I considered the potential risk factors for Mrs. Orr's IVH and concluded that Mrs. Orr's Xarelto use caused the IVH. Based upon my review of the CT scans and pertinent medical records, Mrs. Orr's IVH was not caused by hypertension, structural or vascular abnormality or other underlying medical condition or disease.

D.  Mrs. Orr's IVH required urgent neurosurgical intervention that was significantly delayed due to Mrs. Orr's use of Xarelto. If known and available, a reasonable neurosurgeon such as Dr. Bui would have used a Xarelto laboratory test to verify the degree of anticoagulation and, if indicated, a Xarelto reversal agent to normalize Mrs. Orr's anticoagulation status in order to proceed with earlier surgical intervention. If Mrs. Orr had developed a similar IVH on warfarin, INR testing and INR normalization would have been undertaken and surgical intervention would have proceeded much earlier on April 25, 2015.

E.  Mrs. Orr was at increased risk of developing intracranial hemorrhage, such as IVH, because she was taking Xarelto as compared to Pradaxa or Eliquis.

USCA5 1154

F.     Prompt surgical intervention in Mrs. Orr's case would have resulted in a 60% probability of her survival with functional neurologic outcome. If Mrs. Orr had experienced a similar IVH while on Warfarin, earlier surgical intervention could have been accomplished and would have most probably saved Mrs. Orr's life.


Signed:     _____

PETER G. LIECHTY, MD, FAANS, FACS


Date:       October 14, 2016

USCA5 1155

Case 2:14-md-02592-EEF-MBN   Document 5109-54 SEALED   Filed 01/20/17   Page 15 of 25

# APPENDIX A

USCA5 1156

# PETER G LIECHTY, MD, FAANS, FACS

---

### Practice Experience

**Louisiana Brain and Spine Clinic/Thibodaux Regional Medical Center,** Thibodaux, Louisiana
General neurosurgery with minimally invasive spine emphasis, 2008 – present.

### Education

**University of Alabama at Birmingham, Department of Surgery, Division of Neurosurgery**
Neurosurgery Chief Resident, 2007 – 2008.
Neurosurgery Resident, 2003 – 2007.
ABNS primary examination (Passed for credit toward certification): 581 (May 2007)

**University of Alabama at Birmingham, Department of Surgery**
General Surgery Internship, 2002 – 2003.
USMLE Step Three:  233, 94 (June 2003)

**Finch University of Health Sciences/The Chicago Medical School**
Doctor of Medicine, June 2002.
GPA:  4.00/4.00
USMLE Step Two:  235, 91 (March 2002)
USMLE Step One:  251, 98 (July 1999)

**Hope College**, Holland, Michigan
Bachelor of Arts in Chemistry, May 1997, *magna cum laude.*
GPA:  3.67/4.00, GPA Science:  3.73/4.00
MCAT:  Bio 11, Phy 10, Ver 9  (May 1996)

### Licensing & Certifications

**American College of Surgeons**
Fellow, 2014 – Present.

**State of Mississippi Medical License # 22482**
Mississippi State Board of Medical Licensure, 2013 – Present.

**American Board of Neurological Surgery**
Diplomat, 2012 – Present.

**State of Louisiana Medical License # MD.202324**
Louisiana State Board of Medical Examiners, 2008 – Present.

**Louisiana Controlled Dangerous Substance License # 35869**
Louisiana Board of Pharmacy, 2008 – Present.

**Controlled Substance Registration Certificate # BL9568289**
Drug Enforcement Agency, 2005 – Present.

**State of Alabama Medical License # MD.25794**
State of Alabama Medical Licensure Commission, 2004 – Present.

**Controlled Substance Registration Certificate # 25794**
Alabama State Board of Medical Examiners, 2003 – 2008.

Case 2:14-md-02592-EEF-MBN  Document 5108-51  Filed 01/20/17  Page 25 of 25

---

### Honors & Awards

**UAB Department of Surgery Research Award**
  Recognition for excellence in clinical research.  University of Alabama at Birmingham.  2005.

