# EXHIBIT G

**File Provided Natively**

File Name:                   NDA 202439 Xarelto - SPONSOR response (10-14-11 4P) to FDA comments 10-11-11.doc

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249223

## HIGHLIGHTS OF PRESCRIBING INFORMATION

These highlights do not include all the information needed to use XARELTO$^?$ (rivaroxaban) safely and effectively. See full prescribing information for XARELTO.

XARELTO (rivaroxaban) film-coated oral tablets, for oral use
Initial U.S. Approval: 2011

**WARNINGS: DISCONTINUING XARELTO IN PATIENTS WITH ATRIAL FIBRILLATION INCREASES RISK OF STROKE AND SURGICAL SETTINGS--SPINAL/EPIDURAL HEMATOMA**
*See full prescribing information for complete boxed warning*

DISCONTINUING XARELTO IN PATIENTS WITH ATRIAL FIBRILLATION

- Discontinuing XARELTO places patients at an increased risk of thrombotic events. An increased rate of stroke was observed following Xarelto discontinuation in clinical trials in atrial fibrillation patients. Discontinuing XARELTO increases the risk of thrombotic events (5.1). If XARELTO must be temporarily discontinued, administer another anticoagulant. (5.2.)

SURGICAL SETTINGS--SPINAL/EPIDURAL HEMATOMA

Epidural or spinal hematomas may occur in patients who are anticoagulated and are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:

- use of indwelling epidural catheters
- concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants
- a history of traumatic or repeated epidural or spinal punctures
- a history of spinal deformity or spinal surgery.

Monitor patients frequently for signs and symptoms of neurological impairment. If neurological compromise is noted, urgent treatment is necessary.

Consider the benefits and risks before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis *[see Warnings and Precautions (5.1) and Drug Interactions (7)]*.

### ------------RECENT MAJOR CHANGES------------

| | |
|---|---|
| Boxed Warning | XX/2011 |
| Indications and Usage (1.12) | XX/2011 |
| Dosage and Administration (2.1~2, 2.3) 2.1, 2.5, 2.2, 2.3) | |
| ~ XX/2011 | |
| Warnings and Precautions (5.2, 5, 38, 5.3) | XX/2011 |

### -----------------INDICATIONS AND USAGE-----------------

XARELTO is a factor Xa inhibitor indicated:

- to reduce the risk of stroke and systemic embolism in patients with non-valvular atrial fibrillation (1.1)
- for the prophylaxis of deep vein thrombosis (DVT) which may lead to pulmonary embolism (PE) in patients undergoing knee or hip replacement surgery (1.21)
- prevention of stroke and systemic embolism in patients with non-valvular atrial fibrillation (1.2)

### -----------------DOSAGE AND ADMINISTRATION-----------------

- Atrial Fibrillation: 20 mg once daily with the evening meal (2.1) Stroke Prevention in Atrial Fibrillation for patients with CrCl >50 mL/min: 20 mg orally, once daily with evening meal (2.1)
- For patients with CrCl < >50 and ≤ 15 mL/min: 2015 mg orally, once daily with evening meal (2.1)Prophylaxis of DVT: 10 mg orally, once daily with or without food (2.2)

## STROKE PREVENTION IN ATRIAL FIBRILLATION: FOR PATIENTS WITH CRCL ≥50 ML/MIN: 20 MG ORALLY, ONCE DAILY WITH EVENING MEAL FOOD

### -----------------DOSAGE FORMS AND STRENGTHS-----------------
Tablets: 10 mg, 15 mg, and 20 mg (3)

### -----------------CONTRAINDICATIONS-----------------

- Active pathological bleeding (4)
- Hypersensitivity to XARELTO (4)

### -----------------WARNINGS AND PRECAUTIONS-----------------

- Risk of bleeding: XARELTO can cause serious and fatal bleeding. Promptly evaluate signs and symptoms of blood loss. (5.21)
- Discontinuation: Avoid lapses in therapy or consider. Use bridging therapy to minimize risk of thrombotic events, including stroke. (5.32)
- Pregnancy related hemorrhage. Use XARELTO with caution in pregnant women due to the potential for obstetric hemorrhage and or emergent delivery. Promptly evaluate signs and symptoms of blood loss. (5.46)
- Patients requiring cardioversion: No efficacy and safety data studied in this population, but stroke have occurred following cardioversion in Xarelto-treated patients (5.7)
- I WOULD MOVE THIS TO ADVERSE REACTIONS and WOULD MODIFY STATEMENT TO SAY THAT AMOUNT OF DATA IS LIMITED.

### -----------------ADVERSE REACTIONS-----------------

The most common adverse reaction (>5%) was bleeding. (6.21)
**To report SUSPECTED ADVERSE REACTIONS, contact Janssen Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.** The most common adverse reaction (>5%) was bleeding. (6.2)

To report SUSPECTED ADVERSE REACTIONS, contact Janssen Pharmaceuticals, Inc. at 1-800-526-7736 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch

### -----------------DRUG INTERACTIONS-----------------

- Atrial Fibrillation:
  ○ Combined P-gp and strong CYP3A4 inhibitors and inducers: Avoid concomitant use (7.1)
- Prophylaxis of DVT:
  ○ Combined P-gp and strong CYP3A4 inhibitors: Avoid concomitant use unless the lack of a significant interaction is proven (7.1)
  ○ Combined P-gp and strong CYP3A4 inducers: Avoid concomitant use or consider an increased dose (see 2.5, 7.3)
  ○ Anticoagulants: Avoid concomitant use (7.4)
- Use with caution: Promptly evaluate any symptoms of blood loss. (7.2)

### -----------------USE IN SPECIFIC POPULATIONS-----------------

- Nursing mothers: discontinue drug or discontinue nursing (8.3)
- Renal impairment:
  ○ Atrial fibrillation: Use 15 mg once daily for CrCl 15-50 mL/min. Avoid use with CrCl < 15 mL/min (8.7).
  ○ Prophylaxis of DVT: Avoid use in patients with severe impairment (CrCl <30 mL/min). Use with caution in moderate impairment (CrCl 30 to <50 mL/min) (8.7). Stroke Prevention in Atrial Fibrillation: Decrease dose to 15 mg orally, once daily with food in moderate impairment (CrCl 30 to <50 mL/min) and avoid use in patients with severe renal impairment (CrCl 15 to <30 mL/min). (8.7).
- Hepatic impairment:
  ○ All indications: Avoid use in patients with severe (Child-Pugh C) hepatic impairment or in patients with any degree of hepatic disease associated with coagulopathy (8.8).
  ○ Prophylaxis of DVT: Avoid use in patients with moderate (Child-Pugh B) hepatic impairment (8.8).
- Use with caution in severe impairment (Child-Pugh B to <30 mL/min). (8.7)Hepatic impairment: Prophylaxis of DVT: Avoid use in patients with moderate (Child-Pugh B) or severe (Child-Pugh C) hepatic impairment or in patients with any degree of hepatic disease associated with coagulopathy. Stroke Prevention in Atrial Fibrillation: Decrease dose to 10 mg orally, once daily with food in moderate impairment (Child-Pugh B). Avoid use in patients with severe hepatic impairment (Child-Pugh C) or in patients with any degree of hepatic disease associated with coagulopathy. (8.8)

i

**Comment [A1]:** SPONSOR – Throughout the label, please ensure that the table and figure numbers are in order and that the right table and/or figure number is correctly reference. Some numbering may be in error due to the reordering of indications.

**Comment [A2]:** SPONSOR – HL will need to be aligned with FPI. Recent Major Changes will need to be aligned with FPI.

**Comment [A3]:** SPONSOR – Please make sure all cross-references are correct. We have been through them, but a second/third glance would be appreciated.

**Comment [A4]:** SPONSOR – Please ensure consistent font throughout. For example, if Arial is used for subheadings in Section 2, the same should be done in section 8. Same for the bodies of the sections.

**Formatted:** Bullets and Numbering

**Comment [A5]:** SPONSOR - DHP will need to edit Highlights boxed warning as this needs to be bulleted format and not just cut and paste from FPI. Total line count in highlight box must be < 20 lines.

**Comment [A6]:** SPONSOR - The section has been divided up by indication (is not in track changes)

**Formatted:** Bullets and Numbering

**Formatted:** Bullets and Numbering

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249223

See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.

Revised: XX/XXXX

FULL PRESCRIBING INFORMATION: CONTENTS*

WARNING: DISCONTINUING XARELTO IN PATIENTS WITH ATRIAL FIBRILLATION INCREASES RISK OF STROKE AND SURGICAL SETTINGS—
SPINAL/EPIDURAL HEMATOMA

1    INDICATIONS AND USAGE
     1.1    Reduction of Risk of Stroke and Systemic
            Embolism in Atrial Fibrillation
     1.2    Prophylaxis of Deep Vein Thrombosis
2    DOSAGE AND ADMINISTRATION
     2.1    Atrial Fibrillation
     Surgery and Intervention
     Converting from or to Warfarin
     Converting from or to Anticoagulants Other Than
     Warfarin
     2.2    Prophylaxis of Deep Vein Thrombosis
     XARELTO should be restarted after the invasive
     procedures or surgical intervention as soon as
     adequate hemostasis has been established [see
     Clinical Pharmacology (12.3)]. If oral medication
     cannot be taken after surgical intervention,
     consider administering a parenteral
     anticoagulant.
     2.3    Information Applicable to All Indications
     Use with P-gp and Strong CYP3A4 Inducers
     Missed Dose
     If a dose of XARELTO is not taken at the scheduled
     time, administer the dose as soon as possible on
     the same day. Do not administer two doses on
     the same day.
3    DOSAGE FORMS AND STRENGTHS
4    CONTRAINDICATIONS
5    WARNINGS AND PRECAUTIONS
     5.1    Risk of Bleeding
     5.2    Increased Risk of Stroke After Discontinuation in
            Atrial Fibrillation
     5.3    Renal Impairment
     Reduction of Risk of Stroke and Systemic Embolism in
            Atrial Fibrillation:
     Prophylaxis of Deep Vein Thrombosis:
     5.4    Hepatic Impairment
     5.5    Spinal/Epidural Anesthesia or Puncture
     5.6    Risk of Pregnancy Related Hemorrhage
     5.7    Use with Cardioversion
6    ADVERSE REACTIONS
     6.1    Clinical Trials Experience

