# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| ) | MDL No. 2592 |
| IN RE: XARELTO (RIVAROXABAN) ) | |
| PRODUCTS LIABILITY LITIGATION ) | Judge Eldon E. Fallon |
| ) | |

# Expert Report of Henry Michael Rinder, M.D.

By: _____     Date: ___10/14/16___

Henry Michael Rinder, M.D.

## Summary of Opinions

1. The safe and effective use of Rivaroxaban (Xarelto) requires measuring drug concentration levels or activity levels (e.g., prothrombin time (PT) or anti-Factor Xa).

   a. Rivaroxaban is a narrow therapeutic index drug, meaning that its principal toxicity, bleeding, is a result of its intended effect; too low a dose results in inadequate protection against blood clots, and too high a dose results in excessive risk of bleeding.

   b. Rivaroxaban exhibits interpatient variability with respect to drug plasma concentration, meaning two patients who take the same pill can experience significantly different (*i.e.*, higher or lower) degrees of exposure.

   c. There is a correlation between drug exposure, as measured by drug concentration, and the effect of the drug, as measured by prothrombin time (PT).

   d. There is a correlation between the measured effect of Rivaroxaban (PT) and safety outcomes (*i.e.*, bleeding events), meaning as PT levels increase in a Rivaroxaban-treated patient that patient's risk of experiencing a major bleeding event also increases.

   e. Therefore, it is my opinion that obtaining a PT result, with the appropriate reagent, would be helpful and necessary to evaluate the bleeding risk of Rivaroxaban-treated patients.

   f. Rivaroxaban therapy should be discontinued in Rivaroxaban-treated patients with a PT of greater than 20 seconds, as measured with the appropriate agent at the appropriate time, as they are at an unnecessary, excessive risk of experiencing a major bleeding event without any evidence of additional stroke risk reduction benefit.

2. The clinical trial supporting the atrial fibrillation (AF) indication for Rivaroxaban, ROCKET AF, suffers from multiple serious flaws that compromise the integrity of the results.

   a. There was suboptimal management of the Warfarin arm in the ROCKET AF trial, which had the lowest time in therapeutic range (TTR) out of every single new oral anticoagulant (NOAC) Phase III clinical trial involving Warfarin.

   b. The management of Warfarin patients in ROCKET AF was conducted with a faulty international normalized ratio (INR) device, thereby undermining the reliability of ROCKET AF at best, and invalidating the study at worst.

3. Rivaroxaban is the least effective and least safe of all NOACs.

4. The manufacturers of Rivaroxaban failed to adequately communicate to the public, including physicians and patients, the impact of the faulty INRatio device used in the ROCKET AF trial.

3

5. The Rivaroxaban label is inadequate in the following ways:
   a. It lacks a black box warning with respect to bleeding risk. The absence of a black box warning inappropriately communicates to patients and physicians that Rivaroxaban is safer than Warfarin with respect to bleeding risk.
   b. It fails to inform physicians, like myself, of the following information: 1) the degree of inter-patient variability with respect to drug plasma concentrations; 2) the near linear correlation between drug plasma concentration and PT with numerous available reagents; 3) the relationship observed between PT and bleeding risk in the ROCKET AF trial; and 4) the utility of using a PT measurement to identify those patients at highest risk of bleeding.
   c. From November 2011 until September 2015, it failed to properly inform physicians of the bleeding risk for Rivaroxaban relative to well-controlled INR for Warfarin in U.S. patients. The hazard ratio for bleeding in U.S. patients in ROCKET AF is critical to understanding the risk/benefit of Rivaroxaban; this important information was not included in the label until September 2015.
   d. It fails to adequately describe how the low TTR affected efficacy and safety in the ROCKET AF trial.

## Rivaroxaban (Xarelto): Approval, Indications, Mechanism of Action

Rivaroxaban (Xarelto), a direct factor Xa inhibitor, was first approved by the FDA on July 1, 2011. Xarelto is included in the class of drugs called New Oral Anticoagulants (NOACs), which also includes Dabigatran (Pradaxa), Apixaban (Eliquis), and Edoxaban (Savaysa).