**Board of Trustees Scholarship Award**
  Meritorious Academic Achievement.  The Chicago Medical School.  2002.

**Michigan Competitive Scholar**
  Merit Scholarship.  Hope College.  1993 – 1997.

**Presidential Scholar**
  Merit Scholarship.  Hope College.  1993 - 1997.

---

### Publications

Tubbs RS, **Liechty P**, Matz P, Oakes WJ.  "Conception in an infertile patient following obliteration of a huge anterior sacral meningocele: case report."  Childs Nerv Syst.  2010 Feb;26(2):273-4.  Epub 2009 Aug 20.

Markert JM, **Liechty PG**, Wang W, Gaston S, Braz E, Karrasch M, Nabors LB, Markiewicz M, Lakeman AD, Palmer CA, Parker JN, Whitley RJ, Gillespie GY.  "Phase Ib Trial of Mutant Herpes Simplex Virus G207 Inoculated Pre- and Post-tumor Resection for Recurrent GBM."  Mol Ther.  2009 Jan;17(1):199-207.  Epub 2008 Oct 28.

Acakpo-Satchivi L, Tubbs RS, Wooley AL, Bui CJ, **Liechty P**, Hammers Y, Wellons JC 3rd, Blount JP, Oakes WJ.  "Craniopharyngioma Marsupialization:  Case Illustration."  J Neurosurg.  2007 Dec;107(6 Suppl):521.

**Liechty P**, Tubbs RS, Grabb P, Blount JP, Wellons JC 3rd, Acakpo-Satchivi L, Oakes WJ.  "Spinal accessory nerve meningioma in a pediatric patient:  case illustration."  Folia Neuropathol. 2007;45(1):23-5.

Tubbs RS, Stetler W, Shoja MM, Loukas M, Hansasuta A, **Liechty P**, Acakpo-Satchivi L, Wellons JC, Blount JP, Salter EG, Oakes WJ.  "The lateral atlantooccipital ligament."  Surg Radiol Anat.  2007 Apr;29(3):219-23.  Epub 2007 Mar 7.

Tubbs RS, Naftel RP, Rice WC, **Liechty P**, Conklin M, Oakes WJ.  "The patient with symptoms following resection of a lipomyelomeningocele:  do increases in the lumbosacral angle indicate a tethered spinal cord?"  J Neurosurg.  2006 Jul;105(1 Suppl):62-4.

Tubbs RS, Ammar K, **Liechty P**, Wellons JC 3rd, Blount JP, Salter EG, Oakes WJ.  "The marginal sinus."  J Neurosurg. 2006 Mar;104(3):429-31.

**Liechty PG**, Tubbs RS, Blount JP.  "The use of a sump antibiotic irrigation system to save infected hardware in a patient with a vagal nerve stimulator: technical note."  Surg Neurol. 2006 Jan;65(1):48-9; discussion 49-50.

---

### Presentations

Percutaneous Lumbar Fusion:  Technique, Indications, and Early Outcomes, Spine Summit 2106, 32nd Annual Meeting of the Section on Disorders of the Spine and Peripheral Nerves, Orlando, Florida, 2016.

Percutaneous Lumbar Fusion:  Technique, Indications and Outcomes, Louisiana Neurosurgical Society, 41st Annual Meeting, New Orleans, Louisiana, 2016.

Percutaneous Lumbar Interbody Fusion:  Technique and Indications (Key Note Lecture), 15th Interim Meeting of the World Federation of Neurosurgical Societies, Rome, Italy, 2015.

Reflections, My Practice, and Its Evolution.  UAB Division of Neurosurgery Annual Galbraith Lecture.  Birmingham, Alabama. 2010.

Conditionally replicating Herpes simplex virus mutant G207 is safe when inoculated pre- and post-tumor resection in adult patients with recurrent Glioblastoma multiforme:  Results of a Phase Ib trial.  Southern Neurosurgical Society Meeting.  Sea Island, Georgia.  2007.

Local treatment with G207, a genetically-engineered HSV-1.  Louisiana State Neurosurgical Society Meeting.  New Orleans, Louisiana.  2007.