     Hemorrhage
     Atrial Fibrillation:
     Other Adverse Reactions
     6.2    Postmarketing Experience
7    DRUG INTERACTIONS
     7.1    Drugs that Inhibit Cytochrome P450 3A4
            Enzymes and Drug Transport Systems
     7.2    Drug-Disease Interactions with Drugs that Inhibit
            Cytochrome P450 3A4 Enzymes and Drug
            Transport Systems
     7.3    Drugs that Induce Cytochrome P450 3A4
            Enzymes and Drug Transport Systems
     7.4    Anticoagulants
     7.5    NSAIDs/Aspirin
     7.6    Clopidogrel
8    USE IN SPECIFIC POPULATIONS
     8.1    Pregnancy
     8.2    Labor and Delivery
     8.3    Nursing Mothers
     8.4    Pediatric Use
     8.5    Geriatric Use
     8.6    Females of Reproductive Potential
     8.7    Renal Impairment
     Atrial Fibrillation:
     Prophylaxis of Deep Vein Thrombosis:
     8.8    Hepatic Impairment
10   OVERDOSAGE
11   DESCRIPTION
12   CLINICAL PHARMACOLOGY
     12.1   Mechanism of Action
     12.2   Pharmacodynamics
     12.3   Pharmacokinetics
     12.6   QT/QTc Prolongation
13   NON-CLINICAL TOXICOLOGY
     13.1   Carcinogenesis, Mutagenesis, and Impairment of
            Fertility
14   CLINICAL STUDIES
     14.1   Stroke Prevention in Atrial Fibrillation
     14.2   Prophylaxis of Deep Vein Thrombosis
16   HOW SUPPLIED/STORAGE AND HANDLING
17   PATIENT COUNSELING INFORMATION
     17.1   Instructions for Patient Use
     17.2   Bleeding Risks
     17.3   Invasive or Surgical Procedures
     17.4   Concomitant Medication and Herbals
     17.5   Pregnancy and Pregnancy-Related Hemorrhage
     17.6   Nursing
     17.7   Females of Reproductive Potential

*Sections or subsections omitted from the full prescribing information are not listed.

**Comment [A7]:** SPONSOR – Please do not edit TOC. Will be finalized once there is a more finalized label.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249224

# FULL PRESCRIBING INFORMATION

WARNINGS: ~~DISCONTINUING XARELTO IN PATIENTS WITH ATRIAL FIBRILLATION~~
~~INCREASES RISK OF STROKE~~
~~AND~~
~~SURGICAL SETTINGS--SPINAL/EPIDURAL HEMATOMA~~

~~DISCONTINUING XARELTO IN PATIENTS WITH ATRIAL FIBRILLATION~~

~~Discontinuing XARELTO places patients at an increased risk of thrombotic events. An increased rate of stroke was observed following Xarelto discontinuation in clinical trials in atrial fibrillation patients. If anticoagulation with XARELTO must be temporarily discontinued for a reason other than pathological bleeding, consider administering another anticoagulant [see Warnings and Precautions (5.1) and Clinical Studies (14.1)].(5.3)~~

> **Comment [A8]:** Sponsor Note: Deleted since this information is in 5.2.
> This is observed with all anticoagulants, the increase in thrombotic events at the end of the study is due to the inherent ROCKET design. It was not observed with temporary interruptions or early discontinuation in the ROCKET AF study.

SURGICAL SETTINGS--SPINAL/EPIDURAL HEMATOMA

Epidural or spinal hematomas may occur in patients who are anticoagulated and are receiving neuraxial anesthesia or undergoing spinal puncture. These hematomas may result in long-term or permanent paralysis. Consider these risks when scheduling patients for spinal procedures. Factors that can increase the risk of developing epidural or spinal hematomas in these patients include:

- use of indwelling epidural catheters
- concomitant use of other drugs that affect hemostasis, such as non-steroidal anti-inflammatory drugs (NSAIDs), platelet inhibitors, other anticoagulants
- a history of traumatic or repeated epidural or spinal punctures
- a history of spinal deformity or spinal surgery.

Monitor patients frequently for signs and symptoms of neurological impairment. If neurological compromise is noted, urgent treatment is necessary.

Consider the benefits and risks before neuraxial intervention in patients anticoagulated or to be anticoagulated for thromboprophylaxis *[see Warnings and Precautions (5.5) and Drug Interactions (7)]*.

> **Comment [A9]:**
> SPONSOR - Revise cross-referencing. The cross-reference should be placed immediately following the information to cross reference. Therefore, the Drug Interactions cross-reference should be placed after this information.

# 1   INDICATIONS AND USAGE

## 1.1   Reduction of Risk of Stroke and Systemic Embolism in Atrial Fibrillation

XARELTO® (rivaroxaban) Tablets are is indicated to reduce the risk of stroke and systemic embolism in patients with non-valvular atrial fibrillation.

> **Comment [A10]:** Sponsor Note: Aligns with 1.2 wording.

~~The relative effectiveness of XARELTO and warfarin in reducing the risk of stroke and systemic embolism has not been characterized when warfarin is well managed (e.g., patient INR in the target range more than 70% of the time).~~ There are limited data on the relative

3

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

effectiveness of XARELTO in reducing the risk of stroke and systemic embolism when warfarin time in International Normalized Ratio (INR) target range is >70% [see Clinical Studies (14.1)].

**1.2  Prophylaxis of Deep Vein Thrombosis**

XARELTO (rivaroxaban) Tablets are indicated for the prophylaxis of deep vein thrombosis (DVT), which may lead to pulmonary embolism (PE) in patients undergoing knee or hip replacement surgery.

**2  DOSAGE AND ADMINISTRATION**

General Considerations

*Use with P-gp and Strong CYP3A4 Inducers* - Concomitant use of XARELTO with drugs that are combined P-gp and strong CYP3A4 inducers (e.g., carbamazepine, phenytoin, rifampin, St. John's wort) should be avoided— *[see Drug Interactions (7.3) and Clinical Pharmacology (12.3)]*.

*Missed Dose* - If a dose of XARELTO is not taken at the scheduled time, administer the dose as soon as possible on the same day. Do not administer two doses on the same day.

**2.1  Atrial Fibrillation**

XARELTO should be taken with the evening meal. For patients with creatinine clearance (CrCl) ≥50 mL/min, the recommended dose of XARELTO is 20 mg taken orally once daily with the evening meal. For patients with creatinine clearance (CrCl) 15 to <50 mL/min, the recommended dose is 15 mg once daily with the evening meal *[see Use in ~Specific pPopulations (8.7)]*. There is no clinical experience with XARELTO in patients with CrCl <15 mL/min.

*Surgery and Intervention* - If anti-coagulation must be discontinued to reduce the risk of bleeding with surgical or other procedures, then XARELTO should be stopped at least 24 hours before the procedure. In deciding whether a procedure should be delayed until 24 hours after the last dose of XARELTO, the increased risk of bleeding should be weighed against the urgency of intervention.  XARELTO should be restarted after the surgical or other procedures as soon as adequate hemostasis has been established *[see Clinical Pharmacology (12.3)]*. —If oral medication cannot be taken after surgical intervention, consider administering a parenteral anticoagulant.

---

**Comment [A11]:** Sponsor Note: Revised "well managed", so Sponsor prefers to be factual with %. 12% of subjects (1687 subjects) were from centers with center TTR >70%. Additionally, 25.6% of warfarin-treated subjects had individual TTR >70%.

**Formatted:** Font: Bold, No underline, English (U.S.)

**Formatted:** Indent: Left: 0", Hanging: 0.4", Space After: 3 pt, Border: Left: (Single solid line, Auto, 1.5 pt Line width, From text: 3 pt Border spacing: )

**Formatted:** Font: Italic

**Comment [A12]:** Sponsor Note: The first sentence repeats the second sentence instructions.

**Comment [A13]:** Sponsor Note: Included to be consistent with 8.7.

**Formatted:** BodyText12, Border: Left: (Single solid line, Auto, 1.5 pt Line width, From text: 3 pt Border spacing: )

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

*Converting from or to Warfarin* - When converting patients from warfarin to XARELTO, discontinue warfarin and start XARELTO ~~when~~ as soon as the ~~international normalized ratio (INR)~~ is below 3.0 to avoid periods of inadequate anticoagulation 2.1].

No clinical trial data are available to guide converting patients from XARELTO to warfarin. XARELTO variably increases the INR so INR measurements during co-administration with warfarin may not be useful for determining the appropriate dose of warfarin. One approach is to begin a parenteral anticoagulant and warfarin the following evening after the last dose of ~~XARELTO~~arelto and then adjust the warfarin dose based on INR.

*Converting from or to Anticoagulants Other Than Warfarin* - For patients currently receiving an anticoagulant other than warfarin, start XARELTO 0 to 2 hours prior to the next scheduled evening administration of the drug (e.g., low molecular weight heparin or non-warfarin oral anticoagulant) and omit the next regularly scheduled administration of the other anticoagulant. For unfractionated heparin being administered by continuous infusion, stop the infusion and start XARELTO at the same time.

For patients currently taking XARELTO and transitioning to an anticoagulant with rapid onset, discontinue XARELTO and give the first dose of the other anticoagulant (oral or parenteral) at the time that the next XARELTO dose would have been taken *[see Drug Interactions (7.4)]*.

## 2.2 Prophylaxis of Deep Vein Thrombosis

The recommended dose of XARELTO is 10 mg taken orally once daily with or without food. The initial dose should be taken at least 6 to 10 hours after surgery once hemostasis has been established.

- For patients undergoing hip replacement surgery, treatment duration of 35 days is recommended.
- For patients undergoing knee replacement surgery, treatment duration of 12 days is recommended.

~~XARELTO should be restarted after the invasive procedures or surgical intervention as soon as adequate hemostasis has been established [see *Clinical Pharmacology (12.3)*]. If oral medication cannot be taken after surgical intervention, consider administering a parenteral anticoagulant.~~

## 3   DOSAGE FORMS AND STRENGTHS

- 10 mg tablets: Round, light red, biconvex and film-coated with a triangle pointing down above a "10" marked on one side and "Xa" on the other side

**Formatted:** BodyText12, Space Before: 0 pt, After: 0 pt

**Comment [A14]:** Sponsor Note: Per FDA teleconference 10/12/1; follows ROCKET AF protocol instructions

**Comment [A15]:** Sponsor Note: Clarify to avoid two anticoagulants being administered on the same day.

**Formatted:** BodyText12, Space After: 0 pt, Border: Left: (Single solid line, Auto, 1.5 pt Line width, From text: 3 pt Border spacing: )

**Comment [A16]:** Sponsor Note: This is not in NDA 22-406 approved USPI. These instructions are included in 2.1.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

- 15 mg tablets: Round, red, biconvex, and film-coated with a triangle pointing down above a "15" marked on one side and "Xa" on the other side
- 20 mg tablets: Triangle-shaped, dark red, and film-coated with a triangle pointing down above a "20" marked on one side and "Xa" on the other side

## 4   CONTRAINDICATIONS

XARELTO is contraindicated in patients with:

- active pathological bleeding *[see Warnings and Precautions (5.23)]*
- hypersensitivity to XARELTO

## 5   WARNINGS AND PRECAUTIONS

### 5.1   Spinal/Epidural Anesthesia or Puncture

> Comment [A17]: Sponsor Note: Placed Spinal/Epidural Anesthesia or Puncture to align with Boxed Warning.