Rivaroxaban (Xarelto) is currently approved for three (3) indications in the United States: (1) for the prophylaxis of deep vein thrombosis (DVT) and pulmonary embolism (PE) in patients undergoing hip or knee replacement surgeries (based on RECORD clinical trials); (2) to reduce the risk of stroke and systemic embolism in patients with non-valvular atrial fibrillation (based on ROCKET clinical trial); and (3) for the treatment of DVT and/or PE, and to reduce the recurrence of such conditions (based on EINSTEIN clinical trials).

## Pathophysiology of Thromboembolism Arising from Atrial Fibrillation (AF)

Normal hemostasis reflects the physiologic balance of procoagulant and anticoagulant factors that promote liquid blood flow (prevention of clotting) while maintaining vascular integrity (prevention of bleeding). When this balance is disrupted by excessive procoagulant forces, thrombosis (clotting) may result, whereas introducing anticoagulation tips the balance to promote bleeding. When atrial fibrillation (AF) is present, the procoagulant aspect of blood stasis within the left atrium and its appendage increases the likelihood that a clot will form in this compartment of the heart. Such clots can travel (embolize) from the left atrium out through the arterial circulation to occlude arteries and cause ischemic infarctions within the brain (ischemic

4

In a Danish study [Larsen BMJ 2016], the weighted risk of SSE over one (1) year in comparison to Warfarin did not differ among the three NOACs. However, the risks of both major bleeding and all-cause mortality were reduced by Dabigatran (HR 0.61 and 0.63, respectively) and Apixaban (HR 0.63 and 0.65, respectively) compared with Warfarin, but Rivaroxaban did not differ from Warfarin.

In another U.S. study [Yao J Am Heart Assoc 2016], matched cohorts were examined for Apixaban, Dabigatran, and Rivaroxaban against Warfarin. In the table below adapted from Yao's published paper, hazard ratios (HR) which are significant have a *.

### Oral Anticoagulants

| HR compared with Warfarin | Apixaban | Dabigatran | Rivaroxaban |
|---|---|---|---|
| SSE | 0.67* | 0.98 | 0.93 |
| Hemorrhagic stroke | 0.35* | 0.56 | 0.61 |
| Major bleeding | 0.45* | 0.79* | 1.04 |
| Intracranial bleeding | 0.24* | 0.36* | 0.51* |
| GI bleeding | 0.51* | 1.03 | 1.21* |

Apixaban was significantly more effective and safer than Warfarin, while Dabigatran significantly lowered the risk of both major and intracranial bleeding. Rivaroxaban significantly reduced the risk of intracranial bleeding but increased the risk of GI bleeding compared with Warfarin. Neither Dabigatran nor Rivaroxaban decreased the risk of stroke/systemic embolism compared with Warfarin.

A recent study [Graham JAMA 2016] compared Rivaroxaban 20 mg once daily versus Dabigatran 150 mg twice daily for patients aged 65 years or older with nonvalvular AF; Rivaroxaban was associated with significant increases in intracranial hemorrhage with an HR of 1.65 (1.20-2.26), major extracranial bleeding with an HR of 1.48 (1.32-1.67), and major gastrointestinal bleeding with an HR of 1.40 (1.23-1.59). Thirty-day case fatality rates for hemorrhage (31.8% for intracranial, 3.1% for major extracranial, and 3.3% for major gastrointestinal) did not differ between cohorts.

### The Current Labeling Information for Rivaroxaban is Inadequate

The Xarelto label lacks a black box warning with respect to bleeding risk. The absence of a black box warning inappropriately communicates to patients and physicians that Xarelto is safer than Warfarin with respect to bleeding risk.

The Xarelto label also fails to inform physicians, like myself, of the following information: 1) the degree of inter-patient variability with respect to drug plasma concentrations; 2) the near linear correlation between drug plasma concentration and PT with numerous available reagents;

19