The horizontal sacrum as a predictor of tethered spinal cord in children with occult spinal dysraphism.  American Association of Neurological Surgeons, Section of Pediatric Neurosurgery.  Orlando, Florida.  2005.

USCA5 1158

## Research

James M. Markert, M.D.  UAB Department of Surgery, Division of Neurosurgery.  "Conditionally replicating Herpes simplex virus mutant G207 is safe when inoculated pre- and post-tumor resection in adult patients with recurrent Glioblastoma multiforme:  Results of a Phase Ib trial".  2006 – 2008.

John C. Wellons, III, M.D., R. Shane Tubbs, M.S., P.A.-C., Ph.D.  UAB Department of Surgery, Division of Neurosurgery, Section of Pediatric Neurosurgery.  Birmingham, AL.  Cadaveric feasibility of endoscopic sectioning of the filum terminale.  2006.

Jerry Bauer, M.D., Center of Brain and Spine Surgery, Lutheran General Hospital, Park Ridge, IL.  Retrospective analysis of three and four level ACDF with plating procedures regarding fusion success compared to the other established method, corpectomy with fusion and plating.  2001 – 2002.

Jerry Bauer, M.D., Center of Brain and Spine Surgery, Lutheran General Hospital, Park Ridge, IL.  Retrospective comparison between one level ACDF with plating and one level ACDF without plating in regard to successful fusions.  2001 – 2002.

Yogesh Gandhi, M.D., Cook County Hospital, Chicago, IL.  Case report of 50 year old female with cervical radiculopathy and spina bifida occulta of C6-T2.  2001

Augustine Wong, M.D., Madison Family Health Center, Chicago, IL.  Retrospective analysis of patients presenting with low back pain which lead to the development of a scoring system that would predict which patients would need referral to specialist care.  Accepted for oral presentation at the National Student Research Forum.  2001.

Allen Silbergleit, M.D., Ph.D., Brad Sweda, M.D., St. Joseph Mercy – Oakland Hospital, Pontiac, MI.  Retrospective comparison between Venaflo and Gore-Tex PTFE hemodialysis access grafts in respect to primary and secondary patency rates.  2000 – 2001.

## Professional Memberships

**Louisiana Neurosurgical Society, Member,** 2014 – Present.

**North American Spine Society, Member,** 2009 – Present.

**Louisiana State Medical Society, Member.**  2008 – Present.

**Lafourche Parish Medical Society, Member,** 2008 – Present.

**AANS/CNS Section on Disorders of the Spine, Member.**  2006 – Present.

**Congress of Neurological Surgeons, Member.**  2003 – Present.

**American Association of Neurological Surgeons, Member.**  2003 – Present.

USCA5 1159

Case 2:14-md-02592-EEF-MBN   Document 5109-54 *SEALED*   Filed 01/20/17   Page 19 of 25

# APPENDIX B

USCA5 1160

PETER G. LIECHTY, MD, FAANS, FACS

<u>List of Expert Testimony</u>

In the past three years, I have testified in a number of cases in my capacity as a treating neurosurgeon.  In addition, I have a testified as an Independent Medical Examiner in multiple cases.  I have not, however, to my knowledge been designated as an expert nor have I given testimony in an expert capacity.

USCA5 1161

Case 2:14-md-02592-EEF-MBN   Document 5109-54 *SEALED*   Filed 01/20/17   Page 21 of 25

# APPENDIX C

USCA5 1162

PETER G. LIECHTY, MD, FAANS, FACS

Fee Schedule

Consultation:          $1000/per hour
Document Review:       $1000/per hour
Deposition:            $1000/per hour
Trial Testimony:       $1500/per hour

In addition to the compensation outlined above, I am entitled to reimbursement of related expenses.