When neuraxial anesthesia (spinal/epidural anesthesia) or spinal puncture is employed, patients treated with anticoagulant agents for prevention of thromboembolic complications are at risk of developing an epidural or spinal hematoma which can result in long-term or permanent paralysis *[see Boxed Warning]*.

An epidural catheter should not be removed earlier than 18 hours after the last administration of XARELTO. The next XARELTO dose is not to be administered earlier than 6 hours after the removal of the catheter. If traumatic puncture occurs, the administration of XARELTO is to be delayed for 24 hours.

### 5.15.2   Risk of Bleeding Increased Risk of Stroke After Discontinuation in Atrial Fibrillation

Because of its short duration of action, discontinuing XARELTO places patients at an increased risk of thrombotic events within a day or so.  If anticoagulation with XARELTO must be interrupted or discontinued for a reason other than pathological bleeding, initiate another anticoagulant *[see Dosage and Administration (2.1)]*. Discontinuing XARELTO without introducing adequate alternative anticoagulation will return patients to their underlying risk of thrombotic events. An increased rate of stroke was observed during the transition from XARELTO to warfarin in clinical trials in atrial fibrillation patients due to inadequate anticoagulation. If XARELTO must be discontinued for any reason, consider administering another anticoagulant *[see Dosage and Administration (2.1)]*.

> Formatted: Font: Times New Roman, Font color: Auto, Not Highlight

> Comment [A18]: Sponsor Note: See comments in Boxed Warning. Per teleconference on 10/12/11 with FDA ensure emphasis on introducing adequate alternative anticoagulation during period after discontinuation.
> Based on ACC guidelines: Patients with AF and a CHADS2 score >1 are inherently at risk of stroke, and proper measures, including anticoagulation, should be employed to protect against the risk of stroke.

> Formatted: Font: Times New Roman, Font color: Auto, Not Highlight

### 5.3   Risk of Bleeding

XARELTO increases the risk of bleeding and can cause serious or fatal bleeding. Bronchiectasis may increase the risk of fatal pulmonary hemorrhage. In deciding whether to prescribe

> Comment [A19]: Sponsor Note: To be consistent with removing other types of bleeding This observation is reported in 6.1 now.

6

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249228

XARELTO to patients at increased risk of bleeding, the risk of ~~stroke~~ thrombotic events should be weighed against the risk of bleeding.

**Comment [A20]:** Sponsor Note: applies to all indications.

Concomitant use of drugs affecting hemostasis increases the risk of bleeding. These include aspirin, $P2Y_{12}$ platelet inhibitors, other antithrombotic agents, fibrinolytic therapy, and non-steroidal anti-inflammatory drugs (NSAIDs) *[see Drug Interactions (7.4), (7.5), (7.6)]*.

Promptly evaluate any signs or symptoms of blood loss. Discontinue XARELTO in patients with active pathological hemorrhage.

Protamine sulfate and vitamin K are not expected to affect the anticoagulant activity of rivaroxaban. There is no experience with antifibrinolytic agents (tranexamic acid, aminocaproic acid) in individuals receiving rivaroxaban. There is neither scientific rationale for benefit nor experience with the systemic hemostatics (desmopressin and aprotinin) in individuals receiving rivaroxaban.

A specific antidote for rivaroxaban is not available. Because of high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3)]*. Use of procoagulant reversal agents—_ such as prothrombin complex concentrate (PCC), activated prothrombin complex concentrate (APCC), or recombinant factor VIIa (rFVIIa)—may be considered, but have not been thoroughly evaluated ~~investigated~~.

### 5.2   ~~Increased Risk of Stroke After Discontinuation in Atrial Fibrillation~~

~~Because of its short duration of action, discontinuing XARELTO places patients at an increased risk of thrombotic events within a day or so. If anticoagulation with XARELTO must be interrupted or discontinued for a reason other than pathological bleeding, initiate another anticoagulant [see Dosage and Administration (2.1)].~~

**Formatted:** No underline

### 5.3 5.4 Renal Impairment

#### Atrial Fibrillation
Avoid the use of XARELTO in patients with creatinine clearance <15 mL/min. ~~Monitor~~ For patients with creatinine clearance ≥15 mL/min, observe renal function as clinically indicated and adjust therapy accordingly. Patients who develop acute renal failure while on XARELTO should discontinue the treatment *[see Use in Specific Populations (8.7)]*.

**Formatted:** Heading 3, Border: Left: (Single solid line, Auto, 1.5 pt Line width, From text: 3 pt Border spacing: )

**Formatted:** Font: (Default) Times New Roman, 12 pt, Font color: Auto

**Formatted:** Font: (Default) Times New Roman, 12 pt, Font color: Auto

**Formatted:** Font: (Default) Times New Roman, 12 pt, Font color: Auto

**Comment [A21]:** Sponsor Note: Provided clarity for prescribers.

**Comment [A22]:** Sponsor Note: Consistent with recommendations in prophylaxis DVT indication.

**Formatted:** No underline

**Formatted:** Heading 3, Border: Left: (No border)

#### Prophylaxis of Deep Vein Thrombosis
Avoid the use of XARELTO in patients with severe renal impairment (creatinine clearance <30 mL/min) due to an expected increase in rivaroxaban exposure and pharmacodynamic effects in this patient population. Observe closely and promptly evaluate any signs or symptoms of blood loss in patients with moderate renal impairment (CrCl 30 to <50 mL/min). Patients who

develop acute renal failure while on XARELTO should discontinue the treatment *[see Use in Specific Populations (8.7)]*.

### 5.45.5 Hepatic Impairment

All Indications

No clinical data are available for patients with severe hepatic impairment. Avoid use of XARELTO in patients with moderate (Child-Pugh B) and severe (Child-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy *[see Use in Specific Populations (8.8)]*.

**Formatted:** Outline numbered + Level: 2 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at:  0" + Tab after: 0.4" + Indent at:  0.4"

**Comment [A23]:** Sponsor Note: Propose avoiding use in Child Pugh B to be consistent with prophylaxis of DVT indication.

~~Prophylaxis of Deep Vein Thrombosis~~

~~Clinical data in patients with moderate hepatic impairment (Child-Pugh B) indicate a significant increase in rivaroxaban exposure and pharmacodynamic effects. Avoid use of XARELTO in patients with moderate (Child-Pugh B) hepatic impairment *[see Use in Specific Populations (8.8)]*.~~

### ~~5.5   Spinal/Epidural Anesthesia or Puncture~~

~~When neuraxial anesthesia (spinal/epidural anesthesia) or spinal puncture is employed, patients treated with anticoagulant agents for prevention of thromboembolic complications are at risk of developing an epidural or spinal hematoma which can result in long-term or permanent paralysis *[see Boxed Warning]*.~~

~~An epidural catheter should not be removed earlier than 18 hours after the last administration of XARELTO. The next XARELTO dose is not to be administered earlier than 6 hours after the removal of the catheter. If traumatic puncture occurs, the administration of XARELTO is to be delayed for 24 hours.~~

### 5.6   Risk of Pregnancy Related Hemorrhage

XARELTO should be used with caution in pregnant women and only if the potential benefit justifies the potential risk to the mother and fetus. XARELTO dosing in pregnancy has not been studied. The anticoagulant effect of XARELTO cannot be monitored with standard laboratory testing nor readily reversed. Promptly evaluate any signs or symptoms suggesting blood loss (e.g., a drop in hemoglobin and/or hematocrit, hypotension, or fetal distress).

### 5.7   Use with Cardioversion

There is little experience with XARELTO in patients undergoing DC cardioversion for atrial fibrillation.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

## 6   ADVERSE REACTIONS

### 6.1   Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

During clinical development for the approved indications, 11,598 patients were exposed to XARELTO. These included 7111 patients who received XARELTO 15 mg or 20 mg orally once daily for a mean of 19 months (5558 for 12 months and 2512 for 24 months) for prevention of stroke and systemic embolism in non-valvular atrial fibrillation (ROCKET AF) and 4487 patients who received XARELTO 10 mg orally once daily for prophylaxis of DVT following hip or knee replacement surgery (RECORD 1-3).

> **Comment [A24]:** Sponsor Note: Propose to provide additional relevant information on the exposure.

In the ROCKET AF trial, the most frequent adverse reactions leading to permanent drug discontinuation were bleeding events with incidence rates of 4.5% for XARELTO and 4.0% for warfarin. ~~the overall incidence rates of adverse reaction leading to permanent treatment discontinuation were 4.6% for XARELTO and 4.0% for warfarin. The most frequent adverse reactions leading to discontinuation of XARELTO compared to warfarin were bleeding events (4.3% vs. 3.1%, respectively).~~ In the RECORD clinical trials, the overall incidence rate of adverse reactions leading to permanent treatment discontinuation was 3.7% with XARELTO.

> **Comment [A25]:** Sponsor Note: this sentence is deleted because it includes non-hemorrhagic ADRs (syncope, nausea and vomiting) which have been deleted by the Agency.

The mean duration of XARELTO treatment was 11.9 days in the total knee replacement study and 33.4 days in the total hip replacement studies. Overall, in the RECORD program, the mean age of the patients studied in the XARELTO group was 64 years, 59% were female and 82% were Caucasian. Twenty-seven percent (1206) of patients underwent knee replacement surgery and 73% (3281) underwent hip replacement surgery.

> **Formatted:** BodyText12

> **Formatted:** No underline

Hemorrhage

The most common adverse reactions with XARELTO were bleeding complications *[see Warnings and Precautions (5.23)]*.

> **Formatted:** Heading 4

*Atrial Fibrillation*

Table 1 shows the number of patients experiencing a major bleeding ~~(decrease in hemoglobin of 2 g/dL, transfusion of 2 units of packed red blood cells or whole blood, bleeding at a critical site, or fatal outcome)~~ event in the ROCKET AF study.

> **Comment [A26]:** Sponsor Note: Deleted to be consistent with the table 1. Definitions are incorporated in Table 1 footnotes.

9

**Table 1:    Major Bleeding Events (per 100 Patient-Years) in ROCKET AF[*]**

Comment [A27]: Sponsor Note: Revised as per FDA teleconference on 10/12/11. HR added in line with recently approved other anticoagulant USPI.