Case 2:14-md-02592-EEF-MBN Document 5109-54 SEALED Filed 01/20/17 Page 23 of 25

# APPENDIX D

USCA5 1164

| Materials Relied On, Reviewed, and/or Considered by Peter G. Liechty, MD, FAANS, FACS |
|---|
| **All materials referenced and/or discussed within the report are incorporated. In addition to the materials specifically referenced within the report, the other materials relied on, reviewed, and/or considered are as follows:** |
| |
| **Depositions** |
| All depositions taken in the matter of *Joseph Orr, Jr., et al. v. Janssen Research & Development, LLC, et al.* |
| |
| **Product Labels** |
| Xarelto Label (03/2014) |
| |
| **Literature** |
| Cucchiara BL. Intraventricular hemorrhage. UptoDate website. http://www.uptodate.com/contents/intraventricular-hemorrhage. August 26, 2013. |
| Girary S, Sen O, et al. Spontaneous Primary Intraventricular Hemorrhage in Adults: Clinical Data, Etiology and Outcome. *Turk Neurosurg.* 2009; 19(4):338-344. |
| Hagii J, Tomita H, Metoki N, et al. Characteristics of Intracerebral Hemorrhage During Rivaroxaban Treatment - Comparison With Those During Warfarin. *Stroke* . 2014; 45:2805-2807. |
| Hameed B, Khealani B, Mozzafar T, et al. Prognostic indicators in patients with primary intraventricular hemorrhage. *J Pak Med Assoc.* 2005; 55(8):315-317. |
| Hanley DF. Intraventricular hemorrhage and ICH outcomes: Severity factor and treatment target. *Stroke* . 2009; 40(4):1533-1538. |
| Hinson HE, Hanley DF, Ziai WC. Management of Intraventricular Hemorrhage. *Curr Neurol Neurosci Rep.* 2010; 10(2): 73-82. |
| Kase CS, Robinson RK, Stein RW, et al. Anticoagulant - related intracerebral hemorrhage. *Neuro* . 1985; 35:943. |
| Lip GY, Larsen TB, Skjøth F, et al. Indirect Comparison of New Oral Anticoagulant Drugs for Efficacy and Safety When Used for Stroke Prevention in Atrial Fibrillation. *J Am Coll Cardiol.* 2012; 60(8):738-46. |
| Lip GY, Douketis JD. Perioperative management of patients receiving anticoagulants. UptoDate website. http://www.uptodate.com/contents/perioperative-management-of-patients-receiving-anticoagulants. September 30, 2016. |
| Mueck W, Schwers S, Stampfuss J. Rivaroxaban and other novel oral anticoagulants: pharmacokinetics in healthy subjects, specific patient populations and relevance of coagulation monitoring. *Thromb J* . 2013; 11(1):10. |
| Nakano Y, Kondo T, et al. Clinical usefulness of measuring prothrombin time and soluble fibrin levels in Japanese patients with atrial fibrillation receiving rivaroxaban.  *J Cardiol.* 2015; 65:185-190. |
| Passero S, Ulivelli M, Reale F. Primary Intraventricular haemorrhage in Adults. *Acta Neurol Scand.* 2002; 105(2):115-9. |

Gorst-Rasmussen A, Lip GY, Larsen, TB. Rivaroxaban versus warfarin and dabigatran in atrial fibrillation: comparative effectiveness and safety in Danish routine care. *Pharmacoepidemiol Drug Saf.* 2016; doi: 10.1002/pds.4034.

| |
|---|

| **Other Documents** |
|---|
| Clinical Pharmacology & Biopharmaceutics Review(s). Center for Drug Evaluation and Research, Office of Clinical Pharmacology. NDA 202-439. 2011. |
| Deputy Division Director Decisional Memo. Center for Drug Evaluation and Research. NDA 202-439. November 4, 2011. |
| Temple R.  Presentation - NOAC Dosing Precision Dosing - YES! Cardiac Safety Research Consortium website. http://cardiac-safety.org/wp-content/uploads/2015/12/S2_1a_Temple.pdf.  December 3, 2015. |
| Florian J, Rose M. Presentation - Correlation of Drug Levels and Outcomes in Phase III New Oral Anticoagulant (NOAC) Trials. FDA website. http://www.fda.gov/downloads/MedicalDevices/NewsEvents/WorkshopsConferences/UCM473317.pdf. October 26, 2015. |
| |
| **Medical Records** |
| All medical records for Sharyn Orr |