Formatted: Not Highlight

| Parameter | XARELTO N = 7111 n (%) | Event Rate (100 Pt-yrs) | Warfarin N = 7125 n (%) | Event Rate (100 Pt-yrs) | Hazard Ratio (95% CI) |
|---|---|---|---|---|---|
| All Major | 360 ( 5.1) | 3.3 | 329 ( 4.6) | 2.9 | |
| Major bleeding[†] | 395 ( 5.6) | 3.6 | 386 ( 5.4) | 3.5 | 1.04 (0.90,1.20) |
| Critical organ[‡] | 91 ( 1.3) | 0.8 | 133 ( 1.9) | 1.2 | 0.69 (0.53,0.91) |
| Intracranial | 55 (0.8) | 0.5 | 84 (1.2) | 0.7 | 0.67 (0.47, 0.93) |
| Deaths due to bleeding Fatal outcome | 27 ( 0.4) | 0.2 | 55 ( 0.8) | 0.5 | 0.50 (0.31,0.79) |
| Transfusion[‡] | 183 ( 2.6) | 1.7 | 149 ( 2.1) | 1.3 | 1.25 (1.01,1.55) |
| GI bleeding | 221 (3.1) | 2.0 | 140 (2.0) | 1.2 | 1.61 (1.30,1.99) |

[*] For all sub-types of major bleeding, single events may be represented in more than one row, and individual subjects patients may have more than one event.

[†] Hemorrhagic strokes are not included counted as both bleeding and efficacy events. If they are removed, the event rates of major bleeding are 3.3 for XARELTO and 2.9 for warfarin [HR (95% CI): 1.11 (0.96, 1.29)].

[‡] Intracranial, intraspinal, intraocular, pericardial, intraarticular, intramuscular with compartment syndrome, or retroperitoneal.

[‡] Two or more units of packed red blood cells or whole blood.

#### Prophylaxis of Deep Vein Thrombosis

Formatted: Heading 4

The rates of major bleeding events and any bleeding events observed in patients in the RECORD clinical trials are shown in Table 2.

Table 2:    Bleeding Events* in Patients Undergoing Hip or Knee Replacement Surgeries (RECORD 1-3)

| | XARELTO 10 mg | Enoxaparin† |
|---|---|---|
| **Total treated patients** | N = 4487<br>n (%) | N = 4524<br>n (%) |
| Major bleeding event | 14 (0.3) | 9 (0.2) |
| Fatal bleeding | 1 (<0.1) | 0 |
| Bleeding into a critical organ | 2 (<0.1) | 3 (0.1) |
| Bleeding that required re-operation | 7 (0.2) | 5 (0.1) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 4 (0.1) | 1 (<0.1) |
| Any bleeding event‡ | 261 (5.8) | 251 (5.6) |
| **Hip Surgery Studies** | N = 3281<br>n (%) | N = 3298<br>n (%) |
| Major bleeding event | 7 (0.2) | 3 (0.1) |
| Fatal bleeding | 1 (<0.1) | 0 |
| Bleeding into a critical organ | 1 (<0.1) | 1 (<0.1) |
| Bleeding that required re-operation | 2 (0.1) | 1 (<0.1) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 3 (0.1) | 1 (<0.1) |
| Any bleeding event‡ | 201 (6.1) | 191 (5.8) |
| **Knee Surgery Study** | N = 1206<br>n (%) | N = 1226<br>n (%) |
| Major bleeding event | 7 (0.6) | 6 (0.5) |
| Fatal bleeding | 0 | 0 |
| Bleeding into a critical organ | 1 (0.1) | 2 (0.2) |
| Bleeding that required re-operation | 5 (0.4) | 4 (0.3) |
| Extra-surgical site bleeding requiring transfusion of >2 units of whole blood or packed cells | 1 (0.1) | 0 |
| Any bleeding event‡ | 60 (5.0) | 60 (4.9) |

* Bleeding events occurring any time following the first dose of double-blind study medication (which may have been prior to administration of active drug) until two days after the last dose of double-blind study medication. Patients may have more than one event.
† Includes the placebo-controlled period for RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)
‡ Includes major bleeding events

Following XARELTO treatment, the majority of major bleeding complications (≥60%) occurred during the first week after surgery.

*Other clinical trial experience:* In an investigational study of acute medically ill patients being treated with XARELTO 10 mg tablets, cases of pulmonary hemorrhage and pulmonary hemorrhage with bronchiectasis were observed.

### Other Adverse Reactions

Non-hemorrhagic adverse drug reactions (ADRs) reported in ≥1% of XARELTO-treated patients are shown below.

> **Formatted:** Space After: 10 pt, Line spacing: Multiple 1.25 li

> **Comment [A28]:** Sponsor Note: These cases were observed in the MAGELLAN study and there were no postmarketing cases.

> **Comment [A29]:** Sponsor Query: Do we need to note in the USPI that there were no non-hemorrhagic ADRS ≥1% in ROCKET AF?

> **Formatted:** No underline

> **Formatted:** Heading 3

> **Formatted:** No underline

11

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

*Prophylaxis of Deep Vein Thrombosis*                                                              ← - - -  | Formatted: Heading 4, Don't keep with next |

Table 3:    Other Adverse Drug Reactions[*] Reported by ≥1% of XARELTO-Treated Patients in RECORD 1-3 Studies

| System/Organ Class<br>Adverse Reaction | XARELTO<br>10 mg<br>(N = 4487)<br>n (%) | Enoxaparin[†]<br>(N = 4524)<br>n (%) |
|---|---|---|
| **Injury, poisoning and procedural complications** | | |
| Wound secretion | 125 (2.8) | 89 (2.0) |
| **Musculoskeletal and connective tissue disorders** | | |
| Pain in extremity | 74 (1.7) | 55 (1.2) |
| Muscle spasm | 52 (1.2) | 32 (0.7) |
| **Nervous system disorders** | | |
| Syncope | 55 (1.2) | 32 (0.7) |
| **Skin and subcutaneous tissue disorders** | | |
| Pruritus | 96 (2.1) | 79 (1.8) |
| Blister | 63 (1.4) | 40 (0.9) |

[*]  ADR occurring any time following the first dose of double-blind medication, which may have been prior to administration of active drug, until two days after the last dose of double-blind study medication.
[†]  Includes the placebo-controlled period of RECORD 2, enoxaparin dosing was 40 mg once daily (RECORD 1-3)

## 6.2  Postmarketing Experience

The following adverse reactions have been identified during post-approval use of rivaroxaban. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

*Blood and lymphatic system disorders:* agranulocytosis

*Gastrointestinal disorders:* retroperitoneal hemorrhage

*Hepatobiliary disorders:* jaundice, cholestasis, cytolytic hepatitis

*Immune system disorders:* hypersensitivity, anaphylactic reaction, anaphylactic shock

*Nervous system disorders:* cerebral hemorrhage, subdural hematoma, epidural hematoma, hemiparesis

*Pulmonary system disorders:* ~~pulmonary hemorrhage, pulmonary hemorrhage with bronchiectasis~~

| Comment [A30]: Sponsor Note: There were no postmarketing cases as of 31 Dec 2010. These reactions were observed in the MAGELLAN study and have been added to 6.1. |

*Skin and subcutaneous tissue disorders:* Stevens-Johnson syndrome

12

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249234

## 7   DRUG INTERACTIONS

Rivaroxaban is a substrate of CYP3A4/5, CYP2J2, and the P-gp and ATP-binding cassette G2 (ABCG2) transporters. Inhibitors and inducers of these CYP450 enzymes or transporters may result in changes in rivaroxaban exposure.

### 7.1   Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

General Considerations

In drug interaction studies evaluating the concomitant use with drugs that are combined P-gp and CYP3A4 inhibitors, increases in rivaroxaban exposure and pharmacodynamic effects (i.e., factor Xa inhibition and PT prolongation) were observed. Significant increases in rivaroxaban exposure may increase bleeding risk.

- *Ketoconazole (combined P-gp and strong CYP3A4 inhibitor):* Steady-state rivaroxaban AUC and $C_{max}$ increased by 160% and 70%, respectively. Similar increases in pharmacodynamic effects were also observed.

- *Ritonavir (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 150% and 60%, respectively. Similar increases in pharmacodynamic effects were also observed.

- *Clarithromycin (combined P-gp and strong CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 50% and 40%, respectively. The smaller increases in exposure observed for clarithromycin compared to ketoconazole or ritonavir may be due to the relative difference in P-gp inhibition.

- *Erythromycin (combined P-gp and moderate CYP3A4 inhibitor):* Both the single-dose rivaroxaban AUC and $C_{max}$ increased by 30%.

- *Fluconazole (moderate CYP3A4 inhibitor):* Single-dose rivaroxaban AUC and $C_{max}$ increased by 40% and 30%, respectively.

Avoid concomitant administration of XARELTO with combined P-gp and strong CYP3A4 inhibitors (e.g., ketoconazole, itraconazole, lopinavir/ritonavir, ritonavir, indinavir/ritonavir, and conivaptan) which cause significant increases in rivaroxaban exposure that may increase bleeding risk.

**Comment [A31]:** Sponsor Note: Deleted because we have deleted the subheading Prophylaxis in DVT. The recommendation in the subheading could apply across indications.

**Formatted:** No underline

**Formatted:** Heading 3

**Comment [A32]:** Sponsor Note: Labeling text provided based on the CSR submitted in the 4 month safety update; review/conclusions of the data also provided in the FDA Advisory Committee Briefing Document

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

~~Prophylaxis of Deep Vein Thrombosis~~

When clinical data suggest a change in exposure is unlikely to affect bleeding risk (e.g., clarithromycin, erythromycin), no precautions are necessary during coadministration with drugs that are combined P-gp and CYP3A4 inhibitors.

Comment [A33]: Sponsor Note: Please see above subheading comment.

Formatted: No underline

Formatted: No underline

Formatted: Heading 3

### 7.2   Drug-Disease Interactions with Drugs that Inhibit Cytochrome P450 3A4 Enzymes and Drug Transport Systems

Based on simulated pharmacokinetic data, patients with renal impairment receiving full dose XARELTO in combination with drugs classified as combined P-gp and weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, quinidine, ranolazine, dronedarone, felodipine, erythromycin, and azithromycin), may have significant increases in exposure compared with patients with normal renal function and no inhibitor use, since both pathways of rivaroxaban elimination are affected.

While increases in rivaroxaban exposure can be expected under such conditions, results from an analysis in the ROCKET AF trial, which allowed concomitant use with combined P-gp and weak or moderate CYP3A4 inhibitors (e.g., amiodarone, diltiazem, verapamil, chloramphenicol, cimetidine, and erythromycin), did not show an increase in bleeding in patients with CrCl <50 mL/min [Hazard Ratio (95% CI) = 1.05 (0.77, 1.42)]. XARELTO should be used in patients with renal impairment who are receiving concomitant combined P-gp and weak or moderate CYP3A4 inhibitors only if the potential benefit justifies the potential risk *[see Warnings and Precautions (5.2~~1~~)]*.

### 7.3   Drugs that Induce Cytochrome P450 3A4 Enzymes and Drug Transport Systems

~~General Considerations~~

In a drug interaction study, co-administration of XARELTO (20 mg single dose with food) with a drug that is a combined P-gp and strong CYP3A4 inducer (rifampicin titrated up to 600 mg once daily) led to an approximate decrease of 50% and 22% in AUC and $C_{max}$, respectively. Similar decreases in pharmacodynamic effects were also observed. These decreases in exposure to rivaroxaban may decrease efficacy.

Comment [A34]: Sponsor Note: Deleted because we have deleted the subheading Prophylaxis in DVT.

Formatted: No underline

Formatted: No underline

Formatted: Heading 3

Avoid concomitant use of XARELTO with drugs that are combined P-gp and strong CYP3A4 inducers (e.g., carbamazepine, phenytoin, rifampin, St. John's wort).

~~Prophylaxis of Deep Vein Thrombosis~~

~~Consider increasing the XARELTO dose if these drugs must be coadministered *[see Dosage and Administration (2.5)]*.~~

Comment [A35]: Sponsor Note: Deleted to align with 2 D&A..

14

### 7.4 Anticoagulants

In a drug interaction study, single doses of enoxaparin (40 mg subcutaneous) and XARELTO (10 mg) given concomitantly resulted in an additive effect on anti-factor Xa activity. Enoxaparin did not affect the pharmacokinetics of rivaroxaban. In another study, single doses of warfarin (15 mg) and XARELTO (5 mg) resulted in an additive effect on factor Xa inhibition and PT. Warfarin did not affect the pharmacokinetics of rivaroxaban.

Prophylaxis of Deep Vein Thrombosis

> Formatted: No underline

Avoid concurrent use of XARELTO with other anticoagulants due to the increased bleeding risk*[see Dosage and Administration (2.3, 2.4)]*. Promptly evaluate any signs or symptoms of blood loss *[see Warnings and Precautions (5.2̶3̶)]*.

### 7.5 NSAIDs/Aspirin

In a single-dose drug interaction study there were no pharmacokinetic or pharmacodynamic interactions observed after concomitant administration of naproxen or aspirin (acetylsalicylic acid) with XARELTO. NSAIDs are known to increase bleeding, and bleeding risk may be increased when these drugs are used concomitantly with XARELTO. In ROCKET AF, aspirin use during the double-blind phase was identified as an independent risk factor for major bleeding.

Promptly evaluate any signs or symptoms of blood loss if patients are treated concomitantly with NSAIDs and/or platelet aggregation inhibitors *[see Warnings and Precautions (5.2̶3̶)]*.

### 7.6 Clopidogrel

In two drug interaction studies where clopidogrel (300 mg loading dose followed by 75 mg daily maintenance dose) and XARELTO (15 mg single dose) were co-administered in healthy subjects, an increase in bleeding time to 45 minutes was observed in approximately 45% and 30% of subjects in these studies, respectively. The change in bleeding time was approximately twice the maximum increase seen with either drug alone. There was no change in the pharmacokinetics of either drug.

Promptly evaluate any signs or symptoms of blood loss if patients are treated concomitantly with clopidogrel *[see Warnings and Precautions (5.2̶3̶)]*.

### 8   USE IN SPECIFIC POPULATIONS

### 8.1   Pregnancy

Pregnancy Category C

15

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249237

There are no adequate or well-controlled studies of XARELTO in pregnant women, and dosing for pregnant women has not been established. Use XARELTO with caution in pregnant patients because of the potential for pregnancy related hemorrhage and/or emergent delivery with an anticoagulant that is not readily reversible. The anticoagulant effect of XARELTO cannot be reliably monitored with standard laboratory testing. Animal reproduction studies showed no increased risk of structural malformations, but increased incidence of post-implantation pregnancy loss occurred in rabbits. XARELTO should be used during pregnancy only if the potential benefit justifies the potential risk to mother and fetus *[see Warnings and Precautions (5.6)]*.

Rivaroxaban crosses the placenta in animals. Animal reproduction studies have shown pronounced maternal hemorrhagic complications in rats and an increased incidence of post-implantation pregnancy loss in rabbits. Rivaroxaban increased fetal toxicity (increased resorptions, decreased number of live fetuses, and decreased fetal body weight) when pregnant rabbits were given oral doses of ≥10 mg/kg rivaroxaban during the period of organogenesis. This dose corresponds to about 4 times the human exposure of unbound drug, based on AUC comparisons at the highest recommended human dose of 20 mg/day. Fetal body weights decreased when pregnant rats were given oral doses of 120 mg/kg. This dose corresponds to about 14 times the human exposure of unbound drug.

### 8.2   Labor and Delivery

Safety and effectiveness of rivaroxaban during labor and delivery have not been studied in clinical trials. However, in animal studies maternal bleeding and maternal and fetal death occurred at the rivaroxaban dose of 40 mg/kg (about 6 times maximum human exposure of the unbound drug at the human dose of 20 mg/day).

### 8.3   Nursing Mothers

It is not known if rivaroxaban is excreted in human milk. Rivaroxaban and/or its metabolites were excreted into the milk of rats. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from rivaroxaban, a decision should be made whether to discontinue nursing or discontinue the drug, taking into account the importance of the drug to the mother.

### 8.4   Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

### 8.5   Geriatric Use

Of the total number of patients in the RECORD 1-3 clinical studies evaluating XARELTO, about 53,54% were 65 years and over, while about 15% were >75 years. In ROCKET AF, approximately 77% were 65 years and over and about 38% were > 75 years. In clinical trials the

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249238

efficacy of XARELTO in the elderly (65 years or older) was similar to that seen in patients younger than 65 years. Both thrombotic and bleeding event rates were higher in these older patients, but the risk-benefit profile was favorable in all age groups *[see Clinical Pharmacology (12.3) and Clinical Studies (14)]*.

### 8.6 Females of Reproductive Potential

Females of reproductive potential requiring anticoagulation should discuss pregnancy planning with their physician.

### 8.7 Renal Impairment

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects [CrCl $\geq$80 mL/min (n=8)] and in subjects with varying degrees of renal impairment (see Table 4). Compared to healthy subjects with normal creatinine clearance, rivaroxaban exposure increased in subjects with renal impairment. Increases in pharmacodynamic effects were also observed.

Table 4:    Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Renal Insufficiency from a Dedicated Renal Impairment Study

| Parameter | | Renal Impairment Class [CrCl (mL/min)] | | |
|---|---|---|---|---|
| | | Mild [50 to 79] N=8 | Moderate [30 to 49] N=8 | Severe [15 to 29] N=8 |
| Exposure | AUC | 44 | 52 | 64 |
| (% increase relative to normal) | $C_{max}$ | 28 | 12 | 26 |
| FXa Inhibition | AUC | 50 | 86 | 100 |
| (% increase relative to normal) | $E_{max}$ | 9 | 10 | 12 |
| PT Prolongation | AUC | 33 | 116 | 144 |
| (% increase relative to normal) | $E_{max}$ | 4 | 17 | 20 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect; and CrCl = creatinine clearance

Patients with any degree of renal impairment with concurrent use of P-gp and weak to moderate CYP3A4 inhibitors may have significant increases in exposure which may increase bleeding risk *[see Drug Interactions (7.2)]*.

#### Atrial Fibrillation

For patients with CrCl 15 to <50 mL/min, reduce the dose of XARELTO to 15 mg once daily with the evening meal *[see Dosage and Administration (2.1)]*. There is no clinical experience with this dosing regimen for XARELTO in patients with CrCl <15 mL/min *[see Warnings and Precautions (5.15)]*.

| Formatted: No underline |
|---|
| Formatted: Heading 3 |
| Formatted: Font: Bold |
| Comment [A36]: Sponsor Note: Added "<" to align with section 2.1 |

17

### Prophylaxis of Deep Vein Thrombosis

Formatted: No underline
Formatted: Heading 3

The combined analysis of the RECORD 1-3 clinical efficacy studies did not show an increase in bleeding risk for patients with moderate renal impairment and reported a possible increase in total VTE in this population. Observe closely and promptly evaluate any signs or symptoms of blood loss in patients with moderate renal impairment (CrCl 30 to <50 mL/min). Avoid the use of XARELTO in patients with severe renal impairment (CrCl <30 mL/min) *[see Dosage and Administration (2.2) and Warnings and Precautions (5.13, 5.3.1)]*.

### 8.8   Hepatic Impairment

The safety and pharmacokinetics of single-dose XARELTO (10 mg) were evaluated in a study in healthy subjects (n=16) and subjects with varying degrees of hepatic impairment (see Table 5). No patients with severe hepatic impairment (Child-Pugh C) were studied. Compared to healthy subjects with normal liver function, significant increases in rivaroxaban exposure were observed in subjects with moderate hepatic impairment (Child-Pugh B). Increases in pharmacodynamic effects were also observed.

Table 5:   Percent Increase of Rivaroxaban PK and PD Parameters from Normal in Subjects with Hepatic Insufficiency from a Dedicated Hepatic Impairment Study

| Parameter | | Hepatic Impairment Class (Child-Pugh Class) | |
|---|---|---|---|
| | | Mild (Child-Pugh A) N=8 | Moderate (Child-Pugh B) N=8 |
| Exposure | AUC | 15 | 127 |
| (% increase relative to normal) | $C_{max}$ | 0 | 27 |
| FXa Inhibition | AUC | 8 | 159 |
| (% increase relative to normal) | $E_{max}$ | 0 | 24 |
| PT Prolongation | AUC | 6 | 114 |
| (% increase relative to normal) | $E_{max}$ | 2 | 41 |

PT = Prothrombin time; FXa = Coagulation factor Xa; AUC = Area under the concentration or effect curve; $C_{max}$ = maximum concentration; $E_{max}$ = maximum effect

Formatted: BodyText10

### Atrial Fibrillation

No dosing recommendations can be provided for patients with moderate (Child-Pugh B) hepatic impairment. Avoid the use of XARELTO in patients with moderate (Child-Pugh B) and severe (Child-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy *[see Warnings and Precautions (5.23, 5.56)]*.

Comment [A37]: Sponsor Note: Changed for consistency with section 5.5 Hepatic Impairment

### Prophylaxis of Deep Vein Thrombosis

Avoid the use of XARELTO in patients with moderate (Child-Pugh B) or severe (Child-Pugh C) hepatic impairment or with any hepatic disease associated with coagulopathy *[see Warnings and Precautions (5.1, 5.4)]*.

18

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249240

## 10  OVERDOSAGE

Accidental oOverdose of XARELTO may lead to hemorrhageresult in fatal bleeding. A specific antidote for rivaroxaban is not available. Rivaroxaban systemic exposure is not further increased at doses ≥50 mg due to limited absorption. Discontinue XARELTO and initiate appropriate therapy if bleeding complications associated with overdosage occur. The use of activated charcoal to reduce absorption in case of XARELTO overdose may be considered. Due to the high plasma protein binding, rivaroxaban is not expected to be dialyzable *[see Clinical Pharmacology (12.3) and Warnings and Precautions (5.43)]*.

Comment [A38]: Sponsor Note: Consistent with labeling from recently approved anticoagulant.

Comment [A39]: Sponsor Note: Important information for treating physicians.

## 11  DESCRIPTION

Rivaroxaban, a factor Xa inhibitor, is the active ingredient in XARELTO Tablets with the chemical name 5-Chloro-N-({(5S)-2-oxo-3-[4-(3-oxo-4-morpholinyl)phenyl]-1,3-oxazolidin-5-yl}methyl)-2-thiophenecarboxamide. The molecular formula of rivaroxaban is $C_{19}H_{18}ClN_3O_5S$ and the molecular weight is 435.89. The structural formula is:



Rivaroxaban is a pure (*S*)-enantiomer. It is an odorless, non-hygroscopic, white to yellowish powder. Rivaroxaban is only slightly soluble in organic solvents (e.g., acetone, polyethylene glycol 400) and is practically insoluble in water and aqueous media.

Each XARELTO tablet contains 10 mg, 15 mg, or 20 mg of rivaroxaban. The inactive ingredients of XARELTO are: croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO 10 mg tablets is Opadry® Pink and XARELTO 15 mg tablets is Opadry® Red, containing ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide, and for XARELTO 20 mg tablets is Opadry® II Dark Red, containing ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

19

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249241

## 12  CLINICAL PHARMACOLOGY
### 12.1 Mechanism of Action

XARELTO is an orally bioavailable factor Xa inhibitor that selectively blocks the active site of factor Xa and does not require a cofactor (such as Anti-thrombin III) for activity. Activation of factor X to factor Xa (FXa) via the intrinsic and extrinsic pathways plays a central role in the cascade of blood coagulation.

### 12.2 Pharmacodynamics

Dose-dependent inhibition of factor Xa activity was observed in humans and the Neoplastin® prothrombin time (PT), activated partial thromboplastin time (aPTT) and HepTest® are prolonged dose-dependently. Anti-factor Xa activity is also influenced by rivaroxaban. There are no data on the use of the International Normalized Ratio (INR). The predictive value of these coagulation parameters for bleeding risk or efficacy has not been established.

### 12.3 Pharmacokinetics
Absorption

The absolute bioavailability of rivaroxaban is dose-dependent. –For the 10 mg dose, it is estimated to be 80% to 100% and is not affected by food. XARELTO 10 mg tablets can be taken with or without food *[see Dosage and Administration (2.2)]*.

The absolute bioavailability of rivaroxaban at a dose of 20 mg in the fasted state is approximately 66%. Coadministration of XARELTO with food increases the bioavailability of the 20 mg dose (mean AUC and $C_{max}$ increasing by 39% and 76% respectively with food). XARELTO 15 mg and 20 mg tablets should be taken with the evening meal *[see Dosage and Administration (2.1)]*.

The maximum concentrations ($C_{max}$) of rivaroxaban appear 2 to 4 hours after tablet intake. The pharmacokinetics of rivaroxaban waswere not affected by drugs altering gastric pH. Coadministration of XARELTO (30 mg single dose) with the $H_2$-receptor antagonist ranitidine (150 mg twice daily) or the antacid aluminum hydroxide/magnesium hydroxide (10 mL) did not show an effect on the bioavailability and exposure of rivaroxaban.

Absorption of rivaroxaban is dependent on the site of drug release in the GI tract. A 29% and 56% decrease in AUC and $C_{max}$ compared to tablet was reported when rivaroxaban granulate is released in the proximal small intestine. Exposure is further reduced when drug is released in the distal small intestine, or ascending colon. Avoid administration of rivaroxaban via a method that could deposit drug directly into the proximal small intestine (e.g., feeding tube) which can result in reduced absorption and related drug exposure *[see Dosage and Administration (2.8)]*.

**Formatted:** Font: Not Italic

**Comment [A40]:** Sponsor Note: This D&A section was deleted.

20

### Distribution

Plasma protein binding of rivaroxaban in human plasma is approximately 92% to 95%, with albumin being the main binding component. The steady-state volume of distribution in healthy subjects is approximately 50 L.

*Formatted: Font: Not Italic*

### Metabolism

Approximately 51% of an orally administered [$^{14}$C]-rivaroxaban dose was recovered as metabolites in urine (30%) and feces (21%). Oxidative degradation catalyzed by CYP3A4/5 and CYP2J2 and hydrolysis are the major sites of biotransformation. Unchanged rivaroxaban was the predominant moiety in plasma with no major or active circulating metabolites.

*Formatted: Font: Not Italic*
*Formatted: Font: Arial, Not Italic*

### Excretion

Following oral administration of a [$^{14}$C]-rivaroxaban dose, 66% of the radioactive dose was recovered in urine (36% as unchanged drug) and 28% was recovered in feces (7% as unchanged drug). Unchanged drug is excreted into urine, mainly via active tubular secretion and to a lesser extent via glomerular filtration (approximate 5:1 ratio). Rivaroxaban is a substrate of the efflux transporter proteins P-gp and ABCG2 (also abbreviated Bcrp). Rivaroxaban's affinity for influx transporter proteins is unknown.

*Formatted: Font: Not Italic*

Rivaroxaban is a low-clearance drug, with a systemic clearance of approximately 10 L/hr in healthy volunteers following intravenous administration. The terminal elimination half-life of rivaroxaban is 5 to 9 hours in healthy subjects aged 20 to 45 years.

### Specific Populations

*Formatted: No underline*

*Gender*

Gender did not influence the pharmacokinetics or pharmacodynamics of XARELTO.

*Race*

Healthy Japanese subjects were found to have 20 to 40% on average, higher exposures compared to other ethnicities including Chinese. However, these differences in exposure are reduced when values are corrected for body weight.

*Elderly*

In clinical studies, elderly subjects exhibited higher rivaroxaban plasma concentrations than younger subjects with mean AUC values being approximately 50% higher, mainly due to reduced (apparent) total body and renal clearance. Age related changes in renal function may play a role in this age effect. The terminal elimination half-life is 11 to 13 hours in the elderly *[see Use in Specific Populations (8.5)]*.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

*Body Weight*

Extremes in body weight (<50 kg or >120 kg) did not influence (less than 25%) rivaroxaban exposure.

Drug Interactions

*In vitro* studies indicate that rivaroxaban neither inhibits the major cytochrome P450 enzymes CYP1A2, 2C8, 2C9, 2C19, 2D6, 2J2, and 3A4 nor induces CYP1A2, 2B6, 2C19, or 3A4.

*In vitro* data also indicates a low rivaroxaban inhibitory potential for P-gp and ABCG2 transporters.

In addition, there were no significant pharmacokinetic interactions observed in studies comparing concomitant rivaroxaban 20 mg and 7.5 mg single dose of midazolam (substrate of CYP3A4), 0.375 mg once-daily dose of digoxin (substrate of P-gp), or 20 mg once daily dose of atorvastatin (substrate of CYP3A4 and P-gp) in healthy volunteers.

**12.6 QT/QTc Prolongation**

In a thorough QT study in healthy men and women aged 50 years and older, no QTc prolonging effects were observed for XARELTO (15 mg and 45 mg, single-dose).

**13   NON-CLINICAL TOXICOLOGY**
**13.1 Carcinogenesis, Mutagenesis, and Impairment of Fertility**

Rivaroxaban was not carcinogenic when administered by oral gavage to mice or rats for up to 2 years. The systemic exposures (AUCs) of unbound rivaroxaban in male and female mice at the highest dose tested (60 mg/kg/day) were 1- and 2-times, respectively, the human exposure of unbound drug at the human dose of 20 mg/day. Systemic exposures of unbound drug in male and female rats at the highest dose tested (60 mg/kg/day) were 2- and 4-times, respectively, the human exposure.

Rivaroxaban was not mutagenic in bacteria (Ames-Test) or clastogenic in V79 Chinese hamster lung cells *in vitro* or in the mouse micronucleus test *in vivo*.

No impairment of fertility was observed in male or female rats when given up to 200 mg/kg/day of rivaroxaban orally. This dose resulted in exposure levels, based on the unbound AUC, at least 13 times the exposure in humans given 20 mg rivaroxaban daily.

**14   CLINICAL STUDIES**
**14.1 Stroke Prevention in Atrial Fibrillation**

The clinical evidence for the efficacy of XARELTO was derived from ROCKET AF, a multi-national, double-blind study comparing XARELTO (20 mg once daily with the evening meal)

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249244

with warfarin (titrated to INR 2.0 to~ 3.0) in the prevention of stroke and non-central nervous system (CNS) systemic embolism in patients with non-valvular atrial fibrillation (AF). Patients also had to have one or more of the following additional risk factors for stroke:

- a prior stroke (ischemic or unknown type), transient ischemic attack (TIA) or non-CNS systemic embolism, or
- 2 or more of the following risk factors:
  - age ≥75 years,
  - hypertension,
  - heart failure or left ventricular ejection fraction ≤35%, or
  - diabetes mellitus

This was a non-inferiority study designed to demonstrate that XARELTO preserved more than 50% of warfarin's effect as established by previous placebo-controlled trials of warfarin in AF.

A total of 14,264 patients were randomized and followed for a median of 590705 days. The mean age was 71 years and the mean CHADS₂ score was 3.5. The population was 60% male, 83% Caucasian, 13% Asian and 1.3% Black. There was a history of stroke, TIA, or non-CNS systemic embolism in 55% of patients, and 38% of patients had not taken a vitamin K antagonist (VKA) within 6 weeks at time of screening. Concomitant diseases of patients in these trials included hypertension 91%, diabetes 40%, congestive heart failure 63%, and prior myocardial infarction 17%. At baseline, 37% of patients were on chronic aspirin and 2.04% on anticoagulants other than VKAs.

As pre-specified in the ROCKET AF protocol, non-inferiority on the primary composite endpoint was first established in the on treatment per protocol primary analysis [HR (95% CI): 0.79 (0.66, 0.96)] and additionally for all randomized patients to site notification analysis [HR (95% CI): 0.88 (0.74, 1.03)]. Superiority to warfarin was not demonstrated.

Table 6 displays the overall results for all randomized patients to site notification for the primary composite endpoint and its components.

Comment [A42]: Sponsor Note: The INR is more accurately described by 2.0 or 3.0.

Comment [A43]: Sponsor Note: Important information to describe the study population.

Comment [A44]: Sponsor Note: This text reflects the prespecified primary analysis as defined in the protocol and the SAP.

Table 6:    Primary Composite Endpoint Results in ROCKET AF Study

| Event | XARELTO | | Warfarin | | XARELTO vs. Warfarin |
| --- | --- | --- | --- | --- | --- |
| | N = 7081 n (%) | Event Rate (100 Pt-yr) | N = 7090 n (%) | Event Rate (100 Pt-yr) | Hazard Ratio (95% CI) |
| Primary Composite Endpoint* | 269 (3.8) | 2.1 | 306 (4.3) | 2.4 | 0.88 (0.74, 1.03) |
| Stroke | 253 (3.6) | 2.0 | 281 (4.0) | 2.2 | 0.90 (0.76, 1.07) |
| Hemorrhagic Stroke | 33 (0.5) | 0.3 | 57 (0.8) | 0.4 | 0.58 (0.38, 0.89) |
| Ischemic Stroke | 206 (2.9) | 1.6 | 208 (2.9) | 1.6 | 0.99 (0.82, 1.20) |
| Unknown Stroke Type | 19 (0.3) | 0.2 | 18 (0.3) | 0.1 | 1.05 (0.55, 2.01) |
| Non-CNS Systemic Embolism | 20 (0.3) | 0.2 | 27 (0.4) | 0.2 | 0.74 (0.42, 1.32) |

*The primary endpoint was the time to first occurrence of stroke (any type) or non-CNS systemic embolism. Data are shown for all randomized patients followed to site notification. i.e., the time when the study sites were notified that the target number of primary endpoint events had occurred.

> **Comment [A45]:** Sponsor Note: Included HRs to be consistent with other approved anticoagulant USPIs.

There were numerically fewer myocardial infarctions (MI) [HR (95% CI): 0.91 (0.72, 1.16)] and all-cause deaths [HR (95%CI): 0.92 (0.82, 1.03)] in the XARELTO arm relative to warfarin.

For the primary composite endpoint of stroke and systemic embolism, XARELTO was non-inferior to warfarin. [Superiority to warfarin was not demonstrated.] The efficacy of XARELTO was generally consistent across major subgroups such as age, BMI, prior stroke, body weight, CHADS₂, or gender.

> **Comment [A46]:** Sponsor Note: Propose to add clinically important secondary endpoints that were prespecified, and events upon which antithrombotic is expected to have an impact and as per FDA discussions.

> **Comment [A47]:** Moved above Table 6.

> **Comment [A48]:** Sponsor Note: These are subgroups of particular interest for antithrombotics

Figure 1 is a plot of the time from randomization to the occurrence of the first primary endpoint event in the two treatment arms.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

Figure 1:   Kaplan-Meier Curves of Adjudicated Primary Composite Endpoints of Stroke and
Non-CNS Systemic Embolism by Treatment Group (All ͬRandomized ͬPatients
ͬFollowed to ͬSite ͬNotification)



**Comment [A49]:** Sponsor Note: As requested by FDA per email communication.

**Formatted:** BodyText12

**Formatted:** Font: Not Bold

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249247



Comment [A50]: SPONSOR - This KM will be changed with the next iteration. It will need a Y axis that is the cumulative event rate, not log negative log survival.

In ROCKET AF, the Ppatients randomized to warfarin had a mean percent time in the INR in the target range of 2.0 to 3.0 only of 55% with of the timea limited number of patients with a time in range >70%. In the US, the mean time in target range was 63%. worse during the first few months of the study. There is insufficient experience with INR control more typical of US practice to say how XARELTO and warfarin compare in this setting.

Comment [A51]: Sponsor Note: The first sentence provides additional clarification. The second sentence provides additional information for the US-specific subjects.

Formatted: English (U.S.)

Formatted: BodyText12, Adjust space between Latin and Asian text, Adjust space between Asian text and numbers

Comment [A52]: SPONSOR – DVT moved from 14.1 to 14.2.

## 14.2 Prophylaxis of Deep Vein Thrombosis

XARELTO was studied in 9011 patients (4487 XARELTO-treated, 4524 enoxaparin-treated patients) in the RECORD 1, 2, and 3 studies.

The two randomized, double-blind, clinical studies (RECORD 1 and 2) in patients undergoing elective total hip replacement surgery compared XARELTO 10 mg once daily starting at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin 40 mg once daily started 12 hours preoperatively. In RECORD 1 and 2, a total of 6727 patients were randomized and 6579 received study drug. The mean age [± standard deviation (SD)] was 63 ± 12.2 (range 18 to 93) years with 49% of patients ≥65 years and 55% of patients were female. More than 82% of patients were White, 7% were Asian, and less than 2% were Black. The studies excluded patients undergoing staged bilateral total hip replacement, patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min, or patients with significant liver disease (hepatitis or cirrhosis). In RECORD 1, the mean exposure duration

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249248

(± SD) to active XARELTO and enoxaparin was 33.3 ± 7.0 and 33.6 ± 8.3 days, respectively. In RECORD 2, the mean exposure duration to active XARELTO and enoxaparin was 33.5 ± 6.9 and 12.4 ± 2.9 days, respectively. After Day 13, oral placebo was continued in the enoxaparin group for the remainder of the double-blind study duration. The efficacy data for RECORD 1 and 2 are provided in Table 7.

Table 7:    Summary of Key Efficacy Analysis Results for Patients Undergoing Total Hip Replacement Surgery - Modified Intent-to-Treat Population

| Treatment Dosage and Duration | RECORD 1 | | | RECORD 2 | | |
|---|---|---|---|---|---|---|
| | XARELTO 10 mg once daily | Enoxaparin 40 mg once daily | RRR*, p-value | XARELTO 10 mg once daily | Enoxaparin[†] 40 mg once daily | RRR*, p-value |
| Number of Patients | N = 1513 | N = 1473 | | N = 834 | N = 835 | |
| Total VTE | 17 (1.1%) | 57 (3.9%) | 71% (95% CI: 50, 83), p<0.001 | 17 (2.0%) | 70 (8.4%) | 76% (95% CI: 59, 86), p<0.001 |
| Components of Total VTE | | | | | | |
| Proximal DVT | 1 (0.1%) | 31 (2.1%) | | 5 (0.6%) | 40 (4.8%) | |
| Distal DVT | 12 (0.8%) | 26 (1.8%) | | 11 (1.3%) | 43 (5.2%) | |
| Non-fatal PE | 3 (0.2%) | 1 (0.1%) | | 1 (0.1%) | 4 (0.5%) | |
| Death (any cause) | 4 (0.3%) | 4 (0.3%) | | 2 (0.2%) | 4 (0.5%) | |
| Number of Patients | N=1600 | N=1587 | | N=928 | N=929 | |
| Major VTE:[‡] | 3 (0.2%) | 33 (2.1%) | 91% (95% CI: 71, 97), p<0.001 | 6 (0.7%) | 45 (4.8%) | 87% (95% CI: 69, 94), p<0.001 |
| Number of Patients | N = 2103 | N = 2119 | | N = 1178 | N = 1179 | |
| Symptomatic VTE | 5 (0.2%) | 11 (0.5%) | | 3 (0.3%) | 15 (1.3%) | |

* Relative Risk Reduction; CI=confidence interval
† Includes the placebo-controlled period of RECORD 2
‡ Proximal DVT, nonfatal PE or VTE-related death

One randomized, double-blind, clinical study (RECORD 3) in patients undergoing elective total knee replacement surgery compared XARELTO 10 mg once daily started at least 6 to 8 hours (about 90% of patients dosed 6 to 10 hours) after wound closure versus enoxaparin. In RECORD 3, the enoxaparin regimen was 40 mg once daily started 12 hours preoperatively. The mean age (± SD) of patients in the study was 68 ± 9.0 (range 28 to 91) years with 66% of patients ≥65 years. Sixty-eight percent (68%) of patients were female. Eighty-one percent (81%) of patients were White, less than 7% were Asian, and less than 2% were Black. The study excluded patients with severe renal impairment defined as an estimated creatinine clearance <30 mL/min or patients with significant liver disease (hepatitis or cirrhosis). The mean exposure duration (± SD) to active XARELTO and enoxaparin was 11.9 ± 2.3 and 12.5 ± 3.0 days, respectively. The efficacy data are provided in Table 8.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249249

Table 8:    Summary of Key Efficacy Analysis Results for Patients Undergoing Total Knee Replacement Surgery - Modified Intent-to-Treat Population

| Treatment Dosage and Duration | XARELTO 10 mg once daily | Enoxaparin 40 mg once daily | RRR*, p-value |
|---|---|---|---|
| | | RECORD 3 | |
| Number of Patients | N = 813 | N = 871 | |
| Total VTE | 79 (9.7%) | 164 (18.8%) | -48% (95% CI: 34, 60), p<0.001 |
| Components of events contributing to Total VTE | | | |
| Proximal DVT | 9 (1.1%) | 19 (2.2%) | |
| Distal DVT | 74 (9.1%) | 154 (17.7%) | |
| Non-fatal PE | 0 | 4 (0.5%) | |
| Death (any cause) | 0 | 2 (0.2%) | |
| Number of Patients | N = 895 | N = 917 | 60% (95% CI: 14, 81), p=0.024 |
| Major VTE† | 9 (1.0%) | 23 (2.5%) | |
| Number of Patients | N = 1206 | N = 1226 | |
| Symptomatic VTE | 8 (0.7%) | 24 (2.0%) | |

\* Relative Risk Reduction; CI=confidence interval
† Proximal DVT, nonfatal PE or VTE-related death

Formatted: BodyText10

## 16  HOW SUPPLIED/STORAGE AND HANDLING

XARELTO (rivaroxaban) Tablets are available in the strengths and packages listed below:

- 10 mg tablets are round, light red, biconvex film-coated tablets marked with a triangle pointing down above a "10" on one side, and an "Xa" on the other side. The tablets are supplied in the packages listed:

  NDC 50458-580-30          Bottle containing 30 tablets

  NDC 50458-580-10          Blister package containing 100 tablets (10 blister cards containing 10 tablets each)

- 15 mg tablets are round, red, biconvex film-coated tablets with a triangle pointing down above a "15" marked on one side and "Xa" on the other side. The tablets are supplied in the packages listed:

  NDC 50458-578-30          Bottle containing 30 tablets

  NDC 50458-578-10          Blister package containing 100 tablets (10 blister cards containing 10 tablets each)

- 20 mg tablets are triangle-shaped, dark red film-coated tablets with a triangle pointing down above a "20" marked on one side and "Xa" on the other side. The tablets are supplied in the packages listed:

28

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249250

| NDC 50458-579-30 | Bottle containing 30 tablets |
| NDC 50458-579-90 | Bottle containing 90 tablets |
| NDC 50458-579-10 | Blister package containing 100 tablets (10 blister cards containing 10 tablets each) |

Store at 25° C (77° F) or room temperature; excursions permitted to 15°-30° C (59°-86° F) [see USP Controlled Room Temperature].

Keep out of the reach of children.

## 17  PATIENT COUNSELING INFORMATION

See FDA-approved patient labeling (Medication Guide).

> Comment [A53]: SPONSOR - This will be finalized once we have labeling done.

### 17.1 Instructions for Patient Use

- Advise patients to take XARELTO only as directed.
- Remind patients not to ~~not~~ discontinue XARELTO prematurely without first talking to their healthcare professional.
- If a dose is missed, advise the patient to take XARELTO as soon as possible and continue on the following day with their recommended daily dose regimen.

### 17.2 Bleeding Risks

Advise patients to report any unusual bleeding or bruising to their physician. Inform patients that it might take them longer than usual to stop bleeding, and that they may bruise and/or bleed more easily when they are treated with XARELTO *[see Warnings and Precautions (5.2)]*.

If patients have had neuraxial anesthesia or spinal puncture, and particularly, if they are taking concomitant NSAIDs or platelet inhibitors, advise patients to watch for signs and symptoms of spinal or epidural hematoma, such as tingling, numbness (especially in the lower limbs) and muscular weakness. If any of these symptoms occur, advise the patient to contact his or her physician immediately.

~~Advise patients to report any unusual bleeding or bruising to their physician. Inform patients that it might take them longer than usual to stop bleeding, and that they may bruise and/or bleed more easily when they are treated with XARELTO *[see Warnings and Precautions (5.2)]*.~~

### 17.3  Invasive or Surgical Procedures

Instruct patients to inform their health care ~~provider~~professional that they are taking XARELTO before any invasive procedure (including dental procedures) is scheduled.

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

### 17.4 Concomitant Medication and Herbals

Advise patients to inform their physicians and dentists if they are taking, or plan to take, any prescription or over-the-counter drugs or herbals, so their healthcare professionals can evaluate potential interactions *[see Drug Interactions (7)]*.

### 17.5 Pregnancy and Pregnancy-Related Hemorrhage

Advise patients to inform their physician immediately if they become pregnant or intend to become pregnant during treatment with XARELTO *[see Use in Specific Populations (8.1)]*.

Advise pregnant women receiving XARELTO to immediately report to their physician any bleeding or symptoms of blood loss *[see Warnings and Precautions (5.4)]*.

### 17.6 Nursing

Advise patients to discuss with their physician if they are nursing or intend to nurse during anticoagulant treatment *[see Use in Specific Populations (8.3)]*.

### 17.7 Females of Reproductive Potential

Advise patients who can become pregnant to discuss pregnancy planning with their physician *[see Use in Specific Populations (8.6)]*.

Active Ingredient Made in Germany

Finished Product Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

Manufactured for:
Janssen Pharmaceuticals, Inc.
Titusville, NJ 08560

Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany

© Janssen Pharmaceuticals, Inc. 2011

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249252

MEDICATION GUIDE
XARELTO® (zah-REL-toe)
(rivaroxaban) Tablets

**Comment [A54]:** SPONSOR – Medication Guide (MG) is still under review. Once we have a substantially complete FPI we will edit the MG.

Read this Medication Guide before you start taking XARELTO and each time you get a refill. There may be new information. This Medication Guide does not take the place of talking with your doctor about your medical condition and treatment.

**What is the most important information I should know about XARELTO?**

- XARELTO is a medicine that keeps blood clots from forming.
  - Patients with atrial fibrillation (an irregular heart beat) are at an increased risk of forming a blood clot in the heart which can travel to the brain and cause a stroke. XARELTO lowers your chance of having a stroke by helping to prevent the formation of clots.
  - Patients who have just had hip or knee replacement surgery are at an increased risk of forming a blood clot in their legs and lungs. XARELTO lowers your chance of forming blood clots in your legs and lungs.
- You should take XARELTO exactly as directed by your doctor and do not skip a dose unless you are advised to do so by your doctor.
- XARELTO, like all blood thinners, can cause bleeding, which can be serious, and sometimes be life-threatening. While you take XARELTO,
- ~~you may find~~expect that you will bruise or bleed more easily. Do not discontinue XARELTO because of minor bruising.

**It is very important to take XARELTO as prescribed, and to alert your doctor if you develop any signs of bleeding, which may include:**

- unusual bruising (bruises that develop without an injury or grow in size)
- any new bleeding, such as:
  - nose bleeds
  - bleeding gums
  - red urine
  - bright red blood in your stools
  - coughing up or vomiting blood
- any bleeding that is heavier than usual, from:
  - cuts
  - menstruation
- dizziness or weakness
- pain, swelling, or new drainage at wound sites

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249253

Whenever you see ANY doctor, including your dentist, be sure to tell them you are currently taking XARELTO.

**Do not stop taking XARELTO without talking to the doctor who prescribes it for you. If you stop taking XARELTO, you may increase the chances of having a stroke or forming a blood clot in your legs and lungs.**

**Tell your doctor about any planned surgical, medical, or dental procedures.** Your doctor may recommend that you stop taking XARELTO for a short time. Your doctor will tell you when to start taking XARELTO again after your surgery or procedure.

**See "What are the possible side effects of XARELTO?" for more information about side effects.**

**What is XARELTO?**

- XARELTO is a prescription medicine used to:

  o reduce the risk of stroke caused by blood clots in people who have a medical condition called atrial fibrillation. With atrial fibrillation, part of the heart does not beat the way it should. This can lead to the formation of blood clots, which can travel to the brain, causing a stroke, or to other parts of the body.

  o reduce the risk of forming a blood clot in the legs and lungs of patients who have just had hip or knee replacement surgery.

- XARELTO is a blood thinner that lowers the chance of blood clots forming in your body.

- XARELTO begins working within a few hours after you start taking it, and helps protect you for as long as you take it. Your doctor will tell you how long you need to take XARELTO.

- You do not need routine blood tests to see if XARELTO is working. You do not need to change your diet while taking XARELTO.

- It is not known if XARELTO is safe and works in children.

**Who should not take XARELTO?**

**Do not take XARELTO if you:**

- are allergic to rivaroxaban or other ingredients in XARELTO. See the end of this leaflet for a complete list of ingredients in XARELTO.
- have abnormal or unusual bleeding

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249254

Talk to your doctor, before taking XARELTO, if you currently have unusual bleeding.

### What should I tell my doctor before taking XARELTO?

Before you take XARELTO, tell your doctor if you:

- bleed very easily or for a long time
- have any problems with your liver or kidneys
- are pregnant or planning to become pregnant
- are breast-feeding or plan to breast-feed

**Tell your doctor about all the medicines you take, including prescription and nonprescription medicines, and herbal supplements.**

Using XARELTO with certain other medicines:

- may increase your risk of bleeding and XARELTO may not work properly.

- may require stopping or changing the other medicines

- your doctor can tell you what medicines can be safely taken with XARELTO.

- may increase your risk of bleeding, if taken with non-prescription products containing aspirin or other anti-inflammatory pain relieving drugs (such as ibuprofen, naproxen). These products should be used only with your doctor's approval if you are taking XARELTO.

### How should I take XARELTO?

- Take XARELTO exactly as your doctor has told you.
- For patients who have:
    - **atrial fibrillation:** Take XARELTO 15 mg or 20 mg once a day with **your evening meal**food.
    - **hip or knee replacement surgery:** Take XARELTO 10 mg once a day **with or without** food.
- **Your doctor will decide how long you should take XARELTO. Do not stop taking XARELTO without talking with your doctor first. Stopping XARELTO may increase your risk of having a stroke or forming blood clots in your legs and lungs.**
- Do not run out of XARELTO. Be sure to fill your next prescription of XARELTO before you run out of tablets, so you do not miss a dose. When leaving the hospital following a

33

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

hip or knee replacement, be sure that you will have XARELTO available to avoid missing any doses.

- If you have missed a dose of XARELTO, take the dose as soon as possible ~~on the same day~~. Continue taking XARELTO on the following day with your next regularly scheduled dose. Do not take two doses of XARELTO at the same time.

- **Call your doctor right away if you take too much XARELTO.** Taking too much XARELTO may increase the risk of bleeding.

## What should I avoid while taking XARELTO?

- Do not start, stop, or change any medicine such as:
  o prescription medicines
  o non-prescription medicines
  o over-the-counter medicines
  o herbal supplements
  without talking with your doctor.

Do not participate in activities that may increase your risk of serious injury or bleeding. Call your doctor right away if you fall or injure yourself in a way that causes you to bleed. If you injure your head, call your doctor, even if you do not see signs of bleeding.

## What are the possible side effects of XARELTO?

XARELTO can cause serious side effects including:

- See "What is the Most Important Information I Should Know About XARELTO?"

Call your doctor if you have any side effect that bothers you or that does not go away.

These are not all the possible side effects of XARELTO. For a complete list, ask your doctor or pharmacist or go to *www.XARELTO-US.com.*

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

## How should I store XARELTO?

- Store XARELTO at room temperature between 59° and 86°F (15° to 30°C).

**Keep XARELTO and all medicines out of the reach of children.**

## General information about XARELTO

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide.

34

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249256

Do not use XARELTO for a condition for which it was not prescribed. **Do not give XARELTO to other people, even if they have the same condition. It may harm them.**

This Medication Guide summarizes the most important information about XARELTO. If you would like more information, talk with your doctor. You can ask your pharmacist or doctor for information about XARELTO that is written for health professionals.

For more information about XARELTO, call 1-800-526-7736 or visit *www.XARELTO-US.com.*

## What are the ingredients in XARELTO?

**Active Ingredient: rivaroxaban**

**Inactive Ingredients:** croscarmellose sodium, hypromellose, lactose monohydrate, magnesium stearate, microcrystalline cellulose, and sodium lauryl sulfate. Additionally, the proprietary film coating mixture used for XARELTO 10 mg tablets is Opadry® Pink and XARELTO 15 mg tablets is Opadry® Red, containing ferric oxide red, hypromellose, polyethylene glycol 3350, and titanium dioxide; and for XARELTO 20 mg tablets is Opadry® II Dark Red, containing ferric oxide red, polyethylene glycol 3350, polyvinyl alcohol (partially hydrolyzed), talc, and titanium dioxide.

Issued: 05 November 2011

Active Ingredient Made in Germany

Finished Product Manufactured by:
Janssen Ortho, LLC
Gurabo, PR 00778

Manufactured for:
Janssen Pharmaceuticals, Inc.
Titusville, NJ 08560

Licensed from:
Bayer HealthCare AG
51368 Leverkusen, Germany

This Medication Guide has been approved by the U.S. Food and Drug Administration.

© Janssen Pharmaceuticals, Inc. 2011

55

HIGHLY PROTECTED INFORMATION
SUBJECT TO PROTECTIVE ORDER

XARELTO_JANSSEN_01249257